






UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

U.S. POSTAGE PAID
PM 1-Day
SAN MATEO, CA
94401
FEB 18, 22
AMOUNT
$13.65
R2305K134531-13

1005
94102

PRESS FIRMLY TO SEAL

(restrictions apply).*
...national destinations.
...required.
...lusions see the Domestic
...limitations of coverage.

RECEIVED
FEB 22 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FROM:
210 S. Ellsworth Ave, #1275
San Mateo, CA 94401

TO:
Clerk's Office
United States District Court
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

By Certified Mail

CERTIFIED MAIL
7021 1640 0001 9006 3396



**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.

