Case # TBD,  Document 1, Filed 02/22/22,  Page 1 of 5

FILED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Name: John Doe (AKA Name provided on internal court documents)**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION



| | | |
|---|---|---|
| **JOHN DOE, a Pro Se non-lawyer citizen**<br>**PLAINTIFF** | § § § | |
| **V.** | § § | **Case No. TBD** |
| **UNITED STATES OF AMERICA**<br>**and DOES 1 through 20** | § § § § | **MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF** |
| **DEFENDANTS** | § § | |
| **Filed:  2.18.22** | § § § § § § | |

**MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

As the Plaintiff in the above-captioned matter, I respectfully ask the Court for approval of this

**MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF** . I hereby affirm that:

Case # TBD,  Document 1, Filed 02/22/22,  Page 2 of 5

I am a witness and whistle-blower in an active organized crime case with SFPD, FBI, SEC, FTC, OSC and other agency case numbers. I have been previously attacked and have active death threats against me. Private ex-spy agency contractors like Fusion GPS, Media Matters, Black Cube, In-Q-Tel and others have been hired to stalk and harass me online. My case involves the RICO Law, or the "Racketeer Influenced and Corrupt Organizations Act," which is a law that allows one to punish individuals associated with criminal activity, specifically the leaders of crime organizations. Plaintiff is suing arguing that such an "enterprise" existed between some government officials and their Silicon Valley oligarch financiers. In the course of this matter, Plaintiff has requested that the Unitd States Department of Justice JOIN Plaintiff as a con-Plaintiff in this matter. It is within the Court's jurisdction to decide whether they will or will not allow you to proceed pseudonym.  he court may deny the request at which point the plaintiff is left with the option of proceeding with her/his full name or dropping the case in order to avoid public attention. Request to proceed pseudonymously in the complaint Some plaintiffs request permission to proceed with a pseudonym in the complaint.

**Three Paths To Proceed With A Pseudonym**

a.  **File a motion to proceed pseudonymously**

   Some plaintiffs file separate motions to request a protective order from the court permitting them to proceed with a pseudonym.

Case # TBD,  Document 1, Filed 02/22/22,  Page 3 of 5

Pros: If the order is granted, then the defendant is unable to submit documents containing the plaintiff's full name without violating a court order.

Cons: The court may deny the request at which point the plaintiff is left with the option of proceeding with her/his full name or dropping the case in order to avoid public attention.

b. **Request to proceed pseudonymously in the complaint**

Some plaintiffs request permission to proceed with a pseudonym in the complaint.[1]

Pros: This is a simple approach.

Cons: With this approach there is no court order requiring that all court documents protect the plaintiff's true identity, so the defendant might decide to respond in pleadings or in the press with the plaintiff's full name. In a case where a defendant has made an effort to publicly shame the plaintiff, this risk may be more pronounced.

c. **Simply file a complaint with a pseudonym**

Some plaintiffs simply file a complaint under a pseudonym without following any formal process.

Pros: This may be the simplest, least time-intensive approach.

Cons: This approach may be a violation of the court's local rules. For example, the local rules for proceeding with a pseudonym for Multnomah County Circuit Court in Oregon state that a party is only allowed to proceed with a fictitious name with a court order.[2] Also in this scenario, there is no court order requiring that all court documents protect the plaintiff's true identity, so other court documents may reveal the plaintiff's identity.

REFERENCE: https://withoutmyconsent.org/50state/filing-pseudonymously/overview/

The motion is discretionary within the Court authority. In any case, Plaintiff does swear and certify that an 'organized crime operation does exist, between the Defendants and personal electronic protection for Plaintiff is warranted via pseudonym.

Date: Feb. 22, 2022

Signature:

[ Signed Electronically By Plaintiff]