Case # TBD, Document 1, Filed 02/22/22, Page 5 of 5

Name: John Doe (AKA Name provided on internal court documents)
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
*Pro Se – A federal witness*



RECEIVED
FEB 22 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

TSH

CV22   1107

| | |
|---|---|
| **JOHN DOE, a Pro Se non-lawyer citizen**<br>**PLAINTIFF**<br><br>V.<br><br>**UNITED STATES OF AMERICA**<br>**and DOES 1 through 20**<br><br><br><br>**DEFENDANTS**<br><br>Filed: 2.22.22 | Case No. TBD<br><br>[PROPOSED]<br>**MOTION TO PROCEED**<br>**ANONYMOUSLY AS 'JOHN DOE'**<br>**PLAINTIFF** |

**MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

[PROPOSED] ORDER **MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF**

Case # TBD,  Document 1, Filed 02/22/22,  Page 6 of 5

DATE:
TIME:
COURTROOM:

JUDGE:

The Court has considered the Motion for the Plaintiff **MOTION TO PROCEED ANONYMOUSLY AS 'JOHN DOE' PLAINTIFF** . Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:


United States District/Magistrate Judge