Clear Form

FILED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, A non-lawyer Pro Se )
) CV22           1107
)
Plaintiff,    ) CASE NO. TBD _____
)
vs.           ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
United States and DOES 1 through 20 ) (Non-prisoner cases only)
)
Defendant.    )



I, Scott Douglas Redmond, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ___   No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | 2007 - last employment before fully disabled
3 |
4 |
5 | 2.  Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.  Business, Profession or                         Yes ___ No ✔
8 |         self employment?
9 |     b.  Income from stocks, bonds,                      Yes ___ No ✔
10 |        or royalties?
11 |    c.  Rent payments?                                  Yes ___ No ✔
12 |    d.  Pensions, annuities, or                         Yes ___ No ✔
13 |        life insurance payments?
14 |    e.  Federal or State welfare payments,              Yes ✔ No ___
15 |        Social Security or other govern-
16 |        ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Approx $800 from Social Security Disability
20 |
21 | 3.  Are you married?                                   Yes ___ No ✔
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.  a.  List amount you contribute to your spouse's support:$ _____
27 |     b.  List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1      children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.     Do you own or are you buying a home?          Yes ___  No ✔

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.     Do you own an automobile?                     Yes ✔  No ___

7    Make Hyundai           Year 2019           Model Blue

8    Is it financed? Yes ___ No ✔ If so, Total due: $_____

9    Monthly Payment: $_____

10   7.     Do you have a bank account?  Yes ✔  No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: Patelco, San Mateo

12   _____

13   Present balance(s): $ About $500.00

14   Do you own any cash?  Yes ✔  No ___  Amount: $ About $200.00

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                       Yes ___  No ✔

17   _____

18   8.     What are your monthly expenses?

19   Rent: $ 280                                Utilities: 15

20   Food: $ 200                                Clothing: 20

21   Charge Accounts:

22   Name of Account            Monthly Payment            Total Owed on This Account

23   N/A                        $ _____               $ _____

24   _____                 $ _____               $ _____

25   _____                 $ _____               $ _____

26   9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

- 3 -

1 | NO

2 | 10. Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits? Yes ✔ No ___
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | California Victim Compensation & Government Claims Board Claim # G628261
7 | Case No. 1:12-CV-00774-mms  Federal Court DC
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

10 |
11 | 2/18/22                                    /s/ A/C-J.-Do-e
12 | DATE                                       SIGNATURE OF APPLICANT

- 4 -