Name: John Doe (AKA Name provided on internal court documents)
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
*Pro Se – A federal witness*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN DOE, a Pro Se non-lawyer citizen<br>      PLAINTIFF | § § § | |
| V. | § § | Case No. TBD |
| UNITED STATES OF AMERICA<br>and DOES 1 through 20 | § § § § | [PROPOSED] ORDER GRANTING<br>MOTION FOR COURT APPOINTED<br>ATTORNEY |
|       DEFENDANTS | § § § § | |
| Filed: 2.18.22 | § § § § § § | |

**MOTION FOR COURT APPOINTED ATTORNEY**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

[PROPOSED] ORDER GRANTING
MOTION FOR COURT APPOINTED ATTORNEY


DATE:

TIME:
COURTROOM:

JUDGE:

The Court has considered the Motion for COURT APPOINTED ATTORNEY. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:


United States District/Magistrate Judge