

Name: John Doe (AKA Name provided on internal court documents)
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
*Pro Se – A federal witness*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN DOE, a Pro Se non-lawyer citizen<br>**PLAINTIFF** | § § § | |
| V. | § § | Case No. TBD |
| UNITED STATES OF AMERICA<br>and DOES 1 through 20 | § § § | MOTION IN DEFENSE OF RICO<br>RACKETEERING FILING |
| **DEFENDANTS** | § § | |
| Filed: 2.18.22 | § § § § § § | |

**MOTION IN DEFENSE OF RICO RACKETEERING FILING**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

As the Plaintiff in the above-captioned matter, I respectfully ask the Court for a validation of the finding that Plaintiff's case may have merit to be filed as a RICO Rackeetering Anti-Corruption Matter in this case. I hereby affirm that:

RICO Law, or the "Racketeer Influenced and Corrupt Organizations Act," is a law that allows the government to punish individuals associated with criminal activity, specifically the leaders of crime organizations. Plaintiff is suing arguing that such an "enterprise" existed between some government officials and their Silicon Valley oligarch financiers. In the course of this matter, Plaintiff has requested that the Unitd States Department of Justice JOIN Plaintiff as a con-Plaintiff in this matter.

The joining of this case by DOJ is discretionary within the Court authority. In any case, Plaintiff does swear and certify that an 'organized crime operation dis, and does exist, between the Defendants.

Date: Feb. 18, 2022

Signature: _____

[ Signed Electronically By Plaintiff]