**Name: John Doe (AKA Name provided on internal court documents)**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE, a Pro Se non-lawyer citizen** §<br>           **PLAINTIFF** §<br> §<br>**V.** §<br> §<br>**UNITED STATES OF AMERICA** §<br>**and DOES 1 through 20** §<br> §<br> §<br> §<br>           **DEFENDANTS** §<br> §<br>**Filed: 2.18.22** § | **Case No. TBD**<br><br>[PROPOSED] ORDER CONFIRMING<br>POSSIBLE MERIT AS RICO CASE |

**MOTION FOR ORDER CONFIRMING POSSIBLE MERIT AS RICO CASE**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

[PROPOSED] ORDER  **ORDER CONFIRMING POSSIBLE MERIT AS RICO CASE**

DATE:
TIME:

COURTROOM:

JUDGE:

The Court has considered the Motion for the Plaintiff position **CONFIRMING POSSIBLE MERIT AS RICO CASE and the Court, without absolute commitment, finds that this case may have merit as an Anti-Corruption RICO Racketeering case.** Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:


United States District/Magistrate Judge