Case # TBD,  Document 1, Filed 02/12/22,  Page 1 of 4

**Name: John Doe (AKA Name provided on internal court documents)**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

FILED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

TSH

| | | |
|---|---|---|
| **JOHN DOE, a Pro Se non-lawyer citizen**<br>**PLAINTIFF**<br><br>**V.**<br><br>**UNITED STATES OF AMERICA**<br>**and DOES 1 through 20**<br>**DEFENDANTS**<br><br>**Filed:  2.18.22** | § § § § § § § § § § § § § § § | **CV22    1107**<br><br>**Case No. TBD**<br><br><br>**MOTION FOR E-FILE PRIVILEGES** |

## MOTION FOR E-FILE PRIVILEGES
## JURY TRIAL DEMANDED IN MASTER COMPLAINT

As the Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

I have reviewed the requirements for e-filing and agree to abide by them.

I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

I have regular access to the technical requirements necessary to e-file successfully:
A computer with internet access;
An email account on a daily basis to receive notifications from the Court and
notices from the e-filing system.
A scanner to convert documents that are only in paper format into electronic files;
A printer or copier to create required paper copies such as chambers copies;
A word-processing program to create documents; and
A pdf reader and a pdf writer to convert word processing documents into pdf
format, the only electronic format in which documents can be e-filed.

Further, Plaintiff requests that he be allowed to file his original complaint as a PDF document for his own safety, and for the safety of Court staff because COVID has now been proven to be transmitted on mailed and couriered documents and their wrappings. Additionally, filing multiple hard copies of such substantial documentation is prohibitively expense for Plaintiff who has fee waiver.

Further, Plaintiff has an active PACER account, Number SDRj7yyt4, and requests that the Court inform PACER to waive all fees to Plaintiff under the fee waiver

Date: Feb. 12, 2022
Signature:
[ Signed Electronically By Plaintiff]