Case # TBD, Document 1, Filed 02/12/22, Page 3 of 4

Name: John Doe (AKA Name provided on internal court documents)
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
*Pro Se – A federal witness*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN DOE, a Pro Se non-lawyer citizen** § **PLAINTIFF** § § | |
| **V.** § | **Case No. TBD** |
| § | |
| **UNITED STATES OF AMERICA** § | |
| **and DOES 1 through 20** § § § § | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING PRIVILEGES |
| **DEFENDANTS** § § | |
| Filed: 2.12.22 § § § § § | |

---

**MOTION FOR E-FILE PRIVILEGES**
**JURY TRIAL DEMANDED IN MASTER COMPLAINT**

---

[PROPOSED] ORDER GRANTING
MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING PRIVILEGES

DATE:
TIME:
COURTROOM:

JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:


United States District/Magistrate Judge