ORIGINAL FILED

FEB 22 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Name: S. Redmond
2  Address: 210 South Ellsworth # 1275
   San Mateo, CA 94401
3  Phone Number: 510-868-2862
4  E-mail Address: justice@majestic111.com
5  *Pro Se*

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

8  John Doe, Pro Se Non Attorney          ) Case Number: _____
9                                          )
                                            ) MOTION FOR PERMISSION FOR
10              Plaintiff,                  ) ELECTRONIC CASE FILING
                                            )
11       vs.                                ) cv22 1107
   United States and DOES 1 through 20    ) Judge _____
12                                          )
                                            )
13                                          )
              Defendant.                    )
14

15       As the (*Plaintiff/Defendant*) S. Redmond ___ in the above-captioned matter, I
   respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this
16 case. I hereby affirm that:

17   1. I have reviewed the requirements for e-filing and agree to abide by them.

18   2. I understand that once I register for e-filing, I will receive notices and documents only
        by email in this case and not by regular mail.

19   3. I have regular access to the technical requirements necessary to e-file successfully:

20       ☑ A computer with internet access;
21       ☑ An email account on a daily basis to receive notifications from the Court and
            notices from the e-filing system.
22       ☑ A scanner to convert documents that are only in paper format into electronic files;
23       ☑ A printer or copier to create required paper copies such as chambers copies;
         ☑ A word-processing program to create documents; and
24       ☑ A pdf reader and a pdf writer to convert word processing documents into pdf
            format, the only electronic format in which documents can be e-filed.
25

26
   Date: 2-18-22              Signature: _____
27

28