Name: S. Redmond
Address: 210 South Ellsworth # 1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe, Pro Se Non Attorney )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>United States and DOES 1 through 20 )<br>)<br>)<br>)<br>Defendant. ) | Case Number: _____<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge