UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 22-cv-01107-TSH<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE ELECTRONICALLY**<br><br>Re: Dkt. Nos. 7, 8 |

Before the Court is the request of pro se Plaintiff John Doe to file documents electronically through the e-filing system. ECF Nos. 7, 8. Good cause appearing, the request is hereby **GRANTED**, on condition Plaintiff register as an Electronic Case Filing User on the Court's website. Specifically, Plaintiff must follow the registration procedure set forth on the Court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice confirming registration. If such notice is filed, Defendant shall be relieved of the duty to serve Plaintiff with paper copies of electronically-filed documents.

Plaintiff requests the Court waive all fees under a fee waiver. ECF. No. 7 at 2. The Court will address Plaintiff's fee waiver request and Application to Proceed in Forma Pauperis (ECF No. 3) in a separate order.

**IT IS SO ORDERED.**

Dated: March 15, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge