Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
Case URLs With Evidence Additional Evidence:
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
PLAINTIFF, A Pro Se, Disabled, Non-lawyer federal witness

**FILED**

MAR 29 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

(UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD Redmond, a Pro Se non-lawyer federal whistle-blower/witness<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br>DEFENDANTS.<br>_____<br>Filed: MARCH 25 2022 | ) CASE NO.: 22-cv-1107-TSH<br>) <br>) STATUS UPDATE<br>)<br>) INTENTIONAL FRAUD; CONCEALMENT<br>) FRAUD; NEGLIGENT<br>) MISREPRESENTATION; INTENTIONAL<br>) INFLICTION OF EMOTIONAL DISTRESS;<br>) RICO RACKETEERING;<br>) ANTI-TRUST/MONOPOLY; COURT<br>) ORDER DEMANDED FOR FULL SSDI<br>) BACK PAYMENTS; AND SUCH OTHER<br>) CLAIMS LISTED HEREIN UNDER<br>) "CLAIMS" SECTION<br>)<br><br>DEMAND FOR JURY TRIAL<br><br><br>ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE ON THE WEB TO THE PUBLIC, GLOBALLY AT LINKS ABOVE |

## STATUS UPDATE

Per Judges March 17, 2022 Directives –

1

A.) Plaintiff attempted to use E-File per link provided by Court but ECF stated that those links no longer work and provided Plaintiff with a new link but ECF access is still on hold for Plaintiff.

B.) Plaintiff signed up with Federal Pro Bono Project, Justice & Diversity Center, Bar Association of San Francisco as requested by the Judge and conducted an interview with them.

C.) Plaintiff passed half-way mark on editing of new First Amended Compliant per Judge's directives of March 17, 2022

D. For definition purposes, Plaintiff requests that all parties agree to the Wikipedia definition as :

*"A deep state is a type of governance made up of potentially secret and unauthorised networks of power operating independently of a state's political leadership in pursuit of their own agenda and goals. In popular usage, the term carries overwhelmingly negative connotations.[2] The range of possible uses of the term is similar to that for shadow government. The expression state within a state is an older and similar concept. Historically, it designated a well-defined organization which seeks to function independently,[3] whereas the deep state refers more to a hidden organization seeking to manipulate the public state. "*

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)

Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
Pro Se – A federal witness

Mailed in hard copy for filing to: Attn: Gina, U.S. District Court, 450 Golden Gate Ave, 16th flr, San Francisco, CA 94102