

SAN FRANCISCO CA 940

26 MAR 2022 PM 4 L

94102-391045

Attn: Gina
U.S. District Court
450 Golden Gate Ave, 16th flr
San Francisco, CA 94102

210 S. Ellsworth Ave, #1275
San Mateo, CA 94401