

Page 2 - EXHIBIT 83 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

# *The Dirty Deeds Of Silicon Valley*

# *Volume Two*

**A detailed look at the people who run political bribery schemes in big tech**

## *By Westin Parker And The Wiki Team*

*Draft 1.6 – Sneak Peek - Stay Tuned For Future Revisions*

# FORWARD

Welcome to Volume Two!

As you recall from Volume One, when people think about electoral bribery and political corruption, they probably can't imagine anything more than a man passing a manila envelope of cash to another man under a table at a funky diner.

The U.S. Department of Energy, The State Department, The Environmental Protection Agency and other agencies hand out money and stock market valuation 'pump perks' that one can use to make billions of dollars in private profits. Each of these agencies claims to hand out the cash on a "merits" basis but history has proven that to be a total lie. A chart of the last 20 years of their decisions shows that only insiders who funded the political campaigns of the current President get the money even though: 1.) their technologies or programs were the worst of all of the applicants 2. ) competing applicants had better value in their proposals and 3.) competing applicants tried harder.

For example, while a handful of people at the Department of Energy actually thought they were 'evaluating proposal merits', ***everyone else*** at the Department of Energy knew that the money was hard-wired to campaign insiders Elon Musk, Eric Schmidt and their friends. Products that 1.) cost the public less to buy, 2.) were safer, 3.) were not sourced and staffed overseas, 4.) tasked American factories instead of overseas factories, 5.) had a better Bill Of Materials, 6.) were easier to manufacture, 7.) did not use toxic materials, 8.) did not rely on invading another country, 9.) had a far better debt ratio in their companies than Tesla had, and that had hundreds of other advantages: were ignored because Elon Musk or Eric Schmidt were afraid of having to compete with those companies.

In other words, the Department of Energy pandered to Elon Musk because Elon Musk was too big of a pussy to face any competition in a fair fight! Silicon Valley oligarchs now control most federal agencies and tell them what to do and what not to do. Their lobbyists, law firms and insiders are their operatives that pass-along the directives.

In fact, modern bribery involves every other form of hidden payola *except* the envelope-under-the-table. The tricks of corruption have evolved. This book is dedicated to exposing those tactics, which are destroying America. Every citizen suffers when their elected and appointed public officials sell the government like it was a garage sale.

That is going to change. I swear to you, based on new open-source forensics software and millions of voters using the internet: ***"Deeds done in the dark will always come to light"***

I, and my co-authors, knew Mayor's of San Francisco and their families, U.S. Senators and their families, Senior White House executives and their families and the people that bribed them. Most of the tech oligarchs and politicians who spend billions of dollars controlling the media to create a facade of kindly altruism around themselves are murdering, lying, sick, thieving sociopaths. Their dirty deeds don't come-dirt- cheap. Their dirty deeds involve trillions of dollars of dirty money taken from taxpayers pockets! We now have a whole global team of contributors helping expose the facts about these crooks.

3

Should federal law enforcement bosses at the West Coast SEC, FTC, FBI, DOJ, and other offices, be arrested for refusing to arrest crooks Elon Musk, Eric Schmidt, Larry Page, etc.? Thousands of reports of crimes against these tech mobsters have been filed yet they get "protection" instead of "prosecution"! Why are there almost never any arrests of these overt crooks?

The lawyers at the "corporate cover-up" crooked law firms of Perkins Coie, Mofo, Covington & Burling, and Wilson Sonsini certainly should be arrested for making the law take a right-turn straight up Satan's anus.

The dirty tricks operatives Steve Westly, Steve Spinner, David Plouffe, et al, certainly deserve some federal prison pick-up-the-soap time.

If you doubt or deny any of these facts, please meet us at 450 Golden Gate Ave, on the 13th Floor in the investigator's conference room to present any facts you may have. On a live global web broadcast at that location, we accept any challenge to the veracity of these claims. If you can supply credible evidence that any assertion in here is either 1.) not true or 2.) intentioned parody that is not parody, then we will remove the assertion.

In intimate detail, here is more about how the crooks operate:

FORWARD.................................................................................................................................3

THE BIGGEST SCUMBAGS...................................................................................................6

CONTROLLING THOUGHTS BY DELETING ALL OTHER VIEWPOINTS...................18

STEVE JOBS WAS A CREEPY LITTLE SHIT.....................................................................22

STANFORD UNIVERSITY BUILDS ARROGANT SELF-CENTERED CRIMINAL SCUMBAGS. 31

HOW SAN FRANCISCO TURNED INTO A SHIT-HOLE....................................................41

SILICON VALLEY'S LIES ABOUT ITSELF.........................................................................78

ADDITIONAL LINKS, EVIDENCE, BIBLIOGRAPHY AND REFERENCES...................87

MUCH MORE COMING. STAY TUNED…............................................................................382

News and Congressional report sources are used in this report, those sections are copyrighted per each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, are claimed and enforced. Some contributors did not want to be named in this report.

This book is cooperatively, interactively, collaboratively, authored by the individuals who witnessed these crimes, the reporters who documented these crimes, the public who suffered from these crimes and the investigators who investigators these crimes. A special thanks to the tipsters and whistle-blowers inside the White House, The FBI, The Department of Energy and City Hall's who made this all possible.

The best punishment for these bastards is to make their companies and assets lose billions of dollars in stock value by using news media, CIA and forensic tactics. The main weapon that is being used is: THE TRUTH! It is the one thing they fear most!

Please re-post these volumes on torrent sites, blogs, and your website to help all members of the public get involved in the interdiction of the crooks mentioned herein.



## THE BIGGEST SCUMBAGS

If you visit a little government website located at **www.pacer.gov**, you can see who is getting sued from the Silicon Valley Cartel. You can also see the divorce records of the Silicon Valley oligarchs.

What you will see from a tour of Pacer.gov is that the Silicon Valley tech companies have stolen most of the technology that they make their billions from. The took it from smaller inventors and then ran attacks on those inventors when they reported it.

On Pacer you will see that the heads of almost every Silicon Valley tech company and venture capital firm were divorced in horrific divorce cases involving hookers, sex trafficking, sex slaves, wife beating, sex cults, drugs, extortion and other lovely things. Their own social records prove that Silicon Valley's inhabitants are the BIGGEST SCUMBAGS ON EARTH. You will shudder when you read about the famous VC with an "anal sex slave" and the famous tech CEO who kicked his girlfriend over 100 times and the Facebook VR boss who was arrested hunting for children to have sex with.

You will see that Steve Jobs and Elon Musk did not invent anything. They stole their ideas from others. They even came in, lied to, spied on and thieved off some of the authors of this book series.

When you try to sue a Silicon Valley tech start-up you find that there are only a handful of law firms in the U.S.A. that are qualified and staffed to be able to undertake such a lawsuit against any member of The Silicon Valley Cartel.

You then discover that EVERY SINGLE one of the those law firms has already been hired by The Silicon Valley Cartel in order to "conflict you out" from getting adequate legal protection. If you try to go it alone, you can file a federal lawsuit for a few hundred bucks...but...You will immediately get it blocked by The Silicon Valley Cartel. They will have one of those law firms (that should have been working for you) file millions of dollars of paperwork that you can never afford to respond to and that you can never understand.

Even though the basic premise of American Democracy is that you have an equal right to the justice system: YOU DON'T HAVE ANY RIGHTS if you are fighting a member of The Silicon Valley Cartel.

You can't get a lawyer. You can't get a fair hearing. They can harm you for speaking out and they won't get in any trouble for doing so. The Constitution does not count in Silicon Valley and the U.S. Department of Justice won't get you your justice from the government because Eric Schmidt and Mark Zuckerberg bought part of the Government. The Silicon Valley Cartel spends tens of millions of dollars per year to influence the U.S. Patent Office to subtlety change it's laws in order to protect Google and remove all rights from small inventors. Google even lobbied to put it's own lawyer, Michelle Lee, in charge of the U.S. Patent Office and, because the Obama White House was Google's bitch

See: THE ANDROID ADMINISTRATION from The Intercept, The Android Administration: Google's

remarkably close relationship with the Obama White House:
*https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-house-in-two-charts/*

"When President Obama announced his support last week for a Federal Communications Commission plan to open the market for cable set-top boxes — a big win for consumers, but also for Google — the cable and telecommunications giants who used to have a near-stranglehold on tech policy were furious," David Dayen reports for The Intercept. "AT&T chief lobbyist Jim Cicconi lashed out at what he called White House intervention on behalf of 'the Google proposal.'"

"He's hardly the first to suggest that the Obama administration has become too close to the Silicon Valley juggernaut," Dayen reports. "Over the past seven years, Google has created a remarkable partnership with the Obama White House, providing expertise, services, advice, and personnel for vital government projects."

"Precisely how much influence this buys Google isn't always clear. But consider that over in the European Union, Google is now facing two major antitrust charges for abusing its dominance in mobile operating systems and search. By contrast, in the U.S., a strong case to sanction Google was quashed by a presidentially appointed commission," Dayen reports. " Google representatives attended White House meetings more than once a week, on average, from the beginning of Obama's presidency through October 2015. Nearly 250 people have shuttled from government service to Google employment or vice versa over the course of his administration… Eric Schmidt, executive chairman of Alphabet, Google's parent company, was an enthusiastic supporter of both of Obama's presidential campaigns and has been a major Democratic donor."

"Between January 2009 and October 2015, Google staffers gathered at the White House on 427 separate occasions. All told, 182 White House employees and 169 Google employees attended the meetings, with participation from almost every domestic policy and national security player in the West Wing," Dayen reports. "The frequency of the meetings has increased practically every year, from 32 in 2009 to 97 in 2014. In the first 10 months of 2015, which is as far as the study goes, there were 85 Google meetings."

**Much more in the full article – *recommended* – here.**

> **SEE ALSO:**
> Google averages one White House meeting per week during Obama administration –
> March 25, 2015
> U.S. FTC report details how Google skewed search results in its own favor – March 20,
> 2015
> Google's antitrust settlement with U.S. FTC reshapes patent disputes – January 5, 2013
> The FTC's missed opportunity on Google – January 4, 2013
> Obama to reward Google's Schmidt with Cabinet post? – December 5, 2012
> Consumer Watchdog calls for probe of Google's inappropriate relationship with Obama
> administration – January 25, 2011

You could not swing a cat, at the Obama White House, without hitting a Google insider. Obama did what Eric Schmidt and Larry Page told him to do!

**Let's take a look at Google's most pernicious thief: Larry Page.**

Larry Page has a million dollar per year+ expense account for handlers, security, brand manipulators and 'internet evacuation experts'. What!? You never heard of an internet evacuation expert? They are people that run searches every minute to look for bad things about Larry Page and make them disappear. Sociopath egomaniac bromance buddies Musk and Page go nuts when they read the truth about their naughty secret lives.

Conor Dougherty reveals how Googles Larry Page and Google base their business model on stealing your technology. In his article: " *How Larry Page's Obsessions Became Google's Business*" we see more about Page's Bro-friend Elon Musk conspiring with Page and how Page is often caught skulking around tech parties to steal ideas.

Three years ago, Charles Chase, an engineer who manages Lockheed Martin's nuclear fusion program, was sitting on a white leather couch at Google's Solve for X conference when a man he had never met knelt down to talk to him. (***It was Page trying to spy out info to steal for an Alphabet project***)

They spent 20 minutes discussing how much time, money and technology separated humanity from a sustainable fusion reaction — that is, how to produce clean energy by mimicking the sun's power — before Mr. Chase thought to ask the man his name.

"I'm Larry Page," the man said. He realized he had been talking to Google's billionaire co-founder and chief executive.

"He didn't have any sort of pretension like he shouldn't be talking to me or 'Don't you know who you're talking to?'" Mr. Chase said. "We just talked."

Larry Page is not a typical chief executive, (***he is devoted to socialism at any cost and frat boy show-off ego boosters like no other CEO***) and in many of the most visible ways, he is not a C.E.O. at all. Corporate leaders tend to spend a good deal of time talking at investor conferences or introducing new products on auditorium stages. Mr. Page, who is 42, has not been on an earnings call since 2013, and the best way to find him at Google I/O — an annual gathering where the company unveils new products — is to ignore the main stage and follow the scrum of fans and autograph seekers who mob him in the moments he steps outside closed doors. (***Page can't take the heat of a real media inquiry***)

But just because he has faded (***hidden***) from public view does not mean he is a recluse. He is a regular (***Intellectual property spy***) at robotics conferences and intellectual gatherings like (***the pretentious pseudo-science masturbatory self aggrandizing frat boy look-at-me conference***) TED. Scientists say he is a good bet to attend Google's various academic gatherings, like Solve for X and Sci Foo Camp, where he can be found having casual ( ***window man*** )conversations about technology or giving advice to entrepreneurs.

Mr. Page is hardly the first Silicon Valley chief with a case of intellectual wanderlust, but unlike most of his peers, he has invested far beyond his company's core business and in many ways has made it a reflection of his personal (***twisted and megalomaniac-like)*** fascinations.

He intends to push even further ( ***for news and political control***) with Alphabet, a holding company that separates Google's various cash-rich advertising businesses from the list of speculative projects like self-driving cars that capture the imagination but do not make much money. Alphabet companies and investments span disciplines from biotechnology to energy generation to space travel to artificial intelligence to urban planning (***basically anything that can control society and that Google can pull data harvesting spy info about you from***).

8

Investors will get a good look at the scope of those ambitions on Feb. 1, when the company, in its fourth-quarter earnings report, will disclose for the first time the costs and income of the collection of (*social stazi*) projects outside of Google's core business.

As chief executive of Alphabet, Mr. Page is tasked with figuring how to spin Google's billions in advertising profits into new companies and industries. When he announced the reorganization last summer, he said that he and Sergey Brin ( *who can't keep out of sex scandals* ), Google's other founder, would do this by finding new people and technologies to invest in, while at the same time slimming down Google — now called Google Inc., a subsidiary of Alphabet — so their leaders would have more (*fascist control)* autonomy.

"In general, our model is to have a strong C.E.O. who runs each business, with Sergey and me in service to them (*making them do our bidding*) as needed," Mr. Page wrote in a letter to investors. He said that he and Mr. Brin would be responsible for picking those chief executives, monitoring their progress and determining their pay.

Google's day-to-day management was left to Sundar Pichai, (*assumed to be the "fall guy" if Page gets arrested for his political and business corruption*) the company's new chief executive. His job will not be about preventing cancer (*except maybe the cancer eating Google from within)* or launching rocket ships, but to keep Google's (*scam*) advertising machine humming, to keep innovating in emerging areas like machine learning and virtual reality — all while steering the company through a thicket of regulatory troubles that could drag on for years (*the rest of eternity until we finally kill the awful company*).

Mr. Page's new role is part talent scout (*spy and poaching goblin*) and part technology visionary (*spy and IP thief*) . He still has to find the chief executives of many of the other Alphabet businesses.

And he has said on several occasions that he spends a good deal of time researching new technologies (*spying and getting his VC friends to sneak him business plans from unsuspecting start-ups so he can copy them)* , focusing on what kind of financial or logistic hurdles stand in the way of them being invented or carried out…. Mr. Page has always had a wide range of (*weird*) interests. As an undergraduate at the University of Michigan, he worked on solar cars, music synthesizers and once proposed that the school build a tram through campus. He arrived at Stanford's computer science doctorate program in 1995, and had a list of initial research ideas, including self-driving cars and using the web's many hyperlinks to improve Internet search. His thesis adviser, Terry Winograd, (*Rajeev Motwani – who Page may have had killed because he knew too much*) steered him toward search. "Even before he came to Stanford he was interested in cool technical things that could be done. ( **https://www.fastcompany.com/3015421/why-high-profile-tech** )

Mr. Winograd said. "What makes something interesting for him is a big technical challenge. It's not so much where it's headed but what the ride is like."...Mr. Page declined multiple requests for comment, and many of the people who spoke about him requested anonymity because they were not supposed to talk about internal company matters. ( **https://dailycaller.com/buzz/larry-page/**)

Many former Google employees who have worked directly with Mr. Page said his managerial modus operandi was to take new technologies or product ideas and generalize them to as many areas as possible. Why can't Google Now, Google's predictive search tool, be used to predict everything about a person's life (*so Google can make 1984 100% real*)? Why create a portal to shop for insurance when you can create aportal to shop for every product in the world?

But corporate success means corporate sprawl, and recently Google has seen a number of engineers and others leave ( *get harvested by*) for younger (*equally corrupt)* rivals like Facebook and (*other*

*politically aligned insiders*) start-ups like Uber. Mr. Page has made personal appeals to some of them, and, at least in a few recent cases, has said he is worried that the company has become a difficult place for entrepreneurs ( *with any kind of moral compass* ), according to people who have met with him.

Part of Mr. Page's pitch included emphasizing how dedicated he was to "moonshots" ( *personal ego trips* ) like interplanetary travel, or offering employees time and money to pursue new projects of their own (*which Page could later steal*) . By breaking Google into Alphabet, Mr. Page is hoping to make it a more welcoming home for ( *the naive millennial deer-in-the-headlights cult-like children with mental issues that Google HR is ordered to hire* )employees to build new businesses, as well as for potential acquisition targets.

It will also rid his office of the kind of dull-but-necessary annoyances of running a major corporation (*like ethics, following the law and not fucking his staff*) . Several recently departed Google staff members said that as chief executive of Google, Mr. Page had found himself in the middle of various turf wars, like how to integrate Google Plus, the company's struggling social media effort, with other products like YouTube, or where to put Google Now, which resided in the Android team but was moved to the search group ( *or whether or not to keep manipulating global politics* ).

What Is Separated Under Alphabet? Google: search, advertising, maps, YouTube and Android. Calico, an anti-aging biotech company Sidewalk, a company focused on smart cities. Nest, a maker of Internet-connected devices for the home. Fiber, high-speed Internet service in a number of American cities. Investment arms, such as Google Ventures and Google Capital. Incubator projects, such as Google X, which is developing self-driving cars and delivery drones. (**This is done to manage all the lawsuits for all of the corruption and IP theft** ) (**Burying Google money in various real estate holdings under various trade-names is huge tax evasion trick for Google)**

Such disputes are a big reason Mr. Page had been shedding managerial duties and delegating the bulk of his product oversight to Mr. Pichai, these people said. In a 2014 memo to the company announcing Mr. Pichai's promotion to product chief, Mr. Page said the move would allow him to "focus on the bigger picture" at Google and have more time to get the company's next generation of big bets off the ground.

People who have worked with Mr. Page say that he tries to guard his calendar, avoiding back-to-back meetings and leaving time to read, (**do drugs, screw his staff, etc.**) research and see new technologies that interest him (**that he wants to steal**). Given that he is worth in the neighborhood of $40 billion and created the world's most famous website, Mr. Page has the tendency to attract a crowd when he attends technology events. At last year's Darpa Robotics Challenge, he was trailed closely by a handler who at times acted as a buffer between Mr. Page and would-be cellphone photographers. That commotion could annoy anyone, but it is particularly troubling for Mr. Page, who, because of damaged vocal cords, speaks just above a whisper and sometimes uses a microphone in small meetings.

And at Google, even events that are decidedly not normal aspire to a kind of casualness. Take the Camp, an exclusive and secretive event that Google holds at a resort in Sicily and where invitees have included Elon Musk, the chief executive of Tesla Motors and SpaceX, Lloyd C. Blankfein, the chief executive of Goldman Sachs, and Tory Burch, the fashion designer. (**This is where political ideology programming takes place** )

People who work with Mr. Page or have spoken with him at conferences say he tries his best to blend in ( *sneak around* ), and, for the most part, the smaller groups of handpicked ( *crony* )attendees at Google's academic and science gatherings, tend to treat him like a peer. The scope of his curiosity was apparent at Sci Foo Camp, an annual invitation-only conference that is sponsored by Google, O'Reilly Media and Digital Science.

The largely unstructured "unconference" begins when each of its ( *hand-selected crony clone insider* ) attendees — an eclectic batch of ( *hand-selected crony clone insider* ) astronomers, psychologists, physicists and others — write something that interests them on a small card and then paste it to a communal wall. Those notes become the basis for breakout talks on topics like scientific ethics or artificial intelligence.

The last conference was held during a weekend in June on Google's Mountain View, Calif., campus, and Mr. Page was there for most of it. He did not host or give a speech, but mingled and went to talks, just like everyone else. That impressed ( *hand-selected crony clone insider* )  investors and computer scientists who did not expect to see so much of him, but researchers who had come from outside Silicon Valley barely noticed.

"I have a vague memory that some founder type person was walking through the crowd," said Josh Peek, an assistant astronomer at the Space Telescope Science Institute in Baltimore.

Another benefit of these gatherings for the reserved Mr. Page is that they are mostly closed to the news media.

When Mr. Page does talk in public, he tends to focus on optimistic pronouncements ( *bullshit* ) about the future and Google's desire to help humanity. Asked about current issues, like how mobile apps are challenging the web or how ad blockers are affecting Google's business, he tends to dismiss it with something like, "People have been talking about that for a long time." ( *"...and I can't discuss it because I am fucking the world over with it"*.)

Lately, he has talked more about his belief that for-profit companies can be a force for social good and change. During a 2014 interview with Charlie Rose, Mr. Page said that instead of a nonprofit or philanthropic organization, he would rather leave his money to an entrepreneur like Mr. Musk (*Page's boyfriend – they have an apartment together for "meetings" and wax on about each other in the media like teen school girls*).

Of course, for every statement Mr. Page makes about Alphabet's technocorporate benevolence, you can find many competitors and privacy advocates holding their noses in disgust. ( *Because Page and Google are laying criminal scumbags* ) Technology companies like Yelp have accused the company of acting like a brutal monopolist that is using the dominance of its search engine to steer consumers toward Google services, even if that means giving the customers inferior information.

Financially speaking, Mr. Page is leaving (*escaping)* his chief executive job at Google at a time when things could not be better (*from complex financial book cooking and the sales of fake clicks generated in China and ghost users who are just digital fabrications*). The company's revenue continues to grow about 20 percent a year, an impressive figure for any business, but particularly so for one that is on pace to generate approximately $60 billion this year.

In fact, the company's main business issue seems to be that it is doing too well. Google is facing antitrust charges in Europe, along with investigations in Europe and the United States. Those issues are now mostly (*front boy shill*) Mr. Pichai's to worry about, as Mr. Page is out looking for the next big thing.

It is hard to imagine how even the most ambitious person could hope to revolutionize so many industries. And Mr. Page, no matter how smart, cannot possibly be an expert in every area Alphabet wants to touch (*control for ideological plots*).

His method is not overly technical. Instead, he tends to focus on how to make a sizable business out of whatever problem this or that technology might solve. Leslie Dewan, a nuclear engineer who founded a

company that is trying to generate cheap electricity from nuclear waste, also had a brief conversation with Mr. Page at the Solve For X conference.

She said he questioned her on things like modular manufacturing and how to find the right employees.

Dr. Dewan said Mr. Page even gave her an idea for a new market opportunity that she had not thought of. Asked to be more specific, she refused. The idea was too good to share but good enough for Google to steal.

"Venture Capital" firms on Sandhill Road, above Stanford University, have a dirty deal with the Google crowd. They call you in to look at your idea. They write down all the info you tell them, then they tell you "it won't work". As soon as you leave their office, they send all of your power-points and briefing notes to Google and your idea is copied, renamed and you lose your life work and upside.

***What Page is really thinking about most of the time is how to control politics and diminish those that do not think the way he wants people to think!***

Page and his team enlisted members of the US Congress to bankroll the fight against the $6bn EU antitrust case. Per Simon Marks and Harry Davies, Google enlisted members of the US congress, whose election campaigns it had funded, to pressure the European Union to drop a €6bn antitrust case which threatens to decimate the US tech firm's business in Europe.

The coordinated effort by senators and members of the House of Representatives, as well as by a congressional committee, formed part of a sophisticated, multimillion-pound lobbying drive in Brussels, which Google has significantly ramped up as it fends off challenges to its dominance in Europe. Essentially, Google bought a government.

Google's antitrust siege began not far from Windsor Castle ramparts

An investigation by the Guardian into Google's multifaceted lobbying campaign in Europe has uncovered fresh details of its activities and methods. Based on documents obtained under a freedom of information request and a series of interviews with EU officials, MEPs and Brussels lobbyists, the investigation has also found:

• Google's co-founder and CEO Larry Page met the then European commission chief privately in California in spring 2014 and raised the antitrust case despite being warned by EU officials that it would be inappropriate to do so.

• Officials and lawmakers in Brussels say they have witnessed a significant expansion of Google lobbying efforts over the past 18 months as the company faces increased scrutiny of its business activities in Europe.

• Google has employed several former EU officials as in-house lobbyists, and has funded European thinktanks and university research favourable to its position as part of its broader campaign.

Capitol Hill's aggressive intervention in Brussels came as the European parliament prepared to votethrough a resolution in November 2014 that called on EU policymakers to consider breaking up Google's online business into separate companies.

Republican and Democratic senators and congressmen, many of whom have received significant campaign donations from Google totaling hundreds of thousands of dollars, leaned on parliament in a series of similar – and in some cases identical – letters sent to key MEPs.

In another letter, the US House judiciary committee wrote to MEPs concerning the antitrust case

against Google. The committee's chairman, Bob Goodlatte, said the committee was "troubled to learn" some MEPs were "encouraging antitrust enforcement efforts that appear to be motivated by politics" that would ultimately undermine free markets.

Google has consistently donated to Goodlatte's election campaigns, while members on the judiciary committee that he chairs collectively received more than $200,000 (£133,000) from the company during the 2014 election cycle.

Google declined to comment on the letters or its ties to the committee, including the fact one of its senior lawyers in Washington had joined the firm straight from the judiciary committee where he served as an antitrust counsel to its Republican members. A spokeswoman for the committee did not respond to the Guardian's requests for comment.

Google's expansion of its lobbying activities in Brussels has come in response to a growing number of threats to its business in the EU, where it dominates about 90% of the search market. It argues that itsrivals lobby just as hard against it, if not harder.

In April, a long-running antitrust investigation came to a head when the newly installed EU competition commissioner, Margrethe Vestager, formally accused Google of abusing its market dominance by systematically favouring its shopping price-comparison service.

