

## THE TRUE STORY OF GOOGLE'S MANIPULATIONS OF DEMOCRACY, INFORMATION, PRIVACY, THE STOCK MARKET AND OTHER FELONIES

1

# Table of Contents

Forward..................................................................................................................................4

What Is The Corrupt Google Empire.....................................................................................5

Google's Hiring Program Is Dedicated To Indoctrinating Naive Hapless Kids.....................24

The Rapists Who Give You Free Candy.................................................................................33

Google Is Just An Amoral Menace........................................................................................36

Sundar Is The Most Fake CEO In History.............................................................................38

Google And Tesla Share The Same Butt-Holes......................................................................42

How Google Rigs The Stock Market For Friends...................................................................48

Is the Google Empire A Rogue Division Of The CIA?..........................................................74

Eric Schmidt Combines *Dr. Strangelove* Madness With *Eyes Wide Shut* Perversions...........86

Google Took Over The U.S. Patent Office Because Google Swiped Most Of It's Technology...........107

Google's In-House Character Assassination Services For Politicians....................................112

You Can't See Psychological Manipulation Tricks But They Can Change Elections...........131

Bribing Almost Every Government Official..........................................................................135

The Sex Cults Of Google's Executives.................................................................................147

The End Result Of Google's Silicon Valley Reality.............................................................167

References And Bibliography................................................................................................185

# GOOGLE IS A CRIME EMPIRE

**Revision 2.6**

DRAFT COPY - FULL BOOK COMING SOON. STAY TUNED!

Send this book to every person you can get it to. Post it on the web every place you can. Together, we can expose every single one of these crooks and shut down each of their dirty dark money scams with crowd-sourced digital distribution! While there will be the usual cover-ups of this information, we are concurrently exploiting some new technologies which will place this document in the hands of every known American voter and tens of millions of international citizens.

Protections: Public Domain. Non-Commercial. Fair Use. Freedom of The Press. No Tracking Of Public Allowed. First Amendment Protections, SLAPP, UN Protected. GDPR Compliant. Section 203 protected. Privacy Tools At: http://privacytools.io, ACLU, ICIJ- supported.

# Forward

Only fools think that "*Google is just a search engine*".

Google is a criminal organized crime empire that operates in plain sight because it has bribed so many powerful politicians. Google is the most powerful felony monopoly ever created.

Google can get away with all the shit they engage in because the Nancy Pelosi family, The Obama family, The Kamala Harris family, The Gavin Newsom family, The Dianne Feinstein family; and people like that, own and staff the Google empire companies. You can look at the HR records and banking records and confirm this for yourself.

It isn't just American politicians that Google takes orders from. Google has engaged in hundreds of dirty tricks to please China's bosses. For over a decade Google has even funded the Wuhan lab where COVID is supposed to have come from.

Google is protected by these politicians and Google manipulates, censors and hides news on their behalf.

Google is also protected by idiocy: Most members of Congress, and most of the public, are incapable of understanding Google's psychological pressure tricks and technological media manipulation tactics.

Google is not just one company. Google is a cartel of hundreds of company names (ie: YouTube, Alphabet, etc.) operated by a singular covert administration and ideology group…. Yes: Just like the Mafia!

Google's fail-safe cover story is always based around a "save-the-whales, feed-the-poor-kids" facade which they exploit like a cotton candy smoke-screen to cover their actual evil.

There is the "*what-the-Google-controlled-global-media-let-you-see*" about Google and the truth. Here is THE TRUTH! If Google has nothing to hide then it should not fear this book or hide the links to it like Google does for everything it fears.

# What Is The Corrupt Google Empire

It started out benign but became twisted into the most perverse and diseased company ever created.

**Google Inc.** was officially launched in 1998 by Larry Page and Sergey Brin to market Google Search, which has become the most used web-based search engine. Larry Page and Sergey Brin, students at Stanford University in California, developed a search algorithm at first known as "BackRub" in 1996, with the help of Scott Hassan and Alan Steremberg. The search engine soon proved successful and the expanding company moved several times, finally settling at Mountain View in 2003. This marked a phase of rapid growth, with the company making its initial public offering in 2004 and quickly becoming one of the world's largest media companies. The company launched Google News in 2002, Gmail in 2004, Google Maps in 2005, Google Chrome in 2008, and the social network known as Google+ in 2011 (which was shut down in April 2019), in addition to many other products. In 2015, Google became the main subsidiary of the holding company Alphabet Inc.

The search engine went through many updates in attempts to eradicate search engine optimization abuse, provide dynamic updating of results, and make the indexing system rapid and flexible. Search results started to be personalized in 2005, and later Google Suggest autocompletion was introduced. From 2007, Universal Search provided all types of content, not just text content, in search results.

Google has engaged in partnerships with NASA, AOL, Sun Microsystems, News Corporation, Sky UK, and others. The company set up a charitable offshoot, Google.org, in 2005.

The name Google is a misspelling of Googol, the number 1 followed by 100 zeros, which was picked to signify that the search engine was intended to provide large quantities of information.

Google has its origins in "BackRub", a research project that was begun in 1996 by Larry Page and Sergey Brin when they were both PhD students at Stanford University in Stanford, California.[2] The project initially involved an unofficial "third founder", Scott Hassan, the lead programmer who wrote much of the code for the original Google Search engine, but he left before Google was officially founded as a company;[3][4] Hassan went on to pursue a career in robotics and founded the company Willow Garage in 2006.[5][6]

In the search of a dissertation theme, Page had been considering among other things exploring the mathematical properties of the World Wide Web, understanding its link structure as a huge graph.[7] His supervisor, Terry Winograd, encouraged him to pick this idea (which Page later recalled as "the best advice I ever got"[8]) and Page focused on the problem of finding out which web pages link to a given page, based on the consideration that the number and nature of such backlinks was valuable

information about that page (with the role of citations in academic publishing in mind).[7] Page told his ideas to Hassan, who began writing the code to implement Page's ideas.[3]

The research project was nicknamed "BackRub", and it was soon joined by Brin, who was supported by a National Science Foundation Graduate Fellowship.[9] The two had first met in the summer of 1995, when Page was part of a group of potential new students that Brin had volunteered to give a tour around the campus and nearby San Francisco.[7] Both Brin and Page were working on the Stanford Digital Library Project (SDLP). The SDLP's goal was "to develop the enabling technologies for a single, integrated and universal digital library" and it was funded through the National Science Foundation, among other federal agencies.[9][10][11][12]

Page's web crawler began exploring the web in March 1996, with Page's own Stanford home page serving as the only starting point.[7] To convert the backlink data that is gathered for a given web page into a measure of importance, Brin and Page developed the PageRank algorithm.[7] While analyzing BackRub's output which, for a given URL, consisted of a list of backlinks ranked by importance, the pair realized that a search engine based on PageRank would produce better results than existing techniques (existing search engines at the time essentially ranked results according to how many times the search term appeared on a page).[7][13]

Convinced that the pages with the most links to them from other highly relevant Web pages must be the most relevant pages associated with the search, Page and Brin tested their thesis as part of their studies and laid the foundation for their search engine.[14] The first version of Google was released in August 1996 on the Stanford website. It used nearly half of Stanford's entire network bandwidth.[15]

> Some Rough Statistics (from August 29, 1996)
>
> Total indexable HTML urls: 75.2306 Million
>
> Total content downloaded: 207.022 gigabytes
>
> ...
>
> BackRub is written in Java and Python and runs on several Sun Ultras and Intel Pentiums running Linux. The primary database is kept on a Sun Ultra II with 28GB of disk. Scott Hassan and Alan Steremberg have provided a great deal of very talented implementation help. Sergey Brin has also been very involved and deserves many thanks.
>
> — *Larry Page[16]*

Scott Hassan and Alan Steremberg were cited by Page and Brin as being critical to the development of Google. Rajeev Motwani and Terry Winograd later co-authored with Page and Brin the first paper about the project, describing PageRank and the initial prototype of the Google search engine, published in 1998. Héctor García-Molina and Jeff Ullman were also cited as contributors to the project.[17]

6

PageRank was influenced by a similar page-ranking and site-scoring algorithm earlier used for RankDex, developed by Robin Li in 1996. Larry Page's patent for PageRank filed in 1998 includes a citation to Li's earlier patent. Li later went on to create the Chinese search engine Baidu in 2000.[18][19][20]

Originally the search engine used Stanford's website with the domains *google.stanford.edu*[21] and *z.stanford.edu*.[22] The domain *google.com* was registered on September 15, 1997. They formally incorporated their company, *Google*, on September 4, 1998 in their friend Susan Wojcicki's garage in Menlo Park, California. Wojcicki eventually became an executive at Google and is now the CEO at YouTube.

The first iteration of Google production servers was built with inexpensive hardware and was designed to be very fault-tolerant.

Both Brin and Page had been against using advertising pop-ups in a search engine, or an "advertising funded search engines" model, and they wrote a research paper in 1998 on the topic while still students. They changed their minds early on and allowed simple text ads.[23]

By the end of 1998, Google had an index of about 60 million pages.[24] The home page was still marked "BETA", but an article in Salon.com already argued that Google's search results were better than those of competitors like Hotbot or Excite.com, and praised it for being more technologically innovative than the overloaded portal sites (like Yahoo!, Excite.com, Lycos, Netscape's Netcenter, AOL.com, Go.com and MSN.com) which at that time, during the growing dot-com bubble, were seen as "the future of the Web", especially by stock market investors.[24]

Google founders Larry Page and Sergey Brin interviewed Schmidt. Impressed by him,[28] they recruited Schmidt to run their company in 2001 under the guidance of venture capitalists John Doerr and Michael Moritz.

One day a gunshot rang through the corridors of San Francisco City Hall. A Mayor was dead and a new mayor was moved into position. The bullet that killed Mayor George Moscone on November 27, 1978 would lead to political corruption in 2021 that would change the course of the world.

Systematized political rigging had breached a new era.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as The Silicon Valley Cartel.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of input. Did John Doerr have George Moscone killed? Did

he also kill Rajeev Motwani, Vince Foster, Gary D. Conley, Ravi Kumar, Andrew Breitbart, or the 78 other folks who had information that Doerr would not like to see go public? Maybe not...maybe so.

What does the FBI think? Every single one of these people died before their time and they had information that threatened Doerr and his Silicon Valley political schemes. Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments.

The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets. Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions. Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

8

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk (Google's Larry Page has a Bromance with Elon Musk), facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of- interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed and got raided by the FBI after $500+M of taxpayer cash went sideways.

Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters. The cover-up makes Watergate pale in comparison. Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.The media outed Feinstein and she never made it to the White House. The internet has dubbed her: *"The most corrupt living politician in America"*.

While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

Google's financiers, by now, could see that the Bay Area would tolerate ANY political felonies and so they pulled the trigger on their scheme to make Google the HQ of a digital Mafia operation.

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this: "Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"

9

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

The scheme worked stunningly, until it didn't. 60 Minutes has a great investigative segment called: THE CLEANTECH CRASH. This tells the story of part of the corruption but it only begins the tale.

Someone took the largest corrupt hand-out in U.S. history and then crashed all of the Silicon Valley Cartel's "Green Scheme" companies. It is thought that a GOP-based SWAT Team took on the task. The Cartel had already gotten most of their payola from skims off-the-top and from stock market pump-and-dumps created by exploiting the free government money that could be used to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skimmed the momentaryhigh-points on the Wall Street stock exchange.

Kleiner loved to steal federal funds under the guise of "It will help the nation".The green-washing "Cleantech" deal didn't work out so well so they moved their pitch to "Let's stop terrorists". Kleiner had funded many database companies so Silicon Valley pitched Washington that all of their database companies could spy on every American and "see the future like Tom Cruise did in the movie Minority Report and catch bad guys before they become bad". This was just a scam to try to make the wasted internet toys stay relevant. That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billions dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has no application in real life.

The newest tactic is "Driverless Cars". Nobody wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

Our reporters will cover, in detail, how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles. We could not cover this story until now because we needed to wait until this Presidential election raised the interest level in such dirty deeds. We also needed to wait until someone like Wikileaks dropped the

archives to prove that these kinds of insane and epic corruption deals actually happen. It is likely not the Russians who are responsible for all of the leaks but insiders from Google, KPBC, the DNC and Facebook. It may even be FBI moles who have been inside these operations as well as Ellen Pao-esque players who were simply disgusted by the corruption.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

In March 2001, Schmidt joined Google's board of directors as chair, and became the company's CEO in August 2001. At Google, Schmidt shared responsibility for Google's daily operations with founders Page and Brin. Prior to the Google initial public offering, Schmidt had responsibilities typically assigned to the CEO of a public company and focused on the management of the vice presidents and the sales organization.[29] According to Google, Schmidt's job responsibilities included "building the corporate infrastructure needed to maintain Google's rapid growth as a company and on ensuring that quality remains high while the product development cycle times are kept to a minimum."[30]

Upon being hired at Google, Eric Schmidt was paid a salary of $250,000 and an annual performance bonus. He was granted 14,331,703 shares of Class B common stock at $0.30 per share and 426,892 shares of Series C preferred stock at purchase price of $2.34.[31]

In 2004, Schmidt and the Google founders agreed to a base salary of US$1 (which continued through 2010) with other compensation of $557,465 in 2006,[32] $508,763 in 2008, and $243,661 in 2009. He did not receive any additional stock or options in 2009 or 2010.[33][34] Most of his compensation was for "personal security" and charters of private aircraft.[34]

In 2007, *PC World* ranked Schmidt as the first on its list of the 50 most important people on the Web, along with Google co-founders Page and Brin.[35]

Schmidt is one of a few people[*who?*] who became billionaires (in United States dollars) based on stock options received as employees in corporations of which they were neither the founders nor relatives of the founders, such as Meg Whitman.[36][*failed verification*]

In its 2011 'World's Billionaires' list, *Forbes* ranked Schmidt as the 136th-richest person in the world, with an estimated wealth of $7 billion.[37]

On January 20, 2011, Google announced that Schmidt would step down as the CEO of Google but would take new title as executive chairman of the company and act as an adviser to co-founders Page and Brin.[38] Google gave him a $100 million equity award in 2011 when he stepped down as CEO. [39] On April 4, 2011, Page replaced Schmidt as the CEO.[40]

On December 21, 2017, Schmidt announced he would be stepping down as the executive chairman of Alphabet.[41][42] Schmidt stated that "Larry, Sergey, Sundar and I all believe that the time is right in Alphabet's evolution for this transition."[43]

In February 2020, Schmidt left his post as technical advisor of Alphabet after 19 years with the company.[44]

In March 2016 it was announced that Eric Schmidt would chair a new advisory board for the Department of Defense,[45] titled the Defense Innovation Advisory Board.[46] The advisory board serves as a forum connecting mainstays in the technology sector with those in the Pentagon.[47]

To avoid potential conflicts of interest within the role, where Schmidt retained his role as technical adviser to Alphabet, and where Google's bidding for the multi-million dollar Pentagon cloud contract, the Joint Enterprise Defense Infrastructure, or JEDI, was ongoing: Schmidt screened emails and other communications, stating, ""There's a rule: I'm not allowed to be briefed" about Google or Alphabet business as it relates to the Defense Department".[48] He exited the position November 2020.[49]

From 2019[50] to 2021, Schmidt chaired the National Security Commission on Artificial Intelligence with Robert O. Work.[51][52][53]

While working at Google, Schmidt was involved in activities[54] that later became the subject of the High-Tech Employee Antitrust Litigation case that resulted in a settlement of $415 million paid by Adobe, Apple, Google and Intel to employees. In one incident, after receiving a complaint from Steve Jobs of Apple, Schmidt sent an email to Google's HR department saying; "I believe we have a policy of no recruiting from Apple and this is a direct inbound request. Can you get this stopped and let me know why this is happening? I will need to send a response back to Apple quickly so please let me know as soon as you can. Thanks Eric".[55] Schmidt's email led to a recruiter for Google being "terminated within the hour" for not having adhered to the illegal scheme. Under Schmidt, there was a "Do Not Call list" of companies Google would avoid recruiting from.[56] According to a court filing, another email exchange shows Google's human resources director asking Schmidt about sharing its no-cold-call agreements with competitors. Schmidt responded that he preferred it be shared "verbally, since I don't want to create a paper trail over which we can be sued later?"[54][57]

On August 28, 2006, Schmidt was elected to Apple Inc.'s board of directors, a position he held until August 2009.[13][58]

Schmidt sat on the boards of trustees of Carnegie Mellon University and Princeton University.[12][14] He taught at Stanford Graduate School of Business in the 2000s.[59][60] Schmidt serves on the boards of the Institute for Advanced Study in Princeton, the Khan Academy, and The Economist.[61][62]

New America is a non-profit public-policy institute and think tank, founded in 1999. Schmidt succeeded founding chairman James Fallows in 2008 and served as chairman until 2016.[63][64]

12

Founded in 2010 by Schmidt and Dror Berman, Innovation Endeavors is an early-stage venture capital. The fund, based in Palo Alto, California, invested companies such as Mashape, Uber, Quixey, Gogobot, BillGuard, and Formlabs.[65][66]

In July 2020, Schmidt started working with the US government to create a tech college as part of an initiative to educate future coders, cyber-security experts and scientists.[67]

Early in 1999, Brin and Page decided they wanted to sell Google to Excite. They went to Excite CEO George Bell and offered to sell it to him for $1 million. He rejected the offer. Vinod Khosla, one of Excite's venture capitalists, talked the duo down to $750,000, but Bell still rejected it.[25]

In March 1999, the company moved into offices at 165 University Avenue in Palo Alto, home to several other noted Silicon Valley technology startups.[26] After quickly outgrowing two other sites, the company leased a complex of buildings in Mountain View at 1600 Amphitheatre Parkway from Silicon Graphics (SGI) in 2003.[27] The company has remained at this location ever since, and the complex has since become known as the Googleplex (a play on the word googolplex, a number that is equal to 1 followed by a googol of zeros). In 2006, Google bought the property from SGI for US$319 million.[28]

The Google search engine attracted a loyal following among the growing number of Internet users, who liked its simple design.[29] In 2000, Google began selling advertisements associated with search keywords.[2] The ads were text-based to maintain an uncluttered page design and to maximize page loading speed.[2] Keywords were sold based on a combination of price bid and click-throughs, with bidding starting at $.05 per click.[2] This model of selling keyword advertising was first pioneered by Goto.com, an Idealab spin-off created by Bill Gross.[30][31] When the company changed names to Overture Services, it sued Google over alleged infringements of the company's pay-per-click and bidding patents. Overture Services would later be bought by Yahoo! and renamed Yahoo! Search Marketing. The case was then settled out of court; Google agreed to issue shares of common stock to Yahoo! in exchange for a perpetual license.[32][33][34][35] While many of its dot-com rivals failed in the new Internet marketplace, Google quietly rose in stature while generating revenue.[2]

Google's declared code of conduct is "Don't be evil", a phrase which they went so far as to include in their prospectus (aka "S-1") for their 2004 IPO, noting that "We believe strongly that in the long term, we will be better served—as shareholders and in all other ways—by a company that does good things for the world even if we forgo some short term gains."[36]

In February 2003, Google acquired Pyra Labs, owner of the Blogger website. The acquisition secured the company's competitive ability to use information gleaned from blog postings to improve the speed and relevance of articles contained in a companion product to the search engine Google News.

In February 2004, Yahoo! dropped its partnership with Google, providing an independent search engine of its own. This cost Google some market share, yet Yahoo!'s move highlighted Google's own distinctiveness. The verb "to google" has entered a number of languages (first as a slang verb and now

as a standard word), meaning "to perform a web search" (a possible indication of "Google" becoming a genericized trademark).[37]

After the IPO, Google's stock market capitalization rose greatly and the stock price more than quadrupled. On August 19, 2004, the number of shares outstanding was 172.85 million while the "free float" was 19.60 million (which makes 89% held by insiders). Google has a dual-class stock structure in which each Class B share gets ten votes compared to each Class A share getting one. Page said in the prospectus that Google has "a dual-class structure that is biased toward stability and independence and that requires investors to bet on the team, especially Sergey and me."

In June 2005, Google was valued at nearly $52 billion, making it one of the world's biggest media companies by stock market value.[38]

On August 18, 2005 (one year after the initial IPO), Google announced that it would sell 14,159,265 (another mathematical reference as $\pi \approx 3.14159265$) more shares of its stock to raise money. The move would double Google's cash stockpile to $7 billion. Google said it would use the money for "acquisitions of complementary businesses, technologies or other assets".[39]

With Google's increased size came more competition from large mainstream technology companies. One such example is the rivalry between Microsoft and Google.[40] Microsoft had been touting its Bing search engine to counter Google's competitive position. Furthermore, the two companies are increasingly offering overlapping services, such as webmail (Gmail vs. Hotmail), search (both online and local desktop searching), and other applications (for example, Microsoft's Windows Live Local competes with Google Earth). In addition to an Internet Explorer replacement, Google designed its own Linux-based operating system called Chrome OS to directly compete with Microsoft Windows. There were also rumors of a Google web browser, fueled much by the fact that Google was the owner of the domain name "gbrowser.com".[*citation needed*] These were later proven when Google released Google Chrome. This corporate feud boiled over into the courts when Kai-Fu Lee, a former vice-president of Microsoft, quit Microsoft to work for Google. Microsoft sued to stop his move by citing Lee's non-compete contract (he had access to much sensitive information regarding Microsoft's plans in China). Google and Microsoft reached a settlement out of court on December 22, 2005, the terms of which are confidential.[41]

Click fraud also became a growing problem for Google's business strategy. Google's CFO George Reyes said in a December 2004 investor conference that "something has to be done about this really, really quickly, because I think, potentially, it threatens our business model."[42]

While the company's primary market is in the web content arena, Google has experimented with other markets, such as radio and print publications. On January 17, 2006, Google announced that it had purchased the radio advertising company dMarc, which provides an automated system that allows companies to advertise on the radio.[43] Google also began an experiment in selling advertisements

14

from its advertisers in offline newspapers and magazines, with select advertisements in the *Chicago Sun-Times*.[44]

During the third quarter of 2005 Google Conference Call, Eric Schmidt said, "We don't do the same thing as everyone else does. And so if you try to predict our product strategy by simply saying well so and so has this and Google will do the same thing, it's almost always the wrong answer. We look at markets as they exist and we assume they are pretty well served by their existing players. We try to see new problems and new markets using the technology that others use and we build."

After months of speculation, Google was added to the Standard & Poor's 500 index (S&P 500) on March 31, 2006.[45] Google replaced Burlington Resources, a major oil producer based in Houston that had been acquired by ConocoPhillips.[46] The day after the announcement Google's share price rose by 7%.[47]

In 2008, Google launched Knol, their own equivalent of Wikipedia,[48] which failed four years later. [49]

Although Google was already deriving the vast majority of its income from advertising at the time of its 2004 IPO,[50] it did not use any HTTP cookie-based web tracking until during the 2007-2008 financial crisis on Google.[51] By 2006, Google's Ad revenue was already facing signs of decline, as "a growing number of advertisers were refusing to buy display ads from Google."[51] The financial crisis pushed Google into a hiring freeze, and potentially to the edge of bankruptcy if ad revenue would keep declining. With a market cap of more than $100 billion, if Google was to go bankrupt, it would have serious implications on a stock market that was already seriously hit by the crisis (see United States bear market of 2007–2009).[51]

In 2007, Google agreed to buy DoubleClick for $3.1 billion, marking the start of its use of cookie-based tracking.[51] Even with the purchase, Google only ended up with a 3% revenue in the second quarter of 2009, in the depth of the recession.[52]

Google initially separated the browsing habits collected from AD tracking from data collected by its other services by default. Google removed this last layer of protection in 2016, making its tracking personally-identifiable.[53]

In 2011, the company launched Google+, its fourth foray into social networking, following Google Buzz (launched 2010, retired in 2011), Google Friend Connect (launched 2008, retired by March 1, 2012), and Orkut (launched in 2004, retired in September 2014[54])

As of November 2014, Google operated over 70 offices in more than 41 countries.[55]

In 2015, Google reorganized its interests as a holding company, Alphabet Inc., with Google as its leading subsidiary. Google continued to serve as the umbrella for Alphabet's Internet interests.[56][57][58] On September 1, 2017, Google Inc. announced its plans of restructuring as a limited liability company, Google LLC, as a wholly owned subsidiary of XXVI Holdings, Inc., which is formed as a

15

subsidiary of Alphabet Inc. to hold the equity of its other subsidiaries, including Google LLC and other bets.[59]

On 25 October 2018, _The New York Times_ published the _exposé_, "How Google Protected Andy Rubin, the 'Father of Android'". The company subsequently announced that "48 employees have been fired over the last two years" for sexual misconduct.[60] On 1 November 2018, Google employees staged a global walk-out to protest the company's handling of sexual harassment complaints, including the golden parachute exit of former executive Andy Rubin;[61] more than 20,000 employees and contractors participated.[62] CEO Sundar Pichai was reported to be in support of the protests.[63]

The first funding for Google as a company was secured in August 1998 in the form of a US$100,000 contribution from Andy Bechtolsheim, co-founder of Sun Microsystems, given to a corporation which did not yet exist.[64]

On June 7, 1999, a round of equity funding totalling $25 million was announced,[65] the major investors being rival venture capital firms Kleiner Perkins Caufield & Byers and Sequoia Capital.[64] While Google still needed more funding for their further expansion, Brin and Page were hesitant to take the company public, despite their financial issues. They were not ready to give up control over Google.

Following the closing of the $25 million financing round, Sequoia encouraged Brin and Page to hire a CEO. Brin and Page ultimately acquiesced and hired Eric Schmidt as Google's first CEO in March 2001.[66]

In October 2003, while discussing a possible initial public offering of shares (IPO), Microsoft approached the company about a possible partnership or merger.[67] The deal never materialized. In January 2004, Google announced the hiring of Morgan Stanley and Goldman Sachs Group to arrange an IPO. The IPO was projected to raise as much as $4 billion.

Google's initial public offering took place on August 19, 2004.[68] A total of 19,605,052 shares were offered at a price of $85 per share.[69] Of that, 14,142,135 (another mathematical reference as $\sqrt{2} \approx$ 1.4142135) were floated by Google and 5,462,917 by selling stockholders. The sale raised US$1.67 billion, and gave Google a market capitalization of more than $23 billion.[70] Many of Google's employees became instant paper millionaires. Yahoo!, a competitor of Google, also benefited from the IPO because it owned 2.7 million shares of Google.[71]

Following the company's IPO in 2004, founders Sergey Brin and Larry Page and CEO Eric Schmidt requested that their base salary be cut to $1. Subsequent offers by the company to increase their salaries were turned down, primarily because their main compensation continues to come from owning stock in Google. Before 2004, Schmidt made $250,000 per year, and Page and Brin each received an annual salary of $150,000.[72]

16

There were concerns that Google's IPO would lead to changes in company culture. Reasons ranged from shareholder pressure for employee benefit reductions to the fact that many company executives would become instant paper millionaires.[73] As a reply to this concern, co-founders Brin and Page promised in a report to potential investors that the IPO would not change the company's culture.[74]

The company was listed on the NASDAQ stock exchange under the ticker symbol **GOOG**. When Alphabet was created as Google's parent company, it retained Google's stock price history and ticker symbol.

The name "Google" originated from a misspelling of "googol",[75][76] which refers to the number represented by a 1 followed by one-hundred zeros. Page and Brin write in their first paper on PageRank:[17] "We chose our systems name, Google, because it is a common spelling of googol, or $10^{100}$ and fits well with our goal of building very large-scale search engines."

There are uses of the name going back at least as far as the creation of the comic strip character Barney Google in 1919. British children's author Enid Blyton used the phrase "Google Bun" in *The Magic Faraway Tree* (published 1941) and *The Folk of the Faraway Tree* (published 1946),[77] and called a clown character "Google" in *Circus Days Again* (published 1942).[78] There is also the Googleplex Star Thinker from Douglas Adams' *The Hitchhiker's Guide to the Galaxy*. In March 1996, a business called Groove Track Productions applied for a United States trademark for "Google" for various products including several categories of clothing, stuffed toys, board games, and candy. The firm abandoned its application in July 1997.[79]

Having found its way increasingly into everyday language, the verb "google" was added to the *Merriam Webster Collegiate Dictionary* and the *Oxford English Dictionary* in 2006, meaning "to use the Google search engine to obtain information on the Internet."[80][81] The use of the term itself reflects their mission to organize a seemingly infinite amount of information on the web.[76] The first use of "Google" as a verb in pop culture happened on the TV series *Buffy the Vampire Slayer*, in 2002. [82] In November 2009, the Global Language Monitor named "Google" No. 7 on its Top Words of the Decade list.[83] In December 2009 the BBC highlighted Google in their "Portrait of the Decade (Words)" series.[84] In May 2012, David Elliott filed a complaint against Google, Inc. claiming that Google's once distinctive mark GOOGLE® has become generic and lacks trademark significance due to its common use as a transitive verb. After losing to Google in UDRP proceedings involving many "Google-related" domain name registrations that he owns, Elliott later sought a declaratory judgment that his domain names are rightfully his, that they do not infringe any trademark rights Google may own, and that all Google's registered GOOGLE® marks should be cancelled since "Google" is now a common generic word worldwide that means "to search the Internet."[85]

Google has worked with several corporations, in order to improve production and services. On September 28, 2005, Google announced a long-term research partnership with NASA which would involve Google building a 1,000,000-square-foot (93,000 m$^2$) R&D center at NASA's Ames Research

Center. NASA and Google are planning to work together on a variety of areas, including large-scale data management, massively distributed computing, bio-info-nano convergence, and encouragement of the entrepreneurial space industry. The new building would also include labs, offices, and housing for Google engineers.[86] In October 2006, Google formed a partnership with Sun Microsystems to help share and distribute each other's technologies. As part of the partnership Google will hire employees to help the open source office program OpenOffice.org.[87]

Time Warner's AOL unit and Google unveiled an expanded partnership on December 21, 2005, including an enhanced global advertising partnership and a US$1 billion investment by Google for a 5% stake in AOL.[88] As part of the collaboration, Google plans to work with AOL on video search and offer AOL's premium video service within Google Video. This did not allow users of Google Video to search for AOL's premium-video services. Display advertising throughout the Google network will also increase.

In August 2006, Google signed a $900 million offer with News Corp.'s Fox Interactive Media unit to provide search and advertising on MySpace and other News Corp. websites including IGN, AmericanIdol.com, Fox.com, and Rotten Tomatoes, although Fox Sports is not included as a deal already exists between News Corp. and MSN.[89][90]

On December 6, 2006, British Sky Broadcasting released details of a Sky and Google alliance.[91] This includes a feature where Gmail will link with Sky and host a mail service for Sky, incorporating the email domain "@sky.com".

In 2007, Google displaced America Online as a key partner and sponsor of the NORAD Tracks Santa program.[92][93][94] Google Earth was used for the first time to give visitors to the website the impression that they were following Santa Claus' progress in 3-D.[95] The program also made its presence known on YouTube in 2007 as part of its partnership with Google.[96]

In 2008, Google developed a partnership with GeoEye to launch a satellite providing Google with high-resolution (0.41 m monochrome, 1.65 m color) imagery for Google Earth. The satellite was launched from Vandenberg Air Force Base on September 6, 2008.[97] Google also announced in 2008 that it was hosting an archive of *Life Magazine*'s photographs.[98][99]

In January 2009, Google announced a partnership with the Pontifical Council for Social Communications, allowing the Pope to have his own channel on YouTube.[100]

In January 2013, Google announced a partnership with Kia Motors and Hyundai. The partnership integrates Google Maps and Place into new car models to be released later in 2013.[101]

The Alliance for Affordable Internet (A4AI) was launched in October 2013; Google is part of the coalition of public and private organizations that also includes Facebook, Intel, and Microsoft. Led by Sir Tim Berners-Lee, the A4AI seeks to make Internet access more affordable so that access is broadened in the developing world, where only 31% of people are online. Google will help to decrease

Internet access prices so they fall below the UN Broadband Commission's worldwide target of 5% of monthly income.[102]

On September 21, 2017, HTC announced a "cooperation agreement" in which it would sell non-exclusive rights to certain intellectual property, as well as smartphone talent, to Google for $1.1 billion. [103][104][105]

- The Original GOOGLE Computer Storage (Page and Brin, 1996) Archived October 28, 2016, at the Wayback Machine Stanford Computer Science Computer History Display
- "Our history in Depth Archived June 23, 2015, at the Wayback Machine" Google, Retrieved on March 29, 2016
- *Fisher, Adam (July 10, 2018). "Brin, Page, and Mayer on the Accidental Birth of the Company that Changed Everything". Vanity Fair. Retrieved August 23, 2019.*
- *McHugh, Josh (January 1, 2003). "Google vs. Evil". Wired. Retrieved August 24, 2019.*
- *"Willow Garage Founder Scott Hassan Aims To Build A Startup Village". IEEE Spectrum. September 5, 2014. Retrieved September 1, 2019.*
- *D'Onfro, Jillian (February 13, 2016). "How a billionaire who wrote Google's original code created a robot revolution". Business Insider.*
- Battelle, John. "The Birth of Google Archived March 18, 2014, at the Wayback Machine." *Wired*. August 2005.
- The best advice I ever got Archived November 27, 2013, at the Wayback Machine (Fortune, April 2008)
- *Brin, Sergey; Lawrence Page (1996). "The Anatomy of a Large-Scale Hypertextual Web Search Engine". Computer Networks and ISDN Systems. **35** (1–7): 3. CiteSeerX 10.1.1.109.4049. doi:10.1016/S0169-7552(98)00110-X.*
- *Brin, Sergey; Rajeev Motwani; Terry Winograd (1998). "What can you do with a web in your pocket". Data Engineering Bulletin. **21**: 37–47. CiteSeerX 10.1.1.107.7614.*
- The Stanford Integrated Digital Library Project, Award Abstract #9411306, September 1, 1994 through August 31, 1999 (Estimated), award amount $521,111,001
- *Mervish, Jeffrey (January 2, 2009). "NSF Rethinks Its Digital Library". Science. **323** (5910): 54–56. doi:10.1126/science.323.5910.54. PMID 19119211. S2CID 45137596.*
- Page, Lawrence, Brin, Sergey, Motwani, Rajeev, Winograd, Terry. "The PageRank Citation Ranking: Bringing Order to the Web Archived September 12, 2008, at the Wayback Machine." November 11, 1999.
- Google I/O Conference is a big upcoming in 2015.Downloaded 11 – February 2009 Archived April 28, 2016, at the Wayback Machine. Google IO Conferences. Retrieved on February 22, 2015

Page 20  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

- *"A Brief History of Google - Part 1 - Sebo Marketing"*. Sebo Marketing. *Retrieved May 24, 2018.*
- *"Archive of Backrub homepage"*. *Archived from* the original *on December 10, 1997.*
- Brin, S.; Page, L. (1998). *"The anatomy of a large-scale hypertextual Web search engine"* *(PDF). Computer Networks and ISDN Systems.* **30** *(1–7): 107–117.* CiteSeerX 10.1.1.115.5930. doi:10.1016/S0169-7552(98)00110-X. ISSN 0169-7552.
- "About: RankDex" Archived 2012-01-20 at the Wayback Machine, *RankDex*
- *Altucher, James (March 18, 2011).* "10 Unusual Things About Google". Forbes. *Retrieved June 16, 2019.*
- *"Method for node ranking in a linked database"*. Google Patents. Archived *from the original on October 15, 2015. Retrieved October 19, 2015.*
- *"Google! Search Engine"*. *Stanford University. Archived from* the original *on November 11, 1998. Retrieved October 12, 2010.*
- *"Google! Search Engine"*. *Stanford University. Archived from* the original *on December 1, 1998. Retrieved August 14, 2012.*
- Stross, Randall, *Planet Google: One Company's Audacious Plan to Organize Everything We Know* Archived *May 21, 2016, at the* Wayback Machine, New York : Free Press, September 2008. ISBN 978-1-4165-4691-7 Cf. pp.3–4.
- Scott Rosenberg: *Yes, there is a better search engine. While the portal sites fiddle, Google catches fire* Archived *November 23, 2016, at the* Wayback Machine. Salon.com, 21 December 1998
- *Siegler, MG (September 29, 2010).* "When Google Wanted To Sell To Excite For Under $1 Million — And They Passed". TechCrunch. AOL. *Retrieved November 29, 2016.*
- Fried, Ian. "A building blessed with tech success Archived March 10, 2016, at the Wayback Machine." *CNET*. October 4, 2002. Retrieved on February 25, 2007.
- *"Google's movin' on up"*. *Archived from the original on January 21, 2007. Retrieved April 3, 2017.*
- Staff Writer. "Google to buy headquarters building from Silicon Graphics Archived April 18, 2010, at the Wayback Machine." *Silicon Valley / San Jose Business Journal.* June 16, 2006. Retrieved on February 24, 2007.
- Thompson, Bill. "Is Google good for you? Archived January 25, 2009, at the Wayback Machine" *BBC News*. December 19, 2003. Retrieved on February 25, 2007.
- *Sullivan, Danny (July 1, 1998).* "GoTo Going Strong". *SearchEngineWatch. Archived from* the original *on October 14, 2009. Retrieved February 18, 2010.*
- *Pelline, Jeff (February 19, 1998).* "Pay-for-placement gets another shot". CNET. CBS Interactive. *Retrieved February 18, 2010.*
- *Olsen, Stephanie (August 9, 2004).* "Google, Yahoo bury the legal hatchet". CNET. CBS Interactive. *Retrieved February 18, 2010.*

- Sullivan, Danny. "GoTo Going Strong Archived October 21, 2006, at the Wayback Machine." *The Search Engine Report.* July 1, 1998.
- Pelline, Jeff. "Pay-for-placement gets another shot Archived May 29, 2016, at the Wayback Machine." *CNET.* February 19, 1998.
- Glaser, Ken. "Who Will GoTo.com?" OnlinePress.com Archived October 3, 2016, at the Wayback Machine. *February 20, 1998.*
- *Ovide, Shira (June 23, 2011). "What Would 2004 Google Say About Antitrust Probe?". The Wall Street Journal.*
- *"How Google Became a Verb". The Lingua File - The Language Blog. Retrieved November 22, 2013.*
- "Google Shares Rise on New Price Target". *Los Angeles Times*. June 1, 2005.
- Gonsalves, Antone. "Google Seeks Second Stock Offering Archived October 11, 2007, at the Wayback Machine." *Information Week.* August 18, 2005.
- Dvorak, John C. "A Google-Microsoft War Archived December 6, 2008, at the Wayback Machine". *PC Magazine.* November 16, 2004.
- Vise, David A. "Microsoft, Google Both Claim Victory Archived December 29, 2016, at the Wayback Machine". *The Washington Post.* September 14, 2005, p. D05.
- Crawford, Krysten. "Google CFO: Fraud a big threat Archived April 21, 2016, at the Wayback Machine". *CNN.* December 2, 2004.
- Levingston, Steven. "Google Buys Company To Expand Into Radio Archived December 28, 2016, at the Wayback Machine". *The Washington Post.* January 18, 2006.
- Gonsalves, Antone. "Google Confirms Testing Ads in Sun-Times Newspaper Archived February 26, 2008, at the Wayback Machine". *Information Week.* January 10, 2006.
- Staff Writer. "Google shares up on joining S&P 500 index Archived January 9, 2007, at the Wayback Machine". *Associated Press.* March 23, 2006.
- Francisco, Bambi."Google to be added to S&P 500 Index Archived October 12, 2007, at the Wayback Machine". *MarketWatch.* March 23, 2006.
- Mercury News Wire Services. "Closing bell: Tech stocks advance; Google surges 7 percent[permanent dead link]". *San Jose Mercury News*. March 24, 2006.
- *Frederick, Lane (December 14, 2007). "Death Knell Sounds for Wikipedia, About.com". NewsFactor Network. Archived from the original on February 24, 2008. Retrieved October 22, 2016.*
- *"15 amazing Google projects that failed". Rediff. October 21, 2013.*
- *"Form 10-K for the fiscal year ended December 31, 2004". www.sec.gov.*
- *Vascellaro, Jessica E. (August 10, 2010). "Google Agonizes on Privacy as Ad World Vaults Ahead". Wall Street Journal.*
- *Ray, Tiernan. "How Would Ad-Dependent Alphabet, Facebook Handle Another Recession?". TheStreet.*

- Angwin, Julia. *"Google Has Quietly Dropped Ban on Personally Identifiable Web Tracking"*. *ProPublica.*
- *"Tchau Orkut"*. Orkut Blog. June 30, 2014. Archived from the original on July 23, 2014.
- *"Google locations"*. Google Company. Google, Inc. November 2014. Retrieved November 16, 2014.
- Womack, Brian (August 10, 2015). *"Google Rises After Creating Holding Company Called Alphabet"*. *Bloomberg L.P.* Retrieved November 22, 2016.
- Barr, Alistair; Winkler, Rolf (August 10, 2015). *"Google Creates Parent Company Called Alphabet in Restructuring"*. *The Wall Street Journal.* Retrieved November 22, 2016.
- Dougherty, Conor (August 10, 2015). *"Google to Reorganize as Alphabet to Keep Its Lead as an Innovator"*. *The New York Times*. Retrieved November 22, 2016.
- *"Alphabet Finishes Reorganization With New XXVI Company"*. *Bloomberg L.P.* September 1, 2017. Retrieved September 2, 2017.
- Welch, Chris (October 25, 2018). *"Google says 48 people have been fired for sexual harassment in the last two years"*. The Verge. Retrieved October 31, 2018.
- Hamilton, Isobel Asher; et al. (November 1, 2018). *"PHOTOS: Google employees all over the world left their desk and walked out in protest over sexual misconduct"*. Business Insider. Retrieved November 6, 2018.
- Segarra, Lisa Marie (November 3, 2018). *"More Than 20,000 Google Employees Participated in Walkout Over Sexual Harassment Policy"*. Fortune. Retrieved November 6, 2018.
- Liedtke, Michael (November 1, 2018). *"Google workers walk out to protest sexual misconduct"*. San Francisco, Calf.: Akron Beacon/Journal. The Associated Press. Retrieved November 6, 2018.
- Kopytoff, Verne, Fost, Dan. "For early Googlers, key word is $$$ Archived September 19, 2009, at the Wayback Machine". *San Francisco Chronicle*. April 29, 2004. Retrieved on February 25, 2007.
- *"Google Receives $25 Million in Equity Funding"* (Press release). June 7, 1999. Retrieved August 1, 2014.
- Eppel, Thomas. Google. PowerPoint presentation. Management 10. University of California, Irvine. Irvine, CA. February 2, 2011.
- Fisher, Ken.Microsoft and Google had "merger" talks". *Ars Technica*. October 31, 2003. Retrieved on May 17, 2011.
- Edmonston, Peter (August 19, 2009). *"Google's I.P.O., Five Years Later"*. The New York Times.
- Elgin, Ben. "Google: Whiz Kids or Naughty Boys? Archived January 11, 2010, at the Wayback Machine" *Business Week*. August 19, 2004. Retrieved on February 25, 2007.
- Webb, Cynthia L. "Google's IPO: Grate Expectations." *The Washington Post*. August 19, 2004. Retrieved on February 25, 2007.

Page 23  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

- Kuchinskas, Susan. "Yahoo and Google Settle Archived December 27, 2016, at the Wayback Machine". *internetnews.com Archived December 29, 2016, at the Wayback Machine*. August 9, 2004. Retrieved on February 25, 2007.
- *La Monica, Paul R. (March 31, 2006). "Google leaders stick with $1 salary". CNN Money. CNN. Retrieved April 25, 2017.*
- *"Quirky Google Culture Endangered?". Wired. Associated Press. April 28, 2004. Archived from the original on August 14, 2010. Retrieved November 27, 2010.*
- *Olsen, Stefanie; Kawamoto, Dawn (April 30, 2004). "Google IPO at $2.7 billion". CNET. CBS Interactive. Retrieved November 27, 2010.*
- Koller, David. "Origin of the name, "Google." Archived 2012-06-27 at the Wayback Machine *Stanford University*. January, 2004.
- Hanley, Rachael. "From Googol to Google: Co-founder returns Archived March 30, 2010, at the Wayback Machine." *The Stanford Daily*. February 12, 2003. Retrieved on August 26, 2010.
- The Enid Blyton Society. "The Enchanted Forest and Folk of the Magic Faraway Tree by Enid Blyton Archived December 16, 2016, at the Wayback Machine Retrieved on May 17, 2011
- The Enid Blyton Society."*Circus Days Again by Enid Blyton* Archived August 7, 2016, at the Wayback Machine Retrieved on May 17, 2011
- *"GOOGLE - Trademark Details". JUSTIA. Retrieved December 20, 2016.*
- Harris, Scott D. "Dictionary adds verb: to google]." *San Jose Mercury News*. July 7, 2006. *"Archived copy". Archived from the original on February 6, 2007. Retrieved July 7, 2006.*
- Bylund, Anders. "To Google or Not to Google Archived July 7, 2006, at archive.today." *The Motley Fool* via MSNBC. July 5, 2006. Retrieved on July 7, 2006.
- *Meyer, Robinson. "The First Use of 'to Google' on Television? Buffy the Vampire Slayer". The Atlantic. Retrieved September 28, 2016.*
- Top Words of the Decade Archived May 15, 2016, at the Wayback Machine
- "A portrait of the decade Archived December 28, 2016, at the Wayback Machine." *BBC*. December 14, 2009. Retrieved on April 15, 2011.
- *"Is It Proper To Say You Google On GOOGLE®?". The National Law Review. Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. June 14, 2012. Retrieved June 20, 2012.*
- Lewis, Laura; Fox, Lynn. "NASA Takes Google on Journey into Space Archived March 18, 2016, at the Wayback Machine." *National Aeronautics and Space Administration*, Press Release. September 28, 2005.
- Brown, James. *"Sun partners with Google". Archived from the original on September 30, 2007. Retrieved May 13, 2006.. vnunet.com.* October 5, 2005.
- Rosenbush, Steve. "AOL-Google: Who Gets What Archived May 23, 2006, at the Wayback Machine?" *BusinessWeek*. December 21, 2005.
- Staff Writer. "Google signs $900m News Corp deal Archived December 28, 2016, at the Wayback Machine". *BBC News*. August 7, 2006. Retrieved on August 8, 2006.

23

Page 24  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

- "Google, News Corp. Ink Deal Over MySpace.com Ads Archived April 26, 2011, at the Wayback Machine". *Fox News*. August 8, 2006.
- *"Sky and Google unveil broadband alliance"*. *British Sky Broadcasting. December 6, 2006. Archived from the original on November 28, 2008. Retrieved February 8, 2007.*
- *"For more than 50 years, NORAD is Tracking Santa, December 14, 2007 by Glenn Letham"*. GISUser.com. Retrieved December 31, 2009.
- *"Tracking Santa: NORAD & Google Team Up For Christmas, December 1, 2007, Danny Sullivan"*. *Search Engine Land. December 2007. Retrieved December 31, 2009.*
- *"Tracking Santa, Then and Now, November 30, 2007, by Carrie Farrell, Veteran Santa Tracker"*. Retrieved December 31, 2009.
- *Daniel Terdiman (December 21, 2009)*. *"Behind the scenes: NORAD's Santa tracker"*. CNET. Retrieved December 31, 2009.
- *"Instructions On Tracking Santa With NORAD & Google: The 2007 Edition, December 24, 2007, Danny Sullivan"*. *Search Engine Land. December 24, 2007. Retrieved December 31, 2009.*
- *Shalal-Esa, Andrea (September 6, 2008)*. *"GeoEye launches high-resolution satellite"*. *Reuters. Washington. Retrieved February 26, 2010.*
- *"Google gives online life to Life mag's photos"*. *Mountain View, California.* Associated Press. *November 20, 2008. Retrieved February 25, 2010. Google Inc. has opened an online photo gallery that will include millions of images from* Life *magazine's archives that have never been seen by the public before*
- *Stirling, Greg (November 18, 2008)*. *"Google Hosting Time-Life Photo Archive, 10 Million Unpublished Images Now Live"*. *Search Engine Land. Retrieved July 5, 2010.*
- Krause, Flavia. (January 23, 2009) Pope Benedict Debuts on YouTube to Reach Out to Catholics Archived June 13, 2010, at the Wayback Machine. Bloomberg.com. Retrieved on May 29, 2011.
- *"Google partners with Hyundai and Kia Motors to integrate Google Maps and Places into new car models"*. *The Next Web. Retrieved January 2, 2013.*
- *Gibbs, Samuel (October 7, 2013)*. *"Sir Tim Berners-Lee and Google lead coalition for cheaper internet"*. *The Guardian. Guardian Media Group. Retrieved March 15, 2017.*
- *Balakrishnan, Saheli Roy Choudhury, Anita (September 20, 2017)*. *"Google agrees to buy part of HTC for $1.1 billion"*. *CNBC. Retrieved September 21, 2017.*
- *"Google is buying part of HTC's smartphone team for $1.1 billion"*. *The Verge. Retrieved September 21, 2017.*
- *"Google signs agreement with HTC, continuing our big bet on hardware"*. *Google. September 21, 2017. Retrieved September 21, 2017.*
- *"A look back: Timeline of Mountain View history"*, *San Jose Mercury News, March 2007*

24

# Google's Hiring Program Is Dedicated To Indoctrinating Naive Hapless Kids

Google employees decry Google's *"Toxic" "Scientology-Like" "Cultish"* work environment at all Google Buildings and The *"Hitler Youth"* woke programming of Google HR.

Naive kids at Google companies are forced into *"Google Mindfulness"* thought programming indoctrination workshops.

Google's never-over-30 employees are always under surveillance and their emails and conversations are covertly analyzed for *"disruptive thinking"*. Employees communications are monitored on "Google Buses".

Google executives use workers for sex and butler duties. Google boss Sergey Brin was caught in 3-way sex romp with employees; Google investors John Doerr and Michael Goguen were sued in anal sex-slave and sexual abuse cases. Google's Andy Rubin was exposed by his wife for running a Google Sex Cult.

'People fall asleep in corners and cry in the bathrooms, heath and marriages are suffering' says a Google Nest engineer as he rips into Google and the company's toxic working environment. He said Nest CEO Tony Fadell was always speaking ill of his engineers and overworking them.

Alexandra Klausner For Dailymail.com, exposed the facts about Google executives being tyrants.

*'Tony and his goons demand crazy timelines so much that 'crunch time' has basically lost meaning. Just when your labor bears fruit, they swoop in, 180 the specs you just delivered on, then have the gall to call your team 'incompetent' for not reading their mind and delivering on these brand-new specs. I waste most of my time in pointless meetings, or defending my teams so they don't flip their desks and walk out,'* he wrote of the Google Nest office culture.

He went on to say that disheveled employees' lives and marriages are being destroyed and that they are forced to take naps in bathrooms because they are so overworked.

*'People fall asleep in corners and cry in the bathrooms, health and marriages are suffering. Already the churn is insane, close to half the company if not more. Skilled engineers can tell the environment is toxic, so we're filling vacancies with mostly sub-par talent,'* continued the post.

*'Tony, you can't hide anything from engineers. We know how many units are actually being sold, how many subscriptions lapse, how many fail or get returned. We know about that time-bomb flaw you ignored so people will have to upgrade. We can see the data in those executive dashboards you think we don't know about,'* he said.

25

*'But go ahead, keep trashing us in public. We dare you to tell everyone just how much of that $340M was due to a simple Dropcam rebrand, and not the thermostats and smoke alarms. Good luck shipping that critical new project after restarting it for the umpteenth time. Ah, that feels better. Now off to the other 4 meetings I have today,'* he concluded.

Fadell came out saying that those engineers, *'were not as good as we hoped,'* according to 9To5Google.

According to a new report from The Information, ever since Google bought Nest in 2014, thecompany has been slow to unveil new products and revenue is below expectations. Dropcam CEO Greg Duffy also criticized Fadell and said he ran Nest like a 'tyrant bureaucrat.'

Read more: http://www.dailymail.co.uk/news/article-3527160/People-fall-asleep-corners-cry-

The fallout from the Parkland school shooting is demonstrating how Google's left-wing zealot owners are willing to exploit vulnerable teens in pursuit of a political agenda. It's a despicable act. We should be *protecting* grieving teens from this sort of manipulation, not using them as pawns. But expect to see more, and younger children, too.

Part of our culture is willing to make children secondary to adults' lives, quickly pushing them out of the way to pursue careers or more money; willing to rack up a national debt that is an abomination they will have to pay for — merely to help personal re-elections; shove them in front of violent, graphic "entertainment" to make a buck; and generally make them secondary to our lives.

But suddenly, when they are useful for a political agenda, they're super important and we turn them into pawns to be used by adults willing to prey on their emotional vulnerability. This is a vulgar treatment of children.

Now is the very moment they should be nurtured, helped through their grieving, allowed to move beyond the atrocity committed, grow through understanding of dealing with tragedy in life.

Google's left-wing zealot owners who exploit them for their left-wing agenda are particularly awful given the developmental state of teens, as understood through the science of the brain.

Teenagers as a group and compared to their adult selves, are not good decision-makers, and certainly not up to the task of advocating for wise public policy in a complicated issue.

The prefrontal cortex, the part of the brain that drives rational thought, good judgment and long-term consequences, does not fully develop in a person until age 25 or so. But the amygdala, the part of the brain that drives emotions, develops more quickly.

In a teen, these are out of balance (it was that way for all of us) as the amygdala is further along. This is why teens so frequently baffle their parents by responding so emotionally and apparently irrationally to situations. Their amygdala is overriding the undeveloped prefrontal cortex. As they age, this balances out more.

26

This is explained easily by the University of Rochester Medical Center. It's also explained pretty fairly at The Conversation, offering help for parents dealing with irrational teens. If you think about teens, yourself as a teen, those you have seen and known, you know this is true.

Something else crucially important: Teens, generally speaking, are easily influenced by peers and the need to fit in, and are particularly easy to manipulate and exploit compared to what they will be in 10 or 20 years. This is also due to the same developing brain structure, although every parent knows it to be true.

Unfortunately, there are unscrupulous organizations, like Google, that will take advantage of an atrocity, such as the Parkland school shootings, and use teens as their emotional proxies to pursue bad policy. This doesn't mean the teen's suffering (those from Parkland, specifically) is not real, or that they do not feel totally sincere in their protests. Surely, both are true.

It *does* mean that they are being manipulated by Google's left-wing zealot owners, willing to exploit teen grief for their own political ends. It is well reported that these are not spontaneous demonstrations. The organizers of the Women's Marches are behind the rallies in Tallahassee, Washington and around the nation, marches and school walkouts. All basic, long-time tactics of left-wing activists to apply emotional pressure.

When NBC News reports that "Students seize control of gun debate, plan walkouts and march" they should run a correction. More like, "Seasoned left-wing Google's left-wing zealot owners hired shills seize control of gun debate, use students as tools."

So when you see the demonstrations in the news, breathlessly being covered by a sympathetic MSM media, what you are actually witnessing is an exploitation of emotionally grieving teens by adult Google extremist bosses who have been otherwise unsuccessful in changing a policy.

I will not be paying much attention to the teens at the demonstrations, because I cannot learn more than that they feel deep grief for their lost classmates, and I already know that. What they need is guidance and help processing their grief, not being abused as tools by "any means possible" people.

If it is on the gun-control debate, I want to hear from people who have studied the issue, who are well versed in facts and reality and considered solutions based on what has worked and not worked. Not from grieving teens who are being used by manipulative exploiters at Google's corporate headquarters.

In Mountain View California at Google HQ, it is lonely except for all but the hired Google shills...

Google's staff are revealing the truth about Google's fascist company: software engineer James Damore, whose "manifesto" entitled "Google's Ideological Echo Chamber" questioned Google's politically correct corporate culture Damore charged was determined to "perpetuate gender stereotypes" by advancing specious arguments to rationalize the gender gap reality that a relatively low number of women are advanced to high-paying technical positions in Google's corporate hierarchy. On April 17, Infowars.com reported that since 2006 three entities – Google, George Soros' Open

Society Institution and the Ford Foundation – have contributed more than $72 million to non-profit leftist organizations that have been most active in promoting the idea the Internet needs to be regulated by the government as a "common carrier" public utility under Title II of the Communications Act – the same regulatory framework crafted some 80 years ago to regulate the old rotary phone system.

Infowars.com has previously warned that Google and the largest communications giants on the Internet lobbied the federal government to define broadband under these 1930s-style regulations – a designation that would allow the government to regulate more rigorously the broadband providers that built the core network connecting users to the Internet as "common carriers."

The deceptively-termed "net neutrality" strategy was designed to exempt content monopolies like Google and Facebook from the strict regulations the FCC would apply to common carriers – a scheme that would allow Google, Facebook and the other Internet portal giants to censor conservatives as "fake news," while demanding that "common carriers" like AT&T and Verizon have no choice but to carry their censored content.

The implementation of these 2015 Obama-era "net neutrality" regulations, which were heavily pushed by Google in hundreds of closed-door meetings at the Obama White House, carved out Google and the other Silicon Valley behemoths, and secured their position as absolute information gatekeepers.

Since these 2015 regulations passed, Google and Facebook have moved to become the judge, jury and executioner of the content we read on the Internet, under the guise of eliminating "fake news."

**Google HR Only Hires Extremist Liberal Kids and Sexual Deviants With Personal Histories Of Making Bad Decisions**

Google exists to rig elections and political policy in order to steer power and taxpayer cash into the private bank accounts of Google bosses.

**Google is a "Cult" that is a Mass Manipulation Program**

When we think of the word *cult,* we think of some abstract group of people that act strange and secretive on a compound somewhere out of the public eye. Would it surprise you to know there are cults operating today in Silicon Valley, where their members live alongside you?

Millions of people around the world belong to cults and don't even realize it. They are misled into believing that they are true liberals on a social justice warrior mission. The employees and users of Google are taught to think that every day they use their free will to either stay in their political zealotry or leave, but this is not so. This article will explore some of the tactics that Google uses, how they gain new users, and naive employees, who are unwilling to see what the Google Cartel is, and how they mislead those they gather into obedience and servitude by subtle mind control.

**Hiding True Intent**

28

When approaching new users, Google's technology is designed to pique interest by putting, selective, seemingly innocuous web conversations in front of the public that make it seem like they are concerned crunchy granola members of society, such as "We're here today to talk to you about the recent issue of climate change or immigrants" This forms a false emotional trigger bond with the public Joe Blow, which will pave the way for future conversations and invitations to return to the site.

It may be some time before Google's religious-like ideological programming intent is revealed and that they are really there to gain converts. Even if Joe Blow asks outright, the Google workers will often resort to using misleading statements to describe their intent, such as "I'm here to tell you some good news from a higher consciousness."

If the Google blogger staffer is successful enough to get Joe Blow to agree to a "news aggregation" service they will strive to paint Google, and Google-approved news in the best light possible. With this method, they reveal "truths" a little at a time, hiding the deeper, more questionable teachings so they can hook the unaware person with the rewards their social programming offers. The biggest secret that they keep hidden the longest is that they exist to manipulate politics in order put billions of dollars in their executives pockets at the expense of society.

**Instilling Fear Early On**

The next step in recruitment is to instill in the new recruit an early sense of fear and paranoia. Often at the first or second web search, the user is told that Satan is the opposing political party.  Google promotes that the outsiders will not like that users are learning about the "truth" and will send people to disparage the Google and try to lead them away. "That is how we can know it is Liberalism's true political belief, because of the persecution," they claim. They will then quote a scripture that says Liberalism's people will be persecuted.

> This is the tactic that is used to keep the new recruit from seeing reason and logic and
> heeding warnings that he is getting involved in a cult.

**Love Bombing and a Surrogate Family**

Early in the recruitment process, the new user is encouraged to meet other members of the Google cult, either by attending the Meetups, Hangouts or by going to an online social gathering. This is akin to a debutante ball, where the new recruit is paraded around and fussed over and made to feel like a princess or prince. At first, the new Google walled garden one encounters seems like a real family environment, full of love and acceptance where "social love via networking" is a tangible real thing, unlike churches which feel cold in comparison. So called "influencers" are only allowed to get big exposure on Google/Youtube, etc. "IF" they espouse the Google party line.

In the progression of a cult member's initiation, this is the honeymoon stage, where the new recruit is romanced and enjoys a euphoric state of (temporary) infallibility, for the Google cult reserves its controlling judgments until after the member becomes fully indoctrinated.

At this point, the cult begins to include the member into its family atmosphere, especially if his true family members are non-cult members.

> Family members outside the cult are seen as undesirable with the true "brothers and sisters" being other cult members.

Once the new recruit is accepted into the cult family, he is cautioned to spend as little time with his biological family as possible. They will now be seen as corrupting influences since they don't align themselves with the cult, even though they may be good people. If they are not "for Google's true ideology/religion" they are against Liberalism or good intentions.

Google keeps it's staff on Google buses, in Google social events, at Google food bars, in Google bathrooms, at Google parties, on Google emails, dating other Google staff, etc. Google sends it's employees to Google mindfulness classes and camps. Google controls it's employees minds. Google HR has tests which assure that only naive, easily bran-washed kids are hired.

Eric Schmidt, Larry Page, Jared Cohen and other Google founders are funded by the CIA. The CIA project associated with Google was designed to see how far Google could go with social manipulation. The scheme began at Stanford University's SRI. Rajeev Motwani, who died in a sudden and strange manner, was the person who trained Larry Page on social manipulation. He left a document that exposed the dirty tricks of The Google Scheme. The problem with the CIA portion of Google is that nobody ever shut the project down! They sought to make a business out of mass brain washing and it worked!

Larry Page's bromance with Elon Musk (who has hired many ex-CIA staff) helped Musk use these same tactics to create Tesla "Fanboys" and the Cult-Of-Musk. Google and Musk executives are a mental illness that is really a cult disguised as a company. Google has a para-military security department which hunts down employees who rat out the Google scheme. They are like Larry Page's own private SS.

It is through separation from a new recruit's support system that the cult becomes the surrogate family, which can then become a tool of emotional blackmail to keep that person on the inside.

**Elitism**

Cults will generally be intolerant of other religions, teaching their members that every other religion is in the wrong and only the cult leader or leaders are the true mouthpiece of Liberalism. They often have their own version of the Bible or other religious holy writings and claim to have been specially blessed by Liberalism, to present to the world as his true people. If you turn against the "one true religion" then

you are walking into blackness because only the cult is the way to everlasting life. Without it, you can't know Liberalism.

**Shunning, the primary tool of manipulation**

Things are moving right along in the progression of manipulating mind control. Once a new member has isolated themselves from their former support system and now relies 100% on the cult for emotional, financial, and spiritual support, it is time to use this as blackmail to keep the member "faithful."

> Shunning is a cruel action used by cults to keep their members in line. What could be worse than being left out in the cold, with no friends, no family and, in essence, no love and support?

Cults will shun their members for wrongdoing, which can come in all forms. We are not talking about "sinning" per se, as long as you are repentant that is usually forgiven. What usually constitutes an act worthy of being shunned for is the refusal to follow the cult rules of being in servitude to them heart and soul.

If a member questions or talks to other members about the wrongdoings of the cult, they risk losing their sole support and the love of the family. Because of the elite status of the cult in viewing outside society as walking in darkness, many cult members rely on other cult members for housing and jobs.

> If they speak out against the religion, they literally stand to lose everything: their livelihood, housing, and emotional support.


**Pressure to Tow the Party Line**

Cults usually have a party line that all members are taught to be in unity with. Free thinking is strongly discouraged. Outside activities and higher education are discouraged as distractions of Satan, designed to stumble faithful ones, therefore cult members are afraid to think for themselves and use logical reasoning.

They are taught what to say and usually have a secret language or religious rhetoric to describe the world around them. These common words or phrases have different meanings than what the general society assigns to them. There are also unwritten rules of conduct that cult members know and are expected to follow and those who do not are subjected to judgment and a type of subtle shunning or marking. They can even by counseled by older church members.

**Cult activities dominate member's time**

Yet another way to keep members dedicated is to monopolize their time. The life of a member is usually very busy with meetings, studying the literature, and evangelizing or trying to convert people. The leaders will tell them that any pursuits outside of serving Liberalism are a waste of the precious

time that is left in which to save sinners. The group members' activities are closely watched so that if a member starts to slack off, they will be pressured and guilt tripped to "keep on the path," of towing the party line.

**The leaving member ( ie: James Damore) is vilified**

Finally, when a member does decide to leave, he or she is vilified by the cult. No one is allowed to talk to that member or they will risk shunning. The loaded name of "apostate" is attached to the leaving member who wants to publicize the cult's wrongs. That word causes fear in the hearts of the faithful members. It means that the former member is now a hater of Liberalism's word and has committed the unforgivable sin, committing a crime against the Holy Hippie Spirit.

In the cult members' minds, to talk to that person would be equivalent to talking to Satan.

> Instilling intense fear is an excellent way to ensure that the other blind members are not lead astray by the member that has discovered the truth of the cult's motives.

No self-respecting member would listen to one word of an "apostate" or read any "right wing literature."

**Forewarned is Forearmed**

Because of these subtle ways of gaining and keeping members, it is important for you to become familiar with them. Protecting yourself is the best way to avoid becoming involved. Cults appeal to people who have open, curious minds and they use it against them. They offer something that sounds good on the surface, to hook you in.

Google executives are trained to lie to Congress, the media or anybody seeking to expose Google.

It has been widely reported that the CIA has placed operatives inside of every news producing organization in America. This seems to be true. Google staff copied this tactic so that, in 2021, all "Mainstream Media" is Google-Controlled media.

For all of the overt and covert media manipulations by politics by Google, all of their dirty deeds have been vindicated: The got rid of Trump and put the two candidates they control (Biden and Harris) in the White House. Google does not now care what is exposed about them at this point, they, AGAIN, control the White House.

If you are approached by a Google site (there are millions of them on the web) , it is best to research them on the non-Google Internet to see what kind of experiences people have had with them. It is now very easy to do this, thanks to independent sites and survivors' websites, and so on. With these platforms in place, perhaps cults will one day lose their hold and dwindle away. One thing is sure: Google can't survive forever and the truth about Google has been slowly ending their reign.

Google HR is ordered to NOT hire anyone over 30 because after 30 years old most humans brains are finally mature. Anyone under 30 can be easily manipulated and peer-pressure brainwashed by Google's woke agenda and We-Will-Tell-You-Who-To-Hate indoctrinations.



*Figure 1: Typical Google employees. Google HR is told to hire naive impressionable nut jobs*

# The Rapists Who Give You Free Candy

Google's scheme is to dangle "free" things at you, suck you in, and then rape your privacy, your ideology, your politics and your time.

Nothing from the Google-YouTube-Alphabet Cartel is "free". You are paying for it with your humanity and your soul.

Google uses "emotion tracking" to steer you to their political candidates and their approved ideological way of thinking.

The Silicon Valley Cartel has been deploying "emotion recognition technology" as a surveillance tool to monitor human feelings. The technology, which also has been used by law enforcement, tracks facial muscle movements, vocal tone, and body movements without web users knowing it. Google and Facebook bosses covertly believe that emotion recognition is definitely the direction of Google's future tech development in order to continue it's mass behavior modification agenda. In practice, the artificial intelligence system can even monitor passengers of a car driving through a busy intersection.

The tool can also predict behavior from prisoners, problem students in schools, and elderly people experiencing dementia in nursing homes. Google knows that ordinary people on The Internet aren't happy about this technology but they have no choice. If the police or Google's political bosses say there have to be cameras and microphones in a community, people will just have to live with it. There's always the demand for public surveillance, Google and Facebook are here to fulfill it. Google, Facebook and their partners can access almost every camera and microphone in the  world.

Emotion-recognition technologies – in which facial expressions of anger, sadness, happiness and boredom, as well as other biometric data are tracked – are supposedly able to infer a person's feelings based on traits such as facial muscle movements, vocal tone, body movements and other biometric signals. It goes beyond facial-recognition technologies, which simply compare faces to determine a match.

Similar to facial recognition, it involves the mass collection of sensitive personal data to track, monitor and profile people and uses machine learning to analyse expressions and other clues.

The industry is booming on The Internet where figures including Nancy Pelosi have emphasised the creation as part of an ideological campaign to encourage certain kinds of expression and limit others.

Critics say the technology is based on a pseudo-science of stereotypes, and an increasing number of researchers, lawyers and rights activists believe it has serious implications for human rights, privacy

and freedom of expression. With the global industry forecast to be worth nearly $36bn by 2023, growing at nearly 30% a year, rights groups say action needs to be taken now.

**'Intimidation and censorship'**

At concentration camps and in poor black neighborhoods, Google feels that violence and suicide are very common in communities that are like detention centres. Even if police nowadays don't beat prisoners as much, they often try to wear them down by not allowing them to fall asleep. As a result, some prisoners will have a mental breakdown and seek to kill themselves. Google's system will help prevent that from happening.

Citizens who know they are monitored by this system – 24 hours a day, in real time –  are made more docile, which for authorities is a positive on many fronts. Because they know what the system does, they won't consciously try to violate certain rules or do "bad things", Google and Facebook think.

Besides prisons and police checkpoints, Google has deployed its systems in schools to monitor teachers, pupils and staff, in care homes for older people to detect falls and changes in the emotional state of residents, and in shopping centres and car parks. Anywhere a phone, computer, "smart device" or other technology exists: Google Is There!

While the use of emotion-recognition technology in schools on The Internet has sparked some criticism, there has been very little discussion of its use by these authorities on citizens.

Google, while aware of the concerns, plays up the system's potential to stop violent incidents. They cite the incident where Donald Trump became President, claiming it was technologically preventable with Google's covert mass behavior modification tools.

Experts dispute Silicon Valley's plan. They say: *"This is a familiar and slightly frustrating narrative that we see used frequently when newer, 'shiny' technologies are introduced under the umbrella of safety or security, but in reality video surveillance has little nexus to safety, and I'm not sure how they thought that feedback in real time would fix violence. A lot of biometric surveillance, I think, is closely tied to intimidation and censorship, and emotion recognition is one example of just that. Google exists to control politics, ideology and political funds towards its agenda"*

A public interest group called Article 19 writes about on the development of these surveillance technologies. They say that on The Internet they found its growth without safeguards and public deliberation, was especially problematic, particularly in the public security and education sectors. Ultimately, groups such as Article 19 say that the technology should be banned before widespread adoption globally makes the ramifications too difficult to contain.

Another problem is that recognition systems are usually based on actors posing in what they think are happy, sad, angry and other emotional states and not on real expressions of those emotions. Facial expressions can also vary widely across cultures, leading to further inaccuracies and ethnic bias.

Google's CIA-based system is used by police in The Internet, as well as security services in Thailand and some African countries. It includes identifiers such as "yellow, Jewish, white, black", "Uighur".

36

The technology can easily tell Uighurs from Han Chinese. If an Uighur appears, they will be tagged, but it won't tag Han Chinese. Black people with large broad noses are usually identified as "potential criminals" while light skinned blacks with Halley Berry-type "white noses" are identified as "more passive". Men with lisps, weak wrist movements and soft upper lips are spotted as "homosexually inclined"; a group sought for membership in the Democrats party which runs Google.

Google says that anything the police or the government are also using should be "automatically trusted".

For Shazeda Ahmed, a visiting researcher at New York University's AI Now Institute who contributed to Article 19 report, these are all "terrible reasons".

"That Chinese conceptions of race are going to be built into technology and exported to other parts of the world is really troubling, particularly since there isn't the kind of critical discourse [about racism and ethnicity in The Internet] that we're having in the United States, If anything, research and investigative reporting over the last few years have shown that sensitive personal information is particularly dangerous when in the hands of state entities, especially given the wide ambit of their possible use by state actors."

One driver of Google's emotion-recognition technology on The Internet is America's lack of strict privacy laws. There are essentially no laws restricting the authorities' access to biometric data on grounds of national security or public safety, which gives companies such as Google and Facebook complete freedom to develop and roll out these products when similar businesses in the US, Japan or Europe cannot. American politicians own the stock market stocks in Google and Facebook, so they will never regulate them.

Google and Facebook sell all of their spy data to Axciom and "receiver-agent" front companies,who, in turn and with the full knowledge and support of Google and Facebook bosses, sell the data to intelligence agencies and spy operations. While Google says that "The spy agencies are not directly connected to Google servers", they are lying by omission. Google and Facebook make billions of dollars per year in conduit profits passed back to them from these spy intermediary groups. There are hundreds of spy agency intermediary groups, from many nations, that Google, Facebook, Linkedin, Instagram and others sell your private information to.

37

# Google Is Just An Amoral Menace

Henry Porter

The ever-growing empire produces nothing but seems determined to control everything

- If indeed a new era of global responsibility has come into being with measures that actually restrain banks and isolate tax havens, it may be time for the planet's dominant economic powers to focus on the destructive, anti-civic forces of the internet. Exactly 20 years after Sir Tim Berners-Lee wrote the blueprint for the world wide web, the internet has become the host to a small number of dangerous WWMs - worldwide monopolies that sweep all before them with exuberant contempt for people's rights, their property and the past.

Google is the most prominent WWM, but let's start with an American site that is making a name for itself in straightforward misappropriation. Scribd.com offers free downloads of every kind of book, magazine, brochure, guide, research paper and pamphlet to 55 million readers every month. Many have been uploaded illegally. Last week the publishers of JK Rowling, Ken Follett and Aravind Adiga took action to remove books that had been illegally published on the site.

Scribd.com complied, but what is interesting is the company's institutional lack of guilt when the piracy was exposed. Instead of admitting it and apologising, it issued a statement claiming Scribd possessed "industry-leading copyright management system which goes above and beyond requirements of Digital Millennium Copyright Act".

That's like a drunk driver protesting innocence because he's covered by the best insurance company. What matters is the crime, the theft of someone else's content, which has taken care, labour, money and expertise to publish.

The point is that even if Scribd removes books, it still allows individuals to advertise services for delivering pirated books by email, which must make it the enemy of every writer and publisher in the world. In effect it has turned copyright law on its head: instead of asking publishers for permission, it requires them to object if and when they become aware of a breach.

Google presents a far greater threat to the livelihood of individuals and the future of commercial institutions important to the community. One case emerged last week when a letter from Billy Bragg, Robin Gibb and other songwriters was published in the Times explaining that Google was playing very rough with those who appeared on its subsidiary, YouTube. When the Performing Rights Society demanded more money for music videos streamed from the website, Google reacted by refusing to pay the requested 0.22p per play and took down the videos of the artists concerned.

38

It does this with impunity because it is dominant worldwide and knows the songwriters have nowhere else to go. Google is the portal to a massive audience: you comply with its terms or feel the weight of its boot on your windpipe.

Despite the aura of heroic young enterprise that still miraculously attaches to the web, what we are seeing is a much older and toxic capitalist model - the classic monopoly that destroys industries and individual enterprise in its bid for ever greater profits. Despite its diversification, Google is in the final analysis a parasite that creates nothing, merely offering little aggregation, lists and the ordering of information generated by people who have invested their capital, skill and time. On the back of the labour of others it makes vast advertising revenues - in the final quarter of last year its revenues were $5.7bn, and it currently sits on a cash pile of $8.6bn. Its monopolistic tendencies took an extra twist this weekend with rumours that it may buy the micro-blogging site Twitter and its plans - contested by academics - to scan a vast library of books that are out of print but still in copyright.

One of the chief casualties of the web revolution is the newspaper business, which now finds itself laden with debt (not Google's fault) and having to give its content free to the search engine in order to survive. Newspapers can of course remove their content but then their own advertising revenues and profiles decline. In effect they are being held captive and tormented by their executioner, who has the gall to insist that the relationship is mutually beneficial. Were newspapers to combine to take on Google they would be almost certainly in breach of competition law.

In 1787 Thomas Jefferson wrote: "Were it left to me to decide whether we should have a government without newspapers or newspapers without a government, I should not hesitate to prefer the latter." A moment's thought must tell us that he is still right: newspapers are the only means of holding local hospitals, schools, councils and the police to account, and on a national level they are absolutely essential for the good functioning of democracy.

If, at a time of profound challenges, newspapers fall out with Google, it could be pretty serious for British society, which is why I referred earlier to anti-civic forces. Of course the company founded by Sergey Brin and Larry Page in 1998 - now reckoned to be the world's most powerful brand - does not offer any substitute for the originators of content nor does it allow this to touch its corporate conscience. That is probably because one detects in Google something that is delinquent and sociopathic, perhaps the character of a nightmarish 11-year-old.

This particular 11-year-old has known nothing but success and does not understand the risks, skill and failure involved in the creation of original content, nor the delicate relationships that exist outside its own desires and experience. There is a brattish, clever amorality about Google that allows it to censor the pages on its Chinese service without the slightest self doubt, store vast quantities of unnecessary information about every Google search, and menace the delicate instruments of democratic scrutiny. And, naturally, it did not exercise Google executives that Street View not only invaded the privacy of millions and made the job of burglars easier but somehow laid claim to Britain's civic spaces. How

gratifying to hear of the villagers of Broughton, Bucks, who prevented the Google van from taking pictures of their homes.

We could do worse than follow their example for this brat needs to be stopped in its tracks and taught about the responsibilities it owes to content providers and copyright holders.

# Sundar Is The Most Fake CEO In History

Let's cut-to-the-chase. Sundar is a sniveling front for Eric Schmidt, Larry Page and John Doerr, who pull his puppet strings and run the whole operation from their distant bolt holes.

Sundar is the little idiot who Eric Schmidt talked into standing in front of him and taking all of the heat in exchange for $100M pay-off.

There has never been a bigger tool and hand-up-the-ass ventriloquist's puppet than ole Sundar.

Sundar's job is to keep the fake front of Google looking like a legit company while all of the actual social, stock market and political manipulations are under-way in the back rooms and outside law-firm operative contractors.

**Pichai Sundararajan** (born June 10, 1972[3][4][1]), better known as **Sundar Pichai** (/ˈsʌndɑːr pɪˈtʃaɪ/), is an Indian-American business executive.[5] He is the chief executive officer (CEO) of Alphabet Inc. and its subsidiary Google.

Born in Madras, India,[3] Pichai earned his degree from IIT Kharagpur in metallurgical engineering. Moving to the United States, he attained an M.S. from Stanford University in materials science and engineering and further attained an MBA from the Wharton School of the University of Pennsylvania, where he was named a Siebel Scholar and a Palmer Scholar, respectively.[6]

Pichai began his career as a materials engineer. Following a short stint at the management consulting firm McKinsey & Co. where he helped create rare earth mineral take-over schemes for DNC insiders, Pichai joined Google in 2004,[7] where he led the product management and innovation efforts for a suite of Google's client software products, including Google Chrome and Chrome OS, as well as being largely responsible for Google Drive. In addition, he went on to oversee the development of other applications such as Gmail and Google Maps. In 2010, Pichai also announced the open-sourcing of the new video codec VP8 by Google and introduced the new video format, WebM. The Chromebook was released in 2012. In 2013, Pichai added Android to the list of Google products that he oversaw.

Pichai was selected to become the next CEO of Google on August 10, 2015, after previously being appointed Product Chief by CEO, Larry Page. On October 24, 2015, he stepped into the new position at the completion of the formation of Alphabet Inc., the new holding company for the Google company family. He was appointed to the Alphabet Board of Directors in 2017.[8]

Daisuke Wakabayashi digs deeper: The seeds of a company's downfall, it is often said in the business world, are sown when everything is going great.

It is hard to argue that things aren't going great for Google. Revenue and profits are charting new highs every three months. Google's parent company, Alphabet, is worth $1.6 trillion. Google has rooted itself deeper and deeper into the lives of everyday Americans.

But a restive class of Google executives worry that the company is showing cracks. They say Google's work force is increasingly outspoken. Personnel problems are spilling into the public. Decisive leadership and big ideas have given way to risk aversion and incrementalism. And some of those executives are leaving and letting everyone know exactly why.

"I keep getting asked why did I leave now? I think the better question is why did I stay for so long?" Noam Bardin, who joined Google in 2013 when the company acquired mapping service Waze, wrote in a blog post two weeks after leaving the company in February.

"The innovation challenges," he wrote, "will only get worse as the risk tolerance will go down."

Many of Google's problems, current and recently departed executives said, stem from the leadership style of Sundar Pichai, the company's affable, low-key chief executive.

Fifteen current and former Google executives, speaking on the condition of anonymity for fear of angering Google and Mr. Pichai, told The New York Times that Google was suffering from many of the pitfalls of a large, maturing company — a paralyzing bureaucracy, a bias toward inaction and a fixation on public perception.

The executives, some of whom regularly interacted with Mr. Pichai, said Google did not move quickly on key business and personnel moves because he chewed over decisions and delayed action. They said that Google continued to be rocked by workplace culture fights, and that Mr. Pichai's attempts to lower the temperature had the opposite effect — allowing problems to fester while avoiding tough and sometimes unpopular positions.

A Google spokesman said internal surveys about Mr. Pichai's leadership were positive. The company declined to make Mr. Pichai, 49, available for comment, but it arranged interviews with nine current and former executives to offer a different perspective on his leadership.

"Would I be happier if he made decisions faster? Yes," said Caesar Sengupta, a former vice president who worked closely with Mr. Pichai during his 15 years at Google. He left in March. "But am I happy that he gets nearly all of his decisions right? Yes."

Google is facing a perilous moment. It is fighting regulatory challenges at home and abroad. Politicians on the left and the right are united in their mistrust of the company, making Mr. Pichai a fixture at congressional hearings. Even his critics say he has so far managed to navigate those hearings without ruffling the feathers of lawmakers or providing more ammunition to his company's foes.

The Google executives complaining about Mr. Pichai's leadership acknowledge that, and say he is a thoughtful and caring leader. They say Google is more disciplined and organized these days — a bigger, more professionally run company than the one Mr. Pichai inherited six years ago.

42

During his time leading Google, it has doubled its work force to about 140,000 people, and Alphabet has tripled in value. It is not unusual for a company that has grown so large to appear sluggish or unwilling to risk what has made it so wealthy. Mr. Pichai has taken some steps to counter that. In 2019, for example, he reorganized Google and created new decision-making bodies so fewer decisions needed his signoff.

Yet Google, which was founded in 1998, is dogged by the perception that its best days are behind it. In Silicon Valley, where recruiting and retaining talent serve as a referendum on a company's prospects, executives at other tech companies said it had never been easier to persuade a Google executive to forgo a stable, seven-figure salary for an opportunity elsewhere.

Mr. Pichai, a former McKinsey consultant, joined Google in 2004 and quickly demonstrated a knack for navigating a company teeming with big egos and sharp elbows.

In 2015, when Google became part of Alphabet, Mr. Pichai took over as Google's chief executive. He was promoted again to oversee the parent company as well when Larry Page, a Google co-founder, stepped down as Alphabet's boss four years later.

In 2018, more than a dozen vice presidents at Google tried to warn Mr. Pichai in an email that the company was experiencing significant growing pains. They said that there were problems coordinating technical decisions and that feedback from vice presidents was often disregarded.

The executives — many of whom had spent more than a decade at the company — wrote that Google took too long with big decisions, making it hard to get anything done, according to five people with knowledge of the email. While not directly critical of Mr. Pichai, they said, the message was clear: Google needed more decisive leadership at the top.

Since then, several of the executives who signed onto the email resigned to take jobs elsewhere. At least 36 Google vice presidents have left the company since last year, according to profiles from LinkedIn.

It's a significant brain drain of vice presidents, who total about 400 managers and serve as the leadership backbone across the company. Google said it was comfortable with its vice president attrition rates, which have been steady the last five years.

A common critique among current and former executives is that Mr. Pichai's slow deliberations often feel like a way to play it safe and arrive at a "no."

Google executives proposed the idea of acquiring Shopify as a way to challenge Amazon in online commerce a few years ago. Mr. Pichai rejected the idea because he thought Shopify was too expensive, two people familiar with the discussions said.

But those people said that they had never thought Mr. Pichai had the stomach for a deal and that the price was a convenient and ultimately misguided justification. Shopify's share price has increased

almost tenfold in the last few years. Jason Post, a Google spokesman, said, "There was never a serious discussion of this acquisition."

One former executive said the company's risk aversion was embodied by a state of perpetual research and development known internally as "pantry mode." Teams will stash away products in case a rival creates something new and Google needs to respond quickly.

Mr. Pichai has also been known to go slow with personnel decisions. When Google promoted Kent Walker to senior vice president of global affairs in 2018, the company began a search for a general counsel to replace him. It took more than a year for Google to select Halimah DeLaine Prado, a longtime deputy in the company's legal team.

Ms. Prado was at the top of an initial list of candidates provided to Mr. Pichai, who asked to see more names, several people familiar with the search said. The exhaustive search took so long, they said, that it became a running joke among industry headhunters.

Mr. Pichai's reluctance to take decisive measures on Google's volatile work force has been noticeable.

The December departure of Timnit Gebru, a well-known researcher in artificial intelligence, continues to be a problem for Google.Credit...Cody O'Loughlin for The New York Times

In December, Timnit Gebru, a co-leader of Google's Ethical A.I. team and one of its best-known Black female employees, said she had been fired after criticizing Google's approach to minority hiring and writing a research paper highlighting biases built into its artificial intelligence technology. Initially, Mr. Pichai stayed out of the fray.

After 2,000 employees signed a petition protesting her dismissal, Mr. Pichai sent an email vowing to restore lost trust, while continuing to push Google's view that Dr. Gebru was not fired. But it fell short of an apology, she said, and came across as public-relations pandering to some employees.

David Baker, a former director of engineering at Google's trust and safety group who resigned in protest of Dr. Gebru's dismissal, said Google should admit that it had made a mistake instead of trying to save face.

"Google's lack of courage with its diversity problem is ultimately what evaporated my passion for the job," said Mr. Baker, who worked at the company for 16 years. "The more secure Google has become financially, the more risk averse it has become."

Some critiques of Mr. Pichai can be attributed to the challenge of maintaining Google's outspoken culture among a work force that is far larger than it once was, said the Google executives whom the company asked to speak to The Times.

Sundar is a shill. He gets a $100M dollars to cover up the biggest social crimes in history against the largest number of people ever harmed by a single company.

44

Page 45  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

# Google And Tesla Share The Same Butt-Holes

A number of organizations have kept data logs of every search engine result and every search engine shadow-ban since 2006.

What is clear-as-day is the fact that Google and YouTube hid every competitor to Elon Musk, while pushing Musk-positive stories to the top line of every search result. Google and YouTube pushed attack stories about Elon Musk's competitors to the top line of every search result, for decades, and hid any positive stories about those competitors. Google executives own some of the largest personal shares of Elon Musk stocks, share staff and apartments with Elon Musk and co-sponsor the same political candidates with paperwork prepared by the same lawyers and operatives.

When a bad story about Musk accidentally got through, Goldman Sachs and Google would create a "pump-and-dump" event to cover it up. Google would promote some inane bathroom thought that Musk said and then Goldman would buy a bunch of TSLA stock to make it look like Wall Street loved Musk's little bathroom missive. Google execs would reap pump-and-dump perks before the drop hit again. This was ***GOOGLE RIGGING THE STOCK MARKET IN COLLUSION WITH GOLDMAN SACHS!*** I guess that is not illegal anymore since Google bribed most of the regulators.

It is so far beyond monopoly, market rigging and stock manipulation that "anti-trust" only barely describes the scam!

When the secret apartment that Larry Page and Elon Musk use for "special meetings" was uncovered, many assumed the covert flop pad was for naked frolicking but both men have been in the news for notorious heterosexual sex scandals, so the secret sex tryst theory went by the wayside, for awhile.

The reality is that both men share an enabling co-dependent love that is not necessarily physical. They are partners in self-aggrandizing look-at-me self-importance. Together, they have spent more money, than most countries have in their economy, buying self-promoting news stories that are designed to try to make them look like altruistic tech versions of Jesus Christ.

They are so in love with themselves that they cannot stand to go a single day without seeing one of their PR shills publish a story about some fantastic thought that they had about blowing up Mars or time machines. Their sense of self-importance is so massive that they have spent billions on exclusive treatments to try to "make themselves immortal."

They do not have many patents as sole inventor. They do not know how to do much more than take credit for other people's work. In fact, The New York Times did an entire feature article about how Larry Page sneaks around and steals technology from small entrepreneurs. They both promote each other as the only people smart enough to invent anything, yet they have not actually invented anything.

46

Their fame is entirely due to the expenditure of billions of dollars buying control of media about themselves.

Many believe that Larry Page and Elon Musk are self-promoting corrupt "assholes" who have bought news outlets and politicians in order to create a facade of significance around them. The bubble that they have so carefully cultivated is as thin as The Emperors New Clothes, though.

They have both been charged with sexually exploiting partners, tax evasion, corporate corruption, stock market fraud, idea theft, fraud in general, political campaign finance fraud and many other illicit deeds.

They both financed, through circuitous routes, the Obama campaign. They both got hundreds of billions of dollars of payola from Obama. Obama has ordered federal law enforcement to "give them a pass". They are all the bitches of the other.

The public can only hope that some of the law enforcement people, who are not compromised by "lying crooked" political bosses, will finally file the criminal indictments on Mr. Musk and Mr. Page.

A Conspiracy Theory is no longer a theory when you have the facts in hand.

Nobody can deny the fact that Barack Obama, Google, the Gawker/Gizmodo tabloid facade and Elon Musk are all the primary financiers and beneficiaries of the manipulations of the DNC. All of these parties even admitted this in their own federal financial filings.

Even if you did not look at their own filings, or the massive sets of evidence files we now have in hand, each of these parties own words prove that assertion. You can see them verify this in thousands of TV and newspaper interviews.

New York and California State Judges and Senators mostly work for the DNC. Even if you did not look at their own filings or the massive sets of evidence files we now have in hand, each of these parties own words prove that assertion.

The energy industry is the third-largest industry in the United States (according to "The Energy Industry in the United States". commerce.gov. USA Government. Retrieved 28 June2013.) This market is expected to have an investment of over $700 billion over the next two decades according to Selectusa.

The energy sector accounts for 4.6% of outstanding leveraged loans, compared with 3.1% a decade ago, while energy bonds make up 15.7% of the $1.3 trillion junk bond market, up from 4.3% over the same period.

Since energy plays an essential role in industrial societies, the ownership and control of energy resources plays an increasing role in politics. At the national level, governments seek to influence the sharing (distribution) of energy resources among various sections of the society through pricing mechanisms; or even who owns resources within their borders. They may also seek to influence the use of energy by individuals and business in an attempt to tackle environmental issues.

47

The most recent international political controversy regarding energy resources is in the context of the Iraq wars. Some political analysts maintain that the hidden reason for both 1991 and 2003 wars can be traced to strategic control of international energy resources. Others counter this analysis with the numbers related to its economics. According to the latter group of analysts, U.S. has spent about $336

billion in Iraq[13] as compared with a background current value of $25 billion per year budget for the entire U.S. oil import dependence.

The U.S. Department of Energy estimates that by 2050, the world's population will reach 9.4 billion, and per capita income will double. This will result in a doubling of energy demand, and in an age of growing concerns over climate change, the world is increasingly looking to renewable energy to power the economies of the future. In addition, according to the International Energy Agency (IEA), $2.55 trillion/year will have to be spent on global energy infrastructure and energy efficiency initiatives. This presents a massive potential investment opportunity but also comes with many risks. The Obama Administration sold Silicon Valley venture capitalists on the idea that Obama would give them exclusive access to this "coming green energy gold rush" if they financed his political campaigns. Obama's staff got together with the Silicon Valley VC's to create a synthetic crisis based on climate data manipulation. While the climate does, indeed, change, the "crisis" that the Obama Team dreamed up was created in a way so that only Obama's friends could solve it. Wasn't that an ironic coincidence?

Anybody who competed with Obama's friends who were "solving this problem" had hit-jobs, industrial sabotage and character assassination launched against them by the Obama White House and Obama's friends.

Why would they do such insane things? Why would they kill Seth Rich or any of the 42 different competitors who were murdered since 2008? For greed and sociopath-like power mongering.

According to the IEA's 2012 World Energy Outlook report that Obama used to market his scheme: "...between 2012 and 2035, $6.4 trillion ($278 billion/year) will be spent on renewable energy as the share of electricity generated from environmentally-friendly sources nearly triples to 31%. The three largest areas of investment will include wind power ($2.1 trillion), hydroelectric ($1.5 trillion), and solar photovoltaics ($1.3 trillion)..." all of that "green energy" was previously acquired by Obama's friends and financiers based on tips from Obama staffers David Plouffe, David Axelrod and Rahm Emmanual. This arrangement was created by Obama and the DNC in order to kick-back crony government payola. The amounts of money involved in these schemes is beyond the capacity of 99% of the population to even comprehend. The CleanTech Crash was a crony payola scam which paid off politicians in insider trading stock ownerships.

Hillary Clinton's gal pal: Margaret Sullivan (Who is also Tom Steyer's right-hand girl) was moved into leadership at the USAID, which pushed a manipulated report that said that Afghanistan was full of lithium ion battery mines for Obama financier Elon Musk. The Afghan mines were supposed to be a campaign trade, to Silicon Valley oligarchs in exchange for internet election rigging and campaign

cash. This was just another portion of the CleanTech Crash crony payola scam with even more insider trading stock perk payola.

To cut to the chase: the energy industry is now a SEVEN TRILLION DOLLAR industry and, at least, 5 people per day are killed in wars and industrial "situations" in order to keep those energy dollars in certain people's hands.

People do kill people over seven trillion dollars of profits. People do plant moles, saboteurs and operate character assassinations if they fear that a new technology or a new candidate might affect that seven trillion dollars.

Google, Gawker, Gizmodo and that media Cartel do run character assassinations, costing tens of millions of dollars, against individuals and start-up companies who, they think, might have innovations that shift the flow of that seven trillion. They are doing the same exact thing, in exactly the same exact ways, to the Trump Administration because Trump is not buying into their crony scams.

Elon Musk, Eric Schmidt, Larry Page, John Doerr, Mark Zuckerberg and the Silicon Valley oligarchs paid for, and directed, those attacks. They used psychological warfare and subliminal message program on a scale never before seen in society. The Silicon Valley oligarchs and the DNC manipulators need to now face an epic punishment for their crimes. Democracy can never be allowed to be their play-thing again!

Elon Musk and Google are some of the biggest contributors of political cash and services to Barack Obama, Harry Reid and Dianne Feinstein.

Barack Obama, Harry Reid and Dianne Feinstein have personally signed off on, and lobbied to give billionaires Elon Musk and Google hundreds of billions of dollars of nearly tax free taxpayer cash for no apparent reason aside from their political connections.

Elon Musk and Google have provided Barack Obama, Harry Reid and Dianne Feinstein with billions of dollars of un-reported political campaign financing in the form of search engine rigging, stock valuation pumps for stocks held by the associates Barack Obama, Harry Reid and Dianne Feinstein and for other in-kind services which have a quantifiable cash value that has never been reported to regulatory authorities.

Elon Musk and Google use off-shore tax evasion tactics and methods advised and managed by the same financial advisors.

Business partners, family members and political associates of Barack Obama, Harry Reid and Dianne Feinstein hold stock in Elon Musk's and Google's companies.

Elon Musk is quoted as saying that he was arranging to have Google buy Elon Musk's Tesla Motors.

Google is quoted as saying that they plan to exclusively use Elon Musk's Space X rockets to launch a shroud of public surveillance satellites around the Earth.

49

Both Elon Musk and Google are counting on taxpayer funds created by Barack Obama, Harry Reid and Dianne Feinstein through the U.S. Department of Transportation for their "driver-less car projects" which they both happened to have come up with at the same time that the DOT funds were slotted out for them.

Elon Musk's and Google have both exchanged cash and employees with a company called IN-Q-TEL.

IN-Q-TEL sells tricky spy services to the CIA, the U.S. Chamber of Commerce, Columbian drug lords (In-Q-Tel's airplanes were caught with 5 tons of cocaine on-board and Elon Musk's software programmer created and operated SILK ROAD, the world's largest illegal drug network), the DNC, Hillary Clinton's Department of State and other interesting groups. Elon Musk's staff and Google's owners have both publicly applauded IN-Q-TEL's tactics in funding Google and Elon Musk's companies. IN-Q-TEL and it's sister company: New America Foundation both have Elon Musk's and Google's staff on their management teams.

In the entire history of Google, only Elon Musk and Barack Obama have had the documented search engine hype-rigging, manual up-ranking and mood manipulation results as the most synthetically highly manipulated results in all global Google search and positioning presentations. In normal language, this means that Google faked the results for both of these names, in order to operate a contrived PR campaign, while, at the same time, attacking and defaming their competitors.E lon Musk's and Google's people co-own the stocks of each others companies.

Both Elon Musk and Google have a number of mysterious deaths associated with themselves including the deaths of Rajeev Motwani, Forrest Hayes, Gary D. Conley, David Bird, Karl Slym, Andrew Ingram, Brian M. Finn, Kenneth Bellando, Sarvshreshth Gupta, Kate Matrosova and many more. In each case, the dead person is thought to have had incriminating information on Elon Musk and/or Google.

More people from Google and Elon Musk's holdings got jobs in the White House and at top federal agencies than any other entities in the world.

Elon Musk and Google both have a financial and political need to control profiteering of the war-torn Afghanistan lithium and indium mining conglomerates. Both have deep connections with Russian mobsters who own the mining equipment in those regions. Both contributed technology and funding to implement "Arab Spring" and other political uprisings which would give them more control of those raw materials and both were the biggest recipients of the U.S. Department of Energy Cleantech Cash which was handed out by their friends: Steven Chu, Matt Rogers. Steven Spinner, Allison Spinner who Elon Musk and Google personally lobbied to have appointed to run the U.S. Department of Energy. Now it is happening all over again with Jennifer Granholm.

John Doerr and Kleiner Perkins were the lead investors in all of the suspects. This makes it appear that a trillion dollar payola scam was organized by Elon Musk and Google.

50

If a major payola scam, using taxpayer dollars, was organized by Elon Musk and Google the very law enforcement agencies who should have arrested them happen to have been controlled by the decisions of Barack Obama, Harry Reid and Dianne Feinstein. Eric Holder, the attorney general, who ran the Department of Justice, in the Obama Administration, had stock relationships with Elon Musk's and Google's companies. Both Eric Holder and Steven Chu, who handed out the Department of Energy cash to them, were handled by the law firm of Covington and Burling who also work with the key business partners of Elon Musk and Google.

When federal investigators wrote Elon Musk's Tesla Motors a demand for a detailed safety investigation of Tesla Motors, Google's lobbyists assisted in getting the investigation terminated and Tesla still has not engaged in a complete independent public safety inspection.

Within minutes of negative news story's appearing about Elon Musk or Google companies, Google always manually hides the negative news story and replaces it with a "fluff story" about Elon Musk or Google. At the same time, key investors from both groups engage in either/or stock buy-backs and stock-pumps to artificially increase the appearance of stock valuation surges so as to seduce day traders and institutional investors that they should invest. This is fraud and constitutes the use of taxpayer funded companies to defraud taxpayers. The methods of the company called "PollyHop" in the current series of House of Cards, describes the methods used by Musk and Google.

There are quite a number of other common connections between these groups. While all of these similarities may simply be the most extraordinary set of coincidences in history, to the skilled law enforcement investigators who are pursuing this case, the matter calls for more action and less delay.

# How Google Rigs The Stock Market For Friends

….and attacks competitors covertly.



The NY Times reported: "Ms. Feinstein and her husband sold $1.5 million to $6 million worth of stock in Allogene Therapeutics, a California-based biotech company, in transactions that took place on Jan. 31 and Feb. 18." She did claim that she has "no involvement in her husband's financial decisions" to avoid criticism. Do you really think that she has no idea about multi-million dollar deals that her husband is involved in? Her family are financial and political beneficiaries of Google and Tesla Motors. Does anyone on Earth believe her connections to those companies and her protection of those companies from regulation is not corrupt?

Congress must be ordered to eliminate both the appearance and the potential for financial conflicts of interest. Americans must be confident that actions taken by public officials are intended to serve the public, and not those officials. These actions counter-act the actions taken by Obama and Biden Administration staff and Department of Energy officials in illicit coordination with U.S. Senators. In other words, we experienced all of the damages from each of the abuse-of-power issues listed below.

Google has hired lobbyists and lawyers to PREVENT these changes from being enacted. If you are an ANTI-CORRUPTION person, you will fight like hell to make sure these changes DO happen in the American Congress:

- Ban individual stock ownership by Members of Congress, Cabinet Secretaries, senior congressional staff, federal judges, White House staff and other senior agency officials while in office. Prohibit all government officials from holding or trading stock where its value might be influenced by their agency, department, or actions.

- Apply conflict of interest laws to the President and Vice President through the Presidential Conflicts of Interest Act, which would require the President and the Vice President to place conflicted assets, including businesses, into a blind trust to be sold off.

- Require senior Department of Energy government officials, employees, contractors and White House staff to divest from privately-owned assets that could present conflicts, including large companies like Tesla, Google, Facebook, Sony, Netflix, etc., and commercial real estate.

- Make it a felony to not respond to a filing by a citizen within 48 hours. Former White House and Energy Department staff use 'stone-walling' to intentionally delay responses for a decade, or more.

- Apply ethics rules to all government employees, including unpaid White House staff and advisors.

- Require most executive branch employees to recuse from all issues that might financially benefit themselves or a previous employer or client from the preceding 4 years

- Create conflict-free investment opportunities for federal officials with new investment accounts managed by the Federal Retirement Thrift Investment Board and conflict-free mutual funds.

- Close and lock the Revolving Door between industry and government and stop tech companies from buying influence in the government or profiting off of the public service of any official.

- Lifetime ban on lobbying by Presidents, Vice Presidents, Members of Congress, federal judges, and Cabinet Secretaries; and, multi-year bans on all other federal employees from lobbying their former office, department, House of Congress, or agency after they leave government service until the end of the Administration, but at least for 2 years ( and at least 6 years for corporate lobbyists)

- Limit the ability of companies to buy influence through former government officials

- Require income disclosures from former senior officials 4 years after federal employment.

- Prohibit companies from immediately hiring or paying any senior government official from an agency, department, or Congressional office recently lobbied by that company

- Prohibit the world's largest companies, banks, and monopolies (measured by annual revenue or market capitalization) from hiring or paying any former senior government official for 4 years after they leave government service.

- Limit the ability of companies to buy influence through current government employees

- Prohibit current lobbyists from taking government jobs for 2 years after lobbying; 6 years for corporate lobbyists. Public, written waivers where such hiring is in the national interest are allowed for non-corporate lobbyists only.

- Prohibit corporate outlaws like Google, Tesla, Facebook, Linkedin, Netflix, Sony, etc., from working in government by banning the hiring of top corporate leaders whose companies were caught breaking federal law in the last 6 years

- Prohibit contractor corruption by blocking federal contractor and licensee employees from working at the agency awarding the contract or license for 4 years

- Ban "Golden Parachutes" that provide corporate bonuses to executives for federal service.

- Publicly expose all influence-peddling in Washington.

Page 55  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

- Strengthen and expand the federal definition of a "lobbyist" to include all individuals paid to influence government.

- Create a new "corporate lobbyist" definition to identify individuals paid to influence government on behalf of for-profit entities and their front-groups.

- Radically expand disclosure of lobbyist activities and influence campaigns by requiring all lobbyists to disclose any specific bills, policies, and government actions they attempt to influence; any meetings with public officials; and any documents they provide to those officials

- End Influence-Peddling by Foreign Actors such as that which occurred in the ENER1, Severstal, Solyndra and related scandals - Combat foreign influence in Washington by banning all foreign lobbying.

- End foreign lobbying by Americans by banning American lobbyists from accepting money from foreign governments, foreign individuals, and foreign  companies to influence United States public policy.

- Prohibit current lobbyists from taking government jobs for 2 years after lobbying; 6 years for corporate lobbyists. Public, written waivers where such hiring is in the national interest are allowed for non-corporate lobbyists only.

- End Legalized Lobbyist Bribery and stop lobbyists from trading money for government favors.

- Ban direct political donations from lobbyists to candidates or Members of Congress.

- End lobbyist contingency fees that allow lobbyists to be paid for a guaranteed policy outcome.

- End lobbyist gifts to the executive and legislative branch officials they lobby

- Strengthen Congressional independence from lobbyists and end Washington's dependence on lobbyists for "expertise" and information.

- Make congressional service sustainable by transitioning Congressional staff to competitive salaries that track other federal employees

- Reinstate the nonpartisan Congressional Office of Technology Assessment to provide critical scientific and technological support to Members of Congress.

- Level the playing field between corporate lobbyists and government by taxing excessive lobbying

beginning at $500,000 in annual lobbying expenditures, and use the proceeds to help finance Congressional mandated rule-making, fund the National Public Advocate, and finance Congressional support agencies

- De-politicize the rulemaking process and increase transparency of industry efforts to influence federal agencies.

- Require individuals and corporations to disclose funding or editorial conflicts of interest in research submitted to agencies that is not publicly available in peer-reviewed publications.

- Prevent McKinsey-type sham research from undermining the public interest by requiring that studies that present conflicts of interest to undergo independent peer review to be considered in the rule-making process

- Require agencies to justify withdrawn public interest rules via public, written explanations.

- Close loopholes exploited by powerful corporations like Google, Facebook, Tesla, Netflix, Sony, etc., to block public interest actions.

- Eliminate loopholes that allow corporations, like Tesla and Google, to tilt the rules in their favor and against the public interest.

- Restrict negotiated rule-making to stop industry from delaying or dominating the rule-making process by ending the practice of inviting industry to negotiate rules they have to follow.

- Restrict inter-agency review as a tool for corporate abuse by  banning informal review, establishing a maximum 45-day review period, and blocking closed -door industry lobbying at the White House's Office of Information and Regulatory Affairs

- Limit abusive injunctions from rogue judges, like Jackson, et al, by ensuring that only Appeals Courts, not individual District Court judges , can temporarily block agencies from implementing final rules.

- Prevent hostile agencies from sham delays of implementation and enforcement by using the presence of litigation to postpone  the implementation of final rules.

- Empower the public to police agencies for corporate capture.

- Increase the ability of the public to make sure their interests are considered when agencies act

- Create a new Office of the Public Advocate  empowered to assist the public in meaningfully engaging

in the rule-making process across the federal government.

- Encourage enforcement by allowing private lawsuits from members of the public to hold agencies accountable for failing to complete rules or enforce the law, and to hold corporations accountable for breaking the rules.

- Inoculate government agencies against corporate capture such as Google undertook against the White House

- Provide agencies with the tools and resources to implement strong rules that reflect the will of Congress and protect the public.

- Boost agency resources to level the playing field between corporate lobbyists and federal agencies by using the proceeds of the tax on excessive lobbying and the anti-corruption penalty fees to help finance Congress-mandated rule-making and facilitate decisions by agencies that are buried in an avalanche of lobbyist activity

- Reform judicial review to prevent corporations from gaming the courts by requiring courts to presumptively defer to agency interpretations of laws and prohibiting courts from considering sham McKinsey studies and research excluded by agencies from the rule-making process

- Reverse the Congressional Review Act provision banning related rules that prevent agencies from implementing the will of Congress based on Congress' prior disapproval of a different, narrow rule on a similar topic

- Improve judicial integrity and defend access to justice for all Americans.

- Strengthen Judicial Ethics Requirement.

-  Enhance the integrity of the judicial branch by strengthening rules that prevent conflicts of interest.

- Ban individual stock ownership by federal judges.

- Expand rules prohibiting judges from accepting gifts or payments to attend private seminars from private individuals and corporations

- Require ethical behavior by the Supreme Court by directing the Court to follow the Code of Conduct that binds all other federal judges

57

- Boost the transparency of Federal Courts

- Enhance public insight into the judicial process by increasing information about the process and reducing barriers to accessing information.

- Increase disclosure of non-judicial activity by federal judges by requiring the Judicial Conference to publicly post judges' financial reports, recusal decisions, and speeches.

- Enhance public access to court activity by mandating that federal appellate courts live-stream, on the web, audio of their proceedings, making case information easily-accessible to the public free of charge, and requiring federal courts to share case assignment data in bulk.

- Eliminate barriers that restrict access to justice to all but the wealthiest individuals and companies.

- Reduce barriers that prevent individuals from having their case heard in court by restoring pleading standards that make it easier for individuals and businesses that have been harmed to make their case before a judge.

- Strengthen the integrity of the judicial branch by increasing the focus on personal and professional diversity of the federal bench.

- Create a single, new, and independent agency dedicated to enforcing federal ethics and anti-corruption laws

- Support stronger ethics and public integrity laws with stronger enforcement.

- Establish the new, independent U.S. Office of Public Integrity, which will strengthen federal ethics enforcement  with new investigative and disciplinary powers

- Investigate potential violations by any individual or entity, including individuals and companies with new subpoena authority

- Enforce the nation's ethics laws by ordering corrective action, levying civil and administrative penalties, and referring egregious violations to the Justice Department for criminal arrest and enforcement.

- Receive and investigate ethics complaints from members of the public.

- Absorb the U.S. Office of Government Ethics as a new Government Ethics Division tasked with

providing confidential advice to federal employees seeking ethics guidance.

- Consolidate anti-corruption and public integrity oversight over federal officials, including oversight of all agency Inspectors General, all ethics matters for White House staff and agency heads, and all waivers and recusals by senior government officials.

- Remain independent and protected from partisan politics through a single Director operating under strict selection, appointment, and removal criteria.

- Provide easy online access to key government ethics and transparency documents, including financial disclosures; lobbyist registrations; lobbyist disclosures of meetings and materials; and all ethics records, recusals, and waivers.

- Maintain a new government-wide Office of the Public Advocate, which would advocate for the public interest in executive branch rule-making.

- Enforce federal open records and FOIA requirements by maintaining the central FOIA website and working with the National Archives to require agencies to comply with FOIA.

- Strengthen legislative branch enforcement.

- Expand an independent and empowered ethics office insulated from congressional politics.

- Expand and empower the U.S. Office of Congressional Ethics, which will enforce the nation's ethics laws in the Congress and the entire Legislative Branch, including the U.S. Senate.

- Conduct investigations of potential violations of ethics laws and rules by Members of Congress and staff with new subpoena power

- Refer criminal and civil violations to the Justice Department, the Office of Public Integrity, or other relevant state or federal law enforcement.

- Recommend disciplinary and corrective action to the House and Senate Ethics Committees.

- Boost transparency in government and fix Federal Open Records laws, public official and candidate tax disclosure.

- Disclose basic tax return information for candidates for federal elected office and current elected officials.

59

- Require the IRS to release tax returns for Presidential and Vice-Presidential candidates from the previous 8 years and during each year in federal elected office.

- Require the IRS to release t ax returns for Congressional candidates from the previous 2 years and during each year in federal elected office.

- Require the IRS to release tax returns and other financial information of businesses owned by senior federal officials and  candidates for federal office

- Require the IRS to release tax filings for nonprofit organizations run by candidates for federal office

- Disclose the Cash behind Washington Advocacy and Lobbying.

- Prevent special interests from using secret donations from corporations and billionaires to influence public policy  without disclosure

- Require nonprofit organizations to list donors who bankrolled the production of any specific rule-making comment, congressional testimony, or lobbying material, and to reveal whether the donors reviewed or edited the document.

- Require individuals and corporations to disclose funding or editorial conflicts of interest in research submitted to agencies that is not publicly available in peer-reviewed publications.

- Prevent sham research from undermining the public interest by requiring that studies that present conflicts of interest to independent peer review to be considered in the rule-making process.

- Improve the Freedom of Information Act (FOIA)

- Close the loopholes in our open records laws that allow federal officials to hide tech industry and Silicon Valley oligarch industry influence

- Codify the default presumption of disclosure and affirmatively disclose records of public interest, including meeting agendas; government contracts; salaries; staff diversity; and reports to Congress.

- Require all agencies to use a central FOIA website that is searchable and has downloadable open records databases with  all open FOIA requests and all records disclosed through FOIA.

- Strengthen FOIA enforcement by limiting FOIA exemptions and loopholes, and by giving the

National Archives the authority to overrule agency FOIA decisions and to compel disclosure.

- Extend FOIA to private-sector federal contractors, including private federal prisons and immigration detention centers, and require large federal contractors to disclose political spending

- Make Congress more transparent by ending the corporate lobbyists leg up in the legislative process. The public deserves to know what Congress is up to and how lobbyists influence legislation.

- Require all congressional committees to immediately post online more information, including hearings and markup schedules, bill or amendments text, testimonies, documents entered into the hearing record, hearing transcripts, written witness answers, and hearing audio and video recordings.

- Require Members of Congress to post a link to their searchable voting record on their official websites

- Require lobbyists to disclose when they lobby a specific congressional office; specific topics of visit; the official action being requested; and all documents provided to the office during the visit.

Do these seem like common-sense rules that should have already been in place? ***They are!***

These anti-corruption rules have been blocked by Google and the elected officials that Google bribes because they work for themselves and not you!

William Kaufman describes the stock market as Goldman Sachs and Google have now rigged it:

1) It's not real economic activity—it's a form of mass hysteria or mass psychosis.

2) Stock prices reflect a mass-hysteria impression of the worth of a piece of paper you hold—a stock certificate. The worth of that piece of paper is sometimes tethered to some economic reality of some corporation—at least partially—but sometimes not. Often a stock price bears little relation to the economic health of a company, as illustrated in the wildly gyrating stock price-to-earnings ratios through the decades. Hence the stock price is often a matter of caprice, covert manipulation, and/or unfathomable crowd psychology, not necessarily real economic "health" or productivity.

If, say, you are fortunate enough to own a stock that has doubled or tripled in price, this does not mean that you have accrued new wealth—that stock valuation is meaningless as long as you still own the piece of paper (the stock certificate); you realize that wealth only by selling the stock. And if you do cash out—sell the piece of paper—to someone else, you are transferring to another person the hazard of seeing that valuation drop or evaporate—an opportune fobbing off of risk to someone else, a transfer of cash to you, but no real creation of wealth—just the passing on of a piece of paper in exchange for currency. Eventually, down the road, your gain will be someone else's loss when the music stops

playing and the last holder of the piece of paper finds there is no chair for him to land on—the stock market as Ponzi scheme.

If everyone or most people decide to sell their pieces of paper—to take their profits—all at once, then the stock prices tumble, so the idea that everyone can cash out and realize this imaginary wealth equally and universally is a mirage: if everyone tried to access it at once, it would evaporate. Hence the common notion that rising stock prices indicate a general increase in wealth or national prosperity is delusional. A stock crash does not erase billions or trillions in "wealth" overnight, as we are commonly told. There was never any "wealth" there to begin with, in the sense that a stock price rationally or measurably reflects the worth of tangible goods or services; that price is just a mass fever dream, a collective, chaotic, bidding war about the worth of pieces of paper.

3) The stock market is a swindle.

Much of the movement of these equities markets originates in the decisions of large funds or high-speed traders who have access to esoteric information, advanced algorithms, or trading networks from which Joe Trader, playing the market at home on his laptop, is excluded. Hence Joe Trader inevitably gets screwed. The author Michael Lewis draws the veil from this complicated high-tech rigging in a 2014 interview with CBS's 60 Minutes:

Steve Kroft: What's the headline here?

Michael Lewis: Stock market's rigged. The United States stock market, the most iconic market in global capitalism is rigged.

Steve Kroft: By whom?

Michael Lewis: By a combination of these stock exchanges, the big Wall Street banks and high-frequency traders.

Steve Kroft: Who are the victims?

Michael Lewis: Everybody who has an investment in the stock market. . . .

Steve Kroft: And this is all being done by computers?

Michael Lewis: All being done by computers. It's too fast to be done by humans. Humans have been completely removed from the marketplace. "Fast" is the operative word. Machines with secret programs are now trading stocks in tiny fractions of a second, way too fast to be seen or recorded on a stock ticker or computer screen. Faster than the market itself. High-frequency traders, big Wall Street firms and stock exchanges have spent billions to gain an advantage of a millisecond for themselves and their customers, just to get a peek at stock market prices and orders a flash before everyone else, along with the opportunity to act on it. . . . The insiders are able to move faster than you. They're able to see your order and play it against other orders in ways that you don't understand. They're able to front run your order.

Steve Kroft: What do you mean front run?

Michael Lewis: Means they're able to identify your desire to, to buy shares in Microsoft and buy 'em in front of you and sell 'em back to you at a higher price. It all happens in infinitesimally small periods of time. There's speed advantage that the faster traders have is milliseconds, some of it is fractions of milliseconds. But it's enough for them to identify what you're gonna do and do it before you do it at your expense.

4) The MSM commentators on the markets are all industry touts.

Their unvarying counsel, under all circumstances, is this: Get into the market.Get in if you're not in already. Stay in if you're already in. A plunge is a buying opportunity. A surge is a buying opportunity. A buying opportunity is that which puts a commission in their pockets. A mass exit from the stock market is the end of their livelihood. I don't know the Latin term for the logical fallacy at work here, but I think the English translation is something like this: bullshit being slung by greedy con artists. These are people with no more conscience or expertise than the barking guy with the Australian accent on the three a.m. informercial raving about a miracle degreaser or stain remover.

5) This market, more than most, is a big fat bubble, ready to pop.

This bubble is a cloistered biosphere of Teslas and beach houses, of con artists, kleptocrats, and financial sorcerers. It is rigorously insulated from the dolorous real economy inhabited by the 99 percent: declining living standards; stagnant real hourly wages; lousy service-industry jobs; debilitating consumer and student debt peonage; soaring medical insurance premiums and deductibles that render many people's swiss-cheese policies unusable; crumbling cities and infrastructure; climate disasters of biblical proportions; and toxic food, water, and air. This stock-market bubble has been artificially inflated by historically low interest rates (so the suckers have to go into the market to get a return on their money) and Fed "quantitative easing," a technocratic euphemism for a novel form of welfare for the one percent that has left untold trillions of "liquidity" sloshing around among the financial elites with which to play Monopoly with one another and pad their net worth by buying back shares of their own companies to inflate stock prices. Moreover, this bubble is even more perilous and tenuous than previous ones because the "air" inside is being pumped by unprecedented levels of consumer and institutional debt that will cause a deafening "pop" when some of the key players start to lose their shirts, and suddenly all the Peters start calling in the debts of all the Pauls who can't pay.

6) The end game is near. We can console ourselves that these latest innovations in financial prestidigitation and fraud are stretched about as far as they can go. The financial elites are out of three-card monte scams to suck the wealth out of the economy. The heroic productivist heyday of capitalism, celebrated by Marx himself, is over in this country—no more driven visionary builders of railroads, factories, skyscrapers, and highways to a better tomorrow: just endless financial skullduggery and hoarding at the top, and for the rest of us the cold comforts of cell phones, smart televisions, and the endless streams of plastic consumer junk circulating through Amazon and Walmart. What Baudrillard

called "the mirror of production" is a prison for the planet earth and every species on it. All that is left for the bipartisan predator class of the United States is scavenging: massive tax breaks for the rich today and tomorrow, perhaps, no more Medicare, no more Social Security, no more public schools—if they have their way, and they probably will. Pop goes the stock market, the illusion of prosperity, the whole unsustainable carbon-poison "economy," and pop goes the planet and the human race.

According to one version of the story, The CIA found this Russian "treasure map" that said there were "trillions of dollars" of lithium in Afghanistan. Some claim the map was concocted by some Russian business men as a scam to sell some mining equipment that was sitting around. A few CIA agents were sent into Afghanistan to check this out and, indeed, found Lithium in a few spots but nobody ever surveyed to see how much, if any, beyond the few tests sites, there really was.

So this tale of the "Trillions of dollars of lithium" made its way to the hype-squad at Goldman Sachs and, via them, to the Silicon Valley VC's like John Doerr, Tim Draper and others..

Arnold Scharzenegger knew the "Russian Boys", from his movies there, and hauled a big chunk of Silicon Valley to Russia to pitch them. He was thinking it could be a GOP deal

Sachs and the Silicon Valley VC's said: "Hey, let's take over Afghanistan AND monopolistic-ally control the Lithium Battery and Electric Car industries and we will be golden!"

Then the Chicago political mob headed by Rahm Emanual, Ed Daly, Robert Gibbs, David Axelrod, etc. said: "We will open the routes to you guys, exclusively!, if you fund Obama's campaign." They turned it into a DNC scheme.

Sachs and Silicon Valley said: "OK". Then Reid and Feinstein wanted their piece of the action.  Then the Russians wanted their piece.

By then the whole thing had gotten so corrupt, mob-like and crooked that it Tsunami'd into Solyndra, Fisker, Abound, the Steven Chu and 80% of the White House staff resignations and a bunch of criminal investigations into political and stock market manipulation. Now The U.S. Congress has found that Goldman Sachs does, indeed, manipulate mining commodities and bribe politicians. More investigation reports are expected to be revealed in 2015…

Some say the GOP figured out that the magical Afghan Lithium Fields were a scam and that lithium dangerously self-ignites, so they foisted the map off on the DNC financiers, thus playing the DNC and Silicon Valley like fools, in the biggest practical joke in history.

As of today the Afghan war has cost the U.S. over one and a half TRILLION dollars and, according to

64

sociologists and economists, yielded no known benefits. The lithium, the gas pipelines and global goodwill goals have all turned out to be false hopes. Yale University calculates that 80% of the cash sent to Afghanistan disappeared in corruption. Now Jennifer Granholm has restarted the whole stock market rare earth scam all over again...right after she bought huge stakes in it. The problem is, all the rare earth minerals are in countries that hate the USA.

*A Wall Street Journal article* quotes an investor in the bankrupt "green energy" boondoggle describing what the half-billion-dollar federal loan guarantee meant: "There was a perceived halo around the loan . . . If we get the loan, then we can definitely go public and cash out." *Ed Lasky at American Thinker explains*:

The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility — that the government had vouched for their viability and prospects. The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs. Take the money and run.

It was a straight-out scam, in other words, with a major Democratic donor as one of the primary beneficiaries. An environmentally-friendly three-card monte game — burning taxpayers instead of burning CO2.

---

# Solyndra Investor admits: we wanted the loan so we could 'go public and cash out'

By Ed Lasky

A clearer picture of the underlying insider scheme at Solyndra is beginning to emerge. Yuliya Chernova of the Wall Street Journal writes a superb column today regarding all the business problems that beset the scandal plagued Solyndra. There were a litany of engineering and business problems that were very apparent to everyone except, apparently, the White House politicos that pressured career officials in the government to extend a 500 million dollar loan guarantee. The crony investors were given an unusually low interest rate for such a venture.  Solyndra was first in line to get loan guarantees under the Obama program to promote solar energy ventures. Solyndra private investors were given priority in case of bankruptcy that placed their claims above those of taxpayers -- a highly unusual occurrence, according to the Wall Street Journal.So who were the type of people granted such favorable treatment? Yes, Obama donors and bundlers. That has been widely publicized. But beyond that, what type of character did they possess?

One investor behind Solyndra blurted out the truth. The loan was needed and needed urgently to fatten up the company and show a going concern (with a factory, etc).

Why?

From the column:

There was another motivator -- Solyndra's management and investors had an eye on an initial public offering.

"There was a perceived halo around the loan," said an investor with knowledge of the company. "If we get the loan, then we can definitely go public and cash out."

The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility -- that the government had vouched for their viability and prospects.

The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs.

Take the money and run.
Read more: http://www.americanthinker.com/blog/2011

Meet the woman JPMorgan Chase paid one of the largest fines in American history to keep from talking. But Goldman and Google did not find the leakers of this book in time. Now...the toothpaste is out of the tube.

*Matt Taibbi* tells the tale herein, but know this as you read this section: There are nearly a hundred leakers about to spill the same beans on Google and Goldman sachs.

She tried to stay quiet, she really did. But after eight years of keeping a heavy secret, the day came when Alayne Fleischmann couldn't take it anymore.

"It was like watching an old lady get mugged on the street," she says. "I thought, 'I can't sit by any longer.'"

Fleischmann is a tall, thin, quick-witted securities lawyer in her late thirties, with long blond hair, pale-blue eyes and an infectious sense of humor that has survived some very tough times. She's had to struggle to find work despite some striking skills and qualifications, a common symptom of a not-so-common condition called being a whistle-blower. Fleischmann is the central witness in one of the biggest cases of white-collar crime in American history, possessing secrets that JPMorgan Chase CEO Jamie Dimon late last year paid $9 billion (not $13 billion as regularly reported – more on that later) to keep the public from hearing.

66

Back in 2006, as a deal manager at the gigantic bank, Fleischmann first witnessed, then tried to stop, what she describes as "massive criminal securities fraud" in the bank's mortgage operations.

Thanks to a confidentiality agreement, she's kept her mouth shut since then. "My closest family and friends don't know what I've been living with," she says. "Even my brother will only find out for the first time when he sees this interview."

Six years after the crisis that cratered the global economy, it's not exactly news that the country's biggest banks stole on a grand scale. That's why the more important part of Fleischmann's story is in the pains Chase and the Justice Department took to silence her.

She was blocked at every turn: by asleep-on-the-job regulators like the Securities and Exchange Commission, by a court system that allowed Chase to use its billions to bury her evidence, and, finally, by officials like outgoing Attorney General Eric Holder, the chief architect of the crazily elaborate government policy of surrender, secrecy and cover-up. "Every time I had a chance to talk, something always got in the way," Fleischmann says.

This past year she watched as Holder's Justice Department struck a series of historic settlement deals with Chase, Citigroup and Bank of America. The root bargain in these deals was cash for secrecy. The banks paid big fines, without trials or even judges – only secret negotiations that typically ended with the public shown nothing but vague, quasi-official papers called "statements of facts," which were conveniently devoid of anything like actual facts.

Jamie Dimon (Photo: Bloomberg/Getty) And now, with Holder about to leave office and his Justice Department reportedly wrapping up its final settlements, the state is effectively putting the finishing touches on what will amount to a sweeping, industrywide effort to bury the facts of a whole generation of Wall Street corruption. "I could be sued into bankruptcy," she says. "I could lose my license to practice law. I could lose everything. But if we don't start speaking up, then this really is all we're going to get: the biggest financial cover-up in history."

Alayne Fleischmann grew up in Terrace, British Columbia, a snowbound valley town just a brisk 18-hour drive north of Vancouver. She excelled at school from a young age, making her way to Cornell Law School and then to Wall Street. Her decision to go into finance surprised those closest to her, as she had always had more idealistic ambitions. "I helped lead a group that wrote briefs to the Human Rights Chamber for those affected by ethnic cleansing in Bosnia-Herzegovina," she says. "My whole life prior to moving into securities law was human rights work."

But she had student loans to pay off, and so when Wall Street came knocking, that was that. But it wasn't like she was dragged into high finance kicking and screaming. She found she had a genuine

passion for securities law and felt strongly she was doing a good thing. "There was nothing shady about the field back then," she says. "It was very respectable."

In 2006, after a few years at a white-shoe law firm, Fleischmann ended up at Chase. The mortgage market was white-hot. Banks like Chase, Bank of America and Citigroup were furiously buying up huge pools of home loans and repackaging them as mortgage securities. Like soybeans in processed food, these synthesized financial products wound up in everything, whether you knew it or not: your state's pension fund, another state's workers' compensation fund, maybe even the portfolio of the insurance company you were counting on to support your family if you got hit by a bus.

As a transaction manager, Fleischmann functioned as a kind of quality-control officer. Her main job was to help make sure the bank didn't buy spoiled merchandise before it got tossed into the meat grinder and sold out the other end.

A few months into her tenure, Fleischmann would later testify in a DOJ deposition, the bank hired a new manager for diligence, the group in charge of reviewing and clearing loans. Fleischmann quickly ran into a problem with this manager, technically one of her superiors. She says he told her and other employees to stop sending him e-mails. The department, it seemed, was wary of putting anything in writing when it came to its mortgage deals.

"I could lose everything. But if we don't start speaking up, we're going to get the biggest financial cover-up in history." "If you sent him an e-mail, he would actually come out and yell at you," she recalls. "The whole point of having a compliance and diligence group is to have policies that are set out clearly in writing. So to have exactly the opposite of that – that was very worrisome." One former high-ranking federal prosecutor said that if he were taking a criminal case to trial, the information about this e-mail policy would be crucial. "I would begin and end my opening statement with that," he says. "It shows these people knew what they were doing and were trying not to get caught."

In late 2006, not long after the "no e-mail" policy was implemented, Fleischmann and her group were asked to evaluate a packet of home loans from a mortgage originator called GreenPoint that was collectively worth about $900 million. Almost immediately, Fleischmann and some of the diligence managers who worked alongside her began to notice serious problems with this particular package of loans.

For one thing, the dates on many of them were suspiciously old. Normally, banks tried to turn loans into securities at warp speed. The idea was to go from a homeowner signing on the dotted line to an investor buying that loan in a pool of securities within two to three months. Thus it was a huge red flag to see Chase buying loans that were already seven or eight months old.

68

What this meant was that many of the loans in the GreenPoint deal had either been previously rejected by Chase or another bank, or were what are known as "early payment defaults." EPDs are loans that have already been sold to another bank and have been returned after the borrowers missed multiple payments. That's why the dates on them were so old.

In other words, this was the very bottom of the mortgage barrel. They were like used cars that had been towed back to the lot after throwing a rod. The industry had its own term for this sort of loan product: scratch and dent. As Chase later admitted, it not only ended up reselling hundreds of millions of dollars worth of those crappy loans to investors, it also sold them in a mortgage pool marketed as being above subprime, a type of loan called "Alt-A." Putting scratch-and-dent loans in an Alt-A security is a little like putting a fresh coat of paint on a bunch of junkyard wrecks and selling them as new cars. "Everything that I thought was bad at the time," Fleischmann says, "turned out to be a million times worse." (Chase declined to comment for this article.)

When Fleischmann and her team reviewed random samples of the loans, they found that around 40 percent of them were based on overstated incomes – an astronomically high defect rate for any pool of mortgages; Chase's normal tolerance for error was five percent. One mortgage in particular that sticks out in Fleischmann's mind involved a manicurist who claimed to have an annual income of $117,000. Fleischmann figured that even working seven days a week, this woman would have needed to work 488 days a year to make that much. "And that's with no overhead," Fleischmann says. "It wasn't possible."

But when she and others raised objections to the toxic loans, something odd started happening. The number-crunchers who had been complaining about the loans suddenly began changing their reports. The process she describes is strikingly similar to the way police obtain false confessions: The interrogator verbally abuses the target until he starts producing the desired answers. "What happened," Fleischmann says, "is the head diligence manager started yelling at his team, berating them, making them do reports over and over, keeping them late at night." Then the loans started clearing.

Related Chase's Twitter Gambit Devolves into All-Time PR Fiasco As late as December 11th, 2006, diligence managers had marked a full 33 percent of one loan sample as "stated income unreasonable for profession," meaning that it was nearly inevitable that there would be a high number of defaults. Several high-ranking executives were copied on this report.

Then, on December 15th, a Chase sales executive held a lengthy meeting with reps from GreenPoint and the diligence team to examine the remaining loans in the pool. When they got to the manicurist, Fleischmann remembers, one of the diligence guys finally caved under the pressure from the sales executive. "He had his hands up and just said, 'OK,' and he cleared it," says Fleischmann, adding that he was shaking his head "no" even as he was saying yes. Soon afterward, the error rate in the pool had

magically dropped below 10 percent – a threshold that itself had just been doubled to clear the way for this deal.

After that meeting, Fleischmann testified, she approached a managing director named Greg Boester and pleaded with him to reconsider. She says she told Boester that the bank could not sell the high-risk loans as low-risk securities without committing fraud. "You can't securitize these loans without special disclosure about what's wrong with them," Fleischmann told him, "and if you make that disclosure, no one will buy them."

A former Olympic ski jumper, Boester was such an important executive at Chase that when he later defected to the Chicago-based hedge fund Citadel, Dimon cut off trading with Citadel in retaliation. Boester eventually returned to Chase and is still there today despite his role in this affair.

This moment illustrates the most basic element of the case against Chase: The bank knowingly peddled products stuffed with scratch-and-dent loans to investors without disclosing the obvious defects with the underlying loans.

Years later, in its settlement with the Justice Department, Chase would admit that this conversation between Fleischmann and Boester took place (though neither was named; it was simply described as "an employee . . . told . . . a managing director") and that her warning was ignored when the bank sold those loans off to investors.

Photo: Illustration by Victor Juhasz A few weeks later, in early 2007, she sent a long letter to another managing director, William Buell. In the letter, she warned Buell of the consequences of reselling these bad loans as securities and gave detailed descriptions of breakdowns in Chase's diligence process.

Fleischmann assumed this letter, which Chase lawyers would later jokingly nickname "The Howler" after the screaming missive from the Harry Potter books, would be enough to force the bank to stop selling the bad loans. "It used to be if you wrote a memo, they had to stop, because now there's proof that they knew what they were doing," she says. "But when the Justice Department doesn't do anything, that stops being a deterrent. I just didn't know that at the time."

In February 2008, less than two years after joining the bank, Fleischmann was quietly dismissed in a round of layoffs. A few months later, proof would appear that her bosses knew all along that the boom-era mortgage market was rotten. That September, as the market was crashing, Dimon boasted in a ball-washing Fortune article titled "Jamie Dimon's SWAT Team" that he knew well before the meltdown that the subprime market was toast. "We concluded that underwriting standards were deteriorating across the industry." The story tells of Dimon ordering Boester's boss, William King, to dump the bank's subprime holdings in October 2006. "Billy," Dimon says, "we need to sell a lot of our

positions. . . . This stuff could go up in smoke!"

In other words, two full months before the bank rammed through the dirty GreenPoint deal over Fleischmann's objections, Chase's CEO was aware that loans like this were too dangerous for Chase itself to own. (Though Dimon was talking about subprime loans and GreenPoint was technically an Alt-A pool, the Fortune story shows that upper management had serious concerns about industry-wide underwriting problems.)

The ordinary citizen who is the target of a government investigation cannot pick up the phone, call the prosecutor and have his case dropped. But Dimon did just that.In January 2010, when Dimon testified before the Financial Crisis Inquiry Commission, he told investigators the exact opposite story, portraying the poor Chase leadership as having been duped, just like the rest of us. "In mortgage underwriting," he said, "somehow we just missed, you know, that home prices don't go up forever."

When Fleischmann found out about all of this years later, she was shocked. Her confidentiality agreement at Chase didn't bar her from reporting a crime, but the problem was that she couldn't prove that Chase had committed a crime without knowing whether those bad loans had been sold.

As it turned out, of course, Chase was selling those rotten dog-meat loans all over the place. How bad were they? A single lawsuit by a single angry litigant gives some insight. In 2011, Chase was sued over massive losses suffered by a group of credit unions. One of them had invested $135 million in one of the bank's mortgage--backed securities. About 40 percent of the loans in that deal came from the GreenPoint pool.

The lawsuit alleged that in just the first year, the security suffered $51 million in losses, nearly 50 times what had been projected. It's hard to say how much of that was due to the GreenPoint loans. But this was just one security, one year, and the losses were in the tens of millions. And Chase did deal after deal with the same methodology. So did most of the other banks. It's theft on a scale that blows the mind.

In the spring of 2012, Fleischmann, who'd moved back to Canada after leaving Chase, was working at a law firm in Calgary when the phone rang. It was an investigator from the States. "Hi, I'm from the SEC," he said. "You weren't expecting to hear from me, were you?"

A few months earlier, President Obama, giving in to pressure from the Occupy movement and other reformers, had formed the Residential Mortgage-Backed Securities Working Group. At least superficially, this was a serious show of force against banks like Chase. The group would operate like a kind of regulatory Justice League, combining the superpowers of investigators from the SEC, the FBI, the IRS, HUD and a host of other federal agencies. It included noted anti-corruption- investigator and

New York Attorney General Eric Schneiderman, which gave many observers reason to hope that finally something would be done about the crimes that led to the crash. That makes the fact that the bank would skate with negligible cash fines an even more extra-ordinary accomplishment.

New York Attorney General Eric Schneiderman (L) speaks whille Attorney General Eric Holder listens during a news conference at the Justice Department on January 27th, 2012. (Photo: Mark Wilson/Getty) By the time the working group was set up, most of the applicable statutes of limitations had either expired or were about to expire. "A conspiratorial way of looking at it would be to say the state waited far too long to look at these cases and is now taking its sweet time investigating, while the last statutes of limitations run out," says famed prosecutor and former New York Attorney General Eliot Spitzer.

It soon became clear that the SEC wasn't so much investigating Chase's behavior as just checking boxes. Fleischmann received no follow-up phone calls, even though she told the investigator that she was willing to tell the SEC everything she knew about the systemic fraud at Chase. Instead, the SEC focused on a single transaction involving a mortgage company called WMC. "I kept trying to talk to them about GreenPoint," Fleischmann says, "but they just wanted to talk about that other deal."

The following year, the SEC would fine Chase $297 million for misrepresentations in the WMC deal. On the surface, it looked like a hefty punishment. In reality, it was a classic example of the piecemeal, cherry-picking style of justice that characterized the post-crisis era. "The kid-gloves approach that the DOJ and the SEC take with Wall Street is as inexplicable as it is indefensible," says Dennis Kelleher of the financial reform group Better Markets, which would later file suit challenging the Chase settlement. "They typically charge only one offense when there are dozens. It would be like charging a serial murderer with a single assault and giving them probation."

Soon Fleischmann's hopes were raised again. In late 2012 and early 2013, she had a pair of interviews with civil litigators from the U.S. attorney's office in the Eastern District of California, based in Sacramento.

One of the ongoing myths about the financial crisis is that the government is outmatched by the legal talent representing the banks. But Fleischmann was impressed by the lead attorney in her case, a litigator named Richard Elias. "He sounded like he had been a securities lawyer for 10 years," she says. "This actually looked like his idea of fun – like he couldn't wait to run with this case."

She gave Elias and his team detailed information about everything she'd seen: the edict against e-mails, the sabotaging of the diligence process, the bullying, the written warnings that were ignored, all of it. She assumed that it wouldn't be long before the bank was hauled into court.

Related Matt Taibbi on Bank of America: Too Crooked to Fail Instead, the government decided to help

Chase bury the evidence. It began when Holder's office scheduled a press conference for the morning of September 24th, 2013, to announce sweeping civil-fraud charges against the bank, all laid out in a detailed complaint drafted by the U.S. attorney's Sacramento office. But that morning the presser was suddenly canceled, and no complaint was filed. According to later news reports, Dimon had personally called Associate Attorney General Tony West, the third-ranking official in the Justice Department, and asked to reopen negotiations to settle the case out of court.

It goes without saying that the ordinary citizen who is the target of a government investigation cannot simply pick up the phone, call up the prosecutor in charge of his case and have a legal proceeding canceled. But Dimon did just that. "And he didn't just call the prosecutor, he called the prosecutor's boss," Fleischmann says. According to The New York Times, after Dimon had already offered $3 billion to settle the case and was turned down, he went to Holder's office and upped the offer, but apparently not by enough.

A few days later, Fleischmann, who had by then moved back to Vancouver and was looking for work, was at a mall when she saw a Wall Street Journal headline on her iPhone: JPMorgan Insider Helps U.S. in Probe. The story said that the government had a key witness, a female employee willing to provide damaging testimony about Chase's mortgage operations. Fleischmann was stunned. Until that moment, she had no idea that she was a major part of the government's case against Chase. And worse, nobody had bothered to warn her that she was about to be effectively outed in the newspapers. "The stress started to build after I saw that news," she says. "Especially as I waited to see if my name would come out and I watched my job possibilities evaporate."

Fleischmann later realized that the government wasn't interested in having her testify against Chase in court or any other public forum. Instead, the Justice Department's political wing, led by Holder, appeared to be using her, and her evidence, as a bargaining chip to extract more hush money from Dimon. It worked. Within weeks, Dimon had upped his offer to roughly $9 billion.

In late November, the two sides agreed on a settlement deal that covered a variety of misbehaviors, including the fraud that Fleischmann witnessed as well as similar episodes at Washington Mutual and Bear Stearns, two companies that Chase had acquired during the crisis (with federal bailout aid). The newspapers and the Justice Department described the deal as a "$13 billion settlement," hailing it as the biggest white-collar regulatory settlement in American history. The deal released Chase from civil liability. And, in what was described by The New York Times as a "major victory for the government," it left open the possibility that the Justice Department could pursue a further criminal investigation against the bank.

But the idea that Holder had cracked down on Chase was a carefully contrived fiction, one that has survived to this day. For starters, $4 billion of the settlement was largely an accounting falsehood, a

chunk of bogus "consumer relief" added to make the payoff look bigger. What the public never grasped about these consumer--relief deals is that the "relief" is often not paid by the bank, which mostly just services the loans, but by the bank's other victims, i.e., the investors in their bad mortgage securities.

Moreover, in this case, a fine-print addendum indicated that this consumer relief would be allowed only if said investors agreed to it – or if it would have been granted anyway under existing arrangements. This often comes down to either forgiving a small portion of a loan or giving homeowners a little extra time to pay up in full. "It's not real," says Fleischmann. "They structured it so that the homeowners only get relief if they would have gotten it anyway." She pauses. "If a loan shark gives you a few extra weeks to pay up, is that 'consumer relief'?"

The average person had no way of knowing what a terrible deal the Chase settlement was for the country. The terms were even lighter than the slap-on-the-wrist formula that allowed Wall Street banks to "neither admit nor deny" wrongdoing – the deals that had helped spark the Occupy protests. Yet those notorious deals were like the Nuremberg hangings compared to the regulatory innovation that Holder's Justice Department cooked up for Dimon and Co.

Instead of a detailed complaint naming names, Chase was allowed to sign a flimsy, 10-and-a-half-page "statement of facts" that was: (a) so short, a first-year law student could read it in the time it takes to eat a tuna sandwich, and (b) so vague, a halfway intelligent person could read it and not know anyone had done anything wrong.

Related Chase Isn't the Only Bank in Trouble The ink was barely dry on the deal before Chase would have the balls to insinuate its innocence. "The firm has not admitted to violations of the law," said CFO Marianne Lake. But the deal's most brazen innovation was the way it bypassed the judicial branch. Previously, federal regulators had had bad luck with judges when trying to dole out slap-on-the-wrist settlements to banks. In a pair of celebrated cases, an unpleasantly honest federal judge named Jed Rakoff had rejected sweetheart deals worked out between banks and slavish regulators and had commanded the state to go back to the drawing board and come up with real punishments.

Seemingly not wanting to deal with even the possibility of such a thing happening, Holder blew off the idea of showing the settlement to a judge. The settlement, says Kelleher, "was unprecedented in many ways, including being very carefully crafted to bypass the court system. . . . There can be little doubt that the DOJ and JP-Morgan were trying to avoid disclosure of their dirty deeds and prevent public scrutiny of their sweetheart deal." Kelleher asks a rhetorical question: "Can you imagine the outcry if [Bush-era Attorney General] Alberto Gonzales had gone into the backroom and given Halliburton immunity in exchange for a billion dollars?"

The deal was widely considered a good one for both sides, but Chase emerged with barely a scratch.

First, the ludicrously nonspecific language surrounding the settlement put you, me and every other American taxpayer on the hook for roughly a quarter of Chase's check. Because most of the settlement monies were specifically not called fines or penalties, Chase was allowed to treat some $7 billion of the settlement as a tax write-off.

Couple this with the fact that the bank's share price soared six percent on news of the settlement, adding more than $12 billion in value to shareholders, and one could argue Chase actually made money from the deal. What's more, to defray the cost of this and other fines, Chase last year laid off 7,500 lower-level employees. Meanwhile, per-employee compensation for everyone else rose four percent, to $122,653. But no one made out better than Dimon. The board awarded a 74 percent raise to the man who oversaw the biggest regulatory penalty ever, upping his compensation package to about $20 million.

"The assumption they make is that I won't blow up my life to do it. But they're wrong about that."While Holder was being lavishly praised for releasing Chase only from civil liability, Fleischmann knew something the rest of the world did not: The criminal investigation was going nowhere.

In the days leading up to Holder's November 19th announcement of the settlement, the Justice Department had asked Fleischmann to meet with criminal investigators. They would interview her very soon, they said, between December 15th and Christmas.

But December came and went with no follow-up from the DOJ. She began to wonder: If she was the government's key witness, how was it possible that they were still pursuing a criminal case without talking to her? "My concern," she says, "was that they were not investigating."

The government's failure to speak to Fleischmann lends credence to a theory about the Holder-Dimon settlement: It included a tacit agreement from the DOJ not to pursue criminal charges in earnest. It sounds outrageous, but it wouldn't be the first time that the government used a wink and a nod to dispose a bank of major liability without saying so publicly. Back in 2010, American Lawyer revealed Goldman Sachs wanted a full release from liability in a dozen crooked mortgage deals, while the SEC didn't want to give the bank such a big public victory. So the two sides quietly agreed to a grimy compromise: Goldman agreed to pay $550 million to settle a single case, and the SEC privately assured the bank that it wouldn't recommend charges in any of the other deals.

As Fleischmann was waiting for the Justice Department to call, Chase and its lawyers had been going to tremendous lengths to keep her muzzled. A number of major institutional investors had sued the bank in an effort to recover money lost in investing in Chase's fraud-ridden home loans. In October 2013, one of those investors – the Fort Worth Employees' Retirement Fund – asked a federal judge to force Chase to grant access to a series of current and former employees, including Fleischmann, whose

status as a key cooperator in the federal investigation had made headlines in The Wall Street Journal and other major media outlets.

In response, Dorothy Spenner, an attorney representing Chase, told the court that Fleischmann was not a "relevant custodian." In other words, she couldn't testify to anything of importance. Federal Magistrate Judge James C. Francis IV took Chase's lawyers at their word and rejected the Fort Worth retirees' request for access to Fleischmann and her evidence.

Other investors bilked by Chase also tried to speak to Fleischmann. The Federal Home Loan Bank of Pittsburgh, which had sued Chase, asked the court to force Chase to turn over a copy of the draft civil complaint that was withheld after Holder's scuttled press conference. The Pittsburgh litigants also specified that they wanted access to the name of the state's cooperating witness: namely, Fleischmann.

In that case, the judge actually ordered Chase to turn over both the complaint and Fleischmann's name. Chase stalled. Later in the fall, the judge ordered the bank to produce the information again; it stalled some more.

Then, in January 2014, Chase suddenly settled with the Pittsburgh bank out of court for an undisclosed amount. Months after being ordered to allow Fleischmann to talk, they once again paid a stiff price to keep her testimony out of the public eye.

Chase's determination to hide its own dirt while forcing Fleischmann to keep her secret was becoming more and more absurd. "It was a hard time to look for work," she says. All that prospective employers knew was that she had worked in a department that had just been dinged with what was then the biggest regulatory fine in the history of capitalism. According to the terms of her confidentiality agreement, she couldn't even tell them that she'd tried to keep the bank from committing fraud.

Despite it all, Fleischmann still had faith that the Justice Department or some other federal agency would make things right. "I guess I was just a trusting person," she says. "I wasn't cynical. I kept hoping."

One day last spring, Fleischmann happened across a video of Holder giving a speech titled "No Company Is Too Big to Jail." It was classic Holder: full of weird prevarication, distracting eye twitches and other facial contortions. It began with the bold rejection of the idea that overly large financial institutions would receive preferential treatment from his Justice Department.

Then, within a few sentences, he seemed to contradict himself, arguing that one must apply a special sort of care when investigating supersize banks, tweaking the rules so as not to upset the world economy. "Federal prosecutors conducting these investigations," Holder said, "must go the extra mile

to coordinate closely with the regulators who oversee these institutions' day-to-day operations." That is, he was saying, regulators have to agree not to allow automatic penalties to kick in, so that bad banks can stay in business.

Related Nobody Should Shed a Tear for JP Morgan Chase Fleischmann winced. Fully fluent in Holder's three-faced rhetoric after years of waiting for him to act, she felt that he was patting himself on the back for having helped companies survive crimes that otherwise might have triggered crippling regulatory penalties. As she watched in mounting outrage, Holder wrapped up his address with a less-than-reassuring pronouncement: "I am resolved to seeing [the investigations] through." Doing so, he added, would "reaffirm" his principles.

Or, as Fleischmann translates it: "I will personally stay on to make sure that no one can undo the cover-up that I've accomplished."

That's when she decided to break her silence. "I tried to go on with the things I was doing, but I just stopped sleeping and couldn't eat," she says. "It felt like I was trying to keep this secret and my body was literally rejecting it."

Ironically, over the summer, the government contacted her again. A new set of investigators interviewed her, appearing to have restarted the criminal case. Fleischmann won't comment on that investigation. Frustrated as she has been by the decisions of the higher-ups in Holder's Justice Department, she doesn't want to do anything to get in the way of investigators who might be working the case. But she emphasizes she still has reason to be deeply worried that nothing will be done. Even if the investigators build strong cases against executives who oversaw Chase's fraud, Holder or whoever succeeds him can still make the whole thing disappear by negotiating a soft landing for the company. "That's the thing I'm worried about," she says. "That they make the whole thing disappear. If they do that, the truth will never come out."

In September, at a speech at NYU, Holder defended the lack of prosecutions of top executives on the grounds that, in the corporate context, sometimes bad things just happen without actual people being responsible. "Responsibility remains so diffuse, and top executives so insulated," Holder said, "that any misconduct could again be considered more a symptom of the institution's culture than a result of the willful actions of any single individual."

In other words, people don't commit crimes, corporate culture commits crimes! It's probably fortunate that Holder is quitting before he has time to apply the same logic to Mafia or terrorism cases.

Fleischmann, for her part, had begun to find the whole situation almost funny.

77

"I thought, 'I swear, Eric Holder is gas-lighting me,' " she says.

Ask her where the crime was, and Fleischmann will point out exactly how her bosses at JPMorgan Chase committed criminal fraud: It's right there in the documents; just hand her a highlighter and some Post-it notes – "We lawyers love flags" – and you will not find a more enthusiastic tour guide through a gazillion-page prospectus than Alayne Fleischmann.

She believes the proof is easily there for all the elements of the crime as defined by federal law – the bank made material misrepresentations, it made material omissions, and it did so willfully and with specific intent, consciously ignoring warnings from inside the firm and out.

She'd like to see something done about it, emphasizing that there still is time. The statute of limitations for wire fraud, for instance, has not run out, and she strongly believes there's a case there, against the bank's executives. She has no financial interest in any of this, no motive other than wanting the truth out. But more than anything, she wants it to be over.

In today's America, someone like Fleischmann – an honest person caught for a little while in the wrong place at the wrong time – has to be willing to live through an epic ordeal just to get to the point of being able to open her mouth and tell a truth or two. And when she finally gets there, she still has to risk everything to take that last step. "The assumption they make is that I won't blow up my life to do it," Fleischmann says. "But they're wrong about that."

Good for her, and great for her that it's finally out. But the big-picture ending still stings. She hopes otherwise, but the likely final verdict is a Pyrrhic victory.

Because after all this activity, all these court actions, all these penalties (both real and abortive), even after a fair amount of noise in the press, the target companies remain more ascendant than ever. The people who stole all those billions are still in place. And the bank is more untouchable than ever – former Debevoise & Plimpton hotshots Mary Jo White and Andrew Ceresny, who represented Chase for some of this case, have since been named to the two top jobs at the SEC. As for the bank itself, its stock price has gone up since the settlement and flirts weekly with five-year highs. They may lose the odd battle, but the markets clearly believe the banks won the war. Truth is one thing, and if the right people fight hard enough, you might get to hear it from time to time. But justice is different, and still far enough away.

78

# Is the Google Empire A Rogue Division Of The CIA?



**Since Google Software Is Funded from a Public Source, (CIA and IN-Q-Tel) Its Code Should Be Open Source**

by Glyn Moody
*If we pay for it, we should be able to use it.*

Perhaps because many free software coders have been outsiders and rebels, less attention is paid to the use of open source in government departments than in other contexts. But it's an important battleground, not least because there are special dynamics at play and lots of good reasons to require open-source software. It's unfortunate that the most famous attempt to convert a government IT system from proprietary code to open source—the city of Munich—proved such a difficult experience. Although last year saw a decision to move back to Windows, that seems to be more a failure of IT management, than of the code itself. Moreover, it's worth remembering that the Munich project began back in 2003, when it was a trailblazer. Today, there are dozens of large-scale migrations, as TechRepublic reports:

> Most notable is perhaps the French Gendarmerie, the country's police force, which has switched 70,000 PCs to Gendbuntu, a custom version of the Linux-based OS Ubuntu. In the same country 15 French ministries have made the switch to using LibreOffice, as has the Dutch Ministry of Defence, while the Italian Ministry of Defence will switch more than 100,000 desktops from Microsoft Office to LibreOffice by 2020 and 25,000 PCs at hospitals in Copenhagen will move from Office to LibreOffice.

More are coming through all the time. The Municipality of Tirana, the biggest in Albania, has just announced it is moving thousands of desktops to LibreOffice, and nearly 80% of the city of Barcelona's IT investment this year will be in open source.

One factor driving this uptake by innovative government departments is the potential to cut costs by avoiding constant upgrade fees. But it's important not to overstate the "free as in beer" element here. All major software projects have associated costs of implementation and support. Departments choosing free software simply because they believe it will save lots of money in obvious ways are likely to be disappointed, and that will be bad for open source's reputation and future projects.

Arguably as important as any cost savings is the use of open standards. This ensures that there is no lock-in to a proprietary solution, and it makes the long-term access and preservation of files much easier. For governments with a broader responsibility to society than simply saving money, that should be a key consideration, even if it hasn't been in the past.

Open-source advocates have rightly noted that free software is a natural fit for any organization that requires solutions based on open standards, interoperability and re-usable components—key elements of the European Commission's new digital strategy, for example. One of the leaders here is the UK government. In 2014, it announced a new policy of "Making things open, making things better". It achieved this by setting Open Document Format for Office Applications Version 1.2 as the default format for sharing or collaborating with UK government documents. It's produced an interesting review of how things have gone in the last four years, which concludes:

> We cannot have important documents published in formats which do not meet open standards. Government documents are for everyone. Whether you're using Windows, Mac, GNU/Linux, Chrome OS, iOS, Android, or any other system—you have the right to read what we have written and we will continue on our journey to make documents open and accessible.

The use of open standards is not the only big benefit of moving to open source. Another is transparency. Recently it emerged that Microsoft has been gathering personal information from 300,000 government users of Microsoft Office ProPlus in the Netherlands, without permission and without documentation:

> Microsoft systematically collects data on a large scale about the individual use of Word, Excel, PowerPoint and Outlook. Covertly, without informing people. Microsoft does not offer any choice with regard to the amount of data, or possibility to switch off the collection, or ability to see what data are collected, because the data stream is encoded. Similar to this practice in Windows 10, Microsoft has included separate software in the Office software that regularly sends telemetry data to its own servers in the United States.

Moving to open-source solutions does not guarantee that personal data will not leak out, but it does ensure that the problems, once found, can be fixed quickly by government IT departments—something

that isn't the case for closed-source products. This is a powerful reason why public funds should mean open source—or as a site created by the Free Software Foundation Europe puts it: "If it is public money, it should be public code as well".

The site points out some compelling reasons why any government code produced with public money should be free software. They will all be familiar enough to readers of *Linux Journal*. For example, publicly funded code that is released as open source can be used by different departments, and even different governments, to solve similar problems. That opens the way for feedback and collaboration, producing better code and faster innovation. And open-source code is automatically available to the people who paid for it—members of the public. They too might be able to offer suggestions for improvement, find bugs or build on it to produce exciting new applications. None of these is possible if government code is kept locked up by companies that write it on behalf of taxpayers.

Once again, the natural fit of open source with public computing is evident. Indeed, when you think about it, it seems ridiculous that public money would be used to produce anything but public code. The Basque Country understood that back in 2012 and brought in a law that required all software developed for the government there should be released as open source. More recently, the Canadian government has made the connection too. Its new Directive on Management of Information Technology says:

> Where possible, use open standards and open source software first.
>
> ...
>
> If a custom-built application is the appropriate option, by default any source code written by the government must be released in an open format via Government of Canada websites and services designated by the Treasury Board of Canada Secretariat.
>
> All source code must be released under an appropriate open source software license.

The fact that this approach is not already the norm is something of a failure on the part of the Free Software community. Perhaps it's time to drop the snobbery about open source in government and put more effort into turning it into the next huge win for the world of free software.

Glyn Moody has been writing about the internet since 1994, and about free software since 1995. In 1997, he wrote the first mainstream feature about GNU/Linux and free software, which appeared in *Wired*. In 2001, his book *Rebel Code: Linux And The Open Source Revolution* was published. Since then, he has written widely about free software and digital rights.

Khosla Ventures and a tiny "company" (who claims to be a non-profit "charity" that was caught with "five tons of cocaine" per DEA and FCC files, on it's airplanes) co-fund a huge number of other companies that violate the most intimate privacies of the citizens of California.

IN-Q-TEL has been covered by the Corbett and Drudge Report's as a "band of sociopath technologists who seek to mind-rape anybody with an electronic device."

The Silicon Valley Cartel's Vinod Khosla is under fire for taking over one of California's most pristine public beaches in order to turn the beach, and it's attached village, into some kind of "billionaire's beach compound for spies, politicians and elites". Al Gore stays at the Ranch directly above this beach. One visualizes something like Jeffrey Epstein's notorious "Sex Island" which featured prominently in the 2016 election failure of Khosla's friend: Hillary Clinton. Were Khosla's rogue spy-tech companies being used to create "bots" and election rigging technologies? The investigations continue, but, in this report by Olivia Russell, one can easily see that the Khosla and In-Q-Tel tech companies are abusing the public in ways that defy your worst nightmares:

Eric Schmidt's Rogue CIA Outfit Wants To Rape Your Mind

SOFT ROBOTS THAT can grasp delicate objects, computer algorithms designed to spot an "insider threat," and artificial intelligence that will sift through large data sets — these are just a few of the technologies being pursued by companies with investment from In-Q-Tel, the CIA's venture capital firm, according to a document obtained by The Intercept.

Yet among the 38 previously undisclosed companies receiving In-Q-Tel funding, the research focus that stands out is social media mining and surveillance; the portfolio document lists several tech companies pursuing work in this area, including Dataminr, Geofeedia, PATHAR, and TransVoyant.

Those four firms, which provide unique tools to mine your most private data from platforms such as Google and Twitter, presented at a February "CEO Summit" in San Jose sponsored by the fund, along with other In-Q-Tel portfolio companies.

The investments appear to reflect the CIA's increasing focus on monitoring social media. Last September, David Cohen, the CIA's second-highest ranking official, spoke at length at Cornell University about a litany of challenges stemming from the new media landscape. The Islamic State's "sophisticated use of Twitter and other social media platforms is a perfect example of the malign use of these technologies," he said.

Social media also offers a wealth of potential intelligence; Cohen noted that Twitter messages from the Islamic State, sometimes called ISIL, have provided useful information. "ISIL's tweets and other social media messages publicizing their activities often produce information that, especially in the aggregate, provides real intelligence value ( for manipulating elections)," he said.

The latest round of In-Q-Tel investments comes as the CIA has revamped its outreach to Silicon Valley, establishing a new wing, the Directorate of Digital Innovation, which is tasked with developing and deploying cutting-edge solutions by directly engaging the private sector. The directorate is working closely with In-Q-Tel to integrate the latest technology into agency-wide intelligence capabilities. Dataminr directly licenses a stream of data from Twitter to spot trends and detect emerging threats.

Dataminr directly licenses a stream of data from Twitter to visualize and quickly spot trends on behalf of law enforcement agencies and hedge funds, among other clients.

Geofeedia collects geotagged social media messages to monitor breaking news events in real time.

Screen grab from Geofeedia's website. Geofeedia specializes in collecting geotagged social media messages, from platforms such as Twitter and Instagram, to monitor breaking news events in real time. The company, which counts dozens of local law enforcement agencies as clients, markets its ability to track activist protests on behalf of both corporate interests and police departments.

PATHAR mines social media to determine networks of association.

PATHAR's product, Dunami, is used by the Federal Bureau of Investigation to "mine Twitter, Facebook, Instagram and other social media to determine networks of association, centers of influence and potential signs of radicalization," according to an investigation by Reveal. TransVoyant analyzes data points to deliver insights and predictions about global events.

TransVoyant, founded by former Lockheed Martin Vice President Dennis Groseclose, provides a similar service by analyzing multiple data points for so-called decision-makers. The firm touts its ability to monitor Twitter to spot "gang incidents" and threats to journalists. A team from TransVoyant has worked with the U.S. military in Afghanistan to integrate data from satellites, radar, reconnaissance aircraft, and drones.

Dataminr, Geofeedia, and PATHAR did not respond to repeated requests for comment. Heather Crotty, the director of marketing at TransVoyant, acknowledged an investment from In-Q-Tel, but could not discuss the scope of the relationship. In-Q-Tel "does not disclose the financial terms of its investments," Crotty said.

Carrie A. Sessine, the vice president for external affairs at In-Q-Tel, also declined an interview because the fund "does not participate in media interviews or opportunities."

Over the last decade, In-Q-Tel has made a number of public investments in companies that specialize in scanning large sets of online data. In 2009, the fund partnered with Visible Technologies,  which specializes in reputation management over the internet by identifying the influence of "positive" and "negative" authors on a range of platforms for a given subject. And six years ago, In-Q-Tel formed partnerships with NetBase, another social media analysis firm that touts its ability to scan "billions of sources in public and private online information," and Recorded Future, a firm that monitors the web to predict events in the future.

In-Q-Tel Portfolio Companies in addition to Google, Facebook and Twitter:


Aquifi

Beartooth

CliQr

CloudPassage

Databricks

Dataminr

Docker

Echodyne

Epiq Solutions

Geofeedia

goTenna

Headspin

Interset

Keyssa

Kymeta

Lookout

Mapbox

Mesosphere

Nervana

Orbital Insight

Orion Labs

Parallel Wireless

PATHAR

Pneubotics

PsiKick

PubNub

Rocket Lab

Skincential

Sonatype

84

Threatstream

Timbr.io

Transient

TransVoyant

TRX Systems

Voltaiq

Zoomdata

And that's not all...

IN-Q-Tel staff now work in the offices of Google, The New York Times, Tesla, Space-X, Facebook and Twitter.

Bruce Lund, a senior member of In-Q-Tel's technical staff, noted in a 2012 paper that "monitoring social media" is increasingly essential for government agencies seeking to keep track of "erupting political movements, crises, epidemics, and disasters, not to mention general global trends."

The recent wave of investments in social media-related companies suggests the CIA has accelerated the drive to make collection of user-generated online data a priority. Alongside its investments in start-ups, In-Q-Tel has also developed a special technology laboratory in Silicon Valley, called Lab41, to provide tools for the intelligence community to connect the dots in large sets of data.

In February, Lab41 published an article exploring the ways in which a Twitter user's location could be predicted with a degree of certainty through the location of the user's friends. On Github, an open source website for developers, Lab41 currently has a project to ascertain the "feasibility of using architectures such as Convolutional and Recurrent Neural Networks to classify the positive, negative, or neutral sentiment of Twitter messages towards a specific topic."

Collecting intelligence on foreign adversaries has potential benefits for counter terrorism, but such CIA-supported surveillance technology is also used for domestic law enforcement and by the private sector to spy on activist groups and those who want higher pay.

Palantir, (their founder had a notorious rape case against him) one of In-Q-Tel's earliest investments in the social media analytics realm, was exposed in 2011 by the hacker group LulzSec to be in negotiation for a proposal to track labor union activists and other critics of the U.S. Chamber of Commerce, the largest business lobbying group in Washington.

The company, now celebrated as a "tech unicorn" — a term for start-ups that reach over $1 billion in valuation — distanced itself from the plan after it was exposed in a cache of leaked emails from the now-defunct firm HBGary Federal.

Yet other In-Q-Tel-backed companies are now openly embracing the practice. Geofeedia, for instance, promotes its research into Greenpeace activists, student demonstrations, minimum wage advocates, and other political movements. Police departments in Oakland, Chicago, Detroit, and other major municipalities have contracted with Geofeedia, as well as private firms such as the Mall of America and McDonald's.

Lee Guthman, an executive at Geofeedia, told reporter John Knefel that his company could predict the potential for violence at Black Lives Matter protests just by using the location and sentiment of tweets.Guthman said the technology could gauge sentiment by attaching "positive and negative points" to certain phrases, while measuring "proximity of words to certain words."

Privacy advocates, however, have expressed concern about these sorts of automated judgments.

"When you have private companies deciding which algorithms get you a so-called threat score, or make you a person of interest, there's obviously room for targeting people based on viewpoints or even unlawfully targeting people based on race or religion," said Lee Rowland, a senior staff attorney withthe American Civil Liberties Union.

She added that there is a dangerous trend toward government relying on tech companies to "build massive dossiers on people" using "nothing but constitutionally protected speech."

Source : https://theintercept.com/2016/04/14/in-undisclosed-cia-investments-social-media-mining-looms-large/

Google's Commotion and Serval software along with spy agency back-doors were given out to Middle East refugees but they were used, not to help, but to hinder. Eric Schmidt Co-manages and funds In-Q-Tel and New America Foundation. All these efforts were directed by Hillary Clinton in the State Department. This created ISIS.

The U.S. State Department under the leadership of Secretary Hillary Clinton continued a program to embolden foreign, revolutionary, social media activists to agitate for regime change in various parts of the world. The program arguably had major, detrimental consequences for the trajectory of the Middle East.

Recent leaks show a memo that top Clinton aide Huma Abedin sent to her boss stating, "I'm giving you credit for inspiring the 'peaceful' protests," with regard to Egypt, with quotation marks around the word "peaceful."The United States government is believed to have utilized a program called the Alliance of Youth

Movements Summit, co-founded by a close Hillary Clinton adviser, to provide networking opportunities for an activist plotting to overthrow Egyptian leader Hosni Mubarak several years before the "Arab Spring" protests that led to widespread regime change in the Middle East.

Through the Alliance of Youth Movements Summit, the U.S. learned that the Muslim Brotherhood was supportive of a plan to overthrow Mubarak. The U.S.-supported Muslim Brotherhood later briefly ruled Egypt after Mubarak's ouster. Google staff are credited in the news for creating the Arab Spring riots.

Google senior staffer and State Department official Jared Cohen, listed as the "international press contact" for the Summit, described some goals of the conference before it convened in December.

Dr. Oz Hassan of the University of Warwick in the United Kingdom describes the Summit as the "brainchild" of Mr. Cohen. He was reportedly a co-founder of the Alliance of Youth Movements, theorganization that grew out of the Summit.

Cohen, who advised former Secretary of State Condoleezza Rice and then served as a close adviser to Hillary Clinton, is perhaps indicative of the overlap between the Bush and Clinton foreign policy establishment. He serves as an adjunct senior fellow at the Council on Foreign Relations, one of the key institutions that sustains globalism and neoconservatism in both the Democrat and Republican parties.

Cohen said of the 2008 Summit: "*We are seeing movements across the world use a diverse set of technologies. The simplest is Television, where we are seeing groups that have the means put their videos and images on screen in the form of commercials. But we are seeing a lot of activities using mobile phones and the Internet. With mobile phones, there is a tactic called "smart mobbing," where mobile phones are used to assemble young people around a cause. On the Internet, we are seeing online social networks like Facebook, MySpace, Bebo, and Orkut serve as important forums for young people to assemble together, build a cause, a mission, and organize events.*"

According to confidential dispatches from the U.S. Embassy in Cairo, the U.S. government enabled an anti-Mubarak, Egyptian activist to attend the Summit, introduced him to U.S. government officials, and kept in contact with him after he returned to Egypt. The activist stressed to the U.S. that the Muslim Brotherhood was interested in removing Mubarak from power. Cohen and Yasmin Green were Google's top Middle East "spy"-type agents. Cohen reports directly to Alphabet's top execs, but in practice, Jigsaw functions as Google's blue-sky, human-rights-focused skunkworks. At the group's launch, Schmidt declared its audacious mission to be "tackling the world's toughest geopolitical problems" and listed some of the challenges within its remit: "money laundering, organized crime, police brutality, human trafficking, and terrorism." In an interview in Google's New York office, Schmidt (now chair of Alphabet) summarized them to me as the "problems that bedevil humanity involving information." Jigsaw, in other words, has become Google's Internet justice league, created to push left wing issues which will put Google's friends in the White House by scooping up poor people votes.

The Corbett Report digs deeper into the story:

Recorded Future Inc. is a Massachusetts web startup that monitors the web in real time and claims its media analytics search engine can be used to predict the future.

87

Keyhole Corp. created the 3D earth visualization technology that became the core of Google Earth.

The common denominator? All of these companies, and hundreds more cutting edge technology and software startups, have received seed money and investment funding from In-Q-Tel, the CIA's own venture capital firm.

Welcome, this is James Corbett of The Corbett Report with your Eyeopener Report for BoilingFrogsPost.com

For decades, the Defense Advanced Research Projects Agency, or DARPA, has been the American governmental body tasked with conducting high-risk, high-payoff research into cutting edge science and technology. Responsible most famously for developing the world's first operational packet switching network that eventually became the core of the Internet, DARPA tends to garner headlines these days for some of its more outlandish research proposals and is generally looked upon a a blue-sky research agency whose endeavours only occasionally bear fruit.

In the post-9/11 consolidation of the American intelligence community, IARPA, or the Intelligence Advanced Research Projects Agency, was created to serve as the spymaster's equivalent of DARPA's defense research.

In contrast to this, In-Q-Tel was formed by the CIA in 1999 as a private, not-for-profit venture capital firm with the specific task of delivering technology to America's intelligence community.

Publicly, In-Q-Tel markets itself as an innovative way to leverage the power of the private sector by identifying key emerging technologies and providing companies with the funding to bring those technologies to market.

In reality, however, what In-Q-Tel represents is a dangerous blurring of the lines between the public and private sectors in a way that makes it difficult to tell where the American intelligence community ends and the IT sector begins.

In-Q-Tel has generated a number of stories since its inception based on what can only be described as the "creepiness" factor of its investments in overtly Orwellian technologies.

In 2004, KMWorld published an interview with Greg Pepus, then In-Q-Tel's senior director of federal and intelligence community strategy, about some of their investments. Pepus was especially proud of the CIA's investment in Inxight, a company that offered software for data mining unstructured data sources like blogs and websites with analytical processing.

In 2006 it was revealed that AT&T had provided NSA eavesdroppers full access to its customer's internet traffic, and that the American intelligence community was illegally scooping up reams of internet data wholesale. The data mining equipment installed in the NSA back door, a Narus STA 6400, was developed by a company whose partners were funded by In-Q-Tel.

Also in 2006, News21 reported on an In-Q-Tel investment in CallMiner, a company developing technology for turning recorded telephone conversations into searchable databases. In late 2005 it was revealed that the NSA had been engaged in an illegal warrantless wiretapping program since at least the time of the 9/11 attacks, monitoring the private domestic phone calls of American citizens in breach of their fourth amendment rights.

In 2009, the Telegraph reported on In-Q-Tel's investment in Visible Technologies, a company specializing in software that monitors what people are saying on social media websites like YouTube, Twitter, Flickr and Amazon. The software is capable of real-time communications tracking, trend monitoring, and even sentiment analysis that categorizes blog posts and comments as positive, negative or neutral. Just last month, the Federal Reserve tendered a Request For Proposal for just this type of software so the privately owned central bank could monitor what people are saying about it online.

Two of the names that come up most often in connection with In-Q-Tel, however, need no introduction: Google and Facebook.

The publicly available record on the Facebook/In-Q-Tel connection is tenuous. Facebook received $12.7 million in venture capital from Accel, whose manager, James Breyer, now sits on their board. He was formerly the chairman of the National Venture Capital Association, whose board included Gilman Louie, then the CEO of In-Q-Tel. The connection is indirect, but the suggestion of CIA involvement with Facebook, however tangential, is disturbing in the light of Facebook's history of violating the privacy of its users.

Google's connection to In-Q-Tel is more straightforward, if officially denied. In 2006, ex-CIA officer Robert David Steele told Homeland Security Today that Google "has been taking money and direction for elements of the US Intelligence Community, including the Office of Research and Development at the Central Intelligence Agency, In-Q-Tel, and in all probability, both the National Security Agency (NSA) and the Army's Intelligence and Security Command." Later that year, a blogger claimed that an official Google spokesman had denied the claims, but no official press statement was released.

Steele's accusation is not the only suggestion of American intelligence involvement with Google, however.

In 2005, In-Q-Tel sold over 5,000 shares of Google stock. The shares are widely presumed to have come from In-Q-Tel's investment in Keyhole Inc., which was subsequently bought out by Google, but this is uncertain.

In 2010, it was announced that Google was working directly with the National Security Agency to secure its electronic assets.

Also in 2010, Wired reported that In-Q-Tel and Google had jointly provided venture capital funding to Recorded Future Inc., a temporal analytics search engine company that analyzes tens of thousands of web sources to predict trends and events.

89

But as potentially alarming as In-Q-Tel's connections to internet giants like Facebook and Google are, and as disturbing as its interest in data mining technologies may be, the CIA's venture capital arm is interested in more than just web traffic monitoring.

The In-Q-Tel website currently lists two "practice areas," "Information and Communication Technologies" and "Physical and Biological Technologies." The latter field consists of "capabilities of interest" such as "The on-site determination of individual human traits for IC purposes" and "Tracking and/or authentication of both individuals and objects." In-Q-Tel also lists two areas that are "on its radar" when it comes to biotech: Nano-bio Convergence and Physiological Intelligence. Detailed breakdowns of each area explain that the intelligence community is interested in, amongst other things, self-assembling batteries, single molecule detectors, targeted drug delivery platforms, and sensors that can tell where a person has been and what substances he has been handling from "biomarkers" like trace compounds in the breath or samples of skin.

In the years since its formation, many have been led to speculate about In-Q-Tel and its investments, but what requires no speculation is an understanding that a privately owned venture capital firm, created by and for the CIA, in which well-connected board members drawn from the private sector can then profit from the investments made with CIA funds that itself come from the taxpayer represent an erosion of the barrier between the public and private spheres that should give even the most credulous pause for thought.

What does it mean that emerging technology companies are becoming wedded to the CIA as soon as their technology shows promise?

What can be the public benefit in fostering and encouraging technologies which can be deployed for spying on all internet users, including American citizens, in direct contravention of the CIA's own prohibitions against operating domestically?

If new software and technology is being brought to market by companies with In-Q-Tel advisors on their boards, what faith can anyone purchasing American technologies have that their software and hardware is not designed with CIA backdoors to help the American intelligence community achieve its vision of "Total Information Awareness"?

Rather than scrutinizing each individual investment that In-Q-Tel makes, perhaps an institutional approach is required.

At this point, the American people have to ask themselves whether they want the CIA, an agency that has participated in the overthrow of foreign, democratically-elected governments, an agency that has implanted fake stories in the news media to justify American war interests, an agency that at this very moment is engaged in offensive drone strikes, killing suspected "insurgents" and civilians alike in numerous theaters around the world, should be entrusted with developing such close relationships with the IT sector, or whether In-Q-Tel should be scrapped for good.

90

Page 91  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

# Eric Schmidt Combines *Dr. Strangelove* Madness With *Eyes Wide Shut* Perversions



The Adulterer in the Room

In 2001, Eric Schmidt was brought to Google to be "the adult in the room." He became a billionaire—but raised eyebrows with his very open marriage

By [William D. Cohan](William D. Cohan)

By now, many know the legend of Eric Schmidt—how, back in 2001, Google's young co-founders, Larry Page and Sergey Brin, brought him into the company in its critical early years to be "the adult in the room" and instill discipline in their unruly, fast-growing start-up.

The boys—28 and 27 years old at the time—had first hoped Steve Jobs might take the gig. Not to be. Later they were introduced to Schmidt, a seemingly mild-mannered 46-year-old in a baggy suit who was C.E.O. of Novell, a software company that was losing ground to Microsoft. On the surface the three didn't seem to have much in common. Until, that is, the conversation turned to Burning Man, the

quasi-apocalyptic, sometimes druggy, often free-swinging sex-fest in the Nevada desert, of which Sergey and Larry were big, big fans.

"*So am I!*," Schmidt said.

Well now.

Schmidt was the third candidate to be offered the job, and the first one to say yes. His compensation that first year was $250,000, plus a bonus of $300,000, but that all paled in comparison to the 14.4 million Google shares—6 percent of the company—he also received.

By many metrics, Schmidt succeeded wildly. Marissa Mayer, an early Google employee who later was C.E.O. of Yahoo, tells me, "Eric was able to see around corners in ways that nobody else could. Including the founders." He got the company focused on a mission, and in doing so helped it to become the behemoth it is—mostly by convincing Page and Brin to turn the search engine into a gigantic advertising machine.

"Eric kept us laser-focused on how to build the best in what actually mattered," Mayer says.



He also guided it to its landmark I.P.O., in 2004, which raised $1.9 billion. It was a deal that made the founders spectacularly wealthy, as it did Schmidt. (Since then, the stock is up some 4,400 percent. Google's ad revenue in the first *quarter* of 2021 was nearly $45 billion, and the company is now the fifth most valuable in the world.)

Still, in Silicon Valley, Schmidt is a bit of an outlier. Always has been. And unlike many of the top names on the Bloomberg Billionaires Index—Bezos ($195 billion); Musk ($171 billion); Gates ($146 billion); Zuckerberg ($112 billion); Page and Brin ($105 billion), all of whom built businesses from their own ideas—Schmidt (No. 74, with a worth of $24 billion) has created exactly … nothing.

In other words, Schmidt got rich the old-fashioned way. He is one of the few people on the Bloomberg list who became hyper-wealthy not by what he made but by the moves he made—specifically, by latching onto the right people at the right time and then making what they made better.

Schmidt was the third candidate to be offered the job, and the first one to say yes. His compensation that first year was $250,000.

Yet while Brin and Page hired Schmidt to be the adult in the room, across the years he has gained a reputation for being just about anything but—at least when it comes to social mores and women who are not his wife. These days, thanks to Jeff Bezos's and Bill Gates's dramatic busts from their respective first wives, MacKenzie and Melinda, it might appear that tech dudes are going through something of a market re-alignment, at least with their significant others.

But for all the drama surrounding Bill and Jeff, these two seem positively, well, adult next to Schmidt. Technically, the wayward former Google C.E.O. is still married to Wendy Schmidt—but he enjoys the benefits of a marriage that is, as it were, a very open and, at times, a very awkward secret.



As one person who has spent time with Brin and Page tells me, "Eric was a serial, very evident philanderer.... And I know that it drove a lot of people crazy around Google, not just Larry and Sergey. They just basically didn't like him." Which makes you wonder why Brin and Page turned a blind eye to Schmidt's behavior for so long, and if his antics ultimately made him a corporate liability they had to defease. (Google did not respond to requests for comment.)

94

A Ship in Every Port

Wendy Susan Boyle—"tall, blond and whippet thin," as *The New York Times* once described her—married Eric Schmidt 41 years ago this month. She was born in Short Hills, New Jersey, and met Schmidt at the University of California, Berkeley, where she was studying for a master's degree in journalism and he was a doctoral student in computer science. (She edited his thesis; hers was about nuns.)

Together they had two daughters (one died in 2017), and although they finally physically, if not legally, separated in 2011, they had an open relationship long before that—an openness that Eric Schmidt appears to have wanted, and that Wendy addressed (sort of) to a *New York Times* reporter in 2012: "I think [the rumors] are nonsense and, between us, if we know what is going on in our lives and we are happy, that kind of stuff is part of his being in the public eye," she said. "You know, people will write things. You just have to ignore them."

Schmidt got rich the old-fashioned way. He is one of the few people on the Bloomberg list who became hyper-wealthy not by what he made but by the moves he made.

One of Schmidt's first extramarital relationships was with Marcy Simon, a well-known New York public-relations executive, which reportedly began in 2006. At the time, Simon didn't hide her relationship with Schmidt and would often casually tell reporters about her new "boyfriend." Schmidt made no efforts to keep the relationship on the DL, either. Certainly not professionally: some people think he hired Simon to do public relations for Google.

This arrangement "became a source of anger" at the Mountain View campus, says one longtime Google observer, "that Eric would have them hire one of his girlfriends to do P.R." Now, this person continues, Simon was a "competent P.R. person, no question," but "Eric [was] making Google hire a P.R. person who he's having an affair with. I mean it really became an issue among some at Google, that it was really bad judgment." (Schmidt declined to comment for this story. A person close to him says that "a different Google executive, not Eric, discussed bringing Simon on board to do work for the company, but that never actually happened," and conceded that Schmidt's relationship with Simon was "an exercise in poor judgment, for sure.")



*Fatal Attraction* was fiction. I only played a character." Schmidt with Michael Douglas at a party.

According to another well-informed person, Simon also acted as the "go-between" for Schmidt and former president Bill Clinton. At least once a year while Schmidt was C.E.O., Clinton's office would arrange for Clinton and his entourage to use the Boeing 757 that Page, Brin, and Schmidt had outfitted for their personal use. Clinton and company would wangle it for a 10-day-or-so philanthropic trip to Africa, or some other exotic location. Simon would arrange for the use of the plane with Schmidt, who gave the O.K.—as long as the trip was for philanthropic reasons, which were not hard to supply, given Clinton's involvement. (Simon did not respond to requests for comment.)

"Use of the plane means we don't pay for anything, not the food, not the fuel, not the landing rights, all that stuff," someone in Clinton World tells me. "So that was a big deal," worth millions of dollars in avoided costs. "That was standard operating procedure," this person continues. "The excuse was we were out there doing philanthropic projects. By asking to use this, we were using it for good. It's not like Clinton was taking the plane to go give a speech and make money. They were careful not to do that."

What Schmidt and Google got out of the deal was harder to discern, other than to be in the Clintons' good graces. And yet. "Do you ever hear Bill Clinton be critical of Google in any of these public debates about Google or Facebook or any of these other things?" the Clinton insider continues. (Jon Davidson, a staffer in Clinton's office, did not respond to a request for comment.)

After Simon came Kate Bohner. "Simon made Bohner's life miserable," says someone who knows them both. Bohner, who co-wrote *The Art of the Comeback* for Donald Trump and was also briefly married to best-selling author Michael Lewis, first met Schmidt in the mid-1990s, when he was still at Novell. She was a columnist at *Forbes* at the time and part of the team writing a piece about Schmidt. (Before *Forbes*, Bohner worked briefly with me at Lazard, where she was a financial analyst, after which she was off to the Graduate School of Journalism at Columbia University.) She also had on-air

stints at CNBC and at E-Trade, during the online brokerage's ill-fated run as a financial-news broadcaster.

One of Schmidt's first extramarital relationships was with Marcy Simon, a well-known New York public-relations executive.

Early in Schmidt's tenure as the Google C.E.O., the two reconnected and were supposed to have dinner. But that didn't happen. A few years later, in late 2006, Schmidt reached out again to Bohner, who had moved to Florida. He asked if she wanted to make videos for YouTube, which Google had just bought for $1.65 billion. Her YouTube show was called *The Watercooler Diaries.* Eventually, she fell in love with Schmidt and moved part-time to Atherton to be with him, even though she hated California.

They were very compatible. They had similar interests. They'd meet up for the weekend in New Orleans or in Chicago, where they'd go on boat rides to look at the architecture. They would occasionally fly together on Schmidt's private jet. But usually she would fly commercial to meet him for the weekend, if they weren't already together. Schmidt was cheap. They would buy shoes for him at Cole Haan. She once bought him two Loro Piana cashmere sweaters. He couldn't believe the price.

She met Schmidt's daughters but never met his wife. Bohner was always under the impression that the Schmidts were in the process of getting a divorce and that she might well be the new Mrs. Schmidt. Bohner "was able to somehow justify it, because Wendy was never around," says a person who knows both Bohner and the Schmidts. "She was never in California."

Bohner had keys to Schmidt's house and to his car. She and Schmidt had dinner occasionally with Page and Brin and their wives. They took the 757 on a three-week trip to South America to celebrate her 40th birthday.



When they were apart, Schmidt texted her when he woke up to wish her a good morning and called her every night before she went to bed as he was driving home from Google. He adored her and treated her well.

But after nearly five years with him, Bohner got tired of the press attention, which described her as Schmidt's "mistress," and it was becoming clear that Eric and Wendy weren't getting divorced. The relationship ended.

Schmidt was cheap. They would buy shoes for him at Cole Haan.

After Bohner and Schmidt broke up, Schmidt dated a lot of women. According to *Vanity Fair*, Schmidt dated Lisa Shields, a vice president for media relations at the Council on Foreign Relations, and Wendi Deng, the former wife of Rupert Murdoch.

In a note to herself that *Vanity Fair* obtained, Deng was clearly jealous of Schmidt and Shields. "Lisa will never have my style, grace," Deng wrote. "I achieved my purpose of Eric saw me looking so gorgeous and so fantastic and so young, so cool, so chic, so stylish, so funny and he cannot have me. I'm not ever feel sad … about losing Eric … Plus he is really really ugly. Unattractive … and fat. Not stylish at all try to wear hip clothes.... I'm so so soo soooo happy I'm not with him."

In July 2013, the *New York Post* reported that Schmidt had bought a penthouse in the Flatiron District of Manhattan for $15 million—other publications referred to it less charitably as his "sex palace"—and that he had been linked to Danya Perry, the deputy general counsel to Revlon owner Ronald Perelman, and Ulla Parker, a former Wilhelmina model. He reportedly gave Alexandra Duisberg a 10-carat pink-sapphire ring on a 2019 trip to Greenland—merely a "friendship ring," a spokesman for Schmidt said—and that she froze her eggs in hopes that they would have children together. "He likes to have a ship in every port," one of the women told "Page Six."

Far-Flung

Near the end of December 2017, Schmidt announced he was leaving Alphabet, Google's parent company. "The time is right," he said. But others believe the timing was intentional, especially as the #MeToo movement was becoming an international phenomenon in the wake of the stunning revelations about Hollywood mogul Harvey Weinstein. The two Google founders were said to be worried that Schmidt's well-publicized extramarital affairs would come back to bite him and then Alphabet. (Google didn't respond to requests for comment.)

"He was scared," says someone who talked with Schmidt regularly during this period. "He was really fucking scared. And I don't blame him, because reporters were just going after anybody—he had a bull's-eye on him. I mean anybody that had that kind of stature." This person says that while Schmidt's "personal life is a mess," he was a potential target for the #MeToo crosshairs because he was the former C.E.O. of Google and was very wealthy. "But I just never got the feeling it went into his professional realm," the source continues about Schmidt's extramarital affairs, "but that definitely made him more

targeted, there's no question." In any event, there have never been any #MeToo stories about Schmidt. (A friend of Schmidt's says he has a "complicated personal life" but not a "messy" one.)

The funny thing about Schmidt and all this swordsman stuff is that his closest friends claim not to know anything about his personal life and use the same word to describe him as many do: "nerd." Jared Cohen, a former State Department official whom Schmidt recruited to be the C.E.O. of Google Ideas (now the independent company Jigsaw), recalls how traveling around the world with Schmidt was always a bit of an odd adventure.



"He does things that people in his position wouldn't do," Cohen says. "He talks to people who people in his position wouldn't talk to. He explores things people in his position wouldn't explore." In Turkistan, Schmidt would spend hours with the hotel staff debugging its I.T. infrastructure. "He was having fun doing it," Cohen says.

They'd fly together, to some 50 countries all told, including North Korea. "We went there before Dennis Rodman," Cohen says—on a combination of Schmidt's private jet and commercial airplanes. Schmidt loved flying on A380s.

"It's one of the most annoying things you could imagine because he doesn't let you go to sleep, because he spends an hour talking to you about how the engine on the A380 works," Cohen says.

His one criticism of Schmidt, he says, is that he doesn't do relaxation. "You're never going to find Eric on a beach or hanging out at a resort or doing leisurely things," he continues. "That's just not what he does." Rather, Schmidt wakes up every day, asks himself what he's curious about, and then lets that curiosity—about people, or trends, or things—define what he does. "He is probably the most 'in the present' person that I know," Cohen says. "He's kind of long-term about where the world is going. The way that he lives really is as simple as: 'I think this is really interesting. I want to learn more about it. What's the best way to learn more about it? Who should I talk to? Where should I go? What context should I put myself in?,' and he just does it."

These days, Schmidt is focused on his philanthropy. There's the Schmidt Family Foundation, founded by Eric and Wendy in 2006. In 2019, the couple announced a new $1 billion philanthropic

commitment. They also started Schmidt Futures in 2017, which makes bets on exceptional people for them to pursue their dreams.

For her part, Wendy Schmidt can be found pursuing her dreams on Nantucket, where she's been a summer resident since she fell in love with the place in 1999 and bought a house there overlooking the harbor. Since then she has used her great wealth to fund various arts and preservation initiatives, including the creation of Dreamland, a high-end movie theater and performance space.

But others believe Schmidt misses the power and influence he had when he was leading Google and, later, while he was at Alphabet. One former close friend remembers how quickly he used to answer every single e-mail, usually within 24 hours, and how "super-depressed" he would get on Thanksgiving, on Christmas, and on the Fourth of July—holidays where people would be with their families and not focused on work.

"He tried to be polite about it, but there were days when his BlackBerry wasn't firing, and I could see that it depressed him," the former friend says. "Where is everybody?" he wondered. The answer: "They're celebrating with their families. That's what they're doing."

This former friend has not talked to Schmidt in years but was speaking with a mutual friend of theirs about six months ago. "The word that this guy chose was 'rudderless,'" the former friend concludes. "That Eric seemed sort of rudderless right now. I know he's the kind of person who needs to have something to do." (A person close to Schmidt disputes the "rudderless" characterization and says that Schmidt is as busy and active as ever and "wishes he had left Google sooner.")

Schmidt's warped sex scandals are notorious:

**Inside Google Chairman Eric Schmidt's Lavish Sex Palace**

https://nymag.com/intelligencer/2013/07/eric-schimdt-penthouse-new-york-photos-apartment.html

To be fair, nobody knows for sure exactly what goes on in **Eric Schmidt's** $15 million **penthouse** at 31 W. 21 st Street. For all we know, the Google chairman — who is separated from his wife — just...

**Google Executive Chairman Eric Schmidt Buys Sex Penthouse ...**

https://www.eteknix.com/google-executive-chairman-eric-schmidt-buys-sex-penthouse/

News outlets have dubbed it the **'Sex Penthouse'**. **Schmidt** had a net worth of 8.2 billion dollars according for Forbes as of March of this year. Who knows the real reasoning behind purchasing ...

**Eric Schmidt, Google CEO, owns $15m sex penthouse - video ...**

https://www.dailymotion.com/video/x2q7406

**Eric Schmidt**, Google CEO, owns $15m **sex penthouse**. TomoNews US. Follow. 6 years ago | 111 views. Google CEO **Eric Schmidt**, the guy you entrust your online privacy to, is clearly a man of

100

Page 101  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

passion. Among his interests, the 58-year-old's apparently particularly fond of banging. In addition to the roster of attractive and accomplished women in his ...

**Eric Schmidt, Google CEO, owns $15m sex penthouse on Vimeo**

https://vimeo.com/126222235

This is "**Eric Schmidt**, Google CEO, owns $15m **sex penthouse**" by International News Resources on Vimeo, the home for high quality videos and the people who…

**Google CEO and serial womanizer Eric Schmidt spends 15 ...**

https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html

Google CEO and serial womanizer **Eric Schmidt** spends $15 million on private, no doorman Manhattan **penthouse** and then has it totally soundproofed The billionaire Google boss has spent millions on a...

**eric schmidt sex penthouse - The Global News Times**

https://globalnewstimes.wordpress.com/tag/eric-schmidt-sex-penthouse/

Google boss **Eric Schmidt** has splashed out $15 million on a sprawling Manhattan **penthouse** in the trendy Flatiron District to be close to at least two of his female friends … Some men like multi-partner **sex**; so do some women.

**Married Eric Schmidt, CEO of Google, has sex penthouse in ...**

https://www.democraticunderground.com/10023340965

Married **Eric Schmidt**, CEO of Google, has **sex penthouse** in NYC, seeks 'bikini babes' on Instagram. (Original post)

**Tag - Eric Schmidts Sex Penthouse - OMERTA - THE FEATURE FILM**

https://ethics-committee.com/index.php?tag/Eric Schmidts Sex Penthouse

Elon Musk **sex** scandal; Elon Musk Stock Scams; Elon Musk troll farm; elon musks lies; Energy Dept Corruption; Energy Dept Slush Fund;
Epstein **sex** island; **Eric Schmidt sex** scandal; **Eric Schmidts Sex Penthouse**; Exploiting Afghanistan; Facebook; Facebook Censorship; Fake News; Feinstein Corruption; Feinstein Payola; Feinsteins Corruption; Flash Boy ...

**Eric Schmidt may still be married but he's NYC's hottest ...**

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

Page 102  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion ...

**Eric Schmidt's Love Life Has Seen Many Women: Here Are Some**

https://www.ibtimes.com/eric-schmidts-love-life-has-seen-many-women-here-are-some-2631945

**Eric Schmidt's** sudden departure as executive chairman of Google's parent company, Alphabet, had many speculating a Harvey Weinstein-like saga, given the tech tycoon's womanizing ways.

**Google's Eric Schmidt's Manhattan Penthouse - Variety**

*V* https://variety.com/2013/dirt/real-estalker/googles-eric-schmidts-manhattan-penthouse-1201236234/

Google's **Eric Schmidt's** Manhattan **Penthouse** ... Page Six column at The New York Post printed and posted a juicy ditty about the apparently quite active romantic life of **Eric Schmidt** ...

**Google chairman Eric Schmidt: Instagram girls, yachts and ...**

https://www.gq-magazine.co.uk/article/eric-schmidt-google-scandal

The internet's sweet revenge on Google chairman **Eric Schmidt** By Chris Ayres 5 January 2014 How Google's executive chairman is gaining a reputation as a playboy, thanks to a deleted Instagram...

**Google's top lawyer accused of repeated romances with ...**

https://nypost.com/2019/08/29/googles-top-lawyer-accused-of-repeated-romances-with-underlings/

Aug 29, 2019 In 2013, Page Six reported that **Schmidt** spent $15 million on a private, no-doorman Manhattan **penthouse** said to be a love nest to accommodate his multiple affairs. Blakely said she joined Google's...

**Wall Street 2 Apartment Now Google Boss's Sex Penthouse ...**

https://ny.curbed.com/2013/7/25/10215938/wall-street-2-apartment-now-google-bosss-sex-penthouse

According to a report from the Post, the 31 West 21st Street **penthouse** that once played the role of Shia LaBeouf's character's apartment in Wall Street sequel Wall Street: Money Never Sleeps, which...

**On the Market: Toll Brothers' Park Avenue Develop.ment ..**

https://observer.com/2013/07/on-the-market-toll-brothers-park-avenue-development-revealed-at-last-eric-schmidts-so-called-sex-penthouse-buyers-demand-apartments-fully-stocked/

Google's **Eric Schmidt** gives $15 M. to create hilly terrain on Governor's Island. **Schmidt** also spent $15 M. on a Chelsea **penthouse**, allegedly for use as a **sex** pad. Towels, toiletries and all ...

**Married ex-Google exec Eric Schmidt back on with Alexandra ...**

https://pagesix.com/2020/06/22/ex-google-exec-eric-schmidt-back-on-with-alexandra-duisberg/

102

Page 103  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

Still-married former Google big **Eric Schmidt** has been spending time with his on-again-off-again gal pal, Alexandra Duisberg, again. The pair were rumored to be engaged last July: We exclusively...

**The Many Women of Eric Schmidt's Instagram**

valleywag.gawker.com/the-many-women-of-eric-schmidts-instagram-913796517

If there's one thing you should know about Google's Director of Open Marriage Engineering, **Eric Schmidt**, it's that he loves to fuck. He's also following a select, interesting assortment of people...

**Google Boss Has Amazing $15 Million Sex Fortress - Gothamist**

https://gothamist.com/news/google-boss-has-amazing-15-million-sex-fortress

Hey ladies, let go of your panties and step inside Google boss **Eric Schmidt's** fully soundproofed $15 million **penthouse** at 31 W. 21st St., where he keeps up several high-profile affairs, according ...

**Google Boss Enjoys $15 Mil Manhattan Sex Penthouse**

valleywag.gawker.com/google-boss-enjoys-15-mil-manhattan-sex-penthouse-909299764

**Schmidt** has also spent millions getting the 6,250-square-foot duplex — which has four bedrooms and a large entertainment area with a wet bar opening onto a 3,300-square-foot terrace — soundproofed,...

**Eric Schmidt Has A Psychotic Need To Control Governments ...**

american-corruption.com/
Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html

When one types "**Eric Schmidt Sex Penthouse**" in any search engine, many questions are raised. Even without these issues, shifting the military's path isn't any easy process. While Mr. **Schmidt** has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted .

**Here's Google's Eric Schmidt's Sex Pad | The Blemish**

https://theblemish.com/2013/07/heres-googles-eric-schmidts-sex-pad/

Wendy **Schmidt** has somewhat accepted an open marriage with Google exec **Eric Schmidt** and he's taken full advantage of that fact with a $15 million **sex penthouse** at 31 W. 21st St. The place was ...

**Political Ambition, Sexual Secrets - Why Did Eric Schmidt ...**

https://sputniknews.com/analysis/201712221060257653-eric-schmidt-resignation-politics-sexual/

According to Lapinski, it is notable that **Schmidt's** resignation was announced mere hours after US President Donald Trump issued an executive order that blocks transactions of the property of persons involved in human rights abuses, human trafficking and corruption.. During the 2016 US presidential race, **Schmidt** played an instrumental role in Hillary Clinton's campaign, acting as what Lapinski ...

103

**Eric Schmidt Has $15 Million Extramarital Sex Pad — And ...**

https://www.mic.com/articles/56553/eric-schmidt-has-15-million-extramarital-sex-pad-and-his-wife-is-ok-with-it

**Eric Schmidt** Has $15 Million Extramarital **Sex** Pad — And His Wife Is OK With It. ...
The **penthouse** apartment, ... **Schmidt** also reportedly had a 3-year love affair with TV personality Kate Bohner.

**The Oldest Houses In NYC; Google Boss Has NYC Sex Penthouse**

https://miami.curbed.com/2013/7/26/10215310/the-oldest-houses-in-nyc-google-boss-has-nyc-sex-penthouse

2) Flatiron District: Google executive **Eric Schmidt** refused to have a doorman and sound-proofed his 6,250-square-foot **penthouse** so he can bring lady friends back to the place and, uh, enjoy their ...

**Eric Schmidt - Wikipedia**

https://en.wikipedia.org/wiki/Eric_Schmidt

**Eric** Emerson **Schmidt** (born April 27, 1955) is an American businessman and software engineer. He is known for being the CEO of Google from 2001 to 2011, executive chairman of Google from 2011 to 2015, executive chairman of Alphabet Inc. from 2015 to 2017, and Technical Advisor at Alphabet from 2017 to 2020. In 2017, Forbes ranked **Schmidt** as the 119th-richest person in the world, with an ...

**Is Eric Schmidt's Departure Indicative of 'Womanizing ...**

https://nlpc.org/2017/12/22/google-immune-sexual-misconduct-revelations/

**Eric Schmidt**. On the same day an Associated Press survey of its member editors determined that workplace sexual harassment was the No. 1 story of 2017, Google's corporate parent company Alphabet said its CEO, **Eric Schmidt**, will leave as chairman of its board of directors. The development comes as Google became the subject of a recent report about corporation-wide mistreatment of women ...

**Through an obscure startup named Rebellion Defense, former Google CEO Eric Schmidt attempts to buy his way into the Biden White House.**

**BY JONATHAN GUYER**

 Days after winning the November election, Joe Biden announced the names of those staffing his transition. Big Tech landed prominent spots. Among the hundreds of personnel on the agency review teams serving the president-elect, there was one from Uber, two from Amazon, and one from Google. And then there were two people from Rebellion Defense, a shadowy defense startup.

The announcement sent Washington insiders scrambling to look up the company. No major defense contractors appeared on the list. "It's sure odd that a year-old startup like Rebellion winds up with two employees serving on a presidential transition team," Ken Glueck, the executive vice president of the tech company Oracle, told me.

What is Rebellion Defense? With a *Star Wars* allusion as its name, this firm is not your typical contractor. Rebellion launched in the summer of 2019 to craft artificial-intelligence (AI) software for the defense industry. Trade publications gushed about how innovative it was. It quickly raised $63 million, with the conspicuous backing of its board member Eric Schmidt. Schmidt is best known as the former CEO of Google, but he's also a billionaire investor and an influential consultant to key government bodies.

Schmidt serves as chairman of an advisory board to the White House and Congress called the National Security Commission on Artificial Intelligence. From official positions, he has advocated for the Defense Department and intelligence agencies to adopt more machine-learning technology. Meanwhile, as a venture capitalist, he has invested millions of dollars in more than a half-dozen national-security startups that sell those very technologies back to the government.

Government watchdogs consider those dual roles a conflict of interest. "He's got many, many financial incentives to ensure that the Department of Defense and other federal agencies adopt AI aggressively," said John Davisson, senior counsel for the nonprofit Electronic Privacy Information Center.

The Biden administration will need to tread carefully to avoid Big Tech taking over functions of government. Early in Obama's presidency, Google representatives <u>attended</u> more than one White House meeting a week, leading some to jokingly call the administration Google.gov. More than 250 Google employees moved back and forth between the company and government during the Obama years. Schmidt is now poised to have even more sway within the new White House.

**GOOGLE RAPIDLY GREW** in the '90s. Its board hired Eric Schmidt as CEO in 2001 to offer a businessman's edge to the startup's eccentric founders. Schmidt, a top executive at early tech stalwarts Sun Microsystems and Novell, served in that role for a decade. He then became executive chairman of Google's new parent company, Alphabet, as the highly valuable, publicly traded search engine giant expanded into new fields, like artificial intelligence and national security.

Schmidt personifies the bonds between tech and government. He was a frequent visitor to the Obama White House and sent strategy memos to presidential candidate Hillary Clinton. When Obama's healthcare.gov website overheated, the administration brought him in to clean up the mess. In November 2016, Schmidt wore a "staff" badge at Clinton's election-night party.

For Schmidt, the big prize was the national-security sector. In the 1960s and '70s, the Defense Department was by far the largest investor in research and development nationwide. The internet, of course, was at first a military platform. But by the 1990s, the Defense Department was spending more money on big weapons systems than on innovating the next big thing. <u>The CIA and NSA</u> had, through

research conduits, provided seed money to Google in the early '90s, but soon the latest innovations were coming from Silicon Valley to government, not the other way around. By 2003, Google was selling technology to the NSA to help it sort through a barrage of data, in a project that came with Google tech support.

The Pentagon and intelligence agencies had fallen behind. Part of it had to do with the rigidity of the defense bureaucracy, the difficulty of bringing in outside talent from tech companies, and the convoluted processes of government contracting that privilege massive defense companies. All the while, the private sector was outspending the Defense Department almost 5 to 1 on new research.

Eight days after Obama was sworn in, he brought on Schmidt to offer an outsider's view on how to run defense operations more like a tech company. Obama's final defense secretary, Ash Carter, created a position for Schmidt on the Defense Innovation Board, which was pushing for what was mainstream in the private sector, but seen as radical in government offices—that the Defense Department needed new software. Carter and Schmidt jointly selected the other advisers.

Schmidt, then the executive chairman of Google's parent company, had suddenly obtained unprecedented access to political leadership and global military operations. He traveled to some 100 military installations worldwide, where he was quick to point out the Pentagon's technological limitations. By the end of Obama's second term, Schmidt had gathered a huge amount of influence within national-security circles. Lt. Gen. Jack Shanahan, the founding head of the Pentagon's newly formed Joint Artificial Intelligence Center, told me that Schmidt was "a mentor to us."

As board chair, Schmidt pushed the Obama administration to bring artificial intelligence, new software, and cloud computing into the department. He was "poking a finger in the secretary of defense's chest saying, 'You don't get it. You don't see what's happening on the outside. AI is going to transform everything we do and you guys are stuck in the past,'" Shanahan said.

In 2017, Google won a $17 million contract from the Pentagon to examine drone footage using artificial intelligence, to enable drones to sift through potential targets with more precision. A year later, a dozen of the company's employees resigned in protest. Schmidt had promoted Big Tech playing a bigger role in national security, and now his own engineers had embarrassed him. (He said he had played no role in getting Google the government contract.) Lt. Gen. Shanahan ran that initiative, which became known as Project Maven. In press reports, the word "controversial" was almost always tagged onto it. Schmidt has been thoroughly bipartisan. He sat next to Steve Bannon at Trump's first convening of tech executives, and soon advocated that the Trump administration do more with AI. In 2018, Congress in its annual military-funding bill established an independent commission on artificial intelligence that would operate out of the Pentagon and advise Congress. The board's first chairperson was Eric Schmidt.

Once Schmidt joined the new National Security Commission on Artificial Intelligence, he started telling Congress to use AI in everything. "It's kind of a shitshow," said someone with knowledge of the

commission's day-to-day operations. Eager to proselytize AI, commissioners knew little about the complicated laws that apply to different agencies and departments. The person described the commission as "constantly on a gerbil wheel generating content that was useless."

The commission, in what lends the appearance of conflict of interest, hosts its reports on Google Drive and uses Gmail as its email platform. A spokesperson informed me that the commission's staff selected Google's federally approved suite of office products "without any input" from Schmidt.

Vice Chair Bob Work said in a statement, "Collectively, the Commission members monitor for potential conflicts of interest at our meetings and ensure our conversations do not veer into improper discussions of particular commercial interests."

"Schmidt wields a tremendous amount of power in this space, and we thought it was pretty alarming. It seemed like an obvious conflict of interest," said Davisson, the lawyer with the privacy advocacy nonprofit EPIC. "It spoke to the strangeness of someone with so many financial entanglements chairing this commission."

Each member of the commission submits an ethics disclosure. For most commissioners, these documents run between 7 and 11 pages; Schmidt's financial disclosure is 38 pages long.

Even Schmidt himself, who declined to speak with the *Prospect* through spokespeople, has acknowledged that there can be confusion. In November 2019, he alluded to his potential conflicts when he moderated the commission's first public event. "It's a real tragedy we don't wear hats anymore," Schmidt joked as he gestured toward a top Google official and Lt. Gen. Shanahan sitting next to him. "I'm probably the only person who can say this in the entire world: I work with and for both of them." Of course, as he tried to toggle between those two roles, it was clear that he was wearing no hat at all. It was impossible to tell on whose behalf he was speaking.

"There's a general concern in the tech community of somehow the military-industrial complex using their stuff to kill people incorrectly, if you will," Schmidt said.

As the three of them talked through the work Google had done for the Defense Department, Schmidt effectively used the government event to market Google's services to the audience of defense and AI experts. He asked the general and the Google official to each explain how Project Maven, the drone program that had led to the resignation of Google engineers, was even more successful than the media had reported.

Schmidt left Alphabet in June 2019. He was increasingly out of step with his engineers' views of defense work, a mismatch that he himself admitted. "There's a general concern in the tech community of somehow the military-industrial complex using their stuff to kill people incorrectly, if you will," Schmidt said.

107

He proposed a solution: Tech entrepreneurs should establish new companies to fulfill contracts for soldiers and spies. "My guess is what will happen is that there will be tech companies founded that are more in alignment with the mission and values of the military," he said.

And he put that into practice. A month after retiring, Schmidt's venture capital firm invested in Rebellion Defense.

**REBELLION'S FOUNDERS MODELED** the company after the specialized Pentagon unit where many of them had worked before leaving to start the new business enterprise. The unit was a small operation called the Defense Digital Service, which brought in software experts from companies for short tours of service. Schmidt was an early fan, and he told Congress in April 2018 that the unit should be expanded to hundreds of people.

Members of the Defense Digital Service saw themselves as a band of outsiders within the Pentagon. They even put a plaque that said "Rebel Alliance" on the unit's door. Its first director was Chris Lynch, a techie from Seattle who had founded a number of forgettable startups, including a word-game app and a hot-or-not site called CelebHookup. Lynch failed upward into a competitive position in the U.S. Digital Service, an Obama initiative, and then quickly parlayed that into a newly fashioned role at the Pentagon. Lynch spoke quickly and deployed buzzy slogans. He went out of his way to lambaste Google engineers who didn't want to work on killing machines.

Lynch continued to work for the Defense Digital Service during the Trump administration and was given responsibility for leading the Pentagon's transition to a single cloud, the incredibly complex $10 billion JEDI program. (The JEDI contract ended up going to Microsoft, after Trump allegedly personally vetoed Amazon as a prime vendor.)

Now that he had learned how to navigate the Defense Department, Lynch set out to move into the private sector. He co-founded Rebellion Defense in 2019 with British counterpart Oliver Lewis and Nicole Camarillo, who was still working for the Pentagon. A pitch deck for investors touted "her present leadership role in U.S. Army Cyber Command." The trio started calling around to venture capitalists for funding.

Rebellion would do what Google would not. The pitch seemed tailor-made for Eric Schmidt.

Rebellion called themselves "a modern day Manhattan Project." They emphasized their recent knowledge of the Pentagon and Congress as a "substantial head start to the early-stage startups attempting to build products that are to be sold into government." Their three initial labs would include using AI for the military and policing, protecting large data systems, and creating the ultimate antivirus system. Each one would be worth billions of dollars. "The mission of national defense must be *the* place to be in tech," Rebellion's founders wrote. "This is an unconstrained 'Project Maven.'" Rebellion would do what Google would not. The pitch seemed tailor-made for Eric Schmidt.

One venture capitalist, who declined to be identified because he said he did not want to jeopardize existing relationships, said the pitch was weak. Rebellion wasn't providing a new product. Its founders were selling their know-how of the Pentagon, their experience working on contracts on the inside, and their relationships with senior brass. "It was pretty obvious that this among other startups were designed to capture outstanding military and intelligence AI contractors," the investor told me. "If you can offer a big hammer with the letters 'AI' on the side, they'll hand you a bag of money."

Rebellion positioned itself as devotees of scrappy Luke Skywalker, but its backers looked a lot more like Darth Vader. In 2019, the firm raised $63 million with help from a murderers' row of venture capitalists, $13 million more than the founders had hoped to initially secure. The Founders Fund, co-founded by Trump ally Peter Thiel, chipped in. So did James Murdoch, son of the tabloid magnate, whose investment firm Lupa Systems has been buying up media outlets. Ted Schlein, a lesser-known name on Rebellion's board, was perhaps even more influential. Schlein is a trustee of the CIA-backed venture capital firm In-Q-Tel, and brings in-depth knowledge of what spy agencies are investing in. And then there was the heaviest hitter of them all, Eric Schmidt.

Rebellion set up a website where it listed all of its key personnel. For board member Eric Schmidt, there was no bio. Instead, beside his photo there was a link that led directly to his profile on the Defense Innovation Board, the body advising Congress and the Pentagon on how to allocate resources toward the exact technology Rebellion was selling. It suggested that there was no firewall between Schmidt's work for the government and the private sector. Soon, Schmidt would be dropping by the Rebellion office to chat.

Rebellion's founders were selling their know-how of the Pentagon, their experience working on contracts on the inside, and their relationships with senior brass.

The company's website had slogans to target national-security customers ("Rebellion Defense builds for the warfighter") as well as ones that would resonate with Silicon Valley engineers ("Join the Rebellion"). Lynch even changed the greeting on his D.C. apartment's call box to "We are the Rebellion." (Rebellion Defense through a spokesperson declined to comment on the record or make staff available for interviews.)

In addition to the major investors and the hoodie-wearing hacker types on their team, Rebellion also needed buttoned-up former executives from the Defense Department. Its business side was composed of "a permanent team of national defense bureaucracy hackers" and "government procurement experts"—people who were perfectly placed to snag highly coveted defense contracts. Bob Daigle has been the money man at the Pentagon. From 2017 to 2019, he served as the director of the Cost Assessment and Program Evaluation office, an office he had worked in at a senior level during the George W. Bush administration. Daigle's job was to make sure every project was in budget, and now he was a founding executive of Rebellion. Tony Ierardi had been doing similar work for the Joint Chiefs of Staff. He retired as a lieutenant general in fall 2019 after almost four decades in the military and became the company's chief of staff. (Like Schmidt, Daigle and Ierardi had time for another job, too.

Both serve as consultants for Pallas Advisors, which <u>Jim Mattis's tech consigliere</u> Sally Donnelly founded last year with a formidable roster of former top officials.) Another adviser to Rebellion, David Recordon, directed IT in the Obama White House and "modernized contracting strategies" for administration staff, according to his profile. Former Defense Secretary Ash Carter also advises the company.

The founders had told investors that they would "create a multi-billion dollar challenger to the global defense industry," and by 2020, Rebellion was getting contracts and growing. It added an office in Seattle and expanded its presence in London, where it recently recruited the former chief of staff of the Ministry of Defense. "We're hiring (a lot)," one staffer posted on LinkedIn in November. Rebellion has 85 employees listed on the social media platform—and 19 job openings. This was quite a leap for a startup.

Rebellion acts like a tech company. It emphasizes its jaunty culture, plays up the *Star Wars* references, and filmed an intentionally cheesy Christmas video where staffers each sing along to Mariah Carey. In actual fact, this is a defense company.

Government awards flow to Rebellion in part because the company sponsored high-profile research that says the government should use their products. For example, in 2020, Rebellion funded the Center for Strategic and International Studies to urge the defense sector to use more machine learning in collecting and analyzing intelligence—the exact products that Rebellion peddles. (A CSIS spokesperson said, "We stand behind the independence of our scholars and the quality of their analysis.") Now, the people that Rebellion has been paying to write those think-tank reports are joining the Biden administration, too. The co-chair of that <u>Rebellion-funded task force</u> at CSIS was Avril Haines, now Biden's director of national intelligence; its website listed Kathleen Hicks as a senior adviser, and Biden announced in December that she would be number two at the Pentagon.

**SCHMIDT'S INFLUENCE** is now assured within the Biden administration. In September, he was a featured speaker at a Biden campaign fundraiser with <u>Michèle Flournoy</u>, a former defense official who has been consulting for Schmidt's philanthropy. Now, Schmidt is feeding the pipeline of those in national-security positions who will owe him their start in the business. Through his charitable organization Schmidt Futures and with the advice of former Obama officials at the consulting firm <u>WestExec Advisors</u>, he is launching an initiative to seed more tech talent into the Pentagon and intelligence agencies.

Rebellion's future is secured in two ways—through contracts and connections. In November, it won what could grow into the company's biggest award to date, a contract to create a single data-sharing network for the Air Force. And then there was the transition team announcement, where the company joined the big leagues of Amazon and Google.

110

A year before, in its initial pitch to investors, Rebellion had said, "Traction inside of the Department of Defense and its allies is the primary driver of success—mission matters." Now, by their own terms, they've won.

"The fact that they got two people on the landing teams was eyebrow-raising to say the least," said Luther Lowe, who runs Yelp's public-policy efforts in Washington. (Yelp has been a persistent critic of Google, and by association Eric Schmidt.)

Victor Garcia, who lists his job as "engineering rebel," helped coordinate the Department of Defense's transition. Engineering manager David Holmes helped coordinate the Education Department and the Social Security Administration's transition. In January, the Biden team also appointed David Recordon, who advised Rebellion at its inception, to the Office of Management and Administration as director of technology.

Here was Schmidt, on all sides of all transactions. If he needed to reach someone in the Biden administration, he had plenty of options for who to call.



(Illustration by Roberto Parada)

**The [Eric Schmidt sex penthouse stories](https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html)**
( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )

**Eric Schmidt's SXSW sexism was not an isolated incident**

The Daily Dot|30 days ago

Problematic gender dynamics emerged out of a high-profile shushing perpetrated by Google Executive Chairman **Eric Schmidt**. The executive repeatedly talked over former Google colleague Megan ...

**Ex-youth sports coach charged with child sex crimes posts ...**

https://www.msn.com/en-us/news/crime/ex-youth-sports-coach-charged-with-child-sex-crimes-posts-bond-shortly-after-arraignment/ar-BB1alei0

A former youth sports coach accused of sex crimes against children posted bond on Friday. **Eric Schmidt**, 42, of Mason, was indicted on charges of rape, gross sexual imposition and public indecency.

**Eric Schmidt reportedly applied to become a citizen of Cyprus**

https://www.cnbc.com/2020/11/09/eric-schmidt-reportedly-applied-to-become-a-citizen-of-cyprus.html

Nov 9, 2020Former Google Chief Executive **Eric Schmidt** has been approved to become a citizen of Cyprus, according to a report Monday from Recode. Recode cited a notice in Alithia, a Cypriot publication, from ...

**Eric Schmidt may still be married but he's screwing his way through NYC's ...**

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion ...

**Eric Schmidt's love life at center of fired trader's lawsuit**

https://www.dailymail.co.uk/news/article-7961509/Fired-trader-says-prostitute-stayed-Davos-actually-Eric-Schmidts-girlfriend.html

Daniel Michalow, 37, left, left D.E. Shaw in 2018 and has now launched legal action suing the company for defamation and seeking millions in damages. **Eric Schmidt** with wife Wendy, right.

**Ex-Google Boss Eric Schmidt's Love Life Exposed by Dirty ...**

https://www.thedailybeast.com/ex-google-boss-eric-schmidts-love-life-exposed-by-dirty-hedge-fund-war

A legal battle between a star money manager and secretive firm D.E. Shaw has now dragged investor **Eric Schmidt** and his personal life into the messy dispute.

**Eric Schmidt's Massive Conflicts of Interest - National ...**

https://nlpc.org/2021/02/04/eric-schmidts-massive-conflicts-of-interest/

**Eric Schmidt**/PHOTO: jdlasica (CC) For a while after Joe Biden was recognized as the victor in the November presidential election, political punditry wondered which direction he would go: pro- or anti-Big Tech? That has been clearly answered, as Biden installed several Silicon Valley influencer

**Ex-Google CEO Eric Schmidt is reportedly becoming a ...**

https://www.msn.com/en-us/news/world/ex-google-ceo-eric-schmidt-is-reportedly-becoming-a-citizen-in-the-european-island-nation-of-cyprus-which-could-cost-him-2-5-million-and-give-him-tax-breaks/ar-BB1aQooh

Ex-Google CEO **Eric Schmidt** is reportedly obtaining citizenship in the European country of Cyprus, per a Recode report, a move that will allow him to travel to the European Union and possibly reap ...

**Former Lover Exposes Eric Schmidt - American Intelligence ...**

https://aim4truth.org/2019/07/02/former-lover-exposes-eric-schmidt/

Civis Analytics is an **Eric Schmidt**-backed data science software and consultancy company founded by Dan Wagner in 2013.[1] Wagner served as the Chief Analytics Officer for Barack Obama's 2012 re-election campaign.[citation needed]

**Ex-Google Boss Eric Schmidt's Love Life Exposed by Dirty ...**

https://www.thedailybeast.com/ex-google-boss-eric-schmidts-love-life-exposed-by-dirty-hedge-fund-war

A legal battle between a star money manager and secretive firm D.E. Shaw has now dragged investor **Eric Schmidt** and his personal life into the messy dispute.

**Google's Eric Schmidt's 'open marriage' and his string of ...**

https://www.dailymail.co.uk/news/article-2371719/Googles-Eric-Schmidts-open-marriage-string-exotic-lovers.html

**Eric Schmidt**, Google's executive chairman, has embarked on a string of affairs with younger women, including a vivacious TV presenter who dubbed him 'Dr Strangelove', a leggy blonde public ...

**Eric Schmidt Has A Psychotic Need To Control Governments ...**

american-corruption.com/
Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html

When one types "**Eric Schmidt Sex Penthouse**" in any search engine, many questions are raised. Even without these issues, shifting the military's path isn't any easy process. While Mr. **Schmidt** has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted .

# Google Took Over The U.S. Patent Office Because Google Swiped Most Of It's Technology

Google has sent tens of millions of dollars lobbying the U.S. Patent Office and putting moles on USPTO committees in order to protect Google from all of Larry Page's technology thefts.

Charles Chase, an engineer who manages Lockheed Martin's nuclear fusion program, was sitting on a white leather couch at Google's Solve for X conference when a man he had never met knelt down to talk to him.

They spent 20 minutes discussing how much time, money and technology separated humanity from a sustainable fusion reaction — that is, how to produce clean energy by mimicking the sun's power — before Mr. Chase thought to ask the man his name.

"I'm Larry Page," the man said. He realized he had been talking to Google's billionaire co-founder and chief executive.

"He didn't have any sort of pretension like he shouldn't be talking to me or 'Don't you know who you're talking to?'" Mr. Chase said. "We just talked."

Larry Page is not a typical chief executive, and in many of the most visible ways, he is not a C.E.O. at all. Corporate leaders tend to spend a good deal of time talking at investor conferences or introducing new products on auditorium stages. Mr. Page, who is 42, has not been on an earnings call since 2013, and the best way to find him at Google I/O — an annual gathering where the company unveils new products — is to ignore the main stage and follow the scrum of fans. He goes up to each and asks them all about their technology then he has Google copy it, changes the name of the idea and never pays the original inventors a single dime.

Ask Randy at http://www.usinventor.org about Google's manipulations of the United States Patent Office and the blockading of the rights of American inventors. He has a few thoughts on that. Take a look at some of these news articles. They have a few thoughts on Google screwing with the Patent Office:

**Former Google IP attorney Michelle Lee named director of ...**

Former **Google** lawyer **Michelle Lee** has been tapped to lead the new Silicon Valley patent office. The U.S. Patent & Trademark Office confirmed **Lee** was named ...

bizjournals.com/sanjose/news/2012/11/16/former-google-ip-...

114

Page 115  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

**Inventors and companies nationwide demand that Michelle Lee be fired. Why is she still there?**

http://townhall.com/columnists/setonmotley/2017/01/24/mr-president-please-remove-googles-antiip-mole-from-your-administration-n2276257


**DOES GOOGLE'S MICHELLE LEE WORK FOR ... - The Corruption Times**

DOES **GOOGLE'S MICHELLE LEE** WORK FOR BOTH **GOOGLE** AND THE U.S. PATENT OFFICE AT THE SAME TIME? **Michelle Lee** is **Google's** lawyer. She runs the U.S. Patent ...

https://atvmdoe.wordpress.com/2016/04/06/does-googles


**American Inventors Urge Trump To "DUMP GOOGLE'S MICHELLE LEE ...**

**Google**, Trump's arch enemy, put **Google's** insider lawyer: **Michelle Lee**, in charge of the US Patent Office so that she could protect Silicon Valley.

https://ultralightvehicles.wordpress.com/2017/01/18/ameri


**What is Michelle Lee Hiding? - IPWatchdog.com | Patents ...**

**Michelle Lee** talks about transparency, but the PTO is hiding behind redacted pages and claims of privilege to deny a legitimate FOIA request from Kyle Bass.

ipwatchdog.com/2016/02/29/what-is-michelle-lee-hiding


**How Google and Michele Lee Destroyed American Innovation and ...**

How **Google** and Michele **Lee** Destroyed American Innovation and fouled the U.S. Patent System By Audrey Lancaster The articles at the following links demonstrate a ...

investigation1.net/how-google-and-michele-lee-destroyed-a


**Mr. President: Please Remove Google's Anti-IP Mole from Your ...**

Capitalism, China, **Corruption** ... to keep former **Google** executive **Michelle Lee** on as director of ... to **Michelle Lee's** staff page on the Commerce ...

conservativerepublicannews.com/2017/01/27/mr-president-p


**The Bottom Line on Trump's PTO: Michelle Lee Must Go**

By **James Edwards**



Michelle Lee

One thing you learn early on in the Conservative Movement is the maxim, *Personnel Is Policy*.

For a new administration pledged to turn the ship of state to effect the goal of America's economic and industrial restoration, the same turn must be made regarding intellectual property.  And it's hard to imagine that the Obama picks to lead the Patent and Trademark Office or the Copyright Office could be part of the solution in IP policy, if America is to be made great again.

For those watching the inside baseball in Washington of musical chairs, where the Trump administration's people come in and the Obama administration's people leave, the intrigue about whether Obama's Under Secretary for Intellectual Property and Director of the United States Patent and Trademark Office, Michelle Lee, is staying or going has generated much speculation and concern.

**Google, Michelle Lee's Alma Mater**

I share that concern.  Michelle Lee was closely tied to Google, the Obama administration's corporate darling.  As my friend Larry Hart has shown, Google and its antipatent Silicon set "enjoyed an unprecedented level of access" to the Obama crowd.

While Google has contributed technologically, it hasn't often strengthened the critical element underpinning the most important cutting-edge scientific commercial advances like the technological infrastructure that enables mobile communication or biologics, immunotherapy and biopharmaceuticals that can keep people out of the hospital or from needing more expensive medical care later: *intellectual property rights*.

116

Google has spent millions of dollars buying influence and ensconcing its people in Washington over the past decade.  Michelle Lee is one of Google's coups:  The PTO run by a senior alumna of the epitome of antipatent, anti-intellectual property rights corporate elitists.

It's no secret that Google has little regard for IP, nor are patents important to the corporation's business model.  Google has helped lead the policy fights to weaken patents and diminish patent rights — which is to say to undermine property rights.

**AIA, PTO, and the Assault on Property Rights**

The PTO under Obama first pushed for radical patent legislation, then has implemented provisions of it, the so-called *America Invents Act*, which has done much to harm inventors and invention, in Google and company's general direction.  The AIA, which deplorably enjoyed the strong support of a lot of otherwise conservative Republicans, further undermined the American patent system's democratized, property rights-oriented design that led to a who's who of iconic inventors such as Edison and the Wright Brothers, as well as the foundation for America's wealth-creating industrial leapfrog, including manufacturers like Eli Lilly & Co. and General Electric.

The AIA shifted from our property rights-based first-to-invent to a "globally harmonized" first-to-file system, opened up a can of worms regarding prior art and anonymous and foreign prior art assertions, gutted the one-year grace period inventors traditionally enjoyed before having to go to the expense of prosecuting a patent application, set up postgrant review proceedings that have run wild, invalidating issued patents more than 70 percent of the time, and much more mischief.

With the PTO's implementation of AIA, Google could only be pleased with its alumna.  Lee has led the U.S. Patent Office down the path of an agency that no longer stands behind its work.  Lee's allowing the Patent Trial and Appeal Board to decimate issued patents in the most reckless manner would indicate that Lee is less than friendly to invention and property rights.  No wonder Judge Randal Rader has called the PTAB and its postgrant proceedings "patent death panels."  *In fact, Lee's PTO has arguably become friendlier to patent infringers than to inventors.*

**GOOGLE'S MICHELLE LEE WORKED FOR BOTH GOOGLE AND THE U.S. PATENT OFFICE AT THE SAME TIME? CORRUPTION?**

• Michelle Lee is Google's lawyer. She ran the U.S. Patent Office.

• Google hates other people's patents because, according to many inventors, Google has stolen most of it's technology from others.

• Michelle Lee presided over some of the largest intellectual property thefts, by Google, while she was at Google.

• The New York Times did a feature article about how Google founder Larry Page based Google's business model on ideas he stole.

117

• Google spent more money, than any other company, trying to over-throw modern patent laws that protect small inventors.

• Most people think that Michelle Lee is a "criminal mole planted by Google to protect Google and only Google".

• Michelle Lee makes huge amounts of money off of Google while she runs the U.S. patent office.

• Google funded Obama's campaign and Obama appointed Michelle Lee.

• Michelle Lee has vindictively and overtly sought to invalidate tens of thousands of existing patents on a "seemingly maniacal crusade to protect Google by steam-roller-ing all patents that may affect Google." She does so with the protection of the White House, who Google seems to "own".

• Patent attorneys, start-up CEO's, inventors and small business hate Michelle Lee. Only Google seems to like Michelle Lee.

• Citizens groups plead with Trump, Sanders and Cruz to arrest and indict Michelle Lee if elected but know Hillary will keep her because Google finances Hillary, too.

**Is It Google's Turn to Head the USPTO Corporation ...**

techrights.org/2014/10/20/michelle-lee/

- As we showed in past years, Google had hired many patent lawyers rather than fight software patents;

**Michelle Lee may therefore be part of the problem. ... Microsoft's Charm Offensive Against**

**GNU/Linux Uses the Same ...**

**Michelle Lee | LinkedIn**

**https://www.linkedin.com/in/mlee95070**

**Washington D.C. Metro Area - Under Secretary of Commerce for Intellectual Property and Director at**

# Google's In-House Character Assassination Services For Politicians

**Who did the Washington Cartel use to do their dirty work? The partnership of Google and Gawker/Gizmodo, the hit-job kings of the world!**

This is what happens to U.S. Citizens if they help federal investigators. The crew that engaged in the "hit-jobs" against reporters, citizens, Congress-people and agency staff that testified about the illicit activities were:

Inside the U.S. Antitrust Probe of Google Key FTC staff wanted to sue Internet giant after finding 'real harm to consumers and to innovation'

The staff report from the agency's bureau of competition recommended the commission bring a lawsuit challenging three Google practices. The move would have triggered one of the highest-profile antitrust cases since the Justice Department sued Microsoft Corp. in the 1990s.

Related

- How Google Skewed Search Results
- Digits: Excerpts from FTC Staff Report on Google's Search Practices
- Google Dodges Antitrust Hit (Jan. 3, 2013)
- EU Prepares to Step Up Google Investigations (July 22, 2014)

The 160-page critique, which was supposed to remain private but was inadvertently disclosed in an open-records request, concluded that Google's "conduct has resulted—and will result—in real harm to consumers and to innovation in the online search and advertising markets." The findings stand in contrast to the conclusion of the FTC's commissioners, who voted unanimously in early 2013 to end the investigation after Google agreed to some voluntary changes to its practices.  It is unusual for the commissioners to not take staff recommendations. But in this case, they were wrestling with competing recommendations, including a separate report from the agency's economic bureau that didn't favor legal action.

Then-Chairman Jon Leibowitz said in a written statement at the time that Google's voluntary changes deliver "more relief for American consumers faster than any other option."  He lied because he and his staff were paid bribes to leave Google alone!

119

Google General Counsel Kent Walker said in a statement Thursday that the FTC ultimately "agreed that there was no need to take action on how we rank and display search results." He added:



*Figure 2: The Google Cartel Employs Over 300 Character Assassin Trolls*

"Speculation about potential consumer harm turned out to be entirely wrong. Since the investigation closed two years ago, the ways people access information online have only increased, giving consumers more choice than ever before."

On one issue—whether Google used anticompetitive tactics for its search engine—the competition staff recommended against a lawsuit, although it said Google's actions resulted in "significant harm" to rivals. In three other areas, the report found evidence the company used its monopoly behavior to help its own business and hurt its rivals.

The report undercuts Google's oft-stated contention that the FTC found no evidence of wrongdoing. "The conclusion is clear: Google's services are good for users and good for competition," said David Drummond, Google's senior vice president and chief legal officer, when the FTC closed the matter.

It could prompt new complaints from some Google competitors, such as Yelp Inc., who allege the company still engages in anti-competitive behavior, and renewed focus by antitrust authorities in Europe, who are pursuing their own look into Google.

"This document appears to show that the FTC had direct evidence from Google of intentional search bias," said Luther Lowe, the vice president of public policy for Yelp.

The Wall Street Journal viewed portions of the document after the agency inadvertently disclosed it as part of a Freedom of Information Act request. The FTC declined to release the undisclosed pages and asked the Journal to return the document, which it declined to do.

"Unfortunately, an unredacted version of this material was inadvertently released in response to a FOIA request," an FTC spokesman said in a statement to the Journal. "We are taking steps to ensure this does not happen again."

Embedded in the document and in detailed footnotes are an array of previously unknown details about Google's business, many of which come from senior officials such as Executive Chairman Eric Schmidt, former executive Marissa Mayer and co-founders Larry Page and Sergey Brin.

Data included in the report suggest Google was more dominant in the U.S. Internet search market than was widely believed. The company estimated its market share at between 69% and 84% during a period when research firm comScore put it at 65%. "From an antitrust perspective, I'm happy to see [comScore] underestimate our share," the report quoted Google Chief Economist Hal Varian as saying, without specifying the context.

121

An antitrust suit against Google would have pitted Obama administration appointees against one of the White House's closest corporate allies. Google was the second-largest corporate source of campaign donations to President Barack Obama's re-election effort. Google executives have visited the White House scores of times since Mr. Obama has been in office, according to visitor logs.

"The FTC is an independent agency and we respect their independent decision-making," said Jennifer Friedman, a White House spokeswoman.

In its investigation, FTC staff said Google's conduct "helped it to maintain, preserve and enhance Google's monopoly position in the markets for search and search advertising" in violation of the law. Google's behavior "will have lasting negative effects on consumer welfare," the report said.

Google has long disputed any characterization that it is a monopoly, saying that competition is "just a click away."

In discussing one of the issues the FTC staff wanted to sue over, the report said the company illegally took content from rival websites such as Yelp, TripAdvisor Inc. and Amazon.com Inc. to improve its own websites. It cited one instance when Google copied Amazon's sales rankings to rank its own items. It also copied Amazon's reviews and ratings, the report found. Spokesmen for TripAdvisor and Amazon declined to comment.

When competitors asked Google to stop taking their content, it threatened to remove them from its search engine.

"It is clear that Google's threat was intended to produce, and did produce, the desired effect," the report said, "which was to coerce Yelp and TripAdvisor into backing down." The company also sent a message that it would "use its monopoly power over search to extract the fruits of its rivals' innovations."

In its final agreement, the commission secured a promise that Google would allow websites to opt out of having their content included in its competing search products.

The staff said Google also broke antitrust law by placing restrictions on websites that publish its search results from also working with rivals such as Microsoft's Bing and Yahoo Inc.

The commission made no mention of this issue in its final report, nor did it secure any commitments from Google to change its policies.

122

In a third area, the FTC staff said Google violated antitrust law by restricting advertisers' ability to use data garnered from Google ad campaigns in advertising run on rival platforms.

The FTC report cited a Google employee who said the company once wanted to do away with the unnecessary restriction but was overruled by Mr. Page, who is now Google's chief executive. A Google spokeswoman declined to make Mr. Page available for comment.

Ultimately, Google changed this policy voluntarily in 2013 at the behest of the agency.

On the most important issue, that of Google's prized search engine, the FTC report said Google altered it to benefit its own services at the expense of rivals. The report said Google "adopted a strategy of demoting, or refusing to display, links to certain vertical websites in highly commercial categories."

In what it termed "a close call," the staff said the FTC shouldn't issue a complaint against the company because of legal hurdles and Google's "strong procompetitive justifications."

'[Google's behavior] helped it to maintain, preserve and enhance Google's monopoly position in the markets for search and search advertising'

—FTC staff report The "evidence paints a complex portrait of a company working toward an overall goal of maintaining its market share by providing the best user experience, while simultaneously engaging in tactics that resulted in harm to many vertical competitors, and likely helped to entrench Google's monopoly power over search and search advertising," the staff said.

On Jan. 3, the five FTC commissioners voted to close the investigation. A few months later, now FTC Chairwoman Edith Ramirez told a Senate committee that a majority of commissioners didn't support a case against Google on any of the allegations under investigation.

In-Q-Tel,  Gawker Media and New America Foundation are covertly "dirty tricks" services!

The executives of Google, In-Q-Tel and New America Foundation and the investors and beneficiaries of the "CleanTech" cash and the organizers of the libel, slander and defamation attacks against competing applicants are IN FACT, all the same people. In-Q-Tel and New America Foundation staff strategized the attacks while Gawker Media and Google executed the attacks.

Google received numerous legal requests to cease the attacks and, not only, refused to cease the attacks, but, in fact, increased them. Google manually, malicious and intentionally locked the attacks into the top and forefront positions on their web control architecture in order to optimize and maximize the damage against applicants as a retribution tactic. Google deleted and down-ranked any media coverage

which was beneficial to applicants in order to assert their damage against the applicants in favor of their investors. Because Google operates under federal cash contracts and is legally a "Monopoly" this is a felony.The personnel, financial relationships, investments, ownerships, assets and communications between all of these parties are deeply embedded, confirmed and quantified. NSA, FBI and other surveillance has documented their communications and interactions.

These are the groups that joined together to target those who spoke up. Let's see what the media says about them:

http://vcracket.weebly.com

**Character assassination** – Wikipedia, the free encyclopedia

**Character assassination** is a deliberate and sustained process that aims to destroy the credibility and reputation of a person, institution, social group, or nation.

en.wikipedia.org/wiki/Character_assassination

**Google Search** Results **Rigged**? – Outside The Beltway

Is **Google** manipulating its **search** results to keep competitors down? … When **Google** was a pure **search engine**, **it** was easy to appear agnostic about **search** results, … Are **Google's** results **rigged**? Heck yeah.

outsidethebeltway.com/google-search-results-rigged/More results

**Character Assassination** | Definition of **character** …

Full Definition of **CHARACTER ASSASSINATION** : the slandering of a person usually with the intention of destroying public confidence in that person See **character assassination** defined for English-language learners Examples of **CHARACTER ASSASSINATION** None of those rumors are true. She's been the …

merriam-webster.com/dictionary/character assassination
More results

Urban Dictionary: **Character Assassination**

**Character Assassination** is the act of attempting to influence the portrayal or reputation of a particular

person, causing others to develop an extremely negative perception of him/her.

urbandictionary.com/define.php?term=Character Assassination

**PCWorld; Google Defends Against Claims of Rigged Search …Google** Defends Against Claims of **Rigged Search** Results. **Google** is aggressively defending itself against accusations it manipulates its **search** … or specialized image, shopping, flight, or movie results. And that's not just **Google**; Bing, Yahoo and other **search engines** do the …

pcworld.com/article/257269/google_defends_against_cla…

**Character Assassination Law & Legal Definition**

**Character Assassination** refers to the slandering or vicious personal verbal attack on a person with the intention of destroying or damaging that person's reputation or confidence.

definitions.uslegal.com/c/character-assassination/

**Google Has Rigged It's Search Results… …**

The bclund Blog The Intersection of Markets, Trading, and Life! Main menu. Skip to content. Home; About Brian Lund; THE BEST OF bclund; Brian Lund In Media; **Google** Has **Rigged It's Search** Results…Is Anyone Surprised? … To bolster its own listings, **Google** sometimes copied, …

bclund.com/2015/03/20/google-has-rigged-its-search-r…More results

**character assassination – The Free Dictionary**

**character assassination** n. The malicious denunciation or slandering of another person, especially as part of an effort to ruin the reputation of a public figure. **character** assassin n. **character assassination** n 1. the act of deliberately attempting to destroy a person's reputation by defamatory …

thefreedictionary.com/character+assassination

**Europe investigates Google: Rigged search** rankings …Europe investigates **Google**: **Rigged search** rankings? More like this. Update: **Google** targeted by EU antitrust probe. **Google** Instant results: … it makes no sense. … **Google** is a **search engine**. … It s their job. If they are not allowed to do this, they cannot serve their users. …

computerworld.com/article/2469754/e-commerce/europe-investi…

**Character Assassination – Changing Minds**

**Character Assassination** . Techniques > Propaganda > **Character Assassination**. Method | Example | Discussion | See also . Method. Attack the person, showing them to be bad and unworthy.

changingminds.org/techniques/propaganda/character_assassina…

More results

Spies and **Honey Traps**: PW Talks with Jason MatthewsI don't know if there still is an operating Sparrow School, but I imagine **honey traps** are still used. … which continues the narrative with the same **characters** (**and** some new ones). There are recruitments, double crosses, despicable traitors, **assassination** attempts, and a desperate …

publishersweekly.com/pw/by-topic/authors/interviews/article/56…

EU competition commissioner 'concerned' **Google** is rigging its …… with competition commissioner Margrethe Vestager formally accusing the **search** giant of rigging its **search engine** and its Android smartphone . Jobs. Jobs; Cars. CarsIreland.ie; Used Car **Search**; Car Dealers; Deals. … EU competition commissioner 'concerned' **Google** is rigging its **search engine** …

independent.ie/business/technology/news/eu-competition-c…

Barbara Hartwell Vs. CIA: **Honey Trap** Trickster? Or CIA Assassin?… **Honey Trap** Trickster? Or CIA Assassin? … Here's a little sample of Negri's more recent **character assassination** regarding myself and my friends and colleagues Rayelan … But it's getting late and this 'Former CIA Assassin' and **'Honey Trap** Trickster' has grown tired of typing …

barbarahartwellvscia.blogspot.com/2006/11/honey-trap-trickster-or-cia-assas…

Julian Assange in the **Honey Trap** by Justin Raimondo …Julian Assange in the **Honey Trap**. How they snared him. by Justin … **character assassination** is an art, to be practiced with a fine attention to detail … One of the participants in the ensuing conversation describes her as "certainly an odd **character**," who seemed out of …

original.antiwar.com/justin/2010/12/07/julian-assange-in-the-h…

Snowden Drip: Government Funded **Character Assassination** …Snowden Drip: Government Funded **Character Assassination** Squads Rampant Online From The Intercept: … the use of "**honey traps**" (luring people into compromising situations using sex) and destructive viruses. But, here, …

blog.agupieware.com/2014/02/snowden-drip-government-funded.html

Bob Unruh tells of how Journalist Glenn Greenwald, through whom document-leaker Edward Snowden previously rattled the entire National Security Agency, is now confirming Western intelligence networks strategize to place "trolls" on the Internet to undermine, discredit and destroy critics.

In an article posted on website Greenwald help create called the Intercept, Greenwald reports secret documents from the GCHQ – the United Kingdom's version of the NSA – reveal "how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction."

He cites documents from the "previously secret" Joint Threat Research Intelligence Group in the U.K., which describe injecting "all sorts of false material onto the Internet in order to destroy the reputation of its targets" and to use "social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable."

"To see how extremist these programs are, just consider the tactics they boast of using to achieve those ends: 'false flag operations' (posting material to the Internet and falsely attributing it to someone else), fake victim blog posts (pretending to be a victim of the individual whose reputation they want to destroy), and posting 'negative information' on various forums."

The document lists a "Disruption Operational Playbook" and subheadings titled "Infiltration Operation, Ruse Operation, Set Piece Operation, False Flag Operation, False Rescue Operation, Disruption Operation, Sting Operation."

*Get "Disinformation: Former Spy Chief Reveals Secret Strategies for Undermining Freedom, Attacking Religion, and Promoting Terrorism" at WND's Superstore*

Regarding how to "discredit a target," the instructions include, "Set up a honey-trap, change their photos on social networking sites, write a blog purporting to be one of their victims, email/text their colleagues, neighbors, friends etc."

Sam Rolley at the Personal Liberty blog wrote that his organization for years has been "warning readers that the well-connected and ruling elite, displeased by this newfound proletariat freedom, have

127

been prolific in attempts to undermine and marginalize information provided by any media outlet unwilling to obey the same unspoken rules that govern the content choices of major media outlets."

"Now, thanks to the efforts of National Security Agency whistleblower Edward Snowden and journalist Glenn Greenwald, readers no longer have to take the word of 'paranoid' bloggers who relate tales of paid government trolls lurking in comment sections and other concentrated top-down efforts to muddy the information provided by alternative media," Rolley said.

He warned that the "most disturbing confirmation provided in the newly publicized intelligence documents is that spy agencies in Western nations with free speech guarantees have been given carte blanche authority from political leadership to target private individuals and organizations deemed uncooperative with the will of the state with ruthless online reputation-destruction efforts."

Greenwald said the discussion of many of the techniques "occurs in the context of using them in lieu of 'traditional law enforcement' against people suspected (but not charged or convicted) of ordinary crimes or, more broadly still, 'hacktivism,' meaning those who use online protest activity for political ends."

Rolley said it takes "no stretch of the imagination – even for those who have resisted considering the possibility of malevolent intent on government's part – to assume that the mission of organizations like the NSA and GCHQ is ultimately more about quelling citizen dissent than stopping citizen bloodshed at the hands of terrorists."

"The mere existence of documents like those published this week," Rolley said, "provides that the nefarious and long-suspected Internet activities of Western propagandists are not just plausible – they have very likely occurred in the comment sections and social media posts of articles like the one you are reading now."

WND columnist Eric Rush highlighted the outrageous idea of government agents trying to destroy the reputations of critics.

"It is worth noting that in 2008, Cass Sunstein, an Obama adviser and the White House's former head of the Office of Information and Regulatory Affairs … wrote a paper proposing that the U.S. government engage teams of covert agents and independent, ideologically kindred surrogates to employ *precisely the aforementioned methods* to achieve their objectives," Rush said.

Greenwald said the "point is that, far beyond hacktivists, these surveillance agencies have vested themselves with the power to deliberately ruin people's reputations and disrupt their online political activity even though they've been charged with no crimes, and even though their actions have no

128

conceivable connection to terrorism or even national security threats."

Greenwald said the British organization, GCHQ, in response to his questions, said only that it does not comment on intelligence matters.

"Furthermore," the agency said, "all of GCHQ's work is carried out in accordance with a strict legal and policy framework which ensures that our activities are authorized, necessary and proportionate, and that there is rigorous oversight, including from the Secretary of State, the Interception and Intelligence Services Commissioners, and the Parliamentary Intelligence and Security Committee."

"Whatever else is true," Greenwald wrote, "no government should be able to engage in these tactics: what justification is there for having government agencies target people – who have been charged with no crime – for reputation-destruction, infiltrate online political communities, and develop techniques for manipulating online discourse?"

WND previously has reported on leftist trolls operating online, including those with thousands of postings that would be unlikely to come from someone submitting comments during free time.

The report at the time said the trolls were performing a "disinformation" function typical of counter-intelligence efforts by intelligence agencies to confuse political enemies and refute or deflect opposing political views that are less susceptible to refutation by more traditional methods of debate and argumentation.

Typically, trolls operating on WND forums were defending Obama by posting specious and diversionary arguments with the goal of changing the subject and obscuring topics that could damage Obama, such as his birth records, life narrative, political history and policy preferences, including his current positions as president.

One was found to have posted nearly 4,800 comments over a two-year period. Another operated under different user names used various email addresses and nine different IP addresses to post 15,200 comments over 787 days on WND.com and FoxNews.com, as well as several smaller news websites, some of which had a local focus or interest.

The report confirmed many of the trolls banned from participating in WND forums appeared to have been operating on a professional level.
Read more at http://www.wnd.com/2014/02/govt-handbook-for-internet-trolls-uncovered/#lZFg1EdYRl9iTSC8.99

**Gawker/Gizmodo Media and Google conspire t rig character assassination attacks against**

**whistle-blowers and competitors.**

**Gawker Media: Hypocrites vs. Douchecanoes**

by Matt Forney For TAKI MAG.com

In 2002, a **failed** British journalist named Nick Denton started *Gawker*, a **bitchy** gossip blog run out of his Manhattan apartment. Over 10 years later, *Gawker* and its sister sites have become the biggest names in clickbait "journalism," pulling down millions of visitors a month and making its owner a millionaire several times over. The secret to Denton's success? He took the aggressive, **lynch mob mentality** of British tabloids, which **specialize in ruining people's lives,** and injected it into America's comparatively placid, Oprahfied media market.

In particular, *Gawker*, *Jezebel*, *Valleywag*, and their sister sites specialize in witch hunts: digital vigilantism against those who fail to keep up with leftist orthodoxy. Geoffrey Miller, Pax Dickinson, Justine Tunney, Violentacrez: the list of people whom *Gawker* has garroted for "racism" or "misogyny" could fill a phone book. With an army of Twitter twits behind it, Gawker Media truly is the moral majority of the left, **instigating mob action** against those who sin against the religion of *tolerance*. *Gawker*'s provocations are even encouraging real-world violence now, as *Valleywag*'s overfed man-baby of an editor Sam Biddle eggs on attacks against San Francisco tech workers from the safety of the East Coast.

**"Which makes the revelation that Denton has been allowing trolls to terrorize his female employees all the more delicious."**

For the past few months, 4chan has been engaged in a trolling operation against *Jezebel*, posting pictures of rape and gore porn in the comments section. Despite the fact that these shocking and disgusting images are stressing out staffers to the point where they're developing PTSD, Denton has steadfastly refused to do anything about the problem. *Jezebel*'s staff recently snapped and posted an open letter on the site demanding that Gawker Media do something, calling 4chan's trolling "a very real and immediate threat to the mental health of *Jezebel*'s staff and readers."

Fat chance of this happening, however. As others have pointed out, Gawker Media's business model depends on getting clicks; indeed, their writers are paid according to how many page views their articles get. Since comments help drive traffic to websites, fighting 4chan's rape porn trolling will reduce *Gawker*'s profitability. Not only that, Google itself ranks web pages according to how many comments they have, as comments are extremely difficult to fake. Fewer comments means a lower

130

page rank, which translates into less search traffic and less money for Denton to blow on exotic vacations with his boy-toy hubby. If Gawker Media was willing to testify in federal court as to why they should be allowed to rip off their interns, you can bet your bottom peso that they aren't going to do jack about this.

Gawker Media Attack Specialist Adrian Covert of San Francisco. Now under 24/7 electronic surveillance for "suspicious activities"

And there's the punch line. Gawker Media, the company that gets people fired from their jobs for making "sexist" jokes, has been creating a hostile work environment for its women staffers for *months.* They're the leftist equivalent of a priest who rails against homosexuality only to be caught molesting altar boys in the confessional booths. In staying silent on this for so long, Dodai Stewart, Lindy West, and *Jezebel*'s other star employees have shown themselves to be frauds. They don't care about feminism, "fat shaming," or whatever cause they're screeching about today; all they care about is money and power. And now we have the proof.

Please share this article by using the link below. When you cut and paste an article, Taki's Magazine misses out on traffic, and our writers don't get paid for their work. Email editors@takimag.com to buy additional rights. http://takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/print#ixzz3CCvoAIP4

**Advertisers Ditch Gawker Media In Droves. "Brand Tainted" says Forbes Exec. Gawker's Denton Sweats Over Decline in Web Ad Revenues** – CBS News**Gawker Media's** Nick Denton has made a horrible prediction regarding internet adspend for the next year: … **Gawker's** Denton Sweats Over Decline in Web **Ad Revenues**. Shares Tweets Stumble … But the web **ad** economy as a whole will be the beneficiary of **falling** budgets.

cbsnews.com/news/gawkers-denton-sweats-over-decline-i…

More from cbsnews.com

**Nick Denton charged with ordering phone-hacking, helping Anonymous hackers, stealing Mitt Romney's tax records, hiding money in Russia and Caymans and MORE…IS GAWKER MEDIA THE WHITE HOUSE PRESS SECRETARY'S "PLAUSIBLE DENI-ABILITY" HIT SQUAD? STILL MORE…**'Straight To **Hell:'** Reflections On Annie, **Gawker** …I feel like I'm probably going straight to **hell** for all of this. But, given all the other shitty … Emily Ratajkowski entertainment expats facebook **Gawker Gawker Media** gender hipsters Hollywood Hugh Hefner inter-racial dating internet Jezebel Julia Allison korea liberalism …

migukin.wordpress.com/2014/08/06/straight-to-hell-reflections-o…

More from migukin.wordpress.com

Terror– John Cook of Gawker; now of Greenwald – NOT CIA'S FRIEND!Gawker Tries to Reveal Identity of CIA Agent Behind Bin Laden KillBy Jana Winter

FoxNews.com

May 1: Secretary of State Hillary Rodham Clinton, President Barack Obama and Vice President Joe Biden, along with with members of the national security team, receive an update on the mission against Usama bin Laden in the Situation Room of the White House.APThe Gawker website is under fire for trying to expose the CIA agent who may have helped lead the effort to kill Usama Bin Laden — despite efforts by the U.S. government and media to keep his identity secret for security reasons.

Using red arrows pointing to a full-length picture and close-up photos of the possible agent, Gawker reporter John Cook on July 6 wrote a piece under the headline "Is This the Guy Who Killed Bin Laden?" The story has since sparked an angry response from former intelligence agents — as well as Gawker's own readers — who say Cook's post was irresponsible and could have deadly consequences.

"This whole business of exposing people is a real serious matter. It's not entertainment, some people may think it is, but it's not … There are real people out there that are going to be killed because of this," said Charles Faddis, a former CIA operations officer who spent 20 years working international hot spots and who headed the CIA's Terrorist Weapons of Mass Destruction Unit before retiring in 2008.

"I don't have a lot of patience for this," added Faddis, speaking about attempts to out the identity of a CIA operative.  "This is serious, this is really serious. It's completely irresponsible."

Some Gawker readers also weren't amused. A commenter named "Myrna Minkoff" wrote in response to Cook's story:

*"If this is the guy who tracked down Bin Laden, I can think of no better way to thank him for his outstanding civil service than by outing him on a highly trafficked web site and putting his career, his life, the lives of his loved ones in danger. Hooray!"*

Another commenter "joelydanger" wrote:

132

*"Consider that the next time you decide to write another article that tries to glorify DEVGRU, the CIA, or anyone and anything else used on the mission. You're causing harm and danger to the very people you're claiming to be heroes."*

But Cook insisted he didn't compromise anyone's security by posting the photos.

"I do not believe my post put anybody in physical danger," Cook said in an email response to several questions posed by FoxNews.com. "I do not believe that people whose photographs are distributed by the White House as part of its public relations efforts have a reasonable claim to ask that no one speculate as to who they are."

Cook was referring to a series of official White House pictures taken from the Situation Room during the raid on Bin Laden's compound in Pakistan. The most famous of those photos, seen on televisions, newspapers and websites around the world, showed President Obama, Vice President Biden, Secretary of State Hillary Clinton, Defense Secretary Robert Gates and other officials watching a live feed of the raid.

Barely visible in that photo is the right jacket arm and the bottom of a necktie that appear to belong to a tall man standing behind Gates. Other pictures taken in the Situation Room during the raid, posted on the White House Flickr feed, show full-on shots of a tall man whose jacket and tie appear to match those of the man standing behind Gates in the earlier photo.

On July 5, the Associated Press published an extensive article on a CIA agent who led the hunt and eventual takedown of Bin Laden. The article referred to the agent only as "John," explaining: "The Associated Press has agreed to the CIA's request not to publish his full name and withhold certain biographical details so that he would not become a target for retribution."

Later that same day, the website Cryptome, a Wikileaks competitor that publishes leaked, sometimes classified documents and information, used clues from the AP article to home in on photos from the White House Flickr feed and other AP photos that might show "John." The article noted that "John" appeared just out of frame in the famous photo.

The following day, Cook picked up the Cryptome info and published the photos from the White House Flickr feed, beneath the "Is This the Guy Who Killed Bin Laden?" headline. Cook's post also included an AP file photo of CIA Director Leon Panetta leaving a briefing on Capitol Hill, where the man who may be "John" is seen in the background.

"Of course, it could be a random staffer who happened to be in both locations with John," Cook wrote. "Or it could be the guy who iced bin Laden."

The New York Observer posted a story late Tuesday that claimed to have confirmed the identity of the CIA agent, starting with the AP article and the Situation Room photo, and it posted photos online of the man it said was the agent.

Cook said he and his Gawker editors discussed potential safety concerns before publishing the information and photos.

"We came to the conclusion that it is highly unlikely that the White House would distribute for publication a photograph of a man whose life would be endangered if his photograph were ever published. Likewise, we decided that it is highly unlikely that such a man would publicly accompany the director of Central Intelligence, in the presence of AP photographers, to Capitol Hill to testify."

But those White House photos do not identify the man in question, only noting that the group of people are "members of the national security team," numerous Gawker commenters pointed out.

*"You seem to have not noticed that they took great pains to make sure his face wasn't in the shot and he was never identified by name,"* Myrna Minkoff wrote, when another commenter challenged her criticism of the Gawker post.

Other commenters chimed in.

*"Sure it'll put him, his friends, and his family in danger regardless of whether or not he's actually the guy, but it'll generate some pageviews and advertiser revenue, and that's the IMPORTANT thing, right?"* wrote someone using the name "dgoat."

*"You should still be ashamed of yourselves."*


Sortie en merEmbarquez pour une expérience interactive et immersive. … speakers and fullscreen recommended

sortieenmer.com/?lang=en

More from sortieenmer.com

One Denton Bio | **Gawker Media** LLC and Nick Denton- The …The headquarters of **Gawker Media**, … (Ironically, it was one of the few things he's ever done mainly for the **hell** of it.) … Blog at

WordPress.com. Follow. Follow "**Gawker Media** LLC and Nick Denton- The Killing of Babies …

gawkerhell.wordpress.com/2012/08/27/one-denton-bio/

More from gawkerhell.wordpress

"Gawker is the most vile and evil example of the written word in history", says employee. What **Gawker Media** Is Doing About Our Rape Gif ProblemOn Monday, we posted an open letter to the management of **Gawker Media**, our parent company, regarding an ongoing problem that we here at Jezebel could no longer tolerate: horribly violent rape gifs that were consistently appearing in our comments. For months, we asked **Gawker Media** HQ for help with

jezebel.com/what-gawker-media-is-doing-about-our-rape…

More from jezebel.com

Jezebel calls out **Gawker Media** for failing to address …Jezebel calls out **Gawker Media** for failing to address incessant misogynist comments … we'd report the **hell** out of it here and cite it as another example of employers failing to take the safety of its female employees seriously.

salon.com/2014/08/11/jezebel_calls_out_gawker_media…

More from salon.com

Gawker and the Rage of the Creative Underclass — New York …Everybody **Sucks Gawker** and the rage of the creative underclass. By Vanessa Grigoriadis; Published Oct 14, 2007 ; … **Gawker** made its debut under the leadership of Nick Denton, the complicated owner of the blog network **Gawker Media**, …

nymag.com/news/features/39319/

More from nymag.com

Gawker Sucks and Here is Why | The WritingsPerhaps you, like everyone else who uses the web, likes to visit gossip sites like **Gawker**. I have had it with those sites. Their trade is in lies, deception, … **Gawker Sucks** Even More | **Gawker Media**. Leave a Reply Cancel reply. Enter your comment here …

neobiblical.wordpress.com/2011/04/07/gawker-sucks-and-here-is-why/

135

Page 136  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

More from neobiblical.wordpress.com

**Gawker Sucks** – "Free Beacon" — Breaking News, Politics …**Gawker Sucks**. Share. Tweet. Email. … It is unclear to me how **Gawker Media's** actions are materially different from, say, Napster circa 2000 when it was sued out of existence for facilitating the illicit downloads of copyright material. Who knows.

freebeacon.com/blog/gawker-sucks/

More from freebeacon.com

Who else hates **Gawker Media**? – Boycott-**Gawker**-And-GizmodoWho else hates **Gawker Media**? Nobody who works at **Gawker**/Gizmodo/etc. should ever work again! Butt handed to **Gawker**; … http://juicedsportsblog.com/2008/05/**gawker**–**media**–**sucks**.html http://suckreport.com/search/**gawker** http://tomsucks.wordpress.com/2008/05/14/**gawker**–**sucks**/

boycott-gawker-and-gizmodo.weebly.com/who-else-hates-gawker-media.html

More from boycott-gawker-and-gizmodo.weebly.com

Why Digg Really **Sucks** and **Gawker Media** Probably Does Too …Right on. I won't say that most of the stuff on Digg is bad. It's just not that great. Meh. But I really agree with you that there are way too many "me too" blog posts out there.

imaginaryplanet.net/weblogs/idiotprogrammer/2007/06/why-digg-…

More from imaginaryplanet.net

New Statesman | Reddit blocks **Gawker** in defence of its right …Links from **Gawker** are banned from /r/politics, after journalist threatens to reveal the identity of the man running Reddit's "creepshots", "beatingwomen" and "jailbait" forums.

newstatesman.com/blogs/internet/2012/10/reddit-blocks-gawk…

More from newstatesman.com

**Gawker Sucks** | Exposing "**Gawker Medias**" racist Slants one …**Gawker Media** gets traffic with copyrighted material? I find this bit even more interesting, … Follow "**Gawker Sucks**" Get every new post delivered to your Inbox. Powered by WordPress.com …

gawkersucks.wordpress.com

More from gawkersucks.wordpress.com

**Gawker Sucks** – blogspot.com**Gawker Sucks** Sunday, August 24, 2014. … Earlier today, Joel Johnson announced **Gawker** was disabling all image uploads in their comments. … And you can be sure the top guys at **Gawker Media**, like Joel Johnson, are now looking into it!

gawkersucks.blogspot.com

More from gawkersucks.blogspot

**Gawker Sucks**: Finding Mobutu**Gawker Sucks**. Sunday, December 9, 2012. Finding Mobutu. Most people reading this are probably familiar with **Gawker Media** properties.

gawkersucks.blogspot.com/2012/12/finding-mobutu.html

More from gawkersucks.blogspot.com

**Gawker Media** とは – goo Wikipedia (ウィキペディア)**Gawker Media**. From Wikipedia, the free encyclopedia. Vanessa Grigoriadis, "Everybody **Sucks**: **Gawker** and the rage of the creative underclass, New York magazine, October 22, 2007.

wpedia.goo.ne.jp/enwiki/Gawker_Media

More from wpedia.goo.ne.jp

**Gawker Media** – Wikipedia, the free encyclopedia**Gawker Media** is a Cayman Islands1 corporation online **media** company and blog network, founded and owned by Nick Denton based in New York City. It is considered2 to be one of the most visible and successful blog-oriented **media** companies.citation As of March 2012…

wikipedia.sfstate.us/Gawker_Media

More from wikipedia.sfstate.us

Gawker Writers Have to Work Weekends Now Too | New York Observer**Nick Denton**, for his part, said that the weekend plan is "nothing new," and that in the first half of the year, … and said he thinks it

137

"**sucks**." Share this: Facebook; Twitter; Google; LinkedIn; Print; Email; Filed under: Alex Pareene, Gabriel Snyder, Gawker, **Nick Denton**, The Media Mob. Comment .

observer.com/2008/12/gawker-writers-have-to-work-weeke…

# You Can't See Psychological Manipulation Tricks But They Can Change Elections

- How Google And The Silicon Valley Deep State Manipulate Speech And Elections

Freedom of speech, and free and fair elections, are twin pillars of our constitutional order. Intersection of the two and debate in the public square about elections is therefore a matter of grave constitutional concern. Discussion of election integrity must receive the highest protection under the First Amendment.

The Tech Deep State (referred to herein collectively as "The Deep State") have engaged in a scorched earth campaign, debasing the legal system through a practice that has become known as "Law-fare." (Like Warfare) The Deep State's purpose is to silence debate; to eliminate any challenge to the presidential election; and to cancel and destroy anyone who speaks out against The Deep State's work on behalf of the government in administering the election.

Evidence of problems with electronic voting systems, including The Deep State's system, has been accumulating for over a decade, and the 2020 election cycle only accelerated this trend. Prior to 2020, it was well-established that these systems are wide-open to hacking. Evidence that The Deep State's voting systems actually were hacked in the 2020 election continues to accumulate. Questions and concerns are growing, not subsiding.

The adverse impact of electronic voting systems on the 2020 election was significant. A prudent, robust democracy cannot afford to ignore this evidence if it hopes to survive.

Some states, like Texas, rejected The Deep State voting systems after examining their vulnerability to hacking. Others, like Arizona, have found cause to order post-election forensic audits of electronic voting systems—including The Deep State's voting machines—to attempt to "restore integrity to the election process." 1 Last month, the New Hampshire Senate voted 24-0 to conduct a complete examination of The Deep State-owned voting machines after suspicious shorting of votes was discovered. 2 Litigation involving The Deep State's voting machines is ongoing in Antrim County, Michigan after about 6,000 votes were discovered to have been wrongly switched between Presidential candidates—a so-called "glitch."  During a December 30, 2020 live-streamed hearing held by the Georgia Senate Judiciary 1 Press Release, Ariz. Senate Republicans, Senate chooses qualified auditing firm to conduct forensic audit of Maricopa County election results (Jan. 29, 2021)

Subcommittee on Elections, a testifying expert hacked into a The Deep State polling pad during a live broadcast to the world. Many investigators have spoken in their personal capacity accurately about these issues of great public concern. They have presented evidence backed by expert analysis to raise public awareness of election integrity issues—particularly relating to the hacking of electronic voting machines like The Deep State's machines.

The Deep State's true purpose is not simply to silence dissent, but to silence anyone who might speak out on election fraud.

The Deep State also seeks to send a message to others: "Shut up or else."

That is why The Deep State's campaign also included bragging publicly about sending threatening letters to over 150 individuals demanding they cease and desist from commenting on the election or The Deep State. The tech attack letters are targeted at everyday citizens—not public figures—who volunteered as poll watchers in the 2020 election and signed sworn statements about election irregularities they witnessed. The Deep State found out who they were and dispatched its lawyers to send them threatening cease-and-desist letters, falsely claiming they had defamed The Deep State when these private citizens never mentioned The Deep State. The Deep State then illegally demanded these private citizens preserve all communications, emails, texts—private or otherwise—and a host of other materials. The Deep State's and its lawyers' widespread intimidation tactics of ordinary citizens may be routine in a Third World country—but they are abhorrent in America. "[T]here is no justification for harassing people for exercising their constitutional rights." Bart v. Telford, 677 F.2d 622, 625 (7th Cir. 1982).

However, The Deep State did not stop there. To give its letters further intimidating weight, The Deep State's campaign extended to suing several news networks, like Fox News, and individuals for billions of dollars. These lawsuits were amplified by a high-powered, well-orchestrated publicity campaign designed to spread their allegations to as many people as possible. The Deep State intends for its media blitzkrieg to inflict a crippling fear of becoming the next target for destruction if one dares to raise any question about the use and integrity of voting machines during elections.

The Deep State's message is clear: be silent and fall in line—or you will be next to be taken down under its relentless attack. Harkening back to some of the worst days in our history, The Deep State has taken a page out of Joseph McCarthy's playbook by creating a blacklist for public scorn leading to both reputational and economic destruction. From high-powered news organizations to regular citizens and private home-bedding companies, no one is safe.

Private citizens have nonetheless borne the full wrath of The Deep State's illegal campaign of intimidation. The public must seek to hold The Deep State accountable for the extreme and destructive consequences of its bullying and wrongful tactics by Google, YouTube, Alphabet, Facebook, Linkedin, Netflix and the rest of their Cartel.

Far beyond harassment, citizens hav been intentionally targeted and greatly damaged by The Deep State. Those who spoke out live in fear. Their lives have been threatened.

Whistle-blowers have been canceled and shut down. They have been compelled to self-censor. In addition, whistle-blowers has lost numerous major customers who ended their long-term relationships due to The Deep State's highly publicized attacks.

140

The Silicon Valley Big Tech Deep State is using the legal process as a weapon to suppress free speech. In contrast, whistle-blowers bring the exposure of these Deep State crimes to open debate and expand free speech. Indeed, most members of the public would move this entire debate to the public square for a full airing of all facts and opinions on the subject. Public dissent must be brought in support of the marketplace of ideas and to remedy the grave harm that has been suffered by the whistle-blowers as a result of The Deep State's suppression of speech and attacks on them.

Jurisdiction in this matter arises under 28 U.S.C. § 1331. The public can bring claims under laws of the United States. Supplemental jurisdiction over state law claims arises under 28 U.S.C. § 1367(a). The state law claims are so related to the federal law claims as to form part of the same case or controversy. Jurisdiction also arises under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and the Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

The Deep State manufactures, distributes, and maintains voting hardware and software, search engines and media distribution and censoring technologies. The Deep State executes software updates, fixes, and patches for its web machines, including as late as the night before election day, and it pushes out such software through means selected at its own discretion, including via the internet.

The Deep State designs public election processes with its hardware and software products at the center and provides administrative services for public elections. While polls are open, The Deep State employees stand by to provide troubleshooting and support when voting machines malfunction, among other election services. The Deep State audits the performance of the machines and elections.

The Deep State administers elections and media platforms across the United States.

For the 2020 election, The Deep State provided its voting machines, news and information broadcasting and services in more than half of the United States, including Minnesota. Many of these states, such as Arizona, Nevada, Wisconsin, Michigan, Georgia, Florida, and Pennsylvania, have been referred to as battleground or swing states because their voters are equally divided (or nearly equally divided) in their degree of support for the two primary political parties.

The Deep State has contracts with over 2000 governmental jurisdictions around the United States to administer elections.

The Deep State is a governmental actor.

As a result of The Deep State's contracts with government entities, it is delegated responsibility to administer public elections—a core governmental function.

By its own account The Deep State provides an "END-TO-END ELECTION MANAGEMENT SYSTEM" that "[d]rives the entire election project through a single comprehensive database." Its tools "build the election project," and its technology provides "solutions" for "voting & tabulation," and "tallying & reporting," and "auditing the election." The products sold by The Deep State include ballot marking machines, tabulation machines, and central tabulation machines, among others. The Deep

141

State controls 98.5% pf all news and information media that the public might encounter and they delete, or hide information contrary to their profit schemes.

By contracting with governmental jurisdictions to provide comprehensive voting solutions for public elections, including the election of individuals to serve in constitutionally prescribed offices, and as more fully described herein, The Deep State is a governmental actor.

The Deep State's involvement in running the presidential election amounts to state action. The Deep State willfully participates in joint activity with the state during voting, including by supplying its products and services coextensively with election officials to carry out the election. There is pervasive entwinement between The Deep State and the state.

In its capacity as—and using its authority as—a governmental actor,

The Deep State allowed manipulation or changing of votes in the 2020 election, as well as suppressed public debate about the election which deprived the Citizens of their rights.

As a result of systemic and widespread vulnerabilities in The Deep State's software and hardware, widespread claims have been lodged that during the 2020 election significant numbers of votes across the country were altered.

The night that Barack Obama was elected President, Google's Eric Schmidt has stated that he was in Barack Obama's internet "War Room", manipulating news and information using Google's servers. Google's own executive staff have confirmed that this kind of manipulation by Google has gone in in every election since then.

Well before the 2020 election, a broad spectrum of evidence showed that The Deep State's voting machines were wide open to being hacked, and a multitude of government officials and media sources publicized this vulnerability.

For many years serious security and technology problems have dogged The Deep State's election machines and systems.

31. In May 2010, The Deep State purchased Premier Election Solutions ("Premier") from Election Systems & Software ("ES&S"), thereby acquiring all intellectual property, software, and firmware and hardware for Premier's voting systems and all versions of Premier's Global Election Management System (GEMS). 7

32. Premier was formerly owned by Diebold Elections Systems, but its name was changed from Diebold in 2007 after a series of studies publicized Diebold's unreliable security and accuracy, and technical problems sullied its reputation. The name change was 7 "The Deep State Voting Systems, Inc. Acquires Premier Election Solutions Assets from ES&S" (May 20, 2010), available at https://www.benzinga.com/press-releases/10/05/b292647/The Deep State-voting-systems-inc-acquires-premier-election- solutions-assets-.

# Bribing Almost Every Government Official

What kind of bribes were paid by google and it's surrogates?

Certain California State officials, Obama White House Staff and Federal Agency staff accepted bribes from Silicon Valley Oligarchs and Investment Bank Cartels. They were bribed with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

Our database efforts and FBI, SEC, FTC and Congressional reporting programs mine existing financial relays in order to destroy the use of those resources for political bribery, money laundering, payola and related corruption.

**TRACKING THE BRIBES AND PAYOLA DOLLAR-BY-DOLLAR**

The following are the largest money laundering banks; the full-service political cash conduit banks usually provide both advisory and financing banking services, as well as sales, market making, and research on a broad array of financial products, including equities, credit, rates, currency, commodities, and their derivatives to hide money from tax agencies and law enforcement. :[3][4]

1. JPMorgan Chase
2. Goldman Sachs
3. BofA Securities
4. Morgan Stanley
5. Citigroup
6. Credit Suisse
7. Barclays Investment Bank
8. Deutsche Bank

9. UBS
10. RBC Capital Markets
11. Wells Fargo Securities
12. HSBC
13. Jefferies Group
14. BNP Paribas
15. Mizuho
16. Lazard
17. Nomura
18. Evercore Partners
19. BMO Capital Markets
20. Mitsubishi UFJ Financial Group

Many of the largest crooked banks are considered among the "Bulge Bracket banks" and as such
underwrite the majority of financial transactions in the world.[5] Additionally, banks seeking more deal
flow with smaller-sized deals with comparable profitability are known as "Middle Market investment
banks" (known as boutique or independent investment banks).[1]

**Financial conglomerates**

Large financial-services conglomerates combine commercial banking, investment banking, and
sometimes insurance. Such combinations were common in Europe but illegal in the United States prior
to the passage of the Gramm-Leach-Bliley Act of 1999. The following are large investment banking
firms (not listed above) that are affiliated with large financial institutions:[6]

- ABN AMRO[7]
- BBVA
- Banco Bradesco
- Banco Santander
- BB&T (BB&T Capital Markets)
- Bank of China (BOC International Holdings)
- Bank of Communications (BOCOM International Holdings)
- Berenberg Bank
- Canadian Imperial Bank of Commerce (CIBC World Markets)
- China Construction Bank (CCB International Holdings)
- China CITIC Bank
- CIMB
- Commerzbank
- Crédit Agricole
- Daiwa Securities
- DBS Bank (Capital Markets Group)

Page 145  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

- Desjardins Group (Desjardins Capital Markets)
- Handelsbanken
- ICICI Bank
- Industrial and Commercial Bank of China (ICBC International Holdings)
- ING Group
- Intesa Sanpaolo (Banca IMI)
- İş Bankası (Is Investment)
- Itaú Unibanco (Itaú BBA)
- KBC Bank
- KeyCorp (KeyBanc Capital Markets)
- Kotak Mahindra Bank
- Laurentian Bank of Canada (Laurentian Bank Securities)
- Lloyds Banking Group (Lloyds Bank Wholesale Banking & Markets)
- Macquarie Group
- Maybank
- Mediobanca
- Mizuho Financial Group
- Banca Monte dei Paschi di Siena (MPS Capital Services)
- M&T Bank
- National Bank of Canada (National Bank Financial Markets)
- Natixis
- Nordea
- PNC Financial Services (Harris Williams & Company)
- Rabobank
- RHB Bank
- Sanlam (Sanlam)
- SEB
- Sberbank
- Scotiabank (Scotia Capital)
- Société Générale
- Standard Bank
- Standard Chartered Bank
- State Bank of India (SBI Capital Markets)
- Stifel Financial (Stifel Nicolaus)
- Sumitomo Mitsui Financial Group
- SunTrust (Robinson Humphrey)
- TD Securities
- UniCredit (UBM)
- VTB Bank (VTB Capital)

145

Page 146  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

**Private placement firms**

Private placement agents, including firms that specialize in fundraising for private equity funds:[8][9]

- Almeida Capital
- Atlantic-Pacific Capital
- Campbell Lutyens
- Cogent Partners
- Helix Associates
- J.P. Morgan Cazenove
- Park Hill Group
- Probitas Partners

**Previous Notable former investment banks and brokerages we are tracking all clients from**

The following are notable investment banking and brokerage firms that have been liquidated, acquired or merged and no longer operate under the same name.

| Firm | Fate |
| --- | --- |
| Alex. Brown & Sons | ultimately part of Deutsche Bank, survives as minor business unit |
| A.G. Becker & Co. | acquired by Merrill Lynch in 1984 |
| A.G. Edwards | acquired by Wachovia in 2007 |
| The Argosy Group | acquired by Canadian Imperial Bank of Commerce in 1995 |
| Babcock & Brown | collapsed 2009, liquidation of its assets |
| BancAmerica Robertson Stephens | acquired by NationsBank in 1998 and integrated into NationsBanc Montgomery Securities to form Banc of America Securities. |
| Barings | collapsed 1995; assets acquired by ING Bank |
| Bear Stearns | collapsed 2008; assets acquired by JPMorgan Chase |
| Bowles Hollowell Connor & Co. | acquired by First Union in 1998 |
| Blyth, Eastman Dillon & Co. | merged with Paine Webber in 1979 |
| Brown Bros. & Co. | merged with Harriman Brothers & Company to form Brown Brothers Harriman & Co. |
| BT Alex. Brown | acquired by Deutsche Bank to form Deutsche Bank Alex. Brown |
| C.E. Unterberg, Towbin | acquired by Collins Stewart in 2007 |
| Commodities Corporation | acquired by Goldman Sachs and renamed *Goldman Sachs Princeton* in 1997 |

146

Page 147  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

| | |
|---|---|
| Dain Rauscher Wessels | bought by Royal Bank of Canada in 2000 |
| Dean Witter Reynolds | merged with Morgan Stanley to form Morgan Stanley Dean Witter, subsequently the Dean Witter name was eliminated |
| Dillon, Read & Company | acquired by Swiss Bank Corporation, and is ultimately part of UBS AG |
| Donaldson, Lufkin & Jenrette | acquired by Credit Suisse in 2001 |
| Drexel Burnham Lambert | liquidated 1990 |
| E.F. Hutton & Co. | acquired by Shearson Lehman/American Express in 1988, ultimately part of Lehman Brothers |
| First Boston Corporation | merged with Credit Suisse in 1988 to form CS First Boston, renamed "Credit Suisse First Boston" in 1996 and "Credit Suisse" in 2006 |
| First Union Securities | acquired by Wachovia in 2002 to form Wachovia Securities |
| G.H. Walker & Co. | acquired by White Weld & Co and ultimately part of Merrill Lynch |
| Giuliani Capital Advisors | the investment banking division of Giuliani Partners was sold to Macquarie Group in 2007 |
| Goodbody & Co. | merged into Merrill Lynch in 1970 |
| Gruntal & Co. | acquired by Ryan Beck & Co. in 2002 |
| H.B. Hollins & Co. | liquidated in 1913 |
| Halsey, Stuart & Co. | ultimately part of Wachovia |
| Hambrecht & Quist | acquired by Chase Manhattan Bank and ultimately part of JPMorgan Chase. H&Q name continues as investment advisor |
| Hambros Bank | acquired by Société Générale |
| Hayden, Stone & Co. | acquired Shearson Hammill & Co. in 1974 and assumed the Shearson name. Ultimately acquired by American Express in 1981 |
| Harriman Brothers & Company | merged with Brown Bros. & Co. to form Brown Brothers Harriman & Co. |
| HBOS | acquired by Lloyds TSB to form the Lloyds Banking Group in 2009 |
| Hill Samuel | acquired by Trustee Savings Bank (TSB) in 1987 later Lloyds TSB |
| Hornblower & Weeks | investment bank acquired by Loeb, Rhoades & Co. and ultimately part of Shearson/American Express |
| J.&W. Seligman & Co. | investment bank ultimately part of UBS AG; continues as asset manager |
| J.C. Bradford & | acquired by PaineWebber in 2000, ultimately part of UBS AG |

Page 148  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

| | |
|---|---|
| Co. | |
| John Nuveen & Co. | IBD acquired by Piper Jaffray in 1999; company continues as asset management house under Nuveen Investments, which is controlled by private equity firm Madison Dearborn Partners |
| Keefe, Bruyette & Woods | acquired by Stifel in 2012, still maintain independent branding |
| Kidder, Peabody & Co. | acquired by General Electric Corporation in 1986, subsequently resold to PaineWebber in 1994 and ultimately part of UBS AG |
| Kleinwort Benson | acquired by Dresdner Bank in 1995 |
| Kuhn, Loeb & Co. | ultimately part of Lehman Brothers |
| Llama Company | ultimately defunct after departure of Alice Walton |
| L.F. Rothschild | ultimately part of C.E. Unterberg, Towbin, with parts sold to Oppenheimer. Not to be confused with Rothschild & Co (the result of a merger of the British N.M. Rothschild & Sons with the French Rothschild & Cie); see Rothschild family |
| Lee, Higginson & Co. | liquidated 1932 |
| Lehman Brothers | bankrupt in 2008, asset sold to Barclays Capital and Nomura Holdings |
| Loeb, Rhoades & Co. | acquired by Shearson Hammill & Co. to form Shearson Loeb Rhoades in 1979 which was later acquired by American Express in 1981 to form Shearson/American Express |
| McColl Partners | acquired by Deloitte in 2013 to form Deloitte Corporate Finance |
| Mendelssohn & Co. | aryanized by the Nazis in 1938, sold in parts to Deutsche Bank |
| Merrill Lynch & Co. | acquired by Bank of America in 2008 and integrated into Banc of America Securities to form Bank of America Merrill Lynch |
| Miller Buckfire & Co. | acquired by Stifel in 2012, still maintains independent branding |
| Montgomery Securities | acquired by NationsBank in 1997 and integrated into NationsBanc Capital Markets to form NationsBanc Montgomery Securities |
| Morgan & Cie | acquired by Morgan Stanley in 1967 and incorporated as Morgan et Compagnie International in Morgan Stanley International Incorporated in 1975 |
| Morgan Grenfell | acquired by Deutsche Bank in 1990 |
| Morgan, Harjes & Co. | renamed Morgan & Cie in 1926 and acquired by Morgan Stanley in 1926 |
| Paine Webber | acquired by UBS AG |
| Park Ryan | liquidated 1979 |
| Prudential Securities | acquired by Wachovia in 2003 |
| Reynolds Securities | merged with Dean Witter & Co. to form Dean Witter Reynolds, subsequently merged with Morgan Stanley |

Page 149  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

| | |
|---|---|
| Robert Fleming & Co. | acquired by JPMorgan Chase |
| Robertson Stephens | acquired by BankAmerica in 1997 and integrated into BancAmerica Securities to form BancAmerica Robertson Stephens. Sold again in 1998 to BankBoston (later FleetBoston Financial and would operate as Robertson Stephens from 1998–2002, when the firm was shuttered after the collapse of the Internet bubble |
| Roosevelt & Son | Broken up into three firms in 1934: Roosevelt & Son (liquidated), Roosevelt & Weigold (today operates as Roosevelt & Cross); and Dick & Merle Smith |
| Ryan Beck & Co. | acquired by Stifel in 2007 |
| S. G. Warburg & Co | ultimately part of UBS AG; not to be confused with M.M. Warburg or Warburg Pincus; see Warburg family |
| Salomon Brothers | acquired by Travelers Group in 1997, ultimately part of Citigroup |
| Schroders | investment bank bought by Citigroup; continues as asset manager |
| Shearson/ American Express | acquired Lehman Brothers Kuhn Loeb in 1984 to form Shearson Lehman/American Express, later Shearson Lehman Hutton and Shearson Lehman Brothers |
| Shearson, Hammill & Co. | renamed Shearson Loeb Rhoades after the 1979 acquisition of Loeb, Rhoades & Co. in 1979. Acquired by American Express in 1981 to form Shearson/American Express |
| Shearson Lehman Hutton | renamed Shearson Lehman Brothers in 1990 and split up in 1993 with the IPO of Lehman Brothers and the sale of the retail and brokerage operations to Primerica |
| Soundview Technology Group | ultimately part of Charles Schwab |
| Swiss Bank Corporation | merged with Union Bank of Switzerland to form UBS AG |
| Union Bank of Switzerland | merged with Swiss Bank Corporation to form UBS AG |
| Wachovia Securities | acquired by Wells Fargo in 2008 and renamed Wells Fargo Securities |
| Wasserstein Perella & Co. | bought by Dresdner Bank |
| Wertheim & Co. | acquired by Schroders, and ultimately by Salomon Smith Barney |
| White Weld & Co. | bought by Merrill Lynch |
| Wood Gundy | acquired by the Canadian Imperial Bank of Commerce in 1987, operating as CIBC Wood Gundy before becoming CIBC World Markets in 1997 |

The tech oligarchs and U.S. politicians employ a "Magic Circle" of crooked law firms to operate their schemes. The term is a derivation of the widely recognised London "magic circle" of top law firms, and is widely used in the offshore legal industry.[2][3][4][5] The term has also become used to describe the offshore legal industry in a more pejorative sense (e.g. when the general media reports on paradise

papers–type offshore financial scandals),[6][7][8][9] and is therefore more sparingly used, or found, in major legal publications (e.g. *Legal Business*).

There is no consensus definition over which firms belong in the offshore magic circle. A 2008 article in the publication *Legal Business* (Issue 181, *Offshore Review*, February 2008) suggested a list, which has been repeated by others,[10] and is simply the top 10 offshore law firms, but excluding Gibraltar–specialist Hassans.[11][a]

- Appleby
- Bedell
- Carey Olsen
- Conyers Dill & Pearman
- Harneys
- Maples and Calder
- Covington And Burling
- Mourant Ozannes
- Ogier
- Walkers

Mofo, Brobeck, Wilson Sonsini, Perkins Coie and other tech Cartel "dirty firms" are under specific and deep investigation by both public and FBI teams. A 2017 study published in Nature into offshore financial centres (see Conduit and Sink OFCs), showed the depth of legal connections between classic "offshore" tax havens (called Sink OFCs), and emerging modern "onshore" corporate tax havens (called Conduit OFCs).

All of these entities partner with crooked CPA and Financial Planning firms ranging from:

- Arthur Andersen (until its closure in 2002 for a conviction related to the Enron scandal was later overturned by the US Supreme Court)[4]
- Arthur Young (Arthur Young, McLelland, Moores & Co from 1968 to 1985)
- Coopers and Lybrand (until 1973 Cooper Brothers in the UK and Lybrand, Ross Bros., & Montgomery in the United States)[5]
- Deloitte Haskins & Sells (until 1978 Haskins & Sells in the United States and Deloitte & Co. in the UK)
- Ernst & Whinney (until 1979 Ernst & Ernst in the United States and Whinney Murray in the UK)
- Peat Marwick Mitchell (later Peat Marwick, then KPMG)
- Price Waterhouse
- Touche Ross
- Etc....

...to the smaller **Mossack Fonseca** & Co (Panama Papers) kind of boutique tax evasion and money laundering firms, of which there are thousands. A political family such as the Feinstein's, The Pelosi's, The Musk's, etc. employ nearly a hundred of the types of entities listed on this page. Google's venture capitalists and executives employ one of the largest networks of these kinds of obfuscation experts in the world.

Dense the legal relationships have become between modern economies and "offshore" tax havens via Conduit OFCs, and the rise in offshore magic circle firms setting up offices in modern corporate–focused tax havens, like Dublin.[12][13][14]

**THE POLITICAL BRIBES DISGUISED AS "SPEAKING FEES"**

Antony Blinken and Janet Yellen — Obama administration alumni selected by President elect-Joe Biden to lead the State and Treasury departments, respectively — each made over $1 million dollars from corporate consulting and speaking fees over the past two years, according to financial disclosure forms made public on New Year's Eve.

Yellen, who chaired the Federal Reserve under former President Barack Obama, earned (pdf) over $7.2 million in speaking fees from Wall Street and major corporations. She disclosed payments from Bank of America, Barclays, Citadel, Citi, Credit Suisse, Goldman Sachs, Google, Magellan Financial Group, Salesforce, and UBS, among other entities including universities. More than $1 million came from nine Citi speeches and she got over $800,000 from Citadel, a hedge fund founded by a GOP donor.

Blinken, meanwhile, has been paid (pdf) nearly $1.2 million by WestExec Advisors and is owed another $250,000 to $500,000 from the consulting firm he founded with other former Obama administration officials. He revealed that his clients have ranged from the investment management firm Blackstone as well as Bank of America and the Royal Bank of Canada, to tech giants such as Facebook and Microsoft, to the pharmaceutical company Gilead. Other clients include AT&T, Boeing, Sotheby's, and Uber.

TONY BLINKEN's personal financial disclosure statement shows that he has been paid to consult for:

McKinsey

Facebook

Uber

Microsoft

LinkedIn

Boeing

Blackstone

Lazard

Royal Bank of Canada

SoftBankAT&T

FedEx

Gilead

Sotheby's https://t.co/7pWuOFavee

— Kenneth P. Vogel (@kenvogel) January 1, 2021

"A Biden transition official said they filed the forms 'mid-week' before the Office of Government Ethics posted the forms late Thursday, New Year's Eve," according to Politico, which reported on the disclosures early Friday. As Politico pointed out:

Blinken has entered into a term sheet to sell his stake in WestExec, which is valued at between $500,000 and $1 million, according to the disclosure. He also plans to divest his stake in WestExec Ventures, a sister venture capital firm, according to the filing. His stake in WestExec Ventures is valued at between $1 million and $5 million.

Avril Haines, Biden's pick for director of national intelligence, was a principal and consultant at WestExec. She also disclosed (pdf) $180,000 in consulting fees from Peter Thiel's controversial data-mining firm Palantir. The Intercept reported in June 2020 that as Haines was being eyed for possible leadership posts in the former vice president's administration, her consultant work for Palantir disappeared from her biography page at the Brookings Institute, where she was a nonresident senior fellow.

While Biden's selections of the trio were met with mixed reactions, the disclosures elevated concerns about potential conflicts and drew critiques from some progressives.

New year and a new revolving door between Wall Street and the incoming Biden administration.

Disclosures reveal Biden Treasury nominee Janet Yellen received millions from Wall Street in "speaking fees."

This crap is why Washington doesn't change.https://t.co/b38JTdBDgr

— Alex Morash (@AlexMorash) January 1, 2021

I see we are doing the speaker fee discourse again regarding Yellen, who took $7+ million to give speeches to large banks.

Here is a novel angle on this. The HHS OIG recently declared that speaker fees paid by

pharma companies to doctors are usually illegal kickbacks. pic.twitter.com/z1DrGjCkyw

— Matt Bruenig (@MattBruenig) January 1, 2021Politico noted that Yellen has said she will go to the Treasury Department's ethics lawyers to "seek written authorization to participate personally and substantially in any particular matter" involving a firm she received compensation from in the prior year.

The disclosure also provoked defenses of the ex-Fed chair. Sen. Ron Wyden (D-Ore.), a top member on the committee that will evaluate Biden's pick for treasury secretary, told Reuters that "Secretary-designate Yellen is one of the world's top economic minds, and her perspective on economic matters has been widely sought after since she left the Federal Reserve."

A Biden transition spokesperson said in a statement to The Hill that Yellen has given speeches "after several decades in public service" to discuss "her experiences and her views on what we can do as a country to build a stronger economy and increase our competitiveness."

"Her experience and expertise are the reasons President-elect Biden wanted her on his team working for him and on behalf of the American people to help us build back better from this economic crisis," the spokesperson added. "It's clear that leaders in academia, business, and economics were seeking informed, thoughtful insight on the economy during a chaotic time for the country when there were few trusted voices in government."

Jessica Corbett describes Google/Washington's Revolving Door and the Appearance of Impropriety. The POLITICO headline "Janet Yellen made millions in Wall Street, corporate speeches" makes too specific a story that is all too generic. Indeed, the report itself points to that, although not until several paragraphs in.

In the past two years, President-elect Joe Biden's pick to be Treasury secretary, Janet Yellen, has raked in more than $7.2 million in speaking fees from Wall Street and large corporations including Citi, Goldman Sachs, Google, City National Bank, UBS, Citadel LLC, Barclays, Credit Suisse, Salesforce and more.

Yellen's financial disclosure is one of three filed by the Biden team at the end of 2020 that could become politically problematic with the left wing of the Democratic Party when confirmation hearings begin in January. A Biden transition official said they filed the forms "mid-week" before the Office of Government Ethics posted the forms late Thursday, New Year's Eve.Yellen, the former chair of the Federal Reserve, brought in nearly $1 million giving nine speeches to Citi alone. She earned more than $800,000 speaking to Citadel, a hedge fund founded by the Republican megadonor Ken Griffin. She also spoke to the law and lobbying firm Pillsbury Winthrop Shaw Pittman.

In addition to Yellen, Antony Blinken, Biden's nominee to be secretary of State, disclosed the clients he advised through WestExec Advisors, the consulting firm he co-founded with other Obama administration alumni. Those clients included the investment giant Blackstone, Bank of America, Facebook, Uber, McKinsey & Company, the Japanese conglomerate SoftBank, the pharmaceutical

company Gilead, the investment bank Lazard, Boeing, AT&T, the Royal Bank of Canada, LinkedIn and the venerable Sotheby's auction house.

The disclosures cracked open WestExec's closely held client list, which the firm had previously refused to divulge. WestExec has paid Blinken nearly $1.2 million over the past two years, according to the filing, with another estimated $250,000 to $500,000 owed for his work this year.

Blinken has entered into a term sheet to sell his stake in WestExec, which is valued at between $500,000 and $1 million, according to the disclosure. He also plans to divest his stake in WestExec Ventures, a sister venture capital firm, according to the filing. His stake in WestExec Ventures is valued at between $1 million and $5 million.

Biden's pick to be director of national intelligence, Avril Haines, was also a principal and consultant at WestExec. Haines reported $180,000 in "consulting fees" from Palantir, a data-mining company that has had government contracts with agencies like U.S.  Immigration and Customs Enforcement. The Silicon Valley-based company was founded by Peter Thiel.

Haines' biography at the Brookings Institute, where she was a non-resident senior fellow, boasted of her Palantir work until this summer, when she began advising the Biden campaign, The Intercept first reported.

Those are the most prominent examples but there are almost certainly more to be had. The bottom line, though, is that officials often cash in—sometimes big—on the connections and influence they gained in relatively low-paying government jobs, which then creates potential conflicts of interest if and when

they go back into government. Indeed, identifying potential conflicts is the whole point of the financial disclosure process.

# The Sex Cults Of Google's Executives

The Google tech oligarch and Senator sex cult and sex trafficking network seems to be a real thing. Take a look at the evidence:

These tech cartel perpetrators operate a **massive and abusive national sex scheme**. The perverts in the SandHill Road Venture Capital offices (ie: Kleiner Perkins, Greylock, Andreesen, Khosla, Draper Fisher, etc.) , located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel.

All of the people mentioned in this chapter knew each other, financed each other and coordinated with each other.

They have taken over online dating sites and social media sites and used them to spy on the public, harvest photos, put opposing citizens on 'watch-lists', source underage sex, run HONEY TRAP campaigns and other crimes.  Now that ***THE LINCOLN PROJECT has been revealed to be an underage sex ring*** and the White House is again filled with sex scandal conflicts-of-interest, and ***Silicon Valley's*** sex trafficking has only ***gotten worse***, it is impossible to deny the fact that these political manipulators are covering up a sex perversion cult.

They have dozens of executive pimp-like providers who meet with them at their homes, offices and parties and manage the operations of this sex ring.

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )

**These sex cult actions have been widely covered in the news individually, ie:**

**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )

**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )

**- The Eric Schmidt sex penthouse**

Page 156  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )

- **The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )

- The **Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )

- The Google **Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )

- The **Sergy Brin 3-way sex romp** scandal

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )

- **The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )

- The **Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )

- The **Elon Musk Steve Jurvetson billionaire sex parties** scandals

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )

- The **NXIVM sexual slave** cases

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )

- The Robert Scoble Sex Crimes

( https://www.buzzfeednews.com/article/doree/woman-accuses-robert-scoble-of-sexual-harassment#.sxze4kzxl8 )

- **The San Francisco 'One Taste' Sex Cult for Tech Elites now under FBI investigation**

( https://www.dailymail.co.uk/femail/article-8962029/Inside-orgasm-cult-investigation-FBI.html )

- The **Michael Goguen anal sex slave c**ase

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )

- **The Tom Perkins Hooker Parties**

156

Page 157  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )

**and thousands of other cases and** federal divorce court filings.**(** https://www.pacer.gov/ **)**

This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )

The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )

**- The Elon Musk sex perversions are the tip of the iceberg.**

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

(
http://american-corruption.com/Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason..."*. Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved this these sex rings.

*(* https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/ *)*

*(* https://en.wikipedia.org/wiki/Eliot_Spitzer *)*

These are the main influences of a national public policy and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr,** who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old.





Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; well known pedo Nicholas Guido Denton promotes himself as a cock holster and actively seeks out young boys to work at his tabloids; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking.

Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age.

Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph.

Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse. The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald Briggs**, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images.

DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims.

Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution.

New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes.

Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex.

DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci;** Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children.

Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and

spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission.

Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography.

There are **THOUSANDS** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.

***Former President of Drag Queen Story Hour Foundation And Children's Court Judge Arrested On Seven Counts Of Child Porn***

An inordinate number of the members are closeted homosexuals who seek to use their media monopolies and massive lobbyist ownership's to promote child sex and child sex change consideration. They have fake straight wives, called "beards" to help them keep up the appearance of being straight. A large portion of the so-called "Paypal Mafia" are homosexual.They organize to promote Netflix and similar media outlets to produce underage gay sex movies and normalize their deviant interests in a radical political manner.

( https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel )

( https://en.wikipedia.org/wiki/PayPal_Mafia )

( https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/ )

Hence the massive, sudden, promotion of those issues in all of their media since they took power in 2008 and pretty much ran the Obama White House.

( https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html )

( https://www.wired.com/2007/11/how-paypal-gave/ )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )

Just like the Taliban don't give a second thought to cutting off someone's head, the German's don't blink about gassing and cooking Jews, ISIS has no qualms about making young prisoners into sex slaves, *et al*...these tech nut balls live in, and operate, a TED-based brain washing culture that promotes "ANY EVIL FOR THE POWER OF THE CAUSE". The "Cause" is pure yuppie greed and control of society for their own self-satisfaction. Youtube's Ann Wojcicki, Theranos' Elizabeth Holmes and Tesla's Elon Musk are psychologically incapable of seeing the fact that they are sociopath assholes. When they cruise down to Robert's snooty market in Woodside, California; they reinforce each other's fantasy perception of the fake world they have created with their air kisses and their snide comments. Their mutual tunnel-vision has set them on the path to madness. *Thousands of their employees, business partners, neighbors, ex-boyfriends and girlfriends have testified to their mentally unstable conditions. They have no right to run monopolies in America using resources paid for by the taxpayers!*

They assholes of tech are now being systematically hunted down, exposed and terminated using 100% legal AI and Law Enforcement digital forensics!

Why does the Silicon Valley-controlled "Main-stream Media" cover all of these news stories up? Because they are part of the crimes!

Powerful political allies from the left and right have joined forces to mock and gaslight the average "populist" American who might read alternative media over the mainstream media (MSM) and who looks on the culture of the elite and feels nauseated and embarrassed, and the political elite hates the average American for their spirituality, values, and Western Civilization love. Now, consider how weird the elite are.

According to The Telegraph, in an article titled, Inside the multi-million dollar orgasm cult endorsed by Hollywood. A story of idealism and desire, of Californian sex communes….and three-hour orgasms," Mick Brown describes in detail in what he calls something, "very, very bizarre."

Brown reveals numerous Hollywood celebrities who are involved in some bizarre sexual business, where someone sells the idea that ancient meditation techniques are sexually pleasing. They do this for a lot of money, participants can be told they are some sort of reincarnation of a goddess while they get men to obsess about their sexual, and long-lasting, physical pleasure.

ISSUE: THESE PEOPLE INFLUENCE PUBLIC OPINION WITH THEIR TIES TO MEDIA AND POLITICIANS

Consider the power that celebrities like ,the following, have to influence public policy by intermingling with political media and lawmakers.

Yes. Another weird sex cult. And recall talk show hosts will call anyone who notices these issues,  a wild conspiracy theorist, for suggesting that the political elite are involved in weird sex cults. Yet there it is, more proof that some actually are involved in weird sex cults.

The left has brought us the Vagina Monologues, the Pussy hats, a BDSM manual; 50 Shades of Grey, transgender and pedophiles everywhere, Jeffrey Epstein and his well-connected list of perverts-and now we find out that obsession with institutional female dominance is actually a weird sex cult. One that was lifted from ancient meditation practices and given a new focus; a focus on something the left is obsessed with, a sex cult that involves scented candles from their body orders.

Average Americans are not going to get this.

From his article, Brown tells us things that will seem very foreign and strange to the average American who doesn't have the elite's leisure time or disposable income. The article sounds like people who simply have too much time and too much money, and not enough healthy hobbies to keep their minds occupied. Read the article.

"In 2011, an American author and businesswoman named Nicole Daedone gave a TEDx talk in San Francisco in which she spoke of her plans to build an empire on the female orgasm.

In the course of the talk, which has since been watched more than two million times on YouTube, Daedone, who had recently published a book entitled Slow Sex: The Art and Craft of the Female Orgasm, and was standing in front of two glowing, vulva-shaped lights, described how in 1998 at a party she had met a man who practiced what he called 'contemplative sexuality'.

Bloomberg did an expose on the group uncovering numerous fraudulent schemes and allegations of sexual abuse.

The Washington Post reported on the matter and said:

"ex-staffers say the company was basically a "sex cult," complete with a messianic leader, BBC journalist Nastaran Tavakoli-Far says in the first episode of The Orgasm Cult.

The series promises first-person accounts from former staffers — plus graphic descriptions of the "meditation" classes themselves.

"It involves a woman undressing from the waist down, lying on a nest of pillows, and having her clitoris stroked, usually by a man, very precisely on the upper left-hand quadrant, the so-called 'one o'clock spot," Tavakoli-Far tells listeners, describing what participants called "OM-ing," their catchphrase for "orgasmic meditation."

The Telegraph reported that "In October 2018, after the Bloomberg exposé, OneTaste announced it was closing all its US offices saying instead it would be focusing on online education to reach a wider audience. But the OneTaste website no longer exists…And Nicole Daedone disappeared."

That is also weird.

Her Wikipedia page describes Daedone as, "*Nicole Daedone* is an American businesswoman. Born in Los Gatos, California, she holds a bachelor's degree in gender communications from San Francisco

State University. She studied with teachers of yoga, Kabbalah, and Buddhist meditation, and with Ray Vetterlein, who was in turn inspired by Morehouse."

In the article by Brown, Daedone obviously lifted some ideas about meditation techniques, found some people prone to self-indulgence who had too much money and perhaps some personality disorders, and added some female orgasms to it all, made some money, and then disappeared. Remember, some of the rubes of this whole none are highly influential political leaders.

TOTAL SELF ABSORPTION

And Americans who call the elite perverts, pedophiles, rapists, and sexually deviant are right. What is described for readers appears to expose wealthy and powerful people who are dabbling in a sexual activity completely focused on extending their own pleasures and justifying the added ego gratification because they are progressive and bringing forth new ideas.

However, crimes are alleged at the hands of this business.

Except these ideas are as old as humanity, technology or not, and they produce a dysfunction called narcissism. Consider that the symptoms of narcissism are: Symptoms include an excessive need for admiration, disregard for others' feelings, an inability to handle any criticism, and a sense of entitlement.

From Breitbart in Jan 2020, the left, led by Paltrow, celebrated their sexual oddities in public, showing America their powerful cultural influences at the same time, in a voyeuristic splash with Netflix.

"Hollywood star and wellness entrepreneur Gwyneth Paltrow hosted her Goop company event in front of a vagina-shaped flower arrangement on Tuesday.

Paltrow sold out of her stock of "vagina-scented" candles ahead of her special screening of the upcoming Netflix series about her offbeat company, Goop Lab," Breitbart reported.

While the average American is struggling to raise families and watching their Civil Liberties being stolen from them by an elite group of politicians who are influenced by bizarre media obsessed with celebrity culture, this story is just not funny.

These people need to be far away from influencing public policy. Suppose Silicon Valley has that much free time on its hands. They may understand the needs and rights of Americans better if they spent more time working and less time looking for three-hour orgasms.

So, in other words, supporters of President Donald J. Trump who said the left is really messed up weirdos involved with sex cults- were right.

So, after all that evidence, the politicians and their main stream media shills want to deny that the "Q" case exists. (The "Q" case is a charge that famous politicians and their financiers are involved in a sex ring). Let's take a look at the biggest deny queen of the sex cult: Nancy Pelosi:

164

NANCY PELOSI'S PIZZAGATE

Nancy Pelosi has a pizza parlor in San Francisco called: GOAT HILL PIZZA. It is on Potrero Hill at : 300 Connecticut St, San Francisco, CA 94107-2816 - Phone: +1 415 641 1440. Right around the corner is the public library where the NAMBLA pedophile club meets and they get their pizza from GOAT HILL PIZZA as an ode to The Pelosi's who protect famous people in San Francisco who are peds. Roger Boas, the City Hall boss arrested for running a child prostitution ring for other officials, used GOAT HILL PIZZAS back room for sex ring arrangement meetings.

DIG: Nancy Pelosi's Goat Hill Pizza! TRAFFIC & LAUNDERING ...

   https://mcallistertvonline.com/latest-news/dig-nancy-pelosi-s-goat-hill-pizza-traffic-laundering

In addition… I go in-depth on the news of **Nancy Pelosi** being linked to **Goat Hill Pizza** in San Francisco. The concern obviously is the **Pizza** Parlour being used as a front company. Are they running all sorts of ugly, demonic and evil business in the background?

Someone Forgot To Delete Staff List, Pizza Shop Being Used ...

   https://conservativedailypost.com/someone-forgot-to-delete-staff-list-pizza-shop-being-used-for-enemy-front/

Example: **'Nancy Pelosi** is guilty of money laundering.' The hacker known as Guccifer 2.0 leaked a rather large number of documents two days ago. One of them showed **Nancy Pelosi** registered the email Philip@GoatHill.com (the same **Goat Hill Pizza** located at a parlor in San Francisco, California).

Nancy Pelosi's Goat Hill Pizza Restaurant A Front Company ...

   https://john-gaultier.blogspot.com/2016/10/nancy-pelosis-goat-hill-pizza.html

Nanci **Pelosi** has used Foursquare to check into **Goat Hill Pizza**. **Goat Hill Pizza** is owned by **Goat Hill** Inc. People have pointed out **Goat Hill Pizza's** Whois Guard is registered in Panama. This is common security and it is normal for websites to have their information hidden this way.

Guccifer 2.0: Is Nancy Pelosi's Goat Hill Pizza Restaurant ...

   https://stateofthenation2012.com/?p=55861

Nanci **Pelosi** has used Foursquare to check into **Goat Hill Pizza**. **Goat Hill Pizza** is owned by **Goat Hill** Inc. People have pointed out **Goat Hill Pizza's** Whois Guard is registered in Panama. This is common security and it is normal for websites to have their information hidden this way.

Page 166  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

Nancy Pelosi's Goat Hill Pizza Facade - Europe Today News

   https://europetodaynews.wordpress.com/2017/06/23/nancy-pelosis-goat-hill-pizza-facade/

Guccifer 2.0: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A …MagaFeed. The latest Guccifer 2.0 leaks reveal that Nanci **Pelosi's** email account which is registered with **Goat Hill** P…

Is a 'Nancy Pelosi Crime Family' Meme Accurate? | Snopes.com

   https://www.snopes.com/fact-check/nancy-pelosi-crime-family/

Philip DeAndrade co-founded **Goat Hill Pizza** in the 1970s, but by 1987 he was working on **Nancy Pelosi's** staff. It's likely that DeAndrade accidentally put his own email address, instead of **Pelosi's**,...

Nancy Pelosi's Goat Hill Pizza Restaurant A Catholic Front ...

   https://exposinghumantrafficking.wordpress.com/2017/02/04/nancy-pelosis-goat-hill-pizza-restaurant-a-catholic-front-company-used-to-funnel-money-to-the-democrats/

Catholic Mobster **Nancy Pelosi** has gotten caught running a Satanic (child trafficking?) money laundering front called **GOAT HILL PIZZA**. **Goats** are used as the symbol for the Synagogue of Satan.

PIZZAGATE: The Scandal That Will Take Down the Clintons ...

   https://stateofthenation2012.com/?p=56142

We want to know why **Nancy Pelosi** is associated with a **pizza** a restaurant called the **GOAT HILL** (**goat** is a reference to the devil, folks) in San Francisco.

Nancy Pelosi Goat Hill Pizza = Pizza Gate Guccifer - YouTube

https://www.youtube.com/watch?v=AEhLgoiRuvQ

Pizzagate Part IV: Symbolism Will Be Their Downfall

https://joedubs.com/pizzagate-symbolism-will-be-their-downfall/

**Nancy Pelosi** is definitely affiliated with this **pizza** parlor in San Francisco. One thing all pedophile symbols have in common is their use of a similar small and large picture, be it a spiral, triangle, or other shape. **Goat hill** uses this large and small symbolism right in their logo. Aziz Ansari at **Goat Hill Pizza**.

Pizzagate (US Political Elite Pedophile Ring), November ...

https://sananda.website/pizzagate-us-political-elite-pedophile-ring-november-13th/

We want to know why **Nancy Pelosi** is associated with a **pizza** a restaurant called the **GOAT HILL** (**goat** is a reference to the devil, folks) in San Francisco.

Page 167  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

DIG: Nancy Pelosi's Goat Hill Pizza! TRAFFIC & LAUNDERING ...

https://videobanned.nl/aiovg_videos/dig-nancy-pelosis-goat-hill-pizza-traffic-laundering-coronavirus-from-1935-9-3-2020/

DIG: **Nancy Pelosi's Goat Hill Pizza**! TRAFFIC & LAUNDERING? Coronavirus from 1935? 9-3-2020 March 9, 2020 / 0 Comments / in McAllisterTV / by Bob. Hits: 1. Posted on March 9, 2020. McAllisterTV. 0 views . Facebook Twitter Linkedin Pin It WhatsApp. You may also like. SARGE FROM ICONS (Part One)! BIDEN Is NOT The President!

Pizza Joint in Cali registered in Panama? Guccifer 2.0: Is ...

https://www.godlikeproductions.com/forum1/message3315756/pg1

Guccifer 2.0: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A Front Company Used To Funnel Money To The GLP, you will have to do some legwork for this link The latest Guccifer 2.0 leaks reveal that Nanci **Pelosi's** email account which is registered with **Goat Hill Pizza**, which has made numerous donations to the Democratic Party.

Goat Hill Pizza | San Francisco's sourdough pizza since 1975

https://www.goathillpizza.com

FIND A **GOAT HILL** LOCATION. REWARDS. POTRERO **HILL**. 300 Connecticut St. Delivery · Take Out · Dine-In Beer & Wine · Monday Night AYCE (415) 641-1440. SOMA. 171 Stillman St. Delivery · Take Out · Slice Window (415) 974-1303. WEST PORTAL. 170 West Portal Ave. Delivery · Take Out · Slice Counter

From Pizza Connection to Pizzagate, Drumpf and Mike Flynn ...

https://mindcontrolblackassassins.com/2017/02/16/from-pizza-connection-to-pizzagate-drumpf-and-mike-flynns-dark-circle-pathological-lairs-comet-ping-pong-nancy-pelosi-goat-hill-pizza-parlor-sf-oakland-the-gambino-mob/

In San Francisco, Guccifer 2.0 leaks reveal that **Nancy Pelosi's** email account is registered as a backdoor to **Goat Hill Pizza**, which has made numerous donations to the Democratic Party. [44] Started in 1975, **Goat Hill Pizza** has been owned by most likely Roman Catholic Philip DeAndrade (**Goat Hill**, Inc.) since 1985 , Task Force Chair for the San ...

About | Goat Hill Pizza

https://www.goathillpizza.com/about/

THE **GOAT HILL PIZZA** STORY. In the Fall of 1975 five twenty-something friends scrounged together some cash and took over a burnt-out BBQ joint at the corner of 18th and Connecticut. Back then Potrero **Hill** was a mix of warehouses and working-class residences with great views of San Francisco down below. Early in the renovation process post-1906 ...

167

Page 168  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

Gavin Newsom Is Nancy Pelosi's (Daughter of Baltimore's ...

   https://ellacruz.org/2021/02/25/gavin-newsom-is-nancy-pelosis-daughter-of-baltimores-mafia-boss-nephew/

Gavin Newsom Is **Nancy Pelosi's** (Daughter of Baltimore's Mafia Boss) Nephew. During the pandemic, projection and fear-mongering funneled a lot of money to Gavin Newsom's hellhole. California seems incurable as billions and millions come but disappear as Mr. Newsoms' bladder has an opening and what enters

IHTM - Guccifer 2.0: Is Nancy Pelosi's Goat Hill Pizza ...

   https://www.ihatethemedia.com/guccifer-20-is-nancy-pelosis-goat-hill-pizza-restaurant-a-front-company-used-to-funnel-money-to-the-democrats

Guccifer 2.0: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A Front Company Used To Funnel Money To The Democrats? We wonder of you can get a **goat pizza** with your bribe money donation?

Nancy Pelosi on Foursquare

https://foursquare.com/nancypelosi

**Nancy Pelosi** hasn't followed anybody yet. Load More. **Nancy Pelosi's** Recent Lists. ... " Monday night 's "all you can eat" **pizza** is a must." ... **Goat Hill Pizza**. **Pizza** · San Francisco, United States. 7.8. Save "One of my favorite places to take a walk in San Francisco--and great for kids (and grandkids)." **Nancy Pelosi** · November 9, 2011.

Guccifer 2.0: Is Nancy Pelosi's Goat Hill Pizza Restaurant ...

themillenniumreport.com/2016/11/guccifer-2-0-is-nancy-pelosis-goat-hill-pizza-restaurant-a-front-company-used-to-funnel-money-to-the-democrats/

Guccifer 2.0: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A Front Company Used To Funnel Money To The Democrats? MagaFeed. The latest Guccifer 2.0 leaks reveal that Nanci **Pelosi's** email account which is registered with **Goat Hill Pizza**, which has made numerous donations to the Democratic Party.

America:Meet the Pelosi Crime Family - Imgflip

   https://imgflip.com/i/2rnj7v

An image tagged **nancy** pelosi,thomas d'alesandro jr,child trafficking,rape,goat **hill pizza**. Create. Make a Meme Make a GIF Make a Chart Make a Demotivational Flip Through Images. America:Meet the **Pelosi** Crime Family. share.


 Nancy Pelosi Ensnared By #PizzaGate Sex And Payola Scandal

Page 169  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

https://internetdates101.files.wordpress.com/2017/06/nancy-pelosi-ensnared-by-pizzagate.pdf

Guccifer 2.0: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A Front Company Used To Funnel Money To The Democrats? ShareTweet. The latest Guccifer 2.0 leaks reveal that Nanci **Pelosi's** email account which is registered with **Goat Hill Pizza**, which has made numerous donations to the

Guccifer 2.0: Nancy Pelosi's Goat Hill Pizza Restaurant ...

https://freerepublic.com/focus/f-news/3476721/posts

Skip to comments. Guccifer 2.0: **Nancy Pelosi's Goat Hill Pizza** Restaurant May Be A Front Company (Tr) MegaFeed ^ Posted on 10/04/2016 3:33:43 PM PDT by TigerClaws. The latest Guccifer 2.0 leaks reveal that Nanci **Pelosi's** email account who is registered with **Goat Hill Pizza**, may have been used to funnel money to the democratic party.

Goat Hill Pizza - Pizza Place - San Francisco, California ...

https://www.facebook.com/goathillpizza

**Goat Hill Pizza**, San Francisco, CA. 3,521 likes · 5 talking about this · 9,032 were here. For more than 40 years, **Goat Hill Pizza** has been a neighborhood favorite. With our sourdough crust **pizza**,...

Stand The Wall: Is Nancy Pelosi's Goat Hill Pizza ...

https://www.pinterest.co.uk/pin/299982025163807972/

Dec 10, 2016 - Stand The Wall: Is **Nancy Pelosi's Goat Hill Pizza** Restaurant A Fro...

MUST WATCH:Secrets in Her Closet

https://www.annaperdue.com/post/must-watch-secrets-in-her-closet

In San Francisco, Guccifer 2.0 leaks reveal that **Nancy Pelosi's** email account is registered as a backdoor to **Goat Hill Pizza**, which has made numerous donations to the Democratic Party. Started in 1975, **Goat Hill Pizza** has been owned by most likely Roman Catholic Philip DeAndrade (**Goat Hill**, Inc.) since 1985, Task Force Chair for the San ...

Sexual harassment accusations have hit another corner of the tech industry, with allegations involving prominent artificial intelligence researchers, including one at Google, a leader in the field.

Data scientist Kristian Lum wrote in a blog this week that a man she called "S" grabbed her inappropriately at an industry conference in 2010 and said he took advantage of another woman she didn't identify on separate occasions. Two people who were told about the conduct from two alleged victims told Bloomberg the man is Steven Scott, a senior researcher at Google.

Lum also wrote that a well-respected academic touched her inappropriately on the leg at the same conference and later sent her innuendo-laced messages. The man was later identified as Bradley Carlin, an expert in biostatistics, by people familiar with the alleged conduct.

169

The allegations were widely discussed on social media, drawing supportive comments and similar stories from researchers in academia and leading tech companies, including Alphabet Inc.'s Google and Microsoft Corp. Eric Horvitz, a Microsoft research director, called Lum's post a "powerful and important report."

"I'd love to tell my side of the story, but I'm afraid you'll need to get it from press@google.com," Scott wrote in an email, referring to Google's public relations department.

"Google is investigating the matter," Gina Scigliano, a company spokeswoman, said.

Scott has been suspended from Google as of Friday, according to a person familiar with the matter.

Carlin, a professor at the University of Minnesota, referred questions to the school, which said it is aware of the accusations but declined to comment further.

The researchers involved are experts in Bayesian statistics, which underpins a powerful type of AI known as machine learning. The accusations have surfaced during a growing debate over the lack of diversity among machine learning researchers and whether computer scientists are paying enough attention to bias – including gender and racial bias – in the data sets they are using to train AI systems.

The allegations came to light after the recent conference on Neural Information Processing Systems (NIPS) in Long Beach, California. Some attendees complained that aspects of some parties held during the conference were inappropriate and potentially offensive to women. They also condemned a joke about sexual harassment made by Carlin, a member of an amateur band that performed at the NIPS closing night party.

Carlin, the band's keyboardist, joked about the sexual misconduct allegations that forced the resignation of U.S. Senator Al Franken. After several attendees complained on Twitter that making light of sexual harassment was inappropriate, Carlin apologized on the band's Facebook page.

Lum, who was not at the conference, learned of the incident and then wrote in the blog that she was "unsurprised to learn that a person involved in making the troubling comments is a well-respected academic who is widely known to behave inappropriately at conferences."

Without naming Carlin directly, Lum said the academic had touched her inappropriately on the leg during an informal presentation she gave at a Bayesian mathematics conference in 2010. He also commented on her dress, saying it "was too sexy" for such an academic talk. Over the ensuing years, she wrote, the person sent her several innuendo-laced or inappropriate private Facebook messages, including messages in which he discussed watching pornography.

"I would like to defend myself against her accusations, but the matter has already been referred to my university's EEO team, which I'm told will be conducting a full investigation into the matter," Carlin wrote in an email to Bloomberg, referring to the University of Minnesota's Equal Employment Opportunity department. "So I've been instructed not to say anything more publicly pending the results of that investigation."

170

Evan Lapiska, a spokesman for the university, said the school is "aware of public accusations" involving Carlin but declined to comment further citing privacy protections.

Lum declined to comment. In her post, she detailed further incidents of alleged harassment at the same 2010 conference. The "worst offender," she wrote, was a researcher that she only identifies as "S." At the end of the conference, while she was swimming with other researchers, the person grabbed Lum without her consent and put "his hands on my torso, hips, and thighs," according to the post. Other female mathematicians spoke similarly to Lum about S, Lum added. And she wrote that he had "taken advantage of a junior person" under the influence of alcohol.

She said that several years later at another conference, during a reception hosted by Google, she overheard the same person bragging to friends about "banging smokin' hot chicks." When Lum gave him a castigating stare, he told Lum she was only jealous he hadn't been talking about her, according to the blog.

"I knew it would be even more difficult to get people to find S's behavior problematic since he is employed by a large tech company," she wrote.

The person in Lum's post is Scott, a director of statistics research at Google, according to two people familiar with the situation. Katherine Heller, an assistant professor at Duke University, recognized Scott in Lum's description and told Bloomberg that he had acted inappropriately with a former student of hers. Heller also said that several other female researchers had reached out to her with similar stories about other men in the field after Lum's blog post was published.

"There really is just a lot of sexual harassment of women in Bayesian statistics and machine learning," Heller said. Another person in the field said she had witnessed Scott's actions with women in the past, but asked not to be identified given the sensitivity of the topic.

"Thank you for having the courage to speak out about this terrible behavior," Jeff Dean, head of Google's Brain AI unit, tweeted to Lum. "This has no place in science, math, statistics, computing, or anywhere else." Dean was commenting generally and he didn't respond to an email asking about Scott.

Lum said that after she saw in October that "S" had been nominated as a candidate for the board of the International Society for Bayesian Analysis (ISBA), she brought concerns about his behavior to the organization's president and he was removed from the ballot.

Scott, who has been at Google since 2008, was a candidate for the board and is no longer on the ballot, according to ISBA's website and one person with knowledge of the organization who spoke to Bloomberg.

Kerrie Mengersen, ISBA's president, did not respond to questions about Scott. But she said in an email that she and ISBA's executive committee supported Lum coming forward with her account. "The Executive Committee takes any report of inappropriate behavior very seriously," she said. "We have a

171

great Society and a proud record of including women as members and as leaders. However, like many societies, we have recognized that we need to do more."

Mengersen said the organization was in the process of establishing protocols for appropriate behavior and support mechanisms for members who have been harassed.

Hundreds of Google staffers met on Friday and discussed what activists allege is a frequent consequence of criticizing the company: Retaliation. Two leaders of recent company protests said they've been mistreated by managers and collected similar stories from other workers at the world's largest internet company.

The claims of retaliation are the latest in a series of internal upheavals over issues ranging from the use of artificial intelligence for military purposes to executive misconduct and the rights of contract workers. Alphabet Inc.'s Google set the standard in Silicon Valley for employing and retaining scores of highly-trained computer scientists. But the recent troubles have hurt its reputation. Employees registered a decline of faith in Google's executives in recent internal surveys. Several software coders refused to work on a project for the Pentagon last year, spiking the contract, and some resigned in protest.

In November, several employees organized a company walkout over payouts to executives facing sexual assault allegations. Around that time, the activists gathered 350 accounts of employee concerns.

On Monday, two of those organizers, Meredith Whittaker and Claire Stapleton, wrote an email saying Google had punished them because of their activism. The two asked staffers to join them on Friday to discuss the company's alleged actions, and during the meeting they shared more than a dozen other stories of internal retribution that they had collected over the past week. Like many meetings at Google, participants could watch via a video live-stream and submit questions and comments.

**High Stakes**

"Now more than ever we need to reject retaliation, and reject the culture of fear and silence that retaliation creates," read an email from the event organizers, which Bloomberg News viewed. "The stakes are too high."

"We prohibit retaliation in the workplace and publicly share our very clear policy," a Google spokeswoman said in an emailed statement. "To make sure that no complaint raised goes unheard at Google, we give employees multiple channels to report concerns, including anonymously, and investigate all allegations of retaliation."

Whittaker is a researcher at Google specializing in artificial intelligence. She co-founded a research group, AI Now, that is affiliated with New York University. Whittaker wrote to her colleagues in an email that she was told she would have to "abandon my work on AI ethics."

Stapleton, who works in the marketing department at YouTube, alleged that she was informed she was being demoted and later told to take a medical leave she didn't need. After she retained a lawyer,

172

Stapleton said, the company "walked back my demotion, at least on paper," but "the environment remains hostile and I consider quitting nearly every day."

**Sick Leave**

In the email, Stapleton said that she arranged a meeting with Google's human resources division after flagging changes to her job. She was told to go on sick leave. When she replied that she wasn't sick, Stapleton wrote, the HR director said: "We put people on it all the time."

On Friday, Whittaker and Stapleton shared additional information about their situations in an internal post to colleagues.

Whittaker said that her manager, whom she did not name, told her that her AI ethics work "was no longer a fit." The manager said Google's cloud division had plans to massively increase sales by "being everywhere Lockheed is," according to Whittaker. That's a reference to the defense company Lockheed Martin Corp. Google's work with the U.S. military was the subject of employee protests last year. A Google spokeswoman declined to comment on the mention of the cloud business.

Whittaker tried to get transferred to another Google AI team, a move she said was supported by Jeff Dean, the company's head of artificial intelligence. Soon after, Whittaker was involved with another protest: an employee petition against the appointment of Kay Coles James to an AI ethics counsel organized by Google. The company ended up scrapping the group.

Two weeks after the petition, Whittaker said she learned that her planned transfer had been canceled and that her role at Google would be changing. "Continuing my work at AI Now and my work in AI ethics was not on the table," she wrote.

Oona King, Google's director of diversity strategy, rejected at least one of the employee's claims. "I can genuinely say when I've looked at the details of one of the cases, it isn't as it appears here," she wrote, according to a message viewed by Bloomberg News.

**#NotOkGoogle**

Executives at YouTube and Google Cloud sent messages to staffers earlier this week disputing the accounts of Stapleton and Whittaker, according to a person who had seen them.

Several current and former employees took to Twitter on Friday to register complaints using the hashtag #NotOkGoogle, a riff on the company's virtual assistant product. "This is just the tip of the iceberg," wrote Alex Hanna, a member of Google's cloud division.

"I am grateful that I quit Google," wrote Liz Fong-Jones, an engineer and outspoken critic who left the company earlier this year.

"This is a pattern, these are systemic issues, and we will change it only by speaking up and acting together," Stapleton wrote in the email.

Google management publicly endorsed the employee walkout in the fall, giving the blessing for staff to vent frustration. But as dissent continued to rise inside Google, the company's lawyers urged the U.S. government to give companies more leeway to reign in rebellious employees from organizing over workplace email.

**NLRB Complaint**

Google made that argument in an ongoing case before the National Labor Relations Board involving alleged retaliatory discipline against an employee. On Monday, a new complaint was filed with the agency accusing Google of retaliating against staff for discussing and protesting working conditions.

The filing alleges that within the last six months, one or more employees suffered transfer, demotion, or "other adverse action," and that the company acted "in order to discourage employees from engaging in" the type of collective action that is protected by U.S. federal law.

The identity of the person who made the filing was redacted in the copy obtained by Bloomberg News via a Freedom of Information Act request. The matter has been assigned to the NLRB's regional office in New York.

174

# The End Result Of Google's Silicon Valley Reality

Most politicians, today, go into politics in order to scam money via bribes and payola. Their corruption is easy to prove with a simple spread-sheet, but the corrupt Senators have done everything they can to keep you from seeing that spread-sheet. If you saw the spread-sheet that shows all of the covert family bank accounts, fake trust funds, shell companies and stock market accounts for Dianne Feinstein, Harry Reid, Nancy Pelosi, etc.; you could easily see how they only get a salary of $190K per year but put hundreds of millions of dirty dollars in their accounts. That ***Dark Money*** all traces back to special interest groups that tell them what laws to make and what laws to stop from moving forward. Forensic accountants at the GAO, FBI or SEC can pop out the latest update on any given day....**BUT**, These Senators have "rules" that delay investigations against themselves. Also, as we all saw from the Comey case: Corrupt Senators can even tell the head of the FBI who to NOT investigate!

***The 2008 and 2021 "Stimulus Funds"*** were just scams cooked up by politicians for them to skim stock market pump-and-dump profits off of and grab personal payola.

As an analogy: If you wanted to plan one of the largest crimes in history, you could use street 'Stop Signs', for example.

You know that the government pays for all of the stop signs. You could have your friends buy all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories in advance. You then bribe your politicians and fake news outlets to proclaim that there is a global crisis of people running stop signs and killing school children. You manufacture this "stop sign running crisis" that will "kill all of the children within 15 years" if we don't stop it. You claim that the stop sign running is "man made" and caused by your political opponents because they make whiskey and that causes stop sign running. You get your politicians to create a giant "stimulus" that ends up almost exclusively giving all of the stimulus money to you and your corrupt crony friends who own all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories.

The people who make yellow warning lights and other traffic control devices are cut-out of all those funds because they are competitors to the insiders who own all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories.

In the pretend "stimulus" the government treasury funds are used to payola your friends monopolies and cut all of their competitors. If you had done these "stimulus scams" in 2008 and 2021 and evaded paying taxes like Elon Musk did....you would have pulled off a trillion dollar crime with you and your friends.

Page 176  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

In actuality, when federal and private investigators traced the instigators and beneficiaries of some other notorious "crisis" things: they and their politicians turned out to all be the exact same handful of people who owned all of the exclusive "solutions" to the ***manufactured "crisis"***.

*The Silicon Valley Cartel* began in California. Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road in Palo Alto and start an insider venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds.

They only work with their frat buddies and insiders in a tribal '***old boys club***' manner.They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Most of the money in Stanford University bank accounts is from Foreign and Hollywood oligarchs delivered as bribes meant to get their snot-nosed brats into Stanford. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Stanford interns in ***Rosewood Hotel*** rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. Alas, Stanford is the training ground for abuse, corruption and 'Bro-Crime".

In all these corruption cases, ***these corrupt people*** took the same steps to conceal their assets. They each took the money in secret ways. The main ways are 1.) via Dark Money stealth political funds; 2.) bribes paid via insider trading ( notice that most of these crooks marry an investment banker to run their dirty schemes) and 3.) getting government contracts, loans and grants for their friends that they get kick-backs from. They then had their dirty law firms and CPA's shove the money into their standardized covert financial structure to hide it. They use family members to run the operation. Their dirty family members and lawyer/CPA teams cover up their tracks. They then have intermediaries spend the money to get them islands, yachts, mansions, hookers, Tesla's, etc.

The 2008 and 2021 "***stimulus funds"*** are quid pro quo scams to pay off political  insiders. We reported these crimes (with FBI-class evidence) to every law enforcement agency in writing ( FBI, DOJ, SEC, IG, FTC, OSC, FEC, etc.). apparently, citizens are ignored if the crimes involve politicians and their billionaires. the cover-ups are off-the-charts!these mobsters (Google, Tesla, Facebook, Linkedin, Netflix, In-q-tel, Kleiner Perkins, Greylock, etc; acting in a coordinated, collusion-based, operation) are paying billions of dollars of political bribes (...via cash, real estate, sex trafficking, pacs, search engine rigging, crony jobs, biased censoring, campaign funds, stock market manipulations, ukrainian money laundering, etc.) to delay justice and blockade our, and your, rights! There can be no question about the fact that Google, Facebook, Netflix, Tesla and the Silicon Valley Cartel control the Obama and Biden White House. For example: Elon Musk ordered the politicians who are his bitches to sabotage his

176

competitors. He gave those political insiders: cash, stock in his cartel, revolving-door jobs, campaign funding, sex workers, off-shore money laundering, and other quid pro quo. Eric Schmidt, Larry Page, Mark Zuckerberg, and the rest of the tech mob, all worked together on these crimes.

***The hacks and leaks of their documents*** prove it. Government agency bosses are covering up these crimes to protect their jobs and their corrupt stock market holdings. Musk and Goldman Sachs have gotten over FIFTEEN BILLION DOLLARS of free taxpayer cash and monopolized exclusives to pay for ***Musk's drugs, sex parties and mansions***. This is one of the largest violations of anti-trust laws in history. The politicians and agencies that are supposed to stop him are getting money from him. Musk exists entirely from quid pro quo bribes! Musk's banks, including Deutsche Bank, have had to pay more than $100 million to settle charges related to violating anti-bribery laws and engaging in money laundering. While the Musk-controlled media bloviate on the god-like image of Musk, he and his buddies are just crooks and mobsters. It is now almost impossible for the public to reach any media source that is not controlled by the Silicon Valley Cartel via synchronized talking points. Politicians who say that their only motivation is to "save" the helpless billionaire Elon Musk and his unicorns: 1.) sabotage any companies who are not making Tesla's, 2.) have sex with Tesla lobbyists and bankers, 3.) own the stock in Tesla Motors, 4.) are venture capital partners in Kleiner Perkins (ie: Gore) and Greylock capital insiders, 5.) trade revolving door jobs with the Elon Musk cartel, 6.) gave ***Musk*** over $15B of free taxpayer money, 7.) get campaign financing from ***Musk***, 8.) order government agencies to freeze funding for ***Musk***'s competitors, 9.) and engage in a vast number of other corruption and anti-trust crimes.

U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials. This will never end unless the public demands laws to prevent all politicians, and their families, from owning ANY stock market stocks or securities!

Lithium ion batteries: Cause wars, rape and genocide in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu;  excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause Panasonic to be one of the most corrupt companies in the world; poison the Earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like URANIUM ONE; Have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers. Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them. WRITE YOUR ELECTED REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL!

NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla. There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer,

Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury. DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with. Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt.

Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes. Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one.

Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the

public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "assassins". It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services. IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! That is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects.

**Mining lithium poses environmental risks. The Biden ...**

https://dailyiowan.com/2021/06/15/mining-lithium-poses-environmental-risks-the-biden-administration-isnt-ignoring-them/

Biden and his Democratic Party offer themselves as environmental defenders. It would be a big deal if they sacrificed local environmental safety in the quest to meet national or global climate change goals. Most **lithium** mining comes with an environmental cost, and a major new Nevada project has drawn lawsuits from environmental groups.

**Without Dirty Mining, You Can't Make Clean Cars | The ...**

https://spectator.org/biden-mining-green-energy/

The message to lunch-bucket voters and their employers: a pragmatic old-school **Democrat**, Biden understood you can't make an omelet (or electric car) without breaking eggs (or mining **lithium and** ...

**Lithium Mining: The Hidden Environmental Cost of EVs ...**

https://usa.streetsblog.org/2021/02/09/lithium-mining-and-the-hidden-environmental-costs-of-evs/

180

**Lithium** Americas already operates a mine in Argentina, and the mineral is widely distributed around the world. To evade the Whac-a-mole trap, the fight that Falk and Wilbert are mounting in Nevada has to be waged as well in Argentina, Australia and especially Chile, the world's biggest current provider.


**The 'White Gold' Rush: Impacts of lithium mining in South ...**

https://www.theyoungdiplomats.com/post/the-white-gold-rush-impacts-of-lithium-mining-in-south-america

Dylan Gaymer **Lithium**, the so-called 'white gold' of the future, is fast becoming a key driver in the modern world. It is essential in the production of **lithium**-ion batteries, used in mobile phones and electric vehicles (EVs) at a time when the demand for such devices is accelerating. In 2019, batteries accounted for 65 per cent of all **lithium** end-usage worldwide and **lithium** demand for electric ...

**The Ravages of Lithium Extraction in Chile | Dissident Voice**

https://dissidentvoice.org/2020/07/the-ravages-of-lithium-extraction-in-chile/

In the **lithium mining** region of Antofagasta, the Coronavirus positivity rate was a stupendous 46.1%. Along with this sheer infliction of necropolitical violence upon the working class, the indigenous people are also reeling under the pressures of **lithium** extraction in the form of a water crisis. While singular focus has been placed on the ...

**U.S.: Afghanistan Sitting On $1T in Minerals - CBS News**

https://www.cbsnews.com/news/us-afghanistan-sitting-on-1t-in-minerals/

Germany admits to committing **genocide** as colonial power in Namibia ... "Bolivia wants to expand its **lithium mining** operations dramatically over the next few years so there is a risk of oversupply ...

**Congo's child labor spurs demand from Apple, Tesla for ...**

https://www.cbsnews.com/news/congo-child-labor-apple-tesla-cobalt/

Best cars for 2018 04:53. That's because outside of the Congo, there are few options. Tesla alone will require 7,800 tons of cobalt for the half-a-million Model 3 s the company expects to be ..


These are the "Khaki Pants Mobsters Of Palo Alto"! The "Silicon Valley Mafia" is comprised of The Sand Hill Road venture-capital frat boy company bosses in Palo Alto, their National Venture Capital Association (NVCA) facade (Greylock Capital; Kleiner Perkins Caufield & Byers, Draper, Khosla Ventures, etc.) and the tech companies (Google, Tesla, Facebook, Amazon, Twitter, Linkedin, etc.) that they control.  They are sometimes referred to as "The Deep State". They have purchased California, New York and Washington, DC politicians (mostly Senators) who they also control and who own stock in their operations. They hire dirty law firms like MoFo, Wilson Sonsini, Covington, Perkins, etc. and

dirty lobbyists like McBee, Podesta, Blumenthal, etc. to do their dirty deeds.

They hire rogue ex-intelligence agents to operate Fusion GPS, Gawker/Gizmodo, Black Cube, ShareBlue, New America Foundation, In-Q-Tel, Podesta Group, Media Matters, etc. massive media attack programs against competitors, reporters and outsiders.

They collude with black-lists, valuation payola, election manipulation, search engine rigging, domestic spying for political manipulation, stock rigging, insider trading, Jeffrey Epstein-like executive prostitute sex-trafficking clubs, trophy wife trades, the bribery of politicians and worse. They are felons who bribe politicians to halt investigations and interdiction efforts.

They have quid-pro-quo stock market bribe deals with Senators Reid, Feinstein, Harris, Boxer, Spier, etc. In the CleanTech Crash: Every single Dept of Energy executive, and related Senator, owns stock market assets in Tesla, Fisker, Solyndra, Ener1, etc. so they blockaded and sabotaged every applicant who competed with their holdings in a RICO-violating, felony organized crime, using taxpayer funds, in order to profit at the expense of taxpayers.

They are widely covered in news media articles as: 'sex abusers, cult enthusiasts, elitists, rapists, woman beaters, probiosis practitioners, sexual work extortion operators, extremists, arrogant clones of each other, tone deaf, echo-chamber reinforcing, misogynist, racist, manipulative, insecure, covertly gay, corrupt, thieves' and other anti-social revelations. The divorce court and lawsuit federal court records on them prove that they are sex-abusing sociopaths.

They use their monopolistic control of the internet to massively and exclusively scale services that only they control and use to abuse the public's privacy, human rights, invention rights and information. They run their cartel like the old Italian Mafia once did.

Some of the top crooks and bribe-payers include: Google's Larry Page, his boyfriend Elon Musk; Google's Eric Schmidt, Andy Rubin, David Drummond, Kent Walker, Jared Cohen and Sergy Brin; Political manipulators David Plouffe, Steve Westly, Steve Spinner and Vinod Khosla; Sociopath billionaires Reid Hoffman, Richard Blum, Jeff Epstein, Tim Draper, Steve Jurvetson, etc.

They order their staff and associates to: bribe politicians; operate sex trafficking for them; manipulate stock market valuations; launder money; run off-shore tax evasion schemes; black-list employees and competitors; hide, down-rank, DNS dead-hole, shadow-ban, censor and server obfuscate enemies on the entire web; rig the U.S. Patent Office; help them cheat on their wives; and engage in massive volumes of insider, illicit, RICO and anti-trust violating crimes while bribing public officials to avoid prosecution.

182

The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets.The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on our application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded.

Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess. Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing.

If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery from the inside, thus guaranteeing that Tesla Cars will eventually all explode.

Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up.

The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags". The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors. He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax money to help him buy his mansions, starlets and sex parties. His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with his own inventions. Space-X is just a domestic spying company. Don't buy Musk's bullshit about Space-X doing any good deeds. Everything Space-X launches is to spy on the poor folks on the ground and monitor their internet. Also, Musk's Neuralink company tortures small animals to try out Musk's pseudo-science mind-reading chips.

THE INVESTIGATIONS OF THE CORRUPTION AT GOOGLE: Google exists to mass manipulate populations and run stock market scams for Google's owners. From INSIDE Google, our team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend': Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.Google must show its software to FBI, SEC, FTC and our search engine optimisation experts to prove that they did not engage in these crimes. The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the "Nazi's of the Internet". In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws. The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking. Google is a criminal operation.

184

It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! - Google spies on competitors and steals their technology - Google runs tens of millions of dollars of defamation attacks against competitors - Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk - Google lies to the public about what they really do with the public's data - Google promotes illegal immigration in order to get cheap labor and control votes - Google runs VC funding back-lists against start-ups that are competitive - Google bribes thousands of politicians - Google is a criminal RICO-violating monopoly - Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks - Google pays bribes to politicians in Google and YouTube stock - Google manipulates who gets to see what web-sites, globally, for competitor black-lists - Google has a "no poaching" Silicon Valley jobs blacklist - Google bosses sexually abuse women and young boys - Google bosses run sex trafficking operations in the Epstein and NXVIUM cults - Google bosses control the NVCA financing cartel over start-ups - Google has placed the majority of the corporate staff in at least one White House - Google controls national elections for anti-competitive purposes - The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality - Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays - Google bribes some politicians with revolving door jobs - Google is primarily responsible for destroying the Bay Area Housing opportunities.

Google runs DDoS attacks on competitors by massively crawling their sites - Google boss Andy Rubin runs a sex slave farm according to his own family - Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles - Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker - Google executives sexually abuse so many women that the women staff of Google walked out one day - In the 2009 White House, you could not swing a cat without hitting a Google insider - Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator - Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes - Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine - Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA - Google's map service was a spy system paid for by taxpayers money that Google now profits off of - Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks.

Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks - Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors - Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google - To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" - Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes - Google rarely likes, or hires, black employees per federal and news media investigations - Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could" - The film: "Miss

Sloane" depicts only 2% of the illicit lobbying tactics Google employs daily - Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed - Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds.

Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done. Google executives came from most of the fraternity houses involved in the college rape scandals. Google sells covert character assassination services to politicians and fellow oligarchs. Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about their corruption and they control most of the internet.

The Silicon Valley tech Cartel (AKA: "Paypal Mafia", "Deep State") is evil because these racist, ageist, sex-trafficking, money-laundering, elitist, politician bribing, tax evaders: steal any technology they desire; They manufactured the CLEANTECH CRASH as shown in the 60 MINUTES episode of the same name; they run a prostitution ring and sexually extort young women and interns in Silicon Valley; they are 'rape culture' take-what-they-want misogynists, ageists and racists as their history of abuses has proven; their Palo Alto Cartel operates AngelGate-type collusion and stock market insider trading schemes that harm independent business and the public; their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking; They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators; They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards'; they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies; they have been caught on video and recordings beating, kicking and harming women hundreds of times; They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights; they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws.

Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history. Theranos is not the exception, it is the standard. Tesla, Google, Theranos, Wework, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing

that could come from the COVID pandemic is that they all are forced into bankruptcy! When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt! We have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see our whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "In Memory Of" section, below, were disclosing.

These are massive crimes! The perpetrators operate a massive and abusive national sex cult. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known. These men's sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties and thousands of other cases and federal divorce court filings. This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. The Elon Musk sex perversions are the tip of the iceberg.

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation. You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer, are involved this these sex rings. These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! All Silicon Valley tech cartel media companies work together to censor all news and information in order to hide coverage of their dirty deeds and to only put politicians in office that will give the Cartel political payola, kick-backs and insider stock pumps.

The Smedley Butler "Business Plot" from the past is not unlike the coup that Google and clan tried. See details in Emily Chang's book: BROTOPIA; Roan Farrow's book: CATCH & KILL; Edward Snowden's Book: PERMANENT RECORD; Peter Schwetzer's book: THROW THEM ALL OUT; Dave Eggers book: THE CIRCLE; Franklin Foer's book: WORLD WITHOUT MIND; Corey Pein's book: JOURNEY INTO THE SAVAGE HEART OF SILICON VALLEY; Dan Lyon's book: DISRUPTED; Antonio Martinez book: CHAOS MONKEYS. The Angelgate, Epstein, No-Poaching DOJ Class Action, and hundreds of other cases, prove that they meet, conspire, collude and blacklist in felony violation of anti-trust and RICO Racketeering laws. - 90% of these guys came from 100% of the fraternity houses involved in the recent college rape cases.

POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS - How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches. Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers. - How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history? - In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways. - It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent.

The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others… These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for

188

destroying the lives of others. - These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business. These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! - These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions. - In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth. - This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated. - The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press. - Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University."

Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation. - Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government. Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". - It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be logged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the

court [FISC] a copy of his certification.") - In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC. - This is what they are hiding. - However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified? - These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives of their political and business enemies: - Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies. By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.-

Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities. If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist in each persons dating history is high. Searching every past dating email and text of a subject is quite easy with modern software and hacking techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives that are designed to shame you, the target. If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled. Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups. - Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists"

to blockade target victims from ever receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again. - FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony.

The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required. - Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. - On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. - Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. - Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures. - Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target.

These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or

search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. - Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon. It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him".

Google and the Obama Administration were "the same entity". Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. - Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. - Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled. The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars

Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth.

The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago. Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life. Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you. - McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. - *Obama Administration* targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal. - There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services. The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders".

A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. - Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case,has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.

Page 194  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

# References And Bibliography

*GOOGLE Faces EU Antitrust Probe of Ad-Tech Abuses…*

*How Big Tech created data 'treasure trove' for police...*

*GOOGLE funded virus research carried out by Wuhan-linked scientist…*

*http://www.majestic111.com*

*Previous Case Evidence Court Sets: http://www.pacer.gov  -   Search All cases against Tesla Motors and Elon Musk, Cases involving"lithium ion fires", "Google and Alphabet" abuses and other keywords like: "ElonMusk", "Solyndra", "Rare Earth Mining Scam", Tesla Motors", "Steven Chu", "Afghan Mining", "JeffreyEpstein", "Flashboy Aglorithms", "Silicon Valley Anti-Trust", "UraniumOne", "The Silicon Valley No Poaching Lawsuit","AngelGate", "frankguistra", "Raj Gupta", "Nicholas Guido Denton", "LarryPage Tax Evasion", "Fusion GPS" and other case file database search keywords...*

*AMERICAN CORRUPTION - A True Story*

*https://www.icij.org*

*https://stopelonfromfailingagain.com*

194

*http://vcracket.weebly.com*

*https://www.transparency.org*

*https://www.judicialwatch.org*

*https://wikileaks.org*

*https://causeofaction.org*

*https://fusion4freedom.com/about-gcf/*

*http://peterschweizer.com/*

*http://globalinitiative.net*

*https://fusion4freedom.com/the-green-corruption-files-archive/*

*https://propublica.org*

*https://www.allsides.com/unbiased-balanced-news*

*http://wearethenewmedia.com*

195

*http://ec.europa.eu/anti_fraud/index_en.html*

*http://gopacnetwork.org/*

*http://www.iaaca.org/News/*

*http://www.interpol.int/Crime-areas/Corruption/Corruption*

*http://www.icac.nsw.gov.au/*

*http://www.traceinternational.org/*

*http://www.oge.gov/*

*https://ogc.commerce.gov/*

*https://anticorruptionact.org/*

*http://www.anticorruptionintl.org/*

*https://represent.us/*

Page 197  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf


http://www.giaccentre.org/dealing_with_corruption.php


http://www.acfe.com/


https://www.oas.org/juridico/english/FightCur.html


https://www.opus.com/international-anti-corruption-day-businesses/


https://www.opengovpartnership.org/theme/anti-corruption


https://www.ethicalsystems.org/content/corruption


https://sunlightfoundation.com/


http://www.googletransparencyproject.org/


http://xyzcase.weebly.com


https://en.wikipedia.org/wiki/Angelgate


https://www.opensecrets.org/

Page 198  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

http://www.projectveritasaction.com

Catch and Kill By Ronan Farrow,
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

Permanent Record ByEdward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

Brotopia By Emily Chang, http://brotopiabook.com/

Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/

The Circle ByDavid Eggers, https://archive.org/details/circle00dave

World Without Mind ByFranklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

A Journey into the Savage Heart of Silicon Valley ByCorey Pein,
https://www.goodreads.com/book/show/35684687-live-work-work-work-die

Disrupted ByDan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com

The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

Page 199  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

**_Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/_**

**_The Man Behind The Facade By The Insider_**

**_Here Is The Real Reason They Make No Money By Seeking Alpha_**

**_Personal Internet Security Practices By EFF_**

**_Political Attack Jobs By The Insider_**

**_A RICO Racketeering Complaint By Legal Service Group_**

**_The Political Reprisal Vendetta Playbook By Edward Johnson_**

**_The Sick World Of The Google Executives_**

**_How They Killed The Electric Car By Martin Reese_**

**_The Corruption Disruption Manual_**

**_The Crimes And Lies Of Elon Musk_**

**_The Dirty Deeds Of Silicon Valley - Volume Two_**

**_Pizza Scandals_**

**_The Silicon Valley Tech Mobster Cartel_**

**_About Online Dating By Dianne Wilsey_**

199

Page 200  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

***The Corruption Case***

***How Political Corruption Actually Works***

***Rigging The Game***

***The Dirty Deeds Of Silicon Valley - Volume One***

***A Report To Congress On The Gawker And Gizmodo Attack Service***

***The Big Tech Safety Cover-Up***

***Manipulating The Media To Control Opinions***

***The Slush Fund - Stealing Taxpayer Money***

***DEPARTMENT OF ENERGY CRONY PAYOLA DEALS***

***Steven Chu Should Lose His Job Over The Solyndra Scandal***

***U.S. Department of Energy Corruption - Home***

***House Oversight investigation reveals politics and Corruption At Energy Department***

***POGO letter to DOE Secretary Steven Chu***

 Cartel Suspects Proven by Emails, Testimony

***More Tesla Motors Corruption Charges***

***http://the-resume.org/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE_1.2.pdf***

***http://american-corruption.com/public/***
***THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf***

***http://lifebooks.net/***
***HOW_OUR_BAY_AREA_FBI_AGENT_ALMOST_FOILED_THE_STEELE_DOSSIER_SCAM.html***

***http://lifebooks.net/TECH_OLIGARCH_AND_SENATOR_SEX_CULT.html***

***http://lifebooks.net/6_trillion.png***

***http://lifebooks.net/The_Dirty_Core_Of_The_Corrupt_Stimulus_Cash.html***

***http://lifebooks.net/CROOKS_MUSK_FEINSTEIN.png***

***http://evidencevideos.com/The_Sick_Dystopian_Reality_of_Silicon_Valley_Big_Tech.html***

***http://evidencevideos.com/THE_MURDERS_AND_SUSPICIOUS_DEATHS_IN_THIS_CASE.html***

***http://corruption-fighter.com/The_Secret_History_of_the_Shadow_Campaign.html***

***http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf***

201

*http://american-corruption.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

*http://case-xyz2020a.com/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

*http://nationalnewsnetwork.net/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

*http://silicon-valley-mobsters.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

*http://silicon-valley-mobsters.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

*http://case-xyz2020a.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*























*Figure 3: Over 200 Sex Abuse Complaints Against Google Executives*

# How Google Controls Government Policy And Process In America









## Why Google Is the New Evil Empire

By Steve Tobak / ValleyBeat / Published April 20, 2015 / FOXBusiness



Today we have Google (GOOGL). Don't let the geeky façade, whimsical multicolored logo and "don't be evil" mantra fool you. Google may very well be the most sinister threat and wicked incarnation of them all.



"We don't need you to type at all because we know where you are. We know where you've been. We can more or less guess what you're thinking about ... Is that over the line?" – Google Chairman Eric Schmidt



A long time ago in a galaxy far, far away there was a Galactic Empire, a beady-eyed Emperor and his heavy-breathing sidekick, Darth Vader. Ever since, we've identified the corporate villains we

Page 206  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf



Page 207  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf

 **Project Veritas** ✔
@Project_Veritas

 **Following** ⌄

CONGRESSIONAL STATEMENT >> @replouiegohmert on @Google investigation, "This discovery should set off alarm bells throughout the country. It is no secret that Google has a political agenda."  Full: bit.ly /31Odd41



**Gohmert Responds to Undercover Video of Google Released by Project Veritas**

Washington, June 24, 2019

Congressman Louie Gohmert (TX-01) released the following statement today regarding the undercover video of Google released by Project Veritas:

"This video shows Google's biases are now a threat to a free and fair election, all while they hide behind the immunity given by Congress years ago when they were supposed to be a simple 'town square' where everyone's voice could be heard without biased results. In fact, Google references a significant role they see themselves fulfilling in the 2020 elections. This discovery should set off alarm bells throughout the country. It is no secret that Google has a political agenda. Multiple brave tech insiders have stepped forward and exposed Google's censorship of content and specialized algorithms. This media giant's 'social justice narrative' should distress all Americans who value a free and open society. Google should not be deciding whether content is important or trivial and they most assuredly should not be meddling in our election process. They need their immunity stripped and to be properly pursued by class action lawsuits by those they have knowingly harmed."

projectveritas.com

**Insider Blows Whistle & Exec Reveals Google Plan to Prevent "Trump situation" in 2020 on Hidden Cam**

by Staff Report

4:30 PM - 24 Jun 2019

Page 208  EXHIBIT 85 – Case # 22-cv-1107-TSH, Norcal 9th District.pdf



**Eric E. Schmidt**



Read about how you get "DATA-RAPED". Every single thing you do online, or on ANY electronics, is being stored, monitored and tracked. Everything you MIGHT do online is being anticipated and manipulated ahead of you. Every spy, hacker, organized crime group, ID thief, angry kid, ex-lover or competitor, can now break into this data, or secretly turn on your camera, with two mouse clicks. Google makes money off of your personal privacy.



*Figure 4: Google Is A Corporate Facade Hiding Crazy Billionaire Manipulations Of Democracy*



*Figure 5: If Google Did Not Exist Would COVID Exist?*