Page 1  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

# THE SICK WORLD OF THE GOOGLE EXECUTIVES THAT RUN THE WHITE HOUSE

**How Sex Trafficking Sociopaths Took Over The White House And Society**



1

Update Revision # 6.2

# Table of Contents

Forward............................................................................................................................4
The Twisted Sociopath: Eric Schmidt......................................................................5
The Sex Slaves Of Andy Rubin................................................................................50
The Forrest Hayes Sex Death Yacht.........................................................................54
Inside The $40 Million Anal Sex-Slave Case Rocking Silicon Valley....................61
Larry Page Steals Technology And Sexually Loves Elon Musk...............................66
Top Google Lawyer David Drummond Has A Zipper Problem................................81
　　My Time at Google and After............................................................................83
The Sick Sex Connections Of These Folks..............................................................87
References, Bibliography, Research Notes................................................................93

# Forward

The Google/Alphabet/YouTube Cartel executives have colluded to cross-protect each other in their frat boy club of sex trafficking, perversions, sex cults, political bribes, money laundering and other warped deeds. A corporate cover-up team of crisis-PR experts and shredding admins stand ready to hide all the dirt on a moments notice These sickos have more money to spend on their crimes than any State governments have to spend on catching them. Together, they have more money than the FBI, NSA and the SEC COMBINED! They buy their way out of any prosecution.

These people are a "*Cartel*", "*A Mafia*", "*An organized crime group*", and other things that the legal system has specific definitions and laws for. Why do they get legal immunity?

They hire crooked lawyers from Wilson Sonsini, Morrison Foerster, Perkins Coie, Covington & Burling, Latham Watkins and hundreds of other firms pay them billions of dollars to delay their arrests.

They hire crooked CPA's from Deloitte, Mossack Fonseca & Co and hundreds of other firms to cook their books, launder money and create offshore bolt-holes to delay their arrests.

They hire crooked lobbyists from McKinsey, Podesta, Karan Bhatia Associates and hundreds of other dirty firms to bribe politicians via covert routes to delay their arrests, give them law waivers and rig the justice system to hide them from justice.

They hire sick attack dog operatives from Fusion GPS, Gawker Media, Gizmodo Media, Psy Group, Black Cube and hundreds of other dirty firms to run character assassinations, hit-jobs, black-lists and spy-type attacks on anyone they don't like.

They don't deserve to operate or function freely in America. They deserve prison for their epic crimes and abuses against society.

# The Twisted Sociopath: Eric Schmidt

You can't open a newspaper without reading about some bizarre ***Dr. Strangelove*** antics that Eric Schmidt is up to. Schmidt's warped sex scandals are notorious, ie:

**Inside Google Chairman Eric Schmidt's Lavish Sex Palace**

https://nymag.com/intelligencer/2013/07/eric-schimdt-penthouse-new-york-photos-apartment.html

To be fair, nobody knows for sure exactly what goes on in **Eric Schmidt's** $15 million **penthouse** at 31 W. 21 st Street. For all we know, the Google chairman — who is separated from his wife — just...

**Google Executive Chairman Eric Schmidt Buys Sex Penthouse ...**

https://www.eteknix.com/google-executive-chairman-eric-schmidt-buys-sex-penthouse/

News outlets have dubbed it the **'Sex Penthouse'**. **Schmidt** had a net worth of 8.2 billion dollars according for Forbes as of March of this year. Who knows the real reasoning behind purchasing ...

**Eric Schmidt, Google CEO, owns $15m sex penthouse - video ...**

https://www.dailymotion.com/video/x2q7406

**Eric Schmidt**, Google CEO, owns $15m **sex penthouse**. TomoNews US. Follow. 6 years ago | 111 views. Google CEO **Eric Schmidt**, the guy you entrust your online privacy to, is clearly a man of passion. Among his interests, the 58-year-old's apparently particularly fond of banging. In addition to the roster of attractive and accomplished women in his ...

**Eric Schmidt, Google CEO, owns $15m sex penthouse on Vimeo**

https://vimeo.com/126222235

This is "**Eric Schmidt**, Google CEO, owns $15m **sex penthouse**" by International News Resources on Vimeo, the home for high quality videos and the people who…

**Google CEO and serial womanizer Eric Schmidt spends 15 ...**

https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html

Google CEO and serial womanizer **Eric Schmidt** spends $15 million on private, no doorman Manhattan **penthouse** and then has it totally soundproofed The billionaire Google boss has spent millions on a...

**eric schmidt sex penthouse - The Global News Times**

5

Page 6  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

https://globalnewstimes.wordpress.com/tag/eric-schmidt-sex-penthouse/

Google boss **Eric Schmidt** has splashed out $15 million on a sprawling Manhattan **penthouse** in the trendy Flatiron District to be close to at least two of his female friends … Some men like multi-partner **sex**; so do some women.

**Married Eric Schmidt, CEO of Google, has sex penthouse in ...**

https://www.democraticunderground.com/10023340965

Married **Eric Schmidt**, CEO of Google, has **sex penthouse** in NYC, seeks 'bikini babes' on Instagram. (Original post)

**Tag - Eric Schmidts Sex Penthouse - OMERTA - THE FEATURE FILM**

https://ethics-committee.com/index.php?tag/Eric Schmidts Sex Penthouse

Elon Musk **sex** scandal; Elon Musk Stock Scams; Elon Musk troll farm; elon musks lies; Energy Dept Corruption; Energy Dept Slush Fund;
Epstein **sex** island; **Eric Schmidt sex** scandal; **Eric Schmidts Sex Penthouse**; Exploiting Afghanistan; Facebook; Facebook Censorship; Fake News; Feinstein Corruption; Feinstein Payola; Feinsteins Corruption; Flash Boy ...

**Eric Schmidt may still be married but he's NYC's hottest ...**

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion ...

**Eric Schmidt's Love Life Has Seen Many Women: Here Are Some**

https://www.ibtimes.com/eric-schmidts-love-life-has-seen-many-women-here-are-some-2631945

**Eric Schmidt's** sudden departure as executive chairman of Google's parent company, Alphabet, had many speculating a Harvey Weinstein-like saga, given the tech tycoon's womanizing ways.

**Google's Eric Schmidt's Manhattan Penthouse - Variety**

*V* https://variety.com/2013/dirt/real-estalker/googles-eric-schmidts-manhattan-penthouse-1201236234/

Google's **Eric Schmidt's** Manhattan **Penthouse** ... Page Six column at The New York Post printed and posted a juicy ditty about the apparently quite active romantic life of **Eric Schmidt** ...

**Google chairman Eric Schmidt: Instagram girls, yachts and ...**

https://www.gq-magazine.co.uk/article/eric-schmidt-google-scandal

6

The internet's sweet revenge on Google chairman **Eric Schmidt** By Chris Ayres 5 January 2014 How Google's executive chairman is gaining a reputation as a playboy, thanks to a deleted Instagram...

**Google's top lawyer accused of repeated romances with ...**

https://nypost.com/2019/08/29/googles-top-lawyer-accused-of-repeated-romances-with-underlings/

Aug 29, 2019In 2013, Page Six reported that **Schmidt** spent $15 million on a private, no-doorman Manhattan **penthouse** said to be a love nest to accommodate his multiple affairs. Blakely said she joined Google's...

**Wall Street 2 Apartment Now Google Boss's Sex Penthouse ...**

https://ny.curbed.com/2013/7/25/10215938/wall-street-2-apartment-now-google-bosss-sex-penthouse

According to a report from the Post, the 31 West 21st Street **penthouse** that once played the role of Shia LaBeouf's character's apartment in Wall Street sequel Wall Street: Money Never Sleeps, which...

**On the Market: Toll Brothers' Park Avenue Develop.ment ..**

https://observer.com/2013/07/on-the-market-toll-brothers-park-avenue-development-revealed-at-last-eric-schmidts-so-called-sex-penthouse-buyers-demand-apartments-fully-stocked/

Google's **Eric Schmidt** gives $15 M. to create hilly terrain on Governor's Island. **Schmidt** also spent $15 M. on a Chelsea **penthouse**, allegedly for use as a **sex** pad. Towels, toiletries and all ...

**Married ex-Google exec Eric Schmidt back on with Alexandra ...**

https://pagesix.com/2020/06/22/ex-google-exec-eric-schmidt-back-on-with-alexandra-duisberg/

Still-married former Google big **Eric Schmidt** has been spending time with his on-again-off-again gal pal, Alexandra Duisberg, again. The pair were rumored to be engaged last July: We exclusively...

**The Many Women of Eric Schmidt's Instagram**

valleywag.gawker.com/the-many-women-of-eric-schmidts-instagram-913796517

If there's one thing you should know about Google's Director of Open Marriage Engineering, **Eric Schmidt**, it's that he loves to fuck. He's also following a select, interesting assortment of people...

**Google Boss Has Amazing $15 Million Sex Fortress - Gothamist**

https://gothamist.com/news/google-boss-has-amazing-15-million-sex-fortress

Hey ladies, let go of your panties and step inside Google boss **Eric Schmidt's** fully soundproofed $15 million **penthouse** at 31 W. 21st St., where he keeps up several high-profile affairs, according ...

**Google Boss Enjoys $15 Mil Manhattan Sex Penthouse**

Page 8  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

valleywag.gawker.com/google-boss-enjoys-15-mil-manhattan-sex-penthouse-909299764

**Schmidt** has also spent millions getting the 6,250-square-foot duplex — which has four bedrooms and a large entertainment area with a wet bar opening onto a 3,300-square-foot terrace — soundproofed,...

**Eric Schmidt Has A Psychotic Need To Control Governments ...**

american-corruption.com/
Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html

When one types "**Eric Schmidt Sex Penthouse**" in any search engine, many questions are raised. Even without these issues, shifting the military's path isn't any easy process. While Mr. **Schmidt** has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted .

**Here's Google's Eric Schmidt's Sex Pad | The Blemish**

https://theblemish.com/2013/07/heres-googles-eric-schmidts-sex-pad/

Wendy **Schmidt** has somewhat accepted an open marriage with Google exec **Eric Schmidt** and he's taken full advantage of that fact with a $15 million **sex penthouse** at 31 W. 21st St. The place was ...

**Political Ambition, Sexual Secrets - Why Did Eric Schmidt ...**

https://sputniknews.com/analysis/201712221060257653-eric-schmidt-resignation-politics-sexual/

According to Lapinski, it is notable that **Schmidt's** resignation was announced mere hours after US President Donald Trump issued an executive order that blocks transactions of the property of persons involved in human rights abuses, human trafficking and corruption.. During the 2016 US presidential race, **Schmidt** played an instrumental role in Hillary Clinton's campaign, acting as what Lapinski ...

**Eric Schmidt Has $15 Million Extramarital Sex Pad — And ...**

https://www.mic.com/articles/56553/eric-schmidt-has-15-million-extramarital-sex-pad-and-his-wife-is-ok-with-it

**Eric Schmidt** Has $15 Million Extramarital **Sex** Pad — And His Wife Is OK With It. ...
The **penthouse** apartment, ... **Schmidt** also reportedly had a 3-year love affair with TV personality Kate Bohner.

**The Oldest Houses In NYC; Google Boss Has NYC Sex Penthouse**

https://miami.curbed.com/2013/7/26/10215310/the-oldest-houses-in-nyc-google-boss-has-nyc-sex-penthouse

2) Flatiron District: Google executive **Eric Schmidt** refused to have a doorman and sound-proofed his 6,250-square-foot **penthouse** so he can bring lady friends back to the place and, uh, enjoy their ...

**Eric Schmidt - Wikipedia**

8

W https://en.wikipedia.org/wiki/Eric_Schmidt

**Eric** Emerson **Schmidt** (born April 27, 1955) is an American businessman and software engineer. He is known for being the CEO of Google from 2001 to 2011, executive chairman of Google from 2011 to 2015, executive chairman of Alphabet Inc. from 2015 to 2017, and Technical Advisor at Alphabet from 2017 to 2020. In 2017, Forbes ranked **Schmidt** as the 119th-richest person in the world, with an ...

**Is Eric Schmidt's Departure Indicative of 'Womanizing ...**

https://nlpc.org/2017/12/22/google-immune-sexual-misconduct-revelations/

**Eric Schmidt**. On the same day an Associated Press survey of its member editors determined that workplace sexual harassment was the No. 1 story of 2017, Google's corporate parent company Alphabet said its CEO, **Eric Schmidt**, will leave as chairman of its board of directors. The development comes as Google became the subject of a recent report about corporation-wide mistreatment of women …

Eric Schmidt was instrumental in getting Google to buy into robot companies. Eric Schmidt's Sex robots 'will make make women interchangeable with technology'. Many feel that the government is "lagging behind" in efforts to tackle Eric Schmidt's sex robots, experts have warned

Human-like robots are sold as substitutes for women and are marketed as "companions", "girlfriends" or "wives", a coalition of academics, abuse victims and activists have claimed politicians are ignorant of the potential dangers.

"At a time when pornography, prostitution and child exploitation is facilitated and proliferated by digital technology turning it into a global profitable industry; these products further promote the objectification of the female body and as such constitute a further assault on human intimacy," the campaign for human robots that Schmidt is pushing, seems like a sick and twisted effort. The Google Dynamics robots have been exposed running their robots past gauntlets of humans who kick and beat them. Creating synthetic beings for one to beat is not a good trend for society.



**Through an obscure startup named Rebellion Defense, former Google CEO Eric Schmidt attempts to buy his way into the Biden White House.**

**BY JONATHAN GUYER**

 Days after winning the November election, Joe Biden announced the names of those staffing his transition. Big Tech landed prominent spots. Among the hundreds of personnel on the agency review teams serving the president-elect, there was one from Uber, two from Amazon, and one from Google. And then there were two people from Rebellion Defense, a shadowy defense startup.

The announcement sent Washington insiders scrambling to look up the company. No major defense contractors appeared on the list. "It's sure odd that a year-old startup like Rebellion winds up with two employees serving on a presidential transition team," Ken Glueck, the executive vice president of the tech company Oracle, told me.

What is Rebellion Defense? With a *Star Wars* allusion as its name, this firm is not your typical contractor. Rebellion launched in the summer of 2019 to craft artificial-intelligence (AI) software for the defense industry. Trade publications gushed about how innovative it was. It quickly raised $63 million, with the conspicuous backing of its board member Eric Schmidt. Schmidt is best known as the former CEO of Google, but he's also a billionaire investor and an influential consultant to key government bodies.

Schmidt serves as chairman of an advisory board to the White House and Congress called the National Security Commission on Artificial Intelligence. From official positions, he has advocated for the Defense Department and intelligence agencies to adopt more machine-learning technology. Meanwhile, as a venture capitalist, he has invested millions of dollars in more than a half-dozen national-security startups that sell those very technologies back to the government.

Government watchdogs consider those dual roles a conflict of interest. "He's got many, many financial incentives to ensure that the Department of Defense and other federal agencies adopt AI aggressively," said John Davisson, senior counsel for the nonprofit Electronic Privacy Information Center.

10

The Biden administration will need to tread carefully to avoid Big Tech taking over functions of government. Early in Obama's presidency, Google representatives <u>attended</u> more than one White House meeting a week, leading some to jokingly call the administration Google.gov. More than 250 Google employees moved back and forth between the company and government during the Obama years. Schmidt is now poised to have even more sway within the new White House.

**GOOGLE RAPIDLY GREW** in the '90s. Its board hired Eric Schmidt as CEO in 2001 to offer a businessman's edge to the startup's eccentric founders. Schmidt, a top executive at early tech stalwarts Sun Microsystems and Novell, served in that role for a decade. He then became executive chairman of Google's new parent company, Alphabet, as the highly valuable, publicly traded search engine giant expanded into new fields, like artificial intelligence and national security.

Schmidt personifies the bonds between tech and government. He was a frequent visitor to the Obama White House and sent strategy memos to presidential candidate Hillary Clinton. When Obama's healthcare.gov website overheated, the administration brought him in to clean up the mess. In November 2016, Schmidt wore a "staff" badge at Clinton's election-night party.



ROMUALD MEIGNEUX/SIPA

Eric Schmidt in 2018

For Schmidt, the big prize was the national-security sector. In the 1960s and '70s, the Defense Department was by far the largest investor in research and development nationwide. The internet, of course, was at first a military platform. But by the 1990s, the Defense Department was spending more

money on big weapons systems than on innovating the next big thing. The CIA and NSA had, through research conduits, provided seed money to Google in the early '90s, but soon the latest innovations were coming from Silicon Valley to government, not the other way around. By 2003, Google was selling technology to the NSA to help it sort through a barrage of data, in a project that came with Google tech support.

The Pentagon and intelligence agencies had fallen behind. Part of it had to do with the rigidity of the defense bureaucracy, the difficulty of bringing in outside talent from tech companies, and the convoluted processes of government contracting that privilege massive defense companies. All the while, the private sector was outspending the Defense Department almost 5 to 1 on new research.

Eight days after Obama was sworn in, he brought on Schmidt to offer an outsider's view on how to run defense operations more like a tech company. Obama's final defense secretary, Ash Carter, created a position for Schmidt on the Defense Innovation Board, which was pushing for what was mainstream in the private sector, but seen as radical in government offices—that the Defense Department needed new software. Carter and Schmidt jointly selected the other advisers.

Schmidt, then the executive chairman of Google's parent company, had suddenly obtained unprecedented access to political leadership and global military operations. He traveled to some 100 military installations worldwide, where he was quick to point out the Pentagon's technological limitations. By the end of Obama's second term, Schmidt had gathered a huge amount of influence within national-security circles. Lt. Gen. Jack Shanahan, the founding head of the Pentagon's newly formed Joint Artificial Intelligence Center, told me that Schmidt was "a mentor to us."

As board chair, Schmidt pushed the Obama administration to bring artificial intelligence, new software, and cloud computing into the department. He was "poking a finger in the secretary of defense's chest saying, 'You don't get it. You don't see what's happening on the outside. AI is going to transform everything we do and you guys are stuck in the past,'" Shanahan said.

In 2017, Google won a $17 million contract from the Pentagon to examine drone footage using artificial intelligence, to enable drones to sift through potential targets with more precision. A year later, a dozen of the company's employees resigned in protest. Schmidt had promoted Big Tech playing a bigger role in national security, and now his own engineers had embarrassed him. (He said he had played no role in getting Google the government contract.) Lt. Gen. Shanahan ran that initiative, which became known as Project Maven. In press reports, the word "controversial" was almost always tagged onto it. Schmidt has been thoroughly bipartisan. He sat next to Steve Bannon at Trump's first convening of tech executives, and soon advocated that the Trump administration do more with AI. In 2018, Congress in its annual military-funding bill established an independent commission on artificial intelligence that would operate out of the Pentagon and advise Congress. The board's first chairperson was Eric Schmidt.

12

Once Schmidt joined the new National Security Commission on Artificial Intelligence, he started telling Congress to use AI in everything. "It's kind of a shitshow," said someone with knowledge of the commission's day-to-day operations. Eager to proselytize AI, commissioners knew little about the complicated laws that apply to different agencies and departments. The person described the commission as "constantly on a gerbil wheel generating content that was useless."

The commission, in what lends the appearance of conflict of interest, hosts its reports on Google Drive and uses Gmail as its email platform. A spokesperson informed me that the commission's staff selected Google's federally approved suite of office products "without any input" from Schmidt.

Vice Chair Bob Work said in a statement, "Collectively, the Commission members monitor for potential conflicts of interest at our meetings and ensure our conversations do not veer into improper discussions of particular commercial interests."

"Schmidt wields a tremendous amount of power in this space, and we thought it was pretty alarming. It seemed like an obvious conflict of interest," said Davisson, the lawyer with the privacy advocacy nonprofit EPIC. "It spoke to the strangeness of someone with so many financial entanglements chairing this commission."

Each member of the commission submits an ethics disclosure. For most commissioners, these documents run between 7 and 11 pages; Schmidt's financial disclosure is 38 pages long.

