# BIG-TECH BRIBES GOVERNMENT OFFICIALS VIA SEX-TRAFFICKING

WE HAVE MILLIONS OF PAGES OF EVIDENCE

Revision 1.10



Protected by crooked politicians, the "Silicon Valley Boys Club", dirty judges and culpable law enforcement that caters to the elites

# Table of Contents

The Typical Oligarch's Sick Sex Scheme.................................................................................3
NETFLIX Is A Haven For Rapists And Financial Criminals..................................................5
Hundreds Of Disney Staff Arrested For Underage Sex Schemes............................................9
Elon Musk Gives Sex A Bad Name.......................................................................................12
Sex Cult Exposed...................................................................................................................17
A Multimillion-Dollar Startup...............................................................................................28
Google's Dr. Strangelove.......................................................................................................39
Media Silence.........................................................................................................................45
A Culture of Fear....................................................................................................................72
Silicon Valley Is Their "Hunting Grounds"..........................................................................85
     Who is the Silicon Valley mafia?.....................................................................................95
          The World Health Organization (WHO) has declared Silicon Valley oligarch sex addiction to be a
          mental illness..........................................................................................................104
The Bay Area's Predator Priests Are Worse Than The Penn 5.............................................119
Even The Judges Are Doing Sex Crimes..............................................................................124
The Joe Lonsdale Sex Manipulation Case............................................................................126
The Sickening Rape Allegations Against a Silicon Valley Mogul........................................126
Sex Trafficking "Enforcement" That Excludes The Elites...................................................133
40% Of Washington DC Is Involved In Covering Up Human Trafficking – Says Ex NYPD Officer. .135
Stanford Scum-Bags.............................................................................................................141
     Why Do MBA's From Stanford University Turn Out To be Such Scum-Bags?.............141
Palo Alto Covers-Up Sex Trafficking..................................................................................147
     Mutually Assured Destruction........................................................................................149
     Star and Spouse..............................................................................................................152
     School for Scandal..........................................................................................................157
Stanford's Pro-Rape Administration.....................................................................................169
BIBLIOGRAPHY & MAIN REFERENCES.........................................................................179
Acknowledgments.................................................................................................................569
Check Back For Updates.......................................................................................................570

# The Typical Oligarch's Sick Sex Scheme

- George Soros Had Top Tech Investors Who Raped and Beat Women in Typical Weinsteinian Hell

- Models Lured Women to Wall Street Sex Dungeon: Lawsuit

- Three women have accused Wall Street bigwig Howard Rubin of raping and beating them in his private dungeon—after luring them via models who vouched for him as a 'good guy.'

By Brandy Zadrozny

The man best known for losing more money on Wall Street than anyone else before the 1987 stock market crash stands to lose $27 million more and what's left of his reputation, if a federal court

believes the allegations in an explosive new lawsuit filed against him and a gaggle of so-called conspirators in Brooklyn federal court.

In the complaint, three Florida women, filing under pseudonyms, have accused 62-year-old Howard Rubin of leading an organized human-trafficking ring in which he allegedly employed women to lure models to his $8 million Manhattan Penthouse under the guise of a photoshoot or companionship. Once there, the women claim, he led them into a sex-dungeon where he subjected them to sexual assault, rape, false imprisonment, and beatings so severe they would lose consciousness and one had to undergo reconstructive surgery to repair her breasts.

The women—who also say Rubin and his co-conspirators threatened them to keep quiet following the alleged assaults—filed their suit under the Racketeer Influenced and Corrupt Organizations Act, a law originally created for prosecution of members of the mob.

According to the lawsuit, Rubin's scheme went like this: Stephanie Shon, a 29-year-old former model and current account manager for a legal support services company, would reach out to bikini models and exotic dancers on Instagram and say something to the effect of, "My boss wants to meet you." Shon then allegedly offered the the women $2,000—no strings attached—to fly to New York and meet with Rubin in his Manhattan apartment. If Rubin "liked her," they might take some naughty photos, but nothing too extreme, and he would pay her an additional $3,000. Rubin just liked hanging out with Playboy models, Shon said.

If Shon, a leggy, honey blonde in her photos on social media (she deleted her accounts this morning) couldn't seal the deal, then Jennifer Powers, a former Hawaiian Tropic model who had once dated Rubin and was now in his employ, would follow up with messages assuring them that he was "a great guy," and that the trip "would not be about sex," according to the complaint.

The plaintiffs in this case say that they agreed to meet Rubin at his 57th Street high-rise, in an apartment decorated with photos of Rubin and Playboy Playmates. Before they could meet the retired fund manager, they were told they'd have to sign non-disclosure agreements. And so they did.

When they returned to the apartment after a pleasant if uneventful dinner, a door that had been locked previously was now ajar. The room, later referred to in the complaint as "the dungeon," had white carpet and red walls. The room was filled with ropes and chains, face masks with zippers, metal hooks and various sex toys, and a large x-shaped machine.

According to the women's complaint, what happened in that room over the next hour was non-consensual. They say they were restrained against their will, beaten—with Rubin's fist and various objects—and raped. Rubin then allegedly left, walking to the apartment he shares with his wife, with whom he has three children.

The complaint goes on to tell the story of several more terrifying encounters in Rubin's apartment—some involving the same women from the first incident (it is unclear why they continued to visit Rubin). Allegations against Rubin include that he gagged, punched, and in one instance used a cattle prod to rape the women he hired. During another session, he is accused of beating a woman's breast so badly that her implant "flipped," exposing the closure and requiring reconstructive surgery—which Rubin later allegedly paid, through Powers.

Rubin, Powers, and Shon did not return requests for comment. Reached by email, Rubin's lawyer Yifat Schnur (who is also named as a defendant for allegedly crafting the NDAs and trying to silence the women after the fact) replied with a statement that read in part, "Mr. Rubin denies all of the fabricated allegations made by Plaintiffs. Plaintiffs' complaint is part of an elaborate attempt to extort my client.We have contacted all appropriate law enforcement agencies including the Federal Bureau of Investigation." Schnur further alleged that another individual had been "arrested and charged" in the so-called extortion scheme, but would not elaborate.

The women's lawyer John G. Balestriere, also responded in an email saying his team welcomed the involvement of law enforcement, as his clients "not only have significant civil claims but are victims of crimes."

Further, he wrote, "Schnur's statement that this is extortionist is nonsensical: all defendants' names are now public since we have filed. How can we possibly extort anyone?"

Rubin, a Las Vegas card-counter and Harvard graduate who was featured in Michael Lewis' bestsellers Liar's Poker and The Big Short, was fired as the head mortgage trader at Merrill Lynch in 1987 after his unauthorized trades were blamed at least in part, for the loss of $377 million of the firm's money.

According to the lawsuit, this most recent scheme has "caused many millions of dollars in damages to dozens of women over the years."

This is typical of the tech oligarchs.

# NETFLIX Is A Haven For Rapists And Financial Criminals

By Sara Nathan

A Netflix bigwig has a warrant out for his arrest in the US after being accused of raping his wife multiple times, The Post has learned.

Diego Bunuel, 46, who was head of documentaries for the global streamer and now helms programming at French state broadcaster France Télévisions, allegedly assaulted his wife, writer and socialite Maggie Kim, in the US in 2017, according to court documents.

Bunuel, the French-born grandson of famed filmmaker Luis Bunuel, has been charged with felony rape of Kim, 48, in Massachusetts. The Post has confirmed the warrant for his arrest is still active.

Bunuel's attorneys did not respond to numerous requests for comment on Monday.

Kim, who lives between Los Angeles and France, claims she was left "in actual fear of her life" and struggling to escape as Bunuel allegedly told her he wanted to hurt her, according to court documents.

While Bunuel, who has both US and French citizenship, can now not come back into the US without being arrested, he currently has custody of the couple's two children and is living in France.

Kim claims he will not let her bring the children — who also have dual US and French citizenship — back to the US, according to court papers.

He has yet to return to the United States to face the criminal charges. He has, through his counsel, filed a successful motion to dismiss a pending civil case based on the same alleged conduct.  His motion to dismiss states: "Nothing contained in this motion constitutes … an admission of any liability or wrongdoing on the part of Mr. Bunuel."

There were three alleged rapes by Bunuel, including one on Martha's Vineyard in Massachusetts, according to court documents that are publicly available.

Court papers seen by The Post were filed at Dukes County Superior Court in Massachusetts in the related civil lawsuit last year. They allege: "As a result of the willful and/or malicious conduct of the Defendant, the plaintiff sustained abrasions and contusions to her neck and body.

Diego Bunuel and Maggie Kim were married from 2007 to 2017.Diego Bunuel and Maggie Kim were married from 2007 to 2017.FilmMagic

"In addition, the plaintiff suffered mental and emotional anguish, nervousness, increased heart rhythm, shortness of breath and increased blood pressure, some or all of which are likely to be permanent in nature."

"As a further result of the willful and/or malicious conduct of the Defendant, the Plaintiff has been and will be unable to engage in personal and family, leisure and social activities as she did prior to the incidents, all of which has and will cause her loss," Kim claimed in her complaint.

Bunuel and Kim were married from 2007 until 2017, tying the knot in Costa Rica. They are still not legally divorced.

Bunuel was given custody of the children through the French family court.

In April, a Massachusetts judge dismissed Kim's civil suit and ruled that a French court could oversee the rape case that allegedly happened in Martha's Vineyard.

Kim's attorney, Ryan McGuigan, this week is attempting to overturn this decision in court and told The Post how Kim has given a sworn affidavit to police on Martha's Vineyard, alleging sexual assault by her estranged husband. The Post has not seen her affidavit.

McGuigan told The Post Monday: "It seems that Bunuel is using his arrest warrant as an excuse to prevent Miss Kim from taking her children back to the US, when they are US citizens.

"Even more shocking is that a judge in Massachusetts has dismissed Miss Kim's civil claims of sexual battery that occurred on Martha's Vineyard as the judge ruled he thought that she could bring this claim in France. The court decided that it was more convenient for the case to be brought in a foreign country, where the rape did not actually occur. We disagree."

In July 2017, the court papers filed by Kim allege that Bunuel raped her in the US 10 days after filing for divorce.

McGuigan claimed: "It appears Bunuel committed the sexual assault on Martha's Vineyard after he had surreptitiously filed divorce papers in France."

Kim, who previously shared homes with Bunuel in the French countryside, Paris and also the US, has been splitting her time between LA and France, where she mostly stays so she can see her children.

*"Martha's Vineyard has long been a vacation destination of billionaire playboys, impaired senators and ex-presidents," McGuigan said. "The Public could interpret it to mean that the powerful and the privileged on Martha's Vineyard continue to receive preferential treatment when they abuse the under-privileged. What the Public could interpret from this case is that it is acceptable for someone to come to Martha's Vineyard [to] commit a crime and get away with it."*

Additionally, Three former Netflix software engineers and two associates were charged with insider trading in a multi-million-dollar scheme that used inside information on the streaming giant's subscriber growth, the SEC announced.

According to the complaint, which named Sung Mo "Jay" Jun at the center of the scheme, the alleged perpetrators made over $3 million in profits by sharing confidential information through encrypted messaging applications between 2016 and 2019. The group allegedly traded ahead of 13 earnings announcements.

Between July 2016 and April 2017, Sung Mo Jun allegedly tipped the information to his brother, Joon Mo Jun, and his close friend, Junwoo Chon. They made trades prior to Netflix earnings announcements and Chon allegedly paid Sung Mo Jun $60,000 from the profits.

After leaving the company in 2017, Song Mo Jun continued to obtain information from insider Ayden Lee. Another Netflix engineer, Jae Hyeon Bae, allegedly tipped Joon Jun off ahead of Netflix's July 2019 earnings announcement.

A lawyer for a former Netflix executive indicted in federal court in San Jose on charges of taking an alleged $690,000 in kickbacks said today his client "vigorously disputes the allegations of the indictment."

Michael Kail "looks forward to vindication at trial where these allegations will be proven untrue," said defense attorney Joseph Ainley.

Kail, 49, of Los Gatos, was vice president in charge of internet technology at the Los Gatos-based video streaming company from 2011 to 2014. His position gave him the authority to enter into contracts with outside technology companies providing services to Netflix.

He was indicted by a federal grand jury in San Jose on April 26 on 29 counts of fraud and money laundering in connection with his alleged receipt of kickbacks in cash and stock options from nine technology companies that had contracts with Netflix.

The indictment was issued under seal and was unsealed after Kail was arraigned before a federal magistrate in San Jose Tuesday and pleaded not guilty to the charges.

U.S. Magistrate Nathanael Cousins allowed Kail to remain free on a $200,000 property bond while awaiting trial.

Kail's next court appearance is a status conference on July 10 before U.S. District Judge Beth Labson Freeman, the trial judge assigned to the case.

The indictment alleges Kail's total gain from the kickbacks was $690,000.

The charges include 19 counts of wire fraud for documents sent electronically to and from the outside companies in 2013 and 2014, three counts of mail fraud for documents sent by postal mail and Federal Express, and seven counts of money laundering of alleged profits.

The fraud counts each carry a maximum sentence of 20 years in prison and the money laundering counts 10 years, if Kail is convicted.

He could also be fined twice the amount of his gross gain from fraud.

The indictment additionally seeks forfeiture of any property Kail bought with the alleged proceeds, including his Los Gatos house.

The Los Gatos house served as the address of a one-person consulting company Kail set up called Unix Mercenary LLC. The indictment alleges Kail created the company for the purpose of having the kickbacks sent to its bank account. He allegedly then transferred the payments to his personal accounts.

Ainley said in his statement, "As a known technology leader in Silicon Valley, Mr. Kail frequently advises cutting edge startups on next generation technology.

"This indictment is unfounded and takes direct aim at the spirit of innovation and entrepreneurship that makes the valley such a vital part of the economy," Ainley said.

After leaving Netflix in August 2014, Kail went to work for Sunnyvale-based Yahoo as chief information officer. He left that job the following May in the wake of a civil lawsuit filed against him by Netflix in Santa Clara County Superior Court in November 2014.

Netflix's lawsuit included claims of fraud, unjust enrichment, fraudulent concealment and breach of fiduciary duty. It alleged that Kail fraudulently took so-called "commissions" of 12 to 15 percent on the contracts he approved. The lawsuit was settled on a confidential basis in 2015.

Netflix supports sex perverts and screwed up Frat Boy debauchery in a huge way.

# Hundreds Of Disney Staff Arrested For Underage Sex Schemes

- Disney And Silicon Valley Big Tech media companies work hand-in-hand

- Disney employees charged with trying to lure children for sex

Courtesy: Seminole County Sheriff's Office

According to the U.S. Attorney's Office, 40-year-old Frederick M. Pohl, Jr. was charged with transferring obscene materials to a minor and attempting to entice a minor.

Investigators say Pohl engaged in a series of online chat communications to arrange a sexual encounter with an 8-year-old girl.

Officials said Pohl believed he was chatting with a child and her father, but he was actually speaking to an undercover federal agent.

Detectives said Pohl sent explicit photos of himself and arranged to meet with the "child" at an Orlando hotel.

When Pohl arrived at the hotel, he was arrested.

Investigators said Pohl was in possession of condoms and a child-sized pink dress at the time of his arrest.

According to WESH, a public information officer for the Middle District of Florida confirmed that Pohl was employed at Disney's Magic Kingdom.

Pohl faces life in prison if convicted.

**Disney** World Employee Arrested Sexual Abuse 8-Year-Old

☐ https://www.refinery29.com/en-us/2019/05/233696/disney-world-employee-arrested-8-year-old-girl-sexual-abuse

A Walt **Disney** World employee named Frederick Pohl, Jr. was arrested for attempting to sexually abuse an 8-year-old girl in Orlando, FL.

**Disney Channel Actor Arrested for Allegedly Having Sex With ...**

https://thehollywoodunlocked.com/disney-channel-actor-arrested-for-allegedly-having-sex-with-13-year-old/

**Disney** Channel Actor Arrested for Allegedly Having **Sex** With 13-Year-Old RELATED: **Disney** Releases The First Trailer For Their Live Action Kim Possible Film An actor who plays the part of a grandfather on a **Disney** Channel show has been arrested for trying to allegedly have **sex** with a young girl.

**Disney World worker, 40, 'tried to lure girl, 8, to hotel for ...**

https://www.thesun.co.uk/news/9143166/disney-world-worker-arrest-orlando-sex-girl/

A **DISNEY** World worker has been arrested after trying to lure an eight-year-old girl to a hotel for **sex**, prosecutors say. Frederick M. Pohl Jr., 40, was caught by cops after turning up to the hotel ...

35 **Disney** Employees Arrested On Child **Sex** Charges In Less ...

https://www.huffpost.com/entry/disney-employees-child-sex-charges_n_5587395

At least 35 **Disney** employees in and around Florida have been arrested and accused of **sex** crimes involving children since 2006, CNN reports as part of a six-month investigation. So far, 32 of those cases have resulted in convictions. "Wherever you find children, you'll find sexual predators that want ...

**Disney employee arrested after allegedly trying to lure 8 ...**

https://www.nydailynews.com/news/national/ny-disney-employee-arrested-allegedly-lured-girl-for-sex-20190523-xsgzg2hajbhh5lgs7j37lcvmym-story.html

A Walt **Disney** World employee was arrested after he tried to lure an 8-year-old girl to a hotel in Orlando for **sex**, officials said Thursday. Frederick M. Pohl Jr., 40, was charged with transferring ...

**Disney Resort Staff Among Florida Alleged Child Sex Predators ...**

https://www.newsweek.com/disney-workers-child-sex-police-florida-1161533

A cook at a hotel on the Walt **Disney** World Resort and a food runner at one of the restaurants on site are among 13 people arrested by undercover police in Florida in a child **sex** predator sting.

**Disney employee accused of trying to arrange sex with 8-year ...**

https://www.wtsp.com/article/news/crime/florida-theme-park-employee-accused-of-trying-to-arrange-sex-with-8-year-old/67-9184c2ad-dc94-418d-8034-7a5159299ed9

**Disney** World employee accused of trying to arrange **sex** with 8-year-old ... — The U.S. Attorney's Office for the Middle District of Florida announced the **arrest** of a 40-year-old Clermont man ...

**Disney Sex Arrests**: 35 Florida Employees Snared in ... - Newsmax

https://www.newsmax.com/TheWire/disney-sex-arrests-employees/2014/07/16/id/582961/

**Disney** issued a statement on the **sex** sting **arrests** to CNN this week. "Providing a safe environment for children and families is a responsibility we take very seriously. We have extensive measures in place, including pre-employment and ongoing criminal background checks and computer monitoring and firewalls," a spokeswoman said.

Theme park workers arrested in Florida **sex** sting - CNN

https://www.cnn.com/2016/04/05/us/florida-sex-sting/index.html

Apr 05, 2016 · Two theme park employees were among 18 men charged in a **sex** sting dubbed "Operation April's Fools," Polk County, Florida, Sheriff Grady Judd said Tuesday.

**Another Veteran Disney Executive Arrested On Child Sex Abuse Charges**

In the latest case of Hollywood's spiralling sexual abuse scandal, Variety reports that a veteran 58-year-old Disney executive has been charged with three felony counts of child sexual abuse. Jon Heely, the longtime director of music publishing at Disney, was arrested nearly a month ago and charged with three counts of lewd and lascivious acts on a child. One of the reported victims was 15. The other was abused for four years starting at the age of 11, according to the charges.

His attorney Robert Helfend said Heely "vehemently denies these allegations."

Heely, who oversees the licensing of music from Disney films, pleaded not guilty on Thursday. If convicted, he faces up to nine years and three months in prison according to The Daily News.

Oddly, the House of Mouse waited until yesterday to suspend the alleged pedophile. A spokesperson claimed the company had only just learned of Heely's arrest:

  "Immediately upon learning of this situation tonight, he has been suspended without pay until the matter is resolved by the courts."

Heely's attorney, Robert Helfend, denied the charges: "He vehemently denies these allegations and we will be fighting until the end to clear his name," Helfend said. "It's a shame, that's all I've got to say."

Heely has been with Disney since 1981. He oversees licensing of the company's massive catalogue of film music. He also produced a series of Disney concerts around the world, including "Fantasia Live in Concert," that feature orchestral performances and film clips.

The punchline: Heely's Twitter bio reads, "Disney Concerts and living to glorify God in all things."

# Elon Musk Gives Sex A Bad Name

Elon Musk is a Silicon Valley icon and his most famous girlfriend actively promotes free anal sex. Musk is notoriously involved in sex parties, endless marital issues and other perversions. Musk's father got his sister pregnant and seems to revel in sex misadventures. Many have seen this article:

http://www.latimes.com/business/hollywood/la-fi-ct-claflin-goddard-singer-20180511-story.html

That is only the tip of the iceberg. This group of elites have a far dirtier reality than any might suspect. Elon Musk is a glorified member of this group that exemplifies a sick perverted lifestyle.

Musk's love for the Hollywood lifestyle might be a negative, per this video:
https://vimeo.com/142444429

Musk's mother promotes herself simply based on her appearance. First, let's look at the message Musk girl Paltrow wants to push:

Gwyneth **Paltrow** publishes a VERY intimate guide to **anal sex**

'If **anal** turns you on, you are not alone': Gwyneth **Paltrow** publishes a VERY intimate guide to the **sex** act on Goop, insisting it is 'practically standard in the modern bedroom repertoire'

dailymail.co.uk/femail/article-4343520/Gwyneth-Paltrow-s-...

Gwyneth **Paltrow** publishes guide to **anal sex** on Goop website

Gwyneth **Paltrow** publishes guide to **anal sex** on Goop website: 'If **anal** turns you on, you are not alone'

nydailynews.com/entertainment/gossip/gwyneth-paltrow-publ...

Gwyneth **Paltrow** Publishes Guide to **Anal Sex** on ... - PEOPLE.com

Gwyneth **Paltrow** shares her expertise on all things lifestyle, health and beauty on her goop site — and now that apparently includes **anal sex**. On Thursday, goop released its second annual **Sex**Issue featuring content on a number of **sex**-related topics — including a very explicit Q&A about **anal** ...

people.com/bodies/gwyneth-paltrow-anal-sex-guide/

Gwyneth **Paltrow** offers advice on **ANAL sex** in her lifestyle ...

12

Page 13       EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Gwyneth **Paltrow** offers advice on **ANAL sex** in her lifestyle blog Goop's **sex** issue. Actress advises readers on how to have "good casual **sex**"

https://www.mirror.co.uk/3am/celebrity-news/gwyneth-paltrow-offers...

Gwyneth **Paltrow** Just Gave 3 Incredibly Great Tips For **Anal** ...

Gwyneth **Paltrow** published Goop's annual **Sex** Issue yesterday, and it features an in-depth Q&A about all things **anal sex**. Here's what we learned.

https://www.menshealth.com/sex-women/gwyneth-paltrow-anal-sex-tips

Gwyneth **Paltrow** Wants You To Do **ANAL**!!! | PerezHilton.com

Gwyneth **Paltrow** Wants You To Do **ANAL**!!! ... its most eyebrow-raising article is about the dos and don'ts of **anal sex**! Related: Gwyneth **Paltrow** Will NEVER ...

perezhilton.com/2017-03-23-gwyneth-paltrow-goop-anal-sex

Gwyneth **Paltrow** Goop **Anal Sex** Guide - Cosmopolitan.com

This new trend is all the rage. Gwyneth **Paltrow** Has Apparently Just Discovered **Anal Sex**, Guys. This new trend is all the rage.

cosmopolitan.com/sex-love/a9178378/gwyneth-paltrow-goop-an...

Gwyneth answers all your burning questions about **anal sex** ...

Gwyneth **Paltrow** is a backdoor connoisseur.. In honor of her website Goop's second annual **Sex**Issue, the actress, 44, posted a Q&A about **anal sex** with research psychoanalyst and author Paul Joannides, Psy.D., to answer all of her readers' most pressing questions.

https://pagesix.com/2017/03/24/gwyneth-answers-all-your-burni...

Gwyneth **Paltrow** Is Here To Teach You About **Anal Sex**

Gwyneth **Paltrow's** lifestyle brand ... Savend this month that choice is **anal sex**. Yes,
Gwyneth **Paltrow's** website is ready to teach you the ins and outs of ...

https://www.yahoo.com/lifestyle/gwyneth-paltrow-teach-anal-sex-...

Gwyneth **Paltrow** encourages **anal sex** in X-RATED blog post ...

GWYNETH **PALTROW** has published a frank Q&A with psychoanalyst and author Paul Joannides on how to have great **anal sex**.

https://www.express.co.uk/celebrity-news/783308/Gwyneth-Paltrow-ana...

PEOPLE Readers React to Gwyneth **Paltrow's Anal Sex** Guide ...

13

Page 14      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

On Thursday, PEOPLE published a piece covering Gwyneth **Paltrow's** site goop's explicit Q&A about **anal sex** with psychoanalyst and author Paul Joannides. While the piece aimed to squash the stigma around the sexual act, some PEOPLE readers weren't quite ready to be enlightened. Many took to the ...

people.com/celebrity/people-readers-react-to-gwyneth...

Here Are 5 Things We Learned From Gwyneth **Paltrow's** Guide to ...

Here Are 5 Things We Learned From Gwyneth **Paltrow's** Guide to **Anal Sex**. ... The interview also addresses health issues surrounding **anal sex** in some detail and ...

https://www.maxim.com/women/gwyneth-paltrow-guide-to-anal-2017-3

Gwyneth **Paltrow's** website Goop publishes advice on **anal sex**

Gwyneth **Paltrow's** website Goop publishes advice on **anal sex** "If **anal** turns you on, you are definitely not alone."

digitalspy.com/showbiz/news/a824383/gwyneth-paltrow-goop...

Gwyneth **Paltrow** tackles **anal sex** in website guide | Toronto Sun

Gwyneth **Paltrow** has tested fans with a new study on **anal sex** in her latest Goop website post.The actress and contributors to her online lifestyle hub have often been criticised for testing the bounds of decency and offering up bizarre beauty and wellbeing techniques, and now **Paltrow** has raised eyebr...

torontosun.com/2017/03/24/gwyneth-paltrow-tackles-anal-s...

Gwyneth **Paltrow** Wants to Improve Your **Sex** Life With 9 Goop ...

Gwyneth **Paltrow** Wants to Improve Your **Sex** Life With 9 Goop-Approved Tips About Orgasms, **Anal** and More

eonline.com/news/838301/gwyneth-paltrow-wants-to-impr...

Actriz habla del sexo **anal** | People en Español

La actriz Gwyneth **Paltrow** escribió sobre el sexo **anal** en su blog

peopleenespanol.com/celebridades/gwyneth-paltrow-habla-del-se...

Gwyneth: 'Men's Insecurity Depends On How Many Blowjobs You ...

"Haha! And then I said, 'Well, you're going to be insecure for a while because that's not where that thing goes!' He had **sex** with mostly groupies after that. It

thesuperficial.com/gwyneth-paltrow-brad-pitt-jay-z-beyonce-b...

Gwyneth **Paltrow** Talks Oral **Sex**, Brad Pitt & Ben Affleck—Read ...

Page 15        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Gwyneth **Paltrow** says the darndest things.. The Mortdecai actress stopped by Howard Stern's SiriusXM radio show this morning and let loose about a variety of topics like Brad Pitt, Ben Affleck, strippers and, um, oral **sex**.

eonline.com/news/614697/gwyneth-paltrow-talks-oral-se...

Gwyneth **Paltrow** Wants To Be Your **Anal Sex** Guide

Gwyneth **Paltrow** wants you to know how to do **anal sex**.

idly.craveonline.com/2017/03/gwyneth-paltrow-wants-anal-sex-gu...

Gwyneth **Paltrow** offers advice on **ANAL sex** in her lifestyle ...

Gwyneth **Paltrow** offers advice on **ANAL sex** in her lifestyle blog Goop's **sex** issue. Actress advises readers on how to have "good casual **sex**"

https://www.irishmirror.ie/showbiz/celebrity-news/gwyneth-paltrow-of...

Gwyneth **Paltrow** Goop **Anal Sex** Guide - cosmopolitan.com

This new trend is all the rage. Gwyneth **Paltrow** Has Apparently Just Discovered **Anal Sex**, Guys. This new trend is all the rage.

https://www.cosmopolitan.com/sex-love/a9178378/gwyneth-paltrow-goop-an...

Gwyneth **Paltrow** imparts **anal sex** tips - Harper's BAZAAR

Gwyneth **Paltrow** has imparted her unsolicited advice on many things - vagina steaming to ex-purging bra burning - and now she's decided to tell us what she's learned about **anal sex**.

https://www.harpersbazaar.com/uk/beauty/fitness-wellbeing/news/a40605/g...

Gwyneth **Paltrow's** website has published a guide to **anal sex** ...

Gwyneth **Paltrow** has published a guide to **anal sex**.

https://metro.co.uk/2017/03/24/gwyneth-paltrow-has-published-...

Gwyneth **Paltrow** Won't Stop Gooping About Weird, *Unusual* **Sex** ...

Gwyneth **Paltrow's** latest dive into absurdity is a new story on Goop titled, "Reality Check: **AnalSex**." Oh boy. Thank you , Gwyneth. In between vaginal steams, cupping, and sucking down gallons of goat's milk, the actress posts an interview with psychoanalyst Paul Joannides, PsyD, on everything, yes everything, (straight) couples need to ...

bravotv.com/blogs/gwyneth-paltrow-on-gross-unusual-sex

Page 16          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Gwyneth **Paltrow** wants to give you a 'reality check' about ...

It's been at least a week since Gwyneth **Paltrow** said something sensational, so you could say this was in the pipeline, so to speak.. The Oscar winner has taken to her lifestyle website Goop to announce that we all need a 'reality check' when it comes to **anal sex**.

https://www.her.ie/health/gwyneth-paltrow-wants-give-reality...

Gwyneth **Paltrow's** Goop proves there's no such thing as ...

Gwyneth **Paltrow's** website Goop really is the gift that keeps on giving.
Gwyneth **Paltrow**' s ... **Analsex** was the Cote de Boeuf of the sexual menu.

https://www.telegraph.co.uk/women/sex/gwyneth-paltrows-goop-proves-no...

Gwyneth **Paltrow** Publishes A Guide To **Anal Sex** On Goop Website ...

Gwyneth **Paltrow** published a guide to **anal sex** on the Goop Website. PEOPLE's Facebook page is exploding with comments about it! Subscribe to People http://...

https://www.youtube.com/watch?v=-DAlvHjmj68

Gwyneth **Paltrow** publishes **anal sex** guide - Yahoo News

American beauty Gwyneth **Paltrow** has raised eyebrows by publishing a Q&A guide on how to enjoy safe **anal sex** on her lifestyle website Goop. The site released its second annual **Sex** Issue on Thursday and it includes an in-depth (there it is) interview with psychoanalyst Paul Joannides on the subject of

https://uk.news.yahoo.com/gwyneth-paltrow-publishes-anal-sex-guide-...

More results

16

# Sex Cult Exposed

- 'sexual servitude' at San Francisco-based 'orgasmic meditation' company

- NXIUM, One Taste, Emo, The Woodside Club: why do the lefists get into such kink?

- Undercover camera's in San Rafael, California at 4th street "dance/yoga" building and Mill Valley city building catch sex-for-sale escorts and kink

- They use "meet-up" (the DNC's networking site) to hunt for victims to seduce

- One Taste's "hot little red head" turns out to be the top escort in Marin county


By Michelle Robertson,

Former employees of OneTaste say the San Francisco-based wellness company encouraged them to spend thousands of dollars on orgasmic meditation classes and, in some cases, engage in sexual servitude, according to a report.

Bloomberg Businessweek interviewed 16 former OneTaste employees, some of whom compared it to "a kind of prostitution ring" that sometimes used its teachings to justify sexual exploitation and abuse. Some said they were coerced into sexual acts they did not want to perform. The report says OneTaste settled out of court with a former employee who filed a lawsuit over alleged sexual assault and harassment in 2015.

READ ALSO: A night out at OneTaste's Museum of Awkward

Michal, another former employee, said she and her husband left the organization with $20,000 in debt, having spent $150,000 combined on OneTaste's costly classes and retreats, which range in price from a $199 introduction course to $16,000 "intensives." Multiple interviewees said staffers encouraged them to open additional credit cards to cover the cost, and they acquired serious debt in the process.

Dr. Danielle Roberts is based out of New York where the alleged cult operated, but she holds a Wisconsin medical license and traveled to the Badger State to treat patients. According to a federal indictment, the accused ringleader of the group, Keith Ranier, founded a company -- NXIVM -- in which women were recruited, branded with his initials and used for sex.

Media: WISN

On its website, OneTaste touts itself as a lifestyle brand intended to increase "health, happiness and connection through proven methods combining meditation and conscious sexuality."

Those methods include "orgasmic meditation," or OM (pronounced ohm) for short. OM is a trademarked practice that typically involves a clothed and gloved man stroking the genitalia of a

woman, who is naked from the waist down, for 15 minutes. There is no goal "other than to feel the sensation," the OneTaste website says. A container on the site describes the organization as a "consciousness-based clit stroking community."

OneTaste denied allegations of sexual coercion and abuse in an email to SFGATE on Monday. The company said the Bloomberg story paints the company in a "false light, hand-picking the sensational allegations of a few while ignoring thousands of satisfied and happy customers," a spokesperson said.

"Moreover, all of the allegations are more than two years old from before OneTaste transformed, under new ownership and leadership, into a traditional company with strong corporate governance, clear-cut sales policies and practices, and strict HR policies."

Bloomberg Businessweek said some of the employees interviewed were involved with OneTaste "as recently as last year."

FROM THE ARCHIVE: Nicole Daedone's mission of orgasmic meditation

The OneTaste spokesperson said it is against sales policy to "pressure" potential customers to take out multiple credit cards, and those who ask for a refund typically receive one.

Since its founding by Robert Kandell and Nicole Daedone in the early-2000s, OneTaste and its clitoris-centric wellness practices have appeared in the pages of The San Francisco Chronicle and the New York Times.

In its 2009 profile, the Times cited former members saying Daedone, the former CEO of OneTaste, possessed "cultlike powers over her followers" and "sometimes strongly suggested who should pair off with whom romantically." Daedone, who previously ran San Francisco's 111 Minna art gallery, stepped down as CEO in 2017, a departure that coincided with the purchase of the company by new owners, the OneTaste spokesperson said. Daedone taught four courses in 2018, but is not scheduled to teach additional classes at this time.

Over the past decades, the company expanded from its mid-Market San Francisco headquarters — next door to Uber HQ — to Los Angeles, New York and London. It plans to open in four additional cities over the next two years.

OneTaste is pushing its sexuality wellness education toward the mainstream. Some former members say it pushed them into sexual servitude and five-figure debts.

When Michal got married in August 2015, her family and longtime friends didn't attend. The woman who walked her down the aisle, the dozens of beaming onlookers, her soon-to-be husband—all were people she'd met in the preceding 10 months. Wearing a loose, casual dress borrowed from one of her new friends, Michal spent the ceremony in a daze.

She knew she didn't want to get married like this, in the living room of a rented San Francisco house without her family's support, yet she felt compelled to do it. That uneasy feeling could apply to most of her experiences in OneTaste.

OneTaste is a sexuality-focused wellness education company based in the Bay Area. It's best known for classes on "orgasmic meditation," a trademarked procedure that typically involves a man using a gloved, lubricated fingertip to stroke a woman's clitoris for 15 minutes. For Michal, like those at her wedding, OneTaste was much more than a series of workshops. It was a company that had, in less than a year, gained sway over every aspect of her life.

Since taking her first class, Michal had started working on OneTaste's sales staff and living in a communal house in Brooklyn with her co-workers. Seven days a week, they gathered for multiple rounds of orgasmic meditation, or OM. (They pronounce it "ohm.") They spent hours calling and texting people who'd come to a OneTaste event, trying to sell seats for the next, more expensive classes. The company-hosted evening OM circles in Manhattan sometimes held 30 or more pairs of strokers and strokees in one room, the fully clothed men concentrating on their moving fingertips while the women, naked from the waist down, moaned, wailed, and sighed. Afterward, Michal and her co-workers would run that night's OneTaste event, where they set up chairs, jogged the microphone over to attendees, and chatted up more sales leads. It was exhausting.

Michal had been drawn to OneTaste because she felt unfulfilled sexually and in other parts of her personal life. The group seemed full of glowing, attractive people confident they could feel profound sexual pleasure whenever they wanted. She believed her new life would bring her closer to the center of OneTaste, where those who were experts in OM—especially the company's co-founder, Nicole Daedone—seemed to hold the key to sexual and spiritual enlightenment.

In OneTaste, Michal was constantly surrounded by people who were her colleagues, roommates, sexual partners, and, suddenly, closest friends. She was also $20,000 in debt from buying its classes. She was married during a two-week, $36,000-a-person retreat called the Nicole Daedone Intensive. By the time she and her husband left OneTaste a few months later, they'd spent more than $150,000. "The deeper I went, the more courses I did, the more I worked for them, the closer I got to Nicole—I knew I was doing something that later would be very difficult to unravel," she says. "I knew I was losing control. In OneTaste, I'd done that again and again and again."

Michal's story is far from unique among those who venture deeper into the organization, though it's almost unknown to the outside world. OneTaste pitches itself to the public as a fast-growing company teaching connection and wellness to an increasingly mainstream audience. But many who've become involved in the upper echelons describe an organization that they found ran on predatory sales and pushed members to ignore their financial, emotional, and physical boundaries in ways that left them feeling traumatized. Even given the recent flurry of stories about groups known for fringe sexual activity—Nxivm, whose founder, Keith Raniere, is awaiting trial in New York along with his alleged

deputy, actress Allison Mack; Rajneeshpuram, the community featured in Netflix's Wild Wild Country —OneTaste stands out for its conventional appeal to wellness.

Bloomberg Businessweek interviewed 16 former OneTaste staffers and community members, some involved as recently as last year. Most spoke anonymously because they signed nondisclosure agreements or fear retribution. Some, including Michal, asked to withhold their last names because they don't want to be publicly associated with the company.

Many of the former staffers and community members say OneTaste resembled a kind of prostitution ring—one that exploited trauma victims and others searching for healing. In some members' experiences, the company used flirtation and sex to lure emotionally vulnerable targets. It taught employees to work for free or cheap to show devotion. And managers frequently ordered staffers to have sex or OM with each other or with customers.

OneTaste calls this characterization "outrageous" and says its goal has always been to help victims. It says it never directed employees to engage in sexual acts with anyone, nor did it have the ability to do so, though it paid a six-figure out-of-court settlement in 2015 to a former employee who said she suffered sexual assault and harassment, as well as other labor violations, while on the job. That settlement hasn't been reported until now because it was confidential.

OneTaste says that until 2016 it was more of an edgy lifestyle community that's since become a legitimate business. The company no longer organizes group OMs among students or leases communal homes in its own name. It has added teaching centers in London, New York, and Los Angeles alongside the one that sits across from Uber's headquarters in San Francisco. It says it made $12 million in revenue in 2017 and will expand to Atlanta, Chicago, Minneapolis, and Washington over the next two years.

The company has hired executives and advisers who worked at CrossFit and the juice maker Odwalla, and OM has won endorsements from Khloé Kardashian and Tim Ferriss (The 4-Hour Body). OneTaste's nonprofit arm has commissioned a study on the health benefits of OM and expects to publish findings later this year. "OneTaste is the Whole Foods of sexuality—the organic, good-for-you version," says Chief Executive Officer Joanna Van Vleck, the former head of Trunk Club LLC. "The overarching thing is, orgasm is part of wellness." OneTaste didn't make Daedone available for interviews, nor did she respond to requests for comment.

OneTaste has also begun targeting businesses as customers—not teaching their employees how to stroke one another, but how to apply OM principles such as "feel over formula" and "stay connected no matter what" to running a company. "We're having conversations with companies about #MeToo and how to teach connection as preventive health for companies rather than treating the disease of sexual harassment," says Van Vleck. She says the National Hockey League is among the businesses that have expressed interest, though the NHL says it can't confirm any record of a conversation.

20

A decade's worth of periodic OneTaste press coverage hasn't really gotten past the titillating veneer of OM. Reporters have occasionally used the word "cult" jokingly because of the practice's inherent kookiness and fierce devotees, but Michal and others say OneTaste deserves the term's full weight. "I lost my understanding of money," Michal says. "There was a lot of psychological manipulation. This is an organization that really preys on people's weaknesses."

relates to The Dark Side of the Orgasmic Meditation Company

Daedone has said she developed OM based on a monk's technique. Her 2011 TEDxSF talk has been watched on YouTube almost 1.5 million times.

According to the story she repeats onstage and in YouTube videos, Daedone founded OneTaste in 2004 after she met a monk at a party who showed her a version of the technique she developed into OM. For years her company remained a far-fringe oddity, teaching small classes in San Francisco and running a residential warehouse where dozens of members and residents experimented sexually.

In 2009, though, the New York Times put OneTaste on the front page of its style section, and the brand took off. Daedone, who'd previously run an art gallery, published a book called Slow Sex in 2011, and in 2013 gave a speech at South by Southwest called "Female Orgasm: The Regenerative Human Technology." In a 2011 TEDxSF talk that's been watched almost 1.5 million times on YouTube, she describes an essential hunger for connection that especially plagues Western women, who eat too much, work too much, shop too much, and still feel empty. The fix, Daedone says in the video, is OM. The practice helps men and women "lose that sense of hopelessness that you will ever be reached deep inside."

OM has strict rules, and it's supposed to be separate from sex, meaning it's not foreplay. The pitch to women is 15 minutes of meditative focus only on their pleasure and sensation, with no obligation to reciprocate. Men are told it will help them learn to be more sensitive to women's needs, though former members say it's often strongly implied that fellow OneTaste students will be open to sexual experimentation beyond OM.

Many students' first encounters are casual: They spot a free or almost-free event with a title such as "Tired of Swiping Left? Let's Talk Real Intimacy!" or "You Do Yoga. You Meditate. Now try #OrgasmicMeditation." At that event, OneTaste staffers tell them about the $199 Introduction to OM class. While attendees are no longer invited to try OMing during the intro class, it still features a live OM demonstration between staffers, right before lunch. The way to learn more, the intro students hear, is to take more classes.

Currently, students pay $499 for a weekend course, $4,000 for a retreat, $12,000 for the coaching program, and $16,000 for an "intensive." In 2014, OneTaste started selling a yearlong $60,000 membership, which lets buyers take all the courses they want and sit in the front row. Staff also encourage students to repeat courses, telling them the experience changes as they progress. OneTaste

21

says about 1,400 people have taken its coaching program, 6,500 have come to an intro class, and more than 14,000 have signed up for online courses and its app.

Some students take a course or two and drop off. But often, those with a core yearning—to overcome anxiety or resolve a sexual trauma, for example—are drawn in deeper. Volunteering at events can lead them to work for the company full time, usually in sales. Former staffers say they were trained to target young, beautiful women and awkward, wealthy tech guys. They set up booths at life hacking conferences and early-morning dance parties, serving coffee in shirts with slogans like "The Pussy Knows" and asking passersby, "How's your orgasm?"

At OneTaste events, attendees often played communication games prompting them to share vulnerable stories. Former staffers say they took notes that might help them sell later—maybe a student was recently divorced and lonely—and senior staff assigned subordinates to home in on wealthy students who seemed attracted to them or had experiences in common. They also say female employees were told to wear lipstick, heels, and short black skirts.

OneTaste denies that its policies targeted specific groups and says it only ever required workers to dress "professionally." That said, last month, around the time Bloomberg Businessweek started asking OneTaste about its sales practices, onetime sales chief Rachel Cherwitz resigned. "I've realized not everyone makes decisions as fast as I do. I've realized sometimes I've given my opinion when I should not have," Cherwitz said in a statement forwarded by the company. "For now, I am focused on taking some time to reflect."

Cherwitz was Daedone's top lieutenant for most of the 11 years she spent with the company, according to several former employees. She's in many of OneTaste's public videos, calmly explaining how people who OM daily, like her, can gain confidence, feel energized, and have better sex. Former staff say they were drawn to Cherwitz's intense charisma and terrified of getting on her bad side, especially by not hitting sales goals. Before events, sales staff often watched one of her favorite YouTube videos, a clip of lions hunting in a pack. Some former staffers say they called customers "marks" and referred to themselves as "lions," "tigers," and sometimes "fluffers," a term borrowed from porn sets. "You fluff someone to get them energetically and emotionally hard," one former salesperson says. "You were the dangled bait, like 'You can have more of this if you buy this $10,000 course.' "

Former staffers and members say to make parting with thousands of dollars easier, OneTaste taught members that money is just an emotional obstacle. It encouraged students to take out multiple credit cards to pay for courses, and some turned to such sites as GoFundMe and Prosper Funding for help. "We took money from people that we shouldn't have," acknowledges Van Vleck, the CEO, adding that OneTaste has revised its policies to make sure customers don't feel pressure to take on debt along with their courses. The company denies manipulating students to buy courses.

"The first time I didn't cover my credit card bill, it broke something in my mind," says Ruwan Meepagala, who went to his first OneTaste event in 2012 at age 24, worked for the company for about

two years, and left owing $30,000 on his credit cards. "I was no longer afraid of debt," he says. "Once you break that barrier, $3,000 is the same as $30,000." At one point, Meepagala complained that he and his co-workers hadn't been paid in two months; he says he was publicly shamed for having a "scarcity mindset."

Even though OneTaste's management pushed employees to stop caring about their own money, they used the workers to bring in more of others' cash. And despite the strict rules the company claimed to have separating OM from sex, initiates soon realized the divisions could be porous when money was on the line. Meepagala says managers told him to OM or have sex with older, wealthy women right before Cherwitz or another staffer called to sell them another course. Some members asked others to pay for their courses, often suggesting they'd offer sex or attention in exchange. They even called it hooking, former staff say. "A lot of women would be like, 'I'm going to hook this guy for money,'" Meepagala says. "They would brag about it." The company denies using staff for bait and sex for sales, and says Meepagala now teaches pickup-artistry-esque techniques and isn't a moral authority.

When Laurie, a 53-year-old private nurse in Los Angeles, started taking classes and joining daily OM circles in 2014, she was overwhelmed by the community's affection. Young women treated her like a confidante, and men half her age paid attention to her. She moved into an OM house in Santa Monica and signed up for the coaching program. Her new life felt good for a while, but staffers sometimes turned cold, especially when students hesitated to buy more classes. When frozen out, she grew desperate to regain their affection.

Laurie and other former students say they were taught that once they started down the OneTaste spiritual path, they would feel tortured and lost if they left. She says that kind of peer pressure helped keep her in the coaching program starting in early 2015, even after traumas related to her childhood sexual abuse resurfaced. "I was afraid of losing my soul if I left," she says. "This sounds so dramatic, but in my vulnerable state I believed it. I thought I would be f---ed spiritually." OneTaste denies that it taught anyone they'd suffer if they stopped taking courses and says it hired a trauma adviser in late 2016.

"We took money from people that we shouldn't have"

For some committed OMers, the experience became even more complicated and bizarre. Hamza Tayeb, 33, was part of OneTaste for about a decade. He started working for it to leave behind an uninspiring Bay Area software job, he says. He also felt tied down by his young son, born while he was still in college. Daedone heard Tayeb's story and said the mother's choice to have the child shouldn't dictate his choices. She absolved him of responsibility toward his son, he says: "I thought, I'm not going to hear that from anywhere else." He started teaching courses and eventually married Cherwitz. OneTaste says Daedone never told members to separate from their families.

In 2015, Tayeb took part in a five-day, $6,500-a-head OneTaste event called Magic School, held near Northern California's Mount Shasta. The year before, the final evening featured temporary ceremonial

piercings and performers who danced with snakes draped over their shoulders. This time, Daedone named a handful of men and women, including Tayeb, "priests and priestesses of orgasm." The new clergy, dressed in white, conducted a group OM overseen by Daedone in front of the hundred or so attendees. "It was a religion," a former employee says. "Orgasm was God, and Nicole was like Jesus or Muhammad." OneTaste says the ceremonies were "play" and compared Magic School to Burning Man.

relates to The Dark Side of the Orgasmic Meditation Company

Tayeb, a former OneTaste "priest of orgasm," married the company's onetime head of sales after giving up responsibility for his son.

OneTaste teachings were often used to justify sexual manipulation and abuse, several former members say. "Aversion practice" is the company's teaching that you gain power and expand your orgasm— within the group, a broad term for sexual energy—by performing sexual acts you don't want to do, or doing them with people you find disgusting. Meepagala says Cherwitz once saw him bickering with a co-worker and told them they had to leave work and couldn't come back until they'd slept together. "Sometimes they'd assign someone to be your sex manager for the week," another former employee says. "That person would go on Tinder or ask the community and line up a person for you to sleep with each day, do all the texting, and tell you who to meet when. … The authority figure would say, 'You're f---ed up,' and sex was always the solution."

Although few members say they were forced to do something they explicitly refused, consent in this setting was a gray area. "You're pushed to do it, and cornered," says a former employee. In 2015 the company paid $325,000 to settle a labor dispute with former sales rep Ayries Blanck, according to a person familiar with the matter. Blanck had said Cherwitz and others ordered her to sleep with customers and managers, and two people familiar with the matter say she considered the experience sexual assault. Blanck declined to comment for this story.

OneTaste says the settlement was confidential but that it has never required any employee to engage in a sexual act. Van Vleck says supervisors may have suggested such things to employees in the context of their friendships, but that the company wasn't involved. It referred Bloomberg Businessweek to nine former staff and customers who say the company's courses brought them close relationships and new comfort with their sexuality. "People find OneTaste because they're deeply searching for something," says former membership coordinator Elyna Anderson, "and we often pass over a fair amount of our own judgment and responsibility into the hands of people we hope are going to turn our lives around."

Former staffers say there were multiple cases of domestic violence between employees in relationships, which were sometimes characterized as one partner letting out his or her aggressive desire, or "beast." In one case, an executive repeatedly slapped his girlfriend during a 2014 fight in the company's Market Street headquarters in front of employees, according to one eyewitness. The executive was fired but has since been rehired. OneTaste says the incident was unacceptable, but that it rehired the executive

24

because of a belief in rehabilitation. It says it's unaware of other cases and has never promoted or tolerated violence.

Policy changes since 2016—no more hosting group OM circles, no more student OMing in classes or staff OMing in the office—have lessened OneTaste's liability. While OneTaste says these changes were meant to position it for a more mainstream audience, several former staffers say management was also worried about legal consequences. No leases are officially connected to the company, but staff still live and OM together in private, says Tayeb. All of this is in keeping, he says, with how the changes were framed. "Often it was, 'We all know that this stuff is actually good, but the world isn't going to see it that way,' " he says. " 'So we're going to adapt and comply, but all the while keep the core of what we really want to do sacred and hidden.' "

relates to The Dark Side of the Orgasmic Meditation Company

For years, OneTaste organized group OMs, often in communal houses, but says it no longer does.

At age 28, Michal had been in a few long-term relationships, but she always felt self-conscious about her body and about asking for what she wanted during sex. She'd also never had an orgasm. So even though she thought OM sounded weird, she went to a free OneTaste event one evening in late 2014 to see if it could help. She chatted with staffers who seemed open, ate the right food, and did yoga every day. Unhappy in her job as a teacher's assistant in a Jewish school, she started attending regular OM gatherings in New York and responded to the open flirting from the men she met there. "This thing seemed to offer friends, potential mates," she says. "Also, I was on this whole high where there were so many men interested in me. It was weird to feel that power."

OneTaste quickly swallowed Michal's life. She quit her teaching job, gave her dog to her parents, and moved into a crowded OM house in Brooklyn to sell OneTaste classes. OMing did allow her to reach orgasm, but only rarely. Instead, the draw gradually became more about community and purpose. A few months in, she wanted to sign up for the coaching program but didn't have enough money. When she went to talk to Cherwitz about it, Cherwitz took out her laptop and helped her apply for a new credit card. Michal had never been in debt before. Her parents were worried, but "I was so swept in by that point," she says. "I wouldn't listen to anything that said, 'Wait, take a moment.' "

Life at the OM house was relentlessly scheduled. Every morning at around 7 a.m., staff convened for two rounds of OM, switching partners midway. Then came an AA-inspired "fear inventory," writing out and sharing their worries with a partner. Former staffers say they were encouraged to report to management if they heard others express doubts about OneTaste. They all went to Bikram yoga, cooked, cleaned, then spent several hours making sales calls around a table, tracking their progress with Salesforce.com. After an afternoon round of OM, they left to run the evening's public session.

"I felt so much more confused about sex and the boundaries of my body"

Michal, like many of her co-workers, was classified as an independent contractor, earning commissions on the courses she sold. She says she was lucky to make $200 or $300 a month, which supplemented the $900 monthly stipend she received from a manager's personal account. She says she spent more than 80 hours most weeks working on the group's formal and informal activities. Meepagala says he worked around 100 hours per week, on a schedule similar to Michal's, but was told to log 30, and that his salary as a "part-time" worker was about $15,000 a year. Blanck, in her settled labor dispute, said she was misclassified as an independent contractor because OneTaste dictated what she was doing most hours of the day. She'd also said she was paid less than minimum wage and was owed overtime.

Workers exhausted by the long hours were told they should OM more, that orgasm is an endless energy resource. Some former staffers say frequent OM sessions left them in a constant state of emotional and physical rawness that, combined with a lack of sleep, blurred their ability to think.

During morning check-ins, Michal and her co-workers chirped about feeling "turned on." If they didn't, Cherwitz or someone else would drill down on why they weren't feeling excited to sell. Someone who wasn't hitting sales goals chanced being deemed "tumesced" or "off the rails"—in need of OM or sex. Staffers were rarely alone even at night, because they typically slept two to a bed. Their phones would buzz with 100 texts an hour from OneTaste group chats.

"Like many startups, employees worked long and varied hours at times," OneTaste said in a statement. The company says workers' lifestyle choices were optional, that fear inventory was confidential and wasn't used to harm people, and that in 2016 it started using time sheet service TSheets to track and pay work hours, including overtime. It says it pays workers properly.

As Michal picked up more internal jargon, it began to make sense why OneTaste called outsiders "asleep," "Muggles," or "in the Matrix." The stranger the experience became, the more thrilling it felt, like she was gaining access to something the rest of the world couldn't see.

At the end of a whirlwind week of ritual at the Magic School where Tayeb was initiated, Michal says, a OneTaste executive took her by the hand and led her to a sales table to talk about putting down a $12,000 deposit for the upcoming Nicole Daedone Intensive. She didn't have the money, so a senior staffer suggested she ask another OneTaste member, a man who worked in tech and had paid part of her Magic School tuition. "I remember in those moments, you have this exhilarating feeling," she says. "You want to do [the intensive], because the people who do it are much better off than those who don't. You also know Rachel would love you more and think better of you."

Michal and her parents began to argue more about OneTaste, especially when she told them she'd be marrying a fellow member—the one who'd been helping pay for her classes. Around the same time, Michal's OneTaste life started to break down. Her closest co-worker left the company, and Michal began to think of leaving as the right, albeit terrifying, move. She regularly woke up screaming from nightmares.

Eventually, Michal persuaded her husband to leave OneTaste with her in September 2015, shortly after their wedding. Under the stress of adjusting to life outside, they divorced soon after. She moved in with her parents in New York, depressed and occasionally suicidal. "I thought, Why do I want to kill myself? I can't control my emotions," she says. "I thought I was cursed."

his image can only be used with attached article for period of 90 days from publication

Laurie says she risked feeling " f---ed spiritually" to leave OneTaste and spent months on disability afterward.

On top of everything else, fleeing OneTaste can be brutally lonely. Laurie, the nurse, spent months on disability after leaving and moved to Boulder, Colo. She's in the process of divorcing a man she met and married in OneTaste. Tayeb divorced Cherwitz after he left and is trying to rebuild his relationship with his son, who's now 13. "There's just a lot of confusion and pain and anger," he says. "I leveraged myself financially, emotionally. I was married. I was all into this thing. When it doesn't work out, it's devastating."

Like other apostates, Tayeb is conflicted about his years in OneTaste, which he says taught him practical leadership skills and exposed him to useful spiritual teachings. Even OneTaste's harshest critics often say OM can help people. But Tayeb also says the company exercises "undue influence" over those inside, and he regrets that he saw it happen for years and never said anything. The threat of spiritual ruin is too powerful and is wielded without a moral compass, he says.

OneTaste says the company has changed, especially since Daedone stepped down as CEO last year to work on her next book and teach the occasional class. (She also sold her stake in the company to a trio of OneTaste members.) Van Vleck says OneTaste isn't a cult, but that it's common for people to use the term when something "changes their internal perspective."

The newish CEO is betting that the study OneTaste has funded on the health benefits of OM, which has taken brain-activity readings from 130 pairs of strokers and strokees, will draw fresh crowds. Led by researchers from the University of Pittsburgh, the study is expected to yield the first of multiple papers later this year. "The science that's coming out to back what this is and what the benefits are is going to be huge in terms of scaling," Van Vleck says.

For more than two years after leaving OneTaste, Michal continued to struggle with her relationship to sex. Daedone and her disciples had prescribed sex with as many people as possible as a way to achieve enlightenment, according to several former staffers. "You don't realize until after what a damaging idea that is. I feel really disgusted that I put myself through that," Michal says. By the end, "I felt so much more confused about sex and the boundaries of my body, even though that's what they say it helps you cultivate." She hasn't OMed since leaving OneTaste, and she says she never will.

# A Multimillion-Dollar Startup

...hid A Sexual Harassment Incident By Its CEO — Then A Community of Outsiders Dragged It Into the Light

In October 2017, the employees of DataCamp, an online data science learning platform, flew to Ponta Delgada, Portugal, for a weeklong company offsite. The charming European city in the Azores Islands was an ideal location for the DataCamp staff to strategize by day and drink, dance, and unwind at night.

You may not have heard of it, but DataCamp is not just another anonymous tech startup. It's a kind of paid, specialized Coursera for data scientists with 3.9 million users in over 190 countries, and a flashy roster of business customers that includes the likes of Uber, Whole Foods, eBay, and Harvard University.

One evening that week at an after-hours bar with a live band playing, DataCamp CEO Jonathan Cornelissen groped 27-year-old Kara Woo, a DataCamp curriculum lead. According to Woo, as other DataCamp employees milled about, a drunken Cornelissen pressed his crotch into Woo's behind, fondling her hips and thighs. Woo says she extracted herself quickly and danced off in another direction. But Cornelissen followed her — and he kept putting his hands on her body.

"I felt humiliated in the moment — or moments, since it happened multiple times that night," Woo told BuzzFeed News. "And the feeling of humiliation really lingered. I kept thinking about whether I should quit."

Three months later she did, reporting the Ponta Delgada incident to DataCamp as part of her departure. And then: nothing. The company did not make a statement, issue an apology, or say there would be consequences for Cornelissen. Woo's story simply disappeared — for a time.

"The feeling of humiliation really lingered. I kept thinking about whether I should quit."

In early April 2019, it resurfaced with an updated narrative — one that included details of DataCamp's efforts to minimize and cover up Cornelissen's behavior, and a data science community appalled by them. Only then, more than a year later, were there consequences — but they still left many frustrated and unsatisfied.

Woo's story and its overlong path to a resolution is, in many ways, a telling example of the entrenched problems of the tech industry when it comes to mishandling sexual misconduct. It is further evidence that for many companies, the perception of accountability is more important than accountability itself, and it suggests that perhaps Silicon Valley's #MeToo moment wasn't one of momentous cultural change, but of the crisis PR infrastructure on which it's built working as it always has. As BuzzFeed

News recently reported, there have been few consequences for the Silicon Valley men who were accused of or admitted to sexual misconduct.

So after #MeToo, what now? And then, what next? The data science community may have an answer.

After the Ponta Delgada offsite, Woo returned to Seattle where she worked remotely for DataCamp. She told her partner what Cornelissen had done to her. (In an interview, her partner confirmed that Woo told him about the incident.) Then Woo did her best to put it behind her. "My plan was to try to just do my work," Woo said. "But I kept asking myself: 'Why am I dealing with this job to make money for a CEO who treated me this way?' I hoped that I could put it behind me… but that turned out to be impossible."

In January 2018, Woo decided to resign her position and report Cornelissen's misconduct, but she fretted about how best to do it. Though DataCamp was 5 years old, it had no HR department.

"I was worried it would not be taken seriously, because of the usual victim-blaming stuff," she said. "We were drinking, we were dancing — he put his hands on me, but it wasn't anything incredibly violent."

Woo called her boss to resign, and as she explained her reasons for doing so she described her experience with Cornelissen.

"I was worried it would not be taken seriously, because of the usual victim-blaming stuff."

Her boss, Woo told BuzzFeed News, said he was sad to hear about the harassment. "His response was that he was very sorry to hear it, and he also said something like, 'I can't speak for Jonathan, but I've known him for a long time. I know him to be an ethical person,'" she said. According to Woo, her boss explained that he really didn't "think [Jonathan] meant anything by it," and "maybe there are some cultural differences at play here" (Cornelissen is Belgian).

Kara's former boss did not respond to multiple requests for comment. A DataCamp spokesperson said the company does not accept cultural differences as an excuse for inappropriate behavior, and that when Woo's manager was notified, he immediately reported it.

Jonathan Cornelissen

DataCamp / Facebook / Via Facebook: 726282547396228

Later that day, Cornelissen, who'd not had a meaningful conversation with Woo after the Ponta Delgada incident, sent her a Slack message saying he wanted to apologize. Contemporaneous notes that she took at the time, read by Woo over the phone, back this up. "He said he didn't remember that evening; if he did, he would have wanted to apologize sooner," Woo explained. "And he asked if I wanted to have a call to discuss it."

Woo demurred, but a few days later, she agreed to have a conversation with Cornelissen over a video call. "He apologized again for what happened. He asked me about my experience and what I

remembered," Woo said. Then he asked her what she thought the company should do in response, and whether she thought he should resign.

"I said it wasn't necessarily called for at the time," Woo said. But she was discomfited by the question.

The conversation ended without any specific resolution. Cornelissen told Woo that he wanted to make a formal statement to the whole company. She told him she thought it was a good move. But Cornelissen did not follow through at the time. He declined to speak to BuzzFeed News' questions, referring us to DataCamp. The company said, through a spokesperson it decided against making an internal announcement because of privacy concerns.

"We are taking significant and appropriate actions to make things right, and we will continue to work to demonstrate our commitment to rebuilding trust and to treating all members of our community with dignity and respect," a company spokesperson said in a statement responding to a detailed list of questions from BuzzFeed News. "As a company, we are committed to the process we outlined in our prior statement. The way the incident is described today presents new information to us and contains differences relative to the findings of the original 2018 investigation."

"We take these differences very seriously and expect Anurima Bhargava [the company's third-party reviewer] to take this new information into consideration as part of her investigation."

Shortly before Woo's last day at DataCamp in February 2018, Cornelissen told her the company intended to hire an investigator to look into what had happened during the company off-site the previous fall. That person turned out to be Jeff Fagnan, founder of the early-stage venture firm Accomplice. In a company blog post that appeared suddenly in April 2019, in which DataCamp gave the first public acknowledgment of harassment at the company, Fagnan was described as a "third party not involved in DataCamp's day-to-day business." He was unnamed in the post.

But Fagnan wasn't a neutral third party. He was an early investor in DataCamp's business. In July 2015, his VC firm Accomplice invested $1 million in the company; it added another million-dollar investment in February 2016. As recently as December 2018, Accomplice joined yet another round of investment led by another equity firm, totaling $25 million. Though the financial terms of the deal were not disclosed, this latest round brought the company's valuation to $184 million. In total, throughout its history, DataCamp has raised over $30 million.

Fagnan disagreed that he was not neutral, arguing that investors aren't involved in the everyday business of a company. "We invest and provide high-level guidance; they [the DataCamp executive team] run the company," Fagnan said in an emailed response.

Asked what qualifications he had to investigate a sexual harassment incident at the company, Fagnan responded, "I am not an expert, but I do have experience with lots of early-stage companies with a variety of people issues, including sexual harassment. It wasn't clear that the company was going to do

a third-party investigation, so I volunteered." (A company spokesperson pointed to its April statement that said an additional independent third party review would be conducted.)

"It wasn't clear that the company was going to do a third-party investigation, so I volunteered."

At the investigation's conclusion, DataCamp's April post said the company "immediately took a number of corrective actions," including, for the executive, "extensive sensitivity training, personal coaching, and a strong warning that the company will not tolerate any such behavior in the future." It noted, too, that DataCamp had hired a chief people officer, updated its anti-harassment policy and that, after the incident, all employees of DataCamp would be required to have sexual harassment training.

Some of this was in line with what Fagnan had described to Woo in a March 2018 email, sent a month after she'd left DataCamp. But while the blog post mentioned the career coach, sensitivity training, and a new human resources head, it left out a number of other recommendations. Some of the bullet points in the email, which was reviewed by BuzzFeed News, included: "Jonathan to limit himself to two drinks at all company functions that involve alcohol"; "At the next company retreat, use a professional moderator to discuss (1) cultural differences between Europe and US around gender in the workplace; (2) goals and plans for further gender diversification at the company"; "Make a company donation or sponsor an event for Girls Who Code."

The final recommendation read: "Do not make a formal larger company announcement on the situation or the incident."

"I asked Fagnan about the last recommendation, and he said it was originally the opposite," Woo said. "But he had shown the recommendation to the company lawyers, who said DataCamp should do the opposite."

"Do not make a formal larger company announcement on the situation or the incident."

Fagnan said in an email that he carried out the investigation after input from DataCamp's outside counsel and its HR partners, who helped advise him on the scope of the investigation, and how to best communicate with the people he interviewed. He added that he discussed the recommendations internally at Accomplice, before he shared the recommendations with Woo and DataCamp's executive team.

"Part of the reason for no public or internal message was to protect Kara herself," Fagnan said. "Kara never pushed back on any of the recommendations or suggested more work was needed; she at the time, said she hoped the company adopted any recommendations and that Jonathan would change his behavior. She said she thought he was apologetic, contrite, and wanted to do better."

Woo told BuzzFeed News that Fagnan had already made the recommendations to the company when they spoke. "I wanted to move on, so I left it there," she said. "I did hope the company would take some of these steps and make positive changes. At the same time, in my view there was a gap in terms of accountability."

It's unclear to what extent DataCamp did end up implementing its diversity initiatives, but in February 2019, DataCamp published several pieces discussing women in data science and people of color and underrepresented groups in data science.

To Woo, the company's actions were "window dressing." "I didn't think these were all that compelling," she said. "But since I'd already left the company, I hoped I could just put it behind me."

But she couldn't. Over the next year, Woo was filled with anxiety at the prospect of running into Cornelissen and turned down professional opportunities if it meant she could avoid seeing him. What's more, when she saw her former DataCamp colleagues at conferences, it was uncomfortable. "Lots of DataCamp instructors are my friends," Woo said. Many of them didn't know what had happened to her, and Woo agonized over whether to tell them or not.

"Do I tell them what happened ... [and] put them in the awkward position of deciding what to do next, plus risk the possibility that DataCamp would retaliate if it thought I was interfering with its business?" she asked. "Or do I keep quiet and watch my friends invest their time and expertise in the company, which is painful for me and also puts them in an awkward position if they heard the story later on, through the rumor mill?"

"This has caused a lot of privately sad moments," Woo said.

Julia Silge, a data scientist with a published course on DataCamp, said she first heard about the harassment Woo had experienced through a mutual friend. "Kara did not talk to people about it for a while," Silge said in an interview. "Then she started talking about it more." Woo would tell people she trusted about the incident, Silge said, if they asked her about it.

When Silge and Woo started organizing a data science conference last year, she got firsthand confirmation of Woo's experience. "My heart just sank," Silge said. "The company needed to know that what it had done so far was not good enough."

"The company needed to know that what it had done so far was not good enough."

She wasn't the only DataCamp instructor who felt the company's public accounting for the incident was nonexistent. As she quickly discovered, other instructors and employees had raised concerns about the incident with the company too, and they were all getting unsatisfactory responses. Many felt they were being stonewalled.

So Silge began organizing them. "We started pulling people in," she said. There were several instructors who had heard just some parts of the story, and they began to talk to each other in emails and eventually, a small, private Slack group. They collectively pieced together Woo's story which had largely been a mystery.

After about six months, Silge said the instructors decided to approach DataCamp as a group. "We said, 'Okay, let's try to engage in this conversation, and ask why the company's answers had been so unsatisfactory,'" she said.

In October 2018, one year after Woo's encounter with Cornelissen, ecologist Noam Ross published a new data science course on DataCamp. He quickly heard from other data scientists that there was an allegation of sexual misconduct at the company — but he wasn't sure what to do with the information. Then in early 2019, Heather Turner, a freelance statistical consultant and member of R-Ladies, a global group that promotes gender diversity in the data science community, reached out to him. She told him about a group of data scientists thinking of collectively confronting DataCamp over the allegations; she invited him to join.

Turner told BuzzFeed News that in September, DataCamp wanted to partner with R-Ladies to promote three-month scholarships for women and gender minorities. As part of its due diligence, the R-Ladies Global team discovered DataCamp's sexual misconduct incident. R-Ladies then told DataCamp it would suspend all partnerships and promotion of DataCamp activities as an organization; individual members were free to make their own decisions about their relationship with DataCamp.

After Turner's note to Ross, he joined the private Slack group with a couple dozen or so members, including Julia Silge. Most had their names listed on DataCamp's website as course instructors; others had DataCamp courses in development. They brainstormed strategies for applying more pressure on the company.

By the end of the month, there was one concrete development. On the private Slack group, Silge sent around a link to a Google form to sign up for a February 27 conference call that DataCamp told her it would be holding. The goal, ostensibly, was to let instructors ask the company questions about the sexual misconduct issue, and clear the air.

"The primary objective of the call is to address the concerns of our instructors and to communicate the actions DataCamp has taken to correct the issue," the conference invitation email, which was viewed by BuzzFeed News, said. "Please … submit specific questions or concerns and we will do our best to address them during the call."

The call turned out to be a one-way webinar. Silge, Ross, and the other participants couldn't speak on the line; they couldn't even see who else had dialed in. The DataCamp representatives included Martijn Theuwissen, the company's cofounder; Juliane Horton, its chief people officer; Jelle Carcan, VP of finance and operations; Brooks Crichlow, VP of marketing; and Mari Nazary, head of curriculum. Silge said that she remembered only Theuwissen and Nazary speaking.

Ross, for one, had submitted a question ahead of the call about what the company could say to reassure instructors that DataCamp could be trusted with handling sexual misconduct issues. The company sent him its corporate anti-harassment policy in an emailed response.

Silge was sent the same document after the call, and was similarly frustrated. She demanded that DataCamp remove her name and photo from its online ads and other marketing materials. The company eventually agreed, according to a March 2019 email exchange between Silge and Nazary.

33

"I want you to know that people in the data science community literally do ask me about what happened at DataCamp, because they have heard rumors or half the story. I am in an untenable situation," Silge wrote to DataCamp in the email, viewed by BuzzFeed News. "Telling me to send these people who I have relationships with, share trust with, know, etc, to an EEO policy or a blog post focusing on diversity is, frankly, insulting."

A DataCamp spokesperson told BuzzFeed News the company now feels it was a mistake not to have a more open dialogue during this call with instructors.

For Ross, the company's actions were yet another disappointment. "We were frustrated that DataCamp was continuing to try to minimize the situation and avoid really engaging with us," Ross said. "It felt like continued gaslighting on their part, which had been many instructors' experience until then."

Silge, along with two other instructors, penned a letter to the company's leadership detailing their concerns. "As current and prospective instructors and contributors to DataCamp who have spent extensive time and energy in creating content for the DataCamp platform and promoting the DataCamp brand, we are writing to express our disappointment at DataCamp's mishandling of sexual misconduct," the letter explained.

"Because we care deeply about fairness and safety, the data science community, and DataCamp itself, we are unable to cooperate with continued silence and lack of transparency on this issue."

On April 3, Silge and her fellow organizers sent the letter — which now boasted 107 signatories — "to the email addresses of everyone we knew at DataCamp."

The next day, without warning, and without reaching out to Woo first, DataCamp published a "note to our community."

The note, with its intended-to-mitigate-liability tone, was not well received by the community that had been looking for answers for so long. As one instructor wrote, "This was a chance to do so much better. I'm disappointed in DataCamp. They have let me down. I really wanted them to do the right thing. Instead, they are doing the 'legal' thing."

The DataCamp post reads, in part: "At an informal employee gathering at a bar after a week-long company offsite, one of DataCamp's executives danced inappropriately and made uninvited physical contact with another employee while on the dance floor. The employee raised a concern with a manager a few months later … at which time the executive apologized to the employee."

A flurry of blog posts and reactions from the data science community voiced other pointed criticism: Ross noticed that DataCamp's post had a "noindex" tag to prevent search engines from showing it in their results. (The tag was later removed; a DataCamp spokesperson said it had been a mistake to include it.) Mara Averick, a developer advocate for RStudio, pointed out, "All the extra detail is on the behalf of the perpetrator. I don't care if it was at a Bull Fight in Cuba at 4pm, or at 8am in the copy room."

If you think @DataCamp deserves credit for a public post that they did not discipline an executive for sexual misconduct, consider that they put this code in the HTML, so no search engines would index it. I don't see it anywhere else on their blog. #rstats #python #datasci #metoo

Noam Ross @ NYR Conference @noamross

If you think @DataCamp deserves credit for a public post that they did not discipline an executive for sexual misconduct, consider that they put this code in the HTML, so no search engines would index it. I don't see it anywhere else on their blog. #rstats #python #datasci #metoo

02:29 PM - 12 Apr 2019

Reply Retweet Favorite

Noam Ross / Via Twitter: @noamross

Another Twitter user said, "Look at the inclusion of detail about timing. Why was this included? The only reason to include this detail in a post is to downplay the severity of the event." Around this time, Woo stepped forward and outed herself, and also tweeted: "I'm sure I don't need to explain the reasons people don't report things like this immediately."

"The letter was a big breaking point for a lot of people," Averick told BuzzFeed News.

I've supported D.C. publicly, been on their podcast &amp; pay for their service. I'm VERY displeased with how this was handled. This blog post is bullshit. The post spins a bunch of detail that casts shade / doubt on the victim. This is wrong. Do better, y'all. https://t.co/NpR9G6aKQG

JD Long @CMastication

I've supported D.C. publicly, been on their podcast &amp; pay for their service. I'm VERY displeased with how this was handled. This blog post is bullshit. The post spins a bunch of detail that casts shade / doubt on the victim. This is wrong. Do better, y'all. https://t.co/NpR9G6aKQG

11:42 AM - 05 Apr 2019

Reply Retweet Favorite

CMastication / Via Twitter: @CMastication


After the "noindex" tag was discovered on DataCamp's blog post, Turner said, "It was clear the main objective of the post was to appease the instructors, rather than demonstrate transparency and accountability."

The backlash was swift. Instructors could not demand that the company take their courses down because the company shares intellectual property rights with them, but they started to urge the public not to take their DataCamp courses. That included several graduate students for whom a DataCamp

course could provide a nontrivial, added source of income. Data science organizations, including R-Ladies, RStudio, and satRdays, among others, cut ties with the company.

"Sexual misconduct happens everywhere," Ross said. "But DataCamp was dealing with a community with abnormally high standards and support for each other."

"The letter was a big breaking point for a lot of people."

Soon word got out that two former DataCamp employees who knew about Woo's harassment — Dhavide Aruliah and Greg Wilson — had been fired in June 2018. Each said, in respective blog posts, that they had voiced concerns about DataCamp's handling of sexual misconduct allegations. Each said that DataCamp offered them an extra month of pay as part of a separation agreement that included a non-disparagement clause.

In its April blog post, DataCamp took issue with the assertion: "As standard practice, DataCamp offered these departing individuals separation packages that contained non-disparagement provisions which specifically and expressly would have permitted them to raise concerns about the company."

Wilson said in a post that when he pressed the company about whether such a clause would prevent him from speaking about harassment at DataCamp, the company replied, "Nothing limits non-disparagement and it would be at your own peril." At a later point, the company told him, "The non-disparagement provision would prohibit such public statements … That said, the Company takes all concerns about potential sexual harassment and/or sexual assault seriously."

In a post Wilson had written earlier that month, he clarified, "Full disclosure: DataCamp fired me in June 2018 for poor performance." He also said: "People say that the culture of an organization is defined by the worst behavior its leaders are willing to tolerate. I think it's also defined by the worst behavior by the leaders that the rank and file are willing to tolerate. DataCamp's statement only appeared after considerable pressure from the community, and its half-heartedness and deflection just make me sad."

Aruliah said in his blog post that DataCamp told him he was being fired "for performance"; he added in an interview that the company told him it "categorically refuted" that he had been dismissed because he'd raised concerns about DataCamp mishandling the sexual misconduct incident. But, he said, the company spent eight months trying to recruit him, and that his courses were not only still up on DataCamp — they were extremely successful, with a quarter of a million people having completed them. Aruliah said the business decision "didn't make sense."

Wilson, meanwhile, told BuzzFeed News, "I got a glowing review from my boss in February. Four months later I was canned, without notice and without an offer of any sort of improvement plan."

"But I'm not the story here," Wilson said in the interview. "Kara's experience and the company's repeated attempts to smother it is the story."

A DataCamp spokesperson told BuzzFeed News the company does not tolerate retaliation against any employees.

For Woo, who was still trying to move on with her life, watching all of this unfold inspired mixed feelings. "At times, I felt like I kept getting dragged back into it," she said. "But I was glad people were taking it seriously."

A DataCamp employee, who did not want to be named, said that before the company's April 2019 blog post, "there was no written communication, and no formal letter that I can recall" that was sent out to the company addressing the incident.

"I can't speak for everyone, but many of us are just devastated, frustrated, and hurt," the employee said. "So much of this wouldn't have needed to happen if [DataCamp leadership] took the right steps back in 2018. We are where we are now, and it's difficult to see whether leadership will lead us out of this and make it better."

On April 24, after much public pressure, Cornelissen posted a personal apology to DataCamp's website titled "I am deeply sorry." DataCamp also issued a statement, this time from the company board. It said Cornelissen would step down as CEO for an "indefinite" leave of absence without pay beginning in May. A new investigation would be conducted by outside counsel, and an instructor review board would be created.

"Our public response and this first official statement from the Board regarding this incident is long overdue. We are sorry for this delay," DataCamp's statement reads. "... We have learned a lot from the community over the last several weeks and recognize that the company hasn't listened nearly enough to you over the last 18 months."

"We have learned a lot from the community over the last several weeks and recognize that the company hasn't listened nearly enough to you over the last 18 months."

For Woo, the company's response was too little, too late. "This has been a big ordeal for me in the last year and a half," she said. "I watched DataCamp leadership repeatedly fail to address the issue, or take it seriously. I've watched former colleagues of mine — friends in the community, who are employees of DataCamp — be complicit in keeping this under wraps. I've watched the company roll out diversity initiatives that I thought were disingenuous. ... I never wanted this to happen to me."

Meanwhile, DataCamp's community of instructors remain wary of the company's "indefinite" removal of Cornelissen as CEO. Two told BuzzFeed News they feel the careful wording of the company's latest announcement seemingly allows for Cornelissen to return to DataCamp in the future.

A company spokesperson said Cornelissen's future at the company will be determined by the findings of its independent third-party review and its soon-to-be-formed Instructor Advisory Board. According to tech startup database Pitchbook, the board is made up of Cornelissen's cofounders and a recent investor.

"The company turned in the right direction, but I still want to see if they move that way," Ross said. "We [the instructors] don't think that the core issues that the company as a whole — and not just one individual — were dealt with."

"I'm keeping an open mind, depending on what comes out of this investigation, and potential changes in leadership," Ross continued. "It can still go either way. In the meantime, I'm not ready to rush back."

In his last blog post on the subject, Ross stated, "An investigation into the management missteps that have led to this point is necessary." He raised several more questions for the company to consider. Ross said DataCamp had reached out one more time after it posted Cornelissen's apology and the announcement of his resignation, asking for feedback on its actions. Ross sent the ideas in an email back, and copied Cornelissen.

"I haven't heard back from DataCamp since," Ross said. ●

# Google's Dr. Strangelove

- Amid World's Largest Corporate Sex Scandals Google CEO Eric Schmidt will leave Alphabet's board
- Google's venture capitalist's and staff hold the world record for sex scandals and hookers
- Departure follows backlash over reports of sexual misconduct cover-ups
- Eric Schmidt's "Sex Penthouse" is world famous on the internet

By Jacob Kastrenakes@jake_kShare


Eric Schmidt will depart Alphabet's board, after holding a seat for 18 years. His departure comes just over a year after Schmidt stepped down from his role as Alphabet's executive chairman — it also comes as Google struggles with internal turmoil over its involvement with US military contracts, potential business in China, and reported cover-ups of sexual misconduct.

Schmidt has been a key presence at Google during his time with the company. He initially took a board seat in 2001, when he was made CEO of Google — a role he was given essentially to lend business expertise to what company founders Larry Page and Sergey Brin had been building. In 2011, he left the CEO position and become Google's executive chairman. At the beginning of 2018, he stepped down from that role and became a regular board member.

...DIB, NSCAI, @SchmidtFutures, teaching & more, to help coach and develop extraordinarily talented leaders, and to build more free, prosperous societieshttps://t.co/QNBracpVnj

— Eric Schmidt (@ericschmidt) April 30, 2019

In a press release today, Alphabet announced that Schmidt would not seek reelection to the board when his term is up, on June 19th. Alphabet says he'll remain a "technical advisor" to the company, a role he's had since last year.

Schmidt said that he would be stepping down in order to help "the next generation of talent to serve." He said he would be teaching more, working at his philanthropic organization, Schmidt Futures, and using his role as technical advisor to "coach Alphabet and Google businesses/tech."

While Schmidt undoubtedly played a key role in Google becoming the behemoth it is today, his presence may have been a less appreciated one more recently. Just six months ago, Google came under scrutiny when *The New York Times* reported on sexual misconduct within the company. The report included details of a $150 million payout to Android creator Andy Rubin amid a sexual misconduct inquiry. Schmidt was later named in a lawsuit accusing the company of covering up harassment by multiple executives.

39

Page 40          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

1. Inside Google Chairman Eric Schmidt's Lavish Sex ... - NYMag

   **nymag.com/daily/intelligencer**/2013/07/**eric**-schimdt-**penthouse**-new-york-photos-apartment...

   Jul 25, 2013 · Inside Google Chairman **Eric Schmidt**'s Lavish **Sex** Palace. By Dan Amira. To
   be fair, nobody knows for sure exactly what goes on in **Eric Schmidt**'s $15 million **penthouse**
   …

2. Eric Schmidt Spent $15 Million On A New York Penthouse ...

   *https://**www.businessinsider.com**/**eric-schmidt**-spent-15-million-on-a-new-york-**penthouse**...*

   Jul 25, 2013 · REUTERS/Rick Wilking Former Google CEO, and current chairman, **Eric
   Schmidt** spent $15 million to buy a **penthouse** apartment in Manhattan's Flatiron …

   • **Author:** Jay Yarow

3. The Many Women of Eric Schmidt&#39;s Instagram

   *valleywag.gawker.com/the-many-women-of-**eric-schmidt**s-instagram-913796517*

   If there's one thing you should know about Google's Director of Open Marriage Engineering,
   **Eric Schmidt**, it's that he loves to fuck.He's also following a select, interesting assortment of
   people on Instagram, and by interesting I mean a lot of models and women in swimwear..
   Google Boss Enjoys $15 Mil Manhattan **Sex Penthouse**

4. Google CEO and serial womanizer Eric Schmidt spends 15 ...

   *https://**www.dailymail.co.uk**/news/article-2377785/Google-CEO-serial-womanizer-**Eric**...*

   Jul 25, 2013 · Google boss **Eric Schmidt** has splashed out $15 million on a sprawling
   Manhattan **penthouse** in the trendy Flatiron District to be close to at least two of his female
   friends in the city.

5. Google Executive Chairman Eric Schmidt Buys Sex Penthouse

   *https://www.eteknix.com/**google-executive-chairman-eric-schmidt-buys-sex-penthouse***

   Jul 26, 2013 · Google Executive Chairman **Eric Schmidt** Buys **Sex Penthouse**. ... News outlets
   have dubbed it the 'Sex Penthouse'. **Schmidt** had a net worth …

6. Eric Schmidt, Google CEO, owns $15m sex penthouse

   *https://www.dailymotion.com/video/x2q7406*



40

1:14

May 14, 2015 · Google CEO **Eric Schmidt**, the guy you entrust your online privacy to, is clearly a man of passion. Among his interests, the 58-year-old's apparently particularly fond of banging. In addition to the roster of attractive …

- **Author:** TomoNews US
- **Views:** 85

7. Eric Schmidt is a playboy - Big League Politics

   *https://bigleaguepolitics.com/**schmidt-is-a-playboy***

   In 2013, Gawker reported on **Schmidt**'s $15 million New York City duplex, described as a "**sex penthouse**," which is outfitted with a wet bar, soundproofed walls, and a 3,300 square foot terrace. The duplex does not have a doorman, a curious feature for the W. 21st St. abode located in the ritziest enclave of Manhattan.

   - **Author:** Peter D'abrosca

8. Google chairman Eric Schmidt: Instagram girls, yachts and ...

   *https://www.gq-magazine.co.uk/article/**eric-schmidt**-google-scandal*

   Jan 06, 2014 · How Google's executive chairman is gaining a reputation as a playboy, thanks to a deleted Instagram account, a £9.4 million Manhattan **penthouse** and his very own superyacht. As in: **Eric Schmidt** ...

9. Google Boss Enjoys $15 Mil Manhattan Sex Penthouse

   *valleywag.gawker.com/google-boss-enjoys-15-**mil-manhattan-sex-penthouse**-909299764*

   If you're a "normal married dude," who also happens to have a ton of **sex** on the side, you probably go to a motel or the back of a Jeep, I don't know. But if you're Google's executive chairman, knee deep in it with billions to spend, you have this soundproofed third base Xanadu.


Eric Schmidt is backed by the National Venture Capital Association (NVCA), a white boys club that helps rich oligarchs cover up each other's crimes.  The FBI, The SEC, The FTC, the U.S. Attorney General and the Civil Court system have been asked to investigate and prosecute a "Cartel organization" known as the National Venture Capital Association (NVCA), per documents filed.

This organization, created by CIA liaisons from a shady rogue group known as In-Q-Tel (funders of Google) James Breyer, Gilman Louie, as well as John Doerr, Eric Schmidt, Steve Jurvetson and other notorious Silicon Valley names, has been discovered to be operating a covert "boys club" which

arranges collusion, price fixing, market rigging, political bribes, monopolies, black-lists, valuation rigging, stock pumps, and Flash Boy stock manipulations.

These billionaires use back-room meetings, secret databases, intelligence systems, coded Tweets, and

private Google docs and DropBox boxes to rig the tech industry so that only their private club gets to decide which American tech companies get to live or die. Unless you were in their "elite family fraternity houses, you are simply grist for their mercenary mill..." say the charges.

This monopoly club began to get exposed in the notorious "AngelGate Scandal". The spotlight focused even more tightly on them in the other twisted tech scandal known as "The Silicon Valley No-Poaching Conspiracy", in which a lawsuit revealed how far their collusion could go.

Because these men fund political campaigns that go all the way up to The White House, law enforcement has been slow to the gate. In every enforcement agency, though, there are a mix of Democrat and Republican employees. You only need a couple good cops to keep a case going. In federal agencies with thousands of investigators, there will always be a handful of "Elliot Ness"-motivated good guy cops from each political party. At least one of those will eventually get their man, or men, in this case.

The NVCA cartel rigged trillions of dollars of taxpayer money for themselves in the Department of Energy Cleantech Crash, The TARPP funding and NASA contracts. Now the chickens have come home to roost.

The related Angelgate scandal began in September 2010 after Michael Arrington, editor of the TechCrunch publication, wrote in his blog that he had been turned away from a secret meeting among so-called "super angels" he knew,[3] held at Bin38, a wine bar in San Francisco's Marina District.[4] The participants at the meeting, among other things, discussed how they could compete with other angels, venture capitalists, and the Y Combinator business incubator for the limited pool of worthy investment opportunities.[5] Arrington said that after the meeting, he had been informed by two of the attendees that the investors had discussed how to fix low valuations for new start-up companies, and how to keep better-funded venture capitalists from investing.[6]

The blog became the subject of discussion among the Silicon Valley start-up community over the next several days.[7][8] Investor Ron Conway, whose business partner attended the meeting, wrote an email highly critical of the angels involved and called the event "despicable and embarrassing".[9] Dave McClure, a well-known angel present at the event,[7] wrote in a blog that Arrington's account was inaccurate, and a tweet (later deleted) complaining about Conway.[10] Chris Sacca wrote a lengthy email that defended the participants and was critical of Conway, which was also leaked to TechCrunch.[11]

Reports arose that the United States Federal Bureau of Investigation began reviewing the incident.[12]

There was skepticism that there was actually any collusion or that price fixing could succeed if it was attempted.[1][13][14] The event also gave rise to various online cultural phenomena. Among other things there was a flash mob at the wine bar, a Hitler *Downfall* parody, a spike in the establishment's Google rank, a number of Twitter jokes,[4] and so-called "fakeplans" for super-angel meetups on the site plancast.com.[7] On Monday, September 27, 2010, Ron Conway, Dave McClure, Chris Sacca, and others appeared at a panel discussion hosted by Arrington at his "TechCrunch Disrupt" conference in San Francisco[15][16] where, despite Arrington's prodding, they avoided a "Jerry Springer moment". [17]

- *Alexei Oreskovic (September 22, 2010). "Investor conspiracy theory grips Silicon Valley". Reuters.*
- *Mangalindan, JP (September 29, 2010). "Angel collusion: It's not necessarily a bad thing". Fortune Magazine.*
- *Russell Garland (September 24, 2010). "The Daily Start-Up: "AngelGate" Escalates". Wall Street Journal.*
- *Paolo Lucchesi (September 24, 2010). "AngelGate meeting scandal gives Bin 38 lots of free publicity, punchlines, and a Hitler parody". San Francisco Chronicle.*
- *Neyfakh, Leon (September 28, 2010). "Paul Graham of Y Combinator Pulls Back the Curtain on What Goes On At His Start-Up Factory". New York Observer. Archived from the original on October 3, 2010.*
- *Jameson Berkow (September 23, 2010). "The secret rulers of Silicon Valley". National Post.*
- *Maggie Shiels (September 23, 2010). "'Angelgate': A tech conspiracy?". BBC.*
- *"After Quiet Dinner, Angels Get Indigestion". New York Times. September 22, 2010.*
- *Patrick Hoge (September 23, 2010). "Ron Conway slams 'super angels' hard". San Francisco Business Times.*
- *Ryan Singel (September 24, 2010). "Showdown! Angels, Arrington to Go Mano a Mano". Wired Magazine. Archived from the original on September 28, 2010.*
- *Michael Arrington (September 26, 2010). "AngelGate: Chris Sacca Responds To Ron Conway". TechCrunch. Retrieved 5 June 2013.*
- *Patrick Hoge (September 23, 2010). "FBI reportedly looking into Angelgate". San Francisco Business Times.*
- *Dan Primack (September 22, 2010). "Super-angels have dinner, all hell breaks loose". Fortune Magazine.*
- *Alex Salkever (September 24, 2010). "AngelGate or Not, Controlling the Market in Hot Startups Is Impossible". Daily Finance.*
- *Nitasha Tiku (September 27, 2010). "How Michael Arrington's School of Friendship Journalism Led to 'AngelGate'". New York Magazine.*
- *Tomio Geron (September 27, 2010). "'AngelGate' Players Come Face To Face, But Fireworks Are Few". Wall Street Journal.*

- *Jessica Guynn (September 27, 2010). "'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer' moment". Los Angeles Times.*

HSBC "Swiss Leaks", hacked documents, ex-employee testimony, surveillance records and the combined dockets of multiple past cases now reveal the true intentions, strategies, covert manipulations and illegal anti-trust actions of this Silicon Valley "Crime Club".

Using database code signals on sites such as www.gust.com, a public venture funding blog, as well as secret DropBox accounts, this insiders club of "Venture Capitalists", as they called themselves, were able to black-list, and run defamation "hit-jobs" on inventors, and entrepreneurs, who were too good at inventing technologies that put their existing holdings out of business. Criminal charges have been demanded from the FBI, FTC, SEC and Attorney General. Civil anti-trust lawsuits are underway.

Hopefully these actions will correct the sad state of affairs that Silicon Valley has fallen into at the hands of this mercenary, misogynistic old white frat house "boys club".

# Media Silence

- Allison Mack's Arrest Exposes Child Trafficking For Billionaire-Backed Sex Slave Ring

- The Rothschild-linked Bronfman sisters donated millions to the cult whose leaders, Allison Mack and Keith Raniere, have been charged with child sex trafficking.

John Vibes, Per: https://www.scribd.com/document/377378941/Allison-Mack-Case-File#from_embed , reveals more details that emerge in the case of the elite Hollywood sex cult NXIVM, it seems that the story goes even deeper than was first reported. There is growing evidence that this alleged self-help group was just a front for a human trafficking ring. It has also been revealed that this group has close ties with high-power ruling class families, including the Rothschilds, Clintons, and Bronfmans.

According to the charges, Smallville actress Allison Mack was a member of the cult and worked in a management position. As second-in-command, it was her job to lure women into the programs under the pretense of female empowerment and self-help workshops, to then convince them to sign up for a more "advanced program" called Dominus Obsequious Sororium, which required these women to basically turn the lives over to cult leader Keith Raniere. Dominus Obsequious Sororium is a quasi-Latin phrase that roughly translates to "Master Over the Slave Women."

When women joined Raniere's inner circle, they were forced to sign over their finances to him, starve themselves to maintain a certain weight, and he even had them surgically branded with his initials. Raniere would use blackmail to keep the women from speaking out, by collecting nude photos and damaging evidence on family members.

"As alleged in the indictment, Allison Mack recruited women to join what was purported to be a female mentorship group that was, in fact, created and led by Keith Raniere. The victims were then exploited, both sexually and for their labor, to the defendants' benefit," U.S. Attorney Richard P. Donoghue said in a statement.

The cult was finally exposed when the daughter of former Dynasty actress Catherine Oxenberg became a member. Oxenberg told the New York Times that she became concerned after she saw that her 26-year-old daughter India was extremely emaciated from dieting, and was suffering from serious health problems.

"Some people have said this is a voluntary sorority. The women I have spoken to tell a far different story," Oxenberg said. "Coercion is not voluntary. Extortion is not voluntary. Blackmail is not voluntary."

When these accusations hit the news, other women, including actress Sarah Edmondson, came forward to all to tell the same story, of the blackmail, the branding, as well as the forced labor and forced sexual activity.

Raniere is also accused of having a history of pedophilia, with accusations that stretch back over 20 years, involving girls as young as 12.

In 2012, several women were interviewed by the Albany Times Union about the coercive sexual experiences that they had with Raniere when they were young girls. One of the women in the case was found dead of a gunshot wound before she was able to give the interview. Her death was ruled a suicide.

The U.S. attorney's office requested to have Raniere held without bail in a letter to the court stating that he was a known child predator.

Although this extremely important detail is being left out of most mainstream reports, one of the main charges in the criminal indictment against Raniere and Mack is sex trafficking of children.

A quick search for Allison Mack's arrest report or charges—as reported by the mainstream media—will not yield any mention of children. Most mainstream reports only mention sex trafficking and ominously omit that the charges were for sex trafficking of children. Exactly why the media is refusing to report this remains a mystery.

Another important aspect of this case that has been largely overlooked, is the connections that this organization has to high-level figures in politics and finance. The organization worked much like a pyramid scheme, collecting regular fees from its members. But the majority of the funding, over $150 million, came from the trust funds of Seagram heiresses, Sara and Clare Bronfman.

Their involvement with Raniere began in 2002 and has been very public and controversial, with other members of the Bronfman family distancing themselves from the sisters in the press. The Bronfman family has very close ties to the Rothschild banking dynasty, with members of both families belonging to many of the same companies, including their joint financial firm, Bronfman & Rothschild.

Additionally, at least three high-ranking members of the organization, including Nancy Salzman and the Bronfman sisters, are members of Bill Clinton's foundation, the Clinton Global Initiative, which requires an annual $15,000 membership fee.

The question on everyone's mind – are Bill and Hillary Clinton connected to or involved with child sex trafficking or child labor trafficking networks – or, are they advocates for children as they portray themselves to be? Though the focus is on both Bill and Hillary, this report will primarily break down a timeline of Hillary's work as it relates to children, in addition to both of their connections with individuals who have been indicted and/or convicted of crimes against children – because they are stacking up. The information that follows will provide facts, for each person to use their own discernment in determining what they believe to be truth, or until further information is revealed.

Human trafficking is a $150 billion dollar industry.

Timeline of Hillary's Work Specifically Involving Infants & Children:

1970: Worked at Yale Child Study Center, learning about early childhood brain development, and research assistant on the book Beyond the Best Interests of the Child, and handled cases of child abuse at Yale–New Haven Hospital

1970: Summer – worked on Walter Mondale's Subcommittee on Migratory Labor

1971: Met husband Bill, interned at law firm Treuhaft, Walker and Burnstein where she worked on child custody and other cases

1973: Postgraduate study on children and medicine at Yale Child Study Center, her article "Children Under the Law" was published in the Harvard Educational Review, staff attorney at Marian Wright Edelman's Children's Defense Fund in Cambridge, MA, consultant to Carnegie Council on Children

1977: Co-founded Arkansas Advocates for Children and Families – a state level alliance with Children's Defense Fund, and worked pro bono in child advocacy during her work at Rose Law Firm

1979: Published "Children's Policies: Abandonment and Neglect and "Children's Rights: A Legal Perspective

1985: Introduced Arkansas's Home Instruction Program for Preschool Youth (preparedness & literacy)

1988-92: Children's Defense Fund Chairman of the Board and on the board of the Arkansas Children's Hospital's legal services

1995: Wrote an article on orphaned children that led to the Adoption and Safe Families Act in 1997

1996: Published book "It Takes A Village: And Other Lessons Children Teach Us"

1997: Supported State Children's Health Insurance Program, and promoted nationwide immunization against childhood diseases; hosted child care conference and early childhood development and learning conferences at White House; initiated and shepherded the Adoption and Safe Families Act which required states to terminate parental rights for children in foster care for 15 out of 22 months and provided funding for efforts in encouraging adoption as well as subsidies for adoptive children up through age 18; By executive memorandum, her husband President Bill Clinton added the "Adoption 2002 Initiative" which aimed to lower barriers to adoption so as to double the rate of adoption by 2002

1999: Instrumental in passing Foster Care Independence Act, doubling federal funding for teenagers opting out of foster care, launched the International Center for Missing and Exploited Children along with Lady Catherine Meyer and Cherie Booth Blair

2000: Hosted children and adolescents conference and conference on teenagers at White House

2005: Introduced the Family Entertainment Protection Act with other senators to protect children from inappropriate content found in video games

2007: Via Clinton Health Access Initiative, worked in Pakistan to train nurses and midwives to perform both births and abortions

2009: Via Clinton Health Access Initiative, worked in Zambia, Malawi, Haiti, Mexico and Central America to train nurses and midwives to perform both births and abortions. Partnered with the Polaris Project who runs the National Human Trafficking Resource Center and Hotline, and is also a Clinton Global Initiative member, to build an "Anti-trafficking approach replicable worldwide."

2010: Clinton Health Access received $25 million from IKEA for CHAI to join the "Every Woman Every Child" initiative so CHAI can partner with governments to educate moms on the right treatment for their child's diarrhea and encourage manufacturers to develop child-friendly formulations, with a focus in Kenya, Madhya Pradesh and Uttar Pradesh.

2012: Hosted a Clinton Global Initiative Conference focusing on human trafficking, with former president Obama as they keynote speaker.

2013: Through Bill, Hillary & Chelsea Clinton Foundation focused on early childhood development and initiative "Too Small to Fail" led by former Australian Prime Minister Julia Gillard to encourage girls worldwide to enroll in secondary schools; Lead "No Ceilings: The Full Participation Project," a partnership with Bill & Melinda Gates Foundation to study data on progress of girls and women around the world; Via Clinton Health Access Initiative, launched a 7-year health program in Rwanda with Ivy Leagues from the U.S. and $150 million from the U.S. Government, to train over 6,000 young women to be nurses and midwives for performing both births and abortions.

2014: Partnered with the Polaris Project, a CGI member, in creating an online "Global Modern Day Slavery" database directory.

2018: Campaigned for women's right to abortion, and cheered Governor Cuomo's on, leading up to his announcement of passing New York's new abortion laws allowing abortions up to full term, which removed legal protections for failed abortions where babies are born alive – meaning, they allow them to die.

Does all of this involvement with children equate to people who are advocating for children, or is it cover for other nefarious actions?

Review all of the information below to draw conclusions.

Last year, the Clinton Health Access Initiative (CHAI), another entity that was never filed properly and is operating illegally, received over US$1.1 million for an award from the Bill & Melinda Gates Foundation – a huge contributor to the Clintons, and NORAD – who also helped fund their Ten Island Challenge program. The award was allegedly for saving the lives of mothers and newborns.

Hillary's Involvement with The International Center for Missing and Exploited Children (ICMEC)

Back in the mid 1990s, Belgium reached out to the National Center for Missing and Exploited Children, in request for assistance with their missing children issues. The NCMEC's Board of Directors authorized the creation of a new organization that would devote itself to doing globally what NCMEC was committed to doing in the United States. In 1998, members of the Board of the newly created International Center for Missing and Exploited Children (ICMEC) held their first meeting, and in April 1999 it was launched by then First Lady Hillary Clinton, Lady Catherine Meyer, and Cherie Booth Blair, wife of former British Prime Minister Tony Blair. The full archived press release can be viewed here.

Richard Branson's mother, Eve Branson, was a founding board member of ICMEC in 1999 and served on the Board of Directors until 2005. Richard Branson was ICMEC's founding sponsor. ICMEC is a 501(c)(3) tax-exempt charity supported entirely by private funds and resources, and is headquartered in Alexandria, Virginia near the CIA. It is a non- government agency. It also has an Asia-Pacific office and Latin America & The Caribbean office.

Since their inception, they have helped to create four national or regional missing and exploited children's centers around the world. One of those is the Global Missing Children's Network (GMCN), which happened to launch in 1998, the same year ICMEC launched. There are 29 member countries on 5 continents allegedly working to help recover missing and abducted children.

In a photo of the Board of Directors provided on Wikipedia, Eve Branson along with her son Richard Branson, and a lot of other familiar faces are pictured.

Bill and Hillary Clinton's ties with Richard Branson go way back, as well as forward. They are all currently working together on The Ten Island Challenge pilot program, which launched in 2012 and began with ten islands, and quickly evolved to over twenty islands, all throughout the drug and child trafficking transits in the Caribbean. Since their inception, they have now branched out to form alarming new partnerships and focus on the tourism and hotel industry. This Ten Island Challenge program, funded by GEF, an arm of the World Bank, OPIC, the Dutch postal code lottery, and the Norwegian government, has allegedly set out to setup islands with solar farms and renewable energy.

Most of these Caribbean islands have been deemed tier 2 & 3 and are subject to U.S. aid restrictions due to their level of human trafficking and subjecting large populations to modern slavery – as the documentation reveals in this report. Based on Hillary's portrayed background in fighting for children's rights, why then would she wish to focus her energy on setting up a small solar farm to feed a block of homes on each of these islands – all of which include free solar systems to the government buildings – rather than fighting for the suffering children that reside on these islands?

Another important and relevant fact to include, is that Planned Parenthood setup the Caribbean family Planning Affiliation on 10 of those islands as well. The same year Clinton's Ten Island Challenged launched, Planned Parenthood Federation announced their plan to training youth leaders in Latin

America, Africa and the U.S., as well as their desire to combat the vulnerability of youth to unintended pregnancy and unsafe abortion. Why is this relevant? Because the Clintons have been working with Planned Parenthood since 1993 when Bill Clinton removed the "gag order" to secure ongoing funding for clinics performing abortions, and both have been training midwives and nurses to perform abortions in multiple countries, which all began in New York City.

Back to ICMEC: To understand the magnitude of ICMEC's reach, in a 2014 report for the United States Senate Committee on Foreign Relations pertaining to "International Parental Child Abduction" it states that ICMEC has trained law enforcement in 121 countries. They have reviewed laws in 200 countries and worked with parliaments in 100 countries to enact new law on child pornography. They built a global missing children's network to include 22 countries, established national centers in multiple countries, and created a regional center in Europe, serving 13 countries in the Balkan region.

In addition, they met with 400 Arab leaders in Cairo to create an agreement on child protection. They also partnered with the Vatican, Mayo Clinic and Il Telefono Azzurro to create 'The Declaration of Rome' on children's rights. And finally, they entered into formal partnerships with Interpol, and launched a Global Health Coalition of pharmaceutical companies and health care institutions to address a public health crisis with child sexual abuse.

In 2005, six years after the launch of ICMEC, it was estimated that 600,000 to 800,000 humans were trafficked across international borders each year, with 50% being minors, according to the U.S. Department of State, and according to the International Labour Organization (ILO), "global profits made from forced laborers exploited by private enterprises or agents reach $43 billion every year, of which $31.6 billion was from trafficked victims." Nine years later, in 2014, the (ILO) reported "forced labor in the private economy generates $150 billion in illegal profits per year, three times more than previously estimated."

All of this begs the question, if ICMEC is as all-powerful as they claim, and have taken all of the above steps to help prevent this worldwide epidemic, why then have the numbers of trafficked victims significantly increased since its inception in 1999 rather than decreased? When does "at any moment" go into effect exactly?

**Follow The Money: Financial Connections to ICMEC**

The board of ICMEC (past and present), nearly all have a work history with big pharma, biotech, and banks. These folks have put together a fantastic itemized list of board members, a timeline with press releases linking to ICMEC, and donations. Full credit goes to them for compiling the financial information extracted below.

Göran Ando, served on the board for ICMEC, and worked for Novo Nordisk, UK Ltd., and Pfizer Australia Pty Ltd.

• Novo Nordisk paid $1.7 million to Podesta Group between 2004-2012

• Novo Nordisk donated between $50-100k to Clinton Foundation

• AstraZeneca PLC donated $100,000 – $250,000 to Clinton Foundation

• AstraZeneca Pharmaceuticals LP donated $50,000 – $100,000 to Clinton Foundation

Mike DeNoma, is a former director of ICMEC and currently serves on the board of directors for ICMEC. He is also the senior advisor to

Kohlberg Kravis Roberts & Co. LP, and has held high-ranking positions at Standard Chartered Plc / International Private Banking Business, and

Citibank NA.

• Kohlberg Kravis Roberts & Co. LP paid over $1.3 million in lobbying fees to the Podesta Group

• Standard Chartered Bank (more below) donated $1,000,001 – $5,000,000 to Clinton Foundation

• James A. Kohlberg donated $50,001 – $100,000 to Clinton Foundation

Victor Halberstadt, vice chairman of the board of directors on ICMEC, worked for The Goldman Sachs Group, Inc. and Daimler-Chrysler.

Interestingly, he was also a Trustee for the Population Council, New York.

• Daimler Trucks North America LLC donated $500,001 – $1,000,000 to Clinton Foundation

• Goldman Sachs Philanthropy Fund donated $250,001 – $500,000 to Clinton Foundation

• The Goldman Sachs Group, Inc. donated $1,000,001 – $5,000,000 to Clinton Foundation

Dr. Franz B. Humer, chair on the board of directors for ICMEC, with an extensive resume, including Roche Holdings AG, Citigroup, Diageo

PLC, Genentech, Inc., and many more.

• Roche Group paid the Podesta Group over $1.5 million between 1998 – 2006

• Roche Holdings paid the Podesta Group $560,000 between 2007 – 2009

• Citigroup Inc. paid the Podesta Group $100,000 in 2001

• Diageo PLC paid the Podesta Group over $1.3 million between 2010 – 2016

• Genentech, Inc. donated $10,001 – $25,000 to Clinton Foundation

• Citi Foundation donated $1,000,001 – $5,000,000 to Clinton Foundation

• Citigroup Inc. donated $500,001 – $1,000,000 to Clinton Foundation

• Diageo PLC donated $50,001 – $100,000 to Clinton Foundation

Dr. Raymond F. Schinazi, is a former director of ICMEC and currently serves on the board of directors for ICMEC. He founded several pharmaceutical companies, including Pharmasset, Inc. which he sold to Gilead Sciences for $11 billion in 2012.

• Gilead Sciences, Inc. donated $100,001 – $250,000 to Clinton Foundation

Per-Olof Loof, former director of ICMEC and currently serves on the board of directors for ICMEC.

• Donated $2,700 to Hillary For America in 2016

Podesta Group lobbying fees can be found here from above financials. Here is an archived version as well.

The Clinton Foundation donors list, with an archived version as well.

On April 9, 2019 Standard Chartered Bank, big donor to Clinton Foundation, admitted to illegally processing transactions in violation of Iranian sanctions and agreed to pay more than $1 billion. The criminal conspiracy went on from 2007 – 2011, and resulted in SCB process roughly 9,500 financial transactions worth approximately $240 million through U.S. financial institutions for the benefit of Iranian entities.

Beginning to get the picture of who runs the show, and who collects the dough? This begs the question – is ICMEC about saving children or making money? More importantly, what is being exchanged for all of this money?

Global Modern Day Slavery Directory – A Clinton Global Initiative

In addition to all of the above involvement with human trafficking, the Clinton Global Initiative partnered with the Polaris Project in 2009, to build an anti-trafficking approach, replicable worldwide. The Polaris Project operates the National Human Trafficking Resource Center (NHTRC) and runs the National Human Trafficking Hotline. Polaris is based out of D.C. and is funded in part by the Department of Health and Human Services. Together, they created a "Global Modern Day Slavery" database of organizations across the globe to monitor human trafficking, in 2014.

They claim it is the most comprehensive database of modern day slavery organizations ever compiled for the public, and as noted  above, there are 199 countries in this database.

They state "By enabling actors in the anti-human trafficking field to better locate, identify, and connect with each other, the tool will help connect victims of human trafficking and at-risk populations to the help they need."

When they began this project in 2014, they had 200 organizations in the database. There are now 2936 organizations and hotlines working on human trafficking and forced labor. There are 26 in D.C. alone. If one has done any research on human trafficking, there is a lot of telling information to be garnered from this database. It's definitely one heck of a network.

The Global Modern Day Slavery Directory has also partnered with Liberty Asia's Freedom Collaborative, an online, password-protected platform for anti-trafficking "stakeholders" that offers a newsfeed updated by users, a global community of organizations and research, and programmatic and legal resources. USAID and UNDP are just two of Freedom Collaborative's partners.

Liberty Asia also partnered with La Strada International and the Polaris Project in 2013 to launch an alliance of human trafficking hotlines around the world. Google funded this effort with $3 million dollars after determining that most illegal groups were involved in human trafficking in some way. Jared Cohen, director of Google Ideas, said that there wasn't great coordination between all of the hotlines.

"If you call one hotline in one company, it generates data locally, but there is no way to correlate data with a hotline in another country," said Cohen. "[So we thought]: can you integrate all these hotlines so it doesn't matter which one you call? You need an integrated ecosystem to make the right response."

KEY FACTS

• The Polaris Project is a member of the Clinton Global Initiative (CGI). Members are by invite only and donate a minimum of $15,000 annually.

• Catherine A. McLean is the Chairperson for the Board of Directors at Polaris. McLean was the senior advisor to the Hillary Clinton for President Campaign in 2008.

• Steve Rosenthal, on the Board of Directors, served as Associate Deputy Secretary of the US Department of Labor during the Clinton administration.

• It's also important to remember that the Clinton Global Initiative was never formally setup correctly and is not a legal entity.

**Pedophile Cover-Up of U.S. Ambassador While Hillary Clinton Was Secretary of State**

More questions are raised, when looking back to the State Department cover-up of pedophilia that plagued the MSM when Hillary Clinton was Secretary of State. As the New York Post CBS, and NBC news reported in June, 2013, they had obtained documents tied to ongoing investigations involving eight cases of alleged misconduct by state department workers, contractors, and a United States ambassador, all of which occurred during Hillary Clinton's tenure. An internal Inspector General memo from October, 2012 reported the ambassador under investigation "routinely ditched his protective security detail in order to solicit sexual favors from BOTH prostitutes and minor CHILDREN." The report also states that a high-ranking official at the State Department directed investigators to "cease the investigations".

Former New York Congressman Anthony Weiner, husband of Huma Abedin, Hillary Clinton's Deputy Chief of Staff when she was secretary of state, and Vice Chair of Hillary's 2016 Campaign for President, recently completed serving prison time for sexting with a 15-year-old girl. Weiner's laptop contained 340,000 emails, with a significant amount of them being between Hillary and Huma. On

page 294 of the IG report, it states: Initial analysis of laptop – thousands emails, Hillary Clinton & Foundation, crime against children.

The FBI also released a document indicating "Anthony Weiner; Producers of Child Pornography" with a blanked out box below it. Note that "producers" is plural. They also stated that a significant number of the 340,000 emails were between Huma Abedin and Hillary Clinton.

In the June 2018, Office of the Inspector General 568-page report reviewing the various actions by the FBI and DOJ in advance of the 2016 election, they state "In September 2016, the FBI's New York Field Office (NYO) and the U.S. Attorney's Office for the Southern District of New York (SDNY) began investigating former Congressman Anthony Weiner for his online relationship with a minor. A federal search warrant was obtained on September 26, 2016, for Weiner's iPhone, iPad, and laptop computer. The FBI obtained these devices the same day. The search warrant authorized the government to search for evidence relating to the following crimes: transmitting obscene material to a minor, sexual exploitation of children, and activities related to child pornography.

On page 303 of this report, the case agent, being the only one that had the authority to release the laptop, stated his concerns over no one contacting him:

Anthony Weiner was released from prison on February 17, 2019 and sent to a halfway house in Brooklyn, New York. Huma Abedin still works side- by-side with Hillary Clinton on her illegally-run 'Onward Together' 501(c)(4) political organization. Til this day, what is on that laptop, remains a mystery.

NXIVM is often referred to as a "sex cult," and with good reason. It is a dark pyramid scheme that has been around for decades, and includes human trafficking, forced sex and slave labor, wire fraud, money laundering, identity theft, blackmail, visa fraud, child sex trafficking, branding women's bodies, and racketeering. The leaders are well-connected, backed by millions, and have an army of lawyers. Though, they like to refer to themselves as an executive and group-awareness training organization, spanning 23 states.

The leaders were indicted in 2018, with potential additional indictments still on the table. This case is explosive and expanding, with new evidence and new plea deals emerging.

Clare Bronfman, Seagram's Heiress – Bankroller

Allison Mack, Smallville Actress – Recruiter

Keith Raniere, Leader and Co-founder

Nancy Salzman, President and Co-founder

Lauren Salzman, High-Ranking Member

Kathy Russell, Accountant

54

It's leader, Keith Raniere, also operates a secret society called DOS, known as "The Vow." According to a report in Epoch Times, prosecutors said the society was created around 2015, and is purported to be an acronym for the Latin phrase "dominus obsequious sororium," which loosely translates to "master over the slave women."

Court documents reflect that DOS operates as a pyramid, in which Raniere is at the top, as the highest master. All of the participants are women, most of which are recruited from within NXIVM, and there are levels of "slaves" headed by "masters." When recruiting, masters would inform their prospective slave that they would need to provide "collateral," to ensure the slave would keep what she was about to learn a secret. The collateral included sexually explicit photographs, videos stating damning information about themselves or someone close to them, or letters with damning accusations and assigning rights to certain assets. The "slaves" had to provide collateral on an ongoing basis, which was kept in a safe.

A Superseding Incitement Reflects Child Sex Abuse: Raniere, 58, is accused of having a child "engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, which visual depictions were produced and transmitted."

His co-defendants "were aware of and facilitated Raniere's sexual relationships with two underage victims: (1) a fifteen-year-old girl who was employed by Nancy Salzman and who – ten years later – became Raniere's first-line 'slave' in DOS."

**Nancy Salzman Pleaded Guilty to Racketeering**

Former psychiatric nurse Nancy Salzman, co-founder and president of NXIVM, pleaded guilty on March 12, 2019, to one count of racketeering, and admitted to participating in a widespread criminal enterprise. She also confessed to stealing email passwords of NXIVM enemies and altering tapes before turning them over for use in a lawsuit.

**Lauren Salzman Admitted to Enslaving a Woman for 2 Years**

In the final days of March 2019, Lauren Salzman quietly pleaded guilty to conspiracy charges, and on April 2 nd admitted in court that she had harbored her own personal slave from March 2010 through April 2012, by keeping her imprisoned in a room and threatening her with deportation back to Mexico. She also admitted to being a member of DOS, Raniere's secret society.

Clare Bronfman Fainted When Finding Out Attorneys Mark Geragos & Michael Avenatti Were Indicted for Extortion of Nike In the midst of this bombshell, on March 27, 2019, Clare Bronfman fainted in the courtroom after being asked if she had secretly retained lawyer Michael Avenatti. In a recent indictment, one of Bronfman's attorneys, Mark Geragos was identified as a co-conspirator with Michael Avenatti to extort $20 million from Nike. Avenatti was arrested just two days before Bronfman's court appearance. Then, on April 11, 2019, Avenatti was indicted on 36 counts of fraud and embezzlement.

**Allison Mack Pleaded Guilty to Racketeering**

Fast forward to April 8, 2019, and Smallville actress Allison Mack pleaded guilty to racketeering charges for manipulating women into becoming sex slaves for their leader, Keith Raniere. Her original pending counts on court documents indicated sex trafficking of children by force, fraud or coercion. She is now in Prison in Fremont, California where we contacted her.

**How big is NXIVM, and how far is their reach?**

This is a list of their affiliations, documented in court records.

How Do These Individuals Connect with The Clintons?

Clare Bronfman, Seagram's Heiress, her sister Sara Bronfman, and NXIVM's Nancy Salzman were all members of the Clinton Global Initiative, which is by "invite only." What does this mean? It means, that they paid the Clintons a minimum of $15,000 in annual donor fees in order to be involved with their projects and initiatives, to gain contracts and business. Based on evidence thus far, it would be easy to speculate the nefarious pay-to-play operations that took place with NXIVM's group and Clintons working on any projects together. The fact that they all ran in similar circles, including NXIVM hosting seminars and partying on Richard Branson's Necker Island, doesn't bode well either. Whereas Branson maintains he was not aware of these events on his island, there are cozy photos of him and Clare's sister Sara Bronfman, indicating he was close with the family.

The Clintons have been close with the Bronfman family for quite some time, and Hillary Clinton spoke at Clare's father Edgar Bronfman's funeral in 2013. Edgar received the Presidential Medal of Freedom from President Bill Clinton in 1999. He was also a donor to the Clintons and their foundation.

In addition to Clare and Sara Bronfman being members of Clinton Global Initiative, NXIVM was a big donor to Hillary Rodham Clinton's 2008 presidential run. According to the New York Post, federal records show that executives, top associates, and family members of NXIVM contributed $29,900 to Hillary's 2008 campaign.

**NXIVM VIP Tables at Clinton Foundation – Joined by Kirsten Gillibrand**

It was recently reported by Fox News, court documents reveal that Sen. Kirsten Gillibrand's father worked for NXIVM. The 2020 Democratic presidential candidate's father, Doug Rutnik, worked as a lobbyist for NXIVM for four months in 2004 at a rate of $25,000 per month. Her father got her step-mother into being a member of NXIVM. Apparently, Rutnik attempted to distance himself from the group, at which point NXIVM sued him. Later, Clare Bronfman donated money to Kirsten Gillibrand, and she accepted it.

The Frank Report tells a more in-depth story about Gillibrand's stepmother. They allege that Doug Rutnik asked Gwenn Bellcourt, Gillibrand's cousin, who later became her stepmother, to take a 5-day intensive to determine if NXIVM needed a license as an education institution. This all transpired while Rutnik was working for NXIVM. Bellcourt was taken with NXIVM, and immediately targeted by its

leaders Keith Raniere and Nancy Salzman, for inclusion in the cult. Raniere wanted to her to become NXIVM's inside attorney. Raniere decided they no longer needed Rutnik, at which time NXIVM attempted to sue Rutnik to retrieve the $100,000 they had paid out to him. It was settled out of court and Rutnik paid the $100,000. He later managed to get Bellcourt out of the cult and married her.

According to a report in Big League Politics, eyewitness John Tighe describes a 2006 Hillary Clinton fundraiser, that entailed Gillibrand sitting at a NXIVM table. He stated, "Gillibrand sat with one of the front tables. Yeah, the three front VIP tables were all bought by NXIVM and she was sitting with Nancy Salzman."

Kirsten Gillibrand made the claim in 2017 that she had never heard of NXIVM until she read about them in the newspaper.

**The Podesta Brothers**

John Podesta, Former White House Chief of Staff to Bill Clinton, Former Counselor to Barack Obama, and Former Campaign Chairman for Hillary Clinton's 2016 presidential campaign Tony Podesta, Bigtime DC Lobbyist and founder of the Podesta Group John and Tony are very close with the Clintons, have worked together for decades, and even grew up in the Chicago area just 14-minutes away from each other – the Podesta's in Jefferson Park, and Hillary Rodham Clinton in Park Ridge, IL.

Though the Podesta brothers have yet to be charged with crimes against children, Tony Podesta was indicted on other charges documented below.

Due to some very disconcerting material evidence, and the fact that they are very close with the Clintons, they are being included in this report.

**JOHN PODESTA**

In John's office, at then Hillary Clinton's Brooklyn campaign headquarters, he had an oil painting on loan from his brother Tony. It shows two men holding knives and forks, leaning over a dining room table, where a man in a suit lay. When asked about this painting by Time Magazine, John said, "it's better to be the guy with the fork than the guy on the table." This isn't a painting depicting surgery, it is depicting cannibalism.

John has been at the center of Pizzagate ever since Wikileaks released his emails back in 2016. Rolling Stone magazine would have everyone believe that "Russian hackers" stole the emails from John and sent them off to Wikileaks for release. They, like all other mainstream media sources, have claimed that Pizzagate is a deranged conspiracy theory, and made Comet Ping Pong the central point of the pizza-pedophilia theory.

Yet, Pizzagate actually dates back decades prior to the release of those emails, and was only recently labeled as "Pizzagate." Without going in- depth into Pizzagate, as that would be an entirely separate article in itself, let's just limit this to two facts we do know with 100% validation. 1) Whereas John Podesta denies being involved with children in a sexual manner, at no point does he ever address or

explain the suspicious language in his emails. 2) An undercover officer setup a sting on Craigslist because Stephen Salamak, a New Jersey corrections officer had put out a message looking for women and moms "that are into cheese pizza," – a reference to child pornography. This is all stated in the indictment. The man was indicted, numerous child pornography photos were found on his computer, and on July 27, 2018, he filed a guilty plea with a mandatory minimum sentence of 5 years.

The fact is, whether or not it can be proven that John is involved with "Pizzagate," – pizza, sex, and pedophilia have gone hand-in-hand for many years, it is well-known, and it is well-documented. Heck, Al Vernacchio, a sex education teacher at a Quaker school in Pennsylvania, hasbeen teaching children about pornography and sex, utilizing pizza terms since 1999. In fact, it's been such a hit, he went on TED to break it all down for everyone in 2012. So for 20 years, pizza/food terms have been used as "sex talk" quite openly, if one does their research. It all makes the "Podesta emails" surrounding food terms and children just a bit more curious.

But hey, if that doesn't float your boat, you can always stroll on over to the "sexy, Instagram-baiting museum of pizza in NYC" packed with a 29- room funhouse, and promoted with photos of folks strapped up in leather, cuffs, chains, and well – not much else, while tonguing down pizza, or better yet – holding a slice over their genitals. Pizza sex talk indeed. But, nothing to see here. It's been code for a long time folks. It would take the average person to find sexual connections to pizza throughout Hollywood, used in advertising, promoted through campaigns, and certainly on the dark web – roughly 10 minutes, to draw the conclusion that sex and pizza have been linked together for decades. The only thing that evolved was the label itself – "Pizzagate."

Therefore, to make the claim that Pizzagate doesn't exist, with their entire focus being on "Comet Ping Pong," is illegitimate, ignorant, and irresponsible reporting. They intentionally focus on the label, as opposed to the actual facts that child pedophiles and child sex trafficking has been rampant since the beginning of time, and has gotten progressively worse over the years, especially within the church. Perhaps sticking with the label "Pedogate" makes it harder for them to try to control the narrative. Food for thought.

**TONY PODESTA**

Tony Podesta, longtime lobbyist in DC, and founder of the Podesta Group, was indicted in 2017 for violating the Foreign Agents Registration Act.

Shortly thereafter, the Podesta Group closed up shop. Then, in July 2018, Special Counsel Robert Mueller offered Tony Podesta immunity to testify against Paul Manafort, who had worked with the Podesta Group in a public relations campaign for the European Centre for a Modern Ukraine, founded by three senior members of the pro-Russia Party of Regions – and who had been indicted on bank and tax fraud charges. Paul Manafort was sentenced to 7-1/2 years in prison. Meanwhile, Tony seems to have skated into the wind.

58

In addition to Tony's own collection of disturbing art surrounding children, his manager, as well as artists they bring into their exhibits, are equally disturbing. One such exhibit included artwork by ArtAngel, founded by Roger Took, a convicted pedophile in the worst degree imaginable.

Some refer to Tony as a "provocative artist," while others find the idea of children being clothless and bound to be incredibly disturbing.

The Podesta brothers are close friends with Marina Ambramovic, a Siberian performance artist and film producer who is best known for her provocative, and to some – disturbing, art exhibitions and spirit cooking parties. Ambramovic's book "Spirit Cooking with Essential Aphrodisiac Recipes" was released in 1996, utilizing ingredients such as fresh sperm milk, breast milk, and fresh morning urine. The spirit cooking festivities typically include feasting on replicas of full-size bodies with edible ingredients that give the effects of oozing blood and tissue. It seems to be a Hollywood hit.

In one exhibit she was preparing, she painted the words in what appears to be actual blood, onto a wall, stating "With a sharp knife, cut deeply into the middle finger of your left hand. Eat the pain." On another wall, she painted the words, "Fresh morning urine sprinkle over nightmare dreams."

In an email from June 2015, Marina emailed Tony about attending a spirit cooking dinner at her place, and asked if his brother would be joining him, signed "all my love, Marina."

**The Podesta Group and Amber Ready, Inc.**

In May 2009, Amber Ready, Inc., selected the Podesta Group as their agency of record to be their PR company, covering all media relations, and building a campaign to promote Amber Ready's cell phone technology. The program enables parents to create, store and lock their children's Alert profiles in parent's wireless phones so that if a child goes missing, police can transmit the Alert Profiles in minutes via Amber Alert. Then-Principle of the Podesta Group Ed Rothschild stated: "Working with AMBER Ready to help inspire nationwide support for their innovative childsafety solution should prove to be very exciting and gratifying." That is a lot of data on children being stored in accessible cell phones.

**Laura Silsby**

Probably one of the most well-known names that is talked about, is convicted child trafficker Laura Silsby. Here are the facts:

• On January 29, 2010, Laura Silsby was arrested at the Haitian border for trying to smuggle 33 children out of Haiti, allegedly into an orphanage in the Dominican Republic, without documentation.

• Silsby was with a team of 9 other members, all of which were from America, and 7 of the 10 were from Central Valley Baptist Church in Meridian, Idaho.

• Silsby is the former director of The New Life Children's Refuge, which is documented in a Wikileaks email that indicates a plan to "rescue orphans from Port au Prince, Haiti," in addition to requesting donations.

• Jorge Torres, the lawyer Silsby retained after her arrest, was arrested in connection with an international smuggling ring that trafficked children and women from Central American and Haiti into the United States. He was a fugitive from justice when he was indicted in 2003 on charges of conspiring to smuggle aliens from Central America into the United States through Canada in 2002. He was hiding out in Canada under the name "George Simard" after a 1999 bank fraud conviction. The U.S. government was unable to locate him in 2003, but they tracked him once he showed up in the media, representing the Laura Silsby case, and going under the assumed name "Jorge Torres Puello." He was extradited, plead guilty, and was sentenced on alien smuggling charges, to serve 3-years and 1-month in prison.

At that time, Jorge Torres was wanted by four countries in connection with charges including sex trafficking of girls and women, and making counterfeit documents and violating parole. He was wanted in El Salvador for bringing women and girls from Central America and the Caribbean into El Salvador and luring them into prostitution. Jorge's wife was arrested for holding girls captive in a Nicaraguan house, and they had documentation indicating that they may have had protection from government officials.

• All of the Americans were released with exception of the leader Laura Silsby, who they wanted to further question about the children, as well as her connection to Jorge Torres Puello.

• On February 7, 2010, Bill Clinton, then-special envoy for the United Nations, suddenly took up an interest in this case, intervened and struck a

diplomatic deal for the release of the 9 American missionaries that were in a jail on child abduction charges, except Laura Silsby who the judge still had questions for.

• Just two days after Bill's intervention, Hillary Clinton, Cheryl Mills, and several others were communicating in an email thread about USG's options regarding the 10 Amcits, only the page containing the "options" is "denied" from being seen. In a cryptic message at the bottom, it states,

"Cheryl asked for a memo from L for S BY TOMW AM outlining S's options re the Amcits. Her questions:"

• Laura Silsby's charges were miraculously reduced to "arranging irregular travel," which got her a 6-month prison sentence in Haiti. On May 17, she was found guilty and sentenced to the time served in jail prior to the trial.

• Silsby returned to Idaho where she married in 2015, and took the last name Gayler. She became the Vice President of Marketing for AlertSense who works with the federal government on FEMA's Integrated Public Alert & Warning System (IPAWS), including the Amber Alerts when kidnappings occur.

Coincidentally, in May 2009, Amber Ready, Inc., selected the Podesta Group as their agency of record to be their PR company, covering all media relations, and building a campaign to promote Amber

Ready's cell phone technology. The program enables parents to create, store and lock their children's Alert profiles in parent's wireless phones so that if a child goes missing, police can transmit the Alert Profiles in minutes via Amber Alert. Then-Principle of the Podesta Group Ed Rothschild stated: "Working with AMBER Ready to help inspire nationwide support for their innovative child safety solution should prove to be very exciting and gratifying."

**A Quick Recap to Wrap This 2009 Group Together**

Clinton Global Initiative (CGI) stated that since 2009 they have "placed a particular focus" on combatting human trafficking. The Polaris Project and Free the Slaves are BOTH CGI members. As indicated above under the NXIVM section, members of the Clinton Global Initiative are by invite only, and are required to give minimum donations of $15,000 annually.

Also in 2009, is when the Podesta Group partnered with Amber Ready, Inc., which ultimately creates a database of information on children across the globe, stored in cell phones, which are highly accessible, especially when technology is designed to be accessed.

Finally, Laura Silsby had been planning her trip to Haiti and working on developing her "orphanage" in 2009, eventually making her way to Haiti in January 2010, when she was arrested for trafficking 33 children, and whose lawyer was extradited on charges of smuggling women and children. Despite all of this, she managed to get a job at a company that works with the Federal Government in direct relation with Amber Alert.

Curious.

**Bill and Hillary Clinton came to the rescue of Laura Silsby.**

Wealthy Hedge Fund Manager **Jeffrey Epstein**

Jeffrey Epstein, served 13 months in prison and home detention after agreeing to an illegally carried out plea deal back in 2008, in which Epstein admitted to soliciting an underage girl for prostitution. This story is about much more than just one underage girl – in fact, there were 30.

Epstein was accused by more than 30 girls, most between the age of 13 and 16, of being lured to his mansion for sex acts. According to the Miami Herald, court and police records show that he then used those same girls to recruit more girls over a period of several years.

This 2008 plea deal gave Epstein and an untold number of others who weren't named, immunity from federal prosecution. This non- prosecution agreement is now a big focus of the Justice Department's investigation.

On February 22, 2019, a federal judge ruled that the deal made back in 2008 was illegal because former Miami U.S. Attorney Alexander Acosta kept it from Epstein's victims, which is in violation of the Crime Victims' Rights Act. They concealed a plea agreement from more than 30 underage victims who had been sexually abused. In a 33-page opinion, Judge Marra said: "prosecutors not only violated the

Crime Victims' Rights Act by not informing the victims, they also misled the girls into believing that the FBI's sex trafficking case against Epstein was still ongoing — when in fact, prosecutors had secretly closed it after sealing the plea bargain from the public record. Epstein worked in concert with others to obtain minors not only for his own sexual gratification but also for the sexual gratification of others."

On March 11, 2019, a federal court of appeals in New York gave multimillionaire Jeffrey Epstein and his former partner Ghislaine Maxwell until March 19 th to establish good cause as to why the documents from their prior case should remain sealed. If they fail to do so, the summary judgment and supporting documents will be made public. The court also reserved a ruling on additional documents in the civil case, which includes discovery materials.

On March 19, 2019, two anonymous individuals filed complaints objecting to the unsealing of the court documents, over privacy issues and fear of being publicly identified as third parties.

Connections to The Clintons:

• Hillary Clinton received a $50,000 political donation from Epstein in 2006 while he was under indictment for trafficking children for sex.

• Epstein routed $25,000 from HSBC Swiss accounts directly to the Clinton Foundation in 2006.

• In a 23-page letter, written by Epstein's lawyers Alan Dershowitz and Gerald Lefcourt in July 2007, to negotiate a plea deal before being tried for sex trafficking underage girls from his Palm Beach, Fla base to his 72-acre island Little St James in the Caribbean, they stated his close friendship with Bill Clinton and claimed that he helped start the Clinton Global Initiative. It stated, "Mr. Epstein was part of the original group that conceived the Clinton Global Initiative, which is described as a project 'bringing together a community of global leaders to devise and implement innovative solutions to some of the world's most pressing challenges." Thus far, Jeffrey Epstein, Nancy Salzman, and Clare Bronfman have all been convicted, and coincidentally, were all involved with the Clinton Global Initiative, two of whom had islands in the Caribbean. As noted above, the plea deal worked.

• Flights logs show Bill Clinton flew on Epstein's private plane "Lolita Express" at least 26 times and ditched his Secret Service detail for at least five of the flights.

• Epstein hosted a trip to Africa in 2002, on his private plane, for the Clinton Global Initiative's anti-AIDS mission. Bill Clinton, actor Kevin Spacey, and other celebrities were all aboard.

**Actor Kevin Spacey**

In December 2018, Kevin Spacey was charged with sexual assault of a teenager at a bar in Nantucket, Massachusetts, that occurred late on July 7 into July 8, 2016. This followed on another allegation by actor Anthony Rapp, who claimed Spacey made sexual advances toward him in 1986 when he was 14-years-old and Spacey was 26. At the same time he offered a public apology to Rapp, he also came out

for the first time, declaring himself a gay man. CNN, of all media outlets, did a little hit piece on Spacey about coming out during an apology.

Another case of sexual battery accusations that took place in 1992, was dropped last September due to California's statute of limitations. However, there are court documents in pacer on another ongoing case that was filed on January 31, 2019, in California, whereby the plaintiff, a massage therapist listed as "John Doe," alleges repeated sexual assault and battery by Spacey while falsely imprisoning plaintiff. UK police are also investigating several allegations from when he served as artistic director at London's Old Vic Theatre.

In December, Spacey took to YouTube and posted a bizarre video, in which he was in his "House of Cards" character, while seemingly, both denying and divulging a mix of information, such as this:

"Of course some believed everything. They're just waiting with bated breath to hear me confess it all. They're going to say I'm being disrespectful, not playing by the rules," he adds. "Like I ever played by anyone's rules before. I never did. And you loved it."

According to the Herald News, the pending case in court regarding the teenager in the bar, in which Spacey was brought up on charges, is the firstcase that h s resulted in criminal charges. It is expected to go to trial in the fall. Police reports indicate that the teen told investigators that Spacey kept bringing the teen drinks, repeatedly invited him back to his home, and unzipped the teen's pants and rubbed his penis over his underwear as they stood in a crowded area of the bar. Spacey has been accused of sexual misconduct by more than a dozen men, in which some of them were teens at the time of the alleged incidents. According to ABC Action News, the criminal complaint indicates that investigators have video of Spacey sexually assaulting the 18-year-old boy.

Spacey apparently owns a $7 million dollar home in Nantucket, where the island is buzzing with rumors about Spacey and other alleged victims.

**Connections to The Clintons**

• The New York Times published an article in 2015 about Spacey's "bromance" with Bill Clinton. At the 10 th anniversary celebration of the William J. Clinton Presidential Center, Spacey stated, "we, in fact, have spent so much time together that I sometimes I even become him." According to NYT, Spacey first met Bill Clinton in the White House during his first term, kept in touch, grew closer, and continued their talks a couple times a month. There is even a photo of Spacey and Clinton hanging on the wall in "House of Cards," from one of in 2002.

• After Clinton left office, Spacey began working with Bill on some of the Clinton Foundation's initiatives.

• In 2002, Kevin Spacey flew to Africa with Bill Clinton, on Jeffrey Epstein's plane, for a 5-day CGI AIDS mission.

• In 2013 Bill Clinton revealed he was an ardent admirer of "House of Cards".

• Spacey stated to David Letterman that he is pals with Bill Clinton when describing their visit to Starbucks in 2014.

Joel A. Getz, Independent Director of Chain of Private Kindergartens in China. Getz, a former Clinton Foundation official, is an independent director of RYB Education, who operates 80 kindergartens and has an additional 175 franchised locations across 130 cities in China. In November 2017, China launched a nationwide investigation into the chain of schools following claims of abuse at multiple locations. Parents had reported at least 8 toddlers were forced to take white pills and some sort of brown syrup by the teachers, needle marks were found on their bodies, and the children were stripped naked and forced to either stand or locked in dark rooms. Medical examinations confirmed the injuries were from needles, and China's Xinhua news agency reported that children were also sexually molested.

One of the parents came forward and said that her son was made to strip naked after being injected with brown syrup, then examined by a naked male adult, in what was described as sexual intercourse. The mother requested to see closed circuit footage from the school, but they denied her.

Another parent said that the kids were saying the teachers would give them the white pill and tell them it was "a secret" and to call it a jellybean rather than a pill, and it was a reward. One father said that his child had taken two white pills after lunch and then fell asleep.

The kindergarten was located next to a large military base, and speculation began that men from the base may have been sexually abusing the children, since the director's husband was previously an official at the base. They were unable to prove this theory.

Abuse had happened at other kindergartens in this chain as well. Back in October 2016 two teachers from an RYB kindergarten in northeast Julin province were sentenced to 34 months in prison for jabbing children in their mouths, head, and buttocks with needles.

All of the directors of RYB are Chinese, with the exception of Joel Getz. He is also listed as a member of the Audit Committee and the Compensation Committee. It seems quite odd that an associate dean at Yale would be on the board of directors of a Chinese kindergarten chain.

Prior to this, he served as the director of development for the William J. Clinton Foundation in New York and was President of the Mayor's Fund to Advance New York City. According to his Yale bio, when working for the Clintons, he was "instrumental in creating a formal development operation for the Clinton Foundation, which raised in excess of $135 million annually."

Interestingly, when Getz was on the board of advisors for the Mayor's Fund, film producer Harvey Weinstein was also on the board. Weinstein is currently facing rape charges in an ongoing court case. Another interesting side note: Daisy Soros, George Soros's sister-in-law was also on the board. The Mayor's Fund is no joke. A lot of big organizations and foundations are donors, including George

64

Soros. In 2017, they took in over $21 million in grants and contributions, and in 2016 they cleared over $24 million.

**Harold H.L. Moody**

Harold Moody worked for Pulaski County Youth Services in Little Rock, AR, where he was arrested on November 5, 2018 for pornography charges involving live streaming chat rooms where infants were being raped. Clinton Health Matters Initiative and its partners, were working with Pulaski County Youth Services from 2012 – 2017. In addition, he was a communications director for the Democratic Party of Arkansas for a year-and-a-half, and prior to that, he was chairman of the Pulaski Democratic Party for two years. Some of Moody's friends and associates include Chad Griffinwho is head of the Human Rights Campaign (HRC), and Jason Wiest co-host of The Big Gay Radio Show and former deputy director of communications at the office of Gov. Mike Beebe, as shown in a video clip Harold Moody posted to his Facebook page, along with hundreds of photos with politicians at political events.

**George Nader**

George Nader is a Middle East analyst and convicted pedophile who worked for the Clinton administration and received a congressional tribute for his work on his magazine, after an exclusive interview with former President Bill Clinton. Some may be familiar with his name, because he was questioned in the Mueller probe for consulting with the Trump administration.

George Nader was born in Lebanon, and came to the U.S. as a teenager. In 1981, he started a company and magazine by the name of International Insight Inc., and the magazine later became "Middle East Insight." Before long, the magazine featured original interviews with senators John McCain, Dianne Feinstein, Mitch McConnell, then-Senator Joe Biden, as well as George W. Bush and Bill Clinton, as well as Middle Eastern leaders, including Saudi Arabia's Prince Alwaleed bin Talal, Muammar Gaddafi, Yasser Arafat, and others.

During the Clinton Administration (1993–2001), Nader tried to broker an Israeli-Syrian peace agreement, and worked with Estée Lauder heir Ronald Lauder. He served as an informal envoy to Syria for the Clinton administration and worked as a negotiator to help free U.S. hostages in Lebanon.

George Nader had an exclusive interview with former President Bill Clinton, that was published in the November–December 1995 issue, and saved in congressional records.

Just four months later, in April 1996, a tribute was made to Nader and his magazine in a congressional report. The report also makes clear of his access to key political and business leaders throughout the Middle East.

According to court records, Nader was indicted in 1985 for importing child pornography from the Netherlands, containing an eight-mm movie film, four magazines and one advertisement for another film, in addition to a magazine title "Boy No. 53" and "Sweet Little Sixteen, Volume 3, No. 8," along

with two pictures. The material contained nude boys, as well as nude boys engaged in a variety of sexual acts.

A U.S. Customs inspector opened the package because he felt he had reasonable grounds to suspect the enclosed material was being imported into the U.S. contrary to law. The case was later dismissed when more child pornography evidence was seized from Nader's home, was thrown out based on procedural grounds.

In 1991, Nader was caught at Dulles airport in Washington, DC, transporting videos of underage boys in sex acts, dated 1990. He was convicted and sentenced to six months at a halfway house in Maryland, by a federal court in Northern Virginia, on a felony charge for transporting sexually explicit materials in foreign commerce. His case was sealed, and he was not placed on the sex offender's registry because Virginia required two or more convictions.

In the early 2000s, he up and left his Washington apartment and completely vanished. His website went offline and his business was dissolved. At some point in 2003, he resurfaced to take a couple to court who had purchased his apartment through foreclosure, while he was gone.

In May 2003, Nader was sentenced to a one-year prison term for sexually abusing 10 young boys between 1999 and 2002, in Prague. He was convicted of moral corruption of minors, sexual abuse and impairing morals. He often offered money, jewelry, cellphone and such, as accommodations for sexual services. In one of the cases, he had requested oral sex from a 14-year-old boy in a room at the Hilton Hotel in Prague. Nader proceeded to masturbate in front of the boy, after the boy had refused.

He was expelled from the Czech Republic after his release. Being as he returned to Washington in 2003 to reclaim his apartment, it would seem he didn't serve the full-year prison sentence.

**The Verdict**

On March 13, 2019, The Washington Post published an article in regard to the transcripts released on former FBI lawyer Lisa Page from the probe into how federal law enforcement agencies conducted the Trump and Clinton investigations. Former FBI counterintelligence officer Peter Strzok and Lisa Page were both assigned to these investigations, were having an affair, and had exchanged numerous bias texts against Donald Trump.

Page clarified this by stressing that senior bureau officials were also expressing anti-Clinton animus, and stated "many of us in law enforcement dislike the subject of our investigations. We are not keen on pedophiles and fraudsters and spies and human traffickers.

That is fine. What would be impermissible is to take that harsh language and to act in some way that was illegal or against the rules. And we don't do it."

The question on everyone's mind – are Bill and Hillary Clinton child traffickers?

What would be their motive? Money is certainly a driving motivator for the Clintons, and it's a $150 billion dollar industry. They most definitely have worldwide connections to pull off operations for child sex trafficking, organ harvesting, or slave labor. Does this alone make them guilty? Are they themselves pedophiles like many of their convicted friends, or are they just okay with that behavior? Why is it that they seem to continually surround themselves with corrupt individuals, some even former lawmakers, as well as other sexual predators, and some under question for murder.

Does anything go with the Clintons? Why are they working with Branson, Gates, Soros, Bezos, numerous organizations and foundations, across 26 islands in the Caribbean to build up "tourism" and focus on sustainable infrastructure, such as hotel resorts. Polaris points out that hotels are a venue for traffickers, with 1,434 cases of human trafficking in hotels having been reported back in 2007. Most of the Caribbean islands are either tier 2 or tier 3 for human traffickiing.

**What It Boils Down To**

**Option A.** They had absolutely no clue that any of these people they spent a great deal amount of time with, both personally and through business, were involved in crimes against children. All of the work they have done for children is about the children, not the money. This is a hard sell given all of the evidence above.

**Option B**. They turned a blind eye, despite being aware. A highly unlikely option. If anything, the Clintons would use this information to extort those people. And in doing so, would indicate their lack of concern for children, making all of their said causes a lie.

**Option C**. They created bills, instilled laws, built relationships, worldwide databases, countless initiatives, partnerships, and global hotlines – all with direct access to, and knowledge of, children and their whereabouts. In both politics and business they are known as the procurement specialists, often using this language in their press releases. They and Jeff Epstein may have been running the sex trade for all of the American billionaires…???

The evidence is piling up against the Clintons. It's becoming more and more difficult to rationalize all of their choices, relationships, and nefarious dealings, away.

There will come a day when the light will brightly shine on all of this, when investigations into the Clintons wrap up, and truth be unveiled. Until then, pray for the children in this world – for this battle we fight day and night – is for them. Now that Raniere is in jail and Mack is on bail and ordered not to have any contact with other cult members, Clare Bronfman has taken on the role of leader within the organization.

In response to the recent controversy surrounding NXIVM, Bronfman made a statement on her website denying the accusations against Raniere. She praised Raniere and the NXIVM programs, insisting that she is doing work that is truly helping people, and that no one has ever been coerced as a part of their workshops.

Frank Parlato, a former NXIVM publicist-turned-whistleblower told the New York Post that Bronfman is among the harshest leaders in the organization.

"She's the enforcer—the brutal one. Clare's running the [operation] now, and she's the most ruthless of them. I'm issuing an absolute warning now. Clare Bronfman is a true fanatic, and if there's a Jim Jones situation, everyone will commit suicide but her." Parlato said.

Of Allison Mack, Parlato said that she was a troubled woman, who was both a victim and an abuser.

"Mack was both a victim and a victimizer. She was both a mastermind and Raniere's useful idiot. She started as a slave and she became a slave master. Her nickname among defectors is 'Pimp Mack,'" Parlato said.

It is highly possible that this is a position that Mack was groomed for since she was a child, as many childhood stars turn from victims to predators as a result of what they often experience behind the scenes in the industry. Oddly enough, one of Mack's very first roles was in a softcore porn movie called "Night Eyes Three." She was just 11 years old at the time.

A former chairman of the California Democratic Party, who knew of these sex cults, is accused in a lawsuit of forcibly performing oral sex on a male subordinate and threatening him to keep quiet, the *Sacramento Bee* reports.

The lawsuit from William Floyd, a former party employee, is against former chairman Eric Bauman, the California Democratic Party, and the Los Angeles County Democratic Party. The former assistant to Bauman says he was first assaulted after falling asleep in a hotel and waking up to his boss performing oral sex on him, and that there were two more instances where he was forced to submit to Bauman.

The lawsuit also says the party failed to properly respond to Bauman's conduct and tried to make him quit.

Bauman, who resigned due to other sexual assault allegations, denies the allegation from Floyd, according to the report.

> Floyd, who is now 28, began working as Bauman's assistant in 2016, when Bauman was chair of the Los Angeles County Democratic Party. Floyd says Bauman assaulted him at least three times and groped him on numerous occasions. In his lawsuit, Floyd alleges Bauman threatened him, telling him "if you cross me, I will break you."

> Bauman resigned late last year after other allegations of sexual misconduct became public. He denied Floyd's allegations through his lawyer.

> "We have not yet been formally served with this lawsuit and have only learned about the filing of it through media inquiries this evening," Bauman's lawyer Neal Zaslavsky said in a statement. "Mr. Bauman denies the allegations in the complaint and looks forward to complete vindication once the facts come out."

Floyd says he told senior members of the party about incidents with Bauman before he was forced to relocate.

Several Seattle employees of both Google and Amazon were busted after using their corporate accounts to send emails to local brothels and pimps looking to purchase services from sex workers trafficked from Asia, according to emails obtained by Newsweek.

"[E]mails obtained by Newsweek reveal another sordid corner of the tech sector's treatment of women: a horny nest of prostitution "hobbyists" at tech giants Microsoft, Amazon and other firms in Seattle's high tech alley."

Many of the emails were swept up in a 2015 sting operation which targeted online chat rooms and message boards in which customers rate sex workers - resulting in the arrest of 18 of these "prostitution hobbyists," including several high level Amazon and Microsoft directors - two of which are currently scheduled for trial in March.

Seattle brothels had been catering to Microsoft employees through several "backpage.com" ads located nearby the company's Redmond, WA headquarters, in what is becoming a booming business.

A study commissioned by the Department of Justice found that Seattle has the fastest-growing sex industry in the United States, more than doubling in size between 2005 and 2012. That boom correlates neatly with the boom of the tech sector there. It also correlates to the surge in high-paying jobs, since this "hobby" (the word johns use online to describe buying sex) can be expensive: some of these men spent $30,000 to $50,000 a year, according to authorities.

The tech sector has not only employed a significant number of men who pay for sex with trafficked women, it has also enabled traffickers to more easily reach customers and to hide their business from cops by taking it off the streets and into computers and ultimately, hotel rooms, motels or apartments. In one 24-hour-period in Seattle, an estimated 6,487 people solicited sex on just one of the more than 100 websites that connect buyers with sellers, according to a 2014 study.

Of note, Backpage.com shut down its adult sections in January, citing government pressure following a 2016 Senate report on commercial sex services fingered the website as a hotbed for criminal activity, and stating that "Backpage officials have publicly acknowledged that criminals use the website for sex trafficking, including trafficking of minors."

In October, 2016, Backpage CEO Carl Ferrer was arrested in Houston and the company's Dallas headquarters searched. NPR reported at the time that Ferrer, 55, was charged with pimping a minor, pimping and conspiracy to commit pimping. Two controlling shareholders of Backpage — Michael Lacey and James Larkin — also are charged with conspiracy to commit pimping."

The prostitutes trafficked from Asia typically don't speak much English, relying on translation apps to offer services such as "girlfriend" experiences and "Nuru" (nude massage). Many of the women are

working their way out of debt bondage, and feared for their lives or those of their families - according to one pimp interviewed during the 2015 sting.

A spokesman for Microsoft said of the emails "Microsoft has a long history of cooperating with law enforcement and other agencies on combating sex trafficking and related topics, and we have employees who volunteer their time and money specifically to combat this issue as well. The personal conduct of a tiny fraction of our 125,000 employees does not in any way represent our culture. No organization is immune to the unfortunate situation when employees act unethically or illegally. When that happens, we look into the conduct and take appropriate action. Microsoft makes it clear to our employees they have a responsibility to act with integrity and conduct themselves in a legal and ethical manner at all times. If they don't, they risk losing their jobs."

Amazon told Newsweek it's investigating the matter, and that "It is against Amazon's policy for any employee or Contingent Worker to engage in any sex buying activities of any kind in Amazon's workplace or in any work-related setting outside of the workplace, such as during business trips, business meetings or business-related social events.' When Amazon suspects that an employee has used company funds or resources to engage in criminal conduct, the company will immediately investigate and take appropriate action up to and including termination. The company may also refer the matter to law enforcement."

In China, Apple's and Amazon's workers must provide sex to factory bosses in order to get favorable treatment in the work farms. Apple and Amazon go to great lengths to cover this up.

The China Labor Watch community group dispatched several investigators into Hengyang Foxconn, a factory that predominantly manufactures products for Amazon. CLW's investigation revealed a number of rights violations at the Hengyang Foxconn factory, which manufactures Amazon's Kindle, Echo Dots and tablets. This is CLW's first investigation into an Amazon supplier factory.

The investigation revealed that dispatch workers made up more than 40% of the workforce, a clear violation of the legally mandated 10%. Furthermore, the working conditions between dispatch workers and regular workers were markedly different despite working the same positions.

Whilst regular workers receive five days of training, dispatch workers only receive eight hours of training, which is well below the legal stipulation of 24 hours of pre-job safety training. Dispatch workers are also required to pay the physical examination fees, whereas some regular workers reported not having to pay any fees for the physical examination.

In addition, sick leave is unpaid for dispatch workers, and they are regularly sent on leave during the factory's off season. During this time, they do not receive any wages. Dispatch workers also do not receive any social insurance, nor are contributions made to their housing provident fund. According to the Interim Provisions on Labor Dispatch, dispatch workers are to be registered for social insurance and employers are to make social insurance contributions.

70

Regular workers are also paid overtime wages, however, dispatch workers earn 14.5 RMB/hour ($2.26 USD) and are paid the same rate for normal hours and overtime hours. The hourly rate includes an attendance bonus, and workers who take more than two days off or are late more than twice a month would receive wages calculated by a 13.5 RMB/hour ($2.11 USD) standard for the month.

While there are clear distinctions in working conditions between regular workers and dispatch workers at the factory, all workers are subject to long hours and low wages. Workers put in over 100 overtime hours during peak season, and there was an instance of workers working consecutively for 14 days. The average monthly wage in Hengyang is 4,647 RMB ($725.22 USD), however, workers at the factory on average earned wages between 2000 – 3000 RMB ($312.12 - $468.19 USD) during off-season. As wages are low, workers must rely on overtime hours to earn enough to maintain a decent standard of living. In spite of that, the factory cuts the overtime hours of workers as a form of punishment for those who take leave or have unexcused absences.

Other major issues at the factory include inadequate fire safety in the dormitory area, lack of sufficient protective equipment, absence of a functioning labor union at the factory, and strict management who subject workers to verbal and sexual abuse.

Some attractive workers are offered "internships in America". Some of those male workers may get sent to Apple's Mr. Cook, or his friends, for "special duties".

The treatment of dispatch workers remains a key issue not only at Foxconn, but also in factories across China. Previously, labor laws in China lacked any mention of dispatch or temporary workers. The "Interim Provisions on Labor Dispatch" came into effect in 2014; however, as dispatch labor remains widely used because of its flexibility, factories continue to abdicate their legal responsibilities as a way to cut down on labor costs. With the dispatch company being contractually obligated to the worker, this allows factories to shirk responsibility for labor rights abuses. Amazon has the ability to not only ensure its supplier factories respects the rights of workers but also that there is equal pay for equal work. Amazon's profits have come at the expense of workers who labor in appalling working conditions and have no choice but to work excessive overtime hours to sustain a livelihood.

Summary of Rights Violations at Hengyang Foxconn

The investigation took place during the factory's off-season and it was discovered around 40% of the total number of workers were dispatch workers. Chinese labor law stipulates that dispatch workers must not exceed 10% of the total workforce.

Before starting work, dispatch workers need to pay 50 RMB ($7.86 USD) to cover physical examination fees. Some regular workers reported having to pay 60 RMB ($9.47 USD) for the physical examination, while others did not pay any fees.

Chinese law stipulates pre-job training to be at least 24 hours, however, dispatch workers only receive eight hours of pre-job safety training.

Many dispatch workers do not receive a copy of their labor contract.

Sick leave is unpaid for dispatch workers. Regular workers have 20% deducted from their day's wages for sick leave.

Dormitories for both regular and dispatch workers do not have emergency exits. The dormitory area for dispatch workers does not have a fire extinguisher and escape routes are not labelled. Fire drills are not performed in the dormitory area.


Workers are required to arrive to their work positions ten minutes before their shift starts and these ten minutes are uncompensated.

During each month of peak production season, workers have to put in over 100 hours of overtime. However, Chinese law stipulates monthly overtime cannot exceed 36 hours. During peak season, there was an instance of workers working 14 days continuously without a day off.

During off-season, the factory schedules dispatch workers to go on leave, resulting in these workers having no wages. Additionally, the factory management will schedule no overtime for regular workers. Due to their low wages, by not allowing workers to work overtime, it forces workers to resign of their own volition. If workers are late, have an unexcused absence, or are on sick leave, the production line leader will also reduce their number of overtime hours. Due to a low base wage, it is a punishment for workers to not be able to work overtime during off-peak season.

Workers earn an hourly wage of 14.5 RMB ($2.26 USD) regardless of whether they worked normal hours or overtime hours, which includes a 1 RMB ($0.16 USD) attendance bonus. If the worker takes more than two days off or if they are late more than twice a month, their month's wages would be calculated by a 13.5 RMB/hour ($2.11 USD) standard.

Many big tech companies have sex trafficking operations inside of them and they operate their crimes with impunity because U.S. Senators own their stock and protect them.



# A Culture of Fear

...at the Firm That Manages Bill Gates's Fortune and The Sex Cult Of The Oligarchs

For 27 years, Bill Gates has entrusted the management of his enormous wealth and the endowment of his giant foundation to a single man: Michael Larson.

Mr. Larson has invested the Microsoft co-founder's money in farmland, hotels, stocks, bonds, even a bowling alley. Thanks in part to Mr. Larson and the soaring value of Microsoft's shares, Mr. Gates's fortune has gone from less than $10 billion to about $130 billion.

But Mr. Larson, 61, also engaged in a pattern of workplace misconduct at Mr. Gates's money-management firm, Cascade Investment, according to 10 former employees as well as others familiar with the firm.

He openly judged female employees on their attractiveness, showed colleagues nude photos of women on the internet and on several occasions made sexually inappropriate comments. He made a racist remark to a Black employee. He bullied others. When an employee said she was leaving Cascade, Mr. Larson retaliated by trying to hurt the stock price of the company she planned to join.

Over the years, at least six people — including four Cascade employees — complained to Mr. Gates about Mr. Larson, according to former employees and others with direct knowledge of the complaints. (Several of them also complained to his wife, Melinda French Gates.) Cascade made payments to at least seven people who witnessed or knew about Mr. Larson's behavior; in exchange, they agreed to never speak about their time at the firm.

Even as Cascade grew to more than 100 employees and to manage more money than most Wall Street hedge funds, the perception that Mr. Larson had Mr. Gates's unflinching support allowed him to maintain a culture of fear inside the company's lakeside offices, the former employees said. Mr. Larson still runs Cascade.

Mr. Gates's reluctance to take decisive action at Cascade adds to an emerging portrait of the billionaire philanthropist that is at odds with his image as a roving global do-gooder and champion of women's empowerment.

As The New York Times has reported, Mr. Gates for years regularly spent time with Jeffrey Epstein, who faced accusations of sex trafficking of girls — a relationship that was among the factors

precipitating Ms. French Gates's recent decision to seek a divorce. And on at least a few occasions, Mr. Gates pursued women who worked for him at Microsoft and the Bill and Melinda Gates Foundation. In 2019, Microsoft's board investigated one of those cases, in which Mr. Gates acknowledged he had an affair with an employee. Mr. Gates stepped down from the board last year.

Mr. Larson and Chris Giglio, his spokesman, denied some but not all instances of Mr. Larson's misconduct.

"During his tenure, Mr. Larson has managed over 380 people, and there have been fewer than five complaints related to him in total," Mr. Giglio said. He added, "Any complaint was investigated and treated seriously and fully examined, and none merited Mr. Larson's dismissal."

Mr. Giglio and Bridgitt Arnold, a spokeswoman for Mr. Gates, said that Bill and Melinda Gates Investments, whose name is sometimes used interchangeably with Cascade's, has robust policies to deal with employee complaints about wrongdoing. "B.M.G.I. takes all complaints seriously and seeks to address them effectively to guarantee a safe and respectful workplace," Mr. Giglio said.

Ms. Arnold said, "B.M.G.I. does not tolerate inappropriate behavior." She added that "any issue raised over the company's history has been taken seriously and resolved appropriately."

Mr. Larson said, "Calling B.M.G.I. a toxic work environment is unfair to the 160 professionals who make up our team and our culture."

Courtney Wade, a spokeswoman for Ms. French Gates, said, "Melinda unequivocally condemns disrespectful and inappropriate conduct in the workplace. She was unaware of most of these allegations given her lack of ownership of and control over B.M.G.I."

Some former Cascade employees declined to comment because of nondisclosure agreements that prohibit them from discussing their time at the company. Others spoke on the condition of anonymity because they feared retribution.

Years after they left Cascade, a few found talking about Mr. Larson so upsetting that they could hardly speak.

**A Generic-Sounding Name**

Before Mr. Larson, Mr. Gates's financial consigliere was Andrew L. Evans, a longtime friend who had previously served a six-month prison sentence for bank fraud. (Mr. Gates visited him in jail.) But when Mr. Evans's criminal record was spotlighted in a front-page Wall Street Journal article in 1993, Mr. Gates sought out a new money manager.

The next year, he hired Mr. Larson, who previously was a fund manager at Putnam Investments. In 1995, Cascade was incorporated in Washington State. The generic-sounding name with no reference to Mr. Gates allowed Mr. Larson to run a vast investment operation with a low public profile.

From the start, Cascade, whose sole function was to manage the Gateses' money, was deeply entwined with the wider Gates universe, including Microsoft. The firm is in the same office park in Kirkland, Wash., as Mr. Gates's personal office, Gates Ventures, and across the street from Ms. French Gates's own group, Pivotal Ventures. Over the years, employees have moved among Cascade, the Gates Foundation, Microsoft, the two Gates ventures and K&L Gates, the law firm where Mr. Gates's father had been a named partner. In 2005, when Cascade needed a new human resources executive, the company hired a Microsoft veteran.

Mr. Larson regularly hired people fresh out of college or in the early stages of their careers. Graduates of Claremont McKenna College, his alma mater, were a particular favorite. The college has several scholarships endowed by Mr. Larson.

Some employees saw working at Cascade as a way to make the world a better place. Because Cascade also oversees the Gates Foundation's $50 billion endowment, helping it do well meant more money for things like fighting malaria and funding education. Others said they were star-struck by the idea of working for Mr. Gates, who founded Microsoft in 1975 with Paul Allen.

Throughout his tenure, Mr. Larson earned steady returns for Mr. Gates. He invested largely in undervalued, old-fashioned stocks, eschewing hot tech companies. When the dot-com bubble burst in the late 1990s, the strategy paid off. Mr. Larson also shielded Mr. Gates's assets from the steepest declines of the recession in 2008 and 2009.

Mr. Larson branched out into real estate and high-end hotels. He bought a 47.5 percent stake in the Four Seasons chain. He acquired vast tracts of land that by some estimates make Mr. Gates the largest private owner of farmland in the United States. Chasing the highest returns was not the main goal. The mandate, according to one former employee, was: "We don't want Bill's name in the headlines."

### 'You Live in the Ghetto'

In the spring of 2004, Stacy Ybarra decided to quit her job at Cascade to join the internet company InfoSpace.

Ms. Ybarra, then 30, had joined Cascade three years earlier as an investor relations analyst. After she announced her planned departure, Mr. Larson became so angry that he shorted the stock of InfoSpace, according to three people familiar with the episode. (Short selling involves placing bearish bets on the company's shares, which sometimes causes the stock to fall.) Two of the people said they saw Mr. Larson's trades on their computer terminals.

Mr. Larson told Ms. Ybarra and others that he had shorted InfoSpace's stock out of spite, according to the three people, who heard about his remarks at the time.

Mr. Giglio confirmed that Cascade shorted the stock but denied that Mr. Larson did it to spite Ms. Ybarra.

At the same time, Mr. Larson repeatedly pressured Ms. Ybarra to remain at Cascade. She ultimately agreed to stay.

On Election Day that November, Mr. Larson asked some Cascade employees in the office about the best time to go vote. Ms. Ybarra, who is Black, replied that she had voted that morning without having to wait in line. Mr. Larson responded: "But you live in the ghetto, and everybody knows that Black people don't vote." The scene was described by two people who heard the comment and a third who was told about it later.

Mr. Giglio denied that Mr. Larson made the remark.

At least one employee at Cascade complained to human resources about Mr. Larson's remark. The complaint made its way to Mr. Gates and Ms. French Gates, who later spoke to Ms. Ybarra as part of an internal investigation, according to people familiar with the matter.

In January 2005, she quit Cascade, received a small payout and agreed to not speak about the firm in the future.

"When these allegations were made more than 15 years ago, B.M.G.I. took them very seriously" and hired an independent lawyer to investigate, Mr. Giglio said. He added that it is standard procedure at Cascade to have employees sign confidentiality agreements when they get severance packages.

**Potential for Embarrassment**

In November 2006, Mr. Gates and Ms. French Gates were sent another complaint about Mr. Larson. This one was from Robert E. Sydow, a California fund manager who had been close friends with Mr. Larson and whose firm, Grandview Capital Management, Mr. Larson had hired to manage a $1.6 billion slice of the foundation's endowment.

Doug Rowan had been hired by Bill Gates to create his CORBIS images company, but things went awry and Rowan departed Corbis. Rowan has stories to tell about Gates.

Mr. Sydow wrote a six-page letter to the Gateses accusing Mr. Larson of abruptly severing Cascade's ties with Grandview after a dispute between him and Mr. Sydow. (The dispute, Mr. Sydow wrote, came after Mr. Sydow warned Mr. Larson that he needed "to stop using his power to hurt others in anger.")

The letter, reviewed by The Times, said Mr. Larson had harmed Grandview's reputation in part by spreading "false and defamatory" lies about it in the market.

Mr. Sydow, the godfather to one of Mr. Larson's children, went on to describe multiple instances of Mr. Larson seeking to punish employees who left Cascade and retaliating against those who cooperated with the investigation into his treatment of Ms. Ybarra, among other things.

Mr. Larson has "the potential to greatly embarrass both you and the foundation," Mr. Sydow wrote.

"We exit agreements with third-party investment managers for a variety of reasons," Mr. Larson said in a statement sent by Mr. Giglio.

After Ms. Ybarra's departure, Cascade hired a new head of human resources, Kathy Berman. She had once worked at Microsoft, most recently as the head of executive recruiting.

Around then, there were also efforts to create physical distance between Mr. Larson and some Cascade employees, including moving a number of people onto a different floor from Mr. Larson's office, according to three former employees. Mr. Giglio said employee morale was high.

Cascade employees including Mr. Larson were required to undergo sexual harassment and sensitivity training. Mr. Larson didn't seem to take it seriously, one former employee said. "We don't need this," the former employee recalled Mr. Larson saying. Mr. Giglio denied that.

Mr. Larson's conduct did not improve, former employees said.

In emails, he sometimes castigated colleagues as "stupid" or called their work "garbage," according to several people who saw the emails. (The missives came to be known as "Larson bombs.") At meetings, he would sometimes dismiss employees' presentations with comments like, "That's the dumbest idea I've ever heard."

"Years ago, earlier in my career, I used harsh language that I would not use today," Mr. Larson said in the statement. "I regret this greatly but have done a lot of work to change."

At a work Christmas party in the mid-2000s, Mr. Larson was seated outdoors with a small group of male employees after dinner, according to one of the men. Three female colleagues were standing about 20 feet away. "Which one of them do you wanna" have sex with? Mr. Larson asked the men, using a profane verb.

When a female employee was on a Weight Watchers program, Mr. Larson asked her, "Are you losing weight for me?" according to someone who heard the remark. Another former employee said Mr. Larson would ask male employees whether certain women at Cascade were single.

On at least one occasion in recent years, with employees looking on, Mr. Larson displayed photographs of naked women on his phone and compared them to Ms. Berman, the human resources executive, according to a former employee who witnessed the incident and another person who was told about it. (Ms. Berman left Cascade in 2015.) Another woman who worked at Cascade said Mr. Larson asked her if she would strip for a certain amount of money.

Mr. Larson denied making any of those comments. "This is not true," he said.

**A Canceled Contract**

About three years ago, Megan Scott, Mr. Larson's chief of staff, complained to the Gateses about Mr. Larson, according to three people with knowledge of the matter.

Among her concerns was that Mr. Larson was preparing to sign a five-year contract with a recruiting firm that a Cascade employee, Pamela Harrington, was starting, two of the people said. (The proposed contract would pay Mrs. Harrington's firm an annual retainer that started at less than $1.5 million and over time decreased to $400,000, said Mitchell Langberg, a lawyer for Mrs. Harrington.) Ms. Scott and another employee complained to the Gateses about what they saw as the close personal relationship between Mr. Larson and Mrs. Harrington, the people said.

"This allegation unfairly emanates from a former disgruntled employee who has tried hard to undermine the reputation of Mrs. Harrington, a highly accomplished and successful individual in her own right," Mr. Giglio said.

Mr. Gates told Mr. Larson to cancel the proposed contract with Ms. Harrington's firm, the people said.

Mr. Giglio said the decision was part of a broader move "not to outsource many internal functions, including recruiting."

By 2019, that had apparently changed. Mr. Langberg said that B.M.G.I. entered into an executive recruiting contract with Mrs. Harrington's firm that December. "Mrs. Harrington has been providing service under that contract since that time," he said.

Around the time of the complaints involving Ms. Harrington, Mr. Larson was repeatedly propositioning, and being rebuffed by, the manager of a local bicycle store that was mostly owned by a firm, Rally Capital, that Cascade had invested in.

In 2017, the manager hired a lawyer, who sent a letter to Mr. Gates and Ms. French Gates warning them that if Mr. Larson did not stop harassing her, she would sue them. The letter said Mr. Larson had exposed himself to the manager and had told her that he wanted to have sex with her and another woman, according to someone who read the letter.

Mr. Gates agreed to settle the matter by having a payment made to the bike store manager. Ms. French Gates insisted that an outside investigator review the incident and Cascade's culture, people familiar with the matter previously told The Times. In 2018, Mr. Larson went on paid leave while the investigation took place.

At the time, Mr. Gates told a Cascade employee that he doubted that Mr. Larson would ever return, according to a person with knowledge of the conversation.

Jessie L. Harris, a lawyer for a Seattle law firm, Williams Kastner, conducted the investigation. He concluded that the bike shop manager's complaint could not be substantiated.

"You should know that Michael wanted to contest the allegations throughout the investigation," Mr. Giglio said. "But he, obviously, was not the ultimate decision maker."

Mr. Larson returned from leave in 2019. Cascade's chief operating officer had departed during Mr. Larson's absence, and Ms. Scott left shortly after his return. To curb Mr. Larson's influence over

Cascade, Mr. Gates told him to hire a new chief operating officer, a former Cascade employee said. Mr. Giglio said the process included a committee and an outside search firm.

The pick was Mr. Larson's college and business school classmate.

Threats and intimidation keep the tales of the filthy tech oligarchs in check but crowd-sourced forensics have now opened the floodgates,

The perpetrators operate a **massive and abusive national sex cult**. The perverts in the Sand Hill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. ( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )


**These sex cult actions have been widely covered in the news individually, ie:**


**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )


**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )


**- The Eric Schmidt sex penthouse stories**

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )


**- The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )


**-  The Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )


- The Google **Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )


- The **Sergy Brin 3-way sex romp** scandal

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )


- **The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )


-  The **Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )


- The **Elon Musk Steve Jurvetson billionaire sex parties** scandals

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )


- The **NXIVM sexual slave** cases

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )


 - The **Michael Goguen anal sex slave c**ase

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )


- **The Tom Perkins Hooker Parties**

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )


80

**and thousands of other cases and** federal divorce court filings**.**

( https://www.pacer.gov/ )


This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )


The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )


**- The Elon Musk sex perversions are the tip of the iceberg.**

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )


At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

(

http://american-corruption.com/Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )

81

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason..."*. Multiple attorney general's controlled by their cartel, ie: [Eric Schneiderman](#) and [Eliot Spitzer](#) , are involved this these sex rings.

*(* [https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/](https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/) *)*

*(* [https://en.wikipedia.org/wiki/Eliot_Spitzer](https://en.wikipedia.org/wiki/Eliot_Spitzer) *)*

*These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr,** who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse.*

*The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald***

*Briggs*, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David**

*Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci; Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring. Wealthy businessman Ed Buck hobnobbed and financed elite Democrats such as Barack Obama, Hillary Clinton, and Gavin Newsom. Away from the glamour of the dinner parties and fundraisers, Buck had a dangerous dark side. It included preying on masked gay black men in sexual games and injecting them with fatal levels of GHB and methamphetamine. ; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography. There are **<u>THOUSANDS</u>** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.*

An inordinate number of the <u>members are closeted</u> <u>homosexuals</u> who seek to use their <u>media monopolies and massive lobbyist ownership's</u> to <u>promote child sex</u> and child sex change consideration.

( <u>https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel</u> )

( <u>https://en.wikipedia.org/wiki/PayPal_Mafia</u> )

( <u>https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/</u> )


Hence the <u>massive</u>, sudden, <u>promotion of those issues</u> in all of <u>their media</u> since they took power in 2008 and pretty much ran the Obama White House.

( <u>https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html</u> )

( <u>https://www.wired.com/2007/11/how-paypal-gave/</u> )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )


The press has widely reported on underage boy sex clubs and the payment to parents for the blood of young boys by these oligarchs. A large number of tech VC's and senior executives are covert gay activists who hire women to act as their "beards".

( https://www.forbes.com/sites/scottallison/2012/08/25/gay-in-silicon-valley-a-founders-perspective/ )

( https://www.cnbc.com/2017/05/31/blood-transfusions-from-teenagers-start-up-charging-8000-apiece.html )

( http://www.abeldanger.org/web/wp-content/uploads/2017/05/The-Silicon-Valley-Mafia-Update-4.2-1.pdf )

Their elitist Yale and Stanford fraternity house upbringings promoted "bromances", "rape culture" and a *don't-worry-daddy-will-fix-it* mentality. Highly gay law firms, (like Covington, Perkins and Sonsini), actively lobby to place gay politicians in office from their Bay Area offices.

( http://politicalhat.com/2018/08/13/tech-overlords-of-silicon-valley-gay-frogs-and-the-silencing-of-dissent/ )

( https://www.huffpost.com/entry/how-has-being-openly-gay_b_14367576 )

( https://www.huffpost.com/entry/brock-turner-dad-letter-is-rape-culture-in-a-nutshell_n_57555bace4b0ed593f14cb30 )

**What some of the fundraisers for the political candidates tell these oligarchs to get their cash:**
*"...We need to control the government or you won't have enough money to buy private islands, ranches and penthouses and have young boys and girls flown in to have sex with. If we don't control the government, no more sex parties for you..."*

The AngelGate Conspiracy ( https://venturecapitalcorruption.weebly.com/the-angelgate-conspiracy.html ); The Job Collusion Case ( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation ) and hundreds of other cases, prove that the perpetrators regularly meet, conspire, collude and racketeer, in full view of law enforcement, without ever getting arrested by the FBI because they bribe public officials in order to avoid prosecution.

( https://www.dailymail.co.uk/news/article-5229757/amp/Inside-Silicon-Valleys-sex-drug-parties.html )

Public officials and Silicon Valley oligarchs exchanged felony bribes and manipulated government actions in order to benefit themselves and harm us. these are the facts including the lists of bribes, attacks and covert financing routes!


Famous members of congress lie, cheat, steal and manipulate public records in order to protect their

trillions of dollars of Google, Facebook, Netflix, Tesla and Amazon insider stock market payola.

Now the public is working together, around the globe, to end this corruption forever by exposing every single one of the corrupt and all of their dirty secrets!

Department of Energy staff (ie: Chu), White House staff (ie: Emanual), CIA staff (ie: Woolsey) owned the rare earth (ie: lithium, indium) mining scam stock (ie: Goldman Sachs transfers) market securities from foreign countries (ie: Afghanistan, Congo) which only benefited themselves, Elon Musk and his Silicon Valley cartel.

( http://american-corruption.com/department_of_energy_financing.html )

Demand the immediate divestiture of all stock market holdings of all politicians and their family members because that is how most bribes are now paid!

# Silicon Valley Is Their "Hunting Grounds"

Executives and "venture capitalists" From Google, Facebook, Netflix, Tesla and the Sand Hill road VC offices use Silicon Valley as their personal hunting grounds for sex abuse, sex trafficking, sex cults and date rape!

The public is now joining together to expose them and seek their arrest!

The following is now documented, as fact, in investigations of the Silicon Valley and Hollywood oligarch sex perversions:

- These twisted deeds indicate the mind-set, moral depravity and disturbed culture of the, so-called, "oligarchs" who control modern media.

- Silicon Valley Venture Capitalists rape and sex-extort interns.

- Silicon Valley's Greylock Partners, Kleiner Perkins, and most other VC's are rapists, sexual predators and political bribery enthusiasts and nobody ever arrests them for it because they control judges and politicians.

- They hire hookers and 'Rent-Boys', not just for the sex, but to be able to "control another human" because they are almost all Sociopath personality types.

- They hire "sex club" operators to secure underage children for them because they want to have total manipulation over a helpless person because it makes these men feel more powerful.

- The Rosewood Hotel and the Four Seasons hotels in Palo Alto are riddled with $6000.00 per night hookers, rent boys, Stanford Co-Ed "sugar babies" and Russian Mafia managed Ukrainian prostitutes. You just have to know the "code words" and hand signals to play "the game".

- Google executives killed by their hookers, black-mailed by their hookers, exposed in sex slave rings and worse.

- Huge number of Google, Netflix and Facebook senior executives are homosexual and pressure staff for sex.

- San Jose and San Francisco International Airports have a non-stop flow of European Hookers flown in by tech CEOs who got them off of "seeking arrangements.com" and "match.com" using the "code words".

- Almost every tech executive and Sand Hill Road VC has been charged with spousal abuse, sex trafficking, intern sex extortion, bribing Stanford to cover up sex exploitation and worse.

- Stanford University bosses cover-up, and support, frat house sex crimes in order to keep rich daddies donating to Alumni funds.

- Basements and secret rooms in some of their Woodside and Atherton, California mansions house BDSM chambers and sex abuse lock-rooms

-See This shocking video:  https://www.invidio.us/watch?v=O13G5A5w5P0

By KATIE BENNER

Rachel Renock, the chief executive of Wethos, center, with her business partners, Claire Humphreys, left, and Kristen Ablamsky. Ms. Renock said they received sexist comments while seeking financing. Credit Sasha Maslov for The New York Times

Their stories came out slowly, even hesitantly, at first. Then in a rush.

One female entrepreneur recounted how she had been propositioned by a Silicon Valley venture capitalist while seeking a job with him, which she did not land after rebuffing him. Another showed the increasingly suggestive messages she had received from a start-up investor. And one chief executive described how she had faced numerous sexist comments from an investor while raising money for her online community website.

What happened afterward was often just as disturbing, the women told The New York Times. Many times, the investors' firms and colleagues ignored or played down what had happened when the situations were brought to their attention. Saying anything, the women were warned, might lead to ostracism.

Now some of these female entrepreneurs have decided to take that risk. More than two dozen women in the technology start-up industry spoke to The Times in recent days about being sexually harassed. Ten of them named the investors involved, often providing corroborating messages and emails, and pointed to high-profile venture capitalists such as Chris Sacca of Lowercase Capital and Dave McClure of 500 Startups.

The disclosures came after the tech news site The Information reported that female entrepreneurs had

been preyed upon by a venture capitalist, Justin Caldbeck of Binary Capital. The new accounts underscore how sexual harassment in the tech start-up ecosystem goes beyond one firm and is pervasive and ingrained. Now their speaking out suggests a cultural shift in Silicon Valley, where such predatory behavior had often been murmured about but rarely exposed.

The tech industry has long suffered a gender imbalance, with companies such as Google and Facebook acknowledging how few women were in their ranks. Some female engineers have started to speak out on the issue, including a former Uber engineer who detailed a pattern of sexual harassment at the company, setting off internal investigations that spurred the resignation in June of Uber's chief executive, Travis Kalanick.

Most recently, the revelations about Mr. Caldbeck of Binary Capital have triggered an outcry. The investor has been accused of sexually harassing entrepreneurs while he worked at three different venture firms in the past seven years, often in meetings in which the women were presenting their companies to him.

Several of Silicon Valley's top venture capitalists and technologists, including Reid Hoffman, a founder of LinkedIn, condemned Mr. Caldbeck's behavior last week and called for investors to sign a "decency pledge." Binary has since collapsed, with Mr. Caldbeck leaving the firm and investors pulling money out of its funds.

The chain of events has emboldened more women to talk publicly about the treatment they said they had endured from tech investors.

"Female entrepreneurs are a critical part of the fabric of Silicon Valley," said Katrina Lake, founder and chief executive of the online clothing start-up Stitch Fix, who was one of the women targeted by Mr. Caldbeck. "It's important to expose the type of behavior that's been reported in the last few weeks, so the community can recognize and address these problems."

The women's experiences help explain why the venture capital and start-up ecosystem — which underpins the tech industry and has spawned companies such as Google, Facebook and Amazon — has been so lopsided in terms of gender.

Most venture capitalists and entrepreneurs are men, with female entrepreneurs receiving $1.5 billion in funding last year versus $58.2 billion for men, according to the data firm PitchBook. Many of the investors hold outsize power, since entrepreneurs need their money to turn ideas and innovations into a business. And because the venture industry operates with few disclosure requirements, people have kept silent about investors who cross the lines with entrepreneurs.

Some venture capitalists' abuse of power has come to light in recent years. In 2015, Ellen Pao took her former employer, the prestigious venture firm Kleiner Perkins Caufield & Byers, to trial for allegations of gender discrimination, leveling accusations of professional retaliation after spurned sexual advances. Ms. Pao lost the case, but it sparked a debate about whether women in tech should publicly call out unequal treatment.

"Having had several women come out earlier, including Ellen Pao and me, most likely paved the way and primed the industry that these things indeed happen," said Gesche Haas, an entrepreneur who said she was propositioned for sex by an investor, Pavel Curda, in 2014. Mr. Curda has since apologized.

Some of the entrepreneurs who spoke with The Times said they were often touched without permission by investors or advisers.

At a mostly male tech gathering in Las Vegas in 2009, Susan Wu, an entrepreneur and investor, said that Mr. Sacca, an investor and former Google executive, touched her face without her consent in a way that made her uncomfortable. Ms. Wu said she was also propositioned by Mr. Caldbeck while fund-raising in 2010 and worked hard to avoid him later when they crossed paths.

"There is such a massive imbalance of power that women in the industry often end up in distressing situations," Ms. Wu said.

After being contacted by The Times, Mr. Sacca wrote in a blog post on Thursday: "I now understand I personally contributed to the problem. I am sorry." In a statement to The Times, he added that he was "grateful to Susan and the other brave women sharing their stories. I'm confident the result of their courage will be long-overdue, lasting change."

After the publication of this article, Mr. Sacca contacted The Times again to amend his original statement, adding: "I dispute Susan's account from 2009."

Many of the women also said they believed they had limited ability to push back against inappropriate behavior, often because they needed funding, a job or other help.

In 2014, Sarah Kunst, 31, an entrepreneur, said she discussed a potential job at 500 Startups, a start-up incubator in San Francisco. During the recruiting process, Mr. McClure, a founder of 500 Startups and an investor, sent her a Facebook message that read in part, "I was getting confused figuring out whether to hire you or hit on you."

Ms. Kunst, who now runs a fitness start-up, said she declined Mr. McClure's advance. When she later discussed the message with one of Mr. McClure's colleagues, she said 500 Startups ended its

conversations with her.

500 Startups said Mr. McClure, who did not respond to a request for comment, was no longer in charge of day-to-day operations after an internal investigation.

"After being made aware of instances of Dave having inappropriate behavior with women in the tech community, we have been making changes internally," 500 Startups said. "He recognizes he has made mistakes and has been going through counseling to work on addressing changes in his previous unacceptable behavior."

Rachel Renock, the chief executive of Wethos, described a similar situation in which she faced sexist comments while seeking financing for her online community site. While she and her female partners were fund-raising in March, one investor told them that they should marry for money, that he liked it when women fought back because he would always win, and that they needed more attractive photos of themselves in their presentation.

They put up with the comments, Ms. Renock said, because they "couldn't imagine a world in which that $500,000 wasn't on the table anymore." Ms. Renock declined to name the investor. Wethos raised the $500,000 from someone else and is still fund-raising.

Wendy Dent, 43, whose company Cinemmerse makes an app for smart watches, said she was sent increasingly flirtatious messages by a start-up adviser, Marc Canter, as she was trying to start her company in 2014. Mr. Canter, who had founded a software company in the 1980s that became known as Macromedia, initially agreed to help her find a co-founder. But over time, his messages became sexual in nature.

In one message, reviewed by The Times, he wrote that she was a "sorceress casting a spell." In another, he commented on how she looked in a blue dress and added, "Know what I'm thinking? Why am I sending you this — in private?"

Mr. Canter, in an interview, said that Ms. Dent "came on strong to me, asking for help" and that she had used her sexuality publicly. He said he disliked her ideas so he behaved the way he did to make her go away.

Some entrepreneurs were asked to not speak about the behavior they experienced.

At a start-up competition in 2014 in San Francisco, Lisa Curtis, an entrepreneur, pitched her food start-up, Kuli Kuli, and was told her idea had won the most plaudits from the audience, opening the door to possible investment. As she stepped off the stage, an investor named Jose De Dios, said, "Of course

you won. You're a total babe."

Ms. Curtis later posted on Facebook about the exchange and got a call from a different investor. He said "that if I didn't take down the post, no one in Silicon Valley would give me money again," she said. Ms. Curtis deleted the post.

In a statement, Mr. De Dios said he "unequivocally did not make a defamatory remark."

Often, change happens only when there is a public revelation, some of the women said. In the case of Mr. Caldbeck and Binary, the investor and the firm have apologized, as has Mr. Caldbeck's previous employer, the venture capital firm Lightspeed Venture Partners, which had received complaints about him.

"We regret we did not take stronger action," Lightspeed said on Twitter on Tuesday. "It is clear now that we should have done more."

Lindsay Meyer, an entrepreneur in San Francisco, said Mr. Caldbeck put $25,000 of his own money into her fitness start-up in 2015. That gave Mr. Caldbeck reason to constantly text her; in those messages, reviewed by The Times, he asked if she was attracted to him and why she would rather be with her boyfriend than him. At times, he groped and kissed her, she said.

"I felt like I had to tolerate it because this is the cost of being a nonwhite female founder," said Ms. Meyer, who is Asian-American.

But even after she reached out to a mentor, who alerted one of Binary's investors, Legacy Venture, to Mr. Caldbeck's actions, little changed. Legacy went on to invest in Binary's new fund. Binary and Mr. Caldbeck declined to comment.

"We failed to follow up on information about Mr. Caldbeck's personal behavior," Legacy said in a statement. "We regret this oversight and are determined to do better."

A Silicon Valley venture capitalist has been sued for $40 million by a woman who claims he used her as a virtual sex slave for 13 years.

Michael Goguen, who had worked for a firm that funded Google and Paypal, "sexually and physically" abused Amber Laurel Baptiste over more than 13 years after picking her up at a Texas strip club, her lawsuit alleges.

Baptiste, who claims she was brought to the United States from Canada by human traffickers at 15,

said she endured "countless hours of forced sodomy" from the tech titan. The former stripper said Goguen made her endure demeaning sexual acts, sodomized her for "six hours at a time," and forced her to call him "king" and "emperor."

Filed in San Mateo County, Calif., on March 8, her suit details a life of torture and servitude as she was jetting around the globe to serve as the millionaire's plaything. She claims Goguen had promised to save her from human trafficking but instead became an even worse predator himself.

Goguen, who was forced to step down from his position at Sequoia Capital, did not deny that the two had a sexual relationship but insisted the sex was consensual. He filed a countersuit against Baptiste claiming she is an "exotic dancer . . . looking for a payday."

The venture capitalist said Baptiste was obsessed with him and sought to extort him because she was jealous of his wife. In his countersuit, Goguen provides pages of texts and emails in which she apparently refers to him as "Prince Charming," "My Beautiful Love" and "the sweetest man in the world."

The suit includes Bapiste's descriptions of the "amazing sex" the two had together and photos that she allegedly sent him in which she is seen playfully posing in her underwear.

Baptiste is demanding $40 million, saying the two agreed on the amount to compensate her for the horrors she had suffered. Goguen, who has already paid her $10 million, said she is "a woman scorned" and a victim "of her own delusions."

He claims that when he tried to end their relationship, Baptiste became bent on vengeance, threatening to ruin his life and reputation. He said that he had no choice but to pay her the $10 million, but that she refused to relent and demanded more money.

Sequoia Capital released a statement that called Goguen's departure from the firm the "appropriate course of action."A philanthropist, Goguen was lauded for donating $2 million to fight online child pornography and sex trafficking where he lives in Montana.

Goguen is not the only business leader who's faced backlash over sexually inappropriate behavior.

**FACEBOOK BOSS IN UNDER-AGE SEX SCANDAL -**

Dov Katz, head of the computer vision and machine learning group at Facebook-owned Oculus, has been charged in King County for attempted commercial sexual abuse of a minor. The 38-year-old tech exec allegedly attempted to contact what he believed to be was a 15-year-old girl for sex. The fictitious

15-year-old was actually an undercover police officer with the Tukwila Police Department, a city just south of Seattle.

The news was first reported by KING 5, which said that Katz was arrested by Tukwila Police on Wednesday. Katz is to be arraigned on January 5th, and bail was set at $125,000. An Israeli citizen who resides in California, Katz is forbidden to have contact with any minors, except in the presence of a responsible adult, according to charging documents. Katz allegedly **responded to an online advertisement that offered sex in exchange for money, an ad which was posted by undercover police officer posing as a 15-year-old girl.**

**Horrific Google Anal Sex Slave Case Uncovers Twisted Perversions Of Google Executives**

By Samantha Conners - APT

Michael Goguen, Google's married senior investor, "sexually and physically" abused Amber Laurel Baptiste with constant anal sex over more than 13 years after picking her up at a Texas strip club. His company: Sequoia Capital, has had other run-ins with cheating married executives, escorts and tax evasion schemes, per legal filings.

Eric Schmidt, the head of Google, proclaimed that he would have a "open marriage" where he could have sex any time, with anybody, and is documented in a ream of news articles and video regarding his fifteen million dollar "sex penthouse" in New York.

Sergey Brin, another head of Google, is featured in numerous news articles for his "three way sex romp" with multiple Google employees forcing one employee to move to China to escape him. A married Google senior executive named Hayes, who helped rig Google's searches for political clients, was murdered on his "sex yacht" by his prostitute, which other Google executives had used.

Ravi Kumar, another VC associated with Google Executives, was also murdered by a pack of hookers and pimps that frequented his Silicon Valley home.

Valley Girls was a private escort service that used Stanford Co-eds to service the sexual kinks of Google executives.

Ellen Pao famously sued Google founding investor John Doerr, and his company Kleiner Perkins, for sexual abuse.

Google employee divorce filings hold the Silicon Valley record for use of the word "abuse" as one of the reasons given in the legal papers filed to initiate the divorce.

The list of kinky, twisted, bizarre sexual antics of Google executives, and their investors, goes on for pages and pages.

Google seems to attract the most twisted, perverted, morally decrepit men in the world. One has to wonder why, of all the large companies on Earth, only Google got to place the majority of it's people in the White House? That's right, Nike doesn't have it's people in the White House. Macy's doesn't either. Neither does Chevron, or John Deere tractor or any other company on Earth.

Only Google, exclusively and uniquely, had all of their people placed in the White House and top federal agency lead positions. What's up with that? Were they selected because of their technical skills or their ability to make people bend over?

An addiction to dirty sexual perversions are not the only illicit trends that Google folks display. The Google investors are members of a financing cartel called the National Venture Capital Association

(NVCA). This group of frat boy elitists got busted for running the "Angelgate" scandal in which they were documented rigging, colluding, black-listing and contriving the whole Silicon Valley start-up industry.

Then they were caught again when Eric Schmidt, Mr. "Sex Penthouse" and the head of Google, wrote emails ordering a conspiracy against Silicon Valley engineers. This "No Poaching" conspiracy got the Silicon Valley VC's sued in a class-action lawsuit, which the VC's lost. The Google founder's best friend: Jacques Littlefield, kept the world's largest private fully functional military tank squadron, in fully operational status, hidden in vast warehouses in his Silicon Valley estate in Woodside, California.

He said he had this arsenal: "just in case". Does Google make white frat house men insane or does it draw the crazy ones to it?

The FBI is finally crunching down on these people. After so many years of the White House ordering the FBI to leave the Google VC's and Silicon Valley perverts alone, it was just getting plain embarrassing for the FBI. The audacious impunity with which Google, and it's friends, engaged in tax evasion, importing hookers, bribery, stock market rigging, anti-trust schemes and other crimes has become so overt, in the media, that it was created a spotlight on federal law enforcements avoidance of prosecution of the shenanigans of the Google crowd.

**MORE HARD EVIDENCE:**

https://voat.co/v/news/3031859

https://www.bitchute.com/video/BHKtRhglgVMw/

https://voat.co/v/news/3051589

https://geopolitics.co/2019/02/22/pierre-omidyars-funding-of-pro-regime-change-networks-with-cia-cutouts/

https://www.foxnews.com/us/la-news-anchor-died-from-meth-overdose-during-sexual-encounter-at-hotel-autopsy-reveals

https://voat.co/v/news/3053343

https://cssrc.us/content/california-democrats-protect-offenders-who-lure-minors

https://www.foxnews.com/politics/anthony-weiner-released-from-prison-as-part-of-federal-re-entry-program

https://www.youtube.com/watch?v=nqV9ysq_n44

JaysAnalysis.com **Sex Cults**, **Silicon Valley**, CIA Hollywood ...

https://jaysanalysis.com/2018/08/09/sex-cults-silicon-valley-cia-hollywood-technocracy-cfr-jay-dyer/

 In this new episode I cover the history of **Silicon Valley** as a public-private partnership from the beginning, the CFR on China in 2025, the real power of foundations and charities, and the connection of all these together into Hollywood, the CIA and the Pentagon

The **Silicon Valley** Sexual Predator **Cult** - Eagle Rising

https://eaglerising.com/49928/the-silicon-valley-sexual-predator-cult/

There is a **Silicon Valley** sexual predator subculture that hides itself under the guise of "setting a new paradigm of behavior." There is a **Silicon Valley** sexual predator culture that helps explain a lot of sexual harassment and worse allegations. This was exposed recently by Emily Chang in Vanity Fair. These parties claim to be about being ...

**Sex Cults**, **Silicon Valley**, CIA Hollywood, Technocracy & CFR ...

https://www.youtube.com/watch?v=pBMID4CR8_4

Page 97      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

**Sex Cults**, **Silicon Valley**, CIA Hollywood, Technocracy & CFR - Jay Dyer Jay Dyer. ... Vegan **Cults** Vs Paleo - Funny Weirdos & Socially Engineering Food - Jay Dyer on Primal Edge - Duration: ...

**Sex Cults**, **Silicon Valley**, CIA Hollywood, Technocracy & CFR ...

https://www.spreaker.com/user/acrnetwork/sex-cults-silicon-valley-cia-hollywood-t

In this new episode I cover the history of **Silicon Valley** as a public-private partnership from the beginning, the CFR on China in 2025, the real power of foundations and charities, and the connection of all these together into Hollywood, the CIA and the Pentagon.

**'Cult** of founders' is a real problem in **Silicon Valley**: Roger ...

https://www.cnbc.com/2018/10/05/cult-of-founders-is-a-real-problem-in-silicon-valley-roger-mcnamee.html

Oct 05, 2018 · Roger McNamee, co-founder of tech-focused private equity firm Elevation Partners, told CNBC's "Squawk Alley" that the "**cult** of founders" has become a problem in **Silicon Valley**.

Beware: **Silicon Valley's** cultists want to turn you into a ...

https://www.theguardian.com/technology/2016/jan/03/hi-tech-silicon-valley-cult-populism

Jan 03, 2016 · Love & **sex** Home & garden Health & fitness Family Travel ... **Silicon Valley's** cultists want to turn you into a disruptive deviant ... Like all good **cults**, such firms tap into our inner quest for ...

How Propaganda Spreads Angry White Manfluencer **Silicon Valley** ...

https://artificialisintelligentiaedictum.home.blog/2019/05/10/how-propaganda-spreads-angry-white-manfluencer-silicon-valley-cargo-cults-and-spas/

While criticism just really is based on information from **Silicon Valley** power players who fast days at a "cargo **cult**" -type meditation retreat, there are staggering pods of consumer trends that shape the 11-point Lifestyle Plan of Spirit Baths.

Bad **Sex** in **Silicon Valley** - The Cut

https://www.thecut.com/2017/06/bad-sex-in-silicon-valley.html

But people do in fact get laid in **Silicon Valley**, as the show **Silicon Valley** recently dramatized. After more than three seasons of existing in a sexless, screen-filled hell, bumbling programmer Richard Hendricks finally had **sex**: an illicit tryst with his main client's fiancée, in an office conference room, late at night.

Let's Take the **Cult** out of **Silicon Valley** Culture ...

https://www.enterpriseirregulars.com/134781/lets-take-the-cult-out-of-silicon-valley-culture/

But sometimes **Silicon Valley cults** are not benevolent - Theranos being the best recent example. Continuing to work in such environments, prioritizing the needs of the **cult** over common sense and business ethics can do lasting damage to your personal relationships, to your health, and to your career.

# Who is the Silicon Valley mafia?

**By Terry Reed and Mark Lawson**


They are sex abusers like John Doerr and his entire Kleiner Perkins frat boy staff who were sued by Ellen Pao for the misogyny culture of sexual deviancy and abuse that they promote as their corporate culture. They are tax evaders like Ray Lane. They are hooker-hiring sex traffickers like Google's Forrest Hayes who died from an excess of drugs and sex. They are cheaters like Google's David Drummond who destroyed his family by his addiction to infidelity. They are sex addicts who own sex penthouses and cavort with the notorious Wendy Deng like Eric Schmidt. Amid the World's Largest Corporate Sex Scandals Google CEO Eric Schmidt will now leave Alphabet's board. Schmidt is a known womanizer despite being married for 37 years to Wendy Schmidt, who said in 2012 they started living separate lives because she felt like "a piece of luggage" following him around the world. News outlets have been sniffing around Schmidt's former flames looking for a Harvey Weinstein-like bombshell, a source close to Schmidt told The PostThey are mobster-class justice evasion lawyers like Wilson Sonsini and political bribe conduit lawyers like Perkins Coie. They are charged rapists and psychological sex manipulators like Joe Lonsdale.

When Kleiner Perkins offices were broken into by covert law enforcement operatives much was revealed. This was followed by the hack of all of John Doerr's emails' and the email of his top staff. This was followed by the revelation that Doerr bribes Stanford University for special favors for his kids and for certain 'relationships'. Now Doerr must walk on pins and needles because he has been put on notice that even the slightest bribe, political manipulation or mobster-like tech black-listing will not go unnoticed.

A female employee called Tesla's factory a 'predator zone' at a meeting where workers described the constant sexual harassment at Tesla.

DNC chairman Eric Bauman, the head of the California Democratic Party, and the Los Angeles County Democratic Party., has is former assistant say he was first assaulted after falling asleep in a hotel and waking up to his boss performing oral sex on him, and that there were two more instances where he was forced to submit to Bauman.

98

Bay area party guests and Rothschild-linked Bronfman sisters donated millions to the sex cult whose leaders, Allison Mack and Keith Raniere, have been charged with child sex trafficking.

Goddard, a director, producer and theme park designer, has faced many sex abuse allegations. Eight former members of a Santa Barbara youth theater group in the 1970s alleged that Goddard molested or attempted to molest them. A ninth was said to have told others before he died that Goddard sexually assaulted him as a child. Goddard denied their allegations.

The Silicon Valley Mafia is The Sandhill Road Venture Capital frat boy company bosses in Palo Alto, their National Venture Capital Association (NVCA) partners and the tech companies (Google, Tesla, Facebook, Amazon, Twitter, Linkedin, etc.) they control. They are sometimes referred to as "The Deep State". They have purchased California, New York and Washington, DC politicians (mostly Senators) who they also control.

They hire rogue ex-intelligence agents to operate Fusion GPS, Gawker/Gizmodo, Black Cube, ShareBlue, New America, In-Q-Tel, Podesta Group, Media Matters, etc. massive media attack programs against competitors, reporters and outsiders. They collude on black-lists, valuation controls, election manipulation, search engine rigging, domestic spying for political manipulation, stock rigging, insider trading, executive prostitute clubs, trophy wife assignments, the bribery of politicians and worse. They are felons who pay politicians to halt investigations and interdiction efforts.

They are widely covered in news media articles as: 'sex abusers, cult enthusiasts, elitists, rapists, woman beaters, probiosis abusers, sexual work extortion operators, extremists, arrogant clones of each other, tone deaf, echo-chamber reinforcing, misogynist, racist, manipulative, insecure, covertly gay, corrupt, thieves' and other anti-social revelations. They are not limited to California and also operate out of New York and Washington DC.

They use their monopolistic control of the internet to massively and exclusively scale services that only they control and use to abuse the public's privacy, human rights, invention rights and information. They run their cartel like the old Italian Mafia once did.

The Department of Justice conducted a series of raids across California tech and media circles and arrested 238 people in connection with a Hollywood pedophilia network, but this story went totally ignored by almost all media outlets. According to police, the arrests included some entertainers, community leaders, white-collar professionals, a monk, and other high-ranking clergy members. The raids were conducted by the Regional Internet Crimes Against Children task force, working directly with the Justice Department. Codenamed "Operation Broken Heart III", the sweeping raids targeted offenders wanted for the sexual exploitation of children, child prostitution, sex tourism and possessing and distributing child pornography, said Deputy Chief Matt Blake. Silicon Valley oligarchs use these intermediate level people to source up sex victims to be delivered to their Woodside and Atherton mansions.

Michael Goguen, who had worked for a firm that funded Google and Paypal, "sexually and physically" abused Amber Laurel Baptiste over more than 13 years after picking her up at a Texas strip club, her lawsuit alleges. Baptiste, who claims she was brought to the United States from Canada by human traffickers at 15, said she endured "countless hours of forced sodomy" from the tech titan. The former stripper said Goguen made her endure demeaning sexual acts, sodomized her for "six hours at a time," and forced her to call him "king" and "emperor." Filed in San Mateo County, Calif., her suit details a life of torture and servitude as she was jetting around the globe to serve as the millionaire's plaything. She claims Goguen had promised to save her from human trafficking but instead became an even worse predator himself.

The Silicon Valley Mafia Cartel is the largest provider of dark money bribes to West Coast politicians including Feinstein, Pelosi, Harris, Brown, Reid, Boxer, Lee, et al,. Those politicians and their families also covertly own the stock of the California tech companies and social media companies like Tesla, Solyndra, Abound, Google, Facebook, Netflix, etc. Larry Wallace, a senior staffer for Sen. Kamala Harris (D-CA) resigned over the discovery he was involved in a sexual harassment lawsuit and $400,000 payout to the sexually abused victim while working for then California Attorney General Kamala Harris. In related headlines we read: **_ATTORNEY GENERAL THAT COLLUDED WITH KAMALA HARRIS EXPOSED AS SEX PERVERT!!!!"; "TOP DNC SEX PSYCHO MAY BE ALIGNED WITH SEX CULTS!"; "WHY IS EVERY DNC BIG SHOT TURNING OUT TO BE A SCREWED UP SEXUAL MESS!"_**

The Bay Area headlines reek of perversion: **_"ANOTHER Democrat Sex Cult Exposed: 'sexual servitude' at San Francisco-based 'orgasmic meditation' company: One Taste"; "NXIUM, ONE TASTE, EMO, THE WOODSIDE CLUB: WHY DO THE DEMOCRATS GET INTO SUCH KINK?"; "UNDERCOVER CAMERA'S IN SAN RAFAEL, CALIFORNIA AT 4TH STREET "DANCE/YOGA" BUILDING AND MILL VALLEY CITY BUILDING CATCH SEX-FOR-SALE ESCORTS AND KINK"; "THEY USE "MEET-UP" (THE DNC'S NETWORKING SITE) TO HUNT FOR VICTIMS TO SEDUCE"; ""HOT LITTLE RED HEAD" TURNS OUT TO BE THE TOP ESCORT IN MARIN COUNTY"!_**

In the latest case of Hollywood's and Silicon Valley's spiralling sexual abuse scandal, Variety reports that a veteran 58-year-old Disney executive has been charged with three felony counts of child sexual abuse. Jon Heely, the longtime director of music publishing at Disney, was arrested nearly a month ago and charged with three counts of lewd and lascivious acts on a child. One of the reported victims was 15. The other was abused for four years starting at the age of 11, according to the charges. Heely, who oversees the licensing of music from Disney films faces up to nine years and three months in prison according to The Daily News.

It is now time to sound the alarm bells on the economic prospects for the Millennial Generation in the Western world, but more importantly, at Stanford University. This generation of citizens aged 18 to 36, is the first in modern developed economies on course to have a lower standard of living than their

parents. Housing affordability and a decaying job environment are some of the most pressing issues affecting Stanford Millennials. The future is bleak for this avocado and toast generation, as Western world economies have likely plateaued regarding economic growth. Surging debt and rising government bond yields are producing an environment that could lead to more hardships for this lost generation. Tech oligarchs have taken full advantage of broke Millennials by offering "adult arrangements" for a roof over their heads. Yes, you heard this correctly, Millennials are trading sex for a place to sleep and sex for tuition at Stanford University. Sugar Babies now comprise a large portion of Stanford students. Kleiner Perkins and Greylock VC's hire them for sex. Google and Facebook executives use them like disposable sex toys. The student debt crisis in the US has gotten so bad, there's a growing group of young women — and some men — who are taking an unconventional approach to paying for college.Through dating websites like SeekingArrangement.com, and match.com, Sugar Babies, as they're called, partner up with wealthy, often older, men who want to spend money on them. Some 2.5 million Sugar Babies identified as students in 2016 on SeekingArrangement.com. Many of these Sugar Babies turned to the site to find someone who will pay for their education so they can graduate debt, and worry, free. In exchange, Sugar Babies go to dinners, attend events, or accompany their Sugar Daddy, or daddies, on trips. In some cases, they provide companionship or foster a mentor-mentee relationship. In other situations, the terms of the agreement include physical intimacy.

Jermaine Gagnon, 28, told DailyMailTV how he narrowly escaped death when DNC financier Edward Buck injected him with crystal meth at his sex-toy filled apartment. Gagnon said Buck, 63, paid to fly him from Minnesota to Los Angeles, drugged him with a substance dissolved in Gatorade then injected him with crystal meth. The 28-year-old shared photos of Buck, wearing white long johns, crouched over him on a mattress during one of their nights together last year. Gagnon shared images of sex toys Buck had for their encounter, saying: 'He had this red and black toolbox with all types of fetish toys, like c**k rings, sex toys'. He added: 'He gave me some Tommy Hilfiger tighty whities, a muscle t-shirt and some long johns. White knee-high socks'. Gagnon said during one encounter Buck offered him a drink he suspected had been spiked, feeling woozy and weak shortly after drinking it. He said: 'He took my phone. I was so scared. I felt death walked into my soul. I called my mother. I said, 'I feel like he's going to kill me, I think I'm going to die'. Buck is now under investigation over the deaths of two black men, including one man who died of an apparent overdose at his apartment on Monday.

According to the testimony of a federal agent, Harold "H.L." Moody, a former Democratic Party chairman, streamed live videos of children being raped, distributed child pornography to other pedophiles, and regularly smoked methamphetamine out of a glass pipe while seated at his desk during work hours. Our tax dollars at work, folks. Jason Bennett, a special agent for Homeland Security Investigations, said an undercover agent took "screen shots" of Moody sitting at his desk and chatting with pedophiles in a secret chatroom online on "more than one occasion" between Aug. 29 and Oct. 12. Bennett described Moody as a "high-volume user" who logged in and out of a chat room solely devoted to child pornography several times a day, including 26 times in a two-day span. He was also a

host of the private chat room, which Bennett explains indicates that Moody did something to receive such recognition.

Tech magnate Elon Musk reportedly admits in an upcoming book that he once attended a somewhat well-known Silicon Valley "sex party,". Musk and his bro-friend: Steve Jurvetson, have been documented in a number of notorious sex scandals. *E*ven worse is the headline that reveals: ***"Elon Musk Says Pedophile Accusation Against British Man Was Protected Speech But Ignores Fact That Musks Father Had Sex With His Own Daughter"***

Dov Katz, head of the computer vision and machine learning group at Facebook-owned Oculus, has been charged in King County for attempted commercial sexual abuse of a minor. The 38-year-old tech exec allegedly attempted to contact what he believed to be was a 15-year-old girl for sex. The fictitious 15-year-old was actually an undercover police officer with the Tukwila Police Department, a city just south of Seattle. The news was first reported by KING 5, which said that Katz was arrested by Tukwila Police on Wednesday. An Israeli citizen who resides in California, Katz is forbidden to have contact with any minors, except in the presence of a responsible adult, according to charging documents. Katz allegedly responded to an online advertisement that offered sex in exchange for money, an ad which was posted by undercover police officer posing as a 15-year-old girl. Katz allegedly arranged a meeting at the Embassy Suites in Tukwila, offering to pay $350 to have sex without a condom. When Katz arrived at the hotel with $600 in cash, he was arrested by police.

Former Democrat CDC director Dr. Tom Frieden was arrested on sexual pervert allegations.Frieden was charged with forcible touching, sex abuse and harassment, according to police.

California gubernatorial candidate Gavin Newsom's past sexual misconduct disqualifies him from holding higher office, rival Democrat Amanda Renteria said Thursday, and he should resign from his position as lieutenant governor. "If he was in the Legislature right now, he'd be called out, and like what we've seen, being forced out," Renteria said in an interview with The Sacramento Bee. "We've got to be sending the message that the more power you have, the more responsibility you have to protect others." As mayor of San Francisco more than a decade ago, Newsom had an affair with one of his city hall aides, who was also married to his campaign manager at the time.

Google employees have accused Google boss Rubin of sexual misconduct. A woman, with whom Mr. Rubin had been having an extramarital relationship, said he coerced her into performing oral sex in a hotel room in 2013, according to two company executives with knowledge of the episode. Google investigated and concluded her claim was credible, said the people, who spoke on the condition that they not be named, citing confidentiality agreements. Mr. Rubin was notified, they said, and Mr. Page asked for his resignation. Google could have fired Mr. Rubin and paid him little to nothing on the way out. Instead, the company handed him a $90 million exit package, paid in installments of about $2 million a month for four years, said two people with knowledge of the terms. The last payment is scheduled for next month. Mr. Rubin was one of three executives that Google protected over the past decade after they were accused of sexual misconduct. In two instances, it ousted senior executives, but

softened the blow by paying them millions of dollars as they departed, even though it had no legal obligation to do so. In a third, the executive remained in a highly compensated post at the company. Each time Google stayed silent about the accusations against the men. Google executives have been caught having sex slaves.

The Rosewood Hotel is brimming with tech guys, some loudly talking about money. The college student at our table recommends the ribs—she's been here before, on "dates" with her "daddies." "There are a lot of tech guys," she says. "They want the girlfriend experience, without having to deal with an actual girlfriend." "The girlfriend experience" is the term women in the sex trade use for a service involving more than just sex. "They want the perfect girlfriend—in their eyes," says Miranda, the young woman at our table.* "She's well groomed, cultured, classy, able to converse about anything —but not bringing into it any of her real-world problems or feelings. Her adventures in "sugaring" started three years ago when she got hit on by an older guy and rebuffed him, saying, "Look, I'm not interested, so unless you're offering to pay my student loans," and he said, "Well . . . ?" After that, "he paid for stuff. He gave me money to help out with my living expenses." This is how many of the skinny co-eds at Stanford University pay the bills and Stanford bosses look the other way.

Those under investigation are Bill Lockyer; Brian Goncher; Daniel Cohen; David Axelrod; David Drummond; David Plouffe; David E. Shaw; Dianne Feinstein; Elon Musk; Eric Holder; Eric Schmidt; John Zaccaro, Jr.; Frank Giustra; Nick Denton; Harry Reid; Haim Saban; Hillary and Bill Clinton; Ira Ehrenpreis; Jay Carney; James Comey; Jared Cohen; Jeffrey Katzenberg; John Doerr; Harvey Weinstein; Yasmin Green; Jonathan Silver; Ken Brody; Lachlan Seward; Judge Stewart M. Bernstein; Larry Page; Google; Alphabet; YouTube; Facebook; In-Q-Tel; Amazon; Twitter; WordPress.Org; The Law Firm of Perkins Coi; Mark Zuckerberg; Martin LaGod; Matt Rogers; Marc Benioff; Michael Birch; S. Donald Sussman; Pierre Omidyar; Rahm Emanual; Raj Gupta; Ray Lane; Tom Perkins; Robert Rubin; Rob Friedman; Reid Hoffman; Richard Blum; Robert Gibbs; Robert Shwarts; Roger Altman; The Law Firm of Covington and Burling; Sanford Robertson; Steve Jurvetson; Steve Rattner; Steve Westly; Steven Chu; Steve Spinner; Susie Tompkins Buell; George Soros; Warren Buffet; Tom Steyer; The Clinton Foundation, Tim Draper; Valarie Jarrett; Jeffrey Epstein; Vinod Khosla; Michelle Lee; The law firm of Wilson Sonsini Goodrich and Rosatti; Lawrence Summers; Marc Andreessen Sheryl Sandberg; Yuri Milner; Fenwick & West LLP; James W. Breyer; McBee Strategic; Mike Sheehy; Nancy Pelosi; Gilman Louie; Thomas J. Kim; Ping Li; Greylock Capital, Accel Partners; Jim Swartz; Bank Menatep; Alisher Asmanov; Marc L. Andreessen; Peter Thiel; Clarion Capital; Richard Wolpert; Robert Ketterson; David Kilpatrick; Tesla Motors; Solyndra; BrightSource; IDG Capital Partners; Goldman Sachs; Morgan Stanley; State Street Corporation; JP Morgan Chase; Lloyd Blankfein; Jamie Dimon; Steve Cutler; Rodgin Cohen; Sullivan Cromwell, LLP; Jeff Markey; Steve McBee; Michael F. McGowan; Toni Townes-Whitley; CGI Federal; Todd Y. Park;  Frank M. Sands, Sr.; Robin Yangong Li; Parker Zhang; Jonathan Goodman; Gawker Media; Jalopnik; Adrian Covert, John Herrman; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Think Progress; Media Matters; Black Cube; Debbie Wasserman, The DNC Executive Committee; Correct The Record;

Stratfor; ShareBlue; Sid Blumenthal; David Brock; Barack Obama; Sen. Robert Menendez; Jerry
Brown; Ken Alex; Susan Rice; Kamala Harris; Bruce Ohr; Nellie Ohr

In Silicon Valley, There Are Over 100 Services That Deliver Young Men And Girls To Rich Google
And Facebook Executives For Dirty Sex. Most of the victims come from local colleges, universities, art
schools and the Mission District, Haight Street and Noe Valley districts in San Francisco. They use
Facade organizations like "Power Exchange", "Mission Exchange", "The Arena", "Orgasmic
Meditation", "NXVIUM", "The Spinsters", "The Guardsmen", One Taste, etc. act as fronts for sexual
transactions. The Rosewood Hotel has sex nights for the sale of women using sly hand signals. Almost
every hotel on El Camino Real in Palo Alto has a prostitution activity going on around the clock.
Russian and Italian prostitutes fly in and out of San Jose and San Francisco airports so often that they
are known as the "pus*y ports". Young, impossibly attractive, girls with tight mini skirts and a roller
bag in the airport alone are now under constant surveillance by police.

One report recalls: "...At the hotel, Hillary Clinton Mega donor and John Podesta partner Wyss
assaulted Long physically and sexually, according to her police complaint. "Me screaming, 'No stop
it,'" she wrote in her own handwriting to police. "He grabbed my teeth with his left hand and ripped my
mouth open. He inserted a vibrator into my vagina and almost suffocated me by putting his fist into my
mouth. I struggled and pushed. I thought for sure he was going to kill me," she wrote. "I left that hotel
room sick and in pain," she told police in the statement. She returned to Boulder and "stayed in bed for
weeks. The physical sickness of this event was devastating," she told police. Wyss also allegedly
threatened to stop his financial support for her daughter if she broke up with him, according to
Long."She's probably one of the first who took on powerful men over sexual misconduct," recalled
Police Chief Tom Koby in an interview with TheDCNF. He personally knew the Boulder resident and
counseled her about her relationship with Wyss."After the attack, I had breakfast with Jackie at the
Hotel Boulderado. She broke down during breakfast. This thing had happened and it was terrible. She
was quite shaken and Jackie doesn't shake too easily," Koby said."Hans had her in a bind in terms of
helping Jackie heal her daughter, who had some serious health addiction issues," Kolby added. "That
was what was keeping Jackie in the relationship and she didn't have a lot of money. She was still
clinging to the hope she could save her daughter. And that she had these things she wanted to do with
these organizations working on detention homes and shelters in Boulder and in Denver," Koby
recalled..."

Amid allegations of sexual harassment, embattled freshman Democratic Rep. Ruben Kihuen vowed he
will not resign from his post, despite calls from Democratic leaders that he step aside.Instead, Kihuen is
digging in with a shocking allegation of his own, taking aim at the leaders of his own party. In an
interview with ABC News, Kihuen, D-Nev., said party leaders knew last year about a former campaign
staffer's allegations of misconduct but stood by his campaign nonetheless. Kihuen questioned why they
are calling for his resignation now, more than a year later."I do find it interesting that the DCCC,
Leader [Nancy] Pelosi and Chairman Ben Ray Lujan -- they knew about these allegations last year,"

Kihuen said. "They looked into them. They didn't find anything, and they continued investing millions of dollars in my campaign. ***They went out there and campaigned for me.***"

A married senior official in President Obama's Department of Education was convicted of sex crimes and resigned for following women on the DC Metro and taking pictures up their skirts, DailyMail.com can exclusively reveal. William Mendoza, 42, the former executive director of the White House Initiative on American Indian and Alaska Native Education, stepped down after he was arrested and charged with attempted voyeurism in November, 2016, for the vile acts. Mendoza, who earned $140,000 a year as a policy advisor in Obama's White House, tried to take photos and videos up women's skirts at least four times on his government-issued iPhones in July 2016 without their consent. He was also caught looking at footage, apparently filmed in secret, of a woman in her underwear getting changed in a dressing room. It is not known if he recorded the video himself. When he took the indecent photos, he was supposed to be at work and was using a travel card funded by the taxpayer, according to documents obtained by DailyMail.com through a Freedom of Information Act request.

After California's then-Attorney General Kamala D. Harris announced felony pimping charges last year against the two owners of Backpage.com — a classified-ad website that is a hub for sex trafficking and prostitution, one of the men cut a $10,000 check to House Minority Leader Nancy Pelosi's super PAC. Mrs. Pelosi's political action committee, House Majority PAC, has resisted giving the money back, and an aide to Mrs. Pelosi said the California Democrat knows nothing about the contribution. The uproar over sexual harassment that began with the Harvey Weinstein scandal has intensified the scrutiny of political contributions linked to Backpage, which law enforcement officials say is the chief platform for activities far worse than harassment, including sexual slavery and child prostitution. Mrs. Pelosi isn't the only Democrat struggling to deal with the piles of cash that Backpage's owners spread around to candidates and state Democratic parties over the years. Even Ms. Harris, a California Democrat who is now a U.S. senator, ducked the issue. Her office wouldn't respond to repeated emails about Backpage money going to House Majority PAC and other Democratic organizations. Since 2010, the owners and their wives have shoveled about $99,000 to candidates and about $95,000 to Democratic parties in Arizona, Colorado and New Mexico, according to federal campaign finance data collected by the Center for Responsive Politics.

Prominent Democrat donor Terry Bean was indicted earlier this month on two counts of sodomy and one count of sex abuse for allegedly having sex with a teenage boy. Bean was arraigned on the charges, TV station KGW8 reported. He pleaded not guilty and was taken into custody at County jail.

The body of investigative journalist Jen Moore was found in her Washington D.C. hotel room on Monday after her investigation into an alleged sexual assault by President William J. Clinton. "In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton,"

A leading liberal think tank run by a longtime adviser to former presidential candidate Hillary Clinton is facing allegations of serious sexual harassment which went undealt with by management, a new report claims. The Centre for American Progress (CAP), headed by Clinton associate Neera Tanden, has released four policy proposal papers on dealing with sexual harassment in the workplace, but former staffers have come forward with stories of repeated harassment at the think tank, BuzzFeed reports.

Defy Ventures brings the gospel of entrepreneurship to an unlikely place: prisons. The nonprofit company founded by Catherine Hoke says it is dedicated to helping formerly incarcerated people start their own businesses and stay out of prison. "Transform the hustle," the company's tagline encourages. Defy has received grants from Google. Facebook COO Sheryl Sandberg wrote a foreword to Hoke's new memoir. Former U.S. Attorney Preet Bharara called Hoke's work "incredibly inspiring" on his podcast. But while Defy woos Silicon Valley and Washington, D.C., scandal has rocked the company's leadership. Last month, Defy fired its president after he blew the whistle on allegations of sexual harassment by Hoke and fraudulent statistics exaggerating the program's successes.

Henry T. Nicholas III, the Silicon Valley billionaire founder of chip-maker Broadcom, has been arrested by police on drug trafficking charges. According to the Associated Press, Nicholas was arrested on suspicion of trafficking heroin, cocaine, meth and ecstasy. Security was called when Nicholas couldn't get into his sex fuelled room at the Encore, a Las Vegas casino hotel. When security arrived, they reportedly found Nicholas with Ashley Fargo, the ex-wife of an heir to the Wells Fargo banking fortune. Fargo was passed out with a semi-deflated balloon in her mouth, but was revived by paramedics. According to reports, security subsequently found canisters of nitrous oxide inside the room, and a subsequent search by cops turned up more drugs inside a suitcase. Nicholas's attorney, David Chesnoff, told the Associated Press that they will "deal with the facts in court."

Multiple famous Silicon Valley lawyers have been found dead, hanged by their own hand while attempting to masturbate while choking themselves because they thought that choking would add to the sensation. A formerly powerful Democrat, Attorney Mark Benavides, has been found guilty on six individual counts of human trafficking in a grotesque and sex-filled criminal conspiracy. Mark Benavides, a well-known Democrat who ran for the 186th District Court in 2014, was accused by federal law enforcement of trading his legal services as an attorney for sex from his clients and then recording those manipulative sex-romps, according to local ABC affiliate KSAT. Benevides would then promise the women that if they allowed him to engage in erotic sex that sometimes included physical torture, that he would offer them a legitimate defense in the courtroom.

Hundreds of leaked text messages between Kevin Tsujihara, actress Charlotte Kirk and partners Brett Ratner and James Packer show the powerful executive, under pressure, said repeatedly he would push for auditions as accusations of "extortion" and a proposed settlement agreement followed

106

**The World Health Organization (WHO) has declared Silicon Valley oligarch sex addiction to be a mental illness.**

Known as compulsive sexual behaviour disorder, it is defined as an inability to control intense sexual urges leading to people neglecting their health despite often deriving no pleasure from being intimate, according to a report issued by the WHO.

Patients must suffer from the disorder for at least six months, and experience substantial distress as a result of their addiction, before being diagnosed, the report adds.

It is unclear if this move will lead to sex addiction treatment being provided on the NHS, which does not currently consider it to be a condition.

Comedian Russell Brand has been to rehab for sex addiction saying being active between the sheets gives him 'a breathing space, when you're outside of yourself and your own head'.

Comedian Russell Brand has been to rehab for sex addiction saying being active between the sheets gives him 'a breathing space, when you're outside of yourself and your own head'.

Actor Michael Douglas, who is married to Catherine Zeta Jones, also sought treatment for the disorder after numerous affairs ended his first marriage to Diandra Luker in 1995.

As well as reported drug and alcohol problems, Mean Girls star Lindsay Lohan has described herself as 'not a crazy [sex] addict' but adds she enjoys being in different relationships.

David Duchovny, star of The X-Files, sought treatment for sex addiction in 2008 after being unfaithful to his actress wife Téa Leoni.

After the release of a sex tape with his Playboy model ex Nicole Narain in 2003, actor Colin Farrell admitted to liking sex with prostitutes and suffering from an addiction.

Socialite Calum Best, whose footballer father George suffered from alcoholism, has said 'I'm a red-blooded male and I'm addicted to sex'.

Sex addiction is seen as 'shameful'

According to Dr Valerie Voon, from the Royal College of Psychiatrists, between two and four per cent of people in the UK suffer from sex addiction. Three-to-six per cent are thought to have the condition in the US.

She told The Sun: 'It is a behaviour that tends to be hidden as it's shameful and often sex addicts don't come forward.

'Adding this to the WHO list is an excellent step for patients as it allows them to recognise that they are suffering with a problem.

'It takes it out of the shadows and they are able to seek help for it.'

Dr Voon believes sex addiction may one day be treated on the NHS alongside conditions like depression and anxiety.

Gaming addictions tear families apart

This comes after Dr Shekhar Saxena, director of WHO's department for mental health, said the body listed gaming as an addiction based on scientific evidence, as well as 'the need and the demand for treatment in many parts of the world.'

According to Dr Joan Harvey, from the British Psychological Society, only a minority of gamers suffer from the disorder, warning that the new condition might cause unnecessary concern among parents.

She said: 'People need to understand this doesn't mean every child who spends hours in their room playing games is an addict, otherwise medics are going to be flooded with requests for help.'

Others welcome WHO's classification, saying it is critical to identify video game addicts quickly due to them usually being teenagers or young adults who do not typically seek help themselves.

Dr Henrietta Bowden-Jones, a spokeswoman for behavioral addictions at Britain's Royal College of Psychiatrists, added: 'We come across parents who are distraught, not only because they're seeing their child drop out of school, but because they're seeing an entire family structure fall apart.'

The updated ICD is scheduled to be presented to all WHO member states at their annual assembly in May 2019.

According to the relationship counselling service Relate, sex addiction is any intimate activity that feels 'out of control'.

This could be sex with a partner, masturbation, pornography use, visiting prostitutes or using chat lines.

In some cases, people feel unable to control their urges, which affects their quality of life and those

around them.

According to the WHO, compulsive sexual behaviour disorder is defined as an inability to control intense sexual urges leading to people neglecting their health despite often deriving no pleasure from being intimate.

Patients must suffer from the disorder for at least six months, and experience substantial distress as a result of their addiction, before being diagnosed, the WHO adds.

Y Combinator is half homosexual sextortion elitists and half Frat boy Google-worshippers seeking to control politics and expand the Silicon Valley Echo-Chamber

In its main program, Y Combinator interviews and selects two batches of companies per year. The companies receive seed money, SJW advice, and echo-chamber connections in exchange for 7% equity.[2]The program includes "office hours", where startup founders meet individually and in groups with Y Combinator partners for advice on how to be good liberal clones. Founders also participate in weekly dinners where guests from the Silicon Valley ecosystem (successful entrepreneurs, venture capitalists, etc.) speak to the founders. The deal at Y Combinator is " If you help us control American politics and ideologies, we will give you some cash..."

In Y Combinator meetings, naive young Millennial boys are stupid enough to wear sheep clone Fedora's, have the same tattoos and the same haircuts and carry the same man-bags. The robot-like hipster conformity is overt and ludicrous.

The bottom line is that you are going to get fucked by Y Combinator one way or another. The VC's and investors that fund it will extort you for blow jobs and anal sex. If you were not in a Stanford or Yale Frat House you will be ostracized. If you are over 30 you will be ostracized. If you are black or Mexican you will be ostracized. If you are a woman you will be ostracized after you are sextorted. If you don't worship ANTIFA and Barack Obama you are ostracized.

The bosses of Y Combinator are the single biggest group of narcissistic, sociopath, holier-than-thou, effete, peacock strutting, misogynist pigs on Earth. They love nothing more than hearing themselves talk.

Y Combinator's motto is "Make Something Liberal Idiots Want And Nothing That People Actually Need."[3] The program aims to focus the founders on further developing their product, team and market, refining their business model, achieving product/market fit, and scaling the startup into a high growth business, etc. The program culminates at Demo Day where startups present their business to a selected audience of Democrat investors.[4]

As of 2017, Y Combinator had invested in ~1,450 companies
including Dropbox, Airbnb, Coinbase, Stripe, Reddit, Instacart, Twitch, Cruise

109

Automation, Optimizely, Zenefits, Docker, DoorDash, Mixpanel, Heroku, Machine Zone, Weebly, and Paribus.[5] The combined valuation of YC companies was over $80B.[6]

Tesla CEO Elon Musk reportedly did not attend the town hall where some women described sexual harassment they had experienced in the workplace.

Female employees of Tesla at a company town-hall meeting in March recounted instances of sexual harassment and mistreatment by male managers, an event the electric-car maker says has already led to leadership and policy changes.

The account of the town-hall meeting was published on Wednesday by The Guardian's Sam Levin, who says one employee went so far as to call the factory a "predator zone" of harassment. According to the report, about 70 to 100 people attended the meeting, but CEO Elon Musk did not.

"The topics raised in this meeting were followed up directly with those willing to discuss," a Tesla representative told Business Insider. "We have a no-tolerance policy and have made changes to leadership, policy, and training to continue to improve our work environment."

The meeting occurred after an email was sent to female employees inviting them to a "lunch 'n learn" to discover essential oils.

According to The Guardian, Tesla postponed the lunch after it received vocal criticism, and it organized the town hall on diversity, where women shared the stories of gender discrimination. Tesla said the town-hall meeting was planned in advance and was not a reaction to the lunch.

A Tesla representative said the town-hall meeting was held by a group called Women in Tesla, which holds regular meetings to receive feedback about the work environment:

"The reason groups like Women in Tesla exist is precisely because we want to provide employees with an outlet to share opinions and feedback in a constructive manner. At Tesla, we regularly host events like the Town Hall, and only someone who is intentionally trying to misconstrue the facts and paint Tesla in a negative light could perceive such meetings as something negative."

AJ Vandermeyden, a female engineer who is suing Tesla over sexism and harassment claims, is one of several sources who described the meeting to The Guardian. Tesla fired Vandermeyden in June.

"The termination was based on Ms. Vandermeyden behaving in what the evidence indicates is a fundamentally false and misleading manner, not as a result of retaliation for the lawsuit," a Tesla representative previously told Business Insider.

The lawsuit says Vandermeyden experienced "unwelcome and pervasive harassment," such as catcalls and inappropriate language, by men on the factory floor, and that she was denied promotions over men who were equally or less qualified than her.

Tesla said it launched an independent investigation into Vandermeyden's claims and found them to be unsubstantiated.

Women are becoming more vocal about gender discrimination they've experienced in Silicon Valley, which was understood to have occurred but rarely exposed in detail.

The New York Times published a bombshell report on Friday of female entrepreneurs' descriptions of sexual harassment by venture capitalists like Chris Sacca and Dave McClure.

Former Uber engineer Susan Fowler said in a personal blog post in February that she had experienced sexual harassment and gender bias at the ride-hailing company, prompting an internal investigation that culminated in Uber CEO Travis Kalanick's resignation.


========================

**Steve Jurvetson** is out at his own venture capital firm after ...

Famed venture capitalist **Steve Jurvetson** is leaving his job at Draper Fisher **Jurvetson** in the wake of an investigation into **sexual** harassment.

  https://www.recode.net/2017/11/13/16645274/steve-jurvetson-out-d...


Venture firm DFJ is investigating founder **Steve Jurvetson** for ...

One of tech's most well-known investors, **Steve Jurvetson**, is being investigated by his venture capital firm in the latest **sexual** harassment allegation to land in Silicon Valley.

  https://www.recode.net/2017/10/24/16539644/dfj-steve-jurvetson-s...

Silicon Valley "sex party" was at **Steve Jurvetson's** home - Axios

Silicon Valley was rocked earlier this month by allegations of sex and drug parties attended by the tech elite, as detailed in a Vanity Fair excerpt of journalist Emily Chang's upcoming book Brotopia. Axios has now obtained text from the book that identifies the host of one of those parties as **Steve**...

  https://www.axios.com/silicon-valley-sex-party-was-at-steve-jur...

**Steve Jurvetson** Quits Venture Capital Firm Amid Investigation

**Steve Jurvetson**, a founding partner ... of **sexual** misconduct have continued to reverberate since detailed reports emerged over the summer about widespread ...

  https://www.nytimes.com/2017/11/13/upshot/steve-jurvetson-quits-v...

Page 112        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

**Steve Jurvetson** leaves VC firm amid **sexual** harassment probe

Silicon Valley's **sexual** harassment problems continue. **Steve Jurvetson**, one of Silicon Valley's most high-profile venture capitalists, has left his namesake firm, Draper Fisher **Jurvetson**, amid a **sexual** harassment investigation, according to Recode. He's the latest in a string of venture capitalist ...

https://www.cnet.com/news/steve-jurvetson-draper-fisher-jurvet...

**Steve Jurvetson** on leave from Tesla, SpaceX, resigns from ...

**Steve Jurvetson**, who is on leave from the boards of Tesla and SpaceX, was the subject of a **sexual** harassment probe at Draper Fisher **Jurvetson**.

https://www.usatoday.com/story/tech/2017/11/13/steve-jurvetson-out...

Silicon Valley firm severs ties with co-founder **Steve** ...

SAN FRANCISCO — A prominent Silicon Valley venture capital firm said it is severing ties with founding partner **Steve Jurvetson** after it had conducted an investigation into allegations of **sexual**misconduct. The firm, called DFJ, made no mention of inappropriate behavior in its statement announcing ...

https://www.washingtonpost.com/news/the-switch/wp/2017/11/13/prominent-s...

Tesla, SpaceX board member takes leave after **sexual** ...

**Steve Jurvetson**, a partner at a major Silicon Valley venture capital firm that bears his name—Draper Fisher Jurvetson—has left the company amid accusations of **sexual** harassment.

https://arstechnica.com/tech-policy/2017/11/tesla-spacex-board-me...

**Steve Jurvetson** left DFJ over pattern of deception, affairs ...

SAN FRANCISCO — **Steve Jurvetson** left his venture capital firm after an internal investigation uncovered a pattern of deception with women including extramarital affairs, some of which blurred the line between his professional and personal lives, according to a tech news outlet's report published ...

https://www.usatoday.com/story/tech/2017/11/18/steve-jurvetson-lef...

A Tesla board member was ousted from his venture capital firm ...

**Steve Jurvetson**, a member of Tesla's board since 2009, ... A Tesla board member was ousted from his venture capital firm amid **sexual** harassment allegations ...

markets.businessinsider.com/news/stocks/proxy-firm-urges-investors-to...

**Jurvetson** out of VC firm over **sexual** harassment allegations ...

Page 113      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

**Steve Jurvetson** on Monday became the most high-profile Silicon Valley venture capitalist to be forced out of his job following **sexual** harassment allegations.

https://www.ft.com/content/5b6e1c2c-c8b9-11e7-ab18-7a9fb7d6163e

Venture capitalist **Steve Jurvetson** leaves firm amid sex ...

SpaceX backer **Steve Jurvetson** says he's leaving the venture capital firm he co-founded to fight accusations related to a **sexual** harassment investigation.

https://www.geekwire.com/2017/spacex-backer-steve-jurvetson-leaves...

**Jurvetson** is on leave from Tesla and SpaceX boards after ...

Venture investor **Steve Jurvetson** is on leave from Tesla and SpaceX boards after being removed from his firm for **sexual** harassment claims.

https://finance.yahoo.com/news/jurvetson-leave-tesla-spacex-boards-...

Tesla, SpaceX Director **Steve Jurvetson** Leaves VC ... - Fortune

Tesla and SpaceX board member **Steve Jurvetson** has taken a leave of absence and has left his VC firm DFJ amid **sexual** harassment allegations.

fortune.com/2017/11/13/tesla-spacex-steve-jurvetson-l...

Sergey Brin went sailing with one of tech's most ...

**Steve Jurvetson**, the venture ... **Jurvetson's** post on Saturday comes in contrast to other prominent men recently accused of **sexual** misconduct, ...

businessinsider.com/sergey-brin-steve-jurvetson-photo-boat-20...

**Steve Jurvetson**, DFJ named as hosts of 'sex party' in ...

Venture investor **Steve Jurvetson** and DFJ — the firm he co-founded — are reportedly named as hosts of a "sex party" in "Brotopia," an upcoming book by Bloomberg TV anchor Emily Chang.

https://www.bizjournals.com/sanjose/news/2018/01/11/steve-jurvetson-d...

**Steve Jurvetson** on leave from Tesla SpaceX boards after ...

Venture investor **Steve Jurvetson** is on leave from Tesla and SpaceX boards after being removed from his firm for **sexual** harassment claims.

https://www.cnbc.com/2017/11/13/steve-jurvetson-on-leave-from-...

VC **Steve Jurvetson** resigns from DFJ amid harassment ...

**Jurvetson** resigned from Draper Fisher **Jurvetson** and is taking a leave from the boards of Tesla and SpaceX amid an investigation into **sexual** harassment

113

Page 114        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

businessinsider.com/vc-steve-jurvetson-resigns-from-dfj-amid-...

**Steve Jurvetson** - Wikipedia

**Steve Jurvetson** was the first non ... stepped down from his role at DFJ Venture Capital after the firm conducted an investigation into allegations of **sexual** ...

https://en.wikipedia.org/wiki/Steve_Jurvetson

'Sex Party' or 'Nerds on a Couch?' A Night in Silicon Valley ...

Party described in Vanity Fair article and forthcoming book was at a home of **Steve Jurvetson**, a founding partner of venture-capital firm DFJ who left the firm in November.

https://www.wired.com/story/sex-party-or-nerds-on-a-couch-a-nig...

Brotopia: New book says **Steve Jurvetson** hosted party with sex ...

Did an elite Silicon Valley VC party feature sex and ... **Steve Jurvetson**, ... Several admitted to **sexual** harassing female entrepreneurs or employees and were ...

https://qz.com/1178134/brotopia-new-book-says-steve-jurv...

Draper Fisher **Jurvetson** investigating co-founder **Steve** ...

**Steve Jurvetson**, a prominent Silicon Valley venture capitalist and board member who was honored as a visionary venture investor earlier this year, is under investigation for **sexual**harassment by the Menlo Park firm that he co-founded. DFJ said on Tuesday that it launched the probe earlier this ...

https://www.bizjournals.com/sanjose/news/2017/10/24/jurvetson-draper-...

**Steve Jurvetson** fires back at DFJ after exit, denies **sexual** ...

Venture capitalist **Steve Jurvetson** fired back at his former DFJ partners and denied any **sexual**harassment on his part, one day after the Silicon Valley firm he co-founded announced he would step down under a "mutual agreement."

https://www.marketwatch.com/story/steve-jurvetson-fires-back-at-dfj-a...

**Steve Jurvetson** Hosted Silicon Valley 'Sex Party' - NYMag

**Steve Jurvetson**, who recently left the venture-capital firm he co-founded amid **sexual**-harassment allegations, reportedly hosted the scandalous event.

nymag.com/selectall/2018/01/steve-jurvetson-hosted-...

VC **Steve Jurvetson** On Leave From Tesla And SpaceX Boards ...

Venture capitalist **Steve Jurvetson** has resigned his position at Draper Fisher **Jurvetson** following an internal investigation into claims of alleged **sexual** harassment.

Page 115       EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.buzzfeed.com/ryanmac/venture-capitalist-and-tesla-boar...

DFJ investigating co-founder **Steve Jurvetson** for **sexual** ...

**Steve Jurvetson**, a longtime Silicon Valley investor and co-founder of DFJ, is under investigation by the firm for **sexual** harassment. The investigation, conducted by a law firm, began during the summer after media outlets began inquiring about allegations regarding **Jurvetson's** conduct with women.

https://www.pehub.com/2017/10/dfj-investigating-co-founder-stev...

DFJ: investigating misconduct report involving **Steve Jurvetson**

DFJ co-founder and partner **Steve Jurvetson**. ... allegations of **sexual** harassment ... Rex Crum is the senior web editor for the business section for The Mercury News ...

https://www.mercurynews.com/2017/10/25/vc-firm-dfj-investigating-misc...

**Steve Jurvetson** is out at his own VC firm after allegations ...

**Sexual** harassment is used as a weapon, ... **Steve Jurvetson** was the only VC to respond to the 150 letters I sent out while seeking capital for my first startup.

https://news.ycombinator.com/item?id=15690190

Tesla board member denies VC firm departure linked to ...

Prominent tech investor **Steve Jurvetson** is denying the misconduct allegations against him. In a lengthy Facebook post, **Jurvetson** said the reason for his departure from the venture capital firm he co-founded on Monday had nothing to do with "**sexual** predation" or "workplace harassment." "How does one ...

https://money.cnn.com/2017/11/15/technology/steve-jurvetson-tes...

**Steve Jurvetson** Fires Back at DFJ After His Exit - WSJ

Venture capitalist **Steve Jurvetson** fired back at his former DFJ partners and denied any **sexual** harassment on his part, one day after the Silicon Valley firm he co-founded announced he would step down under a "mutual agreement."

https://www.wsj.com/articles/steve-jurvetson-fires-back-at-df...

VC **Steve Jurvetson** resigns from DFJ amid harassment ...

**Jurvetson** resigned from Draper Fisher **Jurvetson** and is taking a leave from the boards of Tesla and SpaceX amid an investigation into **sexual** harassment

uk.businessinsider.com/vc-steve-jurvetson-resigns-from-dfj-amid-...

115

Page 116        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Who Is **Steve Jurvetson**? Silicon Valley Investor Refutes ...

**Jurvetson** is also taking a leave of absence from the boards of Tesla and SpaceX, spokesmen for the two companies said, amid the ongoing investigation into **sexual** harassment allegations against the investor.

ibtimes.com/who-steve-jurvetson-silicon-valley-invest...

**Steve Jurvetson** out at DFJ, VC firm he helped found - CBS News

**Steve Jurvetson**, a founding partner of the venture capital firm Draper Fisher **Jurvetson**, is out at his firm after an investigation into alleged **sexual** harassment.

https://www.cbsnews.com/news/steve-jurvetson-out-from-dfj-venture...

Early investor **Steve Jurvetson** leaves Tesla and ... - Electrek

**Steve Jurvetson**, a partner of Venture ... today it was revealed that he's left DFJ in the wake of allegations of **sexual** harassment. The VC company today released ...

https://electrek.co/2017/11/13/early-investor-steve-jurvetson...

Venture capitalist **Steve Jurvetson** leaves Draper Fisher ...

**Steve Jurvetson** is leaving the Menlo Park venture capital firm he cofounded after a **sexual**harassment probe. Draper Fisher **Jurvetson** announced the move in a letter sent to its investors, according to Recode. The firm didn't say why one of the founding partner it's named after was leaving but issued ...

https://www.bizjournals.com/sanjose/news/2017/11/13/steve-jurvetson-l...

**Steve Jurvetson** Quits His VC Firm and Takes Leave ... - Inc.com

Venture capitalist **Steve Jurvetson** resigned from Draper Fisher **Jurvetson**, a firm he cofounded, amid an internal investigation into **sexual** harassment allegations.

https://www.inc.com/business-insider/steve-jurvetson-draper-f...

**Steve Jurvetson** leaves DFJ amid allegations of inappropriate ...

Silicon Valley investor **Steve Jurvetson** is leaving the firm he co-founded, DFJ, weeks after it was revealed he was under investigation by the company.

latimes.com/business/la-fi-tn-steve-jurvetson-2017111...

Elon Musk wore spikes and chains to 'sex party' - Mail Online

Musk wore a 'black armor-like costumed adorned with silver spikes and chains,' to venture **SteveJurvetson's** (bottom Inset) 'sex party' in 2017, Emily Chang writes in her new book 'Brotopia.'

116

Page 117        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

dailymail.co.uk/news/article-5386977/Elon-Musk-wore-spike...

Tesla Director **Steve Jurvetson** investigated for **sexual** ...

Tesla Director **Steve Jurvetson** investigated for **sexual**, corruption and exploitative misconduct.

https://www.londonworldwide.com/Tesla Director Steve Jurvetson...

Tesla, SpaceX put board member on leave amid misconduct ...

Silicon Valley investor **Steve Jurvetson** has left the firm he co-founded amid allegations of misconduct. **Jurvetson**, a partner at prominent VC firm Draper Fisher **Jurvetson**, is a board member and investor at Tesla and SpaceX. **Jurvetson**, 50, tweeted about his departure citing "personal matters ...

money.cnn.com/2017/11/13/technology/dfj-steve-jurvetson...

More results

Elon **Musk** wore spikes and chains to '**sex** party' | Page Six

Tesla billionaire Elon **Musk** had quite the look at venture capitalist **Steve Jurvetson's** alleged "**sex**party," according to Emily Chang's new book "Brotopia.". Chang writes that in private Facebook photos from the party, **Musk** "appears wearing a black armor-like costume adorned with silver spikes and chains."

https://pagesix.com/2018/02/12/elon-musk-sported-interesting-...

Elon **Musk** attends Silicon Valley '**sex** party,' thought it was ...

Elon **Musk** attended a now notorious Silicon Valley event that has been called a "**sex** party," his representative told Business Insider. But **Musk** ... **Steve Jurvetson**.

businessinsider.com/elon-musk-attended-notorious-silicon-vall...

DFJ has apologized for the reported '**sex** party' event at ...

DFJ has apologized for the reported '**sex** party' event at **Steve Jurvetson** ... Elon **Musk**, the tech CEO who is ... with multiple friends of **Jurvetson** telling Recode ...

https://www.recode.net/2018/1/11/16880806/dfj-steve-jurvetson-se...

Elon **Musk** wore spikes and chains to '**sex** party' | Daily Mail ...

**Musk** wore a 'black armor-like costumed adorned with silver spikes and chains,' to venture **SteveJurvetson's** (bottom Inset) '**sex** party' in 2017, Emily Chang writes in her new book 'Brotopia.'

117

Page 118      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

dailymail.co.uk/news/article-5386977/Elon-Musk-wore-spike...

Elon **Musk**, guests dispute DFJ Silicon Valley event was **'sex ...**

"If there are **'sex parties'** in Silicon Valley, ... as a "**sex** party" in a coming book, with Elon **Musk**, ... was a party at the home of **Steve Jurvetson**, ...

businessinsider.com/elon-musk-guests-dispute-dfj-event-sex-pa...

**'Sex** Party' or 'Nerds on a Couch?' A Night in Silicon Valley ...

Party described in Vanity Fair article and forthcoming book was at a home of **Steve Jurvetson**, ... Valley **sex parties**. ... **Musk**, whose companies **Jurvetson** has ...

https://www.wired.com/story/sex-party-or-nerds-on-a-couch-a-nig...

Elon **Musk** Attended Lewd Silicon Valley Party, But ... - Fortune

Elon **Musk** unwittingly attended what some say was a **sex** party held ... Axios reported that its host was the former Draper Fisher **Jurvetson** investor **Steve Jurvetson** ...

fortune.com/2018/01/11/elon-musk-silicon-valley-sex-p...

**Steve Jurvetson** Hosted Silicon Valley **'Sex** Party' - NYMag

Silicon Valley 'Sex Party' Host Identity Revealed ... which claims that particular party's host was **Steve Jurvetson**. ... **Musk** told Business Insider he did ...

nymag.com/selectall/2018/01/steve-jurvetson-hosted-...

Elon **Musk**: So-called Valley **sex** party was just 'nerds on a ...

Elon **Musk**: So-called Valley **sex** party was just ... party described by Chang occurred at the house of **Steve Jurvetson**. ... CNET may get a commission from ...

https://www.cnet.com/news/elon-musk-valley-sex-parties-just-ne...

Elon **Musk** orgy: SpaceX founder attended **'sex** party' in ...

BILLIONAIRE entrepreneur Elon **Musk** has admitted attending a notorious Silicon Valley "**sex** party ... **Steve Jurvetson**, ... party. The statement claimed Mr **Musk** ...

https://www.news.com.au/finance/business/technology/entrepreneur-...

Elon **Musk** Attended Infamously Lewd Silicon Valley Party ...

Tesla and SpaceX CEO Elon **Musk** was at the lewd party at investor **Steve Jurvetson's** home, but apparently didn't see any sexual activity.

fortune.com/2018/01/11/elon-musk-silicon-valley-party/

118

Page 119      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

**Steve Jurvetson**, DFJ named as hosts of **'sex** party' in ...

Venture investor **Steve Jurvetson** and DFJ ... "Brotopia," published last week by Vanity Fair detailed drug and swinging **sex parties** ... **Musk** made a stronger ...

https://www.bizjournals.com/sanjose/news/2018/01/11/steve-jurvetson-d...

Elon **Musk**: When Elon **Musk Musk** attended a **sex** party in ...

When Elon **Musk Musk** attended a **sex** party in ... a costume event — at the house of American businessman and venture capitalist **Steve Jurvetson** in June ...

https://timesofindia.indiatimes.com/world/us/when-elon-musk-musk-attended-a-s...

**Musk** friend **Jurvetson's** long Tesla board ... - bizjournals.com

... remove or permanently reinstate **Steve Jurvetson**, ... **Musk** friend **Jurvetson's** long Tesla board ... **Jurvetson**, DFJ named as hosts of **'sex** party' in ...

https://www.bizjournals.com/sanjose/news/2018/05/16/steve-jurvetson-t...

Elon **Musk** 'didn't know Silicon Valley event was **sex** party ...

Billionaire CEO Elon **Musk** admits to attending a now infamous drug-fueled **sex** soiree in Silicon Valley, but says he didn't know it was a **sex** party.

dailymail.co.uk/news/article-5261293/Elon-Musk-says-didnt...

Elon **Musk** Wore Spikes and Chains to Alleged **'Sex** Party'

The mastermind behind SpaceX, Elon **Musk**, once wore an elaborate suit including spike and chains to an investor's **'sex** party' in 2017, according to a new book about silicon valley.The account comes from Brotopia, an exposé about the male-dominant culture in silicon valley written by Emily Chang.

popculture.com/celebrity/2018/02/15/elon-musk-spikes-cha...

New Details About The **Sex** Party Elon **Musk** ... - YourTango

New Details About The **Sex** Party Elon **Musk** Allegedly ... Inside YourTango; ... was in attendance at the party that was held at DFJ investor **Steve Jurvetson's** ...

https://www.yourtango.com/2018309799/details-silicon-valley-tesla-f...

Everyone hates us, and it's not because of our **sex parties** ...

It was, briefly, the zeitgeist's perfect Silicon Valley story: a **sex**-and-drugs party hosted hosted by since-ousted top-tier VC **Steve Jurvetson**, at an official Draper Fisher **Jurvetson** event,attended by multiple billionaires including Elon **Musk**.

https://techcrunch.com/2018/01/14/everyone-hates-us-and-its-not-...

Page 120        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Elon **Musk**, guests dispute DFJ Silicon Valley event was '**sex** ...

"If there are '**sex parties**' in ... its characterization as a "**sex** party" in a coming book, with
Elon **Musk**, ... June was a party at the home of **Steve Jurvetson**, ...

uk.businessinsider.com/elon-musk-guests-dispute-dfj-event-sex-pa...

Elon **Musk** and other guests dispute that a notorious Silicon ...

"If there are '**sex parties**' in ... its characterization as a "**sex** party" in a coming book, with
Elon **Musk**, ... June was a party at the home of **Steve Jurvetson**, ...

https://finance.yahoo.com/news/elon-musk-other-guests-dispute-18280...

Elon **Musk** denounces 'Silicon Valley **sex** party' book: 'it's ...

... engage in **sex parties**, ... Elon **Musk** denounces 'Silicon Valley **sex** party ... confirmed by WIRED
Magazine as being hosted by venture capitalist **Steve Jurvetson**, ...

https://www.telegraph.co.uk/books/news/elon-musk-denounces-silicon-va...

Silicon Valley "**sex** party" was at **Steve Jurvetson's** home - Axios

Silicon Valley was rocked earlier this month by allegations of **sex** and drug **parties** attended by the tech
elite, as detailed in a Vanity Fair excerpt of journalist Emily Chang's upcoming book Brotopia. Axios
has now obtained text from the book that identifies the host of one of those **parties** as **Steve**...

https://www.axios.com/silicon-valley-sex-party-was-at-steve-jur...

Elon **Musk** Insists A Drug-Fuelled Silicon Valley **Sex** Party ...

A new book claims **Musk** was ... Elon **Musk** Insists A Drug-Fuelled Silicon Valley **Sex** Party ... The
party was reportedly held at the home of **Steve Jurvetson**, the co ...

https://www.pedestrian.tv/news/elon-musk-silicon-valley-sex-party/

Elon **Musk** Attended Infamous Silicon Valley **Sex** Party | Zero Hedge

Elon **Musk** Attended Infamous Silicon Valley **Sex** ... was reported to have taken place at the home of
disgraced VC **Steve Jurvetson** ... and I guess **sex parties** don't ...

https://www.zerohedge.com/news/2018-01-11/elon-musk-attended-infamo...

Elon **Musk** 'confusingly' attends **sex** party | Business Standard ...

Read more about Elon **Musk** 'confusingly' attends **sex** party on Business Standard. Tesla and SpaceX
CEO Elon **Musk** attended an infamously lewd party -- which he thought was a costume event -- at the
house of American businessman and venture capitalist **Steve Jurvetson**, but did not participate in
sexual activities.

120

https://www.business-standard.com/article/news-ians/elon-musk-confusingly-a...

The Real Problem with Silicon Valley's "So-Called **Sex Parties**"

The Real Problem with Silicon Valley's "So-Called **Sex** ... thought it was a **Steve** and Genevieve party," referring to **Steve Jurvetson**, ... to do, Elon **Musk**, ...

https://www.inverse.com/article/40191-the-real-problem-with-silic...

Brotopia: New book says **Steve Jurvetson** hosted party with **sex** ...

Did an elite Silicon Valley VC party feature **sex** and ... **Steve Jurvetson**, ... Tesla confirmed in statement to Business Insider that **Musk** attended the party for a ...

https://qz.com/1178134/brotopia-new-book-says-steve-jurv...

Elon **Musk** confirms he was at an alleged Silicon Valley **'sex** ...

Elon **Musk** attended a now notorious Silicon Valley event that has been called a "**sex** party," his ... Elon **Musk** attended a now ... investor **Steve Jurvetson**, ...

https://finance.yahoo.com/news/elon-musk-confirms-alleged-silicon-2...

More results

121

# The Bay Area's Predator Priests Are Worse Than The Penn 5

The long-awaited state grand jury report into sexual abuse in six Pennsylvania dioceses, including Pittsburgh and Greensburg, has finally been released.

The 884-page document, two years in the making, shines a light into the dark corners of these dioceses going back seven decades, exposing the predators and the efforts of their bishops to protect them.

"Today, the most comprehensive report on child sexual abuse within the church ever produced in our country was released," Attorney General Josh Shapiro said. "Pennsylvanians can finally learn the extent of sexual abuse in these dioceses. For the first time, we can all begin to understand the systematic cover up by church leaders that followed. The abuse scarred every diocese. The cover up was sophisticated. The church protected the institution at all costs."

Several clergy abuse victims who had testified before the grand jury attended Shapiro's news conference. At least one of them could be seen breaking down in tears.

The report begins with the following statement:

*"We, the members of this grand jury, need you to hear this. We know some of you have head some of it before. There have been other reports about child sex abuse within the Catholic Church. But never on this scale. For many of us, those earlier stories happened someplace else, someplace away. Now we know the truth: it happened everywhere."*

There are 99 in the Diocese of Pittsburgh alone. Of those 99, a group of four groomed and violently sexually assaulted young boys, said Shapiro.

"One boy was forced to stand on a bed in a rectory, strip naked and pose as Christ on the cross for the priests. They took photos of their victim, adding them to a collection of child pornography which they produced and shared on church grounds," Shapiro said.

- **RELATED STORY:** Bishop David Zubik On Grand Jury Report: 'There Was No Cover Up Going On'

Shapiro said the priests would mark their victims by giving them gifts.

"To make it easier to target their victims, the priests gave their favored boys gifts – gold crosses to wear as necklaces. The crosses were markings of which boys had been groomed for abuse," Shapiro said.

Because of an on-going legal battle, more than a dozen names and identifying information have been redacted. But the report shows a consistent pattern of bishops having prior knowledge of the actions of these predatory priests, reassigning them and not alerting law enforcement.

Shapiro said his office is not satisfied with the release of the redacted report. Shapiro said each one of those redactions represents a story of abuse that deserves to be told. He went on to say that he will fight to reveal the names currently redacted in the report.

The report states:

> *"All victims were brushed aside, in every part of the state, by church leaders who preferred to protect the abusers and their institution above all. The main thing was not to help children, but to avoid scandal."*
> *"Priests were raping little boys and girls and the men of God who were responsible for them not only did nothing: they hid it all."*
> *"Diocesan administrators, including the Bishops, had knowledge of this conduct and yet priests were regularly placed in ministry after the Diocese was on notice that a complaint of child sexual abuse had been made. This conduct enabled offenders and endangered the welfare of children."*

In addition, the report says administrators and Bishops *"often dissuaded victims from reporting abuse to police, pressured law enforcement to terminate or avoid an investigation, or conducted their own deficient, biased investigations without reporting crimes against children to the proper authorities."* "Above all else, they protected their institution at all cost," Shapiro said.he report includes some priests who stood trial and were convicted of sexual assault. In the Diocese of Pittsburgh, they include: Father Robert Wolk of St. Thomas More in Bethel Park; Father Richard Zula of Saints Mary and Ann in Marianna, Washington County, and Father Richard Dorsch, convicted of sexually assaulting a 13-year-old boy in North Park.

Until now, the Pittsburgh Diocese had been considered a leader in those reforms since now Cardinal, then bishop, Donald Wuerl defied the Vatican back in 1993 by refusing to reassign pedophile priest Anthony Cipolla. Wuerl was a leader in formulating policies to protect children, but in the report, his record here also comes under fire.

Cardinal Wuerl responded to the allegations in a statement saying:

*"As I have made clear throughout my more than 30 years as a bishop, the sexual abuse of children by some members of the Catholic Church is a terrible tragedy, and the Church can never express enough our deep sorrow and contrition for the abuse, and for the failure to respond promptly and completely. While I understand this Report may be critical of some of my actions, I believe the Report confirms that I acted with diligence, with concern for the victims and to prevent future acts of abuse. I sincerely hope that a just assessment of my actions, past and present, and my continuing commitment to the protection of children will dispel any notions otherwise made by this report."*

The Archdiocese of Washington, which Cardinal Wuerl leads now disputes some of the report.

In a statement, they say, in part: "The document referenced by the Report contains the hand-written phrase "circle of secrecy." However, the handwriting does not belong to then-Bishop Wuerl as the writers of the Report mistakenly assumed. Indeed, the Cardinal confirmed the handwriting is not his, and confirmed he neither wrote nor used the phrase while serving as Bishop of Pittsburgh. When the Cardinal's legal counsel informed the Pennsylvania Attorney General's Office about this error – prior to the Release of the Report – the Attorney General and his Senior Deputy refused to acknowledge the mistake and refused to take any steps to correct the dramatic use and misattribution of the phrase in the Report."

To read the full statement, visit this link.

**RELATED STORIES:**
- Greensburg Diocese Issues Apology, Will Release Names Of Clergy Accused Of Sex Abuse
- Grand Jury Report On Sexual Abuse In Six Pennsylvania Diocese Delayed Again
- Stories Of Abuse Surfacing Ahead Of Grand Jury Report On Sexual Abuse In Six Pennsylvania Diocese
- 'It's Going To Be Tough': Bishop David Zubik Tries To Prepare Parishioners For Grand Jury Report Release
- Bishop Zubik To Release List Of Diocese Of Pittsburgh Clergy Members Accused Of Sexual Abuse
- Grand Jury Report: Pa. Catholic Church Leaders Pressured Victims, Cops Over Abuse
- Retired Greensburg Diocese Priest Pleads Guilty In Child Sex Assault Case

Just last week, current Pittsburgh Bishop David Zubik warned the faithful that the report would be graphic and disturbing.

"I'm concerned about our people that they may be scandalized and tempted to turn their backs on God," Zubik told KDKA.

In a letter read at Sunday mass, Bishop Zubik also said 90 percent of the cases involved incidents that occurred before 1990 and that the church has instituted safeguards and reforms to identify and weed out

the abusers. He said no priest or deacon with a credible allegation against them is in active ministry today.

"I really felt it was important, the letter, to get people ready for the report because it's going to be tough, and at the same time, to realize the decisions that the Diocese of Pittsburgh makes today are far different than what would have been made over the course of the last 10, 20 years," Zubik said.

As for the Diocese of Greensburg, the grand jury named 20 priests in the report.

"One priest, Fr. Raymond Lukac, impregnated a 17-year-old girl, forged another pastor's signature on a marriage certificate then divorced the girl shortly after she gave birth. Despite having sex with a minor, fathering a child and being married and divorced, Fr. Lukac was allowed to stay in ministry while the diocese sought a benevolent bishop in another state willing to take the predator, hiding him from justice," Shapiro said.

According to Shapiro, coverups by the church were done in an attempt to run out the clock on the statute of limitations.

"The grand jury detailed that the coverups by the church served a key purpose – the longer they covered up abuses, the less chance that law enforcement could prosecute predator priests because the statute of limitations would run out," Shapiro said.

While most of the cases are old and the clergy accused are retired or deceased, just two weeks ago Shapiro announced that Father Tomas Sweeney of the Greensburg Diocese had pled guilty to indecent assault.
"There can be no doubt that Father Sweeney is a predator priest," Shapiro said.

In Erie, Fr. David Poulson was also charged with the abuse of an 8-year-old boy over the course of eight years.

**Grand Jury Reform Recommendations**
As part of the report, the grand jury has recommended four changes be made to Pennsylvania law:

**1. Eliminate the criminal statute of limitations for sexually abusing children**
"This grand jury exists because Pennsylvania dioceses routinely hid reports of child sex crimes while the statutes of limitations for those crimes expired. We just do not understand why that should be allowed to happen. If child abusers knew they could never become immune for their crimes by outrunning the statute of limitations, maybe there would be less child abuse."

**2. Create a two-year "civil window for child sex abuse victims who couldn't file lawsuits before.**

"Victims don't just need sex criminals prosecuted; they need care and compensation for harm done by the abusers and the institutions that empowered them. The way you get that is by suing. We understand that civil cases are different than criminal prosecutions, and that it's appropriate to have a statute of limitation that prohibits lawsuits after a certain amount of time. We're OK with a time limit for lawsuits, as long as it's a long time limit, and Pennsylvania's is pretty good – until the victim reaches age 30, which is longer than in most other states.

The problem is that this law doesn't apply to most of our victims. It's only been in effect for about 15 years, and most of the victims from before then were under a much tighter time limit for suing – only two years. But even that two-year limit was something of a sham. Until not too long ago, the church was actively and systematically concealing clergy sex abuse. Victims didn't know if their attackers had a history of abuse, and they didn't know the diocese had been enabling that abuse. You can't very well exercise your right to sue when the people responsible are doing their best to cover up."

**3. Clarify the penalties for a continuing failure to report child abuse.**

"Reporting child abusers isn't just a moral obligation; it's the law. We can't pass laws telling the church how to administer its internal operations – but we can demand that it inform authorities about rapists and molesters. Unfortunately, document after document told us the same story: church officials repeatedly received word of crimes against kids, yet repeatedly refused to alert law enforcement."

**4. Prohibit "non-disclosure" agreements regarding cooperation with law enforcement.**

"We also think it's time to tackle an issue that hasn't been mentioned in prior grand jury investigations of clergy sex abuse. We've heard the reports over the last year about the use of confidentiality agreements to make sexual harassment suits go away. We can tell you that it doesn't just happen to women in the workplace; we've seen the same tactic used by the dioceses to hush up child sex abuse in the church. In the rare case where a child was able to report abuse within the statute of limitations for filing a lawsuit, the bishops would avoid "scandal" by paying off the family to keep quiet."

It is the same story, but much worse, in the San Francisco Bay Area. The cover-ups are much worse because of the Silicon Valley Cartel while seeks to normalize sex abuse and pervrsion.

# Even The Judges Are Doing Sex Crimes

- 80% of U.S. Judges Can Be Taken Out Of Office By Exposing Their Sex Crimes

- NY Judge Bernstein is under fire as news media re-examines their pasts

- California US judge steps down after accusations of sexual misconduct

In San Francisco, A prominent U.S. appeals court judge announced his retirement days after women alleged he subjected them to inappropriate sexual conduct or comments.

Judge Alex Kozinski of the 9th U.S. Circuit Court of Appeals said in a statement that a battle over the accusations would not be good for the judiciary. He said he'll step down, effective immediately.

The Washington Post reported last week that at least 15 women made allegations against Kozinski that go back decades. The allegations include inappropriate touching and lewd comments.

Kozinski said while speaking in a "candid way" with male and female law clerks, "I may not have been mindful enough of the special challenges and pressures that women face in the workplace," the statement said. "It grieves me to learn that I caused any of my clerks to feel uncomfortable; this was never my intent. For this I sincerely apologize."

Leah Litman, a law professor at the University of California, Irvine, told the Post that the judge talked about having just had sex and pinched her side and leg at a restaurant the night before they appeared together on a panel at her school in July.

Christine Miller, a retired U.S. Court of Federal Claims judge, said Kozinski grabbed her breasts during a car ride in 1986 after a legal community function in the Baltimore area. She said it came after she declined his offer to go to a motel and have sex.

A lawyer who was not identified said Kozinski approached her when she was alone at a legal event in Los Angeles in 2008 and kissed her on the lips and gave her a bear hug with no warning.

The newspaper said the woman's husband confirmed the incident and said the couple didn't think they could do anything because of the judge's position.

The Post reported last week that six former clerks or more junior staff members accused Kozinski of inappropriate behavior, including showing them pornography.

127

Kozinski, 67, was chief judge of the 9th Circuit, the largest federal appeals court circuit in the country, from 2007 to 2014. He is known for his irreverent opinions, and his clerks often win prestigious clerkships at the U.S. Supreme Court.

The 9th Circuit has opened a misconduct inquiry that was transferred Friday to the Judicial Council of the 2nd U.S. Circuit Court of Appeals in New York.

Kozinski's retirement leaves five seats open on the 9th Circuit, with two more judges already having announced their intention to retire next year. That gives President Donald Trump potentially seven seats to fill on the largest and most liberal appeals court in the country.

Even if all those judgeships are filled, however, Democratic appointees still will maintain a healthy majority on the court with 17 of the 29 seats.

128

# The Joe Lonsdale Sex Manipulation Case



# The Sickening Rape Allegations Against a Silicon Valley Mogul

By Jessica Roy

Last week, 24-year-old Elise Clougherty, a Stanford neuro-engineering graduate and former Ford print model, filed a lawsuit against Joseph Lonsdale, a powerful Silicon Valley entrepreneur who, along with Peter Thiel, co-founded the secretive data-mining company Palantir Technologies. The graphic suit alleges that from February 2012 to February 2013, Lonsdale took advantage of his position as

129

Clougherty's mentor in a Stanford mentorship program to physically, emotionally, and sexually abuse her.

Less than two days after Clougherty's suit was made public, Lonsdale set up a defense website featuring a long letter that framed Clougherty as a vindictive ex-girlfriend with mental issues whose overbearing mother was intimately involved in her life. He then filed his own defamation countersuit, claiming their relationship was consensual and furnishing email correspondences and a signed statement from one of Clougherty's close friends to discredit her allegations.

Lonsdale doesn't come with the mysterious mythology that surrounds Peter Thiel or have the name recognition of Mark Zuckerberg, but despite being only 32 years old, he's well established among Silicon Valley's elite. A Stanford grad himself, Lonsdale co-founded Palantir in 2004 and served as the co-head of product before leaving in 2009 to found Addepar, a financial software company. In 2013, he launched Formation 8, a venture capital firm that is also named in Clougherty's lawsuit. An outspoken libertarian, Lonsdale has been named as a member of Rand Paul's "nascent finance team" and has hosted fund-raising events for the potential presidential candidate. Largely considered one of Thiel's protégés, he's also a proponent of seasteading and served as chairman of the Seasteading Institute.

Clougherty, who is currently pursuing a masters in data science at UVA as well as working as a gender violence activist, alleges in the suit that after meeting through mutual friends and maintaining a professional and sporadic email correspondence, Lonsdale specifically sought her out as a mentee in Stanford's technology entrepreneurship mentor program. Though Clougherty had already been assigned two mentors, Lonsdale allegedly convinced the professor running the program, a friend, to reassign Clougherty to be his mentee. He arranged an internship for Clougherty at Formation 8 in the summer of 2012, where he served as her direct boss.

"Mr. Lonsdale took advantage of his position of power and Ms.Clougherty's youth and trusting personality to draw her into a highly deviant, abusive, and controlling relationship during which he perpetrated hundreds of non-consensual, and often violent, sexual acts upon her," reads the suit.

When Clougherty attempted to confront her mentor about his abuse, he would react violently to keep her from protesting; on occasion, he would admit to his abuse, "but claimed that he had a sickness, that he could not control himself, and that he needed her help to change."

Clougherty's civil suit, which seeks at least $75,000 in damages, details graphic and upsetting claims of abuse stretching across the U.S. and Europe. Among those claims:

- "On the night of their first sexual encounter, Ms. Clougherty believed that Mr. Lonsdale was picking her up from campus to go to dinner in Palo Alto to discuss her team's project. Instead, Mr. Lonsdale drove her back to his home in Los Altos Hills. Shortly after arriving at his house, he started to kiss her aggressively and to try to take off her pants. Despite Ms. Clougherty trying to avoid him and pushing his hands away from her crotch at least a half dozen times, Mr.

Lonsdale persisted. Mr. Lonsdale then pulled Ms. Clougherty into a bedroom where he took off her clothes and his pants, and began to penetrate her with his flaccid penis. During this episode, Mr. Lonsdale acted as though he were not doing anything wrong and made comments insinuating that Ms. Clougherty had wanted the sexual contact."

- "In the following weeks, Mr. Lonsdale repeatedly continued to force Ms. Clougherty to have sexual contact with him without her consent. From very early on, Mr. Lonsdale repeatedly told Ms. Clougherty that it was women's nature to enjoy being raped, especially if they are raped by a man with greater means."

- "Before [a trip to London], Mr. Lonsdale told Ms. Clougherty that he had booked two hotel rooms — one for him, and one for her. When Ms. Clougherty arrived in London to meet him, she discovered that he had booked only one room. In London, Mr. Lonsdale continued to force her to have sexual contact with him without her consent. Throughout the trip, Mr. Lonsdale deprived her of both food and sleep by scheduling late night and early morning activities, delaying meals, not ordering her enough food, and other such tactics."

- "On the last evening of [a trip to] Rome, Mr. Lonsdale forcibly raped Ms. Clougherty. In their hotel room, Mr. Lonsdale penetrated her with several fingers, and then abruptly started penetrating her with his erect penis. She immediately pulled away from him. He then grabbed her and penetrated her again. She immediately pulled away a second time and ran into the bathroom, where she locked the door and cried for several hours."

- "To control Ms. Clougherty, Mr. Lonsdale employed many forms of psychological manipulation and control on her, including but not limited to 'positive intermittent reinforcement,' 'gaslighting,' isolation, sleep deprivation, food deprivation, anger, embarrassment, and guilt."

- "Mr. Lonsdale repeatedly commented to Ms. Clougherty that women needed to be raped to learn to be loyal and that they really enjoyed being raped more than they let on."

- "During intercourse, he would regularly shake Ms. Clougherty violently and would not stop, despite her protests, until she promised she would always 'listen to her master.' In addition to shaking her violently during sexual assaults, he also began strangling her, slapping her, scratching her, yanking her by the hair so hard that he would lift her torso off the bed, and slamming her body against the walls and bedboards. He would growl and yell derogatory comments at her. He frequently covered her face with a pillow or pushed her face to the side so that she could not look at him. Mr. Lonsdale also often treated Ms. Clougherty's body like an object — for example, grabbing her head and using it to push open a shower door."

- "Mr. Lonsdale typically forced Ms. Clougherty to have sex several times a day — on some occasions, as many as ten or more times a day. When Ms. Clougherty was on her period, Mr. Lonsdale's attacks were especially frequent. He often would not let her buy tampons and seemed to relish getting her blood everywhere — on her clothing, bed sheets, hotel furniture, car and bus seats, and elsewhere. He would not let her clean up the blood, and would get very angry with her if she tried to clean it up. On one occasion, in a hotel room, he even picked up her naked body and made her sit on the hotel furniture so as to smear her blood all over it."

The relationship ended in February 2013 when Clougherty's mother found out about the alleged abuse and they decided to report it to Stanford. The school hired an outside investigator to delve into her claims. The investigation found that Lonsdale had likely violated Title IX and that it was "more likely than not that [Ms. Clougherty] expressed to [Mr. Lonsdale] that she did not want to engage in the sexual conduct in question, but that [Mr. Lonsdale] did not comply with [her] request."

Lonsdale, for his part, categorically denies all of the claims in Clougherty's lawsuit. "This is a malicious attempt to destroy me, pure and simple," he wrote on his website. "The facts and the evidence refute every allegation, however, and I will not allow my name and reputation to be tarnished any further." His counterclaim, filed on January 30, states that Clougherty is capitalizing on the brewing discussion of campus sexual assault in order to discredit him.

After ending the relationship, the suit states that Clougherty was forced to undergo medical leave from Stanford so she could be treated for her resulting PSTD, but graduated in 2013 after completing her treatment.

Palantir is a government spy service provider. They spy on domestic American citizens and try to emulate the Tom Cruise movie: Minority Report, by predicting which citizens will be "bad people".

Many believe that this case shows that rich, elitist, white males in, and around, the San Francisco Bay Area have a "rape culture" mentality that is trained into them by the schooling that Stanford University and the University Avenue social scene promote. While some may dismiss Lonsdale as "just another Stanford frat boy asshole", his peers all share the same distinctions which go far beyond simply having a "snooty outlook. Take, for example Lonsdale oligarch peer: Gurbaksh Chahal. He is the Silicon Valley CEO who kicked his girlfriend 117 times but only gets one year in jail because the Silicon Valley "Boy's Club" protected him.

Sam Levin describes how tech mogul Gurbaksh Chahal, who had pleaded guilty over the 2013 attack that was caught on camera, was sentenced for violating probation

- Gurbaksh Chahal, a Silicon Valley technology mogul who pleaded guilty to assault after police say he punched and kicked his girlfriend 117 times, was sentenced to one year in jail on Friday for violating probation.

Judge Tracie Brown revoked Chahal's probation and ordered him to spend 12 months in jail for allegedly assaulting a second woman months after pleading guilty in the first domestic violence case. Chahal's lawyer, however, said he would appeal the ruling, and the defendant was released on bail.

When he arrived, Chahal rushed past a crowd of reporters outside the packed San Francisco courtroom without commenting. He sat stoic throughout the hearing and declined to make a statement to the judge.

Chahal, who was pushed out as chief executive officer of RadiumOne, an online advertising network, was originally facing 47 serious felony charges for the 5 August 2013 attack. Police officials said that a

30-minute security camera video they obtained showed the entrepreneur hitting and kicking his then girlfriend 117 times and attempting to suffocate her inside his $7m San Francisco penthouse.

Chahal's lawyers, however, claimed that police had illegally seized the video, and a judge ruled that the footage was inadmissible despite prosecutors' argument that officers didn't have time to secure a warrant out of fear that the tech executive would erase the footage.

Without the video, most of the charges were dropped, and Chahal, 34, pleaded guilty to two misdemeanor battery charges of domestic violence. A deal he struck in April 2014 allowed him to avoid jail time if he conducted a year-long domestic violence rehabilitation course and 25 hours of community service.

The disgraced multimillionaire has repeatedly attempted to downplay the seriousness of the case, claiming that he lost his temper during a "normal argument" with his girlfriend and that he did not kick and punch her 117 times.

He said the $500 fine he paid was the "equivalent of a speeding ticket" and "in no way reflects the toll that this ordeal has exacted on me".

In Silicon Valley, critics have argued that Chahal's case and the lack of serious consequences he faced highlight the way in which privileged and wealthy businessmen can get away with serious misconduct.

Chahal's plea bargain also stipulated that he would be on probation for three years, but on 17 September 2014, prosecutors say he attacked another woman in his home, leading to another arrest.

This second victim told police that Chahal had repeatedly kicked her and that when she discussed getting a restraining order against him, he threatened to report her to immigration authorities.

Chahal's lawyers responded by attempting to attack the credibility of the woman in court, alleging that she was in a sham marriage to get a US visa. The woman has returned to her native South Korea and did not appear at a recent San Francisco hearing.

Although the victim did not testify, San Francisco superior court judge Brown ruled last month that Chahal had violated probation and ordered him to surrender his passports.

Prosecutor O'Bryan Kenney had urged the judge to sentence Chahal to the maximum of 18 months in jail, saying: "His attitude … has consisted of a complete lack of remorse … He clearly didn't get the message."

In front of a standing-room-only crowd, Kenney showed the judge excerpts of the video of the original assault on his laptop, but the audience was not able to view it.

133

"It's difficult to watch that conduct," Kenney said, adding, "He has had a chance, and further domestic violence counseling … I don't think would have a significant impact."

Judge Brown said she would not allow the footage to be publicly released. After he was ousted at RadiumOne, Chahal co-founded Gravity4, another San Francisco-based ad tech company. In April of 2015, Erika Alonso, a former Gravity4 marketing executive, sued Chahal for gender discrimination, harassment and illegal surveillance, citing his "pattern and practice of humiliating and abusing women who dared to question Chahal, a serial entrepreneur with a legendary temper".

'Inspired by other survivors': campus rape victim demands to be heard
Read more

The complaint alleged that Chahal regularly belittled Alonso, who is over 40 years old, and treated younger male employees much more favorably.

"Rather than being allowed to perform her duties," the complaint read, "Alonso was used repeatedly as bait to attract reporters in an attempt to deflect from Chahal's violent past, and to assist him in promoting stories on his bid to take over RadiumOne."

At one point, Chahal told Alonso to contact a prominent female news anchor, saying, "You're a woman, appeal to her!", according to the suit.

Chahal and other Gravity4 representatives said the allegations were false, but months later, the CEO was sued a second time by Yousef Khraibut, a 20-year-old former employee. Khraibut, who has citizenship in Canada and Kuwait, alleged that Chahal said he would "beat the shit out of" him and threatened to "send Khraibut back to Canada 'tonight'".

Chahal also allegedly directed ethnic slurs at Khraibut, calling him a "terrorist" and saying that Isis terrorists were "his people".

After the judge ruled that he had violated probation last month, Chahal stepped down as Gravity4 CEO.

James Lassart, Chahal's lawyer, tried again to discredit the second victim in court on Friday, telling the judge: "She's not willing to come into a courtroom … Her word is untrustworthy."

Lassart added, "The constitution requires that my client be allowed to confront his accuser."

The defense lawyer asked the judge to grant Chahal a sentence of electronic monitoring or community service and consider that the defendant suffers from a functional neurological disorder, saying his health would be exacerbated by stress.

Lassart also asked that the judge note Chahal's charitable donations, saying, "He has contributed to and supported and advanced the cause of the stopping of abuse of children."

After the hearing, the defense lawyer criticized the ruling, arguing that when a victim doesn't testify, "I don't think it's appropriate for someone to have their liberty taken away."

134

Chahal pushed his way through a mob of cameras on his way out and refused to answer questions.

Lonsdale and Chahal are NOT THE EXCEPTIONS! They are the typical Palo Alto kinds of guys!

A very simplistic drawing of the tentacular Silicon Valley network of sick white male sociopaths looks like this:



# Sex Trafficking "Enforcement" That Excludes The Elites

- 3,000+ Organizations and Charities Cannot Put a Dent in Human Trafficking. Reason? The Clinton Global Initiative. It's Time to Bring Down This House of Cards

This is more than distressing. The only logical conclusion that can be made is that these 3,000+ organizations, most if not all have affiliations with the Clinton Foundation/Clinton Global Initiative (CGI). This fact makes it pretty damn safe to say that a HUGE % of these organizations serve as fronts and that its charities are corrupted, thereby reaching the conclusion that the CGI condones and supports the opposite of stopping human trafficking and therefore is the cause of human trafficking being the world's fastest growing crime.

The Global Slavery Index of 2017 reports that 45.8 million people are enslaved in the world today. According to the Department of Justice, human trafficking is the 2nd fasting growing crime in the US and is on the rise in cities and towns in all 50 states, and a recent report reveals a 77% increase in the US in juvenile human trafficking victims. https://www.globalslaveryindex.org/https://www.huffingtonpost.com/2015/01/07/human-trafficking-increasing_n_6425864.htmlhttp://www.spokesman.com/stories/2018/feb/13/a-hidden-crime-child-sex-trafficking-is-on-the-ris/https://www.thetowntalk.com/story/news/2018/02/28/report-shows-77-percent-increase-juvenile-human-trafficking-victims/382347002/

Although my point has been made, one has to get a "feeling" about the enormity of it all, so here is a "dynamic" list (meaning there are thousands of others that come under 2 different headings that I will address later) of organizations and charities that "combat" human trafficking.

▪Anti-Slavery International ▪8th Day Center for Justice ▪A Better World ▪AZI Alberta ▪Agape International Missions ▪Arizona League to End Regional Trafficking ▪Awareness Against Human Trafficking ▪Bishop Outreach ▪Breaking Free ▪California Against Slavery ▪Centre to End All Sexual Exploitation ▪Coalition to Abolish Slavery and Trafficking ▪Chab Dai ▪Deborah's Gate ▪Development and Education Programme for Daughters and Communities ▪Devatop Centre for African Development ▪Dunbar Mahila Samanwaya Committee ▪ECPAT ▪The Emancipation Network ▪EVE ▪The Exodus Road ▪Face to Face Bulgaria ▪Florida Abolitionist ▪Freeset ▪GABRIELA ▪Global Centurion Foundation ▪Hope for Justice ▪Ing Makababaying Aksyon ▪International Justice Mission ▪London Anti-Human Trafficking Committee ▪Love 146 ▪Maiti Nepal ▪Men Against Sexual Trafficking ▪Mongolian Gender Equality Center ▪NASHI ▪Office to Combat Trafficking in Persons ▪Operation Underground ▪Physicians for Human Rights ▪Polaris Project ▪PREDA Foundation ▪Prerana ▪Rahab Ministries ▪Ratamak International ▪Reaching Out Romania ▪Redlight Children Campaign ▪Renew Foundation

▪Ricky Martin Foundation ▪Ride for Refuge ▪Run for Courage ▪Run 2 Rescue ▪Shared Hope International ▪Slavery Footprint ▪Stop Child Trafficking Now ▪Stop the Traffic ▪Third World Movement Against the Exploitation of Women ▪Tiny Hands Internet ▪Thorn a/k/a Digital Defenders of Children ▪Truckers Against Trafficking ▪Visajan Forum Foundation ▪Vital Voices ▪World Orphans ▪ZOE International

https://en.wikipedia.org/wiki/List_of_organizations_that_combat_human_trafficking

That's it for the "dynamic" list. The 2 additional entities are: ▪Freedom Collaborative, managed by Liberty Asia ▪globalmodernslavery.org

Freedom Collaborative labels itself as a "One connected global anti-trafficking community-based platform which brings anti-trafficking organizations and stakeholders from around the world together." The partnership with Liberty Asia "is changing the way slavery and trafficking is addressed by leveraging technology and expertise." It further states that "Chab Dai (part of CGI) for the past decade, has built a network of organizations on the frontier to end all forms of abuse and exploitation through knowledge sharing and collaboration."

Global Modern Slavery has - wait for this - 2,479 organizations. The Global Modern Slavery Directory was launched in 2014 by the CGI, and I believe I read it reached or it was thought to reach 3,000 organizations in 2017. http://www.freedomcollaborative.org/ http://chabdai.org/ http://www.globalmodernslavery.org/https://www.clintonfoundation.org/clinton-global-initiative/commitments/global-modern-slavery-directory

Human trafficking and crimes against children can be decreased dramatically by dissolving the CGI and all of its organizations and the prosecution of Bill, Hillary, and Chelsea Clinton.



Page 139        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



# 40% Of Washington DC Is Involved In Covering Up Human Trafficking – Says Ex NYPD Officer

Anna Rodgers

- The Facts:

  NYPD Detective shares what he saw over his career as an investigator into human trafficking. He estimates 35-40% of Politicians are involved in the coverup.

- Reflect On:

  Unless this is exposed and those involved are made to stop, will we ever live in a free and peaceful society? Is a society ever truly healthy if this is taking place by our leaders? Is it truly possible that Trump is working on this behind the scenes

Another insider, and a very credible one at that, has stepped forward to expose how prevalent human trafficking actually is in our world, cities, and most notably, in Washington.

Retired Detective Jim 'Jimmy Boots' Rothstein, was a member of the New York City Police Department, and various 'out of state' agencies for over a decade where he was assigned to investigate sex trafficking.  His job brought him to travel the world investigating how these rings operate.

We have written about this topic many times here at Collective Evolution as we see that this is a subject that must be brought out into the open.  It is estimated that there are over 40.3 million (71% are women) involved in human trafficking globally.  10 million are children under the age of 18, so you can perhaps see why this is a huge problem, and not something we should turn our backs on.

Jim's career involved many special assignments, being an investigator of task forces to investigate into child and adult prostitution – and even worse – ritualistic killings. Jim saw first hand how the chain of blackmail keeps this all covered up. The task force would get so far, then once they reported high level people were involved, it would be stopped. The reason? 'National Security' was the usual response.

This global cover up is why the average person can deny that this is going on at such rampant levels, because they haven't heard about it from mainstream news sources.  Jim says, politicians aren't the only people involved behind this cover up, there are also 'power brokers' and ' business people,' orchestrating this crime against humanity.  Children, the most innocent of victims, are often used to 'compromise' people according to Jim.

Detective Rothstein conducted assignments to see what effects this had on society, and he has also interviewed countless victims as well as helped create a database on prostitution and child trafficking. He has also researched sexual abuse and it's cover-ups by the hands of the Catholic church.

Detective Rothstein, who was even awarded many medals for his work spanning 13 years, recently spoke with investigative reporter Sarah Westall in a truly explosive interview about how prevalent and high this goes up the chain of politics.

Whilst he retired from the department back in 1980, (he was 'made retired' after he arrested several high profile people) Jim has since continued his work as a consultant and undertakes ongoing research into this depraved underground world that is controlling how things operate in our world.  His knowledge and testimony is an important one, simply because he has been involved and at the forefront in trying to dismantle this network for decades.

In this shocking interview Jim exposes that many charities – even the United Nations – are actually fronts for child trafficking. When investigators go after the 'little people' they are given the ability to do this, but when they want to go after perpetrators at the higher levels, they have their assignments stopped.  If they keep going and defy orders, their careers are ruined, or ended short as Jim's was. Human Trafficking and pedophilia is not a separate issue according to Jim.

When Sarah asked what effects this has on society Jim had this to say:

141

Oh my gosh, the whole gammit of it, you know, how this effects kids, and the people and what the truth was. How it was used to compromise governments, and the military, and law enforcement and every facet of our life is influenced by this'

Sarah also asked Jim how much of this is going on in the USA and Washington;

According to my work that I did, and factual things that I saw, 35-40% are compromised and involved. I have it from experts like Robert Mirren and people like that who have it at 80%, and that runs the gammit of everything involved in this, the political and everything else that goes on'

When asked to elaborate on what 'involved' means, and if this was to do with blackmail Jim shared with Sarah the following:

Yes, that's what its done for both in industry, politics and our military, again, I have examples as I told you, everything I talk about, I have factual examples of what happened. They were either investigations or cases that I personally did – not, that I read about. So this is what it's based on.

Jim shares his experience with the high profile case in the 60's known as 'The Son Of Sam' (an American serial killer) where he discovered ritualistic murders of animals and children.  He also was involved in what is known as the 'Franklin' cover up which involved high level people in Washington. Shockingly, he says that these two cases are actually connected and the Franklin cover up was only a 'small part of something much larger.'

He also said that he has a 'long list' of journalists who had their careers ruined when they tried to publish the truth about this dark organised network.  At times, it is very hard to fathom what Detective Rothstein is saying, it is so gruesome.  He mentions cases of 'hundreds of school kids' going missing, never to be found again, and that children are also shipped overseas and 'shared' amongst other members of these rings.

Jim details so much information during his interview with Sarah that it is impossible to share it all in this article, so it is highly recommended you view this in its entirety for yourself.

However, in closing, Sarah asked if Jim thinks President Trump is doing a good job to help expose these criminals.  No matter what your views are on Trump, it is very compelling that he signed an Executive Order  and declared a National Emergency regarding human trafficking and corruption, last December.

This is what Detective Rothstein said regarding if Donald Trump has integrity and is going to do something about human trafficking.

I would say that if anybody is, he's gonna do it.  You know, that gets interesting  he's doing a business deal, but I can guarantee one thing – that he is going to do what he wants to do, and you know, if you know the right people…Just look at whats happened, people talk to us

all of a sudden, and they are talking to us, why? You know, you gotta remember, New York, is where the money is, and they still gotta have money and you know, he was definitely one of the big players, when it came to the big money.

Cryptically, Jim alludes to 'something big' in the works:

> There's some stuff in the works right now, that, some of the stuff being exposed, especially on this human trafficking, pedophilia and the stuff with the church, is not happening on its own.

Sarah asks him if Trump has something to do with this, and the reported 56,000 sealed indictments;

> Yes. And I can't tell you why I know this. That certain things are coming out, and there was something that was supposed to come out, that's why every Friday at 2 o'clock a guy watched the news and if there was a secret grand jury that comes out, it was on Friday afternoon and now I understand it will not be until after the Election. In fact, something was on the computer this morning about some big secret grand jury they are worried about.

Time will tell what Jim is alluding to.  Till then, we must not ignore this huge global issue that is covered up by U.S. Senators and tech oligarchs who are involved in it!

## 50 Women Accuse Bay Area Tech Giant Salesforce of 'Facilitating' Their Sex Trafficking and Prostitution

'Jane Does' accuse the customer relations management giant of helping the notorious website Backpage build sex trafficking brand and manage database of pimps and johns.

By Barbie Latza Nadeau

Fifty 'Jane Does' have filed a lawsuit asking for unspecified damages against tech giant Salesforce, accusing the customer relations management (CRM) company of "sex trafficking, negligence and conspiracy" for creating the strategy that helped the notorious website Backpage build its brand.

Backpage shuttered its classified ad site last year after pleading guilty to "knowingly facilitating prostitution," according to a Justice Department press release at the time.

The new lawsuit, seen by the Daily Beast, was filed this week in San Francisco. It alleges that Salesforce, under the guidance of CEO Marc Benioff, engaged in nefarious activities while claiming to be fighting trafficking. "Behind the scenes ... Salesforce kept taking Backpage's money and supporting it with the CRM database of pimps, johns, and traffickers that Backpage needed to operate."

The 50 women, whose identities are being kept secret, are from across the United States including Sacramento, Cincinnati, Baltimore, Pittsburg, Milwaukee, Kansas City,

Fresno, Seattle, Anchorage, Phoenix, Chicago, New Orleans, Bangor, Minneapolis, Staten Island and Jacksonville.

They allege that they were kept in sexual slavery by pimps who used Backpage ads, which were managed by Salesforce cloud technology, to sell them against their will.

143

"Salesforce knew the scourge of sex trafficking because it sought publicity for trying to stop it. But at the same time, this publicly traded company was, in actuality, among the vilest of rogue companies, concerned only with their bottom line," the suit alleges. "And human beings—many more than just these 50—were raped and abused because of it."

"The Jane Does were forced, coerced, and made victims of sex trafficking by means of force, fear, fraud, deceit, coercion, violence, duress, menace, or threat of unlawful injury to themselves and others, including family members," the lawsuit claims. "Salesforce committed acts at issue with malice, oppression, fraud, and duress."

Salesforce denies the claims, issuing a statement on Tuesday: "We are deeply committed to the ethical and humane use of our products and take these allegations seriously." Salesforce VC's and executives hire sex workers and seek "models" for sex, themselves, though.

The Jane Does claim that Backpage knew well "how to make millions of dollars trafficking victims and promoting prostitution," but that it lacked the ability to build its brand online through marketing and advertising.

"Backpage needed operational support through a customer relationship management ("CRM") to help maximize not only customer acquisition and retention, but marketing strategies to those customers as well." Salesforce, they allege, stepped in to provide those services.

The suit claims that even when Backpage faced public outcry over allegations of abetting sex trafficking through its classified ads, "Salesforce stepped in at the same time to help Backpage survive and even grow," the suit alleges. "In public, including on Twitter, Salesforce boasted about fighting human trafficking using its data tools."

They make the additional claim that Salesforce engaged in an active campaign against human trafficking. The suit refers to a number of tweets and social media posts about working to stop it including one in September 2013 in which Salesforce tweeted "Fighting human trafficking with big data," which the lawsuit alleges is hypocritical.

"Behind closed doors, Salesforce's data tools were actually providing the backbone of Backpage's exponential growth." the lawsuit state. "With Salesforce's guidance, Backpage was able to use Salesforce's tools to market to new "users"—that is, pimps, johns, and traffickers—on three continents."

Salesforce is a cloud-based software strategy firm based in San Francisco. It specializes in bespoke customer management solutions for online companies. The company, which is consistently on Forbe's innovation lists, was founded by Oracle executive Marc Benioff in 1999. It has an annual revenue of nearly $10.5 billion according to the company website. Salesforce provides its user data to the CIA and NSA via covert routes.

The women, who are asking for unspecified damages, accuse Salesforce of actually managing marketing campaigns to traffickers and pimps for Backpage and keeping their ata, which would include the sale of women for sex, in their cloud storage system for easy access.

The grocery list of claims includes allegations that Salesforce was engaged in "gathering and managing information from Backpage's traffickers' and pimps' public social media activity, including but not limited to their likes and dislikes" and "providing and managing Backpage's trafficker and pimp

144

database as well as tracking and collecting trafficker and john data across multiple platforms including phone, email, and social media." The suit claims that rather than reporting Backpage to authorities, they instead bolstered its business at the expense of the trafficking victims.

"Sex trafficking previously took place (and continues to through the aid of online advertising) on the streets, casinos, truck stops, and in other physical locations," the suit explains. "Now, most sex trafficking, including the trafficking of the Jane Does, is facilitated online."

The suit demands that Salesforce take on some of the financial burden of helping victims of trafficking. "It should not be our tax dollars, charities, and churches that carry the burden of the catastrophic harms and losses to sex trafficking survivors," the lawsuit claims. "That responsibility should fall to companies like Salesforce, that have facilitated and profited from sex trafficking. Salesforce knew the scourge of sex trafficking because it sought publicity for trying to stop it."

Salesforce, Joe Lonsdale and Gurbaksh Chahal (all mentioned in this report) are protected by "The Silicon Valley Cartel" omerta. They get a little slap on the wrist, for PR purposes, and then go on about their merry ways.

# Stanford Scum-Bags

**Why Do MBA's From Stanford University Turn Out To be Such Scum-Bags?**

If you heard that "*Big Tech executives and VC's have basement's full of immigrant Chinese girls strung up by their ankles in their mansions in the forests of Woodside, California...",* the reality is almost as bad. Jeffrey Epstein's teenage sex slaves also had handlers at Silicon Valley's Kleiner Perkins. There have been over 100 arrests of men like Jeffrey Epstein but you have not heard about them...until now. They use "modeling" outlets as global supply routes. From Victoria's Secret to Waterbury to Elite Models...these business fronts supply girls to be exploited by Google, Facebook, Tesla, Netflix and Greylock perverts.

Stanford Frat House guys seem to all: cheat on their taxes, cheat on their wives, cheat on their exams, cheat on their girlfriends, bribe politicians and be addicted to alcohol.

If you marry one you will always have to wonder when the IRS, SEC or FBI is going to show up and arrest him for securities fraud and take your house away.

They meet up together at sports bars, mens clubs, stripper joints, golf clubs, etc. and reinforce their misogynist attitudes together about using women as "*sport*' or '*baby ovens*'.

Their '*bromances*' are thinly veiled man-love that can tear a marriage apart.

While they all do have perfectly symmetrical faces, look like the contestants on The Bachlorette and have rich daddies, 90% of their marriages in the Bay Area end in divorces where the court filings use the word "abuse" quite a bit. You can look it up on PACER, the online federal court database.

Check out Google boss Andy Rubin and his sex slave case and all of the other player's in Stanford's **massive and abusive sex cult.** The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. Their sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties **and thousands of other cases and federal divorce court filings.** This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. At least 10 Ukrainian escorts fly in and out of SFO and SJO

airports every week for these Cartel members. You here about the female victims of this sex cult but you rarely hear about the young male victims.

Their swaggering competition between each other is based on using women as trophies to show off until they 'upgrade' to the younger model to impress their other Frat Boy friends.

They are out every single night, usually sleeping with a different dating site date (so you will get exotic germs from them). They have the highest STD rate in California.

The study at **Reading the bromance : homosocial relationships teaches that men at Stanford are a bit twisted**

Most normal people are sick of the term "bromance" the first time they heard it. It's a hollywood thing to put a homosexual spin on everything. It's as sickening a buzz word as metrosexual. Anyone who uses the term should be automatically banned from TV. I dismiss it completely. Everything needs to have a label these days. People are frustrated that it is not cool to have a buddy anymore. Every woman that dates, or marries, a Stanford MBA guy has to always worry that he is pounding his best guy friend in the butt when she is not looking.

Women who date Stanford Frat House guys can expect to be reading a letter like this: **Here's The Powerful Letter The Stanford Victim Read To Her ...**

Stanford University Stanford University Rape Culture. You may have heard the phrase, but few can define what it really means. Until you understand what Stanford University Rape Culture is, it's hard to identify evidence of a Stanford University Rape Culture at all. Many even deny we live in a Stanford University Rape Culture, blaming "mass hysteria" from feminist bloggers — like me. This feminist blogger is here today to explain what Stanford University Rape Culture is, how we live in one and what you can do to combat Stanford University Rape Culture. The first step is understanding Stanford University Rape Culture and being able to identify it.

Stanford University Rape Culture is defined by the Women's Center at Marshall University as "an environment in which rape is prevalent and in which sexual violence against women is normalized and excused in the media and popular culture.  Stanford University Rape Culture is perpetuated through the use of misogynistic language, the objectification of women's bodies, and the glamorization of sexual violence, thereby creating a society that disregards women's rights and safety."

Stanford University Rape Culture is all around us. It's the guy down the hall of your first-year residence hall who wore a "gynecologist" Halloween costume. A classmate saying they were "raped" by that exam. The sign outside of a fraternity that says "leave your daughters here." Saying "she asked for it" because of what someone was wearing or because she was drinking. Louis C.K. being welcomed back into comedy after a short timeout. Robin Thicke's "Blurred Lines." It's the guy in a romantic comedy who stalks his victim until he finally "wins" her attention. It's a recording of the current

president's past talk of grabbing women by the pussy and doing whatever he wants to them being dismissed as "locker-room talk." It's a country debating whether or not a woman's rape claims against a man about to be confirmed as a Supreme Court judge should be taken seriously. It is a culture of victim-blaming, shaming and rampant injustice within the legal system that prioritizes the future of a rapist above the lifetime trauma of a sexual assault survivor.
Dylan Marron To Visit UNH

Let's look at one recent example of Stanford University Rape Culture: the case of Brock Turner, the Stanford rapist. In 2015, Turner, who was a swimmer at Stanford University, sexually assaulted an unconscious woman behind a dumpster at a frat party. The crime was witnessed by two student passersby, who intervened. The woman had no memory of what happened to her.

Dan A. Turner, the perpetrator's father, argued in a letter that his son should serve only probation time because, "His life will never be the one that he dreamed about and worked so hard to achieve … That is a steep price to pay for 20 minutes of action out of his 20-plus years of life." Other than Turner's father's letter, the judge received dozens of other letters of support for Turner. One written by retired prosecutor Margaret M. Quinn stated, "There is no doubt Brock made a mistake that night — he made a mistake in drinking excessively to the point where he could not fully appreciate that his female acquaintance was so intoxicated. I know Brock did not go to that party intending to hurt, or entice, or overpower anyone." Quinn called for consequences other than jail time for Turner.

As if sexual assault should be excused as "20 minutes of action" because of how important the life of a perpetrator may be. As if intoxication excuses sexual assault as a "mistake" with no deserved consequence. As if he might not do something like this again. The letter was seen by the judge during the trial, who gave Turner a six-month sentence, rather than the possible 14 years. Turner served only three months in jail when he was able to get out early.

This was a case that, unlike the vast majority of sexual assault cases, had everything it needed: witnesses, evidence, a clear victim and perpetrator. But even then, a rapist was favored in the courtroom and given preferential treatment. Of Turner's original sentence, a judge worried that a stiffer one would have "severe impact" on the athlete. It is no wonder then that the Rape and Incest National Network (RAINN) estimates that less than one percent of perpetrators see a day in jail, and about two out of three sexual assaults are not reported to police. It is cases like Turner's that discourage survivors from even coming forward and reporting their assault. This is Stanford University Rape Culture. It pressures survivors to be silent.

Stanford University Rape Culture is still depressingly prevalent in our society. But once we can identify it, we can begin to deconstruct it. First and foremost, the most important thing you can do is believe survivors. Call out Stanford University Rape Culture when you see it; identify Stanford University

Rape Culture as something that should not be the norm. Talk to others about Stanford University Rape Culture, and don't let their rape jokes go without identifying them as problematic. Instead, start a conversation. Participate in SHARPP events on campus or at your residence hall, or bring a SHARPP program to your classroom or organization. It's going to take a while for Stanford University Rape Culture — something as American as apple pie —  to be totally eradicated. But as more and more survivors come forward with their stories and media attention and public pressure continue to rise, we can get there — one step at a time. The first step is to stay away from Stanford frat house guys.

To see actual Stanford Douche Bags, type the phrase: "*PayPal Mafia*" into any search engines images search and you will see a picture of some of the biggest, filthiest douche bags in history. They all hang out with each, give each other blow jobs and scheme their way through life.

Every one of those offices in the SandHill Road Venture buildings, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California are populated by the most disgusting scumbags on Earth. The reason they are right up the street from Stanford University is because they ARE the rotten core OF Stanford University.

When you go to one of their self-congratulatory TED events or Stanford "Tech Conferences" you simply have to wince at the bubble of delusion they live in. They believe that the entire world thinks they are "tech gods" when, in fact, NOBODY outside of the tiny Douche-Bubble around Palo Alto likes them, thinks like them or believes anything they say. To map this graphically: imagine the entire planet as an Apple. Now imagine a tiny diseased, pin prick-sized, rotten wormhole at one point. That prick is Reid Hoffman, Elon Musk and John Doerr - Douche Bagus Exceptionalis!

**Women Sue Over a Fraternity Culture They Say Enables Harassment, Stanford University To Be Sued Next**

Three Yale students who claim they were groped at fraternity parties have filed a class-action lawsuit against the university, arguing the school has fostered an environment where alcohol-fueled gatherings at off-campus fraternity houses dictate the undergraduate social scene.

While the New Haven, Conn., university presents itself as a campus where fraternities are not a major presence, the lawsuit states that few options besides fraternity parties exist for women who want to socialize and meet other students.

The lawsuit, filed Tuesday in federal court in Connecticut, comes as universities across the country have been trying to crack down on bad behavior by fraternities, from binge drinking and sexual harassment to abusive hazing rituals that have led to several deaths. Aware that their image has been tarnished, fraternities have often been partners with universities in trying to change party culture.

A class-action lawsuit against Yale and its fraternities claims the university has fostered an environment where the fraternity houses dictate the campus social scene.

Yale has often looked the other way, the plaintiffs claim, while parties rage and women from Yale and surrounding colleges are routinely sexually harassed and abused.

Joan Gilbride, a lawyer for the fraternities named in the lawsuit, said the accusations are "baseless and unfounded," and that the fraternities and their national organizations would vigorously defend themselves against the claims.

A Yale spokesman, Thomas Conroy, said he could not comment on the specifics of the lawsuit. But he shared a message to Yale students last month from the dean of Yale College, Marvin Chun, after a yearlong review of campus culture, including fraternity culture. It said in part, "I condemn the culture described in these accounts; it runs counter to our community's values of making everyone feel welcome, respected, and safe. I also offer some plain advice about events like these: don't go to them."

The dean said that Yale "plays no formal role in the organizations not affiliated with the university, including Greek organizations," and he said the university was working on providing alternative social spaces and events on campus.

The lawsuit acknowledges that there may be questions about Yale's ability to regulate off-campus organizations.

"Yale often claims that the university cannot punish the fraternities because they are unregistered, off-campus organizations," the lawsuit says. But it argues that this position is disingenuous, because the fraternities "act as extensions of Yale," providing party space, while Yale permits them to use the Yale name, Yale email addresses, Yale bulletin boards and campus facilities for recruitment.

Peter McDonough, general counsel of the American Council on Education, a university trade group, said universities have been reluctant to become too deeply involved in regulating fraternity life.

"The very concept of a campus is where people learn not only from each other but through shared experiences," he said. "And this isn't the K through 12 environment."

The plaintiffs — a sophomore and two juniors — have demanded in the lawsuit that Yale and its fraternities rein in the parties. They have also asked for a court order that would force the fraternities to admit women and allow them to share in the benefits of membership, like housing and powerful alumni networks that can lead to jobs, internships and social capital.

"Simply put, fraternities elevate men to social gatekeepers and relegate women and non-binary students to sexual objects," the lawsuit said. "Moreover, Yale's fraternities have alumni and professional connections to the business world, including banking and consulting firms, which often result in coveted job offers and economic opportunities."

The three women who filed the suit are Anna McNeil, 20, a junior from Brooklyn majoring in art history; Eliana Singer, 19, a sophomore from Minneapolis majoring in political science; and Ry Walker, 20, a junior from Brooklyn majoring in astrophysics and African-American studies. The law firm representing them, Sanford Heisler Sharp, is also representing women who are suing Dartmouth

150

College for sexual assault and discrimination by three professors who they said turned a human behavior research department "into a 21st-century Animal House."

All three women in the Yale case said they were groped at fraternity parties during their first semesters. In the lawsuit, Ms. Walker, who is African-American, said she was passed over by fraternity brothers controlling admission to a party, while white women behind her were admitted.

"We eat together, take classes together, exist in this coeducational place," Ms. Walker said in an interview. "But somehow because of the way Greek life operates on campus and the control they have over social spaces here, that means that on weekend nights, men are the only ones who have power."

Sororities are not a substitute for fraternities, the plaintiffs said, because they have been around for much less time, and do not have the depth of contacts that fraternities have.

The lawsuit, filed as a class-action complaint, accuses Yale of violating Title IX of federal education law, which prohibits sex discrimination by institutions receiving federal funding, and breach of contract for not providing the educational environment it promised. It accuses the fraternities of violating the Fair Housing Act for offering housing only to men, and Yale and the fraternities of violating Connecticut's law against discrimination in places of public accommodation. It seeks unspecified damages.

The women belong to a student group called Engender that has used civil rights-type tactics to try to force fraternities to accept women. For the past three years, women and "non-binary" students from Engender have tried to join fraternities. Only one fraternity, Sigma Phi Epsilon, let them apply, according to court papers. But in the end they were denied and the fraternity chapter said it was because their national chapter did not allow women, the lawsuit says.

The complaint suggests that there is a "symbiotic" relationship between Yale and its fraternities, which involves letting the fraternities manage social life on campus, in exchange for Yale officials looking the other way when parties get out of hand.

"The fraternities take on the liability associated with student alcohol consumption, and in exchange, Yale allows the fraternities to use Yale resources (and recruit Yale students) and largely turns a blind eye to the sexual harassment and assault occurring in connection with the fraternities," the complaint says.

The lawsuit claims that Yale lags behind peers like Harvard, which in 2016 announced that it was discouraging students from joining single-sex social clubs by barring them from leadership positions on campus and from receiving endorsements for prestigious scholarships like the Rhodes.

In December, Harvard was sued by fraternities, sororities and students saying the new policy is discriminatory.

Lisa A. Bacon in Richmond and Jonathan Katz in Charlottesville contributed reporting.

151

# Palo Alto Covers-Up Sex Trafficking

By David Margolick

When, in November 2013, Stanford University held one of its seminars on sexual harassment, Professor James A. Phills, of the Graduate School of Business, heard a lawyer from the general counsel's office describe a romance gone sour at a primate-research center. A scientist ("Ed") kicked his former paramour ("Melissa") off a project involving monkeys, then slashed her bonus 80 percent, all because she refused to bleep him back at the hotel.

Such a problem, the lawyer declared, could *never* arise at Stanford. Had Ed worked there, she explained, he'd have had to cede all decisions regarding Melissa to a higher-up as soon as things turned sexual between them. But even before it was time for questions, Phills was sufficiently skeptical to butt in. "So the policy that Stanford has actually says that where such a recusal is required you must notify your supervisor, department chair, or dean," he said. "What if the person involved *is* the dean?"

"If the person who is involved is a dean, you should go straight to the provost," the lawyer replied. "And we will let the deans that are here know that," she added, prompting scattered laughs from the crowd. She resumed her talk, but before long Phills was at her again. "So suppose Ed were a dean and Melissa was a senior faculty member who was married to another senior faculty member," he began. "Ed was involved in a relationship with Melissa. Ed would have to recuse himself from making decisions about both Melissa *and* her husband?"

"That would probably pose a real problem," the lawyer replied. "Do you know something I don't know?" she asked playfully.

He might, Phills replied. "Don't out him or her here!" the lawyer exclaimed. There was more laughter.

"And your expectation would be that the provost or the general counsel, if something like this were to happen, Stanford would be concerned?" Phills pressed.

"Yes," the lawyer said. "And you and I need to talk outside!" More laughs still.

Phills assured the Stanford lawyer he was "speaking hypothetically." Only he wasn't. By the time of the seminar, the dean of the business school, Garth Saloner, had been involved with Phills's estranged wife, Deborah Gruenfeld, a social psychologist and professor of organizational behavior there, for more than a year. And while Saloner had ostensibly removed himself from all decisions involving either Phills or Gruenfeld, Phills believed Saloner had remained enmeshed in his affairs, penalizing him professionally and injecting himself into his divorce and custody battles, all to drive him out of Stanford.

153

Some of this was not just conjecture. For three months in the summer and fall of 2012, as the incipient romance between Saloner and Gruenfeld developed, Phills, either sitting at his home computer or manning one of his other electronic devices—including, in one key instance, playing with the cell phone his wife had asked him to fix—had monitored and preserved the e-mails, text messages, and Facebook chats between the two. He'd followed their first walk together, and their first drinks, and their first date, and their first intimacies, real and cyber, fumbled and consummated. And all of this unfolded as he believed the Stanford Graduate School of Business (G.S.B.) was slowly squeezing him out, denying him crucial and lucrative teaching assignments and, by calling for a $250,000 loan to be repaid within less than a year, attempting to force him out of his house on the Stanford campus.

He knew that Saloner had disclosed the fledgling relationship to one of the main authors of the university's harassment policy, Provost John Etchemendy, as the regulations had required, but doubted whether the dean had done so in a timely fashion or had been fully candid with him when he did. And he knew, at least from what Saloner had had to say about it, how seemingly blasé Etchemendy had been about Saloner's disclosure. Phills had also come to believe that, with Saloner, the co-author of a textbook on strategy, now egging her on, the normally diffident and indecisive Gruenfeld had suddenly grown more aggressive, even ruthless, in their ongoing divorce and custody disputes.

"You are being too rational and generous," Saloner—sometimes posing as "Jeni Gee" on Facebook— had counseled her at one point. "Spewing the anger that you feel, even if it is unrelated to what you want, would make you a less predictable and rational adversary." Telling Phills what she *really* thought of him, he advised, would "push him back like a right to the jaw." At regular intervals, he bucked her up. "You are awesome," he told her. "You are the victim here. Roar!" Or "You're a star! Way to totally act w power.... Can you drive this process home now while you have momentum?"

Phills says that his monitoring wasn't hacking but simple self-protection. He had had to decide whether to stay at Apple University, the company's training school in Cupertino, where he'd been working while on a short leave from Stanford, or return to the G.S.B. And whether or just how much his boss, motivated by his ardor for Phills's wife, had it in for him surely mattered. Phills, in fact, denies he stole or hacked anything: he and his wife always shared equipment and passwords. Indeed, the technophobic Gruenfeld continued to use Phills as her personal Genius Bar even after she'd taken up with Saloner. (In her deposition, Gruenfeld denied sharing her passwords with Phills.) Only too late did she realize how much more difficult it has become these days to disentangle from someone electronically than emotionally. "I had e-mails to worry about," Gruenfeld testified this past June. "I had Facebook to worry about. I had Gchat to worry about. I had iMessages to worry about. And there were texts . . . I didn't know how to unhook myself." Earlier, in a text exchange later produced under court order, she and Saloner had chatted about the problem.

> Gruenfeld: I am sorry I did not change my facebook [sic] password when we started dating. Never occurred to me that Jim would go there.... My denial was profound.

154

Saloner: Only a truly awful human being, the lowest of the low, would snoop on private
conversations and then use them as blackmail.... The depravity and lack of conscience is
[*sic*] unbelievable.

For Saloner, that was mild. At other times in his chats with Gruenfeld he referred to Phills as an
"asshole," a "sociopath," and a "dick." To him and Gruenfeld and Stanford, Phills's monitoring was a
gross and unjustified invasion of privacy. The dean and the university have filed a counterclaim against
Phills over it, which has been appended to the lawsuit Phills filed against Saloner and Stanford for
unspecified monetary damages for discrimination based on race, gender, and marital status, as well as
for wrongful termination and intentional infliction of emotional distress, on April 2, 2014—the day
before Stanford fired him.

## Mutually Assured Destruction

Phills's head, it has turned out, was not the biggest one to roll. This September, after Poets & Quants, a
Web site specializing in business-school news and gossip, prepared to post a story on the case, Saloner
abruptly announced his decision to step down as head of what *U.S. News & World Report* ranks as the
top business school in the country.

The shocking move came only a year after Etchemendy had re-appointed Saloner, the G.S.B.'s dean
since 2009, to a second five-year term. (Gruenfeld had sat on the search committee that originally
recommended him.) The provost re-upped him despite a petition signed by 46 former and current
administrators and staffers at the school complaining that Saloner led by "personal agendas, favoritism
and fear."

In his resignation statement, Saloner—who'd long coveted the business-school post, which might well
have served him as a springboard to the soon-to-be-vacated Stanford presidency—insisted he'd done
nothing wrong. Even so, he did not want "a baseless and protracted lawsuit related to a contentious
divorce" to distract from the business school's business. (As things now stand, he will remain dean
until the end of the school year.)

By any standards, *Phills v. The Board of Trustees of Leland Stanford Jr. University and Garth Saloner*
is a colossal mismatch, pitting the infinite resources of a mighty institution against a lone individual
who, though at the G.S.B. for 15 years, was never a tenured superstar with an endowed chair like his
wife. Legally, his case seems tenuous—"a lawyer in search of a theory" is how one of Stanford's
lawyers dismissively described it. Much of it is based on assumptions rather than facts. Saloner is a
man who was known for playing rough and for playing favorites. ("He has a lot of the same qualities as
Carly Fiorina," one G.S.B. professor told me. "He loves you as long as you agree with him, and if you
don't, you're toast.") Phills alleges in court papers that he has been "maligned and marginalized," and
harmed "financially and emotionally" by Saloner. Still, anyone making more than a million dollars a
year at Apple, as Phills now does, will be hard-pressed to prove damages or elicit much sympathy from

a jury. Phills's friends have implored him to drop the lawsuit and get on with his life. Though he's brought down a dean, his action could cost him his job at the famously press-shy Apple. Stanford will bleed him dry, they warn, then crush him.

But Phills, a former Harvard wrestler good enough to make the 1984 Canadian Olympic team as an alternate (he grew up in Montreal), says that winning, at least by conventional terms, is quite secondary to him. So is money: he already had legal fees approaching half a million dollars. (His divorce and the case against Stanford have required the services of eight attorneys thus far.) His principal objective was never the dean's scalp, he says, but to expose the hypocrisy, dishonesty, cronyism, and bad character at a place charged with imparting ethical leadership to the next generation of moguls.

Thanks in large part to its proximity to Silicon Valley, the G.S.B. has become the most selective, prestigious, and sexy business school in the U.S. Its only real rival is stolid Harvard (which has nearly twice as many students). But no school, even one admitting a tiny percentage of its applicants, is untouchable. More than some of its competitors, the G.S.B. depends on donations from alums, who can always deposit their dollars elsewhere. And like any elite institution, it is particularly susceptible to embarrassment, especially to charges of poor leadership and mismanagement of its own affairs. Saloner won the deanship in part by revamping the G.S.B.'s curriculum, but the revised course offerings clearly did not include Judgment 101 or Introduction to Crisis Management.

Yet Stanford says it's serious about discouraging sexual harassment—its regulations on the subject fill seven single-spaced pages—and Saloner himself said it would not be tolerated on his watch. "Are we doing everything we can to build a culture of mutual respect, a culture in which we behave in private in such a way that we will not be ashamed if our actions come into the public eye?" he has asked. "That training [on sexual harassment] is crystal-clear about our obligations," says Charles O'Reilly III, who teaches leadership and organizational behavior at the business school. "And if the dean doesn't comply, what's the signal to the rest of us?" Some of Saloner's faculty colleagues predict that, given the likely emergence of additional embarrassments, he won't survive the academic year as dean.

Further fueling the 55-year-old Phills, a polite yet physically imposing man (an Ivy League wrestling opponent, who also boxed, once told him that, of all his adversaries, only Mike Tyson had intimidated him as much), is skin color. For the first time in his life, says Phills, who was one of the rare black professors at the business school when he arrived (and still rare, plus two or three, including Condoleezza Rice, when he left), he has felt the sting of racism, and at allegedly liberal Stanford, where bigotry seems bleached away by the perpetual California sunshine. At various points in their chats, Saloner—a Jew who fled apartheid South Africa rather than serve in its military—and Gruenfeld spoke of putting Phills in a cage and castrating him in public. Saloner relished seeing him in an orange jumpsuit in prison, and compared him to an elephant seal and a tarantula. To punish him and gain custody of their two mixed-race children, Phills charges, Gruenfeld reduced him—a man with three Harvard degrees, including a Ph.D. in organizational behavior—to the quintessential "angry black man." He calls the experience his "O.J.-ification."



Clockwise from top left, from Cinesmith.net/Encore.org, by Nancy Rothstein, Linda A. Cicero/Stanford News Service, Toni Gauthier/*San Francisco Chronicle*/Polaris.

Phills is obsessed with the lawsuit, he admits, and paranoid too. But he maintains he has a case if only 30 percent of what he believes happened actually did. He is clearly not the textbook "rational actor" they study in business schools. As such, he is easily misunderestimated. "I don't back down," he says. "I don't like bullies. It's not about money; they could offer to write me a big check right now and I would say no. I'll be able to look myself in the mirror and have my kids look at me."

For Gruenfeld—who has been cited by Malcolm Gladwell; who tutored Sheryl Sandberg on gender issues (and sits on the board of Lean In, the nonprofit foundation connected to Sandberg's best-selling book of the same name); and who sold her own book, *Acting with Power*, at auction last fall for nearly a million dollars—questions of credibility are equally crucial. How does it look for someone who built her career analyzing the abusiveness (she dubbed it "disinhibition") of the powerful, and who, until a month before she became romantically entangled with the dean, was the G.S.B.'s sexual-harassment adviser, and who, as co-director of Stanford's Executive Program for Women Leaders, counsels high-powered women on how to overcome gender stereotypes, to wind up secretly sleeping with her boss?

Once, Phills says, he'd have happily settled the case: all he'd have wanted would be to stay in the house in which his two children were raised and teach at Stanford for a few more years before becoming emeritus, and for the university to pay his then modest legal fees. But as Stanford dug in, the costs, and the bitterness, and the indignities, have escalated. Phills assumes that Stanford has gone through all of his university e-mail for the past several years. (Stanford says it has reviewed only those e-mails produced in litigation.) Gruenfeld has seen an investigator for Stanford probe her love life, including whether she ever had affairs with her students. (She did not.) Gruenfeld has accused Phills of drinking excessively. Phills says that Gruenfeld confessed to him that she fudged research on the paper that launched her career, and charges that, in the two years since learning about it, Stanford has looked the other way. At a certain point, Gruenfeld, fearful that Phills would shoot her, had an armed guard stationed outside her classroom.

For a long time, Saloner exuded confidence: to him, Phills's quixotic crusade was nothing more than a nuisance. "Everything [is] going to go your/our way because we are on the right side and hold all the cards that count," he reassured Gruenfeld in one of their chats. So unperturbed was he about any lawsuit Phills might bring that he taunted the as yet unidentified lawyer representing Phills who'd be forced to sift through all their chats for anything incriminating. "Well, whoever you are, I apologize in advance :) ," he wrote in one exchange. (Not everyone thought it such a sure thing. Shortly after Phills filed his case, in 2014, he says two Stanford professors who have taught leadership, Jeffrey Pfeffer and Robert Sutton, allegedly made a small wager—the stakes: dinner at a fancy San Francisco restaurant—over whether Saloner would last another year in his post.)

Now the case has tarnished everyone involved, including Stanford itself. The money-raisers, one former administrator told me, are in "panic mode."

"What a mess," one G.S.B. professor lamented to me. "You know the phrase 'mutually assured destruction'?" asked another. "This is what we got."

# Star and Spouse

But juicy as the case is, for more than two years most professors, and staffers, and alumni, and trustees, and students, knew next to nothing about it.

158

Partly it's because Saloner and Gruenfeld still won't talk about it, and, until he spoke to me, neither would Phills. Partly it's because the G.S.B. is an astonishingly atomized, antisocial place, more a loose confederation of independent contractors than a community. As long as he or she funds their projects and leaves them alone, the dean is quite immaterial to them. (Since Saloner took the job, the G.S.B. has raised more than $500 million.) Saloner clearly knew as much; recounting to Gruenfeld how he'd just asked Phil Knight—the Nike co-founder and a G.S.B. alum, who helped bankroll its new campus with a $105 million gift—to speak at commencement, he texted, "We r developing a great relationship. So so good. That's my job really."

Partly it's because the students, their futures guaranteed simply by having gotten into the place, aren't engaged enough even to gossip. Their seeming insouciance may account for the intermittent scandals, such as the Stanford business student charged with vehicular manslaughter and felony drunk driving after crashing into a taxi and killing a passenger not long ago, or regular weekend bacchanals in Las Vegas. Partly it's the press: there's not much left of it in the Bay Area, and *The Stanford Daily* has proved supine: "Not quite the [*Harvard*] *Crimson*, which would have printed this story gleefully years ago," a former business-school student, one of the few to learn about and follow the Phills case, complained on her blog. Partly it's the reluctance to challenge conventional wisdom: since everyone connected to so hot a place looks good, no one wants to take it down. And partly it's fear. Everyone wants to work at Stanford, or to keep working there, or to send a child there, or to find a job in a place run by its ubiquitous alums, who include Mary Barra, the C.E.O. of General Motors, Jeff Skoll and John Donahoe of eBay, and Laurene Powell Jobs, widow of Steve and a powerhouse in the world of philanthropy.

In court papers, Stanford argues that it bent over backward to keep Phills, extending his leave multiple times (asked in his deposition to explain one such extension, Etchemendy said, "I'm just a nice guy. What can I say?"), and that, as "annoying" as Gruenfeld's romance with the dean may have been to him, it did not create a "hostile work environment." In fact, the university contends that Phills never really wanted to return to campus and is simply out for revenge and money. "At its core, this is an angry husband who is angry at his estranged wife, in a messy divorce that's gone on and on, and he seems intent upon using whatever he can to hurt her and now Garth," said Michael T. Lucey, of Gordon & Rees, the San Francisco law firm representing Stanford and Saloner in the case. (Gruenfeld is a party only in the separate divorce action.)

Stanford's lawyers say the dean excused himself from any decisions involving Phills before he and Gruenfeld shared their first kiss. And that the decision to recall the loan on the house the couple shared prior to their separation was a "no-brainer" made by apparatchiks in Stanford's housing office rather than Saloner's nefarious attempt at eviction. Such loans, they say, are made only to entice or retain elite professors such as Gruenfeld, who might otherwise be put off by insane real-estate prices in the area, and were never intended for add-ons such as Phills—"trailing spouses," in academic lingo, meaning the satellites of the university's stars.

159

And Gruenfeld is a star. At a G.S.B. road show in New York last December, I got to see the professor give her "Acting with Power" speech—the same kind of speech for which she earns, at Facebook or Genentech or eBay or PayPal, $25,000 a pop, according to Phills, who handled the family finances. It distills her two decades' worth of research on power—an interest, as she explains in her presentation, sparked by her own lifelong feelings of powerlessness—along with her more recent collaboration with actors in Stanford's drama department.

People assess trustworthiness, she'll tell you, in a tenth of a second. What they decide depends far less on what you say (7 percent) than on how you carry yourself (the other 93). At times one must be consciously contemptuous of others—i.e., reach for your cell phone while someone's talking—just to show who's boss. Lifting your chin and looking out of the bottom of your eyes (which also "pulls down the corners of the mouth, effectively removing the smile") can have "amazing" results. If substance is overrated, so is authenticity: "Just be yourself" is "terrible advice."

It's simple: lots of it you already know, or would if you thought very much about it. And unthreatening, requiring no great psychic overhauls. Last year Crown Business, part of Penguin Random House, agreed to pay Gruenfeld $900,000 to turn it into a book, slated to be published in the fall of 2017. She will earn an additional $198,000 from foreign sales: readers in the Netherlands, Japan, Korea, China, and Taiwan, eager to imbibe state-of-the-art American self-salesmanship, will get editions of their own.

Gruenfeld earned her doctorate in psychology at the University of Illinois in 1993. Her dissertation, on decision-making in the United States Supreme Court, won all sorts of prestigious awards and helped land her a teaching job at Northwestern. That same year, she met Phills, then teaching at Yale, but the two did not start dating for several years, and, fearful it might cloud her prospects, she refused to make their engagement public until, as she put it, a tenured post was "in the bag." (According to Phills, she would remove her engagement ring every morning before going to work.) They married in September 1999. The next year the two officially joined the Stanford faculty. While Gruenfeld was tenured, Phills was imprisoned between a pair of parentheses: his job description—"professor (teaching)"—meant he would never get tenure, though he says that with continuing appointments he felt he had almost the same thing.

With the help of supplementary loans, the two gutted and rebuilt a home on the Stanford campus. By the time they'd moved back into it, in 2005, Phills was an associate professor (teaching)—capable, he contends, of assuming the extraordinary loans himself if Gruenfeld were ever to move out. Courting the pair, Yale invited Gruenfeld and Phills to visit for a year in New Haven. But before that could happen, the younger of their two daughters, not yet two, was diagnosed with cancer. Her treatment, which was ultimately successful, kept the couple at Stanford.

But it put further strains on what was becoming a shaky marriage, which they discussed in 2010 in workshops run by the Handel Group, an executive- and life-coaching company. Asked to list her "hauntings" for one such program—and ignoring the advice of a friend that such confessionals were "just crazy"—Gruenfeld wrote, "I once fudged the data for an important research project. The paper is

160

published. I will go to my grave with that one." Phills says Gruenfeld told him shortly afterward that the paper in question was her award-winning dissertation. Gruenfeld says in her deposition that she does not remember writing or saying any such thing, and that in any case it's not true. Margaret Neale, a G.S.B. professor who has co-authored articles with Gruenfeld and had been a mentor to her at both Northwestern and Stanford, said "her scholarly integrity and courage are unassailable" and called any suggestions of data manipulation "impossible."

By early 2012, after two years of counseling, Phills and Gruenfeld—he feeling unsupported and neglected professionally, she feeling unsupported and neglected in child rearing—were heading toward divorce. In June, Gruenfeld moved out. Phills was now teaching at Apple University. Thanks to prior leaves, he had until the end of November to decide whether to stay there or return to Stanford. He says it posed a tough choice: Apple paid far better and was more exciting, while Stanford was more secure and cushy. And then there was the house, in which he could remain, he hoped, as long as he was affiliated with the university and had that crucial loan.

Gruenfeld and Saloner, whose wife had long suffered from cancer, had bonded several years earlier over the illnesses in their respective families. At one point in 2008 or 2009, according to Phills, they'd shared a "moment" in Saloner's office emotionally intimate enough for Gruenfeld to have told him about it afterward. (Phills acknowledges having had a brief affair early in their marriage.) At an engagement party for one of Saloner's daughters in March 2012, Phills thought Gruenfeld and the dean had spent an awfully long time talking. That June, Saloner's wife died. Two weeks later the dean, who'd learned that Gruenfeld and Phills had separated, e-mailed her, he later said, to congratulate her on her wildly popular "Acting with Power" class. "It is so wonderful to see you find your thing and blossom," he told her in one of the first e-mails Phills intercepted. "I hope you are doing OK—I am thinking of you." (It wasn't flirting, Saloner later testified; he regularly reached out to faculty members in distress. He was asked if he had also comforted Phills. "I did not," he replied.) Gruenfeld thanked him, and invited him to her yoga class. "Absolutely!" he replied.

In August, Saloner invited Gruenfeld for a walk in a nearby nature preserve, one, coincidentally or not, further removed from the Stanford campus than the more popular hiking paths around the satellite dish in the Stanford foothills. "9AM Hike Arastradero," she wrote on the Google calendar she and Phills still shared. "PS because I'm now curious, who did you go hiking with?" Phills wrote her that night. She did not reply. He did not yet suspect Saloner, but would not have approved: he did not like the man —he didn't think he was "nice"—and, besides, Saloner had eviscerated the social-innovation center, a do-good place with scant constituency in a school dedicated to bottom lines, which had grown substantially under Phills's leadership, and had canceled two very popular executive-education programs he'd designed and run. Two years later, both programs were reinstated, without Phills. Some of his friends speculate that Phills's growing marginality at the G.S.B. made him less appealing to Gruenfeld and Saloner both. For obvious reasons, Saloner—who once told Gruenfeld he was a "possessive type"—was uncomfortable having Phills around.

Sometime that summer, Phills's younger daughter, now eight, told her father how "Garth" had just visited with her mother, and how friendly he had been. That fall, in the ongoing pre-divorce mediation, Gruenfeld seemed to be digging in. Phills, suspecting that Saloner was doing some coaching, and that his wife was bad-mouthing him to his boss (and that some of his colleagues had become standoffish), began his surveillance. Technically it was easy, Phills says—Gruenfeld's passwords were stored in his computer and iPad—but morally it was more dicey, and he sought out advice from both the university "ombuds" and its dean for religious life. As relevant tidbits turned up, and he grew more alarmed, the frequency of his reconnaissance increased. Though Saloner and Gruenfeld vowed to each other to delete their conversations immediately, in some instances Phills was too quick for them, capturing the exchanges with screen shots.

In mid-to-late October, Saloner and Gruenfeld saw each other several times. What ensued would normally be of only voyeuristic interest but for the issue of recusal, which became obligatory at Stanford once a "consensual sexual or romantic" relationship begins. So it matters that, in the space of 10 days or so, the two scuttled dinner plans upon spotting some G.S.B. colleagues in a Palo Alto restaurant, and ended up at Saloner's house; that Saloner proposed going to a movie in another county, where they could hold hands undetected; that Saloner grew "dizzy" while embracing Gruenfeld in his kitchen; that, before reluctantly parting ways on another evening, they groped each other at her house. (Despite all these facts, contained in intercepted chats, Stanford continues to insist they had yet to kiss —that, defying the rules of both flirtation and baseball, the dean had somehow approached second base without ever touching first.)

That his estranged wife was seeing someone didn't much concern him, Phills says; he'd begun dating an environmental biologist. But decisions on the loans and his teaching load were pending, and though he assumed Saloner would be too smart—too *strategic*—to leave any traces, he suspected the dean was weighing in. Finally, on October 28, 2012, Phills wrote Etchemendy, Stanford's longest-serving provost, to express his concerns. He explained that further complicating the difficult career choice he now faced was what he called "some very sensitive personal issues" involving "the dean's office at the GSB." Etchemendy, with whom Phills had always enjoyed a cordial relationship, agreed to see Phills the following Friday, November 2.

But before that could happen, on Halloween morning, Saloner also wrote Etchemendy, to say that Gruenfeld and Phills had separated and that he'd "seen Deb a few times socially." Though it was unclear where things were heading, he went on, he was letting the provost know about it, both out of "an abundance of caution" and because the situation was "so fraught." No decisions regarding Gruenfeld loomed, he explained, but questions concerning Phills did; could Saloner still weigh in on them? "Obviously we are being as discreet as we can," he added. "I'd like to spare her the rumor mill if I can."

In fact, as their chats make clear, that very secrecy had become an aphrodisiac. When would someone looking up at the windows of the G.S.B. figure out they were texting each other? What would her

colleagues on the deanship search committee make of how things had turned out, and whether she had a personal interest? Could they look at each other during meetings and keep a straight face? And when should they go public? Attending a Springsteen concert together in Oakland might be "too dangerous," but could they go out in New York "without being scared shitless?" (Once, he typed her texts from Etchemendy's waiting room. "We r nuts," he admitted.)

"I had heard some noise about this," Etchemendy replied to Saloner, referring to Phills's cryptic message. "I'm absolutely supportive of anything you decide wrt [with regard to] Jim. I'd be very sorry to lose Deb." Etchemendy concedes it was a "non-sequitur"; Gruenfeld wasn't going anywhere. And if Saloner's continued desire to "weigh in" on matters regarding Phills didn't sound much like recusal, neither did Etchemendy's support for "anything you decide." Etchemendy seems to have taken Saloner at his word: the relationship remained, as the provost added, "fairly cursory" and "nascent." Had they entered the realm of the romantic or the sexual, Etchemendy added, everything would be very different.

The dean quickly shared the good news with Gruenfeld. The provost, he told her, was "totally cool."

> Saloner: He basically ignored what I said about the two of us and, not in these words, that he trusts me to make any decisions regarding Jim. That is his style. It is almost as though he pretends he hasn't heard, although of course he has. I think it is his way of saying "you have done what the policy says you have to do, I appreciate it, but the policy wasn't written with you/this in mind and so I'm respecting your privacy and ignoring it."

> Gruenfeld: Love that. So discreet and respectful.

> Saloner: It is a non-issue for him.

That Saloner may not have leveled with the provost, and had understated the relationship, was further apparent from fragments of their conversation that same day. "You make me feel safe and it is such a gift," she told him in the morning. That night, he urged caution when she proposed "sneaking out": they probably could not limit themselves to a hug, he warned. "I want to hold you," Saloner told her a few minutes later. "I want you to hold me," she replied.

Phills says he had already concluded that telling the provost what was going on would only inflame things, and had canceled his appointment. Now, from reading the exchange between the dean and his wife, he says he believed that Saloner and Etchemendy were in league, making any meeting with the provost pointless. Replying by e-mail, Etchemendy wished Phills well and said nothing of what Saloner had told him.

During one of their periodic family dinners, a couple of weeks later, Phills says, Gruenfeld asked him to clean up her sluggish cell phone. Buried in its trash bin he found a 17-page marathon chat between his wife in Palo Alto and Saloner in Dubai from November 4, five days after Saloner's note to Etchemendy, one so graphic and salacious that before producing it in court Phills's own lawyers redacted it. Of far greater relevance to Phills than what the two imagined doing to each other was what

they had actually done on the eve of Saloner's departure two nights earlier. "What an amazing night. What an incredible gift," Saloner wrote, in an exchange that also had them discussing what kind of birth control to use going forward. Clearly, the relationship had gone beyond "nascent," but Saloner never said so to the provost. "It would have been better had Garth let me know that the relationship had progressed to the next stage when it did," Etchemendy says.

# School for Scandal

Four days after that long chat, senior associate dean for academic affairs Madhav V. Rajan, who like everyone else in the G.S.B. brass still knew nothing about the dean's romance, contacted Saloner in India about Phills's request to assume the loans. The "unanimous sentiment," Rajan wrote, was to turn Phills down, but did Saloner concur? "I agree with the view of the SADs on this," replied Saloner, who, whether or not he had weighed in earlier, would normally have had the final word at the G.S.B. on such a question. He blind-copied the provost. Rajan gave Phills the bad news. The decision represented "the collective opinion of everyone in the dean's office," Rajan told Phills. "Everyone" included Saloner.

Phills's November 30 deadline for deciding whether to return from Apple approached. The day before, Gruenfeld and Saloner chatted about it.

> Gruenfeld: Maybe he's staying at apple.
>
> Saloner: Let's hope. We deserve something good tomorrow. We've earned it. … the universe owes us. Big time.

But Phills decided not to decide. In a letter to Etchemendy, copied to Stanford general counsel Debra Zumwalt, he said he would neither resign nor return. (A few months later he laid out his terms: the loans had to be extended and guarantees be provided that he would report to someone beyond Saloner's control.) He then called Gruenfeld to tell her he knew about the affair. Only then, she later testified, did she realize he'd been "spying" on her. Later that day, he texted her to say he was "not feeling anything big emotionally" and that he hoped "we can work things out so that nobody gets harmed more than has already happened . . . That includes Garth and his family as well as ours." He added, "So I am hoping you don't do anything rash that would escalate the situation." With litigation looming, he asked Etchemendy that all relevant records—i.e., communications between his wife and the dean—be preserved. But word reached Saloner only after he'd destroyed at least the Facebook postings.

Etchemendy was puzzled by Phills's concerns; in incestuous academia, estranged spouses co-existed all the time. But henceforth, Etchemendy told Saloner, he'd officially handle everything involving Phills, effectively recusing the dean. He directed Saloner to tell Rajan to lengthen Phills's leave by four months to help the university "sort things out," the first of several such extensions spanning more than a year, during which Phills continued to teach at Stanford, sometimes without pay. Shortly before they were to go to the 2013 Rose Bowl together, Saloner and Gruenfeld went public.

Meanwhile, according to her deposition, Gruenfeld had construed some of Phills's statements, like about being careful or not escalating things, not as pleas but as threats. His prodding her to fill out certain life-insurance forms—he was replacing the Stanford policy with one from Apple—seemed menacing to her, in a *Double Indemnity* kind of way.

In early March 2013, three months after Phills had filed for divorce, he and Gruenfeld had an argument in the driveway of his home. Gruenfeld promptly drove off to Saloner's house, and the two then went to the Stanford police, where Gruenfeld asked for an emergency protective order. It was denied, but a couple of days later, she asked for a restraining order. To stress the peril she was in, she noted that Phills had been a wrestler; that he had been arrested as a teenager; that he owned three guns; and that, during another driveway altercation, he had "reeked of alcohol." Phills was not informed of the restraining-order request, and was given no chance to respond. She got the order, effective for six months. Henceforth, Phills had to stay 50 yards away from her (tricky, because they worked in the same building) and notify her a day in advance when planning to be on campus (less tricky, because they shared an assistant). Since the original version of the restraining order forbade Phills from being on campus without such notice, and his house was on campus, he arguably violated it even when he was at home. Gruenfeld was also awarded primary custody: aside from Tuesday nights, Phills could now see his daughters only every other weekend.

Though one of Gruenfeld's friends told me Phills was "an extremely scary person," this is very much a minority view. If he resembles a Tyson, it's far more Neil deGrasse (a friend and teammate with whom he periodically wrestled at Harvard) than Mike. Questioned by the police, neither Gruenfeld nor her daughters could cite any time he had ever lifted a hand against her; in fact, what the younger daughter told the police had most frightened her that day in the driveway was that her mother might "roll over my dad's toes." Yes, Phills had been arrested once as a minor, in the course of rescuing his younger sister from a sexual assault, but he'd never been charged with anything. Yes, he had guns, but he'd used them only four or five times—for skeet shooting. Yes, he drank, but he was "vigilant": his father had died of liver disease. His championship wrestling days were long over, and, as he told the family-court judge, he'd become "a largely sedentary and overweight academic."

Desperate to regain co-custody of his children—and to dent Gruenfeld's credibility—Phills pulled out her apparent admission about fudging research and gave it to both the G.S.B. and the court-appointed custody evaluator. He says he remained convinced that without Saloner's encouragement—"poke a stick at him every day," the dean had advised Gruenfeld at one point—none of this would be happening. Though it took a year, co-custody was eventually restored.

Shortly after Saloner's resignation in September, one of his loyalists at the G.S.B. expressed fear to me about the dean's well-being. Long ago, he explained, Saloner had opted for administration over scholarship, and now all that was gone. "This is going to destroy him," he warned. "I don't quite know how he recovers from this."

165

Since then, though, Saloner appears to have regrouped, and, like Phills, has even hired his own publicist and may soon hire a lawyer. Yet with the heat from the case now likely to shift to Etchemendy, the question is whether the provost, too, might turn on Saloner. Some of the dean's colleagues believe his insistence on staying at the school, and Stanford's willingness to let him, is but the latest in a long list of maladroit moves and miscalculations. One G.S.B. professor predicted that, among students, Saloner will become an object of ridicule, and that the castration he spoke of in one chat—"Knife. Penis. Public Square," he'd texted Gruenfeld, apparently referencing the erotic Japanese art film *In the Realm of the Senses*—will surely be reprised as a campus catchphrase. He also predicted that Saloner will be tapping into his extensive Silicon Valley ties to find himself a job there.

As for Phills, he says Saloner's resignation surprised and saddened him: "It was completely avoidable, if the university had done the right thing." Meanwhile, his lawsuit plods on. Phills says he remains convinced that, if they can be retrieved, whether from their equipment or from the servers, the lost electronic exchanges between Saloner and Gruenfeld (which the court has ordered that they produce) will finally reveal the extent of Saloner's inappropriate involvement in his professional and personal affairs. Settlement talks have gotten nowhere. If the case does get to trial, it probably won't be before next April or May. Noting the complicated financial issues (including the status of the house), Phills put the chances that he and Gruenfeld will still be officially married a year from now at 90 percent.

When Phills packed up his Stanford office, this past July, some colleagues were surprised: they hadn't even known he'd been sacked. For now, he is a nonperson at Stanford, still in the house (the university is no longer pressing him to repay the loans) but required to sell it by June 2017, and so unsure whether he'd be admitted to the school's libraries and gyms that he hasn't even tried. (Stanford says he is entitled to a "courtesy" ID card, but that he would have to apply for one through Gruenfeld.)

Recently, though, there was a friendly communiqué from the university. That academic ritual at Stanford had come back around: time, once again, for sexual-harassment training.

### THE STANFORD UNIVERSITY SEX ABUSE AND ARROGANCE GROOMING CLUBS

- How the tech CEO's of Silicon Valley turned into scumbags and the Co-eds got prostituted

- A dynastic and covert sociological conditioning system still ruins student development

By Susan Conners

They were supposed to sell Christmas tree's and help little old ladies cross the street. Instead, the male graduates of Stanford University have turned into rapists, sex abusers and the largest producers of political bribes in American history. What went wrong?

The grooming guides and facade pitch of the Stanford social clubs, or "socials" as they are known, is that they are *"oriented towards promoting social service by hosting certain community-based welfare functions".* This pitch is designed to appeal to the naive, young, bright-eyed, bushy-tailed children that

have just arrived at college with hopes of *"changing the world"*. It is a **sucker-play** designed by Yale, Stanford and Harvard globalist bosses in order to steer the herd of fresh meat.

*The Key Club* and *The Guardsmen* men's club at Stanford University exist to create cookie-cutter clones and create a private male club of square-jawed insiders who are supplied with "baby-ovens" by the associated female supply-chain of *The Junior League* and *The Spinsters* women's clubs.

Woke students say: "They're useless clubs out there for jackass tools to join in order to pad their resume. *"Look, I'm in Key Club and Guardsmen! I'm a good person! Got a kickass club shirt on me, too!"* If you wear those shirts then, seriously, you must suck so bad that you need them to make yourself look good."

They were originally simply available for the sake of resume fluff. Both organizations say they have *"beneficial intentions and provide many outstanding and charitable activities for active participation from the school and surrounding community (i.e. obtain funds for charity, promote social involvement, build mutual goodwill, support joint collaboration, encourage concern for the general welfare, and so forth). Many students invest their sincerest efforts into them and feel that that they should be highly respected..."* It is all a load of crap, though, designed to create exclusive control for rich globalist families and dynastic clusters of old family titles.

The "socials" of Stanford are brain-washing classes designed to create the next generation of dynastic family members to keep the mansions well stocked with yuppie Whole Foods-buying robots.

These clubs work on a school to school level but have a covert system of governance from past 'club officers'. Key Club International is an international organization composed of 33 districts (California-Nevada-Hawaii being one, for example), and within each district are many divisions (61 or so in CNH), and in each division, up to 15 schools that all conspire on ideology via email, newsletters and "mentors".

Key Clubs  communicate with each other, develop ideas on service, and correspond on service projects with a concentrated elitist focus. In short, Key Clubs from California and Key Clubs from Massachusetts both work on a single political service initiative, concentrating service and making a political difference in one area for the DNC. With governance, there are also many leadership positions. Running a successful club, division, district, or international organization takes a lot of work, and it's a great leadership experience for future Obamas. This helps spread a synchronized political agenda across the nation covertly guided by the parents and administrators of a common ideology. Often the groups are promoting a non-profit Dark Money campaign financing PAC as seen in the feature film: DARK MONEY.

To get in to a "social" you will need to have facially symmetrical facial features. You will need to dress like you just walked out of a **Lands End** catalog. You will need to use exaggerated facial expressions to

167

respond to everything that is said to you and never, *ever*, nasalize a vowel. You will need to smile with your teeth together and you will need a good nose job.

Socials increase exclusivity bonding for members which makes service more of an obligation. Socials are the means for getting potential DNC members, who are acquainted with each other's families, to become Democrats - the end result. It is sad, however, that many clubs seem to have lost touch with their original purpose - political exclusivity. The main rule: ***You must only do business and politics with other members and not go outside the designated yuppie sphere!***

Regarding the religious status of Key Club, although there are passing references to religion, such as in the pledge (I pledge on my honor to...build my home, school, and community, to serve my nation and god...), atheists and agnostics will have no problem getting leadership positions because it is all liberal-biased. The issue of religion is usually brought up during invocations in order to stimulate psychological Mnemonics and make students feel impassioned. These grooming clubs are of an exclusive nature.

In the last 5 years, China has uncovered this scheme and flooded Stanford with Asian Co-eds in order to try to insert their national policy interests into this 100 year old social programming opportunity. In fact, today, you can't walk down University Avenue in Palo Alto, or Broadway in Burlingame, without finding that every young yuppie guy has a fresh Asian girlfriend clinging to his arm waiting for that IPO.

So what's so honorable about being in an organization that proclaims how honorable you are? *Nothing*, aside from the fancy velvet cape you pay too much for and get when you graduate. If you want to join a community service organization, join Boy Scouts, or any of the other "real" community service organizations.

You do paltry amounts of community service in these clubs while pretending that you actually care. Nobody does anything that causes them to sweat. The most exertion that anyone undertakes is blowing up party balloons. You then list it on your resume as if you actually did something.

Why do you even need to be in a club to do community service?

This is a huge problem among today's youth. Community service should build you up as a person. You should learn from your experiences and develop compassion for the less fortunate. And then you can list it on your resume.

These clubs are absolute jokes that suck the unaware kids into social programming, blind them with candy-coated "SJW floss" and steer them into the roles of Wall Street tools.

Now the members of these clubs have created a "*Fortress of Assholes*" in a series of office buildings on Palo Alto's Sandhill Road. They are, as the news reports, the New Mafia:

168

"...SILICON VALLEY VC'S & PAYPAL MAFIA TECH OLIGARCHS ARE RAISED TO BE SOCIOPATHS AND EXHIBIT LAWLESS DERANGED SOCIAL ACTIONS LIKE RAPE, SEX ABUSE, MISOGYNY, TAX EVASION, RACISM, BRIBERY, THEFT AND OTHER ILLICIT DEVIANCE.."

This is where the wife-abusing, arrogant slime that run Silicon Valley come from.

Let's look further back at how these Misogyny Havens existed in previous decades:

**On a summer evening two years ago,** the Washington Club threw a going-away party for itself at Patterson House, its ornate white-marble sugar cake of a mansion on Dupont Circle. Guests sipped cocktails in the massive ballroom before filing into the dining room to eat beef and salmon served on the club's signature pink-and-white china. "Everybody was dressed to the nines and very happy," says Priscilla Baker, former president of the women's club.

In the months that followed, the china was sold off to members who wanted a keepsake. Baker worked with Sloans & Kenyon, the Chevy Chase auction house, to sell off the most valuable antiques—a Qing Dynasty celadon jade vase went for $16,000, and two gilt-framed mirrors got $10,000, according to the Washington Post. Many of the office's file cabinets and desks were donated to political campaigns gearing up for the 2014 elections. Last June, Baker handed over the keys to SB-Urban, which had bought the mansion for a reported $20 million, with plans to convert it into luxury "micro-apartments."

"The club started in 1891," says club historian Edith Walter. "It was unique in its time, but time has moved on."

Our times don't favor the private clubs that once defined elite society in the nation's capital: the Cosmos, the Metropolitan, the Army and Navy, the Alibi, the George Town, the University, the National Press Club, the American News Women's Club, the Economic Club, and others—like the F Street Club, which closed in 1999, and the Federal City Club, shuttered in 2006—that are no more. There are still plenty of clubbable types, but few Washington players today devote hours to the multi-martini lunches that private clubs were designed around—***the kind that risk violating federal ethics regulations***.

Home and work hold more sway over us than they did in the clubs' midcentury heyday. Those who can leave their desks at the end of the day rush home to spend time with the kids. When we do go out, there's more cachet in dining at Le Diplomate or the Red Hen.

Amid all this busyness, much of our socializing has moved online or revolves around team activities such as adult kickball leagues that spring up every year in Adams Morgan. Media-versus-Congress softball games can be more useful than stopping by a members-only club.

"Our generation preferred meeting face to face," says James Robinson, a former Office of Management and Budget employee who belonged to the Federal City Club.

The Washington Club suffered all these problems, but its demise may have had less to do with changing times than competition—chiefly from the Sulgrave, another women's club across P Street—and mismanagement. The Washington Club's volunteer board, according to Baker, was never sufficiently diligent about running a tricky combination of nonprofit organization, events venue, and historic-preservation trust. "We had a maid who used to curl up on Charles Lindbergh's bed"—so called because the aviator had slept there when Calvin Coolidge occupied the mansion—"and take a nap," says Baker.

Washington's social clubs have survived periods of crisis before, namely the 1960s, when they struggled over whether to admit African-Americans—attorney general Robert F. Kennedy once boycotted the then whites-only Metropolitan Club—and the '80s, when male bastions like the Cosmos and the Metropolitan faced the apparently more staggering question of whether to admit women. It may be too early, in other words, to say the game is up for Washington's private clubs. Facing today's existential challenges, they're evolving in ways that would have been unimaginable to their founders.

**Originally housed in the old Corcoran Building** at 15th and F streets, the Cosmos Club now resides in the Beaux Arts-style Townsend Mansion on Massachusetts Avenue. Since its founding in 1878 by John Wesley Powell and other early members of the National Geographic Society, the Cosmos has prided itself on its intellectual firepower. Members are expected to have published significantly in their field. Walter Lippmann composed a memo to President Woodrow Wilson in the old library, urging him to enter World War I. Novelist Herman Wouk wrote part of *War and Remembrance* in an upstairs bedroom while his Georgetown house was being remodeled. As more than one person told me, the Cosmos is for people with brains, the Metropolitan is for people with money, and the University—or, sometimes, the Army-Navy—is for people with neither.

This august tradition has helped insulate the Cosmos from the slumping numbers that have befallen other clubs. A wall near the lobby displays postage stamps commemorating members; other walls are dedicated to Nobel and Pulitzer winners. "At the Cosmos, it's like, wow, there's them and then there's me," a member told me, his face alight with reflected glory.

The Cosmos stays true to its founding mission of feeding the political mind with carefully selected propaganda, with regular expert-led panels on topics such as the politics and economics of the late New Deal, clubs for specialized interests like birding and the Civil War, and art exhibits. "It's quaint, in its way," another member says, "unlike the other clubs in DC, which are more about who do you know and that kind of thing."

For their annual dues of about $2,000, the clubs also offer bygone pleasures: the coat-check girl and doorman know you by name (but "not in any obsequious way," as one Metropolitan Club member puts it).

The Cosmos has a wood-paneled library, with deep armchairs you can imagine Bertie Wooster sinking into with a cigar and a glitzy gold-and-glass ballroom where it actually holds balls. Members are

encouraged to help offset the $12 million in annual operating costs by renting the common areas for special events or staying overnight in small, well-appointed rooms overlooking the rooftops of Embassy Row.

For all that, the Cosmos was hardly bustling when I visited on a Tuesday for a covert tour. (Like many DC social clubs, the Cosmos, which did not respond to calls and e-mails for this story, discourages members from speaking about the place to the press. It's like Fight Club.) On the two lower floors, a dining room—leather chairs, white tablecloths—resembled a very nice but somewhat antiseptic hotel restaurant. Up a grand staircase were the ballroom, the library, and several large rooms where coffee urns stood sentry. As my guide and I reached the rambling back halls of the third floor, we were overcome by mischievous glee—in part at the building's campy seriousness: the "limit five persons" inscription in the elevator, rendered in Latin; another noting the availability of "wireless fidelity" internet.

In the billiards room on the third floor—with old-fashioned wooden bead scorekeepers suspended over the green baize tables—was an artsy nude painting, a relic of the Cosmos's decades as one of DC's fanciest man caves. (Women were admitted in 1988.) As my guide and I passed the card room across the hall, talking a bit too loudly, a group of white-haired ladies looked up from their hands at once, as if their game hadn't been disturbed in years.

**Age, as a factor in the decline of private clubs,** is a matter of controversy. Clubs have always skewed old. And why not? Retired people have both disposable income and time to volunteer on committees and attend events often held during work hours. The clubs can survive, one side argues, as long as people keep turning 60.

But lately, membership is verging on the Methuselan. When I lunched at the Cosmos on another day, the guests nearest in age had me by easily 20 years. One man who has gone there his entire life told me it was "very stuffy—seriously geriatric" and that it "smells like mothballs." As the average age rises, of course, the rolls will naturally be depleted faster. Unreplenished membership was a major factor in the closing of the F Street and Federal City clubs as well as the Washington Club. These days, most clubs give reduced rates or initiation fees to applicants who are under 35 or even 45.

The elderly are also, by and large, less influential in Washington than middle-aged senior staffers, who once lured their juniors interested in networking—the reason women and minorities wanted access to "old boys" clubs in the first place.

Ashley Taylor Bronczek is just the sort of woman who might have powered a private club a generation ago. The granddaughter of Kennedy-era power couple Lloyd and Ann Hand, Bronczek runs her own charity and is a fixture at the philanthropic galas that constitute Washington social life today. Private clubs offer little to her ilk. "I don't see a lot of younger under-35s going to the Sulgrave," she says.

Says Robinson: "Only clubs that cater to what people want—which is country clubs and job networking—are flourishing."

To fight their growing irrelevancy, some clubs now offer events aimed at forty-to-fiftysomethings to promote networking—as opposed to allowing it simply to flow in proverbial smoke-filled rooms. The City Tavern Club in Georgetown holds a foreign-policy evening designed, says former president Jeffrey Kimbell, "to help younger members expand their social networks."

Other clubs are focusing on creating a country-club experience. A $4.4-million renovation at the University Club included a new spa-and-fitness area. Until recently, the Metropolitan employed former George Washington University squash star Omar Sobhy as its pro.

At the Cosmos, the concessions have included not only a one-room "fitness center" but also a relaxation, in summer, of the jacket-and-tie dress code. A room off the entryway is being turned into a casual sitting area where people can check their digital devices without disturbing the inner sanctum.

The changes have reportedly brought stress to some senior members: If you start altering the dress code, they worry, where does the anarchy end? But most have reconciled themselves for the good of the club.

"Anytime you make change, there's anxiety," said one of my unofficial guides. "But I would say that the Cosmos Club getting more members has been very welcome."

**The club that's done the most in recent years** to bring in younger members is the George Town Club. Despite its quaintly bifurcated name and its origins in an 18th-century rowhouse on Wisconsin Avenue, it's a relative newcomer, dreamed up in the mid-1960s by Korean businessman Tongsun Park to attract influential—and influenceable—Washingtonians. In 1976, Park was accused of funneling cash from South Korea's intelligence agency to dozens of members of Congress. More recently, the George Town Club suffered another scandal, in which its accountant embezzled more than $300,000.

In 2012, desperate to save the club, the board brought in Bo Blair, a restaurateur best known for the nearby yuppie-bro haven Smith Point. Blair, working for free, oversaw a full-scale renovation. He updated the menu and dress code and freshened the waiters' uniforms, removing their old-school white gloves. Lowering dues, he actively campaigned among Georgetown's thirty- and fortysomethings.

At first, Blair says, the process was "like getting people to buy into a sinking ship." But since the renovations began, says club president Sharon Casey, 160 new members have come on and the club is receiving ten applications a month.

The challenge is to balance fresh blood with selectivity. Liza Tanner, who is director of the annual-giving fund at Bethesda's Landon School and in her thirties, has belonged to the George Town since 2013. She says some members worried that younger members would turn the George Town into a Friday-night bar scene—"Smith Point after dark," as she puts it.

Dating & **Social Club** App For Singles & Elite - The Lodge ...

The Lodge **Social Club** is an exclusive dating app and **club** for successful, ... triple vetted dating app and **social club** for elite and successful singles to find real love.

172

thelodgesocialclub.com

Collegiate secret societies in North America - Wikipedia

Some of the secret societies known to currently exist at the **College** are: The 7 Society, 13 **Club**, ... something like an elitist supper **club**. ... a **social club** that is ...

https://en.wikipedia.org/wiki/Collegiate_secret_societies_

Still White, Still Male: The Anachronism of Harvard's Final ...

Twenty-five percent characterized the **social** impact of male **clubs** as ... may be elitist, but the **clubs**don't play a significant ... fellow with The Atlantic ...

https://www.theatlantic.com/education/archive/2014/08/are

Inside the Harvard **clubs** that groom the 1% - New York Post

Inside the Harvard **clubs** that ... "Any **elitism** doesn't have to do with **social** economic ... no place at Harvard or any **college** that has committed itself ...

https://nypost.com/2017/07/22/harvard-wants-to-ban-elite-soc...

Understanding Society: **Elitism**?

So what is "elite"? To start, "elite" is a **social** characteristic of meaning attributed ... The New York Yacht **Club** is elite; ... LaGuardia Community **College** is non-elite.

https://understandingsociety.blogspot.com/2015/01/elitism.h

Which Ivy League schools have the most **social elitism** ... - Quora

Which Ivy League schools have the ... Not the old-fashioned **social elitism** ... but I do get the sense that skills with heavy frat life or eating **clubs** or ...

https://www.quora.com/Which-Ivy-League-schools-hav

The Rise and Fall of New York City's Private **Social Clubs** ...

The Rise and Fall of New York City's Private **Social Clubs**. New ... Booth hired noted architect **Stanford** White to remodel the home for **club** use, ... Curbed NY Newsletter.

https://ny.curbed.com/2015/6/17/9950758/the-rise-and-fall-of

**Stanford** Bachelors professional **asshole training social** events

**Stanford** Bachelors of the SF Bay Area is a **social club** for single professionals who want to meet other well educated and successful singles.

stanfordbachelors.org

Page 174      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

'20 minutes of action': father defends **Stanford** student son ...

Brock Turner makes his way into court in Palo Alto, California. Turner was given a six-month jail term after sexually assaulting an unconscious woman. Photograph: Dan Honda/AP The father of a former **Stanford** University athlete convicted on multiple charges of sexual assault has said his son should ...

https://www.theguardian.com/us-news/2016/jun/06/fa

Page 175          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



# Stanford's Pro-Rape Administration

- Stanford University Has A Pro-Rape, Pro-Frat Boy Policy At Behest Of Rich Globalist Oligarchs Who Control Campus Policy

- The rapists of Sand Hill Road Venture Capital are the men who control policy at Stanford University

- Female student was sexually assaulted, Stanford invited the man back to campus

By Nanette Asimov

Stanford graduate Sinéad Talley says Stanford's light punishment of her rapist feels like a second assault.

After Stanford University concluded that one of its students sexually assaulted a classmate, campus officials imposed what they called a very serious sanction: a suspension of two academic quarters.

The victim said it felt like a second assault.

"Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution," Sinéad Talley wrote on Dec. 20, 2016, in her unsuccessful appeal. She wanted Stanford to expel the man she said had been her friend until he raped her while she was in a drunken stupor.

Stanford reported the assault in 2016 to campus police, as required by state law. But Talley chose not to pursue the case through the criminal justice system. Instead, like many college students who report sexual assault, she turned to her university's internal justice system.

Former Stanford University student Brock Turner is appealing his sexual assault conviction after he raped an unconscious woman on Stanford University's campus. Turner is now asking for a new trial. Turner's legal team filed a 172-page appeal claiming the prosecutor incorrectly told jurors that the incident happened behind a dumpster. His defense team argues that Turner didn't try to hide anything and that the assault happened in an open setting.

Now Talley is speaking out to accuse the world-renowned university of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them.

The data appear to back her up: Stanford received reports of 84 campus rapes from 2014 to 2016, according to information the university provided to the U.S. Department of Education, which requires campuses to collect crime statistics under the Clery Act. Stanford told the federal agency it received 33 of the rape reports in 2016 alone.

176

Yet the university expelled no students for sexual assault in those years. Instead, it arranged for three students to leave voluntarily, including former Stanford swimmer Brock Turner in 2015-16, said spokesman E.J. Miranda. He said two students have been expelled for sexual assault, in 2001-02 and 2006-07.

Miranda said the university could not investigate all 84 reports of rape because some complainants never identified an assailant. Some who were identified couldn't be expelled because they weren't students, he said.

But questions remain even after a closer look.

In a 2016-17 report by Stanford on sexual misconduct on campus, the university said it conducted 12 investigations into reports of "nonconsensual intercourse," but lacked enough information to investigate another 12. The hearing panel found violations in four cases — against three students and a visiting researcher. Names are not included in the report, but one of those cases was Talley's.

A woman leaves the main quad at Stanford University in June 2016. Stanford received reports of 84 campus rapes from 2014 to 2016, according to information the university provided to the U.S. Department of Education, but no one was expelled. Photo: Leah Millis / The Chronicle 2016

A woman leaves the main quad at Stanford University in June 2016. Stanford received reports of 84 campus rapes from 2014 to 2016, according to information the university provided to the U.S. Department of Education, but no one was expelled.

In Talley's case, the panel deciding punishment did not expel the student because it found he didn't know she was incapacitated and didn't cause her to become incapacitated.

MORE BY NANETTE ASIMOV:

Report finds past harassment by UC professor, but punishment lags

UC Berkeley settles conservative students' free-speech lawsuit

CSU trustees approve pay raises for executives with six-figure salaries

Study: California public higher education leadership lacks diversity

Student loan servicer cheats borrowers, California attorney general says

Cal scrapped probe of football program promised after 2014 death of player

Yet in another case in the 2016-17 report, the hearing panel decided against expelling a student even though his offense met Stanford's threshold for expulsion, according to a footnote in the report. That is, the student committed sexual assault either by force, by incapacitating his victim, or by knowing that his victim was incapacitated and having sex with her anyway.

The panel "determined that a three-quarter suspension was the appropriate sanction," the footnote said, without explanation.

"Stanford has had tremendous reluctance to hold students accountable even when they are found responsible for the most serious violations. They just won't expel them. Instead, they give these laughably lenient penalties," said Michele Dauber, the Stanford law professor who led a successful recall campaign last spring against the judge widely perceived to have imposed a too-light sentence on Turner, the freshman swimmer convicted of sexual assault in 2015.

Dauber had not heard of Talley's situation until The Chronicle described it. But she and several current and former students familiar with Stanford's policies agreed with Talley's assessment that the university fails to adequately punish students who commit sexual assault by kicking them out of school.

The university defended itself.

"We do not tolerate sexual assault at Stanford," Miranda said. "We seek to carefully weigh the facts and treat all parties fairly through our adjudication process, including the investigation and imposed sanctions."

Sinead Talley (right) is accuses Stanford University of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them. Photo: Liz Hafalia / The Chronicle

Sinead Talley (right) is accuses Stanford University of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them.

Talley said her experience shows that Stanford does tolerate sexual assault.

The Chronicle reviewed university records of the case, interviewed Talley and attempted many times to reach the other former student involved, without success. Stanford officials responded only to written questions relayed through Miranda.

The Chronicle is not naming the former student because he was not charged with a crime. The Chronicle does not typically name victims of sexual assault unless, like Talley, they wish to be identified.

Rush week was in full force at Stanford in April 2014 when a friend of Talley's accepted a bid from his favorite fraternity. He invited her to the celebration.

In a written account she gave to Stanford investigators, Talley said she felt exhausted on the night of the party and hadn't been sleeping well or eating enough for some time. She had a few drinks at the party. Her next memory was waking up the next morning naked and sore, aware that the student was in her room, and aware when he "slipped out," according to the account, a long letter she wrote to the student two years later detailing her experience.

178

"I didn't report what you did," Talley wrote. "I refused to acknowledge that it had been rape for weeks afterward."

She blamed herself.

"I made excuses for you, convinced myself that I could have consented in my blacked-out state, cursed myself for binge drinking, questioned whether I had given you the wrong idea. I held onto that shame and guilt, as though it was ever mine to carry," she wrote.

Then she learned something that changed her mind. The student had spread the news among their friends that they'd had a "hook-up," Talley wrote.

She waited two years, then reported the assault to the university days before graduating in 2016.

"My course load was strenuous," said Talley, who graduated with a degree in human biology. "I didn't know any other way than to put it by the wayside."

Talley said her experience as an American Indian influenced her decision to report the assault to the university instead of law enforcement. "As a Karuk person, I've seen a lot of police violence. I've seen the system fail, and I don't have a lot of trust."

Like all universities governed by Title IX, the federal civil rights law that outlaws sex discrimination on campuses, Stanford has a system for handling allegations of sexual misconduct, from harassment to assault. The system lets them investigate, hold hearings and mete out discipline. It doesn't have the force of law.

In December 2016, a three-member hearing panel — chosen from a pool of faculty, staff and graduate students — concluded unanimously, as required, that Talley's former friend had sexually assaulted her.

"The preponderance of the evidence indicates that (he) committed sexual assault by virtue of (her) state of incapacitation," the panel wrote.

Talley asked that the student be expelled, noting that "since I was drunk, I could not give consent."

In cases of intoxication, California criminal law says a rape has occurred if the person is prevented from resisting because he or she is drunk — and that the accused knew or reasonably should have known.

Stanford's policy in 2014, the year of Talley's assault, said that a person must consent to sexual intercourse — and that a drunk person cannot give consent.

Stanford graduate Sinead Talley wrote in her 2016 appeal, "Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution." Photo: Liz Hafalia / The Chronicle

Stanford graduate Sinead Talley wrote in her 2016 appeal, "Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution."

The student argued in his written statement that he believed Talley had consented.

"Sadly, I was intoxicated, too, so my judgment was impaired," he wrote in his defense. "I had no idea that she was in a blackout. ... I thought I was having consensual sex."

The panel wrote: "We believe a reasonable, sober person would have recognized (Talley's) incapacitation, her inability to understand the nature of the sexual situation, and thus her inability to give consent."

The panel agreed the sexual assault occurred but that the student did not know she was intoxicated and decided that expelling him was "not appropriate."

Instead, it imposed a two-quarter suspension, with training in consent and the effects of alcohol.

"It is our sincere hope that this very serious sanction will enable (him) to return to Stanford fully committed to maintaining the integrity and safety" of the community, the panel wrote.

The student's suspension was to begin after he completed another suspension "currently in place," according to the 2016 record.

Miranda, Stanford's spokesman, declined to explain the other suspension but said it was not for sexual misconduct.

He said the student never returned to Stanford.

The question of whether Stanford should expel students who sexually assault their classmates erupted on campus in spring 2014, when a student named Leah Francis organized rallies to protest the university's handling of the issue. That spring, campus investigators determined that a student had sexually assaulted Francis in January. He was suspended briefly and allowed to earn a degree.

The Francis case energized protesters, who rallied on campus. An additional 7,000 people signed a petition urging the university to expel every student found responsible for sexual assault.

Leah's case shook Stanford," said Tessa Ormenyi, who graduated with Francis in 2014 and co-founded #StandWithLeah.

Soon another case shook the university — and the world — after Turner, the Stanford swimmer, sexually assaulted a woman outside a frat party in January 2015. This time, the anonymous victim, calling herself Emily Doe, brought criminal charges. At the sentencing hearing that June, Doe read aloud a letter she'd written to Turner describing the depths to which his crime had affected her.

Santa Clara County Superior Court Judge Aaron Persky sentenced Turner to six months in county jail.

Social media went wild, criticizing the sentence as a wrist slap. At graduation, several students carried signs condemning their school. "Stanford protects rapists," read one. "150 years of rape culture," read another, referring to the age of the venerable university. The Turner case also prompted California lawmakers to expand the state's definition of rape.

Dauber gathered nearly 100,000 signatures in support of a ballot measure to recall the judge. In June, Persky became the first California judge in 86 years to be voted out of office, with 60 percent of the vote against him.

Amid it all, Stanford convened a task force to study its response to sexual misconduct. Then, in February 2016, university officials enacted a policy making expulsion the "expected sanction" for sexual assault. But they did so only after narrowing the definition of sexual assault.

Under the new rules, anyone accused of having sex with an incapacitated person — someone too drunk to give consent, for example — must have caused the incapacitation or have "knowingly taken advantage of" an incapacitated person to be found responsible for sexual assault.

Those rules now make it nearly impossible for any Stanford student to be held responsible for sexual assault, said Emma Tsurkov, a doctoral student in sociology, who serves as the student government's representative on sexual violence.

"The easy way to get out of it is for the (accused) person to say they didn't know" the victim was incapacitated, she said.

In Talley's case, that's what her assailant told the panel that would decide his punishment.

When it declined to expel the student, Talley appealed.

The appeal officer offered a summary of the hearing panel's reason for finding the student responsible for sexual assault in the first place. The panel found that Talley "had consumed a large amount of alcohol and, given her diminutive stature, compounded by the lack of sleep and skipped meals, was unable to give consent. The panel further found that although (he) may not have known that (she) was incapacitated, a reasonably sober person would have known."

In rejecting Talley's request, the appeal officer said the panel had "reasonably concluded that (he) neither induced nor knowingly took advantage of an incapacitated person."

Tsurkov called the panel's decision troubling.

"The fact that we do not expel people who commit sexual assault means we tolerate their presence in our community," she said. "I don't think people walk around on campus contemplating rape. But in the moment, if they thought they could lose their place at Stanford — that they could get expelled — I think that could have a deterring effect."

181

Stanford signed an agreement with Talley in March to reimburse her for fees associated with the case, provide mental health counseling for five years, and pay her $10,000 for that purpose. It also agreed to hear her feedback about the university's process.

At a recent visit to the San Francisco office of her lawyer, Michael Bien, Talley appeared disheartened.

"To get to the end and have them say, 'Yeah, we unanimously agree, he definitely assaulted you' — and that warrants zero action," was beyond stressful, she said.

The outcome "is not disappointing," she added. "It's criminal."

Over 22 women, like Ghislaine Maxwell Ghislaine Maxwell trawl Stanford's high-end art galleries, tech parties and auction houses for pretty 'gallerinas' to have sex with Jeffrey Epstein-like Silicon Valley venture capitalists and tech CEO's. She was based out of John Doerr's Kleiner Perkins office parties. Chinese and Russian mobsters place young women at Stanford University and Stanford events to spy on tech developments and to try to sex up or marry influential tech CEO's. Websites like "*Seeking Arrangements*" have hundreds of ads from young co-eds at Stanford offering sex for money. Multiple women have claimed that The President of Stanford University would send "young, fashion model-type co-eds who were naturally large breasted"... to Larry Ellison as "interns", for which Ellison would make a cash contribution to Stanford University. The feature film "*The Social Network*", depicts a program of mini buses which deliver young sorority girls to Stanford frat houses for date rape parties where the girls are given drinks with drugs in them.

**Ghislaine Maxwell** would trawl high-end art galleries and auction houses looking to find so-called 'Gallerinas' to meet **Jeffrey Epstein**, a former friend has claimed.

Ms Maxwell regularly attended events at Christie's and Sotheby's on both sides of the Atlantic, the friend said.

'She would go to every art gallery opening and was a familiar presence at auctions and parties at Christie's and Sotheby's,' the friend said.

'The art world is full of pretty young girls and many of them are young and broke.

'You'd see her everywhere, often with beautiful blonde girls in tow.'

During a party at Christie's in London, she was spotted talking to Clementine Hambro, one of Princess Diana's bridesmaids, who this week admitted to twice flying on Epstein's 'Lolita Express' private jet.

'I was young, naive and lucky to escape,' Hambro said.

Maria Farmer, one of serial paedophile Epstein's victims, says she was 'picked up' by Epstein and Maxwell at a 1995 show to celebrate her graduation from the New York Academy of Art.

Epstein is also believed to have met Shelley Lewis – dubbed his 'secret girlfriend' – when she was working in the Contemporary Art Department at Christie's in New York in the late 1990s.

Maxwell is currently in custody awaiting trial in the US for allegedly enticing and trafficking minors and sex trafficking and commiting perjury.

She denies all the claims.

Ghislaine Maxwell attended events at Christie's and Sotheby's in the UK and US.  Ms Maxwell talked to Clementine Hambro, one of Princess Diana's bridesmaids. Hambro admitted to twice flying on Jeffrey Epstein's 'Lolita Express' private jet

**Ghislaine Maxwell** would trawl high-end art galleries and auction houses looking to find so-called young, dumb, greedy 'Gallerinas' to meet **Jeffrey Epstein**, a former friend has claimed.

Ms Maxwell regularly attended events at Christie's and Sotheby's on both sides of the Atlantic, the friend said.

'She would go to every art gallery opening and was a familiar presence at auctions and parties at Christie's and Sotheby's,' the friend said.

'The art world is full of pretty young girls and many of them are young and broke.

'You'd see her everywhere, often with beautiful blonde girls in tow.'

During a party at Christie's in London, she was spotted talking to Clementine Hambro, one of Princess Diana's bridesmaids, who this week admitted to twice flying on Epstein's 'Lolita Express' private jet.

'I was young, naive and lucky to escape,' Hambro said.

Epstein is also believed to have met Shelley Lewis – dubbed his 'secret girlfriend' – when she was working in the Contemporary Art Department at Christie's in New York in the late 1990s.

Maxwell is currently in custody awaiting trial in the US for allegedly enticing and trafficking minors and sex trafficking and commiting perjury.

Maxwell regularly supplied young girls to Kleiner Perkins executives and is photographed at Kleiner Perkins parties.

Sex was had in conference rooms, at the Rosewood Hotel, The Four Seasons Hotel and at various private homes in Woodside, California.

Often, The Coulter Art Gallery, The Anderson Collection Gallery And The Tesla Motors Stanford showroom parties have as many hookers and female execu-pimps as they do art enthusiasts.

Many of the women that have crafted their careers around getting young girls for rich Silicon Valley men do so under the guise of running a "charity". If the tech executive makes a "donation" to the 'Save The African Blow-Fish Foundation", or some such nonsense charity, of $20,000.00, they get 3 young interns sent to their home for an "interview". Most of these women were PR execs at tech companies or

183

the divorced wives of tech oligarchs who made connections when they were married to a Google or Facebook executive.

John Doerr and many others have been caught bribing Stanford to get special favors. **Ghislaine Maxwell** was very involved with Doerr and other Kleiner execs according to former employees of Kleiner including Ellen Pao.

Stanford University has had an inordinate number of staff sex scandals, campus rapes and cover-ups. Stanford loves to make it look like it is doing something about the sex industry on-campus while doing nothing. If rich guys thought there was no more repercussion-free sex exploitation at Stanford, they would stop coming. The profit motive keeps the seedy world of execu-sex running hot on the lush Stanford campus.

184

Page 185       EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 186        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

# BIBLIOGRAPHY & MAIN REFERENCES

Congressional report on DOE LGP program corruption

https://amgreatness.com/2020/09/14/the-billionaire-backers-of-the-insurrection/

GAO report set on mismanagement of DOE funds by DOE – Rusco

Bright Automotive public letter

https://projects.propublica.org/graphics/afghan

Past litigation goals, public disclosure wins and accomplishments

https://www.oann.com/author-lee-smith-says-president-trumps-enemies-have-launched-a-permanent-coup/

http://www.pacer.gov

https://www.thecreepyline.com

https://www.icij.org

https://stopelonfromfailingagain.com

http://vcracket.weebly.com

https://www.transparency.org

https://www.judicialwatch.org

https://wikileaks.org

https://causeofaction.org

https://fusion4freedom.com/about-gcf/

187

Page 188        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

http://peterschweizer.com/

http://globalinitiative.net

https://fusion4freedom.com/the-green-corruption-files-archive/

https://propublica.org

https://www.allsides.com/unbiased-balanced-news

http://wearethenewmedia.com

http://ec.europa.eu/anti_fraud/index_en.html

http://gopacnetwork.org/

http://www.iaaca.org/News/

http://www.interpol.int/Crime-areas/Corruption/Corruption

http://www.icac.nsw.gov.au/

http://www.traceinternational.org/

http://www.oge.gov/

https://ogc.commerce.gov/

https://anticorruptionact.org/

http://www.anticorruptionintl.org/

https://represent.us/

http://www.giaccentre.org/dealing_with_corruption.php

Page 189        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.acfe.com/

https://www.oas.org/juridico/english/FightCur.html

https://www.opus.com/international-anti-corruption-day-businesses/

https://www.opengovpartnership.org/theme/anti-corruption

https://www.ethicalsystems.org/content/corruption

https://sunlightfoundation.com/

http://www.googletransparencyproject.org/

http://xyzcase.weebly.com

https://en.wikipedia.org/wiki/Angelgate

https://www.opensecrets.org/

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

http://www.projectveritasaction.com

***Catch and Kill*** *By Ronan Farrow,*
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

**Permanent Record** *By Edward Snowden,* https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

**Brotopia** *By Emily Chang,* http://brotopiabook.com/

**Throw Them All Out** *By Peter Schweizer,* http://peterschweizer.com/books/throw-them-all-out/

***The Circle*** *By David Eggers,   https://archive.org/details/circle00dave*

189

Page 190      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

**World Without Mind**  *By Franklin Foer,*  https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

**A Journey into the Savage Heart of Silicon Valley** *By Corey Pein,*
https://www.goodreads.com/book/show/35684687-live-work-work-die

**Disrupted** *By Dan Lyons,*  https://www.goodreads.com/book/show/26030703-disrupted

**Chaos Monkeys** *By Antonio García Martínez,*  https://www.antoniogarciamartinez.com/chaos-monkeys/

**The Creepy Line** *By Matthew Taylor,*  https://www.thecreepyline.com/

**The Cleantech Crash** *By Leslie Stahl,*  https://www.cbsnews.com/news/cleantech-crash-60-minutes/

**Congress: Trading stock** *By Steve Kroft,*  https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

FBI form 302 reports on this case (
https://content.next.westlaw.com/Document/I5a46ff877ecc11e8a5b3e3d9e23d7429/View/FullText.html?contextData=%28sc.Default%29)

The Solyndra case FBI files ( https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ )

Case # 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  )

Task force case # xyz2020a  ( http://www.case-xyz2020a.com/ )

The DOJ and FTC high tech cases:

https://www.nytimes.com/2020/09/03/us/politics/google-antitrust-justice-department.html

https://www.ftc.gov/news-events/press-releases/2019/02/ftcs-bureau-competition-launches-task-force-monitor-technology

Page 191      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Case # 20-03664 (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf  )


Case # 1:12-CV-00774-mms and related cases and fbi/ftc/sec/fec case sub-set reports  ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism )


OMERTA FINAL.m4v  (  http://american-corruption.com/OMERTA%20FINAL.m4v  )


https://vimeo.com/452233943


http://testimony111.com/public/OMERTA_FINAL.m4v

**DELETED** – *The Book:* *http://deletedbook.com/*

Proof-1: One Set Of Evidence Proving The Assertions    (   http://www.webco22.com/proof  )


Proof-2: A Different Evidence Set Repository   (  http://newsplus007.com/   )


Reports: Documents Provided To Law Enforcement And Regulatory Agencies  (  http://testimony111.com/   )


Videos: Broadcast News Video Evidence Proving The Assertions  (  http://newsplus007.com/VIDEOS/ )


Photos, Memes And News Clippings About The Incident  (  http://newsplus007.com/VIDEOS/  )


Submitted To Congressional Investigators  (  http://newsplus007.com/secrets/  )


More News Videos Proving The Assertions Of Organized Crime And Corruption  ( http://evidencevideos.com/  )


The Perps - Who Ran These Crimes? THESE ARE THEIR NAMES!  ( https://newsplus007.com/public/Key_Perpetrators_List_A_For_FBI_And_Investigation_Task_Force.p

df  )

Inside The Google Empire  (  https://www.thecreepyline.com/  )

How Silicon Valley Rips Off Inventors  (  https://www.usinventor.org/  )

Meet Some Of Plaintiffs Investigators  (  http://www.ICIJ.org/  )

The Mobsters of Tech  (  https://vcracket.weebly.com/  )

Investigating Political Corruption  (  http://testimony111.com/  )

Who Does Your Senator Hire To Put Hit Jobs On Political Opposition? (  http://AMERICAN-CORRUPTION.COM/ )

Reports On The Corruption  (  http://AMERICAN-CORRUPTION.COM/  )

*HOW TO END POLITICAL CORRUPTION FOREVER  (  http://american-corruption.com/HOW %20THE%20PUBLIC%20IS%20ENDING%20POLITICAL%20CORRUPTION%20FOREVER %202.2.pdf  )*

NSA surveillance archives per each perpetrator mentioned herein

FBI surveillance archives per each perpetrator mentioned herein

FSB surveillance archives per each perpetrator mentioned herein

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

193

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.


Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.


Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences


Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research


Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).


Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42


Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change


Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International


Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics


Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Page 196      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Page 197        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Achua, J.K. 2011. Anti-Corruption in Public Procurment in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review

Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.

Journal of Public Economics

Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth

Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History

Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review

Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management

Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics

Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems

Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal

Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientalism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsitrative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances,

and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

208

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.

Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gereald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

215

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review


Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.


Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior


Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly


Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.


Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.


Asian Development Bank & Organization for Economic Co-Operation and Development.


2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).


Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.


Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy


Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics


Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency.Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidence in the Era of Multinational Corporations. George Washington International Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasia Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Page 239        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

239

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Rolad Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide. Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977

to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda.

Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources.

International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography.Economics of Governance


Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization


Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers


Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy


Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity


Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy


Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review


Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law


Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy


Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

248

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

250

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsitrative Data. Journal of Law & Economics

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G.

Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post-Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.

Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

261

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Page 267      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington, Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

267

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption.

Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Page 271        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

271

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List

Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

52. Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States. Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China. International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About

§1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception. New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers.

Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Page 286      EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse Challenges: An Effective Police Management Approach. International Journal of Police Science & Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Page 292        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model.Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.

De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luis. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luis. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics

Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade

Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.

Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice

Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.


Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.


Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer


Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.


Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry


Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development


Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.


Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance


Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance


Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime


Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics


Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy


Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law


Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics


diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal


Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory


Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory


Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.


Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters


Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.


Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper


Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

306

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

312

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdication", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson, Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchamps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Emprical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein, E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

327

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.

Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics


Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy


Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)


Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.


Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review


Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics


Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.


Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.


Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development


Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society


Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization.

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro) Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption.

International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientalism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review

Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

339

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nathaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavor. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

343

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

346

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).

Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsitrative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.

Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control.World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

358

Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M. Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review

Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Page 375     EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

375

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime. NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

379

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

381

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Roumeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraović & D. Ivanusec. 2002. Controlling Police Corruption: The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

388

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies

Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobatan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act. University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies .

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

398

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientalism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

402

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.


Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches


Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.


Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy


Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature


Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)


Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies


Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science


Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change


Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics


Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Page 407        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics

Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

407

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense.Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experince of Corruption Prevention Strategies. San Diego International Law Journal

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman &

Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)


Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.


Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice


Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)


Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .


Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)


Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.


Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.


Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.


Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.


Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

418

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research

Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsdorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

426

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexandra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics & Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

429

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society

Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013.

Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice

Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature

Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.

Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.

Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly

Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly

Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization

Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance

Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

Liu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.
 J
Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.


Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.


Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology


Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research


Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration


Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review


Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory


Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal


Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)


Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)


Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective. Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

446

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Empricial Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A.

Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from Randomized Brazilian Municipal Audits. Working paper.

452

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians' Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research & Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.

Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance'?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrissey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungiu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.

Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)

Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

Neudorfer, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantalist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientelism or Relational Clientelism? Healthcare and Sterilization in Brazil. Working paper.

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy


Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics


Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics


Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman


Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.


Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics


Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research


Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review


Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits. University of Chicago Legal Forum 2012: 129-150.


Noonan, John T. 1985. Bribes. New York: MacMillan.


Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.


Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, Brendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.

Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

478

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Costantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P.

Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

485

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilija, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI. Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign

Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.

Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1

Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business

Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business

489

Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.

Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.

Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform

Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)

Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Ronald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.

Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical —Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42

Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed., Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research


Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity


Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development


Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research


Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics


Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).


Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .


Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.


Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.


Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.


Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientalism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal of Public Administration

508

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach. Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

516

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities.

University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research

Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management & Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjarir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison

& Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

532

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014.

Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices.

CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.

Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners' Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

542

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stessens, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L.

Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.

Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientalism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000.

Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850. Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwrittten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan & R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube

& Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen

& Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition,"

in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed.

International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kathleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289

Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientelism in China: The Institutional Organization of a Smuggling Operation. Working paper.

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.

Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)

Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political Science

Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science

Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law

Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology

Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly

Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences. Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds.,
Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic
Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow
Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption?
When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement:
Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of
Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World
Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects.
International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of
Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and
Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business
Lawyer

585

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries . International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

Page 595        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 596          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District









Page 599        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



599

# FACEBOOK EXECS HAVE A CHILD SEX RING - MULTIPLE ARRESTS - ONGOING INVESTIGATIONS - FACEBOOK VR BOSS ARRESTED



**senior Facebook executive, 35, was caught in pedophile sting after 'grooming a 13-year-old boy with sick messages and arranging to meet up in Ohio hotel room'**



Page 601          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 602        EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District



# Acknowledgments

**Witnesses, victims and informants are protected by:** https://www.sos.ca.gov/registries/safe-home/  ; Public Domain use rights; Non-Commercial free information rights; Fair Use rights; Freedom of The Press; U.S. First Amendment; SLAPP; United Nations Human Rights Law - Per Amnesty International; GDPR; Privacy Tools At: http://privacytools.io; ACLU; ICIJ investigation group; State and Federal Constitutions; whistle-blower laws and the digital "insurance files".

This book and the public-interest anti-corruption efforts are sponsored, in part, by ***The Advanced Voluntary Electronic National Group-Excellence Reinforcement Services.*** Their current core mission is to terminate, 100% legally, every criminally corrupt oligarch (and the politicians they own) in Silicon Valley! They have been accomplishing this with an ad hoc CIA/FBI-type *team* of reporters, intelligence officers, FBI agents, lawyers, forensic researchers, AI corruption-hunting engines, private investigators and any member of the public that wishes to join the crowd-sourced research efforts. They have already terminated; caused the indictments or arrests of; and filed cases against; over 150 well-known public officials, oligarchs and their covert operatives.

They write DEA-6 draft reports, FBI 302 pre-interview draft reports, lawsuits, case files and related law enforcement preparation materials and submit those to all jurisdictional agencies with transparency-protection copies to all related interested agencies and parties. They file "*Criminal case referrals*" and "*Demands For Arrest*" with the FBI. They file cases with the FEC, SEC, OSC, GAO, DOJ, FTC and Congressional Investigation Committees. They have the legal authority, and training, to citizen-arrest any corrupt party, at any time, and in any location, for remand to the FBI or State Police. They sue corrupt entities in large public-interest law suits. They conduct mole surveillance within corrupt organizations for the preparation of case materials. They monitor each corrupt person with the skill and exactitude of the NSA or CIA supported by millions of average citizens. They are one of the most novel and *effective* anti-corruption entities in the world. They always get their target!

ICIJ, ACLU, Transparency International, ProPublica, Reddit Users, Voat Users, Sunlight Foundation, Judicial Watch, Cause Of Action and hundreds of other organizations, and their members, have assisted in this investigation. Every member of the public is encouraged to learn forensic investigative techniques and technologies online and deeply monitor and investigate the suspects listed in this document.

EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 605          EXHIBIT 88 – Case # 22-cv-1107-TSH, Norcal 9th District

# Check Back For Updates

**We are sifting through hundreds of thousands of pages of research, leaks, testimony and critical evidence...**