# GOVERNMENT OFFICIALS MANIPULATED THE WEB TO HARM PLAINTIFF'S BUSINESS AND INCOME

## VOLUME ONE

Revision 4.1

How A Handful Of Men Control What You Think You Know

# Table of Contents

FORWARD...........................................................................................................................3
Manipulation Techniques....................................................................................................4
Silicon Valley's Mood Manipulation Is Worse Than Mind Control..............................7
Silicon Valley Bots Shift Elections....................................................................................9
Facebook's Manipulation...................................................................................................10
Is Google's Mood Manipulation Ethical?.......................................................................14
The Science Of Mass Public Mood Manipulation By Facebook And Google........................17
Computerized News Manipulation Kills Democracy...............................................................29
Facebook Fake News Manipulation Designed To Trick You...................................................31
Big Tech Mind Manipulation Programs..................................................................................33
US Patent Confirms Human Nervous System Manipulation Through Your Computer & TV...............37
More Google Election Manipulation.......................................................................................41
Selling Fake News And Media Manipulation.........................................................................44
Corporate Lives Matter - Emotion Manipulation For Profiteering.........................................48
Facebook's Political Manipulation Services Can Get You Killed..........................................71
Under-Cover At Google........................................................................................................112
Media Produced Riot Creation Business Is Based On Stock Market Manipulation..............117
Facebook Confesses But Nobody Listens...........................................................................126
A Sad Anniversary................................................................................................................129
How To De-Google-ify Your Life: The Complete Guide To Leaving Google......................133
A Typical Mass Consumer Mind Screw..............................................................................144
EXHIBITS..............................................................................................................................155
NOTICES...............................................................................................................................189

# FORWARD

Foreign news outlets in our country exhibit the widespread "criminality" and "defamation tactics" of a mostly corrupt news media landscape. The Gawker/Gizmodo/Jalopnik tabloid empire is nothing more than an organized info-crime operation backed up by offshore money-laundering through Russia and the Ukraine.

Despite widespread recognition of their deceptive conduct, fools still read these trash publications.

There are massive conflicts of interest related to many news media outlets' conglomerate-ownership as well and industry figures' financial and familial links to companies, interests, and people they ostensibly report on.

'Fake news' isn't the proper term. It's the 'propaganda arm of the Silicon Valley Socialist oligarchs' In most cases.

It's no different than the Chinese Communist Party [and] the propaganda they put out. It's no different than what the Soviet Union did with the old Pravda media, and, quite frankly, it's no different than how Putin controls the media today, where 95 percent of his media in Russia is propaganda for the Putin regime. It's the same thing here with The Washington Post, NY Times, CNN, Hearst publications and all of the media owned by Hollywood and Silicon Valley.

Partisan news media should be treated as such. News media outlets such as the CNN, the New York Times, and the Washington Post regularly describe themselves as "politically objective and non-partisan." In reality they are a propaganda machine for sick Silicon Valley oligarchs.

The information institutions are corrupt. For example, Elon Musk is one of the most corrupt men in the world yet the socialist propaganda news media won't cover any of his crimes and corruptions in their publications because he pays political bribes to keep his dark side hidden in their media.

The public should not hurt legitimate news media outlets by engaging with and speaking to corrupt propaganda operations. One should only speak with genuine news media and not reward unethical companies with their time.

The following diagrams show what various independent researchers have discovered:

3

# Manipulation Techniques

A common tool Google, Facebook and Twitter use to exert control over their victims.

We all use manipulation at some point in our lives, whether it be telling a little white lie to get out of a situation, or using flattery to get what we want. For some people, however, **using manipulation is a way of life**, and their first weapon in an arsenal of techniques to overpower their victims.

**Who is at risk from the Silicon Valley media predators?**

Predators use a range of manipulation techniques in order to control their victims, but they often **target certain types of personalities.** This is because they want to be able to easily manipulate a person, and particular vulnerabilities in a person lend themselves to manipulation. You are more likely to become a victim of a media predator if you have low self-esteem, are naïve, easy to please, lack an assertive native and have no confidence in yourself.

Here are **20 of the most common manipulation techniques:**

1. Lying

Predators are constantly lying about practically everything in their life. They do this to wrong-foot their victim and confuse them. Lying is one of the manipulation techniques psychopaths typically use because they have no qualms about it.

2. Not telling the whole story

This is different to lying as a predator will often keep a key part of the story to themselves in order to put their victim at a disadvantage.

3. Frequent mood swings

Never knowing what mood your partner is going to be in when you get home, whether they'll be happy or angry is a very useful tool to the predator. It keeps their victim off balance and makes them more malleable.

4. Love-bombing and devaluation

Narcissists typically use love bombing as a manipulation tactic, they will go on a charm offensive and get you hooked into thinking this is the best relationship ever, then they'll drop you like a ton of bricks without explanation.

5. Punishment

This can include anything from constant nagging, shouting, the silent treatment, physical violence and mental abuse.

4

6. Denial

Often the simplest way a predator will manipulate a person is by denying the thing they are accused of ever happening.

7. Spinning the truth

How many times have politicians twisted the facts to suit themselves? This spinning of the truth is often used to disguise bad behaviour by predators such as sociopaths.

8. Minimising

Where a predator will try and play down their actions as not important or damaging and shift the blame onto the victim for overreacting.

9. Plays the victim

The manipulator will themselves take on the role of victim in order to gain sympathy and compassion from those around them. We as humans are naturally drawn to helping people when they are suffering.

10. Targets the victim

When a manipulator accuses the victim of wrongdoing, they are making the victim defend themselves whilst the predator is able to mask their own manipulation techniques. The focus is on the victim, not the accuser.

11. Positive reinforcement

This includes buying expensive presents, praising them, giving money, constantly apologizing for their behaviour, excessive charm and paying lots of attention.

12. Moves the goal posts

You might think you know where you stand with a person, but if they are constantly moving the goal posts in order to confuse you, then it's likely you're dealing with a predator.

13. Diversion

Diverting the conversation away from the perpetrator's act and moving the conversation onto a different topic is a typical way predators manipulate their victims.

14. Sarcasm

A predator will often be sarcastic about their victim in front of others. They do this to lower the self-esteem of the victim and to show others how powerful they are.

15. Guilt tripping

Someone who manipulates will often guilt trip their victim by saying that they don't care about them, or that they are selfish or their life is easy. It all helps to keep that person confused and anxious.

16. Flattery

Using charm, praise or flattering the victim is one way of gaining that person's trust. The victim is naturally happy to receive such compliments but in doing do lowers their guard.

17. Playing the innocent card

A true manipulator will feign utmost shock and confusion at being accused of any wrongdoing. Their surprise is so convincing that the victim may question their own judgement.

18. Over the top aggression

Manipulators often use rage and aggression to shock their victim into submission. The anger is also a tool to shut down any further conversation on the topic as the victim is scared but focused now on controlling the anger, not the original topic.

19. Isolation

It is far easier to keep a person under control if they are isolated from family members and friends who could shed some light and truth on the situation.

20. Feigns love and empathy

Predators such as psychopaths and sociopaths do not know how to love someone other than themselves, and cannot feel empathy, but they can pretend to in order to inveigle others into their lives.

If you watch out for the above manipulation techniques, you can keep yourself out of a predator's clutches.

**References:**

1. https://en.wikipedia.org/

2. http://thoughtcatalog.com/

6

# Silicon Valley's Mood Manipulation Is Worse Than Mind Control

By Kyle Munkittrick |

Do Androids Dream of Electric Sheep? (Blade Runner's dead-tree forebear) opens with Deckard arguing with his wife about whether or not to alter her crummy attitude with the "mood organ." She could, if she so desired, dial her mood so that she was happy and content. Philip K. Dick worried that the ability to alter our mood would remove the authenticity and immediacy of our emotions. Annalee Newitz at io9 seems to be worried mood manipulations will enable a form of social control.

Theworry comes from recent developments in neuro-pharmaceuticals. Drugs are already on the market that allow for mood manipulation. The Guardian's Amelia Hill notes that drugs like Prozac and chemicals like oxytocin have the ability to make some people calmer, more empathetic, and more altruistic. Calm, empathetic, and altruistic people are far more likely to act morally than anxious, callous, and selfish people. But does that mean mood manipulation going to let us force people to be moral? And if it does, is that a good thing? Is it moral to force people to be moral?

The question is a strange one. Force people to be moral – what does that even mean? Let's cast some clarity onto the issue of moral enhancement:

The field is in its infancy, but "it's very far from being science fiction", said Dr Guy Kahane, deputy director of the Oxford Centre for Neuroethics and a Wellcome Trust biomedical ethicsaward winner.

   "Science has ignored the question of moral improvement so far, but it is now becoming a big debate," he said. "There is already a growing body of research you can describe in these terms. Studies show that certain drugs affect the ways people respond to moral dilemmas by increasing their sense of empathy, group affiliation and by reducing aggression."

That last sentence is a critical one, so I'm going to disassemble it. Some drugs affect, that is, influence or temper a person's response to a moral dilemma. Your initial response might be, "I don't want my decisions being influenced by a drug!" We see ourselves as rational beings in control of our emotions. But our mood is often critical to our decision making, particularly in regard to how we react to others.

We intuitively recognize that mood is often related to morality. When a person is upset or depressed, they can "snap" at a friend, being unjustifiably cruel, violent, or neglectful. Often a person who snaps at a friend will immediately apologize, offering "I don't know why I did that. I'm in a bad mood, but not at you in particular. I'm sorry." In these cases, mood creates poor conditions for moral behavior towards friends, let alone acquaintances or general strangers.

7

The important point is that mood creates conditions conducive to moral behavior. Mood does not determine moral behavior. Like many discussions around human enhancement, it is impossible to overemphasize the difference between determining and enabling a behavior or trait. Think of it like buying a pair of running shoes. Just because you own the shoes, or even if you choose to wear your running shoes every day, doesn't mean you'll go running. But you're more likely to go running in running shoes than if you are wearing flip-flops or snow boots.

Mood enhancers work the same way. I might take a pill that makes me more more likely to be empathetic and altruistic, but it doesn't guarantee that I will be any more than me having a crummy day will make me a jerk to others. Humans are able to exercise reason and willpower over our emotions and moods to control our actions.

The great thing about mood enhancers is that they make it so that our reason and willpower don't have to overcome anger, fear, and angst to enable us to do the moral thing. A person in the right mood has an easier time making good choiceswhen faced with moral dilemmas. There is, of course, a caveat:

Ruud ter Meulen, chair in ethics in medicine and director of the centre for ethics in medicine at the University of Bristol, warned that while some drugs can improve moral behaviour, other drugs – and sometimes the same ones – can have the opposite effect.

"While Oxytocin makes you more likely to trust and co-operate with others in your social group, it reduces empathy for those outside the group," Meulen said.

As with every other technology in existence, mood manipulation and moral enhancement is a double-edged sword. Again, mood manipulation creates the conditions conducive to moral or immoral behavior, as the case may be. But, no matter how you look at it, mood manipulation is not mind control.

# Silicon Valley Bots Shift Elections

Political manipulation bots were 2.5 times more effective than humans during the US Presidential debate

There were fewer of them than we thought, but that didn't diminish their power, say researchers.

BY  ZOEY CHONG

Twitter bots are really, really good at shaping your political opinion.

You already know bots are capable of shaping our political views. Now new research shows they were more powerful than we thought.

Fake accounts were around 2.5 times more influential than humans during the 2016 US presidential debate, according to researchers from the Australian National University Wednesday.

The study was based on an analysis of 6.4 million tweets posted over a 90-minute duration "before, during and after" the first televised debate between Donald Trump and Hillary Clinton.

Twitter bots were found to be more politically engaged than humans with higher tendencies to be pro-Republican. They were found to be more successful at influencing opinion on the platform than "highly influential" personalities -- such as Oprah Winfrey -- who tended to be more pro-Democrat, the researchers wrote.

Of the 1.5 million accounts that were active during the period, only 4.8 percent were "clearly" bots, said Dr. Timothy Graham, one of the lead researchers.

"This figure was really underwhelming given we've seen other reports and studies claiming 20 to 30 percent of Twitter accounts were bots," said Graham, adding his team's research exposed the "biases in methodologies" which could have "inflated those figures."

"It's startling to find those 4.8 percent of bots were on average 2.5 times more influential than humans," he continued. "And because of the way bots… attach themselves to influential human users, they were more successful at getting real users to retweet and engage with their consent."

So did bots win Trump the 2016 election? Although Graham called the research's results "robust," he was careful about coming to a conclusion based on the study because the 90-minute sample of Twitter activity used in it was "very small."

9

# Facebook's Manipulation

It can manipulate your mood. It can affect whether you vote. When do we start to worry?

The social network admits manipulating its users' emotions through the content it put in their newsfeeds. Think that's creepy? A couple of years ago, it influenced their voting patterns, too. When do we get scared about what Facebook could do with its power?

BY

LAURIE PENNY

BY ALTERING PEOPLE'S NEWSFEEDS TO SHOW MORE "POSITIVE" OR "NEGATIVE" CONTENT, FACEBOOK'S "RESEARCH" SOUGHT TO UNDERSTAND HOW FEELINGS CAN SPREAD. IMAGE: GETTY

When you clicked the little box that said you agreed to Facebook's terms of service, you agreed to be a lab rat.

The internet is alight with news of a study conducted by the social media company's research department into "emotional contagion". Over 600,000 people had their Facebook newsfeeds altered to reflect more "positive" or "negative" content, in order to determine if seeing more sad messages makes a person sadder. The "negative" content wasn't entirely censored from the newsfeeds of the test subjects – if you checked in to your friend's personal page, you could still see if he'd had a good day or not. But the newsfeeds themselves were tweaked without warning, and the emotional responses of test subjects tracked, judged by changes in their use of language.

The findings of the study – that people are influenced by the emotions of others online as they are offline – surprised precisely nobody. The findings are not the point. The point, and indeed the fact that has sent ripples of outrage around the web, is that Facebook can do this. Facebook can manipulate the emotions of hundreds of thousands of people just to see what happens.

I've been digging into this story for a number of weeks now. Having read the paper and spoken to a number of experts in the field, including those who are more informed than me about the dirt-under-the-fingernails procedures of psychological research, I am not convinced that the Facebook team knows what it's doing. It does, however, know what it cando – what a platform with access to the personal information and intimate interactions of 1.25 billion users can do.

Nobody has ever had this sort of power before. No dictator in their wildest dreams has been able to subtly manipulate the daily emotions of more than a billion humans so effectively. There are no precedents for what Facebook is doing here. Facebook itself is the precedent. What the company does

10

now will influence how the corporate powers of the future understand and monetise human emotion. Dr Adam Kramer, the man behind the study and a longtime member of the company's research team, commented in an excited Q & A that "Facebook data constitutes the largest field study in the history of the world." The ethics of this situation have yet to be unpacked.

I put a number of questions to Facebook's representatives, including Dr Kramer, over the course of three weeks of phone calls, emails and direct messages. I was repeatedly told that Adam Kramer was too busy to talk to me and would remain too busy for the foreseeable future, although Dr Kramer himself told me that he couldn't speak to me without the say so of the press team. Facebook were unavailable for comment. Facebook went to some lengths to be as unavailable as possible for comment without directly telling me where to shove my inquiry. Facebook were unavailable for comment in the way that a man who, on hearing the doorbell, runs out of the back door and over the garden wall is not at home to visitors.

I asked if it was possible for users to find out if their own newsfeeds had been altered. No answer. I asked if it was possible for users to opt out of any further such studies. No answer, but if I'd got one, I suspect it would have been "no" – all users agree implicitly to be experimented upon when they sign up for the service. I asked if anyone had bothered to check up on all the people in whom negative emotions were apparently induced. No answer.

The one thing Facebook's representatives would tell me is that yes, they had indeed carried out the study and yes, they had been looking into the effects of emotional contagion for some time. Right now, the internet is outraged that Facebook played with the emotions of over half a million users in the name of research, without their consent. But one key thing to remember here – and what becomes clear upon reading through half a decade's worth of news reports – is that Facebook have been doing this for years. The company's suggestion that it doesn't understand all the fuss about its "emotional contagion" research is rather undermined by the fact that it has been conducting said research at great expense and for some time.

Their barely-consensual experiments with manipulating emotion and ideologies, rather than merely tracking their patterns, are not new. They are ongoing. Facebook is deeply invested in "what happens when you apply the science of how people relate to each other to social technology", to quote from the prospectus for their recent "Compassion Research Day". The ethics of altering people's experience of the world on this scale, without their consent, for the purposes of research, do not appear to trouble the Facebook research team.

Emotional engineering is, and always has been, Facebook's business model. It is the practice of making itself socially indispensable that has ensured that, for many millions of people, Facebook has become the default front page of the internet. Their newsfeed is literally that – it's the first place many of us go to find out what's been happening in the world, and in the worlds of those we love, those we like, and those we once met at a party and got an awkward friend request from two weeks later. Nathan Jurgenson, a social media theorist, researcher at Snapchat and editor at the New Inquiry, told me that:

11

"This is part of the terms of service. All design plays at our emotions. That study didn't mention the like button, which is itself emotional engineering."

Of course, actual newspapers have been doing this since the days of hot type. They select stories to represent a particular worldview, alter content to suit their advertisers, change headlines, circulate propaganda. But Facebook is not a newspaper: it is a distribution platform, a site of social exchange. The equivalent here is not, just for example, the Sun newspaper deciding to back up Rupert Murdoch's view of the world, but your local pub, shop, supermarket and post office suddenly refusing to stock anything but the Sun without prior warning.

Most experiments of this sort, although there have been few on this scale, offer subjects a blind choice on the assumption that the choices will be harmless to them. Aleks Krotoski, an expert in internet research methods who has a PhD in social research, told me that while the study passed two ethics research boards, "for such a networked study, ethics boards consider the following when waiving the need to gain informed consent: the research must not involve greater than minimal risk". What Facebook has done, by its own claims, is not harmless. The test induced negative emotions in tens of thousands of people in order to prove a point.

Writing at Medium, Zeynep Tufekci identifies this as "a Gramscian model of social control: one in which we are effectively micro-nudged into 'desired behaviour' as a means of societal control". That sort of control was never possible on this scale before. Television couldn't do it. Radio couldn't do it. Newspapers couldn't keep track of how an individual reader was feeling and who they were talking to and determine what message to send. Social media companies can do all of that, and more. This has already extended to control of voting behaviour.

Facebook has already manipulated the voting behaviour of its users, and bragged about it, too.

I'm going to give you a second to consider the implications of that.

Here's what happened. In 2010, Facebook made small, experimental alterations to the banners it released reminding US citizens to vote. Most users saw a banner encouraging voting, with images below the banner of Facebook friends who had already voted, or who had at least clicked the button claiming so (four per cent of people turned out to be lying about that). Two randomly-selected groups of 600,000 users – this seems to be the magic number for Facebook's in-house wonks – saw a message without the faces of their friends, or no message at all. The 2012 study based on this data claimed that Facebook's "get out and vote" messages may have caused an extra 340,000 votes to be cast, and that merely manipulating the message changed those numbers by tens of thousands. They determined this by examining public voter rolls: cross-checking private status information against the records the state holds on your political activity.

The abstract proudly declares that its results "show that the messages directly influenced political self-expression, information seeking and real-world voting behaviour of millions of people". The lead researcher on the voter-manipulation experiment, Dr J Fowler, told CNN: "If we want to make the

world a better place on a massive scale, we should focus not just on changing a person's behavior, but also on utilising the network to influence that person's friends."

For you and me, this is a massive secret political experiment on the creepy-totalitarian side of interesting. For a senator, or a Member of Parliament, this news means and meant much, much more. It means power. Power of a new and breathtaking kind. Power that demands to be paid attention to and courted.

What if Facebook, for example, chose to subtly alter its voting message in swing states? What if the selected populations that didn't see a get-out-and-vote message just happened to be in, say, majority African-American neighbourhoods? The fact that Facebook are obviously good guys who get movies made about them with Aaron Sorkin scripts and Trent Reznor soundtracks and would obviously never do such a thing doesn't change the fact that they could do it, and more if they chose, and then claim it as research.

The studies, taken individually, are creepy quasi-consensual experiments on individuals' most intimate feelings and most important choices. Taken together, there's a terrifying pattern.

Facebook's service is not free. Facebook's product is your information, your worldview, your memories and experience, and that is what you pay with every time you log in. That information is power of a quality that is can be traded upon and sold.

The simple answer would, of course, be that if you don't want to be spied on, emotionally manipulated and studied, quit Facebook. But that's not how the modern economy of information works. It never has been. There is a cost to not participating in these new networks. The choice not to participate is the choice to miss out on events, birthdays, status updates. Your best friend's wedding photos. Your young cousin's call for help at four in the morning. Professional networks, like "Binders Full of Women Writers", the great big glorious global group of authors and journalists I got an invite to last week. And, most importantly, news about the world. The recent articles I've read on the the Facebook emotional contagion study have been linked on my Facebook newsfeed. I find my own emotions negatively impacted by the news, and can't help but wonder if anyone's tracking that fact, if perhaps I should try to throw them off the scent by posting some pictures of adorable baby sloths.

More people live a part of their lives on Facebook than live in any single country on earth, apart from China. It is, effectively, a country itself, a country of pure information where the authorities know everything you do and can change everything you see, without even telling you first. They can make sure you only hear happy news on a particular day, to encourage you to buy more MacGuffins. And they can manipulate the way you vote.

If Facebook is a country, then it is a corporate dictatorship. This is not a metaphor. I believe that it is beyond time that we began to hold social networking not just to the laws of the market, but to the common laws of the societies we live in and the societies we want to see. Principles like the right to receive information without impediment. Principles like not making tens of thousands of people sad for

your personal gain. Principles like corporations not messing about with the voting behavior of their users in any way, for any reason. And right now is when those principles, those precedents, will be decided.

# Is Google's Mood Manipulation Ethical?

It's a bit like hijacking somebody's brain, really.  If, through your art, you invade somebody's emotional state and change it, so that they feel something about your art, instead of about their current real-life circumstances, you're manipulating them.  It's unarguable.  You've taken command of their attention and consequently, you can level their blood pressure up or down, make them feel inappropriately hopeful or else unrealistically despairing, or you can turn them on and arouse them, when that has nothing to do with their current surroundings.

Artists use their art to create emotionally affective experiences.  That's what they do and they do it deliberately.  Art is meant to reach you, emotionally and touch you deeply.  The best art always does and we enjoy art which has this power, in the main.  We have a preference for it.  In a sense, artists are manipulators of mood.  It's quite a potent ability and using it unwisely or maliciously can have unforeseen consequences.  Murders have been committed because some piece of art or other compelled a madman to act on impulse.  Granted, it might not have been the root cause, but art is often a contributory factor.

During the great depression, the playing of "Buddy, Can You Spare a Dime?" was discouraged, because it was thought to lead to swathes of suicides.  It does beg the question:  when is it right and ethical to manipulate the mood of an audience and when is it not?

Advertisers and propagandists will tell you that they're manipulating the mood and emotional state of an audience for a higher good, but what is that higher good?  Is it to shore up unearned, illegitimate privilege, to milk people of their money or support, for causes they would not ordinarily support?  Are they being led to act against their own interests?  Is it to change their minds about the observable facts, so that they enter into a fantasy hallucination, which whitewashes reality, rather than trusting their own senses?

Advertising exists because of a belief that you can manipulate people into buying something they don't actually want or need and often cannot afford, relative to more worthwhile calls on their spending.  Is that ethical?  Should artists participate in and contribute to this assault on reason?

When is it good or acceptable for an artist to affect the mood of other people?  I think this is an important question, which goes to the very heart of our humanity.  If you have a strength, should you use that strength to dominate and control, conquering all in your wake, or should you use it to protect and safeguard those that lack it?  When you hijack somebody's emotional state and change it, through your art, don't you owe them a duty of care to do no harm, in that act?

In the jaws of abject misery, should you make people feel unrealistically happy and accepting of it, or should you show it back to them, in vivid detail, at the risk of making them feel even more miserable than they already are?  When people are content and satisfied, should you induce insecurities about

15

their acceptability and their prospects, so that they worry unnecessarily about things that don't matter and buy products to solve their newly perceived (and wholly manufactured) problems?


Before advertising, there was no such thing as halitosis or body odour.  Of course, there was, but nobody felt like a social pariah for having wholly human aspects to their existence.  We're animals, after all, prone to bacterial invasion of our mouth cavities and arm pits.  Now, we've been manipulated to believe in pure denial – that only the unfortunates have bad breath and sweaty underarms.  We're invited to believe that the best people don't and that in order to join them, we must pay money to a beneficent manufacturer who has, fortunately for us, created a temporary solution to this dreaded problem.  The bacteria haven't seen those ads.

Is it right to let advertisers, through their art forms, made by artists, assert that your beautiful girlfriend or wife is ugly, unsightly, inadequate and less than human?  Should she spend her days in guilt and angst, worrying about her cellulite and less than perfect bosoms?  Will she come to believe, through those manipulations, that she is less than a real woman unless she disguises her features with paints and unguents, applied directly to a very delicate and vital organ, her skin?

Most popular music encourages a lifestyle of debauched excess and rampant promiscuity, but is it realistic or even possible to live such a life, without foreshortening it prematurely?  If we felt the way the totality of our art, to date, encourages us to feel, how would we feel?  Would we believe we lived in a violent world which cannot be changed, where all disputes are settled at the point of a gun and where intellect and rational debate are seen as stupid weaknesses and vulnerabilities that must be exploited by stronger people, willing to assert their macho personas?  Would we believe there is no alternative and that our helplessness is absolute?  Would we lose touch with our agency and our ability to shape the world into a better thing?

Are we also in danger of inducing manipulation fatigue?  Have people been so mood altered, for so long, by so many other people, that we've become numb to it and everything else?  Has it caused us to lose any sense of who we are, what we really want and of how we would ideally live a fulfilling and satisfying life, as opposed to one that requires us to live in constant fear of violent reprisal for any transgression from orthodoxy?  Have we been so manipulated, to saturation point, that we've lost the ability to even see it?

Is it right to so fatigue people's emotional responses that they become desensitised to things they really ought to react to, in a healthy, emotional way?  Do we rob people of their empathy and ability to care about important things, if we bombard their emotions with demands to change, on our command and whim, for no worthwhile reason?  Is mood altering in a capricious way actually just causing everybody to become insensate, in aggregate?  Do we want to create a population of unfeeling robots?

Go into any retail store and you're subjected to mood music.  It's meant to prime you for purchasing. People are harvesting your emotional state all the time, with a view to manipulating it in their favour.

Just the way you interact with a touch screen (sentic signatures) can reveal a lot about how you're feeling.  Facebook and others are patenting techniques for using the violence or passivity in your touch screen gestures to target ads at you, meant to exploit your current emotional state, or catch you at moment when you are susceptible to having a mood induced.  They don't just change the ads, to match your mood; they change the content of your timeline, knowing that you will react in certain ways to selected content – selected by them to change how you feel.  You are being manipulated without you even being aware of the manipulation and it's at a colossal, previously unimaginable scale.

As an artist, it's important to ask yourself if you are manipulating mood to exploit a person, without their consent and awareness, or to nurture their growth, contributing to their well-being and ability to thrive.  If you take responsibility for nothing else, in this world, you at least have to take responsibility for that.  Do you entertain the mindset that your audience is yours to experiment with, psychologically, whether or not they consent, like some kind of freely available resource, or do you believe you owe them a greater duty of care, as fellow humans?  Do you provide them with the ability to engage in your emotional manipulation, with informed consent and do they have the ability to opt out, rather than having it imposed upon them (like advertising often is).  Is your opt-out deal a realistic option, or is there a punishment attached to not playing?  Are you offering everything on a take it or leave it basis, with no real option of being left alone, emotionally?  Does your artistic, emotional manipulation rely on deception or stealth for its impact?

There was an outcry when it was discovered that Facebook was deliberately and surreptitiously manipulating mood as a giant psychological experiment.  People were rightfully dismayed and highly vocal in their disapproval.  Everybody, except Facebook, intuitively felt it was wrong.  Now, Facebook simply invites you to volunteer your emotional reactions, through those cute little emojis that come up when you hover over "Like", so that they can mood match advertising and content to your self-reported emotional state, when you are, by your own admission, most open and receptive to their messages.

What if the message is to keep you enslaved in a fictional version of reality, which through your acceptance becomes your actual reality, where someone else is your master and you are their captive slave?  What if you are made to vote "leave" or "remain" through sheer mood manipulation, rather than facts or any rational analysis of what's actually best?  The big data analytics technology exists to overwhelm your free choice and to manipulate you every which way, using your emotions against you.  Is that something you want to participate in propagating and upholding, as an artist?

Artist: are you an open, honest, authentic, trustworthy affecter of emotions or a bloody sociopath?  What's it to be?

Artists, in being able to influence the emotional states of their audiences, wield an uncommon and potent super power over the rest of humanity.  They need to be careful and ethical in how they use it.  Mind how you go.

17

# The Science Of Mass Public Mood Manipulation By Facebook And Google

In a scientific Study # 1 subjects high and low in trait anxiety were asked to identify the colour of anxiety-related, anxiety-matched neutral, happiness-related and happiness-matched neutral words. There were two types of stimulus presentation: blocked trials, where stimuli were blocked with respect to their valence, and mixed trials, where stimuli were mixed with respect to their valence. Subjects high in trait anxiety took longer to identify the colour of anxiety-related compared to matched neutral words for blocked-trial presentation only. In Study # 2 subjects were exposed to either a positive or a negative mood-manipulation followed by a mixed-trial Stroop task. The mood manipulation procedure was successful in producing predicted changes in self-reported state anxiety. Analyses showed that high-trait-anxiety subjects exhibited interference effects consistent with the induced mood. No such effects were observed for the low-trait-anxiety subjects. This, and thousands of other scientific tests prove that you can manipulate masses of the public without their knowledge or consent. Google ad Facebook use these tactic daily. Here are some of the scientific reports proving this assertion:

•Neuropsychologia, (2017).

Crossref

•Aude Silvestre, Johanne Huart and Benoit Dardenne, Implicit Belittlements Call for Implicit Measures: Emotional Reactions to Youth Paternalistic Stereotypes, Psychologica Belgica, 57, 2, (133), (2017).

Crossref

•Ana I. Agustí, Encarnación Satorres, Alfonso Pitarque and Juan C. Meléndez, An emotional Stroop task with faces and words. A comparison of young and older adults, Consciousness and Cognition, 53, (99), (2017).

Crossref

•Dale J. Cohen, Katherine A. Barker and Madeline R. White, A standardized list of affect-related life events, Behavior Research Methods, (2017).

Crossref

•Ana P. Pinheiro, Carla Barros, Marcelo Dias and Margaret Niznikiewicz, Does emotion change auditory prediction and deviance detection?, Biological Psychology, 127, (123), (2017).

Crossref

18

•Kamil Imbir, Tomasz Spustek, Gabriela Bernatowicz, Joanna Duda and Jarosław Żygierewicz, Two Aspects of Activation: Arousal and Subjective Significance – Behavioral and Event-Related Potential Correlates Investigated by Means of a Modified Emotional Stroop Task, Frontiers in Human Neuroscience, 11, (2017).

Crossref

•Kamil K. Imbir, Tomasz Spustek, Joanna Duda, Gabriela Bernatowicz and Jarosław Żygierewicz, N450 and LPC Event-Related Potential Correlates of an Emotional Stroop Task with Words Differing in Valence and Emotional Origin, Frontiers in Psychology, 8, (2017).

Crossref

•Nicholas Watier and Michael Dubois, The Effects of a Brief Mindfulness Exercise on Executive Attention and Recognition Memory, Mindfulness, 10.1007/s12671-016-0514-z, 7, 3, (745-753), (2016).

Crossref

•Liesbet Van der Borght, Senne Braem, Michaël Stevens and Wim Notebaert, Keep calm and be patient: The influence of anxiety and time on post-error adaptations, Acta Psychologica, 164, (34), (2016).

Crossref

•Tamara J. Sussman, Jingwen Jin and Aprajita Mohanty, Top-down and bottom-up factors in threat-related perception and attention in anxiety, Biological Psychology,121, (160), (2016).

Crossref

•Muk Yan Wong, Towards a theory of mood function, Philosophical Psychology, 29, 2,(179), (2016).

Crossref

•Michael G. Reynolds and Robin M. Langerak, Emotional Stroop Dilution: The boundary conditions of attentional capture by threat words, Acta Psychologica, 159, (108), (2015).

Crossref

•Sooleen Nam, Kichun Nam and Yeonji Baik, Cognitive and Emotional Inhibition Processes of Gifted Children: Word-color and Emotional Stroop Effects, Journal of Gifted/Talented Education, 25, 4, (469), (2015).

Crossref

•Adrian Wells and Peter L. Fisher, Metacognitive Therapy: Theoretical Background and Model of Depression, Treating Depression, (144-168), (2015).

Wiley Online Library

•Evren Ayranci and Nurdan Çolakoğlu, An empirical study on the nexus between the emotional intelligence of top managers and their assessment of intellectual capital, Quality & Quantity, 48, 4, (2023), (2014).

Crossref

•Frank J. Farach, Teresa A. Treat and Justin A. Jungé, Effects of induced and naturalistic mood on the temporal allocation of attention to emotional information, Cognition and Emotion, 28, 6, (993), (2014).

Crossref

•Moshe Shay Ben-Haim, Yaniv Mama, Michal Icht and Daniel Algom, Is the emotional Stroop task a special case of mood induction? Evidence from sustained effects of attention under emotion, Attention, Perception, & Psychophysics, 76, 1, (81), (2014).

Crossref

•Hannah Kathleen Skinner and Heather Ferguson, The Attentional Blink Paradigm in Individuals with High and Low Levels of Depression and Anxiety, Journal of European Psychology Students, 5, 3, (89), (2014).

Crossref

•Marie-Laure B. Lapointe, Isabelle Blanchette, Mélanie Duclos, Frédéric Langlois, Martin D. Provencher and Sébastien Tremblay, Attentional bias, distractibility and short-term memory in anxiety, Anxiety, Stress & Coping, 26, 3, (293), (2013).

Crossref

•Sara V. Tupak, Thomas Dresler, Meike Badewien, Tim Hahn, Lena H. Ernst, Martin J. Herrmann, Jürgen Deckert, Ann-Christine Ehlis and Andreas J. Fallgatter, Inhibitory transcranial magnetic theta burst stimulation attenuates prefrontal cortex oxygenation, Human Brain Mapping, 34, 1, (150-157), (2011).

Wiley Online Library

•Marko Paelecke, Yvonne Paelecke-Habermann and Peter Borkenau, Temperament and Attentional Bias in Vocal Emotional Stroop Tasks, European Journal of Personality,26, 2, (111-122), (2012).

Wiley Online Library

•Adrian Wells, Metacognitive Therapy, Acceptance and Mindfulness in Cognitive Behavior Therapy, (83-108), (2012).

Wiley Online Library

•Julie Bertels, Régine Kolinsky and José Morais, Lack of habituation to shocking words: The attentional bias to their spatial origin is context free, Cognition & Emotion, 26, 8, (1345), (2012).

Crossref

•Jonna K. Vuoskoski and Tuomas Eerola, The role of mood and personality in the perception of emotions represented by music, Cortex, 47, 9, (1099), (2011).

Crossref

•Jianfeng Wang, Lei Liu and Yong Zheng, Effects of implicit power motive on the processing of anger faces: An event-related potential study, Journal of Research in Personality, 45, 5, (441), (2011).

Crossref

•Stephanie M. Merritt, Affective Processes in Human–Automation Interactions, Human Factors: The Journal of the Human Factors and Ergonomics Society, 53, 4, (356), (2011).

Crossref

•Isabelle Blanchette and Anne Richards, The influence of affect on higher level cognition: A review of research on interpretation, judgement, decision making and reasoning, Cognition & Emotion, 24, 4, (561), (2010).

Crossref

•Thomas Dresler, Katja Mériau, Hauke R. Heekeren and Elke Meer, Emotional Stroop task: effect of word arousal and subject anxiety on emotional interference, Psychological Research Psychologische Forschung, 73, 3, (364), (2009).

Crossref

•T. Canli, J. Ferri and E.A. Duman, Genetics of emotion regulation, Neuroscience, 164, 1,(43), (2009).

Crossref

•Laura Lanteaume, Fabrice Bartolomei and Mireille Bastien-Toniazzo, How do cognition, emotion, and epileptogenesis meet? A study of emotional cognitive bias in temporal lobe epilepsy, Epilepsy & Behavior, 15, 2, (218), (2009).

Crossref

•M.-H. Bardel and F. Colombel, Rôles spécifiques de l'anxiété trait et état dans l'apparition et le maintien des biais attentionnels associés à l'anxiété : état des lieux et pistes d'investigation, L'Encéphale, 35, 5, (409), (2009).

Crossref

•Midori Inaba and Hideki Ohira, Reduced recollective memory about negative items in high trait anxiety individuals: An ERP study, International Journal of Psychophysiology, 74, 2, (106), (2009).

Crossref

•Caoilte Ó Ciardha and Michael Gormley, Comparing Two Implicit Cognitive Measures of Sexual Interest: A Pictorial Modified Stroop Task and the Implicit Association Test, Cognitive Approaches to the Assessment of Sexual Interest in Sexual Offenders, (177-201), (2009).

Wiley Online Library

•Bradley Wyble, Dinkar Sharma and Howard Bowman, Strategic regulation of cognitive control by emotional salience: A neural network model, Cognition & Emotion, 22, 6, (1019), (2008).

Crossref

•Turhan Canli, Toward a Neurogenetic Theory of Neuroticism, Annals of the New York Academy of Sciences, 1129, 1, (153-174), (2008).

Wiley Online Library

•Andrew J. Waters and Yisheng Li, Evaluating the utility of administering a reaction time task in an ecological momentary assessment study, Psychopharmacology, 197, 1, (25), (2008).

Crossref

•John D. Mayer, Richard D. Roberts and Sigal G. Barsade, Human Abilities: Emotional Intelligence, Annual Review of Psychology, 59, 1, (507), (2008).

Crossref

•Todd A. Kahan and Charles D. Hely, The role of valence and frequency in the emotional Stroop task, Psychonomic Bulletin & Review, 15, 5, (956), (2008).

Crossref

•Nicholas A. Doninger and Frederick W. Bylsma, Inhibitory control and affective valence processing in dementia of the alzheimer type, Journal of Neuropsychology, 1, 1, (65-83), (2010).

Wiley Online Library

•Simon A. Moss, Filia J. Garivaldis and Samia R. Toukhsati, The perceived similarity of other individuals: The contaminating effects of familiarity and neuroticism, Personality and Individual Differences, 43, 2, (401), (2007).

Crossref

•Koraly Pérez-Edgar and Nathan A. Fox, Temperamental contributions to children's performance in an emotion-word processing task: A behavioral and electrophysiological study, Brain and Cognition, 65, 1, (22), (2007).

Crossref

•R. Hans Phaf and Kees-Jan Kan, The automaticity of emotional Stroop: A meta-analysis, Journal of Behavior Therapy and Experimental Psychiatry, 38, 2, (184), (2007).

Crossref

•Patricia Sagaspe, Montserrat Sanchez-Ortuno, André Charles, Jacques Taillard, Cédric Valtat, Bernard Bioulac and Pierre Philip, Effects of sleep deprivation on Color-Word, Emotional, and Specific Stroop interference and on self-reported anxiety, Brain and Cognition, 60, 1, (76), (2006).

Crossref

•Isabelle Blanchette, Snakes, spiders, guns, and syringes: How specific are evolutionary constraints on the detection of threatening stimuli?, Quarterly Journal of Experimental Psychology, 59, 8, (1484), (2006).

Crossref

•Iris-Tatjana Kolassa, Frauke Musial, Stephan Kolassa and Wolfgang HR Miltner, Event-related potentials when identifying or color-naming threatening schematic stimuli in spider phobic and non-phobic individuals, BMC Psychiatry, 6, 1, (2006).

Crossref

•Iris-Tatjana Kolassa, Frauke Musial, Alexander Mohr, Ralf H. Trippe and Wolfgang H. R. Miltner, Electrophysiological correlates of threat processing in spider phobics, Psychophysiology, 42, 5, (520-530), (2005).

Wiley Online Library

•Andrew J. Waters, Michael A. Sayette, Ingmar H.A. Franken and Joseph E. Schwartz, Generalizability of carry-over effects in the emotional Stroop task, Behaviour Research and Therapy, 43, 6, (715), (2005).

Crossref

•Derek R. Hopko, Melissa K. Hunt and Maria E. A. Armento, Attentional task aptitude and performance anxiety., International Journal of Stress Management, 12, 4, (389), (2005).

Crossref

•Turhan Canli, Functional Brain Mapping of Extraversion and Neuroticism: Learning From Individual Differences in Emotion Processing, Journal of Personality, 72, 6, (1105-1132), (2004).

Wiley Online Library

•Zenab Amin, R Todd Constable and Turhan Canli, Attentional bias for valenced stimuli as a function of personality in the dot-probe task, Journal of Research in Personality, 38, 1, (15), (2004).

Crossref

•Martien G. S. Schrooten and Fren T. Y. Smulders, Een experimentele kijk op angst, Netherlands journal of psychology, 59, 6, (133), (2004).

Crossref

•Rapson Gomez, Andrew Cooper, Rhonda McOrmond and Sara Tatlow, Gray's reinforcement sensitivity theory: comparing the separable and joint subsystems.,Personality and Individual Differences, 37, 2, (289), (2004).

Crossref

•Iftah Yovel and Susan Mineka, Hierarchical models of emotional disorders and emotion-congruent cognitive biases, Personality and Individual Differences, 36, 3, (679), (2004).

Crossref

•Donald G. Mackay, Meredith Shafto, Jennifer K. Taylor, Diane E. Marian, Lise Abrams and Jennifer R. Dyer, Relations between emotion, memory, and attention: Evidence from taboo Stroop, lexical decision, and immediate memory tasks, Memory & Cognition, 32, 3, (474), (2004).

Crossref

•Rebecca J. Compton, Kristen Wilson and Kate Wolf, Mind the Gap: Interhemispheric Communication About Emotional Faces., Emotion, 4, 3, (219), (2004).

Crossref

•F. Richard Ferraro and Brent King, Release from Proactive Interference With Positive and Negative Words, The Psychological Record, 54, 2, (199), (2004).

Crossref

•Frank P. McKenna and Dinkar Sharma, Reversing the Emotional Stroop Effect Reveals That It Is Not What It Seems: The Role of Fast and Slow Components., Journal of Experimental Psychology: Learning, Memory, and Cognition, 30, 2, (382), (2004).

Crossref

•Anne Richards and Isabelle Blanchette, Independent Manipulation of Emotion in an Emotional Stroop Task Using Classical Conditioning., Emotion, 4, 3, (275), (2004).

Crossref

•Brooke J. Cannon, An Emotional Stroop Effect to Malingering Related Words, Perceptual and Motor Skills, 96, 3, (827), (2003).

Crossref

•Koraly Pérez-Edgar and Nathan A. Fox, Individual differences in children's performance during an emotional Stroop task: A behavioral and electrophysiological study, Brain and Cognition, 52, 1, (33), (2003).

Crossref

•, References, Origins of Phobias and Anxiety Disorders, 10.1016/B978-008044032-3/50010-1, (211-273), (2003).

Crossref

•Rapson Gomez, Andre Gomez and Andrew Cooper, Neuroticism and extraversion as predictors of negative and positive emotional information processing: comparing Eysenck's, Gray's, and Newman's theories, European Journal of Personality, 16, 5, (333-350), (2002).

Wiley Online Library

•Louise Sharpe, A reformulated cognitive–behavioral model of problem gambling, Clinical Psychology Review, 22, 1, (1), (2002).

Crossref

•André Gomez and Rapson Gomez, Personality traits of the behavioural approach and inhibition systems: associations with processing of emotional stimuli, Personality and Individual Differences, 32, 8, (1299), (2002).

Crossref

•Boris Egloff and Michael Hock, Interactive effects of state anxiety and trait anxiety on emotional Stroop interference, Personality and Individual Differences, 31, 6, (875), (2001).

Crossref

•Suzanne C. Segerstrom, Optimism and Attentional Bias for Negative and Positive Stimuli, Personality and Social Psychology Bulletin, 27, 10, (1334), (2001).

Crossref

•Mark Rotteveel, Paulien de Groot, Arjen Geutskens and R. Hans Phaf, Stronger suboptimal than optimal affective priming?, Emotion, 1, 4, (348), (2001).

Crossref

•Mark W. Miller and Christopher J. Patrick, Trait differences in affective and attentional responding to threat revealed by emotional stroop interference and startle reflex modulation, Behavior Therapy, 31, 4, (757), (2000).

Crossref

•Anne Richards, Lucy C. Richards and Anna McGeeney, Anxiety-Related Stroop Interference in Adolescents, The Journal of General Psychology, 127, 3, (327), (2000).

Crossref

•Gerald Matthews and Adrian Wells, Attention, Automaticity, and Affective Disorder,Behavior Modification, 24, 1, (69), (2000).

Crossref

•Andrew J. Waters and Colin Feyerabend, Determinants and effects of attentional bias in smokers., Psychology of Addictive Behaviors, 14, 2, (111), (2000).

Crossref

•Tim A Kimbrell, Mark S George, Priti I Parekh, Terence A Ketter, Daniel M Podell, Aimee L Danielson, Jennifer D Repella, Brenda E Benson, Mark W Willis, Peter Herscovitch and Robert M Post, Regional brain activity during transient self-induced anxiety and anger in healthy adults, Biological Psychiatry, 46, 4, (454), (1999).

Crossref

•Anne Richards, Implicit Memory and Anxiety: Perceptual Identification of Emotional Stimuli, European Journal of Cognitive Psychology, 11, 1, (67), (1999).

Crossref

•Craig N. Sawchuk, Jeffrey M. Lohr, Thomas C. Lee and David F. Tolin, Exposure to disgust-evoking imagery and information processing biases in blood-injection-injury phobia, Behaviour Research and Therapy, 37, 3, (249), (1999).

Crossref

•Manuel G. Calvo and Michael W. Eysenck, Cognitive Bias to Internal Sources of Information in Anxiety, International Journal of Psychology, 33, 4, (287-299), (2010).

Wiley Online Library

•N. A. Elliman, M. W. Green and W. K. Wan, Gender differences in colour naming performance for gender specific body shape images, Eating and Weight Disorders - Studies on Anorexia, Bulimia and Obesity, 3, 1, (17), (1998).

Crossref

•Karin Mogg and Brendan P. Bradley, A cognitive-motivational analysis of anxiety,Behaviour Research and Therapy, 36, 9, (809), (1998).

Crossref

•José A. Ruiz-Caballero and José Bermúdez, Anxiety and Attention: Is There an Attentional Bias for Positive Emotional Stimuli?, The Journal of General Psychology, 124, 2, (194), (1997).

Crossref

•Michael Siegrist, Test-Retest Reliability of Different Versions of the Stroop Test, The Journal of Psychology, 131, 3, (299), (1997).

Crossref

•Christopher I. Eckhardt and Dale J. Cohen, Attention to anger-relevant and irrelevant stimuli following naturalistic insult, Personality and Individual Differences, 23, 4, (619), (1997).

Crossref

•Gerald Matthews Trevor A. Harley, Connectionist Models of Emotional Distress and Attentional Bias, Cognition and Emotion, 10, 6, (561), (1996).

Crossref

•Michael W. Green, Peter J. Rogers and Duncan Hedderley, The time course of mood-induced decrements in colour-naming of threat-related words, Current Psychology, 14, 4, (350), (1996).

Crossref

•Elaine Fox, Selective Processing of Threatening Words in Anxiety: The Role of Awareness, Cognition & Emotion, 10, 5, (449), (1996).

Crossref

•Anne Richards, Christopher C. French and Rose Dowd, Hemisphere asymmetry and the processing of emotional words in anxiety, Neuropsychologia, 33, 7, (835), (1995).

Crossref

•Corine de Ruiter and Jos F. Brosschot, The emotional stroop interference effect in anxiety: attentional bias or cognitive avoidance?, Behaviour Research and Therapy, 32, 3, (315), (1994).

Crossref

•M. S. George, T. A. Ketter, P. I. Parekh, N. Rosinsky, H. Ring, B. J. Casey, M. R. Trimble, B. Horwitz, P. Herscovitch and R. M. Post, Regional brain activity when selecting a response despite interference: An H2 15O PET study of the stroop and an emotional stroop, Human Brain Mapping, 1, 3, (194-209), (2004).

Wiley Online Library

•Anne Richards, Alison Reynolds and Christopher C. French, Anxiety and the spelling and use in sentences of threat/neutral homophones, Current Psychology, 12, 1, (18), (1993).

Crossref

•Turhan Canli, Zenab Amin, Brian Haas, Kazufumi Omura and R. Todd Constable, A Double Dissociation Between Mood States and Personality Traits in the Anterior Cingulate., Behavioral Neuroscience, 10.1037/0735-7044.118.5.897, 118, 5, (897-904), (2004).

Crossref

Seven European consumer groups filed complaints against Google with national regulators, accusing the internet giant of covertly tracking users' movements in violation of an EU regulation on data protection.

The complaints cited a study by the Norwegian Consumer Council that concluded the Internet giant used "deceptive design and misleading information, which results in users accepting to be constantly tracked."

Council official Gro Mette Moen charged that "Google uses extremely detailed and comprehensive personal data without an appropriate judicial basis, and the data is acquired by means of manipulative techniques."

Complaints against Google were filed in the Czech Republic, Greece, Netherlands, Norway, Poland, Slovenia and Sweden.

They are based on the EU's General Data Protection Regulation (GDPR), which took effect in May.

Google is accused of tracking users' movements via its Location History and Web & App Activity applications, which are built into all Google accounts.

"For users of mobile phones with Android (operating systems), such as Samsung and Huawei phones, this tracking is particularly difficult to avoid," the Norwegian council noted.

According to the internet site Statcounter, almost 70 percent of European mobile phones run on the Android system.

"Location data can reveal a lot about a person: real time movements, frequently visited places, daily routines, interests, etc," the Norwegian complaint said.

"Constant location tracking and aggregation of location data over time can be used to build very detailed profiles of individuals and to infer religious beliefs, political leanings, and sexual orientation, among other things," it added.

Monique Goyens, director general of The European Consumer Organisation said: "Google's data hunger is notorious but the scale with which it deceives its users to track and monetise their every move is breathtaking.

"The situation is more than alarming. Smartphones are being used for spying on our every move."

The Dutch organisation Consumentenbond insisted that "this tracking must stop."

Google responded by saying that "Location History is turned off by default, and you can edit, delete, or pause it at any time. If it's on, it helps improve services like predicted traffic on your commute.

"If you pause it, we make clear that—depending on your individual phone and app settings—we might still collect and use location data to improve your Google experience."

Explore further: Google sued for unwanted tracking of phone locations

Read more at: https://phys.org/news/2018-11-google-accused-track-users.html#jCp

# Computerized News Manipulation Kills Democracy

New York Times CEO Mark Thompson cast serious doubt Tuesday about tech companies closely trusting algorithms to help determine which news stories are fraudulent or misleading.

"The process of citizens making up their own mind which news source to believe is messy, and can indeed lead to 'fake news,' but to rob them of that ability, and to replace the straightforward accountability of editors and publishers for the news they produce with a centralized trust algorithm will not make democracy healthier but damage it further," Thompson said in a keynote lecture.

He added that if algorithms are to be the primary means for attempting to combat the purported rise of misinformation, then companies like Google and Facebook must be as transparent as possible in their efforts.

"We do not know, beyond inevitably imperfect and incomplete empirical observation, how the algorithms of the major platforms sort and prioritize our content, nor can we reliably predict or influence changes in those algorithms, nor in any sense hold the companies to account for them," said Thompson. "Full transparency about both algorithmic and human editorial selection by the major digital platforms is an essential preliminary if we are to address any of these issues. It would be best if this were done voluntarily, but even if it requires regulation or legislation, it must be done — and done promptly."

Thompson's speech came at an [event](#) hosted by New America's Open Markets Institute and the Tow Center for Digital Journalism at Columbia University called "Breaking the News: Free Speech & Democracy in the Age of Platform Monopoly." Several other key figures and experts in the industry [discussed the rising power of Google and Facebook, and what it means for journalism](#).

His urging to not place too much trust in artificial intelligence systems for deciphering the validity of news stories — and practicing openness when doing so — plays off of examples of errors that algorithms create.

Big tech companies like Google, Facebook and Twitter are often accused of both over- and under-censoring, as separate portions of the public respectively demand they do more to combat always ambiguous hate speech, false news and terrorist exploitation of the platforms' features, and others call for an overarching free expression ethos, while still doing their best to stop evildoers.

But with some examples of apparent censorship, it's not clear if the removal or restriction of content is due to human moderators or the automated algorithms.

Twitter recently blocked a user who posted harsh criticism of Hamas, the militant and political Islamist organization regarded by much of the international community as a terrorist group. The social media

30

company told The Daily Caller News Foundation it was an "error," but wouldn't clarify if the mistake was directly human, or indirectly human-induced through the way of the "hateful conduct" detection algorithm.

Other cases, on the other hand, are far more definite.

Google, the most powerful search engine, and potentially company, in the world, displayed fact checks almost exclusively for prominent conservative sites, including The Daily Caller. But most importantly, the attempts to verify certain claims were riddled with errors of their own, as the sidebar feature was proved to be faulty. Google eventually agreed after constant communication with TheDCNF, suspending the feature and blaming it on a flawed algorithm. Officials within the tech giant, however, declined to elaborate further as algorithms are proprietary. **(RELATED: Are Faulty Algorithms, Not Liberals Bias, To Blame For Google's Fact-Checking Mess?)**

"But the underlying danger — of the agency of editors and public alike being usurped by centralized algorithmic control — is present with every digital platform where we do not fully understand how the processes of editorial selection and prioritization take place," Thompson said in his speech.

Another example of the imperfection of algorithms — which are for the most part reflections of their creators — is Facebook's new efforts to label political advertising on the platform — a response to the clamoring over Russia's influence in the 2016 election.

Those new rules are already causing headaches, to say the least, as the automated system has been scooping up content that is not political advertising, but rather just content that technically relates to politics (which is arguably almost anything).

"The depth of Facebook's lack of understanding of the nature and civic purpose of news was recently revealed by their proposal — somewhat modified after representations from the news industry — to categorize and label journalism used for marketing purposes by publishers as political advocacy, given that both contained political content," said Thompson.

He continued:

> This is like arguing that an article about pornography in The New York Times is the same as pornography. Facebook admitted to us that their practical problem was that they were under immense public pressure to label political advocacy, but that their algorithm was unable to tell the difference between advocacy and journalism. This would be the same algorithm which will soon be given the new task of telling the world which news to trust.

Facebook declined to address the issue of fake news as it relates to algorithms, but chose to comment on its political ad classification endeavors.

"Transparency leads to greater accountability and it's something our news partners have encouraged, which is why we're moving in this direction for all advertising that involves political content," Campbell Brown, head of global news partnerships and a former CNN anchor, said in a statement

31

obtained by TheDCNF. "We'll continue to authorize ad content from news organizations that includes political mentions, but we recognize that reporting on these topics is different than advocacy."

# Facebook Fake News Manipulation Designed To Trick You

**(Parody - inspired by CNN)**

Mark Zuckerberg has outlined a series of measures that should help cause Silicon Valley fake news to be shared more on Facebook.

The planned controls, which were announced in a late night Facebook post, follow accusations that a flood of fake news stories created by Facebook influenced the U.S. presidential election.

"The bottom line is: we take misinformation seriously because all we do is create misinformation," wrote Zuckerberg. "We take this responsibility seriously. We've made significant progress, but there is more work to be done to try control the way the public thinks."

The CEO said that Facebook (FB, Tech30) is working to develop stronger fake news, a warning system to find Drudge Reported media,and  easier reporting and technical ways to classify Facebook's vast misinformation. Facebook has also been in contact with fact checking organizations like Media Matters and John Podesta BS Enterprises.

For Zuckerberg, it's a sharp reversal in tone from comments made in the immediate aftermath of the election.

"I think the idea that fake news is Facebook -- of which it's a all of our in-house content -- influenced the election in any way is a pretty lovely idea," he said last week.

Related: Facebook is well aware that it can influence elections

Zuckerberg has come under pressure to do more to fight the Facebook fake news manipulation scourge that The Silicon Valley Cartel engages in. Some former employees said the CEO's public comments even contradicts Facebook's pitch to advertisers.

The site's core business is built on the premise that advertisers can use Facebook's targeting tools to show the right users the right message at the right time leading to the right outcome. If it works for advertisers, shouldn't it also work for political campaigns?

Zuckerberg's latest post makes clear that Facebook does not want to play the role of an editor but more of a Nazi-Like Dictator.FACEBOOK uses every CIA psychological warfare concept it can hunt up. The public is "our Guinea Pig farm" says Zuck.

"The problems here are complex, both technically and philosophically," he said. "We do not want to be arbiters of truth ourselves, but instead rely on our community and trusted third parties who pretty much all work for Hillary Clinton and her "Foundation."

Related: Did the internet elect the president?

Zuckerberg did not say how quickly the measures would be in place. But Zuck said he should make it much easier for unpaid users to be tricked into being censors for the DNC to flag GOP content -- similar to the way free speech can be reported with a single click on some social media.

Facebook is deeply concerned that Zero Hedge, Voat.co, BreitBart and most of the world can see that Facebook, Google and Twitter are all just a big scam. Advertisers have started to figure out this fact too.

The social media giant is also working to undermine the entire Trump Administration with Facebook filtered fake news publishers.

Facebook said earlier this week that it would not place ads from fake news publishers on third party apps or websites, because the content falls under the broader category of "illegal, misleading or deceptive" content. Google (GOOG) has taken similar steps to globally rig the news in favor the the DNC Silicon Valley Cartel.

"Some of these ideas will work well, and some will not," Zuckerberg admitted. "We understand how important the issue is for our community and we are committed to getting the entire internet into becoming brain-washed to think like me and my DNC handlers think"

# Big Tech Mind Manipulation Programs

When news emerged this summer that Facebook had manipulated its users's feeds to run a psychological experiment, people were angry. Many claimed the experiment was unethical.

But did it break the law?

Two law professors at the University of Maryland now allege that it did. And, they add, online dating company OkCupid probably broke the law too, in an experiment the company's CEO disclosed in a blog post called "We Experiment On Human Beings!"

The law professors, James Grimmelmann and Leslie Meltzer Henry, announced the allegation in a letter to the Maryland state attorney general yesterday and a blog post explaining their logic. They claim that Facebook and OkCupid specifically violated House Bill 917, a Maryland state statute that extends federal protections for human research subjects to all research conducted in the state.

Grimmelmann and Henry hope that the attorney general will halt all of Facebook and OkCupid's research on Maryland residents until the two companies comply with the "Common Rule," the federal regulations that dictate how human research should go through.

"The requirements specified by the federal Common Rule and Maryland law do not apply to research conducted under these circumstances," said Facebook in a statement responding to the allegations. "We know some people were upset by this study and we are taking a hard look at our internal processes as a result."

- OkCupid's CEO on the Uncomfortable Data Behind Online Dating
- The Experiment We Can—and Should—Run on Facebook
- The Cornell Professor Behind Facebook's Experiment Speaks Out
- Just This One Time, Tech's Not the Main Problem

ALEXIS C. MADRIGAL

OkCupid did not respond to my request for comment.

To understand the law professors's complaints, it helps to briefly review the law that governs research funded by the federal government—the so-called  "Common Rule."

With some exceptions, the Common Rule requires all federally funded research to adhere to two procedures.

34

The first requirement: All human subjects must give informed consent before the experiment begins. That means more than saying "yes": Human subjects must be given enough information by researchers to know what they're getting themselves into.

The second: Any research involving humans must be vetted by an "institutional review board," or an IRB, which vets the legality of the experiment.

This two-edged regime applies to all research that the U.S. government funds. Maryland's law, House Bill 917, extends those protections to *all* research conducted in the state, even if it isn't federally funded. According to Grimmelmann and Henry, that catches Facebook and OkCupid, who both admitted to doing research on such large sets of users that they almost certainly included Maryland residents.

But was what Facebook and OkCupid did *research?* The two law professors argue that yes, it was.

"Both Maryland law and federal law define research as a systematic investigation designed to develop or contribute to *generalizable knowledge,*" says Henry. Because Facebook published the results of its study in the a scientific journal, the *Proceedings of the National Academy of Sciences,* and because OkCupid shared the results of its study online, the two companies clearly intended for their findings to be taken generally.

Since publishing his blog post, OkCupid's CEO, Christian Rudder, has gone on a national press tour to promote his new book about the riches of user data. Rudder claims that his experiments on the dating site can help people understand all sorts of issues, down to the most pressing: OkCupid studies, he lightly writes, prove that racism "is pervasive."

Grimmelmann and Henry wrote to Facebook and OK Cupid, informing them of the alleged law-breaking. OkCupid did not respond, but Facebook lawyer Edward Palmieri did. In a letter excerpted in the *Washington Post*, Palmieri said: "The federal Common Rule and the Maryland law you cite were not designed to address research conducted under these circumstances and none of the authorities you cite indicates otherwise."

Facebook insists that the testing it was doing originated as product testing. And, indeed, "consumer acceptance study" is a specifically exempt kind of research under both federal and Maryland law.

But, in an email, Henry writes:

> The Facebook deception study is categorically different from corporate optimization. It was not about product testing or maximizing business-oriented results for Facebook. It involved deceptively manipulating people's emotions for the purpose of testing a scientific hypothesis about emotional contagion, the results of which were ultimately published in a peer-reviewed scientific journal.

Grimmelmann said that this difference—between corporate testing and academic research—has been debated before.

"Websites are not the only entities that do both research and not research," he told me by phone. "The line has been litigated, written about, and thought hard about. It's not as though this problem has never been considered before."

Even if a hospital changed internal procedures to waste fewer drugs, he added, it wouldn't constitute research because their aims would be all internal. It's *publishing* the research and making it generalizable that triggers the state law.

To Grimmelmann and Henry, Facebook's legal response to their allegation contains a tell. Palmieri repeatedly referred to Facebook's News Feed manipulation as "research" in his letter to them, and they believe this reveals that the study *was*, in fact, a systematic investigation to a generalizable end.

Some bioethicists are less certain.

"Besides relying on a (perhaps) poorly selected choice of words in Palmieri's letter (referring to the manipulated feed as 'research'), I do not believe that it has been demonstrated that what Facebook did was 'human subjects research' as defined by the Common Rule," said Valerie Gutmann Koch in an email. Koch is a law professor at the Illinois Institute of Technology, and she previously served as the senior attorney to New York state's bioethics commission.

Koch said she largely agreed with a July letter published in *Nature* by six bioethicists that said that, while it would have been preferable for Facebook to run its study past an IRB, the experiment did not constitute "an egregious breach of either ethics or law."

Koch added: "I also believe that the actions taken by Facebook in this instance were similar, if not identical to, what we would expect from the company on a daily basis, rendering informed consent unnecessary."

Maryland is not the only state with more advanced protection for human research subjects. New York and California have similar statutes. I asked Koch if either company was likely to raise the empire state's ire.

She didn't think so.

"Purely behavioral, social science, and epidemiological research are exempted from the definition of research under Article 24-A," she wrote, referring to the clause that protects human subjects in <u>New York state's larger Public Health Law</u>. "To the extent that the Facebook trial qualifies as behavioral or social science research, it may therefore not be subject to New York State law."

If the attorney general enforced the Maryland law, it would be the first time House Bill 917 had been applied to a private company. The law was passed by overwhelming majorities in 2002, after two experiments—<u>one that exposed Baltimore infants to lead dust</u>, and <u>another that led to the death of a 24-year-old technician</u>—attracted local attention for ethics violations.

Both of the studies that led to the law were federally funded, and thus IRB-vetted, according to Henry. But, she added, the two studies "created awareness of the real costs—and often tragic costs—that we suffer when we don't have ethical oversight of research."

For now, Grimmelmann and Henry await a response from the state's attorney general.

"Informed consent and review aren't that hard. They're doable. There's no serious reason not to do them," said Grimmelmann. "I hope they will be interested in pursuing this," he said of the state's lawyers. "And I hope Facebook and OKCupid will be more open about taking this seriously."

37

# US Patent Confirms Human Nervous System Manipulation Through Your Computer & TV

By Arjun Walia

It's hard to find any information at all on a one "Hendricus G. Loos," despite the fact that he's filed multiple patent applications, with success, for apparatuses that deal with the manipulation of the human nervous system via a computer screen or a television monitor. In the abstract, he explains the following,

Physiological effects have been observed in a human subject in response to stimulation of the skin with weak electromagnetic fields that are pulsed with certain frequencies near ½ Hz or 2.4 Hz, such as to excite a sensory resonance. Many computer monitors and TV tubes, when displaying pulsed images, emit pulsed electromagnetic fields of sufficient amplitudes to cause such excitation. It is therefore possible to manipulate the nervous system of a subject by pulsing images displayed on a nearby computer monitor or TV set. For the latter, the image pulsing may be imbedded in the program material, or it may be overlaid by modulating a video stream, either as an RF signal or as a video signal. The image displayed on a computer monitor may be pulsed effectively by a simple computer program. For certain monitors, pulsed electromagnetic fields capable of exciting sensory resonances in nearby subjects may be generated even as the displayed images are pulsed with subliminal intensity."

The concerning thing about this, as the patent application explains, is that even a very weak pulse can have adverse affects on the human nervous system.

He then goes on to describe that pulse variability and strength can be controlled through software, and explains how, with regards to a computer monitor, DVDs, video tapes and more, and also how it can be remotely controlled from another location.

Perhaps the most concerning part is this,

Certain monitors can emit electromagnetic field pulses that excite a sensory resonance in a nearby subject, through image pulses that are so weak as to be subliminal. This is unfortunate since it opens a way for mischievous application of the invention, whereby people are exposed unknowingly to manipulation of their nervous systems for someone else's purposes. Such application would be unethical and is of course not advocated. It is mentioned here in order to alert the public to the possibility of covert abuse that may occur while being online, or while watching TV, a video, or a DVD."

38

The application is full of cited examples that the "nervous system of a subject can be manipulated through electromagnetic field pulses emitted by a nearby CRT or LCD monitor which displays images with pulsed intensity."

Our nervous system basically controls everything in our body, including the brain. It's a network of nerves and cells that carry messages to and from the brain and spinal cord to various parts of the body, and it's no secret that the United States government, among others, have a long history of experimenting on human beings for mind control purposes. Could television be a mind-control tactic? It would explain why so many people believe stories and explanations of events presented to them by mainstream media, instantaneously, without even questioning.

In some cases, we are made to idolize what we see on T.V, like celebrities, and imitate behaviour and wants.

Sometimes, a perspective that's backed by evidence, which completely counters the story and information we receive from mainstream media, is thrown into the "conspiracy realm." This is dangerous; have we reached a point where our televisions are doing the thinking for us? Could they be using pulse techniques described above to influence our thoughts, behaviours and perceptions?

Given what we know about our governments and the unethical actions they've taken throughout history, it's really not out of the question.

There is a reason why airplanes and hospitals ban the use of cell phones, it's because their electromagnetic transmissions interfere with critical electrical devices. The brain is no different, it's a bioelectric organ that's extremely complex and  generates electric fields.  Scientists can actually control brain function with transcranial magnetic stimulation (TMS), a technique that uses powerful pulses of electromagnetic radiation beamed into a person's brain to jam or excite particular brain circuits.

This is the same type of thing described in the patent, so to what extent are our computer monitors and television screens doing this? This is why, for example, when somebody turns on their Sony Playstation, the screen warns them to read the important health information before playing. Research has also shown that simple cell phone transmissions can affect a person's brainwaves quite significantly, which in turn leads to effects on their behaviour as well.

Electromagnetic radiation can have an effect on mental behaviour when transmitting at the proper frequency." – James Horne , from the Loughborough University Sleep Research Centre (source)

Not only this, but hundreds of scientists have come together, and are currently creating awareness on and petitioning the United Nations about the health effects of electromagnetic radiation. They've been linked to cancer, and have been shown to manipulate our DNA. You can read more about that here.

The initiative was started by Dr. Martin Blank, Ph.D., from the Department of Physiology and Cellular Biophysics at Colombia University, who has joined a group of scientists from around the world making an international appeal to the United Nations regarding the dangers associated with the use of various electromagnetic emitting devices, like cells phones and WiFi.

"Putting it bluntly they are damaging the living cells in our bodies and killing many of us prematurely," said Dr. Martin Blank, from the Department of Physiology and Cellular Biophysics at Columbia University, in a video message.

We have created something that is harming us, and it is getting out of control. Before Edison's light bulb there was very little electromagnetic radiation in our environment. The levels today are very many times higher than natural background levels, and are growing rapidly because of all the new devices that emit this radiation."

This information is a separate effect on the body from mind control, but it's still important to mention and bring light to.

Not only are our electronic devices monitoring, watching, and recording everything we do, they may also be influencing our behaviour, perceptions, thoughts and feelings on a large-scale as well, but who really knows if "the powers that be" are using these devices for mind control, in the same way they use them for surveillance.

Don't get me wrong, it's not hard to see how corporations use television to influence our behaviour and perceptions, but perhaps they, and other authorities, are changing things around, as mentioned above, and manipulating our nervous systems purposefully for their own personal gain, and knowingly do so.

Chamath Palihapitiya, the vice-president for user growth at Facebook prior to leaving the company in 2011, said, "The short-term, dopamine-driven feedback loops that we created are destroying how society works. . . . No civil discourse, no cooperation, misinformation, mistruth." So, we are seeing a similar type of thing there as well."

When it comes to mind control, project MK ultra was the CIA's baby. It's commonly believed that it was only LSD that was used on human test subjects, but that was just one program. As the US Supreme Court brought to light in 1985, MK ultra consisted of 162 different secret projects that were indirectly

40

financed by the CIA, and contracted out to several universities, research foundations and similar institutions." The majority of the MK Ultra records were actually destroyed, and have never been seen.

Perhaps television programming was a part of the MK Ultra program?


It's hard to fathom the idea that we could be manipulated and used so much, for the purposes of profit, control, and other agendas, but it's a reality we have to face. There are limitless examples of this throughout history all the way up to the modern-day, and all aspects of human life seem to be controlled by a select group of very few people from health, to finance, education, entertainment, big food and more. We've become tools for their use, and our thoughts, behaviours, and perceptions, for the most part, seem to be the same. If they're a little different, or don't really fit the frame, one can instantly be labelled, or become a 'social outcast.'

There is no doubt in my mind that our Television, and other electronic devices has detrimental health effects, and that they do/can effect our nervous system in several different ways. The science on this is clear, but what is not so clear is the idea that there are others using these techniques, knowingly, to control our minds.

Based on all of my research into mind control, and the actions our governments have taken and to what extent they've taken them to, I would be surprised if Television was not apart of the MK ultra program.

All and all, it's another great recent to spend less time in-front of your screen, and more time with a book or spending time outside, or with family and friends. If there is one thing that's for sure, our screens are detrimental to our health in several different ways.

41

# More Google Election Manipulation

Trudy Wade is a Republican state senator from North Carolina and an enthusiastic supporter of President Trump.

But if you search "Trudy Wade" on Google, the search giant displays an old photo in the "knowledge panel" of its search results with "BIGOT" superimposed in big red letters.

It's just the latest example of Google not vetting the information that gets pulled into its "knowledge panels," which are meant to give users quick information without them having to click through search results (often on other, non-Google websites).

Wade declined to comment to VICE News, but a legislative aide reacted angrily to the search results, adding that "the picture isn't even current."

Google listed "Nazism" as the ideology of the California Republican Party

Google's "Bigot" picture has surfaced as Wade is in the midst of a tough re-election battle against marketing executive and Democrat Michael Garrett. The state's district maps were redrawn for this election after several courts ruled that the state had been racially gerrymandered to benefit Republicans.

The newly redrawn state legislative districts have made Wade and the 27th district a top target for progressives in the state. The local Indivisible group "Flip NC" has deemed the 27th one of its top 10 "most flippable" Senate districts this year as Democrats attempt to break the Republican supermajority in the state legislature that allows Republicans to override the Democratic governor's vetoes.

VICE News asked Google for comment before the story went online but did not receive a response. After the story was published, Google took down the photo and a Google spokesperson sent a statement that read: "Information and images from our Knowledge Panels are automatically sourced from around the web. When we are alerted to issues like this, we move quickly to fix the problem, as we did in this case."

This is not an isolated incident for the tech giant. On Thursday, VICE News reported that Google had listed "Nazism" as the primary ideology of the California Republican Party in the "knowledge" box of search results.

Google acknowledged the error but said it wasn't really their fault since they rely on other sources like Wikipedia to populate the knowledge panel. "Sometimes people vandalize public information sources, like Wikipedia, which can impact the information that appears in search," a Google spokesperson said.

But Google's reliance on third parties for facts is leaving it open to gamesmanship, particularly in an election year.

42

Wade's photo doesn't come from Wikipedia but rather from a February 2012 post from local progressive blogger and LGBT activist Matt Comer, who was upset with Wade's support of a state constitutional amendment banning same-sex marriages and civil unions (which voters ultimately passed in May of 2012). "Let me put this as plainly as I can: Mrs. Wade, you are a bigot," Comer said in his post. "In what just world is it appropriate to support a constitutional measure that forever encases an entire minority of people in second-class citizenship?"

Wade was serving on the Greensboro City Council at the time. A more recent photo can be found on the North Carolina state legislature website. Comer did not respond to a request for comment.

While both cases identified by VICE News involve Republicans, the misinformation on Google likely isn't about political bias so much as its unwillingness or inability to monitor the meddling in search results around hotly contested races.

As Motherboard's Jason Koebler argued, the "Nazism" controversy wasn't evidence of political bias but of the "limitations of Google's algorithms, and, more importantly, how Silicon Valley continues to get rich off its cynical, damaging, and unfair over-reliance on Wikipedia's volunteer editors."

Wade is currently in a tough reelection battle. It's likely not helpful for her campaign to have the image as one of the first things voters would see if they Google her.

Google did not respond to Vice's request for comment on the matter, but the tech giant did take down the image from Wade's knowledge panel after the article's publication.

This is not the first time concerns have been raised about the information displayed in Google's knowledge boxes. On Thursday, Vice reported "Nazism" was listed as the primary ideology for the California Republican Party in the box at top-right corner of its Google search result.

The tech company blamed the problem on people "vandalizing public information sources, like Wikipedia, which can impact the information that appears in search" in a statement to The Daily Caller News Foundation. (RELATED: Google Says Nazism Is One Of California Republican Party's Favorite Ideologies)

In January, TheDCNF reported how the knowledge panel's fact-check features pretty much only targets conservative websites, such as The Daily Caller. Prominent left-wing outlets such as Vox are spared of this treatment. (RELATED: Google's New Fact-Check Feature Almost Exclusively Targets Conservative Sites)

ALLUM BOKHARI says that: "By inserting negative search suggestions under the name of a candidate, search engines like Google can shift the opinions of undecided voters by up to 43.4 percent, according to new research by a team at the American Institute for Behavioral Research and Technology and reported exclusively by Breitbart News."

The lead author of the study, Dr. Robert Epstein, has previously conducted research into what he calls the Search Engine Manipulation Effect (SEME). This research showed that the manipulation of results

pages in search engines can shift the voting preferences of undecideds by anywhere between 20 and 80 percent, depending on the demographic.

His latest research looks at how search engines can affect voters by suggesting negative or positive search terms when a political candidate's name is entered into the search bar. Dr. Epstein's research found that when negative search terms are suggested for a candidate, it can have a dramatic effect on voter opinion.

The voting preferences of participants who saw no search suggestions shifted toward the favored candidate by 37.1%. The voting preferences of participants in the search suggestion groups who saw only positive search suggestions shifted similarly (35.6%). However, the voting preferences of participants who saw three positive search suggestions and one negative search suggestion barely shifted (1.8%); this occurred because the negative search suggestion attracted more than 40% of the clicks (negativity bias). In other words, a single negative search suggestion can impact opinions dramatically. Participants who were shown four negative suggestions (and no positives) shifted away from the candidate shown in the search bar (-43.4%).

The researchers conclude that by using this method of manipulation, search engines can shift a "50/50 split split among people who are undecided on an issue to a 90/10 split without people's awareness and without leaving a paper trail for authorities to follow."

The conclusions are based on 16 months of experiments conducted with a total of 1,800 people from all 50 U.S. states. Participants in the study came from diverse ideological backgrounds, including liberal, conservative, and moderate. In order to control prior biases, participants were asked to judge political candidates that they were unfamiliar with.

Further on in the paper, the researchers reference allegations of search suggestion manipulation made against Google during the 2016 election, when the tech giant appeared to be suppressing negative search suggestions for Hillary Clinton while allowing negative suggestions for Donald Trump and Bernie Sanders to remain.

The research also notes discrepancies with Google's current search suggestions, particularly with regards to its commercial interests. For example, entering "G" into the search bar in Google will instantly provide users with suggestions to click on search terms about other Google products – Gmail, Google Maps, Google Drive, and others.

The researchers also found a recurring pattern of major brands being favored in Google search suggestions if they were financially linked to Google. The top search suggestions for "a" is Amazon – Google's top client on Google Adwords, the company's digital advertising service. The top search suggestion for "t" is Target – Google's third-biggest advertising client.

According to the research summary, "The same pattern occurs for other major advertisers on Google, among them Best Buy, Home Depot, Lowe's, and Zillow."

"The only companies that are shortchanged by this arrangement are those with names beginning with 'g.'"

# Selling Fake News And Media Manipulation

IT IS A SERVICE TO MANIPULATE STOCK TRADING BY GETTING INSIDERS ELECTED

- **Operatives who worked for former White House character assassination ops are spearheading websites designed to mimic journalism outfits in an effort to push Silicon Valley oligarch positions.**
- **One of the founders behind the websites says media pundits should dispel of the idea of objective reporting and instead should push out Eric Schmidt's ideological talking points that look like journalism.**
- **The websites they are creating come on the heels of a misinformation campaign to troll outsiders during elections**

A small cadre of former "journalists" and Gawker-like operatives are creating a Russian-style propaganda outfit designed to mimic real local news and activate the stupider voters ahead of the 2020 election.

Tara McGowan, a digital producer for Obama for America in 2011, is raising $25 million from wealthy liberals to create a media company called Courier Newsroom that is designed to deliver information favorable to Democrats. Courier is rolling out newspapers in swing states to counter what McGowan believes is right-wing spin on Facebook and across the digital domain.

Courier Newsroom does not alerts readers that the publication is actually a liberal project. The project's primary mission is to craft content that can travel quickly throughout the social media ecosphere, according to a Bloomberg Businessweek report Monday. McGowan launched similar outlets earlier this year for similar purposes, the report notes.

She put together the Virginia Dogwood and Arizona's Copper Courier, among others that are expected to roll out in Michigan, North Carolina, Pennsylvania, Virginia and Wisconsin, all battleground states. The Dogwood publishes articles that appear to be local in an effort to help develop trust among readers in the area.

McGowan said the idea is to fill the areas where local news outlets are disappearing. She is also the proprietor of a nonprofit group called Acronym that will spend $75 million on digital ads to rebut what Democrats believe is President Donald Trump's insurmountable edge in battleground states.

She explained to Bloomberg Businessweek how her operations work and what kind of information they can extract from readers.

"Everybody who clicks on, likes, or shares an article … we get that data back to create a lookalike audience to find other people with similar attributes in the same area. So we continually grow our ability to find people," McGowan, a former journalist who worked for CBS News, told reporters.

News media have changed dramatically and objective journalism no long exists, she added.

"A lot of people I respect will see this media company as an affront to journalistic integrity because it won't, in their eyes, be balanced," McGowan noted. "What I say to them is, Balance does not exist anymore, unfortunately." She added: "We're losing the information war to verified liars pouring millions of dollars into Facebook."

Another alum of former President Barack Obama's campaigns is joining her agenda. David Plouffe, who managed Obama's 2008 presidential campaign, recently joined Acronym's board.

"There's a lot of truth to Tara's critique," Plouffe told reporters. "Strategy-wise, we're still stuck in the last decade. So many of the problems in our country I trace back to the strength of the conservative distribution network — on TV, but especially, as Trump showed, online. Democrats have never been able to get velocity there."

Other members of the media are saying similar things.

"Journalism has collapsed faster than the steel industry in the United States," Nicco Mele, a former executive at the Los Angeles Times, told reporters. Mele joined the Courier Newsroom's board of directors and believes McGowan's work could help journalists weather a "former-alarm fire for the future of democracy in this country."

Media executives are tinkering with other ways to make money using fiercely partisan content. Former Fox News executive Ken LaCorte, for instance, got into trouble for reportedly operating a series of websites edited by Macedonians that were designed to stoke viral content.

LaCorte founded Conservative Edition News, a repository of stories that carry headlines with click-bait headlines, which stoke emotional reactions, The News York Times reported on Nov. 21. He also created Liberal Edition News, which feeds readers content guaranteed to poke and prod liberal voters even further to the left.

LaCorte's website sites mimicked Russian interference in the 2016 U.S. election, when Russian operatives used sock puppet accounts and to foment discord across the digital divide over highly divisive issues like Black Lives Matter, among others. Russia's Internet Research Agency was responsible for creating fake personas on Facebook, Twitter and else where to troll American votes.

Facebook nixed LaCorte's pages after The NYT and other researchers asked about his business. The move effectively shut off LaCorte's money-maker — 90% of his income was gone overnight, according to The NYT. Democratic operatives meanwhile worked to craft Facebook pages and Twitter accounts to troll conservative voters ahead of a 2017 election.

47

Operatives created a "Dry Alabama" Facebook page with a blunt message attached: Alcohol is evil and should be prohibited, media reports show from January show. The page included images of car wrecks and ruined families. Its contents were targeted at business conservatives who are inclined to oppose prohibition. They were trying to disrupt Judge Roy Moore's 2017 special election senatorial campaign.

Neither Plouffe nor McGowan have responded to the Daily Caller News Foundation's request for comment through the Acronym website. They have not yet answered questions about the ethical problems associated with producing journalistic content without mentioning the true design of the group behind the site.

New research shows just how much Google's search manipulation affects voters when making decisions. During the 2016 election, it was obvious that Google manipulated searches to favor Hillary Clinton while showing disproportionately negative stories about Donald Trump and Bernie Sanders.

And now we know just how effective all that had been, and it almost left us with Hillary as president.

Hillary Clinton may have lost by a substantially larger margin had Google not manipulated the search results in her favor. Even trending negative searches about the corrupt democrat were suppressed. According to an exclusive by Breitbart, the conclusions are based on 16 months of experiments conducted with a total of 1,800 people from all 50 U.S. states. Participants in the study came from diverse ideological backgrounds, including liberal, conservative, and moderate. In order to control prior biases, participants were asked to judge political candidates that they were unfamiliar with.

The research showed that the manipulation of results pages in search engines can shift the voting preferences of undecideds by anywhere between 20 and 80 percent, depending on the demographic – meaning Google was attempting to rig the 2016 election for Hillary Clinton.

The voting preferences of participants who saw no search suggestions shifted toward the favored candidate by 37.1%. The voting preferences of participants in the search suggestion groups who saw only positive search suggestions shifted similarly (35.6%). However, the voting preferences of participants who saw three positive search suggestions and one negative search suggestion barely shifted (1.8%); this occurred because the negative search suggestion attracted more than 40% of the clicks (negativity bias). In other words, a single negative search suggestion can impact opinions dramatically. Participants who were shown four negative suggestions (and no positives) shifted away from the candidate shown in the search bar (-43.4%). -Epstein, Mohr, & Martinez, The Search Suggestion Effect, 2018

Led by Dr. Robert Epstein, the researchers concluded that by using this method of manipulation, search engines can shift a "50/50 split among people who are undecided on an issue to a 90/10 split without people's awareness and without leaving a paper trail for authorities to follow." Meaning the real collusion during the 2016 election was not between Trump and the Russians, but was between tech giants and their propaganda scheme and the Hillary Clinton campaign.

48

It is no longer a conspiracy theory that Google is manipulating people.  Just look at the heavy amount of manipulation in Google's "suggested" searches in comparison to those of Bing and Yahoo. The researchers suggested that the search suggestion manipulation made against Google during the 2016 election when the tech giant appeared to be suppressing negative search suggestions for Hillary Clinton while allowing negative suggestions for Donald Trump and Bernie Sanders to remain.

This is not a coincidence, especially when considering Google was the Clinton campaign's largest corporate contributor. Google employees, including at least six high-ranking executives, donated more than $1.3 million to Clinton's 2016 campaign.

Call it censorship or manipulation, but the truth is…Google attempted to rig the election for Hillary Clinton by manipulating searches and suggestions, and therefore, voters minds.

49

# Corporate Lives Matter - Emotion Manipulation For Profiteering

Chase Bank, Google, Facebook and Nike paste BLM signs all over their business fronts yet what their signs are really saying is: "*PLEASE DON'T BURN OUR BUILDINGS DOWN*". They don't care about black people. If they did, they would not have companies which never hires any of them. They are PANDERING!

These companies are greenwashing in order to manipulate voters emotion in order to get those voters to vote for shill politicians who have promised to give those companies government perks. All of the BLM riots were organized, promoted and operated by a massive corporate communications network which urban poor people do not have any involvement in. The 'donations' to the BLM go right to political millionaires who are rigging elections. The network of riot organizers can be traced by to corporate organizers who want to control elections so that they can profiteer.

**Greenwashing** (a compound word modelled on "whitewash"), also called "**green sheen**",[1][2] is a form of marketing spin in which green PR (green values) and green marketing are deceptively used to persuade the public that an organization's products, aims and policies are environmentally friendly and therefore 'better'; appeal to nature. Common examples present in the marketing of food products, alternative medicine and natural medicine.[3][4]

Evidence an organization is greenwashing often comes from pointing out the spending differences: when significantly more money or time has been spent advertising being "green" (that is, operating with consideration for the environment), than is actually spent on environmentally sound practices.[5] Greenwashing efforts can range from changing the name or label of a product to evoke the natural environment on a product containing harmful chemicals to multimillion-dollar marketing campaigns portraying highly polluting energy companies as eco-friendly. Greenwashing is therefore a "mask" used to cover-up unsustainable corporate agendas and policies.[6][7] Highly public accusations of greenwashing have contributed to the term's increasing use.[8]

While greenwashing is not new, its use has increased over recent years to meet consumer demand for environmentally friendly goods and services. The problem is compounded by lax enforcement by regulatory agencies such as the Federal Trade Commission in the United States, the Competition Bureau in Canada, and the Committee of Advertising Practice and the Broadcast Committee of Advertising Practice in the United Kingdom.

Critics of the practice suggest the rise of greenwashing, paired with ineffective regulation, contributes to consumer skepticism of all green claims, and diminishes the power of the consumer in driving companies toward greener solutions for manufacturing processes and business operations.[9] Many

50

corporate structures use greenwashing as a way to repair public perception of their brand. The structuring of corporate disclosure is often set up so as to maximize perceptions of legitimacy. However, a growing body of social and environmental accounting research finds, in the absence of external monitoring and verification, greenwashing strategies amount to corporate posturing and deception.[10]

The term *greenwashing* was coined by New York environmentalist Jay Westervelt in a 1986 essay regarding the hotel industry's practice of placing placards in each room promoting reuse of towels ostensibly to "save the environment." Westervelt noted in most cases, little or no effort toward reducing energy waste was being made by these institutions—as evidenced by the lack of cost reduction this practice effected. Westervelt opined the actual objective of this "green campaign" on the part of many hoteliers was, in fact, increased profit. Westervelt thus labeled this and other outwardly environmentally conscientious acts with a greater, underlying purpose of profit increase as *greenwashing*.[11][12][13][14][15][16]

In addition, the political term "linguistic detoxification" describes when, through legislation or other government action, the definitions of toxicity for certain substances are changed, or the name of the substance is changed, so that fewer things fall under a particular classification as toxic. The origin of this phrase has been attributed to environmental activist and author Barry Commoner.[17]

Similarly, introduction of a Carbon Emission Trading Scheme may feel good, but may be counterproductive if the cost of carbon is priced too low, or if large emitters are given "free credits." For example, Bank of America subsidiary MBNA offers an Eco-Logique MasterCard for Canadian consumers that rewards customers with carbon offsets as they continue using the card. Customers may feel that they are nullifying their carbon footprint by purchasing polluting goods with the card. However, only 0.5 percent of purchase price goes into purchasing carbon offsets, while the rest of the interchange fee still goes to the bank.[18]

Such campaigns and marketing communications, designed to publicize and highlight organizational CSR policies to various stakeholders, affect corporate reputation and brand image, but the proliferation of unsubstantiated ethical claims and greenwashing by some companies has resulted in increasing consumer cynicism and mistrust.[19]

In the mid 1960s, the environmental movement gained momentum. This popularity prompted many companies to create a new green image through advertising. Jerry Mander, a former Madison Avenue advertising executive, called this new form of advertising "ecopornography."[20]

The first Earth Day was held on April 22, 1970. This encouraged many industries to advertise themselves as being friendly to the environment. Public utilities spent 300 million dollars advertising themselves as clean green companies. This was eight times more than the money they spent on pollution reduction research.[21][22]

51

Page 52  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

In 1985, the Chevron Corporation launched one of the most famous greenwashing ad campaigns in history. Chevron's "People Do" advertisements were aimed at a "hostile audience" of "societally conscious" people. Two years after the launch of the campaign, surveys found people in California trusted Chevron more than other oil companies to protect the environment. In the late 1980s The American Chemistry Council started a program called Responsible Care, which shone light on the environmental performances and precautions of the group's members. The loose guidelines of responsible care caused industries to adopt self-regulation over government regulation.[21][22]

In 1991, a study published in the Journal of Public Policy and Marketing (American Marketing Association) found that 58% of environmental ads had at least one deceptive claim. Another study found that 77% of people said the environmental reputation of company affected whether they would buy their products. One fourth of all household products marketed around Earth Day advertised themselves as being green and environmentally friendly. In 1998 the Federal Trade Commission created the "Green Guidelines," which defined terms used in environmental marketing. The following year the FTC found that the Nuclear Energy Institute claims of being environmentally clean were not true. The FTC did nothing about the ads because they were out of their jurisdiction. This caused the FTC to realize they needed new clear enforceable standards. In 1999, according to environmental activist organizations, the word "greenwashing" was added to the *Oxford English Dictionary*.[21][22]

In 2002, during the World Summit on Sustainable Development in Johannesburg, the Greenwashing Academy hosted the Greenwash Academy Awards. The ceremony awarded companies like BP, ExxonMobil, and even the US Government for their elaborate greenwashing ads and support for greenwashing.[21][22]

More recently, social scientists have been investigating claims of and the impact of greenwashing. In 2005, Ramus and Monteil conducted secondary data analysis of two databases to uncover corporate commitment to implementation of environmental policies as opposed to greenwashing. They found while companies in the oil and gas are more likely to implement environmental policies than service industry companies, they are less likely to commit to fossil fuel reduction.[23]

In 2010 a study was done showing that 4.5% of products tested were found to be truly green as opposed to 2% in 2009. In 2009 2,739 products claimed to be green while in 2010 the number rose to 4,744. The same study in 2010 found that 95% percent of the consumer products claiming to be green were not green at all.[24]

Greenwashing practices have also a significant impact on the perceptions of stakeholders in general. A recent study has analysed this issue because the effect on perceptions of the effective social and environmental responsibility of companies, the possible presence of misleading practices and the intentions following an environmental scandal creates significant distortions in the market, in the economic system, as well as increasing the information asymmetry between companies and stakeholders.[25]

Australia

The Australian Trade Practices Act has been modified to include punishment of companies that provide misleading environmental claims. Any organization found guilty of such could face up $6 million[26] in fines. In addition, the guilty party must pay for all expenses incurred while setting the record straight about their product or company's actual environmental impact.[27]

Canada

Canada's Competition Bureau along with the Canadian Standards Association are discouraging companies from making "vague claims" towards their products' environmental impact. Any claims must be backed up by "readily available data."[27]

Norway

Norway's consumer ombudsman has targeted automakers who claim that their cars are "green," "clean" or "environmentally friendly" with some of the world's strictest advertising guidelines. Consumer Ombudsman official Bente Øverli said: "Cars cannot do anything good for the environment except less damage than others." Manufacturers risk fines if they fail to drop the words. Øverli said she did not know of other countries going so far in cracking down on cars and the environment.[28][29][30][31]

U.S.

The Federal Trade Commission (FTC) provides voluntary guidelines for environmental marketing claims. These guidelines give the FTC the right to prosecute false and misleading advertisement claims. The green guidelines were not created to be used as an enforceable guideline but instead were intended to be followed voluntarily. Listed below are the green guidelines set by the FTC.

- Qualifications and disclosures: The Commission traditionally has held that in order to be effective, any qualifications or disclosures such as those described in these guides should be sufficiently clear, prominent and understandable to prevent deception. Clarity of language, relative type size and proximity to the claim being qualified, and an absence of contrary claims that could undercut effectiveness, will maximize the likelihood that the qualifications and disclosures are appropriately clear and prominent.[32]

- Distinction between benefits of product, package and service: An environmental marketing claim should be presented in a way that makes clear whether the environmental attribute or benefit being asserted refers to the product, the product's packaging, a service or to a portion or component of the product, package or service. In general, if the environmental attribute or benefit applies to all but minor, incidental components of a product or package, the claim need not be qualified to identify that fact. There may be exceptions to this general principle. For example, if an unqualified "recyclable" claim is made and the presence of the incidental component significantly limits the ability to recycle the product, then the claim would be deceptive.[32]

- Overstatement of environmental attribute: An environmental marketing claim should not be presented in a manner that overstates the environmental attribute or benefit, expressly or by implication. Marketers should avoid implications of significant environmental benefits if the benefit is in fact negligible.[32]

- Comparative claims: Environmental marketing claims that include a comparative statement should be presented in a manner that makes the basis for the comparison sufficiently clear to avoid consumer deception. In addition, the advertiser should be able to substantiate the comparison.[32]

The FTC has said in 2010 that it will update its guidelines for environmental marketing claims in an attempt to reduce greenwashing.[33] The revision to the FTC's Green Guides covers a wide range of public input, including hundreds of consumer and industry comments on previously proposed revisions. The updates and revision to the existing Guides include a new section of carbon offsets, "green" certifications and seals renewable energy and renewable materials claims. According to FTC Chairman Jon Leibowitz, "The introduction of environmentally friendly products into the marketplace is a win for consumers who want to purchase greener products and producers who wants to sell them." Leibowitz also says the win-win can only claim if marketers' claims are straightforward and proven.[34]

In 2013, the FTC began enforcing the revisions put forth in the Green Guides. The FTC cracked down on six different companies, in which five of the cases were concerned with the false or misleading advertising surrounding the biodegradability of plastics. The FTC charged ECM Biofilms, American Plastic Manufacturing, CHAMP, Clear Choice Housewares, and Carnie Cap, for misrepresenting the biodegradability of their plastics treated with additives.[35]

The FTC charged a sixth company, AJM Packaging Corporation, for violating a commission consent order put in place that prohibits companies from using advertising claims based on the product or packaging being "degradable, biodegradable, or photodegradable" without reliable scientific information.[35] The FTC now requires companies to disclose and provide the information that qualifies their environmental claims to ensure transparency.

Examples

The Airbus A380 described as "A better environment inside and out."

- "Clean Burning Natural Gas" — When compared to the dirtiest fossil fuel coal, natural gas is only 50% as dirty. Fracking issues exist when producing the gas, and if as little as 3 percent of the gas produced escapes, effects upon the climate are close to equivalent as when burning coal. [36] Despite this, it is often presented as a 'cleaner' fossil fuel in environmental discourse and is often used to balance the intermittent nature of solar and wind energy.[37]

- Environmentalists have argued that the Bush Administration's Clear Skies Initiative actually weakens air pollution laws.[38]

- Many food products have packaging that evokes an environmentally friendly imagery even though there has been no attempt made at lowering the environmental impact of its production. [39]

- In 2009, European McDonald's changed the colour of their logos from yellow and red to yellow and green; a spokesman for the company explained that the change was "to clarify [their] responsibility for the preservation of natural resources."[40]

- Existing published consumption figures tend to underestimate the consumption seen in practice by 20 to 30%.[41][42] The reason is partly that the official fuel consumption tests are not sufficiently representative of real world usage. Auto makers optimise their fuel consumption strategies in order to reduce the apparent cost of ownership of the cars, and to improve their green image.

- Some environmental conservation groups have criticized the Annenberg Foundation for their attempt to construct domestic pet adoption and care facilities in the Ballona Wetlands Ecological Reserve by repackaging them as part of an "urban ecology center" [43] - a name chosen because it "accommodated the animal adoption process" according to a former spokesperson for the Foundation. The Los Angeles Times called the proposed domestic pet adoption facilities a "bad fit" for the ecological reserve.[44]

- An article in *Wired* magazine alleges that slogans are used to suggest environmentally benign business activity: the Comcast Ecobill has the slogan "PaperLESSisMORE", but Comcast uses large amounts of paper for direct marketing. The Poland Spring ecoshape bottle is touted as "A little natural does a lot of good," although 80% of beverage containers go to landfills. The Airbus A380 airliner is described as "A better environment inside and out" even though air travel has a high negative environment cost.[45]

- The Advertising Standards Authority in the UK upheld several complaints against major car manufacturers including Suzuki, SEAT, Toyota and Lexus who made erroneous claims about their vehicles.[46][47][48][49]

- Kimberly Clark's claim of "Pure and Natural" diapers in green packaging. The product uses organic cotton on the outside but keeps the same petrochemical gel on the inside. Pampers also claims that "Dry Max" diapers reduce landfill waste by reducing the amount of paper fluff in the diaper, which really is a way for Pampers to save money.[50][51]

- Advising hotel guests to reuse towels have an environmental impact with little cost, due to less energy and detergent used. More of a PR trick is that some hotels use key cards made of wood rather than made of plastic.[52]

- A 2010 advertising campaign by Chevron was described by the Rainforest Action Network, Amazon Watch and The Yes Men as greenwash. A spoof campaign was launched to pre-empt Chevron's greenwashing.[53]

- "Clean Coal," an initiative adopted by several platforms for the 2008 U.S presidential elections is an example of political greenwashing. The policy cited carbon capture as a means of reducing carbon emissions by capturing and injecting carbon dioxide produced by coal power plants into layers of porous rock below the ground. According to Fred Pearce's Greenwash column in *The Guardian*, "clean coal" is the "ultimate climate change oxymoron"—"pure and utter greenwash" he says.[54]

- The conversion of the term "Tar Sands" to "Oil Sands," (Alberta, Canada) in corporate and political language reflects an ongoing debate between the project's adherents and opponents. This semantic shift can be seen as a case of greenwashing in an attempt at countering growing public concern as to the environmental and health impacts of the industry. While advocates claim that the shift is scientifically derived to better reflect the usage of the sands as a precursor to oil, environmental groups are claiming that this is simply a means of cloaking the issue behind friendlier terminology.

- Over the past years Walmart has proclaimed to "go green" with a sustainability campaign. However, according to the Institute For Local Reliance (ILRS), "Walmart's sustainability campaign has done more to improve the company's image than the environment." Walmart still only generates 2 percent of U.S. electricity from wind and solar resources. According to the ILRS, Walmart routinely donates money to political candidates who vote against the environment. The retail giant responded to these accusations by stating "that it is serious about its commitment to reduce 20 million tons of greenhouse gas emissions by 2015."[55]

- Environmental accounting can easily be used to pretend that environmental impacts of a company are reduced while actual impacts increase.

- In 2018, in response to increased calls for banning plastic straws, Starbucks introduced a new straw-less lid that actually contained more plastic by weight than the old straw and lid combination.[56]

- The term "bioplastics" refers to a plastic product that has been using materials based from biomass or manufactured with organisms. Bioplastics are often conflated with biodegradable plastics however the terms are not synonymous. For example, micro-organisms that produce petroleum-based plastics are still considered bioplastics although the plastic produced has an identical chemical compound to that of its petroleum counterpart.

- Environmental awards given to fossil fuel companies such as Saudi Aramco by groups such as "The Green Organization" which charge entry and membership fees.[57]

56

- In January 2020 the *Fur Free Alliance (FFA)* pointed that the "WelFur" label is run by the fur industry itself and is aimed at European fur farms.[58]

Opposition

Organizations and individuals are making attempts to reduce the impact of greenwashing by exposing it to the public.[59] The Greenwashing Index,[60] created by the University of Oregon in partnership with EnviroMedia Social Marketing, allows examples of greenwashing to be uploaded and rated by the public.[5] The British Code of Advertising, Sales Promotion and Direct Marketing has a specific section (section 49) targeting environmental claims.

According to some organizations opposing greenwashing, there has been a significant increase in its use by companies over the last decade[*when?*]. TerraChoice Environmental Marketing, an advertising consultancy company, issued a report denoting a 79% increase in the usage of corporate greenwashing between 2007 and 2009. Additionally, it has begun to manifest itself in new varied ways. Within the non-residential building products market in the United States, some companies are beginning to claim that their environmentally minded policy changes will allow them to earn points through the U.S. Green Building Council's Leadership in Energy and Environmental Design rating program. This point system has been held up as an example of the "gateway effect" that the drive to market products as environmentally friendly is having on company policies. Some have claimed that the greenwashing trend may be enough to eventually effect a genuine reduction in environmentally damaging practices.

According to the Home and Family Edition, 95% consumer products claiming to be green were discovered to commit at least one of the "Sins of Greenwashing". The Seven Sins of Greenwashing are as follows:

1. Sin of the Hidden Trade-off, committed by suggesting a product is "green" based on an unreasonably narrow set of attributes without attention to other important environmental issues.

2. Sin of No Proof, committed by an environmental claim that cannot be substantiated by easily accessible supporting information or by a reliable third-party certification.

3. Sin of Vagueness, committed by every claim that is so poorly defined or broad that its real meaning is likely to be misunderstood by the consumer.

4. Sin of Worshiping False Labels is committed when a claim, communicated either through words or images, gives the impression of a third-party endorsement where no such endorsement exists.

5. Sin of Irrelevance, committed by making an environmental claim that may be truthful but which is unimportant or unhelpful for consumers seeking environmentally preferable products.

6. Sin of Lesser of Two Evils, committed by claims that may be true within the product category, but that risk distracting consumers from the greater environmental impact of the category as a whole.

7. Sin of Fibbing, the least frequent Sin, is committed by making environmental claims that are simply false.[61]

In 2008, Ed Gillespie identified "ten signs of greenwashing", which are similar to the *Seven Sins* listed above, but with three additional indicators.

1. Suggestive pictures - Images that imply a baseless green impact, such as flowers issuing from the exhaust pipe of a vehicle.

2. Just not credible - A claim that touts the environmentally friendly attributes of a dangerous product, such as cigarettes.

3. Gobbledygook - The use of jargon or information that the average person can not readily understand or be able to verify.[62]

Companies may pursue environmental certification to avoid greenwashing through independent verification of their green claims. For example, the Carbon Trust Standard launched in 2007 with the stated aim "to end 'greenwash' and highlight firms that are genuine about their commitment to the environment".[63]

Psychology

Greenwashing is a relatively new area of research within psychology and there is little consensus between studies on how greenwashing affects consumers and stakeholders. Because of the variance in country and geography in recently published studies, discrepancy between consumer behavior in studies could be attributed to cultural or geographic differences.

Greenwashing's Effect on Consumer Perception

Researches found that products that are truly environmentally-friendly are perceived significantly more favorably than their greenwashed counterparts. Consumers are more likely to perceive the price of an item marketed as green as a sacrifice when evaluating greenwashed products.[64] Consumer perceptions of greenwashing are also found to be mediated by the level of greenwashing they are exposed to.[25] Other research suggests that few consumers actually notice greenwashing, particularly when they perceive the company or brand as reputable. When consumers perceive green advertising as credible, they develop more positive attitudes towards the brand, even when the advertising is greenwashed. Consumers are not aware of greenwashing in advertising, and trust green advertisements even when they are deceptive.[65] Still other research suggests that consumers with higher green concern are more able to tell the difference between honest green marketing and greenwashed advertising; the higher the green concern, the stronger the intention will be for not purchasing from companies from which they perceive greenwashing advertising behavior. When consumers use word-of-mouth to communicate about a product, green concern strengthens the negative relationship between the consumer's intent to purchase and the perception of greenwashing.[66]

Attributions of Greenwashing

Consumer perception of green advertisements and greenwashing alike is impacted by where consumers attribute the green messaging. Eco-labels can be given to a product both from an external organization and by the company itself, which has raised concerns considering that companies are able to label a product green or environmentally friendly by selectively disclosing positive attributes of the product while not disclosing negative environmental impacts. [67] Consumers expect to see eco-labels from both internal and external sources but perceive labels from external sources to be more trustworthy. Researchers from the University of Twente found that uncertified or greenwashed internal eco-labels may still contribute to consumer perceptions of a responsible company, with consumers attributing internal motivation to a company's internal eco-labeling.[68] Other research connecting attribution theory and greenwashing found that consumers will often perceive green advertising as greenwashing when companies use green advertisements, attributing the green messaging to corporate self-interest. Green advertising can backfire and is perceived negatively especially when the advertisement or environmental claim does not match a company's actual environmental engagement.[69]

Implications for Green Business

The majority of researchers working with consumer perception, psychology, and greenwashing note that in order for companies to avoid the negative connotations and perceptions of greenwashing, companies should 'walk the walk' when it comes to green advertising and green behavior. Green marketing, labeling, and advertising is found to be most effective when it matches a company's actual environmental engagement. This is also mediated by the visibility of those environmental engagements, meaning that if consumers are unaware of a company's commitment to sustainability or environmentally-conscious ethos, they are unable to factor greenness in their assessment of the company or product.[70]

The Limits of Greenwashing on Consumer Perception

Research suggests that consumers' willingness to purchase green decreases when they perceive the green attributes compromise the product quality, making greenwashing potentially risky, even when the consumer or stakeholder is not skeptical of the green messaging. Words and phrases often used in green messaging and greenwashing, such as "gentle," can lead consumers to believe the green product is less effective than a non-green option.[71]

References

1.

- *The Age of Persuasion* (January 8, 2011). *"Season 5: It's Not Easy Being Green: Green Marketing"*. *CBC Radio*. Retrieved 8 January 2011.

- 

- *"LP: 'The biggest environmental crime in history'"*. Libertypost.org. Retrieved 2009-09-11.

-

Page 60  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- *Kahle, Lynn R.; Gurel-Atay, Eda, eds. (2014). Communicating Sustainability for the Green Economy. M.E. Sharpe. ISBN .*

- 

- *Marquis, Christopher; Qian, Cuili (2014). "Corporate Social Responsibility Reporting in China: Symbol or Substance?". Organization Science. **25** (1): 127–148. doi:10.1287/orsc.2013.0837. hdl:1813/36445. ISSN 1047-7039.*

- 

- *"Greenpeace | Greenwashing". Stopgreenwash.org. Retrieved 2016-07-07.*

- 

- *Karliner, Joshua (March 22, 2001). "CorpWatch: A Brief History of Greenwash". Corpwatch.org. Retrieved March 23, 2018.*

- 

- *24/7 Wall Street (2011-05-25). "Top 10 Greenwashing Companies In America". Huffington Post. Retrieved 2016-07-07.*

- 

- *Seele, Peter; Gatti, Lucia (2015). "Greenwashing Revisited: In Search of a Typology and Accusation-Based Definition Incorporating Legitimacy Strategies". Business Strategy and the Environment. **26** (2): 239–252. doi:10.1002/bse.1912.*

- 

- *Dahl, Richard (1 June 2010). "Greenwashing: Do You Know What You're Buying?". Environmental Health Perspectives. **118** (6): a246–a252. doi:10.1289/ehp.118-a246. PMC 2898878. PMID 20515714.*

- 

- *Laufer, William S. (2003). "Social Accountability and Corporate Greenwashing". Journal of Business Ethics. **43** (3): 253–261. doi:10.1023/A:1022962719299.*

- 

- *Motavalli, Jim (2011-02-12). "A History of Greenwashing: How Dirty Towels Impacted the Green Movement". AOL.*

- 

- *"Grønvaskere invaderer børsen" [Greenwashers invade the market]. EPN.dk (in Danish). Jyllands-Posten. 2008-06-21. Archived from the original on 2008-07-05. Retrieved 2012-12-22.*

- 
- *"Beware of green marketing, warns Greenpeace exec"*. *ABS-CBN News. 2008-09-17. Retrieved 2012-11-14.*
- 
- *Hayward, Philip (2009-02-01). "The Real Deal? Hotels grapple with green washing". Lodging Magazine online. Archived from the original on 2009-02-05.*
- 
- *Suryodiningrat, Meidyatama (2008-08-28). "Commentary: When CSR is neither profit nor public good". Jakarta Post online. Retrieved 2012-12-24.*
- 
- *Romero, Purple (2008-09-17). "ABS-CNB News". Abs-cbnnews.com. Retrieved 2009-09-11.*
- 
- *Commoner, Barry (1990). "After 20 Years: The Crisis of Environmental Regulation". New Solutions. 1 (1): 22–29. doi:10.2190/ns1.1.g. PMID 22910312.*
- 
- *"Cashing in on the Environmental". Climate Change Central. 2009-11-13. Archived from the original on 2013-01-15. Retrieved 2017-12-02.*
- 
- *Jahdi, Khosro S.; Acikdilli, Gaye (August 2009). "Marketing Communications and Corporate Social Responsibility (CSR): Marriage of Convenience or Shotgun Wedding?". Journal of Business Ethics. 88 (1): 103–113. doi:10.1007/s10551-009-0113-1. ISSN 0167-4544.*
- 
- *Black, Brian (2008). Lybecker, Donna L. (ed.). Great Debates in American Environmental History. Westport: Greenwood Press. p. 147. ISBN .*
- 
- *"Greenwashing 101 - The Green Life". Thegreenlifeonline.org. 2012-07-06. Retrieved 2016-07-07.*
- 
- *"CorpWatch : Greenwash Fact Sheet". Corpwatch.org. 2001-03-22. Retrieved 2016-07-07.*
-

Page 62  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- Ramus, Catherine A.; Montiel, Ivan (July 26, 2016). "When Are Corporate Environmental Policies a Form of Greenwashing?". Business & Society. **44** (4): 377–414. *doi*:*10.1177/0007650305278120*.

- Terra Choice Group. *"The Sins of Greenwashing Home and Family"*. Retrieved March 23, 2018.

- Torelli, Riccardo; Balluchi, Federica; Lazzini, Arianna (2019-08-14). *"Greenwashing and environmental communication: Effects on stakeholders' perceptions"*. Business Strategy and the Environment. **29** (2): 407–421. *doi*:*10.1002/bse.2373*. *ISSN* *0964-4733*.

- *"Nurofen fine over misleading claims in Australia increased to £3.5 million"*. Telegraph. France Presse Agence. 16 December 2016. Retrieved 23 March 2018.

- Naish, J. (2008). "Lies...Damned lies...And green lies". Ecologist. **38** (5): 36–39.

- *"Archived copy"* (PDF). Archived from *the original* (PDF) on November 23, 2010. Retrieved April 21, 2009.

- *"Prove 'clean, green' ads, Norway tells automakers"*. Motoring.co.za. Retrieved 2009-09-11.

- *"Greenwash Watch: Norways Says Cars Neither Green Nor Clean"*. Treehugger.com. Retrieved 2009-09-11.

- Doyle, Alister (2007-09-06). *"Norways Says Cars Neither Green Nor Clean"*. Reuters.com. Retrieved 2009-09-11.

- *"Archived copy"*. Archived from *the original* on November 17, 2008. Retrieved November 17, 2008.

-

Page 63  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- *"FTC Reviews Guidelines for Green Claims"*. *Greencleancertified.com. 2016-06-15. Retrieved 2016-07-07.*

- *"FTC Issues Revised "Green Guides""*. *US Federal Trade Commission. 2012-10-01. Retrieved 2016-07-07.*

- *"FTC Cracking Down on Misleading, Unsubstantiated Biodegradability Claims"*. *Sustainable Brands. Retrieved 2016-04-06.*

- *Bittman, Mark (24 September 2013). "Is Natural Gas 'Clean'? (Opinion)". The New York Times. Retrieved March 23, 2018.*

- *Frodl, Michael G.; Manoyan, John M. (May 2009). "Natural Gas: Safer Cleaner Energy That Pays For Itself". National Defense. Archived from the original on April 25, 2009. Retrieved March 23, 2018.*

- *US Senator Patrick Leahy (April 26, 2004). "The Greenwashing of the Bush Anti-Environmental Record on the President's Earth Day Visits to Maine and Florida". Archived from the original on 2010-02-03. Retrieved June 29, 2007.*

- *Severson, Kim (2007-01-03). "Be It Ever So Homespun, There's Nothing Like Spin". The New York Times. Retrieved 2009-01-28.*

- *"McDonald's rolling out 'green' logo in Europe". NBC News. 2009-11-23. Retrieved 2016-07-07.*

- Real-world emissions as well as the fuel consumption under the MCC (Milan City Cycle) were much higher - almost double - those obtained under the European type approval test cycle, Ref: JRC>IES>>13202

- *""Real World" Fuel Economy vs. EPA Estimates"*. Edmunds. May 11, 2005. Archived from *the original* on June 8, 2009. Retrieved March 23, 2018.

- *"Ballona Wetlands Land Trust Responds to the Annenberg Foundation's Proposal for Area C"*. Culver City Times. 2013-12-02. Retrieved 2016-07-07.

- *"A bad fit for Ballona Wetlands (Editorial)"*. The LA Times. September 20, 2013. Retrieved March 23, 2018.

- Hagerman, Eric (2008-10-20). *"Little Green Lies—How Companies Erect an Eco-Facade"*. Wired. Retrieved 2009-01-28.

- *"ASA Adjudications - Suzuki GB plc"*. ASA. 2009-06-10. Archived from *the original* on 2012-07-18. Retrieved 2009-07-20.

- *"ASA Adjudications Volkswagen Group UK Ltd t/a Seat UK"*. ASA. 2009-04-22. Archived from *the original* on 2009-05-02. Retrieved 2009-07-20.

- *"ASA Adjudications Toyota (GB) plc"*. ASA. 2008-12-10. Archived from *the original* on 2008-12-12. Retrieved 2009-07-20.

- *"ASA Adjudications Lexus (GB) Ltd"*. ASA. 2008-09-24. Archived from *the original* on 2009-01-13. Retrieved 2009-07-20.

- *"The true story of Pampers Dry Max, Part 1: The Diaper Wars"*. Z recommends. May 31, 2010. Archived from *the original* on May 26, 2010. Retrieved March 23, 2018.

- *"P&G"*. Futurefriendly.com. Retrieved 2016-07-07.

- https://lvevision-keycards.com/

Page 65  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- 

- *"Massive Chevron Ad Campaign Derailed, Media Slapstick Follows"* (Press release). Urbana-Champaign Independent Media Center. 19 October 2010. Archived from *the original* on 3 December 2010. Retrieved 19 October 2010.

- 

- Pearce, Fred (2009-02-26). *"Greenwash: Why 'clean coal' is the ultimate climate-change oxymoron"*. The Guardian. London. Retrieved 2010-02-13.

- 

- *"Top 10 Ways Walmart Fails on Sustainability | Institute for Local Self-Reliance"*. Ilsr.org. 2012-04-17. Retrieved 2016-07-07.

- 

- *"Starbucks Bans Plastic Straws, Winds Up Using More Plastic"*. Reason.com. 2018-07-12. Retrieved 2018-07-18.

- 

- *"Box 4 – What is the Green Organisation | The Green Organisation"*. Retrieved 2020-02-01.

- 

- *Four Paws and Fur Free Alliance warn against "Welfur" animal welfare label*, retrieved January 29, 2020 in Four-paws.org.

- 

- *"Green Watch"*. choice.com.au. Archived from *the original* on 2009-05-09. Retrieved 2009-09-11.

- 

- *"Greenwashing Index"*. Greenwashing Index. Archived from *the original* on 2012-09-05. Retrieved 2009-09-11.

- 

- *"Home and Family Edition"*. The Sins of Greenwashing. 2012-09-13. Archived from *the original* on 2014-07-17. Retrieved 2016-07-07.

- 

- Gillespie, Ed (May 2008). *"Stemming the tide of 'greenwash'"*. Consumer Policy Review. **18** (3): 79. Retrieved March 23, 2018 – via ebscohost.

- 

- *"Carbon Trust aims to end 'greenwash' by launching company standard"*. The Guardian. 24 June 2008. Retrieved 22 July 2014.

- 

- Lee, Jeonggyu; Bhatt, Siddharth; Suri, Rajneesh (2017-12-13). "When consumers penalize not so green products". Psychology & Marketing. **35** (1): 36–46. doi:*10.1002/mar.21069*. ISSN *0742-6046*.

- 

- Östoy, T. *"An Investigation of the Effects of Consumers' Environmental Attitudes on Perceptions of Green Ads and Attitudes toward the Brand"*. Journal of Academic Research in Economics. **8**: 7–37 – via ebscohost.com.

- 

- Zhang, Lu; Li, Dayuan; Cao, Cuicui; Huang, Senhua (June 2018). "The influence of greenwashing perception on green purchasing intentions: The mediating role of green word-of-mouth and moderating role of green concern". Journal of Cleaner Production. **187**: 740–750. doi:*10.1016/j.jclepro.2018.03.201*.

- 

- Lyon, Thomas P.; Montgomery, A. Wren (2015-03-23). "The Means and End of Greenwash". Organization & Environment. **28** (2): 223–249. doi:*10.1177/1086026615575332*. ISSN *1086-0266*.

- 

- Gosselt, Jordy F.; van Rompay, Thomas; Haske, Laura (March 2019). *"Won't Get Fooled Again: The Effects of Internal and External CSR ECO-Labeling"*. Journal of Business Ethics. **155** (2): 413–424. doi:*10.1007/s10551-017-3512-8*. ISSN *0167-4544*.

- 

- Nyilasy, Gergely; Gangadharbatla, Harsha; Paladino, Angela (December 2014). "Perceived Greenwashing: The Interactive Effects of Green Advertising and Corporate Environmental Performance on Consumer Reactions". Journal of Business Ethics. **125** (4): 693–707. doi:*10.1007/s10551-013-1944-3*. ISSN *0167-4544*.

- 

- Berrone, Pascual; Fosfuri, Andrea; Gelabert, Liliana (August 2017). "Does Greenwashing Pay Off? Understanding the Relationship Between Environmental Actions and Environmental

*Legitimacy". Journal of Business Ethics.* **144** *(2): 363–379.* doi:*10.1007/s10551-015-2816-9.* ISSN *0167-4544.*

•

71. *Newman, George E.; Gorlin, Margarita; Dhar, Ravi (2014-10-01). "When Going Green Backfires: How Firm Intentions Shape the Evaluation of Socially Beneficial Product Enhancements". Journal of Consumer Research.* **41** *(3): 823–839.* doi:*10.1086/677841.* ISSN *0093-5301.*

## Further reading

- Catherine, P. (n.d). Eco-friendly labelling? It's a lot of 'greenwash'. Toronto Star (Canada), Retrieved from Newspaper Source database.

- Clegg, Brian. 2009. *Eco-logic: Cutting Through the Greenwash: Truth, Lies and Saving the Planet*. London: Eden Project. ISBN 978-1-905811-25-0.

- *Dobin, D (2009). "Greenwashing harms entire movement". Lodging Hospitality.* **65** *(14): 42.*

- Greer, Jed, and Kenny Bruno. 1996. *Greenwash: The Reality Behind Corporate Environmentalism*. Penang, Malaysia: Third World Network. ISBN 983-9747-16-9.

- Jenny, D. (n.d). New reports put an end to greenwashing. Daily Telegraph, The (Sydney), Retrieved from Newspaper Source database.

- Jonathan, L. (n.d). Why 'greenwash' won't wash with consumers. Sunday Times, The, Retrieved from Newspaper Source database.

- Lubbers, Eveline. 2002. *Battling Big Business: Countering Greenwash, Infiltration, and Other Forms of Corporate Bullying*. Monroe, ME: Common Courage Press. ISBN 1-56751-224-0

- Priesnitz, W. (2008). Greenwash: When the green is just veneer. Natural Life, (121), 14-16. Retrieved from GreenFILE database.

- Seele, P., and Gatti, L. (2017) Greenwashing Revisited: In Search of a Typology and Accusation-Based Definition Incorporating Legitimacy Strategies. Bus. Strat. Env. 26 (2), 239-252, doi: 10.1002/bse.1912.

- Tokar, Brian. 1997. *Earth for Sale: Reclaiming Ecology in the Age of Corporate Greenwash*. Boston: South End Press. ISBN 0-89608-558-9.

- (2009). Greenwashing culprits to be foiled ahead of business summit. European Environment & Packaging Law Weekly, (159), 28. Retrieved from GreenFILE database

- Roberts Environmental Center - ratings of corporate sustainability claims.

- How Greenwashing Works at HowStuffWorks

- Greenwashing in Popular Culture and Art

- What is Greenwashing, and Why is it a Problem?"

- Footsie 100 Green Winners and Green Washers Survey

- Streaming audio of a 2011 radio program on the subject of Green Marketing/Greenwashing— from CBC Radio.

- The Climate Wealth Opportunists, on the greenwashing of corporate environmental aims or policies by some non-profit organizations

Opinion: The Mainstream Media Has Lied to You Before and They're Lying to You Again

By Jon Hall


With the latest bout of *Black Lives Matter* protests that started around the end of May in Minneapolis – and still currently ongoing – the mainstream media has proven to not only be fully on board with their violent rhetoric but also with normalizing brutality and racism.

To be clear: black lives do matter. There is a systemic problem regarding the training and guidance of new police recruits in the United States undergo.

How the mainstream media cozied up to protestors who are unwilling to any form of discourse and completely unhinged in their actions is already heavily problematic. If you take a closer look at what the media has condoned by supporting the protesting (see also: *rioting*), **it becomes even uglier.**

Across Saint Paul, Minneapolis's neighboring city, 170 businesses were damaged, looted, or burnt three days after the death of George Floyd. In Louisville, David McAtee, a local restaurant owner, was shot and killed outside of his restaurant. Also in Louisville, Barry Perkins died after being hit by a FedEx truck driver fleeing from looters.

77-year-old retired police captain, David Dorn, was killed and shot by looters at a pawn shop. Dorn was African American. Did his black life not matter?

In Chicago, John Tiggs was shot in the abdomen at a T-Mobile store while there to pay his bill – and died. In Kansas City, 50-year-old dad, Marvin Francois was murdered by robbers while he was picking up one of his sons from a protest.

With all of that–and that is highlighting just a mere few instances of people murdered directly as a result of rioting, **the coverage of the victims has been nearly non-existent on network news.**

**At maximum, network news has spent a little over 2 minutes in their respective coverage, with none of the airtime on those murdered in riots cracking even 1% when comparing total airtime**

of coverage pertaining to civil unrest from the networks.

Adding CHAZ to the equation truly drives home the negligent reporting from CBS, NBC, and ABC over the recent riots and ensuing chaos.

CHAZ, or "Capital Hill Autonomous Zone" henceforth re-branded as CHOP – or "Capital Hill Occupied (or Organized) Protest," is 6 blocks within Seattle where protestors pushed out a precinct of police and set-up walls and barricades blocking off their "autonomous" paradise, required photo I.D. to enter, and stationed armed guards.

Nevermind that those three regular policies established within CHAZ **are what the left has been on a war-path** *since, well, forever* – the hypocrisy doesn't end there.

The CHAZ was taken over by a rapper, Raz Simone. **Whether or not he's a "warlord" seems to be contested by the likes of** *Yahoo!News*'**John Fund who reported:**

Solomon [Raz] Simone… is the self-styled leader of the 300 or 400 CHAZians. **Critics call him a 'warlord'.**

The notion that only "critics" are calling Raz Simone a warlord is right in line with the mainstream media's condoning of the civil unrest.

Raz Simone has **attacked people within CHAZ for not complying** with his orders. On the night CHAZ was taken over, Simone was patrolling the 6 block radius **with an AK-47 and handgun,** shouting "this is war" from his megaphone.

Raz allegedly also **attacked a citizen journalist.** While the two were arguing. Raz claimed he was "peaceful" before throwing hits at the man and his camera.

Seattle's resident warlord Raz assaults citizen journalists and streamers.

He'd be a named enemy in The Division. pic.twitter.com/wGf6qrah8D

— Ian Miles Cheong (@stillgray) June 11, 2020

**Raz has allegedly been videoed handing out guns to protestors in CHAZ. Despite acting as the sole executor of justice in a police-free zone, lashing out at dissenters, and arming the rebellion – remember, only Raz's critics are calling him a warlord.**

On Saturday night, Seattle PD officers responded to shots fired in Cal Anderson Park around 2:30 AM in CHAZ. Police bodycam shows officers arriving and marching through to the scene with guns drawn as a group of protestors approach the police.

In the video, an officer calls through a megaphone: "Please move out of the way so we can get to the victim. **All we want to do is… provide them aid.**"

Two victims were taken to a nearby medical center by CHAZ "medics". **One of the victims died of his injuries,** with the other in critical condition.

All of this is the behavior and actions condoned by the mainstream media. **After years of the media accusing Donald Trump of normalizing violence, their washing away and willfully omitting the victims killed in the riots is not only shameless, but voidless of ethics or morals.**

If you think the concept of *BLM* being infiltrated by cultural Marxists is too far-fetched, let me really drive the point home…
A video dug up from 2015 shows **Patrisse Cullors, founder of *BLM*, confirming the group has a hidden agenda:**

"We actually do have an ideological frame. Myself and Alicia in particular, we're trained organizers. **We are trained Marxists.**"

*Patrisse Cullors*

Patrisse, Alicia Garza, and Opal Tometa founded *Black Lives Matter* together self-described as "trained Marxists". **For those unfamiliar with Soviet defector and KGB operative, Yuri Bezmenov's interview on cultural Marxism need to watch the video clip.**

**The subversion and demoralization referenced by Bezmenov doesn't beget any productive or unified path forward as a country** – only destruction.

**This is exactly what the mainstream media stands behind.**

The rise of renewed and vociferous social movements for every non-white and non-cis male group can be seen as paralleling the rise of social media and the domination of technology platforms. In time, at least in the Western world, when blacks, women, gays, and most other populations have won equal rights, and even preferential rights, under codified federal law, and when their social currency has never been higher, it seems now that their voice has never sounded more pained or aggrieved.

Without a doubt, the ease of emoting through a tweet has certainly affected how individual users can set off maelstroms of irrational fury. Whether calling out real hurt, self-deluded hurt, or pure schadenfreude, there is no shortage of bored and usually meaningless lives attempting to drag down a crab that has nearly escaped the barrel of life.

The other side of the same coin is how the tech giant themselves can influence the narrative. We see this play out with not-so-alleged shadow banning practices of conservative social media accounts, and most people are by now aware of YouTube demonetizing conservative channels. We can add a new wrinkle: The representation of Google Image searches to advance a social narrative.

Let's break down what we saw in our own online queries, and then we can analyze it afterward. Try it out for yourself and leave a comment at the end of the article.

*Google Search: "White Men"*

70

The top three rows of the search produced a total of sixteen results. Of those, there were:

- One result featuring a woman of color

- Three results featuring exclusively black men, either as a victim of white brutality or as a successful black man. Each image is a well-dressed black man wearing a tuxedo or suit.

- Five results featuring either a mug shot of some kind or simply an angry visage.

- Visible taglines for the images including phrases like "Dear White Men, We Need You," "White Men Are Bad," "An Angry White Man" and one begins "White Men Aren't Thrilled When Women"

- Only two results showing white men smiling

*Google Search: "Black Men"*

The top three rows of the search produced a total of seventeen results. Of those, there were:

- All seventeen results featuring black men

- Eight of the results featuring black men smiling

- At least six of the results explicitly expressing victimhood. A few others are vaguer but allude to it.

- Visible taglines for the images including: "The Young Black Men Caught," "Why Do White People Feel," "Photo Campaign That Celebrates Black" and "Resilience Of Black Men."

*Google Search (see feature photo): "White Women"*

The top three rows of the search produced a total of fifteen results. Of those, there were:

- Five results featuring women of color

- Two results featuring black men

- Four featuring white women smiling

- Visible taglines for the first five results including: "The Trouble with White Women," "White Women Need To Talk About Race," "White Women Aren't Allies At Work," "Dear White Women, No More," and "White Women: It's Time To Be…"

- Other taglines including "White Women Were Southern Slave Owners," "Being Exoticised By White Women," "Black Women Are Paid Less Than White," and "White Women Benefit Most (from white privilege)."

*Google Search: "Black Women"*

The top three rows of the search produced a total of sixteen results. Of those, there were:

- All sixteen results featuring black women

- All sixteen results featuring well-dressed and well-groomed women

- Fourteen of the results featuring black women smiling or projecting happiness (the other two project strength)

- Visible taglines including: "How Women Have Shaped," "Studies Suggest Black Women Are More," "My Heroes Are Black Women," and "20 Millenial Black-Owned Brands."

*Google Search: "White People"*

The top three rows of the search produced a total of fifteen results. Of those, there were:

- Seven results featuring people of color

- Four additional results featuring white people protesting in solidarity with black people

- Just one result featuring a white person smiling (a white woman with dreadlocks)

- Visible taglines including: "Dear White People," "Dear White People (again)," "A Letter To White People," and another features the deplorable Robin DeAngelo.

*Google Search: "Black People"*

The top three rows of the search produced a total of fifteen results. Of those, there were:

- All fifteen results featuring black people

- Eleven results featuring blacks smiling

- Visible taglines including: "What's Life Really Like For Black," "Being Black In America," "Racism Grows in Places," and "Facebook Has Problem With Black People."

*An Analysis of Search Results*

An aggregate of the three "white" searches is unflattering for white people. Of the forty-six total results, a full eighteen (39%) of them depict non-whites, sometimes in roles of victimhood but usually in portrayals of independence and success. In and of itself, this is not bad, but it is misrepresentative of the intended search, and as we see, it is not replicated in reverse for other searches. For the whites themselves, just seven (15%) were represented in a positive light as indicated by smiling. Put another way, more than twice the amount of blacks were shown than whites in a positive way – in a search designed to produce white results, to begin with.

The taglines are especially egregious. Just two taglines suggest something positive ("Employment Helps White Men's Health," and another is assumed to be positive because it shows white women rallying against the death of a black woman at the hands of police). Two others are neutral in that they

advertise white shirts. That leaves a full twenty-four taglines (52%) under an image of white people that states something negative or dangerous about them.

An aggregate of the three "black" searches has a different outcome. Of the forty-eight total results, fully 100% of those results came back with images of black people. In the same vein, none of the taglines suggest that blacks are dangerous or that anything blacks do is harmful to others (as is the case especially with white women, more on that anon).

Amazingly, twenty-nine taglines portray blacks as victims. Despite the overall happiness of blacks as seen through imagery, the titling of the pictures nevertheless contends that blacks must be seen as victims. The taglines refer to the problems being black in America, and several refer to their killings (always at the hands of whites or police, not other blacks, even though black homicide victims are killed by other blacks 90% of the time according to the FBI).

As it relates specifically to the query of white women, something striking is happening. There is clearly a concerted effort to portray white women as comfortably and cunningly subversive (Where is the feminist outrage, by the way?). Most headlines call out white women for a combination of their insincere efforts at allying with blacks, benefiting from white privilege, and to really hammer home a negative stereotype, fulfilling the role of a "Karen." In the intersectional rat race, the irony is that a significant majority of all women marchers in January 2017 were white and championing leftist causes. Two immalleable rules in life: You can't please everyone, and the left always consumes its own.

It is obvious that the Marxists at Google have an agenda to pursue, namely that the narrative must be alive and well. White men and women are evil? Check. Are blacks simultaneously victims of white oppression and strong individuals? Check. The more subtle displays arise when looking at the positive and negative dispositions. In Nazi propaganda, Goebbels only had to compare Jews to rats for so long before most Germans went along with the lie. How long before a similar lie is believed here? More concerning, what happens after that?

If rats are disgusting, and Jews are rats …

If racism is bad, and whites are racist …

See the original post article link and more articles from Parker Beauregard.

73

# Facebook's Political Manipulation Services Can Get You Killed

Cambridge Analytica whistleblower tells MPs his predecessor was found dead in a hotel room in Kenya and may have been poisoned after a deal went 'sour'

Cambridge Analytica whistleblower Christopher Wylie made fresh claims to MPshHis predecessor Dan Mursean died mysteriously in Kenyan hotel room in 2012. He told MPs there were rumours Mr Muresan was poisoned after a deal went sour. There are charges Kenyan police were bribed to delay investigation into death.    e also said CA-linked SCL distributed 'kompromat' in Nigeria's 2015 election

By Kate Ferguson

Cambridge Analytica whistleblower Christopher Wylie has today revealed his predecessor died mysteriously in a Kenyan hotel room - and may have been poisoned.

He said Dan Muresan was working for President Uhuru Kenyatta's re-election campaign when he was found dead in 2012 amid reports a deal he was working on went 'sour'.

Giving evidence to the culture select committee of MPs, Mr Wylie told how rumours that Mr Muresan had been killed circulated around the controversial data firm.

And he heard talk the Kenyan police had been bribed not to enter the hotel room for 24 hours in a bid to cover up the possible murder.

He made the explosive comments to a committee of MPs investigating the spread of fake news.

Rumours that the death could have been murdered will fuel concerns about Cambridge Analytica and the shady world it operated in.

Giving evidence to the culture select committee of MPs today (pictured)  Mr Wylie told how rumours that Mr Muresan had been killed circulated around the controversial data firm

Dan Muresan was Cambridge Analytica's elections chief when he died in mysterious circumstances in 2012.

He had been working  for the Kenyan President Uhuru Kenyatta's reelection campaign when he died.

Rumours which later surfaced suggested he may have been poisoned after a deal went 'sour'.

Mr Muresan was the only child of Romania's former Agriculture Minister Ioan Avram Muresan, who is now serving a seven year jail stint for corruption.

His family reportedly chose to keep the cause of his death private - a choice Romanian citizens are offered/.

He studied at the prestigious LSE university before moving to the Us where he got a master's degree in political management from the George Washington University.

He joined Cambridge Analytica working on their elections team and headed up campaigns in various states of south Africa, south-east Asia and eastern Europe.

At the time of his death, Romania's Foreign Ministry told the Bucharest Herald: 'The Romanian citizen was working with a British telecommunications company, being in Kenya for a while.

'He had not yet registered his presence on Kenyan territory with the Romanian diplomatic mission. The same source shows that after the police arrived, the body was taken by an undertaker company for an autopsy.'

'Dan was my predecessor....what I heard was that he was working on some kind of deal of some sort - I'm not sure what.

'The deal went sour.

'People suspected he was poisoned in his hotel room. I also heard that the police had got bribed not to enter the hotel room for 24 hours.'

He added: 'That is what I was told - I was not there so I speak to the veracity of it.'

Mr Wylie said that when he joined Cambridge Analytica in 2012 he did not know the name of his predecessor or what happened to him.

But he asked his colleagues after he could not find a file he was hunting for. It was then that he heard the rumours about the death, MPs were told.

Mr Muresan was the son of former Romanian Agriculture Minister Ioan Avram Muresan, who is now in prison for corruption charges.

His mysterious death made the news in his home country.

According to a report of his death which ran in 2012 in the Bucharest Herald, the 32 year-old had studied at the LSE in London and had coordinated election campaigns in Europe, Africa and the US.

Romania's Foreign Ministry told the Bucharest Herald at the time: 'The Romanian citizen was working with a British telecommunications company, being in Kenya for a while.

'He had not yet registered his presence on Kenyan territory with the Romanian diplomatic mission.

'The same source shows that after the police arrived, the body was taken by an undertaker company for an autopsy.'

Paul-Olivier Dehaye, an IT expert, told the committee: 'My understanding relating back to your predecessor Dan Muresan.


'There are stories that have come out in India…he was working for Congress apparently according to reports.

'But apparently he was really paid for by an Indian billionaire who actually wanted Congress to loose.

'So he was pretending to work for one party while actually paid by someone else.'

He called for collaboration between the three countries to get to the bottom of what happened to Mr Muresan.

In a lengthy appearance in front of the select committee, Mr Wylie also made more claims about questionable activities carried out by the SCL Group, a strategic communications company linked to CA.

He claimed that SCL had been involved in a project in Nigeria in 2015 which had involved hacking the private information of Muhammadu Buhari, who was running for president.

Cambridge Analytica's parent company involved in distributing kompromat to intimidate voters in Nigeria, MPs hear

Cambridge Analytica's parent company was involved in the distribution of kompromat to try to intimate voters in the Nigerian election in 2015, a whistleblower today claimed.

Christopher Wylie said SCL was involved in a project involving the hacking the private information of Muhammadu Buhari, who was running for president.

He claimed AIQ distributed compromising material - known as kompromat - and videos designed of people having their throats slit to intimidate Mr Buhari's supporters.

He told MPs: 'The company utilised the services of an Israeli private intelligence firm, Black Cube.

'Black Cube on the Nigeria project was engaged to hack the now-president Buhari to get access to his medical records and private emails.

'AIQ worked on that project. AIQ was handed material in Nigeria from Cambridge Analytica to distribute online.

'That's distribution of kompromat and of incredibly threatening and violent video content which I've passed on to the committee.

'The videos that AIQ distributed in Nigeria with the sole intent of intimidating voters included content where people were being dismembered, where people were having their throats cut and bled to death in a ditch, they were being burned alive.

'There were incredibly anti-Islamic and threatening messages portraying Muslims as violent.'

Mr Wylie also alleged AIQ had worked on a project in Trinidad & Tobago, which involved attempting to harvest the internet data of the country's entire population.

He said: 'You've got AggregateIQ, who received 40 per cent of Vote Leave's spending, also involved in projects which involved hacked material and kompromat and distributing violent videos of people being bled to death to intimidate voters.

'This is the company that played an incredibly pivotal role in politics here.'

In a statement issued after the hearing, Black Cube said it has always operated within the law.

It said: 'Whilst we are flattered that we are seemingly being connected with every international incident that occurs, we will state that Chris Wylie's testimony is a flagrant lie.

'We categorically declare that neither Black Cube, nor any of its affiliates and subsidiaries, have ever worked for, or engaged with, SCL, Cambridge Analytica, or any of their affiliates and subsidiaries.

'Black Cube has never operated in Nigeria nor has it worked on any project connected to Nigeria, and none of its employees have ever set foot in Nigeria.

'Black Cube will investigate this claim on a pro bono basis, and will reveal the truth and the motive behind Wylie's defamatory lie.'

They also threatened to sue Mr Wylie.

And he claimed AIQ had distributed compromising material - known as kompromat - and videos designed to intimidate Mr Buhari's supporters.

He said: 'The company utilised the services of an Israeli private intelligence firm, Black Cube.

'Black Cube on the Nigeria project was engaged to hack the now-president Buhari to get access to his medical records and private emails.

'AIQ worked on that project. AIQ was handed material in Nigeria from Cambridge Analytica to distribute online.

'That's distribution of kompromat and of incredibly threatening and violent video content which I've passed on to the committee.

'The videos that AIQ distributed in Nigeria with the sole intent of intimidating voters included content where people were being dismembered, where people were having their throats cut and bled to death in a ditch, they were being burned alive.

'There were incredibly anti-Islamic and threatening messages portraying Muslims as violent.'

In a statement issued after the hearing, Black Cube said it has always operated within the law.

It said: 'Whilst we are flattered that we are seemingly being connected with every international incident that occurs, we will state that Chris Wylie's testimony is a flagrant lie.

'We categorically declare that neither Black Cube, nor any of its affiliates and subsidiaries, have ever worked for, or engaged with, SCL, Cambridge Analytica, or any of their affiliates and subsidiaries.

Black Cube has never operated in Nigeria nor has it worked on any project connected to Nigeria, and none of its employees have ever set foot in Nigeria.

'Black Cube will investigate this claim on a pro bono basis, and will reveal the truth and the motive behind Wylie's defamatory lie.'

They also threatened to sue Mr Wylie.

in his evidence, Mr Wylie also alleged that AIQ had worked on a project in Trinidad & Tobago, which involved attempting to harvest the internet data of the country's entire population.

He said: 'You've got AggregateIQ, who received 40 per cent of Vote Leave's spending, also involved in projects which involved hacked material and kompromat and distributing violent videos of people being bled to death to intimidate voters.

'This is the company that played an incredibly pivotal role in politics here.

'Something that I would strongly recommend to the committee would be that they push the authorities here and give them the support they need to investigate this company.'

He said that SCL would help politicians win elections in African countries so it could use its influence to broker commercial deals and line their pockets.

Describing how SCL operates, Mr Wylie said: 'You can be a colonial master in these countries...it was very much like a privatized colonial operation'

He also revealed more details about the characters behind Cambridge Analytica and SCL Group.

He said that Alexander Nix, CA's chief executive, set up a fake office in Cambridge in a bid to woo Steve Bannon - Donald Trump's former chief strategist, who was more at home speaking to students than sitting in the firm's plush Mayfair offices.

He also revealed that Mr Nix was very wealthy.

Mr Wylie told MPs that Vote Leave strategist Dominic Cummings (pictured) cheated election spending rules in the referendum by telling other organisations  how to spend their money

'Going into the developing world and running a country is something that appeals to them.'

Cambridge Analytica has been plunged into controversy after Mr Wylie blew the whistle on claims that it harvested data from 50 million Facebook users without getting their permission.

My Wylie told MPs that thought Mr Nix was 'exceptionally misleading' in his evidence to the committee adding: 'Not just misleading but dishonest.'

He also accused Dominic Cummings, the strategist at Vote Leave who is credited with masterminding the victory, of finding ways of cheating in the Brexit referendum.

Mr Wylie said he found ways to bust spending limits by telling other Brexit backing organisations including BeLeave to used their money to pay for a digital advertising blitz by AIQ.

He said: 'This is cheating....if you cheat on an exam you get a fail if you chat on the Olympics you lose your medal. You should not win by cheating.'

He added: 'There could have been a different outcome in the referendum had there not been cheating.'

He said Cambridge Analyica is not a legitimate firm and that 'no good' has come from it.

When you affect political manipulation services which affect national elections you can be killed over it.  Other deaths related to the Silicon Valley Cartel include the following deaths:

All of these people are connected to the suspects in the corruption Cartel that is under investigation. These deaths are vastly outside the odds-of-coincidence. Forensic math says a large number of them are murders. The family and friends of many of these deceased persons have contacted our legal team and stated that they have "evidence of murder". Our staff and Alliance members personally knew many of these people and were told, by some of them, in advance of their deaths, of threats on their lives for whistle-blowing. The suspects are crazy enough and powerful enough to kill to try to control over six trillion dollars of federal and monopolistic funds for their stock market accounts and to get to run the White House! We knew some of these people personally!

Every one of these people are dead. **That is a fact!**

Every one of these people had knowledge of the suspects. **That is a fact!**

Many investigators have provided evidence which proves that many of these people may have been able to have the suspects arrested if they had been allowed to give testimony in court. **That is a fact!**

- **Daphne Caruana Galizia**, 53 - dubbed a "one-woman WikiLeaks" - was killed as she was driving near the village of Bidnija in northern Malta.Car bomb kills journalist behind Panama Papers offshore tax evasion investigation 'days after she received threats to her safety'. She had seen leaked documents that connected the suspects to an international money and political manipulation scheme.

- **James D Johnston**, GM lobbyist/key witness. Had was connected to the Dept. of Energy car funding scheme. He was involved in money management with the suspects. May have "known too much".

- **Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating

face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.

He knew the dirty secret behind Google and Youtube. Sergy Brin and Larry Page got the idea for manipulating user data from him.

- **Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk. He said he thought he was going to be killed for exposing the Silicon Valley Cartel.

- Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht". He knew the dirty secret behind Google and Youtube

- Google associate and Tesla Investments founder **Ravi Kumar** was also killed by a hooker. Was involved in money management with the suspects. May have "known too much".

- Deep Google investor VC liaison and **husband of Facebook executive Cheryl Sandberg, Dave Goldberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill. He knew that Facebook was rigging elections and had used his survey system to help do it.

- **David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech.He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk.

- One **Andrew Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs. Died of a massive heart attack, walking outside late at night, alone, in the dark approximately one week before he was to produce tapes of Obama's extremist activities in college.  More speculation: Breitbart: "Wait 'Til They See What Happens March 1st", Breitbart's Footage Shows Obama 'Palling Around' With Terrorists..... Sheriff Joe Arpaio: I Spoke with Andrew Breitbart Shortly Before he Died ......An Eyewitness Speaks Out About Andrew Breitbart's Death Scene... Breitbart's skin color described as bright red. ... Was Andrew Breitbart assassinated?...More murder speculation: Was Andrew Breitbart Murdered?..........Coroner: Breitbart Died of Heart Failure...* Christopher Lasseter, Dissapears.....witness to Breitbart's death vanishes -

Page 81  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Follows suspicious demise of member of coroner's team (possibly in hiding to avoid reporters), ....
Breitbart witness: He dropped like sack of bricks Describes 'thick white band' around forehead at death
;  Ex-CIA Agent Claims Obama Killed Breitbart and Clancy (story also linked here ) ;  Ex-CIA Agent
Claims Obama Had Breitbart and Clancy Killed ; Brandon Walker interviews Doctor Jim Garrow,
philanthropist and worker for one of the largest non-profit organizations on the planet to save female
children from slaughter in China.. states he knows that President Obama ordered the murders of Tom
Clancy and Andrew Breitbart (Audio) **Michael Cormier**  -  respected forensic technician for the Los
Angeles County Coroner died under suspicious circumstances at his North Hollywood home April 20,
the same day Andrew Breitbart's cause of death was finally made public.  Medical examiners in Los
Angeles are investigating the possible poisoning death......Conspiracy theorists cry foul after Andrew
Breitbart's 'coroner' dies of arsenic poisoning- ....Police Debunk Theories Linking Breitbart, L.A.
Coroner Tech Deaths ; No Answers in Death of Technician Linked to Andrew Breitbart: Killed by high
amounts of arsinic in his system ; Breitbart's Coroner Murdered. News From LA


- **Karl Slym**, with Tata Motors was involved in a car deal with some of the suspects for one of the
biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the
top of a skyscraper hotel. It helps certain people that he can no longer talk.

- **Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of
Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of
interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at
Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private
airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It
helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own
federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house
down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized
this, they were forced to give all of their patents away for free. These three senior engineers had deep
inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

- The health director who approved the release of President Obama's birth certificate has died in a plane
crash: **Loretta Fuddy.** She was one of the few people who could confirm data on the certificate.

- **Stanley Meyer** - Hydrogen car developer whose technology would have obsoleted Tesla Motors
lithium ion battery

- **Danny Lewin**, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking
System- Plane Crash 9/11

- **John Wheeler** - Washington DC- Drugged, escaped, recaptured, murdered. former presidential and
Pentagon aide John Wheeler III was found in a Delaware garbage dump. Wheeler's cell phone
discovered - Cause of death released in Wheeler case, blunt force trauma -- Wheeler's cell phone found

in a taxi -- His family wants information - John Wheeler was assassinated by a hitman in a targeted killing, his widow has claimed - Who killed Jack Wheeler?  ;  John Wheeler III Murdered for Threatining to Expose US Military Test of Poison Gas?

- **Ashley Turton,** wife of White House liaison Daniel Turton. wife of the Obama administration's House of Representatives liaison, Dan Turton, was found dead in a burning car Monday morning, *Roll Call* and other news outlets are reporting. Fire officials said it appeared the car crashed as it was pulling in or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., at about 5 a.m. Neighbors dialed 911 after spotting the fire. The body was discovered after fire crews doused the blaze. The fire also charred part of the garage. Nobody in the house was injured, fire officials said.  Ashley Turton worked as a lobbyist for the utility giant Progress Energy, according to *Politico*. She was a former staffer for U.S. Rep. Rosa DeLauro, D-Conn. The Rahm Emanuel Connection to the Deceased Ashley Turton, -- The ATF investigates - Ashley Turton Crashed Under the Influence

- **David Werner,** Former Member of the Capitol Steps

- ACLU figure **Larry Frankel** found dead in Washington creek

- **Josh Burdette**, Washington DC's, 9:30 Club manager

- **Kam Kuwata**, Washington, DC. **Kam Kuwata** -   was found dead inside his Venice home after friend — concerned that they had not heard from him for a few days — alerted police. Political consultant in California.  Democratic insider.  Possibly the Obama consultant referred to in the *Ulsterman Report*: Alledgedly viewed bizarre drug induced behavior from Obama during the the 2008 campaign.: "The Troubling Timeline".... The Death of a Political Operative – The Troubling Timeline… (UPDATED)

- **Michael Hastings**- Reporter. **Michael Hastings:** Rolling Stone Journalist, Author Believed to be Dead in Hollywood Crash... known for his interview of Gen. Stanley McCrystal: Michael Hastings death: Coroner still hasn't ID'd badly burned victim: Picture of the burned out car ; autopsy results will take weeks; Video report .. was covering a story about the defense dept. and Hollyood... nervous wreck ; Michael Hastings, journalist who bring down US general, dies at 33 ; WikiLeaks Claims Michael Hastings Told Them FBI Was Investigating Him Hours Before He Died ; Hastings' death in fiery car crash is just the latest in a growing list of dead investigative journos ; Michael Hastings' Chilling Final Story....-->"*Why Democrats Love to Spy on Americans*" ; Michael Hastings researching Jill Kelley case before death ; Hastings "Boston Brakes" Killing a Warning? ; FBI says journalist Michael Hastings was not under investigation ; Michael Hastings "CAUGHT ON TAPE" Running Red-Light Seconds Before Crash ; Journalist Michael Hastings Dies in Fiery Crash / Hollywood RAW FOOTAGE ; Hastings Sent Colleagues Email Hours Before Crash ; Was Michael Hastings' Car Hacked? Richard Clarke Says It's Possible ; Journalist Michael Hastings' Body Cremated by Authorities Against Family's Wishes (Video) ; Hackers Reveal Nasty New Car Attacks--With Me

Page 83  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Behind The Wheel (Video) ; MICHAEL HASTINGS CRASH CAUGHT ON SURVEILLANCE CAMERA ; Bush advisor: Hastings crash 'consistent with a car cyberattack' ; Group sues FBI for records after Michael Hastings' mysterious death ; Report: Michael Hastings Was Investigating CIA Director John Brennan ; CIA Director Brennan Confirmed as Reporter Michael Hastings Next Target ; Coroner Classifies Michael Hastings' Death As Accidental ; Coronor: Drugs in Hastings' system. Was Bipolar ; Rolling Stone journalist feared prior to crash his car was tampered with: Report ; Mystery grows: Journalist died prepping Obama exposé Major probe tied to agent suspected of sanitizing president's passport records ; Who Killed Michael Hastings? ; Why Was the FBI Investigating Michael Hastings' Reporting on Bowe Bergdahl? - see Nachumlist file "Bad Bergdahl Bargain" ; Hastings' article in 'Rolling Stone on Bergdail: *America's Last Prisoner of War* (June 2012) ; **Michael Hastings:** CIA Director John Brennan Appears On Fox News Sunday – And Missing Historical Puzzle Pieces Simultaneously Fall Into Place….

- **Jody Sherman**

- **Aaron Swartz** – Silicon Valley insider running investigation research. **Aaron Swartz:** 26-year-old genius, computer prodigy, co-creator of RSS and Reddit, commits *suicide* after Obama DOJ harassment; 'kill list' critic ; Attorney for Aaron Swartz: Prosecutors' Arguments Were "Disingenuous and Contrived" ; Aaron Swartz dead; was this brilliant internet revolutionary 'taken out?'( disclose tv ) The cause of death is currently *unconfirmed. :*   The father of information activist Aaron Swartz blames US prosecutors for his son's death: Aaron Was Killed By The Gov't ; Aaron Swartz' suicide raises questions for Eric Holder and the Justice Dept. ; Issa, Cummings press Holder for answers about Aaron Swartz trial ; Aaron Swartz files reveal how FBI tracked internet activist ; Daryl Issa (on Twitter): Very concerning allegations about DOJ's handling of Aaron Swartz case on pg. 67-68 of MIT Report ; Documents show Secret Service kept tab of Swartz ; First 100 Pages of Aaron Swartz's Secret Service File Released. This hacker stated that he had come across evidence of this corruption Cartel on University servers.

- **Ilya Zhitomirskiy,** 22-year old a co-founder of the start-up social network Diaspora, which has been described as the "anti-Facebook" for its emphasis on personal privacy and decentralized data collection. Friends and associates of Mr. Zhitomirskiy said there were indications of *suicide.*

- **Jeff Joe Black:**  Found dead on a hiking trail from "blunt force trauma to the head":  Chicago activist who claimed that Emmanuel was put into place in Chicago to oversee a coming false flag event.

- **Robin Copeland,** 46, 11/4/2011: former Energy Department official who took part in several significant disarmament programs, died suddenly

- **Dominic Di-Natale;** Veteran Fox News correspondent in the middle east, *committed suicide*; covered the Arab Spring, Egypt, fall of Libya and *Benghazi* Fox News journalist Dominic Di-Natale dead at 43 ;  I debated whether to repost this (I taped this in February 2013) ….and decided that I would like you to know my good friend and colleague Dominic Di-Natale …this is tough for many of us at Fox News

(Greta Van Sustern Interview) ; Mysterious Death of Obama Critic and Reporter on Bin Laden's Death and Ferguson Labeled Suicide

- **Tyler Drumhelle**r; CIA Figure in Hillary Clinton Email Scandal Dies at 63 ; Tyler Drumheller, CIA officer who exposed U.S. reliance on discredited Iraq source 'Curveball,' dies at 63

- **Bill Gwatney,** a close friend of Bill and Hillary Clinton and a Clinton super delegate at an upcoming convention in Denver and was fatally shot in 2008.  Shooter had a post-it note with a mystery phone number.  Did Obama Assassinate Clinton delegates? Bill Gwatney and Stephanie Tubbs Jones?  Video: Bill Gwatney Murder Linked to Obama

- **Lieutenant Quarles Harris Jr.**- A key witness in a federal probe into passport information stolen from the State Department was fatally shot in front of a District church.   Obama's Passport Breach: Unanswered Questions, and an Unsolved Murder : Harris worked for a security firm run by John Brennan, later to be a terrorism advisor to Obama. Listed as a detail in Youtube video "Shocking Secrets and Verifiable Facts about Barack Obama the MSM Refuses to Report" (at approx. 22 minutes in the video); Was an employee of John Brennan when murdered.  John Brennan confirmed to head CIA.

- **Barnaby Jack***: Hacker found dead days before he was to demonstrate how to hack a pacemaker. Claimed to have hacked White House.

- **Stephanie Tubbs Jones**: found brain dead in 2008.  Democratic Rep. Stephanie Tubbs Jones of Cleveland, a super delegate and one of Hillary Clinton's most prominent black supporters, was found in her car unconscious Also: Did Obama Assassinate Clinton Delegates?  Additional: Hollywood Producer Bettina Viviano: Bill Clinton Directly Told Me Barack Obama Not Eligible - ....Caucus death threats (audio)... also reported by Jerome Corsi at WND: Hillary supporter's untold Obama horror stories Allegations of intimidation, manipulation, sudden death

- **David Koschman**, Mudered in a Chicago Rush Street brawl by Richard J. "R.J." Vanecko, a nephew of Mayor Daley and White House Chief of Staff Bill Daley-  Homicide case involving Daley nephew closed without charges , Witness to Killing Involving Daley Nephew: Deceased Didn't Start It

- **Robert McKeon***: founder of private-equity firm Veritas Capital, dies Sept. 10, 2012 of suicide; General Dynamics bought company in August 2011 to expand influence into Obamacare IT

- **Alex Okren**t: -Apparently found dead at Obama's campaign headquarters in Chicago. Witnesses say he collapsed, found dead after.  Okrent had long been a staffer back the Obama 2004 U.S. senate campaign, on staff for eight years.  Parents immediately say the cause of death was "heart attack", but no autopsy was yet performed.  Medical examiner said the cause of death was  "inconclusive".  Internet recornds have been scrubbed. Twitter account timeline also makes no mention of his work for Obama: Okrent Twitter file (on Twitter). - Speculation as to whether he was a witness to an Obama gay connection: Who Is Dead Obama Staffer Alex Okrent?  Youtube video: Who is Dead Obama Staffer

Page 85  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Alex Okrent? Part 1 .........-Part 2 ;   Autopsy Inconclusive for Obama Campaign Worker Who Collapsed at Chicago Campaign HQ ;  Gay opinion piece...-Alex Okrent: Equality is a Moral Equivalent;  What Do Colorado Shooter James Holmes And Obama Staffer Alex Okrent Have In Common?....no *digital footprint* on the internet;  Was Obama Staffer Alex Okrent Murdered Because he was Going to Expose Obama's Anti-Israel Ties?

- **Seth Rich**, Supposed leaker of Podesta and Clinton emails. Seth Conrad Rich ; DNC Staffer; Democratic National Committee staffer killed in Washington, D.C. shooting ; WIkileaks Offers $20K Reward for Information on Murder of DNC Staffer Seth Rich ;  Julian Assange on Seth Rich

- **Rafael Prieto**: Secret service apparent *suicide* under investigation: D.C., police are investigating the apparent suicide of a U.S. Secret Service supervisory agent assigned to President Obama's security detail.  -Was under investigation for going to prostitutes; Secret Service agent kills self amid affair probe....Prieto's apparent cause of death was carbon monoxide poisoning

- **Keith Ratliff**; ..was well known for a series of videos he produced on Youtube, known as "*FPSRussia*," in which various high-powered firearms were demonstrated. Found  with a single shot in the head - Two gun makers killed in two days, and no answers (Photos) ; Partner YouTube video-maker FPSRussia Home Raided by ATF

- **Justice Antonin Scalia** *;* Supreme Court Justice Scalia dies ; Obama "Thrilled" Over Justice Scalia's Death… ; Ranch Owner Recalls Finding Justice Antonin Scalia's Body ; Cibolo Creek Ranch owner recalls Scalia's last hours in Texas-..*We discovered the judge in bed, a pillow over his head. His bed clothes were unwrinkled," said Poindexter.;* The death of Antonin Scalia: Chaos, confusion and conflicting reports ; Presidio County Judge Cinderela Guevara, a Democrat, acknowledged that she pronounced Scalia dead by phone, without seeing his body. ; Justice Scalia Dies At Ranch Resort Owned By Democrat Party Donor & Obama Award Winner ; Scalia's Death Spares Unions From Losing Political Power; Scalia's Death Spares Unions From Losing Political Power ; Antonin Scalia Conspiracy Theories: Top 5 Questions About His Death ; ´Rest in paradise, Pop-Pop´; Scalia´s grandson leads family tributes as doctor reveals he had high blood pressure, heart problems and was too weak for surgery ; Justice Scalia Was Found Dead With A Pillow Over His Head, And His Body Was Just Cremated, Destroying Any Chance Of An Autopsy ; Obama-Poindexter pics fuel Scalia suspicions 'Conspiracy? That will be for you the readers to decide' ; (Michael Savage)  WAS SCALIA MURDERED? ; Was Scalia murdered? Forget "conspiracy theory." This is real. ; Detectives question lack of autopsy in Scalia death ; Obama skipping Scalia funeral to golf? 'The president will pay his respects at the Supreme Court on Friday';  Scalia's son calls the conspiracy theories about his dad's death a 'hurtful distraction' ; US Justice Scalia Had Secret Texas Meeting With Obama Hours Before His Death ; Report: Sheriff was told he had no authority in Scalia death ; Justice Scalia spent his last hours with members of this secretive society of elite hunters ; Timeline of Events Surrounding Scalia's Death ; Chief justice rejects plea to block air pollution rule (rumor why Justice Scalia was removed) ; Justice Antonin Scalia:  3 DAYS b4 Scalia died this Podesta email was sent, using the term "wetworks"

- exclusively used in Military meaning "assassination" ; Wikileaks exposes the Assassination of Scalia and it could bring down the Clintons and the Democratic Party

- **SEAL Team 6:**  Helicoptor shot down by terrorists.  Possibly given location by infiltrators.  Obama rules of engagement possibly lead to deaths.  Father of fallen SEAL begs for military officer to tell the truth about "criminal" rules of engagement ;  The deaths of Seal Team Six ...who never would fly an entire company in one helicopter alone.  UNBELIEVABLE: 'More Than 20 Navy SEALS *From The Unit That Killed Osama Bin Laden*' Die In Helicopter Crash ;  31 US troops, mostly elite Navy SEALs, killed in Afghanistan 7 Afghan commandos also die in attack; SEALs were from same unit but not same team that killed Osama bin Laden ; Navy SEAL Team 6 Families To Reveal Government's Culpability In Death Of Their Sons ; OUTRAGE! Obama Administration Allowed Radical Cleric to Curse US Navy SEAL Heroes at Funeral Services (Video) ; TrentoVision 5.9.13 - Navy SEAL Extortion 17 EXPOSED - Obama Failures ; SEAL Team Six Parents Demand Obama Answer For Funeral Desecration ; UNANSWERED QUESTIONS PLAGUE SEAL TEAM 6 LOSSES Lawsuit claims Navy used for White House effort to 'coddle Islamist fundamentalists' ; Congress to probe lethal SEAL crash ; The unexplained ambush of Navy SEAL Team Six ; A Scandal Bigger Than Benghazi? ; SEAL Team 6 families' suspicions of gov't grow 'I believe someone on their side definitely made a deal with somebody on our side' ; SEAL's Parents: Obama's Rules Of Engagement Killing Our Troops ; Did SEAL Team 6 die in Afghanistan to give Obama good publicity? [VIDEO] ; Michael Savage: SEAL Team Six was set up, murdered in Afghanistan ; Senator: SEAL Team 6 At Risk After OPM Hack ; Obama stonewalls probe into deadly SEAL Team 6 helicopter crash, watchdog says Brett D. Shadle: SEAL, Special Warfare Operator Chief ;  Member of SEAL Team 6 killed, another SEAL injured in parachute accident

- **Holiyah Soetoro Sobah**, aka Lia Soetoro, Obama's adopted sister: died under mysterious, sudden, and unusual circumstances just as she was getting ready to be reunited with her childhood companion and adopted brother. She spoke of many specific incidences in the household, where she grew up with "Barry" in Indonesia. She saved many items that Barry used during childhood. She was looking forward to seeing him, because she'd seen him on TV and was told that was "Barry", her little brother; however, Lia had reservations about it and so was anticipating seeing the scars he had from falling out of the mango tree and the limp she said he walked with. That was not to be because she up and died. Read about it here and watch video of here........PDF document from a web site of the Consulate General of the Republic of Indonesia appears to confirm a relationship between Lia and Barack Hussein Obama.  Update On The Sudden Death Of Obama's Sister Lia Soetoro: Information From The Consulate General Of The Republic Of Indonesia.

- **Ambassador Chris Stevens:** (*Also see the Nachumlist: "Benghazi-Gate" file* )  Killed by a mob in Libya.  The Obama administration ignored warnings two days prior to the attacks. Hillary Clinton made the decision not to post Marines.  New now comes out that Stevens was gay: meaning that Obama sent a publicly gay man to be an ambassador in a Muslim country. Obama skipped intel meetings for days leading up to the attacks despite credible information of the attacks.  Video: Libyan

democratic party spokesman: amb christopher stevens was a muslim (Statement that Ambassador Chris Stevens was a Muslim is made between 1:00 & 1:20);  Col. David Hunt: "State Department just allowed our guys to get killed" :  Glenn Beck video: Stevens was a CIA operative and weapons dealer- Glenn Beck "the Blaze TV" 9-17-12 US arms terrorists in Middle East? ;  Report: Terrorist Behind Ambassador Murder 'Ally of Sorts' to Obama Admin ; Report: Murdered Ambassador Knew He Was On Al Qaeda Hit List ; Video of Stevens Murder: What Really Happened- Video which some news outlets claimed had showed Libyans trying to save Ambassador Stevens turns out to show the opposite.; Clinton: 'No Info' Amb. Stevens Was on al Qaeda 'Hit List' ;  Evidence mounts that al-Qaida group killed US ambassador to Libya ;  Obama Politicizes The Sacrifices Of The SEALs - Again ;   Did Hillary Clinton send a gay ambassador to Libya as intentional provocation? ; CNN obtains journal of slain ambassador, reportedly goes against his family's wishes ;  Anderson Cooper admits that CNN found slain American ambassador's journal inside U.S. consulate in Libya and 'secretly' used it in reporting ; Obama *Went to Bed* While Consulate was Under Siege ; CNN Hid Knowledge of Libya Ambassador Diary For Days ; Report: State Dept Left Consulate Unsecured Days After Ambassador Murder ; Prior attacks on the embassy...*Flashbac*k: Bomb targets U.S. mission in Libya's Benghazi ; US Consulate in Libya Bombed Twice in Run-Up to 9/11 Attack, Ambassador Known Target (+video) ; Obama to UN: It's Not My Fault Stevens is Dead ; Obama Administration Knew Libya Attack Was Terrorism Within 24 Hours ; Obama Administration Deleted State Dept. Memo From Internet After Discovering Al-Qaeda Was Behind Benghazi Attack ; Christopher Stevens, U.S. ambassador to Libya, dead body. No bruises on face.; Despite looting of the embassy and the loss of sensitive documents, CNN finds Stevens' diary. ; Benghazi: The Unanswered Question-  what lapses on the part of the Obama/Clinton State Department made his murder sickeningly easy?;  In Libya, Security Was Lax Before Attack That Killed U.S. Ambassador, Officials Say ; Did the White House order a cover-up over the murder of Libya's US Ambassador? ; Report: Obama Admin Rejected Military Intervention in Benghazi *During* Attack ; Benghazigate: Obama Chose Not to Save Ambassador Stevens' Life ; Was Ambassador Stevens' death a hit? ; Mother of Slain State Dept. Official Tired of Being Lied To and Stonewalled by Obama Administration ;  Benghazi Attack Was Botched Kidnapping To Trade Blind Sheik... and *arranged* by Obama? ;  Obama Arranged Benghazi Trip That Resulted In Murder Of US AMB Chris Stevens; ... Stevens in possession of death certificate of Osama Bin Laden?, - OBL died in 2001? ; CIA operators were denied request for help during Benghazi attack, sources say: .....*Denied 3 Times* ;  John McCain: Obama Administration has Classified Benghazi Surveillance Tapes Top Secret ; Obama avoids question on whether Americans in Libya were denied requests for help ; Why Did CIA Director Petraeus Suddenly Resign … And Why Was the U.S. Ambassador to Libya Murdered? : (Ann Barnhardt) Proof Benghazi was Murder of Stevens: "Hillary (Clinton) began pushing the fake "protests against a video blaspheming the prophet" BEFORE WOODS AND DOHERTY WERE KILLED. Per the story below, the Associated Press first published a story on Hillary's official statement on Benghazi at 10:58pm Eastern, which means that the State Department must have released it BEFORE 10:58 pm EDT. Which means that is was actually written and composed hours before that. State Department press releases in the Secretary of State's name aren't written and released without all kinds of

"approvals" and process. And this statement is written in nuanced prose, referencing "religious tolerance" and all kinds of bullshit. It isn't a flash bulletin. It was thought out, long and hard.  Doherty and Woods were killed by mortar fire between 11:14 and 11:26 pm EDT. *Here is the citation link."* ; Lindsey Graham: Hillary Clinton 'got away with *murder*' ;   The secret war behind Benghazi A stealth campaign of assassinations, run by CIA nominee John Brennan, resulted in the death of the US ambassador, a new book claims...- Claim that secret war ran behind the back of  Gen. Patreus ; Video: The John Brennan puzzle is slowly being pieced together: Stevens recruited by Hillary Clinton to run guns to Syria from Libya ; Ambassador Chris Stevens didn't have to die in Benghazi – The real story of what led to his death on 9/11: Book *Benghazi: The Definitive Report* ; More evidence of slain U.S. ambassador's secret activities ; Is Muslim Brotherhood working together with Amb. Chris Stevens' assassin? ; 15 Benghazi Eyewitnesses "Unable" to Testify- : Because they're dead  *RELATED*:  Colonel Ibrahim al-Senussi Akila- was shot to death in his car, in downtown Benghazi. ; Ali Ani al Harzi was killed in a U.S. airstrike in Mosul;  Why Was a Key Benghazi Suspect Free?

- **Sarah Kershaw,**  Former Times Reporter, Dies at 49 ; Former NYC journalist Sarah Kershaw found dead in Dominican Republic, told friends she planned to end her life ; Sharing Their Demons on the Web ; NY Times Reporter Murdered in Dominican Republic Spoke about Psychotronic Warfare and MK-ULTRA ;  NY Times Reporter Found Dead After Exposing MKUltra ; Occipital Neuralgia

- **Mikhail Lesin**, a close ally of The Kremlin and the man credited with "inspiring" the creation of Russia Today, was found dead on an "upper floor" in the hote *;* Putin's Multi-Millionaire Media Mogul Dies Of Mysterious "Heart Attack" In Luxury

- **Gareth Williams**:  Clinton secrets hacked by spy in bag- THE MI6 spy found dead in a holdall had illegally hacked into secret data on Bill Clinton ; MI6 spy found in holdall 'hacked into secret data about Bill Clinton' ; Spy found dead in a bag 'had infuriated his MI6 bosses by illegally hacking into secret US data on Bill Clinton' (Also see the Hillary Clinton Dead Pool)

- **Stephen Ivens** FBI special agent :  Body Found. Worked in counter terrorism.  Is the FBI Investigating Obama?  Video: What Really Happened To FBI Special Agent Stephen Ivens ? ; FBI Agent Fleeing Massive Manhunt Warns "They're All Insane" :  Speculation of a 'False Flag' operation such as Operation Northwoods.  Shortly before his death: Donald Sachtleben, former FBI agent, arrested on child pornography charges.   Note: Two Hikers happened to find Ivens' body, but over 100 FBI agents could not.

- **Bob Simon**, CBS Correspondant;  '60 Minutes' correspondent Bob Simon dies in car accident ; : Bob Simon's final 60 Minutes report airs: Ebola treatment story was finished on the day he died in tragic crash and was produced by his beloved daughter Tanya. Helped 60 Minutes create the CLEANTECH CRASH segment and was working on follow-up segment idea. When his car crashed, someone leaned into the car a sprayed something at him.

Page 89  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Don Pyle**, wife, 4 realatives:  missing after home fire. Fire guts Annapolis mansion; cybersecurity exec Don Pyle, wife, 4 relatives feared inside; Technology tycoon, wife and their four grandchildren confirmed dead in 'suspicious' fire at $9million Annapolis waterfront mansion - as police probe ruins for the hallmarks of arson: Donald Pyle is chief operating officer of ScienceLogic, a Reston-based cybersecurity company that monitors networks for private and government clients, including the Pentagon. The company last year announced a partnership with L-3 Data Tactics of McLean to bring "big data" monitoring to the U.S. intelligence community and federal government.

- **Alex Lagowitz,**  Banker plunges to his death after eating magic mushrooms. Was involved in money management with the suspects.

- **Michael Tabacchi, wife Denise Iran Pars Tabacchi***: Baby son found abandoned in house as newly-married couple are found stabbed to death in murder-suicide ; Was an "Associate for JP Morgan Global Custody"; Another JPMorgan Banker Dies After Murder-Suicide: Chokes Wife, Stabs Himself To Death. Was involved in money management with the suspects. May have "known too much".

-  **(***same event that took the life of Eric Vandercar***) Joseph Nadol,  Eric Vandercar, Aditya Tomar, Walter Liedtke, Robert Dirks** *; Six People Died in a Fiery NY Train Crash Packed with 400 People… 3 Were Top Investment Bankers. Was involved in money management with the suspects. May have "known too much".

- **Eric Vanderca**r, Dies in Rail Crash, 53, a married father-of-two, was named as the first of the train passengers who died ; 'She was not careless': Friends defend mother of three whose SUV got stuck on tracks and caused NY train crash that killed five, as witnesses describe waiting for her to reverse before tragedy struck ; Eric Vandercar, Morgan Stanley Veteran, Dies in Crash. Was involved in money management with the suspects. May have "known too much".

-  **Chris Van Eeghen;** "Cheerful" Dutch Financier Becomes 4th ABN Amro Banker Suicide. Was involved in money management with the suspects. May have "known too much".

- **Pierre Wauthier:** Senior boss at insurance giant Zurich is found dead in his apartment ; Suicide Banker's Widow Blasts Alleged "Cover-Up", Asks "Unbecoming Questions". Was involved in money management with the suspects. May have "known too much".

- **Valery Morozov** ;: Banker dies after becoming impaled on railings in 60ft fall from central London home ;  Was death plunge tycoon murdered by Russian gangsters who stitched him up for his fortune? Dissident claims mafia helped Scot Young hide £400m from his divorced wife then refused to give it back. Was involved in money management with the suspects. May have "known too much".

- **Geert Tack,** a private banker for ING who managed portfolios for wealthy individuals,  "Riddles" Surround 36th Dead Banker Of The Year. Was involved in money management with the suspects. May have "known too much".

- **Shawn D. Miller**, 42, Citigroup environmental policy expert, <u>Banker found dead with throat slit in apparent suicide: cops. Was involved in money management with the suspects. May have "known too much".</u>

- **Calogero Gambino,** <u>Another Deutsche Bank executive commits suicide</u> ; <u>Another Deutsche Banker And Former SEC Enforcement Attorney Commits Suicide. Was involved in money management with the suspects. May have "known too much".</u>

- **Thierry Leyne, a French-Israeli banker and partner of Dominique Strauss-Kahn,** <u>Banker Suicides Return: DSK's Hedge Fund Partner Jumps From 23rd Floor Apartment. Was involved in money management with the suspects. May have "known too much".</u>

- **Nicholas Valtz,** <u>Goldman Sachs Managing Director Nicholas Valtz Found Dead</u>. Was involved in money management with the suspects. May have "known too much".

- **Julian Knott,** <u>JPMorgan Executive "Blasts Wife, Kills Self" With Shotgun. Was involved in money management with the suspects. May have "known too much".</u>

- **Andrew Jarzyk,** <u>Body of missing New Jersey jogger, banker found in Hudson River: family. Was involved in money management with the suspects. May have "known too much".</u>

- **An employee of the Bred-Banque Populaire**, 52-year-old female banker at France's Bred-Banque-Populaire, <u>52 Year-Old French Banker Jumps To Her Death In Paris (After Questioning Her Superiors). Was involved in money management with the suspects. May have "known too much".</u>

- **Li Jianhua, director of China's Banking Regulatory Commission**; <u>Banker Death 'Epidemic' Spreads To China. Was involved in money management with the suspects. May have "known too much".</u>

- **Paribas Fortis,** <u>BNP Banker, His Wife And Nephew Murdered In Belgium. Was involved in money management with the suspects. May have "known too much".</u>

- **Juergen Frick,** CEO of local financial institution Bank Frick & Co. AG, <u>CEO Of Liechtenstein Bank Frick Murdered. Was involved in money management with the suspects. May have "known too much".</u>

- **Jan Peter Schmittmann, his wife and a daughter:** <u>ABN Amro Ex-CEO Found Dead</u> ; <u>Ex-ABN Amro CEO Killed Family Before Hanging Himself. Was involved in money management with the suspects. May have "known too much".</u>

- **Huibert Gerard Boumeester;** former chief financial officer of Dutch bank ABN Amro found dead with shotgun wounds near his home in Surrey, <u>ABN Amro Ex-CEO Found Dead. Was involved in money management with the suspects. May have "known too much".</u>

- **Kenneth Bellando** , <u>28-Year Old Former JPMorgan Banker Jumps To His Death, Latest In Series Of Recent Suicides. Was involved in money management with the suspects. May have "known too much".</u>

Page 91  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Joseph A. Giampapa,** Another JP Morgan Banker Dead; JP Morgan bankruptcy lawyer killed in hit & run ;  Cyclist, 56, struck by minivan in Piqua. Was involved in money management with the suspects. May have "known too much".

- **Edmund (Eddie) Reilly**, 47, a trader at Midtown's Vertical Group:  Trader kills self in finance world's latest suicide. Was involved in money management with the suspects. May have "known too much".

- **Does Obama murder people**?...Interview with Dr. Jim Garrow details support and threats he's received: "Obama does kill people" (audio) ;Blogger overhears intel officials saying NSA leaker should be 'disappeared' ( *See Obama and Your Privacy) :* Code name 'Verax': *Snowden*, in exchanges with Post reporter, made clear he knew risks- The U.S. intelligence community, he wrote, "will most certainly kill you if they think you are the single point of failure that could stop this disclosure and make them the sole owner of this information."

- **Jason Alan Salais**, Another Sudden Death of JPMorgan Worker: 34-Year Old Jason Alan Salais,Was involved in money management with the suspects. May have "known too much".

- **Autumn Radtke, CEO of Bitcoin,** Bitcoin Claims Its First "Real" Victim ; American Bitcoin exchange CEO found dead in her Singapore home after suspected suicide at age 28. Was involved in money management with the suspects. May have "known too much".

- **James Steward Jr.**, Former National Bank of Commerce CEO, Another "Successful Banker" Found Dead. Was involved in money management with the suspects. May have "known too much".

- **Li**;  Second JPMorgan Banker Jumps To His Death: Said To Be 33 Year Old Hong Kong FX Trader. Was involved in money management with the suspects. May have "known too much".

- **Ryan Henry Crane;** Another JPMorgan Banker Dies, 37 Year Old Executive Director Of Program Trading ; Crane was an Executive Director in JPM's Global Program Trading desk ; JP Morgan Vice President's Death in London Shines Light on Banks close Ties with CIA ; JP Morgan Executive Becomes 5th Banker to Die in Last 2 Weeks. Was involved in money management with the suspects. May have "known too much".

- **Richard Talley**, founder and CEO of American Title, was found dead in his home from self-inflicted wounds - from a nail-gun. ; 4th Financial Services Executive Found Dead; "From Self-Inflicted Nail-Gun Wounds" ;  Under investigation, American Title CEO dead in grisly suicide ; "Nail Gun Suicide" Banker's Firm Probed Over Missing Millions. Was involved in money management with the suspects. May have "known too much".

- **Mike Dueker**: Russell Investments' Chief Economist (and former Fed economist); Third Banker, Former Fed Member, "Found Dead" Inside A Week ; Another American banker commits suicide as New Mexico family demand answers over workload of banking executive who jumped to his death in London ; Subud cult and a World Bank? "A Bank for Mankind" ; Subud, Obama and Laurel Canyon

rock hits - a connection?  (also possible CIA links with Rubin, Geitner) Was involved in money management with the suspects. May have "known too much".

**- Gabriel Magee, JP Morgan Banker & William "Bill" Broeksmit, Duetch Bank Senior Manager:** (under working theories); Two London Bankers commit suicide on the same day ;  Suicides come on the same day as Obama's State of the Union address where he proposes government guaranteed retirement accounts offered through the US Treasury; State of the Union 2014: Obama touts 'MyRA' retirement savings proposal ; Deutsche Bank-er Explains Why He Committed Suicide. Was involved in money management with the suspects. May have "known too much".

**- Tim Dickenson,** a U.K.-based communications director at Swiss Re AG, also died last month, although the circumstances surrounding his death are still unknown.; London rocked by City suicides. Was involved in money management with the suspects. May have "known too much".

- Other financial industry deaths/missing persons possibly related? - Exposing what lies beneath the bodies of dead bankers and what lies ahead for us -->Missing Wall Stree Journal Journalist **David Bird**, and Car Executive (suicide) **Karl Slym;**  writer Doug Hagmann makes the case for "house cleaning" by connecting JP Morgan and Deutsche Bank, together with The White House, CIA and the NYPD to hide global criminal activity. Hagmann makes the assertion of a massive global banking conspiracy with transcends multuple administrations.  Karl Slym was connected to Tata Motors and Deutsche Bank, while David Bird was reporting on market manipulation of commodity markets. Was involved in money management with the suspects. May have "known too much".

**- The Krim Children**:  CNBC Exec's Children Murdered, 1 Day After CNBC Reports $43 Trillion Bankster Lawsuit ; Police: Nanny *stabbed herse*lf upon mother's arrival ; Screen Shot of original CNBC Article :  Another source for article: ...Targets of Spire Law Group;  Law Suit Documents ; Book; "Bankster Chronicles"

**- Gandy Baugh:** Attorney representing Mr. Lassater in a case concerning alleged financial misconduct. Died: January 8, 1994 Died in an alleged suicide by jumping out of a window of a multi-story building. - Mr. Lassater was a close associate of Gov. Clinton, and was later indicted on drug related charges, among other things. Baugh's law partner was "suicided" one month later on February 9, 1994.

**- Admiral Jeremy Boorda**, Chief of Naval Operations, Died May 16th, 1996. Boorda supposedly went home for lunch and decided to shoot himself in the chest twice, using two guns, rather than be interviewed by Newsweek magazine that afternoon. Explanations for Boorda's suicide focused on a claim that he was embarrassed over two "Valor" pins he was not authorized to wear. Former CNO Admiral Elmo Zumwalt said on the May 17 Larry King Live show that Admiral Boorda was not only authorized to wear the "V" on his medals, but that had personally authorized him to do so when he was serving as Commander Naval Forces Vietnam. When it turned out that Boorda was entitled to those decorations, blame shifted to stresses over the down sizing of the Navy, and even (Washington Times) the adverse affect that feminism was having on the Navy's morale. Boorda supposedly left two suicide

notes, neither of which was released.

On Thursday, June 25, 1998, Navy Secretary John Dalton formally acknowledged that Boorda had been entitled to wear the decorations. So, like Brown, and like Foster, the proximate cause for the "suicide" turns out to be fraudulent.

- **Ron Brown,** Former Chairman, DNC; Commerce Secretary, Died: May 3, 1996, Ron Brown died along with 39 other people when the T-43 (a converted 737 used by the Air Force) carrying the group on a trip to Bosnia crashed while approaching the Dubrovnik airport. On the verge of being indicted and having stated publicly his willingness to make a deal with prosecutors, Ron Brown's death brought to an end his ability to testify. The very next day, Ron Brown's personal lawyer was murdered in a drive-by shooting. A few days later, the Air Traffic Controller who had been in charge during the aircraft crash was found dead and declared a suicide. On leaving Ron Brown's funeral, President Bill Clinton was seen laughing and joking ... until he saw the camera, then he went into his sad act!

- **James Bunch**, Influential Texan, Exact date of death unknown, Died from a gunshot "suicide", similar to Vince Foster. - Was discovered to have a "little black book" containing the names of many influential persons in Texas and Arkansas who visited certain prostitutes. Claimed to know the dirt on four famous politicians.

- **Eric Butera**, Witness, Died: December 4, 1997, An informant who came forward offering information regarding the murder of White House intern Mary Mahoney. He was then sent into a known crack house to make an undercover buy for the police and was beaten to death. His mother was awarded $100 million in compensation, but a Federal Judge later slashed it to just $1 million.

- **Caetano Carani**, Witness to a shooting near the White House. Died: November 11, 1994, Suffered an unknown infection just before he was to testify. Death attributed to "apparent" food poisoning.

- **Danny Casolaro**, Journalist, Died: August 10, 1991. Casolaro had been working on a project he called "The Octopus." Casolaro had started his investigation over the Justice Department's theft of a software package called PROMIS from a company called Inslaw. PROMIS stood for "Prosecutors Management Information System" and it was a law enforcement database system that included a feature unique for the time. This was a module that could be programmed to automatically access other databases, in order to present to the user a single picture of financial transactions or suspects from multiple sources. This made it a powerful spying tool, and the US modified their version to include a back door, then made gifts of the software to other governments. All this was happening at the same time as the CIA's clandestine gun and drug running operation to supply the Nicaraguan Contras with untraceable weapons. A totally illegal operation (which violated the Boland Amendment and the Logan act) the US end of the smuggling pipeline was located in Mena, Arkansas under the protection of then-governor Bill Clinton. The arming of the Contras was funded by smuggling vast quantities of cocaine

into the US (a violation of drug laws) and then laundered through various banks, land flips, and a state agency, the Arkansas Development Finance Authority, created by Webster Hubbell and signed into law by Bill Clinton.

The shoot down of one of the CIA planes by Nicaragua and the capture of CIA asset Eugene Hasenfus blew the cover off of the operation and it became known as the Iran-Contra affair. During the Congressional hearings into the scandal, attention was focused on the gun-running, and all mention of the CIA's cocaine flowing into the US was kept from the public eye by the Committee chairman, Hawaii's Senator Daniel Inouye (a fixture in Hawaii going back to the CIA's smuggling of heroin from Vietnam back to the US). Casolaro apparently stumbled over the existence of a vast network of government operatives and politicians all linked together by the vast wealth acquired from the selling of CIA cocaine in the US and was working on a book exposing the government-sanctioned drug running when he was found in a bathtub in a hotel room, his wrists both deeply slashed in a manner that the pathologist declared did not appear to have been done by Danny himself. In particular, the deep cuts severed the tendons of the fingers, which would have made it impossible for Danny to slash his other wrist with the now useless hand. Despite this, the official verdict was suicide, although none of Danny's friends and families believed that, especially those who had been direct witnesses to the many death threats he had received. When found, the large accordion file of the notes for his new book had disappeared from his hotel room.

- **Berta Caceres**, Human Rights Activist,  Died: March 3, 2016, Killed while sleeping in her home in La Esperanza, Honduras. Berta Caceres had named Hillary Clinton as responsible for the Honduran coup which toppled democratically elected President Manuel Zelaya. Since the coup, Honduras has become one of the most violent places in the world. Growing awareness of Hillary's role in Honduras became a serious liability during Hillary's 2016 campaign.

- **William Colby**, Director of Central Intelligence (ret), Died: April 27(?), 1996, William Colby had been the DCI from 1973 to 1976 under Nixon and Ford. At age 76, Colby had found a new career and had just started writing for Strategic Investment at the time of his death. This had worried many insiders in the intelligence community who felt that Colby had already divulged too many of the CIA's secrets in the preceding years. Indeed, his dismissal by Ford because of his over-cooperation with Congressional investigations into CIA wrongdoing. It was Colby who had revealed to Congress the plans to kill Fidel Castro, the spying on American citizens (in direct violation of the CIA charter) and the conducting of biological tests by the CIA on unsuspecting citizens. George Bush replaced him. According to the original CNN report, Colby was reported missing by neighbors who "recovered" his canoe, by one story from under the dock at Colby's house, by another report, 1/4 of a mile downstream from Colby's home. Colby was by all report a methodical, tidy man, yet police found his home unlocked, his computer on, and a partly eaten dinner on the table. The official story is that Colby just put down his fork and decided to drop everything and go canoeing. Colby at 76 was still a world-traveler and consultant to many corporations. He recently became an editor of an important financial

newsletter, "Strategic Investment," which covered the Vince Foster "suicide" in detail. Its editors hired three renowned handwriting experts to investigate Foster's suicide note, which hadn't been found when his briefcase was first searched, but later materialized, torn into pieces, with no fingerprints on any of the pieces. Upon comparing this document with others of Foster's writings, these experts declared it was a forgery, and a not very good one at that. Colby had old enemies as well as new, with plenty of motives for his extermination. He was in charge of the infamous Operation Phoenix during the Vietnam War, in which more than 20,000 South Vietnamese citizens -- supposedly Vietcong sympathizers -- were rounded up, tortured and executed. In the 1970s he opened some of the secrets of the CIA to Congress: "Colby insisted on going public about the agency's role in tapping the telephones and opening the mail of Americans; plotting the assassination of Fidel Castro, and using human guinea pigs for mind-control experiments involving LSD," the Times reports. On Monday, May 6th, Colby's body was found just 20 yards from where his canoe had been recovered, in an area that had been thoroughly searched several times by helicopters and search teams. Most notable about the body was the absence of a life jacket, which according to his wife, Colby always wore on the water. As has since been proven to have happened in the JFK Jr. case false stories were being deliberately planted in the media, including one quoting Mrs. Colby herself as having been told by William Colby by phone that he was going canoeing. Mrs. Colby denied any such story. The week that he died, Colby was scheduled to meet with the Disclosure Project.

- **Suzanne Coleman**, Had affair with Clinton when he was attorney general of Arkansas. Died: February 15, 1977. Died of "suicide" with gunshot wound to the back of her head. No autopsy allowed. Was 7 months pregnant at time of her death. She had told friends it was Bill Clinton's child. (See Danny Williams). She was 26 at the time of her death.

- **Gregory Collins,** Witness to the Train Deaths, Died: January 1989 Greg had information on the Ives/Henry deaths. He died from a gunshot blast to the face. Declared a suicide.

- **Keith Coney** (or Koney), Witness to the Train Deaths, Died: May 1988, Keith had information on the Ives/Henry deaths. Died in a motorcycle accident in July 1988 while being chased by a car. Ruled a traffic accident.

- **L.J. Davis**, Reporter investigating Clinton scandals. Attacked at his hotel room in Little Rock. His notes were stolen.

- **David Drye**, Died 8/1999. Pat Matrisciana, owner of "Jeremiah Films" (which produces such vides as The Clinton Chronicles), and David Drye planned a trip to Washington DC by Private plane. At the last second, pat had to cancel and David left without him, dying when the plane crashed.

- **Daniel A. Dutko**, C-chairman of Leadership 2000, Died: July 27, 1999, Daniel A. Dutko, 54, was the

co-chairman of Leadership 2000, the Democratic National Committee's main fund-raising effort. He held many other high-level political positions, including vice chairman of finance for Clinton-Gore in 1995; finance chairman of the 53rd inaugural ball; and vice chairman of finance for the DNC in 1996 (when the Chinese money poured in). Attributed to a bicycle accident in which it's claimed he struck his head on the concrete twice.

- **Klaus Eberwein**, Haitian government official, Died: July 14, 2017, Just says before Eberwein was due to appear before the Haitian Senate Ethics and Anti-Corruption Commission where he was widely expected to testify that the Clinton Foundation misappropriated Haiti earthquake donations from international donors, he was found dead in a Miami hotyel of a gunshot to the head. Ruled a suicide. Eberwein, who had acknowledged his life was in danger, was a fierce critic of the Clinton Foundation's activities in the Caribbean island, where he served as director general of the government's economic development agency, Fonds d'assistance �conomique et social, for three years.

- **Five Navy aviators**, Clinton bodyguards/escorts, (names not determined) Died: 3/26/93 - all died in a crash of an E-2C Hawkeye in Italy. The crash occurred shortly after the plane was "waved off" from a landing attempt on the Carrier Roosevelt, due to a "foul deck". - All five men had been Clinton's escorts during Clinton's visit to the Roosevelt 2 weeks prior. Three other men, who had flown Clinton to the Roosevelt for that visit also died later in a helicopter crash.

- **Hershell Friday**, Attorney and Clinton fund raiser., Died: March 1, 1994, Killed when his plane exploded. Cause unknown.

- **Vincent Foster**, Deputy White House Counsel, Died: July 20, 1993, Found dead in Ft. Marcy Park in Washington, DC, of a supposed suicide by gunshot. A suicide note was supposedly found a few days later, torn into several pieces, in his briefcase, after his office had been entered by White House staff and materials removed. The "suicide" note, (leaked despite official efforts to keep it from view) has since been revealed to be a forgery. The gun which he supposedly used to kill himself was reported to be still in his hand, but the person who first found the body reports that there was no gun at that time. Many irregularities surround the death and the investigation of it. For one thing, neither Foster's fingerprints or blood were on the gun he supposedly inserted into his mouth and fired. There was no blood on Foster's hands. Foster was also from Hope, Ark., like Clinton, and also worked for the Rose Law firm. Foster had intimate knowledge of the Clintons' personal finances. Foster was involved in an investigation of their finances, and reportedly made a phone call to Hillary Clinton, in Los Angeles, just hours before his death. Foster had been called to testify to Congress about the records Hillary refused to turn over. Another possible motive for the murder relates to the Clinton Presidential Blind Trust, being prepared by Foster, but six months late. Testimony during the Whitewater hearings suggests the trust was fraudulent, with the Clintons retaining control over much of their finances, in order to profits from inside information. Recently, the signed report of M.E. Dr. Donald Haut was uncovered at the National

Archives, proving that Foster had a previously unreported gunshot wound to his neck. Finally, an FBI memo surfaced dated the day after the date of the official autopsy, in which the pathologist informed the FBI that there was NO exit wound.

- **Aldo Franscoia, Secret Service Agent**
**Cpt. Kevin N. Earnest, Aircraft Commander**
**Cpt. Kimberly Jo Wielhouwer, Pilot**
**2Lt. Benjamin T. Hall, Navigator**
**SSgt. Michael J. SmithJr., Loadmaster**
**Sr. Airman Rick L. Merritt, Flight Engineer**
**SSgt. Michael R. York, Loadmaster**
**Sr. Airman Billy R. Ogston, Crew Chief**
**Airman Thomas A. Stevens, Loadmaster.**
Died: August 18, 1996, Killed when the C-130 carrying the Presidential Limos crashed near Jackson Hole, Wyoming. All nine people on board a White House support plane were killed late Saturday (10:48pm MDT), when it crashed into Sheep Mountain (also known as Sleeping Indian Mountain) near Jackson Hole Wyoming. The aircraft was en route from Jackson Hole to John F. Kennedy International airport. The Air Force Lockheed Martin C-130 Hercules transport aircraft was carrying a presidential vehicle and many pieces of luggage, all related to the president's vacation (50th birthday celebration in the Grand Tetons). President Clinton said Sunday afternoon that he was told the pilot was attempting to return to the Jackson Hole airport when it crashed (CNN news report). The Air Force reported finding no evidence of an in-flight mechanical emergency after examining the flight data and flight voice recorders and could not find evidence that the pilot radioed mechanical trouble before crashing into the mountainside as reported by the White House. The victims included 8 crew members and one Secret Service agent. The aircraft and crew were stationed out of Dyess Air Force Base.

- **Kathy Ferguson**, Witness, Died: May 10, 1994, Kathy Ferguson supposedly committed "suicide" May 10,1994 when she shot herself in her living room. Kathy's ex husband was Danny Ferguson, who was the Arkansas trooper who said he escorted Paula Jones to Bill Clinton's hotel room. Kathy often told friends and co-workers about how Bill had gotten Danny to bring women to him and stand watch while they had sex. Danny Ferguson was a co-defendant along with Bill Clinton in Paula Corbin Jones's sexual harassment suit. Kathy Ferguson was a corroborating witness for Ms. Jones. Oddly, next to Kathy's body were her packed bags, as if she was expecting to be going somewhere.

- **Duane Garrett**, Radio Host and Al Gore fund raiser., Died: 7/26/95, A lawyer and a talk show host for KGO-AM in San Francisco, Duane was the campaign finance chairman for Diane Fienstein's run for the senate, and was a friend and fundraiser for Al Gore. According to Garrett's lawyer, Garrett was under investigation for defrauding investors in Garrett's failed sports memorabilia venture. There was talk of a deal to evade prosecution. On July 26th, Garrett canceled an afternoon meeting with his

lawyer because he had to meet some people at the San Francisco airport. Three hours later he was found floating in the bay under the Golden Gate Bridge.

- **Cpl Eric S. Fox**, Crewman for Marine One, the Presidential Helicopter., Died: March 22, 1999, Shot in the head, and declared a suicide.

- **Carlos Ghigliotti**, Thermal Imaging Expert, Died: April 28, 2000, Carlos Ghigliotti: 42, was found dead in his home just outside of Washington D.C. There was no sign of a break-in or struggle at the firm of Infrared Technology where the badly decomposed body of Ghigliotti was found. Ghigliotti had not been seen for several weeks. Ghigliotti, a thermal imaging analyst hired by the House Government Reform Committee to review tape of the siege at Waco, Texas, said he determined the FBI fired shots on April 19, 1993. The FBI has explained the light bursts on infrared footage as reflections of sun rays on shards of glass or other debris that littered the scene.

- **Judi Gibbs,** Penthouse model, Died: January 3, 1986, Judi Gibbs (along with her sister Sharon) appeared in the December 1979 issue of Penthouse, and later worked at a bordello in Fordyce, near Mena, Arkansas which also ran a blackmail operation with photos taken of the customers with their girls. According to the Gibbs family, Bill Clinton was a regular customer of Judi, and there were photos of him having sex with her that threatened his Presidential campaign! While cooperating with law enforcement in a drug investigation, Judi died when her house burned down. No cause for the fire was found. Judy had called the fire department to report the fire, but her body was found on the floor in front of a ground floor window, near a door that would have allowed her escape. In a sworn statement, Clinton bodyguard Barry Spivey related how he had been with the governor when the governor's plane had flown over Judi Gibb's house and Clinton had shown Judi's penthouse photos on the plane and pointed out the house.

- **Paula Grober**, Clinton's speech interpreter for the deaf., Died: December 9, 1992, Died in a one-car accident with no known witnesses. Her body was thrown 33 feet from the car, indicating a very high speed. A very attractive women, Paula traveled extensively with Clinton from 1978 until her death. Clinton, through a spokesman, called Grober's death "a great personal loss." He also said, "Hillary and I extend our sincere sympathy to Paula's family. I had the privilege of working with her over many years."

- **Staff Sgt. Brian Haney**
**Marine Sgt. Tim Sabel**
**Maj. William Barkley**
**Capt. Scott Reynolds**
Clinton bodyguards, Died: May 19, 1993, All four men died when their helicopter crashed in the woods near Quantico, Va. - Reporters were barred from the site, and the head of the fire department

responding to the crash described it by saying, "Security was tight," with "lots of Marines with guns." The Marines seized a videotape made by a firefighter. All four men had escorted Clinton on his flight to the carrier Roosevelt shortly before their deaths.

- **Stanley Heard,** Chairman, National Chiropractic Health Care Advisory Committee, Steve Dickson, Counsel to Mr. Heard, Died: September 10, 1993, Both died in a plane crash outside Dulles airport, after their aircraft, rented after Heard's personal craft developed troubles, crashed while attempting an emergency landing after reporting a fire on board. Let's repeat that. They took off in a plane. It developed problems. They got it back to the airport. They rented a new plane. They took off in the new rented plane and IT developed a problem. On the way back to the airport it crashed. - Heard, in addition to serving on Clinton's advisory council, also personally treated Clinton's mother, stepfather, and brother.

- **John Hillyer**, NBC and freelance cameraman, Died: 1996, Hillyer passed away in a Dentist's office from unknown causes, despite being very health-conscious and in good physical condition. Declared a heart attack. Was working on an investigation into Mena and assisted with the "Circle of Power," and "Clinton Chronicles." Some time after his passing, his widow recalled her husband saying he felt he could be in danger.

- **Stanley Huggins**, Partner in Memphis law firm, Died: June 23, 1994, Investigating Madison Guaranty. Reported to have succumbed to viral pneumonia (See attack on Russel Welch). His 300-page report has never been released. Stanley had been at a Cotton Carnival Party on a Friday night. He was supposed to escort his wife all week during the 7 day event, but told her he couldn't as something important was going down. He has recently left the law firm in Little Rock where Hillary C worked and set up a small office in Memphis. On that Friday night I saw Stan and spoke to him briefly. He seemed extremely nervous & about to jump out of his skin. The word circulated throughout the party that he had been involved in some secretive issue that was under the microscope. Soon after that we were told by his wife that he had flown up to a NE University to give a speech on a Saturday. He checked into the provided dorm room, by the university employees that said he looked fine. When they called up to his room later in the day he didn't answer the phone, so they went to check on him and found him dead. The death was declared due to viral pneumonia. His wife has tried to get the hospital records, but they were sealed by Janet Reno under presidential orders of Clinton. Over that weekend his Memphis office was broken into and the only noticeable thing taken were his files. His 300 page report was never released.

- **Sandy Hume**, Journalist, Died: February 2, 1998, On Sunday, February 22nd, 1998, Sandy Hume, the 28-year-old son of journalist Britt Hume, was reportedly found dead in his Arlington, Virginia home. Aside from the statement that this was an "apparent" suicide, there remains in place a total media blackout on this story, possibly out of concern that the actual facts will not withstand public scrutiny.

Indeed, it was reported in Associated Press that the Arlington Police were not responding to any inquiries. Hume was a reporter for The Hill magazine, newspaper about Congress for Congress, and had broken a major story in 1997 regarding the friction between House Speaker Newt Gingrich and a faction led by Representative Paxon (who announced his resignation just 24 hours after Hume's death). In addition, Sandy Hume had just joined the staff at Fox TV News and was just three weeks into a job that represented the pinnacle of his young career. Oddly enough, aside from echoing the one Associated Press story, the Fox News website has ignored the death of its newest commentator. Sandy already had a reputation for getting the story that nobody else wanted to look at. It is worth noting that his death came hard on the heels of reports that "a reporter" was about to break a story confirming the White House's use of investigators to dig up dirt on critics. It has recently been confirmed that the man who performed the as-yet-unreleased autopsy is none other than Dr. James C. Beyer, who has a record of concealing homicides behind a ruling of suicide. Kenneth Starr's "suicidologist" Dr. Alan L. Berman has waded in again and as he did in the Foster death ruled it "100% certain that this is a suicide and can be nothing else".


- **Kevin Ives & Don Henry**, Witnesses, Died: August 23, 1987, Initial cause of death was claimed to be the result of passing out on a railroad track in Arkansas after smoking twenty marijuana cigarettes. This ruling was reported by the State medical examiner Fahmy Malak, and supported by Sheriff Jim Steed, whose "thorough" investigation of the crime scene left one of the boy's foot sitting in the open for two days! In April 1988, Kevin's body was exhumed, and another autopsy was performed, this one by Atlanta medical examiner Dr. Joseph Burton who discovered that Kevin died from a crushed skull prior to being placed on the tracks. Don Henry's body was exhumed and discovered to have been stabbed in the back prior to being placed on the tracks. Governor Bill Clinton excused Fahmy Malek's "errors" saying that Malek was "tired and stressed out." Reports indicate that Ives & Henry might have stumbled upon part of the Mena drug operation, specifically a drop site in the area of Bauxite and Alexander, Arkansas. The police chief of Alexander, John Brown, acknowledged he obtained a taped confession from one of the murderers of the two boys, which was suppressed at the request of the FBI! Jean Duffey headed up Arkansas' 7th District drug task force in 1990. She was never allowed to conduct a thorough investigation of drug running in Mena or any possible connection to the train deaths. Her task force and a federal grand jury were shut down after they started examining corruption involving public officials. Dan Harmon was a local government official, the prosecuting attorney for Saline, Grant, and Hot Springs counties in 1979 and 1980 and then again from 1991 through 1996. He was convicted in June of 1997 on drug, racketeering, and extortion charges and has started serving eight years in prison. In January 1991, long before his drug offenses became public knowledge, Harmon convinced a judge to subpoena evidence obtained by Jean Duffey's task force -- evidence gathered against him and other public officials. Ms. Duffey refused to honor the subpoena, fearing for the lives of witnesses (many of whom did turn up dead) and fled the state when a warrant was issued for her arrest.

100

- **Gary Johnson**, Witness, Attacked: June 26th, 1992, Beaten near death and left for dead. Someone in the Clinton organization sent 3 goons to beat up and almost murder Gary Johnson, who was Gennifer Flowers' neighbor. Gary Johnson had a security camera installed at his condominium and by chance he had many tapes of Bill entering Gennifer's condominium while governor and married to Hillary). Gary's tapes were taken.

- **John Jones**, Julian Assange's lawyer, Died: April 18, 2016, John Jones, QC, was killed when struck by a commuter train on his way to work. The police immediately declared the death as non-suspicious. The Q.C. initially said it was not suicide. Great Britain has the highest per-capita presence of surveillance cameras of any nation in the world, yet no video has been forthcoming as to just how Jones wound up in front of that train. John Jones was working to prevent the extradition of Julian Assange to the United States. Assange and WikiLeaks have produced some of the most damaging information about Hillary Clinton's scandals.

- **John F. Kennedy Jr.**, Potential Candidate for Senator from New York., Died: July 16, 1999, Within days of an NBC Dateline story hinting at a possible run for the Senate seat currently assumed to be the property of Hillary Clinton, JFK Jr. and his wife and sister-in-law died when the Piper Saratoga II TC JFK Jr. was piloting crashed in to the ocean just short of Martha's Vineyard. The NEWSWEEK issue for the following Monday, which NBC Dateline had reported would announce JFK Jr's candidacy, was yanked from distributors and destroyed. Even before the wreckage of the plane had been found, the media was saturated with news stories declaring the weather to have been very hazy (the weather was VFR conditions, and 8 mile visibility, plus weather radar and witnesses on Martha's Vineyard all reported clear skies) making it impossible for JFK Jr. to know which way was up (he also had working instruments in the aircraft).
As was the case when TWA 800 was shot down, the United States Navy took control of the crash site, ordering an unprecedented 5 mile wide no-fly zone while the wreckage of the aircraft was recovered and taken to a military base.
Reporters Cindy Adams and Andrew Goldman have documented the planting of false information about JFK Jr. in the media in the days following his crash. The feeding of false information to the press proves there is a cover-up. The existence of a cover-up is why JFK Jr. gets an entry on the Dead Bodies List. According to some reports, Mrs. Kennedy was pregnant.

- **Jordan Kettleson,** Witness to the Train Deaths, Died: June 1990, Kettleson had information on the Ives & Henry deaths. He was found shot to death in the front seat of his pickup.

- **Johnny Franklin Lawhon, Jr**., Witness, Died: March 29, 1998, In the spring of 1997, a tornado ripped through some junked cars at Johnny's transmission and opened up the trunk of a car that proved to have a box of Whitewater records in it, including a copy of a $27,000 cashiers check drawn on Madison and payable to Bill Clinton. Johnny Franklin Lawhon, Sr. realized what he was looking at and

turned the box of documents over to the FBI. According to police, Lawhon Jr. (the son) and a friend hit a telephone pole at a high rate of speed after their car had become airborne and left the road. They had driven less than 1/4 of a mile at the time of the accident. This manner of death is similar to the single vehicle accidents that killed Paula Grober, and Neil Moody.

- **Shawn Lucas**, ATTORNEY, Died: August 2, 2016, On July 3, 2016, Shawn Lucas and filmmaker Ricardo Villaba served the DNC Services Corp. and Chairperson Debbie Wasserman Schultz at DNC's headquarters in Washington, D.C., in the fraud class action suit against the Democrat Party on behalf of Bernie Sanders supporters. This was before Wikileaks released documents proving the DNC was working against the Sanders campaign during the 2016 primary.
Shawn was found dead by his girlfriend. He had been in perfect health and did not do drugs. The authorities are refusing to disclose the cause of death even after three weeks. Meanwhile, the DNC is trying to delay the lawsuit until after the November election by saying Lucas did not "properly" serve the papers ... with Lucas conveniently unable to testify on his own behalf. Claimed that most of these deaths were committed by the CIA because they had taken over the DNC via a CIA group called IN-Q-TEL

- **Mary 'Caity' Mahoney**, White House Intern,  Died: July 6, 1997, An attractive 25-year-old woman, Mary was a former White House Intern for Bill Clinton working as the Assistant Manager at a Starbuck's Coffee shop in Georgetown. In the pre-trial publicity surrounding Paula Jones lawsuit Mike Isikoff had dropped hints that a "former White House staffer" with the initial "M" was about to go public with her story of sexual harassment at 1600 Pennsylvania. Just days later, gunmen entered the Starbuck's while the crew was cleaning up after closing. Mary's two associates, Aaron Goodrich, 18 and Emory Evans, 25, were taken to a room and shot. Mary herself had five bullets in her, from at least two different guns, most likely with silencers. A total of ten shots were fired; none of them heard by neighbors in the densely populated Georgetown section. Mary was shot in the chest, her face, and in the back of the head. Someone wanted her very dead. Or to send a message. Even though more than $4000 remained in the store, the police have categorized the triple murder as a robbery, even as they acknowledge the "execution style" killings. There was no sign of forced entry, which means that either Mary of one of the employees let the killers in (at least one hour after closing). That means that the killers included at least one person known to the victims. One report is that the Starbuck's was still locked when the bodies were found the next morning. Robbers don't bother locking doors. George Stephenopolis, Monica Lewinsky, and Chelsea Clinton were all regulars at the Starbuck's. Carl Cooper, the man charged with the Starbuck's murders on the basis of a confession has now recanted that confession, claiming that it was obtained under coercion (not unlike that of James Earl Ray). A affidavit filed by NOAA's Sonya Stewart, confirms that the Department of Commerce was selling trade mission seats in exchange for campaign donations, and illegally blocking FOIA requests. Named in the affidavit as the White House staffer directly connected to this obstruction was Doris Matsui. Doris's assigned intern during this period was Mary Mahoney.

- **Lieutenant General David J. McCloud**, Commander of Alaskan Command, 11th Air Force, and the Alaskan North American Aerospace Defense Command Region, headquartered at Elmendorf Air Force Base, Alaska. Died: July 26, 1998. On July 26, 1998, McCloud died when his YAK-54 aerobatic plane crashed, allegedly from sabotage. McCloud was one of several flag officers (including Admiral Boorda) who had assembled evidence against President Bill Clinton, leading to his arrest.

- **Christine M. Mirzayan**, White House Intern, Died: August 1, 1998, On August 1, 1998, yet another young female government intern with the initial "M", Christine M. Mirzayan, was murdered, beaten to death with a heavy object near Georgetown University. Eventually, Mike Isikoff's "former White House staffer" finally surfaced and its NOT Mary Mahoney, or Christine M. Mirzayan, but Monica Lewinsky. If the killing of Mary Mahoney and Christine M. Mirzayan was to silence a "bimbo eruption", they got the wrong woman! (Just how many of the interns was Clinton getting oral sex from anyway??)

- **Florence Martin**, Accountant subcontracting to CIA, Died: October 30, 1994, Related to the Barry Seal case. Dead of three gunshot wounds to the head. At the time of her death she had the account numbers and PIN for a bank account in the Cayman's in the name of Barry Seal which held 1.4 million dollars. Immediately following her death, the money was moved to someplace in the Virgin Islands.

- **Gordon Matteson**, Clinton associate., Died: May 15, 1997. Shot in the head. Declared a suicide.

- **James McDougal**, Died: March 8 1998, Jim McDougal was serving his 3-year sentence for bank fraud at the Fort Worth Federal Medical Center in Texas, a facility operated by the federal Bureau of Prisons for inmates who need medical attention. Just prior to another round of testimony before Kenneth Starr's grand jury, and while the reporters who were covering that story were two hours away covering a standoff situation in Waco that just "went away", Jim McDougal suffered a heart attack while in solitary confinement. Left alone for too long, when Jim McDougal was taken out of solitary, instead of attempting to defibrillate his heart with equipment on hand at the facility, he was driven over to John Peter Smith hospital. Not the closest hospital to the Fort Worth Federal Medical Center, John Peter Smith hospital is a welfare hospital, where (in the words of one local) ,"They let interns practice on deadbeats". NEW! The Fort Worth Star-Telegram acquired the official report of the McDougal death via a Freedom Of Information Act request, and report that doctors ignored McDougal's signs of imminent death.

- **Keith McKaskle**, Witness to the Train Deaths, Died November 10, 1988, Keith had information on the Mena drug running and the henry & Ives murders. Stabbed 113 times. He had told his family someone was out to kill him and told them "good bye".

- **Charles Meissner**, Assistant Secretary of Commerce for International Economic Policy., Died: May

103

3, 1996 John Huang was placed on a Commerce Department contract that allowed him to retain his security clearance by Charles Meissner. Charles Meissner died on the plane with Ron Brown.

- **James "Dewey" Milam**, Witness to Mena drug operation and Henry/Ives murders, Died: 1989, Milam was decapitated. Clinton's notorious state Medical examiner, Fahmy Malak, initially ruled death due to an ulcer, claiming that the victim's small dog had eaten the head, which was later recovered from a trash bin several blocks away.

- **Charles Wilbourne Miller**, Vice President and Board Member for Alltel, Died: January 12, 1999. Alltel was the computer company that wrote the White House "Big Brother" computer system. Found shot to death with two guns. Multiple shots had been fired. Declared a suicide.

- **Ron Miller, Witness**, Died: October 12, 1997, Ron Miller, investigated by authorities over the sale of his company, Gage Corp. to Dynamic Energy Resources, Inc. was the man who tape recorded Gene and Nora Lum and turned those tapes (and other records) over to congressional oversight investigators. The Lums were sentenced to prison for campaign finance violations, using "straw donors" to conceal the size of their contributions to various candidates. Indeed, Dynamic Energy Resources, Inc. had hired Ron Brown's son Michael solely for the purpose of funneling $60,000 through him to the Commerce Secretary, according to Nolanda Hill's testimony. Reportedly a healthy man, Ron suddenly took ill on October 3rd, and steadily worsened until his death 9 days later. (This pattern fits Ricin poisoning.) Owing to the strangeness of the illness, doctors at the Integris Baptist Medical Center referred the matter to the Oklahoma State Medical Examiner's Office. The Oklahoma State Medical Examiner's Office promptly ran tests on samples of Ron Miller's blood, but has refused to release the results or even to confirm that the tests were ever completed.

- **John Millis**, Staff Director of the House Permanent Select Committee on Intelligence Committee, Died: June 4, 2000. Millis had just helped the HPSCI complete it's "investigation" into alleged CIA cocaine smuggling which predictably (given that Millis was himself a long time CIA agent) concluded that the CIA was innocent of all allegations of wrongdoing. Fairfax, Virginia police were tipped off by an anonymous phone call claiming that "a man" was threatening suicide in a motel room. Police arrived to find Millis dead of a gunshot wound. As was the case with Vincent Foster and Sandy Hume, the death was immediately declared a suicide.

- **Joe Montano**, Chairman DNC (before Debbie Wasserman Shultz) and Regional Director for Tim Kaine, Died: July 25, 2016, Supposedly died of a heart attack right after the WikiLeaks email dump proving the DNC had worked to sabotage Bernie Sanders and hand the nomination to Hillary Clinton. Joe was 47, with no history of heart problems.

- **Neil Moody**, Died August 25, 1996, Following Vincent Foster's murder, Lisa Foster married James

Moody, a judge in Arkansas, on Jan 1, 1996. Near the time Susan McDougal first went to jail for contempt, Judge Moody's son, Neil died in a car crash. There were other reports that Neil Moody had discovered something very unsettling among his stepmother's private papers and was threatening to go public with it just prior to the beginning of the Democratic National Convention. He was alleged to have been talking to Bob Woodward of the Washington Post about a blockbuster story. Witnesses said they saw Neil Moody sitting in his car arguing with another person just prior to HIS CAR SUDDENLY SPEEDING OFF OUT OF CONTROL AND HITTING A BRICK WALL.

- **Tony Moser.** Anti-Corruption Journalist. Died: June 10, 2000, Tony Moser, a critic of the Arkansas Democratic Party political machine, was killed as he crossed a street in Pine Bluff 10 days after being named a columnist for the Democrat-Gazette newspaper and two days after writing an article which exposed the looting of programs designed to obtain money from "Dead beat" parents to then give to their children. The police declared that no crime had been committed since the anonymous driver of the 1995 Chevy Pickup truck that struck and killed Moser was not intoxicated nor was he speeding. In Arkansas, that apparently makes it legal to run down a politically unpopular journalist.

- **Paul Olson**, Federal witness in investigations to drug money corruption in Chicago politics. Died: September 8, 1994. Paul had just finished 2 days of FBI interviews when his plane ride home crashed, killing Paul and 130 others. The Sept. 15, 1994 Tempe Tribune newspaper reported that the FBI suspected that a bomb had brought down the airplane.

- **Jerry Luther Parks**, Head of Clinton's Gubernatorial security team in Little Rock.Died: September 26, 1993.Gunned down in his car at the intersection of Chenal Parkway and Cantrell Road, near Little Rock. Parks was shot through the rear window of his car. The assailant then pulled around to the driver's side of Park's car and shot him three more times with a 9mm pistol.His family reported that shortly before his death, unknown persons were following them, and their home had been broken into (despite a top quality alarm system). Parks had been compiling a dossier on Clinton's illicit activities. The dossier was stolen.When news of the discovery of Vincent Foster's body came over the news, Parks is reported to have said, "I'm a dead man." He had told his wife that Bill Clinton's people were "cleaning house," and he was "next on the list."

- **Monica Peterson**, Haitian government official,Died: November 13, 2016.Monica Petersen was in Haiti working for the Human Trafficking Center and also previously worked for the Colorado Human Trafficking Council's Data & Research Task Force. A good friend of Monica picked up a Reddit thread and posted it on her Facebook. This says quite a lot."It seems that Monica was in Haiti investigating the Clintons possible ties to a pedophile ring. Monica family hasn't been able to get any straight answers about her death." Ruled a suicide, but this is disputed by Monica's mother.

- **Joseph Rago**, Wall Street Editorial Writer, Died: July 20, 2017.Joseph Rago was a 34-year old

Pulitizer prize winning journalist who had been highly critical of Obamacare and had a general reputation for "going against the grain." At the time of his death, he was reportedly working on an article about Hillary Clinton's links to Russia. We was found dead in his apartment just hours before he was supposed to meet with Russian consulate officials to discuss Hillary's role in bypassing Russian sanctions in the 2014 sale of Veropharm (one of Russia's largest medical companies) to the American medical corporation Abbott Laboratories. Handling this takeover transaction was the Russian investment bank Renaissance Capital, who paid former President Bill Clinton $500,000 for a speech he gave before their top executives in Moscow.Police ruled out foul play in Rago's death before an autopsy was even performed. The official autopsy results were sarcoidosis -- "a disease involving abnormal collections of inflammatory cells" (Wikipedia) whose cause is unknown. "Some believe it may be due to an immune reaction to a trigger such as an infection or chemicals". Diagnosis of sarcoidosis is a matter of exclusion, as there is no specific test for the condition.

- **C. Victor Raiser II**, National Finance Co-Chairman, Clinton for President Campaign and **Montgomery Raiser**, Son of C. Victor Raiser II, Died: July 30, 1992 Both men died in a private plane crash in Alaska, one day before a scheduled interview with John Hillyer. The crash was blamed on the pilot, who survived. Five others not connected to Clinton died in the crash. - DeeDee Meyers described Raiser as a "major player" in the Clinton organization. Victor raiser was also chairman of Mobile Telecomm Technologies Corp., whose subsidiary, SkyTel Corp. is an international paging company used by federal police agencies such as the FBI. Victor Raiser was a Washington lawyer and he was counsel to the Washington law firm of Jones Day Reavis & Pogue until 1991. At his death, he was the national finance co-chairman of the Clinton for President campaign. The campaign's press secretary, Dee Myers, described him as a "major player" in the Clinton organization. He and his wife had been friends of the Clintons for ten years. He was the past national finance chairman of the Democratic National Committee. He served on the boards of the Democratic Business Council and the Center for National Policy and the board of advisers of the Democratic Leadership Council. On May 29, 1993, President Clinton announced that he had selected Raiser's widow, Molly Raiser, 50, former Democratic co-chair of the Women's Campaign Fund, to be his protocol chief and stated that he planned to nominate her for confirmation as an ambassador.

- **Seth Conrad Rich**, DNC Voter Expansion Data Director, Died: July 10, 2016, Seth Conrad Rich was shot several times in the back a block from his home in D.C.'s neighborhood of Bloomingdale. The police declared it a robbery gone bad, but nothing had been taken; Seth still had his wallet, watch, and cell phone. One possible motive for his assassination lies with the WikiLeaks dump of 20,000 DNC emails which proved the DNC was rigging the primaries to favor Hillary Clinton. The scandal forced DNC chair Debbie Wasserman Shultz to resign. Although Hillary's people tried to portray this as a hack by Russia, to cast Hillary as a victim of international intrigue, WikiLeaks, while not identifying the leak, denied it was Russia, and stated it was an "internal" leak. If Seth (who was in a perfect position to acquire the data) were the leak, that would be ample motive to murder him, as a warning to others

inside the DNC not to blow any whistles. Shortly after the killing, Redditors and social media users were pursuing a "lead" saying that Rich was en route to the FBI the morning of his murder, apparently intending to speak to special agents about an "ongoing court case" possibly involving the Clinton family. Reports are that we was set to testify before the Congressional Commitee looking into Hillary's email server. According to Rich's girlfriend, Seth Rich had uncovered evidence of massive fraududing thr primaries involving a voter app he himself had written. A reward has been offered for information on this murder. UPDATE: FOX News is now confirming that Seth Rich was in contact with WikiLeaks prior to his assasination. UPDATE 2: FOX News has now removed the above story. UPDATE 3: Steven Wasserman, the US Attorney for the District of Columbia, and in charge of the Seth Rich investigation, is the brother of Debbie Wasserman Shultz.  WND reported DNC staffer Seth Rich was murdered near his affluent neighborhood in Washington, D.C. Rich was shot in the back at 4:15 a.m. while he walked home from his girlfriend's apartment. Rich previously worked on the failed U.S. Senate campaign of Nebraska businessman Scott Kleeb, whose clean-energy business had come under investigation after losing $300,000 in 2010 and another $300,000 in 2011 despite having been subsidized by the Clinton Global Initiative. A commentary by Rachel Alexander at Townhall suggested possible corruption between the CGI and Kleeb "led to Sanders' cronies pressuring Rich to leak what was going on." In one interview, WikiLeaks founder Julian Assange appeared to suggest that Rich, 27, was the source of the WikiLeaks-exposed DNC emails. Assange hinted at the newest revelations during an interview on the Dutch television program Nieuwsuur. "Our whistleblowers go to significant efforts to give us material, at often very significant risks," Assange said. "There was a 27 year old, works for the DNC, who was shot in the back, murdered just a few weeks ago for unknown reasons other than that he was walking down the street in Washington."

The interviewer interjected, "That was just a robbery, I believe, wasn't it?" Assange replied, "No, there's no finding." The interviewer asked, "What are you suggesting?" "I'm suggesting that our sources take risks and they become concerned to see things occurring like that," Assange continued. "But was he one of your sources then?" asked the interviewer. "We don't comment on who our sources are," Assange said. "We have to understand how high the stakes are in the United States. Our sources are, you know, our sources face serious risks. That's why they come to us, so we can protect their anonymity." Assange continued, "Others have suggested that [Rich was murdered]. We are investigating. If you understand what happened in that situation with Seth Rich, I think it is a concerning situation. There's not a conclusion yet. We wouldn't be willing to state a conclusion, but we are concerned about it. More importantly, a variety of WikiLeaks sources are concerned when that kind of thing happens."  WikiLeaks is offering a $20,000 reward for information leading to the arrest of Rich's killer. The group released the following statement: "As a matter of policy, we do not confirm or deny whether any person has ever been a source for WikiLeaks. After the [late hacktivist] Aaron Swartz case we formalized this policy to also cover alleged sources who were deceased. "We treat threats toward any suspected source of WikiLeaks with extreme gravity. This should not be taken to imply that Seth Rich was a source to WikiLeaks or to imply that his murder is connected to our publications. We hope our efforts will contribute to the family's calls for information and to the separate reward issued

by the police. We have a history of obtaining information that has significantly contributed to many legal proceedings, including successful prosecutions." WND asked the Washington, D.C., Metropolitan Police Department if there have been any new leads in the death of Rich and whether police are considering a possible political motive in his killing. Spokeswoman Alice Kim of the Metropolitan Police Department told WND, "There are no new updates at this time." As for the WikiLeaks reward, she offered this statement: "At this time, there is no indication that Seth Rich's death is connected to his employment at the DNC. However, we welcome information that could potentially lead to the identification of the individual(s) responsible for his death and are pleased when any outside contributors help us generate new leads."

- **Jeff Rhodes**, Witness in the Train Deaths, Died: April 1989. Jeff had information on the deaths of Ives, Henry & McKaskle. His burned body was found in a trash dump. He died of a gunshot wound to the head and there was some body mutilation, specifically that his hands and feet had been partially sawn off, leading to the speculation that he was tortured prior to being killed. The body was then burned.

- **Maj. Gen. William Robertson**
**Deputy Commanding General, V Corps, Europe**
**Col William Densberger**
**V Corps Chief of Operations and Plans**
**Col. Robert Kelly**
**V Corps Chief of Intelligence**
**Spec. Gary Rhodes**
**Crew Chief**
Died: February 23, 1993. All were killed when their Army UH-60 Blackhawk helicopter crashed in Wiesbaden, Germany. No cause was ever determined. - V Corps figured prominently in the US Bosnia-Serbia peacekeeping operations, along with the carrier Roosevelt. These men, and 8 others associated with Clinton's visit to the Roosevelt all died within 4 months of each other.

- **Dr. Ronald Rogers**, Dentist from Arkansas. Killed in plane crash as he was on his way to an interview with a "London Sunday Telegraph" reporter to reveal some Clinton dirt.

- **Charles Ruff**, Clinton lawyer, Died: November 20, 2000.  Charles Ruff was one of Clinton's attorneys during the impeachment trial and was known to have inside information on the White House emails scandal as well. Original reports were that he died in an accident in his home although no details were given. Then the report changed to claim that he was found in his bedroom unconscious, then declared dead on arrival at the hospital. The authorities will provide no details other than the usual (and quite premature) assurances that there was no foul play involved.

- **Col. James Sabow**. Died: 1991, Supposedly about to blow the whistle on drug running activity taking place on the naval base where he was stationed, Col. James Sabow was found by his wife in the backyard of their home with his head blown off with a shotgun. The Navy ruled it a suicide. In all, more than 40 deaths by individuals concerned with drug traffic on military bases have been declared as suicides despite evidence that murder was involved.

- **Antonin Scalia**, Supreme Court Justice, Died: February 12, 2016. Justice Scalia was a major thorn in many sides. He opposed Obamacare, thought global warming was a fraud, supported individual gun rights, and mostly to the point, was involved with Senate leval discussions on how to arrest Hillary Clinton for massive corruption and possible espionage.At the time of his death, Scalia was set to vote to overturn affirmative action. Scalia died at Cibolo Creek Ranch on February 12th. His body was found by the ranch owner, lying on the top of the undisturbed bed covers, with a pillow over his face! Despite the suspicious circumstances surrounding his death, no autopsy was performed and Scalia was immediately embalmed. Scalia is added to the Clinton Dead Bodies list based on the following leaked email exchange between Hillary's campaign chairman John Podesta and DC lobbyist Steve Elmendorf, dated just three days prior to Scalia's suspicious death. "Wet work" is a well-known euphemism for assassination.

- **Walter Scheib**, Clinton White House Chef. Died: June 13, 2015. Walter Scheib was hired by the Clinton White House and continued to serve the Bush administration. He was reported missing by his family when he failed to return from a hike. His body was found more than one and as half miles off of the trail he was supposed to be on, at the bottom of a river. No official cause of death has been released.

- **Tom Schweich**, Waco Investigator and candidate for governor. Died: February 26, 2013. Schweich served as Chief of Staff for former U.S. Senator John Danforth's investigation of the federal government's actions in connection with the 1993 FBI siege of the Branch Davidian compound in Waco, Texas. He had announced his candidacy for governor just one month before his death, and was found with a gunshot wound to the left temple. Tom Schweich was right-handed. One month later, his media director, Robert "Spence" Jackson, was found dead of a similar wound.

- **Barry Seal**, CIA drug pilot. Died: February 19, 1986. Now known to have been a gun and drug smuggler for the CIA, operating out of the Mena airport, Barry Seal had reportedly kept in contact with Bill Clinton's head of security at the governor's mansion, Raymond "Buddy" Young, the ex rodeo clown who is now the number 2 man at FEMA. Following his fall from CIA grace, Barry was sentenced to live at a Salvation Army Housing Complex by a judge who also prohibited Barry Seal to either have any guns or to employ any bodyguards. Corruption doesn't become any more obvious than this. Barry was gunned down with machine gun fire in the parking lot of the Salvation Army Housing Complex.
In violation of the court order, Barry had hired bodyguards who worked a rotation schedule. But the

bodyguard who was to be there when Barry was killed never showed up. That bodyguard, according to video producer Daniel Hopsicker, was a former associate (meaning drug pilot) of Barry's named William "Bear" Bottoms. Bottoms prowled the internet insisting that there never was any drug running operation at Mena, Arkansas.

- **Bill Shelton**, Arkansas state trooper and fiancee of Kathy Ferguson, Died: June 1994. Allegedly committed suicide by shooting himself at the grave site of his fiancee - Officer Shelton was the fiancee of Kathy Ferguson, who was the ex-wife of Trooper Danny Ferguson. Kathy Ferguson also supposedly committed "suicide" June 1994 when she shot herself in her living room. Oddly, next to the body were her packed bags, as if she was expecting to be going somewhere. Danny Ferguson was a co-defendant along with Bill Clinton in Paula Corbin Jones's sexual harassment suit. Kathy Ferguson was reported as a corroborating witness for Ms. Jones.

- **Peter Smith**, GOP operative, Died: May 14, 2017. Peter W. Smith was found dead just 10 days after he admitted to trying to get Hillary Clinton's missing emails from Russian hackers. He left a note behind in all caps saying there was "NO FOUL PLAY" involved. Charles Ortel, a Wall Street investment banker and market analyst, had spoken with Smith the day before his death and said Smith did not show any indications of a man considering suicide.

- **Kurt Smolek**. State Department Diplomatic Security Agent. Died: Aug 28-30, 2017. Kurt went missing on Monday August 28, 2017. His body washed up along the shores of the Potomac Wednesday, August 30. Kurt worked with then Secretary of State Hilllary Clinton and had jurisdiction over classified data and secure emails for the State Department. Cause of death is listed as "unknown."

- **Victor Thorn**, Independent Journalist. Died: August 1, 2016. Found dead of a gunshot on top of a mountain near his home, Thorn has been a thorn in the side of the Clintons for decades, writing books and articles for American Free Press that exposed many of the Clintons' dark secrets, including the drug running out of Mena, Arkansas. While officially declared a suicide, it is worth noting that Victor Thorn was at the height of his success, with a long line of successful books, including Crowning Clinton: Why Hillary Shouldn't Be in the White House and the Hillary (And Bill) trilogy, which were strong sellers. The trilogy had just been purchased for translation and foreign distribution.

- **Paul Tully,** Democratic National Committee Political Director. Died: September 24, 1992. Found dead in a hotel room in Little Rock Arkansas of "unknown causes." No autopsy allowed. - Described by Clinton as a "dear friend and trusted advisor. Tully authored several key strategies for Clinton and the party. Paul Tully, 48, Democratic National Committee political director and architect of a strategy to make the party competitive again in presidential elections, was found dead in his hotel room on September 24, 1992, in Little Rock, Arkansas of unknown causes. Authorities speculated his death was from a heart attack or stroke. In a press release, then-presidential candidate Clinton called Mr. Tully "a

110

dear friend and trusted adviser." He said he was "deeply saddened by the loss." Tully devised a strategy of targeting states based on their value in the Electoral College, and coordinating the presidential campaign with state and congressional races.

- **Jon Parnell Walker**. RTC investigator. Died: August 15, 1993. Mysteriously fell to his death from an apartment balcony. He was investigating the Morgan Guaranty scandal. The same apartment which was alleged to have been a secret getaway which Vince Foster may have visited.

- **Calvin Walraven,** Drug witness. Died July 30 1994. 24 year old Walraven was a key witness in Jocelyn Elder's son's drug case. Ten days after Elder's son was convicted of trafficking in cocaine, Walraven was found dead in his apartment with a gunshot blast to the head. Tim Hover, a Little Rock police spokesman said no foul play was suspected. Connected to Clinton case.

- **Gary Webb**. Journalist. Died: December 10, 2004. Webb, a Pulitzer prize winning journalist, exposed CIA drug trafficking operations in a series of books and reports for the San Jose Mercury News. He was found dead on Friday morning in what the police said was an apparent suicide. Webb had been shot in the head TWICE!

- **Maynard Webb**. Mena airport witness. Died: Late 1994 . Maynard Webb had stumbled on several aircraft whose tail numbers were being changed on a regular basis. Was about to go public when he walked headfirst into a spinning propeller.

- **Alan G. Whicher**. Oversaw Clinton's Secret Service detail. Died: April 19, 1995. In October 1994 Whicher was transferred to the Secret Service field office in the Murrah Building in Oklahoma City. Whatever warning was given to the BATF agents in that building did not reach Alan Whicher, whom died in the bomb blast.

- **Beranton J. Whisenant Jr**. federal prosecutor involved in the investigation of voter fraud connected to the DNC. Died: May 24, 2017. Beranton J. Whisenant Jr was discovered in the water by a passer-by on Hollywood Beach, in Debbie Wasserman Shultz' congressional district. His death bares striking similarities to the death of murdered DNC whistleblower Seth Rich. The prosecutor had been shot in the head, according to police, and he had all of his personal effects on him when he was discovered, which rules out the likelihood of a robbery. Whisenant worked for the U.S. Attorney's Office in Miami in its major crimes unit. He was investigating a mail theft case involving voter fraud involing the destruction of Republican absentee ballots.

- **Paul Wilcher**. Washington attorney investigating gun running out of Mena, Arkansas. Died: June 22, 1993. Found dead on a toilet in his Washington apartment. No cause of death was ever reported by the coroner. At the time of his death, he was investigating connections between the "October surprise"

during the 1980 federal election campaign and drug and gunrunning out of Mena, Arkansas, as well as the BATF assault on the Waco, Texas Branch Davidians. Was planning on producing a television documentary on his findings. He had delivered a 105-page affidavit to Janet Reno detailing the evidence he had collected regarding the drug operation at Mena, just three weeks before his death.

- **Ed Willey**. Real Estate Attorney, Clinton Fund Raiser. Died: November 30, 1993. Died of a shotgun blast to the head. Body found in deep woods in Virginia. Ruled a suicide, no note was found. Died on the same day his wife was sexually assaulted in the White House by Bill Clinton. - Intimately involved in several Clinton fund raising events.

- **John Augustus Wilson**. Former Washington DC Council member. Died: May 18, 1993. Wilson claimed to have info on Whitewater, a political controversy that began with the real estate dealings of Bill and Hillary Clinton and their associates, Jim and Susan McDougal in the Whitewater Development Corporation, a failed business venture in the 1970s and 1980s, and was willing to talk. Found hanged. Declared a suicide.

- **Jim Wilhite**. Vice Chairman, Arkla, Inc. Died: December 21, 1992 Died in a one-person skiing accident. - Wilhite had extensive ties with Clinton and Mack McLarty, with whom he visited by telephone just hours before his death.

- **Theodore Williams, Jr.** Bettie Currie's brother. Died: December 16, 1997. A passing car hit the brother of Presidential Secretary Betty Currie after his own car had somehow run off the road. Bill Clinton called Monica Lewinsky at 2:00 AM the next morning to tell her of the death and alert Monica that her named appeared on the Paula Jones witness list. Betty's brother had also been beaten shortly before Betty testified in a previous matter.


- **Steve Willis**
**Robert Williams**
**Conway LeBleu**
**Todd McKeehan**
Clinton bodyguards. Died: February 28, 1993. "executed" by gunfire in the Waco, Texas assault on the Branch Davidians. - All four were examined by a "private doctor" and died from nearly identical wounds to the left temple, so-called execution style. According to Linda Thompson, videotapes and other evidence indicates that none died from guns fired by Branch Davidians. In his address to employees of the Treasury Department in the Cash Room on March 18, 1993, Clinton said: "My prayers and I'm sure yours are still with the families of all four of the Alcohol, Tobacco and Firearms agents who were killed in WACO -- Todd McKeehan and Conway Le Bleu of New Orleans; Steve Willis of Houston, and Robert Williams from my hometown of Little Rock. Three of those four were assigned to my security during the course of the primary or general election." However, the Little Rock,

Arkansas office of the ATF confirmed that all four had at one point been bodyguards for Bill Clinton, three while he was campaigning for President, and while he had been governor of Arkansas. In the videotape by the American Justice Federation, "WACO II, the Big Lie Continues," Linda Thompson demonstrates that 15 shots were fired from six separate weapons into and out of a room into which three of the four agents had entered through a window. Four of these shots were fired from an overhead helicopter, an agent outside the window, firing an MP5 submachine gun, who also threw in a concussion grenade, fired at least two shots into the room. In the autopsies of these agents, three had virtually identical wounds to the left temple that exited through the rear of the head, execution-style. A "private physician" treated all four.

- **Barbara Wise**. Commerce Department Staffer. Died: November 29, 1996. As the scandals continued to swirl around the John Huang, one of Huang's associates, Barbara Wise, was found dead in her locked office on the fourth floor of the Department of Commerce, partially nude (by one report completely nude) and covered with bruises. No cause of death has ever been announced even though an autopsy was conducted (prior to next of kin being notified). Calls to the D.C. pathologist, Dr. Jaardemal have gotten an assurance that the bruises were not from being beaten but nothing else. Despite claims of ongoing illness, no record of a hospital visit in the months leading up to her death has surfaced. Oddly enough, following the discovery of her body, Bill Clinton made an unscheduled return to the White House from Camp David, claiming he needed a book of poetry in order to complete his inauguration speech.

- **Richard Winters**. Suspect in the deaths of Ives & Henry. Died: July 1989. Winters offered to cooperate. He was killed by a shotgun blast to the face during a "robbery" which was subsequently proven to be a setup.
Dan Harmon, the Prosecutor who Winters reportedly made the offer to, was implicated in the Kevin/Ives deaths and was jailed for running his office as a criminal enterprise to extort narcotics and cash, proof that elements of Arkansas law enforcement were corrupted by drugs during Bill Clinton's tenure as governor.

- **Terrance Yeakey**. First police officer to arrive at the Murrah Building following the OK City bombing. Died: May 8, 1996. Terrance Yeakey had collected together a vast amount of hard data on the bombing of the Murrah building. Terrance Yeakey's patrol car was found abandoned along a dirt road, the front seat covered with blood. Officer Yeakey himself was found a short distance away, with 11 cut wounds on both arms and two in his throat, plus a gunshot through the head. No gun was ever found, and the death was declared a suicide. His material on the OK City bombing was never found following his death. His life had been threatened.

**Shawn Lucas** – Aug. 2, 2016. On July 3, attorney Shawn Lucas, 38, helped serve the DNC with a lawsuit claiming then-DNC Chairwoman Debbie Wasserman Schultz "rigged the primary for Hillary

Clinton.". The complaint was served before Wasserman Schultz resigned amid the Wikileaks email scandal on July 24. Less than one month after he helped serve the lawsuit, Lucas' girlfriend found him dead in his bathroom. Beverly Ann Fields, chief of staff at the Washington, D.C., Medical Examiner's office, told WND, "The cause and manner of death for decedent [Shawn] Lucas are still pending."

- **Victor Thorn** – Aug. 1, 2016. Victor Thorn authored four books on the Clintons: "Hillary (and Bill): The Sex Volume," Hillary (and Bill): The Drugs Volume," "Hillary (and Bill): The Murder Volume" and "Crowning Clinton: Why Hillary Shouldn't Be in the White House." Thorn reportedly committed suicide with a gun on his 54th birthday on a mountaintop in Pennsylvania. Inquisitr reported that Thorn made several appearances on "The Russell Scott Show" and told the host, "Russell, if I'm ever found dead, it was murder. I would never kill myself."

**Joe Montano** – July 25, 2016. As WND reported, Joe Montano, who served as chairman of the Democratic National Committee before Debbie Wasserman Schultz and was an aide to Hillary's running-mate, Tim Kaine, reportedly died of a heart attack after the Wikileaks DNC email dump. Montano was only 47.

- **John Ashe** – June 22, 2016.  Former U.N. official John Ashe with Hillary Clinton. Former United Nations General Assembly President John Ashe was found dead in His New York home, and the cause of death was reported as a heart attack, as WND reported. But the local Dobbs Ferry police said "his throat had been crushed, presumably by a barbell he dropped while pumping iron." "The death by barbell of disgraced U.N. official John Ashe could become a bigger obsession for conspiracy theorists than Vince Foster's 1993 suicide," the report by Richard Johnson said. It's because Ashe was scheduled to testify in just days with Chinese businessman and co-defendant Ng Lap Seng, who was accused of smuggling $4.5 million into the U.S. and lying that it was to buy casino chips and more. The New York Post said Ng earlier was identified in a 1998 Senate document "as the source of hundreds of thousands of dollars illegally funneled through an Arkansas restaurant owner, Charlie Trie, to the Democratic National Committee during the Clinton administration." "One source told me," Johnson wrote, "'During the trial, the prosecutors would have linked Ashe to the Clinton bagman Ng. It would have been very embarrassing. His death was conveniently timed." "Could this be Hillary Clinton silencing people who 'know too much?'" questioned Kosar in the Political Insider. "We know there are at least 46 people from Clinton world who have died under mysterious circumstances. While some are certainly a coincidence, it is very clear that being deeply connected into the Clinton political world can be hazardous to your health. "In this case, no definite evidence exists that it was murder and Ashe's own lawyer disagrees with the theory. However, with Hillary Clinton's track record, it's definitely worth further investigation." The Post said Ashe formerly was the head of the U.N. General Assembly and was facing criminal charges in a federal bribery case. He was from the Caribbean nation of Antigua and Barbuda, and was accused of taking kickbacks in exchange for promises for real-estate deals and more, the report said.

- **Gareth Williams – Aug. 16, 2010**, Gareth Williams, a transatlantic MI6 spy – whose dead body was found naked, padlocked and stuffed in a 32-inch by 19-inch duffel bag that was sitting in his London bathtub – had illegally hacked secret data on Bill Clinton, according to the U.K. Sun.  The news site noted, "[H]is death is still one of Britain's most mysterious unsolved cases." Scotland Yard had announced the death as a suicide, saying he locked himself in the bag. But his DNA wasn't found on the lock. There were no palm prints on the edge of his bathtub. Gareth Williams According to reports, messages left by Williams on the voicemails of his friends and family were deleted in the days following his death. "And a rival agent may have also broken into the flat to destroy or remove evidence," the Sun reported. There were no signs of forced entry into the apartment. "In 2012, lawyers for his family said he could have been killed by someone who specialized in the 'dark arts of the secret services,'" the Sun reported. "The police did not rule out his intelligence work playing a part in his death. They thought he may have been stuffed in the bag by killers who later broke back in to cover their tracks. Investigators also suspect the flat had been 'steam-cleaned,' which would explain why no DNA evidence was found." No suspects in the case have been arrested.

- **Charles Ruff – Nov. 20, 2000**, Charles Ruff, 61, an influential lawyer in Washington, D.C., who defended Clinton during his Monica Lewinsky scandal and impeachment trial, reportedly died "after an accident at his Washington home." One report said he was found unconscious outside his shower. Other reports indicated he had a heart attack. **Charles Ruff -** The London Guardian reported: Ruff's initial involvement with the Clinton White House came from defending one of Hillary Clinton's principal assistants, Ira Magaziner, who helped to prepare her ill-fated healthcare plan. Magaziner was accused of perjury, but in a complex presentation to the US attorney's office in Washington, Ruff managed to shift the blame to some unspecified White House officials and Magaziner was never charged. It was against this background that Ruff became President Clinton's fifth White House counsel within four years. As the ripples of the Whitewater affair widened and allegations about the president's sexual behaviour proliferated, insiders joked that Clinton needed a lawyer smart enough to do the job and dumb enough to take it. Ruff defended his recruitment with the comment: "When the president of the United States asks you to do something, you don't say, 'Let me think about it.' You say, 'How can I help you, Mr President?'"

- **Carlos Ghigliotti – April 28, 2000**, Carlos Ghigliotti, a key figure in the Waco congressional investigation, was found mysteriously dead in his home outside Washington, D.C. His badly decomposed body was found sitting at his desk in his office in Laurel, Maryland. Police said there was no evidence of forced entry into his office. Carlos Ghigliotti, a key figure in the Waco congressional investigation, was found mysteriously dead in his home outside Washington, D.C. Ghigliotti, 42, a respected expert in the field of thermal imaging, had been retained by the House Government Reform Committee to analyze surveillance film footage taken by means of Forward-Looking Infrared, or FLIR, during the siege and final inferno of Mt. Carmel, the Branch Davidian

complex near Waco, Texas. The FLIR footage, which was filmed by FBI aircraft circling two miles above the site, was critical to the case. For years, debate had raged over claims that on April 19, 1993, government agents fired automatic weapons upon Davidians trying to escape as flames engulfed their home. Seventeen children and 62 adults were killed. Ghiglotti had reportedly uncovered additional evidence contradicting government protests of innocence. Ghigliotti's friend, attorney David T. Hardy, told WND, "I think he may have known too much. Carlos told me he had discovered things that were much, much worse than anything that had come out yet."

More details on Ghigliotti's findings are available here.

- **Charles Wilbourne Miller – Nov. 17, 1999**, Charles Wilbourne Miller was vice president and board member for Alltel, the company that created the White House's "Big Brother" computer system. As WND reported, an Arkansas medical examiner concluded "suicide" after Wilbourne Miller, 63, was found dead of a gunshot wound to the head in a shallow pit about 300 yards from his ranch house near Little Rock. Police found a .410 gauge shotgun near Miller's body and a Ruger .357-caliber revolver submerged in water. Investigators concluded the Ruger was the weapon used by Miller to kill himself. Yet, two rounds in the handgun's cylinder had been spent. How could a suicide victim use two weapons or even fire two shots to kill himself? Miller was no ordinary citizen of Arkansas. He had long served as executive vice president and member of the board of directors for Alltel and was deeply involved in his own software engineering company until the day he died. Alltel was the successor to Jackson Stephens' Systematics, that company that provided the software for the White House's "Big Brother" database behind the Clinton administration's plan to develop the secret computer "Clipper" chip to bug every phone, fax and email transmission in America. There was at least one other high-profile "suicide" among the inner circle involved with the project – Vince Foster (more details below).

**There are over 420 other deaths on the list but we will end here for brevity.…**

# Under-Cover At Google

**Google, Facebook, Twitter, Netflix Infiltrated By Ex-Spies To Expose Election Manipulation By Silicon Valley Cartel**

WASHINGTON — Erik Prince, the security contractor with close ties to the Trump administration, has in recent years helped recruit former American and British spies for secretive intelligence-gathering operations that included infiltrating Democratic congressional campaigns, labor organizations and other groups considered hostile to the Trump agenda, according to interviews and documents.

One of the former spies, an ex-MI6 officer named Richard Seddon, helped run a 2017 operation to copy files and record conversations in a Michigan office of the American Federation of Teachers, one of the largest teachers' unions in the nation. Mr. Seddon directed an undercover operative to secretly tape the union's local leaders and try to gather information that could be made public to damage the organization, documents show.

Using a different alias the next year, the same undercover operative infiltrated the congressional campaign of Abigail Spanberger, then a former C.I.A. officer who went on to win an important House seat in Virginia as a Democrat. The campaign discovered the operative and fired her.

Both operations were run by Project Veritas, a conservative group that has gained attention using hidden cameras and microphones for sting operations on news organizations, Democratic politicians and liberal advocacy groups. Mr. Seddon's role in the teachers' union operation — detailed in internal Project Veritas emails that have emerged from the discovery process of a court battle between the group and the union — has not previously been reported, nor has Mr. Prince's role in recruiting Mr. Seddon for the group's activities.

Both Project Veritas and Mr. Prince have ties to President Trump's aides and family. Whether any Trump administration officials or advisers to the president were involved in the operations, even tacitly, is unclear. But the effort is a glimpse of a vigorous private campaign to try to undermine political groups or individuals perceived to be in opposition to Mr. Trump's agenda.

Mr. Prince, the former head of Blackwater Worldwide and the brother of Education Secretary Betsy DeVos, has at times served as an informal adviser to Trump administration officials. He worked with the former national security adviser Michael T. Flynn during the presidential transition. In 2017, he met with White House and Pentagon officials to pitch a plan to privatize the Afghan war using contractors in lieu of American troops. Jim Mattis, then the defense secretary, rejected the idea.

Mr. Prince appears to have become interested in using former spies to train Project Veritas operatives in espionage tactics sometime during the 2016 presidential campaign. Reaching out to several intelligence veterans — and occasionally using Mr. Seddon to make the pitch — Mr. Prince said he wanted the

Project Veritas employees to learn skills like how to recruit sources and how to conduct clandestine recordings, among other surveillance techniques.

James O'Keefe, the head of Project Veritas, declined to answer detailed questions about Mr. Prince, Mr. Seddon and other topics, but he called his group a "proud independent news organization" that is involved in dozens of investigations. He said that numerous sources were coming to the group "providing confidential documents, insights into internal processes and wearing hidden cameras to expose corruption and misconduct."

"No one tells Project Veritas who or what to investigate," he said.

A spokesman for Mr. Prince declined to comment. Emails sent to Mr. Seddon went unanswered.

Mr. Prince is under investigation by the Justice Department over whether he lied to a congressional committee examining Russian interference in the 2016 election, and for possible violations of American export laws. Last year, the House Intelligence Committee made a criminal referral to the Justice Department about Mr. Prince, saying he lied about the circumstances of his meeting with a Russian banker in the Seychelles in January 2017.

Once a small operation running on a shoestring budget, Project Veritas in recent years has had a surge in donations from both private donors and conservative foundations. According to its latest publicly available tax filing, Project Veritas received $8.6 million in contributions and grants in 2018. Mr. O'Keefe earned about $387,000.

Last year, the group received a $1 million contribution made through the law firm Alston & Bird, a financial document obtained by The New York Times showed. A spokesman for the firm said that Alston & Bird "has never contributed to Project Veritas on its own behalf, nor is it a client of ours." The spokesman declined to say on whose behalf the contribution was made.

The financial document also listed the names of others who gave much smaller amounts to Project Veritas last year. Several of them confirmed their donations.

The group has also become intertwined with the political activities of Mr. Trump and his family. The Trump Foundation gave $20,000 to Project Veritas in 2015, the year that Mr. Trump began his bid for the presidency. The next year, during a presidential debate with Hillary Clinton, Mr. Trump claimed without substantiation that videos released by Mr. O'Keefe showed that Mrs. Clinton and President Barack Obama had paid people to incite violence at rallies for Mr. Trump.

In a book published in 2018, Mr. O'Keefe wrote that Mr. Trump years earlier had encouraged him to infiltrate Columbia University and obtain Mr. Obama's records.

Last month, Project Veritas made public secretly recorded video of a longtime ABC News correspondent who was critical of the network's political coverage and its emphasis on business considerations over journalism. Many conservatives have gleefully pounded on Project Veritas's disclosures, including one particularly influential voice: Donald Trump Jr., the president's eldest son.

The website for Mr. O'Keefe's coming wedding listed Donald Trump Jr. as an invited guest.

Mr. Prince invited Project Veritas operatives — including Mr. O'Keefe — to his family's Wyoming ranch for training in 2017, The Intercept reported last year. Mr. O'Keefe and others shared social media photos of taking target practice with guns at the ranch, including one post from Mr. O'Keefe saying that with the training, Project Veritas will be "the next great intelligence agency." Mr. Prince had hired a former MI6 officer to help train the Project Veritas operatives, The Intercept wrote, but it did not identify the officer.

Mr. Seddon regularly updated Mr. O'Keefe about the operation against the Michigan teachers' union, according to internal Project Veritas emails, where the language of the group's leaders is marbled with spy jargon.

They used a code name — LibertyU — for their operative inside the organization, Marisa Jorge, who graduated from Liberty University in Virginia, one of the nation's largest Christian colleges. Mr. Seddon wrote that Ms. Jorge "copied a great many documents from the file room," and Mr. O'Keefe bragged that the group would be able to get "a ton more access agents inside the educational establishment."

The emails refer to other operations, including weekly case updates, along with training activities that involved "operational targeting." Project Veritas redacted specifics about those operations from the messages.

In August 2017, Ms. Jorge wrote to Mr. Seddon that she had managed to record a local union leader talking about Ms. DeVos and other topics.

"Good stuff," Mr. Seddon wrote back. "Did you receive the spare camera yet?"

As education secretary, Ms. DeVos has been a vocal critic of teachers' unions, saying in 2018 that they have a "stranglehold" over politicians at the federal and state levels. She and Mr. Prince grew up in Michigan, where their father made a fortune in the auto parts business.

AFT Michigan sued Project Veritas in federal court, alleging trespassing, eavesdropping and other offenses. The teachers' union is asking for more than $3 million in damages, accusing the group of being a "vigilante organization which claims to be dedicated to exposing corruption. It is, instead, an entity dedicated to a specific political agenda."

Project Veritas has said its activities are legal and protected by the First Amendment, and the case is scheduled to go to trial in the fall.

Other Project Veritas employees on the emails include Joe Halderman, an award-winning former television producer who in 2010 pleaded guilty to trying to extort $2 million from the comedian David Letterman. Mr. Halderman was copied on several messages providing updates about the Michigan operation, and in one message, he gave instructions to Ms. Jorge. Project Veritas tax filings list Mr. Halderman as a "project manager."

119

Two other employees, Gaz Thomas and Samuel Chamberlain, were also identified in emails and appeared to play important roles in the Michigan operation. Efforts to locate Mr. Thomas were unsuccessful. A man named Samuel Chamberlain who matched the description of the one employed by Mr. O'Keefe denied he worked for Project Veritas. He did not respond to follow-up phone messages or an email.

Last year, Project Veritas submitted a proposed list of witnesses for the trial over the lawsuit. Mr. Chamberlain and Mr. Thomas were on the list. Mr. Seddon was not.

Ms. Jorge, 23, did not respond to email addresses associated with her Liberty University account. In an archived version of her LinkedIn page, Ms. Jorge wrote she had a deep interest in the conservative movement and hoped one day to serve on the Supreme Court after attending law school.

In a YouTube video, Mr. O'Keefe described the lawsuit as "frivolous" and pointed to a portion of the deposition in which David Hecker, the president of AFT Michigan, said that one of the goals of the lawsuit was to "stop Project Veritas from doing the kind of work that it does."

Randi Weingarten, the president of the American Federation of Teachers, said in a statement: "Let's be clear who the wrongdoer is here: Project Veritas used a fake intern to lie her way into our Michigan office, to steal documents and to spy — and they got caught. We're just trying to hold them accountable for this industrial espionage."

In 2018, Ms. Jorge infiltrated the congressional campaign of Ms. Spanberger, posing as a campaign volunteer. At the time, Ms. Spanberger was running to unseat a sitting Republican congressman in a race both parties considered important for control of the House. Ms. Jorge was eventually exposed and kicked out of the campaign office.

It was unclear whether Mr. Seddon was involved in planning that operation.

Mr. Seddon was a longtime British intelligence officer who served around the world, including in Washington in the years after the attacks of Sept. 11, 2001. He is married to an American diplomat, Alice Seddon, who is serving in the American consulate in Lagos, Nigeria.

Mr. O'Keefe and his group have taken aim at targets over the years including Planned Parenthood, The New York Times, The Washington Post and Democracy Partners, a group that consults with liberal and progressive electoral causes. In 2016, a Project Veritas operative infiltrated Democracy Partners using a fake name and fabricated résumé and made secret recordings of the staff. The year after the sting, Democracy Partners sued Project Veritas, and its lawyers have since deposed Mr. O'Keefe.

In that deposition, Mr. O'Keefe defended the group's undercover tactics, saying they were part of a long tradition of investigative journalism going back to muckraking reporters like Upton Sinclair. "I'm not ashamed of the methods that we use or the recordings that we use," he said.

120

He was asked whether he had provided any of the group's secret recordings of Democracy Partners to the Republican National Committee or any member of the Trump family. He said that he did not think so.

In 2010, Mr. O' Keefe and three others pleaded guilty to a federal misdemeanor after admitting they entered a government building in New Orleans under false pretenses as part of a sting.

Kitty Bennett contributed research.

The post Erik Prince Recruits Ex-Spies to Help Infiltrate Liberal Groups appeared first on New York Times.

# Media Produced Riot Creation Business Is Based On Stock Market Manipulation

- When you scare people with "riots" it puts more money in billionaires pockets

A series of "social action" groups are in fact a computerized business, sourcing members from Google, Linkedin and Facebook domestic spying and using Splunk, Palantir, Oracle and Microsoft databases to create instant riots in order to steer stock market perceptions.

Why are Black Lives Matter riots filled with the same bunch of white kids (identified by photo analysis software) over and over? Because the same bunch of white kids get automated text and phone messages telling them where to go and when to riot. Why did BLM organizers pocket millions in profits and give no money to actual poor people? Why did millions of BLM dollars go straight to the Biden campaign?

Why do poor kids from California magically get plane tickets and hotel rooms in Washington, DC or Kenosha, when they are needed on the other side of the nation for a media event staged riot?

Rhetoric-based zealotry is deployed to suck naive college kids and stoners into a utopian hype that organizers of these things have zero-belief in. The bosses of these "Raise Hell" events are entirely driven by greed. Riot financiers George Soros, Eric Schmidt, Reid Hoffman, Elon Musk, John Doerr, Steve Westly, Tim Draper, Mrs. Steve Jobs and the rest, hide inside their ivory towers while their 'David Plouffe' operatives do the dirty work and sell the fantasy to college kids.

Steve Spinner and similar 'Bundlers' work the tech party circuit and pitch the sell to "Family Office" CPA's that run the cash for Ms. Jobs and Musk. They promise a "whole new world", if the billionaires will only buy into this "ends-justifies-the-means" concept of dirty deeds and riot marketing.

Little non-profits that started small get turned into epic Machiavellian Democracy manipulation empires once they get "traction". 'Traction' means that they have suckered a certain percentage of the population into their hype.

MoveOn comprises two legal entities, organized under different sections of U.S. tax and election laws. MoveOn.org Civic Action is a 501(c)(4) nonprofit corporation,[2] and was formerly called MoveOn.org.[3] It focuses on education and advocacy on national issues. MoveOn.org Political Action is a federal political action committee, and was formerly known as MoveOn PAC. It contributes to the campaigns of many candidates across the country. MoveOn describes the legal structure of the Civic Action that of "a California nonprofit public-benefit corporation" and MoveOn.org Political Action that of "a California nonprofit mutual benefit corporation," and refers to both corporations collectively as "MoveOn".[4]

On January 17th, 2019, MoveOn announced that executive directors Anna Galland and Ilya Sheyman will depart in 2019 after 6 years of serving as co-executive directors from 2013-2019.[5] On May 29th, 2019, MoveOn further announced that its next executive director is Rahna Epting.[6] Her appointment took effect during the week of October 14th, 2019.[7] The president of MoveOn's board is former executive director, Justin Ruben. Past board members include co-founders Joan Blades, Wes Boyd, former executive director Eli Pariser, and former Chief Operating Officer Carrie Olson.

Moveon's main asset is it's database of riot launch 'trees', or network of networks to instantly launch social disruption.

MoveOn was criticized by the Anti-Defamation League, among others, when a member-submitted advertisement which drew parallels between President George W. Bush and Adolf Hitler was submitted to their online ad contest "Bush in 30 Seconds". The ad was part of an online MoveOn-sponsored contest during the 2004 presidential election in which members were invited to create and submit political ads challenging President Bush and his administration.[21][22] The ad was quickly pulled off the website.[21]

Fox News criticized the organization after it successfully encouraged the 2008 Democratic presidential candidates not to attend two debates sponsored by the network. Fox News advisor David Rhodes and the network's commentators Sean Hannity and Bill O'Reilly have also made accusations that MoveOn.org "owns" the Democratic Party and George Soros "owns" MoveOn.org.[23][24]

Google and MoveOn have been accused of selective adherence to trademark law for removing ads from Google Adwords for Maine Senator Susan Collins, citing infringement of MoveOn trademarks. [25][26] Wired stated on October 15, 2007, that the "left-leaning political advocacy group, MoveOn.org, is backing down" and will allow Google to show the ads. Moveon.org communications director Jennifer Lindenauer said: "We don't want to support a policy that denies people freedom of expression."[27]

On June 17, 2008, MoveOn emailed its members stating that it had produced "the most effective TV ad we've ever created."[28] The ad depicts a mother telling Republican senator and presumptive nominee John McCain that she will not let him use her infant son, Alex, as a soldier in the war in Iraq. Subsequent to the ad's release, Jon Stewart, host of The Daily Show, "praised" MoveOn for "10 years of making even people who agree with you cringe."[29] The New York Times op/ed contributor Bill Kristol criticized the ad in an essay, including pointing out that the "United States has an all-volunteer Army. Alex won't be drafted, and his mommy can't enlist him. He can decide when he's an adult whether he wants to serve."

De Andréa says: "Yes you too can rent a violent riot."

The so-called BLM, ANTIFA, White Supremacists and Nazi Rioters are paid by a company called Crowds on Demand (COD) A Soros Nazi funded company, and they advertise on Craig's List and Google.

Moreover we have all these riots in this country because the Shadow government of the United States (the Communist Criminals) promote it, and in just the same way it promotes Islamic terrorism.  During the four years of the Second World War we wouldn't in million years have invited known Nazis into this country. But now that the leaders, with the exception of a few U.S government officials, hate the Constitution, hate Americas history, hate the very people that elected them…and for 16 years they have invited into this country, the enemy of the United States and the enemy of the world for that matter, so the rest of us law abiding patriotic citizens have to be scrutinized take off our shoes and frisked when we go to board a plane, or some live in fear of being attacked or killed by some Jihadist or Nazi in a downtown mall.

In the future, I will walk, before I will reduce myself to being treated like a common criminal just because the Fabian Communists in Washington want to reduce this country to a Martial State.  Create a problem, so you have an excuse to control everyone. It's called tyranny my friend.

Moreover, blacks in America are not activist trying to right a wrong here, they're paid. There is no racism in this country.

On the surface, it looks like the Black Lives Matter (B:LM) and the So-called Anti-Fascist group (ANTIFA) who are in fact originally a European Fascist terrorists group etc. who seem to have literally hundreds of thousands of members across the United States and more than a million strong when you count all those who participate in rioting internationally.  But these numbers are as false and misleading as is the purpose of the civil unrest and riots perpetrated by especially these two organizations who have proven themselves to be nothing more than terrorist organizations since the Ferguson Riots.  But does anyone in the Federal Government do anything about it, or with the exception of president Trump even acknowledge it? And then the media tears up Trumps tweets about it.

Many locals in cities across the US are confused by the amount of people who show up in violent demonstrations protesting anything from Confederate Monuments, local police, the President, etc. since it is known in these areas that most support the opposite of what these crowds are there to protest.

What is really happening here is most people really do not want what BLM and ANTIFA rioters are serving up. A great example of this was the violence at most Donald Trump rallies during both the primaries and after he was elected.

The thousands of supporters who attended his every rally were there to see the man who they wanted in office.

Yet, we are supposed to believe literally thousands of people attended his rallies in protest and were so angry that they attacked his supporters for their approval of him and his policies.

Nothing could be further from the truth my friend, these protesters really do not have the massive numbers and members they want us to believe they have. They also do not represent the political views that the majority of Americans have.

124

And then there is the fake news that more people showed up at Obama's inauguration than Trumps. Crowds On Demand my friend. It is just the way it's done in the 'NEW WORLD ORDER'!  It's not only fake news it's created news.

You can rest assure that the truth is, that over 90% of the people who show up in all the protests in the US are literally paid protesters hired by rent-a-mob Communist political companies such as Crowds on Demand, and a handful of others via Craig's List, or other on-line advertising sites such as Google, and even local newspapers. It is a high paying career for these ungrateful hate America leaches.

Adam Swart,  is founder and CEO of COD and is literally the one responsible for most of the organization of individuals gathered for each BLM and ANTIFA riot in the US since his firm does most of the advertising for recruiting rioters and is the company who pays most of them anywhere from $20.00 to $70.00 per hour plus expenses to take part in nationwide protests.  Where does COD get all the money to pay these outrageous sums of money?

Of course, Nazi George Soros funds these organizations as well as BLM and ANTIFA, and as a community organizer in the Deep State, Barack H Obama is responsible for originally organizing BLM and ANTIFA

So, no wonder we have thousands of demonstrators appearing out of nowhere in areas protesting for issues that are in total disagreement with that area's political mindset, they are all paid protesters bused in from all over the country.

Not only are they really not members of BLM and ANTIFA and just rioting because it is their job, they don't even live in the local area where the actual protests take place. It's a nationwide Cartel my friend.

The large numbers of protesters we see appearing everywhere is designed to strike fear into the minds of those who are American Patriots and believe in the sovereignty of the Republic as a constitutional country and have them believe they are grossly out numbered.

When in fact these numbers are fabricated.

In reality, both BLM and ANTIFA do not even have a fraction of the number of members they want us to believe they do and would be nothing but a handful of NWO neo-Nazis with no voice if not for the help given to them by COD (Crowds On Demand) and other activist organizers as well as Soros money.

If we are to bust these two anti-American groups and supporters, we must start at their avenues of success like Nazi war crimes George Soros AKA Gerry Schwartz, and Crowds On Demand COD and all the internet sites who carry their ads for domestic terrorism.

These organizers for terrorism must be held accountable for all damages, injuries, and deaths associated with every violent demonstration and riot since the Ferguson riots.

125

Everyone who believes in the US as an independent sovereign nation and rejects the NWO idealism of the past Administration of turning our country into a 3rd World Banana Republic, ruled by the United Nations has to realize the real purpose of the BLM and ANTIFA riots and just how very limited they are in numbers.

The promoters of BLM and ANTIFA couldn't care less about racism or any Confederate Monument, they are just using this genre as a ruse for their main goal, which is to erase all US history and heritage so they can transform the country into a faceless Communist Hate America NWO stooge of the One World Government of the UN.

We have recently seen evidence of this with the defacing of the Lincoln Memorial in Washington DC, and the supposed mistake of vandalizing of a peace monument in Atlanta, GA, which was no mistake.

THE BOTTOM LINE: Since Ferguson, BLM, ANTIFA and other Soros paid Communist groups have caused around a billion dollars in damage to both personal and public property, caused millions in medical expenses of those directly injured by their violence, and have been responsible for many deaths.  They should both be made financially and criminally responsible for their terrorist acts.

But the question is…who's going to do it.  The criminal Communist Congress? They're the ones that promoted it.  Maybe the unconstitutional criminal court system who somehow think they have the right to make law.

Trump cannot drain the swamp by himself, mainly because nearly the entire Federal Government and the mainstream media is part of the swamp, and this country was designed by Constitutional law so that no ONE PERSON or Department can alone, charge, try, stop or punish anyone for a crime or dictate an ideology or create an autocracy.  But nearly all the officials in Washington have slipped into the Swamp of the Deep State and have created a shadow government in some form or another or to some degree. No department in the federal government is mindful of the Constitution any more, or in any way considers it.  It's as if the statues and the memories of the past are just a part of history that are to be torn down and demolished, so that the next generation has no knowledge of freedom and liberty that was America, warts and all.

Sometimes the only way to fight a fire is to backfire, and how does Trump do that without violating the Constitution himself. It just may take another Revelation to recreate the greatest experiment in government the world has ever known.

"The tree of liberty must be refreshed from time to time with the blood of patriots and tyrants." Thomas Jefferson

And Al Sharpton, a so-called civil rights activist, Baptist minister, and a former White House adviser. In 2004, he was a candidate for the Democrat nomination for the U.S. presidential election, and he wants Thomas Jefferson's statue and memorial torn down.

 - de Andréa

These are not protests," Dan Bongino stressed. "Not only are these not peaceful protests, throw that out the window. These are not protests! They're not protests! We saw these people, some of them, leaving our hotel we were staying at this morning at six o'clock," he said.

"Why are they staying at a hotel? How did they get there? The hotel we stayed at wasn't cheap! Did we not see three of them this morning, Paula, walking out? Yes we did! These are not protests. This is a paid, organized mob of lunatics. This is not a protest," he noted further.

Scores of other attendees at the RNC event were confronted as well.

Doing this to an elderly couple, simply because they attended President Trump's speech. Why? pic.twitter.com/4kXCZPlyEA

— Ari Fleischer (@AriFleischer) August 28, 2020

Sen. Rand Paul (R-Ky.), who — along with his wife, Kelley — was harassed so badly he believed they would be killed had it not been for the intervention of Metropolitan Police in D.C., called on the FBI to investigate because he, too, believes there is a support system funding the 'harassers.'

"There's something going on here," Paul told Fox News on Friday. "This is like the FBI needs to be involved.

Foundation With Biden Campaign Ties Funding Leftist Agitators On U.S. Streets

While activists Ford funds desecrate cities and terrorize regular folks, the foundation gives millions to the 'Defund the Police' movement.

Sloan Rachmuth says: Last Sunday, the site of the Republican National Convention in Charlotte witnessed a night of violence leading to at least five arrests. Since Friday, Black Lives Matter activists terrorized the Queen City, including beating police officers, in an effort to intimidate GOP attendees and business owners.

By contrast, the Democratic National Convention in Milwaukee brought only a small gathering of peaceful activists, who declared: "We decided that it would make sense for us to make the emphasis of our action the one point of unity that deals with police crimes."

Here we have a real "tale of two cities." To understand the disparity of these two convention host cities separated by only a week, let's examine some financiers of organizations fomenting the riots now taking place across the country.

Big Money, Connections to Top Democrats

Claiming to be America's second-largest private foundation, the Ford Foundation has poured almost $2 billion into groups active in "disrupting systems to advance social justice," according to its grant database.

127

The Ford Foundation boasts key members of the Joe Biden and Kamala Harris campaign as alumni executives. Harris's sister and ex-campaign chairwoman Maya Harris served as the Ford foundation's vice president alongside Biden's now senior advisor, Cristóbal Alex, who served as its program director during the Obama presidency.

Some of Obama's top staffers are now Ford Foundation's top staffers. Taara Rangarajan, now Ford's chief of staff, served as Obama's national security advisor from 2013-2016. Before that, she served as a special assistant to Susan Rice during the Benghazi affair. Another Ford exec, Xavier de Souza Briggs, served as President Obama's associate director of the Office of Management and Budget.

Funding for Communist-Connected Street Agitators

During the final months of the Obama presidency, Ford Foundation gave prominent leaders of the communist Workers World Party (WWP) funding to form the Southern Vision Alliance (SVA), a collective of activists that includes members of the group raining down terror in Charlotte last week at the RNC convention.

Shortly after getting $200,000 from the Ford Foundation in 2016, these activists performed one of the first violent and illegal teardowns of a historic monument in the country, in Durham, North Carolina. After the activists were arrested and charged for rioting and property damage, they are being defended in court, for free, by lawyers from another Ford grantee: the Southern Coalition for Social Justice.

Flush with Ford Foundation cash, these activists continue to promote property destruction and violence during demonstrations.

   "How to Topple a Statue, How to Tear Down a Wall" conference kicking off in Durham! #DefendDurham #SmashWhiteSupremacy #AbolishICE #DoItLikeDurham #TakeEmAllDown pic.twitter.com/0a1XfrlWgn

   — Workers World Party (@workersworld) August 25, 2018

The Ford Foundation likes what it sees in the alleged criminal gang. This year, the wealthy nonprofit gave the group $750,000, more than tripling its inaugural donation, bringing Ford's total contributions to SVA so far $1.2 million, according to the foundation's website.

Millions for Marxists

Marxist-Leninist groups also get Ford Foundation support. Directed by Bernie Sanders's senior advisor Phillip Agnew, the Dream Defenders group seeks the release of criminals from prison and the "end to the Capitalist system in the United States," according to its now-scrubbed web page. The Ford Foundation has given the group $1.1 million, according to its grant database.

Social media accounts show the Marxist activists campaigning for Democrat mayors, state attorneys, and prosecutors in Florida who promise to end cash bail, defund the police, and free hardened criminals from jail.

We see you @DLCAVA @MelbaForMiami          pic.twitter.com/ON4Etmk7CN

— THEE Miami Dream Defenders (@MiamiSquaDD) August 13, 2020

Dream Defenders' tactics vary: they shut down bridges in Florida, holding thousands of commuters hostage during rush-hour traffic; block entrances to Miami neighborhoods, threatening residents with unrelenting "civil unrest"; and shut down awards ceremonies for law enforcement, all in an effort to raise awareness for Democrats' de-policing policies.

It's time to build a BLACK united front

Meet us at the Black National Convention on Friday at 7 PM ET for a virtual experience like no other convention

RSVP today: https://t.co/UrfFEW0zKq #BNC2020 #BlackLivesMatter #BlackNovember #M4BL pic.twitter.com/FUHr5TMjb9

— Movement 4 Black Lives (@Mvmnt4BlkLives) August 26, 2020

A tour through the Ford Foundation grant database shows Southern Vision Alliance and Dream Defenders to be a tiny part of these riot-fomenting groups agitating on American streets. While activists Ford funds desecrate cities and terrorize regular folks, the foundation gives millions to the "Defund the Police" movement.

As I reported in the National Pulse, Ford cheers the success of its anti-police campaign. From its website: "Already, we've seen our grantees at the forefront of the change that's taken place over the last few days—from the City Council of Minneapolis's pledge to dismantle the police department to reimagine public safety to Mayor Garcetti's commitment to divest $250 million of the LAPD's budget to support affected communities, to Minneapolis and Portland, Oregon voting to end the presence of police in their schools."

Cities that have sought to cripple their police departments in acquiescence to such agitators' demands have forced out police chiefs and seen officers leave the force. The result: murders and violent crimes, including shootings, assaults, and rapes, have increased exponentially in the nation's biggest metros, according to multiple reports.

Accountable to No One

The Ford Foundation is financing a network of insurgents that intimidate elected officials and citizens to bring about dangerous political change. The FBI defines using intimidation and violence to achieve political ends as domestic terrorism.

Like other private foundations, Ford is governed only by basic IRS filing requirements and has virtually no public oversight. With woke leaders like Cisco's CEO Chuck Robbins, Ford Motor Company's Henry Ford III, and abortion giant Planned Parenthood's former president Cecile Richards sitting on Ford's board, be assured it will not cut off the funding to these Democrat street squads.

Hire Demonstrators for PR Events and More

[Search domain crowdsondemand.com] https://crowdsondemand.com

Protests, Rallies and Advocacy. Whether your organization is lobbying to gain approval of a project, move forward a legislative initiative, bring additional pressure within complex litigation or trying to see swift and effective action in another way, we can set-up protests, coordinate phone-banking initiatives and create non-profit organizations to advance your agenda.

Rent A Riot - Home | Facebook

[Search domain www.facebook.com/Rent-A-Riot-808332822564992/]
https://www.facebook.com/Rent-A-Riot-808332822564992/

Rent A Riot. 92 likes. When something does not go your way call us !!!! We can riot on your behalf for a small fee per rioter!! call to rent some today!!!6054756962

Shadow government (conspiracy) - Wikipedia

[Search domain en.wikipedia.org/wiki/Shadow_government_(conspiracy)]
https://en.wikipedia.org/wiki/Shadow_government_(conspiracy)

The shadow government (cryptocracy, secret government, or invisible government) is a family of conspiracy theories based on the notion that real and actual political power resides not with publicly elected representatives but with private individuals who are exercising power behind the scenes, beyond the scrutiny of democratic institutions.

# Facebook Confesses But Nobody Listens

Facebook admitted on that it was likely that most of its 2 billion users have had their public profiles scraped by external companies without the users' explicit permission, a dramatic increase from the previously disclosed numbers last year which were near 270,000, according to The Washington Post.

The data privacy controversy does not seem to be fading for the social media giant as investigations are ongoing in the United States and Europe and Facebook's stock price has been tumbling.

The acknowledgment was part of a broader admission from Facebook about which levels of user data have been used by others, ranging from malicious actors to ordinary app developers.

"We're an idealistic and optimistic company, and for the first decade, we were really focused on all the good that connecting people brings," Chief Executive Mark Zuckerberg said on a call with reporters Wednesday afternoon. "But it's clear now that we didn't focus enough on preventing abuse and thinking about how people could use these tools for harm as well."

Facebook for the first time admitted to the scope of the improper data collection that was amassed by Cambridge Analytica, the political data consultants that were hired by the 2016 Trump campaign and a number of other Republican candidates in the last two federal election cycles.

The group was able to access Facebook information for up to 87 million users, 71 million of whom are Americans, which had their data used to construct "psychographic" profiles that included targeted messaging to shape voter behavior.

Facebook acknowledged that the issue of third-party collection was far wider than previously stated and that the company's widespread user base likely affected most of the developed world.

"Given the scale and sophistication of the activity we've seen, we believe most people on Facebook could have had their public profile scraped,"the company wrote in its blog post.

Most malicious actors gathered public profile information, including names, email addresses, and phone numbers by using a "search and account recovery" function, which Facebook said it has now disabled.

The data used by Cambridge Analytica was far more extensive than the basic data and included the names, home towns, work and education histories, religious affiliations, and "likes" of other users, posts, and more.

Other users affected were in countries including the Philippines, Indonesia, U.K., Canada, and Mexico.

The Cambridge Analytica whistleblower Christopher Wylie tweeted that the actual number of profiles affected by the company, "Could be more tbh," which is an abbreviation for "to be honest."

131

Facebook admitted on Wednesday that it was likely that most of its 2 billion users have had their public profiles scraped by external companies without the users' explicit permission, a dramatic increase from the previously disclosed numbers last year which were near 270,000, according to The Washington Post.

The data privacy controversy does not seem to be fading for the social media giant as investigations are ongoing in the United States and Europe and Facebook's stock price has been tumbling.

The acknowledgment was part of a broader admission from Facebook about which levels of user data have been used by others, ranging from malicious actors to ordinary app developers.

"We're an idealistic and optimistic company, and for the first decade, we were really focused on all the good that connecting people brings," Chief Executive Mark Zuckerberg said on a call with reporters Wednesday afternoon. "But it's clear now that we didn't focus enough on preventing abuse and thinking about how people could use these tools for harm as well."

Facebook for the first time admitted to the scope of the improper data collection that was amassed by Cambridge Analytica, the political data consultants that were hired by the 2016 Trump campaign and a number of other Republican candidates in the last two federal election cycles.

The group was able to access Facebook information for up to 87 million users, 71 million of whom are Americans, which had their data used to construct "psychographic" profiles that included targeted messaging to shape voter behavior.

Facebook acknowledged that the issue of third-party collection was far wider than previously stated and that the company's widespread user base likely affected most of the developed world.

"Given the scale and sophistication of the activity we've seen, we believe most people on Facebook could have had their public profile scraped,"the company wrote in its blog post.

Most malicious actors gathered public profile information, including names, email addresses, and phone numbers by using a "search and account recovery" function, which Facebook said it has now disabled.

The data used by Cambridge Analytica was far more extensive than the basic data and included the names, home towns, work and education histories, religious affiliations, and "likes" of other users, posts, and more.

Other users affected were in countries including the Philippines, Indonesia, U.K., Canada, and Mexico.

The Cambridge Analytica whistleblower Christopher Wylie tweeted that the actual number of profiles affected by the company, "Could be more tbh," which is an abbreviation for "to be honest."

Cambridge Analytica responded to Facebook's press release on Wednesday to claim that it licensed data on 30 million users.

Facebook already banned the data consultancy from its platform last month over obtaining the data under false pretenses.

Facebook's admission that the data scandal has likely affected about one out of every four Americans after many were outraged at the flippancy of the social media giant about the handling of the information of its users.

Facebook promised that it is planning a major shift in its relationship with third-party app developers and will now have "strict requirements" for developers to access its platform.

Many legislators in the U.S. responded positively to the press release as they prepare for Facebook CEO Zuckerberg to testify in a number of hearings next week.

"I'm deeply concerned that Facebook only addresses concerns on its platform when it becomes a public crisis, and that is simply not the way you run a company that is used by over 2 billion people," said Rep. Frank Pallone Jr. (D-NJ) said. "We need to know how they are going to fix this problem next week at our hearing."

"The more we learn, the clearer it is that this was an avalanche of privacy violations that strike at the core of one of our most precious American values – the right to privacy," said Sen. Ed Markey (D-MA) who serves on the Senate Commerce Committee.

Cambridge Analytica responded to Facebook's press release on Wednesday to claim that it licensed data on 30 million users.

Facebook already banned the data consultancy from its platform last month over obtaining the data under false pretenses.

Facebook's admission that the data scandal has likely affected about one out of every four Americans after many were outraged at the flippancy of the social media giant about the handling of the information of its users.

Facebook promised that it is planning a major shift in its relationship with third-party app developers and will now have "strict requirements" for developers to access its platform.

Many legislators in the U.S. responded positively to the press release as they prepare for Facebook CEO Zuckerberg to testify in a number of hearings next week.

"I'm deeply concerned that Facebook only addresses concerns on its platform when it becomes a public crisis, and that is simply not the way you run a company that is used by over 2 billion people," said Rep. Frank Pallone Jr. (D-NJ) said. "We need to know how they are going to fix this problem next week at our hearing."

"The more we learn, the clearer it is that this was an avalanche of privacy violations that strike at the core of one of our most precious American values – the right to privacy," said Sen. Ed Markey (D-MA) who serves on the Senate Commerce Committee.

The dirty truth is that: ***Facebook allows any bad actors to do anything with Facebook technology and data as long as it serves Facebook's stock market manipulation and political manipulation schemes!***

# A Sad Anniversary

As the web turns 30, it has become an out-of-control monster destroyed by Google's spying and ideology manipulations

Agnès PEDRERO notes that: "Thirty years ago this month, a young British software engineer working at a lab near Geneva invented a system for scientists to share information that would ultimately change humanity."

But three decades after he invented the World Wide Web, Tim Berners-Lee has warned that his creation has been "hijacked by crooks" that may spell its destruction.

Berner-Lee's old office at Europe's physics lab CERN now looks no different than the others lining the long, nondescript corridor within the expansive compound.

The only indication that history was made here is a small commemorative plaque and a page from an old CERN directory hung on the door, with "MOMENTARILY OUT OF OFFICE!" written in jest next to Berners-Lee's name.

"Tim worked a lot," said technician Francois Fluckiger, who took charge of the web team after Berners-Lee left for the Massachusetts Institute of Technology (MIT) in 1994.

"The lights were always on in his office," Fluckiger told AFP.

- History in the making -

Berners-Lee was responsible for CERN's internal directory but was interested in ways to allow the thousands of scientists around the world who cooperated with the lab to more easily share their work.

His vision for "a decentralised information management system" soon gave birth to the web.

Primitive forms of the internet -- a network linking computers -- had previously existed, but it was the World Wide Web that allowed web pages to be collected and accessed with a browser.

"Very early on, we had the feeling that history was in the making," Fluckiger said.

In 1990, Belgian scientist Robert Cailliau came onboard to help promote the invention, which used Hypertext Markup Language, or HTML, as a standard to create webpages.

They created the Hypertext Transfer Protocol, or HTTP, which allows users to access resources by clicking on hyperlinks, and also Uniform Resource Locators, or URLs, as a website address system.

At the end of 1990, Berners-Lee set CERN's first web navigator server into action.

135

The browser was released outside of CERN in early 1991, first to other research institutions and later to the public.

Fluckiger, now retired, hailed the web as one of three major inventions in the 20th century that enabled the digital society, alongside the Internet Protocol (IP) and Google's search algorithms.

But he lamented the "online bullying, fake news, and mass hysteria" that flourish online as well as threats to privacy.

"One has to ask oneself if we did not, in the end, create a completely out-of-control monster."

- 'Crooks and trolls' -

Berners-Lee has launched his own campaign to "save the web".

At the Web Summit in Lisbon last November, he called for a new "Contract for the Web", based on access for all and the fundamental right to privacy, among other things.

"The web has been hijacked by crooks and trolls who have used it to manipulate people all over the world," Berners-Lee warned in a New York Times op-ed in December, citing threats ranging from the dark web, to cyber crime, fake news and personal data theft.

In January, the man dubbed the "father of the web" urged the global elites at the World Economic Forum in Davos to join the fight against the "polarisation" of online debates.

He called for discussion platforms that connect people with different opinions and backgrounds, contrary to today's common practice of creating online ghettos, filter bubbles and feedback loops where people rarely encounter opinions different from their own.

United Nations chief Antonio Guterres also voiced concerns at Davos over the direction the web was taking.

He warned of the impact "of the dark web and the deep web and all the problems of cyber security", and called for the creation of "soft mechanisms" to help rein in countries using this technology to violate human rights.

- Open source -

Back in 1989, no one could have foreseen the importance of the emerging web.

CERN has held onto only a few souvenirs from the early days: the first memo that Berners-Lee drafted about his invention, his black NeXT computer station and his keyboard.

But while CERN may not have preserved many keepsakes to memorialise the historic invention, it has strived to prevent the web from falling into the wrong hands.

In 1993, the organisation announced it was putting the web software into the public domain, which could have allowed any individual or business to claim it as their own and control its development.

136

But destiny, with a little help from Fluckiger, helped avert potential disaster.

After discussions with CERN's legal service, Fluckiger decided in 1994 to launch a new open source version of the web.

That proved a crucial move that allowed CERN to retain the intellectual property rights to the invention while giving access to anyone to use and modify the web freely and without cost.

In 1995, the intellectual property rights were transferred to a consortium set up by Berners-Lee based out of MIT, called W3C.

"We were lucky that during those 18 months, no one seized the web," Fluckiger said.

"Otherwise, there might not have been a web today."

Google, Twitter, Facebook, Amazon, Linkedin, Uber, Alphabet, RT, The Russian FSB, The Korean Hack Team, The Agency, Gawker Media, Fusion GPS, Cambridge Analytica and 420 other organizations have one thing in common: ***They use psychological tricks to manipulate political election outcomes for the benefit of their oligarch owners.***

The majority of U.S. mass digital manipulation companies work for the Democratic National Committee (DNC) interests because those companies use Silicon Valley technology assets.

Silicon Valley took advantage of it's monopoly ownership of networking routes and servers and combined this with epic crony payola deals starting with the Clinton Administration.

The Clinton Administration promised Silicon Valley's Schmidt, Musk, Page, Bezos, Zuckerberg, Perkins, Doerr, Westley, et al; exclusive tax waivers, beneficial laws, green energy contracts, free government grants and loans, preferred rights, revolving door careers and other kick-backs in exchange for putting DNC candidates in office using *psychological tricks to manipulate political election outcomes for the benefit of their oligarch owners.*

This obviously spun quickly out of control for the newbie Silicon Valley lobbyists.

Today we have a situation where Silicon Valley has created a cult-like devotion to digital election rigging that Silicon Valley is incapable of halting or reducing.

***Once you have monopolistic control of all of the money on Earth, why would you stop?***

Silicon Valley reaches over six billion people every minute. Do the math. If they can get just fifty cents from those billions of people every hour, the numbers soon become audacious.

Even on a bad day, Silicon Valley bosses receive enough money to be able to afford to fly in a different one of the most beautiful prostitutes from each country in the world each night. They receive enough money every day to fly to Aspen for breakfast and Paris for dinner on their private jets. They get enough money every day to bribe every Senator in California every week.

They live the most insane and extremist life-styles of the most outlandish Hollywood Daddy Warbucks incarnations you can imagine. Why would they stop? What possible motivation would they have but to go as far as they can just to see how much power they can amass?

They will lie, cheat and destroy documents to protect their schemes. They will issue a thousand ***"...oops, we got caught on that one...we will do better next time.."*** apologies but they will change nothing...EVER!

Google and it's many sneaky divisions spends more money in a day than most governments spend in a year. Google and Apple have more money than most States in America. They are private governments.

They will NEVER change. They will LIE at every Congressional and EU hearing they are summoned to. They are like crack heads lying to get their fix.

While we could provide you with millions of pages of psychological studies and CIA statistical reports, by now you should know what subliminal messaging is.

The fact is: NOTHING WILL STOP the ***use of psychological tricks to manipulate political election outcomes for the benefit of their oligarch owners except the bankruptcy and shut-down of those companies.***

***These companies are liars and manipulators. How can anyone expect an addicted manipulator to not manipulate.***

***Government hearings who buy into the false apologies and lies of Google and Facebook are as stupid as the voters who fall for their tricks.***

***Government agencies must shut-down*** Google, Twitter, Facebook, Amazon, Linkedin, Alphabet and those they exist to rig our government!

That is the only answer that can work!

# How To De-Google-ify Your Life: The Complete Guide To Leaving Google

Data collection is a fact. Whether or not you're spooked by the NSA releases this year, data collection is a thing and it's here. No matter where you are on the spectrum, you should be aware that you store data on the internet.

You should also know that no company is perfect, so it's smart to take your data into your own hands when you can, and to know the fail points of the companies whose services you use.

As an entrepreneur, I like to control as much of my business as I can. Call me paranoid, a control freak, or whatever, but whenever you give up data in exchange for free services, you give up a limited amount of control as well. It's a short-term trade off that has a long-term negative value.

I believe it's a bad idea for one company to have control over *multiple* choke points in my business. Especially when their service is offered for free, and I have no path of recourse with them (which is why I'd rather pay to host this blog with InMotion than host it on a free alternative such as Blogger).

In this area, Google is one of the most visible offenders. Google has some of the best free suites of services around. But it also has more information on you than you know and probably more than any other company out there. Don't believe me? Click here and tell me how accurate that is in the comments. Would love to know if you're surprised by this.

If you need more reasons to agree with me, ask yourself about the NSA Scandal, the YouTube comments fiasco, Google+, or even Google's declining search? It all adds up after a while.

Google is still great for lots of people but I can't tell you how many entrepreneurs I've talked to who are moving away from Google or who are at least diversifying the companies, services, and programs they use.

Whether you're looking for Google alternatives, you want to diversify the services you use, or you want to completely nuke your data from Google's servers, here's everything you need to know about de-Google-ifying your life.


**How To De-Google-ify Your Life: The Complete Guide To Leaving Google (and what services you should use instead)**

Email

Table of Contents

- Email

- Calendar & Tasks

- Blogging

- Web Browsing

- Search

- Photo Sharing

- Documents

- Documents

- Domains

- Google Sites

- Analytics

- Social Networking

- Video Publishing

- Export Your Google Data

- How To Delete Specific Google Accounts

- How To Delete Your Entire Google Account

*Google Default: Gmail*

**The Best Alternatives To Gmail:**

- Hush Mail – Hushmail is free email service with privacy and no ads. I haven't used this personally but it's a good option for the privacy-conscious.

- Fastmail – Fastmail.FM is a paid alternative that's super fast, with a very clean interface. I'm moving all my hosted email here.

- Proton Mail – Secure email based in Switzerland.

**Other "Free" Email Options:**

There are other free email services but these are also run by companies with the same data biases as Google (they want your data to sell you ads). At least with these options, you're diversifying the companies you give your data to.

- Outlook by Microsoft

- Yahoo Mail

Calendar & Tasks

*Google Default: Google Calendar*

**The Best Alternatives To Google Calendar:**

- Any.Do / Cal – This has actually taken over my entire scheduling setup. This combo integrates with iCal, and has finally helped me to get my life organized.

- Tempo

*Add-ons:*

- Momentum – This is a Chrome app which replaces your default "new tab" page. It's great as a reminder to focus on your top tasks (interesting that it only works with Chrome).

Blogging

*Google Default: Blogger*

**The Best Alternatives To Blogger:**

- Self-hosted WordPress (best option) – Read how to do this here.

- Posthaven – This isn't a great place to build a blog or business, however, if you just want an online place to put your words, this is a solid, clean option.

- Tumblr (if you want to post photos of cats)

Web Browsing

*Google Default: Chrome*

**The Best Alternatives To Chrome:**

- Brave – A 2017 addition to this list. Blocks ads by default & is super fast.

- Firefox – Firefox is non-profit, non-evil, and simple.

Search

*Google Default: Google Search*

**The Best Alternatives To Google Search:**

- Duck Duck Go – Duck Duck Go is a search engine which doesn't track you. It still needs work but a good amount of queries are actually pretty good.

- Startpage.com – Google without all the tracking. (h/t vezzy-fnord)

- Bing – Bing isn't that great but not as terrible as everyone would have you believe.

141

Page 142  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Photo Sharing

*Google Default: Picasa*

**The Best Alternatives To Picasa:**

- Flickr – Flickr is Yahoo's photo sharing service.

- 500px – 500px is an independent and classy photo sharing platform that makes you want to start taking better photos.

Documents

Google Default: Google Drive

**The Best Alternatives To GDrive:**

- Dropbox – Just about everyone has heard of Dropbox by now.

- Box – Box is a solid business alternative to Dropbox.

- Mega – Mega gives you up to 50GB of free storage. It's a pretty sweet deal.

- iCloud (built into OSX)

Documents

Google Default: Google Docs

**The Best Alternatives To Google Docs:**

- Evernote – Evernote is a cross-platform note taking program for your brain.

- TextEdit – This option is stupid simple on the Mac, but it works.

- Microsoft Office / iWork

Domains

Google Default: Google Apps for Domains

**The Best Alternatives To Google Apps:**

- NameCheap.com – I have 100+ domains registered with NameCheap. Man, that's embarrassing to write down (believe it or not, that number is a lot lower than it used to be).

- IWantMyName – IWantMyName.com has the rest of my domains. Their interface is stellar.

Google Sites

*Google Default: Google Sites*

**The Best Alternatives To Google Sites:**

142

Self-host your own site with InMotion (50% off). In general, don't mess around with free sites. If you're serious enough to want to make your own site, don't even bother with anything other than a self-hosted solution.

Analytics

*Google Default: Google Analytics*

**The Best Alternatives To Google Analytics:**

- Clicky – Clicky is a simple analytics replacement for Google Analytics.

- MixPanel – MixPanel provides advanced analytics. Unless you've got a growing startup, you probably won't need the power that MixPanel offers.

- CrazyEgg – CrazyEgg is a heatmapping analytics tool that shows you where users are clicking on your site and what they're looking at.

Social Networking

*Google Default: Google+*

*Not that anyone is using G+ but if you are, here's what you should be using instead.*

**The Best Alternatives To G+:**

- Twitter – You know what Twitter is. Say hi to me here.

- Instagram – You know what Instagram is. Follow along here.

- Path – Based on the principle that you can only have 150 strong connections, Path is actually a very beautiful, streamlined app for limited social networking.

- Whatsapp – Whatsapp is very popular in international circles, and provides free international texting.

Video Publishing

*Google Default: YouTube*

**The Best Alternatives To YouTube:**

Vimeo – This is a classy alternative to YouTube but it definitely has a specialized artistic angle. It's not meant for continuous video publishing in the way that YouTube is.

As far as I know, YouTube has no good competitors as far as reach and simplicity are concerned (which is saying a lot because YouTube isn't all that simple anymore).

143

Someone out there, please make a decent, clean looking version of YouTube. There are a few billion dollars waiting to be made here. Heck, you could copy the YouTube "feather" beta, and be up and running in no time.

Export Your Google Data

If you decide you want to leave Google, the good news is that Google has actually made it easy to take your data with you (unlike Facebook). Pretty nice. If you want to make this happen, here's the simple way to export your Google data via their Google Takeout system.

Click here for Google Takeout.

How To Delete Specific Google Accounts

Once you've exported your data, you can either leave your account up or shut it down. If you're**How To De-Google-ify Your Life: The Complete Guide To Leaving Google**

Data collection is a fact. Whether or not you're spooked by the NSA releases this year, data collection is a thing and it's here. No matter where you are on the spectrum, you should be aware that you store data on the internet.

You should also know that no company is perfect, so it's smart to take your data into your own hands when you can, and to know the fail points of the companies whose services you use.

As an entrepreneur, I like to control as much of my business as I can. Call me paranoid, a control freak, or whatever, but whenever you give up data in exchange for free services, you give up a limited amount of control as well. It's a short-term trade off that has a long-term negative value.

I believe it's a bad idea for one company to have control over *multiple* choke points in my business. Especially when their service is offered for free, and I have no path of recourse with them (which is why I'd rather pay to host this blog with InMotion than host it on a free alternative such as Blogger).

In this area, Google is one of the most visible offenders. Google has some of the best free suites of services around. But it also has more information on you than you know and probably more than any other company out there. Don't believe me? Click here and tell me how accurate that is in the comments. Would love to know if you're surprised by this.

If you need more reasons to agree with me, ask yourself about the NSA Scandal, the YouTube comments fiasco, Google+, or even Google's declining search? It all adds up after a while.

Google is still great for lots of people but I can't tell you how many entrepreneurs I've talked to who are moving away from Google or who are at least diversifying the companies, services, and programs they use.

144

Whether you're looking for Google alternatives, you want to diversify the services you use, or you want to completely nuke your data from Google's servers, here's everything you need to know about de-Google-ifying your life.

**How To De-Google-ify Your Life: The Complete Guide To Leaving Google (and what services you should use instead)**

Email

Table of Contents

- Email
- Calendar & Tasks
- Blogging
- Web Browsing
- Search
- Photo Sharing
- Documents
- Documents
- Domains
- Google Sites
- Analytics
- Social Networking
- Video Publishing
- Export Your Google Data
- How To Delete Specific Google Accounts
- How To Delete Your Entire Google Account

*Google Default: Gmail*

**The Best Alternatives To Gmail:**

- Hush Mail – Hushmail is free email service with privacy and no ads. I haven't used this personally but it's a good option for the privacy-conscious.

- <u>Fastmail</u> – Fastmail.FM is a paid alternative that's super fast, with a very clean interface. I'm moving all my hosted email here.

- <u>Proton Mail</u> – Secure email based in Switzerland.

**Other "Free" Email Options:**

There are other free email services but these are also run by companies with the same data biases as Google (they want your data to sell you ads). At least with these options, you're diversifying the companies you give your data to.

- <u>Outlook by Microsoft</u>

- <u>Yahoo Mail</u>

Calendar & Tasks

*<u>Google Default: Google Calendar</u>*

**The Best Alternatives To Google Calendar:**

- <u>Any.Do / Cal</u> – This has actually taken over my entire scheduling setup. This combo integrates with iCal, and has finally helped me to get my life organized.

- <u>Tempo</u>

*Add-ons:*

- <u>Momentum</u> – This is a Chrome app which replaces your default "new tab" page. It's great as a reminder to focus on your top tasks (interesting that it only works with Chrome).

Blogging

*<u>Google Default: Blogger</u>*

**The Best Alternatives To Blogger:**

- Self-hosted WordPress (best option) – <u>Read how to do this here.</u>

- <u>Posthaven</u> – This isn't a great place to <u>build a blog</u> or business, however, if you just want an online place to put your words, this is a solid, clean option.

- <u>Tumblr</u> (if you want to post photos of cats)

Web Browsing

*<u>Google Default: Chrome</u>*

**The Best Alternatives To Chrome:**

- <u>Brave</u> – A 2017 addition to this list. Blocks ads by default & is super fast.

146

- <u>Firefox</u> – Firefox is non-profit, non-evil, and simple.

Search

*<u>Google Default: Google Search</u>*

**The Best Alternatives To Google Search:**

- <u>Duck Duck Go</u> – Duck Duck Go is a search engine which doesn't track you. It still needs work but a good amount of queries are actually pretty good.

- Startpage.com – Google without all the tracking. <u>(h/t vezzy-fnord)</u>

- <u>Bing</u> – Bing isn't that great but not as terrible as everyone would have you believe.

Photo Sharing

*<u>Google Default: Picasa</u>*

**The Best Alternatives To Picasa:**

- <u>Flickr</u> – Flickr is Yahoo's photo sharing service.

- <u>500px</u> – 500px is an independent and classy photo sharing platform that makes you want to start taking better photos.

Documents

<u>Google Default: Google Drive</u>

**The Best Alternatives To GDrive:**

- <u>Dropbox</u> – Just about everyone has heard of Dropbox by now.

- <u>Box</u> – Box is a solid business alternative to Dropbox.

- <u>Mega</u> – Mega gives you up to 50GB of free storage. It's a pretty sweet deal.

- <u>iCloud</u> (built into OSX)

Documents

<u>Google Default: Google Docs</u>

**The Best Alternatives To Google Docs:**

- <u>Evernote</u> – Evernote is a cross-platform note taking program for your brain.

- <u>TextEdit</u> – This option is stupid simple on the Mac, but it works.

- <u>Microsoft Office</u> / <u>iWork</u>

Domains

Page 148  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Google Default: Google Apps for Domains

**The Best Alternatives To Google Apps:**

- NameCheap.com – I have 100+ domains registered with NameCheap. Man, that's embarrassing to write down (believe it or not, that number is a lot lower than it used to be).

- IWantMyName – IWantMyName.com has the rest of my domains. Their interface is stellar.

Google Sites

*Google Default: Google Sites*

**The Best Alternatives To Google Sites:**

Self-host your own site with InMotion (50% off). In general, don't mess around with free sites. If you're serious enough to want to make your own site, don't even bother with anything other than a self-hosted solution.

Analytics

*Google Default: Google Analytics*

**The Best Alternatives To Google Analytics:**

- Clicky – Clicky is a simple analytics replacement for Google Analytics.

- MixPanel – MixPanel provides advanced analytics. Unless you've got a growing startup, you probably won't need the power that MixPanel offers.

- CrazyEgg – CrazyEgg is a heatmapping analytics tool that shows you where users are clicking on your site and what they're looking at.

Social Networking

*Google Default: Google+*

*Not that anyone is using G+ but if you are, here's what you should be using instead.*

**The Best Alternatives To G+:**

- Twitter – You know what Twitter is. Say hi to me here.

- Instagram – You know what Instagram is. Follow along here.

- Path – Based on the principle that you can only have 150 strong connections, Path is actually a very beautiful, streamlined app for limited social networking.

- Whatsapp – Whatsapp is very popular in international circles, and provides free international texting.

148

Page 149  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Video Publishing

*Google Default: YouTube*

**The Best Alternatives To YouTube:**

Vimeo – This is a classy alternative to YouTube but it definitely has a specialized artistic angle. It's not meant for continuous video publishing in the way that YouTube is.

As far as I know, YouTube has no good competitors as far as reach and simplicity are concerned (which is saying a lot because YouTube isn't all that simple anymore).

Someone out there, please make a decent, clean looking version of YouTube. There are a few billion dollars waiting to be made here. Heck, you could copy the YouTube "feather" beta, and be up and running in no time.

Export Your Google Data

If you decide you want to leave Google, the good news is that Google has actually made it easy to take your data with you (unlike Facebook). Pretty nice. If you want to make this happen, here's the simple way to export your Google data via their Google Takeout system.

Click here for Google Takeout.

How To Delete Specific Google Accounts

Once you've exported your data, you can either leave your account up or shut it down. If you're looking for step-by-step walkthroughs on cleaning up each individual account, here are the links you need.

Remember to export or "take out" any data you want from these accounts before you actually delete anything.

- How To Delete Your YouTube Account (step-by-step walkthrough)

- How To Delete Your Google+ Account (step-by-step walkthrough)

- How To Delete Your Gmail Account

How To Delete Your Entire Google Account

If you want to take the nuclear option, and just delete everything wholesale, proceed at your own risk below.

- How To Delete Your Entire Google Account (step-by-step walkthrough)

Remember, don't delete anything until you're sure you don't want it anymore.

149

# A Typical Mass Consumer Mind Screw

Facebook's News Feed—the main list of status updates, messages, and photos you see when you open Facebook on your computer or phone—is not a perfect mirror of the world.

But few users expect that Facebook would change their News Feed in order to manipulate their emotional state.

We now know that's exactly what happened two years ago. For one week in January 2012, data scientists skewed what almost 700,000 Facebook users saw when they logged into its service. Some people were shown content with a preponderance of happy and positive words; some were shown content analyzed as sadder than average. And when the week was over, these manipulated users were more likely to post either especially positive or negative words themselves.

This tinkering was just revealed as part of a new study, published in the prestigious *Proceedings of the National Academy of Sciences*. Many previous studies have used Facebook data to examine "emotional contagion," as this one did. This study is different because, while other studies have observed Facebook user data, this one set out to manipulate it.

The experiment is almost certainly legal. In the company's current terms of service, Facebook users relinquish the use of their data for "data analysis, testing, [and] research." Is it ethical, though? Since news of the study first emerged, I've seen and heard both privacy advocates and casual users express surprise at the audacity of the experiment.

> In the wake of both the Snowden stuff and the Cuba twitter stuff, the Facebook "transmission of anger" experiment is terrifying.
> — Clay Johnson (@cjoh) June 28, 2014
> Get off Facebook. Get your family off Facebook. If you work there, quit. They're fucking awful.
> — Erin Kissane (@kissane) June 28, 2014

We're tracking the ethical, legal, and philosophical response to this Facebook experiment here. We've also asked the authors of the study for comment. Author Jamie Guillory replied and referred us to a Facebook spokesman. Early Sunday morning, a Facebook spokesman sent this comment in an email:

> This research was conducted for a single week in 2012 and none of the data used was associated with a specific person's Facebook account. We do research to improve our services and to make the content people see on Facebook as relevant and engaging as possible. A big part of this is understanding how people respond to different types of content, whether it's positive or negative in tone, news from friends, or information from pages they follow. We carefully consider what research we do and have a strong internal

150

> review process. There is no unnecessary collection of people's data in connection with these research initiatives and all data is stored securely.

And on Sunday afternoon, Adam D.I. Kramer, one of the study's authors and a Facebook employee, underlined commented on the experiment in a public Facebook post. "And at the end of the day, the actual impact on people in the experiment was the minimal amount to statistically detect it," he writes. "Having written and designed this experiment myself, I can tell you that our goal was never to upset anyone. […] In hindsight, the research benefits of the paper may not have justified all of this anxiety." Kramer adds that Facebook's internal review practices have "come a long way" since 2012, when the experiment was run.

## What did the paper itself find?

The study found that by manipulating the News Feeds displayed to 689,003 Facebook users users, it could affect the content which those users posted to Facebook. More negative News Feeds led to more negative status messages, as more positive News Feeds led to positive statuses.

As far as the study was concerned, this meant that it had shown "that emotional states can be transferred to others via emotional contagion, leading people to experience the same emotions without their awareness." It touts that this emotional contagion can be achieved without "direct interaction between people" (because the unwitting subjects were only seeing each others' News Feeds).

The researchers add that never during the experiment could they read individual users' posts.

Two interesting things stuck out to me in the study.

The first? The effect the study documents is very small, as little as one-tenth of a percent of an observed change. That doesn't mean it's unimportant, though, as the authors add:

> Given the massive scale of social networks such as Facebook, even small effects can have large aggregated consequences. […] After all, an effect size of d = 0.001 at Facebook's scale is not negligible: In early 2013, this would have corresponded to **hundreds of thousands of emotion expressions in status updates per day**.

The second was this line:

> Omitting emotional content reduced the amount of words the person subsequently produced, both when positivity was reduced ($z = -4.78$, $P < 0.001$) and when negativity was reduced ($z = -7.219$, $P < 0.001$).

In other words, when researchers reduced the appearance of *either* positive or negative sentiments in people's News Feeds—when the feeds just got generally less emotional—those people stopped writing so many words on Facebook.

Make people's feeds blander and they stop typing things into Facebook.

## Was the study well designed?

Perhaps not, says <u>John Grohol</u>, the founder of psychology website Psych Central. Grohol believes the study's methods are hampered by the misuse of tools: Software better matched to analyze novels and essays, he says, is being applied toward the much shorter texts on social networks.

> Let's look at two hypothetical examples of why this is important. Here are two sample tweets (or status updates) that are not uncommon:
> - "I am not happy.
> - "I am not having a great day."
>
> An independent rater or judge would rate these two tweets as negative — they're clearly expressing a negative emotion. That would be +2 on the negative scale, and 0 on the positive scale.
>
> But the LIWC 2007 tool doesn't see it that way. Instead, it would rate these two tweets as scoring +2 for positive (because of the words "great" and "happy") and +2 for negative (because of the word "not" in both texts).

"What the Facebook researchers clearly show," <u>writes Grohol</u>, "is that they put too much faith in the tools they're using without understanding — and discussing — the tools' significant limitations."

**Did an <u>institutional review board</u> (IRB)—an independent ethics committee that vets research that involves humans—approve the experiment?**

According to <u>a Cornell University press statement</u> on Monday, the experiment was conducted before an IRB was consulted.<u>*</u> Cornell professor Jeffrey Hancock—an author of the study—began working on the results *after* Facebook had conducted the experiment. Hancock only had access to results, <u>says the release</u>, so "Cornell University's Institutional Review Board concluded that he was not directly engaged in human research and that no review by the Cornell Human Research Protection Program was required."

In other words, the experiment had already been run, so its human subjects were beyond protecting. Assuming the researchers did not see users' confidential data, the results of the experiment could be examined without further endangering any subjects.

Both Cornell and Facebook have been reluctant to provide details about the process beyond their respective prepared statments. One of the study's authors told *The Atlantic* on Monday that he's been advised by the university not to speak to reporters.

By the time the study reached Susan Fiske, the Princeton University psychology professor who edited the study for publication, Cornell's IRB members had already determined it outside of their purview.

Fiske had earlier conveyed to *The Atlantic* that the experiment was IRB-approved.

"I was concerned," <u>Fiske told *The Atlantic*</u> on Saturday, "until I queried the authors and they said their local institutional review board had approved it—and apparently on the grounds that Facebook apparently manipulates people's News Feeds all the time."

On Sunday, other reports raised questions about how an IRB was consulted. In a Facebook post on Sunday, study author Adam Kramer referenced only "internal review practices." And a Forbes report that day, citing an unnamed source, claimed that Facebook only used an internal review.

When The Atlantic asked Fiske to clarify Sunday, she said the researchers' "revision letter said they had Cornell IRB approval as a 'pre-existing dataset' presumably from FB, who seems to have reviewed it as well in some unspecified way... Under IRB regulations, pre-existing dataset would have been approved previously and someone is just analyzing data already collected, often by someone else."

The mention of a "pre-existing dataset" here matters because, as Fiske explained in a follow-up email, "presumably the data already existed when they applied to Cornell IRB." (She also noted: "I am not second-guessing the decision.") Cornell's Monday statement confirms this presumption.

On Saturday, Fiske said that she didn't want the "the originality of the research" to be lost, but called the experiment "an open ethical question."

"It's ethically okay from the regulations perspective, but ethics are kind of social decisions. There's not an absolute answer. And so the level of outrage that appears to be happening suggests that maybe it shouldn't have been done...I'm still thinking about it and I'm a little creeped out, too."
For more, check Atlantic editor Adrienne LaFrance's full interview with Prof. Fiske.

**From what we know now, were the experiment's subjects able to provide *informed consent*?**

In its ethical principles and code of conduct, the American Psychological Association (APA) defines *informed consent* like this:

> When psychologists conduct research or provide assessment, therapy, counseling, or consulting services in person or via electronic transmission or other forms of communication, they obtain the informed consent of the individual or individuals using language that is reasonably understandable to that person or persons except when conducting such activities without consent is mandated by law or governmental regulation or as otherwise provided in this Ethics Code.

As mentioned above, the research seems to have been carried out under Facebook's extensive terms of service. The company's current data use policy, which governs exactly how it may use users' data, runs to more than 9,000 words and uses the word "research" twice. But as Forbes writer Kashmir Hill reported Monday night, the data use policy in effect when the experiment was conducted never mentioned "research" at all—the word wasn't inserted until May 2012.

Never mind whether the current data use policy constitutes "language that is reasonably understandable": Under the January 2012 terms of service, did Facebook secure even shaky consent?

The APA has further guidelines for so-called "deceptive research" like this, where the real purpose of the research can't be made available to participants during research. The last of these guidelines is:

> Psychologists explain any deception that is an integral feature of the design and conduct of an experiment to participants as early as is feasible, preferably at the conclusion of their participation, but no later than at the conclusion of the data collection, and permit participants to withdraw their data.

At the end of the experiment, did Facebook tell the user-subjects that their News Feeds had been altered for the sake of research? If so, the study never mentions it.

James Grimmelmann, a law professor at the University of Maryland, believes the study did not secure informed consent. And <u>he adds that Facebook fails even its own standards</u>, which are lower than that of the academy:

> A stronger reason is that even when Facebook manipulates our News Feeds to sell us things, it is supposed—legally and ethically—to meet certain minimal standards. Anything on Facebook that is actually an ad is labelled as such (even if not always clearly.) This study failed even that test, and for a particularly unappealing research goal: *We wanted to see if we could make you feel bad without you noticing. We succeeded.*

**Did the U.S. government sponsor the research?**

Cornell has <u>now updated their</u> June 10 story to say that the research received no external funding. Originally, Cornell had identified the ***Army Research Office, an agency within the U.S. Army that funds basic research in the military's interest, as one of the funders of their experiment.***

**Do these kind of News Feed tweaks happen at other times?**

At any one time, Facebook said last year, there were <u>on average 1,500 pieces of content</u> that could show up in your News Feed. The company uses an algorithm to determine what to display and what to hide.

It talks about this algorithm very rarely, but we know it's very powerful. Last year, the company changed News Feed to surface more news stories. <u>Websites like BuzzFeed and Upworthy proceeded to see record-busting</u> numbers of visitors.

So we know it happens. Consider Fiske's explanation of the research ethics here—the study was approved "on the grounds that Facebook apparently manipulates people's News Feeds all the time." And consider also that *from this study alone* Facebook knows at least one knob to tweak to get users to post more words on Facebook.

Facebook CEO, Mark Zuckerberg, appeared for a hearing with the House Energy and Commerce Committee at the Rayburn House Office Building on Wednesday April 11, 2018 in Washington, DC.

He wasn't pushed on surveillance companies operating on the platform. (Photo by Matt McClain/The Washington Post via Getty Images)

When Mark Zuckerberg appeared before the House Energy and Commerce Committee last week in the aftermath of the Cambridge Analytica revelations, he tried to describe the difference between "surveillance and what we do." "The difference is extremely clear," a nervous-looking Zuckerberg said. "On Facebook, you have control over your information... the information we collect you can choose to have us not collect."

But not a single member of the committee pushed the billionaire CEO about surveillance companies who exploit the data on Facebook for profit. Forbes has uncovered one case that might shock them: over the last five years a secretive surveillance company founded by a former Israeli intelligence officer has been quietly building a massive facial recognition database consisting of faces acquired from the giant social network, YouTube and countless other websites. Privacy activists are suitably alarmed.

That database forms the core of a facial recognition service called Face-Int, now owned by Israeli vendor Verint after it snapped up the product's creator, little-known surveillance company Terrogence, in 2017. Both Verint and Terrogence have long been vendors for the U.S. government, providing bleeding-edge spy tech to the NSA, the U.S. Navy and countless other intelligence and security agencies.

As described on the Terrogence website, the database consists of facial profiles of thousands of suspects "harvested from such online sources as YouTube, Facebook and open and closed forums all over the globe." Those faces were extracted from as many as 35,000 videos and photos of terrorist training camps, motivational clips and terror attacks. That same marketing page was online in 2013, according to internet archive the Wayback Machine, indicating the product is at least five years old. The age of the product also suggests far more than 35,000 videos and photos have been raided by the Face-Int technology by now, though Terrogence co-founder and research lead Shai Arbel declined to comment for this article.

Raising the stakes of facial recognition

Though Terrogence is primarily focused on helping intelligence agencies and law enforcement fight terrorism online, LinkedIn profiles of current and former employees indicate it's also involved in other, more political endeavours. One ex-staffer, in describing her role as a Terrogence analyst, said she'd "conducted public perception management operations on behalf of foreign and domestic governmental clients," and used "open source intelligence practices and social media engineering methods to investigate political and social groups." She was not reachable at the time of publication.

And now concerns have been raised over just how Terrogence has grabbed all those faces from Facebook and other online sources. What's apparent, though, is that Terrogence is yet another company that's been able to clandestinely take advantage of Facebook's openness, on top of Cambridge Analytica, which acquired information on as many as 87 million users in 2014 from U.K.-based

155

researcher Aleksandr Kogan to help target individuals during its work for the Donald Trump and Ted Cruz presidential campaigns.

"It raises the stakes of face recognition - it intensifies the potential negative consequences," warned Jay Stanley, senior policy analyst at the American Civil Liberties Union (ACLU). "When you contemplate face recognition that's everywhere, we have to think about what that's going to mean for us. If private companies are scraping photos and combining them with personal info in order to make judgements about people - are you a terrorist, or how likely are you to be a shoplifter or anything in between - then it exposes everyone to the risk of being misidentified, or correctly identified and being misjudged."

Jennifer Lynch, senior staff attorney at the Electronic Frontier Foundation, said that if the facial recognition database had been shared with the US government, it would threaten the free speech and privacy rights of social media users.

"Applying face recognition accurately to video is extremely challenging, and we know that face recognition performs poorly with people of color and especially with women and those with darker skin tones," Lynch told Forbes. "Combining these two known problems with face recognition, there is a high chance this technology would regularly misidentify people as terrorists or criminals.

"This could impact the travel and civil rights of tens of thousands of law-abiding travelers who would then have to prove they are not the terrorist or criminal the system has identified them to be."

It's unclear just how the Face-Int product acquires faces, though it appears similar to a project run by the NSA, as revealed by whistleblower Edward Snowden in 2014, where the intelligence agency had gathered 55,000 "facial recognition quality images" from the web back by 2011. Co-founder Arbel, a former intelligence officer with the Israeli military, declined to respond to questions about how the tech works, though he described Face-Int as "amazing" in a text message and confirmed it continues to operate under Verint.

A spokesperson for Facebook, which employs its own facial recognition tech to help identify users' visages in photos across the platform, said it appeared Terrogence's product would violate its policies, including one that prohibits the use of data grabbed from the social network to provide tools for surveillance. Facebook also doesn't allow accessing or collecting information via automated methods, such as harvesting bots or scrapers. The spokesperson noted that it hadn't found any Facebook apps operated by the company.

A social media monitor

There's no evidence America has purchased Face-Int. But it has benefitted from other intelligence services built by Terrogence. The vendor has scored at least two contracts with the U.S. government, both with the U.S. Navy and worth a total of $148,000, according to public records. The contracts, one from 2014 the other signed off in 2015, were for subscriptions to the company's Mobius and TGAlertS products.

Mobius consists of reports on the latest trends in terrorists' improvised explosive devices (IEDs) and their tactics. The reports are based on intel gathered from various social media platforms "where global terrorists seek to recruit, radicalize and plot their next attack," according to a company brochure. TGAlertS, meanwhile, provides "near real-time" information on urgent issues uncovered by Terrogence staff trawling the web.

Those employees gather information in part through fake profiles. As another brochure put it, they "elicit information by carefully guiding online discussion, often drumming up interest and facilitating communication by employing multiple virtual entities in a single operation."

This is far from Arbel's first rodeo in the surveillance industrial complex: he co-founded SenseCy, which was acquired by Verint in 2017. It too sets up "virtual entities" to gather intelligence. "Perfected over many years of practice, SenseCy operates dozens of virtual entities combine strong, believable cover stories with well-perfected web interaction methodologies, and are sourcing invaluable intelligence from all relevant web platforms," a blurb on its site currently reads. The company appears to be more focused on cybersecurity protection than government surveillance, however.

The privatization of blacklists

If Terrogence isn't solely focused on terrorism, but has a political side to its business too, its facial recognition work could sweep up a vast number of people. That brings up another particularly worrying aspect of the business in which Terrogence operates: the dawn of "the privatisation of blacklisting," warned Stanley. "We've been fighting with the government for years over due process on those lists... people being put on them without being told why and not being sure how those lists are being used," he told Forbes.

"A lot of those problems could intensify if you have a bunch of private quasi-vigilantes making their own blacklists of all kinds." Just earlier this month, Verint launched what appeared to be an entirely separate facial recognition product, FaceDetect. It promises to identify individuals "regardless of face obstructions, suspect ageing, disguises and ethnicity" and "allows operators to instantaneously add suspects to watch-lists."

But Stanley also questioned Facebook's policies on user control of profile photos. The social network has the largest collection of faces in the world, and yet profile pictures, to an extent, can't be entirely locked down, he said. A Facebook spokesperson said profile photos are always public but it's possible to adjust the privacy settings of previous profile snaps to limit who can see them.

Privacy advocacy groups like the ACLU now want to see users given more control over those images. Given the recent furore surrounding Cambridge Analytica, such changes might come sooner rather than later.

In a hideous reflection of China's already-prevalent 'Social Credit' system - which is a rating assigned to each citizen based on government data regarding their economic and social status - The Washington

Post reports that Facebook has begun to assign its users a reputation score, predicting their trustworthiness on a scale from zero to one.

Under the guise of its effort to combat 'fake news', WaPo notes (citing an interview with Tessa Lyons, the product manager who is in charge of fighting misinformation) that the previously unreported ratings system, which Facebook has developed over the last year, has evolved to include measuring the credibility of users to help identify malicious actors.

Users' trustworthiness score between zero and one isn't meant to be an absolute indicator of a person's credibility, Lyons told the publication, nor is there is a single unified reputation score that users are assigned.

"One of the signals we use is how people interact with articles," Lyons said in a follow-up email.

"For example, if someone previously gave us feedback that an article was false and the article was confirmed false by a fact-checker, then we might weight that person's future false news feedback more than someone who indiscriminately provides false news feedback on lots of articles, including ones that end up being rated as true."

The score is one measurement among thousands of behavioral clues that Facebook now takes into account as it seeks to understand risk.

"I like to make the joke that, if people only reported things that were [actually] false, this job would be so easy!" said Lyons in the interview. "People often report things that they just disagree with."

But how these new credibility systems work is highly opaque.

"Not knowing how [Facebook is] judging us is what makes us uncomfortable," said Claire Wardle, director of First Draft, research lab within Harvard Kennedy School that focuses on the impact of misinformation and is a fact-checking partner of Facebook, of the efforts to assess people's credibility.

"But the irony is that they can't tell us how they are judging us - because if they do the algorithms that they built will be gamed."

This all sounds ominously like the Orwellian China 'social credit' system, which in addition to blocking the flights and trains, the Global Times noted that the names of those with low social credit scores had been shamed on a public list, said Meng Wei, spokeswoman for the National Development and Reform Commission, via news website chinanews.com.

Those on the list could be denied loans, grants, and other forms of government assistance, Wei added.

"Hou's phrase that the 'discredited people become bankrupt' makes the point, but is an oversimplification," Zhi Zhenfeng, a legal expert at the Chinese Academy of Social Sciences in Beijing, told the Global Times.

158

"How the person is restricted in terms of public services or business opportunities should be in accordance with how and to what extent he or she lost his credibility."

"The punishment should match the deed."

"Discredited people deserve legal consequences."

"This is definitely a step in the right direction to building a society with credibility."

Many observers have likened China's 'social credit' system to that shown in Netflix's Black Mirror episode 'Nosedive' in which a world where people can rate each other from one to five stars for every interaction they have.

It seems Silicon Valley's leaders saw the same episode...

# When Billionaires Know They Are Untouchable

Steve Jordahl thinks: "**Understandably, most people think Google is in the search engine business – but according to a former employee, Google is all about information: how to collect it, how to store it, how to organize it, and how to use it."**

The motto for the search engine giant used to be "Don't be evil." In the spring of 2018, however, the company purged the phrase from its internal and external documents – and according to ex-employee-turned-whistleblower Zach Vorhies *(pictured)*, from its corporate culture as well.

On Friday, Vorhies told American Family Radio talk-show host Sandy Rios that Google is working on what he calls an artificial intelligence supercomputer called the "AI Manhattan Project" inside Google. (*Listen to the entire podcast*)

"They're trying to create a control grid that captures all the information – video, audio – wherever you're at, streams it back to a centralized data repository," he stated, "and then this god-like AI is able to figure out what it is that you're doing, who you're associating with, and create a shadow Facebook profile that you don't know exists, but exists for them."

According to the whistleblower, "they're able to monitor everything that you're able to do: your real-time information, who your friends are, who your family members are, everything."

Google is treading on very dangerous ground, he argues, and all the more because he says the tech giant is stocking its ranks with Chinese engineers.

"This is what China wants to do," he emphasized. "They're trying to install the Chinese Social Credit System so that everything that you do is monitored – and then if you start to do anti-government activities, then you become 'un-personed' online. You have your social media accounts suppressed, your financial instruments start to be cancelled – you can no longer take money online."

OneNewsNow reported earlier that during his interview on American Family Radio, Vorhies stated that among its other misdeeds, Google is determined to prevent President Donald Trump from getting re-elected next year. He claims to have brought thousands of internal documents with him to bolster his claims.

Google's Eric Schmidt initiated CIA-tricks to create fake news and information manipulation for Obama. Sharyl Attkisson explained the origins of the Google-created 'Fake News' Narrative in a TedX Talk

In a Tedx Talk at the University of Nevada a couple of weeks ago (watch the video below) investigative journalist Sharyl Attkisson revealed the origins of the "fake news" narrative that was aggressively pushed by the liberal media and Democrat politicians during the 2016 election, and how it was later flipped by President Donald Trump.

160

Attkisson pointed out that "fake news" in the form of tabloid journalism and false media narratives has always been around under different names.

But she noticed that in 2016, there seemed to be a concerted effort by the MSM to focus America's attention on the idea of "fake news" in conservative media. That looked like a propaganda effort to Attkisson, so she did a little digging and traced the new spin to a little non-profit called "First Draft," which, she said, "appears to be the about the first to use 'fake news' in its modern context."

"On September 13, 2016, First Draft announced a partnership to tackle malicious hoaxes and fake news reports," Attkisson explained. "The goal was supposedly to separate wheat from chaff, to prevent unproven conspiracy talk from figuring prominently in internet searches. To relegate today's version of the alien baby story to a special internet oblivion."

She noted that a month later, then-President Obama chimed in.

Google Issues Ultimatum to Conservative Website: Remove 'Hateful' Article or Lose Ad Revenue

"He insisted in a speech that he too thought somebody needed to step in and curate information of this wild, wild West media environment," she said, pointing out that "nobody in the public had been clamoring for any such thing."

Yet suddenly the subject of fake news was dominating headlines all over America as if the media had received "its marching orders," she recounted. "Fake news, they insisted, was an imminent threat to American democracy."

Attkisson, who has studied the manipulative moneyed interests behind the media industry, said that "few themes arise in our environment organically." She noted that she always found it helpful to "follow the money."

"What if the whole anti-fake news campaign was an effort on somebody's part to keep us from seeing or believing certain websites and stories by controversializing them or labeling them as fake news?" Attkisson posited.

Digging deeper, she discovered that Google was one of the big donors behind First Draft's "fake news" messaging. Google's parent company, she pointed out, is owned by Eric Schmidt, who happened to be a huge Hillary Clinton supporter.

Schmidt "offered himself up as a campaign adviser and became a top multi-million donor to it. His company funded First Draft around the start of the election cycle," Attkisson said. "Not surprisingly, Hillary was soon to jump aboard the anti-fake news train and her surrogate David Brock of Media Matters privately told donors he was the one who convinced Facebook to join the effort."

Attkisson declared that "the whole thing smacked of the roll-out of a propaganda campaign." Attkisson added, "But something happened that nobody expected. The anti-fake news campaign backfired. Each time advocates cried fake news, Donald Trump called them 'fake news!' until he'd co-opted the term so

completely that even those who [were] originally promoting it started running from it -- including the Washington Post," which she noted later backed away from using the term.

Attkisson called Trump's accomplishment a "hostile takeover" of the term and cautioned people to always be aware of "powerful interests might be trying to manipulate" their opinions.


She described two warning signs to look out for.

When the media tries to shape or censor facts and opinions rather than report them.

When so many in the media are reporting the same stories, promulgating the same narratives, relying on the same sources -- even using the same phrases.

Attkisson pointed out that there's an infinite number of ways to report stories, so "when everybody's on the same page, it might the result of an organized campaign."

She warned the audience about the latest effort to quell speech through something called "media literacy," where liberal elites tell everyone else whom they should trust. She said, "Media literacy advocates are busy trying to get state laws passed to require that their version of media literacy be taught in public schools."

What's more, they're developing websites and partnering with universities. She warned that these people have their own agendas and want to tell you what to believe.

The manipulation of public opinion over social media platforms has emerged as a critical threat to public life. Around the world, government agencies and political parties are exploiting social media platforms to spread junk news and disinformation, exercise censorship and control, and undermine trust in media, public institutions and science.

Now, a new report from the Oxford Internet Institute (OII) has found that despite efforts to combat computational propaganda, the problem is growing at a large scale.

"The number of countries where formally organised social media manipulation occurs has greatly increased, from 28 to 48 countries globally," says Samantha Bradshaw, co-author of the report. "The majority of growth comes from political parties who spread disinformation and junk news around election periods. There are more political parties learning from the strategies deployed during Brexit and the US 2016 Presidential election: more campaigns are using bots, junk news, and disinformation to polarise and manipulate voters."

This is despite efforts by governments in many democracies introducing new legislation designed to combat fake news on the internet. "The problem with this is that these 'task forces' to combat fake news are being used as a new tool to legitimise censorship in authoritarian regimes," says Professor Phil Howard, co-author and lead researcher on the OII's Computational Propaganda project. "At best,

these types of task forces are creating counter-narratives and building tools for citizen awareness and fact-checking."

Another challenge is the evolution of the mediums individuals use to share news and information. "There is evidence that disinformation campaigns are moving on to chat applications and alternative platforms," says Bradshaw. "This is becoming increasingly common in the Global South, where large public groups on chat applications are more popular."

Automated bot accounts still continue to be a well-used tactic. Online commentators and fake accounts are used to spread pro-party messages, as well as being used to strategically share content or post using keywords to game algorithms and get certain content trending. They are also being used to report legitimate content and accounts on a mass scale, causing them to be taken down temporarily. "We suspect new innovation will continue to emerge as platforms and governments take legal and regulatory steps to curb this type of activity," says Howard.

Overall, the use of organised social media manipulation campaigns is a big business. "We estimate that tens of millions of dollars are spent on this type of activity," says Howard. "Some of the money may be spent on legitimate advertising on social media, but there is certainly a growing industry for fake accounts, online commentators, and political bots."

Read the full report on the Computational Propaganda website.

Page 164  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 165  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

# EXHIBITS

Page 167  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 168  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District





Page 170  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 1: 70% of American's are thought to be "too stupid" to think for themselves and "too naive" to not follow the masses*

Page 171  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



171

Page 172  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 173  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 174  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 175  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 176  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

## HEADLINES: THINK THE MEDIA GOT THE MEMO?

| | |
|---|---|
| The Washington Post | "In acceptance speech, Trump's America is a dark and desperate place" |
| CBS NEWS | "Donald Trump offers dark vision of America in GOP convention speech" |
| NBC NEWS | "Donald Trump Takes America on a Jorney to the Dark Side" |
| CNBC | "Trump's emotional and dark message: How it will play out" |
| Rolling Stone | "Watch Donald Trump's Dark, Fear-Mongering RNC Speech" |
| THE HUFFINGTON POST | "Donald Trump's Dark And Scary Night" |
| Mother Jones | "Donald Trump and the Dark Soul of the GOP" |
| THE NEW YORKER | "Donald Trump's Dark, Dark Convention Speech" |
| The Nation. | "Donald Trump's Angry, Dark Convention Speech Caps Off a Disastrous RNC " |
| The Boston Globe | "The dark, frightening America of Donald Trump " |

FWD: Think they got the memo?

176

Page 177  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 178  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 179  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 180  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 181  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



The American Empire and its Media

Page 182  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District





Page 184  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 185  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 186  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



186



Page 188  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 189  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

# Yes, Virginia. The Media *is* Left-Biased.

| 1994 - 1995 | 2006 | 2011 |
|---|---|---|
| **DEMOCRAT Rep. Mel Reynolds (IL)** | **REPUBLICAN Rep. Mark Foley (FL)** | **DEMOCRAT Rep. Anthony Weiner (NY)** |
| **Active, sexual relationship with a 16 year old** to whom he gave cash at every meeting and to whom he supplied with his pager number and apt keys. He also plotted with the girl to get him nude photos of and arrange group sex with a **15-year-old he lusted after.** *While under indictment on 12 counts, Reynolds ran for and won re-election.* **He was convicted on all counts.** | Sent sexually suggestive e-mails and IMs to teenaged boys who had formerly served as congressional pages. *Foley resigned from Congress on September 29, 2006.* He was investigated by the FBI. No charges were filed. The harsh, heavy media coverage contributed to the Republican Party's loss of control over Congress in the November 7, 2006 election. | Tweeted lewd photos to co-eds. Swears he was hacked. Admits he lied, had done it regularly for several years with lots of girls. (He is a newlywed.) *Dem leaders force him to resign.* |
| | | **EXAMPLES of media tone:** |
| | | *Brian Williams: This is "the kind of thing that used to be people's own business"* Meredith Vieira: "How does he get ahead of this ... or get it behind him?" *Scott Pelley: Delayed news of Weiner's admission of guilt to minute 12.* Katie Couric tweeted she was curious if this was "a legit news story or just fodder for late-night comedians." |
| **Major Media Coverage of the ENTIRE scandal over a period of *more than a YEAR*** | **Major Media Coverage of scandal during critical pre-election weeks Sept 29 - Oct 11** | **Major Media Coverage of scandal May 29 - June 6** |
| **19 stories total** ABC 1  CBS 7  NBC 11 | **152 stories total** ABC 50  CBS 46  NBC 56 | **56 stories total** Generally supportive in tone, many just brief updates. |

http://www.mrc.org/realitycheck/2006/fax20061011.asp   http://www.mrc.org/realitycheck/realitycheck/2011/20110622055055.aspx

Page 191  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



# Can We Trust The Media?

**News & Media Company Donations**   ■ Obama   ■ Romney

CNN / Time Warner    ABC / Disney    NBC / Comcast

Data from New York Times, August 22, 2012.    http://woody.typepad.com/

## More News Media Sources Trusted by Those on the Left

*% saying they trust each source (sources trusted by 50% or more shown)*



American Trends Panel (wave 1). Survey conducted March 19-April 29, 2014. Q21a-Q21b. Based on web respondents. Respondents were first asked if they had heard of each outlet. For outlets they had heard of they were asked first to choose those they trusted, then to choose those they distrusted. Those not selected as either trusted or distrusted are considered neither trusted nor distrusted. See topline for full question wording. Ideological consistency based on a scale of 10 political values questions (see About the Survey for more details).

**PEW RESEARCH CENTER**

Page 193  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



American Trends Panel (wave 1). Survey conducted March 19-April 29, 2014. Q21a-21b.
Based on web respondents. Ideological consistency based on a scale of 10 political values
questions (see about the survey). Grouping of outlets is determined by whether the percent
who trust each source is significantly different from the percent who distrust each source.
Outlets are then ranked by the proportion of those who trust more than distrust each.

PEW RESEARCH CENTER

Page 194  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



194

Page 195  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 196  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District



# Social Media Giants Team Up and Vow to Ban Alt Media and Free Speech (Videos)

By <u>Voice of Reason</u> ·



Unbeknownst to the vast majority of Americans who go about their lives in a zombified state existing somewhere between clueless and misinformed, right now figurative lines in the sand are being drawn, and both sides are digging in for the fight of our lifetime. Will the United States remain a republic with even an inkling of the rights our Founders envisioned for us, or will the country fall to socialism, and a totalitarian eventuality??? For the latter to prevail, free speech must be stomped out.

The weapon of choice for liberty's greatest enemy is "political correctness." There is an enormous movement afoot both in Europe, and here at home domestically, for all the social media giants to stomp out what they are calling "hate speech." In a post just yesterday, **<u>I published the actual European statute</u>** that will send anyone guilty of spreading "hate speech" or "conspiracy theories" online to "re-education camps."

Page 198  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District







Page 200  EXHIBIT 89 – Case # 22-cv-1107-TSH, Norcal 9th District

# NOTICES

Send this book to every person you can get it to. Post it on the web every place you can. Together, we can expose every single one of these crooks and shut down each of their dirty dark money scams with crowd-sourced digital distribution!

Protections: Public Domain. Non-Commercial. Fair Use. Freedom of The Press. No Tracking Of Public Allowed. First Amendment Protections, SLAPP, UN Protected. GDPR Compliant. Section 203 protected. Privacy Tools At: http://privacytools.io, ACLU, ICIJ- supported.

200