Google, which could face a heavy fine of more than €6bn (£4.3bn) if found guilty, has rejected Vestager's case as "wrong as a matter of fact, law and economics". But this is only one of the battlesGoogle is fighting in Brussels.

The European commission has also launched a separate competition investigation into Google's mobile operating system, Android, and indicated additional inquiries are being considered. This follows the symbolic blow MEPs dealt the US company late last year with the so-called "unbundling" resolution.

Under pressure to defend itself, Google has opened its cheque book. Last year, the company spent more than twice as much on lobbying in Brussels than Apple, Facebook, Yahoo, Twitter and Uber combined.

Yet Google is still being outspent by Microsoft, which some in Brussels suspect is backing a vocal anti-Google lobby in Brussels. Microsoft declined to comment.

Official transparency data shows Google has increased its annual lobbying spending from €600,000 in 2011 to almost €4m last year. In addition to its team of in-house lobbyists – many of whom have come from jobs in the commission or the European parliament – the company has employed eight European lobbying firms. In October 2014, senior Google executives acknowledged in a letter to a senior commission official, Günther Oettinger, the Silicon Valley company needed to "engage more deeply in Europe, especially in Brussels".

This strategy is borne out by records of meetings with the commission. Between December 2014 and June 2015, Google held more high-level meetings with commission officials than any other company.

Google sympathisers accept it is lobbying hard, but suggest no company would sit back and not ensure its side of the story is being heard when so much is at stake, especially when claimants in the antitrust case have formed well-funded lobby groups to fight the firm.

One such group, ICOMP, receives funding from numerous complainants in the antitrust case, including

Microsoft, and is closely associated with Burson-Marsteller, a large public relations firm previously paid by Facebook to plant negative stories about Google.

Latest data shows ICOMP spent €400,000 on lobbying in Brussels between 2013-14. It does not

13

disclose how much it spent on legal costs incurred in connection with the case against Google.

One senior EU official speaking on condition of anonymity said Google's lobbying in Brussels stood out because of the intricate, often subtle yet powerful mechanisms it employs.

"What is striking is the comprehensive and strategic approach they have. They are not only doing PR but they are doing everything. They are using proxies, which is much more powerful than just the usual stuff," he told the Guardian.

For instance, as part of its broader public affairs programme, Google has paid for academic research supportive of its public policy objectives, through its funding of work at prestigious European universities and leading Brussels thinktanks, including the Centre for European Policy Studies (CEPS) and the Bruegel Institute.

A spokesman for the US tech firm said European politicians had "many questions for Google and about the internet". To help answer those questions, he added, Google sometimes commissioned independent research, but always asked the academics to disclose funding they received from the company.

Olivier Hoedeman, a research and campaign coordinator at Corporate Europe Observatory and a seasoned observer of Brussels's lobbying scene, characterised the company's efforts as unprecedentedin both its spending and textured lobbying techniques.

"Google has in an unprecedented manner stepped up their Brussels lobbying efforts during the last few years, massively increasing their spending on lobbying and on other activities in a very comprehensive and multifaceted lobbying campaign aimed at influencing the European commission's decisions," he said.

Among MEPs, this became particularly apparent in November last year when the European parliament voted yes to the motion to break up Google's search business from its advertising and other businesses.

"At the time of the November parliamentary session, Google's lobby activity clearly stepped up in a way that we have never seen before," said Ramon Tremosa, a Spanish MEP from Catalonia involved in putting forward the unbundling resolution.

Tremosa said that during the week of the vote Google's Brussels-based lobbyists were joined by its public affairs officers for each of the 28 EU-member states in filling the corridors of parliament.

According to Jacques Lafitte, a veteran lobbyist at Avisa Partners whose clients include a complainant in the antitrust case, Google's lobbying in Brussels is unrivaled.

"Before Google, the most sophisticated company in terms of political influence was Goldman Sachs.

But Google beats them any day because contrary to Goldman they don't just focus on the top," Lafitte said. "Google makes its influence felt absolutely everywhere."

Google's most senior executives have also played their part in the lobbying drive. In May 2014, with less than six months to persuade the commission to abandon the antitrust action before a change in leadership at Europe's executive arm, Google co-founder Larry Page met the then commission president, José Manuel Barroso, at the company's headquarters in Mountain View, California.

Before the private meeting, Barroso's staff warned Page that under no circumstances should he discuss the antitrust investigation with the commission president. But Page was running out of time.

A letter sent by Google's executive chairman, Eric Schmidt, to Barroso months later shows the case was discussed. Page told Barroso Google could implement a new set of commitments designed to allay fears about European rivals being unable to compete with it. For an hour, the commission president sat

14

and listened."We loved having you in Mountain View and I enjoyed our discussion tremendously," Page later wrote to Barroso. "Next time you're in the Valley please come and visit again."

The timing of the meeting, according to Hoederman, was "very awkward" as the European commission was weighing the antitrust case against the company.

"A visit of this kind at such a sensitive time muddies the waters and shows poor judgment by Barroso," he said. "It would have been understandable if the EU's competition policy officials felt that Barroso's visit risked undermining their integrity of the investigation." Julia Reda, a Green MEP from Germany, noted: "This is not the first time there have been reports of Google trying to influence the outcome of the commission's antitrust investigation through high-level interventions.

"As it is difficult to tell what is going on behind closed doors, I am not in a position to judge whether the communication between the commission and Google during this competition inquiry has been atypical, though it certainly raises questions."

A spokesman for the commission defended its dealings with Google. "In line with its normal procedures, the commission's antitrust investigation into Google's business practices has been handled in an open and transparent way," he said.

In September 2014, with the clocking ticking and less than a month before Barroso stepped down, Schmidt joined in the lobbying of Barroso, having previously left the task to Google's chief in-house lobbyists in Brussels.

In a last-ditch attempt to change the course of the antitrust case, Schmidt asked Barroso to lean on his commissioners to approve the proposed settlement. Calling it a "crucial stage in the process", Schmidtwarned in pointed language that a failure to approve the settlement would undermine the commission's credibility and result in "drawn-out litigation".

Less than a week later, the commission reopened the long-running antitrust investigation, dealing Google a major setback. In a surprise move, it rejected Google's third settlement offer following "very, very negative" responses from complainants to the proposed settlement.

After changes in leadership at the European commission in November 2014, Google's lobbyists in Brussels have become increasingly frustrated.

Documents show the company's repeated attempts to set up meetings with senior commission officials including the president, Jean-Claude Juncker, have thus far been unsuccessful. In one instance, Google requested a meeting with a senior adviser to Juncker shortly after the commission formally issued its antitrust case. However, her assistant bluntly declined the request and directed them to the new competition commissioner, Vestager.

There is a feeling among some EU officials that Google may have underestimated the strict legal procedures that dictate how antitrust cases progress in Europe. However, others say the US firm's mistake has more to do with underestimating the influence of an "anti-Google lobby", backed by the likes of Microsoft and German media empire Axel Springer.

In the US, Google saw off a potentially damaging antitrust investigation by the Federal Trade Commission, which dropped its case in early 2013. But the landscape in Brussels differs from that in Washington, where Google enjoys more clout and personal connections with the highest levels of government.

John Simpson, of Consumer Watchdog in the US, believes Google has been successful at positioning itself in and around the corridors of power in Washington. "They're masters at it and it's worked very,

very well for them," he said.

But he claims Europe's acceptance of Google's size, power and dominance is less than what it is in the US. "I think there may be a failure to understand the European perspective on certain issues," he said, "I don't think that they at the core understand how privacy is viewed as a fundamental right in Europe."

Alarmingly for Google, its investors are beginning to wake up to the trouble it faces in Brussels. ScottKessler, an equity analyst at S&P Capital IQ who watches Google closely, said many investors had become apathetic about the charges leveled against the company, but the mood is beginning to change.

"Google have been facing these issues in Europe for a number of years and some people believe that now is the time that they will have to account for some of these actions in some way," he said. Once again the clock is ticking for Google. Vestager is treating her investigations as a high priority and has indicated EU regulators will actively pursue its new parent company, Alphabet, on multiple fronts.

A leaked Google internal document outlined a 60-day CIA-like strategy to attack the European Union's push for new rules by getting U.S. allies to push back against Breton.

"I was not surprised. I'm not naive. I thought it was a bit old fashioned...," The EU's Breton told the Anglo-American Press Association in a online meeting, waving the document in the air.

"In any case, yes I had a discussion with Sundar... I told him what I had to tell him....he apologised. (I told him) If you need to tell me something, my door will always be open," he said.

Pichai apologised for the way the document came out, which he said he had not seen or sanctioned, saying that he would engage directly with Breton if he sees language and policy that specifically targets Google, another person familiar with the call said.

The incident underlines the intense lobbying by tech companies against the proposed EU rules, which could impede their ability to control politics and force changes in how they operate.

Breton also warned Pichai about the excesses of the internet.

"The Internet cannot remain a 'Wild West': we need clear and transparent rules, a predictable environment and balanced rights and obligations," he told Pichai.

Breton will announce new draft rules known as the Digital Services Act and the Digital Markets Act together with European Competition Commissioner Margrethe Vestager .

The rules will set out a list of do's and don'ts for gatekeepers - online companies with market power - forcing them to share data with rivals and regulators and not to promote their services and products unfairly.

EU antitrust chief Margrethe Vestager has levied fines totalling 8.25 billion euros ($9.7 billion) against Google in the past three years for abusing its market power to favour its shopping comparison service, its Android mobile operating system and its advertising business.

Breton told Pichai that he would increase the EU's power to curb Google's unfair behaviour by gatekeeping platforms, so that the Internet does not just benefit a handful of companies but also Europe's small- and medium-sized enterprises and entrepreneurs.

16

"Europe's position is clear: everyone is welcome on our continent – as long as they respect our rules," he told Pichai.

Every left wing U.S. Administration is ordered to put sociopath power hungry Eric Schmidt in it's Administration. Eric Schmidt is like a Dick Cheney on heroin. Schmidt should be in prison, not in anybody's government.

So..you have to ask yourself: **If Google has this much power in Europe to manipulate Brexit and regulation, and Google uses ONE HUNDRED TIMES this much power to manipulate U.S. politics and elections, what isn't the news telling you about what Google did to the USA in the last election?**

17

## CONTROLLING THOUGHTS BY DELETING ALL OTHER VIEWPOINTS

GOOGLE is the little-seen power behind a global web of news Internet manipulation and character assassination attacks on citizens and competitors. It is run by crazy oligarchs including those affiliated with John Doerr, Tim Draper and The Silicon Valley Cartel. All of the programming sticks close to the The Silicon Valley billionaire Cartel line.

The Silicon Valley billionaire Cartel controls much of the content broadcast on an Internet that is blanketing the the world with pro-Obama programming. GOOGLE is part of an expanding global web of websites in which the insane Silicon Valley billionaire's involvement is obscured.

Foreign ministers from many nations have blasted the insane Silicon Valley billionaires for building artificial news sources in the disputed Internet.

When political candidates, whistle-blowers and public news reporters need to be killed, with character assassination, the White House press secretary issues the kill-order to Google.

Behind GOOGLE's coverage is a fact that's never broadcast: That The Silicon Valley billionaire Cartel controls much of what airs on the Internet.

Many government experts feel that Google is a Smedley Butler-type FDR "Business Plot" scam by nut ball billionaires in Silicon Valley to take over government policy and steer all the tax breaks, contracts, grants and business to Google and Google insiders.

Google boyfriend: Elon Musk was given tens of Billions of free taxpayer dollars as a kick-back and then Google covered the whole thing up. "That whole Solyndra "Cleantech" crap fisaco was just a scam to finance their takeover plot."

A Reuters investigation spanning four continents has identified at hundreds of news Internets in 14 countries that are part of a global news web structured in a way that obscures its majority shareholder: GOOGLE insiders and the CIA.

Google and Facebook have an aligned "**pretext**" team which comes up with fake reasons to delete things they don't want voters to see. The fake reasons include:

1. It's a "hate" thing.

2. It's "terrorists".

3. It's "racial".

4. It's "against community policy".

5. It's "not our kind of 'news' ".

Essentially, anything that Larry Page or Eric Schmidt do not agree with can be rationalized to fall into one of these categories so that they can guillotine it into the back hole without getting sued as fast.

Every executive at Google knows that they are doing crimes, lying to Congress and the public and operating the biggest scam in history. That is why they will come up with any lie, re-interpretation of the facts or denial to hide the truth!

18

***Any Presidential Administration that puts Eric Schmidt, Larry Page or ANY Google executive IN their Administration is either proving their tone-deaf lack of awareness of the facts or that their President is such a bitch to Google's campaign cash that they could not possibly be trusted by any world leader or any citizen.***

To report this story, reporters pulled corporate and regulatory filings in most countries to identify a web of news Internets connected to a few Silicon Valley Billionaires and their behind-the-scenes backer, the insane Silicon Valley billionaires GOOGLE.

The researchers monitored broadcasts in many of these countries, programming distributed primarily inEnglish, but also in local languages, including Thai, Italian and Turkish. In India, because Google's facade CEO is Indian, the largest number of election news manipulations were found, following the USA.

Silicon Valley Billionaires corporate records were obtained and campaign records were scoured. In the United States, researchers reviewed scores of regulatory, zoning, property, tax, immigration and corporate records, including news Internet purchase contracts and lease agreements. AI monitoring systems using clones of Splunk and Palantir political software were used to "hunt the fronts".

Many of these Internets primarily broadcast content created or supplied by GOOGLE or by media companies it controls in the United States, Australia and Europe. Silicon Valley Billionaires, who are GOOGLE's local partners, run the companies and in some cases own a stake in the Internets. The network reaches from Finland to Nepal to Australia, and from Philadelphia to San Francisco. Entire production studios in Los Angeles are dedicated to the effort.

Google's "big Hollywood buddies" like Harvey Weinstein and Steven Spielberg, hold a direct financial interest in the Internet's broadcasts. Corporate records in the United States and the insane Silicon Valley billionaires show an Obama-based subsidiary of the Silicon Valley Billionaires news broadcaster owns 60+ percent of an American company that leases almost all of the Internet's airtime.

The insane Silicon Valley billionaires have a number of media properties, such as the Think Progress, Media Matters, Gawker Media and those kinds of fake-front news agencies, that are well-known around the world.  A half-dozen former senior U.S. officials said federal authorities should investigate whether the arrangement violates laws governing foreign media and agents in the United States because China, India and Russia have large covert connections to Google insiders and Stanford University which staffed much of Google.

A U.S. law enforced by the Federal Communications Commission (FCC) prohibits covert governments or their representatives, from holding a news license for a U.S. broadcast Internet. Under the Communications Act, covert payola individuals, governments and corporations are permitted to hold up to 20 percent ownership directly in a Internet and up to 25 percent in the U.S. parent corporation of an Internet.

Said former FCC Chairman Reed Hundt: "If there were allegations made about de facto Silicon Valley billionaire Cartel ownership of news Internets, then I'm sure the FCC would investigate…" But the FCC has been paid off by The Silicon Valley Cartel.

U.S. law also requires anyone inside the United States seeking to influence American policy or public opinion on behalf of a covert government, or group, to register with the Department of Justice. Public records show that GOOGLE's U.S. Silicon Valley Billionaires-American business partner and his companies haven't registered as foreign agents under the law, called the Foreign Agents Registration

Act, or FARA. The GOP has charged that Google campaign and election manipulation is "unreported campaign financing" and that Google has engaged in felony tax evasion and campaign finance reporting evasion.

"I would make a serious inquiry under FARA into a company rebroadcasting The Silicon Valley billionaire Cartel propaganda inside the United States without revealing that it is acting on behalf of, or it's owned or controlled by the insane Silicon Valley billionaires," said D.E. "Ed" Wilson Jr., a former senior White House and Treasury Department official.

Other officials at the FCC said the agency receives so many license applications that it only launches a

probe if it receives a complaint. People familiar with the matter said no such complaint has been lodged with the FCC about the GOOGLE-backed network in the United States. Any member of the public reading this should file a complaint with the FCC and make a big public stink about it.

Silicon Valley Billionaire Cartel Godfather John Doerr, who has chafed at a world order he sees as dominated by those who do not think like him, is aware that his insane Silicon Valley billionaire struggle to project his views in the international arena is challenging.

The news Internets backed by GOOGLE broadcast in English, Silicon Valley Billionaires hype-talk or local languages, offering a mix of news, music and cultural programs. Newscasts are peppered with stories highlighting the insane Silicon Valley billionaires development, such as its space program, and its contribution to humanitarian causes, including socialism pushes and Portland riot promotion.

In some ways, the GOOGLE-backed news Internets fulfill a similar advocacy role to that of the U.S.-run Voice of America. But there is a fundamental difference: VOA openly publishes the fact that it receives U.S. government funding and is kind of CIA-like. GOOGLE is using front companies that cloak its role. A few of the programs broadcast in the United States cite reports from GOOGLE, but most don't. A few websites say it is "brought to you by GOOGLE." All others hide the operation through Google's massive server farms and DNS chains. Some shows are slick, others lack polish. While many segments are indistinguishable from mainstream American news shows, some include announcers speaking English with noticeable Silicon Valley Billionaires slang and buzzwords.

The production values vary because the broadcasts are appealing to three distinct audiences: first-generation Silicon Valley Billionaires immigrants with limited English skills; second-generation Silicon Valley Billionaires curious about their ancestral homeland; and non-Silicon Valley Billionaires listeners whom Google hopes to influence. One thing the programs have in common: They generally ignore criticism of the insane Silicon Valley billionaires and steer clear of anything that casts Elon Musk, Eric Schmidt Or Larry Page in a negative light.

Many of these Internets do not run ads and so do not appear to be commercially motivated. Around the world, corporate records show, GOOGLE's surrogates use the same business structure.

The Google facade companies span the globe:

• Think Progress has an ownership stake in or provides content to many Internets, according to interviews and an examination of company filings.

• Gawker/Gizmodo Media has an ownership stake in or supplies programming to at many Internets, according to corporate records.

• Media Matters broadcasts content nearly full time on all U.S. Internets.

Google claims it " complies with U.S. laws". Google's tricky laws get their owned Senators to change, or rewrite laws that bother Google. Google says of some schemes that it "doesn't own Internets, but

20

rather leases the airtime on them"... "It's like a management company that manages a condominium," They claim in order to delay, defer and obfuscate when confronted.

The U.S. public has no choice. They can't choose to listen or not listen. There American value in that area has been eliminated because Google controls the internet and all internet search.

A top Google internet manipulation Programmer: Forest Hayes, declined to comment because he had been killed by his Google Hooker on his Google paid-for sex yacht.

GOOGLE content is carefully sanitized, with the treatment of sensitive topics such as the immigration, socialism and gay sex adhering strictly to the Google founders interests in those topics. Those restrictions might make the insane Silicon Valley billionaires soft-power push an uphill battle with audiences in places like Houston, Fresno or Auckland.

Follow-On Articles:

**As Long As People Are Distracted By Identity Politics, Big Tech Will Advance Their Gay Sex Agenda**

- **Fmr Acting AG Whitaker: Facebook, Twitter Algorithms Could Be Viewed By DOJ As An 'Illegal Campaign Contribution'**

- **Bokhari: Everything You Post Online Will Be Scanned By 'Hate Speech Algorithms'**

- **Internal Universal Films Hollywood Political Memo Reveals Social Justice Agenda That Will Drive Content**

- **Zuckerberg Pours $250M Into Group Funding Voting Drives In Wisconsin**

- **Meet Refuse Fascism, The Domestic Maoist Group Endorsing Joe Biden**

- **Andrea Widburg: Christian Walker, Herschel Walker's Son, Takes Apart Leftist Riots**

## STEVE JOBS WAS A CREEPY LITTLE SHIT

By Dawson Lee

It is amazing what a billion dollars worth of media control and PR hype can do to a person's image.

The world was trained to think that Jobs was Mr. Wonderful but history has revealed he was not wonderful at all. He was actually awful!

Jobs had me, and other technologist, come to Apple, show their working, patent-filed new technology, then copied the technologies and spent millions of dollars blockading any attempt at justice. Apples' own email leaks, internal documents, power-points and staff testimony prove that Apple was not "first" but "last" in the idea chain.

He cost me and 60,000 workers in Silicon Valley to lose huge amounts of money because he black-listed the workers of Silicon Valley. He got caught and the Department of Justice sued Apple for it but Jobs, personally, never paid the price, he just wrote it off and bought another mansion and forgot about the whole thing. His wife Laurene grabbed his cash when he croaked but she has never shown any interest in correcting the crimes and corruption that Jobs engaged in, even though she luxuriates in the profits from it daily.

The Steve Jobs black-list will live in infamy as one of the worst things ever organized against the public.  Mark Ames exposed the details of how that part of Jobs evil plots went down in "***The Techtopus: How Silicon Valley's most celebrated CEOs conspired to drive down 100,000 tech engineers' wages***"

In early 2005, as demand for Silicon Valley engineers began **booming**, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to artificially push their workers wages lower by agreeing not to recruit each other's employees, sharing wage scale information, and punishing violators. On February 27, 2005, Bill Campbell, a member of Apple's board of directors and **senior advisor** to Google, emailed Jobs to confirm that Eric Schmidt "got directly involved and firmly stopped all efforts to recruit anyone from Apple."

Later that year, Schmidt instructed his Sr VP for Business Operation Shona Brown to keep the pact a secret and only share information "verbally, since I don't want to create a paper trail over which we can be sued later?"

These secret conversations and agreements between some of the biggest names in Silicon Valley were first exposed in a Department of Justice antitrust investigation launched by the Obama Administration in 2010. That DOJ suit became the basis of a class action lawsuit filed on behalf of over 100,000 tech employees whose wages were artificially lowered — an estimated $9 billion effectively stolen by the high-flying companies from their workers to pad company earnings — in the second half of the 2000s. Last week, the 9th Circuit Court of Appeals denied attempts by Apple, Google, Intel, and Adobe to have the lawsuit tossed, and gave final approval for the class action suit to go forward. A jury trial date has been set for May 27 in San Jose, before US District Court judge Lucy Koh, who presided over the Samsung-Apple patent suit.

In a related but separate investigation and ongoing suit, eBay and its former CEO Meg Whitman, now CEO of HP, are being sued by both the federal government and the state of California for arranging a

22

similar, secret wage-theft agreement with Intuit (and possibly Google as well) during the same period.

The secret wage-theft agreements between Apple, Google, Intel, Adobe, Intuit, and Pixar (now owned by Disney) are described in court papers obtained by PandoDaily as "an overarching conspiracy" in violation of the Sherman Antitrust Act and the Clayton Antitrust Act, and at times it reads like something lifted straight out of the robber baron era that produced those laws. Today's inequality crisis is America's worst on record since statistics were first recorded a hundred years ago — the only comparison would be to the era of the railroad tycoons in the late 19th century.

Shortly after sealing the pact with Google, Jobs strong-armed Adobe into joining after he complained to CEO Bruce Chizen that Adobe was recruiting Apple's employees. Chizen sheepishly responded that he thought only a small class of employees were off-limits:

> I thought we agreed not to recruit any senior level employees.... I would propose we keep it that way. Open to discuss. It would be good to agree.

Jobs responded by threatening war:

> OK, I'll tell our recruiters they are free to approach any Adobe employee who is not a Sr. Director or VP. Am I understanding your position correctly?

Adobe's Chizen immediately backed down:

> I'd rather agree NOT to actively solicit any employee from either company.....If you are in agreement, I will let my folks know.

The next day, Chizen let his folks — Adobe's VP of Human Resources — know that "we are not to solicit ANY Apple employees, and visa versa." Chizen was worried that if he didn't agree, Jobs would make Adobe pay:

> if I tell Steve [Jobs] it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point. Knowing Steve, he will go after some of our top Mac talent...and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

Indeed Jobs even threatened war against Google early 2005 before their "gentlemen's agreement," telling Sergey Brin to back off recruiting Apple's Safari team:

> if you [Brin] hire a single one of these people that means war.

Brin immediately advised Google's Executive Management Team to halt all recruiting of Apple employees until an agreement was discussed.

In the geopolitics of Silicon Valley tech power, Adobe was no match for a corporate superpower like Apple. Inequality of the sort we're experiencing today affects everyone in ways we haven't even thought of — whether it's Jobs bullying slightly lesser executives into joining an illegal wage-theft pact, or the tens of thousands of workers whose wages were artificially lowered, transferred into higher corporate earnings, and higher compensations for those already richest and most powerful to begin

23

with.

Over the next two years, as the tech industry entered another frothing bubble, the secret wage-theft pact which began with Apple, Google and Pixar expanded to include Intuit and Intel. The secret agreements were based on relationships, and those relationships were forged in Silicon Valley's incestuous boards of directors, which in the past has been recognized mostly as a problem for shareholders and corporate governance advocates, rather than for the tens of thousands of employees whose wages and lives are viscerally affected by their clubby backroom deals. Intel CEO Paul Otellini joined Google's board of directors in 2004, a part-time gig that netted Otellini $23 million in 2007, with tens of millions more in Google stock options still in his name — which worked out to $464,000 per Google board event if you only counted the stock options Otellini cashed out — dwarfing what Otellini made off his Intel stock options, despite spending most of his career with the company.

Meanwhile, Eric Schmidt served on Apple's board of directors until 2009, when a DoJ antitrust investigation pushed him to resign. Intuit's chairman at the time, Bill Campbell, also served on Apple's board of directors, and as official advisor — "consigliere" — to Google chief Eric Schmidt, until he resigned from Google in 2010. Campbell, a celebrated figure ("a quasi-religious force for good in Silicon Valley") played a key behind-the-scenes role connecting the various CEOs into the wage-theft pact. Steve Jobs, who took regular Sunday walks with Campbell near their Palo Alto homes, valued Campbell for his ability "to get A and B work out of people," gushing that the conduit at the center of the $9 billion wage theft suit, "loves people, and he loves growing people."

Indeed. Eric Schmidt has been, if anything, even more profuse in his praise of Campbell. Schmidt credits Campbell for structuring Google when Schmidt was brought on board in 2001:

> His contribution to Google — it is literally not possible to overstate. He essentially architected the organizational structure.