Even Schmidt himself, who declined to speak with the *Prospect* through spokespeople, has acknowledged that there can be confusion. In November 2019, he alluded to his potential conflicts when he moderated the commission's first public event. "It's a real tragedy we don't wear hats anymore," Schmidt joked as he gestured toward a top Google official and Lt. Gen. Shanahan sitting next to him. "I'm probably the only person who can say this in the entire world: I work with and for both of them." Of course, as he tried to toggle between those two roles, it was clear that he was wearing no hat at all. It was impossible to tell on whose behalf he was speaking.

"There's a general concern in the tech community of somehow the military-industrial complex using their stuff to kill people incorrectly, if you will," Schmidt said.

As the three of them talked through the work Google had done for the Defense Department, Schmidt effectively used the government event to market Google's services to the audience of defense and AI experts. He asked the general and the Google official to each explain how Project Maven, the drone program that had led to the resignation of Google engineers, was even more successful than the media had reported.

Schmidt left Alphabet in June 2019. He was increasingly out of step with his engineers' views of defense work, a mismatch that he himself admitted. "There's a general concern in the tech community of somehow the military-industrial complex using their stuff to kill people incorrectly, if you will," Schmidt said.

13

He proposed a solution: Tech entrepreneurs should establish new companies to fulfill contracts for soldiers and spies. "My guess is what will happen is that there will be tech companies founded that are more in alignment with the mission and values of the military," he said.

And he put that into practice. A month after retiring, Schmidt's venture capital firm invested in Rebellion Defense.

**REBELLION'S FOUNDERS MODELED** the company after the specialized Pentagon unit where many of them had worked before leaving to start the new business enterprise. The unit was a small operation called the Defense Digital Service, which brought in software experts from companies for short tours of service. Schmidt was an early fan, and he told Congress in April 2018 that the unit should be expanded to hundreds of people.

Members of the Defense Digital Service saw themselves as a band of outsiders within the Pentagon. They even put a plaque that said "Rebel Alliance" on the unit's door. Its first director was Chris Lynch, a techie from Seattle who had founded a number of forgettable startups, including a word-game app and a hot-or-not site called CelebHookup. Lynch failed upward into a competitive position in the U.S. Digital Service, an Obama initiative, and then quickly parlayed that into a newly fashioned role at the Pentagon. Lynch spoke quickly and deployed buzzy slogans. He went out of his way to lambaste Google engineers who didn't want to work on killing machines.



ANDREW HARRER/BLOOMBERG VIA GETTY IMAGES

Chris Lynch in 2016 when he was director of the Pentagon's Defense Digital Service

Lynch continued to work for the Defense Digital Service during the Trump administration and was given responsibility for leading the Pentagon's transition to a single cloud, the incredibly complex $10 billion JEDI program. (The JEDI contract ended up going to Microsoft, after Trump allegedly personally vetoed Amazon as a prime vendor.)

Now that he had learned how to navigate the Defense Department, Lynch set out to move into the private sector. He co-founded Rebellion Defense in 2019 with British counterpart Oliver Lewis and Nicole Camarillo, who was still working for the Pentagon. A pitch deck for investors touted "her present leadership role in U.S. Army Cyber Command." The trio started calling around to venture capitalists for funding.

Rebellion would do what Google would not. The pitch seemed tailor-made for Eric Schmidt.

Rebellion called themselves "a modern day Manhattan Project." They emphasized their recent knowledge of the Pentagon and Congress as a "substantial head start to the early-stage startups attempting to build products that are to be sold into government." Their three initial labs would include using AI for the military and policing, protecting large data systems, and creating the ultimate antivirus system. Each one would be worth billions of dollars. "The mission of national defense must be *the* place to be in tech," Rebellion's founders wrote. "This is an unconstrained 'Project Maven.'" Rebellion would do what Google would not. The pitch seemed tailor-made for Eric Schmidt.

One venture capitalist, who declined to be identified because he said he did not want to jeopardize existing relationships, said the pitch was weak. Rebellion wasn't providing a new product. Its founders were selling their know-how of the Pentagon, their experience working on contracts on the inside, and their relationships with senior brass. "It was pretty obvious that this among other startups were designed to capture outstanding military and intelligence AI contractors," the investor told me. "If you can offer a big hammer with the letters 'AI' on the side, they'll hand you a bag of money."

Rebellion positioned itself as devotees of scrappy Luke Skywalker, but its backers looked a lot more like Darth Vader. In 2019, the firm raised $63 million with help from a murderers' row of venture capitalists, $13 million more than the founders had hoped to initially secure. The Founders Fund, co-founded by Trump ally Peter Thiel, chipped in. So did James Murdoch, son of the tabloid magnate, whose investment firm Lupa Systems has been buying up media outlets. Ted Schlein, a lesser-known name on Rebellion's board, was perhaps even more influential. Schlein is a trustee of the CIA-backed venture capital firm In-Q-Tel, and brings in-depth knowledge of what spy agencies are investing in. And then there was the heaviest hitter of them all, Eric Schmidt.

Rebellion set up a website where it listed all of its key personnel. For board member Eric Schmidt, there was no bio. Instead, beside his photo there was a link that led directly to his profile on the Defense Innovation Board, the body advising Congress and the Pentagon on how to allocate resources toward the exact technology Rebellion was selling. It suggested that there was no firewall between Schmidt's work for the government and the private sector. Soon, Schmidt would be dropping by the Rebellion office to chat.

Rebellion's founders were selling their know-how of the Pentagon, their experience working on contracts on the inside, and their relationships with senior brass.

15

The company's website had slogans to target national-security customers ("Rebellion Defense builds for the warfighter") as well as ones that would resonate with Silicon Valley engineers ("Join the Rebellion"). Lynch even changed the greeting on his D.C. apartment's call box to "We are the Rebellion." (Rebellion Defense through a spokesperson declined to comment on the record or make staff available for interviews.)

In addition to the major investors and the hoodie-wearing hacker types on their team, Rebellion also needed buttoned-up former executives from the Defense Department. Its business side was composed of "a permanent team of national defense bureaucracy hackers" and "government procurement experts"—people who were perfectly placed to snag highly coveted defense contracts. Bob Daigle has been the money man at the Pentagon. From 2017 to 2019, he served as the director of the Cost Assessment and Program Evaluation office, an office he had worked in at a senior level during the George W. Bush administration. Daigle's job was to make sure every project was in budget, and now he was a founding executive of Rebellion. Tony Ierardi had been doing similar work for the Joint Chiefs of Staff. He retired as a lieutenant general in fall 2019 after almost four decades in the military and became the company's chief of staff. (Like Schmidt, Daigle and Ierardi had time for another job, too. Both serve as consultants for Pallas Advisors, which <u>Jim Mattis's tech consigliere</u> Sally Donnelly founded last year with a formidable roster of former top officials.) Another adviser to Rebellion, David Recordon, directed IT in the Obama White House and "modernized contracting strategies" for administration staff, according to his profile. Former Defense Secretary Ash Carter also advises the company.

The founders had told investors that they would "create a multi-billion dollar challenger to the global defense industry," and by 2020, Rebellion was getting contracts and growing. It added an office in Seattle and expanded its presence in London, where it recently recruited the former chief of staff of the Ministry of Defense. "We're hiring (a lot)," one staffer posted on LinkedIn in November. Rebellion has 85 employees listed on the social media platform—and 19 job openings. This was quite a leap for a startup.

Rebellion acts like a tech company. It emphasizes its jaunty culture, plays up the *Star Wars* references, and filmed an intentionally cheesy Christmas video where staffers each sing along to Mariah Carey. In actual fact, this is a defense company.

Government awards flow to Rebellion in part because the company sponsored high-profile research that says the government should use their products. For example, in 2020, Rebellion funded the Center for Strategic and International Studies to urge the defense sector to use more machine learning in collecting and analyzing intelligence—the exact products that Rebellion peddles. (A CSIS spokesperson said, "We stand behind the independence of our scholars and the quality of their analysis.") Now, the people that Rebellion has been paying to write those think-tank reports are joining the Biden administration, too. The co-chair of that <u>Rebellion-funded task force</u> at CSIS was Avril

Haines, now Biden's director of national intelligence; its website listed Kathleen Hicks as a senior adviser, and Biden announced in December that she would be number two at the Pentagon.

**SCHMIDT'S INFLUENCE** is now assured within the Biden administration. In September, he was a featured speaker at a Biden campaign fundraiser with <u>Michèle Flournoy</u>, a former defense official who has been consulting for Schmidt's philanthropy. Now, Schmidt is feeding the pipeline of those in national-security positions who will owe him their start in the business. Through his charitable organization Schmidt Futures and with the advice of former Obama officials at the consulting firm <u>WestExec Advisors</u>, he is launching an initiative to seed more tech talent into the Pentagon and intelligence agencies.

Rebellion's future is secured in two ways—through contracts and connections. In November, it won what could grow into the company's biggest award to date, a contract to create a single data-sharing network for the Air Force. And then there was the transition team announcement, where the company joined the big leagues of Amazon and Google.

A year before, in its initial pitch to investors, Rebellion had said, "Traction inside of the Department of Defense and its allies is the primary driver of success—mission matters." Now, by their own terms, they've won.

"The fact that they got two people on the landing teams was eyebrow-raising to say the least," said Luther Lowe, who runs Yelp's public-policy efforts in Washington. (Yelp has been a persistent critic of Google, and by association Eric Schmidt.)

Victor Garcia, who lists his job as "engineering rebel," helped coordinate the Department of Defense's transition. Engineering manager David Holmes helped coordinate the Education Department and the Social Security Administration's transition. In January, the Biden team also appointed David Recordon, who advised Rebellion at its inception, to the Office of Management and Administration as director of technology.

Here was Schmidt, on all sides of all transactions. If he needed to reach someone in the Biden administration, he had plenty of options for who to call.



(Illustration by Roberto Parada)

Page 18  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

It is widely documented that Eric Schmidt coordinated the use of the entire Google empire to manipulate politics and government funds, ie:

**This psychologist claims Google search results unfairly steer voters to the left. Conservatives love him - Los ...**

https://www.latimes.com/politics/la-na-pol-google-search-bias-elections-20190322-story.html

Mar 22, 2019The idea that **Google** is subtly pushing masses of voters to the left has the ring of conspiracy, and thus the work of Robert Epstein is warmly embraced by conservative lawmakers — as well as a ...

**Google search algorithms are not impartial. They can be biased, just like their designers.**

https://www.nbcnews.com/think/opinion/google-search-algorithms-are-not-impartial-they-are-biased-just-ncna849886

**Google search results** are not objective truths, and those who use the service should be aware of its biases. The first **result** for "black girls" now is the site Black Girls Code , which encourages ...

**Report: Google News' search results aren't rigged but they are biased - HotAir — Politics, Culture, Media ...**

https://hotair.com/archives/john-s-2/2018/10/16/report-googles-search-results-arent-rigged-biased/

This study completed 123 different measurements of the political **bias** of **Google** News and **Google** News **search results** over 14 days from August 23 to September 5, 2018. This produced three summary views of the political **bias** of **Google** News… The aggregate **result** indicates that the overall **bias** of **Google** News is 65% left, 20% center, 16% right.

**Google likely shifted undecided voters in 2018 election, researcher says - Student News Daily**

https://www.studentnewsdaily.com/example-of-media-bias/google-likely-shifted-undecided-voters-in-2018-election-researcher-says/

Compared to **search** engines Bing and Yahoo, Epstein and his team found the **results** from **Google** were "significantly more liberal than non-**Google search results** on all 10 days leading up to and including **Election** Day and in all 10 positions of **search results** on the first page of **search results**," according to the summary of a paper Epstein plans to present at the annual meeting of the Western Psychological Association in Pasadena, California, in April.

**Google's Results Are Biased Towards Liberal Websites - The Bipartisan Press**

https://www.thebipartisanpress.com/politics/googles-results-are-biased-towards-liberal-websites/

**Bias**: The purpose of the study was to determine the political **bias** of **results in Google**. I used data from MediaBiasFactCheck.com. Domain Authority: To account for other ranking factor, I used Moz's

Domain Authority Metric. In general, when the same content is published at the same time, the website with a higher D.A. will rank higher. **Bias** Offset

**Google liberal bias: study shows 40% of search results lean left | CanIRank**

www.canirank.com/blog/analysis-of-political-bias-in-internet-search-engine-results/

Among our findings were that top **search results** were 40% more likely to contain pages with a "Left" or "Far Left" slant Although internet **search** engines like **Google** play an increasingly prominent role shaping voter opinions and perception of issues and candidates, their ranking algorithms aren't designed to provide a fairly balanced ...

**Google Has a Striking History of Bias Against Black Girls - TIME | Current & Breaking News | National & World Updates**

https://time.com/5209144/google-search-engine-algorithm-bias-racism/

Safiya Noble, author of 'Algorithms of Oppression,' tackles the **bias** behind **Google's** algorithm, which has produced racist **search results**.

**Shocking Research: How Google Could Manipulate and Control the Outcome of the 2020 Election [Videos]**

https://www.electionforum.org/politics/how-google-could-manipulate-and-control-the-outcome-of-the-2020-election/

The **results** of his scientific analysis in both cases were disturbing…
The **Google search results in** 2016 - which account for over 92% of worldwide internet searches - were significantly biased in favor of Hillary Clinton in all 10 positions on the first page of **search results in** both blue states and red states.

**Donald Trump is right: Google results are biased against Republicans**

https://www.usatoday.com/story/opinion/2018/09/10/trump-google-youtube-search-results-biased-against-republicans-conservatives-column/1248099002/

Sep 10, 2018**In** one infamous example, a **Google search result** listed "Nazism" as an official ideology of the California GOP. North Carolina Sen. Trudy Wade, a Republican, was shocked to discover that the ...

**Teen's Research Suggests Media Bias in Google Search Results Can Influence Political Opinions | AllSides**

https://www.allsides.com/blog/teen-proves-media-bias-google-search-results-can-influence-political-opinions

**A** middle-schooler recently used AllSides **Media Bias** Ratings to dissect how **bias in Google search results** might influence people's political opinions.. We love when our audience uses our tools to investigate **media bias**. But it's even better to see a teenager apply those resources to researching a tool that holds power over what hundreds of millions of people see and read.

**Google, YouTube anti-conservative bias raises alarm about 2020 election meddling - Washington Times**

   https://www.washingtontimes.com/news/2019/jun/26/google-youtube-anti-conservative-bias-raises-alarm/

Jun 26, 2019**A** man walks past a building on the **Google** campus in Mountain View, Calif. Alphabet Inc., **Google's** holding company, reports financial **results** Monday, Feb. 1, 2016.

**Could Google's Search Algorithm Affect the Election of the Next US President?**

   https://techtheday.com/googles-search-algorithm-could-affect-the-election-of-the-next-us-president/

The Study, Experiments. Initially, Epstein and Robertson did controlled simulations of the way **Google search results** affect voters. Mock voters (the study subjects) were granted access to information about the prime minister **elections in** Australia in 2010 and 2008, and then allowed to look for information about the candidates using a simulated **search** engine.



Page 22  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

Not only can Schmidt's political SWAT Team take over an American White House, they love to take over the Middle East, as well. Schmidt was the coordinator between the CIA and Google's Wael Ghonim in the creation of the "Arab Spring" political riots:

**Google's Wael Ghonim: A Leader for Egyptian Protesters? - TIME**

content.time.com/time/world/article/0,8599,2047006,00.html

**Wael Ghonim** is talkative and confident, just like many in the new generation of Arabs who are out to change their world — and prosper in it — by way of technology. He once pointed out that Norway,...

**How Wael Ghonim Sparked Egypt's Uprising - Newsweek**

N https://www.newsweek.com/how-wael-ghonim-sparked-egypts-uprising-68727

At its center was a bespectacled techie named **Wael Ghonim**, a 30-year-old father of two, and **Google's** head of marketing in the Middle East.

**Wael Ghonim: Inside the Egyptian revolution | TED Talk**

https://www.ted.com/talks/wael_ghonim_inside_the_egyptian_revolution

**Wael Ghonim** is the **Google** executive who helped jumpstart Egypt's democratic revolution... with a Facebook page memorializing a victim of the regime's violence. Speaking at TEDxCairo, he tells the inside story of the past two months, when everyday Egyptians showed that "the power of the people is stronger than the people in power."

Recently, Eric Schmidt shocked Silicon Valley with a surprise announcement Thursday that he's stepping down as executive chairman of Google's parent company, Alphabet.

The 62-year-old tech tycoon — who, according to Google co-founder Sergey Brin, was originally tapped as CEO in 2001 to provide "adult supervision" for himself and Larry Page — said in a statement that he will remain at Alphabet as a "technical advisor."

"In recent years, I've been spending a lot of my time on science and technology issues, and philanthropy, and I plan to expand that work," Schmidt said.

One source close to Schmidt said the move would allow him to have a more "hands-on role" in developing artificial intelligence for defense.

Eric Schmidt stepping down as executive chairman of Alphabet

Schmidt has also been spending more time on his foundation, which focuses on sustainability, the source said.

But the timing of Schmidt's sudden move — along with the fact that Alphabet waited three days to disclose that Schmidt had told the company he was stepping down, according to a filing — raised questions. Schmidt is a known womanizer despite being married for 37 years to Wendy Schmidt, who

said in 2012 they started living separate lives because she felt like "a piece of luggage" following him around the world.

But the insider could not deny Schmidt's well-documented romantic past and said the techie's entanglements were "consensual" and that there are "no complaints" against the exec or "settlements" from the company.

In 2013, Page Six first reported that Schmidt spent $15 million on a private, no-doorman Manhattan penthouse in the Flatiron District. The abode was fully soundproofed and said to be a love nest to accommodate his multiple affairs.

Schmidt has been linked to women including TV presenter Kate Bohner, PR exec Marcy Simon, and Danya Perry, who is chief of litigation and deputy general counsel to billionaire Ronald Perelman.

Previously, Gawker reported that Google employees got irked in 2007 when Simon briefly got hired by Google's Android team while she was in a relationship with Schmidt.

Elsewhere, however, Schmidt's reported dalliances appear to have been with non-Google employees.

One source spotted Schmidt with glamorous Manhattan socialite Ulla Parker — ex-wife of Wall Street veteran Kevin Parker — last summer.

According to another source, "it could be just that, in the current environment, we've reached a tipping point. It is now unacceptable for the head of a public company to be running around with multiple mistresses while his wife is at home."

Alphabet declined to comment beyond the press release per  Alexandra Steigrad.

Schmidt will rig the politics of ANY country with mega tech psych warfare tools. He took a stab at Cuba. ric Schmidt, a board member of Google's parent company Alphabet, met Monday with Cuba's new president to discuss improving Cuban internet connectivity, one of the world's lowest.

"The benefits of the internet to the world are extraordinary. And it's important that Cubans have access to the internet at the same level or even better than everyone else," said Schmidt, who stepped down from his post as executive chairman early this year.

He met with Cuban leader Miguel Diaz-Canel about seeking a dialogue even though US-Cuban relations have worsened under American President Donald Trump.

Alongside US Senator Jeff Flake -- a supporter of ending the US trade embargo on Cuba, the Americas' only one-party Communist state -- Schmidt said internet connectivity is key to Cuba's future.

"It's important for the development of the country," he stressed.

Diaz-Canel and Schmidt discussed US-Cuban relations and possible areas of cooperation, Cuban officials said.

24

Theirs was the first US delegation to meet with the new Cuban president, who was sworn in April 19.

Just over four million Cubans, under half the population, have limited internet access through public screens and wi-fi areas.


The state telephone company says it is in testing on adding data service to smartphones.

Ties between Havana and Washington have cooled considerably since Trump took office in January 2017.

The Trump administration has tightened restrictions on US travelers to Cuba.

And the State Department said it will permanently scale back its mission in Havana, which had already been operating with reduced staff since September 2017, when diplomats and relatives were evacuated over a health incident.