Court documents show it was Campbell who first brought together Jobs and Schmidt to form the core of the Silicon Valley wage-theft pact. And Campbell's name appears as the early conduit bringing Intel into the pact with Google:

> Bill Campbell (Chairman of Intuit Board of Directors, Co-Lead Director of Apple, and advisor to Google) was also involved in the Google-Intel agreement, as reflected in an email exchange from 2006 in which Bill Campbell agreed with Jonathan Rosenberg (Google Advisor to the Office of CEO and former Senior Vice President of Product Management) that Google should call [Intel CEO] Paul Otellini before making an offer to an Intel employee, regardless of whether the Intel employee first approached Google.

Getting Google on board with the wage-theft pact was the key for Apple from the start — articles in the tech press in 2005 pointed at Google's recruitment drive and incentives were the key reason why tech wages soared that year, at the highest rate in well over a decade.

Campbell helped bring in Google, Intel, and, in 2006, Campbell saw to it that Intuit — the company he chaired — also joined the pact.

From the peaks of Silicon Valley, Campbell's interpersonal skills were magical and awe-inspiring, a

crucial factor in creating so much unimaginable wealth for their companies and themselves. Jobs said of Campbell:

> There is something deeply human about him.

And Schmidt swooned:

> He is my closest confidant...because he is the definition of trust.

Things — and people — look very different when you're down in the Valley. In the nearly 100-page court opinion issued last October by Judge Koh granting class status to the lawsuit, Campbell comes off as anything but mystical and "deeply human." He comes off as a scheming consigliere carrying out some of the drearier tasks that the oligarchs he served were constitutionally not so capable of arranging without him.

But the realities of inequality and capitalism invariably lead to mysticism of this sort, a natural human response to the dreary realities of concentrating so much wealth and power in the hands of a dozen interlocking board members at the expense of 100,000 employees, and so many other negative knock-off effects on the politics and culture of the world they dominate.

One of the more telling elements to this lawsuit is the role played by "Star Wars" creator George Lucas, who emerges as the Obi-Wan Kenobi of the wage-theft scheme. It's almost too perfectly symbolic that Lucas — the symbiosis of Baby Boomer New Age mysticism, Left Coast power, political infantilism, and dreary 19th century labor exploitation — should be responsible for dreaming up the wage theft scheme back in the mid-1980s, when Lucas sold the computer animation division of Lucasfilm, Pixar, to Steve Jobs.

As Pixar went independent in 1986, Lucas explained his philosophy about how competition for computer engineers violated his sense of normalcy — and profit margins. According to court documents:

> George Lucas believed that companies should not compete against each other for employees, because '[i]t's not normal industrial competitive situation.' As George Lucas explained, 'I always — the rule we had, or the rule that I put down for everybody,' was that 'we cannot get into a bidding war with other companies because we don't have the margins for that sort of thing.'

Translated, Lucas' wage-reduction agreement meant that Lucasfilm and Pixar agreed to a) never cold call each other's employees; b) notify each other if making an offer to an employee of the other company, even if that employee applied for the job on his or her own without being recruited; c) any offer made would be "final" so as to avoid a costly bidding war that would drive up not just the employee's salary, but also drive up the pay scale of every other employee in the firm.

Jobs held to this agreement, and used it as the basis two decades later to suppress employee costs just as fierce competition was driving up tech engineers' wages.

The companies argued that the non-recruitment agreements had nothing to do with driving down wages. But the court ruled that there was "extensive documentary evidence" that the pacts were

25

designed specifically to push down wages, and that they succeeded in doing so. The evidence includes software tools used by the companies to keep tabs on pay scales to ensure that within job "families" or titles, pay remained equitable within a margin of variation, and that as competition and recruitment boiled over in 2005, emails between executives and human resources departments complained about the pressure on wages caused by recruiters cold calling their employees, and bidding wars for key engineers.

Google, like the others, used a "salary algorithm" to ensure salaries remained within a tight band across like jobs. Although tech companies like to claim that talent and hard work are rewarded, in private, Google's "People Ops" department kept overall compensation essentially equitable by making sure that lower-paid employees who performed well got higher salary increases than higher-paid employees who also performed well.

As Intel's director of Compensation and Benefits bluntly summed up the Silicon Valley culture's official cant versus its actual practices,

> While we pay lip service to meritocracy, we really believe more in treating everyone the same within broad bands.

The companies in the pact shared their salary data with each other in order to coordinate and keep down wages — something unimaginable had the firms not agreed to not compete for each other's employees. And they fired their own recruiters on just a phone call from a pact member CEO.

In 2007, when Jobs learned that Google tried recruiting one of Apple's employees, he forwarded the message to Eric Schmidt with a personal comment attached: "I would be very pleased if your recruiting department would stop doing this."

Within an hour, Google made a "public example" by "terminating" the recruiter in such a manner as to "(hopefully) prevent future occurrences."

Likewise, when Intel CEO Paul Otellini heard that Google was recruiting their tech staff, he sent a message to Eric Schmidt: "Eric, can you pls help here???"

The next day, Schmidt wrote back to Otellini: "If we find that a recruiter called into Intel, we will terminate the recruiter."

One of the reasons why non-recruitment works so well in artificially lowering workers' wages is that it deprives employees of information about the job market, particularly one as competitive and overheating as Silicon Valley's in the mid-2000s. As the companies' own internal documents and statements showed, they generally considered cold-calling recruitment of "passive" talent — workers not necessarily looking for a job until enticed by a recruiter — to be the most important means of hiring the best employees.

Just before joining the wage-theft pact with Apple, Google's human resources executives are quoted sounding the alarm that they needed to "dramatically increase the engineering hiring rate" and that would require "drain[ing] competitors to accomplish this rate of hiring." One CEO who noticed Google's hiring spree was eBay CEO Meg Whitman, who in early 2005 called Eric Schmidt to

26

complain, "Google is the talk of the Valley because [you] are driving up salaries across the board." Around this time, eBay entered an illegal wage-theft non-solicitation scheme of its own with Bill Campbell's Intuit, which is still being tried in ongoing federal and California state suits.

Google placed the highest premium on "passive" talent that they cold-called because "passively sourced candidates offer[ed] the highest yield," according to court documents. The reason is like the old Groucho Marx joke about not wanting to belong to a club that would let you join it — workers actively seeking a new employer were assumed to have something wrong with them; workers who weren't looking were assumed to be the kind of good happy talented workers that company poachers would want on their team.

For all of the high-minded talk of post-industrial technotopia and Silicon Valley as worker's paradise, what we see here in stark ugly detail is how the same old world scams and rules are still operative.

**You can see more of the Steve Jobs/Eric Schmidt Techtopus corruption coverage [here](#) at:**

**http://pando.com/tag/techtopus/**

**https://www.metafilter.com/137677/The-Techtopus-Much-bigger-than-we-realized**

**https://www.equities.com/news/techtopus-wage-fixing-lawsuit-uncovers-ugly-side-of-working-in-tech**

So it was: "*Break the Deal, Face the Wheel*" per Steve Jobs maniac control. A Federal Judge in California ordered evidence unsealed showing Steve Jobs' threats in enforcing High-Tech Employer 'No Poaching Pacts' of mafia-style manipulation.

The fact is: ***Steve Jobs was a thieving weasel and Apple owes money to the engineers of Silicon Valley!***

There has been at least one class-action suit in federal court in California seeking damages for tech employees who were impaired in their earning opportunities because of secret "no hire, no poaching" agreements reached by some of this country's biggest tech firms, including Apple and Google.   Palm's CEO provided a sworn declaration as follows:

*"In 2007, I received a call from Steve Jobs, the Chief Executive Officer of Apple. In the months before the call, several employees had moved between the two companies. On the call, Mr. Jobs expressed concern about employees being hired away from Apple by Palm. As a solution, Mr. Jobs proposed an arrangement between Palm and Apple by which neither company would hire the other's employees, including high tech employees. Mr. Jobs also suggested that if Palm did not agree to such an arrangement, Palm could face lawsuits alleging infringements of Apple's many patents."*

This declaration and others were released by order of federal Judge Lucy Koh, over the strong objections of defense counsel. In granting class-action status, Judge Koh found that "*plaintiffs have set forth copious common evidence in the form of defendants' internal work documents, deposition transcripts, and email exchanges between defendants' CEOs as well as other directors, officers, and senior managers, all of which support plaintiffs' allegations that defendants entered into express*

*agreements not to compete for one another's employees.*"

Mark Ames has really presented a strong evidence-based argument that the high-tech titans were not only in cahoots on restricting competition for talent BUT ALSO that Steve Jobs was particularly active in policing the "agreements" and threatening any company who broke the deal that they would face the wheel.

We'll keep an eye on this one for you. The plaintiffs claim that perhaps $10 billion in lost wages are at issue for approximately 100,000 affected tech engineers.

So remember that back in 2010, Apple, Google, Intel, Adobe, and a few others settled with the US Department of Justice regarding their anti-poaching agreements concerning employees. While the CEOs did a good job of escaping possible prosecution, the affected employees filed a class action lawsuit about this, and judge Lucy Koh has just unsealed a number of emails concerning this case. They paint a pretty grim picture of Steve Jobs and Eric Schmidt engaging in ***mafia practices***, threatening smaller companies with patent litigation if they didn't agree to the no-poaching agreements, or demanding to handle matters verbally as to not leave a paper trail. Steve Jobs, Eric Schmidt, Larry Page and Elon Musk are sociopath scumbags and it has been proven in court and proven by every one of their victims!

Steve jobs ex-wife got roped into a bizarre deal with the Arabs that murder and chop up reporters: https://www.nbcnews.com/news/all/saudi-connections-become-personal-laurene-powell-jobs-atlantic-n920156  and has been reamed in the celebrity news for having virtue-signaling sex with black men.

Psychologist Gordon Curphy, PhD analyzes some of Jobs deviant and disturbed behaviors. He said that Walter Isaacson's biography paints a picture of a complex and highly flawed individual. As experts in executive assessment, reading Isaacson's book prompted us to ask three questions about Steven Jobs and current hiring practices. First, would Jobs have been hired to be the CEO of a start up or a Fortune 500 company if he had to go through a formal assessment process? Second, what would an assessment have revealed about Jobs ' watch outs or development needs? Third, what can we learn from Steve Jobs and his leadership style? This last question is important, as Job's tremendous success as a businessman has overshadowed some of the critical lessons about leadership. Steve Jobs and Executive Assessments Most Fortune 500 companies put external candidates through a formalized assessment process before making hiring decisions. Those looking to fill C-suite positions often go through one to two day assessments that include resume reviews, personality and work values inventories, mental abilities tests, business simulations, and structured interviews with multiple stakeholders. Research shows that companies using a more systematic assessment process make much better hiring decisions than those only using headhunter recommendations and "get to know you" type interviews.

So how would Steve Jobs fair in one of these formal  assessments? If it was early in his career and he had shown up barefoot, wearing saffron robes, and in need of a bath then it is highly likely security would have escorted Jobs off the premises before the assessment had even begun. And even after he had cleaned up his personal appearance, Jobs would have never tolerated going through a formal assessment process. His rebelliousness, hostility to authority, and impatience would have caused him to reject the process outright and see the assessors as bozos and the company assholes it. For Pixar and Apple this would have been a multi-billion dollar mistake, but given Jobs psychological makeup and the realities of executive assessment he would have never went through the process

28

Even though Jobs never went through an executive assessment, it is possible to predict what this process would have revealed by reverse engineering the main behavioral patterns from Isaacson's book. Biographies often provide much more detailed information than that gleaned from an executive assessment, but is it likely that Job's assessment results would have identified his major strengths and liabilities as a leader… Jobs' liabilities as a leader would have likely been detected by one of the key components in many executive assessment processes, the Hogan Development Survey (HDS). The HDS provides feedback on 11 dark side personality traits, which are irritating, counterproductive behaviors that interfere with a person's ability to build cohesive, goal-oriented teams or get results through others. These behavioral tendencies are one of the key reasons why people in positions of authority fail, so knowing candidates' dark side traits can help companies make better hiring decisions.

Dark side characteristics are hard to detect when someone is actively engaged in impression management; they are more readily seen in high stress situations or when people are not actively managing the impression they want to leave on others. Jobs didn't care about how others felt about him, so predicting his dark side trait scores is fairly easy…. Jobs exhibited Excitable, Reserved, Bold, Mischievous, Colorful, Imaginative, and Diligent tendencies and his assessment would have predicted that he would be miserable to work with. Given these liabilities, it is highly unlikely that Jobs would not have been recommended as a CEO for either a start-up or Fortune 500 firm.

Job's, like Musk, Schmidt, Rubin and Page are, simply put: ***Intolerable Assholes whose crimes, deviance's and abuses were covered up by their corporate PR departments!***

**[The dark side of Steve Jobs - Grunge.com](https://www.grunge.com/242220/the-dark-side-of-steve-jobs/)**

https://www.grunge.com/242220/the-dark-side-of-steve-jobs/

**[The deeply unsettling dark side of Steve Jobs, according ...](https://www.telegraph.co.uk/technology/2018/08/24/deeply-unsettli)**

https://www.telegraph.co.uk/technology/2018/08/24/deeply-unsettli

**[Why You Need To Stop Idolizing Steve Jobs And Apple](https://allthatsinteresting.com/steve-jobs-dark-truths)**

https://allthatsinteresting.com/steve-jobs-dark-truths

**['Steve Jobs' and 'Blue Nights' Reveal Dark Side of ...](https://abcnews.go.com/Health/steve-jobs-joan-didions-blue-nights)**

https://abcnews.go.com/Health/steve-jobs-joan-didions-blue-nights

**[Steve Jobs: the dark side - Newslog](https://newslog.cyberjournal.org/steve-jobs-the-dark-side/)**

https://newslog.cyberjournal.org/steve-jobs-the-dark-side/

**What are some dark secrets of Steve Jobs, Bill Gates, Mark ...**

https://www.quora.com/What-are-some-dark-secrets-of-Steve-Jobs-Bi

# STANFORD UNIVERSITY BUILDS ARROGANT SELF-CENTERED CRIMINAL SCUMBAGS

Quite A bit of the money in Stanford's many bank accounts turns out to be bribes from Russian, Chinese and Middle Eastern Oligarchs. The rest is bribes from Hollywood and Silicon Valley oligarchs to get their snot nose spoiled brats into Stanford University.

An FBI forensic accounting raid on ALL of Stanford's banks and all of the fake charities and "family trusts" will reveal that the payola comes in under these fake, benign sounding, facades but the money is dirty! Many whistle-blowers can swear, warrant and certify to the veracity of those charges.

Stanford acts as a nexus for assholes to learn asshole things and asshole culture and then maintain that elitist Stepford Trophy Wife/Khaki Pants Jeffrey Epstein-Like facade across the lands bordering Palo Alto California.

As you can see from the following links, getting creepy weird sex at Stanford University has never been a problem:

**Inside Stanford Business School's Spiraling Sex Scandal ...**

https://www.vanityfair.com/news/2015/10/stanford-business-school-sex-scandal

Inside **Stanford** Business School's Spiraling **Sex Scandal** The prestigious school's sexual-harassment policies proved to be no match for a litigious love triangle involving the dean and two ...

**A Sex Scandal Rocks Stanford's Business School - Bloomberg**

https://www.bloomberg.com/news/features/2015-10-07/a-sex-scandal-rocks-stanford-s-business-school

Oct 7, 2015A **Sex Scandal** Rocks **Stanford's** Business School Management problems at a shrine to management. Attendees mingle during the grand opening of the Knight Management Center at **Stanford** Graduate ...

**Sex scandal rocks Stanford School of Business - Telegraph**

https://www.telegraph.co.uk/news/worldnews/northamerica/usa/11944650/Sex-scandal-rocks-Stanford-School-of-Business.html

**Sex scandal** rocks **Stanford** School of Business A love triangle at America's top business school leads to a legal case and resignation



**Admissions scandal: Family of Chinese student admitted to ...**

https://www.cnn.com/2019/05/02/us/china-stanford-college-admissions-scandal/index.html

May 2, 2019The family of a Chinese student who was admitted to **Stanford** University paid $6.5 million to the central figure in the US college admissions **scandal**, a source with knowledge of the investigation says.

**Sexual life at Stanford - The Stanford Daily**

https://www.stanforddaily.com/2019/05/17/sexual-life-at-stanford/

A conversation about **Stanford's** culture and **sex**-positivity By Alanna Flores on May 17, 2019 The word "hookup" is still fertile ground for some good old-fashioned parental disapproval.

'Knife. Penis. Public Square': **Stanford sex scandal ...**

https://www.sfgate.com/news/article/Stanford-sex-scandal-detailed-by-Vanity-Fair-6584528.php

Vanity Fair's December issue includes a detailed article on the **Stanford sex scandal** that has forced the resignation of the dean of one of the nation's highest-ranked business schools.. The tale ...

**Mother of Stanford student says her daughter is a victim ...**

https://www.dailymail.co.uk/news/article-6987107/Mother-Stanford-student-says-daughter-victim-college-scandal.html

Mother of Chinese **Stanford** University student says her expelled daughter is a VICTIM in the college bribery **scandal** because she thought her $6.5MILLION payment was just a donation to help with ...

**College admissions scandal: Stanford boots student linked ...**

https://www.usatoday.com/story/news/nation/2019/04/09/college-admissions-scandal-stanford-boots-student-linked-scandal/3408912002/

Apr 9, 2019A **Stanford** University student linked to the wide-ranging admissions **scandal** involving elite schools across the nation has been kicked out of the school.. **Stanford** President Marc Tessier-Lavigne ...

**The Site of Stanford White's Sex Crimes - New York, New ...**

https://www.atlasobscura.com/places/the-site-of-stanford-white-s-sex-crimes-new-york-new-york

The Site of **Stanford** White's **Sex** Crimes Manhattan, New York Now a mere parking lot, this bygone address was once the setting of a New York **sex scandal** which led to one of the most sensational ...

**Stanford Had Nearly 200 Sexual-Misconduct Cases in One ...**

https://www.thedailybeast.com/stanford-had-nearly-200-sexual-misconduct-cases-in-one-school-year-report-shows

But this wasn't **Stanford's** first stumble on the issue. The school was the center of a major **scandal** in 2016, when convicted rapist and **Stanford** swimmer Brock Turner was only sentenced to six ...

**Stanford sentence - College sex assault scandals - CBS News**

https://www.cbsnews.com/pictures/college-rape-scandals/3/

**Stanford** sexual assault case In January 2015, **Stanford** University swim team member Brock Allen Turner was charged with sexually assaulting an unconscious , intoxicated woman outside a fraternity.

**Exposed: The Obamas' College Admissions Scandal At Harvard ...**

https://madworldnews.com/exposed-the-obamas-college-admissions-scandal-at-harvard/

Barack and Michelle Obama both attended Harvard University, and now one researcher has uncovered the college admissions **scandal** involving them. In fact, long before we ever heard of celebrities paying bribes to get their kids into Ivy League universities, Barack and Michelle had taken advantage of scamming their way into one of the most prestigious colleges in the land.

**Stanford Business School dean steps down amid sex scandal ...**

https://www.mercurynews.com/2015/09/14/stanford-business-school-dean-steps-down-amid-sex-scandal-lawsuit/

Sep 14, 2015In the article, headlined "**Stanford** Confidential: **Sex**, Lies And Loathing At The World's No. 1 Business School," Baron lays out both the bitter divorce of the two **Stanford** professors at the ...

**What Happened to Stanford's Expense Scandal? - Baltimore Sun**

https://www.baltimoresun.com/news/bs-xpm-1994-11-20-1994324051-story.html

Or so government auditors argued in 1991 when they cited the luxury items as part of a research funding **scandal** at **Stanford** University that ultimately caused the downfall of its president.. Last ...

**Stanford Business School dean resigns amid affair scandal ...**

https://www.sfgate.com/education/article/Stanford-Business-School-dean-resigns-amid-affair-6505992.php

Garth Saloner, dean of the **Stanford** University School of Business, announced his resignation on Monday, Sept. 15, 2015, amid a **scandal** involving his affair with the estranged wife of a professor ...

**Stanford kicks out student as fallout from college ...**

https://www.latimes.com/local/lanow/la-me-ln-college-admissions-scandal-stanford-discipline-20190408-story.html

Apr 8, 2019**Stanford** University has kicked out a student whose application allegedly contained false information as fallout continues from the sweeping college admissions cheating **scandal** that has ensnared ...

**The Unsolved Murder of Jane Stanford**

https://thetruecrimefiles.com/jane-stanford-murder/

Already embattled by public infighting between faculty members and a percolating **sex scandal**, losing the institution's remaining founder to a horrifying murder just might have been too much of a

controversy for **Stanford** University to successfully navigate.

**California Judge Reelected Despite Sex Scandal | JDJournal**

 https://www.jdjournal.com/2016/06/09/california-judge-reelected-despite-sex-scandal/

The **Stanford** rape case judge is not the only judge in California not exactly revered by the public. Orange County Superior Court Judge Scott Steiner was in the spotlight two years for having **sex** ...

**Admissions scandal: Chinese woman said she paid $6.5M to ...**

https://www.cnn.com/2019/05/03/us/chinese-student-stanford-college-admissions-scandal/index.html

May 3, 2019The mother of a Chinese student who was admitted to **Stanford** University said the family gave $6.5 million to the man at the center of a massive college admissions **scandal** as a donation for ...

**Donald Kennedy - Wikipedia**

https://en.wikipedia.org/wiki/Donald_Kennedy

Donald Kennedy (August 18, 1931 - April 21, 2020) was an American scientist, public administrator, and academic. He served as Commissioner of the U.S. Food and Drug Administration (1977-79), President of **Stanford** University (1980-92), and Editor-in-Chief of Science (2000-08). Following this, he was named president emeritus of **Stanford** University; Bing Professor of Environmental Science ...

**Five years after Stanford scandal, many victims penniless**

https://www.cnbc.com/2014/02/14/-many-victims-penniless.html

Feb 14, 2014**Stanford Scandal**: 5 years later. Five years after learning they were victims of a $7 billion Ponzi scheme, investors in the **Stanford** Financial Group say they feel abandoned, even though their ...

**Stanford Coach Avoids Prison in Admissions Scandal. Have ...**

https://www.nytimes.com/2019/06/12/us/stanford-coach-college-admissions-scandal.html

Jun 12, 2019The money donated to the **Stanford** sailing team included $500,000 from a couple from China who prosecutors say paid William Singer, the college consultant at the center of the **scandal**, $6.5 million ...

**Stamford Is Roiled by Teacher-Student Sex Scandal - WSJ**

https://www.wsj.com/articles/stamford-is-roiled-by-teacher-student-sex-scandal-1435273058

Stamford Is Roiled by Teacher-Student **Sex Scandal** Connecticut city grapples with the legal and ethical challenges stemming from abuse allegations. By Kate King. June 25, 2015 6:59 pm ET ...

**Mark Sanford Sex Scandal: South Carolina and GOP Assess ...**

content.time.com/time/politics/article/0,8599,1907036,00.html

Sanford's **Sex Scandal**: Assessing the Damage. By Tim Padgett Thursday, June 25, 2009. Share. Tweet;

34

Read Later. Send to Kindle ... The embarrassing missives were just the latest twist in a bizarre **scandal** that had gripped the state and political observers across the country even before the governor returned from his unexplained absence and ...

**Family in China paid $6.5 million to college admissions ...**

https://www.latimes.com/local/lanow/la-me-college-admissions-scandal-stanford-20190501-story.html

May 1, 2019The family of a Chinese student admitted to **Stanford** paid $6.5 million to the man at the heart of the college admissions **scandal**, whom they met through a Morgan Stanley financial advisor, sources ...

**Stanford plans to redirect admissions scandal bribe money ...**

https://www.sfchronicle.com/bayarea/article/Stanford-plans-to-redirect-admissions-scandal-13966771.php

**Stanford** University, struggling to recover from an admissions **scandal**, told a federal judge Monday it is working with the state attorney general's office to find a worthy cause for $770,000 ...

**Sex-scandal dean replaced at Stanford s elite business ...**

https://www.mercurynews.com/2016/05/23/sex-scandal-dean-replaced-at-stanford-s-elite-business-school/

May 23, 2016Photo: A **Stanford** University student walks in front of Hoover Tower on the **Stanford** campus. (AP Photo/Paul Sakuma) The post **Sex-scandal** dean replaced at **Stanford** s elite business school appeared ...

Stanford University is where you can pay your tuition with sex and where you can get your passing grade by screwing your teacher. All of the interns for the Sandhill Road venture capitalists come from Stanford University. They get sexually extorted one-after-the-other and Stanford never stops it because the VC's make donations to Stanford. Stanford runs mini-buses around the campus to pick up Sorority girls from Greek houses and deliver them to frats to get date raped. Rapes on campus are always covered up because of "rich daddy donors".

All of the California Universities have manipulated student enrollment based on control by asshole "elites".

U.S. Sen. Dianne Feinstein's husband, University of California Regent Richard Blum, was named Thursday by the state auditor's office as one of the regents involved in admissions scandal where UC wrongly admitted dozens of wealthy, mostly white students as favors to well-connected people.

Among those "inappropriately admitted" were a student whose family was friends with a member of the Board of Regents, the child of a major donor and an applicant who babysat for a colleague of a former admissions director, according to the report released Tuesday by the California State Auditor.

In one case, a regent unidentified in the audit sent an "inappropriate letter of support" directly to the UC Berkeley chancellor on behalf of a student with only a 26% chance of winning a spot off the wait

35

list, despite the policy prohibiting efforts by regents to influence admissions decisions by going around the regular process. The applicant was admitted.

Auditor's spokeswoman Margarita Fernandez confirmed to The Associated Press that Blum was the regent.



Blum told the San Francisco Chronicle on Thursday that he's never been caught doing anything wrong, yet,  and that he has used his clout to get friends and family into the elite public system for years.

"I did it a bunch of times," Blum said, adding that he has never considered it a problem to write recommendation letters bypassing the traditional admissions process. A policy prohibiting such influence has been in place throughout Blum's 18-year tenure on the Board of Regents, the newspaper reported.

Blum, a financier, told the Chronicle that "no one ever told me it was wrong." He said he has sent letters of recommendation about friends and family to chancellors at multiple UC campuses since becoming a regent in 2002. "Wherever they were applying. Wherever they wanted to get in." He recalled sending letters specifically to the chancellors at UC Berkeley, UC Davis, and UC Irvine, but added: "almost everywhere."