Page 26  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District



**Eric E. Schmidt**

**ERIC SCHMIDT LOVES SPIES. SCHMIDT LOVES HIS RELATIONSHIP WITH THE CIA'S IN-Q-TEL. SCHMIDT BELIEVES THAT EVERY PERSON SHOULD BE SPIED ON EVERY DAY.**

Spooky spy operations get an investment from In-Q-Tel, the CIA's venture capital firm, according to a document obtained by *The Intercept. Eric Schmidt promotes these kinds of deals. These investments are designed to manipulate national politics.*

Yet among the 38 previously undisclosed companies receiving In-Q-Tel funding, the research focus that stands out is social media mining and surveillance; the portfolio document lists several tech companies pursuing work in this area, including Dataminr, Geofeedia, PATHAR, and TransVoyant.



In-Q-Tel's investment process.


Screen grab from In-Q-Tel's website.

Those four firms, which provide unique tools to mine data from platforms such as Twitter, presented at a February "CEO Summit" in San Jose sponsored by the fund, along with other In-Q-Tel portfolio companies.

The investments appear to reflect the CIA's increasing focus on monitoring social media. Last September, David Cohen, the CIA's second-highest ranking official, spoke at length at Cornell University about a litany of challenges stemming from the new media landscape. The Islamic State's "sophisticated use of Twitter and other social media platforms is a perfect example of the malign use of these technologies," he said.

Social media also offers a wealth of potential intelligence; Cohen noted that Twitter messages from the Islamic State, sometimes called ISIL, have provided useful information. "ISIL's tweets and other social media messages publicizing their activities often produce information that, especially in the aggregate, provides real intelligence value," he said.

The latest round of In-Q-Tel investments comes as the CIA has revamped its outreach to Silicon Valley, establishing a new wing, the Directorate of Digital Innovation, which is tasked with developing and deploying cutting-edge solutions by directly engaging the private sector. The directorate is working closely with In-Q-Tel to integrate the latest technology into agency-wide intelligence capabilities.



Dataminr directly licenses a stream of data from Twitter to spot trends and detect emerging threats.

Screen grab from Dataminr's website.

Dataminr directly licenses a stream of data from Twitter to visualize and quickly spot trends on behalf of law enforcement agencies and hedge funds, among other clients.

Geofeedia collects geotagged social media messages to monitor breaking news events in real time.

Screen grab from Geofeedia's website.

Geofeedia specializes in collecting geotagged social media messages, from platforms such as Twitter and Instagram, to monitor breaking news events in real time. The company, which counts dozens of local law enforcement agencies as clients, markets its ability to track activist protests on behalf of both corporate interests and police departments.



PATHAR mines social media to determine networks of association.

Screen grab from PATHAR's website.

PATHAR's product, Dunami, is used by the Federal Bureau of Investigation to "mine Twitter, Facebook, Instagram and other social media to determine networks of association, centers of influence and potential signs of radicalization," according to an investigation by *Reveal*.

Page 30  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District



TransVoyant analyzes data points to deliver insights and predictions about global events.

Screen grab from TransVoyant's website.

TransVoyant, founded by former Lockheed Martin Vice President Dennis Groseclose, provides a similar service by analyzing multiple data points for so-called decision-makers. The firm touts its ability to monitor Twitter to spot "gang incidents" and threats to journalists. A team from TransVoyant has worked with the U.S. military in Afghanistan to integrate data from satellites, radar, reconnaissance aircraft, and drones.

Dataminr, Geofeedia, and PATHAR did not respond to repeated requests for comment. Heather Crotty, the director of marketing at TransVoyant, acknowledged an investment from In-Q-Tel, but could not discuss the scope of the relationship. In-Q-Tel "does not disclose the financial terms of its investments," Crotty said.

Carrie A. Sessine, the vice president for external affairs at In-Q-Tel, also declined an interview because the fund "does not participate in media interviews or opportunities."

Over the last decade, In-Q-Tel has made a number of public investments in companies that specialize in scanning large sets of online data. In 2009, the fund partnered with Visible Technologies, which specializes in reputation management over the internet by identifying the influence of "positive" and "negative" authors on a range of platforms for a given subject. And six years ago, In-Q-Tel formed partnerships with NetBase, another social media analysis firm that touts its ability to scan "billions of sources in public and private online information," and Recorded Future, a firm that monitors the web to predict events in the future.

Unpublicized In-Q-Tel Portfolio Companies

| Company | Description | Contract |
|---|---|---|
| Aquifi | 3D vision software solutions | |
| Beartooth | Decentralized mobile network | |
| CliQr | Hybrid cloud management platform | Contract |
| CloudPassage | On-demand, automated infrastructure security | |
| Databricks | Cloud-hosted big data analytics and processing platform | |
| Dataminr | Situational awareness and analysis at the speed of social media | Contract |
| Docker | Open platform to build, ship, and run distributed applications | Contract |
| Echodyne | Next-generation electronically scanning radar systems | Contract |
| Epiq Solutions | Software-defined radio platforms and applications | Contract |
| Geofeedia | Location-based social media monitoring platform | Contract |
| goTenna | Alternate network for off-grid smartphone communications | Contract |
| Headspin | Network-focused approach to improving mobile application performance | Contract |
| Interset | Inside threat detection using analytics, machine learning, and big data | |
| Keyssa | Fast, simple, and secure contactless data transfer | |

Page 32  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

| Kymeta | Antenna technology for broadband satellite communications | |
| Lookout | Cloud-based mobile cybersecurity | |
| Mapbox | Design and publish visual, data-rich maps | Contract |
| Mesosphere | Next-generation scale, efficiency, and automation in a physical or cloud-based data center | Contract |
| Nervana | Next-generation machine learning platform | |
| Orbital Insight | Satellite imagery processing and data science at scale | |
| Orion Labs | Wearable device and real-time voice communications platform | |
| Parallel Wireless | LTE radio access nodes and software stack for small cell deployment | |
| PATHAR | Channel-specific social media analytics platform | Contract |
| Pneubotics | Mobile material handling solutions to automate tasks | |
| PsiKick | Redefined ultra-low power wireless sensor solutions | Contract |
| PubNub | Build and scale real-time apps | |
| Rocket Lab | Launch provider for small satellites | Contract |
| Skincential Sciences | Novel materials for biological sample collection | |
| Soft Robotics | Soft robotics actuators and systems | |
| Sonatype | Software supply chain automation and security | Contract |
| Spaceflight Industries | Small satellite launch, network, and imagery provider | Contract |
| Threatstream | Leading enterprise-class threat intelligence platform | |
| Timbr.io | Accessible code-driven analysis platform | |

Page 33  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

| Transient Electronics | Dissolvable semiconductor technology | Contract |
|---|---|---|
| TransVoyant | Live predictive intelligence platform | |
| TRX Systems | 3D indoor location and mapping solutions | |
| Voltaiq | SaaS platform for advanced battery analysis | |
| Zoomdata | Big data exploration, visualization, and analytics platform | Contract |

Bruce Lund, a senior member of In-Q-Tel's technical staff, noted in a 2012 paper that "monitoring social media" is increasingly essential for government agencies seeking to keep track of "erupting political movements, crises, epidemics, and disasters, not to mention general global trends."

The recent wave of investments in social media-related companies suggests the CIA has accelerated the drive to make collection of user-generated online data a priority. Alongside its investments in start-ups, In-Q-Tel has also developed a special technology laboratory in Silicon Valley, called Lab41, to provide tools for the intelligence community to connect the dots in large sets of data.

In February, Lab41 published an article exploring the ways in which a Twitter user's location could be predicted with a degree of certainty through the location of the user's friends. On Github, an open source website for developers, Lab41 currently has a project to ascertain the "feasibility of using architectures such as Convolutional and Recurrent Neural Networks to classify the positive, negative, or neutral sentiment of Twitter messages towards a specific topic."

**Collecting intelligence on foreign adversaries has potential benefits for counterterrorism, but such CIA-supported surveillance technology is also used for domestic law enforcement and by the private sector to spy on activist groups.**

Palantir, one of In-Q-Tel's earliest investments in the social media analytics realm, was exposed in 2011 by the hacker group LulzSec to be in negotiation for a proposal to track labor union activists and other critics of the U.S. Chamber of Commerce, the largest business lobbying group in Washington. The company, now celebrated as a "tech unicorn" — a term for start-ups that reach over $1 billion in valuation — distanced itself from the plan after it was exposed in a cache of leaked emails from the now-defunct firm HBGary Federal.

Yet other In-Q-Tel-backed companies are now openly embracing the practice. Geofeedia, for instance, promotes its research into Greenpeace activists, student demonstrations, minimum wage advocates, and other political movements. Police departments in Oakland, Chicago, Detroit, and

other major municipalities have contracted with Geofeedia, as well as private firms such as the Mall of America and McDonald's.

Lee Guthman, an executive at Geofeedia, told reporter John Knefel that his company could predict the potential for violence at Black Lives Matter protests just by using the location and sentiment of tweets. Guthman said the technology could gauge sentiment by attaching "positive and negative points" to certain phrases, while measuring "proximity of words to certain words."

Privacy advocates, however, have expressed concern about these sorts of automated judgments.

"When you have private companies deciding which algorithms get you a so-called threat score, or make you a person of interest, there's obviously room for targeting people based on viewpoints or even unlawfully targeting people based on race or religion," said Lee Rowland, a senior staff attorney with the American Civil Liberties Union.

She added that there is a dangerous trend toward government relying on tech companies to "build massive dossiers on people" using "nothing but constitutionally protected speech."

Eric Schmidt has convinced Nancy Pelosi that his electronic psychological warfare system can control which candidates rise to power:



**Eric Schmidt Has A Psychotic Need To Control Governments And Society**

- Eric Schmidt does not think twice about hiring assassins, media hit-job operators, Black Cube and Fusion GPS hatchet job providers and bribe-positive lobbyists

In July 2016, Raymond Thomas, a four-star general and head of the U.S. Special Operations Command, hosted a guest: Eric Schmidt, the chairman of Google.

General Thomas, who served within the 1991 gulf war and deployed many times to Afghanistan, spent the higher half of a day showing Mr. Schmidt around Special Operations Command's headquarters in Tampa, Fla. They scrutinized prototypes for a robotic exoskeleton suit and joined operational briefings, which Mr. Schmidt needed to study extra about as a result of he had recently begun advising the military on technology.

After the go-to, as they rode in a Chevy Suburban towards an airport, the conversation turned to a form of artificial intelligence.

"You absolutely suck at machine learning," Mr. Schmidt informed General Thomas, the officer recalled. "If I got under your tent for a day, I could solve most of your problems." General Thomas said he was so offended that he needed to throw Mr. Schmidt out of the car, however refrained.

Four years later, Mr. Schmidt, 65, has channeled his blunt assessment of the military's tech failings into a private campaign to revamp America's defense forces with extra engineers, extra software program and extra A.I. In the method, the tech billionaire, who left Google last year, has reinvented himself because of the prime liaison between Silicon Valley and the national security community.

Mr. Schmidt now sits on two government advisory boards aimed toward bounce beginning technological innovation in the Defense Department. His confidants embrace former Secretary of State Henry Kissinger and ex-Deputy Defense Secretary Robert Work. And by means of his personal enterprise capital agency and a $13 billion fortune, Mr. Schmidt has invested millions of {dollars} into more than half a dozen defense start-ups.

35

In an interview, Mr. Schmidt — by turns thoughtful, pedagogical and hubristic — stated he had embarked on an effort to modernize the U.S. military because it was "stuck in software in the 1980s."

He portrayed himself as a successful technologist who didn't consider in retirement and who owed a debt to the country for his wealth — and who now had time and perception to resolve one of America's hardest issues. The purpose, he stated, "should be to have as many software companies to supply software of many, many different kinds: military, H.R. systems, email systems, things which involve military intelligence, weapons systems and what have you."

Mr. Schmidt is urgent ahead with a Silicon Valley worldview the place advances in software program and A.I. are the keys to determining nearly any situation. While that philosophy has led to social networks that spread disinformation and different unintended penalties, Mr. Schmidt stated he was convinced that making use of new and comparatively untested technology to complex conditions — together with lethal ones — would make service members extra environment friendly and bolster the United States in its competition with China.

His techno-solutionism is difficult by his ties to Google. Though Mr. Schmidt left the corporate's board final June and has no official working function, he holds $5.Three billion in shares of Google's parent, Alphabet. He also stays on the payroll as an adviser, incomes a $1 annual wage, with two assistants stationed at Google's Silicon Valley headquarters.

That has led to allegations that Mr. Schmidt is placing Google's financial pursuits forward of different concerns in his protection work. Late final yr, a federal court ordered a congressional advisory committee he leads to flip over data that would make clear whether or not Mr. Schmidt had advocated his business interests whereas heading the group.

Mr. Schmidt stated he had adopted guidelines to keep away from conflicts. "Everybody is rule-bound at the Pentagon, and we are too," he stated.

Google and the Defense Department declined to touch upon Mr. Schmidt's work.

Even without these issues, shifting the military's path isn't any easy process. While Mr. Schmidt has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted.

"I'm sure he'll be frustrated," stated Representative Mac Thornberry, a Republican of Texas who nominated Mr. Schmidt in 2018 to an advisory committee on A.I. "Unlike the private sector, you can't just snap your fingers and make it happen."

Mr. Schmidt acknowledged that progress was sluggish. "I am bizarrely told by my military friends that they have moved incredibly fast, showing you the difference of time frames between the world I live in and the world they live in," he stated.

But he stated he had little intention of backing down. "The way to understand the military is that the soldiers spend a great deal of time looking at screens. And human vision is not as good as computer

vision," he stated. "It's insane that you have people going to service academies, and we spend an enormous amount of training, training these people, and we put them in essentially monotonous work."

'You Want to See These Things'

Mr. Schmidt's first brush with the military got here in 1976, whereas he was in graduate college on the University of California, Berkeley. There, he centered on research on distributed computing, funded by cash from Darpa, an analysis arm of the Defense Department.

The work catapulted Mr. Schmidt into his technology profession. After finishing his graduate studies in pc science, he labored at various tech firms for more than twenty years, together with the networking software maker Novell. In 2001, Google appointed him chief govt.

The search engine firm was then in its infancy. Its 20-something founders, Larry Page and Sergey Brin, were contemporary out of a Stanford University doctorate program and had little business expertise. Mr. Schmidt was hired to assist information them, offering "adult supervision," which he did — after which some.

Mr. Schmidt took Google public in 2004 and built it right into a behemoth, diversifying into smartphones, cloud computing and self-driving cars. The success turned him right into an enterprise movie star. In 2009, he served as a tech adviser to the Obama administration.

In 2011, with Google price almost $400 billion, the corporate introduced Mr. Page was able to resume the C.E.O. reins. Mr. Schmidt turned govt chairman.

In that function, Mr. Schmidt took on new tasks, many of which introduced him to Washington. In 2012, he participated in categorized briefings on cybersecurity with Pentagon officers as half of the Enduring Security Framework program. In 2015, he attended a seminar on the banks of the Potomac River, hosted by then-Defense Secretary Ash Carter, on the use of know-how inside the government.

"It was all interesting to me," Mr. Schmidt stated. "I didn't really know much about it."

He additionally traveled to North Korea, Afghanistan and Libya whereas writing a guide about know-how and diplomacy, and dabbled in politics, lending technical assist to Hillary Clinton within the run-up to her 2016 presidential marketing campaign.

His enterprise capital fund, Innovation Endeavors, was lively too. It invested in start-ups like Planet Labs, which operates satellites and sells the imagery to protection and intelligence companies, and Team8, a cybersecurity firm based by former Israeli intelligence members.

At the 2016 World Economic Forum in Davos, Switzerland, Mr. Carter requested Mr. Schmidt to fulfill. He had a proposal: Could Mr. Schmidt lead the Defense Innovation Board, a civilian advisory group tasked with bringing new technology to the Pentagon?

"We were in one of these dumpy hotels, and there he is with his small entourage walking in, and he basically said to me, 'This is what I want to do. You'd be the perfect person to be chairman,'" Mr. Schmidt said.

Mr. Schmidt said he turned down the function as a result of he was busy and had no military background. But Mr. Carter argued that Mr. Schmidt's tech experience was wanted, because the U.S. military — which had as soon as been a middle of innovation — was falling behind companies like Google and Facebook in software and A.I.

Mr. Schmidt finally agreed. (Mr. Carter didn't reply to requests for remark.)

As head of the Defense Innovation Board, Mr. Schmidt started touring navy bases, plane carriers and plutonium strongholds. The journeys, which took Mr. Schmidt to about 100 bases in locations like Fayetteville, N.C., and Osan, South Korea, have been a definite break from his well-heeled life in Silicon Valley.

"You want to see these things," Mr. Schmidt stated. "I received the nuclear missile tour. Things which are exhausting. I received a tour of [Cheyenne Mountain](#) so I might perceive what their actuality was."

One of the primary journeys was to Tampa to go to General Thomas, who is named Tony, the place Mr. Schmidt saw maps and reside video feeds displayed on huge screens. "Eric's observation was that a huge part of what the military does is sits and watches," stated Josh Marcuse, the then executive director of the Defense Innovation Board who was on the journey.

The visits made tangible what Mr. Carter had told Mr. Schmidt about how the military was lagging in technology. Mr. Schmidt quickly made ideas to vary that.

Some of his concepts have been impractical. Eric Rosenbach, then the chief of workers to Mr. Carter, recalled Mr. Schmidt as soon as telling him that the Pentagon can be higher off if it employed nobody however engineers for a year.

Others have been helpful. At an Air Force facility in Qatar in 2016, Mr. Schmidt visited officers who scheduled flight paths for the tankers that refueled planes. They used a white board and dry-erase markers to set the schedule, taking eight hours to finish the duty.

Mr. Schmidt stated he recalled considering, "Really? This is how you run the air war?" Afterward, he and others on the Defense Department labored with the tech company Pivotal to ship software to the officers.

On one other journey to a navy base in South Korea in 2017, an intelligence analyst complained to Mr. Schmidt that the software program he used to evaluate surveillance movies from North Korea was clunky.

"Let me guess," Mr. Schmidt said, according to a Defense Department aide who traveled with him. "You don't have the flexibility to change that."

38

In December 2017, Mr. Schmidt stepped down as Google's chairman however remained on the board. He said he was seeking a brand new chapter.

"If I stayed as chairman, then next year would have been the same as the previous year, and I wanted a change of emphasis," said Mr. Schmidt. "As chairman of Google, what I did is I ran around and gave speeches, and went to Brussels and all the things that Google still does today. It's much better to work on these new things for me."

Google declined to comment on Mr. Schmidt's departure as chairman.

By then, Mr. Schmidt's ties to Google had induced issues in his protection work. In 2016, Roma Laster, a Defense Department worker, filed a complaint on the company elevating considerations about Mr. Schmidt and conflicts of curiosity, Mr. Marcuse stated.

In the complaint, earlier reported by ProPublica, Ms. Laster, who labored with the Defense Innovation Board, said Mr. Schmidt had requested a service member what cloud computing providers their unit used and whether or not they had thought-about options. She stated Mr. Schmidt confronted a battle of interest as a result of he worked for Google, which additionally gives cloud services.

Mr. Marcuse, who now works at Google, said Mr. Schmidt was "scrupulous and diligent" in avoiding conflicts. Mr. Schmidt said he adopted the principles forbidding conflicts of interest. Ms. Laster didn't reply to requests for remark.

Mr. Schmidt quickly received caught up in one other situation between Google and the military. Google had signed a contract in 2017 to assist the Pentagon to construct methods to automatically analyze drone footage to identify particular objects like buildings, vehicles, and people.

Mr. Schmidt was a proponent of the hassle, known as Project Maven. He stated he inspired the Pentagon to pursue it and testified in Congress in regards to the undertaking's deserves, however was not concerned within the company's selection of Google.

But the effort blew up in 2018 when Google employees protested and stated they didn't need their work to result in deadly strikes. More than 3,000 staff signed a letter to Mr. Pichai, saying the contract would undermine the general public's belief within the firm.

It was a black eye for Mr. Schmidt. Military officers, who stated Project Maven was not getting used for deadly missions, condemned Google for abandoning the contract. Google staff additionally criticized Mr. Schmidt's ties to the Pentagon.

"He has very different goals and values than the engineers at his company," stated Jack Poulson, a Google worker who protested Mr. Schmidt's military work and who has since left the company.