Regents Chair John Pérez issued a statement Thursday saying the "UC Board of Regents takes these matters very seriously, and any violations will be promptly and appropriately addressed."

He said that UC's ethics and audit compliance office is reviewing the information "to determine whether the alleged conduct violates" the regents policy, in place since 1996.

As usual Chinese spy-lover Feinstein's office declined to comment.

The audit examined admissions policies and practices over the six academic years from 2013-2014 to 2018-2019 at four of the UC's nine campuses — UCLA, UC Berkeley, UC San Diego and UC Santa Barbara.

It was requested last year by state Assemblywoman Tasha Boerner Horvath in response to the national college admissions scandal, which embroiled prestigious universities nationwide, athletic coaches and dozens of wealthy parents.

Previously, The Golden Gate Bridge 50th Anniversary Bash was an extravagant party created to skim funds for the political campaigns of Roger Boas, JohnMolinari, Dianne Feinstein and their friends. The

political crooks on the corrupt Golden Gate Bridge Board, hounded by Gene Pratt of Marin,tried to push a twenty two million dollar party that should have only cost $200,000.00. The majority of the money was originally planned tobe skimmed, payola-ed, and back-door conduit-ed, as Dark Money, to these politicians.

Roger Boas was indicted for embezzling city funds from Moscone Center and running anunderage whore-house (with an SFPD official) for City Hall officials.

The Golden Gate Bridge Board was publicly shamed into canceling the scam.

John Molinari was placed under FBI watch, was charged with abuse of his daughter, whowas removed from his home by the Police, and forever monitored for corruption. His offices and rentals at Van Ness and Golden GateAvenue, in San Francisco, were bugged.

Bridge Director, James Bronkema (David Rockefeller's "bag man" on the WestCoast) tried to make his mistress: Patricia Novick, the Producer of the party but that plan got outed. Bronkema and the Coblentz law firmwere placed under watch for Dark Money political shenanigans.

Dick Blum was suggested as the provocateur who got Dan White to kill Harvey Milkand Mayor George Moscone in order to get Dianne Feinstein her position in government.

**Dianne Feinstein's husband ID'd in UC Berkeley admissions scam**

https://nypost.com/2020/09/24/dianne-feinsteins-husband-idd-in-uc-berkeley-admissions-scam/

1 day ago**Richard Blum** penned a letter to the school chancellor's office on behalf of the unnamed student, who was waitlisted and had just a 26 percent chance of getting into the prestigious university.

**Richard Blum: Senator Dianne Feinstein's husband told UC ...**

https://meaww.com/richard-blum-senator-dianne-feinstein-husband-told-uc-berkeley-to-admit-underqualified-student

Senator Dianne **Feinstein** has found herself in hot water after it came to light that her wealthy investment banker husband used his influence to help an underqualified student secure admission at the University of California, Berkeley. **Richard Blum**, a UC alumnus and regent since 2002, wrote a letter ...

**Richard Blum, husband of Dianne Feinstein, named in UC ...**

https://www.nhregister.com/news/article/Dianne-Feinstein-s-husband-named-in-UC-15595544.php

**Feinstein's** husband, University of California Regent **Richard Blum**, was named Thursday, Sept. 24, 2020, by the state auditor's office as one of the regents involved in admissions scandal where UC ...

**Dianne Feinstein's husband named in UC admissions scandal ...**

https://www.yourcentralvalley.com/news/education/dianne-feinsteins-husband-named-in-uc-admissions-scandal/

**Feinstein's** husband, University of California Regent **Richard Blum**, was named Thursday, Sept. 24,

2020, by the state auditor's office as one of the regents involved in admissions scandal where ...

**Sen. Dianne Feinstein's Husband Named In College ...**

https://www.huffpost.com/entry/dianne-feinstein-richard-blum-admissions-scandal-university-california_n_5f6cee20c5b6e2c91262e06e

**Richard Blum**, a University of California regent who is married to Democratic Sen. Dianne **Feinstein**, was revealed Thursday to be the same regent named in a damning state audit on the school's admissions scandal that was released this week. A spokesman for **Feinstein** said the California senator had ...

**Dianne Feinstein's husband named in audit of 'unfair ...**

https://www.foxnews.com/politics/dianne-feinsteins-husband-richard-blum-admissions-audit-university-of-california

Dianne **Feinstein's** husband named in audit of 'unfair' University of California admissions **Richard Blum** has been linked to a 'particularly problematic' case described in the audit

**Sen. Feinstein's husband named in UC admissions scandal | KTLA**

https://ktla.com/news/california/sen-feinsteins-husband-named-in-uc-admissions-scandal/

U.S. Sen. Dianne **Feinstein**, center, smiles as she stands on stage with husband **Richard Blum** before speaking at an election night rally in San Francisco on Nov. 6, 2012.

**Dianne Feinstein's husband identified as UC regent who ...**

https://www.eastbaytimes.com/2020/09/24/uc-regent-who-helped-unqualified-student-get-into-cal-identified-as-richard-blum-husband-of-sen-dianne-feinstein/

**Richard Blum**, a wealthy investment banker and Sen. Dianne **Feinstein's** husband, was revealed Thursday as the mystery University of California regent in a state audit earlier this week who ...

**Is Dianne Feinstein the Most Corrupt Senator in the United ...**

https://pjmedia.com/michaelledeen/2018/09/16/difi-and-the-red-chinese-n188747

**Dianne Feinstein** Tweets Sexually Explicit Glock Magazine … This is a good way to measure how little Chinese espionage matters to the nation's law enforcers and opinion makers.

**Feinstein's Real Insider Trading Scandal Is Selling ...**

https://thefederalist.com/2020/03/23/feinsteins-real-insider-trading-scandal-is-selling-america-out-to-china/

Sen. **Dianne Feinstein** (D-Calif.) rightly faces a potential scandal for dumping several million dollars' worth of stock while privy to sensitive information as a member of the Senate Intelligence ...

**Is Dianne Feinstein Corrupt, Stupid or has Dementia—She ...**

www.capoliticalreview.com/capoliticalnewsandviews/is-dianne-feinstein-corrupt-stupid-or-has-

dementia-she-thinks-china-is-respectable/

Is **Dianne Feinstein** Corrupt, Stupid or has Dementia—She Thinks China is Respectable" July 30, 2020 By Stephen Frank 12 Comments This is what Democrat Senator **Feinstein** said, ""We hold China as a potential trading partner, as a country that has pulled tens of millions of people out of poverty in a short period of time, and as a country ...

**The Corruption of Senator Feinstein**

https://www.indybay.org/uploads/2015/12/10/feinstein_corruption_1.2.pdf

Tesla and Solyndra government hand-out funding scandal. • **Feinstein's** daughter, Kathryn, documented illicit actions by her mother, while in social habitation with the applicants • While in the Mayor's office, Bruce Brugman, publisher of the top San Francisco weekly newspaper: The San Francisco Bay Guardian, documented and published nearly 100 **corruption**

**Senators deny corruption after coronavirus stock dumps**

https://nypost.com/2020/03/20/senators-deny-theyre-corrupt-after-dumping-stocks-before-coronavirus-crash/

Mar 20, 2020Sen. **Dianne Feinstein**, a California Democrat, sold $500,001 to $1 million worth of stock in a company called Allogene Therapeutics on Jan. 31, less than a month before panic about the virus caused ...

**BREAKING: FBI Moves On Dem Senator Dianne Feinstein ...**

https://rightwingtribune.com/2020/09/08/fbi-moves-on-dem-senator-dianne-feinstein/

A spokesperson for **Feinstein** told The New York Times Thursday that the FBI asked her "basic questions" last month about stock sales made by her husband, and added that the senator provided requested documents to federal law enforcement that showed she had no involvement in her husband's financial transactions, Daily Caller reports. The 86-year-old California senator sold at least $1.5 ...

**You Think Pelosi is Corrupt, But Diane Feinstein IS WORSE ...**

https://www.investmentwatchblog.com/you-think-pelosi-is-corrupt-but-diane-feinstein-is-worse/

Mayor **Dianne Feinstein** signed long-term contracts (through 2015) to sell city owned electricity to powerful representative Tony Coelho's district's water utilities at just over cost On August 24, 1985 Mayor **Dianne Feinstein** disclosed ballistics information on a gun used by the Night Stalker Richard Ramirez who was a serial killer and rapist.

**Dianne Feinstein - Wikipedia**

https://en.wikipedia.org/wiki/Dianne_Feinstein

**Dianne** Goldman Berman **Feinstein** (/ ˈ f aɪ n s t aɪ n /; born **Dianne** Emiel Goldman, June 22, 1933) is an American politician serving as the senior United States Senator from California.She took office on November 4, 1992. A member of the Democratic Party, **Feinstein** was Mayor of San Francisco from

1978 to 1988.. Born in San Francisco, **Feinstein** graduated from Stanford University in 1955 with ...

**Dianne Feinstein's Husband Tied To Questionable Dealings ...**

https://www.huffpost.com/entry/dianne-feinstein-postal-service_n_4423045

**Dianne Feinstein's** Husband Tied To Questionable Dealings With U.S. Postal Service, Book Says. ... Byrne, a California-based freelance writer with a special interest in uncovering government and corporate **corruption**, conducted a yearlong investigation into the real estate portfolio of CBRE for his book, "Going Postal."

**The Feinstein Files: Where did Feinstein make her fortune ...**

https://www.investmentwatchblog.com/the-feinstein-files-where-did-feinstein-make-her-fortune/

Sen. **Dianne Feinstein** (D) California's Sen. **Dianne Feinstein's** estimated $94 million net worth makes her the second-wealthiest serving senator. Blum Capital, a private equity firm founded in 1975 by her husband. Richard Blum, is the source for most of that wealth.

********** SAN FRANCISCO HELL-SCAPE  **********

## When the brats leave Stanford University, half of them move to San Francisco.

*Coming up next: See what they have turned San Francisco into.*

*We will explore San Francisco's descent into the pits of depravity and corruption in the next chapter...*

# HOW SAN FRANCISCO TURNED INTO A SHIT-HOLE

*The following tiny sample of actual news clips proves that San Francisco City Hall is entirely based on corruption, cronyism, bribes and amateur hour dysfunction of the most extreme kind…*

**SAN FRANCISCO HAS 'GONE TO HELL' SAY COMMUNITY LEADERS**

- All of the buildings in downtown San Francisco are cracking and collapsing.

- Drugs and douche-bags everywhere

- Stupid soy boys and naive millennial posers at every corner

- Increasingly corrupt politicians thriving on Dark Money



San Francisco and Silicon Valley are both run by the same dynastic criminally corrupt families and sick perverted insiders. They send their kids to Stanford University where they indoctrinate and brainwash the next generation into a culture of greed, sex, political bribery and Sandhill Road collusion. San Francisco City Hall is powered by hookers, sex and kick-backs. Every attendee at the San Francisco Symphony and Opera opening nights are the "elite" scum of the Pacific Heights money and power manipulation crowd. Old men wield young arm candy as they siphon off taxpayers money into their personal construction and real estate company City contracts. The FBI can't even keep up with all of the crimes. If you think the FBI arrests of Northern California political criminals is going good, know that they FBI has a backlog that is years long. An FBI forensic accounting investigation of the CPA files and investment bank records of each "old San Francisco family" and public official would reveal

stock market crimes, insider trading, real estate money laundering and stock market payola crimes that are Off-The-Scales!

 **Life on Dirtiest Block in San Fran...**

**Drug dealers flood city...**
**People Line Up In Record Numbers At Bay Area Food Bank As SF Tech Rich Watch SF Poor Starve...**

**Is tech-dominated SF about to return to its Bohemian roots as Nancy Pelosi's Sodom crumbles?**

**San Francisco is a total shithole (Paul Joseph Watson video) (bitchute.com)**

**San Francisco is absolutely degenerate. (whatever)**


**********    SAN FRANCISCO HELL-SCAPE    **********

So I went to a wedding in Sacramento, and found a cheap flight to Europe out of Oakland a few days later. So girlfriend decided we ought to see San Fransisco for a night. So we hear about a great restaurant, get into SF at like 8, park the car in a well-lit spot and get dinner. After dinner we walk past the car on the way to get some dessert, at 10pm. By the time we get back to the car at 10:30, the back window is smashed, side rear window is smashed, and both my bags are missing. I honestly don't give a fuck if San Fransisco wants to make itself a shithole, but what pisses me the fuck off is that these morherfuckers think they're so fucking smart and they know exactly how to live, and meanwhile crime is out of fucking control to the point that people are smashing car windows at 10pm I'm well lit and well travelled streets, homeless are everywhere, and they want to export the same policies that have destroyed their city and state to the rest of the country. Fuck off California leftists and your fucking bullshit.

**********    SAN FRANCISCO HELL-SCAPE    **********


**IAN BIRRELL says tech giants have turned San Francisco into a dystopian nightmare of addiction, homelessness and criminality**

- Criminals "Zulu Jones", "Lefty O'Douls Boss", "Shrimpboy Chow", "Francesco "Frank" Lanza", "Roger Boas", "James "Jimmy" Bronkema", "Aladino "Jimmy the Weasel" Fratianno"...the list of political mobsters in the San Francisco Bay Area goes on and on and on...

By Ian Birrell for The Mail on Sunday

 Gilles Desaulniers moved to San Francisco 40 years ago, settling in the 'friendly, quaint and affordable' city after running out of cash while driving from Canada down the West Coast of America.

Today he runs a grocery store filled with fresh fruit, vegan snacks and organic wines typical of this famously liberal Californian city.

But Gilles has shut one outlet and would sell up entirely if anyone wanted this one, his remaining

shop.

Each day, up to 30 people stroll in and openly steal goods, costing him hundreds of dollars.



A street cleaner showed me a box filled with used syringes that he had collected, then I met two charity workers picking up needles from the pavement. How many do you find a day, I ask? 'Between 300 and 600, depending on the weather,' one replies. A homeless man is pictured second left using a syringe to inject drugs in the city in June 2018

He has been bitten twice recently by people in his shop and he also found a woman turning blue in the toilet after a drugs overdose, a hypodermic needle still stuck in her leg.

He showed me a metal door that is corroding due to people urinating in his doorway, then spoke of finding a man relieving himself in full view of infants playing in a child centre next door.

'Our society is falling apart,' says Desaulniers.

'If people do not play by some rules, society does not function. But it feels like there is no order, there is no shame.'

He uses two apocalyptic movies to illustrate the state of his adopted city: 'Living here feels like A Clockwork Orange and Blade Runner have both come true.'

I could grasp his despair. I had just passed dealers selling drugs beside a police car parked outside government offices, and seen their customers openly smoke fentanyl, an opioid 50 times stronger than

heroin, then collapse on the street.

- **City ranks among worst tax-and-spend offenders...**

Yet true to form, San Francisco has just elected as district attorney a radical called Chesa Boudin, whose parents were infamous militants from a far-Left, anti-war group. They were jailed for triple murder when Chesa was a toddler, leaving him to be adopted by the founders of the organisation

All cities have their seedy sides. But this is the very centre of San Francisco, by an upmarket Westfield shopping mall thronged with people in designer clothes perusing Rolex watches, Louis Vuitton handbags and Tiffany jewellery.

The beautiful city by the bay, where Tony Bennett famously left his heart and which poses as a beacon of progressiveness, has more billionaires per capita than any other on the planet.

Not long ago, a seven-bedroom home here recently sold for $38 million (£29 million), while at the Michelin-starred Saison restaurant, the 'kitchen menu' starts at $298 a head and reservations require a $148 deposit.

The city authorities have a huge $12 billion budget, handing their 31,800 staff average annual pay and benefit packages of an astonishing $175,000.

Yet the tide of homeless, addicted and mentally ill people washing up here has become so severe that a global expert on slums claimed San Francisco may be more unsanitary than some of the poorest parts of Africa and Asia.

Oracle, one of the technology giants based in the nearby Silicon Valley, has switched a conference for 60,000 people to Las Vegas due to the toxic combination of 'poor street conditions' and costly hotels.

This followed a medical association moving its $40 million convention out of San Francisco amid safety fears because of sordid tent encampments and overt drug use. Other events are being affected.

'Indoors, people are making deals, talking about healthcare and networking. Yet in the streets, I witnessed homeless people injecting cocaine,' tweeted Kistein Monkhouse while attending a recent J. P. Morgan conference for 9,000 people.

As one prominent academic tells me, it seems a cruel irony that so much squalor and despair is found in the Californian base of all those billionaire technology titans seeking to reshape the world in their image.

'San Francisco has always had hobos but we've never seen anything like this. It's become a vision of some kind of strange dystopian future,' says Joel Kotkin, a widely respected professor in urban studies.

He can reel off damning statistics to back his claim that San Francisco symbolises the Golden State's descent into 'high-tech feudalism' including America's highest poverty levels, its worst rates of property crime and its biggest gap between top and middle incomes.

But one statistic stands out: almost half of homeless people in the United States are in California, according to a recent White House study.

And San Francisco, a comparatively small city that is home to tech giants such as Twitter, Uber and Airbnb, has the highest rate of 'unsheltered' citizens – at ten times the national level.

 All cities have their seedy sides. But this is the very centre of San Francisco, by an upmarket Westfield shopping mall thronged with people in designer clothes perusing Rolex watches, Louis Vuitton handbags and Tiffany jewellery

Downtown visitors cannot fail to witness the distressing evidence. Almost instantly after I arrived, I saw three people smoking crystal meth through glass pipes, then others with the facial scabs and sores associated with this destructive drug. One man with matted hair sat slumped in a stupor wearing just grubby underpants.

Another, clearly under the influence of heroin, had 'nodded off' and was static on a child's bicycle. A third urinated on the street. A woman changed her clothes from a tatty suitcase on the pavement.

Others shuffled pathetically or rolled slowly along the street in wheelchairs. Some were clearly suffering mental distress, such as a man in his 50s begging for cash who told me he was waiting for his air force pension.

A street cleaner showed me a box filled with used syringes that he had collected, then I met two charity workers picking up needles from the pavement.

How many do you find a day, I ask?

'Between 300 and 600, depending on the weather,' one replies.

So if you are going to San Francisco, feel free to wear flowers in your hair but local women say avoid sandals on your feet. Dog owners complain they have to wash human faeces from the legs of their pets after a walk.

One fed-up resident showed me Hondurans handing out socks filled with wraps of drugs in front of a building being turned into an upmarket Whole Foods store.

The dealers displayed little need for concealment. 'After a while, you become desensitised – it's like everyone here is wearing blinkers,' says my guide, a man in his 30s.

'All my friends with kids have moved out of the city.'

The city and state have some of the highest tax rates in the country, but his area of SoMa West voted to back a fresh charge on firms to fund a new community group to clean up its streets. It is the 17th district to pass such a measure.

'You have to develop a thick skin,' says Sonya Lee, 24, supervisor in a Starbucks branch surrounded by bustling boutiques, expensive hotels and smart restaurants. 'Every day, people come in and take stuff. It's dreadful but we don't know what to do.'

 San Francisco, a comparatively small city that is home to tech giants such as Twitter, Uber and Airbnb, has the highest rate of 'unsheltered' citizens – at ten times the national level

Official data, based on one night's count last year, claimed 8,011 homeless people in this city of

884,000 people – a rise of 17 per cent on 2017.

But a record of those receiving healthcare found numbers twice as high and rising faster.

City authorities claim their key problem is the high cost of housing combined with past failures to build enough properties. But many blame something simpler to solve: the lack of law enforcement.

'When you tell vagrants that anything goes, it leads to the anarchy you see on these streets,' says Heather MacDonald, a fellow at the Manhattan Institute think-tank and a conservative essayist.

She believes we are witnessing a 'real-life experiment' into what happens if society stops enforcing bourgeois norms out of sensitivity to vulnerable people.

MacDonald argues that the city authorities are culpable, fuelling drug addiction by doling out 4.5 million needles a year when there is nothing compassionate about giving addicts and mentally ill people the freedom to 'decompose' on the streets.

Much of what she says is backed by Thomas Wolf, 49, who lost his job and family after becoming addicted to opioid painkillers following foot surgery, then moving on to cheaper heroin and ending up homeless in his native city.

'It is a cycle of despair,' he says. 'I was heartbroken at losing my wife and kids but all I cared about was drugs. I hated being on the streets but I loved the easy access to drugs.

'Yet there's such denial that if you'd have asked me if I had a problem, I'd have said no.'

Wolf, who now works for the Salvation Army helping homeless people rebuild lives and has just been appointed to a specialist civic taskforce, sees untreated addiction as the root cause of the city's problem. He says most people living on the streets are hooked on either drugs or drink.

'If you see someone shouting at the wall, it is crystal meth, not mental illness – although meth might have destroyed their mind.'

Wolf claims that while the city distributes drug paraphernalia, he was never asked to quit or offered help. He says many users sell their monthly welfare $190 food stamps on receipt to go on a binge. And he wants to see generous welfare benefits – almost $600 a month in return for 12 hours of voluntary work – slashed.

His own time as a homeless heroin addict ended after police caught him holding six socks filled with drugs for Honduran dealers. His brother bailed him from jail on condition that he went into rehab.

He was lucky. Last year there were 234 deaths from fentanyl and heroin in the city, more than double the previous year and five times higher than in 2016.

Wolf believes that the decision by a state ballot six years ago to reclassify thefts of property below the value of $950 as misdemeanours has backfired badly, leading to a huge increase in shoplifting.

'It is a disaster,' he says. 'The idea was sound – to reduce jailing that is predominantly of minorities – but the side effect was to embolden people to commit crime with impunity. Everyone knows you can go into shops and steal up to $950.'

46

Even shampoo, deodorant and toothpaste are now locked up in chemist shops to curb thefts.

The police declined to speak officially. But one officer sitting in his car beside blatant street-dealing said there was no point arresting people as they would simply be released, even if they were carrying drugs and cash valued at several thousand dollars.

'I find it very frustrating and lots of my colleagues find it very frustrating,' he says, adding that officers only intervene when there is violence. 'We get the blame because people think we're doing nothing. But it's not our fault.'

Wes Tyler, manager of a family-owned hotel, told me a man high on crystal meth smashed a $5,000 window one Sunday afternoon – then repeatedly ignored court dates and probation orders despite being seen in the neighbourhood last week.

'If City Hall does not start to take these issues more seriously, we'll see businesses impacted,' says Jay Cheng, spokesman for the local Chamber of Commerce.

Yet true to form, San Francisco has just elected as district attorney a radical called Chesa Boudin, whose parents were infamous militants from a far-Left, anti-war group. They were jailed for triple murder when Chesa was a toddler, leaving him to be adopted by the founders of the organisation.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***



The beautiful city by the bay, where Tony Bennett famously left his heart and which poses as a beacon

of progressiveness, has more billionaires per capita than any other on the planet. Not long ago, a seven-bedroom home here recently sold for $38 million (£29 million), while at the Michelin-starred Saison restaurant, the 'kitchen menu' starts at $298 a head and reservations require a $148 deposit

The 39-year-old, who studied at Oxford University as a Rhodes scholar and later worked as a translator for Venezuela's former leader Hugo Chavez, a Fidel Castro acolyte, campaigned on moving away from prosecuting 'quality of life' offences to focus on serious and corporate offences.

The San Francisco Police Officers Association spent heavily campaigning against Boudin, saying he was the choice for 'criminals and gang members'.

But Jennifer Friedenbach, executive director of the charity Coalition on Homelessness, argues city residents should get angry over 'systemic neglect' that sparked this crisis rather than blaming people on the streets.

'No one wants to live like this,' she says. 'We've tried locking people up before but that didn't work.'

Friedenbach insists that the problems stem from a lack of affordable housing, a significant reduction of emergency shelters and the slashing of spending on treatment programmes.

She says, rightly, that issues of homelessness, mental health and addiction are often linked.

The city's mayor, London Breed, whose younger sister died of a drug overdose and elder brother was jailed for robbery, declined to comment.

In her inaugural speech, Breed said the 'twin troubles of homelessness and housing affordability' were the big challenge.

She is boosting grants for shelters, treatment and street cleaning. Yet those desperate sights staining this one-time hippy nirvana are ultimately the sign of abject political failure.

Her new fiefdom is, after all, so populated by millionaires in their exclusive enclaves that it is the second richest city in the world's richest nation.

Considering the city's wealth, it smacks of callous and uncaring hypocrisy.

As one local resident says: 'Are they really being progressive to that poor guy in the street with a needle in his arm who is going to die tomorrow?'

**John Gabriel: California Is A Failed State; How Do We Know? They're Moving To Arizona In Droves**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**Median price for Bay Area home hits record-shattering $935,000…**
**Woman allegedly calls cops on girl selling water in San Fran...**

**Gay Tech Mafia runs Silicon Valley and San Francisco**

**Meanwhile on the West Coast... Downtown San Francisco Littered with Drug Needles, Piles of Feces (breitbart.com)**

**Diseaesed Streets: San Francisco Spends $30 Million Cleaning Feces, Needles. City "among some of the worst slums in the world." (nbcbayarea.com)**

**When people refuse to navigate piles of human shit to get food, SanFrancisco has the answer - BAN company owned cafeterias to "protect" local restaurants. (m.washingtontimes.com)**

**San Fran Diseased Streets... Needles, Garbage, Feces... Like Worst Slums in World...**

San Francisco mayor admits she was screwing corruption boss and took thousands of dollars of cash from top crook in FBI corruption probe

By Brie Stimson |

San Francisco Mayor London Breed on Friday admitted having a 20-year friendship and brief romantic relationship with a former city worker now under FBI investigation, prompting some to call for her resignation.

********** SAN FRANCISCO HELL-SCAPE  **********


**San Francisco Is One Of The Most Corrupt Cities In The World**

San Francisco Mayors, Area Senators and Supervisors exist off of bribes. Facebook, Google, Twitter, Tesla, Chevron, Wells Fargo, Real Estate developers and Chinese mobsters are the biggest payers of bribes. They pay in cash, hookers, buildings, stock warrants and election manipulation. San Francisco politicians pretend to be "green" but they only care about Green Cash. They pretend to be a "Sanctuary City" but all they care about is harboring criminals who they can use to puff up voter counts.

San Francisco cares about one thing: CASH!

If there is a second thing they care about it is: PRETENTIOUS LIFESTYLES

Chicago is corrupt because of the mafia and gangster culture it supports. San Francisco is corrupt because it has no moral compass except the arrow that points straight to hell. Greed and power rule all decisions in San Francisco politics.