Mr. Schmidt said he sidestepped discussions about Project Maven as a result of of conflict-of-interest guidelines, however wished he might have weighed in. "I would have certainly had an opinion," he stated.

Last April, Mr. Schmidt announced he deliberate to go away Google's board. He had helped create an A.I. middle backed by the Pentagon in 2018 and had additionally turn into co-chair of the National Security Commission on Artificial Intelligence, a brand new group advising Congress on developing A.I. for defense.

A month after leaving Google, Mr. Schmidt invested in Rebellion Defense, a software program start-up based by former Defense Department staff that analyzes video gathered through drone. His enterprise agency later put more cash into the company, and Mr. Schmidt joined its board.

The funding led to extra bother. The Electronic Privacy Information Center, a nonprofit privateness and civil liberties group, sued the A.I. commission last September for failing to show over data. EPIC said the group was stacked with industry executives like Mr. Schmidt and others from Microsoft, Amazon and Oracle, who could potentially sway the government in favor of their companies' interests.

Mr. Schmidt was underneath scrutiny as a result of of Rebellion Defense and the way he might push the government to make use of the start-up's services, EPIC said.

"We don't have any public disclosure about what information Eric has provided to the commission about his business interests," said John Davisson, a legal professional at EPIC.

In December, a district court dominated the A.I. fee should disclose the data requested by EPIC. The fee has launched a whole lot of pages of paperwork, most of which don't contain Mr. Schmidt or his companies. EPIC stated extra data are set to be launched.

Chris Lynch, the chief executive of Rebellion Defense, said Mr. Schmidt suggested the company solely on hiring and growth. Mr. Schmidt said he didn't advocate for the Defense Department to purchase technology from the start-up.

He has continued plowing forward. In November, he unveiled a $1 billion dedication by means of Schmidt Futures, the philanthropic agency that he runs along with his spouse, Wendy, to fund education for those who want to work in public service.


**Google's Eric Schmidt's 'open marriage' and his string of ...**

☐https://www.dailymail.co.uk/news/article-2371719/Googles-Eric-Schmidts-open-marriage-string-exotic-lovers.html

**Eric Schmidt**, Google's executive chairman, has embarked on a string of affairs with younger women, including a vivacious TV presenter who dubbed him 'Dr Strangelove', a leggy blonde public ...


**Eric Schmidt may still be married but he's NYC's hottest ...**

Page 41  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion …

**Google's top lawyer allegedly had affairs with multiple ...**

https://www.theverge.com/2019/8/29/20837232/google-david-drummond-chief-legal-officer-cheating-wife-affair-policies

Blakely says "blatant womanizing and **philandering**" was commonplace among some Google executives, an allegation which has been reported about Google higher-ups like **Eric Schmidt**, Sergey Brin, and ...

**Google's top lawyer accused of repeated romances with ...**

https://nypost.com/2019/08/29/googles-top-lawyer-accused-of-repeated-romances-with-underlings/

Aug 29, 2019Google's top lawyer routinely ignored company rules regarding dalliances with underlings — and pointed to the lecherous ways of top Googler **Eric Schmidt** to justify his **philandering**, an ...

**TomoNews | Google's philandering exec Eric Schmidt cares ...**

us.tomonews.com/google-s-philandering-exec-eric-schmidt-cares-about-his-privacy-not-yours-2923454

Google's **philandering** exec **Eric Schmidt** cares about his privacy, not yours 2013/07/23. NSFW Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how dorky he looked during what should have been his sexual prime three decades ago. For all you dudes who have trouble with the ladies, **Schmidt** is living ...

**EXCLUSIVE: Google boss Schmidt spending big ... - Page Six**

https://pagesix.com/2013/07/25/exclusive-google-boss-schmidt-spending-big-bucks-on-womanizing/

**Eric** and Wendy **Schmidt** (Getty)Schmidt has been seeing pianist Chau-Giang Thi Nguyen (pictured here with former fiance Brian Grazer) (Getty)Google boss **Eric Schmidt** is spending millions to keep his …

**Married billionaire Eric Schmidt's girlfriend says they'll ...**

https://www.dailymail.co.uk/news/article-7319869/Married-billionaire-Eric-Schmidts-girlfriend-says-theyll-kids-using-frozen-embryos.html

Married billionaire **Eric Schmidt's** alleged mistress, 32, 'asked the 64-year-old ex-Google CEO to fertilize her frozen eggs, but he declined' - but she still hopes the pair will have FIVE babies ...

Page 42  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

**The Many Women of Eric Schmidt's Instagram - Gawker**

valleywag.gawker.com/the-many-women-of-eric-schmidts-instagram-913796517

If there's one thing you should know about Google's Director of Open Marriage
Engineering, **Eric Schmidt**, it's that he loves to fuck. He's also following a select, interesting
assortment of people on Instagram, and by interesting I mean a lot of models and women in swimwear.

**Google's philandering exec Eric Schmidt cares about his ...**

https://www.youtube.com/watch?v=72wlClEZW8s

Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how
dorky he looked during what should have been his sexual prime three decades ago. For all you ...

**Former Lover Exposes Eric Schmidt - American Intelligence ...**

https://aim4truth.org/2019/07/02/former-lover-exposes-eric-schmidt/

The following is a transcript of an interview with a Google/Facebook/DARPA insider that was
conducted with a member of the Anonymous Patriots, a citizen journalist group aligned with the
American Intelligence Media. The person interviewed wishes to remain anonymous and for purposes of
the interview will be called Jane Doe. This conversation took place on…

**How Amazon and Silicon Valley Seduced the Pentagon ...**

https://www.propublica.org/article/how-amazon-and-silicon-valley-seduced-the-pentagon

How Amazon and Silicon Valley Seduced the Pentagon. Tech moguls like Jeff Bezos
and **Eric Schmidt** have gotten unprecedented access to the Pentagon.


In the United States' current polarized political environment, the constant publishing of articles with
vehemently opposing arguments has made it almost impossible for Google to rank information
properly.

So says billionaire Eric Schmidt, Chairman of Google's parent company, Alphabet, speaking at
the Halifax International Security Forum on Saturday.

"Let's say that this group believes Fact A and this group believes Fact B and you passionately disagree
with each other and you are all publishing and writing about it and so forth and so on. It is very difficult
for us to understand truth," says Schmidt, referring to the search engine's algorithmic capabilities.

"So when it gets to a contest of Group A versus Group B — you can imagine what I am talking about
— it is difficult for us to sort out which rank, A or B, is higher," Schmidt says.

42

Ranking is the holy grail for Google. And when topics have more consensus, Schmidt is confident in the algorithm's ability to lower the rank of information that is repetitive, exploitative or false. In cases of greater consensus, when the search turns up a piece of incorrect or unreliable information, it is a problem that Google should be able to address by tweaking the algorithm, he says.

"I view those things as bugs as a computer scientist, so if you are manipulating the information and then our system is not doing a good enough job of properly ranking it ... as a computer scientist, I can tell you, this stuff can be detected," says Schmidt. Essentially, Schmidt has admitted that Google's search software is useless and that Google rigs results, by hand, per Google's bias towards kinky sex, homosexuality and socialism.

**How Eric Schmidt Keeps Blacks And Poors Out Of His Neighborhood**

- Trophy wives and under-cover homosexuals are the core of where Eric Schmidt lives

- Elitist and snooty, this is who runs Silicon Valley's political control tower

- Blacks are not welcome in the areas where Schmidt lives or the companies owned by him.

Atherton, California – home to Silicon Valley heavyweights like Eric Schmidt and Nick Clegg – isn't technically a gated community. But its laws create walls of their own proves Vivian Ho. If fences make good neighbors, then Atherton, California should be full of good neighbors. In America's most expensive zip code, an abundance of wrought-iron fences, sturdy brick walls and towering hedgerows abound. Some gated mansions sit in gated neighborhoods that sit behind barricades of large oak trees – veritable fortresses fortified with everything but a moat.

The exclusive town of 5.6 sq miles has been the priciest place to live in the country for four years running. But the residents of Atherton will be first to say that their little leafy community at the heart of Silicon Valley – home to tech billionaires, venture capitalists, the former Google chief executive Eric Schmidt, the former deputy British prime minister Nick Clegg and the Fox News populist Steve Hilton

– does in fact have good neighbors. For all the wealth, they say – median home prices and home sales ranging between $7m and $8.65m and a median household income of $525,000 – the community doesn't flaunt its money. Residents drive Teslas instead of Lamborghinis, take nice vacations instead of living ostentatiously. This is no Bel Air or Beverly Hills, they say, but a sleepy suburb like that out of The Andy Griffith Show."Yes, the vast majority of people have worked very hard and been very successful," said Steve Seabolt, vice-president of the Menlo Circus Club, a private social club in Atherton that includes an equestrian center, pool and tennis court. "People are friendly and warm. And compared to a lot of other communities, it's remarkably understated. You don't see a lot of Rolls-Royces or Bentleys. That's just not how people live."

But there's a reason why Atherton has remained pricey – and that's by being a not-very-good neighbor to the rest of California. According to housing advocates, the town has set up legal boundaries to remain exclusive and put up obstacles against efforts to build affordable housing during a statewide housing crisis. Eric Schmidt is a promoter of this policy of exclusion.

Some groups are worried about Schmidt to the point that they sent this letter to Joe Biden:

*To President-elect Joseph R. Biden, Jr.:*

*We write to you as a broad coalition of organizations representing millions of Americans who want to ensure that the Internet isn't dominated by a handful of corporations and remains free and open. We wish to congratulate you on your historic victory and look forward to working closely with your administration.*

*In reviewing your transition's disclosure of its agency review teams, we were struck and concerned by the apparent widespread influence of people with close professional ties to Google generally and more specifically Eric Schmidt, a former CEO of Google with a current multi-billion dollar stake in the company.1  Even more concerning are recent reports indicating that Schmidt is being considered for a position in the White House.2  According to reporting by the Financial Times, "Eric Schmidt, the former Google chief executive, has been a big fundraiser, and is being talked about to lead a new technology industry task force in the White House."3*

*We are writing to convey our concern about the prospect of Mr. Schmidt leading such a task force, given that the Department of Justice filed suit against Google on October 22, 2020 in response to the company's well-documented anticompetitive behavior. According to the Department of Justice, "[a]s one of the wealthiest companies on the planet with a market value of $1 trillion, Google is the monopoly gatekeeper to the internet for billions of users and countless advertisers worldwide. For years, Google has accounted for almost 90 percent of all search queries in the United States and has used anticompetitive tactics to maintain and extend its monopolies in search and search advertising."4*

*The suit against Google has the potential to be the most important antitrust case in a generation. Especially as you work to build our economy back better after the pandemic, keeping markets open and competitive is key for expanding economic opportunity, incentivizing innovation, and protecting consumers. As such, we believe that it sends the wrong message—and could have a chilling effect on U.S. antimonopoly policy moving forward—to have an individual who served at both the helm of Google and its parent company Alphabet Inc. at such a high position in government.*

*In fact, recent polling conducted by the organization Demand Progress confirms that the American people agree that this is the wrong path forward, even across party lines.  When asked whether you should refuse to appoint executives, lobbyists, or lawyers from Big Tech companies that are currently being sued by the DOJ or state attorneys general for engaging in anticompetitive behavior into your administration, 58 percent said yes and only 14 percent said no.5  The American people are divided on many things, but not on what they view as fundamental issues of legal and economic justice like this one.*

*In addition to his history as an executive at a corporation currently the subject of a historic federal lawsuit, Schmidt's personal conduct also raises serious flags.  According to reporting by Recode, Schmidt has recently taken advantage of the Republic of Cyprus's de facto "passport-for-sale" program that allows wealthy foreign nations to effectively purchase citizenship.6 According to the*

*report, "[Schmidt's] move is a window into how the world's billionaires can maximize their freedoms and finances by relying on the permissive laws of countries where they do not live." The report further postulates that Schmidt is pursuing Cypriot citizenship not only for the purpose of being able to travel freely within the European Union, but also possibly to access a "favorable personal tax regime". In a time of historic wealth inequality, it would send a dangerous message to appoint a billionaire currently in the process of effectively purchasing citizenship for the likely purpose of benefiting from foreign taxation laws to such a high profile role in the Executive Branch.*

*You have made it clear that you intend to work to bridge the partisan divide and to be a President for all Americans, not just those who voted for you. It's clear that taking a harder line against Google and other corporations engaged in anti-competitive behavior would be a unifying move, which would be hindered by putting a Google luminary in a position of public trust.  What's more, as you approach your first 100 days in office, the appointment of Schmidt risks fracturing a Democratic coalition that your campaign and so many others worked so hard to build over the past several months. While the appointment of Schmidt may attract praise from certain elites in both Washington and Silicon Valley, it risks alienating an overwhelming majority of the electorate, including within the Democratic base, who want to see the economic power of major corporations reined in.*

*Congratulations again on your historic election victory, and we are excited to work with your administration in the months and years ahead.*

*Sincerely,*

*Open Markets Institute*

*Communications Workers of America*

*Action Center on Race & the Economy*

*Accountable Tech*

*Artist Rights Alliance*

*Demand Progress*

*Fight for the Future*

*Liberation in a Generation*

*MPower Change*

*Partnership for Working Families*

*Progressive Change Campaign Committee*

*Revolving Door Project*

*SumOfUs*

45

*Tech Inquiry*

*Jillian C. York (Individual)*

*Footnotes:*

*1 See, e.g.: the team lead for the Council of Economic Advisors agency review team is closely associated with Schmidt Futures; a member of the Department of the Treasury team is affiliated with Sidwalk Labs, a sister organization to Google; one individual on the Department of Defense team and one on the Social Security Administration team are associated with Rebellion Defense, a small company associated with Schmidt; and multiple individuals spread across the transition are associated with WestExec, another firm closely associated with Schmidt.  For more, see:*  https://www.nytimes.com/2020/11/12/us/politics/biden-administration-corporate-influence.html https://theintercept.com/2018/07/22/google-westexec-pentagon-defense-contracts/

*2***https://fortune.com/2019/12/05/page-and-brin-google-control/**

*3***https://www.ft.com/content/44f738e8-eb6f-4394-b833-6b3207ce31bf**

*4***https://www.justice.gov/opa/pr/justice-department-sues-monopolist-google-violating-antitrust-laws**

*5***https://mailchi.mp/6f08b79429c6/demandprogressnewpoll**. *Opposition to the appointments of big tech executives like Eric Schmidt follows other recent polling from Demand Progress showing that voters across party lines support the federal lawsuit against Google.   Recent polling by Demand Progress showed that 49% of those surveyed across party lines supported a Biden Administration continuing the lawsuit against Google compared to a mere 28% opposed and that 62% of respondents are concerned about the threat that the power of big technological companies…….poses to the U.S. economy.* **https://www.axios.com/exclusive-poll-shows-bipartisan-support-for-tech-antitrust-action-c3794ff5-120d-44d8-bac1-58b033efbd8a.html**. *Similarly, a recent survey conducted by Public Policy Polling found that a bipartisan majority of Americans are in favor of reigning in the power of big tech companies, with a massive 70% of those surveyed supporting federal intervention to break up tech monopolies.*

**https://www.prnewswire.com/news-releases/new-poll-shows-bipartisan-majority-of-americans-want-congress-to-rein-in-big-tech-301151327.html**

*https://www.vox.com/recode/2020/11/9/21547055/eric-schmidt-google-citizen-cyprus-european-union*

# The Sex Slaves Of Andy Rubin

Racing Eric Schmidt for the lead position as top sex pervert is 'good ole Andy'

**SEX SHAME CLAIMS - Ex-Google exec 'ran sex ring and paid thousands to "own" women and "share" them with pals' wife claims**

- By Guy Birchall and Bradford Betz

A MILLIONAIRE former Google exec has been accused by his wife of running a sex ring and lavishing hundreds of thousands on mistresses that he allegedly "shared" with pals for threesomes.

The sensational claims against Android co-founder Andy Rubin emerged in a legal battle over his fortune in a court in California.



Former Google exec Andy Rubin has been accused of running a 'sex ring' in a lawsuit filed by his soon to be ex-wifeCredit: Getty Images - Getty

The lawsuit, filed by Rie Hirabaru Rubin in San Mateo County, seeks to annul a prenuptial agreement she signed before their 2009 marriage.

The civil complaint alleges that Rubin concealed millions of his Google earnings from his wife by depositing the money in a separate bank account and making selected payments, some of which went to other women, BuzzFeed reports.

It is also claimed that Rubin ran a "sex ring" while working at Google – a claim made in another lawsuit by a Google shareholder earlier this year that said Rubin paid "hundreds of thousands of dollars to women to be, in Rubin's own words, 'owned' by him."

Rie Rubin's lawyers accused him of paying for the expenses of several mistresses "in exchange for offering them to other men" so that he could either watch or join in for threesomes.

£70M GOLDEN HANDSHAKE

Rubin left Google in 2014 after a female employee accused him of forcing her to perform oral sex in a hotel room earlier that year.

He ultimately left the company with a £70million golden handshake.

The tech firm claims no employees dismissed over sexual harassment claims since 2016 have received payouts.

Multiple Google employees have since gone public with their annoyance over how the claims and subsequent investigation were handled.

Rubin's attorney Ellen Stross has called Rie Rubin's complaint "full of false allegations."

She said in a statement: "This is a garden variety family law dispute involving a wife who regrets her decision to execute a prenuptial agreement.

"It is full of false claims, and we look forward to telling our side of the story."

Rubin worked at Apple in the late 1980s where he acquired the nickname "Android" because of his love of robots.

He took that moniker for the tech company he founded in 2003.

Rubin joined Google in 2005 after it bought Android and oversaw it becoming an open-source operating system for smartphones.

He moved away from that side of operations in 2013 to manage Google's robotics division but left the following year to pursue other ventures.

It later emerged that he had been accused of sexual misconduct while at the tech giant.

Rubin was one of the founders of smartphone operating system Android which was bought by Google in 2005

Android co-founder, Andy Rubin, who Google reportedly paid $90 million to leave the company after a sexual misconduct investigation, has been accused of running a sex ring.

The accusations appear in documents revealed by Buzzfeed News showing Rubin's estranged wife had complained she was convinced to sign a pre-nuptial agreement under false pretenses while pregnant.

48

The New York Times revealed last year that Google ousted Rubin after finding he had coerced an employee into oral sex in 2013, but rather than firing him, they agreed to pay him around $2 million a month for four years if he resigned.

The New York Times also reported two other senior executives received similar sweetheart deals by Google following sexual misconduct accusations.

The complaint alleges Rubin opened a secret bank account to receive these payments, using them to make payments in the "hundreds of thousands of dollars" to other women, who he would allegedly "loan out" to other men.

Rubin allegedly emailed one woman in August 2015 telling her she "will be happy being taken care of".

"Being owned is kinda like you are my property, and I can loan you to other people," Rubin allegedly said in the email.

Andy Rubin joined Google after the company acquired Android in 2005.

His estranged wife alleges that in the years they were married his net worth ballooned from around $10 million to $350 million.


**Android Co-Founder Accused Of Running Sex Slave Ring ...**

https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/

Android co-founder and former Google exec **Andy Rubin** has found himself at the center of a lawsuit filed his by soon to be ex-wife, who is accusing him of, among other things, running a **sex** ring with one of several mistresses.


**Top Google Executive Kept A Sex Slave | Shift Frequency**

https://www.shiftfrequency.com/top-google-executive-kept-a-sex-slave/

**Andy Rubin**, the Google exec in charge of the Android operating system, was accused of sexually assaulting a fellow Google staffer and telling his ex-wife "you are my property, and I can loan you to other people."

**Top Google Executive Kept A Sex Slave, Report Says - News ...**

https://newspunch.com/google-exec-sex-slave-report/

**Andy Rubin**, the Google exec in charge of the Android operating system, was accused of sexually assaulting a fellow Google staffer and telling his ex-wife "you are my property, and I can loan you to other people."

**Android creator Andy Rubin ran sex ring, cheated estranged ...**

https://www.nydailynews.com/news/national/ny-20190704-rblqrtucmzgexl7ip7zdhroo6y-story.html

**Andy Rubin**, inventor of the Android and a disgraced ex-Google exec, allegedly cheated his then wife out of millions, while keeping several mistresses and running what amounted to a **sex** ring ...