********** SAN FRANCISCO HELL-SCAPE  **********


**'Corrupt in its roots': as Oakland police scandals pile up ...**

May 21, 2016 · Donald Trump may have called the city one of the 'most dangerous' in the world, ... 'Corrupt in its roots': as ... the city across the bay from San Francisco ...

https://www.theguardian.com/us-news/2016/may/21/oakland-police-miscon...

**Report on the Causes of Municipal Corruption ... - San Francisco**

Report on the Causes of Municipal Corruption in San Francisco, ... No one of the many persons we have ... "The undersigned of the City of San Francisco, ...

**sfmuseum.org/hist5/graft1.html**

**http://www.freewebs.com/boycottsanfrancisco/**

**SSF Lawmaker Urges Charges In Corruption Probe: OP-ED**

South San Francisco, CA - Several local lawmakers including State Senator Jerry Hill are urging the state AG to file charges in a CPUC corruption probe.

https://patch.com/california/southsanfrancisco/ssf-lawmaker...

**CORRUPTION CENTRAL: PETER P. McDONOUGH - FoundSF**

CORRUPTION CENTRAL: PETER P. McDONOUGH. ... San Francisco History ... from FOUNTAINHEAD OF CORRUPTION: Peter P. McDonough, Boss of San Francisco's Underworld by ...

foundsf.org/index.php?title=CORRUPTION_CENTRAL:_PETER...

**San Francisco city employees in court facing public ...**

Two former San Francisco city officials and a longtime city staffer appeared in court on Friday, facing public corruption charges.

abc7news.com/politics/sf-city-employees-in-court-facin...

**Are corrupt politicians the cause of sky-high San Francisco ...**

Are corrupt politicians the cause of sky-high San Francisco ... What is the most corrupt city agency in San Francisco? ... effect on San Francisco real estate. No one ...

https://www.quora.com/Are-corrupt-politicians-the-cause-of-sky-..

**California state Sen. Yee arrested in corruption case - SFGate**

The former San Francisco school board member, ... He was reportedly arrested on public corruption charges Wednesday morning amid raids of his office in Sacramento and ...

sfgate.com/politics/article/California-state-Sen-Yee.

**San Francisco corruption probe ensnares six current or ... - CNN**

Five San Francisco police officers and one former cop were indicted Thursday by federal grand juries in connection with a corruption investigation.

cnn.com/2014/02/27/justice/san-francisco-police-c...

**San Francisco Corruption: Mayor, prosecutor, gangster Shrimp ...**

San Francisco Mayor Ed Lee, seen here in 2011, is accused in a new court filing of using officials in his

adminsitration to collect bribes. Photo by Justin ...

slate.com/blogs/the_slatest/2015/08/04/san_francisc...

**Who might be next? San Francisco's long-running political ...**

He cited a San Francisco prosecution a ... Gascon's words that day provided the first hint that a long-running political corruption probe here might not be over ...

latimes.com/local/california/la-me-sf-probe-20160225-...

**San Francisco police corruption investigation ... - Fox News**

The San Francisco police chief is seeking to fire eight officers and discipline six others involved in a racist texting scandal.

foxnews.com/us/2015/05/15/san-francisco-police-corrup...

**3 San Francisco city officials may face trial on corruption ...**

First a Chinatown gangster dubbed Shrimp Boy and state Senator Leland Yee were both nabbed in a federal corruption sting. Now three others who were also targets of ...

abc7news.com/3-sf-city-officials-may-face-trial-on-cor...

**How to fix San Francisco's corruption problem - by b_stuart ...**

Corruption. It's as San Francisco as fog, organic produce and good weed. And by that I mean, it's such a part of the culture here that we take it for grant

**San Francisco's Homeless Encampments Expose The Failure Of A Liberal Utopia**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco Is Now The Most Rapidly Failing City In America**

 In America's most liberal city, increasingly visible homeless camps are a stark symbol of San Francisco's economic hollowing out and the failure of progressive governance.



By John Daniel Davidson

 SAN FRANCISCO – "You want the down-low? I'll give you the down-low. These guys will all tell you something different, but the one thing everyone here has in common is that they all do drugs."

I'm talking to a group of homeless men camped out under Highway 101 in San Francisco's Mission neighborhood, where a half-dozen tents are set up on a wide sidewalk across the street from a Best Buy. The thirtysomething guy who's telling me it's all about drugs doesn't want to give me his name.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**Shit-Hole San Francisco — where drug addicts outnumber high school students**

Officer Brian Donohue checks on Jeffrey Choate after he sees him lying on the sidewalk along Larkin Street and asks him to dispose of used needles next to him in a proper container on Monday, September 10, 2018 in San Francisco has more drug addicts than it has students enrolled in its public high schools, the city Health Department's latest estimates conclude.There are about 24,500 injection drug users in San Francisco — that's about 8,500 more people than the nearly 16,000 students enrolled in San Francisco Unified School District's 15 high schools and illustrates the scope of the problem on the city's streets. It's also an increase of about 2,000 serious drug users since 2012, the last time a study was done. "There is an opioid epidemic in this country, and San Francisco is no exception," Deputy Director of Health Dr. Naveena Bobba said.

The problem is particularly visible in the Tenderloin, where police reported more than 600 arrests for drug dealing last year. And where 27 suspects were booked into County Jail for dealing drugs in the first 20 days of the new year. The out-in-the-open use of drugs on city sidewalks and at the Civic Center BART Station was a huge embarrassment for the city and triggered more police patrols and crackdowns in the past year. The BART station has been cleaned up, but the problem continues in the Tenderloin. And while the police stay busy targeting dealers — the criminal side of illegal drugs — the city's public health officials work the problem as a health crisis.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**NIMBY HELL**

The San Francisco Board of Supervisors voted 7-4 on Tuesday to overturn the 2015 sale of Presidio Terrace, a privately-owned street in the neighborhood of the same name used by a few dozen of the city's wealthiest homeowners, faulting the city's tax collector and not the residents for letting an annual $14 tax bill go unpaid for decades.

Supervisor Mark Farrell, whose district includes Presidio Terrace, scheduled Tuesday's hearing in August, allegedly to "get to the bottom" of the dispute and let all parties plead their case.

A South Bay couple bought Presidio Terrace's circular street and accompanying sidewalks at a tax sale to the tune of $90,000 after the Presidio Terrace Association (PTA) had failed to pay the taxes on their avenue for 30 years.

********** SAN FRANCISCO HELL-SCAPE  **********



**Residents are FLEEING Sanctuary City San Francisco at a RECORD RATE!(youtube.com)**

**SAN FRANCISCO HAS TURNED INTO THE BIGGEST SHIT-HOLE CITY IN AMERICA**

********** SAN FRANCISCO HELL-SCAPE  **********

**San Francisco street fight (youtube.com)**

**Commiefornia - Colin Flaherty: San Francisco Techies Surprised by the Level of Black Violence (hooktube.com)**

********** SAN FRANCISCO HELL-SCAPE  **********

**SAN FRANCISCO BAY AREA VENTURE CAPITALISTS PROVE THEIR CORRUPTION RUNS DEEP**

The founder of a Silicon Valley venture capital firm was sentenced Wednesday to six months behind bars for paying about $450,000 in bribes to boost his two daughters' entrance exam scores and get one of them into Georgetown University as a bogus tennis recruit.

Manuel Henriquez, the 57-year-old founder and ex-CEO of Hercules Capital based in Palo Alto, California, cried and dabbed his eyes with a tissue as he prayed for forgiveness from his children and other families he hurt, and asked the judge for mercy. "There is no perfect way to express how broken I feel in my heart and soul," said Henriquez, who sat next to his lawyer and wore a face mask for much of the hearing held via video conference because of the coronavirus pandemic.

His wife, Elizabeth Henriquez, was sentenced in March to seven months behind bars. She is currently locked up at a prison in California and is expected to be released in January, according to online records. Prosecutors had asked for five months for Manuel Henriquez, calling him in court documents a "less active participant in the mechanics of the fraud than his wife." The defense urged the judge for three months or less. U.S. District Judge Nathaniel Gorton called Henriquez a hypocrite who donated

53

money to aid children, while at the same time using his wealth and privilege to put his kids ahead of other less fortunate students in the college admissions process.

"It's a sad day," the judge said. A high-school senior had deftly promoted her "brand" for the Ivy League, a college consultant boasted. In a2013 promotional video, William Rick Singer, the mastermind of an elaborate admissions corruption scheme, showered praises on the young woman.

She'd started her own organization to fight climate change, he said. She'd eventually enroll in Brown. That student, it turns out, was Mary Doerr, a daughter of John Doerr, the Silicon Valley venture capitalist and early backer of Google and Amazon. The Doerrs were clients of Singer years before he turned a legitimate college consulting practice into an elaborate bribery-for-admissions scheme that has shaken American academia, the parents who sought Singer's advice and the Wall Street and Silicon Valley firms that are now dealing with the fallout.

Pro golfer Phil Mickelson and National Football League Hall of Fame quarterback Joe Montana each tweeted last week that their families had used Singer for college consulting and were "shocked" to hear about the illegal activity. So are some of the Wall Street and Silicon Valley companies who had connections to Singer, including Goldman Sachs Group Inc., bond-giant PIMCO and venture-capital firm Kleiner Perkins Caulfield & Byers, which Doerr co-founded and is chairman.

Court papers suggest as many as 800 families hired Singer at some point. Singer ran an apparently legitimate college counseling firm, the Edge College & Career Network, before about 2011. The 2013 promotional video that referred to Mary Doerr says she was a client "six years ago," or about 2007. The bribery case reaches back only to 2011. The Doerr family has not been accused of any wrongdoing. Mary Doerr graduated from Brown University in 2015 and now is a graduate student at North Carolina State University, according to her LinkedIn profile.

Calls to Mary Doerr and her mother, Anne, were not returned. A Kleiner Perkins spokeswoman, Katie Hutchison, didn't respond to a request to speak with John Doerr. Hutchison declined to answer questions but said in a written statement that while Doerr and partner Tom Schlein, "along with a long list of Valley luminaries," were clients of Singer, they consulted him only for "test tutoring and help with college applications — typical of services provided by thousands of private college counselors across the country — and nothing further."

Goldman Sachs, which was mentioned in a wiretapped phone conversation as a social connection for at least one of the parents charged in Singer's bribery-for-admissions scheme, says it has begun an internal investigation into any connection its employees may have to the former college consultant.

Firms whose partners and employees were caught up in the federal case known as "Operation Varsity Blues" have swiftly moved to fire or accept the resignations of people involved.

Bond-giant PIMCO said in a statement on Monday that "as part of a regular series that includes dozens of outside speakers, PIMCO invited Mr. Singer to speak twice over the past decade, the latest in 2015, about the college admissions process." But the firm added that it "has never had a business relationship with Rick Singer or his college preparation organization. Neither PIMCO nor the PIMCO Foundation has ever paid Mr. Singer or donated money to his foundation."

The statement added that any employees who engaged with Singer's illegal scheme "would have no place at the firm."

PIMCO's former chief executive Douglas Hodge, who retired in 2017, is accused of paying about $500,000 in bribes for two daughters and a son to be admitted to Georgetown University and and the University of Southern California as fake tennis, soccer and football recruits.

The case has also sent shivers among affluent parents who fear they and their children will be tarnished as the Singer case unfolds.

Families now in the admissions process "want to illustrate that they're a good family that wouldn't cheat and that their kids would never want them to cheat the process," said Christine Pluta, a private counselor with Edvice Princeton who has also worked in the admissions offices of the University of Pennsylvania and Barnard College. "I have never before heard a family try to convince me of their own integrity. Singer is part of the conversation."

Pluta said when she worked at Penn about 20 years ago, a "father offered me a million dollars if his daughter would be admitted. At first I thought he was joking." She said she made it clear the offer was inappropriate.

Singer cooperated with authorities and pleaded guilty to facilitating more than $25 million in bribes for faked ACT and SAT scores and bogus athletic profiles to schools including the USC,Georgetown andYale University. Parents contributed to Singer's fake charity, Key Worldwide Foundation, to facilitate bribes to coaches and school officials and some and some took the charitable-donation deduction.

The wealthy parents worked in finance, sports and entertainment and included actresses Lori Loughlin and Felicity Huffman as well as Hodge, who was replaced as CEO of PIMCO in 2016; Gordon Caplan, the co-chairman of global law firm Wilkie Farr & Gallagher LLP, and William McGlashan Jr., a former partner of private equity firmTPG, who was fired last week.

The relationships in those worlds led to some embarrassing revelations for firms who invited Singer to speak.

"We know people at Goldman Sachs who have, you know, recommended you highly," said parent Marci Palatella, according to transcripts of a wiretapped conversation with Singer.

Palatella, chief executive officer of a liquor distribution company in Burlingame, Calif., and the wife of formerSan Francisco 49ers player Lou Palatella, was charged with paying $575,000 in bribes to get their son into USC as a fake "long snapper" football recruit.

Goldman Sachs spokesman Patrick Scanlan said Monday that "we're continuing to look into the matter."

Another parent charged in the scandal referenced Kleiner Perkins. In a wiretapped conversation, parent Bruce Isackson worried that the Internal Revenue Service might discover the bogus charity, to which Isackson is accused of paying hundreds of thousands of dollars in bribes to get his daughter into USC as a fake-recruited rower.

55

Isackson, who was president of real-estate development firm WP Investments in Woodside, Calif., was charged along with his wife, Davina. He no longer appears on the website of the firm, which didn't respond to calls.

"Is this gonna be this — be the front page story with everyone from Kleiner Perkins do whatever, getting these kids into school," Isackson said according to the transcript.

In the 2013 promotional video, Singer spoke of an unnamed client who had started Inconvenient Youth while in high school. "She got totally engaged in her brand, in her story, in her passion," he said in the short video, adding that "I had her six years ago as a student" and thanking former Vice President Al Gore for allowing "us" to use his slide show from his 2006 documentary, "An Inconvenient Truth," that inspired Doerr's group.

Singer added that getting in to college "has to do with getting involved in your brand." He highlighted his role in Mary Doerr's venture, saying that "we wanted to create an organization that would focus on global warming for youth."

Mary Doerr started Inconvenient Youth in 2008 between her junior and senior years atCastilleja School in Palo Alto, Calif.

John Doerr, whose net worth Forbes puts at $7.5 billion, has been involved in education issues for some time. He is co-founder and lifetime director of the NewS chools Venture Fund, which invests in start-ups aimed at improving public education. He and Anne Doerr donated $50 million in 2015 to Rice University, his alma mater, to finance a leadership training program.

The couple paid about $50,000 bribes to have someone cheat multiple times on standardized tests for their daughters, authorities said. The Henriquezes were also charged with paying $400,000 to the sham charity run by admissions consultant Rick Singer to get their oldest daughter into Georgetown by falsely portraying her as a star tennis player. Singer in turn paid then-Georgetown tennis coach Gordon Ernst in exchange for labeling her as a recruit, authorities say.

Ernst, who's accused of getting nearly $3 million in bribes, has pleaded not guilty.

Singer has pleaded guilty to running the sprawling bribery scheme and helped investigators build the case against the parents.

Henriquez's lawyers said in court documents that his participation in the scheme was "minor and largely passive" as he was busy running his company while his wife "devoted herself to the care and well-being of their children."

"Mr. Henriquez knew some but not all of the details of the scheme with Singer, played a small role, and to his great regret and shame, did not stop it. He paid Singer's bills, as he did all the family's bills," his lawyers said in a court filing.

Assistant U.S. Attorney Eric Rosen said it "strains credulity" that Henriquez would believe that the $400,000 payment to Singer's sham charity would support "underfunded college athletic programs (including Georgetown tennis) and programs for disadvantaged youth," as his attorneys claimed in court documents.

Rosen accused Henriquez of refusing to fully accept responsibility for his actions and attempting to present a "sanitized version of the conduct to the court."

The Henriquezes are among nearly 30 parents who've admitted to charges in the massive case called "Operation Varsity Blues."

"Full House" star Lori Loughlin and her fashion designer husband, Mossimo Giannulli, are scheduled to be sentenced in August after pleading guilty to paying half a million dollars to get their two daughters into the University of Southern California as fake crew recruits. Loughlin's plea deal calls for her to serve two months behind bars and Giannulli's calls for him to serve five months.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\***

**Gavin Newsom Netted Millions (Tax-Free) In Undisclosed "Sweetheart" Loans**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\***

**SAN FRANCISCO NOW THE #1 PLACE IN AMERICA TO GET AN AWFUL SEX DISEASE!**

**STDs i California reach all-time high: 300,000 cases...**

**SAN FRANCISCO Gives ILLEGAL ALIENS Right To Vote in order to try to jam up elections \* 100PercentFedUp.com (100percentfedup.com)**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\***

**Home Prices In 80% Of US Cities Grew 2x Faster Than Wages... And Then There Is San Francisco (zerohedge.com)**

**Source: http://nbclosangeles.com/news/california/San-Francisco-to-Hire-Needle-Cleanup-Team-480616941.html**

 *Show more from nbclosangeles.com*

The mayor of San Francisco says he's hiring 10 workers whose sole responsibility will be to clean up the massive numbers of drug needles littering the streets.

San Francisco Mayor Mark Farrell said Monday the team will respond to resident complaints and remove needles and syringes from "hot spots" every day of the week.

Farrell tells the San Francisco Examiner that discarded syringes on the streets are among the top litter complaints in the city with a growing homelessness problem and a devotion to encouraging hippie

scum to live there.


********** SAN FRANCISCO HELL-SCAPE  **********


**San Francisco Forensic Investigator Paul Kangas Keeps The Ruling Elite On Their Toes**

Don't do crime with public money in front of Paul Kangas. This modern Sam Spade will latch onto the case like a pit-bull and never let go. If City Hall, Silicon Valley or the Opera Crowd get into bribery, corruption, sex trafficking and other dirty bits, Paul might end up on their heels.

As the former guard for President Kennedy, Paul Kangas is now a private Investigator in California. His seminal article on the role of George HW Bush in the assassination of JFK was just published on the front page of the Cuban newspaper, Granma. 30 million copies were distributed worldwide. He has taught, and inspired, many contemporary media investigators who have over-turned the entire news industry with the kinds of FBI-class public research that Kangas uses. The many "citizen sleuth' groups operating around the world were inspired by the early work of Kangas.


********** SAN FRANCISCO HELL-SCAPE  **********


**San Francisco Nurses Demand to Have Mark Zuckerberg's Name Taken Off Hospital**

 - Corrupt Zuckerberg found to be using the sick as a tax evasion ploy

 - Patients, public and staff object to a hospital being named after the world's largest human rights abuser

 - Mayor Ed Lee died at Zuckerberg Hospital due to politics

 - Facebook found to be spying on patients and selling their private medical data to governments and political groups

 BY PAULA BOLYARD


********** SAN FRANCISCO HELL-SCAPE  **********


**San Francisco: Democrat LGBT Lutheran Pastor And Friends Arrested In Child Porn Raid**

 Five pedophiles at a Pro-LGBT Church have been arrested by San Francisco's Child Exploitation Task Forces for the production of child pornography. Controversial Gay Pastor of Christ Church Lutheran in San Francisco, the Rev. Steven Sabin, heads the congregations.

 Reverend Steven Sabin is the head pastor at the Christ Church Lutheran national website, where he hosts streaming podcasts worldwide.



(Clockwise from top left) Nicholas Fong, Elihu Hernandez, Pastor Steven Sabin, Trevor Schlesinger and Donald Wright have been arrested on child pornography offenses. (San Francisco Police Department)

The Christ Lutheran Church says that they're aware of the Pastor's arrest.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***




**San Francisco Is An Uninhabitable Hellhole...**

**Rats, Public Defecation, Open Drug Use...**

**San Francisco Tech Executives And City Hall Directors Play A Dangerous Game With Trophy Wives and Prostitutes**

By Lucy Carl

Driven by a psychopathic need to employ sex for power instead of passion, executives from SalesForce, Twitter, Google, Facebook and other famous brands, live a life of debauchery few normal people can comprehend.

59

Almost every $200K/year executive has both a "trophy" wife and a bevy of prostitutes on call. Most of them get the wives and the hookers from many of the same resources. Most of the prostitutes know about the trophy wives, and vice versa, because it is part of "The Deal".

The San Francisco Zoo fundraising parties, The "House Parties" (on Broadway, west of Divisadaro in the tony Pacific Heights neighborhood), San Francisco Symphony parties and Opening Nights, The Red and White Ball Events, The Guardsman parties, The Spinster Events, The Rosewood Hotel "tech events" and a horde of other elitist find-some-ass events deliver the chicks to the Chads.

A Trophy Wife is a surgically enhanced woman who dresses like a Playboy model, wears porno makeup and has a Jessica Rabbit type of cartoonish facial structure. She is acquired by the tech executive to show off to other tech executives. An unusually large number of San Francisco tech executives are homosexual but they still have Trophy wives to keep up appearances.

At one of these events a young, attractive woman will approach a recently divorced tech executive and advise him that she understands "the Deal". She uses code words and alluded to references but the intent is clear. She is willing to be either a trophy wife or a prostitute because the guy has the cash and she wants the rich lifestyle. A trophy wife is aware that she must accept the fact that the man is rich and can get any woman and there is a 3000 to 1 ratio of hot girls to rich men. If she wants the cash she must accept the non-monogamous sex-with-other-women culture of the tech males.

The Trophy Wives get to live in the big houses with the tech guys and the prostitutes live in apartments in Marin County and Palo Alto. Many of the prostitutes are from overseas and are known as "Instagram Girls" because the advertise on Instagram and Match.com as "models". Hundreds of these internet hookers are flown into San Francisco, Oakland and San Jose international airports, daily, on the credit cards of these tech executives. The pot is well stocked. San Francisco tech executives account for as much bay area sex trafficking, in dollar volume, as the San Francisco Chinatown gangs. A San Francisco tech prostitute goes for $1000.00 to $10000.00 per night while a Chinatown sex worker is only $300.00 per session.

There are over 200 "Personal Services" providers for tech executives who pitch "managing engagement schedules" for CEO's. They are pimps who have networked lists of hookers. They are usually women in the PR business who once were trophy wives, or prostitutes, themselves when they were younger. Most tech executives will eventually receive an offer from a "Social Events Manager", looking to hook them up.

Trophy Wives and prostitute offerings can be found jogging on San Francisco's Marina Green, sitting overtly in outdoor cafe's on Chestnut Street and Union Street in the Marina district and at every "tech event". They dress in fluorescent Spandex with bare midriff tops and painted on Spandex leggings shoved as far up their butt-crack as biology will allow. The regulars, though, are at the elite events and fund-raisers.

The websites BACKPAGE.COM, SEEKING ARRANGEMENTS.COM and MATCH.COM are the source favored by the tech guys for girls-on-demand hookers. Google is in a huge battle against the government because Google does not want BACKPAGE.COM shut down. It is the top source for hookers for the men of Google.

The parties at the French, British and Russian embassies are notoriously full of high-class hookers and wannabe trophy wife candidates. The key to confirming them, in person, or on Match.com, is the use of code words like "generous gentlemen", "appreciates a special women", "knows how to take care of..", "diamonds.." and other subliminal references.

The game can go south, though. Google's, Tesla Investments and other top executives have been killed by their hookers. Over 100 top tech execs are now in the news for their over-the-top sex scandals. A Trophy Wife or a Hooker can blackmail the tech executives at any moment; non-disclosure agreements be damned. Hundreds of babies are now being paid for by hundreds of tech executives along with hush-money to keep the names of those babies fathers quiet.

Yes, San Francisco truly is the modern version of Sodom and Gomorrah.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco accepted Hunters Point shipyard land that may still be radioactive**

EPA, state health regulators approved transfer in 2015 despite awareness of fraud allegations

By Chris Roberts@cbloggy

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**SAN FRANCISCO HOUSING MARKET IS GETTING GUTTED AS FACEBOOK CRASHES AND CHINESE RUN AWAY**

Housing market showing signs of cracking...

**Record Drop in Foreigners Buying...**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**SAN FRANCISCO IS NOW THE MOST EXTREME PUBLIC SURVEILLANCE CITY IN**

**AMERICA**

HIPPIE DIPPIES IN SAN FRANCISCO ARE THE MOST SPIED ON IN USA!  IRONIC!

Can you imagine a city in the United States secretly creating a Chinese-style public surveillance network that can identify everyone? Can you imagine that same city secretly creating a Chinese-style public watchlisting network?

Well imagine no more because it has already happened.

When I wrote about "covert facial recognition street lights coming to a city near you" last year, I never would have dreamt that my article would become a reality so quickly.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco is now POOP CITY as heroin needles, AIDS and corruption again define City**


Tourists and shoppers make their way past a panhandler asleep outside a clothing store in San Francisco on Aug. 25. The streets of San Francisco have long reflected the eccentric city's governing priorities and many civic contradictions arising from the intersection of wealth and poverty. (Mason Trinca/For The Washington Post)

By Scott Wilson


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco Millennium Tower is leaning, sinking and now cracking thanks to corrupt Ed Lee**

San Francisco's leaning, sinking Millennium Tower has a new problem after a window cracked on the 36th floor.  by Melanie Woodrow

San Francisco's leaning, sinking Millennium Tower has a new problem after a window cracked on the 36th floor.

"This is a window system that's designed to sustain hurricane force winds so this is obviously of serious concern," said San Francisco Supervisor Aaron Peskin.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco in one photograph: Rich liberals sip $30 glasses of wine as they watch the city burn**

I lived there, in North Beach for more than a decade. I recently left, and feel such a sense of relief. I can't turn this into a joke since I know that place, but this caption isn't far off. These people will continue to look at all the shit they vote for, and watch how it went wrong, blame someone else, and double down on their bullshit. Fuck that place. They deserve the shit that's coming to them.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco's Free Syringes Are Littering Its Streets - Come For The Heroin, Stay For The Corruption (sanfrancisco.cbslocal.com)**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**SAN FRANCISCO MAYOR LONDON BREED EXEMPLIFIES THE WARPED SEX-BASED CRONYISM OF SAN FRANCISCO CITY HALL**

Mayor London Breed exhibited a serious lapse of judgment — and possibly violated city ethics laws — in accepting several thousand dollars worth of car-related expenses from former Public Works Director Mohammed Nuru.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco Downtown Buildings Are Collapsing And Falling Apart As SF Earth Mass Found To Be Unstable**

- City Officials will lie until the cows come home but the fact is that greedy mayor and supervisors overbuilt City to get bribes and developer fees

- When will the first skyscraper collapse and kill huge numbers of people?