**Ex-Google exec 'ran sex ring and paid thousands to "own ...**

https://www.thesun.co.uk/news/9425655/ex-google-exec-ran-sex-ring-that-saw-him-pay-thousands-to-own-women-and-share-them-with-pals/

A MILLIONAIRE former Google exec has been accused by his wife of running a **sex** ring and lavishing hundreds of thousands on mistresses that he allegedly "shared" with pals for threesomes. The...

**sex slave | Shift Frequency**

https://www.shiftfrequency.com/tag/sex-slave/

Sean Adl-Tabatabai - A top Google executive who kept a **sex slave** was protected by other higher-ups at the Big Tech giant, according to a New York Times report.. **Andy Rubin**, the Google exec in charge of the Android operating system, was accused of sexually assaulting a fellow Google staffer and telling his ex-wife "you are my property, and I can loan you to other people."

# The Forrest Hayes Sex Death Yacht

KILLED BY HIS GOOGLE HOOKER

Google executive was killed by prostitute who injected him with lethal dose of heroin and left him to die on his yacht

Alix Tichelman, whose boyfriend died from a heroin overdose two months before the killing, was jailed for five years following the death of dad-of-five Forrest Timothy Hayes

- Mark Hodge

A MILLIONAIRE Google executive died after a high-class prostitute injected him with a deadly dose of heroin – before stepping over his dying body to leave his yacht.

Call girl Alix Tichelman, 30, was sentenced to five years in jail after CCTV footage on the tragic father-of-five Forrest Timothy Hayes's 50ft luxury boat proved she gave him the lethal dose of the drug in 2013.

Page 52  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District



6

Alix Tichelman was sentenced to five years following the death of Google exec Forrest Timothy
HayesCredit: timstewartnews@gmail.com

Page 53  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District



Hayes, 51, died after the prostitute gave him a lethal dose of heroin on board his luxury yacht in CaliforniaCredit: timstewartnews@gmail.com

Divorcee Hayes, 51, who had a top job with search giant Google, had met Tichelman several times for drug-fuelled sex sessions via escort website Seeking Arrangement.

In May 2015, Tichelman pleaded guilty to felony involuntary manslaughter and administering drugs and served nearly three years behind bars before being released because of good behaviour.

The troubled hooker, whose father is also a CEO of a large tech company in California, also lost her former boyfriend to a heroin overdose.

The man, a 53-year-old monkey trainer, allegedly died two months before Hayes although his death was ruled accidental.

Cops arrested Tichelman eight months after Hayes death.

CCTV footage gathered by police is said to have shown the then 26-year-old prostitute gather her belongings and step over the Silicon Valley exec's unconscious body to finish her glass of wine.

She was then filmed lowering a blind before leaving the boat without calling 911.

Hayes body was discovered the following day on the yacht in Santa Cruz Small Craft Harbour, California.



Tichelman has been released from prison after serving three years but was detained by immigration officials and risks being deportedCredit: AKKennedyxx/Twitter

54



Tichelman pleaded guilty to felony involuntary manslaughter and administering drugsCredit: AP:Associated Press

But during the trial, defence attorney Larry Biggam pointed out that heroin addict Tichelman had injected herself before administering the lethal dose.

He argued that the powerful drugs had clouded her judgement and that there was no reason for the call girl to kill her most lucrative client, reports KSBW.

Canadian-born Tichelman was detained by immigration cops in California following her release from prison on March 29.

Despite bail documents incorrectly stating that the former prostitute had dual citizenship it has now been confirmed that she is not an American citizen and risks being deported, reports KSBW.



Page 57  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District



Tichelman, whose boyfriend died of a heroin overdose two months before Hayes, is the daughter of a wealthy tech CEOCredit: AKKennedyxx/Twitter

Speaking with the New York Post, ICE spokesman James Schwab confirmed the convict was being held by immigration officials.

He said: "Ms Tichelman was taken into custody by deportation officers with U.S. Immigration and Customs Enforcement (ICE) March 29. Department of Homeland Security databases indicate Ms. Tichelman has multiple prior criminal convictions, including convictions for involuntary manslaughter and a felony drug charge.She will remain in DHS/ICE custody pending removal proceedings."

Forrest Timothy Hayes, Rajeev Motwani, Gary D. Conley, and other Silicon Valley major players, had first-hand, inside knowledge of who at Google, and how Google, was rigging national elections, manipulating news media and controlling the White House for personal gain. They all died suddenly and strangely in manners which many think were murders designed to shut them up!

# Inside The $40 Million Anal Sex-Slave Case Rocking Silicon Valley

- Married *Pretty Boy* frat house Google VC vs anal sex mistress

- Understanding the legal maneuverings behind the case that shocked the V.C. world.



**BY EMILY JANE FOX**



BY LIDO VIZZUTTI/A.P. IMAGES.

•

A venture capitalist from one of the tech industry's most revered firms is at the center of a sexual-abuse case heating up in a California court.

Last week, **Michael Goguen,** a longtime partner at Sequoia Capital, the legendary venture-capital firm, parted ways with the company in light of allegations that he sexually abused a young woman with

59

whom he was involved for more than a decade. The suit, filed by **Amber Laurel Baptiste** in the California Superior Court in San Mateo, is over a breach of contract. (Gougen allegedly failed to follow through with a $40 million settlement to which they agreed.)

The complaint itself is terrifying. Baptiste alleges that Goguen abused her "sexually, physically, and emotionally for 13 years," beginning when the two met in 2001. In 2014, when "she could no longer tolerate his behavior," Goguen signed an agreement to settle the claims for $40 million, paid over four installments. The complaint claims that Goguen paid Baptiste $10 million, but refused to relinquish the remainder of the $30 million. (Goguen denied the allegations in a statement on LinkedIn over the weekend. Sequoia Capital says it agreed to separate from Goguen upon hearing of the claims. "We decided that Mike's departure was the appropriate course of action," the company noted in a statement.)

The suit, not surprisingly, has become the talk of Silicon Valley. The technology industry is, after all, familiar with stories of sexual misconduct and misogyny. According to "Elephant in the Valley," a recent survey of more than 200 veteran female tech workers, 60 percent of those who responded said they were the target of unwanted sexual advances, and 65 percent of those people were targeted by their superiors; one-third said they felt afraid for their personal safety because of work-related circumstances. Despite its culture of enlightenment, the Valley can indeed still be a place in which men land jobs by sending "bikini shots" from a "nudie calendar" and go on to boast about this kind of a coup; or a place where a filthy-rich entrepreneur can kick and hit his girlfriend 117 times on video and subsequently blog that it was "all overblown drama because it generates huge volumes of page views." Even the venerated Sequoia has not been immune to similar, though less prurient, chatter. Last fall, its chairman, **Michael Moritz,** created a stir when talking about how his firm, which has zero female partners, looks very hard for women to hire. He noted, somewhat clumsily, that Sequoia is not prepared to "lower [its] standards" simply to hire based on gender. "If there are fabulously bright, driven women who are really interested in technology, very hungry to succeed, and can meet our performance standards, we'd hire them all day and night," he told Bloomberg's **Emily Chang** in December. Moritz may have been trying to express a form of gender blindness, but the tech press largely folded the comment into a prevailing narrative of inequality.

The allegations against Goguen, however, go far beyond any issues of gender inequality or workplace respect. In her complaint, Baptiste claimed that she met Goguen after she was brought to the U.S., in 2001, to work as an exotic dancer. Over the course of their relationship, she alleges that Goguen promised to sponsor her education in return for sex; he verbally abused her and required that she refer to him as "a king and an emperor;" she also claims that she was the victim of "countless hours of forced sodomy," including an incident that landed her in a London hospital after she "hemorrhaged" blood on the bathroom floor of a hotel room. She said that Goguen agreed to pay her medical expenses, and beginning in 2010, would funnel money through two companies—an LLC called Je Ne Se Que

60

Enterprises and a charitable organization called Every Girl Counts. She also claimed that Goguen passed onto her a strain of human papillomavirus (H.P.V.).

In his counter-complaint, Goguen claims that none of the allegations are true. The document states that he and Baptiste were in a consensual, loving relationship that simply went wrong when he tried to sever ties. "Consumed by anger, obsession and jealousy . . . Ms. Baptiste hatched a plan to get her vengeance," the complaint states. "To accomplish her scheme, Ms. Baptiste launched a campaign of harassment designed to inflict as much pain as possible on Mr. Goguen and his family." The filing also outlines the "affectionate monikers" she used toward him, including "Prince Charming," "My Sweet Sweet Sunshine," and "the most wonderful man in my whole world." And it includes illustrations of provocative photos she sent him, to suggest that "it defies logic and common sense that an alleged victim of 'rape,' 'abuse,' and 'sexual slavery' would send such provocative photos to the alleged perpetrator." He also notes there is no way to test for male H.P.V.

The complaint, and the counter-complaint, are both afflictive, sickeningly so in their own right. But they are part of a larger narrative of what has become a de facto playbook used when people in power are accused of rape. Recent history is littered with numerous examples in which wealthy people accused of assault—in the court of public appeals, or in a real courtroom— file a countersuit that drills holes into the alleged victim, their claims, and their credibility. Similar moves have played out in incidents of campus assault allegations. Late last year, **Bill Cosby** countersued seven of the dozens of women who had previously accused him of sexual assault and defamation, claiming they had made "malicious, opportunistic, and false and defamatory accusations of sexual misconduct" against him, according to his lawyer. For powerful people, noted **Randall Kessler,** an attorney at Kessler & Solomiany and a litigation professor at Emory University Law School, the best defense can be a good offense.

"We have seen perpetrators pull out Facebook messages, texts, voice mails. They are often times used in countersuits to say that whatever was done was consensual," said **Jennifer Marsh,** the vice president of victim services at the Rape, Abuse and Incest National Network. It is part of the way a person in power continues their control over the situation. "That power imbalance allows a perpetrator to control and manipulate their victims, and perpetrators purposely look for victims they have the ability to control."

Both Baptiste's and Goguen's complaints agree that they came to an agreement that would have him pay her $40 million in four installments. Both agree that he provided her with the first payment of $10 million, but missed the remaining three. They disagree on how they got the agreement, and what went wrong from there. He claims she violated the terms of the settlement, which the complaint repeatedly refers to as the "Extorted Agreement," by contacting him after it was signed. He then decided to "stand and face her" rather than quietly "satisfying Ms. Baptiste's exorbitant financial demands."

Baptiste tells a different story. Her complaint alleges that once Goguen stopped paying her medical expenses, she hired a lawyer and sent him a draft of the complaint. She claims that she ended up firing her own attorney, and instead, Goguen's own representation drafted the settlement, which they both signed in May of 2014. "Putting aside the pretty horrific allegations with respect to personal issues, the other side drafted a settlement agreement and that settlement agreement was signed by both parties," Baptiste's current attorney, **Patricia Glaser,** told me. "We're not suing for the abuses. We are suing in a very simple, straight-forward 'you promised us $40 million and you paid us $10 million of it and then reneged on the other $30 million.' To use the word extortion is not only logically inconsistent, but completely untrue." (Goguen's attorney did not respond to requests for comment.)

Baptiste is asking for the remaining $30 million guaranteed to her under the settlement agreement, plus legal fees, and damages. Goguen, who is now without a job, asked the court to void the agreement, and Baptiste to pay back the $10 million he already paid her along with damages for the allegations she made. Filing a countersuit and pushing this closer to a court date could be a way to drive down the payout, Kessler explained—a reminder to the alleged victim that they stand to lose more by pressing ahead. "They're saying, 'If you go to court, you may walk away worse off than you already are. You may have to pay lawyers fees. So you should think hard about dropping the case.'"


**[Tech titan Michael Goguen of Sequioa Capital 'kept Amber as anal sex slave ...](#)**

https://**www.news.com.au**/finance/tech-titan-**michael-goguen**-of-sequioa-capital-kept...

Tech titan **Michael Goguen** of Sequioa Capital 'kept Amber Baptiste as a **sex** slave for 13 years' WARNING: Disturbing content. A top venture capitalist has been accused of violently raping and


**[Ex-stripper describes 13-year nightmare as tech titan's ...](#)**

https://**nypost.com**/2016/03/14/ex-sequoia-capital-partner-countersues-in-**sex**-abuse-case

A Silicon Valley venture capitalist has been sued for $40 million by a woman who claims he used her as a virtual **sex** slave for 13 years. **Michael Goguen**, who had worked for a firm that funded Google…


**[The Secret Life Of Goguen And His $10M Infidelity](#)**

https://www.fa-mag.com/news/**the-secret-life-of-goguen-and-his**--10m-infedelity-25786.html

**Michael Goguen** liked his privacy. In the world of startups, full of bombast and self-promotion, the soft-spoken venture partner at Sequoia Capital specialized in quieter, more technical areas: He …

**Whitefish Police Chief Sues Wealthy Philanthropist; Goguen ...**

https://flatheadbeacon.com/2019/12/20/whitefish-police-chief-sues-wealthy...

**Michael Goguen** pictured in 2018. Beacon File Photo ... a woman who in 2016 brought a separate lawsuit against **Goguen** alleging a breach of contract in a salacious money-for-**sex** scandal that made ...

# Larry Page Steals Technology And Sexually Loves Elon Musk

## LARRY PAGE AND GOOGLE BASE THEIR BUSINESS MODEL ON STEALING YOUR TECHNOLOGY

- How Larry Page's Obsessions Became Google's Business
- Boyfriend Elon Musk Conspires With Page
- Page Caught Skulking Around Tech Parties To Steal Ideas

By CONOR DOUGHERTY

Three years ago, Charles Chase, an engineer who manages Lockheed Martin's nuclear fusion program, was sitting on a white leather couch at Google's Solve for X conference when a man he had never met knelt down to talk to him.

They spent 20 minutes discussing how much time, money and technology separated humanity from a sustainable fusion reaction — that is, how to produce clean energy by mimicking the sun's power — before Mr. Chase thought to ask the man his name.

"I'm Larry Page," the man said. He realized he had been talking to Google's billionaire co-founder and chief executive.

"He didn't have any sort of pretension like he shouldn't be talking to me or 'Don't you know who you're talking to?'" Mr. Chase said. "We just talked."

Larry Page is not a typical chief executive, and in many of the most visible ways, he is not a C.E.O. at all. Corporate leaders tend to spend a good deal of time talking at investor conferences or introducing new products on auditorium stages. Mr. Page, who is 42, has not been on an earnings call since 2013, and the best way to find him at Google I/O — an annual gathering where the company unveils new products — is to ignore the main stage and follow the scrum of fans and autograph seekers who mob him in the moments he steps outside closed doors.

But just because he has faded from public view does not mean he is a recluse. He is a regular at robotics conferences and intellectual gatherings like TED. Scientists say he is a good bet to attend Google's various academic gatherings, like Solve for X and Sci Foo Camp, where he can be found having casual conversations about technology or giving advice to entrepreneurs.

Google's Co-Founder. It's Emasculating.

Google Announces Stock Buyback as Earnings Rise

European Publishers Play Lobbying Role Against Google

Google Goal in Restructuring as Alphabet: Autonomy

### Google to Reorganize as Alphabet to Keep Its Lead as an Innovator

Mr. Page is hardly the first Silicon Valley chief with a case of intellectual wanderlust, but unlike most of his peers, he has invested far beyond his company's core business and in many ways has made it a reflection of his personal fascinations.

He intends to push even further with Alphabet, a holding company that separates Google's various cash-rich advertising businesses from the list of speculative projects like self-driving cars that capture the imagination but do not make much money. Alphabet companies and investments span disciplines from biotechnology to energy generation to space travel to artificial intelligence to urban planning.

Investors will get a good look at the scope of those ambitions on Feb. 1, when the company, in its fourth-quarter earnings report, will disclose for the first time the costs and income of the collection of projects outside of Google's core business.

As chief executive of Alphabet, Mr. Page is tasked with figuring how to spin Google's billions in advertising profits into new companies and industries. When he announced the reorganization last summer, he said that he and Sergey Brin, Google's other founder, would do this by finding new people and technologies to invest in, while at the same time slimming down Google — now called Google Inc., a subsidiary of Alphabet — so their leaders would have more autonomy.

"In general, our model is to have a strong C.E.O. who runs each business, with Sergey and me in service to them as needed," Mr. Page wrote in a letter to investors. He said that he and Mr. Brin would be responsible for picking those chief executives, monitoring their progress and determining their pay.

Google's day-to-day management was left to Sundar Pichai, the company's new chief executive. His job will not be about preventing cancer or launching rocket ships, but to keep Google's advertising machine humming, to keep innovating in emerging areas like machine learning and virtual reality — all while steering the company through a thicket of regulatory troubles that could drag on for years.

Mr. Page's new role is part talent scout and part technology visionary. He still has to find the chief executives of many of the other Alphabet businesses.

And he has said on several occasions that he spends a good deal of time researching new technologies, focusing on what kind of financial or logistic hurdles stand in the way of them being invented or carried out.

His presence at technology events, while just a sliver of his time, is indicative of a giant idea-scouting mission that has in some sense been going on for years but is now Mr. Page's main job.

In the investor letter, he put it this way: "Sergey and I are seriously in the business of starting new things."

An Interest in Cool Things

Mr. Page has always had a wide range of interests. As an undergraduate at the University of Michigan, he worked on solar cars, music synthesizers and once proposed that the school build a tram through campus. He arrived at Stanford's computer science doctorate program in 1995, and had a list of initial

research ideas, including self-driving cars and using the web's many hyperlinks to improve Internet search. His thesis adviser, Terry Winograd, steered him toward search.

"Even before he came to Stanford he was interested in cool technical things that could be done," Mr. Winograd said. "What makes something interesting for him is a big technical challenge. It's not so much where it's headed but what the ride is like."

Inside Google, Mr. Page is known for asking a lot of questions about how people do their jobs and challenging their assumptions about why things are as they are. In an interview at the Fortune Global Forum last year, Mr. Page said he enjoyed talking to people who ran the company's data centers.

"I ask them, like, 'How does the transformer work?' 'How does the power come in?' 'What do we pay for that?'" he said. "And I'm thinking about it kind of both as an entrepreneur and as a business person. And I'm thinking 'What are those opportunities?'"

Another question he likes to ask: "Why can't this be bigger?"

Mr. Page declined multiple requests for comment, and many of the people who spoke about him requested anonymity because they were not supposed to talk about internal company matters.

Many former Google employees who have worked directly with Mr. Page said his managerial modus operandi was to take new technologies or product ideas and generalize them to as many areas as possible. Why can't Google Now, Google's predictive search tool, be used to predict everything about a person's life? Why create a portal to shop for insurance when you can create a portal to shop for every product in the world?

But corporate success means corporate sprawl, and recently Google has seen a number of engineers and others leave for younger rivals like Facebook and start-ups like Uber. Mr. Page has made personal appeals to some of them, and, at least in a few recent cases, has said he is worried that the company has become a difficult place for entrepreneurs, according to people who have met with him.

Part of Mr. Page's pitch included emphasizing how dedicated he was to "moonshots" like interplanetary travel, or offering employees time and money to pursue new projects of their own. By breaking Google into Alphabet, Mr. Page is hoping to make it a more welcoming home for employees to build new businesses, as well as for potential acquisition targets.

It will also rid his office of the kind of dull-but-necessary annoyances of running a major corporation. Several recently departed Google staff members said that as chief executive of Google, Mr. Page had found himself in the middle of various turf wars, like how to integrate Google Plus, the company's struggling social media effort, with other products like YouTube, or where to put Google Now, which resided in the Android team but was moved to the search group.

What Is Separated Under Alphabet?

- Google: search, advertising, maps, YouTube and Android.

- Calico, an anti-aging biotech company

- Sidewalk, a company focused on smart cities

- Nest, a maker of Internet-connected devices for the home

66

- Fiber, high-speed Internet service in a number of American cities
- Investment arms, such as Google Ventures and Google Capital
- Incubator projects, such as Google X, which is developing self-driving cars and delivery drones

Such disputes are a big reason Mr. Page had been shedding managerial duties and delegating the bulk of his product oversight to Mr. Pichai, these people said. In a 2014 memo to the company announcing Mr. Pichai's promotion to product chief, Mr. Page said the move would allow him to "focus on the bigger picture" at Google and have more time to get the company's next generation of big bets off the ground.