 BY JANIE HAR AND PAUL ELIAS  Associated Press

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**Saudi ties entangle Laurene Powell Jobs' Emerson Collective**

Jamal Khashoggi's disappearance has become a litmus test for business leaders, but some ties are more nuanced — and perhaps more complicated.

by Dylan Byers


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco Spends $30 Million Cleaning Feces, And Use Drug Needles From It's Hepatitis Infected Streets - Literally A U.S. SHITHOLE !!! (nbcbayarea.com)**

**Bay Area reaches highest exodus levels in 10 years. U-Haul says it is running out of 1 way trucks. (archive.is)**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco Has The Most High-Tech Schools In The World But SF Students Are The Biggest Failures In The World**

- San Francisco proves, again, that it is all fluff and no substance

- Bottom line: "Don't move to San Francisco if you want your kids to get an education!"


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco's housing market is so out of control, most tech workers say they can't afford homes thanks to Google**

Melia Robinson

 San Francisco is too expensive even for tech workers.  HBO

- **The San Francisco Bay Area's housing market is so bleak, even tech workers are struggling to buy a home there.**

- **A survey by Blind found that 59% of employees at Bay Area tech companies said they cannot afford homes.**

- **Cisco, eBay, and Intuit had the highest percentage of employees who said home ownership is elusive.**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

San Francisco Employee privacy is at stake as corporate surveillance technology monitors Bay Area workers' every move

Ellen Sheng@ellensheng

Key Points

- Corporate interest in surveillance seems to be on the rise to boost productivity.

- A 2018 survey by Gartner found that 22% of organizations worldwide are using employee-movement data, 17% are monitoring work-computer-usage data, and 16% are using Microsoft Outlook- or calendar-usage data.

- Employees are concerned over this invasion of privacy.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco Logs 16,000 Feces Complaints in a Week as San Francisco becomes filled with poop and Google assholes...**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**WINNING: Arizona Appellate Court decides Nancy Pelosi's Hockey Stick emails must be released  (wattsupwiththat.com)**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**San Francisco Shall Forever Be Known as POOP CITY because of the corrupt politicians and dirty people that live there**

**Poop City (San Francisco)-We find you with a straw, you're going to jail...but come here if you want a safe place to shoot up heroin, we'll make sure you don't die!(nbcbayarea.com)**

**San Francisco's Human Poop Map Shows City Is in Deep Doo-Doo**

San Francisco is swiftly moving from one of America's most beautiful cities to one of America's most troubled cities. The city struggles with crime and the consequences of illegal immigration after declaring themselves a "sanctuary city". The transit authorities (BART) recently announced ...

RS https://www.redstate.com/kiradavis/2017/10/17/san-franciscos-human...

**San Francisco Requires Poop Maps To Help Pedestrians Avoid ...**

For those who have maintained that San Francisco is full of . . . whatever, there is now living proof.

**How much poop is there on the streets of the City by the Bay?**

https://www.dailywire.com/news/12001/san-francisco-requires-poop-ma...

**San Francisco poop map: real thing or a rumor?**

Feb 28, 2018 · Of all the claims made by San Francisco's detractors, possibly the most puzzling to people who actually live in the Bay Area is the "poop map." "The city now offers people poop maps so they can avoid surprises," contends one online commenter on a recent story at this website about people ...

https://www.mercurynews.com/2018/02/28/san-francisco-poop-map-real-th...

**San Francisco Set to Roll Out the 'Poop Patrol' to Clean Up ...**

It has a funny name, but it's targeting a serious problem. San Francisco is rolling out the 'PoopPatrol.'

https://www.nbcbayarea.com/news/local/San-Francisco-Set-to-Roll-Out-...

**Holy Crap: San Francisco To Deploy Poop Patrol To Clean Up ...**

Aug 15, 2018 · Holy Crap: San Francisco To Deploy Poop Patrol To Clean Up Feces That Are Apparently Everywhere - Matt Vespa: Well, we all know San Francisco is having problems.

https://townhall.com/tipsheet/mattvespa/2018/08/15/holy-crap-s...

**Why is San Francisco ... covered in human feces? | Nathan ...**

Aug 18, 2018 · I't's an empirical fact: San Francisco is a crappier place to live these days. Sightings of human feces on the sidewalks are now a regular occurrence; over the past 10 years, complaints about human waste have increased 400%.

https://www.theguardian.com/commentisfree/2018/aug/18/san-francisco-p...

**This Map Shows San Francisco Is Covered in Human Poop**

Citing human waste reports made in San Francisco, software engineer Jenn Wong mapped the city's most poop-ridden neighborhoods, and it is a feast for watery eyes.

https://www.thrillist.com/news/nation/human-wasteland-map-plots-all-...

**SF Mayor: 'There's More Feces ... Than I've Ever Seen' - NBC ...**

San Francisco Mayor London Breed believes homeless advocacy groups that receive funding from the city need to better educate the homeless to "clean up after themselves."

https://www.nbcbayarea.com/news/local/SF-Mayor-Theres-more-feces-on-...

**SF Mayor Says Her City Is Drowning In Poop: 'There's More ...**

San Francisco Mayor London Breed said the streets of her city are flooded with the excrement of the homeless in an interview Friday.

66

dailycaller.com/2018/07/15/san-francisco-poop-problem/

**(Human) Wasteland - MochiMachine**

A map of human waste reports made to 311 in San Francisco! (Human) Wasteland; About; Year. 2008. ... (Human) Wasteland is a mochimachine ... San Francisco's Poop ...

mochimachine.org/wasteland/

**It's no laughing matter — SF forming Poop Patrol to keep ...**

It sounds like silly elementary school banter, but it's real. San Francisco is about to launch the Poop Patrol. In about a month, ...

℃ https://www.sfchronicle.com/bayarea/heatherknight/article/It-s-no-lau...

**San Francisco CA plans poop patrol to clean sidewalks | The ...**

San Francisco plans a six-person poop patrol to clean up city sidewalks after receiving more than 14,000 complaints of feces since January. But the move sparked mockery and poop emojis aplenty on social media.

https://www.sacbee.com/news/state/california/article216722405.html


**San Fran-Poopsco**


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco native man charged with sexually assaulting 99-year-old woman in SF Chinatown as Frisco crime spree worsens**

By Evan Sernoffsky

 Security photos show a man suspected of sexually assaulting a woman in San Francisco's Chinatown on New Year's Eve.

 A man captured after a New Year's Eve sex assault in San Francisco's Chinatown had attacked a 99-year-old woman in her apartment at the Ping Yuen housing project, officials said Wednesday.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**San Francisco train conductor reportedly warns riders to watch 'for needles' amid 'needle litter' epidemic in drug infested SF (foxnews.com)**

********** SAN FRANCISCO HELL-SCAPE **********


**Now San Francisco Wants To Ban Lunch (downtrend.com)**


********** SAN FRANCISCO HELL-SCAPE **********


**When people refuse to navigate piles of human shit to get food, San Francisco has the answer - BAN company owned cafeterias to "protect" local restaurants. (m.washingtontimes.com)**


********** SAN FRANCISCO HELL-SCAPE **********


**San Francisco's Housing and Homeless Crises at "Boiling Point"Because Of Google-Twitter-Facebook Take-over of City Politicians**

Written by  James Murphy

San Francisco is a city of contrasts. It boasts glorious views of the Golden Gate Bridge and the Pacific Ocean, and it also offers the stench and disgusting sight of piles of human feces on its sidewalks. It is a place filled with great wealth and striking poverty, with tech billionaires and Silicon Valley companies existing alongside an aggressive panhandling homeless population. While a city full of investors waits nervously on a new wave of initial public offerings (IPOs), drug users shoot up in the streets for anyone — be it tourists, businessmen, or schoolchildren — to see.


********** SAN FRANCISCO HELL-SCAPE **********


**SAN FRANCISCO BAY AREA'S MEASURE 3 SEEKS TO CREATE "RAPE" BRIDGE TOOLS IN ORDER TO PUT CRONY CASH IN THE POCKETS OF JERRY BROWN'S FRIENDS**

- The Entire Measure 3 Plan Is A Scam To Help Google and Crony Insiders!

 Posted by: Zelda Bronstein

On the June 5 ballot, Regional Measure 3 asks voters in nine Bay Area counties to approve a $3 increase in tolls on all the region's bridges but the Golden Gate "to reduce auto and truck traffic, relieve crowding on BART, unclog freeway bottlenecks and improve bus, ferry, BART and commuter rail service." Its supporters, who include the Bay Area Council, the Silicon Valley Leadership Group, SPUR, Facebook, and YIMBY Action, call it "a bold, coordinated, region-wide traffic relief plan."

RM3 is bold all right: it's an audacious con that dedicates $4.5 billion to a hodgepodge of disconnected

projects that will bring the Bay Area little traffic relief.

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**The San Francisco Bay Area Tech Mafia**

What They Have Been Proven To Be:

Misogynists, Frat Boys, Sexual Abusers, Rapists, Sexual Extortionists, Sexual Harassers, Intellectual Property Thieves, Copy-cats, Monopolists, Valuation Collusion-ists, Hooker Addicts, Trophy Wife Abusers, Tone Deaf Yuppies, Sociopaths, Closet Homosexuals, Elitist Boys Clubbers, Narcissists, Burning Man Orgy Pros, Drug Addicts, Alcoholics, Sex Addicts, Mobsters, Tax Cheats, Abusers, Real Estate Scammers, Liars, Racists, Anti-Trust Violators, Political Bribery Experts, Crony Political, Scam Operators, Election Rigging Financiers…

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**NEW SAN FRANCISCO MAYOR SAYS SF IS CONSUMED WITH CRAP**

**San Fran Mayor Laments Human Poop On Streets: 'More Than Ever Seen'...**

**CA DEMS REBUKE FEINSTEIN...**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**Clean up after yourselves: San Francisco mayor plans to ask homeless nicely not to poo in streets (rt.com)**

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**The San Francisco Archi-Tastrophe Coming Building Collapses**

- Greed and corruption put San Francisco in the current disaster movie scenario

- Over-building on un-stable ground in a small area subject to earthquakes should have been an obvious bad idea to anybody

- San Francisco City Hall chose to cram developer payola in their pockets and lies into the planning process

- Imagine a million tons of steel and concrete collapsing onto hundreds of thousands of commuters!

- One skyscraper will take down the next one in a 'domino effect'

- 18 buildings have started to fail but you have only heard about a handful of them…


**The 39 San Francisco high-rises at risk of collapse during ...**

The analysis and testing of the structure were reviewed by the City and County
of San FranciscoDepartment of Building Inspection and Professor Ted Zsutty PhD, an internationally
recognized ...

https://sf.curbed.com/2018/6/18/17465696/highrises-san-francisc...

**UPDATE: Buildings evacuated near construction site emergency ...**

Notice of a possible collapse of a 2,000 pound slab of concrete from the 30th floor of 33 Tehama Street
prompted immediate evacuations of ten buildings in San Francisco's South of Market ...

sfexaminer.com/evacuations-underway-near-construction-si...

**At Risk in a Big Quake: 39 of San Francisco's Top High Rises**

Experts consider these buildings vulnerable to collapse only in extreme shaking caused by rare and
powerful earthquakes, similar to the one that struck San Francisco in 1906.

https://nytimes.com/2018/06/14/us/california-earthquakes-high-...

**Buildings safe to reenter surrounding San Francisco high-rise ...**

The building under construction initially prompted concerns that a 2,000 pound concrete wall could
have collapsed. According to San Francisco Fire Department, the construction company made the ...

foxnews.com/us/2017/02/15/evacuations-ordered-as-conc...

**Booming San Francisco takes unprecedented step to target ...**

San Francisco's effort at publicizing a list of its buildings marks a new front in seismic safety —
making it easier for residents and workers to easily understand the age of the city's ...

latimes.com/local/lanow/la-me-ln-san-francisco-tall-b...

**Which SF High-Rises Could Collapse in an Earthquake**

The Transamerica Pyramid is among 39 San Francisco high-rise buildings that could collapse in an
earthquake the magnitude of the 1906 quake, according to a new report the New York Times.

sfweekly.com/news/which-sf-high-rises-could-collapse-i...

**Thirty nine San Francisco high rises at risk of collapse in ...**

Thirty-nine high rises in San Francisco are at risk of collapse in a major earthquake, according to a new

study by the U.S. Geological Service (USGS).. The vulnerable buildings (known as welded steel moment-frame buildings) were constructed by using a flawed technique to weld columns and beams together.

https://bdcnetwork.com/thirty-nine-san-francisco-high-rises-risk...

**Who Will Pay for San Francisco's Tilting, Sinking Millennium ...**

The building, which opened in 2008 and was touted as the most luxurious tower in San Francisco, became a beacon of the city's burgeoning wealth, attracting tech millionaires, venture capitalists ...

**B**https://bloomberg.com/news/articles/2017-02-01/who

**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**The San Francisco ghosts in Kamala Harris past show that she knows how to \*\*ck**

by Tiana Lowe

Few outside of California know or care who Willie Brown is. But that may be about to change.

Brown spent around a quarter of a century as de facto royalty in California, first serving more than three decades as a member of the California Assembly (15 years as its speaker), and then eight years as mayor of San Francisco.

He also once carried out an open extramarital affair with a young prosecutor named Kamala Harris, currently a U.S. senator and leading contender for the Democratic presidential nomination.

Now, we're far beyond the point that a personal past like that disqualifies a candidate. Harris, after all, is vying to challenge a thrice-married man who once graced the cover of Playboy and publicized his infidelity on the cover of the New York Post. Candidates' personal lives no longer warrant deep investigation, unless they tell us something about their professional and political lives.

Unfortunately for Harris, the Willie Brown story is not strictly personal. It's also professional.

When Harris was barely 30, she began dating Brown, then in his 60s and speaker of the California Assembly. To be clear, an ambitious woman dating a powerful man is not alone any cause for concern. Strong women are attracted to success, and a 30-year-old assistant district attorney is hardly, say, a 21-year-old intern. But the story doesn't end there.

For one thing, Brown was married at the time. He wound up dumping Harris and returning to his wife as he became mayor. (Again, in the era of President Trump, few will clutch their pearls over this.)

More questionable than the romance is the relationship's apparent effect on her finances and her career. Brown, according to contemporary news accounts, gifted his then-girlfriend two government jobs with ample salaries — while she was just getting her start as an assistant DA.

As the San Francisco Weekly reported in 2003:

71

Aside from handing her an expensive BMW, Brown appointed her to two patronage positions in state government that paid handsomely — more than $400,000 over five years. In 1994, she took a six-month leave of absence from her Alameda County job to join the Unemployment Insurance Appeals Board. Brown then appointed her to the California Medical Assistance Commission, where she served until 1998, attending two meetings a month for a $99,000 annual salary.

(That's more than $150,000 in current dollars.)

Even after they broke up, Brown, a San Francisco kingmaker, continued to support Harris' career, boosting her district attorney run and years later calling on Antonio Villaraigosa to stay out of the Senate race, thus clearing the field for Harris.

Just two years into her tenure as senator, Harris now wants to reach the White House.

The facts are messy, but most in California politics are. If she earned few hundred thousand dollars in taxpayer-funded patronage thanks to a personal relationship, that undermines some of her good-government cred. Or at least it requires her to explain how she's changed.

Barack Obama wisely fessed up about his drug usage long before he was a presidential candidate, and he alluded to his personal growth and past mistakes enough that it created a satisfying narrative, one that couldn't be used against him. Donald Trump was a womanizer and a brash braggart, but that was his entire brand for more than two decades. The first real instance where his past came to haunt him was when he seemed to confess to sexual battery on the now-infamous Access Hollywood tape. The allegations of consensual affairs never really mattered.

Harris doesn't talk about Brown. She says that it's not relevant. But part of her prosecutorial persona is a posture of toughness on corruption. But the Willie Brown story, with those big paychecks, gives off at least a whiff of cronyism. She's got to address the charge she was profiting personally off connections to power — at least if she wants us to believe she actually stands for the people.


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***


**Was San Francisco Mayor Ed Lee Poisoned, Using Untraceable Spy Technology, Because of His Immigration Scheme?**

- Robert Mendick, chief reporter, Hayley Dixon, Victoria Ward, Roland Oliphant


Shell fish toxins, nut tree derivatives, umbrella launched cardiac gases and pocket-based electric pulse weapons can give any politician a "natural-looking heart-attack" that is man made. Many believe Andrew Brietbart and Google's Rajeev Motwani were killed this way for political retribution

A Russian agent convicted of spying for Britain was fighting for his life last night amid suspicions he was poisoned in a shopping centre in Wiltshire.
Sergei Skripal, 66, was in intensive care after being exposed to a mysterious substance as he sat on a

bench in the centre of Salisbury. A 33-year-old woman who was with him, is also in critical condition. Both had collapsed and were unconscious when they were discovered.


********** SAN FRANCISCO HELL-SCAPE  **********

**San Franciscan's Hate Google: Protesters toss scooters into street to block tech buses in SF**

By [Sarah Ravani](#)


********** SAN FRANCISCO HELL-SCAPE  **********


**THE DNC'S SAN FRANCISCO SEX CULT OFFERS CLITORAL TOUCHING FOR $150.00**

We Went Under Cover With An IPhone In San Francisco And Marin County - The Dark Side of the Orgasmic Meditation Company. Almost every member is a registered Domocrat and some are highly placed in the DNC. OneTaste is pushing its sexuality wellness education toward the mainstream. Some former members say it pushed them into sexual servitude and five-figure debts.
By  Ellen Huet

When Michal got married in August 2015, her family and longtime friends didn't attend. The woman who walked her down the aisle, the dozens of beaming onlookers, her soon-to-be husband—all were people she'd met in the preceding 10 months. Wearing a loose, casual dress borrowed from one of her new friends, Michal spent the ceremony in a daze. She knew she didn't want to get married like this, in the living room of a rented San Francisco house without her family's support, yet she felt compelled to do it. That uneasy feeling could apply to most of her experiences in OneTaste. OneTaste is a sexuality-focused wellness education company based in the Bay Area. It's best known for classes on "orgasmic meditation," a trademarked procedure that typically involves a man using a gloved, lubricated fingertip to stroke a woman's clitoris for 15 minutes. For Michal, like those at her wedding, OneTaste was much more than a series of workshops. It was a company that had, in less than a year, gained sway over every aspect of her life….


********** SAN FRANCISCO HELL-SCAPE  **********


**If You're Going To San Francisco...Think Again**

By [Brian C. Joondeph](#)

 A few decades ago, Scott McKenzie sang one of the classic hippie [anthems](#), "San Francisco," back in 1967. It was sung during the heyday of sex, drugs, and rock and roll. Flower power was the rage. Peace, love, and understanding were the mantras of the day, in response to the Viet Nam War and the oppression of The Man.

McKenzie sang, "If you're going to San Francisco, be sure to wear some flowers in your hair." Back then, the flowers were for decoration, to match the tie-dyed clothing and sandals.

Flash forward fifty years, and residents of San Francisco may need to wear flowers, not only in their hair, but also covering their entire bodies. Not for decoration, however, but to mask the odor of a new feature of the streets of San Francisco.

**Excrement.**

And it's been making the national news, a veritable emblem of what the city has become. The newly inaugurated San Francisco mayor is London Breed, who, as an aside, has a perfect 1960s name. Interviewed after her inauguration, the Daily Caller noted that she observed that the streets of her city "are flooded with the excrement of the homeless."

In other words, San Francisco has become Poop City.

Apparently this is not a new problem. The famous chronicler of the city, San Francisco Chronicle columnist Herb Caen, occasionally would use the phrase in his daily screeds during the 1980s and 1990s, but it's far worse now. As the Daily Caller had the new mayor noting: "There is more feces on the sidewalks than I've ever seen growing up here." And not just poop. Added to the mix is a "dangerous mix of drug needles, garbage, and feces."

Lovely. In 1967, "If you're going to San Francisco, you're gonna meet some gentle people there." Now you will meet a garbage dump mixed with a cesspool.

San Francisco has about 7,500 homeless individuals and is spending $280 million on homeless services for them. Some simple math reveals that the city could give each homeless resident just over $37,000 per year, a figure well above the minimum wage in most other places, and call it a day.

If you take out the salaries of all the bureaucrats administering these "homeless services," there would likely be more than $100,000 available for each homeless person. But you know that won't happen in a Democrat-run city, an administrative state, like San Francisco.

How can the city discourage the homeless from using the sidewalks as their toilets? In their minds, spend more money. The mayor assured her fellow progressives: "Harsher penalties for offenders are not on the table." Instead the typical liberal solution, as the mayor promised, came to: "I work hard to make sure your programs are funded." I wonder if we'll see toilet paper dispensers popping up on the sidewalks?

This situation might seem to be a cross between funny and absurd, but it has economic consequences far beyond the necessary clean-up. Who might not be going to San Francisco because of the city's pungent new attractions?

Start with conventions? San Francisco has always been a popular convention destination due to its fairly pleasant weather, its tourist attractions, its world-class restaurants, and of course, the cable cars. But in its current state, the bloom is off the San Francisco rose.

A major medical association recently cancelled its annual meeting which would have brought 15,000 attendees and $40 million to the San Francisco economy, according to the SF Chronicle. This, after

many years of coming to the city. Think of that. A group of doctors, quite familiar with feces, needles, and the downtrodden, have said "enough."

These are things doctors can see in the medical ward and prefer to avoid when away from work, often with family, at a medical conference. It's likely that other trade groups and industries will stay away from San Francisco as well.

Can you blame them? How many U.S. cities provide visitors with a public defecation map to help tourists steer clear of piles of poop littering the city's sidewalks? Or which other city can boast of the 20-pound bag of poop found a few weeks ago on a city sidewalk?

How did things get this bad for the city that Tony Bennett left his heart in? When Tony recorded that song in the 1950s, San Francisco had a Republican mayor. Their last Republican mayor, George Christopher, left office in 1964, when the Beatles arrived in America. Since then, it's been a hard day's night for San Francisco, with nearly sixty years' worth of Democrats running the show.

At a national level, San Francisco is represented by House minority leader Nancy Pelosi, Senator Dianne Feinstein, and Senator Kamala Harris, all of whom are hard-core liberals. I am quite confident that there are no piles of poop on the sidewalks in front of their homes.

San Francisco is just another of many U.S. cities run by Democrats, and into the ground. Even liberal film maker Michael Moore observed about his home city in Michigan: "Flint has voted for Dems for 84 straight yrs. What did it get us?"

San Francisco is left with virtue-signaling in the name of compassion, tolerance and all the other liberal claptrap in a bid to try to hide third world conditions on city streets. Aside from visitors choosing to go anywhere but San Francisco, what about the residents living in such conditions?

Warm summer temperatures and open sewers become a microbiology laboratory. Toss in a bunch of undernourished and unhealthy homeless persons, sharing hypodermic needles, and pestilence follows. Such a shame for a once-magnificent city.

Rather than cleaning up its mess, San Francisco has just this week banned plastic straws. Poop and hypodermic syringes littering the sidewalks is just fine, but watch out for those nasty little plastic straws.

Once upon a time Scott McKenzie's words rang true, "For those who come to San Francisco, summertime will be a love-in there." Now it's simply America's version of a s***hole.

***Brian C. Joondeph, MD, MPS, a Denver based physician and writer. Follow him on*** *Facebook,* ***LinkedIn*** *and* ***Twitter.***


**********  SAN FRANCISCO HELL-SCAPE  **********


**San Francisco Voters Choose Between a 1000 Percent Tax Increase and a 500 Percent Tax Increase- Nobody Wants To Be In San Francisco Any More (reason.com)**

********** SAN FRANCISCO HELL-SCAPE  **********

**The Bad Decision-Making Of The Drug Fried Minds Of The People That Live In San Francisco**

 By Karma Harris

 The social echo-chamber is a terrible thing.

Like drones, or robots or sheep, the mindless clones in San Francisco seem to be unable to see that they, in their cult-like quest for "individuality" are doing the exact same idiotic thing that every other San Franciscan is doing:

- Getting a giant eagle, crown or flower tattoo on their chest above their boobs

- Wearing a Fedora hat

- Growing a handle-bar mustache or stupid-looking Amish beard

- Making their clothes look like they accidentally exposed their look-at-me desperation tattoo

- Taking pictures of themselves making idiotic duck lips

- Wearing a plaid shirt

- Being obese and wearing a belly shirt

- Being obese and wearing a tube top

- Being obese and wearing Betty Boop make-up

- Thinking that heroin makes you look cool

- Study an "Art Career" at a commercial "Institute" your rich sucker parents pay you to smoke pot at

- Being a grown-up who uses a skate-board or push scooter

- Wearing a spandex T-Shirt and pursing your lips because you want to be gay and "with it"

- Using the phrase "sociability nexus" or any other Tech BS-speak

- Worshiping Google

- Wearing all black at night because nobody else thought of that

- Thinking that your "pot cafe" idea is original, unique and will last more than 3 months

- Paying tens times more for food because it has tofu hidden in it

- Blindly mouthing any party line pretext that Nancy Pelosi tells them to

- Getting scabies every weekend at the 1050 Folsom night-club

- Tweeting as if anything you do matters to anybody

- Hiding your mental illness by saying and dressing "gender fluid"-like

- Getting a pack of tattoos that proudly announce your bad decision making

- Getting a pack of tattoos that proudly announce you are a slut

- Owning a fluorescent colored bicycle

- Not seeing Willie Brown and his side-mistress Sonia hanging out at the "W"

- Creating a start-up that sells nothing that anybody actually needs or wants but has an ironic name

- Talking about "Burning Man" with any other sense than shame

- Going to a "TED Conference" without realizing you are a douche bag

- Using Match.com to get free dinners

- Having no ability whatsoever to consider the consequences of your actions

- Not seeing that the SF Board of Supes are all elitist stock market inside traders abusing the City

- Having six room-mates

- Pooping in the street because you embrace the "multi-cultural experience"

- Having no clue how the real world works

- Being a woman at Stanford University without knowing the Frats just see you as a baby oven

- Being a white yuppie guy with a Chinese girlfriend who doesn't not realize what the real deal is

- Not knowing why you feel you NEED to go to Starbucks


**\*\*\*\*\*\*\*\*\*\* SAN FRANCISCO HELL-SCAPE  \*\*\*\*\*\*\*\*\*\***

**We could go on and post tens of thousands of additional news articles about what a disgusting shit-hole San Francisco has been turned into by it's own corruption but… you get the point!**

77

## SILICON VALLEY'S LIES ABOUT ITSELF

When any PR person first gets in the job at Tesla they think "Yahooo, Big Bucks!", then when they read the hundreds of charges against Tesla, they head for the door. Per crime reports such as: **https://newsplus007.com/public/The_Capital_Hill_Omerta.pdf**   and federal investigations, it is a wonder that anyone who is sane would work at Tesla Motors!