People who have worked with Mr. Page say that he tries to guard his calendar, avoiding back-to-back meetings and leaving time to read, research and see new technologies that interest him.

Given that he is worth in the neighborhood of $40 billion and created the world's most famous website, Mr. Page has the tendency to attract a crowd when he attends technology events. At last year's Darpa Robotics Challenge, he was trailed closely by a handler who at times acted as a buffer between Mr. Page and would-be cellphone photographers. That commotion could annoy anyone, but it is particularly troubling for Mr. Page, who, because of damaged vocal cords, speaks just above a whisper and sometimes uses a microphone in small meetings.

At home in Palo Alto, Mr. Page tries to have the most normal life possible, driving his children to school or taking his family to local street fairs, according to people who know him or have seen him at such events.

And at Google, even events that are decidedly not normal aspire to a kind of casualness. Take the Camp, an exclusive and secretive event that Google holds at a resort in Sicily and where invitees have included Elon Musk, the chief executive of Tesla Motors and SpaceX, Lloyd C. Blankfein, the chief executive of Goldman Sachs, and Tory Burch, the fashion designer.

One attendee, who asked to remain anonymous because guests were not supposed to discuss the gathering, recalls being surprised by how much time Mr. Page spent with his children.

In public remarks, Mr. Page has said how important his father, Carl V. Page, a computer science professor at Michigan State University who died in 1996, was to his choice of career.

"My dad was really interested in technology," Mr. Page said at Google I/O in 2013, the last time he took the stage at the event. "He actually drove me and my family all the way across the country to go to a robotics conference. And then we got there and he thought it was so important that his young son go to the conference, one of the few times I've seen him really argue with someone to get in someone underage successfully into the conference, and that was me."

People who work with Mr. Page or have spoken with him at conferences say he tries his best to blend in, and, for the most part, the smaller groups of handpicked attendees at Google's academic and science gatherings, tend to treat him like a peer.

The scope of his curiosity was apparent at Sci Foo Camp, an annual invitation-only conference that is sponsored by Google, O'Reilly Media and Digital Science.

The largely unstructured "unconference" begins when each of its attendees — an eclectic batch of astronomers, psychologists, physicists and others — write something that interests them on a small card and then paste it to a communal wall. Those notes become the basis for breakout talks on topics like scientific ethics or artificial intelligence.

The last conference was held during a weekend in June on Google's Mountain View, Calif., campus, and Mr. Page was there for most of it. He did not host or give a speech, but mingled and went to talks, just like everyone else. That impressed investors and computer scientists who did not expect to see so much of him, but researchers who had come from outside Silicon Valley barely noticed.

"I have a vague memory that some founder type person was walking through the crowd," said Josh Peek, an assistant astronomer at the Space Telescope Science Institute in Baltimore.

Another benefit of these gatherings for the reserved Mr. Page is that they are mostly closed to the news media.

A Forward Thinker

When Mr. Page does talk in public, he tends to focus on optimistic pronouncements about the future and Google's desire to help humanity. Asked about current issues, like how mobile apps are challenging the web or how ad blockers are affecting Google's business, he tends to dismiss it with something like, "People have been talking about that for a long time."

Lately, he has talked more about his belief that for-profit companies can be a force for social good and change. During a 2014 interview with Charlie Rose, Mr. Page said that instead of a nonprofit or philanthropic organization, he would rather leave his money to an entrepreneur like Mr. Musk.

Of course, for every statement Mr. Page makes about Alphabet's technocorporate benevolence, you can find many competitors and privacy advocates holding their noses in disgust. Technology companies like Yelp have accused the company of acting like a brutal monopolist that is using the dominance of its search engine to steer consumers toward Google services, even if that means giving the customers inferior information.

Financially speaking, Mr. Page is leaving his chief executive job at Google at a time when things could not be better. The company's revenue continues to grow about 20 percent a year, an impressive figure for any business, but particularly so for one that is on pace to generate approximately $60 billion this year.

In fact, the company's main business issue seems to be that it is doing too well. Google is facing antitrust charges in Europe, along with investigations in Europe and the United States. Those issues are now mostly Mr. Pichai's to worry about, as Mr. Page is out looking for the next big thing.

It is hard to imagine how even the most ambitious person could hope to revolutionize so many industries. And Mr. Page, no matter how smart, cannot possibly be an expert in every area Alphabet wants to touch.

His method is not overly technical. Instead, he tends to focus on how to make a sizable business out of whatever problem this or that technology might solve. Leslie Dewan, a nuclear engineer who founded a company that is trying to generate cheap electricity from nuclear waste, also had a brief conversation with Mr. Page at the Solve For X conference.

She said he questioned her on things like modular manufacturing and how to find the right employees.

"He doesn't have a nuclear background, but he knew the right questions to ask," said Dr. Dewan, chief executive of Transatomic Power. "'Have you thought about approaching the manufacturing in this way?' 'Have you thought about the vertical integration of the company in this way?' 'Have you thought about training the work force this way?' They weren't nuclear physics questions, but they were extremely thoughtful ways to think about how we could structure the business."

Dr. Dewan said Mr. Page even gave her an idea for a new market opportunity that she had not thought of. Asked to be more specific, she refused. The idea was too good to share.

Doris Burke contributed reporting from New York.


***GOOGLE'S LARRY PAGE - TECH MOBSTER***

Google's Larry Page Proves, Yet Again, That He Is All BS And No Substance As His Election Rigging And Flying Cars Crash

- Larry Page never learned his lesson: *"History isn't kind to men who play god"*

- Page is Elon Musk's bromance boyfriend and they rig elections, campaign finance, stock markets and sex parties together

- His billionaire balloon ride project in NASA's Silicon Valley blimp hanger is a disaster

- Larry Page helps run a Silicon Valley organized tech crime empire:  https://vcracket.weebly.com and https://www.thecreepyline.com

- Page steals his ideas from small inventors and then finances U.S. Patent Office blockades against those inventors per http://invent111.com

- Page sneaks around at tech events to steal ideas: https://www.nytimes.com/2016/01/24/technology/larry-page-google-founder-is-still-innovator-in-chief.html

Political influence from outside groups covertly funded by Larry Page, for example via Google's massive army of lobbyists and crooked law firms, is far more than just cold hard cash in the form of direct campaign contributions. A large portion of the people who run political election programs, ie: "Campaign Managers" are no more than mobsters who run various financial shake-down and transparency evasion efforts. For Larry Page, though, they just make one phone call and Larry has his covert operations people do the rest.

The Washington Post reports on many bribery matters, for example, that the Larry Page and the Palo Alto Mafia of High Tech billionaires has donated less than $4 million publicly visible dollars to members of Congress in the last 18 years.... BUT.. In an era where some Senate races cost nearly $100 million, $4 million seems like very little… In fact, Larry Page has provided over a billion dollars in non-reported political campaign financing.

Here are other ways the Larry Page and the Larry Page and the Palo Alto Mafia of High Tech billionaires bribe their way into policy and politics:

**_BRIBE_**: Larry Page and the Palo Alto Mafia of High Tech billionaires also give to party committees and the national party. A maxed-out donation to the national party quickly increases campaign spending to more than $100,000. Any organization – or person – can also give $33,400 to a party committee. Finally, state and local parties can each receive a $10,000, quickly allowing campaign finance totals to sour to nearly half-a-million dollars.

**_BRIBE:_** While the organization has to follow campaign limits, its members can make their own political donations, also following campaign finance limits noted above. But with millions of members, political clout builds quickly. Larry Page and the Palo Alto Mafia of High Tech billionaires have people like Steve Spinner and Steve Westly who use computerized manipulation systems to get members to over donate.

**_BRIBE:_** Larry Page and the Larry Page and the Palo Alto Mafia of High Tech billionaires has a politically active membership on the social networks they own. With more than five million members, the Facebook and Google constantly communicates with its members about immigration and climate issues that affect Larry Page and the Palo Alto Mafia of High Tech billionaires stock market holdings and advising them how to vote. The organization is also constantly increasing its voter rolls by registering people to vote.

**_BRIBE:_** Larry Page and the Palo Alto Mafia of High Tech billionaires also activates its membership when elected officials are facing climate-related legislation, resulting in phone calls and emails and letters to Congress. In addition, lawmakers' votes are noted and advertised to their issue-oriented membership.

**_BRIBE:_** Larry Page and the Palo Alto Mafia of High Tech billionaires has its a massive number of their own super PAC's and 501c4 political organization which can run hundreds of their own political campaigns. The groups combined spent more than $40 million in the midterm elections on Senate and Congressional candidates, according to the Center for Responsive Politics. A lot of that money was spent on political advertising on television, radio and digital, and on direct mail.

**_BRIBE:_** Larry Page and the Palo Alto Mafia of High Tech billionaires tip off Senator's staff as to which stocks to have their Goldman Sachs brokers buy and which laws to manipulate that will pump those stocks that the families of Sen. Reid, Harris, Pelosi, Feinstein, etc. have already insider traded. Why do you think Nancy Pelosi and Dianne Feinstein have $100M in their bank accounts from only a $170K per year salary? (ie: If Tesla Motors went bankrupt would Nancy Pelosi and Dianne Feinstein, who own covert stock in Musk's companies, go bankrupt?)

**_BRIBE:_** Political attackers spend over $30M, part of that using taxpayer resources, attacking each victim that exposes them. This is proven in the financial transaction records from hired attackers: Google, Gawker, Deadspin, Gizmodo, Jalopnik, Think Progress, Media Matters, Facebook shadow-banning, troll farms, Media Matters, Black Cube, Fusion GPS, et al. (All of whom are now being forced out of business by federal and public investigations). Jury and FBI-compliant evidence proves the assertions. Hiring services, that wipe out a Senator's adversaries, is an overt form of bribery and Dark Money financing by Oligarchs.

**_BRIBE:_** There are hundreds of other such examples. We witnessed these crimes, frauds and political money laundering actions but the FEC, FBI, DOJ, FTC and others refuse to arrest the suspects because the suspects share business ventures with regulators and law enforcement executives!!!

Certain California State officials, Obama White House Staff and Federal Agency staff accepted bribes from Silicon Valley Oligarchs and Investment Bank Cartels. They were bribed with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Rare-Earth mining rights; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

Senior White House staffer Steve Rattner was indicted for stock market securities fraud, Former President's campaign manager and Uber executive David Plouffe has been fined $90,000 for illegally bribing Chicago mayor Rahm Emanuel (Obama's former Chief of Staff, on behalf of the ride-hailing company, the Chicago Tribune reports.

In another case, White House buddies Marty Nesbitt and Harreld Kirkpatrick III formed a private equity investment firm called Vistria created to interface to the 2012 election.

A curious pattern began to emerge. The White House administration would attack industries with government power, which led to substantially lower valuations for these companies. Nesbitt and Vistria, or others close to the White House, could then acquire those assets for pennies on the dollar. For example: The for-profit higher education schools like University of Phoenix, ITT Technical Institute, and DeVry University; In 2013, White House staff blamed the schools for taking advantage of students by saddling them with student debt, ruining their credit and making a profit on it. The White House ordered the Federal Trade Commission to go after them. In the case of the University of Phoenix, its parent Apollo Education Group was suspended after a Federal Trade Commission investigation in 2015. The following year, three companies, including Vistria, swooped in to buy what remained of Apollo at a price 90% below its share price before the investigation. As Vistria's education investment portfolio bulged, a number of White House Education Department officials, including Secretary of Education Arne Duncan, ended up taking high-level jobs with Vistria.

In another instance both the Vice President and Secretary of State were deeply involved in trade and security talks with China even as that country began its aggressive campaign to expand its military and physical presence in the South China Sea. Contrary to standard diplomatic practice, however, both played "good cop," not seriously confronting China on its misbehavior. These two officials were close friends from their years spent together in the Senate. Their families went into business together in 2009. They created a number of equity and real estate investment firms allied to Rosemont Capital, the alternative investment fund of the Heinz Family Office. Over the next seven years, as the Vice President and Secretary of State negotiated sensitive and high-stakes deals with foreign governments,

Rosemont entities secured a series of exclusive deals with those same foreign governments. In December of 2013, for instance, when one of those politicians traveled to China for talks. He brought his family along. While there, the father soft-pedaled China's clear aggression, and played up the bilateral trade partnership. Ten days after the trip concluded, China's central bank, the Bank of China, set up a $1 billion investment joint venture called Bohai Harvest RST. For the record, the "RS" referred to Biden's son's firm, Rosemont Seneca.

That's questionable enough; But months later, in July 2014, the Secretary of State traveled to China, also for talks. He talked little of China's clear aggression, but did conspicuously note that "China and the United States represent the greatest economic alliance trading partnership in the history of humankind." He should know. In the ensuing months, Chinese government-linked firms took major stakes in several of the firms owned or controlled by their family, and provided them with massive funding totaling billions of dollars. Nor is this the only scandal involving these guys.

While we can provide hundreds of thousands of such examples, it is up to YOU, as a citizen, to call these public figures (who are your EMPLOYEES) to task when it occurs and remove them from office in special elections, mid-term.


**Google's Larry Page Proves, Yet Again, That He Is All BS And No Substance As His Election Rigging And Flying Cars Crash**

- Page is Elon Musk's bromance boyfriend and they rig elections, campaign finance, stock markets and sex parties together

- His billionaire balloon ride project in NASA's Silicon Valley blimp hanger is a disaster

- Larry Page helps run a Silicon Valley organized tech crime empire: http://dig-innovations.net and https://vcracket.weebly.com and https://www.thecreepyline.com and http://nationalnewsnetwork.net and http://londonworldwide.com

- Page steals his ideas from small inventors and then finances U.S. Patent Office blockades against those inventors per http://invent111.com

- Page sneaks around at tech events to steal ideas: https://www.nytimes.com/2016/01/24/technology/larry-page-google-founder-is-still-innovator-in-chief.html


In 2017, success seemed to be just around the corner for Kitty Hawk, the secretive flying car company that's bankrolled by Google co-founder Larry Page and run by Sebastian Thrun, the Stanford AI and robotics whiz who had launched Google's self-driving car unit. Kitty Hawk had just shown off a prototype of the Flyer, a single-seat, battery-powered aircraft intended to be a low-altitude fun machine for use over water, like a jet ski on rotors, with handling that would make flying as easy as driving. "I'm excited that one day very soon I'll be able to climb onto my Kitty Hawk Flyer for a quick and easy personal flight," Page said at the time. The startup promised to put Flyer in eager buyers' hands by the end of the year.

Late that year the Mountain View, California-based company also began flight-testing a more ambitious project in New Zealand: a two-seat electric self-flying taxi called Cora that Kitty Hawk says will enable city dwellers to soar over gridlocked streets. "Just imagine travelling at 80 miles an hour in a straight line at any time of day without ever having to stop," Thrun told the Guardian a few months after Cora was unveiled. "It would be transformational to almost every person I know."

Two years later, however, Kitty Hawk's promise to bring personal flying to the masses has failed to take wing yet amid technical problems and safety issues with Flyer and unresolved questions about its practical use, according to four former Kitty Hawk employees who were among six who spoke to Forbes on the condition of anonymity due to non-disclosure agreements. At the same time, it may have given up control of Cora, sources suggest.

Kitty Hawk confirmed to Forbes that, after unveiling a more polished version of the Flyer last year, it has decided not to sell the one-seater to individuals and has returned deposits to would-be buyers. Behind closed doors, Flyer encountered problems, including frequent breakdowns and fires involving batteries, electric motors and wiring, two former engineers said. Last year, the Mountain View Fire Department was called to put out an early morning blaze at the Flyer building, city records show; former employees said the fire at the Google-owned building involved damaged batteries that had been pulled out of a Flyer that had crashed the previous day in flight testing under remote operation.

"No person has ever been harmed or exposed due to undue risk in over 26,000 test flights with over 100 prototype vehicles," wrote Shernaz Daver, an advisor to Kitty Hawk, in an email response to a list of questions sent by Forbes. She did not comment directly on the fires or reports of breakdowns or problems with its batteries.

Intent on bringing Flyer to market quickly, management in several instances brushed off workers who expressed worries that problems with the aircraft could endanger passengers, two former employees say. At least two members of the flight test team were let go after questioning the safety of the aircraft, they say, and some other members of the Flyer team who spoke up quit or jumped to another program at Kitty Hawk. Those individuals declined to comment when reached by Forbes.

"It was a pattern — if you talked about safety you were done, so you just didn't," said one former employee. "That's just how it had to be if you wanted to keep getting a paycheck."

Daver did not directly comment on reports of employee departures, but said employees at Kitty Hawk are required to report safety-related issues to their managers, or through a confidential digital channel directly to the general counsel and human resources, and can anonymously discuss safety concerns with an external safety director.

Kitty Hawk got off to an earlier start than many of the scores of startups now attempting to build electric urban air taxis, and the deep pockets of Page, who has a nearly $60 billion fortune, have been a huge advantage, enabling the company to hire hundreds of engineers, machinists and designers to create cutting-edge aircraft. However, the company faces the same problems as any aspirant in the field: the poor energy density of the current generation of batteries severely limits the flight times and carrying capacity of electric aircraft, and building a functioning prototype is faster and easier than turning it into a reliable product that satisfies aviation regulators' safety requirements. In the case of urban air mobility, many of the requirements don't yet exist.

These challenges may explain why a strategic partnership with Boeing announced in June could go much deeper than publicly announced. Public filings and organizational shifts at Kitty Hawk described by former employees indicate that there's been a change of control of the Cora program, and Boeing seems the likely acquirer. The jetmaker and Kitty Hawk declined to comment.

That would leave Kitty Hawk with two other aircraft: Flyer and Heaviside, an autonomous winged one-seater unveiled in October that, in an attempt to solve the noise problem that has made heliports unwelcome neighbors, was designed to be 100 times quieter than helicopters, as well as faster. The company has shelved the idea of marketing Flyer aircraft as a recreational device and is exploring commercial options, perhaps running it as a kind of aerial ferry.

"We have moved to seeing it as a transportation service and not as a vehicle for individual purchase," said Daver. "It is going to be a ride sharing model for transportation services."

Larry Page began dabbling in aviation in 2010, quietly funding a company called Zee.Aero led by a Stanford aerospace professor, Ilan Kroo, near the Google campus. The original vision was to produce a literal flying car , with folding wings so it could fit inside a home garage, but that was quickly abandoned as impractical, and Zee went on to try other designs, including one registered with FAA under the name Mutt because of its marriage of new elements with an older configuration. It tested a piloted electric aircraft that the company considered selling as a kit to be assembled by buyers. Eventually Zee decided the plane should be developed into a pilotless air taxi, now dubbed Cora.

In 2015 Page set up another stealth startup next door to Zee.Aero and called it Kitty Hawk after the tiny coastal village in North Carolina's Outer Banks where the Wright brothers tested their own flying experiments. The modern-day Kitty Hawk was run by Thrun, who previously directed Google's moonshot R&D program and founded online education company Udacity. It tinkered with a series of concepts, including a complicated scheme to suspend a pod from aircraft by tethers that could pick up a person or cargo on the ground while the aircraft circled overhead.

Eventually Kitty Hawk, which went on to absorb Zee.Aero, embarked on a mission to be the first to get an electric passenger aircraft to market that could take off and land vertically. Thrun wanted a small team to work fast and creatively, using as many off-the-shelf components as possible, according to former employees. "The term thrown around was we were the cowboys of Kitty Hawk, we were doing crazy stuff," says one.

Kitty Hawk's Flyer, as the project came to be called, was intended to be small enough to avoid safety certification altogether, weighing in under 254 pounds so it could qualify under Federal Aviation Administration rules as an ultralight, a category of aircraft that's long been the province of hobbyists and tinkerers. Operation of ultralights is restricted – they can't be flown over populated areas or at night — but ensuring the aircraft is safe is left up to the maker.