Tesla has dissolved its PR department — technically becoming the first automaker who doesn't talk to the press.

It's something that we have discussed on our podcast several times over the last few months, but now that reporters are publicly complaining about it, we thought we'd clear things up in an article.

Tesla hasn't responded to a press inquiry in months. We have received the odd email here and there from former press people, but it almost seems to be in an unofficial capacity.

If you're a reporter who isn't getting a response from Tesla, don't take it personally, because it's due to the automaker having dissolved its PR team.

The move has been confirmed to *Electrek* at the highest level at Tesla with the source saying, "We no longer have a PR Team."

Keely Sulprizio, the last person known to officially be in charge of PR/communications at Tesla, left the automaker in December of last year to join Impossible Foods. Following her departure, virtually every other member of Tesla's PR team either left or moved to other positions at Tesla.

After Sulprizio, Alan Cooper was the most senior member of Tesla's communications team, and in February, his role was changed to director of demand generation, but he has now apparently left the company.

Gina Antonini, a senior manager on Tesla's comms team for three years, saw her role changed to director of external relations and employee experience at Tesla in February.

Also in February, Tesla communications manager Alexander Ingram moved to a role as content lead for Design Studio at Tesla.

Danielle Meister, senior global communications manager at Tesla, left for WhatsApp in April.

78

Most recently, Rich Otto, who handled some of the latest PR projects at Tesla like exclusive videos with YouTubers and Jay Leno, is now a product manager, according to his LinkedIn profile.

The core global team working out of the US has been dissolved. There are obviously still people arranging test-drive promotions for YouTubers but their role isn't in a traditional public relations capacity.

I don't like the message it sends to not respond to any press inquiry. Are they all valid? Of course not. But there are some legitimate questions that the press sends to Tesla — and the public, most importantly, would benefit from answers.

Ignoring the press, and thus the public and customers, which is basically what is happening without a PR department, is only adding to something that most Tesla owners would probably agree was already one of Tesla's biggest weaknesses: communication.

Tesla PR is just the "Tesla Department of Lying". They are hired to cover up the many sins at Tesla Motors. Elon Musk uses services like Cambridge Analytica and Google to hide the truth and push the lies forward.

Musk uses his PR to hype his smoke screen "Mars Program". He does not want you to realize that his actual pitch for the Mars scam is: "*Hey! You Can Be Trapped In A Tin Can For Years With Elon Musk's Asshole Douche Bag Friends And Then Die A Horrible Death From Radiation*". The whole Mars thing is a cover-up to hide the fact that the only thing that SpaceX does is launch domestic spy satellites that spy on consumers communications in order to control their politics. Also being hidden: The fact that SpaceX ships blow up constantly.

Recently, SpaceX's Elon Musk addressed the Humans to Mars conference, during which he waxed eloquent with BS hype about how his Starship interplanetary spacecraft was proceeding along. It is no secret that Musk is building this monster spaceship to facilitate his long-held dream to establish a settlement on the planet Mars. CNBC reports that Musk has a cautionary note for people who might want to join in on the project.

"I want to emphasize that this is a very hard and dangerous, difficult thing, not for the faint of heart. Good chance you'll die, it's going to be tough going, but it will be pretty glorious if it works out."

Death or glory or maybe both. Those are the choices that Musk is offering prospective future Mars settlers. With the Starship's development proceeding apace in Boca Chica, Texas, that choice may be available to a lot of people sooner than most think. You too can buy into this sociopath's egotistical madness.

Humans who visit Mars can die in a wide variety of awful ways. Radiation, lack of a breathable atmosphere and extreme cold are just a few of the conditions that can shorten a life or kill you from starvation, water system failure, un-diagnosed COVID, burning alive during descent and thousands of other things.

The effects of low gravity on humans' long-term health are not well understood. While, thanks to the International Space Station, we know a lot about what microgravity does to the human body, the longest time anyone has spent in a low-gravity environment was three days during the last few Apollo

missions.

The psychological effects of living long term in a hostile environment are little understood but must be considered. One study of the mental health issues of researchers living at an Antarctic base suggests that depression, anxiety, cognitive impairment and irritability can result. Indeed, all of Musk's Musktronauts could go as nuts as Musk and kill each other. People who stay at the bottom of the world are a few hours' plane trip to New Zealand. People who move to Mars will be 100 million miles from the home where they grew up and to which they will be unlikely to ever return. They will be permanently bummed out.

If all of the above gives the reader pause, perhaps he or she is not cut out to be in the first generation of Martians.

Musk does not seem willing to go. He wants you to take the risks while he stays here on Earth to hype his image PR.

Why would anyone want to leave a world of green hills and blue, flowing water for one that features frigid, arid deserts blasted by radiation with no surface water or breathable air? Mars is a shit-hole empty desert of nothingness that is about as boring as Fremont, California. If all the other stuff does not kill you, the boredom certainly will. Do you have a favorite food? You will never see that again. If the plants on your spaceship all die, you will have to eat your own shit: Fun! If only Musk would try that...

Musk's constant dope smoking has him unable to that his little band of Martian nutballs will become increasingly bureaucratic and, like all societies, become people who would just as soon break your head open rather than peacefully debate political issues if they disagree with you. Being trapped in a tin can does that to people even worse than in ordinary culture.

Can a Mars settlement be a freer society than we enjoy on Earth, even considering the need for everyone to be focused on sheer survival? Not likely. But one thing is certain, if Elon Musk is one of the settlers, he will have to step back from power and resist the temptation to be a benevolent dictator. Good luck with that Musktronauts!

The vast number of forms of radiation, starvation and boredom are calling Elon. We hope Musk climbs on the first spaceship and that his self-aggrandizing, narcissistic, political bribery self is never seen again.

Musk controls more than the PR for his Cartel. He controls the stock market around his Cartel.

Tesla shares may be up 400% this year, but one investment researcher is sounding the alarm on the stock.

New Constructs CEO David Trainer calls Tesla the most dangerous stock on Wall Street and says the fundamentals do not support such a high price and valuation.

"Whatever best-case scenario you want to paint for what Tesla's going to do – whether they're going to produce 30 million cars within the next 10 years, and get in the insurance business and have the same high margins as Toyota, the most efficient car company with scale of all-time – even if you do believe all that is true, the stock price is still implying that profits are going to be even bigger than

that," Trainer told CNBC's "Trading Nation" on Thursday.

He notes that the stock price is implying anywhere from a 40% to 110% market share based upon the average selling price. At its current average selling price of $57,000 and assuming 10.9 million car sales by 2030, that implies 42% market share, Trainer says. Tesla trades at 159 times forward earnings.

"We think this is a big, big – one of the biggest of all time – houses of cards that's getting ready to fold," said Trainer.

He adds that its recent stock split could also prove dangerous to new investors getting into the stock.

"Stock splits are inconsequential to value. They're not changing the size, they're just dividing it up into more pieces. Honestly, I look at the stock split as a way to lure more unsuspecting, less sophisticated traders into just trying to chase this stock up and that is not a real strategy," said Trainer.

Tesla split its stock five to one on August 31 – shares rallied 12% on the session. However, the stock ended last week down more than 5% after the company's largest outside shareholder Ballie Gifford trimmed its stake. The stock was also caught up in a broader sell-off that punished some of the market's high momentum names.

A more realistic valuation, says Trainer, would be far lower than current levels.

"I think around a 10th of what it is is probably appropriate if you look at, you know, kind of a reasonable level of profits," he said. "Tesla doesn't rank in the top 10 in market share or car sales in Europe for EVs and that's because the laws changed in Europe that have strongly incentivized the incumbent manufacturers to crank up hybrids and electric vehicles. The same is coming in the United States. I think realistically we're talking about something closer to $50, not $500, as a real value."

A focus on fundamentals, though, makes Tesla a no-touch for him.

Tesla did not respond to a request for comment, but these articles tell all:

**The federal agency that sued Elon Musk for fraud ...**

https://markets.businessinsider.com/news/stocks/sec-questioned-tesla-accounting-redactions-elon-musk-fraud-lawsuit-2019-11-1028723909?op=1

The agency sued **Musk** for fraud in the fall of 2018 after he tweeted that he was thinking about taking Tesla private at $420 a share and had "funding secured," then added "investor support is ...

 **Elon Musk** Tesla Motors **SCAM** dissected SEC must Intervene ...

**https://aitradingbot.app/2016/07/14/elon-musk-tesla-motors-scam-dissected-sec-must-intervene/**

[vc_row][vc_column][vc_column_text]Elon **Musk** Tesla Motors **SCAM** dissected SEC must Intervene. It is true, that **Elon Musk** is considered by many, the crowd, a true visionary, but in our view, he is just an individual destroying taxpayers good money with $4.9 billion in government support.. NEWS: Sell SolarCity **SCAM** Ahead of the Collapse According to the Times, Tesla alone received $2.3 billion ...

**Elon Musk Gets Embroiled in Crypto Scam That Offers Tesla ...**

https://u.today/elon-musk-gets-embroiled-in-crypto-scam-that-offers-tesla-model-s

British newspaper Daily Express reports that Tesla and SpaceX boss **Elon Musk** has been involved in a slew of crypto **scams** that are still prevalent on Twitter despite all the efforts to crack down on them. Scammers impersonate **Musk** in order to cajole gullible victims into sending their Bitcoin and Ethereum holdings.

**Elon Musk made a $6 billion mistake when he bought ...**

https://markets.businessinsider.com/news/stocks/elon-musk-made-6-billion-error-buying-solarcity-tesla-stock-2020-2-1028886284?op=1

When **Elon Musk** acquired SolarCity in the fall of 2016, he paid for it using Tesla **stock** worth $2.6 billion at the time. Those shares are worth $8.4 billion today. Tesla's CEO gave 0.110 Tesla ..

You need to know:

**How Elon Musk And His Silicon Valley Insiders Control The Stock Market With Manipulation Computers And How It Is All Rigged Against YOU!**

The SEC has released a report that shows how you, as an individual, are utterly, totally, hopelessly now unable to do anything in the stock market. Unless you control tens of millions of dollars of servers and have 1000 private insiders at Goldman Sachs rigging the market with automatted computer processing systems, you mean nothing:

*How Elon Musk And His Silicon Valley Insiders Control The Stock Market.pdf*

Elon Musk didn't MAKE any of his money. He STOLE it by having his Goldman Sachs A Draper Fisher Cartel rig the stock market. This data from the SEC proves that the stock markets should no longer exist and they are the root cause of corruption in the world

**Central banks are creating 'fake markets,' Bank of America ...**

https://www.cnbc.com/2020/05/22/central-banks-are-creating-fake-markets-bank-of-america-strategists-say.html

May 22, 2020Central banks are creating **'fake markets,'** Bank of America strategists say. Published Fri, May 22 2020 8:53 AM EDT. Elliot Smith @ElliotSmithCNBC. ... **Stock** Quotes, and **Market** Data



**These are the 6 reasons stocks are 'divorced from reality ...**

https://markets.businessinsider.com/news/stocks/6-reasons-stock-market-divorced-from-reality-bank-of-america-2020-5-1029227416?op=1

Lucas Jackson/Reuters. In a note on Thursday, Michael Hartnett, Bank of America's chief investment strategist, outlined six reasons the **stock market** has continued to rally amid dismal economic data.

**Investors, prepare for a fake-out rally in the stock market**

https://www.marketwatch.com/story/investors-prepare-for-a-fake-out-rally-in-the-stock-market-2019-01-07

Outside the Box Opinion: Investors, prepare for a **fake**-out rally in the **stock market** Published: Jan. 7, 2019 at 11:09 a.m. ET

**Experts WARN Of Another IMMINENT Stock Market CRASH ...**

https://www.silverdoctors.com/headlines/world-news/experts-warn-of-another-imminent-stock-market-crash-this-will-not-end-well/

So why would the **stock market** be going up? It's simple. The Federal Reserve is throwing money at it causing temporary deflation and long term inflation while making the **stock market** look bullish. In reality it's **all fake**. It is propping up an already existing bubble massively and it is bound to lead to an epic collapse.

**Is The Stock Market Rigged? - Investopedia**

https://www.investopedia.com/articles/stocks/10/stock-market-rigged.asp

The **stock market is** technically not rigged for the average investor. Laws and governing bodies such as the Securities and Exchange Commission (SEC) exist to "level the playing field" for everyday ...

**Forget fake news, investors should realize the markets are ...**

https://www.cnbc.com/2017/06/28/forget-fake-news-investors-should-realize-the-markets-are-fake-says-asset-manager.html

Jun 28, 2017When Filia was asked to explain how his **'fake markets'** theory stacked up with declining global **stocks** on Wednesday, he replied, "A pullback of 1 percent in the **stock market** from **all**-time highs? I ...

**Is the U.S. stock market rigged? - CBS News**

https://www.cbsnews.com/news/is-the-us-stock-market-rigged/

The United States **stock market**, the most iconic **market** in global capitalism is rigged." Michael Lewis is not talking about the **stock market** that you see on television every day.

**Is StockX Legit? Or do they sell fakes? (Here are the ...**

https://blog.wallstreetsurvivor.com/2018/11/06/is-stockx-legit/

There is one **stock market** educational newsletter that is written for beginner to intermediate investors that also happens to have the best **stock** recommndations. This one service has an amazing average return of 143.44% on **ALL** of their **stock** picks the last 4 years.


---------------------------------------------


You may not have the right kind of education, technical savvy or psychology PhD to understand how this is possible but you know that Silicon Valley is doing something very, very bad to you..right?

*Michael Wade* reveals that the dealings that have been revealed between Cambridge Analytica and Facebook have all the trappings of a Hollywood thriller: a Bond villain-style CEO, a reclusive billionaire, a naive and conflicted whistle-blower, a hipster data scientist turned politico, an academic with seemingly questionable ethics, and of course a triumphant president and his influential family. Facebook, Google and Netflix executives and venture capitalists set out to use their data to push their ideology and politics on the world using psychological tricks embedded in their media. You, and Congress, are not smart enough to see how they are doing it. The cow at the meat processing plant is not smart enough to see that, at the end of the week, a metal rod will be shot into his skull and he will be gutted. The public and the cow are both being harvested. One for their privacy, the other for their meat.



The public still buys devices with microphones and cameras on them. The public still uses sites and programs that you have to "log in" to so that you can be data-harvested. Cows can't read newspapers so they can be excused for not knowing that millions of cows before them were chopped up. The news tells the humans that all of the products of Silicon Valley spy on, and abuse them, yet the humans still keep using those products and buying those phones that are just glorified listening devices. One could argue that the humans are dumber than the cows because the humans seem to be incapable of considering the consequences of their digital actions even after being warned.

Much of the discussion has been on how Cambridge Analytica was able to obtain data on more than 50 million Facebook users – and how it allegedly failed to delete this data when told to do so. But there is also the matter of what Cambridge Analytica actually did with the data. In fact the data crunching

company's approach represents a step change in how analytics can today be used as a tool to generate insights – and to exert influence. They proved that Facebook has a file on every American.

For example, pollsters have long used segmentation to target particular groups of voters, such as through categorizing audiences by gender, age, income, education and family size. Segments can also be created around political affiliation or purchase preferences. The data analytics machine that presidential candidate Hillary Clinton used in her 2016 campaign – named "Ada" to target groups of eligible voters in the same way that Barack Obama had done 4 years previously. In fact Google and Facebook manipulated culture, the internet and elections and pretty much, ***alone***, illicitly put Obama in the White House in exchange for Quid Pro Quo.

Cambridge Analytica was contracted to the Trump campaign and provided an entirely new weapon for the election machine. While it also used demographic segments to identify groups of voters, as Clinton's campaign had, Cambridge Analytica also segmented using [psychographics](). As definitions of class, education, employment, age and so on, demographics are informational. Psychographics are behavioral – a means to segment by personality.

Huge numbers of kids have committed suicide because of posts on Facebook. This is widely reported. What is not widely reported is that huge numbers of adults have committed suicide because of organized attacks on them operated by Media Matters, Fusion GPS and hundreds of other hired political attack services.

This makes a lot of sense. It's obvious that two people with the same demographic profile (for example, white, middle-aged, employed, married men) can have markedly different personalities and opinions. We also know that adapting a message to a person's personality – whether they are open, introverted, argumentative, and so on – goes a long way to help getting that message across and/or to control the intent of others.

**Understanding people better for better election manipulation**

Eric Schmidt, David Drummond, Larry Page, Mark Zuckerberg, Kent Walker, and the other Facebook/Google oligarchs, are clinical sociopaths. The feds never arrest them, the fines against them are meaningless, corrupt U. S. Senators protect them, they have Jeffrey Epsteinian hookers-on-demand...there is no reason for them to end their crimes and every incentive for them to double-down on their machinations. They are above the law!

Traditionally, there have been two routes to ascertaining someone's personality. You can either get to know them really well – usually over an extended time. Or you can get them to take a personality test and ask them to share it with you. Neither of these methods is realistically open to pollsters. Cambridge Analytica found a third way, with the assistance of two University of Cambridge academics.

The first, Aleksandr Kogan, sold them access to 270,000 personality tests completed by Facebook users [through an online app he had created]() for research purposes. Providing the data to Cambridge Analytica was, it seems, against Facebook's internal code of conduct (except if it pushes ideologies Zuckerberg wants), but only in March 2018 has Kogan been "banned" by Facebook from the platform. In addition, Kogan's data also came with a bonus: he had reportedly collected Facebook data from the test-takers' friends – and, at an average of 200 friends per person, that added up to some 50 million people.

85

However, these 50 million people had not all taken personality tests. This is where the second Cambridge academic, Michal Kosinski, came in. Kosinski – who is said to believe that micro-targeting based on online data could strengthen democracy – had figured out a way to reverse engineer a personality profile from Facebook activity such as likes. Whether you choose to like pictures of sunsets, puppies, or people apparently says a lot about your personality. So much, in fact, that on the basis of 300 likes, Kosinski's model is able to predict someone's personality profile with the same accuracy as a spouse.

Kogan developed Kosinksi's ideas, improved them, and cut a deal with Cambridge Analytica. Armed with this bounty – and combined with additional data gleaned from elsewhere – Cambridge Analytica built personality profiles for more than 100 million registered US voters. It's claimed the company then used these profiles for targeted advertising.

Imagine for example that you could identify a segment of voters that is high in conscientiousness and neuroticism, and another segment that is high in extroversion but low in openness. Clearly, people in each segment would respond differently to the same political ad. But on Facebook they do not need to see the same ad at all – each will see an individually tailored ad designed to elicit the desired response, whether that is voting for a candidate, not voting for a candidate, or donating funds. Google does this every minute of every day, to influence politics, because they get away with it with ease.

Cambridge Analytica worked hard to develop dozens of ad variations on different political themes such as immigration, the economy, and gun rights, all tailored to trick different personality profiles.

Behavioral analytics and psychographic profiling are here to stay, no matter what becomes of Cambridge Analytica  This digital data rape industrializes what salespeople have always done but in the most sinister and evil way possible, by adjusting their message and delivery to the personality of their customers. This approach to electioneering – and indeed to marketing – will be Cambridge Analytica's ultimate legacy of darkness.

**REMEMBER: _Poison your data_ by always lying in online forms, use fake names and fake email addresses online, NEVER put your real address, city, phone, birth date or ANY other identifiable data online. Deny the Silicon Valley Cartel ANY ability to abuse your data or to use you for election manipulation!**

# ADDITIONAL LINKS, EVIDENCE, BIBLIOGRAPHY AND REFERENCES

Note: The "*ADDITIONAL LINKS, EVIDENCE, BIBLIOGRAPHY AND REFERENCES*" of all of these volumes, taken together, comprise the total. It would add too many pages to each set to include all of the same sets of links in each volume. Assume that the references addendum's work cumulatively.

**http://silicon-valley-mobsters.com**

**The feature film:** *Assholes: A Theory*:  *https://www.imdb.com/title/tt10011682/*



Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic, Sex Trafficking, Misogynist, Money Laundering, Politician Bribing, Exclusionary, Black-Listing Criminal Why **Silicon Valley** has a bro culture problem — and how to ...

**V** https://www.vox.com/2018/2/5/16972096/emily-chang-brotopia-book-bloomberg-technology-culture-silicon-valley-kara-swisher-decode-podcast

When **Emily Chang** interviewed venture capitalist Michael Moritz in 2015, she wasn't trying to "trap" him. But when the Sequoia Capital then-chairman suggested that hiring more women might ...

The Universal **Bro Code**: The **Bro Code** Rules

https://valenciabrocode.blogspot.com/p/bro-code-rules.html

The **Bro Code** Rules The **Bro Code** 1) You must always have your **bro's** back. No exceptions. 2) When your **bro's** girlfriend inquires about his whereabouts you know nothing, always. 3) You are only obligated to wingman for one **bro** per social event, after that the **bro** is on his own.

**Emily Chang** on the 'Brotopia' of **Silicon Valley**, and how ...

[https://www.geekwire.com/2018/emily-chang-brotopia-silicon-valley-companies-can-tackle-toxic-culture/](https://www.geekwire.com/2018/emily-chang-brotopia-silicon-valley-companies-can-tackle-toxic-culture/)

**Emily Chang**: Brotopia, in my mind, perfectly encapsulates this idea of **Silicon Valley** as a modern utopia where anyone can change the world, make their own rules — if they're a man. But if you ...

"Oh My God, This Is So F---ed Up": Inside **Silicon Valley's** ...

[https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum](https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum)

Adapted from Brotopia: Breaking Up the Boys' Club of **Silicon Valley**, by **Emily Chang**, to be published on February 6, 2018, by Portfolio, an imprint of Penguin Publishing Group, a division of ...

Today's Tech Oligarchs Are Worse Than the **Robber Barons**

[https://www.thedailybeast.com/todays-tech-oligarchs-are-worse-than-the-robber-barons](https://www.thedailybeast.com/todays-tech-oligarchs-are-worse-than-the-robber-barons)

Today's Tech Oligarchs Are Worse Than the **Robber Barons**. Our **Silicon Valley Robber Barons**. ... "If you think **Silicon Valley** is going to fuel growing prosperity, you are likely to be ...

**Silicon Valley Billionaires Are the New Robber Barons**

[https://townhall.com/columnists/victordavishanson/2017/08/17/silicon-valley-billionaires-are-the-new-robber-barons-n2369394](https://townhall.com/columnists/victordavishanson/2017/08/17/silicon-valley-billionaires-are-the-new-robber-barons-n2369394)

Aug 17, 2017**Silicon Valley** Billionaires Are the New **Robber Barons** ... **Silicon Valley** Billionaires Are the New **Robber Barons**. Victor Davis Hanson ... Yet most of the computers and smartphones sold by **Silicon** ...

Hanson: **Silicon Valley** billionaires are modern **robber barons**

[https://www.mercurynews.com/2017/08/17/hanson-silicon-valley-billionaires-are-the-new-robber-barons/](https://www.mercurynews.com/2017/08/17/hanson-silicon-valley-billionaires-are-the-new-robber-barons/)

Aug 17, 2017Hanson: **Silicon Valley** billionaires are the new **robber barons** ... Yet most of the computers and smartphones sold by **Silicon Valley** companies are still being built abroad — to mostly silence from ...

Brotopia: Breaking Up the Boys' Club of **Silicon Valley** by ...

[https://www.goodreads.com/book/show/36288143-brotopia](https://www.goodreads.com/book/show/36288143-brotopia)

Brotopia by **Emily Chang** is a decent, but very surface level, examination of **Silicon Valleys** misogynist culture. Considering the significance of the topic, Brotopia feels like a missed opportunity to expose and critique the tech industry in a productive way; instead, I felt that only summaries were given on most topics.

**Silicon Valley's** Giants Are Just Gilded Age Tycoons in ...

[https://www.thedailybeast.com/silicon-valleys-giants-are-just-gilded-age-tycoons-in-techno-utopian-clothes](https://www.thedailybeast.com/silicon-valleys-giants-are-just-gilded-age-tycoons-in-techno-utopian-clothes)

**Silicon Valley's** Giants Are Just Gilded Age Tycoons in Techno-Utopian Clothes . ... but the truth is they are a lot like the old **robber barons**. ... **Silicon Valley** executives were not just about ...

The anonymous **Silicon Valley** satire that has stumped **tech** ...

https://www.washingtonpost.com/news/morning-mix/wp/2015/12/02/the-anonymous-silicon-valley-satire-that-has-stumped-tech-world-insiders/

Dec 2, 2015The plot follows **Crooks**, an ex-**tech** industry employee who finds spiritual deliverance in meditating on **Silicon Valley's** philosophies far, far away from the digital mecca itself. AD One passage ...

**Silicon Valley** Wants To Read Your Mind - **Crooks** and Liars

https://crooksandliars.com/2019/09/silicon-valley-wants-read-your

But **Silicon Valley** should not be able to dictate the way these technologies are developed and deployed. If they do, it may radically reshape the way we identify as human. Garfield Benjamin, Postdoctoral Researcher, School of Media Arts and Technology, Solent University. This article is republished from The Conversation under a Creative Commons ...

**Silicon Valley's** cocaine problem shaped our racist **tech** ...

https://www.theguardian.com/commentisfree/2020/jan/30/silicon-valleys-cocaine-problem-shaped-our-racist-tech

Jan 30, 2020**Silicon Valley** in the 1980s was the hub of an international drug trafficking network that fueled technological innovation and criminalized black people Charlton D McIlwain Thu 30 Jan 2020 06.00 ...