With an engineering team fewer than 20, Flyer made rapid progress. Kitty Hawk offered a rare peek behind the curtain to the New York Times in 2017, showing off what appeared to be a motorcycle on a spiderweb with eight downward-facing rotors.

Then in 2018 it started giving a small number of media test rides at Lake Las Vegas of a more finished vehicle with a composite frame with a constellation of 10 upward-facing rotors around it.

Though Flyer was capped to 10 feet in altitude and 20 mph in speed, and said it was intended to be flown over water, for safety, the company was presenting it as a thrill ride, putting up web pages to take applications for the first production models from individuals and potential fleet operators like amusement parks or resorts. The YouTube personality Casey Neistat gave it a try, publishing a video that was watched 2.2 million times in which he shouts happily while banking and spinning Flyer around the lake.

But Flyer wasn't ready to thrill: the latest prototype was breaking down frequently and needed regular troubleshooting and repair by engineers, three former employees say. "This thing would break every few hours and need service," said one. Kitty Hawk did not respond to questions about Flyer's reliability.

Among the failures were a series of fires during its development. To save on weight, two former employees say that engineers dispensed with the protective shielding commonly used between lithium-ion battery cells in cars, bundling cells together with tape, increasing the risk that if one ignited, others would catch on fire, too. Only recently did the Flyer program get its own battery expert on staff, one former employee says.

Over the last six months, the Flyer program has gone through a reset, former employees say. The focus has been on improving reliability rather than iterating on the design, and on finding a use for the vehicles.

"Kitty Hawk doesn't start from the principle of what's the economically viable thing we're going to build. It engineers something to solve a problem and then it's 'OK, here's a cool thing we built, what can we do with it?' " said an ex-employee who was among a wave of departures from the Flyer program this year.

The latest idea: that Kitty Hawk would operate Flyer as a service. The company has scouted out cities where it could offer point-to-point rides across bodies of water, which would make for a more forgiving surface to come down on in the event of a crash, two former employees say. And riders will no longer have the freedom to take Flyer for a joyride, they say: the flight path will be automated. Kitty Hawk has applied for a permit in Jersey City, New Jersey, to develop a floating dock and hangar for a potential route across the Hudson River to Manhattan, and is exploring a route across San Francisco Bay, according to local media.

It's unclear how Flyer would be regulated in such a use, with one grey area being whether it would be treated as a boat traveling above the water or a low-flying aircraft.

Kitty Hawk has reached out to the U.S. Coast Guard to ask how it would classify Flyer, a Coast Guard spokesman said. "We are taking a deliberate look at determining what these vehicles are, as that determination will set precedence for years or decades to come regarding their place in the marine transportation system."

The company's other major program, Cora, also faces daunting regulatory hurdles. Boeing might be the one to see it through.

In June, Boeing and Kitty Hawk announced a strategic partnership that they said would "bring together the innovation of Kitty Hawk's Cora division with Boeing's scale and aerospace expertise." Public records and changes at the company suggest it goes deeper than that.

Page 76  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

In May, Kitty Hawk general counsel Molly Abraham made a filing in Delaware to incorporate a company under the name of Cora Aero at the same address as Kitty Hawk; a November filing lists Cora Aero's CEO as Gary Gysin, the former head of Liquid Robotics, a developer of wave-powered autonomous watercraft. His LinkedIn profile states he's head of a stealth mode startup.

Former Kitty Hawk employees said that around the time the Boeing partnership was announced, access to the Cora building, which had contained a cafeteria and reception area shared by all, was abruptly restricted to workers only on that program, and IT, HR and other back office workers were divided between Cora and Kitty Hawk. Several said they believe Boeing is now in control of Cora.

Hard yards lie ahead for Cora in New Zealand, where Kitty Hawk chose to try to win safety certification due to enticing features of the country's air safety code, which promises to allow the company to collaboratively define airworthiness standards with that country's Civil Aviation Authority. Additionally, a unique provision of the regulations permits "adventure flights" by aircraft that don't have standard safety certifications, such as vintage warbirds, which could allow Kitty Hawk to launch a revenue-generating passenger service before Cora is fully certified, said James Lawson, an aerospace safety consultant who previously consulted with Kitty Hawk on Cora when the company was considering pursuing certification in the U.S.

*With reporting by Biz Carson*

Jeremy Bogaisky

**Elon Musk and Larry Page Have the World's Weirdest Friendship**

■ https://www.vice.com/en/article/bmj4zz/elon-musk-and-larry-page-have-the-worlds-weirdest-friendship

But we are normals, not CEOs running some of the world's most important companies. SpaceX and Tesla founder **Elon Musk and** Google cofounder **Larry Page** are bros. They play video games together, **Musk**...

**Billionaire tech mogul Larry Ellison says he and Elon Musk ...**

▲https://www.msn.com/en-us/news/technology/billionaire-tech-mogul-larry-ellison-says-he-and-elon-musk-are-close-friends-here-are-8-other-tech-exec-friendships-that-have-thrived-in-the-competitive-world-of-silicon-valley/ss-BB18DNs2

**Elon Musk**, **Larry Page**, **and** Sergey Brin **Elon Musk** has been friends with the cofounders of Google for a long time. In the early days of **Musk's** tenure at the electric car maker, he took Brin and **Page**...

**Google's Larry Page slams Elon Musk's concerns over killer ...**

https://www.dailymail.co.uk/sciencetech/article-5686265/Elon-Musks-concerns-killers-robots-speciesist-according-Google-founder-Larry-Page.html

Billionaire friends **Elon Musk and Larry Page** are reported to have a 'funny' relationship. **Musk** apparently crashes at **Page's** house where they play video games together to pass they time. But the...

Page 77  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

**Elon Musk reveals he looked to sell Tesla to Apple for a ...**

https://electrek.co/2020/12/22/elon-musk-sell-tesla-to-apple/

In the **Elon Musk** biography by Ashlee Vance, it was revealed that **Musk and Larry Page**, the head of Alphabet (Google's parent company), had a deal for the latter to purchase Tesla, but it fell ...

**Larry Ellison and Elon Musk - Business Insider**

https://www.businessinsider.in/tech/enterprise/news/billionaire-tech-mogul-larry-ellison-has-said-hes-close-friends-with-elon-musk-here-are-six-other-tech-exec-friendships-that-have-thrived-in-the-competitive-world-of-silicon-valley-/articleshow/74496252.cms

**Elon Musk**, **Larry Page**, **and** Sergey Brin **Elon Musk** has been friends with the cofounders of Google for a long time. In the early days of **Musk's** tenure at the electric car maker, he took Brin and **Page**...

**Elon Musk lives in fear of Larry Page's robot army**

https://mashable.com/2015/05/12/elon-musk-fears-larry-page/

**Elon Musk's** relationship with Google cofounder **Larry Page** is complicated, to say the least. On the one hand, the two influential tech CEOs are close friends and business associates; on the other...

**Elon Musk's concerns about killers robots are 'speciesist ...**

https://www.breakingnewstime.com/elon-musks-concerns-about-killers-robots-are-speciesist-according-to-google-founder-larry-page/

Billionaire friends **Elon Musk and Larry Page** are reported to have a 'funny' relationship. **Musk** apparently crashes at **Page's** house where they play video games together to pass their time. But the pair also argue about some major issues, including AI.

5 Mega-Successful Entrepreneurs Who Are Introverts

https://www.entrepreneur.com/article/286611

**Larry Page**. **Larry Page** co-founded Google alongside Sergey Brin -- and we all know how that story ended. ... **Elon Musk**. It might be strange ... **Musk** saw the power he could wield through ...

**List of Celebrity Illuminati Members: Confirmed and ...**

studioknow.com/2014/03/celebrity-illuminati-members/

**Larry Page and** Sergey Brin (cofounders of Google; Google often uses next-level Illuminati symbolism within its search iconography. Some insider sources claim that **Page and** Brin where raised by the Illuminati from birth) ... **Elon Musk** (founder of PayPal and Space Exploration Technologies Corporation, among others)

**Larry Page - Wikipedia**

https://en.wikipedia.org/wiki/Larry_Page

Lawrence Edward **Page** (born March 26, 1973) is an American computer scientist and Internet entrepreneur.He is best known as one of the co-founders of Google along with Sergey Brin.. **Page** was

77

the chief executive officer of Google from 1997 until August 2001 (stepping down in favor of Eric Schmidt) then from April 2011 until July 2015 when he moved to become CEO of Alphabet Inc. (created to ...

Reportedly, Google's **Larry Page** has a fortune of $71.6 billion, while Sergey Brin's is $69.4 billion. Tesla's **Elon Musk** has a worth of $68.6 billion. ALSO READ | India WPI Inflation Contracts To 1.81% In June, Falls For Third Consecutive Month

**How Elon Musk Learns Faster And Better Than Everyone Else ...**

  https://medium.com/accelerated-intelligence/learn-like-elon-musk-fe8f8da6137c

Furthermore, the founders of the five largest companies in the world — Bill Gates, Steve Jobs, Warren Buffett, **Larry Page**, ... **Elon Musk** is one of a kind, but his abilities aren't magical.

**The history of Tesla and Elon Musk: A radical vision for ...**

  https://www.cnn.com/interactive/2019/03/business/tesla-history-timeline/index.html

The history of Tesla and **Elon Musk**: A radical vision for the future of autos. By Andrew Greiner, Ivory Sherman, Tiffany Baker, ... Google founders Sergey Brin and **Larry Page** invest in the company ...

**Mark Zuckerberg, Larry Page and Elon Musk play video games ...**

  https://www.cnbc.com/2017/01/26/mark-zuckerberg-larry-page-and-elon-musk-play-video-games-should-you.html

Jan 26, 2017**Larry Page and Elon Musk** play video games together. **Elon Musk**, Tesla CEO, addresses a press conference in October 2015. ...

# Top Google Lawyer David Drummond Has A Zipper Problem

David Drummond, the legal chief of Google parent company Alphabet, is leaving at the end of the month, following accusations of inappropriate relationships with employees.

Alphabet did not give a reason for Drummond's departure in a short regulatory filing Friday.

The company said last November that it was investigating sexual misconduct cases against executives. Claims against Drummond were included in the investigations.

Last August, a former Google employee, Jennifer Blakely, published a report of her relationship with Drummond. Drummond has acknowledged a relationship with Blakely. But in a statement at the time, he said he "never started" a relationship with anyone else at Alphabet.

The company said Drummond is not getting an exit package as part of his departure.

In a memo sent to employees, Drummond said that with founders Larry Page and Sergey Brin "now leaving their executive roles at Alphabet, the company is entering an exciting new phase, and I believe that it's also the right time for me to make way for the next generation of leaders."

He did not mention the misconduct allegations.

Drummond said Page and Brin asked for his help more than 20 years ago when what became Google and Alphabet was just an unincorporated startup. Drummond joined Google full time in 2002.

A former employee in Google's legal department released new details and allegations Wednesday related to her relationship with her former boss and current Alphabet Chief Legal Officer David Drummond.

Former senior contracts manager Jennifer Blakely published her account of life after Google and her relationship with Drummond in a post on Medium on Wednesday. Drummond's extramarital relationship with Blakely was previously reported by The New York Times in its expose of sexual misconduct allegations against another top executive, Andy Rubin. But Blakely's piece reveals new details about her time at Google and contact with Drummond since the two had a child together and later ended their relationship.

In a statement, Drummond said, "It's not a secret that Jennifer and I had a difficult break-up 10 years ago. I am far from perfect and I regret my part in that." Without addressing the specifics of her allegations, he said "there are two sides to all of the conversations and details Jennifer recounts, and I take a very different view about what happened."

Google has faced numerous allegations of misconduct in its ranks and saw a global walkout of employees from its offices after the publication of the Times' article. Google has since amended some its policies relating to sexual misconduct, such as removing forced arbitration clauses from employee's contracts in those cases.

Blakely did not respond to a request for comment. Google declined to comment.

In her post, Blakely said she believes "a company's culture, its behavioral patterns, start at the top." Blakely said Drummond pointed to an article about former Alphabet executive chairman Eric Schmidt's notoriously open romantic lifestyle to explain "how things worked" for executives like him.

"Looking back, I see how standards that I was willing to indulge early on became institutionalized behavior as Google's world prominence grew and its executives grew more powerful," Blakely wrote. "Women that I worked with at Google who have spoken to me since the New York Times article have told me how offended they were by the blatant womanizing and philandering that became common practice among some (but certainly not all) executives, starting at the very top."

When Blakely and Drummond met, according to her account, Drummond was married with a child but told her he was estranged from his wife. The two began having an affair around 2004, according to Blakely, and she became pregnant with his child in 2005 but later miscarried. When she became pregnant again a year later, Blakely said Drummond "assured me of his imminent divorce" and their son was born in May 2007. Drummond stayed married and later continued to have other affairs with other people from Google, according to Blakely.

Drummond disputed this claim in his statement.

"Other than Jennifer, I never started a relationship with anyone else who was working at Google or Alphabet. Any suggestion otherwise is simply untrue," he wrote.

Relationships between managers and their direct reports were banned under a new policy at Google at the time, according to Blakely. Drummond did not disclose their relationship to anyone he worked for, Blakely said, but once their son was born, the HR department told her one of them would need to leave the legal department to abide by the rules. Drummond was chief legal officer at the time, according to Blakely's account, and she was transferred to sales, in which she had no experience.

Around this time, Blakely said, Drummond was living with her and their son and offered to support them financially so she could leave her new job, where she was struggling and unhappy.

"Since he was living with our son and me, I took this as a further sign of commitment," Blakely wrote. "I felt confident that he loved us and would protect us and so I quit Google, signing whatever documents they required because likewise, I wanted to protect him."

In October 2008, Blakely said Drummond abandoned her and their son. Blakely said she left a dinner with Drummond and other Google employees early when a babysitter called to say her son was sick, and later a friend told her Drummond had taken two other women who worked for him to San Francisco.

"Finally, I sent him a text message asking him when we could expect him home," Blakely said. "He responded, 'Don't expect me back. I'm never coming back.' And he didn't."

After that night, Blakely said, Drummond "would go for months or even years at a time completely ignoring my pleas to see his son — not even so much as a text to us, despite living about a mile away."

Once she filed a custody suit against Drummond, Blakely said he attempted to take their son to be raised by him and his wife, with whom he had a pending divorce. Drummond later told her he never intended for that arrangement to occur, Blakely said, and once their son was 4 and a half years old, their custody arrangement was in place and he provided child support.

"If I objected to his terms, if I didn't 'play ball,' he would punish me by punishing our son," Blakely wrote. "Months or years would go by where he wouldn't see him or respond to my calls or texts with updates and pictures of him or even ask how he was doing, let alone how he might help out, knowing full well I was alone and in desperate need."

Drummond's full statement is below:

*"It's not a secret that Jennifer and I had a difficult break-up 10 years ago. I am far from perfect and I regret my part in that.*

*Her account raises many claims about us and other people, including our son and my former wife. As you would expect, there are two sides to all of the conversations and details Jennifer recounts, and I take a very different view about what happened. I have discussed these claims directly with Jennifer, and I addressed the details of our relationship with our employer at the time.*

*But I do want to address one claim that touches on professional matters. Other than Jennifer, I never started a relationship with anyone else who was working at Google or Alphabet. Any suggestion otherwise is simply untrue.*

*I know Jennifer feels wronged and understand that she wants to speak out about it. But I won't be getting into a public back and forth about these personal matters."*

# My Time at Google and After



Jennifer Blakely

*The #MeToo Movement has been the beginning of a sea change for women, exposing the double standard between women and men in the workplace oftentimes resulting in abuse toward women. I was moved to tears by the walkout of 20,000 Google employees after the New York Times published an article detailing how the company protects its "elite men." I lived through it first hand and I believe a company's culture, its behavioral patterns, start at the top. Rarely do we hear about what happens to women after they are forced out of their jobs but I can tell you what happened to me.*

*I was hired to work in Google's legal department as a Senior Contracts Manager before the company went public in 2001 and worked for David Drummond who was Google's general counsel at the time. David was married and had a son but almost none of us had met his wife. The people in Google's legal department were very close and in 2004, at my birthday party at the W in San Francisco, David*

*reserved a suite to host an "after party." It was there, that night he told me how he wanted more children. I urged to him to have one with his wife but he demurred and said that would never happen because he was estranged from her, which admittedly I already knew — he was the only married one in attendance without his spouse.*

*David and I began an affair shortly after that night and we were together for years. The first time we got pregnant was in 2005. I was traveling in Europe when I miscarried, about 3 months into my pregnancy. I phoned David who was in Hawaii closing on a house we'd found together to give him the sad news. We were pregnant again a year later. David assured me of his imminent divorce and our son was born in May 2007.*

*David was well aware that our relationship was in violation of Google's new policy which went from "discouraging" direct-reporting-line relationships to outright banning them. Still, he never told anyone he worked for that we were pregnant. After our son was born, I received a call from HR notifying me that one of us would have to leave the legal department where David was now Chief Legal Officer, so I transferred to the sales department despite having **zero** experience in sales. I did my best to keep up but I was floundering and became depressed at work. David was aware of my struggles and unhappiness in sales. But he had moved in with us by now and since I couldn't return to the legal department where only one of us was allowed to work, David offered to help us out financially on a monthly basis so I could leave my job in sales. Since he was living with our son and me, I took this as a further sign of commitment. I felt confident that he loved us and would protect us and so I quit Google, signing whatever documents they required because likewise, I wanted to protect him.*

*In October of 2008, still living together, David and I attended a dinner in Palo Alto with other Google employees, many from the legal department. During dinner, our babysitter called to say our son was sick so I went home and David said he would be right behind me. Several hours later that same evening, I received a call from Chris Chin, the Associate General Counsel and a friend, who told me that David had taken two other women who worked for him in the legal department to San Francisco. I didn't understand. Our son was very sick and I panicked so I called him several times but he didn't answer his phone. Finally, I sent him a text message asking him when we could expect him home. He responded, "Don't expect me back. I'm never coming back." And he didn't.*

*"Hell" does not begin to capture my life since that day. I've spent the last 11 years taking on one of the most powerful, ruthless lawyers in the world. From that fateful night forward, David did*

82

*things exclusively on his terms. Having no job, no recourse, I didn't have a leg to stand on. David would go for months or even years at a time completely ignoring my pleas to see his son — not even so much as a text to us, despite living about a mile away. He wouldn't mention or discuss any form of formal child support and when I finally filed a custody suit, he fought back by trying to take our son to be raised by his wife and him despite his pending divorce from her, his separate residence and his own warnings of the conflict and danger such a situation would pose. When our son was 4 ½, our custody arrangement was settled and David began providing ample child support. Yet years later, when I reminded him of the terrifying threats I'd endured from him, he admitted to me he'd never had any intention of such an arrangement. The excruciating battle my son and I endured was simply the price I had to pay for standing up to him.*

*David stayed married, and began an affair with his "personal assistant" who he moved into one of his new homes. He had another affair with my former colleague at Google, the woman he left us for on that night in October 2008. If I objected to his terms, if I didn't "play ball," he would punish me by punishing our son. Months or years would go by where he wouldn't see him or respond to my calls or texts with updates and pictures of him or even ask how he was doing, let alone how he might help out, knowing full well I was alone and in desperate need.*

*Once in the summer of 2014, David came over to visit our son and we got into an argument about his one-way terms for seeing him at my house at his convenience, especially when he had his own house(s) blocks away. He sat down at our kitchen table and, using my laptop, he pulled up a year-old article from the Daily Mail about Eric Schmidt's philandering lifestyle. He then passed the computer over to me to read. I was so perplexed! I was well aware of Eric's lifestyle, David was even more aware, but none of it was news, we'd talked about it for years. David explained to me how Eric's "personal life" was, in essence, his privilege. The article was apparently a reminder to me of how things worked: David was (and is) a powerful executive. His "personal life" (which apparently didn't include his son) was off limits and since **I** was no longer his "personal life" it was time for me to shut up, fall in line and stop bothering him with the nuisances or demands of raising a child.*

*Many years later, when the #MeToo Movement began, I was contacted by several reporters. I'd always felt like my situation was my fault, that I deserved it because David was married. I am regretful on many levels, but I'm also thankful for the growth in character I've had since then — and for my son! What I never understood is why I was the only one bearing the consequences, especially when I knew David's treatment of our son and me was nothing short of abuse.*

*Looking back, I see how standards that I was willing to indulge early on became institutionalized behavior as Google's world prominence grew and its executives grew more powerful. Women that I worked with at Google who have spoken to me since the New York Times article have told me how offended they were by the blatant womanizing and philandering that became common practice among some (but certainly not all) executives, starting at the very top. For me, the abuse of power didn't stop with being pushed out. Afterwards I was pushed down, lest I got in the way of the behavior that had become even more oppressive and entitled.*

**Google's Eric Schmidt's 'open marriage ... - Daily Mail Online**

https://www.dailymail.co.uk/news/article-2371719/Googles-Eric-Schmidts-open-marriage-string-exotic-lovers.html

Yet today The **Mail** on Sunday can reveal that 58-year-old **Eric Schmidt**, Google's executive chairman, does fiercely protect one thing: his own private life, which is as colourful and complex as ...