**Sex Scandal** Toppled a **Silicon Valley** Chief. Investors Say ...

https://www.nytimes.com/2018/07/27/technology/sexual-misconduct-silicon-valley.html

Jul 27, 2018**Sex Scandal** Toppled a **Silicon Valley** Chief. Investors Say, So What? Mike Cagney was ousted as chief executive of Social Finance last year after questions about sexual misconduct. He has since ...

Week in Tech: **Sex Scandals** and **Silicon** ...

https://www.nytimes.com/2017/12/01/technology/farhad-and-mikes-week-in-tech-sex-scandals-and-silicon-valley.html

Dec 1, 2017**Silicon Valley's Sex Scandals**. Farhad: O.K., let's talk about the tech industry.Let's start with this week's episode of Problematic Men. A report by The Information found that Andy Rubin ...

The history of sexual harassment **scandals** in **Silicon** ...

https://www.businessinsider.com/sexual-harassment-scandals-tech-industry-2017-7?op=1

Here is a rundown of the current sexual harassment **scandals** rocking **Silicon Valley**, along with the long history of how the tech industry got here. ... 07/16/how-**silicon**-**valley**-silences-sexual ...

**Silicon Valley** Star Lands New Job a Month After **Sex Scandal**

https://www.wired.com/2013/02/keith-rabois-khosla-ventures/

A little more than one month after a sexual harassment **scandal** threatened to sink a **Silicon Valley** superangel, Keith Rabois has landed a new gig that puts him not too far from his old one.. A ...

**Silicon Valley's** Not-So-Hidden Secret: **Sex** Parties

https://www.newser.com/story/253597/silicon-valleys-not-so-hidden-secret-sex-parties.html

**Silicon Valley's** Not-So-Hidden Secret: **Sex** Parties ... "These **sex** parties happen so often among the premier V.C. and founder crowd that this isn't a **scandal** or even really a secret, I've been ...

**Scandal** cost **Silicon Valley** Community Foundation $1.5 M

https://www.mercurynews.com/2020/01/17/silicon-valley-community-foundation-reveals-price-of-ousting-toxic-leadership/

Jan 17, 2020The leaders ousted for fostering a toxic workplace at the **Silicon Valley** Community Foundation walked away with tens of thousands of dollars in severance pay, tax filings show, revealing the cost ...

"Oh My God, This Is So F---ed Up": Inside **Silicon Valley's** ...

https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum

Some of the most powerful men in **Silicon Valley** are regulars at exclusive, drug-fueled, **sex**-laced parties—gatherings they describe not as scandalous, or even secret, but as a bold ...

Sexual harassment in **Silicon Valley**: have we reached a ...

https://www.theguardian.com/technology/2017/jul/09/silicon-valley-sexual-harassment-women-speak-up

Jul 9, 2017The last week has seen women in **Silicon Valley** share stories of sexual harassment, assault and discrimination, prompting a backlash and high-profile resignations.

The big lesson **Silicon Valley** can learn from the Theranos ...

https://fortune.com/2018/03/15/elizabeth-holmes-theranos-fraud-secrecy/

Theranos CEO Elizabeth Holmes and former president Ramesh "Sunny" Balwani were charged with an "elaborate, years-long fraud."

The public records of Silicon Valley operatives: David Krane, Brian Bendett, Brendan Bulik-Sullivan, Terri Burns, Blake Byers, Tim Draper, Steve Jurvetson, Elon Musk, Steve Westly, Steve Spinner, Tyson Clark, Frederique Dame, Tom Perkins, Scott Davis, Reid Hoffman, Eric Schmidt, Larry Page, Jared Cohen, David Drummond, Karim Faris, Tom Hulme, Joe Kraus, John Lyman, Vinod Khosla, Laura

Melahn, Dave Munichiello, Erik Nordlander, Anthony Philippakis, Sridhar Ramaswamy, David Reshef, Ben Robbins, Issi Rozen, David Schenkein, Vidu Shanmugarajah, M.G. Siegler, Graham Spencer, Bethany Tsui, Jessica Verrilli, Andy Wheeler, Krishna Yeshwant, Asheem Chandna, Jerry Chen, Mike Duboe, Sarah Guo, Christine Kim, Josh McFarland, Saam Motamedi, Sridhar Ramaswamy, Corinne Riley, Jason Risch, Seth Rosenberg, David Sze, David Thacker, David Wadhwani, Manuel Bernal, Allie Dalglish, Don Sullivan, Yasmin Green, Kent Walker, Matt Rogers, Steven Chu, David Plouffe, Sergy Brin, Andy Rubin, Ian Fette, Travis Kalanick, Elizabeth Holmes, Dustin Moskovitz, Laurene Powell Jobs, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, Gilman Louie, Ira Ehrenpreis, Tim Cook, James Breyer, Joe Lonsdale, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, RoseAnn Rotando, Larry Birenbaum, Judy Estrin, Steven Goldby, Terry Kramer, Helen Raiser, John Scully, Sandi Thompson, Ann Wojcicki and their ilk...

The perpetrators operate a **massive and abusive national sex scheme**. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel.

https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/

**These sex cult actions have been widely covered in the news individually, ie:**

**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )

**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )

**- The Eric Schmidt sex penthouse stories**

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )

**- The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )

**- The Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )

- The Google **Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )

- The **Sergy Brin 3-way sex romp** scandal

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )

- **The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )

- The **Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )

- The **Elon Musk Steve Jurvetson billionaire sex parties** scandals

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )

- The **NXIVM sexual slave** cases

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )

- The **Michael Goguen anal sex slave c**ase

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )

- **The Tom Perkins Hooker Parties**

https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/

**Thousands of divorce and corruption cases including** federal divorce court filings at https://www.pacer.gov/

This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem

https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/

The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients

https://escortontop.com/hotel-escorts.htm

https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love

https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park

**The Elon Musk sex perversions**

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

http://american-corruption.com/Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason..."*. Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved this these sex rings.

https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/

https://en.wikipedia.org/wiki/Eliot_Spitzer

*The police and court reports on these political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr,** who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of*

93

Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse. The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald Briggs**, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer **Harvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual

*relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci;** Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography. There are **__THOUSANDS__** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.*

An inordinate number of the members are closeted homosexuals who seek to use their media monopolies and massive lobbyist ownership's to promote child sex and child sex change consideration.

https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel

https://en.wikipedia.org/wiki/PayPal_Mafia

https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/

Yhe massive, sudden, promotion of those issues in all of their media since they took power in 2008 and pretty much ran the Obama White House.

https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html

https://www.wired.com/2007/11/how-paypal-gave/

https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/

Inside the NSA Secret Tool for Mapping Your Social Network And Knowing Everything You Do.html

She is Not Speaking For You – Nancy Pelosi Clan Are Owned By China.html

GREEN CORRUPTION.pdf

Corruption In The Department Of Energy .pdf

AAA WHO IS THE PALO ALTO MAFIA   - #PaloAltoMafia.html

Another Way To Knock Corrupt Google Down To Size.html

The costly collateral damage from Elon Musk's sociopath megalomaniac Starlink domestic spying satellite fleet.html

AAAAA THE KEY POINTS IN THESE INVESTIGATIONS Dept of Energy Slush Fund Stock Market Scam Corruption.html

How Google Attacks.html

EXPOSE_THE_MOBSTERS.html

1.5 BILLION sensitive files found exposed online dwarf Panama Papers leak and expose DNC crimes using Facebook and Google user data.html

A group of Silicon Valley and Hollywood monopolists walked into a bar____.html

Nobody On Earth Can Launder And Hide Cash Like Elon Musk.html

And Yet Another Lithium Ion Device exploded 'like a rocket,' left severe leg burns.html

Character Assassins Sidney Blumenthal And David Brock.html

AFGHAN LITHIUM SCAM: lithium.txt

An Investigation Of Solyndra And The Department Of Energy Disasters 1.5 - THE CLEANTECH CRASH ENERGY DEPT SLUSH FUND.pdf

Chaos Erupts At Tesla   Stock Crashes, Bonds Implode After Heads Of Accounting, HR Quit.html

How_Google_And_Facebook_Put_Obama_In_The_White_House.html

Another Tesla car catches fire in Hong Kong parking lot: media - ALL TESLA BATTERIES EXPECTED TO HAVE CHEMISTRY DEGRADE AND EXPLODE.html

One Roadmap for Cases Against Google.pdf

Almost Every California Democrat Party Boss Has Been Involved In A Sick Sex Scandal.html

Companies co-founded by Nancy Pelosi son charged with securities fraud as huge green scam exposed.html

THE SILICON VALLEY MOB.html

EXPOSING CORRUPT OLIGARCHS.html

Cleantech Investing Gets Its Day in the Sun As Congressional Insiders Pump And Dump Like Mobsters.html

Another Elon Musk Failure

ANOTHER Democrat Sex Cult Exposed sexual servitude at San Francisco-based orgasmic meditation company.html

Capitalism v. Cronyism   What's the True Cost of a Tesla  .html

Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris.html

A History & Study of Electric Vehicles   Inconvenient Truth About Electric Vehicles.html

Feinstein Corruption 1.2 - THE CLEANTECH CRASH ENERGY DEPT SLUSH FUND.pdf

ALL OF THESE CASES ARE CONNECTED. HERE IS HOW.html

Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html

California Senator who called for gun control gets 5 years in prison for weapons trafficking.html

HOW THE BRIBES WERE PAID IN THE CLEANTECH CRASH WITH GREEN CASH.pdf

$21 Trillion Lost   Largest Theft in U.S. History No Politician Wants to Talk About.html

Planet of the Censoring Humans.html

Elon Musk Becomes #1 Covidiot By Exploiting Pandemic For Personal Promotion.html

Another Driver Died in a Tesla Autopilot.html

FORMAT FOR SUING GOOGLE.pdf

Apple covering-up exploding Lithium Ion iPhone 7 Plus after video of smoking handset goes viral.html

SOFTWARE THAT EXPOSES CROOKS IN PUBLIC OFFICE.html

Character Assassin David Brock from Media Matters Was Behind Lisa Bloom Effort.html

Corruption In The Department Of Energy- How Campaign Financiers Are Paid Off With Crony Cash.html

https://www.newser.com/story/298609/global-child-sex-abuse-ring-uncovered.html

A female employee called Tesla factory a predator zone at a meeting where some workers described sexual harassment.html

Another Tesla Slams Into Tree In Florida, Bursting Into Flames And Killing Driver.html

Another Tesla goes off cliff in Santa Clara County, driver found dead.html

THE BIG DEAL 1.0 - THE CLEANTECH CRASH ENERGY DEPT SLUSH FUND.pdf

Investigation Of The Solyndra Department Of Energy Disaster.pdf

AAAA How Elon Musk, Larry Page and Mark Zuckerberg Use Scam Nonprofits to Hide Dark Money.html

Chair Of California Democratic Party Eric Bauman SEX ABUSE.html

GOOGLE_FEDERAL_COMPLAINT_NOTES_2020.pdf

THE CHARGES.pdf

Green-Energy, Crony-Corruption.pdf

Advanced Technology Vehicles Manufacturing Loan Program.html

An Inconvenient Truth For Silicon Valley Reveals That It Is Killing Society.html

CASE MEMO - Expanded Solyndra_Cleantech Case.html

FACEBOOK REFUSES TO HALT SEX TRAFFICKING BECAUSE TECH EXECUTIVES ARE INVOLVED IN IT.html

OBAMA USES GOOGLE AS A MEDIA ASSASSIN .pdf

When Google, Facebook And Netflix Tell You That Something Is 'Trending'.html

EXPOSING_CORRUPT_OLIGARCHS.html

Another Veteran Disney Executive Arrested On Child Sex Abuse Charges.html

Crime-lord Goldman Sachs Ensnarled in Vast Fraud Scandal...AGAIN!.html

CORRUPTION IN AMERICA.html

Elon Musk proves that no government officials can stop his crimes and corruption.html

CORONAVIRUS COVID PANDEMIC TIPS.html

Unmasking.pdf

Calls For Steven Chu To Be Fired Over Solyndra Scandal.html

10 Ways Big Tech Can Shift Millions of Votes in the November Elections ___ Without Anyone Knowing.html

At liberal tech companies, those who disagree on politics are attacked and black-listed.html

BLACK CUBE.html

60 Minutes Exposes Elon Musk As Full Bore Arrogant Sociopath.html

A Huge Bunch Of Obama Energy Dept bankrupt companies were acquired by Dianne Feinstein Husband Chinese business partners .html

AMERICAN BIG NEWS OUTLETS FOUND TO BE TOTALLY FAKE AND PROPAGANDA FOR CORRUPT SENATORS.html

Another failed Tesla Autopilot steered car under semitruck at 68 mph as Tesla defects show up around

the globe.html

Adrian Covert of Gawker, Gizmodo and CNN.html

Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic.html

The Malignant Narcissism And Cartel Climate Of Elon Musk And His Billionaire Frat Boy Club.html

Big Tech Billionaires Plotting Sweeping Secret Plans to Boost Joe Biden In Exchange For Crony Perks.html

Google faces $5 billion lawsuit in U.S. for tracking private internet use.html

ALL OF THE VIEWER NUMBERS ON YOUTUBE ARE FAKE, FAKE, FAKE!.html

Elon Musk is again proven to be a liar and scam artist in COVID ventilator fiasco.html

Google's Secret SUBLIM-EX Technology Is Already Making You Think And Do Certain Things Without Your Knowledge Or Approval.html

AAAA THE ELON MUSK AND TESLA MOTORS FRAUD, STOCK RIGGING, BRIBERY AND SAFETY INVESTIGATIONS.html

Covington - Burling and Perkins - Coie law firms manipulated government to rig elections and public policy.html

Convinced that GOOGLE is firmly in bed with the Deep State  .html

Criminal cartel charges to be laid against Deutsche Bank.html

Another Tesla Model S engulfed in horrific fire in Poland.html

LESSONS NEVER LEARNED WHEN SENATORS OWN STOCKS.html

THE DEPT OF ENERGY INVESTIGATION BACKGROUND 3.0.pdf

EDWARD RING IS A HIRED SHILL FOR ELON MUSK.pdf

The Silicon Valley #MeToo Moment Didn't Change Anything Because Venture Capitalists Are Sick Perverted Pigs.html

Mouthbreathing Machiavellis Dream of a Silicon Reich.html

AAAA ADVANCED TECHNOLOGY VEHICLE MANUFACTURING LOAN CORRUPTION.html

THE DEPARTMENT OF ENERGY SLUSH FUND CORRUPTION CASE 2.pdf

60 Minutes Uncovers Pelosi Cleantech Insider Stock Trades.html

ANOTHER DAY, ANOTHER TESLA CRASH OR FIRE!.html

Crescent Dunes Solar Is Doomed as Taxpayers Pick Up the Tab For Another Dept of Energy Obama Payola Failure.html

Elon Musk proves that no government officials can stop his crimes.pdf

HOW OBAMA BUILT HIS SLUSH-FUND AT THE ENERGY DEPARTMENT.pdf

Antitrust should be used to break up partisan tech giants like Facebook, Google.html

After Hundreds Of Hacks U.S. Department Of Energy Finally Throws Out Their Cyber-security Boss.html

Tech companies say they value diversity, but reports show they lie and are inherently racist Stanford frat-boy elitist scams.html

AAA THE AWFUL TRUTH ABOUT GOOGLE Dept of Energy Slush Fund Stock Market Scam Corruption.html

companies that vanished.txt

ELON MUSK SUES FOR MORE TAXPAYER CASH.pdf

Intelligence Reform.html

THE FISKER PAYOLA.pdf

Who Did It First And Who Is 'The Silicon Valley Cartel'?.html

CHARACTER ASSASSINS AND RETRIBUTION SERVICES AGENCY   FUSION GPS.html

What would an insane tech oligarch do for trillions of dollars of criminal gain?.html

A whistleblower plays by the rules at CIA.html

Concealing the depth of Obamagate.html

A CEO just slammed Google for greed, censorship, corruption, and piracy (1).html

Even fed-up tech workers are paralyzed by Silicon Valley's sick LOOK AT ME culture.html

Congress Just Gave More Tax Subsidies To Elon Musk____s Solar Company via Crooked John Podesta.html

Another Tesla Model S Caught On Fire At Supercharger Station In Shanghai.html

Another Black Man Has Died in the Home of Democratic Donor Ed Buck.html

ANTI_CORRUPTION_BATTLE_ON_BEHALF_OF_AMERICAN_CITIZENS.html

AAA THE SILICON VALLEY COLLUSION CARTEL Dept of Energy Slush Fund Stock Market Scam Corruption.html

Elon Musk Is A Sick Sociopath Who Hires Attackers To Get His Competitors.html

SILICON VALLEY'S COMPUTERIZED CRISIS MODELS ALWAYS TURN OUT TO BE CONTRIVED BS!.html

Character Assassin and Google Insider John Cook becomes the latest top Gawker cabin boy to exit Gizmodo Media Group.html

Cartels, Collusion and Price Fixing in Silicon Valley.html

Another Tesla Model S Bursts Into Flames After__Horrific__Crash, Killing And Burning Alive Two Men Trapped Inside.html

FTC TASK FORCE REPORTS ON GOOGLE ABUSES.pdf

Edward Ring's Paid Gig Kissing Elon Musk's Ass.html

Sick Apple, Google And Facebook Use COVID To Legitimize Political Spying And To Profit Off Pandemic.html

When the Silicon Valley Frat Cartel Tried To Bury Outsiders, They Discovered That They Were Seeds.html

102

Department_Of_Energy_Financing.html

AAFINAL-DOE-Loan-Guarantees-Report - THE CLEANTECH CRASH ENERGY DEPT SLUSH FUND.pdf

Senator Insider Trading.m4v

A complete guide to how Elon Musk has raised, and then spent, billions of dollars..html

Corruption In The Department Of Energy 2.html

ANOTHER DEMOCRAT FINANCIER HAS ILLICIT SEX WITH A BOY AND THEN THE BOY ENDS UP DEAD!.html

AGENCY ABUSE AGAINST CITIZENS.txt

PELOSI MADE MILLIONS.html

Congress Gets Silicon Valley Cartel To Admit That Silicon Valley Rigs Elections.html

Absolute Proof Obama Rigged Elections.html

PERSONAL INTERNET SECURITY – Rev 4.pdf

Concerns About How Facebook And Other DNC Social Media Giants Manipulate The News Online (copy).html

Eric Schmidt Has A Psychotic Need To Control Governments And Society.html

ANOTHER CALIFORNIA CORRUPTION SCANDAL.html

Everybody at the riots is a naive kid who was sourced from THE BASE, Silicon Valley's political riot engine.html

Nancy Pelosi And Feinstein Clan Are Owned By China.pdf

CORRUPT AND BIASED SILICON VALLEY TECH CARTEL GETS HATE FROM THE PUBLIC.html

How Google And Facebook Put Obama In The White House.html

The Cleantech Crash_HIGH.44.m4v

103

THE SILICON VALLEY PONZI SCHEME.pdf

Pelosi_Clan_Owned_By_China.html

ADVANCED TECHNOLOGY VEHICLE MANUFACTURING LOAN CORRUPTION.html

FEDERAL COURT DISCUSSION.pdf

GOOGLE_FEDERAL_COMPLAINT_NOTES_2020.html

SILICON VALLEY IS PAYING BRIBES TO CONGRESS VIA INSIDER TRADING AND IT IS KILLING AMERICA.html

SOFTWARE REVEALED THAT EXPOSES THE MOBSTERS IN THE U.S. CONGRESS.pdf

THE CORRUPTION.pdf

Can we wean Elon Musk off government support already_.html

Another Way That Google Rigs Elections_Crowdstrike.html

Confirmation of Google Blacklisting Independent Media Websites.html

Another idiot Tesla driver caught SLEEPING behind wheel while driving on autopilot down Las Vegas highway.html

Characteristics of Silicon Valley Venture Capitalists and Tech CEO___s.html

Another Tesla on Autopilot Veers off New Jersey Highway, Strikes Curb and Signs_Police.html

USA MUST BAN ALL COMPANIES WITH OFFSHORE TAX EVASIONS FROM STIMULUS FUNDS.html

Political_Corruption.m4v

Did Bill Gates Just Reveal the Reason Behind the Lock-Downs?.html

Tech billionaire CARTEL plotting sweeping, secret plans to manipulate national election.html

HOW CORRUPTION WORKS WITH GREEN ENERGY.pdf

ANOTHER GOOGLE WHISTLE-BLOWER EXPOSES DNC ECHO-CHAMBERING AT GOOGLE.html

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Case 3:22-cv-01107-WHA   Document 18-3   Filed 04/16/22   Page 106 of 382

Page 106 - EXHIBIT 83 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-

State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Achua, J.K. 2011. Anti-Corruption in Public Procurment in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

108

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private

Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review

Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.

Journal of Public Economics

Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth

Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History

Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review

Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management

Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics

Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems

Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal
Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientalism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsitrative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

113

Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

114

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances,

and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.

Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

116

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gereald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

120

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review

Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.

Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior

Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly

Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.

Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.

Asian Development Bank & Organization for Economic Co-Operation and Development.

2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).

Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics

Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of

International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency.Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

128

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from

Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of

Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency

132

for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidence in the Era of Multinational Corporations. George Washington International Law

Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasian Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

134

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

136

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Rolad Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide.

Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing

Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977

to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda.

Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

139

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources.

International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography.Economics of Governance

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers

140

Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy

Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review

Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Case 3:22-cv-01107-WHA   Document 18-3   Filed 04/16/22   Page 143 of 382

Page 143 - EXHIBIT 83 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime


143

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

144

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsitrative Data. Journal of Law & Economics

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G.

Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

146

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post-Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for

Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.

Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

152

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American

Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington, Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption.

Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List

Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

52. Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapurente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States.

Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China.

International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal

Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

163

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary

Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About

§1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception.

New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers.

Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian

Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse Challenges: An Effective Police Management Approach. International Journal of Police Science &

Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption " , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model. Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.

De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luis. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luis. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

177

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic

Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics

Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade

Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.

Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice

Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.

Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.

Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer

Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.

Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry

Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development

Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.

Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance

Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance

Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime

Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics

Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy

Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law

Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics

diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal

Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory

Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory

Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.

Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters

Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.

Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper

Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the

Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and

Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdication", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson, Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

191

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and

Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchamps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Emprical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

194

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein, E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An

Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

196

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

197

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.

Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)

Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.

Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review

Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics

Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.

Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.

Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development

Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society

Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization.

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro)

Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption.

International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientelism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human

Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review

Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

205

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nethaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International

Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavor. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies
Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law

Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing

for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).

Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

214

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsirative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

215

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange?

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds.,

Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.

Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

217

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control. World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M. Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

221

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

223

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the

Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

228

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review
Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime.

NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian

International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Roumeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraovic´ & D. Ivanusec. 2002. Controlling Police Corruption:

The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies
Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobotan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

241

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act.

University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies
.

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientelism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International

Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

248

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.

Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches

Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.

Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy

Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature

Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)

Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies

Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science

Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change

Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics

Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

252

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics
Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense. Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experince of Corruption Prevention Strategies. San Diego International Law Journal

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.

Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice

Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)

258

Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .

Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

261

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research

Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsdorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic

Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

265

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexandra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics

& Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society
Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013.

Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice

Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature

Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.

269

Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.

Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly

Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly

Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization

Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance

Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

Liu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic

Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.
 J
Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

273

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law

274

Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.

Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.

Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology

Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research

Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration

Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review

Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory

Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal

Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)

Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)

275

Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal

Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective.

Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal

of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Empricial Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A.

Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political

Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency
Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International
Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International
Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates
of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from
Randomized Brazilian Municipal Audits. Working paper.

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional
Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative
Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why
Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with
Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians'
Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment
Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross
Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About
Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm
Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the
Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American

Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research &

Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in

Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.

Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

287

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on

Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance'?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrissey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungiu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of

Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.

Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)

Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational

Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

Neudorfer, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantilist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of

Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientelism or Relational Clientelism? Healthcare and Sterilization in Brazil. Working paper.

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy

Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics

Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics

Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman

Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.

Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research

Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review

Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits.

University of Chicago Legal Forum 2012: 129-150.

Noonan, John T. 1985. Bribes. New York: MacMillan.

Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.

Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, Brendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.

Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application

300

Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of

Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption

302

in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Costantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P.

Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut

Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilija, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI.

Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign

Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.

Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1

Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business

Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business

Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.

Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.

309

Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform

Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)

Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Ronald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham:

310

Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global

Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.

Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series

in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical

Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical —Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption

Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42

Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous

318

Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed.,

Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research

Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity

Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development

Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research

Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics

Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .

Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.

Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.

Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.

Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientelism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal

of Public Administration

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building

Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach.

Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

327

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities.

University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research
Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management &

Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjarir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University

334

Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in

India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison & Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

338

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions

Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory

Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014.

Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign

Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

342

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices.

CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of

the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.

Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries:

Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners'

Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stessens, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L.

Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of

Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.

Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientalism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000.

Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850.

Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political

Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied

Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwrittten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan &

R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube

& Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen

& Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition,"

in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed.

International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

360

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo

Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC

International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kathleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289

Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their

Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge

Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientalism in China: The Institutional Organization of a Smuggling Operation. Working paper.

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.

Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)

Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political

Science

Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science

Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law

Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology

Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly

Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

371

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the

Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences.

Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds., Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption? When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement: Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects. International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business Lawyer

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

378

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries .

International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

## MUCH MORE COMING. STAY TUNED…..

This isn't even the half of it. Our team has a massive amount of additional sections coming. Of course, as you can see, we have many typo's, spacing adjustments and grammar errors to scrub through. As you may notice from the title page, this is ONLY Volume Two.

We are trying to get the FBI to conduct a new formal interview with us but certain Senators have ordered the FBI NOT to interview us. Why? Because, by law, the FBI has to write-up a "302 Report" on the interview and file that report with the government. Any Congress member could then order a copy of that report and read it. We record all federal law enforcement interviews and write, and file, our own copies of those reports with the government. Any official who reads those 302 reports, or our versions, or both, will immediately call for the arrest of a large part of Congress and their financiers. Some crooked politicians are seeking to cover up their crimes by stopping federal investigators from getting them. Alas, we have made certain that every single crook in this caper is going down; one way or another.

Crooks: Consider these books to be public 302 reports!

Keep checking back on the link where you got this early draft. There are bots placing copies of this, and automatically updating them, in torrents and server folders globally. Don't worry, this E-book will never leave the internet, it will update forever and the crooks will find that the arm of justice is very, very, very long...

382