**Married billionaire Eric Schmidt's ... - Daily Mail Online**

https://www.dailymail.co.uk/news/article-7319869/Married-billionaire-Eric-Schmidts-girlfriend-says-theyll-kids-using-frozen-embryos.html

Married billionaire **Eric Schmidt's** alleged mistress, 32, 'asked the 64-year-old ex-Google CEO to fertilize her frozen eggs, but he declined' - but she still hopes the pair will have FIVE babies …

**Google's top lawyer allegedly had affairs with multiple ...**

https://www.theverge.com/2019/8/29/20837232/google-david-drummond-chief-legal-officer-cheating-wife-affair-policies

He sat down at our kitchen table and, using my laptop, he pulled up a year-old article from the **Daily Mail about Eric Schmidt's philandering lifestyle**. He then passed the computer over to me to...

# The Sick Sex Connections Of These Google Folks And Their Friends

**THE TECH OLIGARCH AND SENATOR SEX CULT AND SEX TRAFFICKING NETWORK IS A REAL THING**

These tech cartel perpetrators operate a **massive and abusive national sex scheme**. The perverts in the SandHill Road Venture Capital offices (ie: Kleiner Perkins, Greylock, Andreesen, Khosla, Draper Fisher, etc.) , located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. They have taken over online dating sites and social media sites and used them to (**SEE THE PROOF AT:**  http://www.webco22.com/social  ) spy on the public, harvest photos, put opposing citizens on 'watch-lists', source underage sex, run HONEY TRAP campaigns and other crimes.

Now that ***THE LINCOLN PROJECT has been revealed to be an underage sex ring*** and the White House is again filled with sex scandal conflicts-of-interest, and ***Silicon Valley's*** sex trafficking has only ***gotten worse***, it is impossible to deny the fact that these political manipulators are covering up a sex perversion cult.

They have dozens of executive pimp-like providers who meet with them at their homes, offices and parties and manage the operations of this sex ring.

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )

**These sex cult actions have been widely covered in the news individually, ie:**

**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )

**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )

**- The Eric Schmidt sex penthouse**

Page 86  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )

- **The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )

- **The Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )

- **The Google Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )

- **The Sergy Brin 3-way sex romp scandal**

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )

- **The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )

- **The Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )

- **The Elon Musk Steve Jurvetson billionaire sex parties scandals**

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )

- **The NXIVM sexual slave cases**

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )

- **The Robert Scoble Sex Crimes**

( https://www.buzzfeednews.com/article/doree/woman-accuses-robert-scoble-of-sexual-harassment#.sxze4kzxl8 )

- **The San Francisco 'One Taste' Sex Cult for Tech Elites now under FBI investigation**

( https://www.dailymail.co.uk/femail/article-8962029/Inside-orgasm-cult-investigation-FBI.html )

- **The Michael Goguen anal sex slave case**

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )

- **The Tom Perkins Hooker Parties**

Page 87  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )

**and thousands of other cases and** federal divorce court filings**.(** https://www.pacer.gov/ **)**

This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )

The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )

**- The Elon Musk sex perversions are the tip of the iceberg.**

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

( http://american-corruption.com/ Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason..."*. Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved these these sex rings.

*(* https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/ *)*

*(* https://en.wikipedia.org/wiki/Eliot_Spitzer *)*

*These are the main influencers of a national public policy and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr**, who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse. The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald Briggs**, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared*

with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake**, who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci;** Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession;

*Maine Assistant Attorney General,* **James Cameron**, *was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier* **Ed Buck** *was arrested for killing gay prostitutes and running a sex and drug ring; State Department official,* **Daniel Rosen**, *under* **Hillary Clinton**'s *state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official,* **James Cafferty,** *pleaded guilty to one count of transportation of child pornography; Democratic radio host,* **Bernie Ward**, *plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California,* **Raymond Liddy,** *was arrested for possession of child pornography. There are* **THOUSANDS** *of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.*

An inordinate number of the members are closeted homosexuals who seek to use their media monopolies and massive lobbyist ownership's to promote child sex and child sex change consideration. They have fake straight wives, called "beards" to help them keep up the appearance of being straight. A large portion of the so-called "Paypal Mafia" are homosexual.They organize to promote Netflix and similar media outlets to produce underage gay sex movies and normalize their deviant interests in a radical political manner.

( https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel )

( https://en.wikipedia.org/wiki/PayPal_Mafia )

( https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/ )

Hence the massive, sudden, promotion of those issues in all of their media since they took power in 2008 and pretty much ran the Obama White House.

( https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html )

( https://www.wired.com/2007/11/how-paypal-gave/ )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )

Just like the Taliban don't give a second thought to cutting off someone's head, the German's don't blink about gassing and cooking Jews, ISIS has no qualms about making young prisoners into sex slaves, *et al.*...these tech nut balls live in, and operate, a TED-based brain washing culture that promotes "ANY EVIL FOR THE POWER OF THE CAUSE". The "Cause" is pure yuppie greed and control of society for their own self-satisfaction. Youtube's Ann Wojcicki, Theranos' Elizabeth Holmes and Tesla's Elon Musk are psychologically incapable of seeing the fact that they are sociopath assholes. When they cruise down to Robert's snooty market in Woodside, California*;* they reinforce each other's fantasy perception of the fake world they have created with their air kisses and their snide comments. Their

mutual tunnel-vision has set them on the path to madness. *Thousands of their employees, business partners, neighbors, ex-boyfriends and girlfriends have testified to their mentally unstable conditions. They have no right to run monopolies in America using resources paid for by the taxpayers!*

They assholes of tech are now being systematically hunted down, exposed and terminated using 100% legal AI and Law Enforcement digital forensics!

Why does the Silicon Valley-controlled "Main-stream Media" cover all of these news stories up? Because they are part of the crimes!

All of these people are socially, politically, financially and genetically connected to each other.

# References, Bibliography, Research Notes

Notes: This is a Public Domain report. Protected under Non-Commercial and News Material Fair Use; Freedom-of-The-Press rights; U.S. First Amendment; SLAPP/Anti-SLAPP; UN Rights Protections; GDPR Compliance; Section 203 protections – U.S.;  ACLU litigation warning; ICIJ investigations and related protections. Authored via Wikipedia and WikiLawPedia process via internet users. References and validation links are contained within the body of the document.

**This Former Google Executive Was Accused Of Running A "Sex ...**

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-court-complaint-lawsuit-rie-divorce-google

SAN FRANCISCO — **Andy Rubin**, a former Google senior vice president who invented the Android operating system, departed the company after having an "inappropriate relationship" with a subordinate and kept payments by his previous employer secret from his wife for several years, according to documents made public by a California superior court.

**Google exec Andy Rubin faces detailed sexual misconduct ...**

ᴵ https://www.businessinsider.com/google-andy-rubin-sexual-misconduct-allegations-nyt-2018-10?op=1

**Andy Rubin**, the creator of Android, reportedly had bondage **sex** videos on his work computer, paid women for 'ownership relationships,' and allegedly pressured an employee into oral **sex** Nick Bastone ...

**Google employees walkout over handling of sexual ...**

https://edition.cnn.com/2018/11/01/tech/google-employee-walkout-andy-rubin/index.html

Nov 1, 2018The Times reported that **Rubin** was accused of coercing a female employee, with whom he'd been having affair, into performing oral **sex** in a hotel room in 2013. A Google investigation found her claim...

**Android creator Andy Rubin accused of having a 'sex ring ...**

https://www.usatoday.com/story/tech/talkingtech/2019/07/02/android-creator-andy-rubin-accused-having-sex-ring-ex-wife/1634963001/

Jul 2, 2019According to a sensational lawsuit by soon to be ex-wife Rie Hirabaru **Rubin**, her ex had several mistresses, one of which was "complicit with **Rubin** in running what appeared to be a **sex** ring,"...

**Android Co-Founder Caught In Sex Ring Saga - channelnews**

Ⓦhttps://www.channelnews.com.au/android-co-founder-in-pre-nup-sex-ring-complaint/

Android co-founder, **Andy Rubin**, who Google reportedly paid $90 million to leave the company after a sexual misconduct investigation, has been accused of running a **sex** ring.

**Google gave top executive $90m payoff but kept sexual ...**

   https://www.theguardian.com/technology/2018/oct/25/google-andy-rubin-android-creator-payoff-sexual-misconduct-report

Oct 25, 2018Google gave a $90m severance package to **Andy Rubin**, the creator of the Android mobile software, but concealed details of a sexual misconduct allegation that triggered his departure, the New York ...

**Andy Rubin - Wikipedia**

Whttps://en.wikipedia.org/wiki/Andy_Rubin

Andrew E. **Rubin** is an American computer programmer, engineer, entrepreneur, and venture capitalist. He is the founder and former CEO of venture capital firm Playground Global, as well as the co-founder and former CEO of both Danger Inc. and Android Inc.. He was nicknamed "Android" by his co-workers at Apple in 1989 due to a love of robots, with the nickname eventually becoming the official ...

**How Google Protected Andy Rubin, the 'Father of Android ...**

Ƭhttps://www.nytimes.com/2018/10/25/technology/google-sexual-harassment-andy-rubin.html

Oct 25, 2018The woman, with whom Mr. **Rubin** had been having an extramarital relationship, said he coerced her into performing oral **sex** in a hotel room in 2013, according to two company executives with knowledge...

**Google reportedly paid Andy Rubin $90 million after he ...**

   https://www.theverge.com/2018/10/25/18023364/google-andy-rubin-payoff-90-million-sexual-misconduct-harassment

Google reportedly paid **Andy Rubin** $90 million after he allegedly coerced **sex** from employee New, 206 comments By Chris Welch @chriswelch Oct 25, 2018, 2:02pm EDT

**The rise and fall of Andy Rubin, the former Google ...**

BIhttps://www.businessinsider.nl/android-sex-ring-leader-rise-fall-google-exec-andy-rubin-2019-7/

**Andy Rubin** is the creator of Android and a former Google executive. **Rubin's** career seemed to be on track - software engineering in Silicon Valley in the 1990s, founding Android, being a top ...

**Google CEO Pichai says 48 employees fired for sexual but a cover-up is expected...**

   https://www.aljazeera.com/news/2018/10/26/google-ceo-pichai-says-48-employees-fired-for-sexual-misconduct/

The New York Times report claimed that **Andy Rubin**, ... A spokesperson for **Rubin** has denied the allegations, the New York Times said. ... South Korea court orders Japan to compensate former **sex slaves**.

**Android creator Andy Rubin accused of running a 'sex ring'**

Page 94  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

https://thenextweb.com/business/2019/07/03/android-creator-andy-rubin-is-accused-of-running-a-sex-ring-in-new-unsealed-complaint/

Android founder, **Andy Rubin**, may have left Google long back in 2014, but his departure is beginning to attract more unsavory attention. According to documents made public by a California superior ...

**George Soros' Right Hand Man Arrested For Rape And Human ...**

https://newspunch.com/george-soros-human-trafficking/

Howard **Rubin**, widely known as George Soros' right hand man, was accused of leading a "human trafficking enterprise" in which he allegedly raped, brutally assaulted and enslaved women in a $8 million Manhattan **sex** dungeon, according to court documents.

**Disgraced Google Exec Andy Rubin Quietly Left His Venture ...**

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-playground-global-google-quiet-departure

Disgraced Google Exec **Andy Rubin** Quietly Left His Venture Firm Earlier This Year. Android creator **Andy Rubin** left Google with a $90 million exit package after investigations into sexual misconduct. Now he's out at Playground Global, the venture firm he founded, allegedly with another multimillion-dollar payout.

**Former Google exec 'ran a sex ring ... - Daily Mail Online**

https://www.dailymail.co.uk/news/article-7208615/Former-Google-exec-ran-sex-ring-estranged-wife-claims.html

The co-founder of Android who reportedly received a $90 million severance from Google in the wake of misconduct allegations is now being accused of running a **sex** ring. **Andy Rubin** is being sued by ...

**Android creator Andy Rubin is accused of running a 'sex ...**

https://www.businessinsider.in/android-creator-andy-rubin-is-accused-of-running-a-sex-ring/articleshow/70049627.cms

Android creator **Andy Rubin** was allegedly involved in running a "**sex** ring" with at least one woman, and is accused of cheating his ex-wife out of millions of dollars in their prenuptial agreement ...

**Andy Rubin's Essential Gem Isn't Just a New Phone | WIRED**

https://www.wired.com/story/andy-rubins-essential-gem-google-android/

**Andy Rubin's** New Phone Thing Isn't Just a New Phone Thing. ... These ranged from pressuring a woman into having oral **sex**, to berating subordinates, to viewing bondage **sex** videos on a work ...

**Google 'gave Andy Rubin $90M exit package despite ...**

https://www.dailymail.co.uk/news/article-6317589/Google-forced-Andy-Rubin-sexual-misconduct-claim-gave-90M-exit-package.html

Google reportedly gave Android's co-founder, **Andy Rubin**, a $90M exit package despite a credible claim that he had an inappropriate relationship with a woman while working at the company.

94

Page 95  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

**Wife of Android Co-Founder Andy Rubin Accuses Him of Using ...**

https://www.thedailybeast.com/wife-of-android-co-founder-andy-rubin-accuses-him-of-using-google-paychecks-to-pay-for-sex-ring

The wife of Android co-founder **Andy Rubin** has accused him of cheating her out of wealth he obtained from Google and diverting funds to make payments to several woman after he left the company ...

**'The Lost Women of NXIVM': ID Orders Special on Sex ...**

https://www.thewrap.com/the-lost-women-of-nxivm-sex-trafficking-cult-allison-mack-keith-raniere/

Mack had been accused of recruiting young women into the group and manipulated them into branding their bodies and becoming **sex slaves** for Raniere. Mack's sentencing will be decided on Sept. 11 ...

**Andy Rubin biography, age, net worth, wife, career ...**

www.learnmorefacts.com/post/andy-rubin-biography-age-net-worth-wife-career-playground-wiki

**Andy Rubin** was conceived on June 22, 1946 in New Bedford, United States. He is the designer of the Android OS. Since youth, **Rubin** has been accustomed to seeing bunches of new devices. This is on the grounds that his dad, a therapist who swerved into the immediate advertising business, which will store electronic items sold in the room **Rubin**.

**Google asked Andy Rubin to quit for being a sex pest**

https://fudzilla.com/news/47474-google-asked-andy-rubin-to-quit-for-being-a-sex-pest

But still gave him a hero's farewell and a pile of cash The creator of Android, **Andy Rubin**, was asked to leave Google for being a **sex** pest, but the search engine did its best to pretend ...

**Wayfair shoots down conspiracy theory about child sex ...**

https://www.msn.com/en-us/finance/companies/wayfair-shoots-down-conspiracy-theory-about-child-sex-trafficking-and-expensive-cabinets/ar-BB16ALHX

Wayfair shoots down conspiracy theory about child **sex** trafficking and expensive cabinets hpeterson@businessinsider.com (Hayley Peterson) 7/10/2020 White violence, Black protests during 1918 flu ...

**Who is Rie Hirabaru Rubin? Andy Rubin Ex-Wife; Bio, Wiki ...**

https://globintel.com/usa/rie-hirabaru-rubin-biowiki-age/

Rie **Rubin** Bio, Wiki. Rie **Rubin** is the ex-wife of **Andy Rubin**, Android co-creator and former Google Senior Vice-President. She is accusing him of having secretly conspired with her attorney to manipulate the couple's prenuptial agreement by stripping her of all community property rights and also diverting their marital funds so he could pay women involved in his private "**sex** ring."

**\*\* THAT SILICON VALLEY OLIGARCHS RUN A MONOPOLISTIC CARTEL!**

Page 96  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

**\*\* THAT SILICON VALLEY OLIGARCHS AND THEIR POLITICIANS RUN A SEX CULT AND TRANSACT BRIBES WITH SEX!**

**\*\* THAT AN EXTRAORDINARY NUMBER OF SUSPICIOUS DEATHS HAVE HAPPENED TO PEOPLE INVOLVED IN THIS CASE**

**\*\* THAT TECH OLIGARCHS AND CALIFORNIA SENATORS HIRE CHARACTER ASSASSINS AND HIT JOB ATTACKERS TO HARM CITIZENS WHO SPEAK OUT!**

Forensics - See Which Senator Or Oligarch Is Lying To You

The Book - Who Really Killed The Electric Car

Videos - TV News Segments About These Cases

Google - The Lies Of Google And Youtube

Musk - Bribes Frauds Safety Cover ups And Stock Manipulations

Tech-Theft - Silicon Valley Oligarchs Rig The USPTO

Us - Meet Some Of Us

Safety - How To Secure Your Devices From The Theiving Tech Oligarchs

Oligarchs - The Mobsters Of Silicon Valley Tech

Press-Clips - Press Clippings About These Cases

News-Memes - Images From The Biggest Shockers

Page 97  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

Photos - Key Shots From The Cases


Hotshots - Reader Submissions


Case1 - Key Case Example Of Political Corruption


Attackers - The Hired Defamation Services


Frisco - The Pure Hell That Is San Francisco And Its Corruption


Stocks - The Dirt Behind The Dirty Ones


Expose1 - The Dirty Deeds Of Silicon Valley #1


Expose2 - The Dirty Deeds Of Silicon Valley #2


Takedown - Wiping Out The Corrupt


Expose3 - How Political Corruption Actually Works


Muskrat - The Scammer Behind It All


Movie - A Big Overview Of Political Corruption


Targets - Companies That Do Not Deserve To Operate


SexCult - The Tech Oligarchs Have An Actual Sex Cult

Page 98  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

Afghaniscam - The Politicians Corrupt Rare Earth Mines

Stimulus - How The Stimulus Money Actually Works

Tech - Big Brother Is In Your Phone

Murders - The Dead Witnesses

Film - Free Feature Film

Congress - Congress Uncovered Crimes And Corruption

Anti-Trust - How Silicon Valley Kills Competition

Free-Book - CORRUPTION DISRUPTION - A How-To Manual

Press - More Press Coverage By Other Sites

Reports - Reports Supplied To FBI And Congress

Stock Fraud - How One Company Cooks The Books And The Truth

DELETED By Allum Bohkari

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME ONE By Westin Parker

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO By Westin Parker And The Wiki Team


NEWS ARTICLE ARCHIVES ABOUT THIS CASE at http://www.focus-book.com


The Age of Surveillance Capitalism By Shoshana Zuboff'


Catch and Kill By Ronan Farrow, https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators


Permanent Record By Edward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238


Brotopia By Emily Chang, http://brotopiabook.com/


Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/


The Circle By David Eggers, https://archive.org/details/circle00dave


 Companies Targeted For Bankruptcy For Their Crimes Against The Public By The Internet Research Group


World Without Mind By Franklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113


A Journey into the Savage Heart of Silicon Valley By Corey Pein, https://www.goodreads.com/book/show/35684687-live-work-work-work-die


Disrupted By Dan Lyons, https://www.goodreads.com/book/show/26030703-disrupted


Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

Page 100  EXHIBIT 87 – Case # 22-cv-1107-TSH, Norcal 9th District

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com/


The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/


Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/



Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)