# *CORRUPT TESLA MOTORS ONLY EXISTS BECAUSE GOVERNMENT OFFICIALS COVERTLY OWN IT*
# *Volume One*

Draft 3.0 – This is an in-production rough-edit draft of a collaboratively edited internet book for editor and author WIKI modifications. Keep checking back for newer versions on torrent sites.

A collaborative book project about Tesla Motors and Elon Musk



Current Key Editor Tasks:
Pagination, Formatting, Paragraph balancing, spell-check, grammar, page balance, white space cull, structure balance, ftnt, torrent wraps, drawstring meta,

Tesla Motors has been accused of being a front for economic, social, political, moral and ethical crimes masquerading under the facade of "an altruistic cleantech company", in order to discourage circumspection.

In this book, the public authors examine the following:

- The origins of Tesla and why Elon Musk had nothing to do with creating Tesla Motors
- The relationship between Tesla owners and White House staff
- The relationship between Tesla owners and Department of Energy staff
- The relationship between Tesla owners and In-Q-Tel
- The relationship between Tesla owners and political campaign financiers
- The relationship between Tesla owners and Google, including Eric Schmidt and Google investors
- The relationship between Tesla owners and Goldman Sachs
- The relationship between Tesla owners and Russian oligarch "business men"
- The relationship between Tesla owners and media outlets such as Think Progress, New America Foundation, ALICE,  Media Matters, Gawker Media, Google, and related information control consortium's
- The relationship between Tesla owners and John Doerr's Kleiner Perkins Company
- The relationship between Tesla owners, the National Venture Capitol Association, the Silicon Valley Cartel and the coordinated venture capital "Black-listing" of Tesla competitors
- The relationship between Tesla owners and Troll Farm services that provide "click-farm", "meat-puppet", "sock-puppet", "fake likes" and automated contrived social media
- The deaths, and traumatic injuries, of Tesla Motor's staff, investors, investigators and customers

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- The war profiteering, and lobbied invasion efforts, by Tesla investors, for Afghanistan, Bolivian and other foreign lithium mining contracts
- The details of the political campaign kick-backs, and the pay-offs of gratis taxpayer cash, tax credits, real estate, government contracts, write-offs, stock warrants, and other payola as criminally "unjust rewards"
- The known, and covered-up, dangers of toxic vapors, fires and explosions of lithium ion batteries
- The relationship between Tesla owners and Dianne Feinstein, her husband Richard Blum and Harry Reid and their blatant participation in crony kick-backs, corruption and stock market transgressions
- How specific government officials took extraordinary steps to sabotage the business competitors of their campaign financiers.
- The charges and lawsuits against Elon Musk, and Tesla Motors for Fraud, by wives, employees, founders, supplies, investors and others
- Recent leaks and disclosures
- Potential criminal charges against the suspects and the financial relationships of all suspects
- Systemized corruption and kick-back programs within state, and federal, agencies
- Covered up defects in the Tesla cars: handles, hackers crashing cars, heaters, chassis, chargers, vampire power, etc. The Lemon Law lawsuits
- Cover-ups created to protect political officials who benefited from stock, campaign support and other perks
- The planting of "Moles"and the operation of sabotage efforts against multiple competitors by Tesla staff
- Coordinated, criminal, stock market manipulations via "Flash Boy Algorithms", "Buy Bots", "Pumping via buybacks", "Valuation fraud via Google ranking manipulation", "Media cover-ups and news hiding via Google ranking manipulation", "DOE PR Valuation boost coordination" and direct TSLA stock chart fraud
- Who, knew what, and when they knew it
- An Appendix section of investigation resources


The evidence contained in these volumes answers the query, beyond a doubt, about whether, or not, Tesla investors, owners and government employees engaged in felony-class crimes.

Among other goals, the book seeks to ask, and answer, the following question:

"Were Elon Musk's Tesla, Solar City and Space X companies, scams, operated as political kick-back schemes?"

A handful of criminally corrupt Senators, agency staff, White House staff and Silicon Valley campaign financiers prefer that this book never saw the light of day, but it is too late for them, now.

Experts believe that the material in this book, and related, documents, and emails, prove that Elon Musk and his investors and partners engaged in organized crime and corruption and were protected by The White House because of campaign financing deals. Multiple groups have challenged the suspects to live hearings, live TV debates or live webcasts. The suspects refuse to participate, because they know that any session of public transparency will eliminate all of their credibility. Cover-ups can only last for so long, though.

Over 300 million taxpayers and voters would prefer that such organized-crime and corruption activities are no longer tolerated in public policy. Most certainly, the voters are likely to prevail and, of course, the law says that they should prevail.

As with all documents, and in full-disclosure, this document was authored with an agenda: To end corruption.

This book is cooperatively, interactively, collaboratively, authored by the individuals who witnessed these crimes, the reporters who documented these crimes, the public who suffered from these crimes and the investigators who investigators these crimes.

Readers are encouraged to print their own hardbound, glossy-cover, version of the book, for "you, your friends, groups, crime reports, distribution at public events and car dealers and at rally's at these resources", according to the publishers. Readers can print copies on:

http://www.lulu.com
http://www.createspace.com
http://www.morrispublishing.com

THE BOOK OF TESLA- Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.diggypod.com
http://www.blurb.com/book-makers
http://www.outskirtspress.com
http://www.kinkos.com

or any other self-publishing services. Just give them the .pdf file and say "do it".


It is interesting that the author group wishes to, acknowledge, and thank, the individuals from law enforcement agencies who assisted in this document production. They say that, "While there are certainly law enforcement officials who are operating a cover-up, there are also very dedicated officers working to bring these individuals to justice."

This document, in many states, provides the legal basis for any individual to make a citizen's arrest of the key suspects in this case. You must hand the suspect a printed copy of this material, along with your written statement, with the reason for the arrest, in order to protect yourself. Do not undertake a citizen's arrest without consulting a criminal procedures lawyer first. You must remand the party, that you arrest, to a credentialed police officer of the U.S. Department of Justice. The arriving officers must also, jointly, accept the suspect with, or on behalf of, your State Attorney General. You may need to hold the suspect until representatives from both of those agencies are on site. For your protection, have the press with you to record proper procedure. Again, do not engage in a citizen's arrest without consulting a criminal procedures lawyer to make certain that you have the proper documentation in hand to perform the arrest. Hold the suspect, at the site of arrest, for the DOJ officers, that you telephone to advise that you have made an arrest. Do not attempt to transport a subject yourself, as that could result in kidnapping charges against you.

The evidence demonstrates that Tesla Motors, and other Elon Musk companies, received historically extraordinary waivers, tax credits, stock pumps, gifts, real estate deals, government contracts and other exclusive favors from state and federal officials who had financial and political relationships with Elon Musk and his partners. These gifts took place at the expense of the U.S. taxpayers.The evidence is clear and the facts are incontrovertible.

The evidence demonstrates that those same state and federal officials injured, delayed, obfuscated, manipulated, impaired, sabotaged and, otherwise, intentionally damaged the competitors to Elon Musk, and his partners who applied, at the same exact time, to the same exact people, for those same exact benefits in the competitive marketplace. They undertook these attacks and impairments on orders from Elon Musk and his partners. The evidence is clear and the facts are incontrovertible.

In the last 15 years the stock market has been highly monitored by vast numbers of companies, services, journalists and day traders. Those parties have kept detailed technical analysis records that archive activities and media publications, over that time period, on a second-by-second basis. The evidence from that time period, cross-indexed with Elon Musk's, and his partners, assets and ownerships, demonstrates that stock market manipulation through valuation falsification, mis-reporting, automated pre-planned"Flash Boy"computers, stock pumps and skims was taking place on an unethical and illegal basis. Further, the very public officials who operated the two manipulation procedures, listed above, also were befitting financially and politically from these stack market manipulations as part of their kick-back scam. The evidence is clear and the facts are incontrovertible.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

.............................................................................................................................................

OVERVIEW:...........................................................................................................................................33

THE FORBIDDEN TESLA TIMELINE THAT ELON MUSK DOES NOT WANT YOU TO SEE:............................35

Elon Musk took U.S. taxpayer dollars under the guise of creating "U.S. jobs", yet, the second he got the money he placed ads on Craigslist, LinkedIn and around the globe to hire H-1B foreign workers and H1-B staffing executives......................................................................................................................................................42

Report On Tesla Recommendation for International Expansion.......................................................................42

AN OPEN LETTER TO TESLA MOTORS:  (Public Response Required!)...........................................................55

The Challenge Of Corruption and the 2016 Elections....................................................................................60

How Elon Musk, and his investment partners, rigged the stock market.........................................................62

Day Traders charge Tesla and Solyndra with being an Enron-Type Stock Pumping Swindle..............................63

How Investors May Be Getting Fooled by Buybacks......................................................................................64

Credits fueled Tesla stock sale?................................................................................................................66

GOLDMAN SACHS WAS THE "COORDINATING" LINK IN ALMOST EVERY DEAL UNDER INVESTIGATION:
.........................................................................................................................................................67

FEDERAL AND INDUSTRY INVESTIGATORS DISCOVER "PUMP AND DUMP" AND "PUMP AND FLUFF" STOCK SCAMS IN THE CLEANTECH FUNDING PROGRAM:".............................................................................68

ENRON AGAIN: ENERGY INDUSTRY SCAMS ALL WORK THE SAME –  WIKIPEDIA....................................70

Solyndra and Tesla: Pump and Dump.........................................................................................................74

Solyndra Investor admits: we wanted the loan so we could 'go public and cash out'...........................................74

MUSK GREED AND HUBRIS BLEW THE SECRET:.....................................................................................76

NY POST PROPOSES STOCK MARKET RIGGED BY TESLA WHITE HOUSE CAMPAIGN BACKERS............76

How Markets Need $200 Billion Each Quarter From Central Bankers..............................................................77

Tesla's Banking Rigger: Goldman Sachs, runs many big banking scams..........................................................78

Goldman Makes It Official That the Stock Market is Manipulated, Buybacks Drive Valuations..............................78

'Flash Boys' and the Speed of Lies – Bloomberg View...............................................................................80

The Mystery of 12,000 Missing  Tesla's: Overseas Boom or Waning U.S. Demand?.......................................83

TESLA MOTORS – ANOTHER WALL STREET SCAM – James Quinn …........................................................83

Death By Tesla......................................................................................................................................87

NOTE TO TESLA DRIVERS: Do you know that driving this Tesla makes you part of a crime against America?. 91
.........................................................................................................................................................93

WHERE DO ELON MUSK'S FAKE TESLA TROLL-FARM POSTINGS COME FROM?:.....................................93

How to Build a Tesla Facebook Bot............................................................................................................99

(PARODY) Senior Tesla Motors Media Consultant quits. Reveals All! Says STUPID, STUPID NEWS REPORTERS NOW USING FACTS INSTEAD OF TESLA TALKING POINTS, THUS RUINING THE WHOLE DEAL.................................................................................................................................................102

Tesla shareholder suit claims Elon Musk and other board members lied about car safety.................................104

Elon Musk Companies, are they are just scams? | Wall Street Oasis............................................................105

Tesla Co-Founder Eberhard Sues Elon Musk, Tesla * Jalopnik....................................................................105

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The Character Assassination of Martin Eberhard by Elon Musk.........................................................................105

Why is Peter Thiel considered the leader of Paypal Mafia.............................................................................105

Elon Musk Unveils His Latest Taxpayer Boondoggle * Minx.cc....................................................................106

Tesla's Elon Musk: I Ran Out Of Cash * Business Insider...........................................................................106

Carney: Green stimulus profiteer comes under IRS scrutiny.........................................................................106

IRS Investigating Green Stimulus Recipient And Obama Donor | The...........................................................106

SpaceX Files Suit Against US Air Force * Slashdot......................................................................................106

Elon Musk's SolarCity Sues Government For More Subsidies | Zero...............................................................107

Customers tell horror stories of Solar City company that gets $422M in tax....................................................107

Come Saturday Morning: Yup, Hyperloops a Joke | Firedoglake....................................................................107

Dmitri Grishin is like a Russian Elon Musk — Hes Got Big Ambitions............................................................107

Why Elon Musk is a Poor Persons Worst Nightmare | Santa Cruz..................................................................107

More Than Half Of Green Car Companies Receiving Stimulus.......................................................................107

The Obama you don't know .. By Mark Tapscott and Richard Pollock.............................................................108

The Green Corruption Files : Top D.C. Lobbyist McBee Strategic..................................................................108

Analysis: Tesla may have made over $100 million off the CARB scam.............................................................108

A management mess in the Obama administration? * The Arena.....................................................................108

Green Explored.............................................................................................................................................108

Tesla Motors, Inc. Gets Frustrated: This Is an Affront to the Very..................................................................108

Obama Contributors and the Stimulus Scandal page 2..................................................................................109

BBC News * Tesla head Elon Musk's 'high-risk patent gamble......................................................................109

Tesla CEO Elon Musk expects 'hundreds of battery gigafactories..................................................................109

Tesla entangled in delivery, trademark disputes in China|Economy................................................................109

Elon Musk's SolarCity Sues Government For More Subsidies | Zero...............................................................109

Tesla * Capitalism and Carmageddon * Death by Car....................................................................................109

Elon Musk — Obamas Triple Dipper [Reader Post] | Flopping Aces...............................................................110

Loopy Ideas Are Fine, If You're an Entrepreneur | Pedestrian.......................................................................110

RIGHT TO BUILD Campaign against ELON MUSK and Tesla.......................................................................110

What is Stock Fraud? | Visual Capitalist......................................................................................................110

Romance and Reality for SpaceX * Satellite Spotlight * TMCnet...................................................................110

CALIFORNIA: Elon and Justine Musk Divorce at a glance | Divorce..............................................................110

If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes..........................................................111

Sen. Paul Amendment Bars Revolving-Door Corruption in Federal................................................................111

PJ Media » Green Tesla Motors: Another Day, Another Solyndra...................................................................111

Socialism for the Rich: CEO of Bailed Out Green Energy Co. Tesla...............................................................111

Musk's Partners Google: They Spy On You * Privacy Abuse and Corruption | IS............................................111

Obamas Green Energy Crony Corporatism * Breitbart..................................................................................111

Tesla investor/campaign donors paid back with free luxury jet fuel................................................................112

THE TESLA INVESTIGATION | A Complete Compilation of the...................................................................112

The Tesla battery swap is the hoax of the year | Watts Up With That?.............................................................112

Watts Up With That * Accuses TM of Battery Swap Fraud * Tesla Motors......................................................112

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

How Tesla Motors Really Makes Money From Taxpayers.............................................................................112

Tesla (TSLA) Securities Fraud Class Action Lawsuit | Class Actions..........................................................112

Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan...........................................................113

Tesla is Overrated * Debunking the Cult of Tesla | Metabunk......................................................................113

White Collar Fraud: Did Tesla violate S.E.C. rules by failing to..................................................................113

Tesla CEO Elon Musk Visits China Amid Customer Complaint....................................................................113

Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars...........................................................113

Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned...........................................................113

NYT reviewer fires back at Tesla * Blogs at SFGate.com.............................................................................114

Are There Cockroaches Under Tesla's Hood? * Bloomberg View..................................................................114

Tesla Motors Inc, TSLA Securities Fraud * Class Action.............................................................................114

A Peek Beneath Tesla's Non-GAAP Hood Reveals Nothing But...................................................................114

Why Im Thinking About Shorting Tesla (TSLA) * The Motley Fool..............................................................114

Elon Musk on 60 Minutes: I didn't really think Tesla would be a success so I made stock skim packages for all
of my buddies...............................................................................................................................................114

In lawsuit, FDIC accuses 16 big banks of fraud, conspiracy * The...............................................................115

Truth About Tesla Exposed | Motrolix.........................................................................................................115

New Mexico developer suing Tesla over lost electric car factory...................................................................115

How The Government Is Holding Elon Musk And Tesla Back From...............................................................115

Tesla banned from New Jersey | Tech Always.............................................................................................115

More Green Energy Equals More Green-Car Buying * The Great..................................................................115

If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes.........................................................116

The Tesla battery swap is the hoax of the year | Watts Up With That?...........................................................116

Is Elon Musk an ego-maniacal woman-abusing, company stealing, deranged, lying, stock swindling, Senator-
bribing, narcissistic, attention-whore fraud; like his wives, ex-partners, customers and shareholders lawsuits say,
or not?........................................................................................................................................................116

How Tesla Motors Really Makes Money From Taxpayers.............................................................................116

Battery Swapping a Fraud? | Forums | Tesla Motors....................................................................................116

Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned...........................................................117

California Car Dealers Say Tesla Is Misleading Consumers..........................................................................117

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model...........................................................117

THE AFGHANI-SCAM INVESTIGATION  A Fact....................................................................................117

Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan...........................................................117

Elon Musk Has A History Of Mismanaging Money And Why Tesla..............................................................118

Elon Musk on 60 Minutes: I didn't really think Tesla would make it without the federal handouts..................118

Video: Elon Musk Tells Fox Business That Tsunami of Hurt Coming............................................................118

Elon Musk's SolarCity Sues Government For More Subsidies | Zero.............................................................118

GUNDLACH: Elon Musk Is Still In The Wrong  * Business Insider..............................................................118

The Character Assassination of Martin Eberhard by Elon Musk....................................................................118

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model...........................................................119

Tesla Co-Founder Eberhard Sues Elon Musk, Tesla * Jalopnik.....................................................................119

Tesla's Elon Musk posts data from disastrous New York Times test..............................................................119

THE BOOK OF TESLA - Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Elon Musk Companies, are they are just scams? | Wall Street Oasis...........................................................119

Elon Musk Loves This Tesla Ad, Even Though Its Fake * Mashable...............................................................119

Elon Musk Unveils His Latest Taxpayer Boondoggle * Minx.cc...................................................................119

If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes.........................................................120

The Tesla battery swap is the hoax of the year | Watts Up With That?...........................................................120

How Tesla Motors Really Makes Money From Taxpayers............................................................................120

Battery Swapping a Fraud? | Forums | Tesla Motors..................................................................................120

Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned..............................................................120

California Car Dealers Say Tesla Is Misleading Consumers........................................................................120

Tesla CEO Elon Musk Visits China Amid Customer Complaint....................................................................121

Can Elon Musk code? * Quora................................................................................................................121

The Tesla Patent Giveaway SMOKE SCREEN!..............................................................................................122

The Takeover Game* ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS.........................122

Tesla is worse than Solyndra: How the U.S. government bungled its............................................................123

Tesla Motors expects first profit; Fisker Automotive eyes bankruptcy..........................................................123

Elon Musk: Tesla Almost Gave Me a Nervous Breakdown | Daily.................................................................123

Electric Car Maker Files for Bankruptcy Protection * NYTimes.com.............................................................123

Fiskers Billionaire Chinese Owner Will Go Bankrupt To Beat Tesla..............................................................124

A123 Systems Files for Bankruptcy | Forums | Tesla Motors.......................................................................124

Elon Musk discusses Tesla and Space Xs near-bankruptcies during............................................................124

Who's Tesla's Bitch? THE LIST OF TESLA'S HIRED MEDIA SHILLS..............................................................125

Elon Musk's Hyperloop predicted to turn human beings into "bloody applesauce". Musk's latest taxpayer hand-out scam!...............................................................................................................................................128

Key investigation Issues:........................................................................................................................130

Key Characters in the Scandal:................................................................................................................130

WHITE HOUSE -....................................................................................................................................130

Silicon Valley Cartel...............................................................................................................................130

Compromised Senators & Governors........................................................................................................131

"Revolving door (politics)" Wikipedia, the free encyclopedia.......................................................................132

Stop Congress? Revolving Door of Corruption ? Public Citizen....................................................................132

Corruption Confusion and the Revolving Door Department of Energy............................................................132

One graph illustrates the revolving door of politics | Corruption Daily............................................................132

*"Jonathan Silver, Energy Department Loan Chief, Steps Down in shame"*.....................................................132

Head of Embattled Energy Loan Program Steps Down - ABC News..............................................................132

VC Jonathan Silver becomes Dept. of Energy's new money man ................................................................132

Third Way - About Us - Staff - Jonathan Silver..........................................................................................132

E-mails show that Jonathan Silver, the head of the Department of Energy's..................................................133

Jonathan Silver News - Bloomberg..........................................................................................................133

Jonathan Silver Leaves Venture Capital for DoE........................................................................................133

Smashwords - Solyndra and the Department of Energy Loan Guarantee.......................................................133

Jonathan Silver | National Legal and Policy Center.....................................................................................133

THE BOOK OF TESLA Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Recent Oversight Hearing Reveals Shady Email Practices by ........................................................................133

Media Ignore New Emails Detailing Obama Energy Dept. Corruption..........................................................133

DOE loan program official Jonathan Silver steps down in shame - Darius ..................................................134

Jonathan Silver, the Head of the Federal Loan Program Resigns ..."............................................................134

Jonathan Silver Out at DOE Loan Program : Greentech Media....................................................................134

A Solyndra head rolls: DOE loan exec Jonathan Silver steps down...............................................................134

HWB | HWB/Bloomberg Anti-Money Laundering, Corruption and ..."........................................................134

The Obama Administration and Solyndra - ABC News..................................................................................134

Ener1 | National Legal and Policy Center.......................................................................................................134

Fall guy - Head of Energy Department's loan program Jonathan ..................................................................135

Jonathan Silver Out at DOE Loan Program | Going Eco Green.....................................................................135

News Center | Energy & Commerce Committee..............................................................................................135

New Emails Detailing Obama Energy Dept. Corruption, Media ..."..............................................................135

Recent Oversight Hearing Reveals Shady Email Practices | EPA ..................................................................135

House Oversight investigation reveals politics and corruption ......................................................................135

PC Free Zone- DOE Corruption.......................................................................................................................135

Who Controls the Media? Solyndra vs Tar Sands Corruption .......................................................................135

Top Dem Steered $150 Million in Gov Loans to Spanish Company ..............................................................136

David Plouffe            - Suspect...........................................................................................................................136

David Axelrod           - Suspect...........................................................................................................................141

David Axelrod Dodges Michael Moore's Question ... - Crooks and Liars......................................................145

David Axelrod was stunned when Bill O'Reilly ... - Crooks and Liars...........................................................145

David Axelrod Got It All Wrong: How He, The ... - Crooks and Liars "........................................................146

David Axelrod: Mitt Romney's Motto Is 'The Buck ... - Crooks and Liars.....................................................146

David Axelrod: Barack Obama's street fighter | Observer profile .................................................................146

Michelle obama, david axelrod,in it up to their ears in criminal ... "............................................................146

The Crook | THE ROYCROFT REPORT..........................................................................................................146

Culture of Corruption: Obama and His Team of Tax Cheats, Crooks ... "....................................................146

David Axelrod, Lefty Lumberjack | The American Spectator "......................................................................147

Coinkadink: one Cain accuser lives in David Axelrod's building...................................................................147

David Axelrod's Curious Optimism - The Daily Beast....................................................................................147

All the president's men go after Romney | The Daily Caller...........................................................................147

Who is Elon Musk's lobbyist, landlord, builder, shareholder and Senator: Dianne Feinstein?.......................148

NUMMI..............................................................................................................................................................149

Feinstein Tesla/Solyndra Corruption Scandal.................................................................................................150

Tesla ?Truth Ticket? people are back with Phase 2: PROJECT AXCIOM. Dedicated to making sure every
Tesla owner on Earth knows the truth!..............................................................................................................154

Lemon Law King sues Tesla Motors................................................................................................................154

Multiple Fraud and Malfeasance Lawsuits Against Tesla | SNARK..............................................................155

SNARK | FACT-SWARMING...........................................................................................................................155

Tesla Motors Inc, TSLA Securities Fraud  Class Actions..............................................................................155

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

New Mexico developer suing Tesla over lost electric car factory ...................................................................155

TESLA Fraud Lawsuit..................................................................................................................................155

TESLA Lawsuits for fraud and abuse...........................................................................................................155

Tesla Sued Over New Mexico Model S Factory That Never Was...................................................................156

TESLA is a "Lemon".....................................................................................................................................156

Snopes Misses on Story of Collusion Between Sen. Feinstein and Tesla.......................................................156

Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...............................................................156

Dianne Feinstein and the NSA vs James Madison | Tenth .............................................................................156

An Open Letter to Dianne Feinstein, Head of the Senate Intelligence ..."......................................................156

A Comment about the history of dual citizen, Dianne Feinstein ..."................................................................157

Senile Dianne Feinstein's Surreptitious Desert Wilderness ..........................................................................157

Senator Dianne Feinstein continues blatantly lying about ............................................................................157

Sen. Dianne Feinstein's Gun Control Alchemy | Online Library of .................................................................157

Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...............................................................157

Wicked Witch of the West Dianne Feinstein - Government Propaganda...........................................................157

Senator Dianne Feinstein - That's My Congress.............................................................................................157

White House To Stop Spying on Allies, Dianne Feinstein Promises ..."..........................................................158

Question: Will Dianne Feinstein Investigate Her Own Leak Of ......................................................................158

Dianne Feinstein's gun control theater - Conservative News..........................................................................158

Dianne Feinstein Hates You And Everyone You Care About | Redstate............................................................158

Dianne Feinstein to make 1 BILLION DOLLARS off US Postal .....................................................................158

Sen. Feinstein's Proposed Bill Would Incriminate Anyone Speaking ............................................................158

Articles about Dianne Feinstein - Los Angeles Times....................................................................................158

Sen. Feinstein wants Glenn Greenwald prosecuted - Lawyers, Guns ..."........................................................159

Dianne Feinstein Delivers Postal Profits to Hubby - Townhall Finance...........................................................159

Daily Kos: NSA spying scandal: Even Dianne Feinstein finally is .................................................................159

U.S Senator Dianne Feinstein's Husband Selling Post Offices to ..................................................................159

snopes.com: CBRE/Richard Blum and USPS.................................................................................................159

EXCLUSIVE: Senator's husband's firm cashes in on crisis ..........................................................................159

How Dianne Feinstein's Husband Sells Post Office Real Estate to ................................................................159

Dianne Feinstein Still Dogged by Allegations of Conflicts of Interest.............................................................160

Letter to Senator Dianne Feinstein | The Nader PageThe Nader Page............................................................160

Sen. Diane Feinstein's Husband Selling Post Offices to Cronies on ..............................................................160

Sen. Dianne Feinstein Caught in a Conflict of Interest? - Yahoo Voices.........................................................160

Sen. Dianne Feinstein's Husband Selling Post Offices to His Friends ...........................................................160

Privatization Nightmare: Sen. Dianne Feinstein's Husband Selling ..............................................................160

Ralph Nader writes Senator Feinstein on potential conflict of interest ...........................................................160

Feinstein routes government money to firm doing business with ...................................................................160

Nader to Feinstein: Stop the USPS Sell Off - Corporate Crime Reporter........................................................161

Senator Feinstein's Husband Stands to Make Millions from USPS ................................................................161

Daily Kos: Selling off the Post Office: Berkeley calls out Richard Blum.........................................................161

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Activist Post: Keeping It In the Family: Senator Feinstein's Husband ...........................................................161

Anatomy of A Civic Corruption Case- San Francisco- The Bridge To Sin and Dianne Feinstein's Benefector161

CHRISTOPHER COLUMBUS AND THE MOBSTERS: The Bad Guys behind Feinstein's cash...............162

SAN FRANCISCO'S COLDEST CASE / A cover-up is still suspected .........................................................163

The Wicked Witch of the West Dianne Feinstein - Government ................................................................165

Snopes Misses on Story of Collusion Between Sen. Feinstein and .........................................................165

48 Hours Mystery: Who killed Natalie Antonetti? - CBS News..................................................................166

Columbus Day - Offnews.info | Inteligencia y Seguridad, Terrorismo ... "...................................................166

'92 Columbus Jubilee Is Mired in Problems - New York Times...................................................................166

Goodbye, Columbus by Garry Wills | The New York Review of Books "........................................................167

Articles about Dianne Feinstein's Roger Boas - Los Angeles Times...........................................................167

Former City Official Charged in S.F. Teen-Age Sex Inquiry - Los ...............................................................167

SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected ...........................................................167

Golden Gate Bridge Corruption and Dianne Feinstein - BAY AREA CORRUPTION......................................167

Full text of ""California Democrats' golden era, 1958-1966"" "...................................................................167

SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected ...........................................................168

Articles about John Molinari - Los Angeles Times.....................................................................................168

Divided San Francisco Eyes Election - New York Times.............................................................................168

Board of Supervisors : Inauguration........................................................................................................168

Just learned Diane Feinstein replaced a Mayor back in 70's who was .........................................................168

Usual Suspects - San Francisco's Political Homepage ¯ Board History........................................................168

Encyclopedia of San Francisco..............................................................................................................169

Feinstein City Official Charged in S.F. Teen-Age Sex Inquiry - Los .............................................................169

Board of Supervisors : Inauguration........................................................................................................169

MEET THE PLAYERS: STEVEN LAWRENCE RATTNER.............................................................................169

New York Pension Fund Investigation......................................................................................................169

Prosecution by Attorney General Cuomo.................................................................................................170

Dark Money | Mother Jones....................................................................................................................170

Follow the Dark Money | Mother Jones....................................................................................................170

Experts: 'Dark money' here to stay | TheHill.............................................................................................170

Steven Chu  - The Guy Who Broke Washington........................................................................................170

Geek Out Live With Rush Holt Town Hall | Crooks and Liars.....................................................................176

*Chu stepping down: ?I came with dreams and am leaving with a set* .......................................................176

Energy Secretary Chu Tries to Walk Back His Desire for Higher Gas ..........................................................177

Charles Homans: How Steven Chu Lost his Battle with Washington ............................................................177

PATRIOT OR TRAITOR | Steven Chu.......................................................................................................177

Most Corrupt Politicians 2012 - YouTube.................................................................................................177

Top 10 ""Most Corrupt"" List Dominated by Obama Administration "............................................................178

Steven Chu must go - Energy Dept. Disaster - Stand Up America US...........................................................178

The Green Corruption Files : Senator Harry Reid's Part in Green ...............................................................178

Steven Chu | National Legal and Policy Center.........................................................................................178

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Michelle Malkin | Summer of Corruption: Obama's billion-dollar ...................................................................178

Articles: Solar Energy: Popular but Corrupt - American Thinker.....................................................................178

House Oversight investigation reveals politics and corruption at the ..............................................................179

Green Corruption: Department of Energy ?Junk Loans? and ..........................................................................179

Raymond J. Learsy: Energy Secretary Chu Resigns Leaving Oil ...................................................................179

Newt Gingrich Calls For Steven Chu To Be Fired Over Solyndra ..................................................................179

Energy Secretary Steven Chu leaving administration.....................................................................................179

Washington's Most Corrupt Politicians - Lubbock Avalanche-Journal.............................................................180

*"On Solyndra, the buck stops with Secretary Steven Chu - Darren* .............................................................180

Another fly drops on Obama's face - Energy Secretary Steven Chu to ..........................................................180

Democrat CA Cong. George Miller (and lobbyist son) investigated ...............................................................180

Judicial Watch Announces List of Washington's ?Ten ... - Cry and Howl.......................................................180

Daily Kos: Open thread for night owls: Steven Chu has some ......................................................................180

Chu stepping down: ?I came with dreams and am leaving with a set ............................................................181

Citing Solyndra, House GOP Whip Says Steven Chu Should Be ... ".............................................................181

Steven Chu resigns and a tree falls in the forest | POWER Magazine............................................................181

Green the Color of Rotten Corruption - Bob Beauprez - Townhall..................................................................181

Video: Did Valerie Jarrett Push Corrupt Solyndra Loan Deal?.......................................................................181

*How F\*\*KED Over By Your Own Representatives Do you Need To Get Before You Get Upset?*..................182

Another Tesla Caught On Fire While Sitting In A Toronto ..............................................................................194

*Questioning the validity of the German Tesla ""Safety Report""*..................................................................201

Samsung exploding Lithium ion Galaxy COVER-UP Expose proves Danger of Lithium ion!............................203

Hard to Take the German Absolution of Tesla Fires Seriously........................................................................204

Tesla Safety Challenged! The Facts:.............................................................................................................206

Samsung exploding Lithium ion Galaxy COVER-UP Expose proves Danger of Lithium ion!.........................211

*"Tesla Breaks Automotive History Record for Wasted Money, It?s*...............................................................216

"COVERING-UP ?THE BIG FIX?, HOW THE STORY WAS HIDDEN FOR SO LONG"....................................216

Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt..............................................................221

The Arrogant VC: Why VCs are disliked by entrepreneurs, Part ..."...............................................................222

Which is more arrogant and elitist? - Page 15...............................................................................................222

The Arrogant Venture Capitalist: A View from the Trenches .........................................................................222

Bay Area Techie Rich: New Arrogant Elitists?Obama Radicals......................................................................222

Charles Dameron: Rick Perry's Crony Capitalism Problem - WSJ.com..........................................................222

Dave McClure is ripping VCs again: They're f\*\*\*ing arrogant .......................................................................222

Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ...................................................................222

Steven Lawrence Rattner - Suspect.............................................................................................................223

Vanity Fair tries to link Arrington rape accusation to Silicon Valley's ............................................................225

*Here is why they tried to ""KILL"" Micheal Arrington, Martin Eberhard, Snowden, Assange and the*..............232

Brainwashed by the cult of the super-rich....................................................................................................243

White, male startup companies get funding for being white and male ... ".....................................................244

michael parekh on IT\*: ON JOHN DOERR'S CLARION CRY AT ...............................................................244

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Silicon Valley Is a Big Ole Fraternity - The Wire..............................................................................245

Brogramming: The disturbing rise of frat culture in Silicon Valley ...................................................245

Brogrammers wanted: Kixeye's hiring strategy caters to male fantasies.........................................245

Gangbang Interviews"" and ""Bikini Shots"": Silicon Valley's ... "..................................................245

Brogrammers Bring Frat-House Ethos to Geek World of Coding .......................................................245

Michael Arrington, Jenn Allen, and the Dark Side of the Information ... "..........................................246

Elon Musk's partner is Google and the CIA. Journey to the (Revolutionary, Evil-Hating, Cash-Crazy, and Possibly Self-Destructive) Center of Google"................................................................................246

We need to talk about TED...............................................................................................................252

What is TED?....................................................................................................................................252

Who rules America?..........................................................................................................................256

THE CALIFORNIA CONNECTION IN THE CORRUPTION............................................................257

The Feinstein Connection:...............................................................................................................257

The State TAX Department Special Piggy Bank Connection & Tax Targeting (Like the IRS hits in DC):.........258

The ""Open Grant Program"" Piggy Bank that was not so open:"....................................................258

The EPA ""look-the-other-way"" fix:"..............................................................................................259

The ""Upstanding-State-Leaders-Don't-Actually-Do-Crimes"" Fallacy:"..........................................259

Is the Tesla GigaFactory a ""FRONT"" to conduit cash to the 2016 Presidential Campaign like Tesla was for the Obama campaign? Is Tesla getting Taxpayer money from Nevada to kick back to campaigns.........................260

Were John Doerr and Elon Musk copying the FDR BUSINESS PLOT?.............................................265

THE DEADLY TOXIC SECRET OF THE TESLA GIGAFACTORY: THE PUBLIC IS BEING LIED TO...........278

Musk partner: Panasonic ''covered up'' poisoning at battery factory, report claims ? "......................280

Air Quality Officials Sue Vernon Battery Recycling Plant Over ?Toxic ?...........................................280

Fate Of Vernon Battery Factory Shut Down Over Lead, Arsenic ? ".................................................280

Plea Agreement : U.S. v. Panasonic ? Department of Justice..........................................................280

Vernon Battery Recycling Plant Maybe Poisoned ?Hundreds of...................................................280

Regulators close Exide Technologies car battery recycler in Vernon...............................................281

Exide ordered to clean up toxic substances near Vernon plant ? Los ?...........................................281

High lead levels in soil near battery plant prompt health warnings ?................................................281

HowStuffWorks ?Pollution Caused By Building a Hybrid Car?.........................................................281

Task Force to Fight Battery Plant Pollution | NBC Southern California.............................................281

Battery recycling plant exposes Boyle Heights residents to ?.........................................................281

Safety and Health Topics | Battery Manufacturing ? OSHA............................................................282

Plant Closed Over Toxics ? Los Angeles Times..............................................................................282

Car Battery Recycling Plant Shut Down for Leaking Toxins ?..........................................................282

L.A. Battery Recycling Plant is a Bad Neighbor, Residents and ? "..................................................282

Remediation of Thomas Edison Battery Factory Brownfields...........................................................282

Film Description | Maquilapolis | POV | PBS...................................................................................282

Bhopal disaster ? Wikipedia, the free encyclopedia........................................................................283

Lead Free Frisco | A Community Dedicated to Ending Exide?s Lead...............................................283

Red Dust ? documentary on battery factory cadmium poisoning in Chinese women ?.....................283

Section 5 ? V. Health Effects ? OSHA............................................................................................283

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Follow the Things | Electrical | Red Dust.................................................................................283

China battery Lead Poisoning: Over 600 Sickened In Latest Incident ?........................................284

Literature Reviews ? Neurology,Toxicology, Medical Consulting ? "..............................................284

China is suffering from intense soil pollution from battery factories | The World of Chinese..........................284

Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Battery  Metals ".....................................284

Heavy Metal Poisoning In Tesla Batteries | EDTA Chelation Therapy............................................284

Is Cadmium a Cause of Human Pancreatic Cancer?.................................................................284

Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO.......................................285

*Cadmium and cadmium compounds ? IARC Monographs on the*...................................................285

Fact Sheet ? Community Waste Prevention Toolkit: Battery.......................................................285

*Lead poisoning in China?s battery factories ? Jason Gooljar | WFPman*........................................285

Medical findings in nickel-cadmium battery workers...............................................................285

China Battery Factories Story 5 ? Deadly Dust ? The Salt Lake Tribune........................................285

BBC News ? China shuts battery factories due to toxic  poisoning...............................................286

Toxic Battery Factories Take Toll On China?s Labor Force ? WSJ.................................................286

Nickel-Cadmium Batteries ? Red Dust ? A Documentary Film......................................................286

The Epoch Times | Behind the Cadmium Poisoning of Guangdong ?................................................286

Toxic poisoning near Huaqiang Battery Factory, China | EJAtlas "...............................................286

Business & Human Rights : GP Batteries (part of Gold Peak)......................................................286

*Heavy Metal Poisoning | Doctor | Patient.co.uk*.................................................................286

The toxicity of cadmium and resulting hazards for human health..................................................287

GIGAFACTORIES: ARE THEY SOLYNDRA SCAMS.................................................................287

Heavy metal poisoning ? House Wiki..............................................................................287

*Cadmium poisoning ? Wikipedia, the free encyclopedia "*........................................................287

Report on the Gold Peak Cadmium 4 Poisoning Case.............................................................287

Panasonic ?covered up? poisoning at battery factory, report claims ? "........................................287

*Background information on cadmium poisoning in support of a ?fact*............................................287

Gold Peak ? Wikipedia, the free encyclopedia "..................................................................288

Case studies: Occupational exposures and solutions.............................................................288

The Nephropathy of Chronic Cadmium Poisoning ? Springer......................................................288

*Individual Susceptibility to Cadmium Toxicity and Metallothionein*............................................288

*Workplace poisoning killing millions of Asians each year, says new ?*.........................................288

A review on occupational and environmental intoxication ? Bioline ?............................................288

Toxicological Profile for Cadmium ? ATSDR ? Centers for Disease ?.............................................289

Lead Poisoning News from China, January 2010 "................................................................289

China Shuts Battery Factories Due to Lead Poisoning ? China Digital ?.........................................289

Lead Poisonings Prompt Nationwide Shut Down Of Battery Factories ?...........................................289

Health Concerns with Batteries ? Battery University..............................................................289

*Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals*..............................................289

CAS 7440-43-9 ? SCOEL Recommendation adopted in 2010.....................................................290

Heavy Metal Poisoning ? National Organization for Rare Disorders..............................................290

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Health Dangers of Cadmium ? Global Healing Center...........................................................................290

Poison: The High Cost Of Cheap Batteries ? Consumerist.........................................................................290

Low level exposure to cadmium and early kidney damage: the ?.................................................................290

symptoms lead poisoning, heavy metal poisoning, heavy metals ? "............................................................290

Biological Monitoring of Cadmium Exposed ? ? ResearchGate...................................................................291

Cadmium babies | ThinkingShift.................................................................................................................291

Hybrid Battery Toxicity ? HybridCars.com.................................................................................................291

Summary of Mass Lead Poisoning Incidents ? Occupational ?....................................................................291

Heavy Metal Poisoning ? Medical Dictionary ? The Free Dictionary...........................................................291

Heavy Metal: 12 Million Tons of Chinese Rice Contaminated | TIME ?.......................................................291

*Lead Nephropathy ? Medscape Reference*..................................................................................................291

Cadmium Compounds RfC...........................................................................................................................292

*nickel iron battery information*....................................................................................................................292

General Principles of Poisoning: Poisoning: Merck Manual ?......................................................................292

Changes in Permissible Exposure Levels of Toxic Substances and ?............................................................292

*Cadmium Toxicity Summary. ? The Risk Assessment Information ?*...........................................................292

BBC News ? China shuts battery factories due to lead poisoning.................................................................292

Lead Poisoning in China ? The Hidden Scourge ? NYTimes.com.................................................................293

poisoning near Huaqiang Battery Factory, China | EJAtlas "........................................................................293

Chinese factory blamed for poisoning ? CNN.com.......................................................................................293

*THE DEADLY BATTERY FACTORY IMMIGRATION COVER-UP COMING TO THE U.S*............................300

"Tesla battery plant faces skepticism from stakeholders, analysts"................................................................312

RETRIBUTIONS AND DEATHS...................................................................................................................315

The White House Wades Deeper Into Character Assassination ?..................................................................315

Character Assassins Of Public Figures ? OvercomeBullying.org..................................................................315

The Deadly Art of Character Assassination ? The Real Truth Magazine........................................................316

Campaign billionaire backers put a hit on a ?Green Energy? competitor who isn?t in their frat club:............316

The Strange Death of Clean-Tech CEO Whistle-blower Gary D. Conley.......................................................320

Elon Musk Companies, are they are just scams? | Wall Street Oasis "...........................................................349

Tesla Co-Founder Eberhard Sues Elon Musk, Tesla - Jalopnik "..................................................................349

The Character Assassination of Martin Eberhard by Elon Musk ..................................................................349

Why is Peter Thiel considered the leader of ""Paypal Mafia"" when ... "........................................................349

"An alternate history according to Elon Musk He does . ... several hundred, built the customer service & fraud center, added debit card & money market funds and   .."...............................................................................349

Elon Musk Unveils His Latest Taxpayer Boondoggle - Minx.........................................................................349

Tesla's Elon Musk: ""I Ran Out Of Cash"" - Business Insider "....................................................................350

Carney: Green stimulus profiteer comes under IRS scrutiny .......................................................................350

*The Tesla Patent Giveaway SMOKE SCREEN!  A* ......................................................................................350

IRS Investigating Green Stimulus Recipient And Obama Donor | The ..........................................................350

SpaceX Files Suit Against US Air Force - Slashdot......................................................................................350

Elon Musk's SolarCity Sues Government For More Subsidies | Zero ............................................................350

THE BOOK OF TESLA: Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Customers tell horror stories of solar company that gets $422M in tax ..........................................................351

*Come Saturday Morning: Yup, Hyperloop's a Joke | Firedoglake*...................................................................351

Dmitri Grishin is like a Russian Elon Musk ? He's Got Big Ambitions ...........................................................351

Why Elon Musk is a Poor Person's Worst Nightmare | Santa Cruz ................................................................351

More Than Half Of Green Car Companies Receiving Stimulus ......................................................................351

The Dept. of Energy/VC Billionaire Epic Cluster-F*ck .................................................................................351

The Obama you don't know .. By Mark Tapscott and Richard Pollock ...........................................................352

The Green Corruption Files : Top D.C. Lobbyist McBee Strategic ................................................................352

THE TESLA INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud ... "...................................................................352

Analysis: Tesla may have made over $100 million off the CARB ...................................................................352

A management mess in the Obama administration? - The Arena ..................................................................352

Green Explored...............................................................................................................................................353

Tesla Motors, Inc. Gets Frustrated: ""This Is an Affront to the Very ... "..........................................................353

Obama Contributors and the Stimulus Scandal page 2...............................................................................353

BBC News - Tesla head Elon Musk's 'high-risk' patent gamble.....................................................................353

Tesla CEO Elon Musk expects 'hundreds' of battery gigafactories................................................................353

Tesla entangled in delivery, trademark disputes in China?Economy ... "........................................................353

Elon Musk  A Fact-Swarming Wiki................................................................................................................354

Elon Musk's SolarCity Sues Government For More Subsidies | Zero .............................................................354

Tesla - Capitalism and Carmageddon - Death by Car....................................................................................354

Elon Musk: Obama's Triple Dipper [Reader Post] | Flopping Aces.................................................................354

Loopy Ideas Are Fine, If You're an Entrepreneur | Pedestrian ... "..................................................................354

RIGHT TO BUILD? Campaign against ELON MUSK and Tesla .....................................................................354

What is Stock Fraud? | Visual Capitalist........................................................................................................355

Romance and Reality for SpaceX - Satellite Spotlight - TMCnet...................................................................355

CALIFORNIA: Elon and Justine Musk Divorce at a glance | Divorce ............................................................355

If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "........................................................355

Sen. Paul Amendment Bars Revolving-Door Corruption in Federal ..............................................................355

THE QUESTIONS TESLA MOTORS REFUSES TO ANSWER:......................................................................381

Hackers hacking Tesla to eavesdrop, manipulate GPS, make batteries blow up and generally screw with the car: Most easily hackable car in the world.....................................................................................................424

*One Model S owner hacks his car, and gets a warning from Tesla* ...............................................................426

Tesla Model S security system vulnerable to outside hacking | The ..............................................................426

Tesla Hires ""Hacker Princess"" To Boost Car Security - Car Tech ... "...........................................................426

*Tesla Model S Has Hidden Ethernet Port, User Runs Firefox On the ... "*.....................................................426

THE AFGHANISTAN INVESTIGATION:.........................................................................................................436

The future of Silicon Valley may lie in the mountains of  Afghanistan............................................................439

Shallow Analysis Deems DOE Electric Vehicle Loans a Success..................................................................543

*Obama Subsidized Electric Car Company Tesla Investigated for Fires*........................................................546

Tesla just got a $30-million tax break..........................................................................................................556

You will never find a more wretched hive of scum and villainy." - George Lucas/ Obi Wan Kenobi"...................565

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Collateral Damage Victims.................................................................................................................565

Facilitating Contractors for Cartel Effort...........................................................................................566

States Whose Tax and Operations Offices, in Their State Capitals, Participated in Cover-Ups and Kick-Backs"
....................................................................................................................................................566

TESLA'S MONEY LAUNDERING CONSULTANT: DELOITTE.......................................................567

SPACE X ROCKET DISASTER! ELON MUSK?S DREAM UP IN SMOKE! FIRE IN TEXAS!...........569

IS SPACE X NASA CONTRACT ANOTHER PAYOFF FOR CAMPAIGN BACKERS?......................570

   Elon Musk ? Obama's Triple Dipper...............................................................................................570

Prostitutes!!! Lot?s of them! Sex and The Politicians.......................................................................575

Tesla=Battery Swap ''doesn't work already......................................................................................595

Elon Musk's Buddies at The New America Foundation.....................................................................596

   Did Elon Musk Mislead Fox About Problems At Tesla?.................................................................613

Russian Mobsters!!! in DOE Funding and Silicon Valley?................................................................614

   *ELIO MOTORS CAR FUNDING WILL DISCLOSE DEPARTMENT OF ENERGY RIGGING SYSTEM*.........621

   Does Elon Musk hate Hydrogen because his insider trading kickback schemes with Reid, Feinstein and the Silicon Valley VC?s are in the competing Lithium batteries...........................................................623

   The Curious Case Of The Corrupt Spies. Why do so many ex-spiees work for Elon Musk?..........................625

   3 Tesla top engineers die when plane hits N. Calif. Home: Boston Brakes?....................................638

   Multiple European Bankers who greased the skids for Tesla's NO REVIEW,NO ACTUAL SAFETY INVESTIGATION FAKE CERTIFICATION and STOCK PUMPING, NOW DEAD"........................................639

   Steven Chu lives in Fantasy World.................................................................................................643

   The White House, John Doerr and Elon Musk use Gawker Media to Character Assassinate U.S. citizens….645

   Justine Musk AND EX WIVES/GIRLFRIENDS On DIVORCE WARS, AND OTHER BLOGS, reveal the Dirty On Elon Musk"...................................................................................................................650

The Deloitte/Tesla Connection: Partners in Corruption.....................................................................656

   Tesla Owner Buyers List Out in the Public. No privacy for Tesla Owners!          "If you bought a Tesla, you are now going to get marketed to and pleaded with by community service groups around the world. It seems that, in addition to each Tesla being rigged to spy on you everywhere you go and watch how you use the Tesla over the internet without you knowing about it, as Elon Musk admitted in his fight with the NY Times reporter, The Tesla marketing group has sold the Tesla buyers list to other marketing groups who then sold the list openly on the market. Now Tesla owners all over the world are getting emails          662

Solyndra sits on the same land as Tesla and has all of the same crooks involved.............................667

   Solyndra: Where Did the Money Go?..............................................................................................667

FBI Raids Solyndra Offices as Part of Probe.....................................................................................672

   Eric Schmidt's Coup: How Tesla' silent partner: Google, manipulates the news so that the truth about Tesla is hidden.............................................................................................................................675

Don't look so smug: Your Tesla might be worse for the environment than a gas car..........................687

   Elon Musk ? Obama's Triple Dipper [Reader Post ......................................................................724

   Elon Musk: With Jobs Gone, Google Will Win Mobile (And Look ..."...........................................725

   CALIFORNIA: Elon and Justine Musk Divorce at a glance .........................................................725

   Tesla's Elon Musk posts data from disastrous New York Times ...................................................725

   Elon Musk | DOE Manipulated Funding Investigation: A project ..................................................725

   Nevada's Tesla Plant Win Comes With Steep Price Tag - DailyFinance........................................725

   *Steven Chu Reaches for the ?Master Switch*...............................................................................726

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

PATENTS SHOW MUSK KNEW CARS WERE UNSAFE!...............................................................................728

Deadly Smoke and Fumes........................................................................................................................729

NHTSA has now called Musk a Liar TWICE................................................................................................730

Did Musk just admit a felony on live TV?..................................................................................................731

Uber Scandal !!!! ?..................................................................................................................................731

Active Tesla Fraud-Related Lawsuit Countdown Score-Card......................................................................731

If GM had to do a recall for a potential thing, why didn't Tesla have to do one for an actual thing?....................731

Investigators would like to hear from you.................................................................................................732

Corporate testing videos have now been uncovered..................................................................................732

Another Tesla Investigation for fraud........................................................................................................732

Tesla turns out to be bad for the environment...........................................................................................732

Tesla fires Can't be ignored no matter what the CEO says.........................................................................732

Another Tesla Factory Fire!......................................................................................................................733

Acts like solid ""rocket fuel""....................................................................................................................733

Additional Tesla Fire News Expose Links...................................................................................................733

Bad Engineering......................................................................................................................................733

Understanding Tesla's Life Threatening Battery Decisions.........................................................................733

Tesla Shill ""reporters""?:........................................................................................................................734

Tesla and their investor shills...................................................................................................................734

TESLA SUCKING: TOO MUCH ENERGY.......................................................................................................734

Sudden Job Openings At Tesla.................................................................................................................734

TESLA COVER UP.....................................................................................................................................734

Tell The U.S. Government to order Tesla to remove all Lithium Ion chemicals from it's cars!............................734

Lithium ion = Bad Stuff............................................................................................................................735

Obama Subsidized Electric Car Company Tesla Investigated for Fires............................................................735

Another Tesla Movie.................................................................................................................................735

SHOCKER EXCLUSIVE!!!!!.........................................................................................................................735

YET ANOTHER securities fraud investigation launched on Tesla...................................................................736

Musk Claim of Fewer Tesla Fires Questioned............................................................................................736

ELON MUSK CANCELS HIS CROSS COUNTRY DRIVE IN A TESLA..................................................................736

NOW look at what is blowing up!!!............................................................................................................737

iPad Air lithium ion battery explodes, erupting with smoke and flames in retail ..."............................................737

iPad Air ion battery EXPLODES leading to mobile phone shop evacuation ....................................................737

iPad Air ion battery EXPLODES INTO FIREBALL as terrified fanbois flee ......................................................737

iPad Air ion battery explodes at retail store in Australia.............................................................................737

iPad Air ion battery explodes in Vodafone store | CellularChief...................................................................737

iPad air ion battery explodes in Australia, fire department had to be ..."......................................................738

MATH: If one IPAD can take out a whole store and a Tesla has the equivalent of thousands of IPAD batteries in each car........................................................................................................................................738

Another CLASS ACTION lawsuit against Tesla............................................................................................738

Who are the ""Lithium ion VC's""?...........................................................................................................738

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Tesla Loan was hard-wired..................................................................................................................739

The Tesla cars AND the Factory AND the workers catch on fire........................................................739

XPOSE: Here is a video made by Tesla's own employees about their product.....................................739

WATCH THIS VIDEO OF A TESLA BURNING AND BLOWING UP BECAUSE OF BATTERY UNHAPPINESS.
...........................................................................................................................................................739

The Lithium ion profiteering scam......................................................................................................739

"Everyone was warned about this.......................................................................................................740

Tesla Fraud Lawsuit by Clancy...........................................................................................................740

ADDITIONAL LITHIUM ION FIRES...................................................................................................740

Lithium ion blowing up even more than usual.....................................................................................740

Did any other California company get the same perks as Tesla?.......................................................740

Over 22 Tesla Battery Pack Fires?.....................................................................................................740

Tesla knew this was coming................................................................................................................740

How to spot a shill Notice that Tesla has............................................................................................740

Tesla Failures push Auto Industry to Fuel Cell Cars...........................................................................740

The 'Secret' Reason To Sell Your Tesla Shares Now..........................................................................741

Tesla's getting cooked in lithium ion battery fires..............................................................................741

KNOWN DANGERS............................................................................................................................741

Does Driving a Tesla cause Rectal, or Anal, Itching...........................................................................741

Boeing Lithium Ion Batteries Blew Up for No GOOD Reason too:"....................................................741

TESLA FANBOY CONFESSION..........................................................................................................742

The Tesla Nod: A subtle way to acknowledge Fellow Tools................................................................742

TESLA DRIVERS FOUND TO LOVE DRUGS AND KINKY SEX RESEARCH....................................742

Tesla driver charged with using his Tesla for MANSLAUGHTER.......................................................743

THE TESLA ANTI-DOUCHE BAG MOVEMENT RISES.......................................................................743

Tesla shares slip more on reports of third fire, other car problems.....................................................744

How Lithium Ion got cooked into one big VC scam..............................................................................745

""Dude, Where's my car.. err, uh.. my company...................................................................................745

VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!...........................................................758

How Fisker and Tesla backers killed the new American auto industry on purpose.............................760

Tesla Roadster facing ?brick? battery problems?          "..................................................................760

Why Has Obama had such a record number of top staff resignations?..............................................760

How big a failure was Steven Chu?s DOE car Program?....................................................................765

Beware! Tesla is a bubble just waiting to burst..................................................................................765

Is Elon Musk a Sociopath?.................................................................................................................766

Auto industry revenge strikes Tesla, reduces value of Tesla?s by $30,000.00"..................................767

Cornell University Says Tesla Batteries Are Failed in Technology and Plans......................................767

    *Exclusive: Obama Department of Energy Loan Application [Biff Spackle]*....................................768

More Vehicle Issues are Reported. FANBOY Confesses          "TESLA FANBOY CONFESSION.......768

Using the guise of charging station ""announcements"" to cover a midnight release of financial data that portends
the end of Tesla....................................................................................................................................771

Fisker Files For Bankruptcy. Owes $1 Billion....................................................................................778

THE BOOK OF TESLA - Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Page 19  EXHIBIT 91 – Case # 22-cv-1107-TSH, Norcal 9th District

Taxpayers hand millionaires $139 million on Fisker Karma loss..........................................................................779

Federal 'bet' on Fisker ends in bankruptcy.........................................................................................................779

Fisker Bankruptcy in dispute Fisker Automotive?s.............................................................................................781

Senator Charles , Consumers Union and other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker."...................................................................................................782

Eric Holder didn?t send any bankers to jail because his law firm WORKS FOR the bankers. Bank Regulators secretly recorded giving bankers a pass. Holder guilty of criminal conspiracy?.................................................782

Howdy? to the ACTUAL 1% Illuminati ! How they copied the Mafia?s Playbook:.................................................788

    Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt.............................................................789

    "The Arrogant VC: Why VCs are disliked by entrepreneurs, Part ..."............................................................790

    Which is more arrogant and elitist? - Page 15.............................................................................................790

    The Arrogant Venture Capitalist: A View from the Trenches .......................................................................790

    Bay Area Techie Rich: New Arrogant Elitists?Obama Radicals......................................................................790

    Charles Dameron: Rick Perry's Crony Capitalism Problem - WSJ.com..........................................................790

    Dave McClure is ripping VCs again: They're f***ing arrogant .....................................................................791

    Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ..................................................................791

"Steven Lawrence Rattner...............................................................................................................................791

Vanity Fair tries to link Arrington rape accusation to Silicon Valley's ................................................................793

BLOOMBERG: Tom Steyer: The Wrath of a Green Billionaire..............................................................................793

Team Obama Releases List of Campaign Bundlers?...........................................................................................794

Obama releases list of top money 'bundlers'.....................................................................................................794

Trolling the illuminati!....................................................................................................................................795

Here is why they tried to ""KILL"" Micheal Arrington,.......................................................................................797

    "White, male startup companies get funding for being white and male ... ".....................................................804

    *michael parekh on IT*: ON JOHN DOERR'S CLARION CRY AT .................................................................804

    Silicon Valley Is a Big Ole Fraternity - The Wire..........................................................................................804

    Brogramming: The disturbing rise of frat culture in Silicon Valley ................................................................805

    Brogrammers Bring Frat-House Ethos to Geek World of Coding ..................................................................805

    "Michael Arrington, Jenn Allen, and the Dark Side of the Information ... ".....................................................805

    "You've heard the story. Larry and Sergey drop out of school, start a company in a garage, then become billionaires. But will Larry and Sergey ever grow up.................................................................................805

We need to talk about TED.............................................................................................................................811

Let me try to sum up the VC's TED party concept,...........................................................................................814

    HOW KLIENER PERKINS TOOK OVER THE WHITE HOUSE...................................................................815

    Investor compares U.S. wealth debate to Nazi Germany - Jan ...................................................................815

    Tom Perkins's Unhinged Nazi Rant - Bloomberg..........................................................................................815

    Tom Perkins Facing Heat Over Top 1%-Nazi Analogy - Businessweek............................................................815

    Billionaire Tom Perkins under-fire for likening criticism of .........................................................................815

    Tom Perkins WSJ Letter - Business Insider.................................................................................................815

    VC legend Tom Perkins creates a Nazi problem for himself.........................................................................815

    Investor Tom Perkins likens critics of the rich to Nazis - SFGate.................................................................816

EXPOSE!: Failed due diligence metrics discovered in investigations...................................................................816

THE BOOK OF TESLA - Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Did Tesla bankers at Deutsche Bank order German?s to give Tesla a wave-through on safety review that never actually happened?.................................................................................................................................................828

BRIBERY and CORRUPTION revealed to have launched and maintained some car companies.....................833

The Mike Cheiky Story................................................................................................................................833

Did White House order ?no more DOE Loans to be funded............................................................................834

Emails show Obama admin used DOE loan money to help Harry Reid?s 2010 campaign...............................835

Another Obama bundler benefits from DOE loan............................................................................................836

Stock Analysts Say Tesla is Doomed.............................................................................................................836

Steven Lawrence Rattner        - SUSPECT.....................................................................................................838

    Secret Tapes reveal Tesla's Goldman Sachs i-bank is in Bed with Obama Administration............................843

    Tapes showing meek oversight of Goldman are about to rock Wall  Street.....................................................843

    Warren Calls for Hearings on New York Fed Allegations...............................................................................844

    Secret  Goldman  Sachs  Tapes Reveal Culture Of  Corruption  At ..............................................................846

    How Corrupt is  Goldman  Sachs? - Wealth Daily........................................................................................846

    Goldman  Sachs  tears apart another European government - Daily Kos.......................................................846

    The People vs.  Goldman  Sachs  | Rolling Stone.........................................................................................846

    How Many Corrupt Ways Does Goldman Sachs  Make Money? Let's...........................................................846

    Finally, a  Goldman  Sachs  Executive Speaks the Truth | John R. Talbott"...................................................847

    Goldman  Sachs  underwrites US$1.6 billion of 'under the radar ..................................................................847

    *11 Reasons Why America Would Be A Better Place Without* .......................................................................847

    I'm Doing God's Work CEO of World's Most Evil and Corrupt Bank ............................................................847

    Jon Corzine - Wikipedia, the free encyclopedia"..........................................................................................848

    CORRUPT ACROSS THE GLOBE: How  Goldman  Sachs  Helped ...........................................................848

    Secret  Goldman  Sachs  Tapes Reveal Culture Of  Corruption  At ..............................................................848

    How  Goldman  Sachs  Helped Corrupt Politicians to Screw the Greek .........................................................848

    HRC: Corrupt CEOs Are Not Spokespeople for Equality ............................................................................848

    Hours Of ""The Secret  Goldman  Sachs  Tapes ... - Zero Hedge".................................................................849

    Goldman  link to China  corruption  probe - FT.com.....................................................................................849

    Goldman  Sachs  Drops a Bombshell on Wall Street.....................................................................................849

    Goldman  Secret Greece Loan Shows Two Sinners as Client .......................................................................849

    Why I Am Leaving  Goldman  Sachs  - NYTimes.com...................................................................................849

    Heist of the century: university  corruption  and the financial crisis ..............................................................849

    Occupy  Goldman  Sachs  | Facebook............................................................................................................850

    Big Banks Conspiracy is destroying America - MarketWatch........................................................................850

    Is  Goldman  Sachs  corrupt, honest, or somewhere in between? - Quora".....................................................850

    The Firestorm Over  Goldman  Sachs  - NYTimes.com..................................................................................850

    Code of Business Conduct and Ethics -  Goldman  Sachs..............................................................................850

    Massive government  corruption  hidden by focus on  Goldman-Sachs  .........................................................850

The FED IS Wall Street!...............................................................................................................................851

HOLDER: OUT! What is the REAL Reason he is getting out of Dodge?.........................................................864

Elon Musk spends billions on research and PR companies to confirm that he is the most Interesting..............869

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Elon- not so nice?......................................................................................................................870

Understanding Tesla?s Life Threatening Battery Decisions.............................................................871

Tesla hacked to broadcast occupants conversations to all nearby cars............................................872

Will the Real Government Motors Please Stand Up?......................................................................872

   Silicon Valley CLEANTECH billionaire Vinod Khosla loses lawsuit in ...........................................873

HOW THE PUBLIC GETS INFO:..................................................................................................876

   Deadly fires. Deadly vapors released by Tesla Fires. Lithium Ion cars burn homes down.............876

Tesla Motors Inc (NASDAQ:TSLA) Faces Tough Time With Flawed Car Design................................877

   *Elon Musk says his batteries are ""safer than gasoline"" but he lies*............................................877

UNCOVERED:! Tesla's own government documents, which Tesla authored, which disclose the horrifying reality of their batteries in Tesla Motors own words.......................................................................877

Tesla batteries combined with fire and tesla plastics = slow death sentence.....................................878

At the Tesla Factory in Fremont California.....................................................................................878

"Firefighters have now confirmed that the Tesla SIMPLY HIT A BUMP IN THE ROAD and the deadly LITHIUM ION Batteries in the TESLA exploded into flames................................................................878

Tesla COVERING UP regular fires...............................................................................................878

Engineer Mark Schrader calls Tesla: ""Liars""...............................................................................879

   Tesla Fire is About Rushing, Subsidizing Immature Technology, Not Stock Price"........................880

   How Safe are Lithium-Ion Batteries?......................................................................................881

   Does Tesla?s Battery Fire Tempt Boeing to Schadenfreude?.....................................................882

Silicon Valley College 'sugar babies' date Tesla executives for cash...............................................882

   Tesla's buddies at Kleiner Perkins have a sex discrimination case that will stay in public eye......886

   *Bob Winston: Elon Musk, I say you are a mobster, so SUE ME!*...............................................886

   Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars...........................................887

   Elon Musk Companies, are they are just scams? | Wall Street Oasis"..........................................887

   Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"..................................................887

   TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ........................................887

   Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam..........................................888

   Tesla CEO Elon Musk Takes on Car Dealers - Corporate ........................................................888

   Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ..."..................................................888

   News | Scams & Rip-Offs - Clark Howard................................................................................888

   Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ........................................888

   AT&T's NEXT ripoff, Elon Musk's Hyperloop, and Apple's Kinect .."..........................................889

   Elon Musk ? Obama's Triple Dipper [Reader Post ...................................................................889

   Elon Musk | Switch.............................................................................................................889

   Elon Musk on 60 Minutes: ""I didn't really think Tesla would ..."................................................889

   Does Elon Musk Think We're All Complete Fools? - TheStreet....................................................889

   Sherman: Elon Musk, Welfare Queen - blogspot.com"..............................................................889

   Elon Musk's Brilliant, Paradoxical, and Ultimately Crazy .."......................................................890

   Elon Musks Wealth | Celebrity Net Worth...............................................................................890

   Elon Musk | DOE Manipulated Funding Investigation: A project .................................................890

   Elon Musk Gets Government Loans, Buys $17 Million House......................................................890

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Can megaresorts scam Tesla-style freebies?..................................................................................891

GIGa-Factory  A Fact-Swarming Wiki..............................................................................................892

Tesla Gigafactory Incentives Being Reviewed by Nevada - Yahoo ................................................892

Is Tesla's Gigafactory Really Just Too Ambitious? - Tesla ............................................................892

Tesla Hit By Another Harsh Review - The Huffington Post..............................................................892

Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars............................................893

Elon Musk Companies, are they are just scams? | Wall Street Oasis"...........................................893

Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist".....................................................893

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ............................................893

Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam...........................................893

Tesla CEO Elon Musk Takes on Car Dealers - Corporate ............................................................894

Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ..........................................894

El Rrun Rrun: Boca Chica in The Days Before the Spacex Scam...................................................894

Elon Musk | DOE Manipulated Funding Investigation: A project ....................................................894

Elon Musk Gets Government Loans, Buys $17 Million House  ".....................................................894

Did WSJ Energy Journalist David Bird know too much  about Elon Musk?.....................................895

Tesla suddenly announces new funding raise but lies about what it is for:......................................897

U.S. reports $9.7 billion loss on General Motors car bailout ..........................................................897

Google Kickbacks. Tesla Connected?.............................................................................................897

*US senator Chuck Grassley has now been targeted by an elite programming team at Google*.....................898

TESLA PR Manipulation BS!-..........................................................................................................898

IS SPACE X NASA CONTRACT ANOTHER PAYOFF FOR CAMPAIGN BACKERS?.......................899

Elon Musk ? Obama's Triple Dipper [Reader Post ....................................................................899

ELON MUSK sues U.S. Taxpayers for not giving him more ........................................................899

Crazy On Tap - Who's right, Musk or NASA..................................................................................900

Tesla's Kickback Program | THE TESLA INVESTIGATION..............................................................900

Feds indict Obama friend Eric Whitaker's former chief of ............................................................900

anti-kickback | The Cornell Journal of Law & Public Policy............................................................900

EL AZOTE DE DIOS: Elon Musk is perhaps a thief??, "................................................................900

Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars............................................901

Elon Musk Companies, are they are just scams? | Wall Street Oasis"...........................................901

Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist".....................................................901

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ............................................901

Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam...........................................901

Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing  ...  "...................................................902

Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ..........................................902

*U.S. Senator: Tesla money came from ?one of the most disastrously mismanaged and corrupt programs in U.S. history*................................................................................................................................902

Who is Dianne Feinstein?................................................................................................................903

*Who do we trust anymore?*...........................................................................................................905

*"GLENN GREENWALD:*...............................................................................................................905

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Now Feinstein is trying to cover her tracks ............................................................................................905

"If Feinstein's husband turns out to be a spy for China, ...........................................................................905

Husband's Business Ties to China Dog Feinstein - Los Angeles .................................................................905

"Ok, Here is the most extreme theory ever, but it is amusing:" ..................................................................905

Credits fueled Tesla stock sale? Tesla manipulating stock reports? .............................................................905

#Credits fueled Tesla stock sale? ..............................................................................................................907

Department Of Justice, Media Matters Coordinate To Attack Reporter" .............................................................907

GOOGLE IS TESLA'S PARTNER IN COVERING UP TESLA DIRT AND HYPING TESLA STOCK PUMPS.....909

Adding up the Lies in The Tesla Department of Energy application: ....................................................................920

Omerta? : Keeping the Dark Secrets of Dark Money!!! ....................................................................................922

The Dark Side Of Tesla?s Masterful Short Squeeze ...................................................................................922

Treasury abd OMB letters and documents reveal Tesla got ""UNJUST REWARDS"" .........................................924

"1. Elon  Musk  Companies, are they are just scams? | Wall Street Oasis" ......................................................924

2. Tesla - Capitalism and Carmageddon - Death by Car ...............................................................................924

"3. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes" ....................................................924

4. Elon  Musk  on 60 Minutes: ?I didn't really think Tesla would be ................................................................925

5. Video:  Elon  Musk  Tells Fox Business That ?Tsunami of Hurt Coming ......................................................925

6. Elon  Musk  Is Playing With Fire ? and Tesla May Get Badly Burned ........................................................925

7. Tesla's  Elon  Musk  posts data from disastrous New York Times test ........................................................925

8. Elon  Musk  Replies To Sarah Palin Insult - Business Insider .....................................................................925

9. Tesla's  Elon  Musk  & NY Times: Disturbing Discrepancies On Model ......................................................926

10. Elon  Musk  Unveils His Latest Taxpayer Boondoggle - Minx.cc ..............................................................926

Pomerantz Law Firm Has Filed a Class Action Against Tesla Motors, Inc. and Certain .......................................926

WHY WE NEVER GOT OUR JETPACKS! .....................................................................................................927

Dianne Feinstein Husband rail industry stops technology to prevent derailments ...........................................927

Killing Mike Chieky: Silicon Valley VC's want total control of ''Green Energy'', but only their version, so they ?
kill? off the outsiders!" ...............................................................................................................................928

HOW THEY KILLED THE ELECTRIC CARS .....................................................................................................929

GRANTS AS CAMPAIGN KICKBACKS: Companies run by biggest donors have won millions in state grants:
records ....................................................................................................................................................931

"Is the US system rigged for the rich? (Canada, dollars, high ..." ..................................................................935

COPS Reform: Why Congress Can't Make the COPS Program Work ...........................................................935

Public Group Requests Audit of Federal Grants to Department ....................................................................935

Commissioners reject Sustainable Communities initiative ............................................................................935

Controversies - Homeland Security Grants Rigged to Favor .......................................................................935

Hawaii Loses Federal Grant For Early Childhood Learning .........................................................................936

"Proposed giant EPA land-grab is rigged, conflicted and corrupte" ..............................................................936

What Is Qui Tam | Definition | Waters & Kraus ..........................................................................................936

Reason Foundation - Insights on the Federal Transit ..................................................................................936

"Winners, Losers and Competitive Grants | National Opportunity ..." ..............................................................936

Commissioners reject Sustainable Communities initiative ............................................................................937

HHS Sends $5.9 Million to Program Run by Obama Buddy | The ................................................................937

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Minor parties silenced by funding laws - New Haven Register.....................................................................937

this link...................................................................................................................................................937

Government Grant | Crony Chronicles.......................................................................................................937

"Crony capitalism - Wikipedia, the free encyclopedia"...............................................................................938

"""For profit"" colleges are crony capitalism at its worst ..."........................................................................938

Eliminate Community Development Block Grants | RealClearPolicy............................................................938

Government handout critic Marilinda Garcia authored NH law ...................................................................938

PDF Crony Capitalism and Community Development Subsidies...................................................................938

Silicon Valley lobbyists trying to get out of paying inventors.............................................................................942

Taxpayers? loss on GM bailout looks to be over $10 billion..............................................................................942

Another Rich Douchebag Car Company charged with bribing government officials re: crony kickbacks.......942

Rolls-Royce Holdings said the U.K.'s Serious Fraud Office.........................................................................943

Rolls-Royce Says SFO Opens Formal Probe into Corruption .....................................................................943

Rolls-Royce may face prosecution over corruption charges .......................................................................943

Rolls-Royce faces prosecutions and fines in Asia corruption probe.............................................................943

SFO launches formal bribery investigation at Rolls-Royce - Telegraph........................................................943

"Rolls-Royce Faces Corruption, Bribery Allegations | InvestorPlace ".........................................................944

"Rolls-Royce Faces Corruption, Bribery Allegations. It's CEO says the company and executives could face charges."...............................................................................................................................................944

For Sale: Deadbeat Fisker electric-car loan....................................................................................................944

"What are the things the media has said, that Tesla did, that was....................................................................944

Deaths, so far, In These Cleantech Scandals! Murders and Acquisitions..........................................................946

Suppression and Termination Technologies.....................................................................................................949

Outing SHILL REPORTERS who are compensated for rigged stories................................................................957

BIG TROUBLE FOR A LITTLE COMPANY CALLED TESLA:............................................................................958

Solyndra just the tip of the iceberg in $300B U.S. Treasury embezzlement cover up! The................................961

Running the Scam.........................................................................................................................................963

9 questions for Tesla?s Elon Musk;.................................................................................................................963

Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars................................................................965

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...............................................................965

The Strange Death Of Tesla's investor's buddy: Karl Slym...............................................................................968

But this story isn't about Indian Elitists..........................................................................................................970

Silicon Valley Meddles in India's Elections | VICE United States.......................................................................970

The Silicon Valley Lithium Connection: "Medvedev tours Twitter , Silicon Valley - SFGate"..............................971

"In Silicon Valley, Medvedev Looks For Investment Possibilities for Afghan lithium mining deals"....................971

San Francisco FCPA Team to Focus on Silicon Valley | Just .........................................................................971

Why Dmitry Medvedev wants a Russian Silicon Valley - SmartPlanet..............................................................971

How many cities are claiming Tesla defrauded them?......................................................................................973

"Tesla Selling cars? ?No Way?, says Industry Expert"......................................................................................974

PLUG-IN AMERICA? is a shill organization funded by Silicon Valley VC?s......................................................976

"Bankrupt solar panel firm took DOE stimulus money, left a toxic mess, says report".......................................976

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Far more serious charges against Feinstein & Blum.................................................................................977

WhitePages.com/Dianne Feinstein.............................................................................................................977

Dianne Feinstein: Thy Name Is Corruption | Video Rebel's Blog.....................................................977

*Diane Feinstein - Open Corruption at The Highest* ......................................................................977

"Dianne Feinstein's ""espionage"" - Salon.com"..............................................................................978

"DIanne Feinstein, the Most Corrupt Person in Congress, Routes .."..............................................978

Sen. Dianne Feinstein's husband wins CA rail contract ....................................................................978

The Dianne Feinstein investigation - YouTube.................................................................................978

Dianne Feinstein Corruption...............................................................................................................978

Dianne Feinstein Corruption Images | TheCelebrityPix.....................................................................978

"Feinstein-Blum Corruption, War Profiteering & The cover-Up ..."..................................................979

Culture of Corruption: Mainstream Media Ignore Feinstein's ...........................................................979

News & Culture in CA | Dianne Feinstein resigns..............................................................................979

CALIFORNIA in MELTDOWN: California Sen. Dianne Feinstein's ................................................979

Michelle Malkin | ¯ Naturally: California awards billion .................................................................979

Dianne Feinstein corrupt | Bloviating Zeppelin..................................................................................980

*The Dianne Feinstein War Profiteering Scandal - The Rush*.........................................................980

"Dianne Feinstein - Wikipedia, the free encyclopedia"......................................................................980

The View-Point: News: The Corruption of Dianne Feinstein..............................................................980

Feinstein's Corruption Ignored | Flopping Aces.................................................................................980

Feinstein: 'Wiped out' by scandal - John Bresnahan and ...................................................................980

Crazy Bitch Dianne Feinstein & Brain Dead Democrats To Try ......................................................981

The Dianne Feinstein Investigation | Switch to: http://www ............................................................981

Dianne Feinstein's Post Office Scandal ¯ FITSNews.........................................................................981

"ATF Abuse, Corruption Evidence Ignored by Feinstein ..."............................................................981

"Government corruption, Feinstein's husband, & the Post office ..."..................................................981

News & Culture in CA | Dianne Feinstein resigns..............................................................................982

The Jawa Report: Culture of Corruption: Dianne Feinstein Edition?.................................................982

"Veteran agent: Feinstein did not act on ATF abuse, corruption evidence..."....................................982

Feinstein Wants to Define Who Is A Journalist Under Shield Law in order to destroy Matt Drudge Forever. .982

EXCLUSIVE: Senator's husband's firm cashes in on crisis - Washington Times............................982

Metro Newspapers | Sen. Dianne Feinstein Military Appropriations..................................................983

Dianne feinstein ¯ David Icke............................................................................................................983

How Dianne Feinstein's Husband Sells Post Office Real Estate to His Friends..............................983

U.S Senator Dianne Feinstein's Husband Selling Post Offices to Friends.........................................983

Dianne Feinstein Accidentally Confirms That NSA Tapped The Internet..........................................983

Flashback: Sen. Dianne Feinstein Has Conceal Carry Permit............................................................984

Dianne Feinstein & NSA : conspiracy.................................................................................................984

Dianne Feinstein Facts........................................................................................................................984

The Silence On The Feinstein Corruption Story | Flopping Aces......................................................984

Dianne Feinstein's Husband Brokering Post Offices-Truth!..............................................................984

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The religion of Dianne Feinstein, Senator from California"...........................................................................984

Dianne Feinstein CIA Separation Powers | Video | C-SPAN.org...................................................................985

"FEINSTEIN, Dianne - Biographical Information"..........................................................................................985

Dianne Feinstein's War On Free Press 'Law'..............................................................................................985

Senator Dianne Feinstein Quotes - The Quotations Page.............................................................................985

Sen. Dianne Feinstein: Continue NSA call-records program..........................................................................985

Dianne Feinstein emerges as defender of spy agencies - LA Times...............................................................985

Dianne Feinstein quotes...........................................................................................................................986

"RealClearPolitics - Articles - Trent Lott, Dianne Feinstein, Sharon Eubanks..."............................................986

Dianne Feinstein Introduces Federal Bill to Confiscate Guns! - Video Dailymotion.........................................986

Snowden accuses Senate intelligence chair of hypocrisy over CIA disclosures...............................................986

NSA whistleblower accuses Dianne Feinstein of double standards, pointing out her lack of concern about widespread surveillance of ordinary citizens."...........................................................................................986

Lithium ion danger warning site raises huge red flags! Warnings ignored?.....................................................986

*shares tanked after a video of a Model S on fire circulated on the web*.......................................................987

""Media finds that ""Safety Investigators"" (read ""SHILLS"") are bribed by VC's and lithium holding companies to say ""nothing to see here"",..............................................................................................................987

These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET..............987

""AS A DEMONSTRATION OF HOW DANGEROUS LITHIUM IS, NASA IS GOING TO MAKE IT BURN IN OUTER SPACE:..............................................................................................................................989

TESLA PARTNER: GOOGLE, IS A CRIMINAL ORGANIZATION""- Study Results by Investigative Reporters Group"...............................................................................................................................................992

How A Car Company Embezzlement Scheme Might Theoretically Work?........................................................993

OVER 40 TOXIC CHEMICALS ARE USED IN ALL 5 OF THE TOXIC BATTERY TYPES TESLA AND PANASONIC ARE TRYING TO PUSH OFF ON SOME HAPLESS RUSTIC AMERICAN TOWNS....................994

The 500 trolls of Tesla Motors!...............................................................................................................1007

  1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ...............................................................1008

  2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot..........................................................1008

  3. BP Hired Company To Troll Users Who Left Critical ... - Technology.......................................................1008

  "4. Federal government routinely hires internet trolls, shills to monitor ... "..................................................1008

  5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones ........................................................1009

  6. The federal government of america employ trolls and shills to sway ......................................................1009

  7. Federal government of America actually employ trolls and shills to .......................................................1009

  8. BP hires trolls to harass critics - Daily Kos......................................................................................1009

  "9. CTV Confirms Governments employing Internet Trolls, Shills & PR ... "..................................................1009

  "10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... ".......................................1010

  "Does BP Hire Online ""Trolls""? - Godlike Productions ..."......................................................................1010

  "CTV Confirms Governments employing Internet Trolls, Shills ..."............................................................1010

  "Documents Show How Russia's Troll Army Hit America, page 1"..............................................................1010

  BUSTED Governments Hire Web Trolls Are You Sick Of Them YET .........................................................1010

  Regarding trolls and paid shills... - Daily Kos :: News ...........................................................................1010

  Practical Steps for Dealing With Government Shills in Social ...................................................................1011

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Page 27  EXHIBIT 91 – Case # 22-cv-1107-TSH, Norcal 9th District

List of companies who hire shills to promote their products ......................................................1011

PCWorld Forums: Paid Shills In Forums (online Reputation ....................................................1011

"Are there shills for the Morge, Comex and TPTB on message ..."............................................1011

Governments Hire Web Trolls to Sway Public Opinion - General ..............................................1011

Who's Tesla's Bitch? THE LIST:.................................................................................................1011

Why did intelligence agency assassins and drug smugglers need to work for Elon Musk? The strange story of the tiny CIA operation called In-Q-Tel...........................................................................................1055

Reporters charge White House staff with campaign funds and stock fraud scam. New evidence points to high level Administration involvement. Did White House create ISIS in order to get TESLA cars sold?...................1060

Did Obama Get played? Was he used as a front-man for a Silicon Valley Conspiracy?...................................1060

The Deadly Toxic Secret of the Tesla GigaFactory!...........................................................................1083

1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ..............................................1097

2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot...........................................1097

3. BP Hired Company To Troll Users Who Left Critical ... - Technology......................................1097

"4. Federal government routinely hires internet trolls, shills to monitor ... "..................................1098

5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones .........................................1098

6. The federal government of america employ trolls and shills to sway .......................................1098

7. Federal government of America actually employ trolls and shills to .......................................1098

8. BP hires trolls to harass critics - Daily Kos...................................................................1098

*9. CTV Confirms Governments employing Internet Trolls, Shills & PR* ....................................1098

"10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... ".......................1099

"CTV Confirms Governments employing Internet Trolls, Shills ..."..............................................1099

"Documents Show How Russia's Troll Army Hit America, page 1".............................................1099

BUSTED Governments Hire Web Trolls Are You Sick Of Them YET .........................................1099

Regarding trolls and paid shills... - Daily Kos :: News .............................................................1099

Practical Steps for Dealing With Government Shills in Social ...................................................1100

List of companies who hire shills to promote their products ....................................................1100

PCWorld Forums: Paid Shills In Forums (online Reputation ....................................................1100

"Are there shills for the Morge, Comex and TPTB on message ..."............................................1100

Governments Hire Web Trolls to Sway Public Opinion - General ..............................................1100

Who's Tesla's Bitch? THE LIST:.................................................................................................1101

ONE OF THE MOST COVERED UP STORIES IN AMERICAN HISTORY.....................................1102

WHO REALLY, ACTUALLY, KILLED THE ELECTRIC CARS.......................................................1116

Tesla shareholder suit claims Elon Musk and other board members lied about car safety...............1125

The Tesla Patent Giveaway SMOKE SCREEN!.........................................................................1141

The Takeover Game- ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS.......................1141

White House and Energy Department executives engage in bribery, and organized crime, and nobody seems to be doing anything about it...................................................................................................1142

Elon Musk screws over customers again, this time with his Solar City, sells them crap they don't need..........1145

Solyndra and Tesla revealed to have been created as organized crime scams!!!!!...........................................1145

Exclusive: Tesla Model S charging system may have started garage fire - California fire dept........................1146

BREAKING STORY; Billionaire MUSK admits, on 60 Minutes, he broke the law to get Tesla funded. Crony

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

politics and insider deals exposed.............................................................................................................1148

Tesla: A Serious Potential New Risk........................................................................................................1149

"Are Chinese Hackers Making Tesla Motors Electric Cars Kill People?...............................................1150

Undeniable Facts About Tesla Motors:....................................................................................................1150

Tesla ships emergency home fire prevention device to all owners. Says it is "not a recall" but an "upgrade"…1154

What are the things the media has said that Tesla did?............................................................................1154

One of Tesla's many ads to help hire foreigners using taxpayer $$:.......................................................1156

Why Tesla is one of the worst investments in the tech market..................................................................1156

Original Tesla Founders blog about the conspiracy that stole their company in order to turn it into a tax dollar scam..............................................................................................................................................................1158

How did the Tesla-Takeover investors bribe Congress and Federal Agencies.................................................1159

   Russian Mobsters!!! in DOE and Tesla Funding and Silicon Valley?.............................................1159

Tesla/Fisker VC Kleiner Perkins sued for sex issues...............................................................................1165

How many cities are claiming Tesla defrauded them?..............................................................................1165

Elon- not so nice per one of his employees..............................................................................................1166

"But we are just a startup car company, don't expect us to sell anything " says Musk.....................................1166

More Tesla Issues are Reported. Tesla FANBOY Confesses........................................................................1167

Detroit Free Press busts Tesla's Musk's BIG LIE!..................................................................................1169

Tesla Motors' Devastating Design Problem.............................................................................................1170

Tesla Roadster facing 'brick' battery problems?.....................................................................................1170

the understatement: Five Problems For Tesla Motors..............................................................................1170

What Do the Financial Problems of Tesla's CEO Mean For the Company...............................................1171

Did Elon Musk Mislead Fox About Problems At Tesla?..........................................................................1171

Dont look so smug: Your Tesla might be worse for the environment than a gas car...............................1171

Half of Tesla Roadsters Recalled For Rear Chassis Problems.................................................................1173

Elon Musk and Google investors spend BILLIONS of dollars flooding the internet with Tesla-authored hype and PR buzz........................................................................................................................................................1176

   A Tesla Marketing Concept............................................................................................................1177

Vicious Pervasive Tesla Car Anal Itching Syndrome Can Lead To Sphincter Muscle Failure...........................1185

Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!!.................................1186

BIG TROUBLE FOR LITTLE TESLA......................................................................................................1186

Did Tesla bankers at Deutsche Bank order German's to give Tesla a wave-through on safety review that never actually happened?....................................................................................................................................1187

http://lithium-ion.weebly.com exposes Fisker and Tesla Danger....................................................................1188

Tesla Caught Faking Orders.....................................................................................................................1188

Reddit Roasts Tesla.................................................................................................................................1188

Immigration ISSUES: Tesla Still looking for Non-American Workers After TAKING U.S. Taxpayer money for a billionaire!....................................................................................................................................................1189

Tesla Selling cars? "No Way", says Industry Expert................................................................................1189

Tesla Workers Frustrated With Tesla Ethics.............................................................................................1189

U.S. Senate Nails Tesla...........................................................................................................................1190

Understanding Tesla's Life Threatening Battery Decisions......................................................................1190

THE BOOK OF TESLA: Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

How the Fisker AND Tesla Cover-Ups Work:...................................................................................................1191

Outing SHILL REPORTERS who are compensated for rigged stories on Tesla...............................................1192

Stock Analysts Say Tesla is Doomed...............................................................................................................1192

Obama Subsidized Electric Car Company Tesla Investigated for Many Fires..................................................1193

Fun with "Wild Conjecture"!............................................................................................................................1194

Overwhelming disdain of market corruption by billionaires follows Fisker hearing............................................1195

How Fisker and Tesla backers killed the new American auto industry on purpose.............................................1195

Stock Market Says Tesla Is Hanging By A Thread unless Kliener is running Flash Boy tricks..........................1195

*Investigations deepen on payoffs, influence buying, favors and exchanges*...................................................1198

How DOE staff and Public Policy Staff in Washington Were Bribed:.................................................................1199

The following is a script of "The Lobbyist's Playbook" which aired on Nov. 6, 2011..........................................1199

Running the Scam...........................................................................................................................................1202

Another day, another corruption failure... VPG.................................................................................................1202

TESLA PR Manipulation BS!- Some of the more outstanding lies.....................................................................1203

How Tesla Buys a Consumer Reports Positive Rating......................................................................................1204

By Driving a Tesla you are supporting, and involved in, ORGANIZED CRIME..................................................1204

Tesla Lied About Profits: Business Insider......................................................................................................1204

Tesla Breaks Automotive History Record for Wasted Money, It's Official..........................................................1206

Adding up the Lies in Tesla's DOE application:................................................................................................1207

Google charged with "steering" Tesla articles to favored searches...................................................................1208

Tom's theory..More evidence emerging............................................................................................................1209

The Non Special-ness of Tesla........................................................................................................................1211

Why Tesla Motors Sucks Monkey Balls...........................................................................................................1211

How big a failure was Steven Chus DOE car Program?...................................................................................1214

BUSTED!!! Tesla News Hype-mongers Reveal Themselves.............................................................................1214

Did Tesla really pay back their loan? NOT ACTUALLY.. Taxpayers are STILL paying for it..............................1215

Tesla "Repays" $465-Million DoE Loan, Chrysler Bites Back At Claim.............................................................1215

Tesla Owner Buyers List Out in the Public. No privacy for Tesla Owners!.........................................................1216

Even FORBES admits Tesla is a Scam!...........................................................................................................1217

Stock Analysts See Tesla Exploding Battery Problem as Fatal.........................................................................1218

Beware! Tesla is a bubble just waiting to burst................................................................................................1220

The Dark Side Of Tesla's Masterful Short Squeeze.........................................................................................1221

The problem with Elon Musk's Women.............................................................................................................1222

*Elon Musk spends billions on research and PR companies to confirm that he is the most Interesting, Most Important Individual On Earth  (Apologies to The Onion)*..........................................................................1222

Did White House order "no more DOE Loans to be funded" in order to protect campaign financiers other investments?...................................................................................................................................................1223

Crony Socialism – House Committee: President Obama Used DOE Loan Money To Help Harry Reids 2010 Reelection Campaign......................................................................................................................................1224

Another Obama bundler benefits from DOE loan..............................................................................................1225

Nissan Whistleblower facing constant intimidation and attacks after Nissan gets Steven Chu hand-out..........1226

Credits fueled Tesla stock sale? Tesla manipulating stock reports?..................................................................1227

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

We are most interested in having Elon Musk answer these questions in front of the U.S. Congress during a live broadcast:....................................................................................................................................................1230

Cornell University Says Tesla Batteries Are Failed in Technology and Plans....................................................1232

Senator Charles , Consumers Union anmd other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker. | Solyndramobile: How bribery &amp; corruption ruined the auto markets.....................................................................................................................................................................1233

Elon Musk's Buddy: Steven Chu lives in Fantasy World. Publicly states the kickback scheme that got him his Stanford job as part of his payoff was not failed........................................................................................................1233

Is SolarCity's use of Tesla batteries unsafe for homes and for Solarcity?.........................................................1234

VAMPIRE POWER DEFECT slams entire Tesla Model S fleet! TESLA SUCKING: TOO MUCH ENERGY.....1234

Steven Chu Reaches for the 'Master Switch.....................................................................................................1236

Tesla Investor partner clone Fisker Files For Bankruptcy. Owes $1 Billion.......................................................1237

Did California and Michigan state officials give favors only to favored campaign funding companies..............1240

BARRON'S OUTS TESLA IN SCATHING TRUTH EXPOSE: Says Tesla driving over a cliff...........................1240

"It's the Real Estate, Stupid": Are corrupt real estate deals behind Solyndra and Fisker?................................1241

Friend of Tesla staffer killed in plane crash releases insider notes....................................................................1242

9 questions for Tesla's Elon Musk; Reporters embrace the "jump Musk" tactic to expose him.........................1243

Forbes Rips Musk's smoke-screen...................................................................................................................1244

EXPOSE!: Failed due diligence metrics discovered in investigations...............................................................1246

BOMBSHELL NEWS: Treasury and OMB letters and documents reveal Tesla got "UNJUST REWARDS".....1246

Auto industry revenge strikes Tesla, reduces value of Tesla's by $30,000.00...................................................1247

Tesla suddenly announces new funding raise but lies about what it is for:.........................................................1247

Tesla "Battery Swap" doesn't work already........................................................................................................1247

Tesla and Fisker use Orifice to trick abusive rich guys into buying cars!...........................................................1248

Tesla's financial advisors: Deloitte charged in Money Laundering Scheme......................................................1249

Tesla "Battery Swap" a smoke-screen to get rid of exploding battery pack......................................................1251

Shallow Analysis Deems DOE Electric Vehicle Loans a Success....................................................................1252

"THE DROP"....................................................................................................................................................1254

Bundlers and DOE Ex-Staff find that the tracks they thought they covered up were actually NOT covered up... Oops!..............................................................................................................................................................1256

U.S. Senator: Tesla money came from one of the most disastrously mismanaged and corrupt programs in U.S. history,............................................................................................................................................................1258

Google Kickbacks. Tesla Connected?.............................................................................................................1258

Tesla gets another $34M of your tax $$$ in campaign finance kickbacks.........................................................1259

The "Lithium Ion" VC's: Say "Howdy" to the ACTUAL 1% Illuminati ! How they copied the Mafia's Playbook:. 1261

How the VC's manipulated Afghanistan for Lithium   Silicon Valley VCs, Goldman Sachs, Batteries and Afghanistan....................................................................................................................................................1265

TESLA SAFETY REPORT Vers. 1.05- Public Wiki Produced for NHTSA and other governmental agencies...1269

THE EXPOSE ON "THE SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES".......................1313

Vulture Capitalism? Try Obamas Version..........................................................................................................1324

Political Payback: Green Corruption —...............................................................................................................1325

The Greentech VC Influence Over Washington.................................................................................................1328

Ron Conway Drops A Nuclear Bomb On The Super Angels...............................................................................1331

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Silicon Valley's embedded culture of rape, misogyny and abuse demonstrates why they had no moral issue with felony corruption................................................................................................................................................. 1343

Silicon Valley cartel: Apple, Google, and others................................................................................................. 1343

The Cartels of Silicon Valley – CounterPunch..................................................................................................... 1344

The Silicon Valley cartel | MetaFilter.................................................................................................................... 1344

Former NYC Regulator: Uber a 'SiliconValley Cartel' in ..................................................................................... 1344

Mexican Cartel Links to Silicon Valley | NBC Bay Area....................................................................................... 1344

Silicon Valley fends off cartel concerns | GlobalPost........................................................................................... 1344

Silicon Valley Anti-Poaching Cartel Went Beyond a Few Tech............................................................................ 1344

REVEALED: Court docs show role of Pixar and Dreamworks................................................................................ 1345

The Techtopus The Silicon Valley Wage Suppression Cartel W........................................................................... 1345

Silicon Valley Drug Bust Shows Strong Ties To Mexican Cartels........................................................................ 1345

Engineers Allege Hiring Collusion in SiliconValley – NYTimes.com.................................................................... 1345

Elon Musk | AgainstCronyCapitalism.org.............................................................................................................. 1346

Tesla Loving Care | The American......................................................................................................................... 1346

Elon Musk's growing empire is fueled by $4.9 billion in crony cash. Let's crowd-fund Elon Musk's trip to Mars and send him there as fast as possible .............................................................................................................................. 1346

Elon Musk's growing empire is fueled by $4.9 billion in ...................................................................................... 1346

The Tesla Fraud – LewRockwell.com...................................................................................................................... 1346

Nevada, Taxes, Elon Musk, CronyCapitalism and Jobs – WSJ............................................................................. 1347

Elon Musk: Objectivists' Dream or Just Another Crony – Galt's .......................................................................... 1347

Crony Capitalism Pays Big For Democratic Donor Elon Musk.............................................................................. 1347

Elon Musk And His Apparent Regrets Over The 13th Amendment...................................................................... 1347

Top Obama crony capitalist deserts Zuckerberg immigration scam..................................................................... 1347

Elon Musk——$4.9 Billion Crony Capitalist Mooch | David................................................................................... 1348

Elon Musk——$4.9 Billion Crony Capitalist Mooch — Elon Musk's...................................................................... 1348

Is Elon Musk taking taxpayers for a ride with 3 different ..................................................................................... 1348

Elon Musk Plays California for Tax Breaks, Then Moves SpaceX ........................................................................ 1348

Elon Musk | Stop Crony Capitalism....................................................................................................................... 1348

Inside The Washington Termination ofElon Musk | TECHNOCRACY................................................................... 1349

Elon Musk Has Raided 150 People From Apple For Tesla.................................................................................... 1349

Elon Musk——$4.9 Billion Crony Capitalist Mooch.............................................................................................. 1349

Collusion Charges Still Linger Over `AngelGate' – CBS News............................................................................. 1350

Collusion – Quora.................................................................................................................................................. 1350

AngelGate : Is collusion between investors to gain an........................................................................................... 1350

AngelGate Is "100 Percent Accurate," Says Michael Arrington............................................................................. 1350

Investors deny 'Angelgate' collusion – San Francisco Business ......................................................................... 1350

So A Blogger Walks Into A Bar… | TechCrunch.................................................................................................... 1350

Crooked Angels: Blogger Accuses Top Tech Investors of .................................................................................... 1351

Super Angel collusion | Pearltrees........................................................................................................................ 1351

Liminal states :: "Angelgate": Collusion is so hot right now................................................................................. 1351

Angelgate – Analysis & Opinion | Reuters............................................................................................................ 1351

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

#AngelGate, Dave McClure and Re: Why I Stopped Reading Hacker ....................................................................1351

AngelGate dispute among Valley investors cracks wide open ...........................................................................1352

#AngelGate Collusion In Europe? We'd Need Much More ................................................................................1352

Venture Capital Racketeering & "AngelGate" – THE NEWS...............................................................................1352

ANGEL COLLUSION SCANDAL ROCKS SILICON VALLEY! [The Video ...............................................................1352

Collusion | OoTheNigerian.................................................................................................................................1353

AngelGate meeting scandal gives Bin 38 lots of free publicity..........................................................................1353

What Entrepreneurs Should do about Price Fixing – CloudAve.........................................................................1353

Showdown! Angels, Arrington to Go Mano a Mano | WIRED..............................................................................1353

Liminal states :: Fretting, asking, and begging isn't a plan ...............................................................................1353

How Michael Arrington's School of Friendship Journalism Led .........................................................................1353

AngelGate: Ron Conway Rips 'Despicable and Embarrassing............................................................................1354

Fred Wilson on AngelGate and Where the Web Is Going ..................................................................................1354

'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer'.................................................................1354

The Daily Start-Up: "AngelGate" Escalates – Venture Capital Dispatch.............................................................1354

Scripting News: Angelgate in a Nutshell..........................................................................................................1355

How AngelGate Affects You…Yes, You, Racketeering In Silicon Valley still getting worse. Where is the FBI? –...................1355

What Entrepreneurs Should do about Price Fixing – CloudAve.........................................................................1355

The Real Lesson of AngelGate | Force of Good ...............................................................................................1355

Founders Come First | True Ventures.................................................................................................................1355

AngelGate: Symptom or Problem? | payne.org/blog..........................................................................................1355

"AngelGate" – Who Really Has the Power? – 3Q Digital....................................................................................1356

The Daily Start-Up: "AngelGate" Escalates – RPI Engage | Forum.....................................................................1356

PDF Angel Investing : How do angel investors gain traction?............................................................................1356

What Entrepreneurs Should do about Price Fixing............................................................................................1356

…angel meetup at Bin 38 with everyone but @Arrington  #angelgate.................................................................1356

BoomTown Decodes Conway's Super Angel Email to Fellow Investors..............................................................1357

Tagxedo, word cloud with styles......................................................................................................................1357

If the Tesla D's Such a Great Car… | The American Spectator...........................................................................1357

Elon Musk, Grabby Crony Capitalist – LCT Magazine.......................................................................................1357

Elon Musk, the ultimate entrepreneur in aCrony Capitalist...............................................................................1358

Elon Musk Gets Government Loans, Buys $17 Million House.............................................................................1358

Elon Musk's growing empire is fueled by $4.9 billion in ...................................................................................1358

Elon Musk: Government's $5 Billion Crony Kick-back Man – Nevada News and Views.......................................1358

Elon Musk: Government's $5 Billion Man...........................................................................................................1358

Elon Musk: Government's $5 Billion Man –.......................................................................................................1359

The Techtopus: The Silicon Valley Wage Suppression Cartel (w.......................................................................1359

The Silicon Valley wage suppression conspiracy..............................................................................................1359

The Techtopus: How Silicon Valley's most celebrated CEOs.............................................................................1359

The Friday Roast – Silicon Valley's despicable wage cartel...............................................................................1359

Taxi industry piles on 'Silicon Valley cartel'| Capital New York...........................................................................1360

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Silicon Valley workers may pursue collusion case as group.................................................................................1360

Secret anti-labor cartel alleged in SiliconValley | www.ajc.com............................................................................1360

Is the National Venture Capital Association (Nvca) Actually a ..............................................................................1360

NVCA Archives – CORRUPTION BUSTERS.........................................................................................................1361

Rosebud222 Archives – THE SHOCKING NEWS..................................................................................................1361

PDF The Silicon Valley salary cartel – Marque Lawyers.......................................................................................1361

The Hiring Monopsony Cartel in SiliconValley: Live from La...............................................................................1361

Big tech firms holding wages down? Marx was right all along..............................................................................1361

The Salary Cartel In Silicon Valley – Apple, Google & Co • iDeviceDailys...................................................1362

High-Tech Employee Antitrust Litigation – Wikipedia, the free..............................................................................1362

Are Dreamworks, Disney, Lucas Arts part of the Silicon Valley Cartel?.....................................................1362

Silicon Valley Wage Cartel Essay.........................................................................................................................1362

Silicon Valley's Caste System Has Been Exposed — NYMag..............................................................................1363

svb.com/pdf/economic-report-q2-2013...................................................................................................................1363

Silicon Valley hasn't got away with its no-poaching cartel just yet...........................................................................1363

Don't let Silicon Valley Oligarchs outlaw American innovation! Support American ingenuity............................1363

The Tesla Patent Giveaway SMOKE SCREEN!.....................................................................................................1366

The Takeover Game- ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS.......................1366

THE CRIME OF THE CENTURY.............................................................................................................................1367

    Keywords:.......................................................................................................................................................1368

NOTE: Editors and writers – Volume Two is now in production. Log-in to edit...............................................1368

CONCLUSION:......................................................................................................................................................1369

APPENDIX..............................................................................................................................................................1370

A.    Fact Checking This Material. How you can fact check this data: Your guide to forensic investigation......1370

B.    News Diagrams and Schematics........................................................................................................................1371

**Advisories:**

Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced.

This is a public-authored, collaboratively-edited, document; created on the Internet, by the users of the Internet, from around the world. Check download, torrent and drawstring locations, and mirrors, for the latest updates and revisions. This document is available, for free, to anyone. This is not the final edit of this book.

This book is cooperatively, interactively, collaboratively, authored by the individuals who witnessed these crimes, the reporters who documented these crimes, the public who suffered from these crimes and the investigators who investigators these crimes.

Please re-post this file on torrent sites, blogs, and your website to help additional editors get involved.

You may print your own hardbound, glossy-cover, version of this book, for you, your friends, groups, crime reports, distribution at public events and car dealers and at rally's at these resources:

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

http://www.lulu.com

http://www.createspace.com

http://www.morrispublishing.com

http://www.diggypod.com

http://www.blurb.com/book-makers

http://www.outskirtspress.com

http://www.kinkos.com

or any other self-publishing services. Just give them the .pdf file and say "do it".


We wish to, acknowledge, and thank the individuals from law enforcement agencies who assisted in this document production. While there are certainly law enforcement officials who are operating a cover-up, there are also very dedicated officers working to bring these individuals to justice.

This document, in many states, provides the legal basis for any individual to make a citizen's arrest of the key suspects in this case. You must hand the suspect a printed copy of this material, along with your written statement, with the reason for the arrest, in order to protect yourself. Do not undertake a citizen's arrest without consulting a criminal procedures lawyer first. You must remand the party, that you arrest, to a credentialed police officer of the U.S. Department of Justice. The arriving officers must also, jointly, accept the suspect with, or on behalf of, your State Attorney General. You may need to hold the suspect until representatives from both of those agencies are on site. For your protection, have the press with you to record proper procedure. Again, do not engage in a citizen's arrest without consulting a criminal procedures lawyer to make certain that you have the proper documentation in hand to perform the arrest. Hold the suspect, at the site of arrest, for the DOJ officers, that you telephone to advise that you have made an arrest. Do not attempt to transport a subject yourself, as that could result in kidnapping charges against you.

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## OVERVIEW:

This is a public-authored, collaboratively-edited, document created on the Internet, by the users of the Internet, from around the world. The public is invited to check download, torrent and drawstring locations, and mirrors, for the latest updates and revisions. This document is available, for free, to anyone. This is not the final edit of this book.

Tesla Motors has been accused of being a front for economic, social, political, moral and ethical crimes masquerading under the **facade** of "an altruistic cleantech company", in order to discourage circumspection.

In this book, we examine the following:

- The origins of Tesla and why Elon Musk had nothing to do with creating Tesla Motors
- The relationship between Tesla owners and White House staff
- The relationship between Tesla owners and Department of Energy staff
- The relationship between Tesla owners and In-Q-Tel
- The relationship between Tesla owners and political campaign financiers
- The relationship between Tesla owners and Google, including Eric Schmidt and Google investors
- The relationship between Tesla owners and Goldman Sachs
- The relationship between Tesla owners and Russian oligarch "business men"
- The relationship between Tesla owners and media outlets such as Think Progress, New America Foundation, ALICE,  Media Matters, Gawker Media, Google, and related information control consortium's
- The relationship between Tesla owners and John Doerr's Kleiner Perkins Company
- The relationship between Tesla owners, the National Venture Capitol Association, the Silicon Valley Cartel and the coordinated venture capital "Black-listing" of Tesla competitors
- The relationship between Tesla owners and Troll Farm services that provide "click-farm", "meat-puppet", "sock-puppet", "fake likes" and automated contrived social media
- The deaths, and traumatic injuries, of Tesla Motor's staff, investors, investigators and customers
- The war profiteering, and lobbied invasion efforts, by Tesla investors, for Afghanistan, Bolivian and other foreign lithium mining contracts
- The details of the political campaign kick-backs, and the pay-offs of gratis taxpayer cash, tax credits, real estate, government contracts, write-offs, stock warrants, and other payola as criminally "unjust rewards"
- The known, and covered-up, dangers of toxic vapors, fires and explosions of lithium ion batteries
- The relationship between Tesla owners and Dianne Feinstein, her husband Richard Blum and Harry Reid and their blatant participation in crony kick-backs, corruption and stock market transgressions
- How specific government officials took extraordinary steps to sabotage the business competitors of their campaign financiers.
- The charges and lawsuits against Elon Musk, and Tesla Motors for Fraud, by wives, employees, founders, supplies, investors and others
- Recent leaks and disclosures
- Potential criminal charges against the suspects and the financial relationships of all suspects
- Systemized corruption and kick-back programs within state, and federal, agencies
- Covered up defects in the Tesla cars: handles, hackers crashing cars, heaters, chassis, chargers, vampire power, etc. The Lemon Law lawsuits
- Cover-ups created to protect political officials who benefited from stock, campaign support and other perks
- The planting of "Moles" and the operation of sabotage efforts against multiple competitors by Tesla staff
- Coordinated, criminal, stock market manipulations via "Flash Boy Algorithms", "Buy Bots", "Pumping via buybacks", "Valuation fraud via Google ranking manipulation", "Media cover-ups and news hiding via Google ranking manipulation", "DOE PR Valuation boost coordination" and direct TSLA stock chart fraud
- Who, knew what, and when they knew it

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- An Appendix section of investigation resources

The evidence contained in these volumes answers the query, beyond a doubt, about whether, or not, Tesla investors, owners and government employees engaged in felony-class crimes.

Among other goals, this document seeks to ask, and answer, the following question:

***Were Elon Musk's Tesla, Solar City and Space X companies, scams, operated as political kick-back schemes?***

A handful of criminally corrupt Senators, agency staff, White House staff and Silicon Valley campaign financiers prefer that this document never saw the light of day.

Experts believe that the attached, and related, documents, and emails, prove that Elon Musk and his investors and partners engaged in organized crime and corruption and were protected by The White House because of campaign financing deals. Multiple groups have challenged the suspects to live hearings, live TV debates or live webcasts. The suspects refuse to participate, because they know that any session of public transparency will eliminate all of their credibility. Cover-ups can only last for so long, though.

Over 300 million taxpayers and voters would prefer that such organized-crime and corruption activities are no longer tolerated in public policy.

Most certainly, the voters are likely to prevail and, of course, the law says that they should prevail.

As with all documents, and in full-disclosure, this document was authored with an agenda: To end corruption.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

If you've found this document you probably already know what Tesla Motors is, and if you don't know you will in a near future understand why you should keep an eye on the company. Tesla Motor's history can be described as a roller coaster as there have been many ups and downs, including a near death experience in late 2008. This timeline will be continuously updated until Tesla Motors has achieved its vision or gone bankrupt. Much of this data was provided by ex-Tesla employees, founders and senior executives.



## THE FORBIDDEN TESLA TIMELINE THAT ELON MUSK DOES NOT WANT YOU TO SEE:

**1880**
Detroit Electric sells Electric cars commercially across the USA

**1900**
38 percent of US automobiles are powered by electricity, but as Henry Ford designed the much cheaper T-Ford, the electric cars began to disappear.

**1970**
The price of gasoline hits record because of a series of energy crises, so the interest in electric cars increased again.

**1971**
<u>June.</u> Elon Musk was born.

**1996**
General Motors produced an electric car called EV1 and leased it to customers.

THE BOOK OF TESLA. Copyright ... original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

**1999**
Elon Musk sold his company Zip2 and made $22 million. He founded X.com that would become PayPal.

**2002**
October. eBay acquired PayPal and Elon Musk made $165 million.

**2003**
General Motors canceled the lease program and removed the last EV1 from the streets. They said they couldn't sell enough of the cars to make the EV1 profitable.

July. Martin Eberhard and Marc Tarpenning founded and incorporated Tesla Motors. They had earlier made a feasibility study to see if they could make an electric car. They now made a feasibility study together with AC Propulsion to see if the batteries would work.

November. The 2 employees searched for a partner to build the rest of the car. Lotus became their choice. Lotus engineers, from England, agree to provide chassis of car.

**2004**
February. Ian Wright, who had met Martin Eberhard while on a plane, joined the company. They finished business plan 1.0. Ian later leaves Tesla in disgust when he realizes what they are up to

March. Starting a car company is expensive, so they began to look for outside investors. Silicon Valley VC's discuss having Elon Musk take-over Tesla and get rid of the founders

As of this date CIA, NSA, DIA, FBI, OSC, and other agencies, are now recording all communications between all Silicon Valley VC's and technology companies. Those recordings still exist today.

April. Series A funding where Elon Musk was the main investor. Elon Musk had earlier aligned with JB Straubel who had friends at AC Propulsion, and the company told Elon Musk to contact Tesla. Other investors included SDL Ventures and Compass Technology Partners. JB Straubel joined the company as employee number 5.

May. An early styling study began at Tesla.

June. A technology implementation study began. Afghanistan lithium contracts for Tesla's batteries are, by now, fully controlled by White House financiers.

July. Tesla had 9 employees and moved to an office in San Carlos, California. They also made a "mule" which is a car that doesn't reproduce but you can see if the concept works. To design Mule  1 they bought an old Lotus Elise.

October. The 15 employees began to design the drivetrain component.

November. They installed the drivetrain in the Mule 1.

December. Tesla couldn't use the same design as the Lotus Elise, so they had a contest where Barney Hatt made the best design by copying most of the Lotus Elise.

**2005**
January. They made a 1/4 scale model in clay of the design Barney Hatt had made. Tesla had now 18 employees and they also took out Mule 1 for a test drive.

February. The now 23 employee strong company needed more money, so they made a series B funding. Not only Elon Musk invested more money, but also Valor Equity Partners. Tesla also opened an office in UK close to the Lotus office.

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

<u>April-June.</u> Tesla made a full-scale model in clay of the Tesla Roadster.

<u>July.</u> With 38 employees, they now tested a plastic model of the Roadster in a wind tunnel. It had problems with vector dynamics

<u>August.</u> Some of the 41 employees began developing a motor.

<u>December.</u> 63 employees and they began to build the Mule 2 in fiberglass.

**2006**
<u>January.</u> A drivable Tesla Mule 2 was finished. It has many technical problems and it is illegal to drive it on the road.

<u>April.</u> The engineers thought the Roadster was finished so they made 10 engineering prototypes (EP), which compared to a Mule can (in theory) be produced.

<u>May.</u> 92 employees and they finished the first EP, called EP 1. Tesla raised a series C round led by Vantage Point Partners and Elon Musk.

<u>July.</u> Almost no-one knew that Tesla existed, until now when Tesla showed EP 1 and EP 2 in Santa Monica, California.

<u>August.</u> 100 employees. Tesla crash tests and technical reports reveal fire dangers. Tesla senior staff orders the reports shredded. them. Tesla had earlier crashed a few virtual cars, but they needed to know if the computers models were accurate. They also began to show the Roadster at events to market it.

<u>August.</u> Elon Musk, John Doerr, Rahm Emanual, Robert Gibbs and David Axelrod discuss a quid-pro-quo scheme to advance money for the Presidential and Senate campaigns and get paid back in spades from TARP and Dept. of Energy "Loans", tax credits, stock perks and monopolies.

<u>September.</u> 120 employees. They made more tests, including radiated emissions and susceptibility testing. EMF emissions during charging were high and those reports were ordered shredded

<u>October.</u> They made a durability test, which consists of driving the Roadster on a cobblestone racetrack. The idea is to simulate 100,000 miles in 6 months. It would have taken much longer time to drive the same distance on a smooth road. Tesla realized that their computer models were inaccurate - the Roadster's transmission didn't survive the durability test.

<u>November.</u> 144 employees, and more tests, including driving through a saltwater bath.

<u>December.</u> They showed the EP 2 at the Los Angeles Auto Show.

**2007**
<u>January.</u> Tesla brought the Roadster to Arvidsjaur, Sweden, to see if it could survive winter conditions.

<u>February.</u> 205 employees. Tesla began to build a validation prototype (VP), where they took everything they learned from the engineering prototype. Tesla says it will build a $35 million plant in Albuquerque, to produce the Model S. They lied.

<u>March.</u> 230 employees and they finished the VP 1. Tesla senior staff and investors intensify private discussion with Dianne Feinstein and Richard Blum, who turn out to be the owners, managers, builders, staffing providers for Tesla's and Solyndra's land deals as well as the Senate and White House manipulators who rigged government

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

funding for Tesla.

April. Raised more money - a series D round led by Elon Musk, Technology Partners, and Vantage Point.

June. Tesla's motor factory in Taiwan was finished and it began producing parts.

July. A new transmission was ready to try but tests showed that it had mounting issues.

August. Tesla finished the VP 10. CEO Martin Eberhard was forced out and replaced by Tesla investor Michael Marks, who would work as an interim-CEO until Tesla found a long-term CEO.

September. Tesla delayed the launch of the Roadster because they needed more time to test its durability.

October. It turned out that also the new transmission failed in the durability test. Tesla needed yet another transmission.

November. Martin Eberhard is fully forced out of the company after confronting Elon Musk regarding Musk's manipulations.

December. Interim CEO Michael Marks see the lies and leaves and is replaced by interim CEO Ze'ev Drori. Bernard Tse is contracted, by Tesla, to hide the Tesla battery explosion documents that have been uncovered.

December. Tesla says it will build it's factory in Southern California. They lied. The locals in Southern California say they felt "used" by Elon Musk in order to manipulate state and federal taxpayer dollar pitchs.

As of this date: John Doerr/Kleiner Perkins, Eric Schmidt/Google, Elon Musk/Steve Jurvetson and Rahm Emanual, Robert Gibbs, David Plouffe and other White House staff had an integrated stock, lobbying, profit and pass-along benefits and resources structure established between all of them.

**2008**
January. 260 employees. The VPs survived the new tests, so the Roadster was finished - except for the transmission. Tesla accountants notify Musk of impending bankruptcy

March. Tesla began production of the Roadster.

April. Tesla can't get fleet orders or sell. Bankruptcy imminent. Short term cash put in by a idge financing led by Elon Musk and Valor Equity Partners.

May. Opened a retail store in Los Angeles, and they also finished a new transmission.

June. Opened a second retail store in Menlo Park, California, and they also delivered the first Roadster to the customers. Marc Tarpenning is sickened by the Musk plot and resigns from Tesla after getting a payout to keep quiet. The Model S was announced in a press release.

August. Franz von Holzhausen joined Tesla Motors as Chief Designer.

October. Elon Musk became the CEO so as to control all information in and out of tesla and prevent disclosure of organized crime funding. Tesla bankrupt on paper but cooking books to hide financial disaster.

October. Tesla tells White House and DOE, In writing, it will sell 200,000 cars by 2010. Competing applicants all say that only  10,000 to 50,000 electric cars can be sold by then. First hard evidence of Tesla "cooking the books" found.

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

<u>December.</u> White House staff order Dept. of Energy to only fund companies from their "special list" of campaign backers. Elon Musk and John Doerr begin sabotaging competing companies who are also seeking the same government funds

<u>December.</u> Google investors and executives become key shareholders in Tesla and agree to control all media to benefit Tesla

<u>December.</u> Tesla says it will build it's factory in San Jose, CA. It lied and it is discovered that all of the different failed factory location announcements have to do with Dianne Feinstein's husband's screwed up real estate deals.

<u>November.</u> Tesla revealed it had requested about $400 million in loans for the Model S and powertrain manufacturing, under the Department of Energy's Advanced Technology Vehicles Manufacturing (ATVM) program.

**2009**
<u>March.</u> Tesla unveiled two Model S prototypes at the Los Angeles headquarters of Tesla CEO Elon Musk's other startup, SpaceX. Tesla had decided to build a design studio at the factory. Tesla began taking reservations for the Model S. More than 500 people reserved a car in the first week.

<u>June.</u> Tesla gets approval for $465 million in low-interest loans from the Department of Energy in exchange for campaign funding provided by Tesla and Google VC's. Tesla has written over 30 lies in it's Dept. of Energy Application, which Steven Chu is aware of, yet ignores, at White House request.

**2010**
<u>January.</u> Tesla registered for an initial public offering of stock. Tesla uses "free" taxpayer loan to exploit taxpayer dollars to fake the value of it's stock while also receiving free tax credits which it sells at a profit in exchange for campaign funds, thus fully qualifying as an organized crime operation.

<u>February-</u> Dianne Feinstein and Her real estate mogul husband execute profit stock calls on the Solyndra and NUMMI/Tesla factory properties for personal profit in exchange for campaign funding

<u>May.</u> Tesla bought NUMMI with taxpayer money - the former Toyota and General Motors factory in Fremont (manipulated by Feinstein), California, for $42 million. Toyota Motor and Tesla announced they will cooperate on electric vehicle development. Toyota purchased Tesla shares.

<u>June.</u> 800 employees. Tesla shares began trading on the Nasdaq Stock Exchange. They gained 40.5 percent.

**2011**
Tesla works closely with Eric Holder to avoid public investigations

**2012**
<u>January.</u> Tesla ended production of the Roadster to focus on the Model S. The roadster had already had multiple lithium battery fires which were covered up according to Tesla's Bernard Tse.

<u>February.</u> Tesla revealed the Model X - a small SUV and says it will go on sale in early 2014.

<u>June.</u> 2000 employees. The Model S was officially launched at the Fremont factory. Retail deliveries of the Model S started in the United States.

<u>September.</u> Unveiled the Supercharger network.

**2013**
<u>May.</u> 4000 employees.

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

<u>August.</u> First Model S in Europe. Tesla formalizes relationship with Panasonic for batteries even as Panasonic is being charged with organized crime, price fixing, dumping and the deaths of thousands of factory workers and nearby neighbors to the factories.  Tesla/Panasonic "Gigafactory" plan charged with exploiting Mexican workers with lethal work environment, toxic poisoning, nearby dangers to towns.

<u>September.</u> Shadow team of special investigators document over 30 federal crimes that Tesla, and Tesla investors, engaged in. Federal law enforcement is ordered to: "Leave Tesla alone, for now" by White House staff.

Musk is caught on recorded audio and video admitting that Tesla was broke when it applied for Dept. of Energy funds, thus breaking the Section 136 federal law for the ATVM and LGP loans.

Hackers designate Tesla as The most easily hacked car in the world. Fears of eavesdropping and forced battery overload attacks. Chinese hackers have already penetrated all of the Model S Tesla's.

As of this date; 4 top Tesla staff and 6 related reporters and partners had died mysteriously.

**2014**
Chinese hackers have now fully scoured all of the servers of Silicon Valley technology companies and VC's. They learn about major Cisco vulnerabilities and use these back-doors to penetrate a large portion of the State and federal agencies of the USA.

Musk now has multiple people from In-Q-Tel working for him. In-Q-Tel is revealed as being involved in the drug trade including a seizure of 5 tons of cocaine on it's airplanes. Musk silent partner Eric Schmidt is helping fund, and promote, In-Q-Tel. The head of the largest digital drug Cartel: Silk Road, is found to be working for both Musk and Eric Schmidt. Comparisons between the Delorean cocaine issues and the Tesla drug issues are examined.

**2015**
Elon Musk is forced to take out loans from the same corrupt bankers he has been working with all this time because they are the only ones who are willing to participate. Musk launches a number of funding efforts as minimal demand for his products along with an extensive list of technical defects and explosions hits hard.

Multiple former employees are now leaking the dirt on Tesla. One is arrested, others turn states evidence, or whistle-blowers.

Musk announces that his toxic Nevada lithium ion factory, created with Senator Harry Reid, will try to dig up some lithium, from some nearby holes in Nevada, in order to try to distract from the fact that the majority of his lithium was always planned to come from countries his investors wanted invaded.

Stay tuned.. more coming…

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



HOUSE OF CARDS
CORRUPTION GAME

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**Elon Musk took U.S. taxpayer dollars under the guise of creating "U.S. jobs", yet, the second he got the money he placed ads on Craigslist, LinkedIn and around the globe to hire H-1B foreign workers and H1-B staffing executives.**

Musk then began looking at moving the entire Tesla company to other countries, particularly India. Musk never hired all of the U.S. NUMMI workers that he promised to hire, either.

## Report On Tesla Recommendation for International Expansion

By
Teresa Bergmann
Vu Nguyen
Astrid Santiago
Sean Yang

Executive Summary

Tesla Motors is seeking to gain a more global presence and grow their business through international expansion. While a company can have numerous reasons for entering foreign markets, we will be focusing specifically on how Tesla can benefit from establishing a manufacturing plant in India and launching a marketing campaign in Singapore.

The purpose of the manufacturing plant in India is to also serve as Tesla's international headquarters, which would be located in Chennai. This will position us to receive immediate cost savings in the production of our vehicles and transportation costs to Asian, European, and African countries. Possible threats to entering the Indian market include infrastructure, corruption, and bureaucracy. We also believe the improvements in India's infrastructure through the AMP (automotive mission plan) agreement and our countries commitment to support our automobile industry stakeholders will make selling electric vehicles in India a very profitable market for the future.

Tesla should enter Singapore via EV test beds to qualify for a six-year vehicle tax exemption, while building its brand equity to make it more visible to the consumers. If the market condition is correct and the brand development is successful, the next step is opening a wholly owned showcase store that would house Tesla's sales force, managers, and mechanics who are responsible for advertising, public relations, and services for Singapore. To finance this marketing expansion we believe using your cash on hand is enough to start up a campaign. We estimated the initial investment to be between $4-$6 million and the annually costs would be approximately $1.3 to $2 million. Tesla should see positive returns within five years based on our sales estimates. This entry strategy accounts for threats such as cultural differences, strict government regulations, and competition.

Tesla Strategic Position

Our goal is to help you further your international expansion by first understanding your strategic positioning. As an up-and-coming electric vehicle company, your differentiating factor is an "electric car without compromises." Your Roadster competes with sports cars like Porsche and Ferrari while having the energy efficiency of a Prius, and we believe this to be a huge advantage against other sports cars in the market. However we understand that the Roadster is a means to generate revenue for the development of a more affordable family car, also providing zero emission electric power generation options.1 With these goals in mind, Tesla is scanning for opportunities around the world to minimize cost and maximize revenue. You currently have facilities in the United States and throughout Europe where parts are being manufactured and assembled. Since you have limited resources, you must be very selective of the location for your expansion.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Before we go into further detail about potential locations, let us evaluate Tesla Motors' strengths and weaknesses for a better assessment of your expansion strategy. You are on the cutting edge of battery electric technology with good engineering and technology research capability. You build many of your own components in-house so it is tough for your competitors to duplicate.  You have a first mover advantage by being the first company to offer a practical fully electric sports car, recognized by Arnold Schwarzenegger, former governor of California, and Jay Leno, late night T.V host.2 These are the high-end consumers you are targeting but they are a vast minority of the general public contributing to Tesla low brand recognition. You also do not have the economy of scale because of your limited resources. Those are the strength and weaknesses of your company that we must consider in your expansion.

The decision to expand into India signifies your commitment and belief in the long-term success of Tesla in international markets. India boasts one of fastest growing economies in the world with a Gross Domestic Product (GDP) of $1.4 trillion in 2009.  They are also simultaneously working on improving their countries infrastructure to be more favorable for automobile manufacturing, research and development, and business through the India's Automotive Mission Plan (AMP) 2006-2016. Due to its geo-centric location to the Asian market and its existing environment for multiple big name automobile manufacturers, Chennai, India will serve as our international headquarters. This facility will serve as a location where we can conduct further R&D, final vehicle assembly, quality control, and administrative tasks for cars being purchased in the Asian markets.  Due to the largely to the lack of quality roads in India which inhibit the growth of docking stations and non existent government tax breaks for alternative energy vehicles, our immediate efforts in India will not be focused on sales but rather operations. We do believe though that with the AMP, rapidly growing GDP, and decreasing trade barriers, India will eventually prove to be a very lucrative automotive market in the future.

With your decision to expand your operation into India, we believe Singapore is another great market to enter to generate revenue. Singapore is an island state with a GDP of $303.7 billion in 2010.  It is one of the most densely populated countries with approximately five million people on 694 km2 of land. Due to its geography, Singapore has limited options for deploying alternative energy like wind and solar on a large scale. Despite this disadvantage it is committed to bringing about reliable, sustainable and competitively priced energy to support economic growth and a greener tomorrow. The government is offering tax incentives for environmentally friendly cars with a 40% rebate of the open market value of the vehicle if eligible.

Motives for Expanding into India
The motives that drove our decision to open an international headquarters in Chennai, India was driven by three primary factors.  The most immediate benefit, was the abundant amount of low-cost technical and managerial talent that India produces on a consistent basis.  These low labor costs will provide us an immediate expansion in our production possibilities frontier for producing cars while also cutting down drastically on the plants fixed operating costs.  Secondly, we found that both the historical data for the return on other foreign investments in India and their ability to successfully trade throughout India to be a sound indicator for predicting our success. Opening our plant in Chennai, India, an automobile hotbed for foreign companies, will allow us to benefit immediately from the cluster effect by receiving associated cost savings and forcing us to innovate to remain competitive.  Lastly, the legal framework in India will offer protection for our investment, flexible financial management, and fair process for any issues that may arise.

Low Manufacturing Labor Costs
In 2010, India's labor costs rose approximately 20% and surpassed China's average manufacturing costs by reaching USD 2.51 per hour to USD 2.68 per hour.  India as a whole has seen how the recovery of domestic demand, inflation, and new government policies have lead to greater labor costs for foreign companies across the board. Although there is some unpredictability in the growth rate for India's labor costs, our country will still hold a comparative advantage in labor costs to the US automotive labor market.  While our overall manufacturing costs are higher than China's, our autoworkers are compensated 18% less at USD 3.30/hour and USD 4.02 respectively3.  In addition, approximately 36% of our labor costs are contributed to employee benefits such as "Provident fund (social security), survivor insurance, pension contributions, state mandated 13th month pay, and double pay for overtime".4  We believe these large contributions to our employees' benefits will reduce our risk

THE BOOK OF TESLA: Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

for public backlash and improve our image in the eyes of human rights activist who often pounce at abusive employers.

There has also been a consistent positive correlation between long-term growth rates and the low-dependency ratio's associated with a relatively youthful population.  "According to a recent long-term growth forecast from banking group Goldman Sachs, demographic patterns may put Indian growth well ahead of Chinese growth by mid-century".

Comparatively, US workers in Ford or GM earned $27 an hour plus benefits6 which means we cut down on labor costs by over 87%.  As Tesla most recently reported in their Dec 31 2010 SEC filling7 to have 213 manufacturing department employees, we expect for this number to be at approximately 70 for our India headquarters.  Our manufacturing plant will be significantly smaller than our US plant, and thus will not required as many workers. While the hourly pay rates for Tesla employees are likely to be higher than the average automotive laborer figures for both countries due to a greater requirement of skill and knowledge, we kept both figures constant in an attempt to account for this difference.

Low Administrative, IT, and Knowledge Based Positions Costs
We believe that India's large and growing workforce population, many of whom can speak English, will benefit us tremendously in terms of cutting down on employment costs. The education system of India is extremely large and caters to millions of citizens. According to our Constitution, education is a fundamental right, which demonstrates the importance of education in India. In recent years, we have been committed to progress. We have increased our primary education and literacy rates to include approximately two-thirds of the population. Additionally, India boasts the third largest number of students in higher education in the world8. In 2011, 582,000 engineers and 265,000 polytechnics graduated from college9. The high number of college graduates provides a larger pool of skilled and educated workers.  This provides us with a very large pool of new graduates whom we could potentially train and employ in our factories each year.

Tesla reported $84 million in selling, general, and administrative expenses for 2010.  Since we cannot pinpoint the allocation of these expenses, we will estimate that their manufacturing employees labor costs accounted for approximately $14million10. We expect our international headquarters to be smaller, and thus only have 70 labor employees, with $462,000 in yearly labor costs.

We then assume that the $70 million in other costs can be reduced through India's cheap labor force.  Annual salaries for junior resources range from $5,000 to $9,000 US dollars while senior resources range from $17,000-$40,000.Tesla has 686 non-manufacturing labor employees in the US12.  We also assume the international headquarters will require 200 non-manufacturing labor employees total with 20% being senior resource managers.  We then take the high end of the range for the given Indian salaries because our product requires a higher knowledge of skill and knowledge. This means 150 junior resources earning $9,000 per year with 50 senior resources earning $40,000 per year.13   This results in $3,350,000 in annual abor costs for Indian workers. We will also add another $1.5 million on top to compensate US transfer employees who will play a critical role in the total over sight, training, and daily operations in the India headquarters.  This results in $4.85 million in non-manufacturing labor costs.

Historical Trends for Chennai India
Major players such as Hyundai, Ford, Nissan and BMW have already established manufacturing plants in Chennai, which is considered by many to quickly becoming the "Detroit" of India.14  Compared to establishing a manufacturing plant in China, one expert says, " in lower-volume manufacturing where technology use is more intensive, then India is better".15  Since Tesla uses proprietary cutting edge technology and is targeted towards more affluent individuals, you fit especially well into the low-volume, technology intensive criteria. Additionally, India's average return on investment has historically compared favorably to China's with a five basis point difference at 19%.16  Both of the following trends largely link back to the high quantity of quality workers in India that attract high-value manufacturers.
Since there are over dozens of major automobile companies with manufacturing plants in Chennai, there are

THE BOOK OF TESLA : Copyright, its original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

already highly developed trade links to Europe, Africa, and Asia.  Although the ports are very congested in India, Indranil Chowdhury of Volvo says "we find that if you have the right clearing agents, you can ship cargo."  By learning from our competitors, Tesla should be able to quickly adapt to navigating India's export system as well cut costs through accessibility of new component supplier networks.

Tesla will receive benefits from the many factor endowments that the area possesses.  Porter's diamond reveals that being placed in an area with many related industries will result in cost savings and allow us to produce better output. 17 In addition, the rivalry of competing firms will force us to constantly innovate and prevent us from being lulled into stagnation.  The supporting factor conditions in India, which consist of over 1500 engineering colleges18 and a growing working age population, will also allow us a large pool of qualified candidates to select from.  The automobile demand conditions will allow us to spot out trends for electric vehicles in less develop countries as well as potentially capitalize on India's market if we notice an opportunity.  According to the OLI framework, all of the aforementioned factors regarding the benefits of Chennai's location support our decision for a foreign direct investment in India.

Legal Framework

Our government has made it very easy for foreign companies to set up an automotive plant in our country.  Industrial licenses are not required and thus there will be no barriers into our market entry.  An FDI of 100% is allowed under the automatic route19 and additional incentives are granted to set up units in certain areas.  Since Chennai falls under the Mahindra City area for Special Economic Zones (SEZ), we will be receiving 100% corporate tax exemption for the first 5 years and 50% corporate tax exemption for the next 10 years20.  Also, business's investing over Rs 4000 cr over seven years, or approximately $78 million USD, receive special incentives from the government such as tax cuts, easy land acquisition, and speedy implementation times for projects.

The official business government website of India is very transparent and adamant for their support of investors.  They state that , "An effective regulatory and legal framework is indispensable for the proper and sustained growth of the company."22  The Companies Act in 1956 and Companies Bill in 2004 have each been revised numerous times in order to provide clear interpretation for foreign businesses and put in place a legal framework that supports rapid economic growth.  Combined with the support of the Securities and Exchange Board of India for foreign investors, India clearly stands out as a country who has one of the best legal frameworks to protect investments, facilitate growth, and support foreign investors.

Threats to Entry
Although the UNCTAD World Investment Prospects Survey 2007-09 deemed India the second most favored FDI destination following China23, there are still barriers to entry. First, India's infrastructure and poverty pose the biggest threats to entry.  Power, road, rail, and port infrastructure are poorly maintained or non-existent, thus raising cost of production and lowering efficiencies.  For instance, unreliable power is a common problem in India. "On average a company can expect nearly 17 significant power outages per month, against one per month in Malaysia and fewer than five in China."24. To compensate, many companies incur the cost of maintaining their own private power supplies. In addition to power, transportation is inadequate. Many of the roads are narrow, congested, and poorly maintained. In 2007, only 41% percent of roads were paved25. India's poor infrastructure could affect Tesla's ability to efficiently manufacture and transport automobiles.

Also, bureaucracy and corruption have proven to be problematic while doing business in India.  Bureaucracy and corruption hinder FDI by increasing costs of doing business, altering the allocating of resources, and wasting valuable time. Regarding bureaucracy, foreign businesses have reported that investment decisions and approvals by Indian government ministries can drag on for long periods of time for no apparent reason. Additionally, over the past few years, many government officials have been condemned under Indian anti-corruption laws26. According to Transparency International, India is ranked 87 on the Corruption Perceptions Index 201027. To help you understand the implications of the ranking, the United States is ranked 22nd and Mexico is ranked 98th. To overcome the India's obstacles, we recommend Tesla to locate in a SEZ to avoid issues with infrastructure and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

unreliable administration and bureaucracies.

Automotive Industry and Regulations
"The auto industry in India has really matured. We are very upbeat about India, because we have been growing fast and we think we will go on growing fast." -Indranil Chowdhury of Volvo.

India's Automotive Industry has seen great growth in recent years. India's automobile exports totaled $1.5 billion in 2009. The United States auto component exports to India grew from $210 million in 2004 to $437 million in 200928. These figures demonstrate to Tesla that to facilitate expansion, India has implemented automotive policies that are conducive to foreign investment and Tesla's business objectives. Since 2001, India has reduced import restrictions and opened the market. Also, India implemented the Automotive Policy of 2002. The policy permits 100% foreign ownership of automotive and automotive manufacturing firm without a minimum investment. The policy addresses import tariffs, and India's objective to reduce the high tariffs. In 2003, tariffs were reduced to 30% and in 2005 they were further reduced to 15%. Moreover, in the Automotive Mission Plan 2006 - 2016, the vision statement states "To emerge as the destination of choice in the world for design and manufacture of automobiles and auto components with output reaching a level of $145 billion accounting for more than 10% of the GDP" 29.

As mentioned above, India further caters to the automotive industry through the creation of Special Economic Zones. The SEZ attract foreign investors by offering tax incentives, access to reliable infrastructure, and assisting with bureaucratic and administrative problems.

Economic Fundamentals and Principles- Government/Politics
The government of India is officially know as the Union Government and was established by the Constitution of India. India is home to the world's most populous democracy and remains committed to the principles of democracy and rule of law30. The political stability of a democracy creates an atmosphere that is conducive to investment, thus eliminating political risk.  Although, India's government promotes democratic ideals, there are still a few issues the government needs to address.
Economic issues that stem from government policy or lack of policy are problematic. For instance, India has little infrastructure, which is needed for long-term investments31. Also, corruption and bribery are common practice in the Indian government. The high amount of corruption can increase the cost of doing business and instill mistrust of government officials.

Economy and Financial System
Since the liberalization reforms in 1991, Indian has experienced exponential economic growth.  By 2006, India's growth rate in terms of GDP was 9.2%, second to China. Also, India experienced rapid growth in trade, especially in the manufacturing and service industries. From 1995 to 2005, total merchandise trade and imports of services almost tripled, and exports of services quadrupled32. During the deregulation, the economic policy transformed from extremely restrictive to moderately liberal. The new economic regime encourages FDI in almost all economic activities and provides a variety of incentives for foreign investors. Additionally, second generation reforms are aiming to further integrate Indian economy with global economy33. India's new economic policies and accelerated growth provide an ideal environment for Tesla's objective.

In recent years, India's financial system has proved to be sound. For instance, during the U.S. economic crisis of 2008, the central bank of India remained relatively unaffected. "India's banks and financial institutions have not experienced the kinds of losses and write downs that even venerable banks and financial institutions in the Western world have faced." 34During the deregulation in the 1990s, we restructured our financial system, resulting in a stable and reliable financial system. In regards to the banking system, Indian banks are owned by the public sector (e.g. state and institution owned banks). The public owned banks create a greater feeling of among our depositors. Our financial system has been deemed "wise," yet there is still criticism. Although we are deregulating our investment policies, many countries, such as the U.S., believe we are moving too slow and not taking enough risks35.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Exchange Rates
India's exchange rate regime with respect to most foreign currencies is floating. However, the U.S. dollar and Indian rupee exchange rate regime is categorized as a "managed float"36. A managed float reduces currency value fluctuations and transaction costs. Due to the changing nature of the market, Tesla will inevitably incur transaction costs when transferring profits to the United States. The transaction costs are a result of market shifts and exchange rate fluctuations. Even the smallest change will create transaction costs because a dollar today is not the same as a dollar tomorrow. Figure 1 lists the USD/IND exchange rates from 2006-10.

Figure 1
Table 28: Indian exchange rate, 2006-10

Year
2006
2007
2008
2009
2010
Exchange rate ($/Rs.)
45.3188
41.3570
43.8145
48.8500
45.9361
Source: Datamonitor


Over the years, India has encountered high inflation. For example, in November 2010 and September 2011, the inflation rates were 8.6% and 10.06%, respectively.  Additionally, the inflation rates have proven to be unstable. Figure 2 demonstrates the volatility of the Indian inflation rate.

Figure 2


Initially, the high inflation rates will make India an ideal location for Tesla. The India rupee depreciates with inflation causing the U.S. dollar to appreciate, meaning the U.S. dollar has greater value in the Indian economy. This will reduce Tesla's initial costs because investing in India will be cost effective. However, high inflation rates are not conducive to foreign long-term investment. If inflation continues to increase, the value of the Indian rupee will decrease, resulting in lower returns for your company37.  Fortunately, the Indian government is working to alleviate the inflation rates in the future, which will be advantageous for Tesla's long term profits38. In regards to the volatility, the unstable exchange rates cause uncertainty, however the fluctuations are not large enough to impede Tesla from entering India.

US/Indian Trade Relations
The United States is one of India's leading trade partners. India's exports to U.S. have increased dramatically. The value of these exports has more than doubled from $9.3 billion in 2000 to $18.7 billion in 2005. U.S. exports to India in 2007 totaled $17.5 billion, a 75% increase from the year before. India and the United Stated have recognized the mutual benefits of working together and are committed to improving trade relations. Since 2004, they have formed a "strategic partnership" based on similar values and overlapping interests. From 2000 to 2006, India's total trade with the United States increased from $12.2 billion to $28.6 billion39. In 2006, the U.S. President Bush and Indian Prime Minister Singh agreed to combine efforts to double bilateral trade agreements in three years. Since Bush, President Obama has continued to cultivate relations with Singh. In 2010, Obama and Singh signed numerous trade and defense agreements. The trade agreements were signed to facilitate business developments in India40. The positive trade relations between the United States and Indian will foster a healthy

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

business environment that is conducive to Tesla's company strategy.

Culture
 India is a very diverse nation and is host to hundreds of different ethnic groups, religious sectors, races, and social castes. We have 21 official languages including: Hindu, Urdu, Tamil, and English41. To Tesla's advantage, English is the official language of business42. Also, English is the primary language of instruction in institutions of higher education. This means that most educated Indian workers will be proficient in English, thus breaking the language barrier between Tesla's U.S. and Indian employees. The business culture of India is quite different than the United States. The Indian way of life and work are often interwoven. Religion, fatalism or "karma", and collectivism are central to the Indian culture inside and outside the workplace. Collectivism or a strong sense of community will have the greatest implications on Tesla's business. Friendship or clanship is highly valued, which is contrary to the U.S. emphasis on the individual. This group dynamic creates a greater acceptance of hierarchical settings, thus influencing the management style43. In most companies, the most senior executives make decisions in a non-participatory way. So, even if an executive makes an incorrect order or decision, the employees listen without opposition. Knowing this information, we recommend Tesla place special attention on the hiring process of the future manager.

When hiring the Head of International Operations in India, the first consideration is whether to hire local or within Tesla. There are advantages and disadvantages in both cases. An Indian manager will understand the local culture, policies, and language, thus making him or her a valuable asset to Tesla. However, a local manager may not uphold or follow Tesla's business vision and strategies. On the other hand, a Tesla manager would understand the inner workings of Tesla operations and act as a liaison between the U.S. and India. Yet, installing a U.S. manager may result in conflict between Indian employees and management. Since this is your first installation of a foreign manufacturing operation, we recommend employing a U.S. manager. With a U.S. manager, Tesla will have tighter control of quality control, R&D, and company transactions. Additionally, since the headquarters in Chennai would concentrate on operations, local know-how is not as advantageous as it would be for marketing. Furthermore, we encourage employing a candidate that has demonstrated great personal ethics, so he or she can lead by example and create a productive and ethical organization culture.

Ethical Considerations
 As mentioned before, corruption and bribery are common practice in India. As Tesla has found, bribery works well. The U.S. Foreign Corrupt Practices Act (FCPA) has outlawed bribes to foreign government officials in order to gain business. We suggest that Tesla should adapt a zero tolerance policy, similar to BP44. This will produce an ethical organization culture, and protect Tesla's global reputation. To further promote high ethical standards we recommend implementing a Code of Conduct. The Code of Conduct would include a decision making process to ensure all company decision are ethical. The launch of our manufacturing plant has certain ethical and unethical aspects involved as well.  The Kant view would believe that we are using low-wage workers as a means to achieve greater profitability and thus qualify our decision as unethical.  On the other hand, it can be seen under the Utilitarian view that our plant will create jobs for Indian workers and help boost the GDP as something that could potentially outweigh the costs of our business, primarily pollution.  Since we are paying our workers a fair wage and will not be emitting excessive amounts of fuel relative to other businesses, there should be little media back lack in regards to our ethics, despite not necessarily passing the tests in the Kant and Utilitarian perspective.

Financing Expansion into India
In March 2007, BMW began production at their automobile manufacturing plant in Chennai, India with an initial capacity of 3,000 cars per year45.  They initially invested approximately US $22 million dollars into the facility and have since expanded their facilities to accommodate for production capacity of 11,000 cars46.  Due to their high recent sales in the Indian market and their bullish outlook on future domestic sales, BMW will be building an extension to their current plant in order to achieve higher production capabilities. As a result, BMW has agreed to sell us the original portion of their manufacturing plant which we will use as our international headquarters. The initial factory, which BMW invested $22 million, has since depreciated over the course of its life to $14 million.47  BMW is also planning on moving $4 million dollars worth of equipment to the new sector of their plant and thus have agreed to a potential sale price with us of $10 million dollars.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Assuming a $2 million dollar down payment on the project and a required return rate of 10%48 our annual payments thereafter are approximately $2.1 million each year for 10 years, starting a year after purchase.Although BMW has has agreed to sell us a portion of their left over equipment, we estimate that renovations, building a wall separating the two companies, transfer of operating permits, transfer of emission credits, and buying new assembly equipment will cost us an additional $8 million dollars.  We will be able to finance this through the money remaining from our June 2010 IPO that netted us $184.5 million.

Motives for Expansion into Singapore

Singapore has the world's highest percentage of millionaire households, with 15.5 percent of all households owning at least one million US dollars.  These high-income households are the target consumers for the Tesla Roadster. Furthermore this consumer base is also very concentrated due to the population density of Singapore, which allow for cost efficient marketing. For example, billboards would have greater reach and word of mouth travels much faster in such a dense population.

Singapore is the crossroad of businesses worldwide which serve as an excellent location to raise Tesla's international brand equity. Executives on their business trip would recognize the brand and carry a positive word of mouth back home to their respective country about the Tesla Roadster where demand would follow. This would be the ideal outcome for international marketing.

Automotive Industry and Regulations

Singapore's auto industry is one of the largest and most sophisticated in Asia. It is considered one of the "cleanest and greenest" countries with one of the highest standards of living in the area.  This is due to a highly industrialized business sector, multinational companies, excellent port facilities and land communication systems, as well as airports and sea links connecting the country to the entire world.50  Located at the crossroads of international shipping and air routes, Singapore has a very strategic location on major sea-lanes.51 Basically, it is the center for transportation and communication in Southeast Asia.

Automotive Industry

The per capita car ownership rate in Singapore is 12 cars per 100 people. This is small compared to that of the United States, at approximately 78 cars per 100 people.52 However, Singapore's passenger car market and sales have been on the rise, as seen in Figure 3.53

Figure 3

         Source: Frost and Sullivan

Since Singapore is also very environmentally conscious and mainly composed of urban drivers with lesser driver range (due to the size of the city-state), it will likely prove as a feasible market for electric vehicles in coming years. Currently, Japanese car manufacturers have the largest market share in Singapore.54 Japanese cars tend to be more environmentally friendly and smaller in size than most, making them very desirable vehicles in Singapore. Our Roadster is similar in that it is an electric vehicle, but it's differentiated in the fact that it is a high-performance sports vehicle, making us appeal to more high-end consumers.

Automotive Regulations

  As previously addressed, the Singaporean government places a 100% tax on car imports into Singapore, which we hope to reduce by negotiating a green tax incentive due to the fact that our Roadster is extremely environmentally friendly. The Special Green Vehicle Rebate provides buyers of electric vehicles with a discount of up to 40%.55 This rebate reduces the price of cars by a substantial amount for customers and gives them a huge incentive to buy our electric vehicles. There are a number of vehicle exhaust emission standards in Singapore, established by The Pollution Control Department (PCD) of the Ministry of the Environment.56 Fortunately, electric cars don't emit $CO_2$ and thereby our Roadster has already met these standards. In terms of the possible hazardous material within an electric vehicle's battery, the Tesla Motors Lithium-Ion cells are not hazardous and are landfill safe. (Ed. Note: This has been proven to be a lie) The battery packs can also be sold to recycling companies to be recycled at the end of its +100,000-mile lifespan.57

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Land Transport Authority, a department of the Singapore government, is making measures to reduce the amount of vehicle use in the country. These regulations that are designed to limit car ownership include the need for a Certificate of Entitlement (COE), which is an expensive certificate with its price based on engine size, sometimes as much as $60,000. Singaporeans bid for the right to own a motor vehicle, and if granted a COE, are allowed to own a car for 10 years, after which they would have to bid for another COE. Since the Tesla Roadster is a luxury vehicle, it appeals to the wealthier residents of Singapore who probably don't mind paying this fee, since they would most likely already own a car. Although the Singaporean government places restrictive measures to reduce the number of vehicles on Singapore's roads, we strongly feel that Tesla could overcome these limits and become a very desirable possession for wealthy Singapore residents.

Economic Fundamentals and Principles
The economy of Singapore is a mixed economy known as the Singapore Model.  The Singapore Model strongly advocates free market policies and practices, but involves ample government intervention. This is due to the fact that Singapore has a relatively small domestic market and therefore has to open itself to external markets in order for the economy to thrive.  The purpose of Singapore's government intervention is to safeguard the country from fluctuations in the global market.59 While government intervention might make managing a hassle, it demonstrates that Singapore is stable and open to foreign markets, and would undoubtedly welcome our appearance. Singapore's corrupt-free government, advanced infrastructure, and skilled labor force has attracted over 7,000 multinational investments from the United States, Europe, and Japan.60 This means by investing in Singapore we would be entering a highly developed, non-corrupt, and well-structured investment world, guaranteeing stability and success. Since Singapore is very welcoming to external markets, we would recommend Tesla invest in a showcase store for direct sales, marketing, public relations, and services. We would not recommend more than one store since Singapore is a city-state with expensive land, and we are only targeting a specific market; also, most purchases are made online and shipped in. However, if the market proves to be lucrative, additional stores can always be opened.

Analysis of Ownership, Location, and Internalization
In terms of Dunning's OLI framework, we should not license, but instead own our own store in order to keep an owners advantage, since we don't want our trade or marketing secrets to leak out. The location advantage of Singapore has already been addressed; it is the center for transportation and communication in Southeast Asia and therefore an excellent market to enter. It is also much closer to India than the United States, thus reducing transportation costs by shipping to Singapore from India. Singapore also has a skilled, cheap labor force, which will reduce our costs and needs to train employees. Internalization (selling directly from Singapore as opposed to only online/from abroad) provides another way to reduce potential technological leakage. It also reduces potential for conflicts of interest and gives us an actual physical presence for our customers, as people would be able to walk by our storefronts and see our cars, as well as test-drive our cars.

Exchange Rate
The Monetary Authority of Singapore (MAS) manages Singapore's managed float exchange rate. It manages the Singapore dollar (S$) exchange rate to prevent extreme fluctuations by maintaining it within an undisclosed target band. The Singapore dollar is allowed to appreciate and depreciate on factors such as world inflation and domestic price pressures. This means that its value changes with the world market, and in turn is the safest type of exchange rate to have to do business with.  Since 1981, the Singapore dollar has been appreciating against the US dollar, as seen in Figure 4 below. While this means it would cost us more to invest now than before it would have before, it is one of our more inexpensive markets, compared to those we have entered in Europe. Figure 4 also shows how the Singaporean economy is growing steadily, indicating it is a financially stable market to enter.

Figure 4: Comparison of Singapore's GDP and Exchange Rate

Source: http://www.imf.org/external/pubs/ft/weo/2006/01/data/dbcselm.cfm?G=2001 "World Economic Outlook".

Trade with the United States

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Currently, the US is Singapore's largest source of foreign investments, with over 1,500 US firms operating in Singapore, accounting for 11.2% of new foreign investments in the manufacturing sector in 2008.62 Singapore is also among the 15th largest trading partners of the US. Within the last year, US trade with Singapore has also been on a rise as seen in Figure 5 below. In 2003, the United States signed the US-Singapore Free Trade Agreement, which lowered tariffs and fostered a deepening of the bilateral relationship.63 This is beneficial to Tesla in the sense that US-Singapore trade is in good standing and planning on improving. Therefore, you won't have to worry about the development of poor trade relationships.

Figure 5

  Source: http://www.census.gov/foreign-trade/balance/c5590.html "Trade in Goods with Singapore".

Culture

The four official languages of Singapore are Mandarin, Malay, Tamil and English.64  It would be good practice if we could adopt a native speaker of each language in our Sales offices so we can appeal on a more personal level with our potential customers.  This would make developing rapport with our customers easier and hopefully result in greater sales figures.  Singapore also has a large blend of people from Malay, Chinese, Indian, and European descent.  To adapt to the wide array of cultures in the area, we will prepare a report for our sales team that covers the main cultural differences of potential customers and gestures that could possibly be determined as offensive. We believe that Tesla can maximize sales and avoid cultural miscommunication through these two policies.

Ethical Considerations

Our ultimate reason and end goal for choosing to market in Singapore comes down to profitability.  We would be acting unethically under the Kantian view because we are ultimately using the wealthy members of Singapore as a means to an end.  However, under the Kantian view, nearly all businesses with the exception of non-profits can be argued as being unethical.  While businesses can strive to promote environmental causes or support human rights movements, ultimately no business can exist without achieving profits.  Therefore, I believe the best metric to judge the ethics of our decision to enter Singapore would be the Utilitarian viewpoint.  Under Utilitarian ethics, which state that consequences determine the moral worth of our actions, our electric vehicles provide an extremely valuable social benefit to the country.  The sales of our vehicles and their use will reduce carbon emissions and help decrease smog in a country that ranks 6th in the world for tons of carbon per person.65  We are also marketing our vehicles towards the wealthy, so the costs of our business decision are minimal in terms of reducing the quality of lives for our customers.  Since the environmental benefits we provide their society greatly outweigh the costs of the profits we receive from their wealthy consumers, our decision to launch a sales effort in Singapore is very ethical under the Utilitarian viewpoint.

EV Test Beds

Singapore launched its electric vehicle test-bed in June 2011 to decide whether it is feasible for mass adoption. Chee Hong Tat, chief executive of the Energy Market Authority (EMA), is optimistic about the EV test-bed as it could help Singapore "push towards a cleaner, greener and more sustainable transport system, and a better living environment." To make this test successful, they are inviting the private sector players to participate in the development and testing process. This is an opportunity for Tesla to introduce the Roadster to Singapore as well as build brand equity through the media coverage. Furthermore, the participants are exempt from vehicle taxes, road tax, and excise duty for the purpose of research and development. The tax waiver will last for an initial period of six years. This is an incentive to encourage more participation from companies interested in helping Singapore achieve a better living environment through green technology. 66

Financing the Expansion into Singapore

The majority of your orders are made via website or by phone so the cost of capital to enter Singapore is very small. However, it would be beneficial to set up a few stores/showrooms for direct sales if this market proves to be profitable. Base on your 10-k, it seems like you are more than capable of opening at least one store in Singapore using the cash on hand. Loans and IPO's are not necessary for the expansion into Singapore.

THE BOOK OF TESLA. Copyright ⓒ original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

We do not want you to put out substantial investments until we can be sure that Singapore is a place where your marketing effort pays off, therefore we finance the expansion first an investment in market assessment, which you are currently doing by hiring us. The next step is e-marketing to leverage search engine optimization and search engine marketing to increase visibility. The cost of both is fairly low. If there is potential, then brand building is the next step, which is more costly. A showcase store/office with a sales force and mangers is needed in order to effectively develop Tesla's brand through advertising and public relations in order to create customer relationships and encourage positive word of mouth. Taking into consideration the land and building costs, as well as taxes and overhead, the annual costs would fall within the range of $1.3 to $2 million with a $4 to $6 million initial investment. We estimate the unit sales of the Tesla Roadster to be 70 cars per year with the tax exemption and 55 cars with tax incentive (40% rebate). Depending on whether you can obtain a tax exemption or just a tax incentive, Tesla will break even in 3.5 years and 5 years respectively, assuming consistent sales number for the Roadster and a 20% profit margin. If we incorporate the sales of the Model S, starting in mid 2012, we expect the break-even point to be lower and Tesla to start seeing profits in the Singapore market by the end of 2015.


Porter's 5-Force Analysis

Barriers to Entry
Cultural differences have a significant influence in the way that we market our product and can be a major obstacle to your entry.  The Singaporean consumers are very skeptical to embrace new technology especially in terms of automotive application. They are highly selective due to the high cost of owning a vehicle in Singapore because of all the taxes and license costs. To overcome this barrier, we must positively shape their preference and attitudes towards high end electric to justify the high investment. Government support is crucial in doing so. Luckily, the government of Singapore is pushing towards greener technology such as electric vehicles by offering green incentive taxes and launching the EV test-beds.  We believe the EV test-beds will be successful, initiating the next generation of energy efficient vehicles in Singapore. Therefore, the threat to entry is moderate.

Competition
The competitive environment in Singapore is similar to that of the United States with the major players being Toyota Motor Corporation, Honda Motor Co., Ltd., Hyundai Motor Co., and Kia Motors Corporation. They are competitors in the aspect that they all offer at least one type of energy efficient cars, whether it is hybrid or electric. Tesla is further differentiated by being a high performance electric car with a higher price tag, but this in turn creates more competition for Tesla as they are now also competing with sports cars like Ferrari and Porsche. The biggest advantage the competitors have over Tesla is brand recognition. Consumers do not simply spend over $110,000 on a car they never heard of. We evaluate the threat of competition to be high.

Buyer Power
Since the Tesla Roadster is considered a luxury good, the demand is very inelastic so consumers are willingly to pay the high price. Furthermore, there is no similar class of car like the Roadster so there is no basis for the consumer to negotiate with. Unless they buy in mass quantities, the buyer power is low.

Supplier Power
The major supplier in this case is human capital. Motivated sales people and managers are crucial for effective marketing. They affect the success of Tesla in Singapore. Sales people can be trained, but a good sales manager is hard to come by. Assuming that the Singapore market is successful, the manager would have high bargaining power later on but for now it is low.

Substitutes
An alternative to Electric vehicles can be hybrid vehicles or even public transportation in the broad sense of environmental friendly transport. In terms of an electric sports car, there are no substitutes. It highly depends on your qualification for viable substitutes. We came to the conclusion that the threat level for substitutes is moderate due to the likelihood that your high end consumer base demands personal vehicle over public transportation.

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Recommendations- India-Recommendation for operational expansion

Based by on your financial report, we noted Tesla has sufficient savings to invest in an acquisition of BMW's manufacturing plant in Chennai, India. We believe this is the fastest way and most cost effective way to start up our production abroad of the Tesla Roadster as well as the Model S early 2012. We recommend Tesla purchases BMW's manufacturing plant for NPV $10 million, which can be financed over the course of ten years.  The manufacturing plant will operate as Tesla's international headquarter where it will serve as a central distribution center for our shipments to Asian, African, and European markets. Purchase of the plant will allow you to take immediate advantage of being placed into an Special Economic Zone (SEZ) where we can avoid certain risks associated with entry and quickly begin production of our vehicles overseas. The proposed agreement in place with BMW will meet our target required return rate and provide us with a projected net present value of $5.7 million (please see attached excel spreadsheet and appendix for details).  We should make this purchase swiftly to start receiving the immediate benefits of reduced operating costs. In regards to hiring our Head of International Operations, the higher up positions such as VP of manufacturing and VP of research and development, we recommend promoting from within Tesla to ensure that we can maintain our strategic vision and consistent operating procedures. To address the cultural differences, we suggest hiring seasoned managers from within India to oversee the work of local manufacturing laborers and serve as a connection between laborers and the executives.

Singapore- Recommendation for marketing expansion

We highly recommend using the EV test beds as an entry method because the tax waiver would significantly lower the price of the Roadster to around $110,000 as opposed to $220,000. This would make it more accessible and appealing to the target consumers. With a $220,000 price tag, the threat of substitutes and competition are much higher. At that price you are competing with Ferrari and Porsche, who have much higher brand recognition in Singapore than Tesla. It is crucial for Tesla to have a price advantage to be competitive given your lower brand recognition. It is also a strategic move to increase brand equity through media coverage and government support. The media and government of Singapore have a strong influence over its citizens and will have an important role in the success of Tesla in Singapore. The EV test beds is an opportunity for Tesla to demonstrate its willingness to help Singapore achieve a greener tomorrow and develop a network of supporters to propel Tesla through Singapore's tough automotive market. After the initial effort to promote Tesla through the EV test beds, the next step is to open up an office/showroom in Singapore with a mechanics, sales force, and managers directly in charge of servicing, public relations, and marketing. This store is wholly owned like any other Tesla showrooms, however it is important for the manager to understand Singapore's culture to effectively market to target consumers, establish relationships with consumers, and train the sales force. The manager should be hire locally, someone who really knows how to navigate the Singapore market and understand the consumers.

This initial investment would cost approximately $5 million, which includes the cost of land, building, licenses, and taxes. Annual costs would be higher in the beginning because of the initial amount of marketing and that comes to about $2 million. The projected sales of the Tesla Roadster and Model have a growth rate of 3% and 7% respectively. These are conservative numbers and could change depending on our marketing efforts. Tesla should achieve a net present value by the end of 2015.

Appendix

Financial Model Assumptions and Calculations

We used $110,000 for our price of Roasters and $60,000 for our model S price.

Revenues from India Sales

We do not have a marketing plan in place for India or intend to immediately start selling vehicles. We do plan to start selling automobile vehicles in India starting in 2016, after the AMP agreement is completed and the countries infrastructure has improved.  At the moment, we plan on selling these vehicles through online orders, and thus do not incur any additional costs. We estimate they will sell 10 Roadsters in 2016, increasing by 10% per year.

We estimate they will sell 50 Model S, increasing by 20% per year.

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Revenues from Singapore Sales
Although there is a 100% tax rate on vehicles imported into Singapore, we add this completely onto our car sales price, thus not affecting our profit per car.  So we essentially ignore this tax in our financial report since the additional amount we earn in revenue, immediately gets deducted as a cost. Roadster 35 cars increasing by 3% each year over the span of 10 yrs. For the Model S, 110 cars increasing by 7% each year over the span of 10 yrs starting in mid 2012.

Revenue from rest of Asia, Africa, and Europe
Although we currently sell to these markets, we will count our cost savings from delivering cars with a closer production facility to be revenue when determining the NPV of this decision.  We estimate a savings of $200,000 dollars a year with a growth rate of 9%

Additional Revenues from rest of AAE sales
We expect additional sales to these markets of $25 million per year with a 10% increase.

Cost of Labor
See calculations in article

Cost of Factory Automotive Sales
We factored in costs as 80% of sales.  This is reasonable based on the financial reports from Tesla's annual report which reported approximately $97 million in annual sales with costs of $86 million for 2010.  The lower cost of sales can be attributed from cost savings in India.

Building payment
We used $2 million annual, based on calculations from earlier.

Depreciation
We used straight line depreciation of $1 million dollars per year.

Income tax
The effective foreign corporate tax rate in India is 42.23%68. SEZ's in India have a 100% corporate tax exemption for first 5 years.  50% corporate tax exemption for the next 10 years.

Capital Expenditure
Based on calculations made earlier, we came up with an initial investment cost of $10 million.

Discount Factor
In both our negotiations with BMW and our own projected calculations, we have decided to use a required return rate of 10%, rounded up from 9.8% which is the historical average for the S and P 50069.

http://money.cnn.com/magazines/moneymag/money101/lesson4/index.htm "Investing Basics" Accessed Nov 20 2011

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## AN OPEN LETTER TO TESLA MOTORS:  (Public Response Required!)



Elon Musk, CEO, Tesla Motors, 3500 Deer Creek, Palo Alto, CA 94304, (650) 681-5000

*Dear Mr. Musk and The Tesla Board of Directors:*

*Recently; Numerous ex-Tesla staff and contractors, former suppliers, federal investigators, investigative reporters, investors and ex-partners of Tesla Motors have provided facts about Tesla Motors which are disturbing to the public, Congress, and the market. Please provide clarification of the following charges and concerns in order to resolve outstanding issues between the public and Tesla Motors :*

*- Are Tesla and Google, essentially, the same entity by virtue of the same investors, agenda and stock market manipulations?*

*- When damaging news about Tesla emerges, do Tesla and Google investors place multiple stock-buy orders from a multi-billion dollar slush fund in order to make it appear that individual outside investors are excited by Tesla when, in fact, it is only a small internal group of investors "pumping the market"? Does Google "bury" any negative stories about Tesla in their searches on orders from Tesla/Google investors? Is that a violation of securities laws?*

*- It is said that the Tesla Model S has the most surveillance devices to watch, track, listen-to and broadcast the activities of the occupants, built into it than any other car in the world. Elon Musk has personally told reporters that his cars constantly watch the driver and occupants. Why is that? Why are Tesla and Google obsessed with spying on the public?*

*- In multiple recorded interviews, Elon Musk is on public record telling the news media that, after careful research, the NUMMI plant in Fremont California would be a very bad choice for Tesla? Why did that suddenly change? What participation did Senator Dianne Feinstein and her husband's real estate Company CBRE have on that decision and the award of the loan to Tesla? Why do Senator Feinsteins staff now work for Tesla? Why did Glenn Greenwald call Feinstein's actions "suspicious"? What political support or funding did Tesla or Google provide to any related political officials?*

*- From 2008 to 2010 numerous competing electric car companies have charged that Tesla Motors placed Tesla Motors "moles" inside of their companies to intelligence-gather and cause disruption. Is that true?*

*- Google and Tesla motors share the same venture capital investor groups and alliances. Numerous expert at Tech-Crunch, Valleywag and other industry journals have published articles about the fact that those VC's actively collude with each other to lock competing technologies and companies out of the market and create business monopolies. Did Tesla investors and associates participate in such activities? If so, would that not be a violation of SEC laws?*

*- Did Tesla and/or Google reward certain politicians with campaign funding, web promotion, revolving door jobs for staff, and other incentives, in exchange for "hot-tracking" State and Federal taxpayer money for Tesla Motors?*

*- While other companies built consumer priced electric cars before and during Tesla's existence, why did Tesla choose to build an unaffordable car and position the marketing of it to "the 1%" when the money for that car came from the 99% taxpayers?*

*- Numerous cities were told that they would have the Tesla car factory and then they stated, or sued Tesla, saying Tesla acted "in bad faith" and "used false and misleading information" to induce them to provide assurances which were used to pump the stock market. Why did Tesla lead so many cities on?*

*- The factory that builds your batteries and the U.S. Government states, in their formal technical documents, that when Tesla batteries are on fire they emit lethal, brain-damaging, carcinogenic, liver, lung and DNA damaging fumes and smoke. Why do you not inform the public of this danger in your literature?*

*- Lithium ion production kills and terminally sickens workers overseas. Multiple Tesla*

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

*workers have been burned alive at your factory. OSHA has launched an investigation. What have you done to prevent the accidental and long term injuries to your staff and contractors?*

*- Bernard Tse, and other main Tesla Engineering staff including: electric engineer Doug Bourn, electrical engineer Andrew Ingram, Brian M. Finn, senior manager of interactive electronics and George Blankenship; while investigating battery purchases for Tesla Motors, received numerous white-papers and technical documents from LG Chem, Panasonic and the U.S. D.O.E and vast numbers of other battery-makers which specifically stated that lithium-ion batteries would be "stressed" and "likely to combust" when used in the configuration which*

*Tesla intended. They stated that the batteries were "not intended for use in cars". Why then, did Tesla still use them? What effect did the monopolistic ownership of lithium ion mining and manufacturing resources by Tesla and Google investors have on the decision to use lithium ion?*

*- Is it not a fact that a majority of your cars have been sold to your own investors or associates who act as "fluffers" against any bad PR?*

*- In multiple recorded interviews, Elon MUsk is on public record stating that, at the time of application for the DOE loan Tesla was on the verge of bankruptcy. The DOE loan was mandated under a Federal law known as Section 136. This law stated that no car company could receive money if it was on the verge of bankruptcy. Past accountants of Tesla have stated that Tesla was on the verge of bankruptcy at the time of the loan application. Numerous Tesla staff and contractors have verified this. Did Tesla commit a felony and acquire "unfair advantage" per the GAO?*

*- Relative to the number of cars sold, why has Tesla had so many Tesla drunk driver related crashes, deaths and homicides. Why are Tesla drivers killing innocent pedestrians simply because the Tesla's "smell bad".?*

*- Psychographic, demographic and marketing studies have been published showing that Tesla drivers have a higher-than-average inclination towards drugs, strange sexual behavior and risk. Could this account for the number of Tesla crashes and deaths?*

*- Is it true that safety testing was done on Tesla cars without fully charged batteries and in a moisture-locked environment because Tesla staff knew that fully charged batteries and moisture in a crash WOULD cause a fiery explosion, as they already have?*

*- Is it not a fact that Google deletes, or hides any bad PR about Tesla on it's network? Would this be considered stock market manipulation in violation of SEC laws?*

*- Numerous periodicals, including Valleywag, document the fact that Elon Musk sends spy emails to his employees, each with a few words changed in order to track them and see who might reveal anything damaging to regulators?*

*- Who are all of the property holders and lease-owners of the Tesla and Solyndra, past and current, real-estate?*

*- According to DOE staff, who were at DOE when the Tesla application was submitted, nothing that Tesla submitted was ever built by Tesla. In fact, these staff state that the vehicle that Tesla eventually sold was not even designed or engineered when Tesla was approved for the loan money, contrary to the Section 136 law requirement. They say that Tesla took the money and THEN hired people to figure out what they were going to do with it. As shown in the DOE files, the engineering of the shipping Tesla cars has no element that was submitted to*

*DOE. Is that true?*

*- Elon Musks wives and founders have filed lawsuits and made public statements that he is a fraud and coerced them into participation. Is it proper fiduciary practice to allow Mr. Musk to continue with the company?*

*- Why did Tesla not have to pay the cash participation fee that the Section 136 law said everybody had to pay? Tesla staff stated, at numerous documented Silicon Valley open meetings that they got a "special applicant participation waiver". Why did Tesla get that waiver?*

*- Did Tesla Motors provide falsified information in order to acquire it's Federal funding?*

*- Did Tesla Motors provide falsified information in order to acquire it's Federal waivers, tax deferrals, credits and discounts?*

*- Kleiner Perkins and certain silicon valley VC's, all investors in a number of DOE "winners" (including Tesla, Fisker, Solyndra, A123 and others), organized meetings with a Dmitry Medvedev and other men known by the State Department, CIA, FBI and federal investigators to be involved in Russian mobsterism and then Ener1, Severstal and A123, dark-money funded and run by billionaires (many of whom own lithium mining interests) known by the State Department, the CIA and federal investigators to be involved in Russian mobsterism, were*

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

*awarded taxpayer funds by Steven Chu, who was nominated by Kleiner Perkins. Was any of this a conflict of interest?*

 *- Why is the only company to receive California State real estate exclusives, exclusive tax waivers, credits and stock enhancers and free rides on taxpayer backs also the same company who's investors were the largest funders of certain State officials?*

 *- Federal communications monitoring of text, voice and email communications of certain highly placed Senators, lobbyists and venture capitalists from 2005 to today should be made available to ALL federal criminal investigators. Have they been? Are one or more Senators blocking this effort because they are compromised?*

 *- Why have so many fraud lawsuits been filed against Elon Musk and Tesla Motors?*

 *- The head of the NHTSA (Strickland) Tesla investigation quit because of increased scrutiny. The facts, such as these, demonstrate that Tesla and Fisker never should have passed any NHTSA safety review. How can the public be assured that ongoing NHTSA investigations regarding Tesla will not be rigged?*

 *- Did Tesla Motors provide falsified information in order to acquire it's State funding? Did Tesla Motors provide falsified information in order to acquire it's State waivers, tax deferrals, credits and discounts? Did Tesla investors bribe, or influence Congress people?*

 *- Did Tesla report tax credits as revenue/sales in stock reports in order to trick investors into thinking Tesla was making profit that it was actually not making?*

 *- Did Tesla staff or owners investors bribe, or influence Congress people? Did Tesla staff, owners or investors provider misleading information to investors? Was there a conflict of interest between Department of Energy staff and Tesla owners, investors or staff? Was there a conflict of interest between White House staff and Tesla owners, investors or staff? Was there a conflict of interest between Senate staff and Tesla owners, investors or staff? Did Tesla Motors use taxpayer money to hire off-shore staff?*

 *- Marketing sales staff from the ad agencies for 60 Minutes, Consumer Reports, GQ, Fortune and other mainstream periodicals have stated that Elon Musk purchased "puff piece" stories about himself in those broadcasts and magazines and that none of those stories were internally generated. Is it good fiduciary practice for an executive to use corporate resources for personal glorification?*

 *- Did Tesla Motors use taxpayer money to purchase supplies offshore that could have been purchased in the United States? Did Tesla Motors participate in a market rigging scam to rig lithium ion purchasing for its investors? Did Tesla Motors participate in a market rigging scam to rig the electric car market for its investors? Did Tesla Motors staff, or owners, sabotage competitors?*

 *- Did Tesla Motors staff, owners or investors exchange campaign funding quid pro quo for business financing?*

 *- Did Silicon Valley companies, owned by Tesla investors and campaign financiers, use internet technology to falsify information to the public in order to manipulate stock market perceptions in violation of SEC, RICO, and various other laws?*

 *- Did Tesla Motors lie about the safety metrics of its lithium ion battery system?*

 *- Was Tesla Motors holding safety metric data in its files which differed fully from the safety metrics data it provided to investors and NHTSA?*

 *- Did Tesla Motors violate securities law by using false information to acquire a federal loan which it then used to falsify its stock metrics in order to "pump" it's stock?*

 *- Did Deloitte accounting firm conspire with Tesla to manipulate market metrics in violation of RICO Statutes and did that firm manipulate Department of Energy review data on Tesla's behalf?*

 *- A U.S. Senator officiated at the opening of the Tesla NUMMI plant and lobbied for Tesla's tax waivers, credits, acquisition of NUMMI and discounts and then that U.S. Senator had their staff work in Tesla's offices. Is it a conflict of interest that this senator received campaign funding and this senator's family received real estate deals from the Tesla and, (next door to Tesla), Solyndra real estate deals?*

 *- Did Welles Fargo conspire with Tesla to manipulate market metrics in violation of RICO Statutes?*

 *- Did Goldman Sachs conspire with Tesla to manipulate market metrics in violation of RICO Statutes?*

 *- Were Department of Energy staff manipulating Tesla funding data in order to favor Tesla and it's campaign funding investors in violation of RICO Statutes?*

 *- Were Department of Energy staff manipulating Tesla funding data in order to disfavor Tesla competitors and competitors to it's campaign funding investors in violation of RICO Statutes?*

 *- Did Tesla owners, staff or investors attempt to delay federal investigations and indictments by asserting influence in violation of RICO Statutes and numerous other laws?*

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

- *Documents show there have been more Tesla fires that actually occurred than Tesla has reported in the media. How many actual Tesla factory fires, test car fires and Tesla battery fires have actually occurred?*

- *Please provide an identification matrix showing campaign backers who were lithium ion investors who had had their contacts exert influence over NHTSA decisions regarding Tesla?*

- *The Secretary of energy was friends with all of your investors. We have been unable to find the name of even one person from OPM and Congressional nomination file wrapper for Steven Chu's nomination, who Chu did not later give DOE $$ or perks to. Why is that?*

- *The U.S. Post Office, The TSA, The DOE, The GAO, Panasonic and over 100 of the leading technical companies in the world say lithium ion batteries can spontaneously explode. Why do you not disclose this to your buyers in your literature?*

- *The Tesla can blow-up from it's charger and/or it's batteries. Are there other dangers that have also not been disclosed?*

- *Is Tesla operating in violation of the patents of any other company?*

- *By Elon Musk's own admission, at the time of the DOE loan application all of the car designs were $100,000.00, PER CAR, over budget and they had no final design for a factory production run DFM. How could Tesla have gotten the loan with the worst debt ratio, the least engineering, the greatest financial risk and the least collateral of any applicant?*

- *Tesla lobbyists worked with Rahm Emanuel in the White House, to arrange their loan deal. Rahm Emanuals Senior Finance Aide was recently arrested for bribes, kickbacks, corruption and money Laundering. Steve Rattner, The West Wing "Car Czar", who Tesla investors worked with to secure the Tesla loan, was also indicted for corruption. Almost everyone at DOE involved in your loan was forced to quit or fired. Does this call your dealings into question?*

- *Rolls-Royce Holdings said the U.K.'s Serious Fraud Office has opened a formal investigation into bribery and corruption of government officials for cars for the 1%. Does this worry you?*

- *The NHTSA said that Elon Musk lied about Fire Safety Review approval and who made the request for recall and investigation. Should we trust Elon Musk?*

- *Tesla got another $34 MILLION of our tax money in exclusive campaign finance kickbacks for billionaires from the State of California. Why did Tesla billionaires need a few million of our tax money in a recession when people have no jobs?*

- *The German Tesla "Safety Review" was exposed as "Sham" in that they conducted no safety review and were just told to "pass the car" by their bankers at Deutche Bank! Why did you not disclose that the German's conducted no testing of your battery system of any nature?*

- *In Tesla's own filed patent applications you state that your batteries WILL explode spontaneously and kill and injure people and burn down their homes. Why did you not disclose this in buyers documentation?*

- *Tesla is MORE likely to catch on fire than gasoline car"per Bloomberg & MIT. Why did you not disclose this?*

- *Lithium Ion is "nearly impossible to extinguish, and "acts like solid rocket fuel" say firefighters. Tesla never supplied required battery company $CO_2$ fire extinguishers to car owners. Why not?*

- *Federal Investigators say you are using "exploding flashlight batteries that were never intended to be used in cars, in an improperly shielded box" to power the car instead of commercial energy storage technology. They say your car has "85% less lithium crash protection on the Tesla than ANY OTHER ELECTRIC CAR". All other companies had to recall EXCEPT Tesla. Why not? What special leverage did you have?*

- *Over 150 defects and problems per model about the Tesla have been documented on user-forums and in the press including: "Doors lock you in and out. Bad if car on fire!"; "George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The F\*cking Road  ;  "Tesla "Satisfaction" survey authored by it's own investors/fanboys"; "Tesla seat vibration causes Anal Itching!"; "VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!"; "Numerous defects documented by*
owners online." *When the NUMMI factory was in use by GM and Toyota only 5 defects per model car produced there occurred. Even after you bought brand new robots, why did the Tesla cars get worse in a pre-configured factory with billions of dollars of past car preparation?*

*Thank you for your consideration. We look forward to your public response to clarify these issues and concerns.*

*Sincerely,*

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

*The American Independent Auto Association*
*The Friends of Gary Conley*
*Former Staff- Bright Automotive*
*The Ingram Fund*
*Brett Winston*
*Target News Team*
*Anton Westerly*
*CC: All Members: U.S. Congress; US AG; CA AG; Reuters, WebWire, FBI, GAO, Public Citizen*

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## The Challenge Of Corruption and the 2016 Elections.

 

In a crime of historical proportions, White House staff, and Department of Energy leaders, managed by Steven Chu, handed a shockingly large amount of taxpayer money to a private cadre of Silicon Valley campaign financiers. They did it via those financiers green-washing front companies as part of a political kick-back scheme. You have heard of the notorious Solyndra, A123, Fisker, Ener1 and other "Cleantech Crash" failures. This was part of that mess. It was an inside job. If you watch the feature film, called: "Inside Job", you can see how it worked.

  While doing this, they put sabotage and hit-job attacks on the competing applicants for the funding, who were also the competitors of the Silicon Valley campaign financiers. It was the most overt, heinous, and audacious form of crony manipulation Washington had ever conjured.

  As of today, you can't find a major law enforcement agency that does not have a big case working on this. You can't find a major news organization that does not have reams of files and reports on this. You can't find a voter who does not think corruption, like this, is destroying Washington, DC.

  All of those Silicon Valley oligarchs companies failed. The  Silicon Valley oligarchs just wanted to get the federal cash in their bank, skim some for themselves, off the top, and let those front companies die. They didn't care, one iota, about "green energy", "sustainable power" or anything, even remotely, altruistic. They cared about cash. They cared about the "grab-it-and-go". The whole "green" thing they spouted was a smoke green to get voter sheep-like support.

  The losses, from this criminal corruption scheme, to date, exceed 900 BILLION DOLLARS of YOUR tax money.

  This is only one of thousands, and thousands, of cases of massive corruption, with our tax money, by elected officials. You read about a new one, in the news, almost every other day.

  How did this corruption become so accelerated and so pervasive?

  How did these politicians decide that they could just steal with impunity, like this?

  It began in 2007 when the real estate market got interesting. People told Congress that "America might fail" if we don't take drastic steps. It was suggested that all the money, that anybody could find, be put into an emergency pot to save all of the Americans.

  As we all now know, while the idea might have been interesting, the execution was criminally corrupt and deviant. Instead of giving the money to American families, it was handed to a small set of bankers and "financial speculators" who promptly stole it, later got charged with crimes (in most cases), and never did a thing with the money to help anybody but themselves.

  TARP was a shambles. The banks did little, or nothing for the public. The other part of the scheme was a hard-

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

wired load of $25 Billion dollars that Steven Chu, at the DOE, was parsing out to his friends.

  In historical retrospective, based on overwhelming evidence, it is very clear to even the most naive newspaper reader, that a kick-back scheme went down. Only Elon Musk, John Doerr and their associates got the money. Only Elon Musk, John Doerr and their associates owned the supplier commodity routes.  Only Elon Musk, John Doerr and their associates had the stock benefits.  Only Elon Musk, John Doerr and their associates were the same campaign financiers who owned the only companies who got the cash and the government contracts.   Only the competitors to Elon Musk, John Doerr and their associates got sabotaged by Steven Chu and his team while they were, exclusively, funding the asset holdings of Elon Musk, John Doerr and their associates.  Only Elon Musk, John Doerr and their associates had "gifted" stock to the very elected and appointed officials who were in charge of "helping" Steven Chu hand out the cash to them. The list goes on…

  Today, it is VERY clear what happened and how the kick-back scam was perpetrated.

  The White House is still the boss of the DOJ, and many other law enforcement agencies. One can assume that they threatened law enforcement bosses with career, pension and stock problems unless they held off the arrests until after the 2016 elections. Is that really a good idea though?

  The public is angry. They are angry about corruption and about the inability of anybody in Washington to do anything that doesn't pad their personal bank account and their personal stock portfolio.

  Enter the 2016 elections. Not too long ago, the media told us it was already a "done deal". It was going to be "Hillary Vs. Jeb". It was resolved, just sit back and watch it happen.

  But then...Not so much.

  The rise of Donald Trump and Bernie Sanders, from impossible outliers to top tier underdogs, has shocked the people who control what you are supposed to think is happening in politics.

  The public wasn't buying the spoon feeding of their "media message". They were not so keen on getting "mood manipulated" by Facebook and Google into thinking one way, or another.

  The public was not seeing any benefit from the so-called benefits they were supposed to get. The Silicon Valley oligarchs were seeing all kinds of benefits. For their 1% crowd, the economy was doing great. They got billions of free dollars, that they didn't have to work for.. wooo hooo!

  In the beginning, Trump and Sanders were shunned and derided by the media. They were name called, character assassinated and diminished. That was before they started talking to the voters.

  What the voters have heard, from both of these candidates, is the biggest challenge that they, or Washington, have heard, to crony capitalism, in a long time.

  Candidates "normally" didn't say such things. These people were discussing the "forbidden issues", right out loud. IN FRONT OF EVERYONE!

  It resonated with all of the voters. For all of their crazy, no hair, wild hair and "plain speakin' abrasive slang"; they said things that voters have been waiting a long time to hear.

  Election 2016 will be something few will ever forget!

THE BOOK OF TESLA; Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# How Elon Musk, and his investment partners, rigged the stock market

- Coordinated, criminal, stock market manipulations via "Flash Boy Algorithms", "Buy Bots", "Pumping via buybacks", "Valuation fraud via Google ranking manipulation", "Media cover-ups and news hiding via Google ranking manipulation", "DOE PR Valuation boost coordination" and direct TSLA stock chart fraud

- The relationship between Tesla owners and Troll Farm services that provide "click-farm", "meat-puppet", "sock-puppet", "fake likes" and automated contrived social media created stock market perception manipulation timed to fraudulently manipulate stock values which Tesla skimmed at the peak-points.

Tesla owners, and investors, acquired commodity control of Tesla supplies, especially lithium ion, via foreign invasion rights exploitation



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

# Day Traders charge Tesla and Solyndra with being an Enron-Type Stock Pumping Swindle

How Tesla's investors rigged the stock market results using computerized systems timed with Google information manipulation

  - Using federal funding to hype, pump, skim and dump public stocks and manipulate the stock market. Senators and some regulators implicated in running the cover-up? Big players grabbed billions of dollars up front, for their personal pockets, while workers at the Cleantech "bait companies" lost their jobs and their futures.
  - Solyndra, Tesla, Fisker and Abound investors bragged about "pulling a scrape".
  - Vc's used taxpayer loans to fake stock values and reap massive windfalls off of felony market manipulation violations under Section 9(a)(2) of the Securities Exchange Act of 1934."



**MONEY MAGAZINE -**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# How Investors May Be Getting Fooled by Buybacks

NEW YORK (AP)

By BERNARD CONDON AP Business Writer

If you're puzzled why the U.S. stock market has risen so fast in a slow-growing economy, consider one of its star performers: DirecTV.

The satellite TV provider has done a great job slashing expenses and expanding abroad, and that has helped lift its earnings per share dramatically in five years. But don't be fooled. The main reason for the EPS gain has nothing to do with how well it runs its business. It's because it has engaged in a massive stock buyback program, halving the number of its shares in circulation by purchasing them from investors.

Spreading earnings over fewer shares translates into higher EPS — a lot higher in DirecTV's case. Instead of an 88 percent rise to $2.58, EPS nearly quadrupled to $5.22.

Companies have been spending big on buybacks since the 1990s. What's new is the way buybacks have exaggerated the health of many companies, suggesting through EPS that they are much better at generating profits than they actually are. The distortion is ironic. Critics say the obsessive focus on buybacks has led companies to put off replacing plant and equipment, funding research and development, and generally doing the kind of spending needed to produce rising EPS for the long run.

"It's boosted the stock market and flattered earnings, but it's very short term," says David Rosenberg, former chief economist at Merrill Lynch, now at money manager Gluskin Sheff. He calls buybacks a "sugar high."

Over the past five years, 216 companies in the S&P 500 are just like DirecTV: They are getting more of a boost in EPS from slashing share count than from running their underlying business, according to a study by consultancy Fortuna Advisors at the request of The Associated Press. The list of companies cuts across industries, and includes retailer Gap, supermarket chain Kohl's, railroad operator Norfolk Southern and drug distributor AmerisourceBergen.

The stocks of those four have more than tripled, on average, in the past five years.

Companies insist that their buybacks must be judged case by case.

"The vast majority of our shareholders are sophisticated investors who not only use EPS growth but other important measures to determine the success of our company," says Darris Gringeri, a spokesman for DirecTV.

But Fortuna CEO Gregory Milano says buybacks are a waste of money for most companies.

"It's game playing — a legitimate, legal form of manufacturing earnings growth," says Milano, author of several studies on the impact of buybacks. "A lot of people (focus on) earnings per share growth, but they don't adequately distinguish the quality of the earnings."

So powerful is the impact, it has turned what would have been basically flat or falling EPS into a gain at some companies over five years. That list includes Lockheed Martin, the military contractor, Cintas, the country's largest supplier of work uniforms, WellPoint, an insurer, and Dun and Bradstreet, a credit-rating firm.

It's not clear investors are worried, or even aware, how much buybacks are exaggerating the underlying strength of companies. On Friday, they pushed the Standard and Poor's 500 stock index to a record close, up 178 percent from a 12-year low in 2009.

"How much credit should a company get earning from share buybacks rather than organic growth  asks Brian Rauscher, chief portfolio strategist at Robert W. Baird & Co, an investment company. "I think the quality of earnings has been much lower than what the headlines suggest."

And it could get worse.

Companies in the S&P 500 have earmarked $1 trillion for buybacks over the next several years. That's on top of $1.7 trillion they spent on them in the previous five years. The figure is staggering. It is enough money to cut a check worth $5,345 for every man, woman and child in the country.

There is nothing necessarily nefarious or wrong about buybacks per se. It doesn't seem that managements are trying to cover up a poor job of running their businesses. Even without factoring in a drop in share counts, earnings in the S&P 500 would have risen 80 percent since 2009.

The problem is that many investors are pouring money willy-nilly into companies doing buybacks as if they are always a good thing, and at every company.

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

A fund that tracks companies cutting shares the most, the PowerShares Buyback Achievers Portfolio, attracted $2.2 billion in new investments in the last 12 months. That is nine times what had been invested at the start of that period, according Lipper, which provides data on funds.

For their part, the companies note there are all sorts of reasons to like them besides EPS.

WellPoint points out that it has increased its cash dividend three times since 2011, a big draw for people looking for income. Cintas says that it's timed its buybacks well, buying at a deep discount to stock price today. And DirecTV says investors judge it also by revenue and cash flow, both of which are up strongly.

What's more, companies seem to genuinely believe their shares are a bargain and they'd be remiss for not buying, though their record of choosing the right time is poor.

The last time buybacks were running so high was 2007, right before stocks fell by more than half.

There are signs the next $1 trillion in buybacks for S&P 500 companies could also prove ill-timed. Stocks aren't looking so cheap anymore. After a surge of nearly 30 percent last year, the S&P 500 is trading at 25 times its 10-year average earnings, as calculated by Nobel Prize winning economist Robert Shiller of Yale. That is much more expensive than the long-term average of 16.5.

Many investors assume shrinking shares automatically make remaining shares more valuable. The math is seductive. A company that has $100 in earnings and 100 shares will report $1 in earnings per share. But eliminate half the shares and the same $100 is spread over 50 shares, and EPS doubles to $2.

But that doesn't make the shares more valuable.

Shares aren't just a claim on short-term earnings. They are an ownership stake in an entire company, including R&D programs and its capital stock — the plants, equipment and other assets needed to boost productivity long into the future. Critics say the lavish spending on buybacks has "crowded out" spending on such things, which is at its weakest in decades.

"It's just like your car depreciating or your home depreciating — you have to invest," says Gluskin Sheff's Rosenberg, "The corporate sector has barely preventing the capital stock from becoming obsolete."

One result: U.S. productivity, or output per hour, increased just 0.5 percent last year, a pitiful performance. It has grown by an average 2 percent a year since 1947.

If not reversed, history suggests stocks will suffer. In a 2010 study, Fortuna's Milano found that stocks of companies that spent the most on buybacks vastly underperformed stocks of those that spent the least on them — at least over five years.

It's unclear whether the kind of investor who dominates stock trading now cares about the long-term, though. Buybacks are one of the few sure-fire ways to push a stock higher in the short term, and investors these days are very short term.

They "don't care what happens in three or five years," laments Rauscher, the Baird strategist. "The market has become less of an investor culture, more of a trading one."

———

Follow Bernard Condon on Twitter at http://twitter.com/BernardFCondon.

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



A Wall Street sign is pictured outside the New York Stock Exchange in New York, October 23, 2013. REUTERS/CARLO ALLEGRI

(Reuters) - The U.S. stock market is rigged in favor of high-speed electronic trading firms, which use their advantages to extract billions from investors, according to Michael Lewis, author of a new book on the topic, "Flash Boys: A Wall Street Revolt."

High-frequency trading (HFT) is a practice carried out by many banks and proprietary trading firms using sophisticated computer programs to send gobs of orders into the market, executing a small portion of them when opportunities arise to capitalize on price imbalances, or to make markets. HFT makes up more than half of all U.S. trading volume.

The trading methods and technology that make HFT possible are all legal, and the stock exchanges HFT firms trade on are highly regulated. But Lewis said these firms are using their speed advantage to profit at the expense of other market participants to the tune of tens of billions of dollars.

"They are able to identify your desire to buy shares in Microsoft and buy them in front of you and sell them back to you at a higher price," Lewis, whose book is available on Monday, said on the television program "60 Minutes" on Sunday.

"This speed advantage that the faster traders have is milliseconds, some of it is fractions of milliseconds," said Lewis, whose books include "The Big Short" and "Moneyball."

Those milliseconds can be valuable, making it possible to send around 10,000 orders in the blink of an eye.

## Credits fueled Tesla stock sale?

By The Bakersfield Californian

Concerning your May 31 editorial ("Some clean energy bets pay off nicely") on Tesla Motors paying off the government loan:

In 2010, Tesla was awarded a milestone-based loan, requiring matching private capital obtained via public

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

offering, by the Department of Energy as part of the Advanced Technology Vehicle Manufacturing Loan Program. This program was signed into law by President George W. Bush in 2008, and then awarded under the Obama administration in the years that followed.

The loan payment was made using a portion of the approximately $1 billion in funds raised in the previous weeks concurrent offerings of common stock and convertible senior notes.

According to a May 8 USA Today report by James R. Healey and Fred Meier, Tesla made a first-quarter profit of $11 million on revenues of $562 million. But Tesla gets government zero-emission-vehicle (ZEV) credits for each car it builds, credits that can then be auctioned to other automakers to offset their non-zero-emission vehicles. The company income from sales of ZEVs came to about $68 million in the quarter, or 12 percent of revenue.

So, if you take away the ZEVs, Tesla lost $57 million. It sounds to me like the first-quarter profit allowed Tesla to make a stock offering to which the government loan was paid from. The profit was from government money in the way of ZEVs. Would the stock sale have been as good if Tesla had shown a $57 million loss?

It's interesting how you tied Bush to the failed Solyndra loan and President Obama to the Tesla loan, when in fact the Obama administration made both loans.

Tom Wimberly

Bakersfield


# GOLDMAN SACHS WAS THE "COORDINATING" LINK IN ALMOST EVERY DEAL UNDER INVESTIGATION:

An extensive number of recordings, by multiple whistle-blowers, and agencies, now exist:

News media have speculated that the actual reason for "the CleanTech Crash" may have to do with a massive embezzlement scheme such as the concept shown in this published diagram:

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## FEDERAL AND INDUSTRY INVESTIGATORS DISCOVER "PUMP AND DUMP" AND "PUMP AND FLUFF" STOCK SCAMS IN THE CLEANTECH FUNDING PROGRAM:"

The use of the media and the internet by a company, or it's investors, to pump that company's stocks is a felony. The use, by a company of armies of fake bloggers, paid for by that company to post false praise in order to raise that company's stocks is a felony.In the United States, this falls under market manipulation and is prohibited under Section 9(a)(2) of the Securities Exchange Act of 1934."

The CleanTech stocks that crash and then suddenly recover are getting instantly "pumped" with fake investor buys computer "flashed" to make them look like Day-traders."Pump and dumps are illegal because you are willfully attempting to manipulate the value of a security. And if you are doing this with other people as well, it's even worse because that implies it is more of a concentrated effort to do that. An example is if you and a few buddies are looking at a stock that only trades a few thousand shares a day. Between the group of you, you trade the stock so the volume is much, much higher than what it usually is. Others will notice this and think that the stock is going up by its own merits, clueless to the fact that you and your buddies are artificially driving up the price and volume. Others start buying and drive the price further based on the artificial demand you've created, and then you sell it off and the price probably tanks to where you started or less. In a sense and your buddies would be guilty of collusion and artificially manipulating the value of the security. That's why it's not fair, and understandably, that's why it's illegal. Furthermore, pump and dumps are also carried out by people that hack into others trading accounts, sell off their assets, and use the money to buy stocks involved in the pump and dump,

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

which has the same effect of artificially driving up the price. Source: Licensed Stock Broker
http://www.sec.gov/answers/pumpdump.htm

Watch the movie Boiler Room
http://www.imdb.com/title/tt0181984/

"Nothing wrong with buying low and selling high. But willful manipulation of worthless stocks of synthetically created Cleantech facade companies, like Abound, Solyndra, Fisker, Tesla, etc… crosses the legal boundary. When lying hype drives the price of a stock rather than financial performance of the company, the activity becomes criminal. It's considered fraud because the pumper (AKA: The Tech CEO that just got free federal cash from a kick-back program) is artificially inflating the price of a stock through false and misleading statements."



THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

# The Greentech VC Influence Over Washington

By Katie Fehrenbacher  Aug. 18, 2010, 8:28am PDT  No Comments

Buzz    0



There've been a couple articles in the past few weeks pointing to President Obama as the "clean tech investor in chief" and the presidential VC with bets on clean energy. The real trend is that venture capitalists focusing on greentech seem to have had an unprecedented influence on U.S. federal policy and allocations of the stimulus package.

When I attended the Department of Energy's (DOE) first ARPA-E conference (Advanced Research Projects Agency-Energy) earlier this year in Washington D.C., I was struck by how many venture capitalists were there. I shared a cab back to the airport with some familiar Silicon Valley faces, and was told if your firm didn't have a dedicated person in Washington — in some circles they call them lobbyists — maneuvering grant and loan programs, you weren't able to be competitive.

Just look at the figures from the stimulus package (which I am fully in support of): somewhere between $50 billion and $80 billion into clean power and energy efficiency initiatives (depending on

## ENRON AGAIN: ENERGY INDUSTRY SCAMS ALL WORK THE SAME – WIKIPEDIA

  "Pump and dump" (P&D) is a form of microcap stock fraud that involves artificially inflating the price of an owned stock through false and misleading positive statements, in order to sell the cheaply purchased stock at a higher price. Once the operators of the scheme "dump" their overvalued shares, the price falls and investors lose their money. Stocks that are the subject of pump and dump schemes are sometimes called "chop stocks".[1]While fraudsters in the past relied on cold calls, the Internet now offers a cheaper and easier way of reaching large numbers of potential investors.[1]Contents  [hide]

 1 Pump and dump scenarios
 1.1 Specific examples
 1.1.1 Jonathan Lebed
 1.1.2 Enron
 1.1.3 Park Financial Group
 1.1.4 John Babikian
 1.1.5 Langbar International
 2 Pump and dump spam
 3 Short and distort
 4 Regulation
 5 References
 6 Further reading
 7 External links

  Pump and dump scenarios[edit]Pump and dump schemes may take place on the Internet using an e-mail spam campaign, through media channels via a fake press release, or through telemarketing from "boiler room" brokerage houses (for example, see Boiler Room).[2] Often the stock promoter will claim to have "inside" information about impending news. Newsletters may purport to offer unbiased recommendations, then tout a company as a "hot" stock, for their own benefit. Promoters may also post messages in chat rooms or stock

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

message boards urging readers to buy the stock quickly.[1]

If a promoter's campaign to "pump" a stock is successful, it will entice unwitting investors to purchase shares of the target company. The increased demand, price, and trading volume of the stock may convince more people to believe the hype, and to buy shares as well. When the promoters behind the scheme sell (dump) their shares and stop promoting the stock, the price plummets, and other investors are left holding stock that is worth significantly less than what they paid for it.

Fraudsters frequently use this ploy with small, thinly traded companies—known as "penny stocks," generally traded over-the-counter (in the United States, this would mean markets such as the OTC Bulletin Board or the Pink Sheets), rather than markets such as the New York Stock Exchange (NYSE) or NASDAQ—because it is easier to manipulate a stock when there is little or no independent information available about the company.[3] The same principle applies in the United Kingdom, where target companies are typically small companies on the AIM or OFEX.

A more modern spin on this attack is known as hack, pump and dump.[4] In this form, a person purchases penny stocks in advance and then uses compromised brokerage accounts to purchase large quantities of that stock. The net result is a price increase, which is often pushed further by day traders seeing a quick advance in a stock. The holder of the stock then sells his stock at a premium.[5]

Specific examples[edit]Jonathan Lebed[edit]During the dot-com era, when stock-market fever was at its height and many people spent significant amounts of time on stock Internet message boards, a 15-year-old named Jonathan Lebed showed how easy it was to use the Internet to run a successful pump and dump. Lebed bought penny stocks and then promoted them on message boards, pointing at the price increase. When other investors bought the stock, Lebed sold his for a profit, leaving the other investors holding the bag. He came to the attention of the U.S. Securities and Exchange Commission (SEC), which filed a civil suit against him alleging security manipulation. Lebed settled the charges by paying a fraction of his total gains. He neither admitted nor denied wrongdoing, but promised not to manipulate securities in the future.[6]

Enron[edit]As late as April 2001, before the company's collapse, Enron executives participated in an elaborate scheme of pump and dump,[7] in addition to other illegal practices that fooled even the most experienced analysts on Wall Street. Studies of the anonymous messages posted on the Yahoo board dedicated to Enron revealed predictive messages that the company was basically a house of cards, and that investors should bail out while the stock was good.[8] After Enron falsely reported profits which inflated the stock price, they covered the real numbers by using questionable accounting practices. 29 Enron executives sold overvalued stock for more than a billion dollars before the company went bankrupt.[9]

Park Financial Group[edit]In April 2007, the U.S. SEC brought charges against Park Financial Group as a result of an investigation into a pump and dump scheme during 2002-2003 of the Pink Sheet listed stock of Spear & Jackson Inc.[10]

John Babikian[edit]John Babikian got rich, authorities allege, by what is known in the business as pumping-and-dumping stocks. He was operating 'AwesomePennyStocks' website and the 700,000 email push hyping America West.[11]

Langbar International[edit]Started as Crown Corporation, Langbar was the biggest pump and dump fraud on the Alternative Investment Market, part of the London Stock Exchange. The company was at one point valued greater than $1 Billion, based on supposed bank deposits in Brazil which did not exist. None of the chief conspirators were convicted, although their whereabouts is known. A Patsy who made a negligent false statement about the assets was convicted and banned from being a director. The investors who lost as much as £100 million sued one of the fraudsters and recovered £30 million.

Pump and dump spam[edit]Pump and dump stock scams are prevalent in spam, accounting for about 15% of spam e-mail messages. A survey of 75,000 unsolicited emails sent between January 2004 and July 2005 concluded that spammers could make an average return of 4.29% by using this method, while recipients who act on the spam message typically lose close to 5.5% of their investment within two days.[12] A study by Böhme and Holz[13] shows a similar effect. Stocks targeted by spam are almost always penny stocks, selling for less than $5 per share, not traded on major exchanges, are thinly traded, and are difficult or impossible to sell short. Spammers acquire stock before sending the messages, and sell the day the message is sent.[14]

Pump and dump differs from many other forms of spam (such as advance fee fraud emails and lottery scam messages) in that it does not require the recipient to contact the spammer to collect supposed "winnings," or to transfer money from supposed bank accounts. This makes tracking the source of pump and dump spam difficult,

THE BOOK OF TESLA: Copyright, rights original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

and has also given rise to "minimalist" spam consisting of a small untraceable image file containing a picture of a stock symbol.[citation needed]

 Short and distort[edit]Main article: Short and distortA variant of the pump and dump scam, the "short and distort" works in the opposite manner. Instead of first buying the stock, and then artificially raising its price before selling, in a "short and distort" the scammer first short-sells the stock, and then artificially lowers the price, using the same techniques as the pump and dump but using criticism or negative predictions regarding the stock. The scammer then covers his short position when he buys back the stock at a lower price.[15]

 Regulation[edit]One method of regulating and restricting pump and dump manipulators is to target the category of stocks most often associated with this scheme. To that end, penny stocks have been the target of heightened enforcement efforts. In the United States, regulators have defined a penny stock as a security that must meet a number of specific standards. The criteria include price, market capitalization, and minimum shareholder equity. Securities traded on a national stock exchange, regardless of price, are exempt from regulatory designation as a penny stock,[16] since it is thought that exchange traded securities are less vulnerable to manipulation.[17] Therefore, CitiGroup (NYSE:C) and other NYSE listed securities which traded below $1.00 during the market downturn of 2008-2009, while properly regarded as "low priced" securities, were not technically "penny stocks". Although penny stock trading in the United States is now primarily controlled through rules and regulations enforced by the Securities and Exchange Commission and the Financial Industry Regulatory Authority (FINRA), the genesis of this control is found in State securities law. The State of Georgia was the first state to codify a comprehensive penny stock securities law.[18] Secretary of State Max Cleland, whose office enforced State securities laws[19] was a principal proponent of the legislation. Representative Chesley V. Morton, the only stockbroker in the Georgia General Assembly at the time, was principal sponsor of the bill in the House of Representatives. Georgia's penny stock law was subsequently challenged in court. However, the law was eventually upheld in U.S. District Court,[20] and the statute became the template for laws enacted in other states. Shortly thereafter, both FINRA and the SEC enacted comprehensive revisions of their penny stock regulations. These regulations proved effective in either closing or greatly restricting broker/dealers, such as Blinder, Robinson & Company, which specialized in the penny stocks sector. Meyer Blinder was jailed for securities fraud in 1992, after the collapse of his firm.[21] However, sanctions under these specific regulations lack an effective means to address pump and dump schemes perpetrated by unregistered groups and individuals.

 References[edit]

1.          a b c "Pump and Dump Schemes". U.S. Securities and Exchange Commission. March 12, 2001.

2.          NBC News staff and news wires (2012-10-24). "The $400 million buyout hoax that fooled many – Business on". Nbcnews.com. Retrieved 2012-12-18.

3.          "Pump&Dump.con: Tips for Avoiding Stock Scams on the Internet". U.S. Securities and Exchange Commission. January 11, 2005.

4.          Nakashima, Ellen (2007-01-26). "Hack, Pump and Dump". The Washington Post.

5.          Krinklebine, Karlos (2009). Hacking Wall Street: Attacks and Countermeasures. US: Darkwave Press. pp. 83–180. ISBN 1-4414-6363-1.

6.          Lewis, Michael (February 25, 2001). "Jonathan Lebed: Stock Manipulator, S.E.C. Nemesis — and 15″. New York Times.

7.          Enron: The Smartest Guys in the Room (DVD). Magnolia Pictures. January 17, 2006. Event occurs at 32:58.

8.          Morgenson, Gretchen (2002-04-28). "The Bears on This Message Board Had Enron Pegged". The New York Times. Retrieved 2010-04-25.

9.          Dan Chambers."Enron the Symptom, Not the Disease." publici.ucimc.org. Retrieved on 2010-04-25.

10.         Wall Street Journal, April 12, 2007, pg. C2

11.         Mysterious Canadian's life in the fast lane fuelled by penny stock scam: SEC | http://news.nationalpost.com/2014/03/17/mysterious-canadians-life-in-the-fast-lane-fuelled-by-penny-stock-scam-sec/

12.         Frieder, Laura and Zittrain, Jonathan (March 14, 2007). "Spam Works: Evidence from Stock Touts and Corresponding Market Activity". Berkman Center Research Publication No. 2006-11. SSRN 920553.  Results of this study are also discussed in this article:

 "Spammers manipulate stock markets". BBC News. 25 August 2006.

13.         The Effect of Stock Spam on Financial Markets, 2006

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

14.        (Hanke and Hauser, 2006)
15.        Glasner, Joanna (2002-06-03). "New Market Trend: Short, Distort". Wired (Condé Nast Digital). Archived from the original on February 11, 2010. Retrieved February 11, 2010.
16.        http://www.sec.gov/rules/final/34-51983.pdf
17.        "SEC Charges Eight Participants in Penny Stock Manipulation Ring". U.S. Securities and Exchange Commission. May 21, 2009.
18.        Stan Darden (March 20, 1990). "Georgia to OK Tough Law for Penny Stocks". Los Angeles Times. UPI.
19.        "Georgia Secretary of State | Securities". Sos.ga.gov. Retrieved 2012-12-18.
20.        "GEORGIA LAW WON'T HURT BROKERS, JUDGE RULES". Deseret News. July 11, 1990.
21.        Diana B. Henriques (February 16, 2003). "Penny-Stock Fraud, From Both Sides Now". New York Times.

 Further reading[edit]
 Krinklebine, Karlos (2009). Hacking Wall Street: Attacks and Countermeasures. US: Darkwave Press. p. 402. ISBN 978-1-4414-6363-0.
 Robert H. Tillman and Michael L. Indergaard, Pump and Dump: The Rancid Rules of the New Economy (2005, ISBN 0-8135-3680-4).
 Sergey Perminov, Trendocracy and Stock Market Manipulations (2008, ISBN 978-1-4357-5244-3).
 External links[edit]
 The SEC on Pump and dump stock Schemes in 2005
 The SEC on Pump and dump stock Schemes in 2001
 The movie Boiler Room, a fictional account of a pump and dump company


"One should either write ruthlessly what one believes to be the truth, or else shut up." — Arthur Koestler

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



## Solyndra and Tesla: Pump and Dump

 A Wall Street Journal article quotes an investor in the bankrupt "green energy" boondoggle describing what the half-billion-dollar federal loan guarantee meant: "There was a perceived halo around the loan . . . If we get the loan, then we can definitely go public and cash out." Ed Lasky at American Thinker explains:

 The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility — that the government had vouched for their viability and prospects. The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs. Take the money and run.

 It was a straight-out scam, in other words, with a major Democratic donor as one of the primary beneficiaries. An environmentally-friendly three-card monte game — burning taxpayers instead of burning CO2.

## Solyndra Investor admits: we wanted the loan so we could 'go public and cash out'

- Get in, pump the stock using the federal handout, skim a profit windfall off the top, kill the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

company, then take another skim off of the tax loss write-off. This skim scam happened over and over in Steven Chu's world of crime.

By Ed Lasky
A clearer picture of the underlying insider scheme at Solyndra is beginning to emerge. Yuliya Chernova of the Wall Street Journal writes a superb column today regarding all the business problems that beset the scandal plagued Solyndra. There were a litany of engineering and business problems that were very apparent to everyone except, apparently, the White House politicos that pressured career officials in the government to extend a 500 million dollar loan guarantee. The crony investors were given an unusually low interest rate for such a venture. Solyndra was first in line to get loan guarantees under the Obama program to promote solar energy ventures. Solyndra private investors were given priority in case of bankruptcy that placed their claims above those of taxpayers — a highly unusual occurrence, according to the Wall Street Journal.So who were the type of people granted such favorable treatment? Yes, Obama donors and bundlers. That has been widely publicized. But beyond that, what type of character did they possess?
One investor behind Solyndra blurted out the truth. The loan was needed and needed urgently to fatten up the company and show a going concern (with a factory, etc).Why?From the column:
  There was another motivator — Solyndra's management and investors had an eye on an initial public offering.
  "There was a perceived halo around the loan," said an investor with knowledge of the company. "If we get the loan, then we can definitely go public and cash out."
  The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility — that the government had vouched for their viability and prospects.
  The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs.
  Take the money and run.
Read more: http://www.americanthinker.com/blog/2011

  "Almost every one of the CleanTech "Winners" under the Steven Chu Department Of Energy, engaged in this kind of felony grade stock manipulation and insider exploitation knowing that all of the federal law enforcement players were controlled by the insiders within a "hands-off " protection directive.  Using newly optimized web techniques called "Flash Boy" stock processing and "blog meat puppets" they could totally manipulate the stock market and laugh in the faces of  the few regulators who dared to step up. The bet that they have to make is that the Republicans do not win the majority in the 2014 Mid-Term elections…."

  Micheal Lewis best-selling book "Flash Boys" reveals how much of what you think is happening, on the stock market, may be contrived false-hoods created by computerized manipulations and fake coordinated shill bloggers. The White House games the stock market to payback Silicon Valley campaign funding VC's and the GOP blows up those very games, right afterwards, in a secret dance of stock fraud tricks. They made a mistake, this time around, and the tricks became visible to everybody in the stock market world. This, on top of the Goldman Sachs sting operation recordings, shows that something is deeply wrong in Stock Land!
  In the coming mid-term elections we are seeing Barbara Streisand and DNC notables bemoan the reduced budgets they have to work with this year. Privately, the DNC is ringing their core finance base (The Silicon Valley Vc's) telephones off the hook.
  One of the most successful tactics by GOP specialists involves Tesla Motors. Called out by Mitt Romney, and other Republican notables, as White House fronts. Tesla gets strange and illogical bumps in the stock market in spite of massive numbers of lawsuits, consumer complaints, the lowest sales volume for the money invested in a car company in history, and other facts which, in a rational world, would say they should not survive.
  In fact, what is happening is that the backers of Tesla, the same Silicon Valley investors who pay for the White House and DNC campaigns, "Pump" the stock from their own bank accounts each time more bad news comes out about Tesla. There are now charges that the White House is even "pumping the TSLA stock", like it may have done on the supposed October 16, 2014 "Pump" on the overall market, in order to protect Obama's "brand name".
  This makes the stock chart for TSLA go up but it is not from mom and pop day-traders. It is "Pumping Cash" right out of the Vc's investment bank fronts to artificially inflate the stock.
  While a final Tesla bankruptcy might seem like the dream for GOP PR; allowing them to point and say "Ha, look, another Department of Energy Crony-Kickback deal gone south", Tesla has provided even greater grist for

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the GOP strategy meat-hooks.


## MUSK GREED AND HUBRIS BLEW THE SECRET:

By forcing the Silicon Valley VC campaign backers to constantly drain their bank accounts in order to keep Tesla looking like it is still alive, the GOP strategists are also draining the life out of the funding for mid-term and 2016 Democratic candidates.

The GOP finally figured out that almost all of the cash and web media manipulation was coming from one tiny spot in California: SandHill Road and the area around Standford University. They decided that to take down the GOP they just had to expose Silicon Valley.

Tesla was a test case and it worked well. The investment banks with auto refills on Tesla stock, running the investment funds for Doerr, Thiel, Westly, Draper and all the rest of the DNC VC's is running overtime trying to keep the stock pumped as one set of bad news after another gets exposed about Tesla.

One GOP operative claims that every Kleiner Perkins investment has been: "Targeted, tracked and media exposed"…"can you hear that giant sucking sound", he says "…that's the sound of DNC VC cash sliding into oblivion…not only are they beating a dead horse but we have infected the very horse they are beating.."

The operative claims that Musk's carve-outs for Solar, Space and batteries is his gift, by the White House for conduit-ing cash, through those, "fronts" back to DNC candidates. Sierra Nevada Corp is suing Musk's Space X, claiming similar industry rigging. Tesla has been under investigation by many parties.

People don't like taking it in the ass unexpectedly. In this case the old adage of "You F**ed me in the ass, so now I'm F***ing you guys in the ass tens times more.."  Seems to be the rule of the game.

Thomas Roster- Palo Alto Rev




# NY POST PROPOSES STOCK MARKET RIGGED BY TESLA WHITE HOUSE CAMPAIGN BACKERS.


John Crudele, Business
**'Plunge protection' behind market's sudden recovery**
By John Crudele


Mysterious forces were trying their best, but they couldn't keep the stock market from swooning Wednesday.

They failed in the morning, despite massive purchases of stock index futures contracts. Within minutes of the market's opening, the Dow Jones industrial average was down 350 points. Later in the day — after a lot of shocking ebb and flow — the Dow bottomed out with a decline of 460 points.

It was only in the last hour of trading that the market saviors managed to trim the Dow loss to just 173 points. And they succeeded only after Janet Yellen's private, upbeat remarks about the economy were leaked.

Welcome to a new kind of stock market — one that the average investor should refuse to be invested in.

Anyone whose investments tightly track the major indices is now losing money since the beginning of 2014. The Dow is down 1.1 percent on the year, with the S&P and Nasdaq up 3 percent for 2014.

Just for the record, I've been telling you for years that the stock market was in a bubble and that you should enjoy it while it lasts because bubbles always pop.

Of course, if you could time the end of the bubble, you'd be doing quite well. Miss the end and you are back to where you started. Or worse off in terms of confidence and finances.

Welcome to a new kind of stock market — one that the average investor should refuse to be invested in.

I obviously don't know whether we are now seeing the end of the current stock market bubble, during which the S&P index has risen 102 percent since October 2008. But there are people like my friend Peter Grandich of Trinity Financial, who has been excellent at predicting market corrections in the past and who thinks this is the

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

end.

I already brought up the sensitive issue of a market crash in a column on Oct. 9 that began: "Is this the month the stock market will crash

October is historically a spooky month for stocks, and in that column I rattled off the crashes and major price corrections of 1929, '78, '79, '87, '89 and 2008 to prove it.

Will 2014 soon be added to that list? That'll be the cliffhanger in today's column.

But let me explain about the unknown forces in the market these days. Call it by a nickname — the Plunge Protection Team. Or call it the President's Working Group on Financial Markets, the official name given to the group when it was formed by President Ronald Reagan after the market turbulence of 1989.

These forces may be working from a script in the "Doomsday Book," which the US government recently fought to keep secret when it was brought up last week during the AIG trial in Washington.

Here's the bottom line: Someone tried to rescue the market last Wednesday. And it's becoming a regular occurrence.

The details of last Wednesday morning are these: At the same time the Dow was off 350 points, the S&P index was down 43.80 points, That was an enormous decline in just 11 minutes of trading and it was an indication that Wall Street was not having a good day.

Then, someone (or something) started buying S&P futures contracts en masse. Twenty-one minutes later, the S&P index had regained 30 of those lost points and was back at 1,861.

Maybe you'll believe that there was some manipulation going on if you knew that a guy named Robert Heller, who was a member of the Federal Reserve's Board of Governors until 1989, proposed just such a rigging as soon as he left the Fed.

Look it up. Oct. 27, 1989, Wall Street Journal. Headline: "Have Fed Support Stock Market, Too." By Robert Heller, who had just left the Fed to head up the credit card company Visa.

"It would be inappropriate for the government or the central bank to buy or sell IBM or General Motors shares," Heller wrote. "Instead, the Fed could buy the broad market composites in the futures market."

In case you don't know the lingo, Heller is proposing that the Fed or government purchase stock futures contracts that track — and can influence — the major indices.

These contracts are cheap and a government could turn the whole stock market around quickly — but probably not permanently.

Wow! Doesn't that seem a lot like what happened Wednesday at 9:41 a.m., when S&P futures contracts were suddenly and mysteriously scooped up?

Let me allow Heller to finish his thought because it's important to anyone who believes in free and fair markets.

"The Fed's stock-market role ought not to be very ambitious. It should seek only to maintain the functioning of the markets — not to prop the Dow Jones or the New York Stock Exchange averages at a particular level," he continued.

But times change and so does thinking. In recent weeks, we've discovered that the CME Group, the exchange in Chicago, has an incentive program under which foreign central banks could buy stock market derivatives like the S&P contracts at a discount.

It's not that these foreign banks need a break on the price of their trading. But it does show that there is a back-door way — through foreign emissaries — for the Fed and the US government to prop up stocks like Heller suggested, and — maybe — not get caught.

# BLOOMBERG  - Faking the stock market for Tesla

## How Markets Need $200 Billion Each Quarter From Central Bankers

By Simon Kennedy

The central-bank put lives on.

Policy makers deny its existence, yet investors still reckon that whenever stocks and other risk assets take a tumble, the authorities will be there with calming words or economic stimulus to ensure the losses are limited.

A put option gives investors the right to sell their asset at a set price so the theory goes that central banks will ultimately provide a floor for falling asset markets to ensure they don't take economies down with them.

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Last week as markets swooned again, it was St. Louis Federal Reserve President James Bullard and Bank of England Chief Economist Andrew Haldane who did the trick. Bullard said the Fed should consider delaying the end of its bond-purchase program to halt a decline in inflation expectations, while Haldane said he's less likely to vote for a U.K. rate increase than three months ago.

"These comments left markets with the impression that the 'central-bank put' is still in place," Morgan Stanley currency strategists led by London-based Hans Redeker told clients in a report yesterday.

Matt King, global head of credit strategy at Citigroup Inc., and colleagues have put a price on how much liquidity central banks need to provide each quarter to stop markets from sliding.

Magic Marker

By estimating that zero stimulus would be consistent with a 10 percent quarterly drop in equities, they calculate it takes around $200 billion from central banks each quarter to keep markets from selling off.

With the Fed and counterparts peeling back their net liquidity injections from almost $1 trillion in 2012 toward that magic marker, King's team said "a negative reaction in markets was long overdue."

"We think the markets' weakness owes more to an almost belated reaction to a temporary lull in central bank stimulus than it does to any reduction in the effect of that stimulus in propping up asset prices," they said in an Oct. 17 report to clients.

Bank of America Merrill Lynch strategists said in a report today that another 10 percent decline in U.S. stocks might spark speculation of a fourth round of quantitative easing from the Fed. That would mimic how the Fed acted following equity declines of 11 percent in 2010 and 16 percent in 2011.

Bond-Buying

The good news for investors in the eyes of Citigroup is that although the Fed is still reversing and set to end its bond-buying this month, the European Central Bank and Bank of Japan will more than compensate with more stimulus in coming months.

The reason for the support is the fear that a prolonged sell-off in markets would upend the fragile economic outlook central banks are charged with safeguarding, they said.

"With central banks much more concerned about a return to recession than about asset-price bubbles, they have little choice but to step back in," said Citigroup.

To contact the reporter on this story: Simon Kennedy in London at skennedy4@bloomberg.net

To contact the editors responsible for this story: Craig Stirling at cstirling1@bloomberg.net Kevin Costelloe, Eddie Buckle


# Tesla's Banking Rigger: Goldman Sachs, runs many big banking scams

## Goldman Makes It Official That the Stock Market is Manipulated, Buybacks Drive Valuations

Posted by Yves Smith

It's remarkable that this Goldman report, and its writeup on Business Insider, is being treated with a straight face. The short version is current stock price levels are dependent on continued stock buybacks. Key sections of the story:

Goldman Sachs' David Kostin believes a temporary pullback may explain why the S&P 500 has tumbled from its all-time high of 2,019 on Sept. 19.

"Most companies are precluded from engaging in open-market stock repurchases during the five weeks before releasing earnings," Kostin notes. "For many firms, the beginning of the blackout period coincided with the S&P 500 peak on September 18. So the sell-off occurred during a time when the single largest source of equity demand was absent. Buybacks dip during earnings reporting months, which have seen 1.2 points higher realized volatility than in other months during the past 25 years."…

"We expect companies will actively repurchase shares in November and December," he writes. "Since 2007, an average of 25% of annual buybacks has occurred during the last two months of the year."

Notice how the bulk of buybacks are concentrated in the fourth quarter, with the obvious intent of goosing prices at year end so as to lead to higher executive pay for "increasing shareholder value"? In fact, these companies are

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

being gradually liquidated. Issuing debt, which public companies have done in copious volumes since the crash, and using it to buy shares is dissipating corporate assets. They are over time shrinking their businesses. That is also reflected in aggressive headcount cuts and cost-saving measures. Even though analysts like to tout the cash that companies have sitting on their balance sheets as a source of potential investment, as we've discussed in previous posts, public companies are so terrified of even a quarterly blip in earnings due to incurring expenses relating to long-term investments that they'd rather do nothing, or go the inertial path of cutting costs to show higher profits.

  But with borrowing the big source of this corporate munificence to the share-owning classes, this is a self-limiting game. But the end game could be a long time in coming. First, you have economists who believe that the stock market directly drives consumer spending, echoing the Fed's confidence in the wealth effect. For instance, see this argument from Roger Farmer (hat tip Bruegel blog):

  There is a close relationship between changes in the value of the stock market and changes in the unemployment rate one quarter later. My research here, and here shows that a persistent 10% drop in the real value of the stock market is followed by a persistent 3% increase in the unemployment rate. The important word here is persistent. If the market drops 10% on Tuesday and recovers again a week later, (not an unusual movement in a volatile market), there will be no impact on the real economy. For a market panic to have real effects on Main Street it must be sustained for at least three months.

  Yves here. The problem is that correlation is not causation. Significant and sustained stock market declines are almost always the result of Fed tightening. The usual lag between an interest rate cycle turn and a stock market peak historically was roughly four months, but in our new normal of seemingly permanent heavy-duty central bank meddling, old rules of thumb are to be used with great caution. Nevertheless, Greenspan was obsessed with what drove stock prices, and the Fed is unduly solicitous of asset price levels, no doubt because people like Janet Yellen have to leave their DC bubble in order to meet actual unemployed people.

  Mike Whitney reminds those who manage to miss it that the Fed is so concerned about the actual and psychological impact of stock market prices that it immediately talked investors into getting back into the pool when the market started misbehaving badly last week. From Counterpunch:

  For those readers who still think that the Fed doesn't meddle in the markets: Think again. Friday's stock surge had nothing to do with productivity, price, earnings, growth or any of the other so called fundamentals. It was all about manipulation; telling people what they want to hear, so they do exactly what you want them to do. The pundits calls this jawboning, and the Fed has turned it into an art-form. All [St. Louis Fed President James] Bullard did was assure investors that the Fed "has their back", and , sure enough, another wild spending spree ensued. One can only imagine the backslapping and high-fives that broke out at the Central Bank following this latest flimflam….

  It's too bad the Fed can't put in a good word for the real economy while they're at it. But, oh, I forgot that the real economy is stuffed with working stiffs who don't warrant the same kind of treatment as the esteemed supermen who trade stocks for a living. Besides, the Fed doesn't give a rip about the real economy. If it did, it would have loaded up on infrastructure bonds instead of funky mortgage backed securities (MBS). The difference between the two is pretty stark: Infrastructure bonds put people to work, circulate money, boost economic activity, and strengthen growth. In contrast, MBS purchases help to fatten the bank accounts of the fraudsters who created the financial crisis while doing bupkis for the economy. Guess who the Fed chose to help out?

  Do you really want to know why the Fed isn't going to end QE? Here's how Nomura's chief economist Bob Janjuah summed it up:

  "I want to remind readers of a message that may be buried in the past: When QE1 ended, the S&P 500 fell just under 20% in a roughly three-month period before the QE2 recovery.

  When the QE2 ended, the S&P 500 fell about 20% in a three-month period before the next Fed-inspired bounce (aided by the ECB). QE3 is ending this month…"

  Is that why the Fed started jawboning QE4, to avoid the inevitable 20 percent correction?

  Whitney continues with one of our favorite tropes: that all QE has done is elevate asset prices. That has not led to a recovery in anything much beyond the balance sheets of the top cohorts and the income of the top 1%. Even worse, it has provide cover for the Administration falling in with investor-favoring austerity, in the form of reducing deficit spending when it ought to be increasing it to take up the considerable and costly slack in the economy.

  It's not surprising to see the Fed double down on a failed strategy. The central bank had apparently finally

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

recognized in 2013 that QE was not helping the real economy, and they needed to exit the policy to reduce the resulting economic distortions. But they lost their nerve during last summer's taper tantrum, and turned cowardly again in response to a mere stock market hissy fit.

  The Fed believes that what is good for the wealthy is good for the US, and that when they are in danger of suffering financially, the central bank should break glass and administer monetary relief. Even though the Fed may think it is serious about ending QE and eventually raising rates, as they say in Venezuela, "They have changed their minds, but they have not changed their hearts."


## 'Flash Boys' and the Speed of Lies – Bloomberg View

  In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "Flash Boys."
bloombergview.com/articles/2014-08-03/flash-boys-and-the-sp…

  **`Flash Boys' and the Speed of Lies: Katsuyama – Businessweek**
  Already a Bloomberg.com user? Sign in with the same account. Don't have an account? Sign up. Help! I can't access my account.
businessweek.com/videos/2014-08-04/flash-boys-and-the-spee…

  **Newsalert: 'Flash Boys' and the Speed of Lies**
  The total link site for the news and information junkie: Libertarianism. Property Rights. Government Corruption. Chicago Mob. Struggle Against Socialism.
nalert.blogspot.com/2014/08/flash-boys-and-speed-of-lies.html

  **"Flash Boys" and the Speed of Lies – Proactiveinvestors UK**
  "Flash Boys" and the Speed of Lies . Here is the opening of this informative column by Brad Katsuyama for Bloomberg: In the last few months, I have had a strange and interesting experience.
proactiveinvestors.co.uk/columns/fuller-treacy-money/16720/flash-b…

  **Brad Katsuyama: 'Flash Boys' and the speed of lies about my …**
  In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book Flash Boys. It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behaviour in the US stock market
nzherald.co.nz/business/news/article.cfm?c_id=3&objectid…

  **FSN: 'Flash Boys' and the Speed of Lies | Gold and …**
  FSN: Europe's Tough New Regime For Banks Fails First Test In Portugal; Forex Trading Alert: EUR/USD – Time for Rebound? DoJ Subpoenas GM Over Subprime Auto Loans
beforeitsnews.com/gold-and-precious-metals/2014/08/fsn-flas…

  **'Flash Boys' and the Speed of Lies @ Forex Factory**
  In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "Flash Boys." It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behavior in the U.S. stock
forexfactory.com/news.php?do=news&id=497707

  **`Flash Boys' and the Speed of Lies: Katsuyama: Video …**
  Aug. 4 (Bloomberg) — On "Morning Must Read," Bloomberg's Tom Keene recaps the op-ed pieces and analyst notes that provide insight into today's headlines.
bloomberg.com/video/-flash-boys-and-the-speed-of-lies-k…

  **'Flash Boys' and the Speed of Lies : Economics**
  reddit: the front page of the internet … use the following search parameters to narrow your results:

THE BOOK OF TESLA  Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p…

subreddit:subreddit
reddit.com/r/Economics/comments/2cmmxk/flash_boys_an…

**Obama turns to Silicon Valley for fund-raising for Democrats …**
 San Jose, California: President Barack Obama warned tech leaders on Thursday to dig deep in their wallets to fund Democratic candidates and feel a sense of urgency about congressional elections in November or risk further gridlock in Washington and a failure to move on their priorities. Obama was
firstpost.com/world/obama-turns-to-silicon-valley-for-f…

**Rand Paul Opening Silicon Valley Office to Fund Expected …**
 Rand Paul Opening Silicon Valley Office to Fund Expected Presidential Run. 1,417. … "There's a lot of smart people in Silicon Valley, … wealthy"—one political analyst told the Chronicle that the Bay Area is now home to some of "the least loyal Democrats" in the country, …
valleywag.gawker.com/rand-paul-opening-silicon-valley-office-t…

**How Silicon Valley Could Destabilize The Democratic Party …**
 In the 1970s and 1980s the politics of Silicon Valley's leaders tended more to … They also tend to have progressive views on gay marriage and climate change that align with the gospel of the Obama Democratic Party. In the … The Democrats are the party of the rich and have …
forbes.com/sites/joelkotkin/2014/01/09/how-silicon-v…

**Can Silicon Valley disrupt the Democratic Party? – CNN.com**
 … an upstart candidate backed by some of tech's biggest names, is looking to take Silicon Valley's transformational vision to Washington. SET … The financial muscle of Silicon Valley Democrats, … An advocacy group backed by hedge fund tycoon Tom Steyer is set to unleash a …
cnn.com/2014/03/12/politics/silicon-valley-democr…

**Silicon Valley funds group aiming to register five million …**
 Silicon Valley funds group aiming to register five million new conservative Christians for 2012 election. … Democratic organizers also attest to the potential, which has prompted religious advocates on the left to expand their organizing efforts.
sanfranciscosentinel.com/?p=157992

**How does the Democrat party have a chance in raising …**
 Answer 1 of 1: The democratic party does accept funds from corporations. Suggest you look here: … Silicon Valley: What does Silicon Valley get from support for the Democratic party? How do political parties raise funds for campaigning and to pay staff?
quora.com/Political-Fundraising/How-does-the-Democr…

**A guide to Silicon Valley's top political donors**
 Silicon Valley may be 3,000 miles away from Washington, … If there is a Democratic bent in Silicon Valley, … which has disbursed funds to candidates in both parties. Zuckerberg was friendly with Obama on the campaign trail, …
dailydot.com/politics/guide-silicon-valley-political-d…

**Silicon Valley Democrats Neck and Neck After Massive …**
 Silicon Valley Democrats Neck and Neck After Massive Fundraising Haul for House Primary. Print article Send a Tip. … now that he and Singh have roughly the same amount of funds to spend on advertising and outreach. …
breitbart.com/Breitbart-California/2014/05/23/Silicon-V…

**Campaign 2014 Special Report: Silicon Valley Democrats At …**
 One of the most closely watched Congressional races in the nation is happening right here in Silicon Valley. … Silicon Valley Democrats At Odds Over … "People know the kinds of results I brought in. Things that brought in

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

funds that created jobs like the BART to …
sanfrancisco.cbslocal.com/2014/05/30/campaign-2014-special-report-s…

### The Republican Budget Cut that Would Crush Silicon Valley …
 The GOP Plan to Crush Silicon Valley What will become … House Republicans are seeking far greater cuts in non-defense spending than Senate Democrats, … to happen when Congress reconvenes is that Democrats and Republicans will agree on a continuing resolution that will fund the government …
newrepublic.com/article/114329/republican-budget-cut-woul…

### The Political Leanings of Silicon Valley — NYMag
 Facebook founder Mark Zuckerberg surprised everyone today by agreeing to host a fund-raiser for New Jersey governor Chris Christie, … People often assume that because Silicon Valley tech companies are filled with hip, … Both Democrats and Republicans Are Trying to Politicize Ebola.
nymag.com/daily/intelligencer/2013/01/political-lea…

### If Republicans Are So Great For Business, Why Does Silicon …
 If Republicans Are So Great For Business, Why Does Silicon Valley Support Democrats? By Henry Blodget February 16, … A partner at Silicon Valley venture capital firm Greylock, Reid has invested in Facebook, Zynga, and many other companies.
finance.yahoo.com/blogs/daily-ticker/republicans-great-busi…

### Silicon Valley Democrat tops in fundraising, even though he's …
 Former Obama official already amassing funds, … Longtime Silicon Valley Democrat wrangler Wade Randlett, … House Democratic leader Nancy Pelosi was at one of Khanna's fundraisers but "supports Pete Stark," said Jennifer Crider, …
mercurynews.com/ci_19922331

### President Obama meets with Apple's Steve Jobs, heads to Palo …
 … President Barack Obama on Thursday stopped in Silicon Valley for the one thing this high … he sought funds for the Democratic National Committee. Advertisement "It's an extraordinary honor to host the … Obama's stop in the Bay Area scored big money for the Democrats, …
siliconvalley.com/ci_16402906

### The Amazing Money Machine – Joshua Green – The Atlantic
 How Silicon Valley made Barack Obama this year's hottest start-up. … The Amazing Money Machine. … By November, North and Gorenberg were among the top Democratic fund-raisers nationwide. On election night, …
theatlantic.com/magazine/archive/2008/06/the-amazing-mone…

### Silicon Valley entrepreneurs envision mutual funds for …
 The term of choice in political giving these days is straight out of the world of finance: donors have become "investors." Now, liberal California venture capitalists have come up with the natural corollary: political "mutual funds." The new venture, being launched Monday, is the work of Andy and
wndu.com/news/nationworldnews/headlines/11578266.html

### Pressing Fwd.us: How Silicon Valley's $50 Million Bet on …
 … How Silicon Valley's $50 Million Bet on Immigration … who helped bankroll the project and personally helped convince an elite mix of Silicon Valley CEOs and investors to fund the … But after mulling how taking action might affect the prospects for Democrats in …
recode.net/2014/10/15/pressing-fwd-us-how-silicon-va…

### 12,000 MISSING TESLA ELECTRIC CARS! WANING DEMAND, TESLA PUMPING STOCK, COOKING THE BOOKS???
 - Many have charged that Tesla's own shareholders are the buyers of Tesla's in order to make demand look

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p…

better.
  – Bad reputation from Tesla and fraud lawsuits against Elon Musk taking their toll
  – GOP Congress in January to investigate Fed and White House "stock Pumping" with "fine tooth comb"
  – GOP Senator: "If we find out the White House is helping Tesla "pump stock" in order to protect Tesla's, and
the White House's, mutual cross-investment, then that could mean felony jail time for somebody.."


  http://www.cantechletter.com/2014/11/geeks-reading-list-week-november-21st-2014/


## The Mystery of 12,000 Missing  Tesla's: Overseas Boom or Waning U.S. Demand?

 I have to be very careful what I say here, however, as a general rule, declining demand in the early adopter
market is not a promising development for a technology company, or, in the case of Tesla, an automobile
manufacturer. As with other remarkable observations regarding Tesla (fires, Trabant level reliability, etc.) no
doubt a positive spin will be placed on this or, alternatively, aspersions will be cast on the data themselves.
Nonetheless, as I said, declining demand in your early adopter market, especially when it is the US, is never a
good sign. Never, ever, ever, a good sign.
 "Tesla Motors (TSLA) is slowly ramping up production. Demand for its electric sedans allegedly remains high.
Yet far fewer of the vehicles are making their way onto U.S. roads this year. In the first nine months of 2014, the
number of U.S. registrations of Tesla vehicles fell by one-third to 9,331, according to an analysis of public
records by Hedges & Co., an Ohio-based market-research firm. In the same period, however, Tesla said it
delivered 21,821 cars—a 40 percent increase from a year earlier. What happened to the other 12,490 cars
 About Brian Piccioni
 Brian is a Partner at J Capital Partners, a new breed of investment bank focused on non resource growth
companies with special emphasis on technology companies. He has been part of the technology industry for a
third of a century. For 13 years he was an electronics designer and software developer. He designed early
generation PCs, mobile phones (including cell phones) and a number of embedded systems which are still in use
today. He then became a sell-side research analyst for the next 20 years, where he was ranked the #1 tech analyst
in Canada for six consecutive years, named one of the best in the world, and won a number of awards for stock-
picking and estimating.
 He started writing the Geek's Reading List about 10 years ago. In addition to the company specific research
notes he was publishing almost every day, the Geek's Reading List was a weekly list of articles he found
interesting – usually provocative, new, and counter-consensus. The sorts of things he wasn't seeing being written
anywhere else.
 They were not intended, at the time, to be taken as investment advice, nor should they today. But, investors need
to understand crucial trends and developments in the industries in which they invest. Therefore, these comments
may actually help investors with a longer time horizon. Not to mention they might come in handy for consumers,
CEOs, IT managers … or just about anybody, come to think of it. Technology isn't just a niche area of interest to
geeks these days: it impacts almost every part of our economy. In a way, we are all geeks now.


## TESLA MOTORS – ANOTHER WALL STREET SCAM – James Quinn …

 There's one story in cleantech today: Tesla Motors' public sale. The electric car maker just raised the bar on its
IPO, slated for tomorrow, increasing the number of shares for sale from 11.1 million to 13.3 million.
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-…

### Even FORBES admits Tesla is a Scam! | PUBLIC CRIME INVESTIGATIONS
 Tesla Motors another big scam? – Stormfront
 The Fine Print in Tesla's IPO: No Profit, No Product, No Problem By SAM GUSTIN Posted 5:00 PM 02/03/10
So what if Tesla Motors, the luxury electric-car maker, lost $31 million in the first nine months of last year and
$236 million since its inception.

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

stormfront.org/forum/t724957/

### Is Tesla Motors' Revived Competitor a Legitimate Threat? (TSLA)

Tesla Motors (NASDAQ: TSLA ) has been on a stock price roller-coaster ride over the last year, … Tesla is building out its Supercharger station infrastructure in order to provide convenient power for its electric vehicles.
fool.com/investing/general/2014/06/08/is-tesla-mot…

### Top 1 Complaints and Reviews about Tesla Motors

Tesla Motors. Home > Automotive > Auto Manufacturers. Are you this business? Learn about … On May 15, 2008, I received an email from Tesla stating that Tesla had established a comprehensive warranty of 3 years/36,000 miles, …
consumeraffairs.com/automotive/tesla_motors.html

### Complaints | Forums | Tesla Motors

… the public forum is flooded with all caps complaints about the car, while there is little such action in the private forum…Odd, at best. michael1800 … Copyright © 2014 Tesla Motors, Inc. All rights reserved. Legal & Privacy; First Responders; Choose Region; MY TESLA | Contact | Sign In;
teslamotors.com/forum/forums/complaints

### is tesla a scam | IEDEI

Posts about is tesla a scam written by Syed … Tesla Motors has never been a company which has been able to back up their rhetoric with a product as advertised, market or sell anything other than a rebodied Lotus Elise with a bunch of batteries in it, OR bring anything to the market as they …
iedeiblog.com/tag/is-tesla-a-scam/

### Another Tesla Roadster Scam on cars.com – Tesla Motors Club …

Yes $24,590 has to be a scam. While on the low side the I can believe the $73,300 bid on ebay.
teslamotorsclub.com/showthread.php/6753-Another-Tesla-Roadste…

### Tesla's Elon Musk & NY Times: Disturbing Discrepancies On …

Musk promised a blog post from Tesla Motors, with further details from the car's data log, would be "coming soon." Data logging, he noted, has to be approved by customers, but it's always turned on for journalists.
greencarreports.com/news/1082296_ Tesla's-elon-musk-ny-times-di…

### Tesla Motors Scam | iiciimlucknow.com

Tesla Motors Scam Related Information; Model S Reviews | Tesla Motors. Consumer Reports is calling the Tesla Model S the best car it has ever tested.
iiciimlucknow.com/?p=Tesla+Motors+Scam

### Tesla Motors Reviews | Glassdoor

Tesla doesn't actually have management training like most other corporations. Control spending habits of store managers and service managers. … Glassdoor has 165 Tesla Motors reviews submitted anonymously by Tesla Motors employees.
glassdoor.com/Reviews/Tesla-Motors-Reviews-E43129.htm

### Tesla Motors and the 'Great American Jobs Scam' | JSTOR Daily

Earlier this month, electric car maker Tesla Motors announced it would build a huge battery factory in Nevada. In return, the state will give it $1.25 billion in tax breaks, electricity discounts, and other perks over the next 20 years.
daily.jstor.org/tesla-motors-and-the-great-american-jobs-…

### Consumer complaints for Tesla Motors – Serving the Silicon …

BBB's Consumer Complaints for Tesla Motors. … Scam Source; Programs & Services. … Tesla Motors has

THE BOOK OF TESLA, Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

reached an agreement with *** ***** and we believe this matter is now closed. 01/01/2014: Delivery Issues | Read Complaint Details. X. Complaint
bbb.org/losangelessiliconvalley/business-reviews/…

**Tesla Motors (TSLA): ZEV Carbon Credits, Subsidies and the …**
 An article posted on InsiderMonkey about just how Tesla Motors Inc (NASDAQ: TSLA) … such modeling would be much harder to do because there is no way of knowing how many one percenters would not buy a Tesla roadster or whatever if it weren't for a generous subsidy or tax break of …
smallcapnetwork.com/Tesla-Motors-TSLA-ZEV-Carbon-Credits-Subs…

**California Car Dealers File Complaint Over Tesla Motors …**
 And that's a fact that I am sure Tesla Motors has already figured out. Image of Tesla Model Scourtesy of Tesla Motors … Global Oil Scam." California is a victim of this scam. To avoid the gasoline price, rip-off, plug your Tesla S, electric car into your household, …
triplepundit.com/2013/10/california-car-dealers-file-compl…

**Future Feeder » Blog Archive » Tesla Motors**
 Is Tesla Motors considering licensing their proprietary technology to other manufacturers such as **Honda or Toyota? … Ramirez's foes claimed they were trying to protect the public from a "scam artist"** who didn't have a viable business. And by the time they were done, …
futurefeeder.com/2006/07/tesla-motors/

**How Tesla Motors Really Makes Money… From Taxpayers …**
 How Tesla Motors Really Makes Money… From Taxpayers. … Tesla didn't generate a profit by selling sexy cars, … yes, unicorn beams, which are the same things that are used for the 'carbon credits' scam – everyone who thinks there's a meal for free is either eating on someone else's …
frontpagemag.com/2013/dgreenfield/how-tesla-motors-really-…

**JB Straubel – Wikipedia, the free encyclopedia**
 … 1975) is part of the founding team and the Chief Technical Officer of Tesla Motors, an electric car company based in Palo Alto, California At Tesla, Straubel oversees the technical and engineering design of the vehicles.
en.wikipedia.org/wiki/JB_Straubel

**Tesla Motors | Government Waste, Fraud and Abuse**
 Tag Archives: Tesla Motors. Don't Let The Sun Go Down On Me. Posted on May 4, 2012 by Richard Billies. With sincere apologies to Sir Elton John, this must be the song that Barack Obama is singing.
wastefraudandabuse.org/tag/tesla-motors/

**U.S. Dealer Group Seeks Tesla Meeting on Retail Plans …**
 … , said it's seeking to meet with electric-car maker Tesla Motors Inc. about its retail network plans. Sign in with Facebook Or use your Businessweek account. … Tesla, which is using using … 'Outright Scam'
businessweek.com/news/2012-10-23/dealer-group-leaving-tesl…

**Tesla Motors — A TRICK TO SELL SILICON VALLEY VC'S LITHIUM DEALS IN AFGHHANISTAN**
 Tesla Motors — американская автомобильная компания из Кремниевой долины, ориентированная на производство электромобилей. Названа в честь всемирно известного электротехника и физика Николы Теслы.
ru.wikipedia.org/wiki/Tesla_Motors

**Even FORBES admits Tesla is a Scam! – DAILY NEWS GLOBAL…**
 App Authentication Flaw Creates Tesla Motors Hack Concern. Your Tesla can spy on you and drive you off the road on command. NATIONAL REVIEW AND OTHERS, say: "Khorasan is A Scam".

THE BOOK OF TESLA: Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

thenewsdaily.org/even-forbes-admits-tesla-is-a-scam/

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Death By Tesla



By Susan Johnlo For Web Times **(Based on actual events)**

The sun glistened off the sleek futuristic body of the six figure Tesla sports car as it careened around the next curve of the beautiful Malibu coastal highway.

Below, the Pacific Ocean spread out to the horizon in an endless carpet of blue, undulating waves and sparkling wonder.

Nickleback was blaring from the speakers of the car, the driver's hair was tossed in the wind, his popped collar was flapping in the high speed rush of air and his Ray Bans barely hid his I-own-the-world feeling of delight in the moment.

Then the gates of hell opened up…

The car suddenly swerved, it dived straight off the cliff. Did the driver smell the smoke, or see the flames first? We may never be sure.

Was the, notoriously, hackable Tesla suddenly taken over by Chinese hackers, who had found his car IP address on the internet? That is another question that has yet to be resolved.

What is certain, is the horrific death that then followed. As investigators, safety engineers and fire officials detail the sequence of events, the results require a warning to readers: Do not read further if you have a weak stomach –

First, lithium ion battery number 862, in the floor pan of the car, experienced the collapsing housing of the lightweight aluminum box housing that surrounded it. The collapsing metal pierced the skin of the first battery. This was caused by the first rock that the lower corner of the Tesla floor pan slammed into.

The rapid compression, and distortion of the 3 inch long Tesla battery caused that battery to buckle and forced the metal compounds inside, the lithium ion core battery chemicals, to experience the force as a pyrotechnic trigger. This, then caused that battery to release vapors, while at the same time, igniting those vapors like a little hand-grenade.

This battery had just been struck, ignited and exploded, and in that fire and explosion it was releasing gases which the driver was inhaling in his last moments of life. Those gasses have been publicly documented by The FDA, OSHA, Panasonic , and hundreds of other laboratory-grade facilities, to be the cause of cancer, liver damage, neurological damage, fetal damage and other deadly health issues.

If this driver had not been killed by the fire and explosions, he would have had a longer, slower set of lethal issues to contend with.

Back to battery number 862; a few milliseconds after battery number 862 experienced the catastrophic explosion, battery number 863, right next to it, experienced the same devastating failure. This was followed by battery number 864, then number 865, then number 866, milliseconds apart. A chain reaction of self-igniting

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

thermal hell was underway and no fireman could stop it now, nor, could they stop it after the crash.

 The unstoppable nature of this lithium ion battery fire, set Malibu Canyon, itself, on fire.

 So these flashlight-type batteries, that every Tesla driver is sitting on top of, are going off like military grade incendiary devices, during this crash, one-after-the-other.

 These flashlight batteries were never made to be used in cars. Safety engineers say that Elon Musk's decision to use these batteries, in this way, was based on rapid profit exploitation, and not on proper engineering.

 Be that as it may, we are now mid-way through the slow motion movie of this crash. The batteries are exploding, one after the other, the car is plowing through the rocks and debris as it dives off the cliff. But the horror has only begun. How many batteries do we have to watch explode in this single vehicle? NEARLY 8000 EXPLODING BATTERIES.

 Let us stop and consider this fact.

 Where only one in 40 gasoline tanks, in each regular car accident, ever explodes. Here, in one car, you have nearly 8000 possibilities of an explosion AND each battery, that explodes, has an extremely high likelihood of setting off, all the rest, in a chain reaction. Do you like those odds? You have a 400% better chance of winning the lottery.

 In our slow motion analysis, we have only crossed the half-way point in the accident. The front of the car is crumpling, the heavy batteries are being thrown upwards, through the floor of the car, to cover the driver in exploding lithium metal particles, and the cockpit of the car is filling up with some of the most toxic fumes you can legally produce.



 Still, the worst is yet to come.

 The special alloys, which Tesla decided to make its car out of, turn out to interact with the exploding batteries to cause an effect called alloy conflagration. The very metal of the Tesla car has now been set on fire by the massive heat from these exploding batteries. The car has turned into the public version of a military phosphorous bomb, one of the most hideous military weapons of all time. This burning metal composition is worse than napalm, it can burn all the way through your face, your skull, and any bones in your body. It is a fire that almost nothing can extinguish.

 Molten, flaming metal is dripping on the driver and it is coming from every side of the car, surrounding him in a fireball of deadly metal lava.

 The car has finally come to a rest in a fireball. The driver is consumed in a nightmare of fire, dripping molten metal and deadly toxic smoke. The pain is beyond comprehension.

 He is, in the same moment, burned to death, asphyxiated and entombed in red hot liquid metal.

 The resulting fire, in the Canyon, is, at first, unstoppable and threatens the entire community of homes.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



PHOTO: PETRUS BREEDT

The first responder's attempts to douse the car fire, only make it worse! Water, it turns out, makes lithium ion batteries explode all over again. The car has been filled with a type of battery that mere bumps, and water, can cause to explode. Let me repeat this for emphasis: WATER MAKES LITHIUM ION BATTERIES EXPLODE. Not only does water not put out lithium ion fires, IT MAKES THEM WORSE!

Hours later, after the car has burned itself out, the first responders try to recover the body.

The problem is, they can't recognize a body. The driver has been burned into an unrecognizable lump of melted plastic, molten metal and human flesh.

His lovely drive down the coast ended in a horror as awful as any nightmare midnight movie.

So this use, of this battery, in this way, was decided by the very Senators and billionaire campaign investors who owned the stock in this battery. If you wonder why a deadly choice, like this, was made about a battery that already had all of these dangers fully documented, on federal record; the answer can be found in one word: Corruption.

This massive oversight, putting the public at such risk, took place because a kick-back scheme was created by Mr. Musk, and his campaign finance partners. They chose greed, over scientific facts. Those chose mining commodity deals, and expediency, over proper engineering. They chose corruption, over anything else.

So, when you buy a Tesla, you need to think about your own safety and the safety of the American political system. Consider not supporting corruption and consider supporting the safety of yourself and your family: Buy an Audi!

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**NOTE TO TESLA DRIVERS: Do you know that driving this Tesla makes you part of a crime against America?**



  People think you support corruption when they see you drive it. Give it back to the dealer with this note and get your money back:
  - Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal. Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for is lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real state profits from the land deal. Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.
  - Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption?  Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption?
  - Tesla was $100,000.00 off on their BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption?  Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With Tesla's at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption?
  - Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives. One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead from "natural causes". The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as "deciders" for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption?
  - Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption? DOE had IBM consulting, in Virginia, do Tesla's "due diligence". IBM consulting was a contractor to Tesla. IBM

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption?

  - At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through?Corruption?

  - Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through? Corruption?

  - Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of Tesla's investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption?

  - The cost, BOM, time-to-market, range and domestic jobs metrics was lower in Tesla's application than most other applicants. When better ratings got other applicants declined, how did Tesla get through?  DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption?

  -Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption?

  - Tesla hired multiple "famous auto people" who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla said they were going to build and sell over 500,000 cars as of today's date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...



**WHERE DO ELON MUSK'S FAKE TESLA TROLL-FARM POSTINGS COME FROM?:**

Tesla, and Elon Musk, working with their financial partners at Google, are famous for flooding  blogs with meat puppets, shills, sock puppets and a variety of fake Tesla troll shill comments in order to make it look like Elon Musk, and his stock assets, are popular. Here is how they do it:

 By Doug Bock Clark - New Republic

 Every morning, Kim Casipong strolls past barbed wire, six dogs, and a watchman in order to get to her job in a pink apartment building decorated with ornate stonework in Lapu-Lapu City. The building towers above the slums surrounding it—houses made of scrap wood with muddy goat pens in place of yards. She is a pretty, milk-skinned, 17-year-old girl who loves the movie Frozen and whose favorite pastime is singing karaoke. She is on her way to do her part in bringing down Facebook.

 Casipong huffs to the third floor of the apartment building, opens a door decorated with a crucifix, and greets her co-workers. The curtains are drawn, and the artificial moonlight of computer screens illuminates the room. Eight workers sit in two rows, their tools arranged on their desks: a computer, a minaret of cell phone SIM cards, and an old cell phone. Tens of thousands of additional SIM cards are taped into bricks and stored under chairs, on top of computers, and in old instant noodle boxes around the room.

 Richard Braggs, Casipongs boss, sits at a desk positioned behind his employees, occasionally glancing up from his double monitor to survey their screens. Even in the gloom, he wears Ray-Ban sunglasses to shield his eyes from the glare of his computer. (Richard Braggs is the alias he uses for business purposes; he uses a number of pseudonyms for various online activities.)

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Casipong inserts earbuds, queues up dance music—Paramore and Avicii—and checks her clients instructions. Their specifications are often quite pointed. A São Paulo gym might request 75 female Brazilian fitness fanatics, or a Castro-district bar might want 1,000 gay men living in San Francisco. Her current order is the most common: Facebook profiles of beautiful American women between the ages of 20 and 30. Once theyve received the accounts, the client will probably use them to sell Facebook likes to customers looking for an illicit social media boost.

Most of the accounts Casipong creates are sold to these digital middlemen—click farms as they have come to be known. Just as fast as Silicon Valley conjures something valuable from digital ephemera, click farms seek ways to create counterfeits. Google buy Facebook likes and youll see how easy it is to purchase black-market influence on the Internet: 1,000 Facebook likes for $29.99; 1,000 Twitter followers for $12; or any other type of fake social media credential, from YouTube views to Pinterest followers to SoundCloud plays. Social media is now the engine of the Internet, but that engine is running on some pretty suspect fuel.

Casipong plays her role in hijacking the currencies of social media—Facebook likes, Twitter followers—by performing the same routine over and over again. She starts by entering the clients specifications into the website Fake Name Generator, which returns a sociologically realistic identity: Ashley Nivens, 21, from Nashville, Tennessee, now a student at New York University who works part time at American Apparel. (Ashley Nivens is a composite based on Casipongs standard procedures, not the name of an actual person or account.) She then creates an email account. The email address forms the foundation of Ashley Nivenss Facebook account, which is fleshed out with a profile picture from a photo library that Braggss workers have compiled by scraping dating sites. The whole time, a proxy server makes it seem as though she is accessing the Internet from Manhattan, and software disables the cookies that Facebook uses to track suspicious activity.

Next, she inserts a SIM card into a Nokia cell phone, a pre-touch-screen antique thats been used so much the digits on its keypad have worn away. Once the phone is live, she types its number into Nivenss Facebook profile and waits for a verification code to arrive via text message. She enters the code into Facebook and—voilà!—Ashley Nivens is, according to Facebooks security algorithms, a real person. The whole process takes about three minutes.

Casipong sometimes wonders what happens to profiles like these once she turns them over to the clients. In fact, her whole job seems strange to her and the purpose of all these accounts somewhat mysterious. Still, she forgets this for long stretches of time: Shes young, she can do an almost perfect karaoke rendition of Mariah Careys We Belong Together, and she dreams of finishing college at the University of Cebu City after shes saved enough money from working for Braggs. Once she earns a degree in Web design, shell join the Philippine diaspora and find a job in Australia, New Zealand, or the United States. And during weekends, maybe she can lead a life similar to Nivenss.

When Casipong stands up a little after 6 p.m., a nightshift worker is waiting to take her chair.

Once, if you wanted to make money scamming people on the Internet, you used email. For two years, Braggs made his living spamming half a billion email addresses, hawking blueprints for a mythical perpetual energy machine or e-books that explained the secret to winning the lottery. Filipinos even invented a term for this kind of work, onlining, and, for about a decade, email spamming was a semi-honorable career path in Cebu City, the metropolitan area that encompasses Lapu-Lapu City and is one of the foremost business-outsource processing centers in the world. (Ring JPMorgan Chase or Microsoft customer support, and theres a good chance youll be connected to a Filipino in Cebu City whose excellent English is part of the legacy of the American colonization of the Philippines.) Successful onliners became the nouveau riche of Cebu City. A notorious set of six brothers formed a spamming cooperative and built a row of mansions amid the slums. They threw all-night parties with roving guitarists serenading scores of guests, while they drank beer and devoured lechón, Philippine whole-roasted pig.

But between 2010 and 2012, teams of Internet security researchers and law enforcement officials dismantled

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

several spambot networks across the world. These efforts, combined with the improved defenses of email hosts, effectively disabled many onliners in Cebu City. They had to look for new ways to make money.

 Social medias takeover of the Internet has been swift and dramatic. From 2005 to 2012, the percentage of Internet-using, American adults on a social media platform mushroomed from 8 to 70 percent. In 2005, Facebook had 5.5 million users; at the end of 2014, Facebook claimed 1.39 billion active monthly users—about one for every five people in the world and a little less than half of all people with Internet access.

 In 2009, Facebook introduced the like button, which quickly became a way for people to celebrate an engagement or the birth of a baby, but also for brands to get people to endorse their products. Companies loved social media for the ostensible humanity it lent them; and sales leads that came through social media, studies showed, had a much higher chance of converting into actual purchases. Google and Bings algorithms take social media into account, so large followings could also improve a companys position in search-engine rankings, where appearing even one slot higher can mean significant additional revenue. Researchers have also found that having lots of followers attracts even more followers, continually amplifying a companys or individuals reach. And while the impact of traditional advertising is difficult to quantify, social media counters are much more transparent.

 Celebrities—and more minor personalities, like bloggers trying to get endorsement deals—have increasingly found their value measured in Facebook fans and Twitter followers, the payments they receive proportionate to their social media clout. Khloé Kardashian reportedly earns around $13,000 every time she tweets things like, Want to know how Old Navy makes your butt look scary good? to her 13.6 million followers. Politicians desire large followings for obvious reasons. Even ordinary people have discovered perks to having an extensive social media presence. Some employers, for instance, now require social media savvy for jobs in marketing, PR, or tech. All these logical incentives aside, the imperatives are not always rational. A growing body of research has begun to unpack the envy and insecurity that social media can generate—the pernicious sense that your friends are gaining Twitter followers much faster than you.

 To help companies, celebrities, and everyday people boost their social media standing, onliners set up Internet stores—click farms—where customers can buy social media influence. Click farms can be found across the globe, but are most commonly based in the developing world. They exist in India, Indonesia, Bangladesh, and the Philippines, and may also exist in Eastern Europe, Mexico, and Iraq. A small number of click farms employ manual labor, a dozen or so people who manipulate Facebook accounts individually to create the likes that they sell. But most click farms are run by smaller teams that manage software to give digital life to accounts like Ashley Nivens. What Braggs runs is actually referred to as an account farm—he makes the accounts and software that click farms use.

 In terms of their professionalism, click farms range widely. Some maintain promotional newsletters, subscription packages, and 24/7 customer service. One of the more polished, We Sell Likes, was founded by a former Silicon Valley SEO professional. Others are much less formal: a freelancer sitting in front of his computer all day and selling the services of hundreds of social media accounts through websites like SEO Clerks. Last November, The New York Times reported that teenagers were licensing Twitter click-farm software to supplement their allowances.

 Richards account farm feels more like a startup than a developing-world sweatshop.

 But the stakes are much larger than pocket money. Researchers estimate that the market for fake Twitter followers was worth between $40 million and $360 million in 2013, and that the market for Facebook spam was worth $87 million to $390 million. Italian Internet security researcher Andrea Stroppa has suggested that the market for fake Facebook likes could exceed even that. International corporations like Pepsi, Coca-Cola, Mercedes-Benz, and Louis Vuitton have all been accused of employing click farms, and celebrities such as 50 Cent, Paris Hilton, and LeAnn Rimes, have been implicated in buying fake followers. During his 2012 presidential campaign, Mitt Romney gained more than 100,000 Twitter followers in a single weekend, despite averaging only 4,000 new followers a day previously. (His campaign denied having bought any fakes.) One

Indonesian click farmer told me that he had funneled two million Facebook likes to a candidate in his nations hotly contested July 2014 presidential election.

 Two of the most crucial rules of Facebooks terms of service are: You will not provide any false personal information on Facebook, or create an account for anyone other than yourself without permission, and You will not create more than one personal account. The law of one person, one account is meant to guarantee that Facebook is the most real place on the Internet: The roughly six billion likes the company processes every day are supposed to be a quantification of homo sapien emotion. Other social media platforms, like Twitter, allow for more than one account per user, but, ultimately, the medium is predicated on the idea that its digital world is an accurate extension of the physical world.

 Click farms jeopardize the existential foundation of social media: the idea that the interactions on it are between real people. Just as importantly, they undermine the assumption that advertisers can use the medium to efficiently reach real people who will shell out real money. More than $16 billion was spent worldwide on social media advertising in 2014; this money is the primary revenue for social media companies. If social media is no longer made up of people, what is it?

 It was never Braggss intention to make a career of onlining. He dreamed of becoming a pilot and even went to flight school. (He still recalls the Leonardo da Vinci quote: Once you have tasted flight, you will forever walk the earth with your eyes turned skyward, for there you have been, and there you will always long to return.) Financial problems forced him to give up on his plan when he was in his early thirties, and, for nearly a decade, he survived on menial jobs: running a coffee stall at the bazaar, working construction, and chauffeuring tourists. One day, when he was driving a group of Koreans to a brothel—the destination for most of his customers—they offered him a turn with the high-class prostitute they were planning to employ. Braggs began searching for a way out.

 Braggs got into onlining in 2011 after a friend who had struck it rich spamming gave him the software to start his own operation. When Braggss email spam business failed in 2012, he opened his own click farm, manually forging thousands of Facebook accounts and selling likes from them, incrementally hiring workers as his business grew. When he realized that he could make more money by supplying click farms with the products they needed —i.e., profiles and software to animate those profiles—he reorganized his business.

 By July 2013, he was making phone verified accounts—or PVAs—full time. He hired 17 employees, including Casipong, and established round-the-clock shifts so his farm never went dark. Casipong guesses that she makes over 100 Facebook PVAs a day. Other employees average more than 150. Braggs sells PVAs for 70 cents; premium PVAs—accounts that are fleshed out with more than bare-bones biographical details—can be bought for $1.50.

 Since his business began, Braggs has expanded into Yahoo, Gmail, and Twitter PVAs, and his customers have used the fake accounts in all sorts of scams: On the dating site Tinder, for example, Braggs said he believes seductive women solicited male users for pay-to-access porn sites. His biggest order, he told me, was for Chinese hackers trying to fleece the digital payment exchange Stellar; he hired every freelance worker he could find, but he was still only able to fulfill a small portion of it.

 In many ways, Braggss account farm operates similarly to the outsourcing and industrial businesses that Cebu City is famous for. He relies on the infrastructure that carries the call center and technical support data to Cebu City from around the globe in order to pipe his forged profiles to his clients. He even benefits from cheap local resources—though instead of exploiting the Philippines old-growth rainforest timber, he processes SIM cards dropped off by men on motorcycles, paying a few cents for a card that would sell for $5 to $10 in the United States. Workers willing to do repetitive manual labor are not in short supply, either.

 But Braggss account farm feels more like a startup than a developing-world sweatshop. Most of his employees are young IT university graduates infused with the excitement of beating the system. There is an office puppy named Hacker, and Braggs pays for a cook to prepare lunch for the employees every day. Casipong earns about

$215 a month, significantly more than the minimum wage for a domestic helper, which is as low as $34 a month. Braggs pays his nightshift workers extra, and some of his employees reportedly choose to become nocturnal for the additional wages.

 Click farms jeopardize the existential foundation of social media: the idea that the interactions on it are between real people.

 The Philippines has the highest rate of unemployment in the Association of Southeast Asian Nations. Casipong is aware of the alternative employment options: Cebu City is the cybersex capital of the Philippines, and illegal firework factories in the slums announce their presence every few weeks with a bang. Braggss employees seem genuinely happy; their main complaint was laggy Internet that disrupted the music they streamed while working. Many spoke of Braggs as a Horatio Alger*style role model.?In the fictionalized biography Braggs maintains on the website of his account farm, he calls himself the Robin Hood of Facebook marketing, and this contrarian idealism extends to his general attitude about life. His hero is the tribal chieftain Lapu-Lapu—the namesake of his city—famous for slaying the Portuguese explorer Ferdinand Magellan, who, in the name of capitalism and colonialism, was the first man to circumnavigate the globe. He has no desire to stay up all night answering questions about credit cards and Windows glitches for people on the other side of the world. Why shouldnt he feel proud of providing decent salaries to 17 workers, or paying for the school fees of his girlfriends younger sister or the local kids basketball jerseys? Hes a self-made man, trained on YouTube tutorials and in chat rooms; to this day, he types hunt-and-peck style, never having learned QWERTY.

 What he and click-farm managers are doing is not illegal in the Philippines. Facebooks terms of service are not international law. In the United States, the Federal Trade Commission and attorneys general from several states have legislated against fake reviews—false endorsements on Amazon, for example. But no formal ruling has been passed down on inauthentic likes. Click farming raises serious consumer protection questions, said Ian Ayres, a specialist in contract law and a professor at Yales law and business schools. To participate as a buyer or a seller in the traditional click-farming market seems a clear wrong. But the actual law is less explicit. And Braggs has his own business ethics: Hes not hacking anyones bank account, only offering a service that people are clamoring to pay for and providing for himself, his family, and his countrymen.

 For years, Facebook encouraged brands to use social media as a free way to connect with fans. Companies would post content, and Facebook would show it to a large percentage of the people who had liked those companies, free of charge: This was the so-called organic reach of a post. But, over the last few years, with a noticeably precipitous drop in late 2013, Facebook has steadily decreased the organic reach of posts; now, when a company posts something, it only reaches about 6 percent of the profiles that have already liked that company, and Facebook plans to decrease that reach further. This has meant that companies struggle to access most of the fans they have accumulated unless they pay Facebook to advertise. But as Facebook becomes more of a paid billboard, click-farm bots can disrupt the efforts of companies that advertise with Facebook—and, sometimes, even render them pointless.

 Heres how this can happen. Second Floor Music, an independent, Manhattan-based jazz publishing company that represents critically acclaimed but lesser-known composers, was the kind of small business built on its history and reputation: Five Grammy certificates hung on the walls, and jazz legends and up-and-comers dropped by the studio to rehearse. It was not, however, exactly forward-leaning when it came to social media marketing. But it was also ideally positioned to take advantage of Facebooks advertising services: Its products targeted a niche audience that was often hard to reach, but which Facebook, with its vast trove of personal data, could easily access.

 So in September 2013, Second Floor Music launched a Facebook advertising campaign for the Facebook page of Jazz Lead Sheets, a Second Floor Music website that allowed customers to download sheet music and song recordings. Because more than one-third of Jazz Lead Sheets business came from international clients, Second Floor Music asked Facebook to put ads in front of people from around the world, and paid Facebook a few cents each time one of them liked the page for Jazz Lead Sheets.

THE BOOK OF TESLA. Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

A young jazz singer employed by Second Floor Music named Rachel Nash Bronstein ended up overseeing the Facebook campaign. At first, Bronstein was exhilarated by how fast the Facebook page gained fans, hundreds within weeks. But then she began to notice that the fan activity—liking posts, commenting, etc.—on the page had plummeted. When Bronstein examined the profiles, her heart sank. Many of them hailed from Iraq. A lot of the profiles didnt display any English. None of them evidenced any interest in jazz.

Its impossible to pinpoint how these profiles ended up fans of Jazz Lead Sheets. (Facebook is fiercely secretive about how its internal algorithms work.) But when Bronstein paid Facebook to place her advertisement, Facebook may have put the ads in front of accounts that had already liked thousands of pages, figuring that those accounts were more likely to click on the ad. And those accounts were likely run by click farms. (The average American user only likes 70 pages.) Because many fake accounts are programmed to disguise their mercenary activities by liking lots of pages (not just their clients), these bots were primed to like the Jazz Lead Sheets page. And because click-farm accounts often are programmed to move in coordination, so that they are easier to control, having one bot like a page could have caused others to follow, setting off a cascade of fake likes.

These fake likes werent just an empty number. Whenever Second Floor Music posted content, Facebooks algorithms placed it on the newsfeeds of a small, random sample of fans—the people who had liked Second Floor Music—and measured how many engaged with the content. High levels of engagement meant that the content was deemed interesting and redistributed to more fans for free—the main goal of most businesses that use social media is to reach this tipping point where content spreads virally. But the fake fans never engaged, depressing each posts score and leaving it dead on arrival. The social media boost Bronstein had paid for never happened. Even worse, she now had thousands of fake fans who made it nearly impossible to reach her real fans. Bronstein struggled to get help from Facebook, reaching out repeatedly through help forums, but, in the end, she scrapped the original page and started again from scratch. Second Floor Music had effectively paid to ruin one of its flagship Facebook pages.

Across Facebook, well-intentioned companies and organizations have found themselves in this predicament. Small businesses ranging from Bay Area startups to Toronto magazine publishers have reported similar problems, and Internet forums and blogs are rife with related tales. Corporations with professional teams managing their Facebook pages and large advertising budgets seem to treat this kind of artificial appreciation as the price of doing business. But the side effects of click farms are a real threat to small businesses with slimmer margins for error and without the know-how to effectively target their ads. (Its worth noting that small businesses are the focus of a Facebook marketing push that has involved nationwide outreach and efforts to streamline the companys advertising platform. Since Second Floor Musics first campaign, Facebook has made more tools available for advertisers to direct and monitor their ads. A year later, Bronstein ran another campaign that worked much better than the first.)

From January 2013 to February 2014, a global team of researchers from the Max Planck Institute for Software Systems, Microsofts and AT&Ts research labs, as well as Boston and Northeastern Universities, conducted an experiment designed to determine just how often advertising campaigns resulted in likes from fake profiles. The researchers ran ten Facebook advertising campaigns, and when they analyzed the likes resulting from those campaigns, they found that 1,867 of the 2,767 likes—or about 67 percent—appeared to be illegitimate. After being informed of these suspicions, Facebook corroborated much of the teams work by erasing 1,730 of the likes. Sympathetic researchers from a study run by the online marketing website Search Engine Journal have suggested that targeted Facebook advertisements can yield suspicious likes at a rate above 50 percent. In the fall of 2014, Professor Emiliano De Cristofaro of the University College of London presented research which found that even a page explicitly labeled as fake gained followers—the vast majority presumably bots.

The bot buildup can even affect companies that arent advertising with Facebook, but are just passively hoping their pages gain real fans. In 2014, Harvard Universitys Facebook fans were most engaged in Dhaka, Bangladesh. (They stated that they did not pay for likes.) A 2012 article in The New York Times suggested that as much as 70 percent of President Obamas 19 million Twitter followers were fake. (His campaign denied buying followers.)

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Less prominent pages from across the world—from those belonging to the English metal band Red Seas Fire—to international bloggers—have been spontaneously overwhelmed by bots that are attempting to mask their illicit activity by glomming on to real social media profiles.

## How to Build a Tesla Facebook Bot

(Its easy!)

Pick a name: Fake Name Generator is great for this. One click will get you a full identity: From name, to age, to job—it can even provide a blood type.

Create an email account: If you want a bulletproof bot, make a phone-verified Gmail account using the same SIM cards you are using to verify your fake Facebook account.

Make sure your stealth software is on: Your proxy server should show that youre working from someplace innocuous. Dont forget to disable the cookies that might snag you.

Create a profile: Using the details from Fake Name Generator, flesh out your Facebook account. Dating websites are a great place to steal photos.

Phone verify the account: Install a SIM card into a cell phone and type the phone number into Facebooks phone-verification feature. Wait for Facebook to text you a verification code. Enter the code.

Add some frills to the profile: Everything from favorite movies to photo albums, which you can just copy from other profiles. A bot looks a lot more authentic if it has friends, so make sure to send a few requests. If youre working for a big account farm, you can probably friend some real people who are in on the scam.



Control your bot with the software: Once youve made thousands of bots, youre not going to want to manually manipulate them. Purchase a program to automate your bots to act real.

Watch out for the social media police: Facebook is hunting you, so be careful. Newly made bots are subject to extra scrutiny, so let your bot marinate for a few weeks. Dont go overboard on liking too many things. Youll probably want to maintain a lot of accounts, so they can work in shifts. Whenever youre paid to like one thing, like a few other random things to create a smokescreen of activity.

And if you are caught: Dont sweat it! Facebook is more likely to temporarily disable the like function of the account than delete it. But if the heats getting to be too much, just delete the account and reuse the phone number to make a new one. Your business wont miss a beat.

This February, Facebook stated that about 7 percent of its then 1.39 billion accounts were fake or duplicate, and that up to 28 million were undesirable—used for activities like spamming. In August 2014, Twitter disclosed in filings with the Securities and Exchange Commission that 23 million—or 8.5 percent—of its 270 million accounts were automated.

Almost since their inception, social media companies have tried to limit this kind of digital-influence inflation. YouTube periodically examines videos with suspicious numbers of views. In December 2014, in what was called the Instagram Rapture, the platform cleaned up a number of accounts; Justin Bieber lost 15 percent of his followers. Facebook is constantly refining its defenses; the verification processes that take up so much of Casipongs time are part of that effort. In some countries, Facebook has even requested pictures of government

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

IDs from suspicious accounts. (Theyve mostly avoided this tactic in the United States, where it has triggered a backlash.) As a Facebook spokesperson said in a statement last August: We have a real incentive to aggressively go after this activity because people want authentic connections on Facebook, and businesses use our platform to deliver real business results. Inauthentic interactions run counter to these goals, so we are constantly working to detect fraudulent activity and shut it down. In April, the spokesperson continued: Fraudulent activity has always been a tiny fraction of overall activity on our service, but recently we have developed new pattern recognition technologies that have mostly halted the major exchanges of fake like activity.



At the same time, however, it is in the interest of Facebook and other platforms to downplay the severity of the problem. Twitter has recognized that more than 8 percent of its accounts are automated, but it says not all of these are malicious—i.e, run by click farms or used for spam— suggesting that many are used for legitimate purposes, like tweeting the scores of sports games. The company has reported that 5 percent of its accounts are malicious, but researchers have suggested the actual figure is at least double that.

 These estimates are contentious because in 2014, more than 90 percent of Facebooks $12.5 billion in revenue and about 90 percent of Twitters $1.4 billion in revenue came from advertising. If researchers are correct that advertising on social media leads to a high percentage of fake likes and fans and followers, the entire business model could be called into question by advertisers. What incentive do companies have to buy ads that target digital ghosts? As Internet security researcher Stroppa said, The worth of Twitter is based on their active and total numbers of accounts. If they ban fake profiles, then they will lose an important percentage of their user base. Brands have begun to report dissatisfaction with Facebook marketing, wrote Nate Elliott, a vice president for the technology and market research company Forrester Research, in an email. If fake profiles are a widespread problem, then it may turn out Facebooks value to marketers is even lower than we thought.

 Facebook, Twitter, and other platforms claim to successfully police their populations, but evidence suggests otherwise. The Max Planck team found that more than 90 percent of accounts they flagged as black market were not eliminated after four months, even though Facebook had erased many of the fake likes that these accounts had created. De Cristofaro found that Facebook caught less than 1 percent of the fake profiles he investigated. The number was even lower for high-quality accounts: For the month that he monitored 621 active profiles from a high-end click farm, only one was canceled. When I looked through the accounts managed by Braggss account farm and several other click farms, time-stamps revealed that the majority had been lurking on the network for several years. Many had even attracted real friends, either through automation or because their profile pictures had intrigued actual people; attractive women created by Braggss account farm often get approached with explicit overtures. (Unless clients specify other identities for PVAs, Braggs instructs his workers to make sexy women.)

 And just as onliners quickly shifted when email spam was no longer viable, click farms have wiggled away from efforts to rein them in. To my eye, Braggss premium PVAs are almost impossible to differentiate from the real deal. (Casipong fills the photo albums of her premium PVAs with pictures that remind her of one of her favorite blogs, Humans of New York, and adds quotes like hakuna matata, which she has no idea comes from The Lion King.) Experts believe that without computer-aided analysis, this extra camouflage makes it almost impossible to finger any click farmers couture bot.

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

If Facebook comes to suspect that Ashley Nivens is not, in fact, a real person, and suspends her account, Braggs will have Casipong unearth the appropriate SIM card from the tens of thousands of cards organized and stacked around Braggss shop, insert it into a phone, and answer Facebooks text message: Yes, she is a human. Basically, Braggs said when we met last September, theres nothing Facebook can do to stop me. Facebook has shut down his personal account, but Braggs laughs it off: Why would I need one Facebook account when Ive got thousands? The main limiting factor for his business is a somewhat unpredictable supply of SIM cards.

Workers in Richard Braggss account farm.

Last September, Braggs drove out of Lapu-Lapu City to one of the new luxury subdivisions springing up amid the wetlands and mangrove forests. He had purchased a house there and construction was underway. The streets were lined with boxy, concrete, two-story houses fronted by grass lawns—a Philippine version of the American dream, but with half the square footage of their Western counterparts and with roving goats nibbling their shrubbery. It is here that the ex-pats who run the nearby factories live.

The house was Braggss reward for working weekends and never taking a vacation. He had been so busy that two months had passed since he had visited, and he had to argue with the guards to be let into the gated community. The lawn outside Braggss house was chest-high, with saplings rising above the brush. His girlfriend—the first worker at his click farm—followed behind as Braggs pushed through the young jungle. This was the woman he would marry. This was where his children would be raised. This was where he would move his account farm once the electricity was turned on. The exterior of the house was finished, but the interior was bare. He stopped at the front door of his new home and he patted his pocket, worried that he had forgotten the key.



It seems impossible that Facebook, with its army of elite coders and multibillion-dollar war chest, wont eventually crush Braggs. The company knows his real name. It barrages his inboxes with cease-and-desist orders. But hes hopeful. Every system is made by humans, Braggs told me, so there is always a way to beat it.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## (PARODY) Senior Tesla Motors Media Consultant quits. Reveals All! Says STUPID, STUPID NEWS REPORTERS NOW USING FACTS INSTEAD OF TESLA TALKING POINTS, THUS RUINING THE WHOLE DEAL

**Fremont, CA-** As of today, there is no mention of Buzz Flapjaw on any Tesla Motors website. His name appears to have been scrubbed from all Tesla media.

Buzz is a legend in the corporate communications industry, but he now has no relationship with Tesla Motors, certainly as of this weekend.

Buzz said, The PRESS ARE IDIOTS! in national press releases (the results of which are shown below):

(Photo: Tesla media front Motley Fool)
He went on to say: The Stupid, Stupid news reporters are now using facts, hard data and detailed research to write their stories about Tesla Motors and Elon Musk, instead of the extensive and carefully prepared talking points we gave their news directors. You would think that our investors ad money would still give us control of the media but apparently not..

"(Fucking Glenn Greenwald)", He muttered under his breath.. ("Jay Carney would never let this shit happen when he controlled the news") he continued to mutter to himself

Buzz elaborated: Only those of us inside Tesla can truly describe the kool aid colors ( Tesla's fanboy shill bloggers favorite drink) of the bright Tesla future and the wonderfulness of just being a Rich Frat Boy Democrat, err,.. uh Tesla Owner

Formerly with Enron, Buzz moved on to run the General Motors ignition key safety group, and was stolen by Elon Musk (Who stole Tesla from Martin Eberhardt), from GM when his valuable disinformation skills were noted. Buzz expressed his angst and frustration with the constant concerns over  Tesla's stock activities and the reference to Tesla as a creepy taxpayer swindle-scam created to manipulate the stock market and exploit tax credits which  Tesla's investors bribed into place.

THAT IS JUST WRONG!, Raged Buzz, there is nothing creepy about it!

Buzz also commented on other controversies: Senator Feinstein DID NOT put herself on the intelligence committee just so she could get a heads-up just before she gets caught. She did not take bribes! Our investors huge cash payments to her PAC are irrelevant, as are the insider stocks and real estate holdings her, and her family, profited on and we only hired her staff to help them out, not as revolving door bribes, people are just making things up! The fact that Elon Musk had a personal relationship with her had nothing to do with it! If you ignore the direct connection between Solyndra and Tesla, and all of the investors who are also campaign donors, which are all on the same land, you can just  err.uhm.. Benghazi!, Said Buzz.

Also commenting on the Tesla fires, he admonished: OK, so the Tesla patents do say, in no uncertain language, that the Tesla batteries will blow up and kill your family and burn your house down, but that is not why we were just giving the patents away. Also, even though every major university has said that they way we configured the NOT APPROVED FOR CARS batteries creates 'the most likely scenario for an explosive fire, of any lithium ion configuration on EARTH, the handful of cars we have sold only blow up a little bit and the cancer-causing gas they emit can be avoided if you get 2 miles away from them very fast while holding your breath.

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

He went on:  ..Tesla is getting a raw deal, you need to just ignore all the dead, and burned alive, Tesla car and battery factory workers..for GODS SAKES, all but three of them are in CHINA..They are ASIANS, they are not AMERICANS!.. who cares?! We asked him to discuss the safety issues: Look, he said: Yes, we all know that Tesla's have killed multiple people and that there are multiple homicide charges but it wasnt like the car killed people, except some of them.

  We asked Mr. Flapjaw about the connection between all of Googles executives and investors,  Tesla's investors and campaign contributions that line up in a very symmetrical way to the Department of Energy funding. Buzz exclaimed: What!? You have a problem with symmetry? Look at the Tesla! It is design perfection. It is perfectly symmetrical. Symmetry is GOOD. You try to make it sound like kick-backs are a bad thing.. call them 'campaign support resources', that doesnt sound so bad, heh?, he wiped his brow and continued.. So what if Google controls the media and hides all the investigations about Tesla, it is better than letting voters get all upset!

  The various charges that Tesla is an organized crime operation created as a kick-back scheme to control stock market valuations was taken to Mr. Erick Holder for comment. His secretary stated that: Mr. Holder cannot speak to you right now, he is very busy very, very busy. He has a lot on his mind right now. He has to redo his stock portfolio before Monday and all kinds of things..

  Buzz expects to begin work on his new job as lobbyist for the new CIGARETTES COME FROM PLANTS AND ARE GREEN AND GOOD FOR YOU Campaign.

  When asked for comment, Mitt Romney merely smirked in a knowing kind a way

  We asked Buzz if it is true that Robert Gibbs, Jay Carney and Erick Holder told Elon Musk that he could pretty much kill and eat human babies and we can keep it from getting ACTUAL media coverage. Buzz walked away.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

# Tesla shareholder suit claims Elon Musk and other board members lied about car safety

 * DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS. CHARGES ERIC HOLDER WITH RUNNING COVER-UP TO PROTECT THE WHITE HOUSE!

 * CHARGES TESLA IS A TOTAL CRIMINAL ENTERPRISE CREATED TO KICK-BACK FUNDS TO SILICON VALLEY CAMPAIGN FUNDING VCS!

 By Paul Carr

 Tesla fire: Out of the battery fire, into the shareholder lawsuit.

 Tesla shareholder Ross Weintraub has filed a derivative suit against the company and its board members — including CEO Elon Musk — alleging that a series of dishonest statements made about safety and profitability caused  Tesla's stock price to drop on multiple occasions.

 A derivative suit is a legal tool used by shareholders who want to force a company to take corrective action against its own executives or, in this case, to take action directly if board members are unlikely to act. It should be noted that, to many, shareholder lawsuits are like patent trolls: An unfortunate cost of doing big business and not something that inherently bodes badly. Also, in  Tesla's case, their stock isnt that far off its 52 week high (Chart via Google):

 In the complaint, filed in Northern California District Court, and embedded below, Weintraub alleges a long history of dishonesty by the company and by Musk himself, including allegations that Tesla board members:

 allowed the Company to embark on a campaign of false and misleading statements designed to convince the market that the Model S was literally the safest car in existence.

 allowed the Company to misrepresent the low height and configuration of the Model S battery pack as enhancing the vehicles safety, without disclosing its very significant vulnerabilities for high-intensity fires.

 egregiously allowed the Company to misrepresent the Model Ss history of fire incidents which included at least three very significant fires requiring first responder intervention.

 And that Elon Musk himself

 falsely claimed that [t]hroughout all our crash tests, throughout all similar incidents with vehicles on the road, never once has there been a fire. When a Model S fire later occurred during the relevant time period, a Tesla spokesperson falsely stated, This is the first fire. Thus, by the third Model S fire, the Individual Defendants were still causing or allowing Tesla to represent that there were low probabilities of such fires while simultaneously denying that a recall was necessary.

 gave several interviews during which he downplayed this Model S fire and worse, failed to disclose that another Model S had been consumed by fire in Mexico on October 18, 2013 According to allegations in the Federal Securities Action, defendant E. Musk, with knowledge of the fire and inspection, unilaterally determined that the fire was not relevant to investors due to the circumstances under which it arose.

THE BOOK OF TESLA- Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The lawsuit further claims that Musk and his fellow board members conduct has significantly and materially damaged the Company. By virtue of the Individual Defendants breaches of fiduciary duties, the Company faces a lawsuit alleging violations of the federal securities laws and Tesla has suffered significant disruption of, and damage to, its business, its reputation and goodwill.

It then goes on to list various conflicts held by board members which would make it unlikely that they would take action against Musk of their own volition. These include the fact that board member Steve Jurvetson of DFJ is an investor in other Musk companies including Solar City and Space X.

The suit demands a jury trial. The company has until the end of this week to respond or face a judgement by default.

Updated: A Tesla spokesperson told Pando We believe this lawsuit is without merit and intend to defend against it vigorously.

Paul Carr is editorial director of Pando. Previously he was founder and editor in chief of NSFWCORP.


## Elon Musk Companies, are they are just scams? | Wall Street Oasis

I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that www.wallstreetoasis.com/ forums/ elon*musk-companies-are-they-are-just-scams

## Tesla Co-Founder Eberhard Sues Elon Musk, Tesla * Jalopnik

Jun 10, 2009  Tesla Co-Founder Eberhard Sues Elon Musk, Tesla. 7,151. 1. raywert . Is Elon Musk an asshole, and a fraud? Yes, and maybe. All I know for

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon*musk-tesla


## The Character Assassination of Martin Eberhard by Elon Musk

Silicon Valley VCs arranged for the take-over of Tesla, using Elon Musk as their  Elon Musk was a take-over thug who was sent to Tesla to get control of it on .. Short Squeeze2013/06/04 · CHALLENGED TO EXPLAIN FRAUD:2013/05/30

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon*musk/


## Why is Peter Thiel considered the leader of Paypal Mafia

An alternate history according to Elon Musk He does .  several hundred, built the customer service & fraud center, added debit card & money market funds and

www.quora.com/ Elon*Musk/ Why-is-Peter-Thiel-considered-the-leader-of-Paypal-Mafia-when-clearly *Elon*Musk-is-much-more-accomplished-a-bigger-visionary-has-taken-mor e-risks-and-is-a-greater-entrepreneur

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

\*   \* H

**Is Elon Musk a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore like the lawsuits against him by his wives, customers, suppliers, and shareholders claim?**

Link: http://wp.me/p4y3uU-2j4

## Elon Musk Unveils His Latest Taxpayer Boondoggle * Minx.cc

11 Aug 2013  But Elon Musk has a big heart, and he will generously make this project . 29 Space-X is a scam that hires some clever engineers but Burt

www.minx.cc/?post=342411

## Tesla's Elon Musk: I Ran Out Of Cash * Business Insider

28 May 2010  Tesla Motors CEO Elon Musk seems to have it all. The electric-car entrepreneur is the toast of Silicon Valley, Sacramento, and Tokyo after

www.businessinsider.com/ Tesla's-elon*musk-i-ran-out-of-cash-2010-5-2

## Carney: Green stimulus profiteer comes under IRS scrutiny

14 Oct 2012  Musk, as he cashes in on his solar investment by taking his company  company owned by leading Obama donor and subsidy recipient Elon Musk.  re-election campaign, including two gifts of more than $30,000 each to the

www.washingtonexaminer.com/ carney-green-stimulus-profiteer-comes-under-irs-scrutiny/ article/ 2510619

## IRS Investigating Green Stimulus Recipient And Obama Donor | The

15 Oct 2012  Elon Musk, one of President Obamas big-time campaign donors is also  OBAMA campaign donors getting kickbacks by (Stimulus) invested in

www.lonelyconservative.com/ 2012/ 10/ irs-investigating-green-stimulus-recipient-and-obama-donor/

## SpaceX Files Suit Against US Air Force * Slashdot

25 Apr 2014  Today Elon Musk announced that SpaceX has decided to challenge the  It reeks of corruption and kickbacks. .. On the positive side for SpaceX and Elon Musk in particular, he was a major donor to the Obama campaigns in

science.slashdot.org/ story/ 14/ 04/ 25/ 1858221/ spacex-files-suit-against-us-air-force

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Elon Musk's SolarCity Sues Government For More Subsidies | Zero

8 May 2013  Second, the chairman of SolarCity is Elon Musk, who is also a large owner  the US attorney and asking them to review your evidence of fraud.

www.zerohedge.com/ news/ 2013-05-08/ elon*musks-solarcity-sues-government-more-subsidies *   * H

## Customers tell horror stories of Solar City company that gets $422M in tax

Feb 26, 2014  By Tori Richards | Watchdog.org. AP photo. SUPER STOCK? CEO Elon Musk at the NASDAQ stock exchange brings SolarCity public in 2012.

www.watchdog.org/130098/solarcity-horror-stories/

## Come Saturday Morning: Yup, Hyperloops a Joke | Firedoglake

Aug 17, 2013  Now why is Elon Musk, who is not stupid, pushing a plan that looks  If you use your own cash then its probably not a scam because you get

www.firedoglake.com/ 2013/ 08/ 17/ come-saturday-morning-yup-hyperloops-a-joke/

## Dmitri Grishin is like a Russian Elon Musk — Hes Got Big Ambitions

Jun 15, 2012  He immediately reminded me of Elon Musk and Peter Thiel, which became more . Healbe scampaign asks for $200k more in presales.

www.pando.com/ 2012/ 06/ 15/ dmitri-grishin-is-like-a-russian-elon*musk-hes-got-big-ambitions-for- real-problems/

## Why Elon Musk is a Poor Persons Worst Nightmare | Santa Cruz

Dec 17, 2013  The future, if left to Elon Musk, bears an eerie resemblance to Elysium. . Customers had no way of knowing whether they would be scammed

www.gtweekly.com/ index.php/ santa-cruz-columns-commentary-oped/ santa-cruz-good-times-opinion-columns/ 5275-why-elon*musk-is-a-poor-persons-worst-nightmare.html

## More Than Half Of Green Car Companies Receiving Stimulus

4 Jun 2013  (or kickback). Anonymous  David Axelrod: Obama campaign manager. Hired by  Elon Musk: Obama donor, DNC donor. Tesla Motors

www.sayanythingblog.com/ entry/ more-than-half-of-green-car-companies-receiving-stimulus-subsidies-ha ve-failed/

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## The Obama you don't know .. By Mark Tapscott and Richard Pollock

16 Oct 2012  Even in the midst of a historically dirty campaign for re-election, his  Once his associates were appointed, Rezko sought kickbacks from . Rogers of Duke Energy, Tesla Motors Elon Musk and CNN founder Ted Turner.

www.saveamericafoundation.com/ 2012/ 10/ 16/ the-obama-you-dont-know-by-mark-tapscott-and-richard-pollock-of-the-w ashington-examiner/

## The Green Corruption Files : Top D.C. Lobbyist McBee Strategic

13 Sep 2013  In 2007, Senator Barack Obama, on the campaign trail said, Im in this race to . McBee Strategic Consulting green kickbacks thus far is close to $9  This brings me to another Elon Musk company, where he remains the

greencorruption.blogspot.com/ 2013/ 09/ top-dc-lobbyist-mcbee-strategic.html

## Analysis: Tesla may have made over $100 million off the CARB scam

12 Mar 2014  And this is how a clever corporate crony monetizes his campaign donations . thru the kickbacks from motels where they are located, or the sale of premium .. Its not like  Tesla's billionaire backer Elon Musk cant afford it.

www.wattsupwiththat.com/ 2014/ 03/ 12/ analysis-tesla-may-have-made-over-100-million-off-the-carb-enabled-ba ttery-swap-scheme/

## A management mess in the Obama administration? * The Arena

Ninety days in a campaign is a lifetime, so I think its hard to tell if this will be a  that there are ongoing Inspector General investigations into bribes, kickbacks,  by a mega-donor to his campaign, Elon Musk, the 63rd richest man in the world,

www.politico.com/ arena/ archive/ vegas-spending-spree-an-administration-embarassment.html

## Green Explored

2 days ago  The corrupt politicians and supposed public servants simply are the .. his gangrene Tesla which hogs lithium and really is not a green vehicle.

www.greenexplored.com

## Tesla Motors, Inc. Gets Frustrated: This Is an Affront to the Very

11 Mar 2014  Please forward to: Elon Musk  Dont wanna give up them kickbacks.  Was the price paid to him directly or to his campaign fund(s)? The truly

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

www.fool.com/ investing/ general/ 2014/ 03/ 11/ tesla-motors-inc-gets-frustrated-this-is-an-affron.aspx

## Obama Contributors and the Stimulus Scandal page 2

27 Mar 2012  Some of the deals involving stimulus funding for campaign contributions are more  Elon Musk: Obama donor, DNC donor.  of government in America, its not even called what some say it really is * bribes and kick-backs.

www.whiteoutpress.com/ articles/ q12012/ obama-contributors-and-the-stimulus-scandal-page-244/

## BBC News * Tesla head Elon Musk's 'high-risk patent gamble

Jun 13, 2014  Elon Musk sets his electric car patents free, Canadas  of Fifa partner firm Match as part of #WorldCup ticket scam probe http://t.co/B26Ou0f

www.bbc.com/news/blogs-echochambers-27823166 *    * H

## Tesla CEO Elon Musk expects 'hundreds of battery gigafactories

May 15, 2014  Tesla CEO Elon Musk says that 200 gigafactories will need to be built  As such it seems quite plausible and does not sound like a scam to me.

green.autoblog.com/ 2014/ 05/ 15/ tesla-ceo-elon*musk-expects-hundreds-battery-gigafactories/

## Tesla entangled in delivery, trademark disputes in China|Economy

Jun 29, 2014  Elon Musk,  Tesla's CEO, said the delay was caused by the construction of related facilities in China, which were made to ensure the best user

www.wantchinatimes.com/ news-subclass-cnt.aspx?id=20140629000004 &cid=1102

## Elon Musk's SolarCity Sues Government For More Subsidies | Zero

May 8, 2013  Second, the chairman of SolarCity is Elon Musk, who is also a large owner  the US attorney and asking them to review your evidence of fraud.

www.zerohedge.com/ news/ 2013-05-08/ elon*musks-solarcity-sues-government-more-subsidies *

## Tesla * Capitalism and Carmageddon * Death by Car

Jan 14, 2014  Musk: In other news, George Clooney reports that his iPhone 1 had a bug  A few weeks ago, the publicly maintained scam artist Elon Musk

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.deathbycar.info/tag/tesla/

## Elon Musk — Obamas Triple Dipper [Reader Post] | Flopping Aces

Dec 23, 2012  Its Chairman, Elon Musk, is an Obama supporter who has used taxpayer  on Elon Musk as I am on many others in the Green Scam Economy.

www.floppingaces.net/ 2012/ 12/ 23/ elon*musk-obamas-triple-dipper-reader-post/ *   * H

## Loopy Ideas Are Fine, If You're an Entrepreneur | Pedestrian

Aug 13, 2013   a loopy intercity rail transit idea proposed by Tesla Motors Elon Musk, . which suggests either reckless disregard for the research or fraud.

pedestrianobservations.wordpress.com/ 2013/ 08/ 13/ loopy-ideas-are-fine-if-youre-an-entrepreneur/ *   * H

## RIGHT TO BUILD Campaign against ELON MUSK and Tesla

Apr 30, 2014  RIGHT TO BUILD Campaign against ELON MUSK Launches! (This is a re-write of Musk's Press Release, wherein he turns the tables on what he did in the DOE scandal) This is not  THE AFGHANI-SCAM INVESTIGATION.

somosnark.wordpress.com/ 2014/ 04/ 30/ right-to-build-campaign-against-elon*musk-and-tesla-launches/

## What is Stock Fraud? | Visual Capitalist

Jun 3, 2014  However, these instances of stock fraud and ponzi schemes also  this # infographic about @elonmusks Hyperloop! http://t.co/u8RpiqwCkP.

www.visualcapitalist.com/stock-fraud/

## Romance and Reality for SpaceX * Satellite Spotlight * TMCnet

Nov 22, 2011   African PayPal (News * Alert) founder Elon Musk shops around for a  is a sham and a fraud and is A) hiding technical problems with rockets

satellite.tmcnet.com/ topics/ satellite/ articles/ 239395-romance-reality-spacex.htm

## CALIFORNIA: Elon and Justine Musk Divorce at a glance | Divorce

May 7, 2010  Who they are: Elon and Justine Musk are a married couple who are in  The case has to do with fraud, basically — what was disclosed, what

www.divorcesaloon.com/ 2010/ 05/ 07/ california-elon-and-justine-musk-divorce-at-a-glance/

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

## If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes

27 May 2013  The public is still on the hook for Tesla, and will be for the  we can break down this industry wide scam easily and early for our kids. Permalink

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/

## Sen. Paul Amendment Bars Revolving-Door Corruption in Federal

31 Jan 2012  This corrupt relationship has led to billions in wasted taxpayer dollars-money  board, an Obama campaign bundler and a major investor in Tesla Motors boasted of his proximity to the Administrations interest in green energy.

www.paul.senate.gov/?id=437&p=press_release

## PJ Media » Green Tesla Motors: Another Day, Another Solyndra

17 Oct 2011  The resignation of Jonathan Silver, the U.S Energy Departments top loan officer, over the Solyndra scandal may be the tip of the iceberg.

www.pjmedia.com/blog/green*tesla-motors-another-day-another-solyndra/

## Socialism for the Rich: CEO of Bailed Out Green Energy Co. Tesla

31 Dec 2012  Tesla Buys $17M Mansion  Green energy scamufacturer Tesla Motors is the latest case-in-point. The recipient  Corruption at its finest!!!!!!!!!!!!!

www.minutemennews.com/ 2012/ 12/ socialism-for-the-rich-ceo-of-bailed-out-green-energy-co-tesla-buys-1 7m-mansion/

## Musk's Partners Google: They Spy On You * Privacy Abuse and Corruption | IS

For todays Google, evil isnt tied to malevolence or moral corruption, the customary senses  Silicon Valley Vcs want total control of Green Energy, but only their version!  Your Tesla can spy on you and drive you off the road on command.

googlespiesonu.wordpress.com

## Obamas Green Energy Crony Corporatism * Breitbart

19 Jul 2012  The story extends well beyond Solyndra to a string of other green  told Marc Tarpenning, founder of

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Westly Group investment Tesla Motors.

www.breitbart.com/ Big-Government/ 2012/ 07/ 19/ Markay-On-Venture-Coporatism

## Tesla investor/campaign donors paid back with free luxury jet fuel

Microsoft has expanded its anti-Google Scroogled campaign with the launch of a .. 9 questions for Elon Musk; Reporters embrace the jump Musk tactic to  Publicly states the kickback scheme that got him his Stanford job as part of his

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ tesla-investorcampaign-donors-paid-back-with-free-nasa-private-jet-fu el-and-nasa-contracts/

## THE TESLA INVESTIGATION | A Complete Compilation of the

Is Elon Musk the Prima Donna poster boy of the 1%? Did he fund Tesla via campaign kickbacks? DOE Documents show he lied on DOE funds application.

teslainvestigation.wordpress.com

## The Tesla battery swap is the hoax of the year | Watts Up With That?

21 Dec 2013  What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didnt

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/

## Watts Up With That * Accuses TM of Battery Swap Fraud * Tesla Motors

Forums. Join The Community. RegisterLogin. Watts Up With That * Accuses TM of Battery Swap Fraud. Pungoteague_Dave | February 8, 2014.

www.teslamotors.com/ en_GB/ forum/ forums/ watts-accuses-tm-battery-swap-fraud

## How Tesla Motors Really Makes Money From Taxpayers

28 May 2013  Tesla isnt actually making money selling cars.  things that are used for the ' carbon credits scam * everyone who thinks theres a meal for free

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/

## Tesla (TSLA) Securities Fraud Class Action Lawsuit | Class Actions

Tesla shareholders can learn about pending securities fraud class action here.

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.classactionsnews.com/ investments/ tesla-tsla-securities-fraud-class-action-lawsuit

## Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan

 YET ANOTHER securities fraud investigation launched on Tesla. Forensic accounting investigations confirm Tesla cooking the books!

 boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/

## Tesla is Overrated * Debunking the Cult of Tesla | Metabunk

 Angier finishes deciphering Bordens diary to discover it was a fraud supplied by Olivia, but an angry confrontation with Tesla reveals that his

 https://www.metabunk.org/ threads/ tesla-is-overrated-debunking-the-cult-of-tesla.894/

## White Collar Fraud: Did Tesla violate S.E.C. rules by failing to

 23 Nov 2013  This blog investigates white-collar crime, securities fraud, accounting  When Tesla finally gets around to filing an 8-K report, will it claim that

 whitecollarfraud.blogspot.com/ 2013/ 11/ did-tesla-violate-sec-rules-by-failing.html

## Tesla CEO Elon Musk Visits China Amid Customer Complaint

 21 Apr 2014  Tesla is accused of consumer fraud or false advertising for changing the shipment order of the preordered automobiles without noticing the

 www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon-musk-visits-china-amid-customer-complaint-turmoil/

## Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

 26 Feb 2009  Gawker reports that Tesla spinmeister Daryl Siry left the Silicon Valley startup because CEO Elon Musk (above) was pushing to accept deposits

 www.thetruthaboutcars.com/ 2009/ 02/ siry-departed-tesla-on-deposit-fraud-fears/

## Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned

 19 Nov 2013  Shareholders have applauded Tesla (TSLA) CEO Elon Musk for  owners who set their own cars on fire to scam insurance companies. Musks

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html

## NYT reviewer fires back at Tesla * Blogs at SFGate.com

14 Feb 2013  The spat between Tesla and the Times has been simmering ever since  immediately slammed the review as fraudulent, going on CNBC and

blog.sfgate.com/energy/2013/02/14/nyt-reviewer-fires-back-at-tesla/

## Are There Cockroaches Under Tesla's Hood? * Bloomberg View

14 Nov 2013  Tesla Motors Inc. shareholders have had much to fret about lately, from a nosebleed valuation and sagging stock price to periodic YouTube

www.bloombergview.com/ articles/ 2013-11-14/ are-there-cockroaches-under-tesla-s-hood-

## Tesla Motors Inc, TSLA Securities Fraud * Class Action

16 Dec 2013  San Francisco, CA: A securities class action lawsuit has been filed in the United States District Court for the Northern District of California on

www.bigclassaction.com/lawsuit/tesla-motors-inc-tsla-securities.php

## A Peek Beneath Tesla's Non-GAAP Hood Reveals Nothing But

18 Nov 2013  That TESLA's earnings were an epic non-GAAP adjustment joke was only . to merge with GM they got the same accounting (fraud) going on.

www.zerohedge.com/ news/ 2013-11-18/ peek-beneath- Tesla's-non-gaap-hood-reveals-nothing-cockroaches

## Why Im Thinking About Shorting Tesla (TSLA) * The Motley Fool

15 Aug 2013  Tesla has turned in an incredible performance this year. But while the  But a discovery of accounting fraud is best. Valuation is the only real

www.fool.com/ investing/ general/ 2013/ 08/ 15/ why-im-thinking-about-shorting-tesla.aspx

## Elon Musk on 60 Minutes: I didn't really think Tesla would be a success so I made stock skim packages for all of my buddies

30 Mar 2014  Musk says he never thought Tesla would be successful, but that we at .. Michael Lewis expose on Fraud Street, and the magical musician,

THE BOOK OF TESLA, Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

www.siliconbeat.com/ 2014/ 03/ 30/ elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/

## In lawsuit, FDIC accuses 16 big banks of fraud, conspiracy * The

14 Mar 2014  FDIC accuses banks of fraud, conspiracy  Tesla is studying judicial remedies to fight the ruling, chief executive Elon Musk said in a sharply

www.washingtonpost.com/ business/ economy/ in-lawsuit-fdic-accuses-16-big-banks-of-fraud-conspiracy/ 2014/ 03/ 14/ d976d7d2-abb0-11e3-adbc-888c8010c799_story.html

### Truth About Tesla Exposed | Motrolix

2 May 2014  Tesla has multiple lawsuits currently filed against it for multiple deaths of bystanders, fraud, lemon law violations, and stock fraud Google, the

www.motrolix.com/2014/05/strange-tesla-happenings-in-san-francisco/

### New Mexico developer suing Tesla over lost electric car factory

31 Jul 2012  Remember back in 2008 when Tesla decided to move the production  to build the facility — theyre suing Tesla for breach of contract and fraud.

www.gigaom.com/ 2012/ 07/ 31/ new-mexico-developer-suing-tesla-over-lost-electric-car-factory/

### How The Government Is Holding Elon Musk And Tesla Back From

Mar 21, 2014  How The Government Is Holding Elon Musk And Tesla Back From Changing The World  able to put their millions of dollars in campaign contributions to use, . Elon Musk is a political donor kickback recipient of billions in

www.elitedaily.com/ money/ government-holding-tesla-back-changing-world/

### Tesla banned from New Jersey | Tech Always

Mar 12, 2014  Elon Musk is on public record telling the news media that, after . money in exclusive campaign finance kickbacks for billionaires from the State

techalways.wordpress.com/2014/03/12/tesla-banned-from-new-jersey/

### More Green Energy Equals More Green-Car Buying * The Great

Jul 17, 2013  Elon Musk is on public record telling the news media that, after . money in exclusive campaign finance kickbacks for billionaires from the State

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

energyblog.nationalgeographic.com/ 2013/ 07/ 17/ more-green-energy-equals-more-green-car-buying/

## If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes

May 27, 2013  The public is still on the hook for Tesla, and will be for the  we can break down this industry wide scam easily and early for our kids. Permalink

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/

## The Tesla battery swap is the hoax of the year | Watts Up With That?

Dec 21, 2013  What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didnt

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/

## Is Elon Musk an ego-maniacal woman-abusing, company stealing, deranged, lying, stock swindling, Senator-bribing, narcissistic, attention-whore fraud; like his wives, ex-partners, customers and shareholders lawsuits say, or not?

When you read all of the filings and charges against him, he seems to sound insane.

Pretty much everything you ever read about Elon Musk is said to be a bought and paid for Please, please look at me PR sham that he gave cash to some publication for. I worked at one of those publications and saw him do it.

Lets discuss Emperor Musks new clothes.

T- Ex-Date of Mr. Musk

## How Tesla Motors Really Makes Money From Taxpayers

May 28, 2013  Tesla isnt actually making money selling cars.  things that are used for the ' carbon credits scam * everyone who thinks theres a meal for free

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/

## Battery Swapping a Fraud? | Forums | Tesla Motors

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Dec 22, 2013   saw with their own eyes. You know, just like the live moon landing hoax? He said kinda make the battery swap disappear from their website.

www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud

## Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned

Nov 19, 2013  Shareholders have applauded Tesla (TSLA) CEO Elon Musk for  owners who set their own cars on fire to scam insurance companies. Musks

finance.yahoo.com/ blogs/ the-exchange/ tesla*is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html

## California Car Dealers Say Tesla Is Misleading Consumers

Sep 19, 2013  (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership  Dealerships are a pyramid scam and are unnecessary.

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html

## Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model

Feb 14, 2013  He described his attempt to drive a Tesla Model S all-electric luxury  shut down tesla motors scam, before the hydrogen fuel cell vehicles

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s - range-reporting

## THE AFGHANI-SCAM INVESTIGATION  A Fact

Silicon Valley VCs, Goldman Sachs, Tesla, Batteries and Afghanistan = Afghani- Scam Intro: A $1 Trillion insider market-monopoly scheme that blew up!

somosnark.wordpress.com/ silicon-valley-vcs-goldman-sachs-tesla-batteries-and-afghanistan/

## Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan

Active Tesla Fraud-Related Lawsuit Countdown Score-Card  The Law Offices of Howard G. Smith Tesla Fraud Case . The Lithium ion profiteering scam.

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Elon Musk Has A History Of Mismanaging Money And Why Tesla

29 Sep 2013  When we first heard about Elon Musk, we were told that he was a . lid off the fraud that occurred at that election he was promised a campaign

www.wizardofstocks.com/ elon*musk-has-a-history-of-mismanaging-money-and-why-tesla-shares-are *at-a-major-top/

## Elon Musk on 60 Minutes: I didn't really think Tesla would make it without the federal handouts

30 Mar 2014  1 Elon Musk is worth more to the world than a thousand Donald Trumps. .. Michael Lewiss expose on Fraud Street, and the magical musician,

www.siliconbeat.com/ 2014/ 03/ 30/ elon*musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/

## Video: Elon Musk Tells Fox Business That Tsunami of Hurt Coming

13 Sep 2012  Elon Musk of Tesla, never one to pull punches, really let loose on this interview that Fox Business just  How is he getting away with this scam?

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon*musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/

## Elon Musk's SolarCity Sues Government For More Subsidies | Zero

8 May 2013  Second, the chairman of SolarCity is Elon Musk, who is also a large owner  the US attorney and asking them to review your evidence of fraud.

www.zerohedge.com/ news/ 2013-05-08/ elon*musks-solarcity-sues-government-more-subsidies

## GUNDLACH: Elon Musk Is Still In The Wrong  * Business Insider

13 hours ago  Musk is not focusing more exclusively on the potentially explosive technology underlying two of the four firms hes invested in: batteries.

www.businessinsider.com/ gundlach-elon*musk*is-still-in-the-wrong-business-2014-7

## The Character Assassination of Martin Eberhard by Elon Musk

Silicon Valley VCs arranged for the take-over of Tesla, using Elon Musk as .. Have FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM by TESLA!

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

somosnark.wordpress.com/ investigations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon*musk/

## Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model

14 Feb 2013  'Revenge of the Electric Car premiere: Elon Musk arrives in a Tesla .. in political news but this isnt a small tweaking of words this is fraud,

www.greencarreports.com/ news/ 1082296_ Tesla's-elon*musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting

## Tesla Co-Founder Eberhard Sues Elon Musk, Tesla * Jalopnik

10 Jun 2009  Elon Musk having a more favorable separation agreement with Paypal is irrelevant to the conditions  Is Elon Musk an asshole, and a fraud?

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon*musk-tesla

## Tesla's Elon Musk posts data from disastrous New York Times test

14 Feb 2013  After a spat with Top Gear,

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review

## Elon Musk Companies, are they are just scams? | Wall Street Oasis

I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that

www.wallstreetoasis.com/ forums/ elon*musk-companies-are-they-are-just-scams

## Elon Musk Loves This Tesla Ad, Even Though Its Fake * Mashable

20 Mar 2014  How do you capture the attention of billionaire entrepreneur Elon Musk and catapult your budding advertising agency into the spotlight?

www.mashable.com/2014/03/20/elon*musk-tesla*ad-fake/

## Elon Musk Unveils His Latest Taxpayer Boondoggle * Minx.cc

11 Aug 2013  But Elon Musk has a big heart, and he will generously make this project . 29 Space-X is a scam that hires some clever engineers but Burt

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.minx.cc/?post=342411

## If Tesla Would Stop Selling Cars, Wed All Save Some Money * Forbes

 27 May 2013  The public is still on the hook for Tesla, and will be for the  we can break down this industry wide scam easily and early for our kids. Permalink

 www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/

## The Tesla battery swap is the hoax of the year | Watts Up With That?

 21 Dec 2013  What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didnt

 www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/

## How Tesla Motors Really Makes Money From Taxpayers

 28 May 2013  Tesla isnt actually making money selling cars.  things that are used for the ' carbon credits scam * everyone who thinks theres a meal for free

 www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/

## Battery Swapping a Fraud? | Forums | Tesla Motors

 22 Dec 2013   saw with their own eyes. You know, just like the live moon landing hoax? He said kinda make the battery swap disappear from their website.

 www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud

## Elon Musk Is Playing With Fire — and Tesla May Get Badly Burned

 19 Nov 2013  Shareholders have applauded Tesla (TSLA) CEO Elon Musk for  owners who set their own cars on fire to scam insurance companies. Musks

 finance.yahoo.com/ blogs/ the-exchange/ tesla*is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html

## California Car Dealers Say Tesla Is Misleading Consumers

 19 Sep 2013  (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership  Dealerships are a pyramid scam and are unnecessary.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html

## Tesla CEO Elon Musk Visits China Amid Customer Complaint

 21 Apr 2014  Tesla Founder & CEO Elon Musk at a Beijing Event Today  Tesla is accused of consumer fraud or false advertising for changing the shipment

 www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon*musk-visits-china*amid-customer-complaint-turmoil/

## Can Elon Musk code? * Quora

 Elon taught himself computer programming and at age 12 sold the computer code for a video  Elon Musk: . Bruce Hillman, liar, cheat, aspiring scam artist.

 www.quora.com/Elon*Musk/Can-Elon*Musk-code

 **Is Elon Musk a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore like the lawsuits against him by his wives, customers, suppliers, and shareholders claim?**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## The Tesla Patent Giveaway SMOKE SCREEN!

Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can kill you, burn you and your family, set your house on fire, set your office or parking structure on fire (Not to mention the cancer-causing fumes they release). Tesla own engineers wrote thart in the their patents and Musk signed off on those patents.

[wpvideo syQr4wbz]

So thats nice, they are giving them away. Who does this benefit?

Since 2006, EVERY SINGLE new electric car company has been sabotaged by Musk and his Silicon Valley investors, The Detroit Big 3 (SEE THIS LINK) !!! and/or the Department of Energy. Over 200 electric car companies tried to launch and every single one got lied to and stonewalled by the DOE, sabotaged by outsider take-overs who offered an investment and then generated a take-over EXACTLY like Musk did; Blockaded, by mutual agreement by the VCs; and/or regulated into non-operation by laws which were written so only the Detroit Big 3 could pass them.

So, Musk appears to be making all nice-nice by giving away the patents but in reality, they cant be used by anyone but the Detroit Big 3 because anybody else will be forced to endure the above-mentioned sabotage efforts. The Detroit BIg 3 already have tons of their own patents and avoid any NIH (Not Invented Here) outsider technologies. So, what good are they?

There is no possible way to start, or run, an electric car company in America because Musk and his VCs along with DOE and Detroit have built a cartel that kills off any competitors. (With a little help from Robert Gibbs and Jay Carney)

Does President Obama care that they made him look like a fool for destroying his Miillion Electric Cars on Americas roads promise to the Public? The sabotage was intentional! They used taxpayer money to do it! Shouldnt the WHITE HOUSE be a little bit pissed off? Yet, another thing, the President has to first find out about by reading about it in the paper?

So could this be the precursor to a Tesla bankruptcy? We have seen that they cook the books, are we in for another cleantech shocker?

Send in your links. Lets discuss

Tom- Boston/G

[wpvideo Az6PiFCv]

## The Takeover Game* ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

Almost every electric car company that starts to get traction has a hostile takeover attempt. Later stage parties create a dispute which causes the founder to be forced out, bought out, quit or otherwise stop providing the impetus to deliver a disruptive technology. The process has now occurred so many times that it is beginning to look like an intentionally crafted standardized strategy by third-parties who fear market diffusion. It happened to XP but they overcame it. The new management usually accidently tanks the company. Lets try to guess who the third-parties might beBUT:

What better way to control a market than to control all of the funding for that market and then have all that controlled funding administrated by your people who have been placed in, and around, a federal agency! Its the Takeover Game on a whole new level. Do people really do these sorts of things? Imagine megalomaniac car, energy and materials company heads with billions of dollars that want to control hundreds of billions of dollars and have insane egos

## Tesla is worse than Solyndra: How the U.S. government bungled its

May 29, 2013  In 2009, as the financial crisis raged and General Motors and Chrysler plunged toward bankruptcy, Tesla Motors faced a seemingly impossible

www.slate.com/ articles/ business/ moneybox/ 2013/ 05/
tesla_is_worse_than_solyndra_how_the_u_s_government_bungled_its_inves tment.html

## Tesla Motors expects first profit; Fisker Automotive eyes bankruptcy

Apr 1, 2013  Tesla Motors announced late Sunday it exceded its sales target for its Model S  competitor, Fisker Automotive, is exploring filing for bankruptcy.

www.csmonitor.com/ Environment/ Energy-Voices/ 2013/ 0401/ Tesla-Motors-expects-first-profit-Fisker-Automotive-eyes-bankruptcy

## Elon Musk: Tesla Almost Gave Me a Nervous Breakdown | Daily

Nov 13, 2013  Both Tesla and SpaceX were losing cash and Musk had to make a tough decision: try to rescue both of his projects from bankruptcy or devote

finance.yahoo.com/ blogs/ daily-ticker/ elon-musk-tesla-almost-gave-nervous-breakdown-182711842.html

## Electric Car Maker Files for Bankruptcy Protection * NYTimes.com

May 1, 2013  The filing with the federal Bankruptcy Court in Delaware will allow Coda  Automotive and Tesla Motors, seeking to build emission-free electric

www.nytimes.com/2013/05/02/business/global/02iht-coda02.html

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Fiskers Billionaire Chinese Owner Will Go Bankrupt To Beat Tesla

May 19, 2014  The billionaire that waged a bankruptcy bidding war and scooped up Fisker Automotive has pledged to beat Elon Musk at his own game:

www.jalopnik.com/ fiskers-billionaire-chinese-owner-will-go-bankrupt-to-1578341600

## A123 Systems Files for Bankruptcy | Forums | Tesla Motors

A123 Systems Files for Bankruptcy. aaronw2 | October 16, 2012. A123 Systems, the battery manufacturer for Fisker, has declared chapter 11 bankruptcy. Brian H

www.teslamotors.com/forum/forums/a123-systems-files-bankruptcy

## Elon Musk discusses Tesla and Space Xs near-bankruptcies during

Aug 8, 2013  On Thursday, Elon Musk and Richard Branson sat down for a Hangout video chat with Google for Entrepreneurs to talk about the struggles and

www.theverge.com/ 2013/ 8/ 8/ 4602772/ elon-musk-richard-branson-google-hangout-offers-startup-ceo-advice

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Who's Tesla's Bitch? THE LIST OF TESLA'S HIRED MEDIA SHILLS

(Draft 1.3 * Constantly updated)

Which media outlets cover-up Tesla Motors misdeeds and abuses?

Which ones are run, or directed, by  Tesla's investors seeking to manipulate stock values?

Lets track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges?

Some reporters are compensated by  Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers,
meals, travel and/or political access.

Which outlets now have documented tracking evidence, that can be exhibited in court?:

— Google (Investors)- owners of:
* Hundreds of online news outlets
* Also via web routing manipulation

— Hearst Communications (Investors)- owners of:
* SF Gate
* SF Chronicle
* 15 daily and 34 weekly newspapers including
* Houston Chronicle
* San Francisco Chronicle
* San Antonio Express-News
* Albany Times Union
* Hundreds of magazines around the world, including
* Good Housekeeping
* Cosmopolitan
* ELLE
* "O"
* The Oprah Magazine
* 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies
* a 50 percent stake in global ratings agency Fitch Group
* Internet and marketing services businesses
* television production
* etc

— Gawker Media (White House Character Attack Conduit)- owners of:
* Gawker

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

* Gizmodo
* Jalopnik
* Kinja
* Deadspin
* Kotaku
* Jezebel
* Valleywag
* Lifehacker
* 109
etc

— The A.L.I.C.E. Alliance (Investor-Syncronized Reporters)- Controllers of:

* Stands for: American Legislative and Issue Campaign Exchange
* 1400 coordinated reporters using the Alice News Alertsin order to seek to cover up campaign backer crimes with
  synchronized story releases, include:
* The top two political reporters for The Huffington Post
* A Reuters reporter
* The editor of The Nation magazine
* A producer for Al Jazeera America television
* A U.S. News & World Report columnist
* Approximately two dozen Huffington Post contributors
* All of Gamechanger Salon
* Sally Kohn, formerly a Fox News contributor, now works for CNN
* Amanda Terkel, the Senior Political Reporter and Politics Managing Editor at The Huffington Post
* The Huffington Posts Washington bureau chief, Ryan Grim.
* A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon.
* Anna Louie Sussman is listed as
  an investigative reporter and journalist on the Gamechanger
  Salon membership list, and while her beat focuses on energy issues, she has also writes about local and international human rights and social justice issues according to her
  website.
* Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post.
* Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and * according to e-mails reviewed by Media Trackers * regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALECs active legislative membership.
* Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange * ALICE (a leftwing counterpart to ALEC) * and the Progressive States Network.
* Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post.
* In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report.
— Motley Fool
— The Street
— The San Jose Mercury News
— Think Progress
— New America Foundation
— Blogger & Pundit Shills:  (Noise For Hire)

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

--- Ricky Munarriz- Motley Fool
— Jennifer Burke- Market News Call
— Emily Watson- Consensus Press
— Michelle Jones- The Street
— Elaine Kwei- Jefferies
— Adam Jonas- Morgan Stanley
— Sue Chang- Market Watch
—  Ben Eisen- Market Watch
— Chris Ciaccia- The Street
— Michael Aragon- Market News
— Patrick Hoge- SF Business Times
— Leigh Drogen- Seeking Alpha
— Raj Gupta- McKinsey Consulting
— Max Greenberg at Media Matters
— John Volker at Green Car
— Tamara Rutter on Motley Fool
— CNNs Paul Lamonica
— John Rosevear at the Motley Fool
— Leilani Munter AKA Carbon Free Girl
— Kevin Bullis at MIT Technology Review

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Elon Musk's Hyperloop predicted to turn human beings into "bloody applesauce". Musk's latest taxpayer hand-out scam!

- STAGE8 Advocates

Put a crowd of human beings in a can and connect that can to the ground in a line that never varies. Shoot that can down the line at speeds so high that any error, even the tiniest one, could turn the people inside, instantly, into what one investigator calls "bloody human applesauce."

An earthquake, ISIS, a way-ward pick-up truck, a flood, a tornado, a cow on the tracks, a computer error, a driver mis-calculation, a confused self-diving car, a hacker attack, a solar flare, a fallen tree and hundreds of other possibilities could kill every passenger, at once, in the most horrible manner possible. It is a disaster nightmare guaranteed to happen. The ambulance drivers will be picking up the victims with a sponge.

For those who wish to do harm to others, now increasing in the new world, the Hyperloop gives them a perfectly timed opportunity to create a small anomaly which will cause an epic amount of death. The Hyperloop could not be a worse-timed, more ill-conceived operation.

Musk insists: "Oh we will have the latest technology. Nothing will happen." But that is what the other CEO's of the companies that had terrible disasters said. The many filed lawsuits against Musk, for fraud; demonstrate that he has a loose relationship with the truth and a close relationship with "Hype".

Regular trains have been suffering horrible human disasters, now featured in full color on You Tube, in increasing numbers.  What kind of naiveté is making the Hyperloop people believe that they are immune to reality?

It is the open-eyed naiveté of Greed!

You see, Elon Musk has long been associated with railroad baron: Richard Blum. Richard "Dick" Blum of the railroad property of the FBI-raided Solyndra and next door property Tesla; Richard Blum of the high speed rail project so corrupt that a law had to be made to try to slow him down; Richard Blum who has a wife named Dianne Ferinstein, who keeps routing state and federal tax dollar kick-backs to all of Elon Musk's companies. Many think that the "Hyperloop" is an attempt to bypass the curtailment of the Feinstein/Blum's other railroad project. "THAT" Richard Blum is also under investigation for profiteering, Chinese contractors, Post Office real estate scams, University regent rigging, and more.

Musk uses hype to baffle Senators into giving him billions of taxpayer dollars for all of his companies so that he can turn around and fund their campaigns with the very same money. It is called a "kick-back" scheme.

Musk's billions and his Tesla, Solar City and Space X could not possibly still be alive without tens of billions of dollars of tax credits, free real estate, fee waivers and cash that state and federal agency heads just handed him in exchange for some "perks". The Hyperloop is the same story. Hyperloop can't exist without government kick-backs. Nobody in the consumer market asked for a "Hyperloop". As usual, all of the media stories and blogs expressing excitement about the Hyperloop have been traced back to Elon Musk, and his Troll Farms. It is nearly a joke that Musk's latest hype-scam actually has the word "Hype" in it! It is, as if, he is taunting the authorities. He believes that corrupt Senators protect him from prosecution. That bet may be running out.

Musk, and his Google investment partners, have been handed, as a kick-back, most of NASA, free NASA jet

THE BOOK OF TESLA - Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

fuel for their private jets, free NASA airfields, Free NASA buildings, Free financing for their car, solar and spy satellite factories, Free H1-B overseas labor, and more..on the backs of the public.

 While the inevitable disaster of "human sausage" is horrific, the disaster of allowing Elon Musk to engage in another corrupt hype-scam, on the pain of the taxpayer, is the biggest, most horrific, disaster of all.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Key investigation Issues:

Revolving door jobs for Lobbyists and Senator's staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a "DO NOT FUND" list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for voter search-engine-mood manipulation; kickbacks; Misdeeds recorded by multiple law enforcement and intelligence agencies;

## Key Characters in the Scandal:

## WHITE HOUSE -

•Rahm Emanual- White House (Terminated- Chicago finance head indicted for Corruption)(Under Investigation)(24/7 DS)
•Robert Gibbs- White House (Terminated)(Under Investigation)(24/7 DS)
•David Axelrod- White House (Terminated)(Under Investigation)(24/7 DS)
•Barack Obama- White House, Senior Executive Valerie Jarrett- White House(24/7 DS)
•Larry Summers- White House (Fired)(Under Investigation)(24/7 DS)
•Bill Daley- White House (Terminated)(Under Investigation)(24/7 DS)
•Steve Rattner- White House Car Deals Director (Fired- Indicted in NY State for SEC Fraud/Corruption)(Under Investigation)(24/7 DS)
•Jay Carney- White House (Forced to resign) (24/7 DS)
•David Plouffe- White House (Forced to Resign) Arranged deals between VC campaign Donors (24/7 DS)
•Eric Holder- DOJ (Forced to resign)  Staff & VC Protections and blockade of FBI and Special Prosecutor deployments

## Silicon Valley Cartel

**Investigation Issues:**

Revolving door jobs for Lobbyists and Senator's staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a "DO NOT FUND" list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for search-engine-mood manipulation; kickbacks; Ran Illuminati-like frat-house boys club with goal of taking control of government policy process and creating monopolies which only profited their cartel; Misdeeds recorded by multiple law enforcement and intelligence agencies; Colluded together to rig markets in order to cut out those who were not in "the club"; Colluded on database to ensure that no VC funded a "black-listed" non-club member; Ordered Silicon Valley web companies they controlled to run SEO and perception manipulation programs to control voters perceptions; Pretended to review entrepreneurs new ideas and then rejected the good ideas and handed them over to another VC in "the club" so that VC could have their "entrepreneurs in residence" copy the ideas without paying the creator of the idea; Organized vast whitepaper authoring program with McKinsey Consulting which was distributed to Congress and White House to sell funding of DOE ATVM & LG programs which they had pre-rigged to benefit only companies they already owned part of; Fully meets definition of "Organized Crime"; Arranged with White House staff to make sure only their companies got funded in exchange for campaign cash and services to DNC candidates; Pre-acquired investments in minerals found almost exclusively in Afghanistan and then promoted Afghan war in order to monopolize those minerals; May have arranged some of the suspected murders in Victims List, below;

THE BOOK OF TESLA- Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- Larry Page- (Under Investigation)(24/7 DS)
- Eric Schmidt- (Under Investigation)(24/7 DS)
- John Doerr- (Under Investigation)(24/7 DS)
- Steve Westly- Campaign Bundler (Under Investigation)(24/7 DS)
- Richard Blum- Senator Feinsteins Husband (Under Investigation)(24/7 DS)
- Ray Lane- (Charged with Federal Tax Fraud)(Under Investigation)(24/7 DS)
- Elon Musk- CEO - Tesla (Under Investigation & in multiple lawsuits for fraud)(24/7 DS)
- Andy Bechtolsheim- Insider campaign backer (Under Investigation)(24/7 DS)
- Vinod Khosla- Campaign backer (Under Investigation and in multiple lawsuits)(24/7 DS)
- Martin LaGod- Campaign backer (Under Investigation)(24/7 DS)
- Ira Ehrenpreis- Campaign backer (Under Investigation)(24/7 DS)
- Eric Strickland- Campaign backer (Under Investigation)(24/7 DS)
- Tom Perkins-   Campaign backer (Under Investigation, slammed by public and media)(24/7 DS)
- Tim Draper- Campaign backer (Under Investigation)(24/7 DS)
- Tom Styer- Campaign backer (Under Investigation)(24/7 DS)
- Lloyd Craig Blankfein- Head of Goldman Sachs (Under Investigation)
- Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation)(24/7 DS)
- Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS)
- Goldman Sachs (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(24/7 DS)
- Kleiner Perkins (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS)
- Draper Fisher (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS)


## Compromised Senators & Governors

**Investigation Issues:**

Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with constituents; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Insider trading; Market rigging for family advantage; Misdeeds recorded by multiple law enforcement and intelligence agencies; All of the below received exclusive insider trading family gains and perks from the DOE & TARP funding winners that they hand-held through the funding process while sabotaging applicants who weren?t in ?The Club?;

- Dianne Feinstein- Senator (Under Investigation) Wife of Silicon Valley Cartel Member Richard Blum (24/7 DS)
- Harry Reid- Senator- Solar factory guru, Congress lead (24/7 DS)
- Senator Calderone- (Indicted & charged with corruption)(24/7 DS)
- Leland Yee- Senator (Indicted & charged with corruption) (24/7 DS)
- Nancy Pelosi (24/7 DS)
- Barbara Boxer  (24/7 DS)
- Arnold Schwarzenegger (24/7 DS)

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

## "Revolving door (politics)" Wikipedia, the free encyclopedia

- 
- "In politics, the ?revolving door? is a movement of personnel between roles as  The practice was increasingly viewed as corrupt and a drag on unfastening the https://en.wikipedia.org/wiki/Revolving_door_(politics)

## Stop Congress? Revolving Door of Corruption ? Public Citizen

"Stop Congress? Revolving Door of Corruption. This action is no longer current, but there is plenty more to be done. Visit our Action Center and get involved with   ? http://www.citizen.org/revolvingdoor

## Corruption Confusion and the Revolving Door Department of Energy

"The Congressional staff revolving door: patterns, causes, and regulatory effects ( work with Lee Drutman,. Sunlight and UCDC). 2. Is it corruption or institutional  ? https://politicalscience.stanford.edu/ sites/ default/ files/ workshop-materials/ Corruption_Confusion10.pdf

## One graph illustrates the revolving door of politics | Corruption Daily

"Jul 23, 2013 ? Politicians are too concerned about their next job (lobbying) and not concerned enough about their current job (governing). It?s time for us to  ? daily.represent.us/ one-graph-illustrates-the-revolving-door-of-politics/

### *"Jonathan Silver, Energy Department Loan Chief, Steps Down in shame"*

"WASHINGTON -- Jonathan Silver, the head of the Department of Energy's loan guarantee program at the heart of the Solyndra controversy, is stepping down from his position, department officials announced on Thursday. He will join Third Way as a distinguished visiting fellow."

huffingtonpost.com/2011/10/06/jonathan-silver-energy-depar...

## Head of Embattled Energy Loan Program Steps Down - ABC News

"The head of the Energy Department's embattled loan program, Jonathan Silver, resigned Thursday after a tumultuous month during which the program's first loan recipient, the solar panel manufacturer Solyndra, declared bankruptcy, leading to a wave of scrutiny for his agency."        abcnews.go.com/Blotter/head-embattled-energy-loan-prog...

## VC Jonathan Silver becomes Dept. of Energy's new money man ...

"VC Jonathan Silver becomes Dept. of Energy's new money man. November 11, 2009 1:24 PM Camille Ricketts. 0. Kicked into overdrive by the federal stimulus package, the Department of Energy is handing out more money than ever before."                venturebeat.com/2009/11/11/vc-jonathan-silver-becomes-d...

## Third Way - About Us - Staff - Jonathan Silver

"Jonathan Silver is currently a Visiting Distinguished Senior Fellow at Third Way, where his work focuses on energy policy and energy finance. He is also a Senior Advisor on Energy Investments to The Riverside Company, a multi-billion dollar investment firm, a member of the board of the energy ..."
Jonathan Silver e-mails on Department of Energy loan program ...

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# E-mails show that Jonathan Silver, the head of the Department of Energy's

**clean-energy loan program, communicated regularly on a private e-mail account about sensitive loan decisions involving hundreds of millions of taxpayer dollars"**
washingtonpost.com/wp-srv/politics/documents/jonathan-silv...

## Jonathan Silver News - Bloomberg

"Breaking news about Jonathan Silver. Find the latest articles, videos, photos and blogs about Jonathan Silver."
topics.bloomberg.com/jonathan-silver/

## Jonathan Silver Leaves Venture Capital for DoE

"Jonathan Silver has been named executive director of the Department of Energy's loan program. He had been a co-founding managing director of Core Capital Partners, before leaving in 2008. Underscoring his commitment to strengthen and streamline the Department of Energy's operations"
pehub.com/2009/11/jonathan-silver-leaves-venture-...

## Smashwords - Solyndra and the Department of Energy Loan Guarantee...

"...staff; backup material including email excerpts from the DOE regarding the loan guarantee; statement by Jeffrey D. Zients, Deputy Director for Management, Office of Management And Budget; testimony of Jonathan Silver, Executive. Director Loan Programs Office, U.S. Department of Energy; and..."
smashwords.com/books/view/89336

## Jonathan Silver | National Legal and Policy Center

"Jonathan Silver. More Bankruptcies Just Mark of 'Success' for Dept. of Energy. Submitted by Paul Chesser on Wed, 12/04/2013 - 09:01 ... Culture of Corruption; Bailout Corruption; NLPC Exposes Rangel; Corporate Shakedowns; NLPC on TV; Recent Postings."                    nlpc.org/category/people/jonathan-silver

## *The Green Corruption Files : Recent Oversight Hearing Reveals ...*

"Jonathan Silver, Former Executive Director of the Loans Programs Office at the Department of Energy (DOE) ... corruption scandal going on here, as presented in my April 2012 release, Department of Energy junk loans and cronyism; ..."
greencorruption.blogspot.com/2012/07/recent-oversight-hearing-reveal...

## Recent Oversight Hearing Reveals Shady Email Practices by ...

Recent Oversight Hearing Reveals Shady Email Practices by Former DOE Loan Advisor Jonathan Silver
blogcritics.org/recent-oversight-hearing-reveals-shady-...

## Media Ignore New Emails Detailing Obama Energy Dept. Corruption

"Media Ignore New Emails Detailing Obama Energy Dept. Corruption. ... LPO Executive Director Jonathan Silver wrote in an email ""I need some stats on how many projects we have funded or have in DD [due diligence] as a percentage of totals." 　　　　breitbart.com/Big-Journalism/2012/11/11/Media-Covers-...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# DOE loan program official Jonathan Silver steps down in shame - Darius ...

DOE loan program official Jonathan Silver steps down; POLITICO PRO Main Content DOE loan program official Jonathan Silver steps down. 16; ... It is a sad day when $500bb+ is squandered through corruption and we all yawn. Hang 'em High!!!!! Reply; Quote; Report Abuse; bob7896. Party: Independent ...
  politico.com/news/stories/1011/65370.html

# Jonathan Silver, the Head of the Federal Loan Program Resigns ..."

"Jonathan Silver, the head of the federal loan program has resigned in the wake of the Solyndra scandal. ... 2012 Elections, Barack Obama, Corruption, Economy, Energy, Green Energy, Politics, Presidential Election, Scandal, Solyndra | 3 comments."          scaredmonkeys.com/2011/10/07/jonathan-silver-the-head-of-...

# Jonathan Silver Out at DOE Loan Program : Greentech Media

"Jonathan Silver Out at DOE Loan Program. The 1705 loan program has come to an end and it's appropriate for Silver to leave. But the timing is, well, interesting. ... And although Silver is guilty of zero corruption and the loan program in fact ended on September 30, ..."
  greentechmedia.com/articles/read/jonathan-silver-out-at-do...

# A Solyndra head rolls: DOE loan exec Jonathan Silver steps down

"Jonathan Silver, who was named executive director of DOE's Loan Programs Office in November 2009, ... Corruption,Enviro-nitwits. Printer Friendly. Solyndra-iffic: Energy Secretary Steven Chu stepping down. February 1, 2013 04:15 PM by Doug Powers."          michellemalkin.com/2011/10/06/a-solyndra-head-rolls-doe-lo...

# HWB | HWB/Bloomberg Anti-Money Laundering, Corruption and ..."

"Anti-Money Laundering, Corruption and Bribery . Kevin Bowers and Catherine Leung delivered a joint presentation for Bloomberg Vault on Bribery and Corruption in Hong Kong on 10 December 2012."
  hwbhk.com/en/news/all-news/hwb-bloomberg-anti-mon...

# The Obama Administration and Solyndra - ABC News

"""All applicants within any solicitation are treated the same way,"" said Jonathan Silver , executive director of the Energy Department's Loan Programs Office, which oversees the administration's $90 billion in spending on promising alternative energy and on green automobile projects."
  abcnews.go.com/Blotter/obama-administration-solyndra/s...

# Ener1 | National Legal and Policy Center

Jonathan Silver; Kleiner Perkins; Lisa Jackson; Nissan Leaf; President Obama; solar energy; Solyndra; Tesla; Paul Chesser's blog; Read more; ... Culture of Corruption; Bailout Corruption; NLPC Exposes Rangel; Corporate Shakedowns; NLPC on TV; Recent Postings.          nlpc.org/category/keywords/ener1

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a...

## Fall guy - Head of Energy Department's loan program Jonathan ...

"Jonathan Silver, who was head of the Energy Department's loan program that was involved in the whole Solyndra fraud scandal ... Corruption. Comments. Obama scandals. Benghazi IRS HHS/ObamaCARE Afghanistan/CIA EPA Department of Justice Operation Fast and Furious. Obama Tax Cheats ..."
fireandreamitchell.com/2011/10/06/fall-guy-head-of-energy-depa...

## Jonathan Silver Out at DOE Loan Program | Going Eco Green

"Jonathan Silver is out as the head of the DOE Loan Guarantee Program. ... And although Silver is guilty of zero corruption and the loan program in fact ended on September 30, ..."
goingecogreen.com/go-green-news/jonathan-silver-out-at-do...

## News Center | Energy & Commerce Committee

"Committee on Energy and Commerce 2125 Rayburn House Office Building Washington, DC 20515 (202) 225-2927 tel (202) 225-1919 fax"
energycommerce.house.gov/news/PRArticle.aspx

## New Emails Detailing Obama Energy Dept. Corruption, Media ..."

"New Emails Detailing Obama Energy Dept. Corruption, Media Ignores. By John Paulus ... LPO Executive Director Jonathan Silver encourages LPO Credit Advisor Jim McCrea to remind a Treasury official of White House Interest in now bankrupt Abound Solar:"
johnpaulus.com/new-emails-detailing-obama-energy-dept-...

## Recent Oversight Hearing Reveals Shady Email Practices | EPA ...

"It was Jonathan Silver, former DOE loan advisor, whom in 2010, became a ""person of interest"" -- along with at least a dozen other ""DOE Insiders"" -- in my ""green corruption"" research, of which I will be exposing in the very near future."
epaabuse.com/8637/news/recent-oversight-hearing-reve...

## House Oversight investigation reveals politics and corruption ...

"House Oversight investigation reveals politics and corruption at the Energy Department. By: John Hayward Follow @@Doc_0 11/1/2012 11:43 AM. ... LPO Executive Director Jonathan Silver wrote in an email ""I need some stats on how many projects we have funded or have in DD ..."
humanevents.com/2012/11/01/house-oversight-investigatio...

## PC Free Zone- DOE Corruption

"Morgan Griffith (R-VA) drills the inevitable fall guy for this fiasco, Jonathan Silver, on whether the subordination violated the law. Guess who the private investors whose interests got put ahead of the taxpayers were!"
theodoresworld.net/archives/2011/09/solar_gateobamas_corru...

## Who Controls the Media? Solyndra vs Tar Sands Corruption ...

Media Matters does a wonderful job of tracking what the media is talking about (or not). It recently showed the

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

whoppingly warped media coverage of Solyndra compared to government corruption related to the Minerals Management Service (MMS) and a shocking military contracting waste and ...
 cleantechnica.com/2011/10/08/who-controls-the-media-solyn...

## Top Dem Steered $150 Million in Gov Loans to Spanish Company ...

 "Before joining Abengoa, Seage was a partner with McKinsey & Company (another 2008 Obama donor)?where Jonathan Silver, the former executive director of the Energy Department's loan guarantee program, started his career and Matt Rogers, ... Corruption seems to be in motion

## David Plouffe     - Suspect

 Senior Advisor to the President
 "In office January 10, 2011  ? January 25, 2013"
 President                     Barack Obama
 Preceded by                 David Axelrod
 Succeeded by                Daniel Pfeiffer
 Personal details
 Born                "May 27, 1967 (age  47) Wilmington, Delaware, U.S."
 Political party             Democratic Party
 Alma mater                  University of Delaware

 "David Plouffe (/?pl?f/; born May 27,[citation needed] 1967)[1][2] is an American political strategist best known as the campaign manager for Barack Obama's 2008 presidential campaign in the United States. A long-time Democratic Party campaign consultant, he was a partner at the party-aligned campaign consulting firm AKPD Message and Media, which he joined in 2000.[3] Plouffe was an outside senior advisor to Obama since the president's first day in office and was then appointed as a Senior Advisor to the President (inside the White House) in 2011 following the resignation of David Axelrod, who went on to start Obama's reelection campaign.[4]"

### Contents

 1 Early life
 2 Career
 3 2008 Barack Obama presidential campaign
 4 2009?2011
 5 2011?2013 Senior Advisor to the President
 6 Career after the White House
 7 Controversy
 8 Works
 9 Personal life
 10 See also
 11 References
 12 External links

### Early life

 "Plouffe was born and raised in Wilmington, Delaware,[5] in a Jewish family,[6][7][8] the son of Frances (n,e Vincent), a stay-at-home mother, and James Everett ""Jim"" Plouffe, a factory worker who later had a job in marketing.[9][10] He was raised in a working-class family.[11] Plouffe attended St. Mark's High School. He left the University of Delaware prior to graduating in 1989 to pursue a full-time career in politics, and completed his

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

full undergraduate degree in May 2010.[12]"

### Career

"Plouffe began his political career by working for Senator Tom Harkin's 1990 re-election campaign.[13] He later worked as a state field director for Harkin's unsuccessful 1992 Presidential campaign. In the same year he successfully managed Congressman John Olver's first re-election bid in Massachusetts. In 1994 Plouffe managed Delaware Attorney General Charles M. Oberly's unsuccessful campaign against Senator William V. Roth. He then worked as campaign director for the Democratic Senatorial Campaign Committee in 1995. In 1996 Plouffe managed Bob Torricelli's successful campaign to fill Bill Bradley's New Jersey seat in the United States Senate. [citation needed] From 1997-98, Plouffe served as Democratic leader Dick Gephardt's Deputy Chief of Staff. In 1999-2000, as executive director of the Democratic Congressional Campaign Committee, Plouffe led Democrats to gains that came within several thousand votes of winning back the House. He also led the Democratic Congressional Campaign Committee to unusually high fundraising amounts, during his tenure at the DCCC. In the winter of 2000, Plouffe joined AKPD Message and Media but left briefly to serve as a strategist for Gephardt's unsuccessful Presidential bid. He returned to the firm and became a partner in February 2004. Beginning in 2003, Plouffe and fellow AKPD partner David Axelrod worked on Barack Obama's 2004 Illinois Senate campaign, beginning his association with Obama. Plouffe worked with Axelrod on the successful 2006 campaign of Deval Patrick for Governor of Massachusetts.[citation needed]"

### 2008 Barack Obama presidential campaign

"Plouffe was the campaign manager for Obama's successful 2008 presidential campaign. He is credited with the campaign's successful overall strategy in the race (primarily against Senator Hillary Clinton) for the Democratic Party presidential nomination, to focus on the first caucus in Iowa and on maximizing the number of pledged delegates, as opposed to focusing on states with primaries and the overall popular vote. He is also credited by The New Republic for Obama's success in the Iowa caucus and for crafting an overall strategy to prolong the primary past Super Tuesday. The Chicago Tribune writes, ""Plouffe was the mastermind behind a winning strategy that looked well past Super Tuesday's contests on Feb. 5 and placed value on large and small states.""[14] Plouffe also maintained discipline over communications in the campaign, including controlling leaks and releasing information about the campaign on its terms. Averse to publicity himself, Plouffe's control over the internal workings of the Obama campaign successfully avoided the publicly aired squabbles that frequently trouble other campaigns.[14] In June 2008, when then-Senator Obama clinched the Democratic Party nomination, he thanked Plouffe for being the one ""who never gets any credit, but has built the best political campaign, I think, in the history of the United States."" In May 2008, David Axelrod praised Plouffe, stating he had ""done the most magnificent job of managing a campaign that I've seen in my life of watching presidential politics. To start something like this from scratch and build what we have built was a truly remarkable thing.""[15] After winning the election on November 4, Obama credited Plouffe in his acceptance speech, calling him ""the unsung hero of this campaign, who built the . . . best political campaign, I think, in the history of the United States of America.""[16]"

### 2009-2011

"Plouffe went to work as an outside senior adviser to the Obama administration, in January 2009. His book The Audacity to Win: The Inside Story and Lessons of Barack Obama's Historic Victory, discussing management strategies and tactics that he used in the 2008 campaign,[17] was published on November 3, 2009 and became a New York Times bestseller. He later issued a video challenge for Obama supporters to buy a copy of his book on December 8, 2009 in order to ""Beat Sarah Palin"" and her best-selling book for one day.[18][19] He signed with the Washington Speakers Bureau to give paid speeches and plans to engage in non-government consulting work. [20] In May 2009, Plouffe delivered the convocation address at Cornell University.[21] He spoke about the balance between family time and professional time, and how he had yet to learn exactly how to accomplish an appropriate balance, but hoped to devote more time to his family than he was physically able to during 2007 and 2008."

THE BOOK OF TESLA, Copyright each original author, Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**2011-2013 Senior Advisor to the President**

"In January 2011, Plouffe joined the White House as Assistant to the President and Senior Advisor. Plouffe replaced David Axelrod as Senior Advisor when Axelrod returned to Chicago to help run President Obama?s 2012 re-election campaign.[22] In his role as Senior Advisor, Plouffe led the crafting of White House strategy and communicating the President?s message. After a successful reelection and inauguration of President Obama, Plouffe departed the White House in January 2013. During a national news event, on his final day in the White House, Plouffe was singled out by the President saying, ?What people don?t always realize, because he doesn?t like to show it, is the reason he does this stuff is because he cares deeply about people. And he cares about justice, and he cares about making sure that everybody gets a shot in life. And, those values have motivated him to do incredible things, and were it not for him, we would not have been as effective a White House and I probably wouldn?t be here.?[23]"

**Career after the White House**

"After leaving the White House in early 2013, Plouffe became a contributor for Bloomberg TV and ABC News.[24] In April 2013, Plouffe was inducted into the American Association of Political Consultants Hall of Fame.[25]"

**Controversy**

"Plouffe has drawn criticism for his paid speaking engagements abroad while on hiatus from advising Obama. In early 2009, Plouffe spoke in Baku, Azerbaijan for $50,000. The event's sponsor had ties to the authoritarian government in the country. Following complaints from human rights groups, Plouffe donated his speaking fees to the National Democratic Institute.[26][27] In December 2010, Plouffe received $100,000 for two speeches in Nigeria from an affiliate of the South African telecommunications company MTN Group. At the time, MTN had been doing business with the government of Iran since 2005. Recently, MTN has come under increased scrutiny by the U.S. for allegations that the Iranian government has used the MTN network in the country to track and monitor dissidents. MTN has been listed on the ""Iran Business Registry"" of prominent watchdog group United Against Nuclear Iran since 2009.[28] White House spokesman Eric Schultz explained that Plouffe only spoke to the group about digital communications and cellular technology, and declined to meet with the company's leadership. Schultz also said the criticism of Plouffe's speeches before he joined the White House was ""misplaced."" [29] In 2013, in response to Congressman Darrell Issa's accusations that the Obama administration knew about the IRS targeting of not-for-profit conservative groups for extra scrutiny, Plouffe tweeted: ""Strong words from Mr Grand Theft Auto and suspected arsonist/insurance swindler. And loose ethically today"" referring to two incidents in Issa's past. In 1972, while a teenager, Issa was accused of stealing a Maserati sports car; the charges were later dropped. In 1982, a Cleveland warehouse belonging to Issa burned to the ground. The fire was ruled suspicious and Issa collected an insurance payout, but he was not charged with any crime.[30][31][32][33][34][35]"

**Works**

"Plouffe, David. The Audacity to Win: The Inside Story and Lessons of Barack Obama's Historic Victory, Viking Adult (November 3, 2009); ISBN 978-0-670-02133-8"

**Personal life**

"Plouffe is married to Olivia Morgan, a Senior Advisor to Maria Shriver?s A Woman?s Nation, a member of President Obama?s Committee on the Arts and the Humanities,[36][37] and Director of Federal Relations to Gray Davis when he was governor of California.[38] The couple resides in Washington, D.C. and have a daughter, who was born two days after the 2008 Presidential election, and a son.[39]"

THE BOOK OF TESLA, Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

See also

Organizing for America

References

"1. ""Obama's Inner Circle"", James A. Barnes, National Journal, 3/31/08"

"2. ""Obama's Aide Plouffe"", Julianna Goldman, Bloomberg, 6/16/08"

"3. ""AKPD MESSAGE AND MEDIA|PARTNERS|DAVID PLOUFFE"". www.akpdmedia.com. Retrieved 2008-04-28."

"4. ""Obama Gets Second Chance to Stress Jobs Focus at State of the Union"". Fox News. 2011-01-21."

5. http://www.wilmu.edu/news/newsArticle.aspx?newsID=438

"6. Financial Post: ""Lawrence Solomon: The lost tribe of Obama"" by Lawrence Solomon July 13, 2013"

"7. Jewish Journal: ""Gravity? and the Pew study"" By Rob Eshman October 9, 2013"

"8. Jewish Virtual Library: ""David Plouffe"" retrieved October 28, 2013"

"9. Leibovich, Mark (February 20, 2012). ""Plouffe, Obama Aide, Lends Firm Hand to Campaign"". The New York Times."

10. http://www.legacy.com/obituaries/delawareonline/obituary.aspx?pid=156870306

"11. ""David Plouffe"". The Washington Post. January 25, 2013."

"12. ""Former McCain, Obama Aides Schmidt and Plouffe Join at University of Delaware"". US News & World Report. October 19, 2009."

"13. Obama's Aide Plouffe Plots Victory From Background, by Julianna Goldman, Bloomberg.com, June 16, 2008. (url accessed July 4, 2008)."

"14. McCormick, John (2008-06-08). ""Obama's campaign chief: low profile, high impact"". The Chicago Tribune. Retrieved 2008-06-09."

"15. Kaiser, Robert G. (2008-05-02). ""The Player at Bat - David Axelrod, the Man With Obama's Game Plan, Is Also the Candidate's No. 1 Fan"". The Washington Post. Retrieved 2008-05-06."

"16. ""Text of Obama's Acceptance Speech"". The Baltimore Sun. 2008-11-05. Retrieved 2008-11-10.[dead link]"

"17. Italie, Hillel (4 February 2009). ""Obama campaign manager David Plouffe agrees to 7-figure deal for book"". Associated Press."

18. David Plouffe Throwback Strategy Challenge

"19. Penguin Books (2009). The Audacity to Win; retrieved October 29, 2009."

"20. Allen, Mike (2008-12-05). ""Publishers jump at Plouffe book"". The Politico. Retrieved 2008-05-06."

21. Obama's Campaign Manager Set to Speak at Convocation The Cornell Daily Sun

"22. Stone, Daniel (1/7/2011). ""David Plouffe, Obama's Whiz Kid, Returns"". The Daily Beast/Newsweek. Retrieved 10 May 2013. "

"23. White House, The. ""Remarks by the President at a Personnel Announcement"". Retrieved 10 May 2013."

"24. Cowie, Amanda (April 25, 2013). ""David Plouffe Joins Bloomberg TV"". Bloomberg News. Retrieved May 10, 2013."

"25. Gavin, Patrick (April 4, 2013). ""David Axelrod, David Plouffe to Hall of Fame"". Politico. Retrieved May 10, 2013."

"26. Mark Leibovich (21 February 2012). ""From Knife Seller to the President?s Hard Edge"". The New York Times. p.  A1. Retrieved 6 August 2012."

"27. Kenneth Vogel (12 February 2012). ""Plouffe speech in Azerbaijan draws fire"". Politico. Retrieved 6 August 2012."

"28. Tom Hamburger and Peter Wallsten (5 August 2012). ""Obama associate got $100,000 fee from affiliate of firm doing business with Iran"". The Washington Post. Retrieved 6 August 2012."

"29. Baker, Peter (8/7/2012). ""Aide?s Fees Draw Critics and, Then, Defenders"". The New York Times. Retrieved 10 May 2013. "

"30. Washington Post: ""Plouffe calls Issa ?Mr. Grand Theft Auto  " By Aaron Blake June 3, 2013"

"31. Baltimore Jewish Life: ""Plouffe, White House Aides Target Issa"" by Bill Hoffmann June 3, 2013"

"32. USA Today: ""Rep. Issa, Obama aide have war of words"" David Jackson June 3, 2013"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"33. CNN: ""IRS controversy turns personal, nasty"" by Jake Tapper June 2, 2013"
"34. NPR: ""White House-Issa Fight: Nasty But Normal In Washington"" by Frank James June 03, 2013"
"35. Politico: ""David Plouffe rips Darrell Issa ?loose ethically  " By TAL KOPAN June 3, 2013"
"36. ""The Shriver Report"". awomansnation.com. Retrieved 2010-05-06.[dead link]"
"37. ""Olivia Morgan, Washington, DC"". President's Committee on the Arts and the Humanities.[dead link]"
"38. ""Olivia Morgan"". The Huffington Post. Retrieved June 27, 2012."
"39. Cillizza, Chris (2008-11-07). ""Plouffe to the Senate  ". Washington Post. Retrieved 2008-11-07."

External links

David Plouffe collected news and commentary at The Washington Post
Appearances on C-SPAN
Collected news and commentary at The New York Times
"David Plouffe Ubben Lecture at DePauw University, February 2, 2009"
interview at Conde Nast Portfolio
Radio interview with Claudia Cragg KGNU on 'The Audacity to Win

Political offices
Preceded  by David Axelrod          Senior Advisor to the President 2011?2013 Served alongside: Valerie
Jarrett    Succeeded  by Daniel Pfeiffer
Preceded  by Pete Rouse

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# David Axelrod   - Suspect

Axelrod in the Oval Office (2009)
Senior Advisor to the President
"In office January 20, 2009  ? January 10, 2011"
President                         Barack Obama
Preceded by                  Barry Jackson
Succeeded by                David Plouffe
Personal details
Born                   "February 22, 1955 (age  58) Lower East Side, New York, United States"
Political party               Democratic Party
Spouse(s)                      Susan Landau (m.  1979)
Children

                    Lauren
                    Michael
                    Ethan

Alma mater                University of Chicago
Religion                       Judaism

"David M. Axelrod (born February 22, 1955) is the director of the Institute of Politics at the University of Chicago. An American political consultant based in Chicago, Illinois, he was a top political advisor to President Bill Clinton as well as campaign advisor to President Barack Obama during Obama's successful run for President in 2008. Following Obama's election, Axelrod was appointed as Senior Advisor to the President.[1] Axelrod left the White House position in early 2011 and became the Senior Strategist for Obama's successful re-election campaign in 2012.[2][3] Axelrod was formerly a political writer for the Chicago Tribune. He is the founder of AKPD Message and Media, and operated ASK Public Strategies, now called ASGK Public Strategies."

## Contents

1 Early life
2 Career prior to first Obama campaign
"3 Barack Obama presidential campaign, 2008"
"4 Senior Advisor to the President, 2009?2011"
"5 Barack Obama presidential campaign, 2012"
6 Career after second Obama campaign
7 References
8 External links

## Early life

"Axelrod grew up in Stuyvesant Town on the East Side of Manhattan, NY.[4][5] He is the son of Myril Bennett, a journalist at PM, a left-wing 1940s newspaper, and Joseph Axelrod, a psychologist and avid baseball fan.[6][7][8][9] His family was Jewish. He attended Public School 40 in Manhattan. Axelrod's parents separated when he was eight years old. Axelrod traces his political involvement back to his childhood. Describing the appeal of politics, he told the Los Angeles Times, ""I got into politics because I believe in idealism. Just to be a part of this effort that seems to be rekindling the kind of idealism that I knew when I was a kid, it's a great thing to do. So I

find myself getting very emotional about it.""[10] At thirteen years old, he was selling campaign buttons for Robert F. Kennedy. After graduating from New York's Stuyvesant High School[6] in 1972, Axelrod attended the University of Chicago. He majored in political science. [11] As an undergraduate, Axelrod wrote for the Hyde Park Herald, covering politics, and picked up an internship at the Chicago Tribune. He lost his father to suicide about the time of his graduation from college[11] in 1977. While at the University of Chicago, he met his future wife, business student Susan Landau. They were married in 1979. In June 1981, Susan gave birth to their first child, Lauren, who was diagnosed with epilepsy at seven months of age.[12]"

**Career prior to first Obama campaign**

 "The Chicago Tribune hired Axelrod when he graduated from college. At the age of 27, he became the City Hall Bureau Chief and a political columnist for the paper. He worked there for eight years, covering national, state and local politics, and became the youngest political writer there in 1981.[13] Unhappy with his prospects at the Tribune, in 1984 he joined the campaign of U.S. Senator Paul Simon as communications director; within weeks he was promoted to co-campaign manager.[14] In 1985, Axelrod formed a political consultancy company, Axelrod & Associates. In 1987 he worked on the successful reelection campaign of Harold Washington, Chicago's first black mayor, while also helping to spearhead Simon's campaign for the 1988 Democratic Presidential nomination. This established his first experience in working with black politicians and he later became a key player in similar mayoral campaigns of blacks, including Dennis Archer in Detroit, Michael R. White in Cleveland, Anthony A. Williams in Washington, D.C., Lee P. Brown in Houston, and John F. Street in Philadelphia.[11] Axelrod is a longtime strategist for the former Chicago Mayor Richard M. Daley[15] and styles himself a ""specialist in urban politics."" The Economist notes he also specializes in ""packaging black candidates for white voters"".[15] In January 1990, Axelrod was hired to be the media consultant for the all but official re-election campaign of Oregon Governor Neil Goldschmidt.[16] However, Goldschmidt announced in February that he would not seek re-election.[17] In 2002, Axelrod was retained by the Liberal Party of Ontario to help Dalton McGuinty and his party to be elected into government in the October 2003 election. Axelrod's effect on Ontario was heard through the winning Liberal appeal to ""working families"" and placing an emphasis on positive policy contrasts like canceling corporate tax breaks to fund education and health.[18] In 2004, Axelrod worked for John Edwards' presidential campaign. During the campaign, he lost responsibility for making ads, but continued as the campaign's spokesman. Regarding Edwards' failed 2004 presidential campaign, Axelrod has commented, ""I have a whole lot of respect for John, but at some point the candidate has to close the deal and?I can?t tell you why?that never happened with John.""[19][20] Axelrod contributed an op-ed to the Chicago Tribune in defense of patronage after two top officials in the administration of longtime client Chicago Mayor Richard M. Daley were arrested for what federal prosecutors described as ""pervasive fraud"" in City Hall hiring and promotions.[21][22] In 2006, Axelrod consulted for several campaigns, including the successful campaigns of Eliot Spitzer in New York's gubernatorial election and Deval Patrick in Massachusetts's gubernatorial election. Axelrod also served in 2006 as the chief political adviser for Democratic Congressional Campaign Committee chair U.S. Representative Rahm Emanuel for the U.S. House of Representatives elections, in which the Democrats gained 31 seats. Until recently, Axelrod also worked as an Adjunct Professor of Communication Studies at Northwestern University, where he, along with Professor Peter Miller, taught an undergraduate class titled Campaign Strategy, a class that analyzed political campaigns, the strategies used by them, and the effectiveness of those strategies.[23] On June 14, 2009 Axelrod received an honorary ""Doctor of Humane Letters"" degree from DePaul University, speaking at the commencement exercises of the College of Communication and College of Computing and Digital Media.[24]"

 **"Barack Obama presidential campaign, 2008"**

 "See also: Barack Obama presidential campaign, 2008"
 "Axelrod first met Obama in 1992, when Betty Lou Saltzmann, a Chicago democrat, introduced the two of them after Obama had impressed her at a black voter registration drive that he ran. Obama consulted Axelrod before he delivered a 2002 anti-war speech,[25] and also asked him to read drafts of his book, The Audacity of Hope.[26] Axelrod contemplated taking a break from politics during the 2008 presidential campaign, as five of the candidates?Barack Obama, Hillary Rodham Clinton, John Edwards, Chris Dodd, and Tom Vilsack?were past

clients. Personal ties between Axelrod and Hillary Clinton also made it difficult, as she had done significant work on behalf of epilepsy causes for a foundation co-founded by Axelrod's wife and mother, Citizens United for Research in Epilepsy (CURE) (Axelrod's daughter suffers from developmental disabilities associated with chronic epileptic seizures.) Axelrod's wife even said that a 1999 conference Clinton convened to find a cure for the condition was ""one of the most important things anyone has done for epilepsy.""[27] Axelrod ultimately decided to participate in the Obama campaign, and served as chief strategist and media advisor for Obama. He told The Washington Post, ""I thought that if I could help Barack Obama get to Washington, then I would have accomplished something great in my life.""[6] Axelrod contributed to the initial announcement of Obama's campaign by creating a five-minute Internet video released January 16, 2007.[28][29] He continued to use 'man on the street' style biographical videos to create intimacy and authenticity in the political ads."

 "Axelrod talking to reporters in the ""spin room"" after the Cleveland Democratic debate in February 2008"
 "While the Clinton campaign chose a strategy that emphasized experience, Axelrod helped to craft the Obama campaign's main theme of ""change."" Axelrod criticized the Clinton campaign's positioning by saying that ""being the consummate Washington insider is not where you want to be in a year when people want change... [Clinton's] initial strategic positioning was wrong and kind of played into our hands.""[30] The change message played a factor in Obama's victory in the Iowa caucuses. ""Just over half of [Iowa's] Democratic caucus-goers said change was the No. 1 factor they were looking for in a candidate, and 51 percent of those voters chose Barack Obama,"" said CNN senior political analyst Bill Schneider. ""That compares to only 19 percent of 'change' caucus-goers who preferred Clinton.""[31] Axelrod also believed that the Clinton campaign underestimated the importance of the caucus states. ""For all the talent and the money they had over there,"" says Axelrod, ""they?bewilderingly?seemed to have little understanding for the caucuses and how important they would become.""[31] In the 2008 primary season, Obama won a majority of the states that use the caucus format. Axelrod is credited with implementing a strategy that encourages the participation of people, a lesson drawn partly from Howard Dean's 2004 presidential campaign as well as a personal goal of Barack Obama. Axelrod explained to Rolling Stone, ""When we started this race, Barack told us that he wanted the campaign to be a vehicle for involving people and giving them a stake in the kind of organizing he believed in. According to Axelrod getting volunteers involved became the legacy of the campaign ""[32] This includes drawing on ""Web 2.0"" technology and viral media to support a grassroots campaign. Obama's web platform allows supporters to blog, create their own personal page, and even phonebank from home. Axelrod's elaborate use of the Internet helped Obama to organize under-30 voters and build over 475,000 donors in 2007, most of whom were Internet donors contributing less than $100 each.[33] The Obama strategy stood in contrast to Hillary Clinton's campaign, which benefited from high name recognition, large donors and strong support among established Democratic leaders. Politico described Axelrod as 'soft-spoken' and 'mild-mannered'[34] and it quoted one Obama aide in Chicago as saying, ""Do you know how lucky we are that he is our Mark Penn  "[35] Democratic consultant and former colleague Dan Fee said of Axelrod, ""He's a calming presence.""[36] ""He's not a screamer, like some of these guys,"" political advisor Bill Daley said of Axelrod in the Chicago Tribune. ""He has a good sense of humor, so he's able to defuse things.""[14]"
 "Senior Advisor to the President, 2009?2011"

 "On November 20, 2008, Obama named Axelrod as a Senior Advisor to his administration. His role included crafting policy and communicating the President's message in coordination with President Obama, the Obama Administration, speechwriters, and the White House communications team.[37][38]"

 "Barack Obama presidential campaign, 2012"
 "See also: Barack Obama presidential campaign, 2012"
 "Axelrod left his White House senior advisor post on January 28, 2011. He was a top aide to Obama's 2012 re-election campaign.[2][3] Axelrod also stated that his job as Obama's chief campaign strategist in the 2012 campaign would be his final job as a political operative.[39]"

**Career after second Obama campaign**
 "It was announced on February 19, 2013, Axelrod joined NBC News and MSNBC as a senior political analyst. [40]"

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

References

"1.     Smith, Ben (November 19, 2008). ""Ben Smith's Blog: Axelrod, and other senior staff"". Politico. Retrieved August 11, 2013."

"2.     a b MacCallum, Martha (February 2, 2011). ""Axelrod Departs the White House, Prepares for New Mission to Re-Elect Obama"". FoxNews.com. Retrieved 2011-08-22."

"3.     a b Walsh, Ken (November 12, 2012). ""The Election's Other Big Winner: David Axelrod"". US News."

"4.     Saul, Michael (June 22, 2008). ""David Axelrod is a New York City boy who has Barack Obama's ear"". Daily News (New York). Retrieved 2011-04-15. ""?Perched atop a mailbox near his family's apartment in Stuyvesant Town, 5-year-old David Axelrod watched intently as a charismatic John F. Kennedy rallied New Yorkers for his presidential campaign in the fall of 1960."""

"5.     Jonas, Ilaina; Gralla, Joan (October 22, 2009). ""NY court rules against Stuyvesant Town owners"". Reuters. Retrieved 2011-04-15."

"6.     a b c Kaiser, Robert G. (May 2, 2008). ""The Player at Bat - David Axelrod, the Man With Obama's Game Plan, Is Also the Candidate's No. 1 Fan"". The Washington Post. Retrieved May 6, 2008."

7.     http://www.boston.com/yourtown/newton/articles/2009/02/15/for_her_its_also_hail_to_my_son/

8.     [1]

9.     http://www.usnews.com/news/articles/2008/12/02/10-things-you-didnt-know-about-david-axelrod

"10.     La Ganga, Maria L. (February 15, 2008). ""The man behind Obama's message"". Los Angeles Times. Retrieved April 28, 2008."

"11.     a b c Greene, Melissa Fay (February 6, 2007). ""Obama's Media Maven"". The Nation."

"12.     ""I Must Save My Child"". Parade Magazine. February 15, 2009. Retrieved February 15, 2009."

"13.     ""Partners?David Axelrod"". AKPD Message and Media. Retrieved April 28, 2008."

"14.     a b Reardon, Patrick T. (June 24, 2007). ""The Agony and the Agony"". Chicago Tribune. Retrieved April 4, 2008."

"15.     a b The Economist August 23, 2008 edition. U.S. edition. Page 28. ""The Ax-man Cometh"" http://www.economist.com/node/11965249"

16.     http://arcweb.sos.state.or.us/governors/goldschmidt/box203/box203_list.html is no longer an active page; Box 203 of Goldschmidt's records are here [2] but not apparently easily searchable.

"17.     Jaquiss, Nigel, ""The 30-Year Secret: A crime, a cover-up and the way it shaped Oregon"", Willammette Week, May 12, 2004."

"18.     Benzie, Robert (January 14, 2008). ""McGuinty and Obama share strategist"". The Star (Toronto)."

"19.     Montgomery, David (February 15, 2007). ""Barack Obama's On-Point Message Man"". Washington Post. Retrieved 08-04-22. "

"20.     Wallace-Wells, Ben (April 1, 2007). ""Obama's Narrator"". The New York Times. Retrieved April 22, 2008."

"21.     Axelrod, David (August 21, 2005). ""A Well-oiled Machine; A system that works? Political debts contribute to better city services"". Chicago Tribune."

"22.     Rhodes, Steve (January 7, 2010). ""An Axelrod to Grind"". Los Angeles Times."

23.     http://www.whitehouse.gov/administration/staff/david_axelrod/

"24.     Commencement '09 DePaul University Newsline Online, May 20, 2009"

"25.     Becker, Jo; Christopher Drew (May 11, 2008). ""Obama's Pragmatic Politics, Forged on the South Side"". The New York Times. Retrieved May 12, 2008. "

"26.     Scott, Janny (May 18, 2008). ""Obama?s Story, Written by Obama"". The New York Times. Retrieved May 18, 2008."

"27.     Wallace-Wells, Ben (March 30, 2007). ""A star strategist offers Democrats a new vision"". International Herald Tribune. Retrieved May 6, 2008."

"28.     ""Biography of Barack Obama"" (Video from Barack Obama's exploratory committee). YouTube. barackobama.com. January 16, 2007."

"29.     Obama, Barack (January 16, 2007). ""My Plans for 2008"" (Obama's YouTube video announcement of that he would file papers on January 16, 2007 to form an exploratory committee). barackobamadotcom. Retrieved November 11, 2008."

"30.     Tumulty, Karen (May 8, 2008). ""The Five Mistakes Clinton Made"". Time. Retrieved November 2, 2009."

THE BOOK OF TESLA, Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"31.    a b Crowley, Candy (January 4, 2008). ""Obama wins Iowa as candidate for change"". CNN. Retrieved May 8, 2008."

"32.    Dickinson, Tim (March 20, 2008). ""The Machinery of Hope"". Rolling Stone. Retrieved April 28, 2008."

"33.    Stirland, Sarah Lai (February 14, 2008). ""The Tech of Obamamania: Online Phone Banks, Mass Texting and Blogs"". Wired. Retrieved February 21, 2008."

"34.    Simon, Roger (March 20, 2007). ""The Democrats Turn Tough?on Each Other"". Politico.com. Retrieved May 8, 2008."

"35.    Brown, Carrie Budoff (April 27, 2008). ""Obama team remains unshaken and unstirred"". Politico.com. Retrieved April 28, 2008."

"36.    Fitzgerald, Thomas (December 30, 2007). ""Helping hone Obama's pitch"". Politico.com. Archived from the original on January 7, 2008. Retrieved May 7, 2008."

37.    Obama 'to unveil economic team'

38.    Axelrod to join Obama White House

"39.    Libit, Daniel (September 2011). ""David Axelrod's Last Campaign"". Chicago magazine. Retrieved 2012-04-13."

"40.    ""David Axelrod joins MSNBC, NBC News"". The Daily Caller. Retrieved 19 February 2013."

External links

Wikimedia Commons has media related to David Axelrod.

AKPD Media
ASGK Public Strategies
David Axelrod collected news and commentary at The Washington Post
Appearances on C-SPAN
David Axelrod collected news and commentary at The New York Times
Works by or about David Axelrod in libraries (WorldCat catalog)
"The Agony and The Agony, Patrick T. Reardon, Chicago Tribune, June 24, 2007"
"Profile: David Axelrod, Ned Temko, The Guardian, July 27, 2008"
"Long by Obama?s Side, an Adviser Fills a Role That Exceeds His Title, Jefff Zeleny, The New York Times, October 26, 2008"
"President?s Political Protector Is Ever Close at Hand, Jeff Zeleny, The New York Times, March 8, 2009"

# David Axelrod Dodges Michael Moore's Question ... - Crooks and Liars

"Aug 21, 2011 ... David Axelrod appeared on ABC's This Week to answer some questions about President Obama's upcoming speech after Labor Day and he  ..."

www.crooksandliars.com/ john-amato/ david-axelrod-dodges-michael-moores-que -

# David Axelrod was stunned when Bill O'Reilly ... - Crooks and Liars

"Sep 11, 2009 ... [media id=9830] After Wednesday night's speech, Bill O was running with McCain's original idea to ""fix"" health care by opening up all insurance  ..."

www.crooksandliars.com/ john-amato/ david-axelrod-was-stunned-when-bill-ore -

THE BOOK OF TESLA, Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# David Axelrod Got It All Wrong: How He, The ... - Crooks and Liars "

"Jun 10, 2012 ... One of our objectives at The Winning Words Project is to help our elected officials , including (and especially!) the president, articulate the  ..."

www.crooksandliars.com/ jill-w-klausen/ how-president-obama-democrats-shoul -


# David Axelrod: Mitt Romney's Motto Is 'The Buck ... - Crooks and Liars

"Jul 16, 2012 ... Broadcast media seems to be quite obtuse when it comes to the overall implications of the Bain controversies over the past two weeks. This is  ..."

www.crooksandliars.com/ karoli/ david-axelrod-mitt-romneys-motto-buck-stops -


# David Axelrod: Barack Obama's street fighter | Observer profile ...

"Aug 4, 2012 ... The president's man: David Axelrod and Barack Obama. ... Clearly, by hook or by crook, Axelrod intends to go out on a winning note. David  ..."

www.theguardian.com/ theobserver/ 2012/ aug/ 05/ observer-profile-david-axelrod -


# Michelle obama, david axelrod,in it up to their ears in criminal ... "

"Jun 19, 2009 ... she is just an angry America hating militant who is a crook like her ... 2006 recommended that the hospital hire the firm of David Axelrod, who a  ..."

www.sodahead.com/ united-states/ michelle-obamadavid-axelrodin-it-up-to-their-ears-in-criminal-activit y-of-patient-dumping-in-healt/ question-443611/ -


# The Crook | THE ROYCROFT REPORT

"Dec 11, 2013 ... The Crook. with one comment ... Merchants Of Despair : Barack Obama, David Axelrod, Harry Reid and Tim Geithner. In ""un-categorized""."

www.theroycroftreport.com/2013/12/11/the-crook/ -


# Culture of Corruption: Obama and His Team of Tax Cheats, Crooks ... "

"Culture of Corruption: Obama and His Team of Tax Cheats, Crooks, and ..... of Chicago Medical Center, aided by Obama's senior adviser, David Axelrod."

www.barnesandnoble.com/ w/ culture-of-corruption-michelle-malkin/ 1102115516?ean=9781596981096 -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# David Axelrod, Lefty Lumberjack | The American Spectator "

Obama's main man will do whatever it takes to fell Republicans and conservatives. Where does his ruthlessness and drive come from?

www.spectator.org/articles/36072/david-axelrod-lefty-lumberjack -

# Coinkadink: one Cain accuser lives in David Axelrod's building

8 Nov 2011 ... Coinkadink: one Cain accuser lives in David Axelrod's building; another serves in ..... Climate Crook James Hansen: on the Government Dole.

directorblue.blogspot.com/ 2011/ 11/ coinkadink-one-cain-accuser-lives-in.html -

# David Axelrod's Curious Optimism - The Daily Beast

"24 Sep 2010 ... David Axelrod: Skeptics Are Wrong ..... Best Supporting Actor Oscar for his hilarious turn as Otto, an Anglophobe crook, in this 1988 comedy."

www.thedailybeast.com/ articles/ 2010/ 09/ 24/ david-axelrods-curious-optimism.html -

# All the president's men go after Romney | The Daily Caller

"30 Oct 2011 ... This charge was escalated Sunday when David Axelrod, one of Obama's top ... The messages have not accused him of being a crook."

www.dailycaller.com/ 2011/ 10/ 30/ all-the-presidents-men-go-after-romney/ -

Based on published federal and media investigations, it appears that White House Staff and Silicon Valley billionaires engaged in a racketeering operation to manipulate hundreds of billions of dollars of taxpayer funds into their own pockets via TARP and Department of Energy funding programs created for the purpose of running this scam. The individuals involved, are charged with organized crime activities, by investigators, but major regulatory agency executives have participated in delays, and cover-ups, in order to prevent effective prosecution of the parties involved. All of the parties involved in the swindle have now had their communications, meetings, money paths, beneficiary routes and competing interest attacks tracked, documented and verified. Major banking and corporate entities participated in the crimes and, while all of the banks have been charged with other crimes, they have yet to be prosecuted for this crime. Any jury trial evidence presentation opportunity can now clearly document the crimes, the players and the facts of this case. The many investigators, journalists and members of the public, who participated in the assembly of this evidence, challenge all parties to come forward in a live, televised, open public hearing to confirm, or deny, these facts. Read the facts, decide for yourself: /investigation-team/big-fix-corruption-story/big-fix-index-table-contents/    [caption id=""attachment_8583"" align=""aligncenter"" width=""510""] Tesla: 45500 Fremont Blvd., Fremont, CA 94538 & Solyndra: 47488 Kato Road, Fremont, CA, 94538 Feinstein's ex-staff & lobbyists work there now. She opened both plants and lobbied them into existence in that location. All that taxpayer money went to those two lots yet hundreds of other applicants were ""killed off"": COINCIDENCE?------------------------------------------------------ U.S. Government Vs. Senator C. and Does 1-20 Tonight Al Jazeera ripped Feinstein's colleague, one Mr. Calderone, a new one per an FBI sting operation. He's off to jail soon.   You can see the movie about his crimes on America Tonite. Will he roll over on Feinstein and the Senate bribes-for-laws program? It is early in the game and pleas are only just

getting discussed. Ms. Feinstein has some movies out too: http://www.youtube.com/watch?v=-r6qsQNURow https://www.youtube.com/watch?v=-r6qsQNURow PLUS http://www.carandsenatormovie.com Says Feinstein: ""I can't believe I keep getting away with all this shit but they never shut me down so screw it, I'm sad all the way to the bank"" Edward A.- NYG -------------------------------------------------------------------------------- Former Feinstein staffer now on staff at a major investigative group. TA- http://www.youtube.com/watch?v=JRa1b24ptQs --------------------------------------------------------------------------------"

# Who is Elon Musk's lobbyist, landlord, builder, shareholder and Senator: Dianne Feinstein?

"If you were in the Senate and you had been involved in corruption things, you would want to try to get yourself on the Senate Intelligence Committee so you could use, and monitor, agency information and resources to make sure nobody found out about the corruption things you and your husband were doing. Let?s take Dianne Feinstein and her husband Richard Blum and his CBRE and vast other stealth companies and funds. When she was mayor of San Francisco, the San Francisco newspapers were rife with charges of corruption and cronyism about her. Her associate, Roger Boas, went to federal prison for corruption in City Hall AND for child prostitutes. Police reports show that he used child prostitutes plus sent prositutes out to buy favors for City Hall corrupt winner/loser rigged selections. She personally interceded in getting Solyndra funded from taxpayer dollars and getting them to build the Solyndra buildings where it benefited her husbands business connections. Her Family made profits off of Solyndra getting picked as a DOE funding ?winner?. http://www.youtube.com/watch?v=Vv86dCW85uw She personally interceded in getting Tesla funded from taxpayer dollars, and getting them to acquire buildings (physically next to Solyndra in the boondocks of Fremont, California) and equipment where it benefited her husbands business connections. Her Family made profits off of Tesla getting picked as a DOE funding ?winner?. Guardian staff report that her husband has made multiple trips to Mongolia transporting cash for deals and now holds business interests there on mining companies that make materials for electric car batteries and other interests that she fought for bill or budget passage on. They have airport records, travel expense reports and photographs of him in Mongolia meeting with sketchy Chinese and Asian Business men. They state that he took suitcases full of cash to Mongolia. Why did Feinstein not properly document this in her disclosures? What intelligence did Blum get near, or to, China? Richard Blum got a group of Silicon Valley VC?s to buy votes, get out the vote for her and push votes to get her on Committee when she was hanging by a thread from previous near-catches of their misdeeds according to a former reporter from ValleyWag. Feinstein wrote laws regarding the Regents of California which benefited her husband. If you web search their names and ?Corruption? or ?Crony? you will find a vast number of stories about all kinds of kickbacks that the Feinstein/Blums have been charged with. And a person like this has acess to all the secret files? When you chart out all of the front companies, fake family trusts under other trusts, Blum offshore accounts in Belize, The Caymans and other interesting places, companies behind other companies between her and Mr. Blum, you have a facade of misdirection and phoney business names that would make any spy envious. Feinstein?s bills and budgets tie back to more false front organizations that benefit her family interests than almost any other person in the Senate per the latest research from The Guardian. If you were someone like that you would certainly try to get yourself on the intelligence committee so you could have the first clue when you were about to get caught and to steer investigations away from your crony deals. You would certainly support domestic phone-tapping because you would order such taps on your public-interest agency enemies like the ACLU and BigGovernment.com and The Schweizer team in order to keep an eye on them. Of course she is fighting on behalf of ongoing domestic spying. It is how she covers her ass. UPDATE: Here is a teeny, tiny selection of the many corruption charges against Feinstein: https://www.sodahead.com/united-states/dianne-feinstein-the-most-corrupt-person-in-congress-routes-even-more-money-to-husbands-firm/question-3651127/ http://capoliticalnews.com/2013/06/03/more-dianne-feinstein-corruption-husband-given-exclusive-to-sell-56-post-offices-6-commission/ http://www.blacklistednews.com/Senator_Feinstein %E2%80%99s_Husband_Stands_to_Make_Millions_from_USPS_Contract/26454/0/38/38/Y/M.html https://vidrebel.wordpress.com/2013/01/06/dianne-feinstein-thy-name-is-corruption/ http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/ http://www.activistpost.com/2013/06/keeping-it-

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

in-family-senator-feinsteins.html http://www.libertynewsonline.com/article_301_33364.php
http://newsbusters.org/node/12481 http://foundsf.org/index.php?
title=Richard_C._Blum_and_Dianne_Feinstein:_The_Power_Couple_of_California
http://www.truth-out.org/opinion/item/19023-sen-feinstein-wants-to-strip-independent-journalists-rights
http://www.thenewamerican.com/usnews/crime/item/15579-snopes-misses-larger-story-on-sales-of-post-offices-
by-california-sen-feinstein-s-husband-s-company http://ridgecrest.blogspot.de/2007/04/feinstein-corruption-
scandal.html http://littlecountrylost.blogspot.de/2007/12/diane-feinstein-corrupt-war-profiteer.html
https://spotlightoncorruption.wordpress.com/tag/dianne-feinstein/
http://www.conservapedia.com/Dianne_Feinstein http://dcclothesline.com/2013/01/25/why-america-can-not-
trust-the-motives-of-dianne-feinstein/ "

  "Greenwald asks: """What is the relationship between Feinstein's husband's company: CBRE; and the Tesla,
Solyndra and other Green Loan Real Estate deals  " and thousands more? How is it even remotely possible that
this person is in a public office? D. ? Portland Obs. ??????????????????????? Who do we trust anymore? Didn?t
we hire these people to go Washington to serve each individual living in America? Am I confused on the concept?
I thought getting elected was like winning the best student award so you could go impress us with great deeds as
opposed to winning American Idol where you can go impress us with great greed! Debbie
K. ????????????????????-"

  **Demand Answers:**
  How many times has Richard Blum been to Mongolia and what did he take with him that he did not return with
and what did he return with that he did not take with him? SD- LAT ---------------------------------


# NUMMI


  "Why did Feinstein and her staff sabotage other companies trying to use NUMMI? What is the relationship
between the Comptroller of Fremont California, the Mayor and Feinsteins staff? Elon Musk is on public record,
published and recorded in national media, saying that NUMMI is no good for Tesla and a bad choice for Tesla.
Why did Feinstein make him flip flop? What is the relationship between NUMMI, the properties adjacent to
NUMMI, The adjacent Solyndra property and the real-estate company owned by Feinsteins husband: CBRE?
Why do the Feinstein staff that helped get TESLA its taxpayer money now work FOR TESLA? Isn't that illegal?
Isn't that unethical? Do the CIA, The NSA and federal investigators have recordings of Feinstein breaking the
law? Did Snowden get some of that data in his cache? Is that why Snowden and Greenwald are so comfortable
mouthing off to Feinstein? What is going on in that meeting with the City of Fremont insiders that Feinstein's
chief of staff headed up and who recorded that on their cell phone? It sounds suspicious. Why did TOYOTA and
GENERAL MOTORS say that NUMMI was a ""failed plant""? What was the fire and explosion that the Fremont
fire department responded to at the Tesla Nummi plant?.... no, not the second one where the hot metal burned the
workers, the earlier one? Why did Feinstein met with UAW representatives and promise them NUMMI jobs if
they supported requested issues and then how many UAW jobs did Musk actually keep on site? Why does
LinkedIn show a huge number of Tesla H1-B lawyer hires advertised when all workers were supposed to be
American's per the U.S. tax dollar funding? There are many more questions the federal investigators are asking,
let's keep an eye on this... TDF-H ------------------------------------------------------------------- ?


A Massive Surveillance State?: Glenn Greenwald Exposes
  "GLENN GREENWALD: I think Dianne Feinstein may be the most Orwellian political official in Washington.
It is hard to imagine having a government more secretive than the United States. Virtually everything that
government does,
  democracynow.org/2013/6/7/a_massive_surveillance_state_g?


  "Now Feinstein is trying to cover her tracks and act like she thinks spying on American?s who were trying to end
cronyism was ?unacceptable?. Don?t buy her sudden change of tone. It is all a cover, just like all of her husbands

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

vast network of cover organizations and secret VC kickback networks. If you want to do really big crimes in Washington, you get Feinstein to watch the databases to make sure nobody gets wind of it. It is like the one bank robber that sits in the car to listen to the police scanner during the bank robbery."

 GG

 ????????????????????????-

 "If Feinstein?s husband turns out to be a spy for China, wouldn?t that just suck the big one? How can she have so many nasty news articles about her online in very detailed stories by very famous journalists and Washington has never held an investigation on her

 Julie Lentin

 ??????????????????????????

 Husband?s Business Ties to China Dog Feinstein ? Los Angeles ?

 "For years, international financier Richard C. Blum?s vast business portfolio has persisted as a nettlesome issue for his wife, Sen. Dianne Feinstein (D-Calif.), a vocal proponent of increased China trade. Three years ago, he vowed to turn over any profits from his China investments to

 articles.latimes.com/2000/oct/20/news/mn-39450

 http://articles.latimes.com/2000/oct/20/news/mn-39450

 ??????????????????????????

 "Ok, Here is the most extreme theory ever, "

 but it is amusing:

 "?Google, Twitter and Facebook are actually spy agency sting operations and were originally created as such. They conduited the money through Kleiner Perkins offices to launder it. They paid Kleiner?s people off by giving them monopolies on the electric car and battery industries and associated mining interests.

 "I saw that on a blog and just had to repost it. How about them Apples? One of the original founders of Twitter is running around saying it wasn?t what he had in mind. Even though they are supposed to be competitors you usually see their ?join? or ?login as? buttons clumped together on other sites and they sell ads for each other secretly. Those ?Google Barges? could just be international waters scrutiny evasion systems. While it sounds crazy, with all the related news coming out this week, it could almost be true. "


 H.T. ---------------------------------------------------------------------------------------


# Feinstein Tesla/Solyndra Corruption Scandal


 "Last week California Senator Diane Feinstein abruptly resigned her position as the chairman and ranking member of the Senate Military Construction Appropriations Subcommittee (MILCON).The MILCON subcommittee is in charge of supervising military construction. The committee also oversees ""quality of life"" issues for veterans, which includes building housing for military families and operating hospitals and clinics for wounded soldiers.During her six years as MILCON leader Senator Feinstein had a conflict of interest due to her husband Richard C. Blum's ownership of two major defense contractors, who were awarded billions of dollars for military construction projects that were approved by Senator Feinstein.That's Billion with a capitol B. My very own California Senator Diane Feinstein may have just hit one out of the park folks. By directing Billions of dollars of our tax dollars to her husbands companies, DiFi may have have set a new record for corruption.According to a report compiled by MetroActive a San Francisco area newspaper Diane Feinstein used insider information to direct billions of dollars of military construction projects to companies, URS Corporation and Perini Corporation, that were owned or controlled by her husband."

 "While setting MILCON agendas for many years, Feinstein, 73, supervised her own staff of military construction experts as they carefully examined the details of each proposal. She lobbied Pentagon officials in public hearings to support defense projects that she favored, some of which already were or subsequently became URS or Perini contracts. From 2001 to 2005, URS earned $792 million from military construction and environmental cleanup projects approved by MILCON; Perini earned $759 million from such MILCON projects."

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

792 million and 759 million works out to 1.551 Billion dollars. And what portion of this billion and a half dollars did DiFi and her husband pocket?

"In 2005, Roll Call calculated Feinstein's wealth at $40 million, up $10 million from just a year earlier. Reports show her family earned between $500,000 and $5 million from capital gains on URS and Perini stock. From CB Richard Ellis, her husband earned from $1.3 million to $4 million. Public records show Blum's company paid $4 a share for controlling interest in Perini, and later sold about three million shares for $23.75 each. The report also showed URS' military construction work in 2000 was only $24 million, but the next year, when Feinstein took over as MILCON chair, military construction earned URS $185 million. Additionally, its military construction architectural and engineering revenue rose from $108,000 in 2000 to $142 million in 2001, a thousand-fold increase. In late 2005, Blum sold 5.5 million URS shares, worth $220 million"

"So a US Senator has used insider information to direct billions of tax payer dollars to her husband's companies and yet I have not seen one word of this in a single antique media outlet. Where is the outrage, where is the indignation, where are CNN, Fox, MSNBC, NBC, ABC, CBS news? And even more importantly where is an investigation by the Senate Rules Committee? Oh wait, Difi is the newly appointed chairman of the Rules Committee so I guess we can rule out an investigtion there. So after pocketing over as much as 300 million dollars as a direct result of her involvement with the MILCON committee DiFi just walks away unscathed? Where is the investigation and where is DiFi's resignation followed shortly by her indictment? Or does that only happen to Republicans? Full information can be found here and here and here."

-------------------------------------------------------------------------
"The federal investigation of DiFi is under deepest security because she keeps pulling the plug on the stings and research in her current position, but multiple agencies are still working the case and now multiple news organizations so her day will come."

Andrea - LAT
-------------------------------------------------------------------------------
"RT, Al-Jezeera and The Guardian are all said to have narrowed their focus onto Feinstein with a blockbuster story on her expected from one, or all, soon. Glenn Greenwald has been building an ongoing large-format story on her, and took her on, previously. His story, though, is likely not the same as the Guardian effort.Andrea - LAT"

-------------------------------------------------------


http://www.youtube.com/watch?v=HfyLcXlJRUU
http://www.youtube.com/watch?v=uiv1Wc2PdM4
http://www.youtube.com/watch?v=BsKdJFJtcvI
http://www.youtube.com/watch?v=G2E7FjZ1VCs
http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/
-------------------------------------------------------------

Adding fuel to the fires of suspicion is Tesla's refusal to answer these questions in a responsive manner. Why won't Elon Musk answer these questions in front of the U.S. Congress during a live broadcast:


Adding fuel to the fires of suspicion is Tesla's refusal to answer these questions in a responsive manner:

"We are most interested in having Elon Musk answer these, and other questions, in front of the U.S. Congress during a live broadcast: Deposition Draft 2.7 (complied by reporters & public submissions) - Would Tesla Motors exist today, if Senators, DOE and campaign staff had not been bribed in 2007, 2008 and 2009? - Has your company, or anyone associated with your company, ever hired multitudes of fake bloggers to post fake positive reviews about Tesla motors in order to create a fake perception of interest? - Has Tesla Motors ever compensated a publisher, or industrial rating company, for contrived positive reviews or ratings? - Does Tesla Motors believe

THE BOOK OF TESLA - Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

that the coordinated manipulation of the public perception of a company, trading on the stock market, via the dissemination of inaccurate data, by the company spokespeople, is not stock fraud and a not a violation of SEC laws? - What percentage of Tesla Motors do Google's investors, staff and executives own cumulatively? - How much money did those Tesla/Google investors contribute to election campaigns from 2007 to today? Which campaigns? Did the winners in any of those campaigns award U.S. taxpayer funds to the portfolio companies of those investors? How much money? - When Tesla Motors applied for the Department of Energy funds Elon Musk stated that Tesla was in exceptional financial health, yet now Elon Musk, and his senior staff, have been recorded stating that the company was nearly bankrupt then. In light of these more recent revelations, is that not a felony violation of the federal ""Section 136 Law"" which states that 'a company cannot be on the verge of bankruptcy or it shall not receive Department of Energy funds'? New disclosures show that Tesla stated information in it's federal application which Tesla's founders and staff have stated they knew was false at the time. Should Tesla be prosecuted for this? - Did Deloitte, under contract to Tesla, arrange false accounting via the Tesla Wells Fargo bank account while Deloitte was also acting, in conflict of interest, as the Department of Energy reviewer of applicants? - Does Tesla Motors have a confidential relationship with a national group of reporters, from different publications, who have agreed to release Tesla-positive news spin stories on a synchronized basis, at the same time, in order to coverup Tesla investigation disclosures and artificially accelerate stock market vales? Has Tesla Motors arranged with Google to have negative Tesla Motors stories down-ranked while having positive Tesla stories up-ranked? Would that be considered stock fraud? - How many Senators and their families, that you are aware of, own stock in Tesla Motors? - Was Elon Musk promised any NASA contracts, in advance of the closure of a portion of NASA, in exchange for campaign funding from Tesla and Google investors? - How many Senators, their families and Google-related investors, that you are aware of, hold stock in lithium-ion battery related companies? - Has Steven Chu, the former head of the Department of Energy, ever had a personal relationship with any Tesla staff or investors? - Has Senator Dianne Feinstein, or her family, ever had a personal relationship with any Tesla staff or investors? - Why are Tesla and Solyndra on the same physical plot of land? - Has anyone from Senator Dianne Feinstein's office ever worked for Tesla Motors and/or Solyndra? - Did Dianne Feinstein's husband, Richard Blum, ever travel to Mongolia to arrange for resource deals beneficial to Tesla's investors? - Has anyone associated with Senator Dianne Feinstein's family, named Herb Newman of Sausalito, California, ever supplied staffing to Tesla Motors? - Has anyone associated with Senator Dianne Feinstein's family had any relationship with the real estate transactions involving Tesla and/or Solyndra real estate? - Now that the CIA has hacked into Dianne and Kathryn Feinsteins computers and all of Richard Blum's personal and business computers, do you think they found anything incriminating? Do you think the NSA phone and email records from 2007, to today, show anything incriminating? - Federal whistle-blowers have stated that Tesla Motors was involved in a felony funding kick-back scheme with Dianne Feinstein. Is that true? - If these charges are true, did you think you would never be caught because the same people who put Eric Holder and Steven Chu in office are paying for the cover-up? Now that Steven Chu has been terminated and Eric Holder is facing multiple charges of contempt, are still feeling so cocky? - Communications between The California, Fremont City Administrators, Dianne Feinstein's senior staffer (M. Nelson) and the general management of NUMMI indicate that economic and political pressure was used to manipulate a deal structure. What is your comment on these revelations? - Panasonic, your battery partner, has been charged with organized crime, dumping, price fixing, the deaths of thousands of battery workers from toxic poisoning and with building lethal battery factories that destroyed all of the towns near them. Is that a problem? - You said, in writing, in your DOE application documents that the car to be produced with the DOE money was all designed and engineered, yet every aspect of the released model S was designed and engineered AFTER you received the DOE money! Did you lie on your application? - Do your battery packs release toxic and/or cancer causing fumes when they burn? - What was your relationship with Eric Strickland, the head of the National Highway Transportation safety agency who quit his job 48 hours after being notified that the Tesla report he knew about was going public? - Did you falsify lithium-ion safety reports? - Bernard Tse, your battery program director, and 7 other senior staff, provided your company with numerous severely concerning lithium-ion safety reports which were never presented to the Department of Energy. Were these matters covered up because the Senators and Investors of Google and Tesla all have ownership interest in the lithium-ion industry? - Has Elon Musk ever spied on his own employees and competitors? - Has Elon Musk ever undertaken sabotage programs against his competitors? - Did your SEC filings use tax credits from the White House to make Tesla look like it had profits? - Did Elon Musk actually found Tesla or did Martin Eberhard found Tesla and Elon Musk then came in later and stole it from him in a

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

hostile takeover? - You said their were no chances of fire yet you have had two recalls in order to install fire prevention systems AFTER there were fires. Why is that? - What was Tesla's debt ratio at the time that Tesla applied for the DOE loan? Why do you think Tesla had the worse debt ratio of any applicant yet Tesla was awarded funds with almost no review? - Why has Tesla spent billions, and a decade, to only sell a few cars when all of your competitors have done 20 times better on less money and in less time? Why are over 200 technical problems with the car documented online by Tesla owners yet you say nothing about those problems? Why are you being sued for fraud under the Federal ""Lemon Law""? - Why were your cars $100,000.00 over budget PER CAR, at the time of your Department of Energy loan application, yet nobody at the DOE commented about that in their review notes? - Did Steven Chu's senior staff: Matt Rogers and Steven Spinner have any relationship with Tesla-related investors prior to Chu hiring them at the DOE? Was it coincidental that McKinsey Consulting, the company they worked for, produced all of the pitch documents for the White House and Congress, which were used to steer the Federal funds to Tesla Motors? - Was Tesla Motors funded as a gift to campaign investors? - Did you lie about asking the NHTSA to conduct a safety study on your car when, in fact, the NHTSA first asked Tesla for a study after fires were reported? Did you then bribe NHTSA officials to halt the request for an investigation after you plea-bargained to install a ""titanium safety shield"" which, in fact, only solves a small portion of the potentially lethal dangers from your battery pack? Is your battery pack made up of ""non-automotive"" batteries which are being used in the wrong way relative to what they were built for? - Are you trying to build a battery factory not far from Mexico in order to take advantage of Mexican workers? Are you concerned that most battery factory workers in China were poisoned with toxins? Are you concerned that your battery factory will ENCOURAGE immigration abuse and devastate our border? - The founders ex-partners, investors, buyers, suppliers, employees and ex wives have sued Elon Musk for fraud? What does that say about Mr. Musk? - How many of your employees have been burned alive at your factories? Has OSHA ever fined you? - If somebody puts a bunson burner or torch under a Tesla, will it blow up? If hackers hack the easily hacked Tesla, can they make the battery charging system overload and blow up? If so, did you inform the NHTSA of this in writing? When? - Did California State Officials, in Sacramento, California, ever manipulate tax laws and decisions to exclusively benefit Tesla Motors in exchange for perks? - What percentage of your buyers have killed members of the public with their Tesla Vehicles? Why is that number, in relative terms, higher than any other car company? - What percentage of your buyers have crashed their Tesla's while driving drunk, destroying public property, homes and Tesla's?   Why is that number, in relative terms, higher than any other car company? - Have White House staff agreed to protect Tesla, at all costs, in order to keep Mitt Romney's prediction from coming true and to cover campaign funding billionaires? - Did Tesla representatives meet with Rahm Emanual, David Axelrod, David Plouffe or their campaign staff prior to the Election

of President Obama? - Is it not true that you have sold 4000% less cars than you told the U.S. Government, in writing, you would sell by this date, in your DOE application documents? - Why did you switch your factory plans between 5 different cities, during the DOE loan process, when you told everyone that your factory location was already a done deal? - Do your VC investors pump the stock market rating by buying their own Tesla stock when bad news comes out about Tesla in order to create a synthetic cover-story short term stock rise? Would that be considered part of a stock fraud activity? - What is the relationship between Tesla's investors, Google's investors and the VC funds of Richard Blum, Dianne Feinsteins husband

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Any reporter who can get a legitimate set of responses to these very important questions, is encouraged to post those responses"

## Tesla ?Truth Ticket? people are back with Phase 2: PROJECT AXCIOM. Dedicated to making sure every Tesla owner on Earth knows the truth!

"(SOURCE: Public Team) Remember the ?Tesla Truth Tickets?? Now, every Tesla owner in the world can, shortly, expect to get the following email, snail-mail letter or notice:    ?TESLA?S HAVE BEEN PROVEN TO HAVE BEEN FOUNDED BY ORGANIZED CRIME-CLASS BRIBES AND CORRUPTION IN ORDER TO SELL CANCER-CAUSING LITHIUM ION BATTERIES OWNED BY CAMPAIGN INVESTORS. BY DRIVING THAT CAR; YOU SUPPORT CRIME, ENVIRONMENTAL POISONING AND PSYCHOTIC POWER-MAD BILLIONAIRES! THE BRIBES ARE PROVEN. THE CANCER CAUSING EFFECTS OF THE CHEMICALS IN LITHIUM ION BATTERIES IS PROVEN. THE TOXIC NATURE OF THE BUILDING THAT CAR IS PROVEN.? ?THIS IS YOUR TESLA MOTORS INTERVENTION: BORN IN BRIBES AND CORRUPTION, FORGED IN FIRES, AND MORE FIRES, AND STILL MORE FIRES AND SOME EXPLOSIONS, THE TOXIC TESLA CRIME-MOBILE THAT YOU ARE DRIVING IS FULL OF LIES AND CANCER CAUSING MATERIAL. WE WANTED YOU TO KNOW THAT THE LOOK ON PEOPLE?S FACES, WHEN YOU DRIVE BY, MAY NOT BE ENVY BUT, RATHER: DISGUST! BRIBED: 5 Senators, 8 Senior Agency Staff and 2 White House Staff. Why do ?YOU? want to be a part of that? Let?s examine the facts and details?? The email goes on at great, and forensic, length. Some of the people involved have worked at Tesla and claim to have witnessed: ?Organized crime on a first hand basis.? Two members have subscriptions to the Axciom Privacy Abuse database. They thought: ?hmmm, why not use something evil for good purposes by helping to inform, and save, hapless Tesla owners who got screwed during the information Green-wash!? Members found out that major media outlet owners (Engadget, Google, AUTOBLOG GREEN, Gizmodo, Jalopnik, etc.) had stock in the Tesla and battery cartels and, thus, covered up the first investigation results. They want to clean the market more completely than an email ?accident? on an IRS Hard Drive. Does that sound like a big project? It isn?t! After nearly a decade and billions of dollars of your tax money, Tesla has only sold .5% of the cars that their competing electric, or gas cars have sold for the same investments in time and dollars. Nobody wants a Tesla except Tesla?s investors and douche-bag surgeons who then crash them and kill people. So, relatively speaking, there are not that many people to hunt down. TINA S- FREMONT, CA"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Lemon Law King sues Tesla Motors

Apr 7, 2014 thoughts on Lemon Law Kingsues Tesla MotorsHave FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM by TESLA!"

somosnark.wordpress.com/2014/04/07/lemon-law-king-sues-tesla-motors/ ?

## Multiple Fraud and Malfeasance Lawsuits Against Tesla | SNARK

"Active Tesla Fraud-Related Lawsuit Countdown Score-Card ? Dowd Tesla Fraud LLP. ? Levi & Korsinsky, LLP Investor Class Action Against Tesla Motors."

boycotttesla.wordpress.com/ investigations/ the-tesla-investigation/ investigating-tesla-motors/ fraud-and-malfeasance-lawsuits-against-tesla/ ?

## SNARK | FACT-SWARMING

?Lemon Law King? sues Tesla Motors for crappy cars and cover-ups!!!! Tesla ?. DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY  ?

boycotttesla.wordpress.com ?

## Tesla Motors Inc, TSLA Securities Fraud  Class Actions

"Dec 16, 2013 ? San Francisco, CA: A securities class action lawsuit has been filed in the United States District Court for the Northern District of California on

http://www.bigclassaction.com/lawsuit/tesla-motors-inc-tsla-securities.php ?

## New Mexico developer suing Tesla over lost electric car factory

"Jul 31, 2012 ? Remember back in 2008 when electric car maker Tesla Motors changed ? has now filed a law suit against Tesla for fraud, breach of contract,

http://www.gigaom.com/ 2012/ 07/ 31/ new-mexico-developer-suing-tesla-over-lost-electric-car-factory/ ?

## TESLA Fraud Lawsuit

Wisconsin Attorney Vince Megna filed a lawsuit against Tesla Motors this ? site was suing for posting fraudulent reviews on behalf of 25 car dealers nationwide.

http://www.fi-magazine.com/news/list/tag/lawsuit.aspx ?

THE BOOK OF TESLA. Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## TESLA Lawsuits for fraud and abuse

"Jul 8, 2014 ? Tesla Co-Founder Eberhard Sues Elon Musk, Tesla. ?. Did Tesla Motors participate in a market rigging scam to rig lithium ion ? back with free

https://somosnark.wordpress.com/tag/tesla-motors/ ?

## Tesla Sued Over New Mexico Model S Factory That Never Was

"Aug 1, 2012 ? Tesla Motors? decision to purchase the former NUMMI automotive ? against Tesla for fraud, breach of contract, negligent misrepresentation and

http://www.greencarreports.com/ news/ 1078139_tesla-sued-over-new-mexico-model-s-factory-that-never-was ?

## TESLA is a "Lemon"

Wisconsin Attorney Vince Megna filed a lawsuit against Tesla Motors this ? site was suing for posting fraudulent reviews on behalf of 25 car dealers nationwide.

http://www.autodealermonthly.com/news/list/tag/lawsuit.aspx ?

## Snopes Misses on Story of Collusion Between Sen. Feinstein and Tesla

"May 31, 2013 ... You are here: HomeU.S. NewsCrimeSnopes Misses on Story of Collusion ... Why , the husband of Senator Dianne Feinstein, that's who! What a  ... www.thenewamerican.com/ usnews/ crime/ item/ 15579-snopes-misses-larger-story-on-sales-of-post-offices-by-californ ia-sen-feinstein-s-husband-s-company

## Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...

"Nov 8, 2013 ... Dianne Feinstein's Fake Surveillance Reform Bill ... enforcement from digging through massive NSA databases for evidence of criminal activity. https://www.aclu.org/ blog/ national-security/ dianne-feinsteins-fake-surveillance-reform-bill

## Dianne Feinstein and the NSA vs James Madison | Tenth ...

"Oct 25, 2013 ... But, I will give you some tools to resist these criminals ? without relying on people like Dianne Feinstein to do the right thing. Which, by the way,  ... www.tenthamendmentcenter.com/ 2013/ 10/ 25/ dianne-feinstein-and-the-nsa-vs-james-madison/

## An Open Letter to Dianne Feinstein, Head of the Senate Intelligence ..."

"Jun 8, 2013 ... Matthew Aikins on war crimes in Afghanistan ... An Open Letter to Dianne Feinstein, Head of

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

the Senate Intelligence Committee. by Norman  ... original.antiwar.com/ solomon/ 2013/ 06/ 07/ an-open-letter-to-dianne-feinstein-head-of-the-senate-intelligence-co mmittee/

 snopes.com: Senator Dianne Feinstein: 'All Vets Are Mentally Ill'?

 "Apr 9, 2013 ... Did Dianne Feinstein say that 'All vets are mentally ill and the ... covered by the National Instant Criminal Background Check System or NICS. www.snopes.com/politics/guns/feinstein.asp

## A Comment about the history of dual citizen, Dianne Feinstein ..."

 "Aug 5, 2013 ... 1 Dianne Feinstein has funneled over 1 billion in contracts to her ... appropriations subcommittee because of her criminal acts but is still head of  ... jhaines6.wordpress.com/ 2013/ 08/ 05/ a-comment-about-the-history-of-dual-citizen-dianne-feinstein-thanks-t o-n/

## Senile Dianne Feinstein's Surreptitious Desert Wilderness ...

 "Jan 9, 2013 ... Senator Dianne Feinstein: ?The Modern Jesse James? Congress should be convening a criminal investigation. There is no doubt in my mind  ... www.politicalvelcraft.org/ 2013/ 01/ 09/ senile-dianne-feinsteins-surreptitious-desert-wilderness-protection-a ct-to-block-gold-mining-agenda-21-shutting-down-the-united-states-gol d-mining-bidens-anti-coal-obamas-anti-oil/

## Senator Dianne Feinstein continues blatantly lying about ...

 "Dec 1, 2013 ... California Senator Dianne Feinstein simply can't help herself, and ... Real criminals aren't affected by background checks that are done by  ... www.bearingarms.com/ senator-dianne-feinstein-continues-blatantly-lying-about-background-c hecks/

## Sen. Dianne Feinstein's Gun Control Alchemy | Online Library of ...

 "Jan 6, 2013 ... If you check Open Secrets, you will see that Dianne Feinstein took over ... Violent crime in the U.S. is currently at near historic low levels. www.libertylawsite.org/ 2013/ 01/ 06/ sen-dianne-feinsteins-gun-control-alchemy/

## Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...

 "Nov 8, 2013 ... Dianne Feinstein's Fake Surveillance Reform Bill ... enforcement from digging through massive NSA databases for evidence of criminal activity. https://www.aclu.org/ blog/ national-security/ dianne-feinsteins-fake-surveillance-reform-bill

## Wicked Witch of the West Dianne Feinstein - Government Propaganda

 The petition to Charge the Wicked Witch Dianne Feinstein with treason is gaining ground. I would not hold your breath on this as the criminal that occupies the  ... www.government-propaganda.com/wicked_witch-of-the-west-feinstein.html -

THE BOOK OF TESLA. Copyright, per original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Senator Dianne Feinstein - That's My Congress

"Dianne Feinstein [D, CA] for the 112th Congress of 2011-2012, including a recent ... for years without the need of arbitrary imprisonment without criminal charge. www.thatsmycongress.com/senate/senFeinsteinCA112.html

# White House To Stop Spying on Allies, Dianne Feinstein Promises ..."

"Oct 28, 2013... to Dianne Feinstein, chair of the Senate Intelligence Committee and an NSA supporter, ... It's a War Criminal policy supported by both parties. www.zerohedge.com/ news/ 2013-10-28/ white-house-stop-spying-allies-dianne-feinstein-promises

# Question: Will Dianne Feinstein Investigate Her Own Leak Of ...

"Sep 27, 2013 ... Question: Will Dianne Feinstein Investigate Her Own Leak Of Classified Info? ... It does not seem to matter what crimes supporters commit. www.techdirt.com/articles/20130927/16020924681/

# Dianne Feinstein's gun control theater - Conservative News

"Jan 24, 2013 ... Dianne Feinstein (D-Calif.) unveiled her ?assault ... Have there been a lot of criminal assaults with belt-fed firearms lately? Enter email for alerts  ... www.humanevents.com/2013/01/24/dianne-feinsteins-gun-control-theater/

# Dianne Feinstein Hates You And Everyone You Care About | Redstate

"I don't know what I did to make Dianne Feinstein hate me, but she really does. .... pool shock, red chemicals-that-are-apparently-war-crimes-when-white, and,  ... archive.redstate.com/ stories/ policy/ dianne_feinstein_hates_you_and_everyone_you_care_about

# Dianne Feinstein to make 1 BILLION DOLLARS off US Postal ...

"He just happens to be Dianne Feinstein's husband. The criminals are in control of the world, they make and run the world. They keep getting  ... www.abovetopsecret.com/forum/thread980653/pg1

# Sen. Feinstein's Proposed Bill Would Incriminate Anyone Speaking ...

"Oct 22, 2013 ... We've seen that Michael Chertoff was the DOJ head of criminal .... http://gawker. com/dianne-feinstein-cant-come-up-with-one-good-defense-of-  ... www.thestateweekly.com/ sen-feinsteins-proposed-bill-would-incriminate-anyone-speaking-agains t-nsas-spying-and-courts/

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Articles about Dianne Feinstein - Los Angeles Times

"Re ""Hero or criminal?,"" Editorial, June 11, and ""Analyst admits to cyber-spying leaks,"" June 10 Senate Intelligence Committee head Dianne Feinstein (D-Calif.)   ... articles.latimes.com/keyword/dianne-feinstein

## Sen. Feinstein wants Glenn Greenwald prosecuted - Lawyers, Guns ..."

"Jun 9, 2013 ... Senator Dianne Feinstein, chairwoman of the Senate intelligence ... who appeared earlier on the program, was asked about the criminal report  ... www.lawyersgunsmoneyblog.com/ 2013/ 06/ sen-feinstein-wants-glenn-greenwald-prosecuted

## Dianne Feinstein Delivers Postal Profits to Hubby - Townhall Finance

"Nov 4, 2013 ... Dianne Feinstein Delivers Postal Profits to Hubby - Bill Tatro ... Federal law exempting elected federal officials from civil and criminal liability for  ... finance.townhall.com/ columnists/ billtatro/ 2013/ 11/ 04/ dianne-feinstein-delivers-postal-profits-to-hubby-n1735565

## Daily Kos: NSA spying scandal: Even Dianne Feinstein finally is ...

"Oct 28, 2013 ... When the surveillance state has lost Dianne Feinstein . ..... committee, and then putting a documented perjurer and known criminal to head it. www.dailykos.com/ story/ 2013/ 10/ 28/ 1251371/ -NSA-spying-scandal-Even-Dianne-Feinstein-finally-is-outraged-and-dem anding-answers

## U.S Senator Dianne Feinstein's Husband Selling Post Offices to ...

It called the public relations office at the Postal Service to learn that Feinstein did not secure ?a sweet deal? for CBRE. And FactCheck talked to Feinstein's press  ... www.projectcensored.org/ u-s-senator-dianne-feinsteins-husband-selling-post-offices-friends/ -

## snopes.com: CBRE/Richard Blum and USPS

"Oct 23, 2013 ... Does the husband of Senator Dianne Feinstein chair a company that brokers sales of USPS facilities? www.snopes.com/politics/business/blum.asp

## EXCLUSIVE: Senator's husband's firm cashes in on crisis ...

"Apr 21, 2009 ... Dianne Feinstein introduced legislation earlier this year to route $25 billion ... The shares were purchased for the going price of $3.77; CBRE's  ... www.washingtontimes.com/ news/ 2009/ apr/ 21/ senate-husbands-firm-cashes-in-on-crisis/ ?page=all

## How Dianne Feinstein's Husband Sells Post Office Real Estate to ...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Sep 25, 2013 ... CBRE is also charged with appraising the fair market value of these properties ... Dianne Feinstein is one of the most shameless, authoritarian, ... www.libertyblitzkrieg.com/ 2013/ 09/ 25/ how-dianne-feinsteins-husband-sells-post-office-real-estate-to-his-fr iends-on-the-cheap/

## Dianne Feinstein Still Dogged by Allegations of Conflicts of Interest

"Jun 6, 2012 ... Specifically, for at least 15 years, Feinstein has appeared to support ... stock, and another $1.3M-$4M from CB Richard Ellis, a global real estate  ... www.breitbart.com/ Big-Government/ 2012/ 06/ 06/ Dianne-Feinstein-Still-Dogged-by-Allegations-of-Conflicts-of-Interest

## Letter to Senator Dianne Feinstein | The Nader PageThe Nader Page

"Oct 10, 2013 ... Letter to Senator Dianne Feinstein ... Dear Senator Feinstein, ... C.B. Richard Ellis Group, Inc. (CBRE), the company chaired by your husband,  ... www.nader.org/2013/10/10/letter-senator-dianne-feinstein/

## Sen. Diane Feinstein's Husband Selling Post Offices to Cronies on ...

"Sep 25, 2013 ... Diane Feinstein, Richard Blum, is feeding at the Postal Service privatization trough. Blum is the chairman of C.B. Richard Ellis (CBRE) which  ... www.truth-out.org/ news/ item/ 19042-senator-diane-feinsteins-husband-selling-post-offices-to-cronie s-on-the-cheap

## Sen. Dianne Feinstein Caught in a Conflict of Interest? - Yahoo Voices

"Jan 13, 2013 ... Most of the citizens served by those four thousand post offices soon to be for sale think Dianne Feinstein's wifely relationship to CBRE's  ... voices.yahoo.com/ sen-dianne-feinstein-caught-conflict-interest-11970899.html

## Sen. Dianne Feinstein's Husband Selling Post Offices to His Friends ...

"Nov 8, 2013 ... Dianne Feinstein has never been a favorite Senator of mine. ... CBRE appears to have repeatedly violated its contractual duty to sell postal  ... leisureguy.wordpress.com/ 2013/ 11/ 08/ sen-dianne-feinsteins-husband-selling-post-offices-to-his-friends-che ap/

## Privatization Nightmare: Sen. Dianne Feinstein's Husband Selling ...

"Oct 30, 2013 ... Dianne Feinstein's Husband Selling Post Offices to His Friends, Cheap ... CBRE has sold valuable postal properties to developers at prices that  ... www.alternet.org/economy/post-office-and-privatization

## Ralph Nader writes Senator Feinstein on potential conflict of interest ...

"Oct 2, 2013... Ralph Nader has written to Senator Dianne Feinstein to express his ... of the contact between CBRE and the USPS to sell postal properties. www.savethepostoffice.com/ ralph-nader-writes-senator-feinstein-

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

potential-conflict-interest-cbre s-sale-post-offices

## Feinstein routes government money to firm doing business with ...

"Apr 21, 2009 ... The Washington Times reports that Senator Dianne Feinstein (D-CA) ... The shares were purchased for the going price of $3.77; CBRE's stock  ... www.hotair.com/ archives/ 2009/ 04/ 21/ feinstein-routes-government-money-to-firm-doing-business-with-husband /

## Nader to Feinstein: Stop the USPS Sell Off - Corporate Crime Reporter

"Oct 5, 2013 ... Investigative journalist Richard Byrne has dug into CBRE's and ... titled: Going Postal: U.S. Senator Dianne Feinstein's Husband Sells Post  ... www.corporatecrimereporter.com/news/200/nadertofeinstein10052013/

## Senator Feinstein's Husband Stands to Make Millions from USPS ...

"Jun 4, 2013 ... Senator Dianne Feinstein has long been accused of corruption and ... 2011 when the Post Office awarded the CBRE Group Inc. a contract to be  ... www.blacklistednews.com/ Senator_Feinstein %E2%80%99s_Husband_Stands_to_Make_Millions_from_USPS _Contract/ 26454/ 0/ 38/ 38/ Y/ M.html

## Daily Kos: Selling off the Post Office: Berkeley calls out Richard Blum

"Dec 1, 2012 ... CBRE advises the USPS on what properties to sell. ... Montgomery Street to One Post Street, the office of California Senator Dianne Feinstein. www.dailykos.com/ story/ 2012/ 12/ 01/ 1165912/ -Selling-off-the-Post-Office-Berkeley-calls-out-Richard-Blum

## Activist Post: Keeping It In the Family: Senator Feinstein's Husband ...

"Jun 4, 2013 ... Senator Dianne Feinstein has long been accused of corruption and ... 2011 when the Post Office awarded the CBRE Group Inc. a contract to be  ... www.activistpost.com/ 2013/ 06/ keeping-it-in-family-senator-feinsteins.html

## Anatomy of A Civic Corruption Case- San Francisco- The Bridge To Sin and Dianne Feinstein's Benefactor

Part 1- The Golden Days

"See how the Golden Gate Bridge and a little bridge between two buildings at Embarcadero Center connected to an organized crime and child sex abuse ring for billionaires in A billion dollar real estate political kickback scam, by San Francisco ""elites"", to create an owned and controlled Senator. Interesting that one has posted pictures of them-self dancing and hugging very young girls on Facebook, one was arrested and indicted for running an

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

underage prostitution ring for billionaire campaign backers and San Francisco ""elites"", One (A senior public official) had their daughter removed from their home by the police because she was sexually abused (Police reports available) and one was charged with hiring underage prostitutes. "

 "You would think it would be hard to be indicted for BOTH running a child prostitution ring for Pacific Heights billionaires AND helping to embezzle government funds for Moscone Convention Center AND Embarcadero Center but one managed to do both, on behalf of the others. James Bronkema was known as David Rockefeller's ""Bag Man"" on the West Coast. He looked exactly like the greedy little ""Monopoly Man"" Billionaire on the game-board and even sported the same mustache and vest just to make the point that he was not only corrupt, he was BAD ASS CORRUPT and he would get the Rockefellers on your ass if you messed with him! [caption id=""attachment_10753"" align=""aligncenter"" width=""449""] ""Bronk""When a real estate or political policy action needed to be greased, Bronkema or Coblentz showed up with the cash for the Supervisors, inspectors and public policy-types. Bronkema was one of the creators of ""Flower"" and ran the cash into John Molinari's Mayoral campaign. He put his girl-friends in executive city jobs as payoff for services rendered. Their hope was to move Molinari from Mayor, to Senator to Governor and on up... but that didn't work out....... when the FBI showed up on some doorsteps. [caption id=""attachment_10796"" align=""aligncenter"" width=""150""] James BronkemaBronkema ran the Business Bureau, The Golden Gate Bridge, Embarcadero Center and Rockre, a ""private business operations group"" for the Rockefellers. He funneled kickbacks, crony deals and special favors from San Rafael to Oakland to City Hall. When his manipulations went international, he cooked his own goose. [caption id=""attachment_10793"" align=""aligncenter"" width=""150""] John Molinari ""Old School""They got a different party to play Senator and Molinari was forgotten but not forgiven for his false campaign district address, tax form creativity and family police incidents. A bug was placed in Molinari's Classic Jaguar and feds got quite a bit of dirt on old-school San Francisco corruption off of Molinari's North Beach idle chatter. Molinari then turned State's evidence. Once Molinari ate it in the elections, they plowed all of the cash into Feinstein. A key associate (Goudie, aligned with Molinari) was a top Presidential appointee and campaign funder who was arrested and indicted for federal funds fraud in the Christopher Columbus Scandal which emulated the Golden Gate Bridge Scandal with the same consultants. (Check out his old Facebook page)."

# CHRISTOPHER COLUMBUS AND THE MOBSTERS: The Bad Guys behind Feinstein's cash

 "In a special event scam, that Molionari and Bronkema schemed up, (that was a bigger Disaster than the recent SF America's Cup), quite a bit of taxpayer cash went sideways. Said Marin County activist, Gene Pratt: ""The Golden Gate Bridge District is a bunch of Crooks"" [caption id=""attachment_10790"" align=""aligncenter"" width=""150""] TERRY SELLARDS: The PitchManThe new Silicon Valley Prostitution cases have opened up the Old San Francisco child prostitution cases, as girls reveal decades of abuse and finally tell reporters what really happened back then. Which Silicon Valley and SF Venture Capitalists, who you see quoted in the news lately, were founders of ""Flower"" the top secret San Francisco underage sex ring for billionaires , held in the billionaires hotels so surveillance security could be totally controlled, (With SF, NYC and Silicon Valley Branches), which is, apparently, still operating? Why are they so excited about all of the underage girls coming over the border in the Mexican child border crisis?   Why are Silicon Valley CEO's and VC's so supportive of

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

""child Immigrants""? Paying a bribe for real estate exclusives was often done with cash and hookers, known as ""pink cash"" in SF. Why was NAMBLA allowed to thrive in San Francisco at the time, Including being given San Francisco Public Libraries, On Potrero hill and in other locations, to hold their secret ""how to abuse children"" meetings? (See FBI reports on NAMBLA) Which San Francisco billionaire VC, in the news lately for other reasons, has a regular weekly appointment to have six nude girls come over and read him books from his library while he pleasures himself? Which one is under investigation regarding a murder and an attempted murder? Which one ordered a ""hit"" on someone? Part of Kubrick's film: ""Eyes Wide Shut"" was based on ""Flower"". The cost for a young virgin started at $50,000.00. Taking her virginity was called: ""picking a flower"". Run all of the names on your database and draw the financial, business and personal connections and see how interesting this case REALLY is! Who was the bigger real estate guru: Blum, Rockefeller or Shorenstein? What do Dianne Feinstein, Richard Blum, James Bronkema, Roger Boas, John Molinari and David Rockefeller all have in common? All them reported to WHO? Nobody can now say they ""didn't know what was going on!"" The evidence overtly implicates all of the players. Was there a different reason, than we were told, that Mayor George Moscone was killed? Dan White said he was ""drugged up on Twinkies"", was he drugged up on something else so he could carry out his ""kill orders"" from on high? Who went to federal prison and who didn't? Who ordered the case shut down, but who kept working on it because they thought there was a major cover-up going on? Who took the fall while the others kept on keeping on? Who paid for who's political campaign..and still does? Who pulls who's strings? Who is under 24 hour digital device surveillance by 5 different agencies? (Answer: EVERY SINGLE ONE OF THEM, THEIR FAMILIES AND ASSOCIATES) What is a RICO? What did federal investigators find when they set-up an office in one of the suspects condo buildings across from his office above Chevy's Restaurant? How bad is running a child prostitution ring for the San Francisco elite and Silicon Valley founders? How much, in bribes and corruption, did the exclusive little bridge from one Embarcadero Center to another, over the public road, really cost Boas, Rockefeller, Molinari, Bronkema and Feinstein? Who is still operating as a front for whom? Let's discuss. Send in your links. Watch for the YOUTUBE VIDEO: Anatomy of A Civic Corruption Case and please ask PBS Frontline to pick up the full length version! Please ask City, State and Federal agencies to OFFICIALLY RE-OPEN THIS CASE! TA- Former FB*, Associate Producer/ D- SF Chron, FG, J- Worked with Bruce Brugman, GG, HJK, R- Latimes, Wspo-G, bSpecial thanks to D at Regional Federal Office"

# SAN FRANCISCO'S COLDEST CASE / A cover-up is still suspected ...

"16 Feb 2003 ... ... chief administrative officer under mayors George Moscone and Dianne Feinstein. ... Campaign posters of Boas dotted the city, and a prostitute ... on the brothel operators, Roger Boas and seven other customers, including  ..."

www.sfgate.com/ magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php -

"This bridge broke the camels back and connects, politically and financially, to The Golden Gate Bridge District which was, at the time, operated as a private government for personal profit by the suspects. These is the only real estate project in the City that got this deal...bribes DO work!.... until you get caught! Notice the ""bunker-like"" Compound construction of Embarcadero Center shaped like the Bohemian Club ""Owl Books""[caption id=""attachment_10707"" align=""aligncenter"" width=""1275""] To protect the identity of the abused girl, we will not show the un-blurred form but it, and associated files, can be seen at SFPD, FBI and WIKILEAKS via FOIA[caption id=""attachment_10708"" align=""aligncenter"" width=""694""] The complexities of sex party and secret meeting hiding[caption id=""attachment_10709"" align=""aligncenter"" width=""529""] When you make a chart of all of these people and their political, personal and business connections, almost everything is revealed . /

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Says David: """The greatest fun you will ever have, in your life, is dropping these names into a Federal Cross-Checker, like XKEYSCORE, FCCPS, or NCVS, and watching the results! Afterwards, add ""Feinstein"", or ""Saxeena"", and try it again. Wow! Epic!""David T. is a Federal Special Investigator. Says David: ""The greatest fun you will ever have, in your life, is dropping these names into a Federal Cross-Checker, like XKEYSCORE, FCCPS, or NCVS, and watching the results! Afterwards, add ""Feinstein"", or ""Saxeena"", and try it again. Wow! Epic!"" David also stated that: ""John Goudie's (Of Christopher Columbus Anniversary Fame) stand-alone case files, by themselves, are a week of Ludlum-class reading. He was so old-school"" The most interesting lines of connection in the organized crime databases go from David Rockefeller to Tony Blair To Rakesh Saxeena (Tony Blair interceded in Saxeena's trial in England over Blackwater gun running, a case that ties back to Senator Leland Yee's arrest) to Wendy Deng to Rupert Murduch. Said David: ""Sierra Leone is the most out of the way, tiny, sad little country but the mega-billionaires will do anything to get the raw gemstones and mineral ore buried under it..... Rakesh Saxeena is the most dashing, undercover, mysterious, amazing spooky guy you will ever meet in your life. Rockefeller may think he is bad-ass but he is in kindergarten compared to Rakesh. Is he evil, Is he secretly saving countries or secretly destroying them?...hard to say..... Oh, and by the way, The Illuminati never, ever, call themselves ""The Illuminati""...... There are five groups of ""businessmen s clubs"" who get together to plan laws, purchases and contracts that will increase their stock value and profits. They do share common beliefs but not all five share the same beliefs so they are always in a subtle war. From time-to-time some jump ship from one group to another.   It's as simple as that..... They love the myth of the ""Illuminati"" because it creates confusion and disinformation. The ""Illuminati"" are a bullshit myth. The businessmens clubs are the real deal and you can see them at work in the headlines every week. The 'ceremonies' at the Grove and the Masons and the other outfits are simple psychological reinforcement tactics to make them all feel more bonded and ""above it all"". It works."" Goudie was trying to copy the financial skimming scam that the Golden Gate Bridge directors were using for their Golden Gate Bridge Anniversary scheme to fund campaigns and personal hobbies. Goudies business partners ratted him out, though, first claiming he killed his wife, by bludgeoning, to get the attention of the feds. Goudie went to prison but various murder claims never stuck."


**Part 2- The Investigation Deepens**

"Now that key players are either dead, indicted, arrested or otherwise interdicted, the rest of the story can be revealed. Rockefeller and Bronkema came up with a plan to build the downtown version of The Bohemian Grove; A financial district compound which was totally under their control and that could cut off the ""little people"" of the outside world unless they were needed to deliver sandwiches or run errands. All of the Bohemian Grovers and cartel planners could be in the same buildings, keep their girls in the adjacent condo's and it would be one big happy, corrupt, family. You will find, in records searches, that almost everyone from the spooky Bohemian Grove sex and monopoly planning club, also had offices in the Embarcadero Center compound. [caption id=""attachment_10798"" align=""aligncenter"" width=""150""]"

"James BronkemaA walk around San Francisco's Embarcadero Center reveals a Q-Sensitive militaristic facade of concrete bunker-like structures where you can never walk without 3 cameras on you at all times. Metal sign-plates in the ground remind you that you are not in the outside world and that you better watch your P's and Q's. An ideal configuration for a modern version of the Speak-Easy, ready to hide dirty deeds upon a ""Cheese it, The Cops"" internal announcement signal. There is only one way in and one way out for the entries, all carefully guarded and monitored. Bronk, a builder, was trained by the Rockefellers in ""private governments"". He honed his skills running the Golden Gate Bridge, it's own private government suspended in a no-mans land between San Francisco and Marin Counties, but accountable to no one. It was supposed to stop charging tolls once the bridge was paid for but the cash flow from taxpayer to bridge director pockets was so good, they figured, ""why kill the golden cow"". Many bridge directors have now faced the law over ""accounting discrepancies. Bridge Directors are now pretty much under permanent 24 hour digital law enforcement surveillance because they tend to be so naughty. The entire foundation of the house circled on the right was built from stolen Golden Gate Bridge steel, paid for by taxpayers money, and looks right in the window of another Golden Gate Bridge executives home (the house circled on the left).Then the operation moved up. Big Office complexes with their own bridges between buildings (So you never had to interact with the commoners) and fancy hotel chains that were hidden behind

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

layers of trusts, assumed names, holding companies, corporate facades and inter-level contracts were the new private government. This was the perfect layout to evade law enforcement. Not only could you trot parades of hookers in, and out and ditch the video, you could have all kinds of secret sketchy meetings. The Pacific Union Club, (The Original Bohemian Grove Urban Compound) on top of Nob Hill, has a little Victorian house across the street. (next to the parking garage)  from it on California Street. That house has a tunnel under the street to the Pacific Union Club for bringing the Hookers in; according to Tommy, the former car lot attendant. That pales in comparison to the Bronkema/Rockefeller scheme. After each sex party, or sketchy meeting, they would order all of the security cameras to have a Lois Lerner-like hard drive crash. They believed this destroyed all of the evidence. They controlled all of the buildings and all of the security, they could do as they please...they thought. Some former security guards saw the profit potential in hanging onto some of those tapes and hard-drives before they got wiped. [caption id="" attachment_10791"" align="" aligncenter"" width="" 150""] The GirlfriendThe recent death-by-hooker of the ultra high tech Google executive shows that even the most savvy ultra-rich geeks can't hide from surveillance camera interdiction. The cool thing about cameras is that they turn all audio and video into a signal, the interesting thing about that is that any signal can be intercepted, even before it reaches the security office. Let's repeat: Somebody else can ALWAYS get the signal before it gets to where the bad guys think it is going to go! Private activists now have Bohemian Grove under personal drone surveillance, camera interdiction and, the wilder ones, have pre-climbed Redwood trees, in advance of the retreat, and placed hidden micro-tiny chip cameras high up in the bark of the redwoods... this will be interesting. Surveillance Video Is Forever!But, this was part of the downfall. Those who believe they are immune from the law finally make pretty big mistakes. Their ego and power mania's always bring them down. When Bronk and his Rockre associates started meeting with NGO's, Nigerian Oilfield barons, The notorious Rakesh Saxeena (Look him up) and middle east mining heads; Interpol, GCHQ and all kinds of law enforcement people became interested. To his dying day, James Bronkema denied that he was ""A Bohemian Grove Grand Wizard"", or ""West Coast Grand Master of the Illuminati"" or anything ""creepy or mysterious"". ""I am merely a humble servant to the world's needs"", he said in one of his last communications with a reporter... To be continued... TT- Brugman Team, df- Arn- LATIMES 4, df, FOIA data. Thanks to The Washington Post!!
  topics.wsj.com/person/F/dianne-feinstein/5519


## The Wicked Witch of the West Dianne Feinstein - Government ...


 The petition to Charge the Wicked Witch Dianne Feinstein with treason is gaining ground. I would not hold your breath on this as the criminal that occupies the  ...

  www.governmentpropaganda.net/wicked_witch-of-the-west-feinstein.html http://www.youtube.com/watch?v=35AErgcBoqI
http://www.youtube.com/watch?v=dvupo5wUi18


## Snopes Misses on Story of Collusion Between Sen. Feinstein and ...


 "31 May 2013 ... Feinstein and Husband's Company. Written by Bob Adelmann ... Why, the husband of Senator Dianne Feinstein, that's who! What a bunch of  ..."


 "Bohemian Grove ""Planning Meeting"". Some of the most powerful old white men on Earth are in this photograph. These ARE the kinds of people that have Mayor's assassinated so they can put their Senator's in power... as one theory goes (!)www.thenewamerican.com/ usnews/ crime/ item/ 15579-snopes-misses-larger-story-on-sales-of-post-offices-by-californ ia-sen-feinstein-s-husband-s-company

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

could tip the balance of power on the Board as well as ... White fled the scene as Feinstein entered the office where Milk lay dead.

## 48 Hours Mystery: Who killed Natalie Antonetti? - CBS News

"Call to police from an angry wife blows a decades-old Texas cold case wide open. ... horrible scene,"" Johnny Goudie told CBS News correspondent Tracy Smith."

www.cbsnews.com/news/48-hours-mystery-who-killed-natalie-antonetti/ -

## Columbus Day - Offnews.info | Inteligencia y Seguridad, Terrorismo ... "

"12 Oct 2009 ... The grandiloquently named Christopher Columbus Quincentenary ... Miami developer and Republican fund raiser John Goudie, resigned last  ..."

www.offnews.info/verArticulo.php?contenidoID=18022 -

## '92 Columbus Jubilee Is Mired in Problems - New York Times

"18 Dec 1990 ... The chairman, John N. Goudie, a Republican fund-raiser in Miami, said ... by the Christopher Columbus Quincentenary Jubilee Commission  ..."

www.nytimes.com/ 1990/ 12/ 18/ us/ 92-columbus-jubilee-is-mired-in-problems.html
http://www.youtube.com/watch?v=OT0ogt70Jgk http://www.youtube.com/watch?v=MuothhAstp4
http://www.youtube.com/watch?v=vYpto7CdqP0 http://www.youtube.com/watch?v=OlUi-aq_z_s
http://www.youtube.com/watch?v=Wa_Wo4hbh50

12. Download PDF

"Stephen J. Summerhill and John Alexander Williams, Sinking Columbus: Contested History ... Appalachian State University, headed the Christopher Columbus ... sponsors. Goudie could not even attract support from Hispanic American."

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.learner.org/courses/worldhistory/support/reading_2_3.pdf -


"Results 1 - 50 ... Describes the presumed landing place of Christopher Columbus in the New .... Columbus Quincentenary Jubilee Commission, John Goudie."

connection.ebscohost.com/ tag/ COLUMBUS%252C%2BChristopher%252C%2B1451-1506 -

# Goodbye, Columbus by Garry Wills | The New York Review of Books "

"22 Nov 1990 ... The Conquest of Paradise: Christopher Columbus and the Columbian ... When I interviewed John Goudie in his Florida real estate office,  ..."


# Articles about Dianne Feinstein's Roger Boas - Los Angeles Times

Former San Francisco Chief Administrative Officer Roger Boas was sentenced Friday to three years' ... Ex-S.F. Official Boas Pleads Guilty on Sex Counts.

articles.latimes.com/keyword/roger-boas -


# Former City Official Charged in S.F. Teen-Age Sex Inquiry - Los ...

"5 Oct 1988 ... At the same time, newly unsealed indictments show that 12 others, ... In addition to retired Chief Administrative Officer Roger Boas, 67, charges  ..."

articles.latimes.com/1988-10-05/news/mn-2880_1_city-official -


# SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected ...

"16 Feb 2003 ... The 1980s offered no shortage of criminal activity for Garnier's vice .... grand jury returned indictments on the brothel operators, Roger Boas and  ..."

www.sfgate.com/ magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php -


# Golden Gate Bridge Corruption and Dianne Feinstein - BAY AREA CORRUPTION

"Strauss was indicted July 28 on six counts of fraud, perjury and cover-up charges .... Articles about Roger Boas - Los Angeles Times Ex-S.F. Official Boas  ..."

bayareacorruption.weebly.com/golden-gate-bridge-corruption.html -


# Full text of ""California Democrats' golden era, 1958-1966"" "

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Roger Kent, Building the Democratic Party in California, 1954-1966, 1981. ... and Dianne Feinstein, San Francisco Roger Boas, San Francisco Chuck Bosley,  ..."

www.archive.org/ stream/ calidemsgolden00coperich/ calidemsgolden00coperich_djvu.txt -

## SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected ...

"16 Feb 2003 ... ... chief administrative officer under mayors George Moscone and Dianne Feinstein. ... Campaign posters of Boas dotted the city, and a prostitute ... on the brothel operators, Roger Boas and seven other customers, including  ... Was George Moscone killed because he was going to bust ""Flower""? Was Harvey Milk's death just a distraction cover

www.sfgate.com/ magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php -

## Articles about John Molinari - Los Angeles Times

"John Molinari, 94; Former Justice of State Appellate Court. September 16, 2004 | From ... Agnos in the Nov. 3 primary to succeed Mayor Dianne Feinstein. NEWS  ..."

articles.latimes.com/keyword/john-molinari -

## Divided San Francisco Eyes Election - New York Times

"21 Oct 1987 ... ... Dianne Feinstein, is nearing the end of her eventful term as Mayor. ... one between Supervisor John L. Molinari, a former Republican who is a  ..."

www.nytimes.com/ 1987/ 10/ 21/ us/ divided-san-francisco-eyes-election.html -

## Board of Supervisors : Inauguration

"31 Jan 2014 ... Dianne Feinstein, January 08, 1970. John Molinari, January 08, 1972. Ron Pelosi (Seated) - President of the Board, January 08, 1968. Dorothy  ..."

www.sfbos.org/index.aspx?page=3030 -

## Just learned Diane Feinstein replaced a Mayor back in 70's who was ...

"Diane Feinstein was his political enemy on a coalition that opposed him, ... ""Milk, Silver, and Lau along with John Molinari and Robert Gonzales  ..."

www.godlikeproductions.com/forum1/message2099147/pg1 -

## Usual Suspects - San Francisco's Political Homepage ¯ Board History

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Harry Britt was first appointed in January 1979 by Mayor Dianne Feinstein, succeeding ... John Molinari was elected in 1971, 1975, 1977, 1979, 1980, and 1984."

www.sfusualsuspects.com/elections/board-history/ -

## Encyclopedia of San Francisco

"Roberta Achtenberg, Roger Boas, Harold Dobbs (father of the author of this essay), Dianne Feinstein, Leslie Katz, Barbara Kaufman, Quentin Kopp, Mark Leno,  ..."

www.sfhistoryencyclopedia.com/articles/j/jews3.htm -

## Feinstein City Official Charged in S.F. Teen-Age Sex Inquiry - Los ...

"5 Oct 1988 ... In addition to retired Chief Administrative Officer Roger Boas, 67, ... George R. Moscone and Dianne Feinstein, to serve for a decade as the  ..."

articles.latimes.com/1988-10-05/news/mn-2880_1_city-official -

## Board of Supervisors : Inauguration

"31 Jan 2014 ... Dianne Feinstein - President of the Board, January 08, 1970. John Barbagelata, January 08, 1970. Roger Boas, January 08, 1962. Robert E."

www.sfbos.org/index.aspx?page=3030 -

## MEET THE PLAYERS: STEVEN LAWRENCE RATTNER

Steven Lawrence Rattner

- Under investigation for trading federal funds for votes while senior White House official - Under investigation for battering influence for cash while working in White House - UAW conflicts of interest - Indicted for securities fraud    (born July 5, 1952) is an American financier who served as lead adviser to the Presidential Task Force on the Auto Industry in 2009 for the Obama administration.[1]"

## New York Pension Fund Investigation

"In 2005, Quadrangle made payments to private placement agent Hank Morris to help Quadrangle raise money for its second buyout fund.[13] Morris had come highly recommended to Rattner from U.S. Senator Charles Schumer.[14] Morris was also the chief political advisor to Alan Hevesi, the New York State Comptroller and manager of the New York State Common Retirement Fund (CRF), which invests in many private equity funds. Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

agreed to pay Morris a placement fee of 1.1% of any investments greater than $25 million from the CRF.[15] In 2009, Quadrangle and a dozen other investment firms, including the Carlyle Group, were investigated by the U.S. Securities and Exchange Commission for their hiring of Morris. The SEC viewed the payments as ""kickbacks"" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.[16] Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.[17]"

## Prosecution by Attorney General Cuomo

"The case drew significant media attention when Andrew Cuomo, the New York State Attorney General, demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.[18] Rattner was once a major fundraiser for Democratic Party candidates including Al Gore and Hillary Clinton, but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.[19] In an appearance on the Charlie Rose Show, Rattner asserted that hiring Morris as a placement agent was ""legal then, legal now, and done properly.""[20] He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the ""facts"" of the case and called Cuomo's demands ""close to extortion.""[21] On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.[22] Wikipedia --------------------------------------------------------"

## Dark Money | Mother Jones

Michigan Gov. Rick Snyder Will Shutter His Dark-Money Fund. By. Andy Kroll ... Liberal Group to Fight Dark Money?by raising $40 Million of It. By. Andy Kroll. www.motherjones.com/topics/dark-money -

## Follow the Dark Money | Mother Jones

"""There are two things that are important in politics. The first is money and I can't remember what the second one is.""?Mark Hanna, 19th-century mining tycoon  ... www.motherjones.com/politics/2012/06/history-money-american-elections

## Experts: 'Dark money' here to stay | TheHill

4 days ago ... Treasury's move to limit nonprofit groups is unlikely to drive big donors out into the open. www.thehill.com/ blogs/ ballot-box/ fundraising/ 191537-experts-dark-money-here-to-stay -

## Steven Chu  - The Guy Who Broke Washington

THE BOOK OF TESLA, Copyright, orig.nal author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

12th United States Secretary of Energy
"In office January 21, 2009  ? April 22, 2013"
President                    Barack Obama
Deputy            Daniel Poneman
Preceded by                  Samuel Bodman
Succeeded by                 Ernest Moniz
Personal details
Born              "February 28, 1948 (age  65) St. Louis, Missouri, U.S."
Political party             Democratic[1][2]
Alma mater                   "University of Rochester University of California, Berkeley"
Website           Official website
Steven Chu
Chinese                      ???

Hanyu Pinyin            Zh? D   w,n
[show]Transcriptions

"Steven Chu (Chinese: ???; pinyin: Zh? D   w,n,[3][4][5][6][7] born February 28, 1948[8]) is an American physicist who became the 12th United States Secretary of Energy in 2009. Chu is known for his research at Bell Labs in cooling and trapping of atoms with laser light, which won him the Nobel Prize in Physics in 1997, along with his scientific colleagues Claude Cohen-Tannoudji and William Daniel Phillips.[9] At the time of his appointment as Energy Secretary, he was a professor of physics and molecular and cellular biology at the University of California, Berkeley, and the director of the Lawrence Berkeley National Laboratory, where his research was concerned primarily with the study of biological systems at the single molecule level.[10] Previously, he had been a professor of physics at Stanford University. He is a vocal advocate for more research into renewable energy and nuclear power, arguing that a shift away from fossil fuels is essential to combating climate change.[11][12][13] For example, he has conceived of a global ""glucose economy"", a form of a low-carbon economy, in which glucose from tropical plants is shipped around like oil is today.[14] On February 1, 2013, he announced he would not serve for the President's second term and resigned on April 22, 2013.[15]"

**Contents**

1 Personal life
2 Career and research
3 Energy and climate change
4 Honors and awards
5 Secretary of Energy
6 See also
7 References
8 External links

**Personal life**

"Chu[16] was born in St. Louis, Missouri, with ancestry from Taicang, in Jiangsu,[17] and graduated from Garden City High School.[18] He received both a B.A. in mathematics and a B.S. in physics in 1970 from the University of Rochester. He went on to earn his Ph.D. in physics from the University of California, Berkeley, in 1976, during which he was supported by a National Science Foundation Graduate Research Fellowship.[19] Chu comes from a family of scholars. His father earned an advanced chemical engineering degree at the Massachusetts Institute of Technology and taught at Washington University in St. Louis and Brooklyn Polytechnic Institute, while his mother studied economics. His maternal grandfather, Dr. Shu-tian Li, earned a Ph.D. degree from Cornell University and his mother's uncle, Li Shu-hua, a physical scientist, studied physics at the Sorbonne before they returned to China.[9] His older brother, Gilbert Chu, is a professor and researcher of biochemistry and medicine at Stanford University. His younger brother, Morgan Chu, is a partner and the former Co-Managing Partner at the law firm Irell & Manella LLP.[20] According to Chu, his two brothers and four

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

cousins earned three M.D.s, four Ph.D.s, and a J.D. among them. In 1997, he married Jean Fetter, a British American and an Oxford-trained physicist.[16] He has two sons, Geoffrey and Michael, from a previous marriage to Lisa Chu-Thielbar.[9] Beside his scientific career, Chu has also developed interest in various sports, including baseball, swimming and cycling. He taught himself tennis by reading a book in the eighth grade, and was a second-string substitute for the school team for three years. He also taught himself how to pole vault using bamboo poles obtained from the local carpet store.[9] Chu said he never learned to speak Chinese because his parents always talked to him and his brothers in English, although he said (in 1997) that he was trying to learn Mandarin, believing that if he could stay in China for ""at least six months"", he would become fluent.[16]"

## Career and research

  After obtaining his doctorate, Chu remained at Berkeley as a postdoctoral researcher for two years before joining Bell Labs, where he and his several co-workers carried out his Nobel Prize-winning laser cooling work. He left Bell Labs and became a professor of physics at Stanford University in 1987,[9] serving as the chair of its Physics Department from 1990 to 1993 and from 1999 to 2001. While at Stanford, Chu, together with three other professors, initiated the Bio-X program, which focuses on interdisciplinary research in biology and medicine,[21] and played an important role in securing the funding of the Kavli Institute for Particle Astrophysics and Cosmology.[22] In August 2004, Chu was appointed as the director of the Lawrence Berkeley National Laboratory, a U.S. Department of Energy National Laboratory, and joined UC Berkeley's Department of Physics and Department of Molecular and Cell Biology.[23] Under Chu's leadership, the Lawrence Berkeley National Laboratory has been a center of research into biofuels and solar energy technologies.[11] He spearheaded the laboratory's Helios project, an initiative to develop methods of harnessing solar power as a source of renewable energy for transportation.[23] Chu's early research focused on atomic physics by developing laser cooling techniques and the magneto-optical trapping of atoms using lasers. He and his co-workers at Bell Labs developed a method of cooling atoms by employing six laser beams opposed in pairs and arranged in three directions at right angles to each other. Trapping atoms with this method allows scientists to study individual atoms with great accuracy. Additionally, the technique can be used to construct an atomic clock with great precision.[24] While at Stanford, Chu's research interests expanded into biological physics and polymer physics at the single molecular level. In the field of biological physics, he studied enzyme activity and protein and RNA folding using techniques such as fluorescence resonance energy transfer, atomic force microscopy, and optical tweezers. Chu's research in polymer physics made use of individual molecules of DNA to study polymer dynamics and phase transitions associated with these dynamics. He further continued his research in atomic physics as well, developing new methods of laser cooling and trapping.[25]"

## Energy and climate change

  "Chu has been a vocal advocate for more research into renewable energy and nuclear power, arguing that a shift away from fossil fuels is essential to combat climate change and global warming.[11][12][13] He also spoke at the 2009 and 2011 National Science Bowl about the importance of America's science students, emphasizing their future role in environmental planning and global initiative. Chu said that a typical coal power plant emits 100 times more radiation than a nuclear power plant.[26] Chu warns that global warming could wipe out California farms within the century.[27] He has joined the Copenhagen Climate Council,[28] an international collaboration between business and science, established to create momentum for the 2009 United Nations Climate Change Conference in Copenhagen. Chu was instrumental in submitting a winning bid for the Energy Biosciences Institute, a BP-funded $500 million multi-disciplinary collaborative project between UC Berkeley, the Lawrence Berkeley Lab and the University of Illinois. This sparked controversy on the Berkeley campus, where some fear the alliance could harm the school?s reputation for academic integrity.[29][30][31][32] Based partially on his research at UC Berkeley, Chu has speculated that a global ""glucose economy"", a form of a low-carbon economy, could replace the current system. In the future, special varieties of high-glucose plants would be grown in the tropics, processed, and then the chemical would be shipped around like oil is today to other countries. The St. Petersburg Times has stated that Chu's concept ""shows vision on the scale needed to deal with global warming.""[14] Chu has also advocated making the roofs of buildings and the tops of roads around the world white or other light colors, which could possibly reflect a lot of sunlight back into space and significantly mitigate

THE BOOK OF TESLA - Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

global warming. The effect would be, according to Chu, similar to taking every car in the world off the roads for about 11 years.[14] Samuel Thernstrom, a resident fellow at the American Enterprise Institute and co-director of the AEI Geoengineering Project, expressed support in The American and remarked ""Chu has done the nation a service"" since ""the idea has an important role to play in the climate debate.""[33]"

**Honors and awards**

"Steven Chu is a co-winner of the Nobel Prize in Physics in 1997 for the ""development of methods to cool and trap atoms with laser light"", shared with Claude Cohen-Tannoudji and William Daniel Phillips. He is a member of the United States National Academy of Sciences, the American Academy of Arts and Sciences, the American Philosophical Society and the Academia Sinica, and is a foreign member of the Chinese Academy of Sciences and of the Korean Academy of Science and Engineering.[34] He was also awarded the Humboldt Prize by the Alexander von Humboldt Foundation in 1995. Dr. Chu received an honorary doctorate from Boston University when he was the keynote speaker at the 2007 commencement exercises.[35] He is a Senior Fellow of the Design Futures Council.[36] Diablo magazine, based east of Berkeley in Walnut Creek, California, honored Dr. Chu with one of its annual Eco Awards in its April 2009 issue,[37] shortly after he was nominated as energy secretary. Washington University in St. Louis and Harvard University awarded him an honorary doctorate during their 2010 and 2009 commencement exercises, respectively.[38][39] He was awarded an honorary degree from Yale University during its 2010 commencement.[40] He was also awarded an honorary degree from the Polytechnic Institute of New York University, the same institution at which his father taught for several years, during its 2011 commencement.[41] Penn State University awarded him an honorary doctorate during their 2012 commencement exercises.[42]"

**Secretary of Energy**

"Steven Chu meeting with President Barack Obama on February 5, 2009."

"His nomination to be Secretary of Energy was unanimously confirmed by the U.S. Senate on January 20, 2009.[43] On January 21, 2009, Chu was sworn in as Secretary of Energy in the Barack Obama administration. Chu is the first person appointed to the US Cabinet after having won a Nobel Prize.[44] He is also the second Chinese American to be a member of the US Cabinet after Elaine Chao.[45] His scientific work continues, however, including a paper on gravitational redshift published in Nature (463, 926?929) in February 2010[46] and a second one co-authored in July 2010.[47][48] In March 2011 Chu said that federal regulators should not delay approving construction licenses for planned U.S. nuclear power plants because of the Fukushima Daiichi nuclear disaster. ""I think those things can proceed,"" Chu told reporters on Capitol Hill, referring to construction license applications pending at the U.S. Nuclear Regulatory Commission.[49] In August 2011 Chu praised an advisory panel?s report on curbing the environmental risks of natural-gas development. Chu responded to the panel?s report on hydraulic fracturing, the controversial drilling method that is enabling a U.S. gas boom while bringing fears of groundwater contamination. The report called for greater data collection of air and water data, as well as ? rigorous? air pollution standards and mandatory disclosure of chemicals used in the hydraulic fracturing process, among other steps. ?The report ... recommends a range of tools for implementing these measures, including regulation, continuous improvement in best practices by industry, and ongoing research and development,? Chu said in a statement. ?I will be working closely with my colleagues in the Administration to review the recommendations and to chart a path for continued development of this vital energy resource in a safe manner,?

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

he added.[50] On February 1, 2013, Chu announced his intent to resign.[51] In his resignation announcement to Energy Department employees, he warned of the risks of climate change from continued reliance on fossil fuels, and wrote, ""As the saying goes, the Stone Age did not end because we ran out of stones; we transitioned to better solutions."" [52] He resigned on April 22, 2013."

See also

> Government of the United States portal
> Biography portal
> Energy portal
> Asian Americans portal

United States Department of Energy
Timeline of low-temperature technology
Energy policy of the United States

References

1.    Steven Chu's file. PolitiFact. Retrieved on 2012-02-04.
2.    http://www.iwatchnews.org/2012/02/13/8139/four-cabinet-members-willing-help-democratic-super-pacs
"3.    ""???????????? ". SinoVision."
"4.    ""??????? ". Xinhua News Agency."
"5.    ""??????? ??????? ". Sina Corp."
"6.    ""?????????????????? ". Peking University."
"7.    ""????????????? ". National Science Council."
"8.    O'Shea, Jennifer L. (December 30, 2008). ""10 Things You Didn't Know About Steven Chu; Steven Chu is President-elect Obama's pick for energy secretary"". U.S. News & World Report (Kerry F. Dyer). Retrieved December 17, 2012."
"9.    a b c d e Tore Fr„ngsmyr, ed. (1998). ""Steven Chu Autobiography"". The Nobel Prizes 1997. Les Prix Nobel. Stockholm: The Nobel Foundation. Retrieved 2007-06-25."
"10.    ""Dr. Steven Chu, Secretary of Energy"". United States Department of Energy. Retrieved 2009-02-24."
"11.    a b c H. Josef Hebert (2008-12-08). ""Energy secretary pick argues for new fuel sources"". Associated Press. Retrieved 2010-11-09."
"12.    a b Sarah Jane Tribble, 'Nuclear: Dark horse energy alternative,' Oakland Tribune, 2007-06-18."
"13.    a b Directors of DOE National Laboratories (August 2008). ""A Sustainable Energy Future: The Essential Role of Nuclear Energy"". Department of Energy."
"14.    a b c ""A scientist who is on tap, on top"". St. Petersberg Times. July 26, 2009. Retrieved January 10, 2010."
"15.    Dixon, Darius. ""Energy Secretary Steven Chu to resign"". Politico. Retrieved 1 February 2013."
"16.    a b c Bert Eljera (1997-10-23). ""Stanford Professor Steven Chu graduates to the rank of Nobel laureate"". AsianWeek. Retrieved 2008-12-16."
"17.    Brendan John Worrell (2009-07-15). ""Steven Chu: US ready to lead on climate change"". ChinaDaily. Retrieved 2009-07-15."
"18.    Kathleen Kerr (2008-07-16). ""They Began Here"". Newsday. Retrieved 2008-09-17."
"19.    ""Steven Chu, 1997 Nobel Prize in Physics"". NSF-GRF. Retrieved 2009-01-25."
"20.    ""Morgan Chu"". Irell & Manella LLP. Retrieved 2008-12-16."
"21.    ""About Bio-X"". Stanford University. Retrieved 2009-02-27."
"22.    ""Steven Chu named director of Lawrence Berkeley National Laboratory"". Stanford News Service. 2004-06-21. Retrieved 2009-02-24."
"23.    a b Robert Sanders (2008-12-15). ""Obama chooses Nobelist Steven Chu as secretary of energy"". University of California, Berkeley. Retrieved 2009-03-26."
"24.    ""The Nobel Prize in Physics 1997"". Nobel Foundation. 1997-10-15. Retrieved 2009-03-13."
"25.    ""Steven Chu"". University of California, Berkeley. Retrieved 2009-03-26."

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"26.    Steven Chu: ?Coal is My Worst Nightmare?, Wall St. Journal, December 11, 2008"

"27.    Romm, Joe (2009-02-09). ""Steven Chu?s full global warming interview: ""This is a real economic disaster in the making for our children, for your children.""""". Climateprogress.org. Retrieved 2012-01-26."

"28.    ""Councillors: Steven Chu"". Copenhagen Climate Council. Retrieved 2008-12-11."

"29.    Rex Dalton (2007-02-15). ""Berkeley's energy deal with BP sparks unease"". Nature Publishing Group. Retrieved 2008-12-16."

"30.    ""Physicist Searches for Alternative Fuel Technologies"". Public Broadcasting Service. 2007-05-02. Retrieved 2008-12-16."

"31.    Angel Gonzalez (2007-05-14). ""BP Berkeley Venture Means Big Money, Big Controversy"". City of Berkeley, Central Administrative Offices. Retrieved 2008-12-16."

"32.    Goldie Blumenstyk (2007-09-28). ""TV's Take on the Influence of Big Oil"". The Chronicle of Higher Education. Retrieved 2008-12-16."

"33.    Thernstrom, Samuel (June 5, 2009). ""White Makes Right? Steven Chu?s Helpful Idea"". The American. Retrieved January 10, 2010."

"34.    ""MIT World Speakers: Steven Chu"". Massachusetts Institute of Technology. Retrieved 2009-01-13."

"35.    ""Commencement 2007: Address and Honorees"". Boston University. Retrieved 2009-01-25."

36.    Design Futures Council Senior Fellows. di.net

37.    Diablo Eco Awards Diablo Eco Awards. Diablo magazine April 2009

"38.    ""Five to receive honorary degrees"". Washington University."

"39.    ""Ten honorary degrees awarded at Commencement"". Harvard University."

"40.    Finnegan, Leah (2010-05-24). ""Celebs Converge At Yale's Graduation Ceremony (PHOTOS)"". Huffington Post."

41.    http://www.poly.edu/press-release/2011/04/25/us-doe-secretary-steven-chu-speak-nyu-poly-commencement

"42.    ""U.S. Secretary of Energy to speak at May 5 commencement ceremony"". The Pennsylvania State University. Retrieved 2012-04-26."

"43.    Nicholas Johnston (2009-01-20). ""Senate Confirms Seven Obama Nominees, Delays Clinton"". Bloomberg L.P. Retrieved 2009-01-25."

"44.    Jake Tapper (2008-12-11). ""A Nobel Prize Winner in the Cabinet"". ABC News. Retrieved 2009-03-23."

"45.    Sky Canaves (2009-02-26). ""Commerce Nominee a Locke In China"". The Wall Street Journal. Retrieved 2009-03-23."

"46.    M ller, Holger; Peters, Achim; Chu, Steven (2010). ""A precision measurement of the gravitational redshift by the interference of matter waves"". Nature 463 (7283): 926?9. Bibcode:2010Natur.463..926M. doi:10.1038/nature08776. PMID  20164925. According to Nature he worked on this ""during nights, weekends and on planes ? after putting in 70?80 hours a week as energy secretary"""

"47.    Borenstein, Seth (2010-07-07). ""Energy secretary's hobby is nano science"". MSNBC. Associated Press. Retrieved 2010-07-12."

"48.    Pertsinidis, Alexandros; Yunxiang Zhang, Steven Chu (2010). ""Subnanometre single-molecule localization, registration and distance measurements"". Nature. advance 466 (7306): 647?51. Bibcode:2010Natur.466..647P. doi:10.1038/nature09163. PMID  20613725. "

"49.    ""Japan crisis should not delay new U.S. reactors: Chu"". Reuters. 2011-03-15."

"50.    Geman, Ben (2011-08-18). ""Chu vows to ?chart a path? for safe gas drilling"". Thehill.com. Retrieved 2012-01-26."

"51.    ""Energy Secretary Steven Chu to resign"". Politico. Retrieved 1 February 2013."

"52.    ""Letter from Secretary Steven Chu to Energy Department Employees"". energy.gov. Retrieved 17 November 2013."


External links

Wikiquote has a collection of quotations related to: Steven Chu
Wikimedia Commons has media related to Steven Chu.


Secretary of Energy Steven Chu at United States Department of Energy

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"The Nobel Prize in Physics 1997 from Nobel Prize with biography, lecture, diploma, photos, symposia and links"

Bio from Lawrence Berkeley National Laboratory

"Energy@Berkeley: Solutions for Global Warming, Berkeley University, November 13, 2007 includes link to event on YouTube"

"BP Makes Berkeley World Center for Biofuels press release on the BP collaboration February 16, 2007"

"Alternative Energy Sources March 28, 2005, Chu's PowerPoint presentation"

Boulder?s physicists give Chu thumbs-up Article on other Nobel laureates' reactions to Chu as Secretary of Energy

"Biography and Bibliographic Resources, from the Office of Scientific and Technical Information, United States Department of Energy"

UCTV Programs with Steven Chu

Physics Meets Biology

Berkeley's Nobel Tradition

Holding on to Atoms and Molecules with Lasers: Laser Cooling ? From Atomic Clocks to Watching Biomolecules Move

What Can Physics Say About Life?

"Conversations with History: A Scientist's Random Walk, with Steven Chu"

Bio and personal page from Stanford University Department of Physics

"Steven Chu: Uncovering the secret life of molecules from Stanford [Online] Report (July 16, 1997)"

"Chu's biophysics research group at University of California, Berkeley"

"Growing energy: Berkeley Lab's Steve Chu on what termite guts have to do with global warming from UC Berkeley News (September 30, 2005)"

"Chu's lecture on the Helios Project for renewable energy on YouTube March 12, 2008"

"""Climate Disasters a 'Significant Possibility' Interview with Steve Chu at Copenhagen Climate Council, November 3, 2008."

"Interview with Steven Chu from ""Growing Energy"" from the PBS series eý energy"

Appearances on C-SPAN

Steven Chu at the Internet Movie Database

Steven Chu collected news and commentary at The Washington Post

Steven Chu at the Notable Names Database

Steven Chu collected news and commentary at The New York Times

"Interview, April 19, 2009"

"""Weird Little Bacteria"" in Our Energy Future by Steven Chu in April 16, 2012 Scientific American"

Works by or about Steven Chu in libraries (WorldCat catalog)

--------------------------------------------------------------------------

## Geek Out Live With Rush Holt Town Hall | Crooks and Liars

"Jul 30, 2013 ... Steven Chu, former U.S. Secretary of Energy and Nobel laureate in physics. Bonnie Bassler, chair, Department of Molecular Biology, Princeton  ..."

www.crooksandliars.com/ john-amato/ Geek-Out-Live-With-Rush-Holt-Town-all -

## *Chu stepping down: ?I came with dreams and am leaving with a set ...*

"Feb 1, 2013 ... Energy Secretary Steven Chu will be leaving his post, the White House confirmed Friday, exiting the ... This crook should be in Gitmo."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.hotair.com/ archives/ 2013/ 02/ 01/ chu-stepping-down-i-came-with-dreams-and-am-leaving-with-a-set-of-acc omplishments/ -

## Energy Secretary Chu Tries to Walk Back His Desire for Higher Gas ...

"Mar 13, 2012 ... In a stunning round of questioning this afternoon, Energy Secretary Steven Chu said he no longer wishes for gas prices to rise to historic levels,  ..."

blog.heritage.org/ 2012/ 03/ 13/ energy-secretary-chu-tries-to-walk-back-his-desire-for-higher-gas-pri ces/ -

The Absent-Minded Energy Secretary | RealClearPolitics

"Nov 20, 2011 ... You would think that means that Chu is a brainiac who makes shrewd decisions and is ... 9: ""Fundraising support after conditional commitment: Steven Chu visits Solyndra with press ... Clive Crook: Democrats Are Stupid, Too."

www.realclearpolitics.com/ articles/ 2011/ 11/ 20/ the_absent-minded_energy_secretary_112131.html -

Ten Most Wanted Corrupt Politicians - Judicial Watch

": ?The final decisions on Solyndra were mine,? said Secretary of Energy Steven Chu in his testimony before the ..."

www.judicialwatch.org/ press-room/ press-releases/ judicial-watch-announces-list-of-washingtons-ten-most-wanted-corrupt- politicians-for-2012/ -

## Charles Homans: How Steven Chu Lost his Battle with Washington ...

"Jan 25, 2012... went to Denver to collect his nomination, Steven Chu stepped onto a ... Everything that I know about [Chu] is that he is not a corrupt guy."

www.newrepublic.com/ article/ politics/ magazine/ 100037/ steven-chu-energy-obama-solyndra -

## PATRIOT OR TRAITOR | Steven Chu

"May 30, 2013 ... On March 12, 2012, Rep. Darrell Issa's (R-CA) Energy and Oversight Committee exposed the full extent of Chu's incompetence and corruption  ..."

www.patriotortraitor.com/steven-chu/ -

## Most Corrupt Politicians 2012 - YouTube

"Sep 12, 2013 ... Most Corrupt Politicians 2012 ""The final decisions on Solyndra were mine,"" said Secretary of Energy Steven Chu in his testimony before the  ..."

https://www.youtube.com/watch?v=AchEj_BivZg -

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Top 10 ""Most Corrupt"" List Dominated by Obama Administration "

"Jan 3, 2013 ... Judicial Watch, which investigates and prosecutes official corruption, was ... Secretary of Energy Steven Chu, meanwhile, earned his spot  ..."

www.freerepublic.com/focus/f-news/2974754/posts -

# Steven Chu must go - Energy Dept. Disaster - Stand Up America US

"Steven Chu must go ? Energy Dept. Disaster. March 19, 2012 | Filed under Corruption | Posted by SUAadmin ... Steven Chu - Energy Secretary and Obama."

www.standupamericaus.org/ corruption-2/ steven-chu-must-go-energy-dept-disaster/ -

# The Green Corruption Files : Senator Harry Reid's Part in Green ...

"Jul 15, 2012 ... Senator Harry Reid's Part in Green-Energy Crony-Corruption, Part ... Leader Harry Reid (D-NV) and U.S. Secretary of Energy Steven Chu  ..."

greencorruption.blogspot.com/ 2012/ 07/ senator-harry-reids-part-in-green.html -

# Steven Chu | National Legal and Policy Center

"Nov 4, 2013 ... Steven Chu ... under the management of soon-departing Secretary Steven Chu. .... Accomplishments report-corruption.jpg Donate to NLPC  ..."

www.nlpc.org/category/people/steven-chu -

# Michelle Malkin | Summer of Corruption: Obama's billion-dollar ...

"Aug 10, 2010 ... Washington, D.C. ? Today, U.S. Energy Secretary Steven Chu and U.S. Senator Dick Durbin announced the awarding of $1 billion in Recovery  ..."

www.michellemalkin.com/ 2010/ 08/ 10/ summer-of-corruption-obamas-billion-dollar-earmark-for-shady-illinois -energy-boondoggle/ -

# Articles: Solar Energy: Popular but Corrupt - American Thinker

"Mar 15, 2012 ... A former Obama campaign staffer suggested in February, 2011, that DOE Secretary Dr. Steven Chu be fired to counter GOP attacks that surely  ..."

www.americanthinker.com/ 2012/ 03/ no_one_opposes_solar_energy_but_when_subsidies_are_used_for_political _payback.html -

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## House Oversight investigation reveals politics and corruption at the ...

"Nov 1, 2012 ... For a change, he doesn't blame them on George Bush, but instead on Energy Secretary Steven Chu, who is academically gifted, but an  ..."

www.humanevents.com/ 2012/ 11/ 01/ house-oversight-investigation-reveals-politics-and-corruption-at-the-energy-department/ -

## Green Corruption: Department of Energy ?Junk Loans? and ...

"May 1, 2012 ... While the media was ?tripping out? over Energy Secretary Chu giving ... Secretary Steven Chu Stalls Natural Gas Exports ú Green Corruption  ..."

www.epaabuse.com/ 6672/ news/ green-corruption-department-of-energy-junk-loans-and-cronyism-part-on e/ -

## Raymond J. Learsy: Energy Secretary Chu Resigns Leaving Oil ...

"Feb 4, 2013 ... Author, 'Oil and Finance: The Epic Corruption Continues' ... In his letter of resignation from the post of Energy Secretary, Chu characterized his  ..."

www.huffingtonpost.com/ raymond-j-learsy/ energy-secretary-chu-resi_b_2614548.html -

### "*Review - Raymond J. Learsy, Author of Oil & Finance The Epic ...* "

"... former Energy Secretary Steven Chu, Saudi Oil Minister Ali al-Naimi and JP Morgan Chase ... Oil and Finance: The Epic Corruption Continues 2010-2012."

www.raymondlearsy.com/reviews/ -

## Newt Gingrich Calls For Steven Chu To Be Fired Over Solyndra ...

"Oct 4, 2011 ... The long-shot presidential candidate attacked Chu on his website ... into the mismanagement and potential corruption in the loan for Solyndra."

www.huffingtonpost.com/ 2011/ 10/ 04/ newt-gingrich-steven-chu-solyndra_n_995122.html -

## Energy Secretary Steven Chu leaving administration

"Feb 1, 2013 ... Secretary of Energy Steven Chu announced Friday that he was resigning ... Chu, a Nobel Prize winner in physics and former director of the  ..."

www.washingtonpost.com/ blogs/ post-politics/ wp/ 2013/ 02/ 01/ energy-secretary-stephen-chu-leaving-administration/ -

THE BOOK OF TESLA: Copyright, orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Washington's Most Corrupt Politicians - Lubbock Avalanche-Journal

"Jan 2, 2013 ... Secretary of Energy Steven Chu ... Judicial Watch goes into a detailed analysis of the misdeeds of each of the above listed corrupt politicians."

www.lubbockonline.com/ interact/ blog-post/ may/ 2013-01-02/ washington%E2%80%99s-most-corrupt-politicians -

### *"On Solyndra, the buck stops with Secretary Steven Chu - Darren ... "*

"Sep 29, 2011 ... Energy Secretary Steven Chu is taking responsibility for making the final decisions at two critical moments in the rise and fall of Solyndra."

www.politico.com/news/stories/0911/64727.html -

## Another fly drops on Obama's face - Energy Secretary Steven Chu to ...

"Feb 1, 2013 ... The latest is Energy Secretary Steven Chu who today announced he will ... http:// www.corruptioneruption.blogspot.com/ Laura StraightUp."

www.fireandreamitchell.com/ 2013/ 02/ 01/ another-fly-drops-on-obamas-face-energy-secretary-steven-chu-to-resig n/ -

## Democrat CA Cong. George Miller (and lobbyist son) investigated ...

"Apr 5, 2012 ... Miller in 2010 urged DOE Secretary Steven Chu to approve the loan ... This corrupt Democrat will stay in Congress for at least another ten years  ..."

www.capoliticalnews.com/ 2012/ 04/ 05/ democrat-ca-cong-george-miller-and-lobbyist-son-investigated-for-corr uption/ -

## Judicial Watch Announces List of Washington's ?Ten ... - Cry and Howl

"Jan 2, 2013 ... Vern Buchanan (R-FL) Secretary of Energy Steven Chu? ... The corruption runs so deep even Judicial Watch can't keep up with it. upaces88  ..."

www.cryandhowl.com/ 2013/ 01/ 02/ judicial-watch-announces-list-of-washingtons-ten-most-wanted-corrupt-politicians-for-2012/ -

## Daily Kos: Open thread for night owls: Steven Chu has some ...

"Feb 1, 2013 ... Steven Chu, the nation's Nobel laureate secretary of energy for the ...... what they do knows they believe in graft and corruption over the free  ..."

www.dailykos.com/ story/ 2013/ 02/ 01/ 1184082/ -Open-thread-for-night-owls-Steven-Chu-has-some-departing-words-about -our-moral-responsibility -

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Chu stepping down: ?I came with dreams and am leaving with a set ...

"Feb 1, 2013 ... Energy Secretary Steven Chu will be leaving his post, the White House ..... corrupt administration) or did he leave so someone even worse"

www.hotair.com/ archives/ 2013/ 02/ 01/ chu-stepping-down-i-came-with-dreams-and-am-leaving-with-a-set-of-acc omplishments/ -

## Citing Solyndra, House GOP Whip Says Steven Chu Should Be ... "

"Nov 18, 2011 ... Citing Solyndra, House GOP Whip Says Steven Chu Should Be Replaced ... increase the opportunity for and likelihood of fraud and corruption."

blog.heritage.org/ 2011/ 11/ 18/ citing-solyndra-republican-whip-says-chu-should-be-replaced/ -

## Steven Chu resigns and a tree falls in the forest | POWER Magazine

"Steven Chu resigns and a tree falls in the forest. 02/02/2013 | POWER. By Kennedy Maize (@kennedymaize). Washington, D.C., 3 February 2013 ? Steven Chu  ..."

www.powermag.com/ blog/ steven-chu-resigns-and-a-tree-falls-in-the-forest/ -

## Green the Color of Rotten Corruption - Bob Beauprez - Townhall ...

"Feb 27, 2012 ... While the cronyism and corruption appeared extensive, until recently no one ... the Westly Group, and an adviser to DOE Secretary Steven Chu."

finance.townhall.com/ columnists/ bobbeauprez/ 2012/ 02/ 27/ green__the_color_of_rotten_corruption -

## Video: Did Valerie Jarrett Push Corrupt Solyndra Loan Deal?

"Sep 16, 2011... review by September 4, 2009, when Joe Biden and Energy Secretary Steven Chu hoped to attend the company's groundbreaking ceremony."

www.westernjournalism.com/ did-valerie-jarrett-push-corrupt-solyndra-loan-deal/ -
Steven Chu lives in Fantasy World. Publicly states the ...

"Solyndramobile: How bribery, corruption & organized crime destroyed taxpayer jobs and American leadership ~ An Online Newspaper about Tesla Motors, Fisker, and the whole CAR-GATE affair"
boycotttesla.wordpress.com/2013/06/10/steven-chu-lives-in-fantasy-...

Ex-Energy chief Chu joins carbon capture company - KAUZ-TV ...
Former Energy Secretary Steven Chu is joining the board of directors of a Canadian company that says it has a

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

183

cost-effective way to capture and reuse carbon ... Lawton Crime Stoppers need your help finding a man accused of sexually ... Restrictions are organized city by city. Community Service ...

 Organized Crime Finds Green Energy Subsidies Irresistible # ...

 Organized Crime Finds Green Energy Subsidies Irresistible #rsrh. ... Pennsylvania Permitorium Pew Center renewable energy Repsol saudi arabia Shale Gas Shell Oil Sierra Club Solar energy Solyndra SPR Steven Chu Strategic Petroleum Reserve Tax Policy Unicorn Farts wind energy ...

 stevemaley.com/2013/01/23/organized-crime-finds-green-...

 LiveLeak.com - Solyndra: How Far obama and the democrats Will ...

 "... which had won praise from the White House and Energy Secretary Steven Chu, ... point of a much larger racketeering project in which the White House and Democrat lawmakers are guilty of running an organized crime ring. Republican lawmakers are just now getting on the ball. ..."

 liveleak.com/view?i=c33_1316895938


### *How F\*\*KED Over By Your Own Representatives Do you Need To Get Before You Get Upset?* Let's count the ways (these are things that actually happened!)... There's this:

 "Small businesses claim US government stealing their ideas By Eric Shawn ""They stole all my stuff and used taxpayer money to do it,""   John Hnatio, a Maryland small business owner, says of the U.S. government. Hnatio claims the government has put his company, FoodquestTQ, nearly out of business by stealing his firm's software that was designed to be licensed to the Food and Drug Administration to monitor food safety. The FDA ""took our ideas, plagiarized my doctoral dissertation on which a patent was based, and then they infringed on our patent. The result was that it decimated our business,"" he adds. Hnatio says his company has been left hanging by a thread. He has had to fire employees and says that the remaining three, including himself, are receiving no salary and have been forced to go on unemployment insurance. ""I have never seen anything like it,"" says Hnatio, who is a retired federal government official. He says the FDA ""duplicated exactly what we were selling to industry and they were giving it away for free...instead of helping small business commercialize their product, what we are seeing is a dragon, in the name of the U.S. government that is eating their own young."" FoodquestTQ is only one of numerous small businesses that accuse the government of stealing their intellectual property or trade secrets when they enter into contracts or research agreements with federal agencies. ""The government interceded, stole the technology and attempted to use this in classified programs,"" says Jim O'Keefe, the president of the small New Jersey technology company Demodulation. He has filed a $50 million lawsuit against the U.S. government, accusing it of taking his firm's research. Demodulation developed an advanced technology involving fiber coated wire, called microwire, which is thinner than a human hair. The company says its microwire can be used for a variety of national security applications, such as tracking drones, keeping tabs on soldiers on battlefields, transmitting information without a power source, and that it even has the ability ""to render objects invisible to radar."" ""It sounds incredible and impossible that the U.S. government is taking things from people,"" says Demodulation lawyer Sean Callagy. ""We believe this is the greatest country in the world with the greatest justice system in the world but the U.S. government is not an eagle or a flag, but human beings. And human beings make mistakes."" The lawsuit accuses the Department of Energy and the National Nuclear Security Administration, among others, of illegally swiping the firm's information by ""using microwire and Demodulation's trade secrets in its mission to gather intelligence."" It also says that the U.S. has even built ""a secure facility for the production of microwire"" on its own. ""There are classified reports showing the technology,"" declares Demodulation attorney Ben Light, who says that after the company ""shared the secret sauce"" about microwire with  federal officials, they simply ""took (the) wire."" The Department of Energy referred Fox News? requests for comment to the National Nuclear Security Administration, which did not respond to repeated requests for a comment about the company's allegations. The Department of Justice denies Demodulation?s charges in court filings. Stuart Delery, an Acting Assistant Attorney General, wrote that while ""the United States admits that it continues to conduct research regarding what is generally known as 'microwire,""   he says that the government did not act improperly. The Department of Justice claims the government did not take any proprietary information or develop the microwire technology based on Demodulation's work, and that ""none of the asserted patents have been infringed on by the United States."" Delery also pointed out that some of Demodulation's patents had expired. ""The only reason the patents expired is because Demodulation was driven out of business,"" responds the firm's lawyer, Light. ""It doesn't affect the entire case because any infringement during the period when the patents were

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

enforced is still compensable."" O'Keefe says the government denials are ""an impossibility based on the evidence I have."" He is calling for ""reform and legislation to protect us. I hope through our litigation we will be able to expose some of the problems."" It turns out that the government is routinely accused of similar wrongdoing and sometimes has to pony up. The U.S. Army settled a case in November by paying $50 million to a Texas company, Apptricity, which claimed the government  took some of its software, which tracks military equipment from MRE's to troops, without paying for it. The company's court papers said that the government ""willfully infringed"" on its copyrights, ""failed to provide information"" about what it did and was engaged in ""actively concealing the Army's misappropriation of Apptricity software."" The complaint said the Army paid for using the software on five servers and 150 devices, but actually ""copied and installed Apptricity software on at least 98 servers and at least 9,063 devices"" without telling the company. ""I don't think there was malicious intent,"" Apptricity's founder and president Tim Garcia tells Fox News in the aftermath of the settlement.   He says his company pursued its case by the ""standard process through the Court of Claims."" There are numerous other companies that have filed similar actions at the Washington, D.C.-based court, which is the venue for legal claims against the federal government. Among them: Liberty Ammunition, which is suing the government for allegedly infringing on its copyright for developing a lead-free ""green bullet"" after it worked on the invention with the Department of Defense. Net Results, which claims that the Army infringed on its patent  for a ""mine detecting device"" by giving out its design to six other government contractors. In 2009, NASA was ordered to pay $28.3 million to Boeing after the court found that the government infringed on the company's aluminum alloy patent. In a noted case in 1999, the U.S. government paid then Hughes Electronics $154 million in damages after a 30- year long legal battle found that the government illegally appropriated the company's satellite technology. The U.S. Court of Federal Claims calls itself ""the people's court,"" and says it is considered ""the keeper of the nation's conscience."" It is situated right across Lafayette Park from the White House. ""There is no reason to think it can't happen,"" observes New York University law Professor Jeanne Fromer, an intellectual property and copyright law specialist. ""The government can take patent rights, as long as they compensate for it. It is not dissimilar, in that sense, to notions of eminent domain."" ""The government is a big sprawling place and there are lots of people acting in it. I think some of them act very nobly...but it?s hard to say that everyone always does.""  ""We are hearing more frequently from companies about intellectual property theft by the government,"" notes John Palatiello, head of the Washington, D.C.- area lobbying group, the Business Coalition for Fair Competition, which is studying the issue. ""Companies are becoming more vocal about it."" Hnatio believes there is a troubling explanation for alleged government flinching. ""What we are seeing is a direct competition between the private sector and the U.S. government. The problem for small businesses is that they are simply being destroyed by their own government in spite of the fact that we hear politicians say all the time, that small business is important...it's extremely disturbing because it means we lose jobs, and it means we lose our competitive edge in the world. It creates a very dangerous situation for our national security."" Fox News repeatedly requested comment from the FDA regarding Hnatio's allegations about FoodquestTQ, but the agency did not issue a statement. While the Demodulation case is expected to go to trial next year, Hnatio says he has been left without any money to hire a lawyer to go to court. ""From the time I was a little kid I dreamed of starting a business. But I do have to tell you that there is a grave danger to the American dream,"" he says. Follow Eric Shawn on Twitter: @EricShawnonFox Becky Diamond contributed to this report.


HIGHLIGHTS: - Total Loss to date- Low estimate: $200 Billion. High Estimate: $1.2 Trillion - Personal gain and personal financial acquisitions, acquired by the suspects, non-beneficial to the public: 75%+ of total U.S. federal taxpayer funds under investigation - Fund groups under investigation: TARP - U.S. Congress ATVM - Department of Energy LGP- Department of Energy VA General Operations Fund- Veterans Administration"


  """You will never find a more wretched hive of scum and villainy.? ?George Lucas/ Obi Wan Kenobi"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Note: 24/7 DS = 24/7 digital surveillance ongoing

- Tesla Sub-Cartel

"Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Lied to investors; Misdeeds recorded by multiple law enforcement and intelligence agencies; Brad W. Buss   (24/7 DS) Ira Ehrenpreis   (24/7 DS) Antonio J. Gracias   (24/7 DS) Steve Jurvetson   (24/7 DS) Harald Kroeger   (24/7 DS) Kimbal Musk   (24/7 DS) Tim Draper   (24/7 DS) Elon Musk   (24/7 DS)   "

- Department of Energy

"Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; They and their families held insider trading stock in associated winners; Received ?revolving door? kickbacks; Misdeeds recorded by multiple law enforcement and intelligence agencies; Had vast documentation of falsehoods and lies by ?winners? that they ignored; Ordered rigging of ATVM & LG reviews to benefit campaign donors; Steven Chu ? Dept. of Energy (Terminated/Fired)(Under Investigation) (24/7 DS) Matt Rogers- Dept. of Energy (Fired)(Under Investigation)(24/7 DS) Steve Spinner- Dept. of Energy (Terminated/Fired)(Under Investigation)(24/7 DS) Jonathan Silver- Dept. of Energy (Terminated)(Under Investigation)(24/7 DS) Lachlan Seward- Dept. of Energy (Fired)(Under Investigation)(24/7 DS) David Frantz-   Dept. of Energy (Under Investigation)(24/7 DS) Steve Izokowitz- Dept. of Energy (Under Investigation)(24/7 DS) Danial Cohen- Dept. of Energy lawyer during the making of the scandal (Under Investigation)(24/7 DS) More coming?   "

- White House Staff

"Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a ?DO NOT FUND? list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for search-engine-?mood manipulation? kickbacks; Misdeeds recorded by multiple law enforcement and intelligence agencies; Rahm Emanual- White House

THE BOOK OF TESLA: Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

(Terminated- Chicago finance head indicted for Corruption)(Under Investigation)(24/7 DS) Robert Gibbs- White House (Terminated)(Under Investigation)(24/7 DS) David Axelrod- White House (Terminated)(Under Investigation)(24/7 DS) Barack Obama- White House, Senior Executive Valerie Jarrett- White House(24/7 DS) Larry Summers- White House (Fired)(Under Investigation)(24/7 DS) Bill Daley- White House (Terminated) (Under Investigation)(24/7 DS) Steve Rattner- White House Car Deals Director (Fired- Indicted in NY State for SEC Fraud/Corruption)(Under Investigation)(24/7 DS) Jay Carney- White House (Forced to resign) (24/7 DS) David Plouffe- White House (Forced to Resign) Arranged deals between VC campaign Donors   (24/7 DS) Eric Holder ? Staff & VC Protections and blockade of FBI and Special Prosecutor deployments (Holder and his senior staff now forced to RESIGN)   "

 - Silicon Valley Cartel

 "Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a ?DO NOT FUND? list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for-search-engine-?mood manipulation? kickbacks; Ran ?Illuminati?-like frat-house boys club with goal of taking control of government policy process and creating monopolies which only profited their cartel; Misdeeds recorded by multiple law enforcement and intelligence agencies; Colluded together to rig markets in order to cut out those who were not in ?the club; Colluded on database to ensure that no VC funded a ?black-listed? non-club member; Ordered Silicon Valley web companies they controlled to run SEO and perception manipulation programs to control voters perceptions; Pretended to review entrepreneurs new ideas and then rejected the good ideas and handed them over to another VC in ?the club? so that VC could have their ?entrepreneurs in residence? copy the ideas without paying the creator of the idea; Organized vast whitepaper authoring program with McKinsey Consulting which was distributed to Congress and White House to sell funding of DOE ATVM & LG programs which they had pre-rigged to benefit only companies they already owned part of; Fully meets definition of ?Organized Crime?; Arranged with White House staff to make sure only their companies got funded in exchange for campaign cash and services to DNC candidates; Pre-acquired investments in minerals found almost exclusively in Afghanistan and then promoted Afghan war in order to monopolize those minerals; May have arranged some of the suspected murders in Victims List, below; Larry Page- (Under Investigation)(24/7 DS) Eric Schmidt- (Under Investigation)(24/7 DS) John Doerr- (Under Investigation)(24/7 DS) Steve Westly- Campaign Bundler (Under Investigation)(24/7 DS) Richard Blum- Senator Feinsteins Husband (Under Investigation)(24/7 DS) (AND HERE) (AND HERE) Ray Lane- (Charged with Federal Tax Fraud)(Under Investigation)(24/7 DS) (AND HERE) Elon Musk ? CEO ? Tesla (Under Investigation & in multiple lawsuits for fraud)(24/7 DS)   (AND HERE)   (AND HERE)   (AND HERE) (AND HERE) (AND HERE) (AND HERE) Andy Bechtolsheim- Insider campaign backer (Under Investigation)(24/7 DS) Vinod Khosla- Campaign backer (Under Investigation and in multiple lawsuits)(24/7 DS) (AND HERE) Martin LaGod- Campaign backer (Under Investigation)(24/7 DS) Ira Ehrenpreis- Campaign backer (Under Investigation)(24/7 DS) Eric Strickland- Campaign backer (Under Investigation)(24/7 DS) Tom Perkins- Campaign backer (Under Investigation, slammed by public and media)(24/7 DS) Tim   Draper- Campaign backer (Under Investigation)(24/7 DS) Tom Styer- Campaign backer (Under Investigation)(24/7 DS) Lloyd Craig Blankfein- Head of Goldman Sachs   (Under Investigation)(AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) James Brown Jr.- Built the Obamcare HHS software system in California (Arrested for Racketeering and Corruption) Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation)(24/7 DS) Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS) Goldman Sachs   (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(24/7 DS) Kleiner Perkins (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS) Draper Fisher (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS) More Coming

 - Compromised Senators & Governors

 "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of cleantech credits in exchange for campaign issues; improper relationships with constituents; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Insider trading; Market rigging for family advantage; Misdeeds recorded by multiple law enforcement and intelligence agencies; All of the below received exclusive insider trading family gains and perks from the DOE & TARP funding winners that they hand-held through the funding process while sabotaging applicants who weren?t in ?The Club?; Dianne Feinstein- Senator (Under Investigation) Wife of Silicon Valley Cartel Member Richard Blum (AND HERE) (AND HERE) (24/7 DS) Harry Reid- Senator ? Solar factory guru, Congress lead (24/7 DS) Senator Calderone- (Indicted & charged with corruption)(24/7 DS) Leland Yee- Senator (Indicted & charged with corruption) (24/7 DS) Nancy Pelosi   (24/7 DS) Barbara Boxer   (24/7 DS) Arnold Schwarzenegger   (24/7 DS) More coming?  "

 - Russian Oligarch Mining and Manufacturing Cartel Supporting Silicon Valley Cartel

 "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; All of these people and their associates were connected to, or controlled, multiple Department of Energy ?winners? and had extensive business relationships with Silicon Valley Cartel members. Alexey Mordashov- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Boris Zingarevich- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) George Trifonov- Russian ? businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Yuri Savinkov- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Nick Denton- Tabloid Publisher (Under Investigation) (On CIA & NSA Watchlist)(24/7 DS) . Keeps money in Russia per contracted political hits Dmitry Medvedev- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS)     See also: John Doerr More coming in NSA Congressional hearings in 2015

 - Department of Energy ?Winners?

 "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium, indium and mining cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; Heinrik Fisker- CEO of Fisker (Bankrupt) (Under Investigation).(24/7 DS)   Shut down Tesla and Elon Musk ? CEO ? Tesla (Under Investigation)  (24/7 DS) (AND HERE)   (AND HERE)   (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE)Adjoins Solyndra real estate Solyndra ? (FBI Raid. Shut Down)   . Adjoins Tesla real estate Abound- (Attorney General Raid) (Shut down) GM, CHRYSLER & FORD- ?Funds Organizing Team? and shared-cost lobbyists (Under Investigation, sued) (24/7 DS) Severstal- Russian Mob connected manufacturing/Mining steel company (Under Investigation) (24/7 DS) Ener1- Russian Mob connected Lithium battery company. (Shut down) Many more coming

 - Collateral Damage Victims

 "Research the facts yourself: All of these connected people are, indeed, dead. They all died in unexpected, surprise, deaths; They died in similar time envelopes; They all had business and financial connections to, and insider knowledge of, the Silicon Valley Cartel plans; Almost all of them have been documented, filmed or recorded in involvements with the Silicon Valley Cartel members or Google controlling members; Many of them had started whistle-blowing or were already whistle-blowing; per laws of averages- this is a lot of related people to have died unexpectedly with this much in common, near impossible for these combined data points to be coincidental: Gary D. Conley- Dead guy who railed against Silicon Valley VC?s Cleantech Monoply. Died from lead poisoning via bullet in head (Case Under Investigation) (DEAD!) Rajeev Motwani- Google Founder. Possible Murder. Found floating dead in swimming pool. Cardiac Incident or Micheal Clayton-type (see the George Clooney Movie) Murder similar to Andrew Breitbart? (DEAD!) Forrest Hayes, a married 51-year-old

father-of-five, Ran Google Glass Mood Manipulation development- Killed By Hooker (DEAD!) James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances? (DEAD!) Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ?Boston Brakes?? (DEAD!) Investigative Reporter Michael Hastings fiery crash- ?Boston Brakes?? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. (DEAD!) Rory Johnson- Targeted by DOE for his novel engine patent- Dead! (DEAD!) Stanley Meyer- Hydrogen car promoter- Murder by poisoning? (DEAD!) JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building. (DEAD!) William ?Bill? Broeksmit Deutsche Banker , Tesla German ?safety inspection fixer? who got a free-pass for Tesla on safety report in Germany- Hanged at home!  (DEAD!) Danny Lewin, Creator of Bulk Internet at Akamai. Attempted to copy Google Page-ranking and Mood Manipulation technology. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11?   (DEAD!) Ravi Kumra- Founder, Tesla Capital- Murdered!   (DEAD!) Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?   (DEAD!) One Senator?s Son- Accidental Plane Crash or ?Boston Brakes???   (DEAD!) White House liason?s wife- Burned to Death in Parked Car/Murder?   (DEAD!) John Wheeler- Washington DC- Drugged, escaped, recaptured, murdered?   (DEAD!) Two Guys from McKinsey Consulting- Questionable Circumstances?   (DEAD!) Top DC Madam?s and Escorts, including ?THE? DC Madam herself- Suicides? (DEAD!) Tata Motors Head Karl Slym dies in fall from hotel- Suicide or Push?   (DEAD!) Wall Street Journal DOE/Oil Investigative Writer David Bird Missing- ???   Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states? (DEAD!) Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder similar to Rajeev Motwani (DEAD!)   "

 - Facilitating Contractors for Cartel Effort

  "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Crimes recorded by multiple law enforcement and intelligence agencies; Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation) (24/7 DS) Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS) John Weinberg- Fixer (Under Investigation)(24/7 DS) McKinsey Consulting        (DOE/Federal Contractor- Wrote biased/rigged whitepapers for White House & Congress on behalf of Silicon Valley VC?s to sell the feds on backing the VC?s investment holdings) (24/7 DS) Nick Denton- ?Hit-Man? for Robert Gibbs and Jay Carney in White House. Tabloid owner who did the dirty work for White House Press Secretaries. Formerly involved with British tabloid hacking. Thought to be hacking U.S. celebrities and senators for tips (On CIA and NSA Watchlist) (24/7 DS) Perkins Coie   (Law Firm who staged many of the insider deals. Suspected of improper gain.)(24/7 DS) Deloitte Consulting   (DOE Contractor- Suspected manipulated evaluation results) Operared in conflict of interest as both banking strategist for DOE ?Winners? and Evaluator for DOE. Controlled by Silicon Valley Cartel. Under world-wide investigation (24/7 DS) Google (Connected to every investor/campaign funder in this group. Suspected of news manipulation & campaign trades) (Moles planted)   (24/7 DS) Lois Lerner- Director of ?Hits and Deletions? (Charged with crimes) (24/7 DS) Midland Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) Technology Management Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) IBM Consulting Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) Had strange fake office in Virginia church building (24/7 DS) Covington & Burling, LLP (Arranged appointment of Eric Holder on behalf of campaign backers & Silicon Valley) Put Eric Holder in Office to protect White House Staff from discovery (24/7 DS) Debevoise (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) (24/7 DS) The Petroleum Institute (Lobbyists who worked the Detroit side of the insider deals) (24/7 DS) Argonne National Labs   (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu and Rahm Emanual) (24/7 DS) "

  "- States Whose Tax and Operations Offices, in Their State Capitals, Participated in Cover-Ups and Kick-Backs"

THE BOOK OF TESLA- Copyright, ackoriginal author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; Michigan State Offices (Under Investigation) (24/7 DS) Illionios State Offices (Under Investigation) (24/7 DS) Nevada State Offices (Under Investigation) (24/7 DS) California State Offices (Under Investigation) (24/7 DS)   "

"  Note from Team: Investigative members have relied on published reports, papers, GAO, OPM, U.S. Treasury, FBI, published investigations, interviews with City, State and Federal staffs and law enforcement tips. While there may be one or two names that do not belong on this list, any clarity can be easily rectified by the appointment of a public special prosecutor and and open public hearing process which allows protections for tipsters and whistle-blowers. Such a hearing will dispel any confusion about who did, or didn?t, do what! On orders from ?highly placed political officials?, FBI investigations and assignment of a Special Prosecutor or Public Judge is being blocked to avoid embarrassing public review of the corruption. Using commonly available databases, YOU can track the financial, business, political and operational connections of all of these individuals, yourself, and validate this information. While this whole case sounds wild, please remember, billionaires have extreme ways of thinking, and acting. They do things that normal people can?t even conceive of. The lust for Power will drive these sorts of people to do un-heard of things in order to control that power and take those hundreds of billions of dollars in tax and treasury profits for themselves.   "

Their Investment HOLDINGS:

| COMPANY | CITY | URL | CONTACT | BACKERS | AFFILIATIONS |
|---|---|---|---|---|---|
| "Applied MicroStructures, Inc." | San Jose | www.appliedmst.com | Jeff Chinn | | |
| Solaicx | Santa Clara | www.solaicx.com | Bob Ford | | |
| Accelergy | Palo Alto | www.accelergy.com | Victor Sprenger | | |
| "InnovaLight, Inc." | Santa Clara | www.innovalight.com | Conrad Burke | | |
| NanoGram Corporation | Milpitas | www.nanogram.com | | | |
| "Nanostellar, Inc." | Redwood City | www.nanostellar.com | "Pankaj Dhinga Bill Miller, Keith Kennedy" | | |
| Nanosys Inc | Palo Alto | www.nanosysinc.com | Calvin Chow | | |
| PolyFuel | Mountain View | www.polyfuel.com | James Balcom | | |
| SunVolt Nanosystems | Redwood City | www.svolt.com | | | |
| Unidym | Menlo Park | www.unidym.com | John Miller | | |
| TerraPass Inc. | Menlo Park | www.terrapass.com | Tom Arnold | | |
| "Planktos (Sub of Solar Energy, Ltd.)" | Foster City | www.planktos.com | Russ George | | |
| Aspectrics | Pleasanton | www.aspectrics.com | Paul Salsgiver | | |
| Picarro | Sunnyvale | www.picarro.com | Michael Woelk | | |
| Los Gatos Research | Mountain View | www.lgrinc.com | | | |
| Climos | San Francisco | www.climos.com | Dan Whaley Richard Whilden | | |
| Agilewaves | Palo Alto | www.agilewaves.com | Peter Sharer | | |
| Analogic Tech | Sunnyvale | www.analogictech.com | Richard Williams | | |
| "Azuro, Inc." | Santa Clara | www.azuro.com | Paul Cunningham | | |
| "BridgeLux, Inc." | Sunnyvale | wwww.bridgelux.com | Robert Walker | | |
| Echelon (ELON) | San Jose | www.echelon.com | Jeff Lund | | |
| Finelite | Union City | www.finelite.com | Terry Clark | | |

THE BOOK OF TESLA: Copyright: original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

| Company | Location | Website | Contact |
|---|---|---|---|
| Glacier Bay | Oakland | www.glacierbay.com | Kurt Gallo |
| "Golden Gate Technology, Inc." | San Jose | www.ggtcorp.com | Dennis Heller |
| Intematix | Fremont | www.intematix.com | Peter Larson |
| Luxim | Sunnyvale | www.luxim.com | Tom McGettigan |
| Osram Opto Semiconductors | Santa Clara (HQ in Germany) | www.osram-os.com | |
| Philips Lumileds | San Jose | www.lumileds.com | Michael Holt |
| Silver Spring Networks | Redwood City | www.silverspringnetworks.com | Scott Lang |
| Fat Spaniel Technologies | San Jose | www.fatspaniel.com | Chris Beekhuis |
| Johnson Controls Inc. | Hayward | www.jci.com | |
| WSP Group | San Francisco | http://www.wspgroup.com/energy/ | Edward Quevedo |
| Ardica Technologies | San Francisco | www.ardica.com | |
| Cobalt Technologies | San Jose | | |
| "Solyndra, Inc." | Santa Clara | www.solyndra.com | Chris Gronet |
| Solexant | San Jose | www.solexant.com | Damoder Reddy |
| ADEMA Technologies | Mountain View | www.adematech.com | George Fiegl |
| Applied Materials | Santa Clara | www.amat.com | Charles Gay |
| Calisolar | Palo Alto | www.calisolar.com | |
| DayStar Technologies (DSTI) | Santa Clara | www.daystartech.com | Terry Schuyler |
| Ixys | Santa Clara | www.ixys.com | Nathan Zommer |
| Miasole | Santa Clara | www.miasole.com | David Pearce |
| "Nanosolar, Inc." | Palo Alto | www.nanosolar.com | Martin Roscheisen |
| NuEdison | San Jose | www.nuedison.com | Joe Lichy |
| Optony | Sunnyvale | www.optony.com | Pingrong Yu |
| Pacific SolarTech | Fremont | www.pacificsolartech.com | |
| Silicon Valley Solar | Santa Clara | www.sv-solar.com | Steven White |
| SVTC Technologies | San Jose | www.svtc.com | Kurt Laetz |
| Solaria | Fremont | www.solaria.com | Suvi Sharma |
| Solar Semiconductor | Sunnyvale | www.solarsemiconductor.com | Hari Surapaneni |
| SoloPower | Milpitas | www.solopower.com | Bulent Basol |
| Sunrgi | Mt. View | www.sunrgi.com | Bob Black |
| SunPower (SPWR) | San Jose | www.sunpowercorp.com | "Julie Blunden, Dick Swanson" |
| Sierra Solar Power | Sunnyvale | www.sierrasolarpower.com | |
| Silicon Genesis Corp. | San Jose | www.sigen.com | Francois Henley |
| "Solazyme, Inc." | Mountain View | www.solazyme.com | Harrison Dillon |
| "SolFocus, Inc." | Palo Alto | www.solfocus.com | Gary Conley |
| Stion | Menlo Park | www.stion.com | Chet Farris |
| SunDiode | Santa Clara | www.sundiode.com | |
| Akeena Solar | Los Gatos | www.akeenasolar.com | Barry Cinnamon |
| APX | Santa Clara | www.apx.com | Brian Storms |
| Cobalt Power Systems | Los Altos | www.cobaltpower.com | Mark Byinton |
| Independent Energy Systems | Santa Cruz | www.iesolar.com | |
| MC Solar Engineering | Santa Clara | www.mcsolar.com | |
| Owens Electric & Solar | San Mateo | www.owenselectricinc.com | Brian Quock |
| Power Solutions | San Jose | www.solutionsforpower.com | |
| PowerLight (SunPower) | Berkeley | www.powerlight.com | Thomas Dinwoodie |
| REgrid Power | Campbell | www.regrid.com | Tom McCalmont |
| Solar City | Foster City | www.solarcity.com | Lyndon Rive |
| Solar Technologies | Santa Cruz | www.solartechnologies.com | Roger DeNault |
| Tioga Energy | San Mateo | www.tiogaenergy.com | Paul Detering |
| Anaerobe Systems | Morgan Hill | www.anaerobesystems.com | |
| BloomEnergy (Ion America) | Sunnyvale/Moffett | www.bloomenergy.com | Josh Richman |
| "Coskata, Inc." | Palo Alto (regional office) | www.coskataenergy.com | |
| Eaton (Catalytica Energy) | Mountain View | www.eaton.com | "Dennis Yee, Kelly Jasko" |

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Amyris Biotechnologies          Emeryville          www.amyrishbiotech.com          Neil Renninger
Direct Carbon Tech                    Menlo Park          Targut Gur
"ZeaChem, Inc."                    Menlo Park          www.zeachem.com          Dan Verser
"Codexis, Inc."          Redwood City          www.codexis.com          Alan Shaw
"LS9, inc."          San Carlos          www.ls9.com          Doug Cameron
"Live Fuels, Inc."          Menlo Park          www.livefuels.com          Lissa Morgenthaler-Jones
Ausra          Palo Alto          www.ausra.com          Robert Fishman
Bright Source Energy          Oakland          www.brightsourceenergy.com
Deeya Energy          Fremont (moving)          www.deeyaenergy.com  Saroj Sahu
Li*on Cells          Woodside          www.lioncells.com
Oorja Protonics          Fremont          www.oorjaprotonics.com
Quantance          Sunnyvale          Vikas Vinayak
"Nth Power, World Energy Labs"          Mountain View www.worldenergylabs.com          Sean Salloux
Cal-Star Cement                    Newark www.calstarcement.com
AC Propulsion          "Sunnyvale, San Dimas"          www.acpropulsion.com Tom Gage
OEMtek          Milpitas
CalCars          Palo Alto          www.calcars.org          Felix Kramer
"g2 Microsystems, Inc."          Campbell          www.g2microsystems.com          John Gloekler
Google Recharge It          Mountain View
Project Better Place          Palo Alto          www.projectbetterplace.com          Shai Agassi
Tesla Motors Inc.          San Carlos          www.teslamotors.com  Martin Eberhard
Think North America          Menlo Park          www.thinkglobalforum.com          Vicki Northrup
WrightSpeed          Burlingame          www.wrightspeed.com  Ian Wright
Zero Motorcycles          Scotts Valley          www.zeromotorcycles.com          Neal Saiki
Boka          Menlo Park
Crystal Clear Technologies          Menlo Park          www.simplyclearwater.com
Clean Power Markets          Los Altos          www.cleanpowermarkets.com  Jan Pepper
MMA Renewable Ventures          San Francisco  www.mmarenewableventures.com          Matt Cheney
OnGrid Solar          San Jose          www.ongrid.net
Tioga Energy          San Mateo          www.tiogaenergy.com  Peter Detering
3Leaf Systems          Santa Clara          www.3leafnetworks.com
AMD          Sunnyvale          www.amd.com
Cisco          San Jose          www.cisco.com
Hewlett-Packard          Palo Alto          www.hp.com
Intel          Santa Clara          www.intel.com
Sun Microsystems          Santa Clara          www.sun.com
"Systemic Realtime Design, LLC"          Mountain View www.sysrealtime.com   David Witkowski
VMWare          Palo Alto          www.vmware.com
Xsigo Systems          Sunnyvale          www.xsigo.com          Ashok Krishnamurthi

- The Trillion dollar + Lithium-ion industry pays over a billion dollars a year to elected officials, appointed officials, their staff and lobbyists in order to get them to cover up the facts listed here and to promote this dangerous chemical for profit. Many of those have family stock in lithium-ion companies, private sector job promises and PAC funding from lithium-ion companies. Why won't the people who are using lithium-ion stop using it? Why is there almost no regulation of deadly lithium-ion? The answer: KICKBACKS! - If you are exposed to burning lithium-ion from a burning car, iPAD, phone, airplane, FED-Ex or UPS truck,   or other fire from lithium-ion batteries, the smoke and vapors that you inhale are some of the most cancer-causing, brain-damaging, lung damaging liver poisoning chemicals you could be exposed to. SEE HIS LINK   and THIS ONE and THIS ONE and THIS ONE (More coming) - Lithium-ion batteries are made in ""concentration camp-like"" fenced-in compounds where low income workers are exposed to poison gas and powders from the lithium-ion manufacturing process. A dramatically large group of these workers die from the cancers and toxic poisoning from these factories. They have always been made in overseas, impoverished, regions because there is little or no occupational safety regulation there. Tesla's factory has been fined by OSHA for setting workers on fire. This is a

THE BOOK OF TESLA - Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

very deadly business. Now they are trying to build these factories in the American southwest to try to exploit Mexican workers like they do overseas. Some argue that large ?white man owned? corporations ?fighting for immigration rights? are really fighting to relax laws to allow cheap labor into these kinds of camp-factories in the desert. Some of the factory owners have even purchased multiple lots, in multiple southern states, and told investors that they will ?build on the one where we can buy control of the most local politicians?. - The makers of lithium ion batteries have issued a document called the ""MSDS"". It states known facts about the batteries. The MSDS warns firefighters they can get cancer. It warns that the batteries are toxic. It clearly states the very great dangers of spontaneous, or easily caused fire from bumps or moisture. Why did Panasonic kill it's MSDS web links the day the first Tesla fires hit the news? Look at the facts HERE. - Lithium-ion batteries seem to have caused some wars. At THIS LINK, you will see hundreds of facts, films and links showing the direct connection between lithium ion investors in Silicon Valley and wars for ore in middle east countries. - Silicon Valley Lithium-ion investors signed deal with Russian ""businessmen"" to create an international lithium ion cartel. - Lithium ion battery companies Enerdel, and A123, and others, went bankrupt, after being funded with your tax dollars, from corruption, explosions and spontaneous fires. Facts that were well known by the people that funded them. - Less compromised Senators have railed against the dangers of lithium-ion has shown HERE   and HERE - IPAD Lithium-ion batteries have blown up setting entire stores on fire. - Samsung lithium-ion batteries in cell phones have set a number of people, including many children, on fire. - Lithium-ion does not even work as well as other lower-cost, safer energy solutions: - The charge-keeping capability of a typical lithium-ion battery degrades steadily over time and with use. After only one or two years of use, the runtime of a laptop or cell phone battery is reduced to the point where the user experience is significantly impacted. For example, the runtime of a typical 4-hour laptop battery drops to only about 2.5 hours after 3,000 hours of use. By contrast, the latest fuel cells continue to deliver nearly their original levels of runtime well past the 2,000 and 3,000 hour marks and are still going strong at 5,000+ hours. - The electrical capacity of batteries has not kept up with the increasing power consumption of electronic devices. Features such as W-LAN, higher CPU speed, ""always-on"", large and bright displays and many others are important for the user but severely limited by today`s battery life. Lithium ion batteries, and lithium-polymer batteries have almost reached fundamental limits. A laptop playing a DVD today has a runtime of just above one hour on one battery pack, which is clearly not acceptable. - Silicon Valley Lithium-ion billionaires try to exploit the lack of public awareness with disinformation campaigns linking anti-lithium-ion to saying that you are anti-environment. In fact: Lithium ion use and manufacturing is one of the most toxic industries on the planet. - Lithium-ion battery companies have actually been charged with, and sued for organized crime. HERE IS AN EXAMPLE - AT&T 's U-verse TV service now had a exploding battery problem, making it necessary for the firm to replace 17,000 backup batteries in its nationwide network. - Lithium-ion batteries might have crashed the Malaysian airlines flight. SEE DETAILS HERE. TESLA SAFETY REPORT Vers. 1.05M- Public Wiki Produced for NHTSA other governmental agencies and public transparency Draft-1.05M (Document under construction - not final)- First Final Draft Due to NHTSA Due: 1/14/14.       (Note: The head of the NHTSA has now quit over this, let's keep all eyes on this make sure nothing is rigged)   For Public Comment and Review Please refer all agencies to this document link at: http://somo1.com/2013/12/06/tesla-safety-report-vers-1-05-public-wiki-produced-for-nhtsa-and-other-governmental-agencies/ OR http://wp.me/p4e1uX-AK CONTENTS: 1. Overview 2. Known, Unresolved, Safety Issues. 3. Safety tests that were never conducted and must now be conducted. 4. How many fire incidents have there been. 5. Contacts to follow-up on investigations 6. Are Tesla drivers more likely to get in accidents than mainstream drivers? 7. Original participant conflicts-of-interest created reduced safety oversight Appendix - Lithium ion site - NHTSA Demand Letter - Additional data - Video Evidence - Questioning the validity of the German ""Safety Report"" - Demand for identification matrix showing campaign backers who were lithium ion investors who had had their contacts exert influence over NHTSA decisions! (Supplemental material now numbers over 10,000 pages and will be submitted directly to regulators in order to avoid congesting this site) 1. Overview Regulators asked Tesla to detail the possible consequences of battery pack damage to the Model S and how those problems were addressed in the Model S design. NHTSA also asked Tesla to describe the ""limits of that design to prevent damage to the propulsion battery, stalling and fires"". While electric cars have been in commercial production since the 1800's, and have been widely released by major automobile manufacturers, only the Tesla vehicles have experienced the fire issues, relative-to-inventory, in this magnitude. The questions and data required by NHTSA, in the letter from NHTSA, contained below, demands disclosure of certain Tesla information which will reveal conflicts in previously provided Tesla data. Reporters and public interest law firms will be using the FOIA process to disclose

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the responses, required under federal law, in the public interest. 2. Known, Unresolved, Safety Issues. - Dense packing non-automotive lithium cells - Self ignition from exposure to air - Self ignition from exposure to water - Burning lithium ion, plastics and human skin - Inability to extinguish lithium ion fires - Failure to provide disclosures to buyers - Failure to provide required CO2 fire extinguishers to buyers - Toxic carcinogenic chemicals released in Tesla Fire- Danger to passengers - Toxic carcinogenic chemicals released in Tesla Fire- Danger to bystanders - Brain damage from toxic chemicals released in Tesla Fire- Danger to passengers - Brain damage from toxic chemicals released in Tesla Fire- Danger to bystanders - Lung damage from toxic chemicals released in Tesla Fire- Danger to passengers - Lung damage from toxic chemicals released in Tesla Fire- Danger to bystanders - Birth defects from toxic chemicals released in Tesla Fire- Danger to passengers - Birth defects from toxic chemicals released in Tesla Fire- Danger to bystanders - Home and office conflagration as warned in Tesla's own patents - BMS (Battery Management System) programming, ie: Vampire issues, etc. - Danger to factory workers exposed to internal materials in Tesla Lithium ion cells - Electronic door locks failing. Could passengers be locked inside car in fire? - Previous seat safety recall - Miscellaneous owner complaints about technical issues and relation to safety Additional... 3. Safety Tests That Were Never Conducted and Must Now Be Conducted. The continued failure to engage in these tests, and/or provide the results from these tests, continues to call into question the efficacy and conflicts

of interest of the original testing. The batteries used by Tesla were never designed, or created, to be used in automobiles and this short-cut to cost reduction must be mitigated by the relative increase in safety reduction. - Vehicle with fully charged batteries drives into 3', 4"", 5"", 6"", 7"" 8"" concrete curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours to analyze spontaneous lithium ion combustion. - Vehicle with fully charged batteries drives into 3"", 4"", 5"", 6"", 7"" 8"" metal post embedded in road at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours to analyze spontaneous lithium ion combustion.. - Vehicle with fully charged batteries drives into 3"", 4"", 5"", 6"", 7"" 8"" concrete curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours in simulated rain storm to analyze spontaneous lithium ion combustion.. - Vehicle with fully charged batteries drives into 3"", 4"", 5"", 6"", 7"" 8"" concrete curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours after complete immersion in water as in a hurricane or high-water event to analyze spontaneous lithium ion combustion.. - Rolling the vehicle with fully charged batteries in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and counting the number of lithium ion cells that came loose from their mounts risking burning lithium falling on passengers. - Rolling the vehicle with fully charged batteries in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and counting the number of lithium ion cells that had their housings damaged risking burning lithium falling on passengers. - Rolling the vehicle with fully charged batteries in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and simulating a full rain storm on the, now exposed, underside of the vehicle for 2 hours to see if lithium ion ignites when wet risking burning lithium falling on passenger and to analyze spontaneous lithium ion combustion. - Filling the battery compartment, with fully charged batteries, with water, draining it and observing for 4 hours to analyze spontaneous lithium ion combustion. - Pouring 18 Oz. soft drinks into the battery compartment, with fully charged batteries, and observing for 4 hours to analyze spontaneous lithium ion combustion. - Impacting the lower quarter panel of Tesla  with fully charged batteries on the side of the car, on each side, at the lower center of the passenger door and two feet to either side at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH at 3"", 4"", 5"", 6"", 7"" 8"" so as to penetrate the battery chamber at least 4 inches and then saturating the damaged area with water and waiting four hours to analyze spontaneous lithium ion combustion. - Forced ignition of lithium ion cells in flipped over (vehicle resting upside down on it's roof) with fully charged batteries and timing of penetration of smoke and flames to occupants simulated as contained within. - Spectrograph analysis and complete full-range chemical read-out of the front metal and plastics of a Tesla on fire with fully charged batteries along with the lithium ion batteries. Disclosure of all known harmful chemicals in said smoke. - Manually cutting 10 (ten) fully charged lithium ion Tesla battery cells in half long-ways in open air

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

at average humidity and videotaping the results followed by dropping them in a bucket of water 60 seconds after cutting them. With the large number of lithium ion cells in a Tesla, physics and the law of averages predict that at least 10 cells will be fully ruptured in a high speed accident. Plus such additional tests to be specified by: The Center for Auto Safety Davis College Engineering Department Denver College Engineering Department General Motors Ford Motor Company Automobile Dealers Association and other public interest safety groups 4. How many fire incidents have there been. Factory Fire 1? Factory Fire 2? Boston Fire? Half Moon Bay Fire? Tenn. Fire? Seattle Fire? Mexico Fire? Factory Prototype Fires? other post crash and testing fires... 5.  Contacts to follow-up on investigations ##  http://www.nhtsa.gov/Contact With a copy to: ##  public.affairs@dot.gov The Center for Auto Safety Organization that informs consumers about auto safety issues. www.autosafety.org 1825 Connecticut Ave, NW Suite 330 Washington, DC 20009-5708 (202) 328-7700http://www.autosafety.org/fileacomplaint Criminal Investigations: https://tips.fbi.gov/ with a copy to: askdoj@usdoj.gov antitrust.complaints@usdoj.gov https://wb-gop-oversight.house.gov/ Chairman Barbara Boxer Senate Select Committee on Ethics 220 Hart Senate Office Building Washington, D.C. 20510 Fax:   (202) 224-7416 For German Investigations: Kraftfahrt-Bundesamt (KBA) at: pressestelle@kba.de and at this link: http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true and by hard-copy mail to: Kraftfahrt-Bundesamt Stabsstelle (Office of Interdepartmental functions) Mr. Thomas Meyer 24932 Flensburg 6. Are Tesla drivers more likely to get in accidents than mainstream drivers? Sociological reports, such as the report below, confirm that Tesla drivers are more likely to drive drunk, use drugs and respect less laws: Various crash reports find that a large number of Tesla drivers drive drunk. Here is a typical mocking web graphic pointing out this fact: Tesla related investors engage in this sort of extreme behavior and use their resources to promote the car as a tool to skirt social bounds with speed and sex. Skirting social bounds often lies close to skirting laws and common sense. Here are reports on activities and personalities of these people who promote the vehicle: http://www.youtube.com/watch?v=5BYc3PqvBCo http://www.youtube.com/watch?v=XIdprsGvlb8 http://www.youtube.com/watch?v=6PZipwucanc http://www.youtube.com/watch?v=amnwBzcxMAU http://vcracket.weebly.com A Tesla Driver is now charged with the homicide of two people in a crash with their Tesla. The evidence shows that Tesla drivers and the Tesla Culture promotes extra-carelessness, extra arrogance, extra drinking, extra distraction due to sexual theatrics and an overall requirement to create higher-than-normal safety parameters for these drivers, particularly in light of the highly explosive bed of material they are driving around amongst other consumers and structures. Tesla drivers appear to be more likely to crash, or create lithium ion thermal event circumstances, because of the cultural dynamic which Tesla attracts. 7. Original participant conflicts-of-interest created reduced safety oversight A certain, specific, group of investors, known to the FBI, The GAO, The SEC and the Senate Ethics Committee, purchased undo influence on the previous Tesla decisions process, in order to acquire ""unjust rewards"" from the U.S. Treasury. These investors, coincidentally, provided funds to related campaign efforts and, shockingly, they all hold major investments in the very battery system in question. Because of this, the American consumer has been forced to ""accidentally"" conduct some of these tests at great personal risk to those consumers. These risks should have been disclosed by Tesla prior to the application for their DOE loan and prior to their first contact with NHTSA. Tesla produced documents show that Tesla was aware of the dangers disclosed herein.
-------------------------------------------------------- Appendix: Reference Data: FROM: http://lithium-ion.weebly.com The lurking threat in your car and home ""over a million failures of this chemistry and these batteries globally..."" Go to http://www.ntsb.gov/ and demand action: ""LITHIUM ION BATTERIES ARE MADE OVERSEAS BY CHEAP LABOR WHERE OSHA CAN'T WATCH. POOR PEOPLE MAKE LITHIUM ION BATTERIES OFF SHORE WHERE THEY ARE NOT TOLD ABOUT THE TOXIC CANCER, LIVER AND LUNG DISEASES THEY GET FROM THE MANUFACTURING PROCESS. SILICON VALLEY VC'S PUSH LITHIUM ION BECAUSE THEY CAN MAKE A HUGE PROFIT ON THE CHEAP LABOR BUILDING A BATTERY THAT SELF DESTRUCTS BUILT BY WORKERS WHO DIE FROM TOXIC POISONING. CHINESE, MALAY, MEXICAN AND OTHER WORKERS, SHOULD FILE CLASS ACTION LAWSUITS AGAINST SILICON VALLEY VC'S WHO PUSH THESE BATTERIES."" TESLA EXPLODE IN FLAMES: http://static3.businessinsider.com/image/524c7d5369bedd842edc40a0-482-361/tesla-58.jpg http://www.youtube.com/watch?v=uFl8v1lxH0k ----------------------------------------- October 2, 2013, 4:27 PM Tesla Motors Inc.      TSLA        shares tanked after a video of a Model S on fire circulated on the web, prompting the electric car company to move quickly to douse the flames of bad publicity. Elizabeth Jarvis-Shean, director of global communications at Tesla, confirmed that the vehicle engulfed in flames was indeed a Tesla but

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

stressed that the driver walked away without injuries. -------------------------------------------------"

## Another Tesla Caught On Fire While Sitting In A Toronto ...

"Earlier this month, a Tesla Model S sitting in a Toronto garage ignited and caught on fire. The car was about four months old and was not plugged in to an electric socket, says a source."
 rr.com/articles/2014/02/13/a/another-tesla-cau...

**Tesla Issues Statement On Fiery Car Crash That Caused The Stock To Tank**
MMamta Badkar Oct. 2, 2013, 3:45 PM    13,469   11 tesla Aj Gill via YouTube Tesla's stock was down over 7% to a low of $175.40 today, but pared some of its losses to close down 6.24% at$180.95. It appears that shares began to tumble in the last half hour on reports that a Tesla Model S car caught fire on Washington State Route 167. Some speculated that the video highlights problems with the car's battery. Though others rushed to point out that the battery is located in the back of the car. ------------------------------------------------ ""

Media finds that ""Safety Investigators"" (read ""SHILLS"") are bribed by VC's and lithium holding companies to say ""nothing to see here"", ""lithium batteries are probably ok"". Beware of NTSB ""consultant's"" and ""investigators"" who are being bribed, offered after-politics high pay jobs, called up by bribed congressional staff with ""suggestions"", given sports tickets, handed stock in certain ventures and other bribes. Many of the ""investigators"" need to be put under investigation themselves!!!! When you see an investigator talking about

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

how lithium ion is a wonderful thing, investigate them!"" The following are a variety of quotes, from across the web, demonstrating the critical nature of this public safety issue: ?Lithium ion batteries are blowing up, starting fires and, generally, destroying people?s homes, cars, electronics and physical health. Boeing was just ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously."" ""A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don?t have these problems. They knew about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too."" ""Here is the Fisker Karma after it got wet and the batteries blew up. These batteries blow up JUST FROM GETTING WET! ALL of these burned up hulks are brand new $100,000.00+ cars that just blew up and forced everything around them just because they got wet! How bad do you want a Fisker or Tesla now? Fisker's insurance company is balking at paying for this saying: ""You knew this would happen"". Picture These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET:

http://updates.jalopnik.com/post/34669789863/more-than-a-dozen-fisker-karma-hybrids-caught-fire-and
http://green.autoblog.com/2012/08/12/fisker-flambe-second-karma-spontaneously-combusts-w-video/
http://www.autoblog.com/2012/11/05/how-sandy-may-have-set-17-plug-in-hybrids-on-fire/
http://www.digitaltrends.com/cars/fisker-karma-spontaneously-combusts/
http://cbdakota.wordpress.com/2012/11/07/fisker-karmas-catch-fire-following-inundation-by-sandy/
http://www.engadget.com/2012/08/12/fisker-karma-hyrbid-ev-second-fire/
http://www.techfever.net/2012/08/fisker-karma-hybrid-ev-ignites-while-parked/
http://evmc2.wordpress.com/2012/11/04/fisker-karma-fire-report/
http://fellowshipofminds.wordpress.com/2012/05/12/karma-burns-owners-mansion/
http://www.carbuzz.com/news/2012/11/1/Karmas-Ignite-After-Hurricane-Floods-Newark-Port-7711437/


There are vast sets of other links proving the point. Picture TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD Picture TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD Picture TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD Look at this: We were just sent a link that our website showed up in this movie: Here is another link to the move at:   http://tinypic.com/r/7295hs/6 Picture Picture HERE IS THE BATTERY YOU COULD HAVE BEEN SITTING ON TOP OF IN A TESLA Picture THIS IS THE TESLA MAGIC CARPET OF DOOM. THIS WHOLE THING IS FULL OF LITHIUM. YOUR WHOLE FAMILY IS SUPPOSED TO SIT ON TOP OF THIS!!! TESLA HAS TO TEST THEIR BATTERIES IN a BLAST CHAMBER!!!!!!!: Picture IF TESLA SAYS THIS THING IS SO SAFE WHY DO THEY TEST IT IN A STEEL ENCLOSED EXPLOSION ROOM WITH WIRES COMING IN THROUGH BLAST HOLES!!!!?????? ""TESLA ELECTRIC CARS HAVE 6800 CHANCES OF ""GOING THERMAL"". ""TESLA ELECTRIC CAR BATTERIES ARE MORE LIKELY TO BLOW UP.""   SAYS STANFORD ENGINEER, ""USING LITHIUM ION IN AN ELECTRIC CAR DOUBLES THE CHANCES IT WILL EXPLODE OR GO THERMAL BECAUSE AN ELECTRIC CAR PUSHES IT FURTHER THAN ANYTHING ELSE. BOEING HAD MANY SAFETY CIRCUITS AND EVEN THOSE FAILED. THERE IS NO WAY THE TESLA SAFETY CIRCUITS WILL NOT EVENTUALLY FAIL"" ""Tesla Electric cars have 6800 lithium ion batteries wedged into a box. This can create a repercussive thermal event that can set the whole car off. The TESLA 18650 batteries can be seen exploding in multiple YOUTUBE videos. It is NOT TRUE that they are ""an entirely different battery"" they are the same chemical compound that blows up."" ""A direct quote from Tesla's patent application, below. Tesla KNEW this was going to happen and never adequately warned anybody. Tesla wrote these words in the federal papers they filed yet they never showed these words to any buyers : ""Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked."" ""WTF!!!!!! Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa?s own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental.   Tesla has 6800 lithium ion batteries, any one of which can ?go thermal? and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode."" "

  """Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid.. OMG!! And then if, in that same accident the other car is a gasoline car? getting burned alive sounds ?BAD?! Telsa is covering up the problems with its batteries."" ""Lithium ion batteries have already crashed a UPS plane and killed people. Look here: http://washingtonexaminer.com/dreamliner-fires-spark-new-doubts-about-a-green-energy-technology/article/2519353 "" More Lithium Ion Battery disasters: http://www.forbes.com/sites/petercohan/2013/01/24/is-787s-lithium-ion-battery-hazardous-to-boeings-health/ ""

AS A DEMONSTRATION OF HOW DANGEROUS LITHIUM IS, NASA IS GOING TO MAKE IT BURN IN OUTER SPACE: ""If you're along the Eastern Seaboard tonight, it might be worth your while to look at the sky this evening.   NASA's Wallops Flight Facility is scheduled to launch a sounding rocket that    will release ""two red-colored lithium vapor trails in space."" As Space.com reports, those trails might be seen  across the Mid-Atlantic and perhaps as far north as Canada and as far south as northern Florida.   Space.com explains how these trails will produce a ""night sky show:"" ""The sounding rocket that will be used to create the two NASA-made glowing cloud trails will be a Terrier-Improved Orion.In this technology test launch, two   canisters in the rocket's payload section will contain solid metal   lithium rods or chips embedded in a thermite cake. The thermite is  ignited and produces heat to vaporize the lithium. ""Once the   vapor is released in space, it can be detected and tracked optically.   The rocket will eject two streams of lithium which will be illuminated   at high altitudes by the sun which will be below the local horizon at   ground level)."" In a statement, mission project manager Libby West said the launch is a test flight for two upcoming missions. It'll give scientists a view of two different methods for creating lithium vapor trails.   By the way, NASA says the ""lithium combustion process poses no threat to the   public during the release in space."" If lithium is so dangerous it will even burn in space, why are we putting it in our airplanes and cars??????? Lithium Ion batteries blow up and burn down commercial building: http://westhawaiitoday.com/sections/news/nation-world-news/787-battery-blew-%E2%80%9906-lab-test-burned-down-building.html ""Tesla and Fisker have only sold a few hundred cars, (thank god) because nobody but dicks want these overpriced eliteist toys. A regular car company sells hundreds of thousands of cars per model. Every single Tesla or Fisker sold increases the likelihood of a burn up. Those burn-ups will affect the homes, cars and lives of the people next door who never even bought one."" ""Go to http://www.youtube.com and type into the search window: ?Lithium ion explosion?   or ?lithium battery and water? or ?lithium ion water? and any related derivation and you will hundreds of videos about how dangerous these batteries are. There are numerous videos of Tesla's 18650 batteries blowing up."" ""This article in the LA Times sheds more light of the horrors of Lithium Ion: http://articles.latimes.com/2013/jan/18/business/la-fi-dreamliner-battery-20130119   "" ""Lithium Ion batteries ?go thermal? in peoples pockets, in your notebook, especially in your Tesla and Fisker car and everywhere else. There are thousands and thousands of articles documenting this and there is a cover-up by the VC?s that fund these things to keep this fact out-of-sight. Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product. Each time the workers, particularly in Asia, realize they are being poisoned by the factory, they jack up the product. Outlaw lithium ion batteries. Demand a recall.? There are PLENTY of other energy storage solutions that do not involve the highly compromised Lithium Ion chemistry!"" ""Below are a few samples of HUNDREDS of videos proving that Lithium Ion Batteries JUST BLOW UP. This is why TSA does not want them, or liquid, on planes."" Report: Galaxy S 4 Lithium Explosion Burns Hong Kong Home To

THE BOOK OF TESLA. Copyright: only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

The Ground: By Stephanie Mlot July 30, 2013 A Hong Kong couple have been displaced after an exploding Samsung Galaxy S 4 smartphone burst into flames, burning their house to a crisp. The man, identified in the original Xianguo.com report only as Mr. Du, claims that his phone, battery, and charger were all legitimate Samsung products, but that's now difficult to confirm since his home and everything in it were destroyed. According to the translated report, Du sat on the living room sofa playing the game ""Love Machine"" on his charging GS4 when it suddenly exploded. In the heat of the moment, he threw the device onto the couch, which caught fire. The flames then spread to the curtains and the rest of the house, ""out of control,"" Xianguo said. Du, his wife, and his dogs managed to escape the house unscathed; neighbors were temporarily evacuated as firefighters fought the flames. Almost all of the couple's furniture and appliances burned to ash, the news site said, adding that their Mercedes parked outside was also damaged. Whether or not the true cause of an entire house fire was a singular 5-inch smartphone remains to be seen, though a fire department investigation initially resulted in a report of ""no suspicious circumstances."" Samsung did not immediately respond to PCMag's request for comment, but told Xianguo that it will ""carry out detailed investigations and tests to determine the cause of the incident.""Last year, a Galaxy S III owner in Dublin was driving in his car when the device caught fire. Cell phone safety is increasingly becoming an issue in Asia, where two cases of iPhone shock occurred within a week of each other this month. On July 11, a 23-year-old flight attendant with China Southern Airlines was allegedly electrocuted when she took a call on her Apple device while it was charging. She was reportedly using the original charger when she was killed. Here is what the Lithium Ion Batteries did to their home: Picture Boeing 787 Dreamliner woes put spotlight on lithium ion battery risks BY KEN BENSINGER,Los Angeles Times Chances are the same kind of battery that twice caught fire in Boeing 787 Dreamliners in recent weeks is in your pocket at this very moment. Lithium ion batteries, small and powerful, have become the electricity storage device of choice. They are everywhere ? in cellular phones, laptops, power tools, even cars. They allow us to talk, email and drill longer than ever possible in the past. But the incidents that led to the grounding of the 787 fleet worldwide, and the decision by Boeing on Friday to temporarily halt all deliveries of the plane, have highlighted a troubling downside of these energy-dense dynamos: their tendency to occasionally burst into flames. FOR THE RECORD: Dreamliner batteries: An article in the Jan. 19 Section A on lithium ion battery safety and the grounding of the Boeing 787 incorrectly described a fire in a Chevrolet Volt automobile. The battery did not ignite spontaneously; instead it burned after a crash test damaged the vehicle's cooling system and the test car was left parked with the battery fully charged, eventually causing it to overheat. With investigators now working to determine the cause of the incidents, one on a Dreamliner on a Boston runway, the other forcing an emergency landing of a 787 in western Japan, the larger question of lithium ion safety has snapped into focus. ""Every battery can burn and every battery can be flammable,"" said Mike Eskra, a Milwaukee-based battery development scientist who also works as a battery fire investigator for insurers. ""But lithium ion batteries are more dangerous because they store more energy. It's like a firecracker instead of a stick of dynamite."" The casualty list is long. In recent years, tens of thousands of laptop batteries have been recalled due to the risk of fire or explosion. The 400-pound lithium ion battery on General Motors' cutting-edge electric car, the Chevrolet Volt, burst into flames seemingly spontaneously while parked in 2011. And investigators blamed a cargo hold full of lithium ion batteries for a fire that caused a UPS-operated 747 to crash shortly after takeoff from Dubai in late 2010. That crash, which killed both pilots, is one of more than 100 incidents recorded by the Federal Aviation Administration linking lithium ion batteries to onboard fires over the last two decades. This month, new rules took effect limiting the transport of lithium ion batteries in aircraft. And the FAA had long prohibited use of the technology in commercial airplanes. That changed in 2007, when it granted Boeing permission to use the batteries in the 787 under a number of conditions to ensure safety. For Boeing the lithium ion advantage was clear. Thanks to their chemistry, the rechargeable batteries can store as much energy as a nickel metal hydride pack that's 50% heavier, while charging and discharging faster than other battery types. That's made them attractive for military applications such as the B-2 bomber and also for use on the International Space Station and the Mars Rover. Lithium ion batteries enabled Boeing to swap out heavy hydraulic systems in the airframe for lightweight electronics and electric motors to operate systems like wing de-icers. That's a key reason the Dreamliner burns 20% less fuel than other  wide-body aircraft. The weight and power savings are exactly what made lithium ion batteries popular in other applications. In excess of 95% of mobile phone batteries worldwide are lithium ion, and without lithium ion, laptops couldn't run anywhere near as long as they do without a recharge. ""They completely dominate the consumer market,"" said Vishal Sapru, energy and power systems research manager at consulting firm Frost & Sullivan in Mountain View, Calif.. He estimates that global sales of lithium ion batteries reached

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

$14.7 billion last year, up from $9.6 billion in 2009, a 53% increase. Sapru   expects the market to soar to $50.7 billion by 2018. ""No other battery chemistries are growing at that rate."" But   lithium ion also has downsides. The batteries tend to have shorter life spans than older, more proven battery technologies. And although the price is falling, lithium ion is still more expensive than other batteries. Although some carmakers have embraced the technology, others, such as Toyota, have decided against it. Several makers of lithium ion auto batteries for electric vehicles have filed for bankruptcy last year because of weak demand. Safety   experts also have concerns. Because lithium ion batteries can store more energy, and discharge it more quickly, than other batteries, lithium ion cells can get   mch hotter than other technologies in the event of an overcharge or the external application of a heat source. Larger applications, such as the 63-pound batteries on the 787, incorporate multiple cells and the heat can spread rapidly from cell to cell, a chain reaction called ""thermal runaway."" And while other types of batteries use a water-based electrolyte in each cell,   lithium ion relies on a highly flammable solvent. When heated up, that solvent   tends to vaporize, spraying the burnable gas into the surrounding air. As a result, lithium ion battery fires burn extremely hot, as high as 2,000 degrees Fahrenheit. Those conditions were blamed for an explosion at a General Motors battery testing lab last April that caused $5 million in damage and sent one person to the hospital.   GM said flammable gas had vented from an experimental lithium ion battery that   heated up during extreme testing. ""Lithium ion is very controversial in the safety engineering space,"" said Brian Barnett, vice president for battery technology at Tiax, a technology firm in Lexington,   Mass. He spoke last month at a conference on battery safety in Las Vegas, where more than three-quarters of the presentations focused on lithium ion batteries. The cause of the fires in the two Dreamliners has still not been determined and neither Boeing nor the Japanese company that made the batteries, GS Yuasa, have publicly commented on likely factors. Boeing subjected the batteries on the   plane to thousands of hours of testing and installed numerous safety systems specific to the batteries. ""We have high confidence in the safety of the 787 and stand squarely behind its integrity as the newest addition to our product family,"" Boeing Chief Executive im McNerny said Friday. Barnett and others emphasize that it's not uncommon to see problems in relatively new technologies. But they add that most lithium ion fires are caused by an external problem, such as a bad circuit or a software glitch that leads to overcharging.   Another common problem in consumer electronics is the use of low-cost wiring and other components that can overheat and spark or catch fire next to the battery itself. Eskra,   the battery fire investigator, said he's seen fires started by Chinese-made toys that use lithium ion batteries hooked up to chargers designed for nickel cadmium r nickel metal hydride batteries. Manufacturing errors, including allowing tiny metal particles to contaminate cells, can cause dangerous shorts, although they are exceedingly rare. ""Somebody tried to cut corners somewhere,"" he said, noting that most lithium ion fires are caused by a tiny part that malfunctioned somewhere along the line and are easily resolved. ""It's a $2 fix, but it takes half a million dollars in research to figure out what it is."" Sometimes   the problem is more persistent. In 2006, Sony announced a global recall of more than 10 million lithium ion laptop batteries used in a variety of laptop computers after more than a dozen fires, and two years later issued a second   recall. ""This is a battery type that is only one of hundreds of possible batteries but this particular type was pushed by a few companies and investors so they could make money off it at the risk of public injury or death..."" Picture THIS IS AN ACTUAL BOEING BATTERY ""2006 fire under NTSB scrutiny Carli Brosseau Arizona Daily Star When a test of a lithium-ion battery charger turned into an inferno at Securaplane Technologies Inc. in 2006, temperatures reached as high as 1,200 degrees and three waves of firefighters failed to save the building.   An employee of the Oro Valley company blasted the flaming battery with a fire extinguisher to no effect.   Two hours later, the galvanized metal roof collapsed, and the 10,000 square-foot building was a total loss. It's a fire that federal safety regulators are taking another look at now,   since Securaplane provides two key battery components to the Boeing 787 Dreamliner, the start-power and battery-charger units. Records from local Golder Ranch Fire Department, the first of three fire departments to respond to the blaze, describe ""an uncontrolled thermal reaction (that) caused the battery   to vent and this venting caused the ignition to various items and fixtures   throughout the test lab area."" ""The electrical technician who was performing a test on the battery when it exploded likened the experience to being near a jet after-burner. Electrolytes from inside the battery were shooting 10 feet into the air, the former Securaplane employee, Michael Leon, said in an interview Friday. ""The magnitude of that energy is indescribable."" ""The fire stands as a graphic illustration of the power stored within energy-dense lithium-ion batteries and the potential consequences if something goes awry.   It also highlights the importance and delicacy of the quality-control measures applied to a novel - and potentially explosive - technology, a technology now allowed, under special conditions, to be used as the main and auxiliary power source of certain aircraft. The Boeing 787 Dreamliner, the company's newest and

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

most energy-efficient plane, uses two lithium-ion batteries. After two battery-related incidents in the past month, the 50 Dreamliners distributed so far have been grounded."" ""Whistleblower: Dreamliner LITHIUM ION Batteries Could Explode He says he was fired after warning about battery problems By Christopher Freeburn, InvestorPlace Writer Boeing?s (NYSE:BA) new 787 Dreamliner could end up being a nightmare for the aircraft giant. A former senior engineering technician at Securaplane Technologies, which makes the charging system for the lithium-ion batteries used in 787 Dreamliners, told CNBC that the batteries are defective and liable to explode if they overheat."" "" Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with... Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with their technology. ""Too much heat on those things, they will go into a thermal runaway, they will explode."" The informant, a former senior engineering technician of Securaplane Technologies, was fired in 2007 for repeated misconduct, but he says it was in retaliation for voicing concerns about the batteries. The NTSB acknowledges that the lithium-ion batteries in Boeing's (BA) Dreamliner experienced a thermal runaway, but insists there's no connection between the incident and the whistleblower's claims. "" ""The Japan Transport Safety Board makes a number of interim points. This battery, unlike one that burst into flames in a Japan Airlines 787 earlier in January, did not actually ignite. It experienced a thermal runaway, as a result of a build up of heat, yet the materials affected did not start burning. While the semantics might escape the casual observer the safety investigator  said:-?The battery was destroyed in a process called thermal runaway, in which the heat builds up to the point where it becomes uncontrollable. ?But it is still not known what caused the uncontrollable high temperature?. In simple language, uncontrollable rises in temperature will if uncontrolled most likely result in a fire, including one that can burn through structural composites and alloys, and prove almost uncontrollable by fire fighters,  even on the ground. It took a Boston airport fire brigade detachment 99 minutes to put out the Japan Airlines fire using equipment unavailable if the airliner was hours away from an emergency landing strip in the high arctic or north Pacific, which that particular flight had only recently traversed before the fire broke out after landing. he Japan air safety investigator said the wire supposed to ground or discharge static electricity build ups in the battery had been severed meaning it had experienced abnormal levels of current. However as also confirmed by the early stage of the US incident investigation into the Japan Airlines fire, this large lithium-ion battery had not experienced a voltage surge, and had so far as flight data recordings could tell, had been  operating normally immediately before the emergency landing. Expect the news release in Japan to cause more tension between those who want the 787s to fly again pending a full understanding of the causes and cures in these incidents, and independent safety investigators who will recommend to  safety regulators like the FAA a continuation of the grounding"" ""One aspect that may confuse some people relates to the decision to use this particular type of battery. The danger posed by it has been evident by a lengthy and documented list of disturbing events in recent years. They include many thousands of batteries used in laptops being recalled, because of determined risks of fire or explosion. General Motors were also placed in the battery limelight. In 2011, the 400 pounds Lithium ion battery
  in their Chevrolet Volt apparently was subject to spontaneous combustion when it burst into flames, while reportedly in a parked vehicle. In 2010, a UPS-operated Boeing 747 crashed just after take-off from Dubai. Investigators placed the blame on a cargo hold that contained Lithium ion batteries, for a fire that caused the incident."" A number of incidents of cell phones  with lithium ion batteries blowing up in peoples pockets, notebook computers blowing up in peoples briefcases and other shocking fires have been deeply documented. Picture LITHIUM ION BATERIES BLOWING UP ON THEIR OWN Picture FISKERS CARS THAT BLEW UP AND BURST INTO FLAMES JUST BECAUSE THEIR LITHIUM ION BATTERIES GOT WET ""Here is where they make some of these batteries, in forced labor camps:
http://www.thedailybeast.com/newsweek/2013/01/13/china-s-labor-pains.html        Because, as we all know, chinese prostitutes are the best choice to make the things that keep our airplanes in the air and our cars on the road. The silicon valley venture capital guys front these batteries because they have such cheap labor to give them great profits.. quality control? not so much


NHTSA DEMAND LETTER        ADDITIONAL DATA: Additional Mechanical Failures of the Tesla. Some could lead to lock-in during fire: Mocking web image, below, highlights acknowledgement of high volume of Tesla drivers drinking and driving: Image, below, shows that the battery compartment of Tesla has more impact points to cause ignition that any other electric car: The Chevy Volt did a recall because of the lithium ion dangers

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

and added extra steel, (image below) around the lithium ion chamber but they had already acknowledged this danger by burying the lithium ion deep within the body of the car without exposing it to the outside edges like Tesla does: The following article (image below:) indicates that Tesla was in violation of federal law when it applied for DOE funds, which required that a company was not about to go bankrupt. Musk, herein states that he WAS about to go bankrupt when he applied. Additionally, he states that he front-loading his friends contracts to grab all the federal cash at a bankruptcy. This seems to indicate that safety due diligence data was being manipulated, along with federal law, on behalf of Tesla investors. Tjis calls into question, all data has submitted, or will submit, relative to honesty. Exclusive: Tesla Model S charging system may have started garage fire - California fire dept BY BERNIE WOODALL AND NORIHIKO SHIROUZU Wed Dec 18, 2013 (Reuters) - A fire department in Southern California said a garage fire may have been caused by an overheated charging system in a Tesla Model S sedan, in the latest link between the top selling electric car and the potential for fire. While Tesla Motors Inc maintains that the fire was not related to the car or its charging system, the Orange County Fire Authority said the Tesla-supplied charging system or the connection at the electricity panel on the wall of the garage of a single-family home could have caused the fire. ""The fire occurred as a result of an electrical failure in the charging system for an electric vehicle,"" said a report by the fire authority, a copy of which was obtained by Reuters. The report also emphasizes that the cause of the fire is unclear. ""The most probable cause of this fire is a high resistance connection at the wall socket or the Universal Mobile Connector from the Tesla charging system"" which was plugged into a 240-volt wall socket, the report said. The fire occurred on November 15 in Irvine, California. The possible link between the fire and the Tesla Model S was not reported previously. The garage fire is not related to three road fires in Model S sedans that occurred in October and November and which caused Tesla's stock to fall sharply last month. The road fires occurred in Washington state, Tennessee and Mexico. In the U.S. incidents, Model S sedans caught fire after running over road debris. In Mexico, a Model S caught fire after striking a concrete wall. U.S. regulators are investigating the cause of the U.S. road fires, which caused the high-flying stock of the ""green"" car maker to fall from a high of $194.50 in late September to under $120 in late November.On Wednesday, Tesla shares fell 2.9 percent to close at $147.98 on the Nasdaq.   The November residential fire on the campus of the University of California-Irvine caused $25,000 of damage to the garage and its contents, but the Model S sustained only smoke damage, and no one in the house was injured, according to the Orange County Fire Authority's report. A Tesla representative disagreed on Wednesday with some of the report's findings. ""We looked into the incident,"" said Tesla spokeswoman Liz Jarvis-Shean. ""We can say it absolutely was not the car, the battery or the charging electronics."" She added: ""The cable was fine on the vehicle side. All the damage was on the wall side. ""A review of the car's logs showed that the battery had been charging normally, and there were no fluctuations in temperature or malfunctions within the battery or the charge electronics,"" said Jarvis-Shean. The owner of the Model S, who lives at the Irvine residence, had parked the car in the garage the evening of November 14, plugged the cord from the vehicle into the 240-volt wall socket, and set a timer to begin the flow of electricity to the car's on-board batteries at midnight. She noticed a fire just before 3 a.m. and called for help. Fire crews put out the blaze quickly. Some cardboard boxes stacked near the point of connection between the Tesla Model S charging system and the connection to the 240-volt outlet helped the fire spread, the report said. (Reporting by Bernie Woodall in Detroit and Norihiko Shirouzu in Beijing; editing by Matthew Lewis) VIDEO EVIDENCE: TESLA STRIKING ROAD DEBRIS NEAR FREMONT, CALIFORNIA: LITHIUM ION BATTERY PACK SPONTANEOUS EXPLOSION
http://www.youtube.com/watch?v=JzWbWBfd91w
http://www.youtube.com/watch?v=7jlEjk3Qu4A

NETWORK TV NEWS REPORTS:
http://www.youtube.com/watch?v=fhMjRzvE1Ng
http://www.youtube.com/watch?v=kXGzBzeHF_Y
LITHIUM ION DANGER:
http://www.youtube.com/watch?v=ZrJcWKmIwOc
BATTERY CELL TEST: Notice that in the following movie, the lithium ion battery like Tesla uses starts exploding just when the insides are exposed to air and ALSO when it gets wet: http://www.youtube.com/watch?v=v7abq34mckg
TESLA ISSUE
http://www.youtube.com/watch?v=uFUNPpn4080

TESLA STAFF VIDEO: Here is a video made by Tesla's own employees about their product:
http://youtu.be/cTqnP0McPcs
http://www.youtube.com/watch?v=cTqnP0McPcs
 You can also see it at:


http://tinypic.com/r/7295hs/6
WATCH THIS VIDEO OF A TESLA BURNING AND BLOWING UP BECAUSE OF BATTERY SHOCK IN A CRASH.
http://www.youtube.com/watch?v=RCn1CufaCYc
http://youtu.be/RCn1CufaCYc


### *Questioning the validity of the German Tesla ""Safety Report""* Re-Quoted from: http://www.freerepublic.com/focus/f-bloggers/3098653/posts Hard to Take the German Absolution of Tesla Fires Seriously NLPC  | December 5, 2013 | Paul Chesser Posted on Thursday, December 05, 2013 10:31:19 PM by jazusamo Following incidents in Washington state, Mexico andTennessee, the National Highway Traffic Safety Administration announced it would probe fires that occurred recently over a six week period in Tesla Motors? electric Model S. And this week, as revealed in a Detroit News story, the NHTSA looks like they?re serious ? at least more serious than Germany?s transportation safety authority. Why bring up Germany? Because as the regulatory heat bears down in the U.S. on Tesla and high-profile CEO Elon Musk, they have trotted out the Eastern Europe nation to demonstrate that they?ve been absolved of any culpability in the fires. The media that has mostly fawned over the electric automaker helpfully amplified the development, which certainly Musk welcomed. He even got a slight recovery in the company stock price as a result. On Monday Tesla posted a press release that claimed the company received an inquiry from the German Federal Motor Transport Authority about the three fires. While the NHTSA seems intent on conducting a thorough investigation (I?ll get to those details momentarily), the Germans have already wrapped up their inquiry! The result: After Tesla provided ?data and additional information? and the Germans ?reviewed Tesla?s responses to their inquiries,? they determined that ? no manufacturer-related defects could be found. Therefore, no further measures under the German Product Safety Act are deemed necessary.? Tesla posted a copy of the letter from the German Transport Authority ? which is addressed to what appears to be the company?s local legal counsel ? with the translation into English in the press release. Four things beg for explanation:"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The letter is dated Nov. 27, which is only about three weeks after the most recent fire. Such a rapid conclusion to an inquiry would seem to be a new record for governmental efficiency looking into complicated, sensitive matters such as this."

"The letter references a phone call earlier in the day with the attorney. What was that discussion about, that the Transport Authority immediately issued its exculpatory letter the same day

Tesla blacked out the identity and contact information of the Transport Authority representative who wrote the letter. Why?

"It?s apparent the German authority depended only on limited information supplied to it by Tesla (?According to the documents, no manufacturer-related defects could be found?). So it?s hard to give their ?investigation? much credibility."

"Compare that to what the US NHTSA is asking for. As the Detroit News reported Tuesday, the safety agency has requested that Tesla turn over detailed records of all consumer complaints, field reports, warranty claims and property damage claims related to the fires. ?Describe in detail all possible consequences to the vehicle from an impact to the subject component that damages the battery,? wrote NHTSA vehicle integrity chief D. Scott Yon. ? Describe in detail how these possible consequences were addressed in the design of the (Model S) and the limits of that design to prevent damage to the propulsion battery, stalling and fires.? The newspaper reported that Yon also asked for the results of all Tesla?s tests, studies, and investigations to review the battery fires and the alleged defect, and information about whether Tesla made any changes to the Model S to address the possible defect of roadway debris sparking fires in the battery packs. He also wants detailed records of vehicles at the time of the incidents, owner contact information, and all communication to owners or regional officers that the company plans to issue in the next four months. The letter was dated November 27, and Tesla has until January 14 to respond. That?s about 50 days just to gather the information ? more than twice as long as it took the Germans to collect, analyze and conclude their ?inquiry? that ?cleared? Tesla. Tesla has carefully controlled information that? s been released about the fires, including statements from the Model S owners. For the most part media reports have derived from these. It makes you wonder if there is some sort of non-disclosure agreement between the company and its vehicle owners. For example, in early October ? shortly after the first fire in Kent, Wash. ? Musk posted an essay on Tesla?s blog that explained how the Model S ?struck a large metal object? that caused damage. ?A curved section that fell off a semi-trailer was recovered from the roadway near where the accident occurred and, according to the road crew that was on the scene, appears to be the culprit,? Musk explained. ?The geometry of the object caused a powerful lever action as it went under the car, punching upward and impaling the Model S with a peak force on the order of 25 tons. Only a force of this magnitude would be strong enough to punch a 3-inch diameter hole through the quarter inch armor plate protecting the base of the vehicle.? Maybe so, but for all the physical explanations Musk has tried to present, no photos of the large metal object have been produced. Nor are there any pictures ? that are reasonably findable on the Web, at least ? of the tow hitch that was accused of causing the Model S fire in Tennessee. In such a hotly scrutinized case you?d think Musk would be parading the evidence if it existed, but he hasn?t. In the same blog post Musk went to great lengths to argue a conventional gasoline powered car, in the same circumstances, could have experienced a far worse fate. ?A typical gasoline car

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

only has a thin metal sheet protecting the underbody, leaving it vulnerable to destruction of the fuel supply lines or fuel tank, which causes a pool of gasoline to form and often burn the entire car to the ground,? he wrote. But the crash data doesn?t support that. As Justin Hyde of Yahoo!?s automotive Web site Motoramic wrote in early November, ?Even though it has fewer electric cars on the road than its competitors (such as the Chevy Volt or Nissan Leaf), none have reported similar fires after crashes. And while liquid-fueled vehicles suffer about 170,000 such fires every year, federal data show they take place in only 0.1 percent of all crashes.? Tesla?s control freakishness is also reflected in how the Model S owners who were fire victims. Has any independent journalist interviewed them? Below Musk?s blog post was a portion of an email exchange between Tesla?s vice president for sales and service and Rob Carlson, the Washington driver. The VP?s missive came off as a carefully crafted (lawyered?) explanation of how the fire occurred and that the Model S?s safety protections ?operated correctly.? In reply, Carlson supported Tesla?s response to the incident and said, ?I am still a big fan of your car and look forward to getting back into one.? Then he revealed that he is an investor in Tesla ? so certainly a critical response on his part would not have helped the value of the shares he owns! While not exactly tanking, Musk likely felt some anxiety (and investor pressure) when the company?s stock dropped from almost $200 earlier this year to about $120 the last couple of weeks, after the fires. Publicly Musk has said Tesla?s share price was overpriced anyway (he?s right), but at the same time, what executive wants to see a rapid drop like he?s seen? Not a moment too soon, this week he discovered a way to turn the German ?inquiry? of the Model S fires into a Wall Street bump ? the stock is up to almost $139 this morning. As for the American investigation, time ? and a serious examination ? will tell whether Tesla needs to revisit its Model S design or not. Before the fires NHTSA still gave it a top safety rating, which seemed more like it was joining the irrational exuberance party rather than an accurate evaluation. The signs point to the agency taking this a lot more seriously than the Germans did, but then again, this is the Obama administration we?re talking about, which has relentlessly protected and subsidized the electric vehicle industry. Paul Chesser is an associate fellow for the National Legal and Policy Center and publishes CarolinaPlottHound.com , an aggregator of North Carolina news.
--------------------------------------------------------------------------------


## Samsung exploding Lithium ion Galaxy COVER-UP Expose proves Danger of Lithium ion!

 Lithium ion and Cover-Ups seem to go hand-in-hand. Samsung tries to silence user whose S4 caught fire, it doesn't go over well"
 Brad Sams
 8-Dec-13
 "Oh Samsung, you tried to have a YouTube video pulled after it showed a Galaxy S4 that caught fire while charging but this is about to blow up in your PR and legal teams face after you sent a ?hush? document to the user. Here?s the deal, YouTube user GhostlyRich posted a video on YouTube in early December that showed that his Samsung Galaxy S4 caught fire while charging. While the battery did not explode (thankfully) you can clearly see the charging port is burnt. To no surprise, a burnt charging point rendered the device useless and seeing that the Phone is still under warranty, you would think Samsung would simply exchange the device and make good with the consumer to fix the issue. http://www.youtube.com/watch?v=2QHd-_qncEU Wrong. What Samsung has done, foolishly, is sent the user a document saying that they will exchange his defective device only after he pulls his initial video from YouTube. If Samsung was unaware of how the Internet works, it?s about to find out that trying to quiet the user will result in a black eye for the company. Yes, we can understand why a company would want keep this type of incident quiet but anyone who has a basic understanding of the Internet will tell you that once it?s posted to the web, there is no way to delete it. Sure, removing the video might keep it a bit quieter, but that would likely only raise more suspicion in the long run with the followers of that YouTube channel. Samsung has goofed up big time as the original YouTube video, at the time of this posting, had 45,000 views and the video showing the Samsung demand letter, well, it has over 277,000 views. The video discussing the letter and the incident is posted above and is worth a watch. It goes to show what Samsung will do anything to keep its S4 issues off the radar but in this case, it has completely backfired. Not to mention that having to sign a contract to execute a warranty is borderline unethical for the circumstances of this incident. Additionally, the lithium ion in

THE BOOK OF TESLA. Copyright ... original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

Apple iPad Tablets are exploding: iPad Air explodes, erupting with smoke and flames in retail ... The appeal of Apple's sleek and slender new iPad Air is significantly diminished when it explodes and pours out flames along with so much smoke that the fire department has to be called in to extinguish the blaze. news.yahoo.com/ipad-air-explodes-erupting-smoke-flames... iPad Air EXPLODES leading to mobile phone shop evacuation ... Shop is evacuated and fire brigade are called after brand new iPad Air EXPLODES and fills mobile phone store with smoke . Sparks and smoke flew from device released on November 1 dailymail.co.uk/news/article-2492189/iPad-Air-EXPLODES-... iPad Air EXPLODES INTO FIREBALL as terrified fanbois flee ... iPad Air EXPLODES INTO FIREBALL as terrified fanbois flee Apple Store Charred fondleslab removed by Apple minion for testing theregister.co.uk/2013/11/08/ipad_air_explodes_into_fireb... iPad Air explodes at retail store in Australia An Apple iPad Air reportedly exploded at a Vodafone retail store in Canberra, Australia, prompting the need to call the fire department to put out the flames and smoke. vr-zone.com/articles/ipad-air-explodes-retail-store... iPad Air explodes in Vodafone store | CellularChief A Vodafone store in Canberra, Australia was evacuated and firefighters were called in after the explosion of an Apple iPad Air inside the store resulted in the release of smoke that filled the retail establishment. cellularchief.wordpress.com/2013/11/08/ipad-air-explodes-in-vondafo... iPad air explodes in Australia, fire department had to be ... iPad air explodes in Australia, fire department had to be called in to contain the smoke Posted by Stefan Constantinescu on Nov 08, 2013 | No Comments ̄ iphonehacks.com/2013/11/ipad-air-explodes-australia-fir... What kind of battery did they put in the Apple ipad AIR? LITHIUM!!!!!!!! ---------------------------------------------------------------"


# Hard to Take the German Absolution of Tesla Fires Seriously

by Paul Chesser
7-Dec-13


"Following incidents in  Washington state, Mexico and  Tennessee, the  National Highway Traffic Safety Administration  announced it would probe fires that occurred recently over a six week period in  Tesla Motors? electric Model S. And this week, as revealed in a  Detroit News  story, the NHTSA looks like they?re serious ? at least more serious than Germany?s transportation safety authority. Why bring up Germany? Because as the regulatory heat bears down in the U.S. on Tesla and high-profile CEO  Elon Musk, they have trotted out the Eastern Europe nation to demonstrate that they?ve been absolved of any culpability in the fires. The media that has mostly fawned over the electric automaker helpfully amplified the development, which certainly Musk welcomed. He even got a slight recovery in the company stock price as a result. On Monday Tesla posted a  press release  that claimed the company received an inquiry from the German Federal Motor Transport Authority about the three fires. While the NHTSA seems intent on conducting a thorough investigation (I?ll get to those details momentarily), the Germans have already wrapped up their inquiry! The result: After Tesla provided ?data and additional information? and the Germans ?reviewed Tesla?s responses to their inquiries,? they determined that ? no manufacturer-related defects could be found. Therefore, no further measures under the German Product Safety Act are deemed necessary.? Tesla posted a  copy of the letter  from the German Transport Authority ? which is addressed to what appears to be the company?s  local legal counsel  ? with the translation into English in the press release. Four things beg for explanation:"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The letter is dated Nov. 27, which is only about three weeks after the most recent fire. Such a rapid conclusion to an inquiry would seem to be a new record for governmental efficiency looking into complicated, sensitive matters such as this."

"The letter references a phone call earlier in the day with the attorney. What was  that  discussion about, that the Transport Authority immediately issued its exculpatory letter the same day

Tesla blacked out the identity and contact information of the Transport Authority representative who wrote the letter. Why?

"It?s apparent the German authority depended only on limited information supplied to it by Tesla (?According to the documents, no manufacturer-related defects could be found?). So it?s hard to give their ?investigation? much credibility."


"Compare that to what the US NHTSA is asking for. As the  Detroit Newsreported Tuesday, the safety agency has requested that Tesla turn over detailed records of all consumer complaints, field reports, warranty claims and property damage claims related to the fires. ?Describe in detail all possible consequences to the vehicle from an impact to the subject component that damages the battery,? wrote NHTSA vehicle integrity chief D. Scott Yon. ? Describe in detail how these possible consequences were addressed in the design of the (Model S) and the limits of that design to prevent damage to the propulsion battery, stalling and fires.? The newspaper reported that Yon also asked for the results of all Tesla?s tests, studies, and investigations to review the battery fires and the alleged defect, and information about whether Tesla made any changes to the Model S to address the possible defect of roadway debris sparking fires in the battery packs. He also wants detailed records of vehicles at the time of the incidents, owner contact information, and all communication to owners or regional officers that the company plans to issue in the next four months. The letter was dated November 27, and Tesla has until January 14 to respond. That?s about 50 days just to gather the information ? more than twice as long as it took the Germans to collect, analyze and conclude their ?inquiry? that ?cleared? Tesla. Tesla has carefully controlled information that? s been released about the fires, including statements from the Model S owners. For the most part media reports have derived from these. It makes you wonder if there is some sort of non-disclosure agreement between the company and its vehicle owners. For example, in early October ? shortly after the first fire in Kent, Wash. ? Musk posted an essay on Tesla?s blog that explained how the Model S ?struck a large metal object? that caused damage. ?A curved section that fell off a semi-trailer was recovered from the roadway near where the accident occurred and, according to the road crew that was on the scene, appears to be the culprit,? Musk explained. ?The geometry of the object caused a powerful lever action as it went under the car, punching upward and impaling the Model S with a peak force on the order of 25 tons. Only a force of this magnitude would be strong enough to punch a 3-inch diameter hole through the quarter inch armor plate protecting the base of the vehicle.? Maybe so, but for all the physical explanations Musk has tried to present, no photos of the large metal object have been produced. Nor are there any pictures ? that are reasonably findable on the Web, at least ? of the tow hitch that was accused of causing the Model S fire in Tennessee. In such a hotly scrutinized case you?d think Musk would be parading the evidence if it existed, but he hasn?t. In the same blog post Musk went to great lengths to argue a conventional gasoline powered car, in the same circumstances, could have experienced a far worse fate. ?A typical gasoline car only has a thin metal sheet protecting the underbody, leaving it vulnerable to destruction of the fuel supply lines or fuel tank, which causes a pool of gasoline to form and often burn the entire car to the ground,? he wrote. But the crash data  doesn?t support that. As Justin Hyde of Yahoo!?s automotive Web site Motoramic  wrote  in early November, ?Even though it has fewer electric cars on the road than its competitors (such as the  Chevy Volt  or Nissan Leaf), none have reported similar fires after crashes. And while liquid-fueled vehicles suffer about 170,000 such fires every year, federal data show they take place in only 0.1 percent of all crashes.? Tesla?s control freakishness is also reflected in how the Model S owners who were fire victims. Has any independent journalist interviewed them? Below Musk?s blog post was a portion of an email exchange between Tesla?s vice president for sales and service and Rob Carlson, the Washington driver. The VP?s missive came off as a carefully crafted (lawyered?) explanation of how the fire occurred and that the Model S?s safety protections ?operated correctly.? In reply, Carlson supported Tesla?s response to the incident and said, ?I am still a big fan of your car and look forward to getting back into one.? Then he revealed that he is an investor in Tesla ? so certainly a critical response on his part would not have helped the value of the shares he owns! While not exactly tanking, Musk

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

likely felt some anxiety (and investor pressure) when the company?s stock dropped from almost $200 earlier this year to about $120 the last couple of weeks, after the fires. Publicly Musk has said Tesla?s share price was overpriced anyway (he?s right), but at the same time, what executive wants to see a rapid drop like he?s seen? Not a moment too soon, this week he discovered a way to turn the German ?inquiry? of the Model S fires into a Wall Street bump ? the stock is up to almost $139 this morning. As for the American investigation, time ? and a serious examination ? will tell whether Tesla needs to revisit its Model S design or not. Before the fires NHTSA still gave it a top safety rating, which seemed more like it was joining the irrational exuberance party  rather than an accurate evaluation. The signs point to the agency taking this a lot more seriously than the Germans did, but then again, this is the  Obama administration we?re talking about, which has relentlessly protected and subsidized the electric vehicle industry. [Originally posted on the National Legal and Policy Center]
--------------------------------------------------------------------------------

## Tesla Safety Challenged! The Facts: ----------------------------------------

Deadly Smoke and Fumes. If the crash and fire don't kill you now, the toxins in the deadly smoke fumes kill you later. "
  "(See all that smoke in the TESLA   fire, above? That smoke is filled with deadly toxins from burning lithium ion combined with plastics. Why does Tesla say nothing about this in it's buyer documents? See all the cars stuck in traffic in the smoke plume? Do those innocent drivers, and their families, that have to sit there, behind the fire and in the smoke, appreciate having to breath in deadly vapors? See the fireman with the Full-Hazmat breathing apparatus on? He knows it sucks.) Per the IJES via the State School of Chemical Engineering and Technology of China: -------------------------------------------------------------- "

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

(Image above: New tests can see the cancer causing chemicals that got in your body from a Tesla fire from just two strands of your hair or one drop of blood or one swab of saliva. You can't hide product toxic poisoning anymore.)

  "There are a vast number of MSDS disclosure forms and technical product documents from the feds, the battery companies, the FAA, the TSA, the SME, The IEEE and tons of others say that ""Lithium ion batteries will explode and they will give off toxic gas"". Why were the Tesla's not equipped with carbon dioxide fire extinguishers as required? Why was a simple sheet of soft metal placed between the explosives and a ""thousands-of-pound-per-sq.-ft. impact surface"" (the road)? Was the car actually engineered or did Musk just doodle it out on the back of a napkin? You can hit the edge or front of the car and it will go off. The reason ""Elon Musk stands behind Tesla"" is because they usually blow up starting from the front. Andrew- DC Group
-----------------------------------------------------------

TESLA COVER UP Lithium Ion goes boom when it gets wet, poked, charged, used or pretty much gets unhappy for no apparent reason. All those car hulks, below, lined up next to each other are lithium ion electric piles of burned up $100K, per pile, cars, Nice huh? They are going to great lengths to cover that fact up: "
  "(Notice the surgeon who owned it. Most of these guys are Swingin' D Rich Guy Male Doctors) Those images above show many different lithium ion electric car fires. Why is this being covered up? By whom? So far, most Tesla's have been acquired by Tesla Fan Boys and their own investors to pump up the numbers. This has prevented a number of ""thermal events"" from getting reported. WHAT!!!? You don't think that's enough burning Tesla's? Well here's some more, the next one is from Boston: Not enough burning Tesla's? Stand by... RS- LAT
-----------------------------------------------------------------

Tell The U.S. Government to order Tesla to remove all Lithium Ion chemicals from it's cars! Is someone telling the NTSB not to do their job? Who? http://www.youtube.com/watch?v=ZrJcWKmIwOc TESLA CAN LOCK DOORS ON ITS OWN- BURNING ALIVE = BAD THING! You can read a number of postings online about the continual failure of the Tesla electronic door handles and door locks. How might fire increase these failure-to-unlock issues. Is it possible your own Tesla could lock you, and your family, INSIDE the car when it catches fire? How was this tested in the safety tests, or was it even tested? The Tesla Defects seem to be multiplying. Roberta- (A Mother) ----------------------------------------------------------------------------

Lithium ion = Bad Stuff Notice that in the following movie, the lithium ion battery like Tesla uses starts exploding just when the insides are exposed to air and ALSO when it gets wet: http://www.youtube.com/watch?v=v7abq34mckg --------------------------------------------------------------------------------

Another Tesla Movie So you think: ""OK, I would never drive my Tesla over any metal or bumpy roads so I never need to worry about that"", Well, that's what this Tesla driver thought: Watch the left side of the screen along the meridian wall. You can recognize the Tesla by the round open mouth grill. No matter what kind of a persnickety, self-centered, rich douche-kinda guy you are: Your Tesla is eventually going to hit a pot-hole, bottom-out or hit some crap in the road and then: fire and toxic smoke!
--------------------------------------------------------------------------------

SHOCKER EXCLUSIVE!!!!! Tesla ""battery supply"" problem -NOT. Battery explosion problem- YES. ""The napalm-like lava that is burning lithium-ion, combined with burning Tesla plastic, can eat through your entire face in about 2.5 seconds and it is nearly impossible to extinguish. This is not good stuff. They tried it on pig-corpses, ugly results. There are over 1000 different ways to store electricity. Lithium ion is the worst. The faster a car goes, the more likely it is to crash and to flip over in a crash. Tesla is the fastest car so it will crash more and flip over more. People that drive Tesla's are, generally, arrogant yuppie males with ego issues who want to go fast and show off. That makes crashes even more likely. While you are driving around on a carpet of deadly lithium ion, buried in the floorboards of the Tesla at your feet, and the car suddenly flips over, you are now trapped under a ceiling of burning lithium ion that firefighters can't extinguish and your face burns off. This is like flouridation of

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

water controversy; this chemical was specified because a certain group is making money off of this chemical. Over time, each battery has a higher and higher chance of ""going off"" because the charging demands of a car combined with the degradation offset of a single lithium ion battery is high in normal circumstances. Tesla uses them in extreme circumstances. They were never built for cars. You are not going to see less Tesla fires, you are going to see more. Tesla has dense-packed 6800 lithium ion packs in a closed metal box under your seat. That is 6800 chances of having your face burned off and 6800 chances of getting rained on with burning lithium ion and plastic, gassed out and burned up by the Tesla. I don't like the odds. Look at some of these pictures on this site, it even melts the metal. The people that are telling you ""Lithium Ion is just a lovely thing, don't worry about all of those scare stories"" have a financial investment in batteries using this chemical. Almost all of them have worked for, invested in or been hired by the people that make money off it. The form factor Tesla uses is a common 18650 battery you can buy on Amazon and Ebay so Tesla is not telling the truth about ""having a battery supply problem"" in their latest financial reports. They are having a battery blow-up problem. Suppliers won't sell them any batteries because they know Tesla abuses the batteries in the way they deploy them in cars and they don't want to get sued too, along with the lawsuits that are coming after Tesla.   These batteries were never intended to be used in cars. All this has been known for decades. If the ""biggest electric car funding effort in history"" hired the ""greatest technical review team ever created"",   how did this get by? Why didn't the reviewers mention this for Tesla's 'loan'?   This is not new technical information!"" Dr. Lee- USGA (FYI- I am available for TV interviews. Contact me through the SOMO funnel.) --------------------------------------

NHTSA has now called Musk a Liar TWICE, said he lied about probe and lied about NHTSA safety rating The National Highway Traffic Safety Administration (NHTSA), which produced the safety rating, isn't happy about Tesla's boasting. In its announcement, Tesla explained that the Model S earned five-star marks in every category; a rare feat. On top of that, its overall Vehicle Safety Score, provided to manufacturers, gave it a ""new combined record of 5.4 stars."" In a statement on its website, the NHTSA issued a rebuke to Tesla: ""NHTSA does not rate vehicles beyond 5 stars and does not rank or order vehicles within the star rating categories. In addition, the agency has guidelines in place for manufacturers and advertising agencies to follow to ensure that accurate and consistent information is conveyed to the public."" http://www.businessinsider.com/nhtsa-tesla-didnt-request-investigation-2013-11 http://www.businessinsider.com/government-mad-at-tesla-over-safety-claim-2013-8 Reporters use a new technology called: FACTS, to recall that only just the other day Musk was screaming in the press that ""no recall"" and ""no probe"" was needed, yet today he says he has secretly been demanding that NHTSA do a probe. Hmmmmm? Interesting! Bloomberg, Guardian and Reuters staff have now spoken with NHTSA staff, including the head: David Strickland, who have said, on record, that Tesla did NOT request probe and that it would be ""unprecedented"" for any car company to request a liability probe like that. Another Musk lie to his investors. Both the lie and the counter, published and on the record. NHTSA said it had already had concerns about Tesla prior to any calls from Tesla or Tesla's investors. Previous communications had been from Tesla backers and Senators (Who Tesla investors already had in their pockets)   saying ""don't do a probe""! Another P.T. Barnum ""smoke-screen"" move by Musk. Musk tried to take credit for creating Tesla even though Martin Eberhard created Tesla. Musk tried to take credit for creating the probe even though the feds had it already going. Musk tried to take credit for inventing electric cars even though GM and others did it decades earlier. Musk changed the NHTSA safety results and got caught lying about that too. Musk tried to take credit for creating the HyperLoop even though MIT created it 9 years earlier. What's up with this douche bag? GHT- LAT ------------------------------------------------------------------------------------- T

esla: Unsafe At Any Speed, Unethical at Inception. If I read all of the posts and articles on this page I get: ""Tesla seems to have been used to provide kickbacks to lithium ion investors in exchange for politics and those investors may, or may not, have known that lithium ion blows up, on its own, way more often than gasoline. When it does blow-up, along with the plastics and metals of the car, the toxic smoke and vapors can lead to a slow death of the occupants and bystanders. The Tesla batteries were not made for cars and when they are made, the workers who make them become very ill or fatally ill. There are plenty of electric cars available, today, from other companies. Tesla was not the first or the last and has led no wave of innovation that was not already in place decades earlier. Tesla staff and bundlers bribed Washington DC officials to get taxpayer money and fake stock market positioning for a billionaire. They deserve no applause. Almost all of the ""Tesla fanboy Hype"" is Tesla's own hired bloggers, and investors, run out of Fremont, creating fake buzz by operating as thousands of fake social media accounts.""

Does that about sum it up? EACH of those electric Fisker cars, in the photos above, blew up as they sat there when their lithium ion got wet in a storm. Lithium Ion blows up just from getting wet (or overcharged or banged). The cars, in the photos above, were not all brought there, and put together, after they blew up. They just blew up sitting in the parking lot waiting to get delivered to customers. That is a picture of dozens and dozens of VERY expensive cars that were being used as a scam to sell this chemical called ""lithium ion"" that campaign financiers had a near monopoly on. It was a kickback deal. Due Diligence was done, but ordered to be ignored, in order to shove as much cash out the door, and in their pockets, before they got caught. Here is another one, below, the owner just ran into the grocery store and BOOM the lithium ion batteries in his $100K+ lithium ion electric super car just blew up, taking the tree and the car next to it out:"

**"Watch As Another Fisker Karma Spontaneously Combusts, The ..."**

"Aug 17, 2012 ... The Karma above caught fire in a Woodside, CA parking lot while .... attention away from the latest green energy project to blow up in the  ... www.dailybail.com/ home/ watch-as-another-fisker-karma-spontaneously-combusts-the-100.html

**Second Fisker Karma Burns ? Did EV1/Volt Engineer Predict Cause ...**

"Aug 11, 2012 ... Fisker Karma Fire, Woodside, CA - Photo Courtesy of Aaron Wood A ... If only a few more of these cars explode, you can totally forget about  ... www.thetruthaboutcars.com/ 2012/ 08/ second-fisker-karma-burns-did-ev1volt-engineer-predict-cause/

**DailyTech - Round Two: Fisker Karma Goes Up in Flames in California**

"Aug 13, 2012 ... Yet another Fisker Karma has gone up in smoke, making this the second ... A Fisker Karma driver from Woodside, California parked his hybrid at the ..... is an intercooler coupler blowing off and making a sound like a gunshot. www.dailytech.com/ Round+Two+Fisker+Karma+Goes+Up+in+Flames+in+California/ article25389.htm http://www.youtube.com/watch?v=JzWbWBfd91w http://www.youtube.com/watch?v=7jlEjk3Qu4A"

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"DST-LAT ------------------------------------------------------------------

TESLA PATENTS, FILED WITH FEDS, SHOW MUSK KNEW CARS WERE UNSAFE! TESLA knew their car was unsafe and says so in their own patent filings.   This, alone, says Musk was lying. The extreme military tank-type ""ballistic shield"" measures called for in their patent, below, are shocking proof that they knew how awful lithium ion is the way they use it. In another Tesla patent, Tesla says, in THEIR words filed with the feds: """"Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked."" Plus this other Tesla patent which says you need to, essentially, be in a military tank to drive a Tesla safely. Patent calls for ""Ballistic Shielding"" to keep drivers & passengers alive !!!!: http://www.patentlens.net/patentlens/patents.html?patnums=US_8286743#tab_1 "

 "HJ- BOST --------------------------------------

Per SME, lithium ion has blown up in products over 2000 times more often than any other energy storage. Lead acid batteries, gasoline, hydrogen, nickel metal hydride, and all other product energy storage technologies COMBINED have NOT blown up as much as lithium ion has gone thermal in cars, airplanes, cell phones, computers, data centers, tablets, backup power systems and other systems. People have died in some of these incidents. Planes have crashed. Homes have been set on fire. People have been horribly burned. It is not OK to let lithium ion investors buy the news media and shut down the articles about these dangers. Hj, WSJ ----------------------------------------------------------------------

Please Send This open letter to the German Federal Motor Transport Authority, or Kraftfahrt-Bundesamt (KBA): Regarding: Your recent Tesla ""safety declaration"". Dear German Federal Motor Transport Authority: It is quite surprising to hear that your organization has declared the Tesla completely safe without engaging in full due diligence. It makes it appear like someone got bribed. We certainly hope that Deutsche Bank staff's substantial positions in Tesla held no bearing. We see that Deutsche Bank staff were just indicted for massive securities fraud and we hope that is just a coincidence. Numerous organizations and experts have provided data showing that the car is not safe. The statistics, historical facts about lithium ion, and actual evidence point to the opposite conclusion. Many websites, including: http://lithium-ion.weebly.com and others provide rather contrary evidence. Tesla's own patent documents state that the car is not safe. The Chevy Volt was recalled for far less battery issues with lithium ion. There are over 200 safety concerns that can be provided to you in a documented report. America has not even started their safety investigation and has requested a deep set of technical documents from Tesla. Did your agency request such documents? The members of the public hereby request publication of the identities of the reviewers, the methods and analysis methods they employed, the read-out of their data and the conclusive, specific data that the research was based upon. Here is a link to a much more overt investigation you might want to review: http://somo1.com/2013/12/06/tesla-safety-report-vers-1-05-public-wiki-produced-for-nhtsa-and-other-governmental-agencies/ Sincerely, XXX Please feel free to send your own version to Kraftfahrt-Bundesamt (KBA) at: pressestelle@kba.de and at this link: http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true and by hard-copy mail to: Kraftfahrt-Bundesamt Stabsstelle (Office of Interdepartmental functions) Mr. Thomas Meyer 24932 Flensburg ki- ggt --------------------------------------------------------------------------

THE BOOK OF TESLA. Copyright orig. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

German Tesla ""Safety Review"" exposed as ""Sham""!

## Samsung exploding Lithium ion Galaxy COVER-UP Expose proves Danger of Lithium ion!

Lithium ion and Cover-Ups seem to go hand-in-hand. Samsung tries to silence user whose S4 caught fire, it doesn't go over well"

Brad Sams
8-Dec-13
"Oh Samsung, you tried to have a YouTube video pulled after it showed a Galaxy S4 that caught fire while charging but this is about to blow up in your PR and legal teams face after you sent a ?hush? document to the user. Here?s the deal, YouTube user GhostlyRich posted a video on YouTube in early December that showed that his Samsung Galaxy S4 caught fire while charging. While the battery did not explode (thankfully) you can clearly see the charging port is burnt. To no surprise, a burnt charging point rendered the device useless and seeing that the Phone is still under warranty, you would think Samsung would simply exchange the device and make good with the consumer to fix the issue. http://www.youtube.com/watch?v=2QHd-_qncEU Wrong. What Samsung has done, foolishly, is sent the user a document saying that they will exchange his defective device only after he pulls his initial video from YouTube. If Samsung was unaware of how the Internet works, it?s about to find out that trying to quiet the user will result in a black eye for the company. Yes, we can understand why a company would want keep this type of incident quiet but anyone who has a basic understanding of the Internet will tell you that once it?s posted to the web, there is no way to delete it. Sure, removing the video might keep it a bit quieter, but that would likely only raise more suspicion in the long run with the followers of that YouTube channel. Samsung has goofed up big time as the original YouTube video, at the time of this posting, had 45,000 views and the video showing the Samsung demand letter, well, it has over 277,000 views. The video discussing the letter and the incident is posted above and is worth a watch. It goes to show what Samsung will do anything to keep its S4 issues off the radar but in this case, it has completely backfired. Not to mention that having to sign a contract to execute a warranty is borderline unethical for the circumstances of this incident.
-----------------------------------------------------------------------------
-------------------------------------------------------------

Germany Clears Tesla Of Fire Probe?????? Was it a real probe? Tue Dec 3, 2013 (Business Insider) The German Federal Motor Transport Authority, Kraftfahrt-Bundesamt (KBA) has concluded an investigation into three recent Tesla Model S fires and found ?no manufacturer-related defects,? Tesla said today. In a press release, Tesla said it provided the KBA with relevant data on the accidents, and received a letter saying ?no further measures under the German Product Safety Act [Produktsicherheitsgesetz (ProdSG)] are deemed necessary.? In November, the National Highway Transportation Safety Administration (NHTSA) opened an investigation into the three fires. Tesla said it has ?requested? the process, but NHTSA Administrator told a House panel that was untrue, according to The Detroit News. That investigation is ongoing, but at least the Germans have been placated. If you woke up

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

this morning and read this, as I did, upon seeing TSLA up 6% before the open and my puts reversing lower on this ?news?, you could be forgiven if your first impression was, ?when the hell did Germany open an investigation?? You see, I remember being told about the investigation being conducted by the NHTSA, the US based auto safety agency. I remember they opened an investigation following three fires, two of which occurred in the US, and the remaining one in Mexico. Barely a few weeks ago? But it?s funny, as I don?t recall there ever being an announcement of a German investigation. It must have got lost under the Blankenship resignation announcement. In fact, swinging over to Tesla?s Investor Press Releases ? it?s astounding ? but it seems completely devoid of any bad news at all. Not even a mention of the US based investigation, much less a German one, or a peep about the VP of sales leaving the company. Meanwhile, in the real world, real men and women are throwing their money into this company, shaking off oversold conditions on a hard bounce. And class action lawsuits are raining from the sky. I?ve mostly been thinking those lawsuits were warrantless before now, but if this is how Tesla handles communications, I?m not so sure. This isn?t a game, people. Mr. Cain Thaler Stock advice in actual English. ------------------------------------------------------------------------------------

If GM had to do a recall for a potential thing, why didn't Tesla have to do one for an actual thing? (Hint: Bribes) ""GM to Call Back 8,000 Chevrolet Volt to Strengthen Battery Pack Michael Graham Richard Transportation / Cars @ Treehugger The saga continues! After some Chevy Volt battery fire issues during testing and GM offering Volt owners to buy back their cars or loan them replacements, we learn that that GM has decided to not take any chances; it is supposedly about to announce a call back of 8,000 Volt electric cars. The Associated Press only writes: ""A person briefed on the matter says General Motors will ask Volt owners to bring their electric cars into dealers to strengthen the structure around the batteries."" We should have more details later today, but if you own a Volt, expect to be contacted by your dealer and to have to bring them you car for some strengthening of the structure protecting the battery pack."" ### See image below. Even though Chevy Volt batteries are contained deep within the body and chassis of the car, GM still had to do a recall to cover the lithium ion batteries up in even more steel. Tesla lithium ion batteries are fully exposed at the edges and bottom of the car. It should not be possible for NHTSA to NOT require a recall unless someone is paying someone off. Is Musk ""Convinced there will be no recall"" because Rahm told him so? "

 "(C) GM The Tesla Battery pack has TONS more impact points than a Chevy Volt, Nissan Leaf or other car. It has less shielding density per Lithium Ion Square inches than any car. The batteries are very close to the edge and exterior of the car without protection equal to the known, and calculated, destruction potential. That is why Tesla's blow up more often: The Tesla battery box wall is a mere breath away from a deadly road surface moving with tremendous force and the lower edge of the car where an impact is most likely to occur. Thousands of pounds of shock force will instantly do things to those batteries that will be: Awesome in a frightening and fire-explosion kinda way. KF & GG ----------------------------------------------------------------------

Investigators would like to hear from you if you have information or tips: Safety Investigations: http://www.nhtsa.gov/Contact With a copy to: public.affairs@dot.gov http://www.autosafety.org/fileacomplaint Criminal Investigations: https://tips.fbi.gov/ with a copy to: askdoj@usdoj.gov antitrust.complaints@usdoj.gov https://wb-gop-oversight.house.gov/ Chairman Barbara Boxer Senate Select Committee on Ethics 220 Hart Senate Office Building Washington, D.C. 20510 Fax:   (202) 224-7416 Please send them any helpful tips or just a kind note of encouragement! -------------------------------------------------------

Incriminating New Evidence! Corporate testing videos have now been uncovered showing mice in a glass box exposed to a single burning Tesla Lithium ion cell and then exposed to a single burning Tesla Lithium 2 inch ion battery with a section of Tesla car body plastic and metal burning. After the horrid results, the mouse bodies were tested for toxins. Needless to say, none of the results were good. U.S. Government MSDS documents reveal the toxic vapor danger from these batteries was fully documented outside of DOE, yet never discussed by staff. Federal MSDS documents, from multiple federal agencies, specifically state that the Tesla lithium ion batteries are deadly toxic when burning. DF-   NYP -----------------------------------------

Tesla fires Can't be ignored no matter what the CEO says http://www.consumeraffairs.com/news/tesla-fires-cant-be-ignored-no-matter-what- Tesla's-ceo-claims-112013.html --------------------------------------------------

THE BOOK OF TESLA. Copyright: web-original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Tesla Batteries Act Like Solid ""rocket fuel"" when they ignite! As of 11/6/2013 Tesla had said there were only 3 fires, yet social media shows there were many more fires. Those other fires have been documented in photos and videos and Elon Musk has said he has tracking chips on all of the cars so Tesla had to have known about all of the other fires. The reality of the documentation and the statements from Tesla seem to clearly show a cover-up. Lithium ion in a metal box burns like solid rocket fuel when it gets going in a fire. Musk would have known this since he started SPACE X: A rocket company! (Which keeps having technical failures) RS-LAT
-----------------------------------------------------------------

Additional Tesla Fire News Expose Links:

http://www.nytimes.com/2013/02/10/automobiles/stalled-on-the-ev-highway.html?pagewanted=1

http://www.theburningplatform.com/2013/05/29/tesla-just-another-taxpayer-boondoggle/

http://www.zerohedge.com/news/2013-06-03/how-many-cars-must-tesla-sell-interactive-calculator-has-scary-answer

http://www.zerohedge.com/news/2013-05-29/greenback-revolution-why-tesla-just-distraction

http://www.zerohedge.com/news/2013-09-28/great-tesla-rotation-institutions-retail-bag-holders

http://www.nwaonline.com/news/2013/nov/25/tesla-fire-inquiry-focus-battery-20131125/?business-national

http://cornellsun.com/blog/2013/11/26/fires-problems-persist-for-tesla/

 -------------------------------------------

Bad Engineering It was an idiotic move to use thousands of lithium ion consumer flashlight-type batteries, that were never made to be used in a car, to create an entire bed of toxic explosive material and put it just a hair breadth away from a surface that can puncture, explode and inflame it. That surface, the road, is trying to puncture, bump, and destroy the undercarriage, of every car, every inch of every mile of every road across the country. Also, the batteries are so close to almost all of the outside edges of the car, that puncture damage in a crash is certain. They decided to CHEAP OUT with the flashlight batteries yet they charge buyers insane amounts of money for a car with a growing list of technical failures. What were these people thinking? HD- SME engineer Update: See Fluoride controversy (below) for explanation about why someone would do this:
-------------------------------------------------------

Understanding Tesla's Life Threatening Battery Decisions SEEKING ALPHA- John Peterson Nov 22 2013 In the last couple of months, electric cars from Tesla Motors (TSLA) have had three collision-related battery fires that were widely covered by the media. Last week, the NHTSA decided to conduct a formal investigation of these incidents. While Tesla's CEO Elon Musk immediately went on the offensive arguing that Tesla's BEVs have a lower fire risk than gasoline powered cars, the question an increasing number of investors are asking is ""Why has Tesla had three battery fires in a fleet of 17,000 BEVs while Nissan hasn't had any fires in its fleet of over 90,000 BEVs  " The answer is simple. Tesla's battery decisions significantly increased battery risks for both the customer and the company. MORE... ---------------------------------------------------------------------

Musk Claim of Fewer Tesla Fires Questioned in MIT Report Bloomberg By Angela Greiling Keane & Jeff Green Tesla Motors Inc. (TSLA) cars have caught fire caused by collisions more often than gasoline-powered vehicles, according to a Massachusetts Institute of Technology report rebutting assertions by Elon Musk, the electric-car maker?s chief executive officer. Because only 4 percent of vehicle fires are caused by collisions, Tesla?s Model S sedan, with a rechargeable lithium-ion battery, is statistically more likely to catch fire than are cars with gasoline tanks, wrote Kevin Bullis, senior editor for energy for MIT Technology Review. Update:

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://muckrack.com/link/tdT2/musk-claim-of-fewer-tesla-fires-questioned-in-mit-report
-------------------------------------------------

Disco Inferno- Burn Baby Burn http://www.youtube.com/watch?v=A_sY2rjxq6M
-------------------------------------------------

ELON MUSK CANCELS HIS CROSS COUNTRY DRIVE IN A TESLA FOR FEAR OF HIS LIFE AND THE
SAFETY OF HIS KIDS Didn't Elon say he was just about to make a cross country drive in a Tesla? Elon Musk to
Drive a Tesla Across the U.S. ? But the ... Elon Musk is planning to drive from Los Angeles to New York using
only a Model S and Tesla Superchargers. But he'll have to wait until the end of the year before the automaker's
quick charging network is actually built out. According to Musk, the trip will take six days and cover 3,200 miles
wired.com/autopia/2013/09/musk-cross-country/ -------------------------------------------------------------

IRONIC TESLA BILLBOARD -------------------------------------------------------------

NOW look at what is blowing up!!!. THIS JUST HAPPENED IN the middle of all this too!!!!: Massive numbers
of OTHER Lithium Ion devices blowing up. iPad Air explodes, erupting with smoke and flames in retail ... The
appeal of Apple's sleek and slender new iPad Air is significantly diminished when it explodes and pours out
flames along with so much smoke that the fire department has to be called in to extinguish the blaze.
news.yahoo.com/ipad-air-explodes-erupting-smoke-flames... iPad Air EXPLODES leading to mobile phone shop
evacuation ... Shop is evacuated and fire brigade are called after brand new iPad Air EXPLODES and fills mobile
phone store with smoke . Sparks and smoke flew from device released on November 1
dailymail.co.uk/news/article-2492189/iPad-Air-EXPLODES-... iPad Air EXPLODES INTO FIREBALL as
terrified fanbois flee ... iPad Air EXPLODES INTO FIREBALL as terrified fanbois flee Apple Store Charred
fondleslab removed by Apple minion for testing theregister.co.uk/2013/11/08/ipad_air_explodes_into_fireb... iPad
Air explodes at retail store in Australia An Apple iPad Air reportedly exploded at a Vodafone retail store in
Canberra, Australia, prompting the need to call the fire department to put out the flames and smoke. vr-
zone.com/articles/ipad-air-explodes-retail-store... iPad Air explodes in Vodafone store | CellularChief A Vodafone
store in Canberra, Australia was evacuated and firefighters were called in after the explosion of an Apple iPad Air
inside the store resulted in the release of smoke that filled the retail establishment.
cellularchief.wordpress.com/2013/11/08/ipad-air-explodes-in-vondafo... iPad air explodes in Australia, fire
department had to be ... iPad air explodes in Australia, fire department had to be called in to contain the smoke
Posted by Stefan Constantinescu on Nov 08, 2013 | No Comments ¯ iphonehacks.com/2013/11/ipad-air-explodes-
australia-fir... What kind of battery did they put in the Apple ipad AIR? LITHIUM!!!!!!!! Randy Oates- DC
-----------------------------------------------------------------

TESLA MATH: If one IPAD can take out a whole store and a Tesla has the equivalent of thousands of IPAD
batteries in each car, how many homes in your neighborhood can a Tesla take out? I want my neighbor to keep his
Tesla at the office. Musk has made a big point out of saying, in recent interviews, that the new fires were not
""spontaneous"" thereby admitting he knows that Lithium Ion CAN go off spontaneously like it did in the Boeing
planes and with many other electronics in the last 10 years. GH- Boston G
-------------------------------------------------

EXPOSE: Here is a video made by Tesla's
  own employees about their product: http://youtu.be/cTqnP0McPcs http://www.youtube.com/watch?
v=cTqnP0McPcs You can also see it at: http://tinypic.com/r/7295hs/6
---------------------------------------------------------------------

WATCH THIS VIDEO OF A TESLA BURNING AND BLOWING UP BECAUSE OF BATTERY
UNHAPPINESS. http://www.youtube.com/watch?v=RCn1CufaCYc http://youtu.be/RCn1CufaCYc
http://m.digitaltrends.com/cars/second-tesla-model-s-catches-fire-critical-crash-mexico/ ""Is the beginning of an
onslaught of fiery Tesla Model S wrecks? A second Tesla Model S reportedly caught fire last week after crashing
through a concrete wall in Mexico. According to Mexican paper Progreso Hoy (by way of Business Insider), a

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Model S owner was speeding when he lost control of the car and went through a concrete wall and then into a large tree. You can see the resulting fire in the video below. The man was apparently not seriously injuries and walked away from the incident. Here is an official recount from Tesla: ?We were able to contact the driver quickly and are pleased that he is safe. This was a significant accident where the car was traveling at such a high speed that it smashed through a concrete wall and then hit a large tree, yet the driver walked away from the car with no permanent injury. He is appreciative of the safety and performance of the car and has asked if we can expedite delivery of his next Model S.  The first reported Model S fire occurred earlier this month when a Washington State driver struck an object in the road, which caused a fire in the front portion of the car, beneath the carpeted trunk area. It appears the Mexican Model S fire also began in the forward section of the car."" ? Manu Fs. - Obsido --------------------------------------------------------------------------------

The Lithium ion profiteering scam. Dump, grab the money and run. FISKER lithium Ion batteries burst into flames at the drop of a hat. This is now well-known. Telsa and Fisker funding with tax dollars was more about funding battery company deals for their investors than anything else. Lithium Ion Batteries blow up in Boeing's, Tesla's and they just blow up. That is why TSA does not allow liquid on airplanes. That is why AT&T eliminated Lithium Ion in its server racks. EVERYBODY knows that lithium ion blows up and releases deadly chemicals, why is this cover-up still going on?     Oh, I See: Profits and kickbacks! Everyone was warned about this. Over 100 published reports from major universities and federally funded studies have now been sourced and posted showing that this had been guaranteed to happen by some of the top scientists in the world prior to Tesla receiving DOE money. Who owns all these battery companies? Watch for the WESTON REPORT from a major Huffington Post Journalist which links every investor in TESLA to all of their political connections and influences. Invest in Tesla and you will get tracked by numerous investigative reporters. Dan ----------------------------------------------------------------

THERE HAVE BEEN A VAST NUMBER OF ADDITIONAL LITHIUM ION FIRES. SEE THESE LINKS. See these other articles and third party studies: THESE ARE NOT THE ONLY FIRES, LOOK AT THESE LINKS: MORE TESLA FIRES http://lithium-ion.weebly.com ----------------------------------------------------------------

Lithium ion blowing up even more than usual? Does anyone know how electromagnetic energy affects this Lithium Ion chemical? Since we now see that IPADs and other phones are blowing up, I wonder if EMF shifts set it off? In which case, sticking it the biggest electronic appliance might not be a good idea. Semmer- ---------------------------------------------------------------- Tesla Failures push Auto Industry to Fuel Cell Cars http://www.dailyfinance.com/2013/11/10/tesla-motors-stubbornly-fights-the-future-of-green/ http://www.fool.com/investing/general/2013/11/22/motor-money-testy-times-for-tesla-and-fuel-cells-a.aspx --------------------------------------------------------------------

 Boeing Lithium Ion Batteries Blew Up for No GOOD Reason too: Class action law firms have begun research to determine the potential for Tesla fire-related cases. A number of specialized law firms, who only produce class actions for consumer groups, have contracted exploratory research to look at the viability for class actions on behalf of Consumers who were near Tesla Fires, Employees who were near Tesla Fires, Tesla Factory employees, First Responders who were near Tesla fires, and related matters. T- Law 360 ----------------------------------------------------------------------

Tesla shares slip more on reports of third fire, other car problems By Jerry Hirsch- LA Times November 7, 2013 By Jerry HirschNovember 7, 2013, 8:39 a.m. Tesla Motors shares continued to fall Thursday as the automaker confirmed a third fire in one of its high-end electric cars and a major auto reviewer pointed out problems with its Model S luxury hatchback. The 9%, or $13.40, decline in mid-morning trading to $137.76 followed a 15% plunge in the shares Wednesday after the automaker said limited supplies of batteries were hampering sales and that it was spending heavily on research and development to design new models. Tesla shares have been on a run for most of the year, rising about 400% before this reversal. Car shopping website Edmunds.com said its 2013 Model S was ?making an ominous noise under acceleration and deceleration. It originates from the rear of the car and seems to be getting worse.? It is a complaint that?s also starting to show up on Tesla?s owners forum, an online discussion group hosted by the automaker for drivers of its cars. ?Mine had that and it got bad at 70 mph,? said

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

one owner, posting under the ?mortgagebruce? moniker. He said Tesla had to replace the drive unit twice to fix the problem. Tesla also replaced the drive unit on the Edmunds car, but declined to tell the company what caused the problem. It also replaced the driver door mechanism because of another problem. The car has just less than 11,000 miles on the road. ?We're not sure what to think about the fact that both of these repairs were completed with just one overnight stay,? said Mike Schmidt, Edmunds? vehicle testing manager. ?Maybe the dealer is really on the ball. Maybe the supply chain is short. Or maybe the parts are readily available because they've seen these before.? Tesla spokeswoman Liz Jarvis Shean said she was not familiar with the Edmunds complaint. Meanwhile, another Model S electric car caught fire Wednesday near Smyrna, Tenn., following a crash. This was the third Model S to have caught fire in the last five weeks. One burned near Seattle and another in Mexico. Both cars were in crashes and the fires injured no one. Normally, car fires are not significant events that influence investors. There are about 150,000 annually, according to the National Fire Protection Assn. However, safety officials have been tracking fires in electric cars, as well as computers and other equipment, out of concern that the lithium-ion battery systems might be fire-prone. Earlier this year, federal regulators grounded Boeing 787 planes for four months after batteries on two planes overheated, with one catching on fire. Boeing later ordered modifications to the jets to increase ventilation and insulation near the batteries, but the company and investigators never determined the root cause of the overheating. The National Highway Traffic Safety Administration reviewed the Tesla fire in Seattle and concluded it was caused by the accident rather than a vehicle defect. Tesla said it contacted the driver of the car in Tennessee and noted he was not injured and ?believes the car saved his life. Our team is on its way to Tennessee to learn more about what happened in the accident.? ?The problem is that we have three fires in six weeks,? said Karl Brauer, senior analyst at Kelley Blue Book, the car information company. ?For a company with a stock price based as much or more on image than financials, those recurring headlines are highly damaging.? The Palo Alto automaker said Tuesday it posted a loss of $38.5 million, or 32 cents per share, in the third quarter. That compares to a loss of $110.8 million, or $1.05 per share, in the same period a year earlier.   Now that it is delivering cars, revenue grew to $431 million from just $50.1 million a year earlier.

---------------------------------------------------------------

Science Question With all of these lithium ion cars, IPADs and phones just blowing up and going off more and more, does the increased prevalence of WIFI, broadcast signals and atmospheric radiation and other ion drivers make Lithium Ion increasingly more likely to go off? DDF ---------------------------------------------------

---------------------------------------------------------------

## "*Tesla Breaks Automotive History Record for Wasted Money, It?s  #*

 They Lied About Profits: Business  Insider2013/05/16

 "     - Other competing power systems run many, many times longer and provide massively greater range per charge    - The run time of batteries constantly shortens    - Lithium-ion batteries have a problematic ?Memory Effect?   - Lithium-ion batteries have a much shorter end-of-life metric.    - Lithium-ion batteries need to be charged from a ?sour-grid?.    - Other technologies have a far higher storage density than lithium-ion batteries.   - Other technologies are far less bulky than lithium-ion batteries.    - The weight of lithium-ion batteries reduces the range of travel of a vehicle which causes the use of wasteful energy just to haul the lithium-ion batteries along with the car. Other technologies energy systems weigh far less.    - The disposal of lithium ion batteries, after use, presents a deadly environmental issue while other technologies do not.    - Other technologies do not self-discharge like lithium-ion batteries.    - Lithium ion batteries cause a greater carbon footprint than other technologies technology    - Lithium-ion batteries require coal be burned to charge them. One pound of coal has roughly 14,000 Btu of chemical energy in it. When everything operates well, all that turns out to be generally around 30% efficient, meaning that 30% of the chemical energy that started out in the coal has become actual electricity. Scientists say that you poison the planet even more by using lithium-ion batteries.   "


 "     Stay tuned for additions as we sort through the massive amount of tips, whitepapers, government reports, lawsuits, disclosure documents and files that have been submitted, by you, for this article?             "


# "COVERING-UP ?THE BIG FIX?, HOW THE STORY WAS HIDDEN

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# FOR SO LONG"

"Google down-ranking and search manipulation by the very investors who stole the cash; The A.L.I.C.E news spin synchronization team and a whole lot of people too horrified by the truth to be willing to print it... It was about CRIME but the bad guys tried to make it be about POLITICS in order to keep the stink on any concept of having the media cover it. It turns out, BOTH parties were involved in the crimes!"

"  HIGHLIGHTS: - Google and their investors got the cash and perks and also owned 40% of the internet news traffic. Did they rig the news flow? You bet! - Democratic newspaper and website owners were being told ""it would hurt the party plans if you cover these crimes, just ignore them for now"" - The covert league of synchronized spin reporters in the group known as A.L.I.C.E used a secret email and tweet system to coordinate cover stories but they did not know they had moles - In this case, don't think about your political affiliation; think about the huge part of your paycheck that was taken away to give to actual criminals - From Schwarzenegger, to Feinstein, to Emanual; big shots from both parties participated in the scheme. When one found out about the other, the cry of ""I want some too!"" was raised!      "

"Hide ?D,? Showcase ?R? "

It?s the media?s unwritten rule for covering political scandals.

By L. Brent Bozell III

1,000-member secretive progressive journalist group uncovered. Group floods media with fake Tesla stock pumping syories on-demand from Silicon Valley.Exposed by Media Trackers

"Media Trackers is dedicated to media accountability, government transparency, and quality fact-based journalism. Archive ¯"
"WASHINGTON, D.C. ? A prominent CNN commentator, the top two political reporters for The Huffington Post, a Reuters reporter, the editor of The Nation magazine, a producer for Al Jazeera America television, a U.S. News & World Report columnist, and approximately two dozen Huffington Post contributors are among the more than 1,000 members of Gamechanger Salon. "
"Founded by leftwing activist Billy Wimsatt, the group is a secretive digital gathering of writers, opinion leaders, activists and political hands who share information, ideas and strategy via a closed Google group. The group?s existence was discovered by Media Trackers through an open records request filed with a University of Wisconsin professor who happened to be a member of the network. Sally Kohn, formerly a Fox News contributor, now works for CNN reliably echoing pro-Obama Administration talking points and championing leftwing ideas as a network commentator. Kohn is also a member of Gamechanger Salon, and e-mails show that she occasionally approached the group?s membership and asked them to promote her television appearances. ?I?m guest co-hosting CNN?s Crossfire tonight at 6:30pm EST, with fellow co-host Newt Gingrich. I would be grateful for folks (a) helping spread the word on Facebook, Twitter, etc to encourage people to tune in; and  (b) tuning in and live tweeting during the show,? Kohn wrote to the group on January 14 of this year. In another e-mail, Kohn pitched her TED talk about working as a liberal at Fox News. ?I would be grateful for any shares and reactions. Here is a straightforward, sample tweet[:] Watch @sallykohn?s amazing TED talk on emotional correctness: on.ted.com/Kohn? she wrote. ?Thanks for everything all of you do every day to make the world a better place!? she signed off. Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post,? is a member of Gamechanger Salon along with The Huffington Post?s Washington bureau chief, Ryan Grim. In mid-July, Terkel and Grim jointly wrote a piece about a leftwing effort to push Massachusetts Sen. Elizabeth Warren (D) to run for president. The pair of reporters heavily quoted Erica Sagrans, a fellow member of Gamechanger Salon and leading organizer of the ?Ready For Warren? effort, and cited Billy Wimsatt?s support for the project. Wimsatt?s work as founder of Gamechanger Salon and the reporters? own membership in the group, along with Sagrans? membership, went unreported. In a subsequent piece Terkel again reported on the

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

effort to recruit Warren for a presidential bid, and a previous piece by Grim contrasted Warren with presumptive Democratic presidential candidate Hillary Clinton. A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website."

"Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. A late-July column for the Post by vanden Heuvel entitled ?Building a progressive alternative to ALEC? hit on a theme regularly mentioned on Gamechanger Salon: liberals must build an alternative to the American Legislative Exchange Council. Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. Gamechanger Salon member Prof. Joel Rogers of the University of Wisconsin Madison founded ALICE. Vanden Heuvel in a 2012 column for the Post wrote about Rogers founding ALICE. Not once does she appear to disclose her membership in Gamechanger Salon along with some of the very people she writes about. Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report. Brodwin is a member of Gamechanger Salon, and on July 14 he published a column arguing that small business owners support a minimum wage increase. Fascinatingly, the Obama Administration?s U.S. Department of Labor relies on Brodwin?s American Sustainable Business Council to argue that very point in a recent ?fact-sheet? advocating for a minimum wage hike. Dozens of members of the leftwing network have contributed columns to The Huffington Post, and others have written opinion pieces for several other publications. The full extent of the network?s activity and effectiveness at amplifying and coordinating left-leaning messaging campaigns has yet to be fully explored. Authored by Brian Sikma"

## 5. ALICE (American Legislative and Issue Campaign Exchange)

alicelaw.org      Cached
Public library of progressive law on a wide range of issues in state and local policy.

## 6. ALICE - American Legislative and Issue Campaign Exchange ...

www.linkedin.com/company/alice---american...      Cached
"ALICE, the American Legislative and Issue Campaign Exchange, is a one-stop web-based public library of progressive state and local laws. The ALICE library includes ..."

## 7. ALICE (American Legislative and Issue Campaign Exchange ...

THE BOOK OF TESLA  Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.facebook.com/alicelawproject     Cached
"ALICE (American Legislative and Issue Campaign Exchange). 813 likes ú 26 talking about this. The American Legislative and Issue Campaign Exchange, or..."

## 8. American Legislative And Issue Campaign Exchange in San ...

### Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

  - etc...

  -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- VALUEWALK -- New America Foundation   -- Blogger & Pundit Shills:  (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas-

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon-
Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting
Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica
John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology
Review

""This matter has absolutely nothing to do with whether or not you like solar power or electric cars or gasoline or
fracking or one technology over another. It has nothing to do with climate change; not a single thing. This is
totally about banking, securities and finance fraud. It is entirely about organized crime racketeering kickbacks
arranged by arrogant frat-boy billionaires who sought to buy government, buy power, buy ego-trips, kill
competitors and monopolize industries for personal gain in exchange for campaign efforts."" - A U.S. Senate
Source -------------------------------------------------------------------------

Watch the 60 Minutes episode: ""The Cleantech Crash"", below, that began the series of 2014 expose events
coming over the next 6 months: [wpvideo jMnc6LJb] The lobbyists called ""Think Progress"" (many of those
targeted by investigations work, or worked there) and others, funded by the VC's, have started massive spin to call
it a bunch of lies and say that ""No, No, it was really a big success"", but the facts, the criminal investigations and
the money trail speak for themselves. It doesn't matter if you are Democrat or Republican, it matters if you want
billionaires buying your government and cutting you out of the loop. D- LA Times
-----------------------------------------------------------------------

Now watch the 60 Minutes episode about how it was done: http://www.youtube.com/watch?v=CHiicN0Kg10
[wpvideo fARepFlX] -------------------------------------------------------------------

The Democrats needed cash for the campaign. Democrats are always poor, so they never have enough money.
The campaign staff went to the Silicon Valley Vc's and said that if they paid for the campaign costs up front and
rigged the search engines to only promote the Democrat candidates, then the campaign would give them $100
Billion of tax money that they would not have otherwise gotten, once the Democrats had control of the DOE slush
fund. So they did, but they got caught by their greed, and now they need to go to federal prison. It's as simple as
that! E- Heritage ----------------------------------------------------------------

Note From Victims: Multiple SOMO reporters/writers have spoken with a number of victims of this series of hits
organized by the same group of people. If any major law firms (Multiple firms can file) begin the process of filing
a class action RICO or damages action on behalf of the victims: Arrington, Assange, Eberhard, Brown, Conway,
DM, Steve, Lakatos, Katie, AL, Etc... It is highly likely that a number of other victims (over 20+) will join the
cases once they are filed and publicly noticed. Substantial evidence and testimony now exists and recoverable
assets in potential court-ordered awards, from the attackers, exceed $50B+ in possible recoveries for damages
caused by their organized efforts against these competitors and reporters. In other words, big class-action law
firms, according to many plaintiff candidates: ""if you file it, they will come."" DFG, YY, DS,  SAT/LAT/NYT
-----------------------------------------------------------------------

Seriously... ...Don't get your panties in a knot about saving electric cars or solar panels. They are NOT AT RISK.
There are a ton of solar panel companies doing gangbuster business and you can buy all kinds of electric cars,
from many companies, right now. Those things are safe. They are doing fine. Don't let the VC media shills play
your feel-good heart-strings. By complaining about political corruption you are not going to destroy the planet.
You are going to destroy Corruption. Got it? Green energy is doing fine but Corruption is also doing fine. Let's
stop the corruption and let the green energy keep on keepin' on! Bradley T-   SF Chr
-----------------------------------------------------------------------

Did they break the law? Multiple federal agency & committee probes now asked to look into organized crime
charges over kickbacks. The Westly Group (Under Investigation) Ira ""Linguini"" Erenpries (Under Investigation)
Firelake Capital   (Under Investigation) John ""Doe"" Doerr   (Under Investigation) Kliener Perkins (Sued for
Sexual Abuse)(Under Investigation) Elon ""The MuskRat"" Musk (Sued on multiple charges of fraud by

THE BOOK OF TESLA- Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

shareholders) Steve ""The Fix"" Westly   (Under Investigation) Ray ""The Sausage"" Lane (Charged with Tax Fraud) Steve Jurvetson   (Under Investigation) The Google Boys   (Under Investigation) Jonathan"" Slippery"" Silver (Fired) (Under Investigation) Tom Perkins (Under Investigation) Tim ""I want-to-run-my-own-state"" Draper (Under Investigation) Draper Fisher (Under Investigation) Vinohd Khosla and Connie Rice (Under Investigation, multiple departments) Khosla Ventures (Under Investigation) Tom ""Fettucine"" Styer (Under Investigation) Steven ""The Rat"" Rattner (Indicted) Raj ""I-Am-Untouchable"" Gupta (Indicted) Hey Now? when you look at: their lobby hires, payment disclosures and blind SUPERPAC?s, which lithium ion interests they own or control and when you follow the money, it gets pretty ironic... They are all friends of silicon valley?s ?McKinsey? DOE Secretary of Energy Steven Chu; McKinsey DOE $$ Guy Matt Rogers & McKinsey DOE $$ Guy Steve Spinner (They paid to get them appointed). McKinsey staff have previously been put in Federal prison for rigging things, ie: Rajat Gupta.; and are under investigation world-wide. They contracted a silicon valley consulting company called McKinsey Consulting and told McKinsey to write all these white papers for the White House and Federal Agencies that said: ?lithium ion is the key to the future?. Then they bribed and influenced and ""Revolving Door'd"" to put Chu at DOE (Silicon Valley VC's were the primary nominators of Chu per his nomination file docket) and they invested in all of the Lithium while their guy: Chu, (working with Rahm Emanual, Valarie Jarrett, David Axelrod and Robert Gibbs) handed out all of the taxpayer money to their investment projects. Easy Peasy. Scam. Which Senator did they interact with the most? Which West Wing Chief of Staff?? See the latest Senate investigations and Class Action lawsuits for more. The Pope just hired McKinsey to fix ""Vatican Corruption"".. Maybe not such a good idea? Recordings and emails appearing soon. Many agencies, committees and media groups are now investigating, or have been asked to investigate by senior Congressional staff. Since Reid went ?nuclear?, the gloves are off, it seems. Do your own research. Check out every name mentioned and all of their past connections. Nowadays, it isn?t that hard to research. All of the parts of this have been mentioned in the mainstream press as of now. Reporters asking to FOIA review the original Solyndra case # and case #?s hyphenated off of the Abound, Solyndra, and similar cases case #?s are having the best luck in story leads. ""One is building the new Bohemian Grove on the California coast at Half Moon Bay. One has started a Jr. Illuminati initiation program for young recruits that begins in the Stanford dorm rooms. One has publicly been charged with multiple crimes. One runs the technology suppression team for the NCVA. One has broken the record for hiring local escorts. Come watch the fun! It's non-stop hijinks with those crazy old boys from the Tech Branch of the Illuminati. Stay tuned for each episode of this made-for-tv romp that is guaranteed to be great fun for the whole family."" Elon Musk, and these sorts of ego-maniac billionaires, do not care about regular people or customers. They exist for the joy they get in manipulating power and control and tend to do things like this: [wpvideo jMnc6LJb] [wpvideo 6syz0vNW] [wpvideo h3AixjhD] [wpvideo 6syz0vNW] [wpvideo efQDTOLF] [wpvideo fsB9480q] [wpvideo QrKvoUyA] http://www.youtube.com/watch? v=5BYc3PqvBCo http://www.youtube.com/watch?v=XIdprsGvlb8 http://www.youtube.com/watch? v=6PZipwucanc http://www.youtube.com/watch?v=amnwBzcxMAU KL, HJK, H, TH, JKL, PROPU- Denver News, LA Times, WSJ, BB, Susu ----------------------------------------------


# Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt

"Sep 22, 2010 ... While there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't see it and therefore, we forget its there. ... VC investors would be wise to not attract the government with  ... www.techdirt.com/ articles/ 20100921/ 18574611100/ are-silicon-valley-angel-investors-colluding-over-deals.shtml Tim Draper Wants To Split California Into Pieces And Turn ..."

Tim Draper Wants To Split California Into Pieces And Turn Silicon Valley Into Its Own State. Posted yesterday by Gregory Ferenstein (@ ... He says he's submitting a polished version to the state's Attorney General in the form of a ballot proposition proposal within the next 48 ...

techcrunch.com/2013/12/19/tim-draper-six-californias-s...

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## The Arrogant VC: Why VCs are disliked by entrepreneurs, Part ..."

"Thanks to Atlas Venture for supporting Venture Hacks this month. ... including outright lying about the state of the business when refinancing, ... check out Fred's blog and his tweets @fdestin. If you want an intro to Atlas, send me an email."
  venturehacks.com/articles/arrogant-vc-2

## Which is more arrogant and elitist? - Page 15

"... is neither ""arrogant"" nor ""eltist."" There are many ... Audacity of Hope"", which skyrocketed when he began his run for the presidency. Compared to what Romney has earned, as a venture capitalist, ... Satanic Church in Oklahoma Wants to Build Their Own Monument Next to ..."
  sodahead.com/united-states/which-is-more-arrogant-an...

## The Arrogant Venture Capitalist: A View from the Trenches ...

The Arrogant Venture Capitalist: A View from the Trenches Fred Destin 12/8 ... It seems to me that LPs may have contributed to the state of VCs today. ... VC board members seem to want to prove they are the smartest in the room by forcefully suggesting strategy changes during the monthly or ...
  xconomy.com/boston/2009/12/08/the-arrogant-venture-...

## Bay Area Techie Rich: New Arrogant Elitists?Obama Radicals

"Beware of the arrogant rich from the technology community. ... Silicon Valley's Ultimate Exit,"" Balaji Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture capitalist, ..."
  capoliticalnews.com/2013/12/15/bay-area-techie-rich-new-arr...

## Charles Dameron: Rick Perry's Crony Capitalism Problem - WSJ.com

"The Emerging Technology Fund was created at Mr. Perry's behest in 2005 to act as a kind of public-sector venture capital firm, largely to provide funding for tech ... Mr. Tate invested his own money in ... ""It is fundamentally immoral and arrogant,"" says state representative David ..."
  online.wsj.com/news/articles/SB10001424052702304760604...

## Dave McClure is ripping VCs again: They're f***ing arrogant ...

"Dave McClure is not your typical venture capitalist. He wears T-shirts and flip flops, and cusses like a sailor. The term angel could not be more oxymoronic when applied to McClure. In the course of his 30-minute talk at the GROW conference in Vancouver, B.C. today, the founder of ..."
  geekwire.com/2012/dave-mcclure-rips-vcs-fing-arrogan...

## Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ...

"Some of them want to secede from America, ... Silicon Valley's Ultimate Exit,"" Balaji Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture capitalist, ..."
  --------------------------------------------------

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Steven Lawrence Rattner - Suspect

(born July 5, 1952) is an American financier who served as lead adviser to the Presidential Task Force on the Auto Industry in 2009 for the Obama administration.[1]"

## New York Pension Fund Investigation

"In 2005, Quadrangle made payments to private placement agent Hank Morris to help Quadrangle raise money for its second buyout fund.[13] Morris had come highly recommended to Rattner from U.S. Senator Charles Schumer.[14] Morris was also the chief political advisor to Alan Hevesi, the New York State Comptroller and manager of the New York State Common Retirement Fund (CRF), which invests in many private equity funds. Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner agreed to pay Morris a placement fee of 1.1% of any investments greater than $25 million from the CRF.[15] In 2009, Quadrangle and a dozen other investment firms, including the Carlyle Group, were investigated by the U.S. Securities and Exchange Commission for their hiring of Morris. The SEC viewed the payments as ""kickbacks"" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.[16] Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.[17]"

## Prosecution by Attorney General Cuomo

"The case drew significant media attention when Andrew Cuomo, the New York State Attorney General, demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.[18] Rattner was once a major fundraiser for Democratic Party candidates including Al Gore and Hillary Clinton, but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.[19] In an appearance on the Charlie Rose Show, Rattner asserted that hiring Morris as a placement agent was ""legal then, legal now, and done properly.""[20] He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the ""facts"" of the case and called Cuomo's demands ""close to extortion.""[21] On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.[22] Wikipedia -------------------------------------------------------- "


"Ray Lane Rode Tech Boom Tax-Shelter Wave Broken by IRS By Andrew Zajac & Jesse Drucker The dot-com boom of the late 1990s has come back to haunt former Hewlett-Packard Co. (HPQ) Chairman Ray Lane. Lane?s dispute with the Internal Revenue Service opens a window to a mostly bygone era when accounting and law firms conceived and sold tax-dodging strategies to investors seeking to avoid taxes on outsized gains from the still-swelling tech bubble. A file photo shows Hewlett-Packard Co. former Chairman Ray Lane speaking during the Wall Street Journal ECO:nomics conference in Santa Barbara, California, during March 2011. Photographer: Jonathan Alcorn/Bloomberg The shelters had memorable nicknames, based on acronyms: Son of BOSS, BLIPS, PICO and COBRA. Lane used one called POPS. Then the IRS cracked down, triggering the kind of legal battles with the agency Lane is now embroiled in. ?Most of these types of tax shelters have flushed through the system,? said Bryan Skarlatos, a tax attorney at Kostelanetz & Fink LLP in New York. ?The ones like you?re seeing with Lane are some of the stragglers.? ?It?s not the very last dinosaur caught in the tar pit, but it?s one of the last,? said Skarlatos, who represents clients in disputes with the IRS over POPS transactions. Tax Bill Lane, also the former president of Oracle Corp. (ORCL) and partner emeritus at venture-capital firm Kleiner Perkins Caufield & Byers, used POPS in an attempt to shield $250 million of income through what the IRS ruled were ?sham? transactions. Lane, 66, who left Oracle with more than $1 billion in stock and stock options in mid-2000, has agreed to settle with the IRS on a tax bill that could be as much as $100 million, even as he appeals the agency?s ruling in U.S. Tax Court in Washington. He said he fully paid his tax bill on sale of his Oracle options. ?My tax advisers put me into an investment,? he said in an interview. ?Somewhere along the way I knew these things were being questioned by the IRS.? The investment totaled $25 million, Lane said, and included an $18 million up-front

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

payment used to fund startups. A portion of that went to purchase warrants or stock options in five companies, including RocketGas Inc., Kleptomaniac.com. and Spectrum Target Detection Inc., according to a filing in one of at least five U.S. Tax Court cases involving Lane?s tax shelter investments. Tech Startups RocketGas was described in court papers as a business to ?bring services traditionally available only at a gasoline station to customer?s home or office.? Kleptomaniac.com was an ?e-commerce solutions provider and e-tailing consultant? to brick-and-mortar retailers and Spectrum had developed a traffic radar gun that ?was expected to replace traditional speed measuring devices used by law enforcement agencies.? ?Like most high tech startups which seemed so attractive in 2000, that high risk, high reward portfolio proved worthless within three years and petitioner simply seeks to recognize the real, hard-cash economic loss,? one of Lane?s lawyers argued in a court filing. Losses for the five companies totaled about $17 million, according to another filing. The IRS argued that the investments in the companies ?were payments of fees to promoters of listed and/or abusive tax avoidance transactions.? Other Investors Lane and other investors didn?t establish the value of stock options or warrants in an ?amount greater than zero,? and as a result, no losses were allowable, IRS lawyers wrote. Lane said the POPS shelter was assembled for him by Sidley Austin LLP, a Chicago-based law firm, the BDO Seidman consulting firm and Deutsche Bank AG, he said. Deutsche Bank, Germany?s largest bank, admitted criminal wrongdoing in 2010 and agreed to pay $553.6 million to avoid prosecution over its participation in 15 fraudulent tax shelters, including POPS transactions. The bank admitted to involvement in at least 1,300 deals, helping more than 2,100 customers evade about $5.9 billion in individual income tax on capital gains and ordinary income, according to a settlement agreement with the Justice Department. Duncan King, a spokesman for Frankfurt-based Deutsche Bank, and Jerry Walsh, a spokesman for BDO, declined to comment on Lane?s remarks. Sidley Austin didn?t reply to phone and e-mail messages requesting comment. Conspiracy Charge BDO, now known as BDO USA LLP, said in June 2012 it would pay $50 million to settle a charge of tax-fraud conspiracy for helping wealthy individuals evade about $1.3 billion in taxes from 1997 to 2003. In 2011, a jury convicted former BDO chief executive officer Denis Field and three others of more than 20 criminal counts including conspiracy and tax evasion. A judge threw out Field?s conviction after finding that a juror lied about her past. A re-trial is pending. POPS stands for Partnership Option Portfolio Securities. Though it has multiple variations, a POPS transaction, in general, worked like this: an accounting firm would set up a series of partnerships, which would typically enter into transactions called straddles using foreign currencies. Straddles involve simultaneously taking long and short positions to offset the investment risks. Offsetting Loss The partnership would sell off the positions that generates the gain, which would be attributed to a partner that would be indifferent to the tax, such as a tax-exempt entity. That would leave one of the partnerships with the offsetting loss. An investor with a big gain somewhere else could then buy into the partnership and thus take advantage of the loss. The IRS attacked such transactions for separating out the losses from the gains. The IRS case against Lane?s Vanadium Partners LLC mentions ?a series of meaningless steps,? involving a straddle, a tiered partnership structure and a transitory partner that allowed ?a tax shelter investor to claim a permanent non-economic loss.? Lane?s attorney, Charles Hodges, disputed the IRS contention that Vanadium was a sham that ?lacked economic substance.? In addition to the tech boom, conditions were ripe for tax shelters in the 1990s because the IRS had eased off enforcement under pressure from Congress, said Christopher Rizek, a lawyer at Caplin & Drysdale, a Washington-based law firm that specializes in tax matters. Wealthy Individuals ?They spent about two years re-organizing themselves,? he said. ?They were intimidated.? By the mid-2000s more aggressive enforcement resumed. Wealthy individuals who purchased POPS and other tax shelters were often identified by the IRS and Justice Department in probes of the accounting firms and law firms that sold them. The uproar in Congress over whether the IRS tried to head off conservative groups from getting non-profit status could curb challenges to tax shelters again, Rizek said. Tax lawyers are watching how the agency responds to ?this month?s use as a pinata by Congress,? he said. ?They could be cowed again,? Rizek said. ?We?ll see.? The case is Vanadium Partners Fund LLC v. IRS, 9970-13, U.S. Tax Court (Washington). To contact the reporter on this story: Andrew Zajac in Washington at azajac@bloomberg.net To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net
---------------------------------------------------------------"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Vanity Fair tries to link Arrington rape accusation to Silicon Valley's ...

  "Nov 1, 2013 ... It claims that the scandal represents ""the dark side of the Internet Age"" ... Maximillian Potter's ?Letter from Silicon Valley? in the December issue of Vanity Fair examines ... And that was with a high profile VC firm to begin with. www.zdnet.com/ vanity-fair-tries-to-link-arrington-rape-accusation-to-silicon-valley s-lack-of-women-in-tech-7000022702/ -----------------------------------------------------------------

How the VC's manipulated Afghanistan for Lithium HERE>>>
----------------------------------------------------------------------"


  "BLOOMBERG: Tom Steyer: The Wrath of a Green Billionaire By Joshua Green April 25, 2013 The billionaire -- with a jar of tar sand oil Billionaires get frustrated by Washington ineptitude just like everybody else. The difference is that they can afford to do something about it. Tom Steyer, who founded the San Francisco-based hedge fund Farallon Capital Management and retired last year with an estimated $1.4 billion fortune, is one such fed-up billionaire. Steyer?s particular grievance is the lack of government action to combat global warming. ?If you look at the 2012 campaign, climate change was like incest?something you couldn?t talk about in polite company,? he says. ?With the current Congress, the chance of any significant energy or climate legislation that would move the ball forward is somewhere around nil?possibly lower.? So Steyer, 55, a major Democratic contributor, quit Farallon to devote his time and much of his money to changing this reality. In doing so, he?s joined an emerging class of billionaires?including this magazine?s owner, Michael Bloomberg and Facebook (FB) co-founder Mark Zuckerberg?who have forsaken the traditional approach of working through the political parties and instead jumped directly into the fray, putting their reputations and fortunes behind a cause. Some environmental activists are thrilled. ?In a country that?s dominated by billionaires gaming the political system for their narrow self-interest, it?s pretty neat to see a player who?s in it for the common good,? says author and environmentalist Bill McKibben. ?He?s not a greedhead.? Many Democrats, McKibben among them, view Steyer as a liberal analogue of the conservative Koch brothers, the billionaire owners of Koch Industries, whose lavish support of free-market causes and political ruthlessness loom large in the liberal imagination. Steyer?s financial commitment is unquestioned. In 2010 he and his wife, philanthropist Kat Taylor, signed the ?Giving Pledge? begun by Warren Buffett and Bill and Melinda Gates to persuade wealthy people to devote the majority of their fortunes to good causes. That same year he spent $5 million successfully defending California?s greenhouse gas emissions law against a ballot measure, heavily financed by oil companies, to weaken it. He spent an additional $35 million last year on an initiative to close a tax loophole that benefited out-of-state corporations. Voters approved the measure, which will raise $1 billion a year in new revenue for the state, in November. ?He has made a difference in California,? says Representative Henry Waxman, the Los Angeles Democrat. His aptitude for hardball politics is less certain. On March 18, Steyer, a vocal opponent of the proposed Keystone XL pipeline that would pump tar sands oil from Canada to the Gulf Coast, clumsily inserted himself into the Massachusetts Democratic primary race between Representatives Edward Markey and Stephen Lynch for the state?s open Senate seat. Channeling John Wayne, Steyer penned a bullying letter demanding that Lynch renounce his support for the pipeline ?by high noon? a few days later or face the wrath of all the opposition Steyer and his checkbook could muster. Lynch?s campaign dismissed the stunt as ?billionaires issuing ultimatums.? The Boston Globe chastised Steyer for butting into a race in which both candidates had pledged to eschew PAC support. Markey probably doesn?t even need the support: But after the searing defeat in Congress three years ago of legislation to cap carbon emissions, Steyer and many other Democrats preoccupied with climate change are convinced that only a smash-mouth, confrontational style of politics can save the planet. He subscribes to the analysis offered in a recent paper by Harvard sociologist Theda Skocpol that the loss derived from Democrats? naive faith that their best chance at climate legislation was cooperating with polluters on a grand bargain negotiated by Washington power brokers. The strategy failed to account for Republicans? radicalization and use of the filibuster. And because environmental groups had neglected to organize, no grassroots pressure materialized when the legislation stalled. Steyer confidently presents himself as being in the vanguard of a hardheaded new approach. ?The way politics works is by people winning and losing jobs?their own jobs,? he says. ?Until people running for office believe it?s in their own interest, that it will make them popular with their constituents to stand up for good

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

policy, it?s not going to be good politics.? For now, this approach entails rounding up a posse of environmental activists and making blustery threats to keep Democrats in line. Earlier this month, Steyer paid for an airplane to circle a Boston Red Sox game at Fenway Park trailing a banner that read, ?Steve Lynch for Oil Evil Empire.?
-------------------------------------------------------------------------------------

Team Obama Releases List of Campaign Bundlers?Corrupt Jon Corzine and Solyndra Goons Steve Spinner/Steve Westly Top the List February 1, 2012 by Scotty Starnes What a list of corruption. Ex-Democrat Senator Jon Corzine is on the list. Corzine bankrupted MF Global and stole hundreds of billions from investors. Steve Spinner is an Obama bundler who pushed the Solyndra loan and Steve Westly has received billions for corporations he has ties to. Remember, Obama pretended to hate lobbyist as he issued waivers for lobbyists to work in his administration. WASHINGTON (AP) ? President Barack Obama?s re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama?s campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. ?The list includes two fundraisers linked to Solyndra LLC, theCalifornia solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. ?Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant?s government relations operations. Spinner and Westly are lobbyist as well. They bundled money for Obama then lobbied for money to be invested in corporations they have interest in.
---------------------------------------------------------

Obama releases list of top money 'bundlers' Associated Press By JIM KUHNHENN and KEN THOMAS February 1, 2012 9:32 AM WASHINGTON (AP) ? President Barack Obama's re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama's campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. Corzine is no longer raising money for the re-election, campaign officials said.The campaign divided the list into four groups based on how much money donors raised: $50,000-$100,000, $100,000-$200,000, $200,000 to $500,000 and those who raised more than $500,000 apiece. The donors represent a broad network of contributors, many of them longtime Democratic Party stalwarts. The list includes two fundraisers linked to Solyndra LLC, the California solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. The disclosure came as Obama headed back out on the money trail, speaking Tuesday night at two high-dollar fundraisers in the Washington area where donors paid $35,800 per ticket to see him. At an event at the posh St. Regis Hotel, the president told donors that Republicans have ""the wrong vision for America,"" though he didn't mention any of his opponents by name or reference the voting under way in Florida, where polls were closing in the state's GOP primary. Obama said voters needed to know ""that this is not an abstract ideological argument, that this is a practical concrete argument,"" and that the election is about whether they'll be able to find a good job with a living wage and get health care for their families. ""They've got to feel that we are actively advocating on their behalf."" Obama's campaign ended the year with more than $81 million in the bank, but Republicans are gearing up in the race for the White House. The Republican National Committee collected $27 million during the final three months of 2011, compared with $23 million by the DNC. In December, the RNC raised $11.6 million while the DNC collected $8.8 million. Through the end of 2011, the RNC had $20 million in the bank and $13

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

million in debt, while the DNC held $12.5 million in cash on hand and $6.5 million in debt. Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant's government relations operations. California figured most prominently on Obama's roster of big money ""bundlers."" Sixteen are from California and 13 are from New York. Top fundraisers include movie producers Jeffrey Katzenberg and Harvey Weinstein, and Vogue editor-in-chief Anna Wintour. Actress Eva Longoria was in the second highest tier, bundling $200,000 to $500,000 for Obama's re-election. Associated Press writer Erica Werner contributed to this report. ------------------------------------------------------------

D- LAT, GH- WAPO, HJ-HuffPO, Surf Alliance- FGT, -------------------------------------------------------------------

Trolling the illuminati! According to all of these studies, and general consensus, people who drive Tesla's are arrogant pricks. According to all of the studies, and general consensus, about Silicon Valley Billionaires, they, too are arrogant pricks. Arrogant Fraternity House prick boys are the most entitled, egotistical pseudo-macho people on Earth. Ergo, they will defend their sports team, beer brand, stock portfolio and anything that questions their penis-size, to the death. So, if you are trying to drain the illuminati's bank accounts in order to achieve a political advantage, there is no greater gift than Tesla Motors. By Elon Musk's own published admission, Tesla was dead in 2008. It was only kept alive as The Walking Dead by Silicon Valley VC's in order to get battery kickback deals and policy control. Every time the Tesla stock ticker starts dropping like a rock, when real investors realize it is a scam, the Silicon Valley VC's run out and buy a bunch of stock to make it look like Tesla has risen from the stock market dead in spite of the fires, recalls, management walk-outs, employee accidents, fraud charges, lawsuits and all of the other things that would kill any other company in the stock market. (Is that legal?) That is called ""pumping the stock"". Those are fake stock buys from Silicon Valley VC's. The only thing is, the more they pump, the poorer they get. T. C. - BB --------------------------------------------

http://www.youtube.com/watch?v=kAO4EVMlpwM
http://www.youtube.com/watch?v=PFvKQhQzZPI
http://www.youtube.com/watch?v=i3Z6CsMHeMo -------------------------------------------------

Ha! In San Francisco they are rioting against Google's buses, everybody hates the entitled freaks (""Hipsters"") from Silicon Valley and Silicon Valley has become the most un-cool thing on the planet because of all the personal data harvesting and that spy thing. As usual, Obama is 2 weeks behind in his news updates, he mentioned ""Silicon Valley"" in his press conference today as if that was a good thing. It is lucky he is firing most of his staff, that never told him what was really going on. Somebody better tell tell him that The Valley is a very negative brand item these days. No wonder Silicon Valley wants to succeed from California: Everybody hates them! Dione-   H --------------------------------------------- "

"You know those secret organizations that form conspiracy cartels to control government and industry. Here are all of the members of one such organization known, among the members, as ""The Omni"" (Or Illuminati-East-Coast). Research them, draw a line between the connections. See what you see:"

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Rockmark Corporation
Fedmark Corporation
"EC Holdings, Inc."
ECW Investor Associates
Realrock I
Louis R. Benzak
John R.H. Blum
James R. Bronkema Trust
"Vincent deP. Farrell, Jr."
Leslie H. Larsen
Bill F. Osborne
Portman Family Trust
William F. Pounds
David Rockefeller
"DR & Descendants, L.L.C."
The Estate of Edna B. Salomon
Robert B. Salomon
Ralph B. Salomon
William G. Spears
George M. Topliff

GH-LAT ------------------------------------------------------------------------------------

**How Silicon Valley's Tech Reign Will End - Slashdot**

"Jun 29, 2013 ... And Silicon Valley isn't like a city, it's like a... ... and a lot of talk about VC funding for ""great ideas"", which are all just Yet Another Social ...... It sucks. It's not actually a city, it's more like a long series of 80s era malls which have  ... www.slashdot.org/ story/ 13/ 06/ 29/ 1643246/ how-silicon-valleys-tech-reign-will-end

**Scaling Venture Capital? We suck. We can do better. | 500 Startups**

"Apr 6, 2012 ... Because we SUCK at EXACTLY the thing we're supposed to help ... past 20+ years i've spent in Silicon Valley as an engineer, entrepreneur,  ... www.500.co/2012/04/06/scaling-venture-capital/

**5 Reasons to Move Your Startup Out of Silicon Valley ? Tech News ...**

"Sep 10, 2008 ... The weather sucks in some of these towns (not Tallahassee) so your ... In the Valley, every VC has a portfolio company in each flavor ? their  ... www.gigaom.com/ 2008/ 09/ 10/ 5-reasons-to-move-your-startup-out-of-silicon-valley/

**Fred Wilson on why corporate VCs suck | PandoDaily**

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

"Jun 18, 2013 ... And two of my favorite moments were about the venture capital business. ... You' re Lucky, Twice You're Good: The Rebirth of Silicon Valley and  ... www.pando.com/2013/06/18/fred-wilson-on-why-corporate-vcs-suck/

**The Underbelly of Silicon Valley: VC ?Finders? - peHUB**

"VC conference organizers should make their profits from sponsors, not from struggling ... Last week, a Silicon Valley investor named Hugh Sloan III came across a .... securities ? it would suck to pay for advice that leads one to break the law. www.pehub.com/2010/02/the-underbelly-of-silicon-valley-vc-finders/

**Silicon Valley Could Use A Downturn Right About Now | TechCrunch**

"May 22, 2007 ... Silicon Valley is paradise for geeks, and people flock here from all over the world ... but for the most part there wasn't a lot of venture capital moving into new web ... Times are good, money is flowing, and Silicon Valley sucks. www.techcrunch.com/ 2007/ 05/ 22/ silicon-valley-could-use-a-downturn-right-about-now/

**Most Venture Capital Firms Suck - Slate**

"May 7, 2012 ... It's well known that if you invest in actively managed stock funds, then the fund manager is going to make out a lot better than you will. Less well  ... www.slate.com/ blogs/ moneybox/ 2012/ 05/ 07/ most_venture_capital_firms_suck.html

**Dave McClure is ripping VCs again: They're f***ing arrogant and ...**

"Aug 22, 2012... B.C. today, the founder of Silicon Valley's 500 Startups dropped the F-bomb ... He added that the returns for venture capital ?absolutely suck. www.geekwire.com/ 2012/ dave-mcclure-rips-vcs-fing-arrogant-stupid-aholes/

**"Why does everything suck?: Arrington, Race, and Silicon Valley"**

"Oct 28, 2011 ... I spent this summer in Silicon Valley as part of the NewMe Accelerator. ... To be clear, I am not saying any VC says at a partner meeting, ?you  ... www.whydoeseverythingsuck.com/ 2011/ 10/ arrington-race-and-silicon-valley-i.html

**How We Ruined Silicon Valley | Motherboard**

"Long an oasis of innovation and meritocracy, Silicon Valley has often represented all that is pure in capitalism, a place where guys dare to ... If you were a good VC you could make $100 million. ... It's not like anybody is doing evil or bad. motherboard.vice.com/ blog/ facebook-marks-the-end-of-silicon-valley-as-we-know-it

**Sift Science Funded to 'Fight Evil on the Internet' - Venture Capital ...**

"Mar 19, 2013 ... Venture Capital Dispatch HOME PAGE ‾ .... Featuring the VentureWire reporting team in the Silicon Valley, New York, Boston and Shanghai  ... blogs.wsj.com/ venturecapital/ 2013/ 03/ 19/ sift-science-funded-to-fight-evil-on-the-internet/

**Rude VC: Copying Silicon Valley - Rude Baguette**

"Mar 5, 2013 ... For a more in-depth review, A History of Silicon Valley by Piero Scaru. ... the emergence of Silicon Valley, in large part by trying to do no evil. www.rudebaguette.com/2013/03/05/rude-vc-copying-silicon-valley/

**"Michael Arrington, Jenn Allen, and the Dark Side of the Information ..."**

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Dec 1, 2013 ... Speakers are a Who's Who of Silicon Valley and in recent years ... first female engineer, and Ben Horowitz, co-founder of the V.C. leviathan  ... www.vanityfair.com/ business/ 2013/ 12/ michael-arrington-jenn-allen-relationship

**Silicon Valley should wake up to clawback culture ? Tech News ...**

"Jun 28, 2011 ... Silicon Valley should wake up to clawback culture ... the culture of Silicon Valley venture capital and the clubby world of private equity: ..... conclusion that they are , by their very nature, evil or intended to cheat shareholders. www.gigaom.com/ 2011/ 06/ 28/ silicon-valley-should-wake-up-to-clawback-culture/

**"John Doerr - Wikipedia, the free encyclopedia"**

His success in venture capital has garnered national attention; he has been and is ... Doerr is a high profile supporter of the Democratic Party in Silicon Valley. en.wikipedia.org/wiki/John_Doerr -

**Welcome to the (Don't Be) Evil Empire | Common Dreams**

"Jun 25, 2013 ... The criticism of Silicon Valley is long overdue and some of the ... Google, the company with the motto ?Don't be evil,? is rapidly becoming an empire. .... is extremely unequally distributed, and current venture capital is going  ... https://www.commondreams.org/view/2013/06/25-3

**The Dark Side of Silicon Valley - Center for Computer Research in ...**

"And some of the industry's most prominent venture capitalists, the financiers of the high- ... This is a series about the dark side of the Silicon Valley miracle. https://ccrma.stanford.edu/~dattorro/Silicon%20Valley.pdf

**Down and out in Silicon Valley: The dark side of easy VC access ...**

"Sep 21, 2011 ... Down and out in Silicon Valley: The dark side of easy VC access ... The Valley is the tech centre of the Universe and you're unlucky if you're not  ... www.ventureburn.com/ 2011/ 09/ down-and-out-in-silicon-valley-the-dark-side-of-easy-vc-access/

**Silicon Valley is no meritocracy ? Vivek Wadhwa ? The Kernel**

"Dec 19, 2011 ... I learned that virtually all of Silicon Valley's venture capital firms are .... These are blunt comments, and exemplify the dark side of Silicon Valley. www.kernelmag.com/ features/ essay/ 160/ silicon-valley-is-no-meritocracy/

**The dark side of VC positivity | The Venture Company**

"Dec 8, 2010 ... Only 45 of 790 U.S. VCs make any consistent money for LPs (according to a reputable Silicon Valley money manager). So, Venture as a  ... www.venturecompany.com/blog/2010/12/the-dark-side-of-vc-positivity/

**The Grassy Road: The dark side of Silicon Valley**

"Jun 18, 2012 ... Silicon Valley is on a roll right now. The relatively low levels of capital needed to start a software company has meant that start up incubators  ... pennyherscher.blogspot.com/2012/06/dark-side-of-silicon-valley.html

**Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Sep 22, 2010 ... While there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't see it and therefore, we forget its there. ... VC investors would be wise to not attract the government with  ... www.techdirt.com/ articles/ 20100921/ 18574611100/ are-silicon-valley-angel-investors-colluding-over-deals.shtml

**Modern Luxury | San Francisco Magazine | Dark side of the boom**

"Feb 17, 2012 ... E.B. Boyd reports on how his death has touched a nerve in Silicon Valley?and forced one of its biggest secrets out in the open. E.B. Boyd  ... www.modernluxury.com/san-francisco/story/dark-side-of-the-boom

**"How Scientists and Engineers Got It Right, and VC's Got It Wrong ..."**

"Jul 25, 2011 ... ESL, the first company I worked for in Silicon Valley, was founded by a ... however, the dark side to the current startup environment in the bay  ... www.steveblank.com/ 2011/ 07/ 25/ how-scientists-and-engineers-got-it-right-and-vc%E2%80%99s-got-it-wro ng/

**A Tale From The Dark Side Of Silicon Valley PowerAgent was ...**

"Apr 13, 1998 ... The list of investors included venture capital firms Information ... Today Sundby, 45, lives on Silicon Valley's dark side--a place where there are  ... money.cnn.com/magazines/fortune/fortune_archive/1998/04/13/240866/

**Silicon Valley: What's the dark side of Silicon Valley? - Quora**

"I'm talking about the stuff you don't read on TechCrunch. ... It is amazingly difficult to start/have a family if you make ""normal"" salaries here (you  ... www.quora.com/Silicon-Valley/Whats-the-dark-side-of-Silicon-Valley

**DOUBLE-CROSSED / Silicon Valley entrepreneurs say they have ...**

"Nov 17, 1999 ... The power of Silicon Valley's top venture capitalists is rivaled only by the ... But the High-tech miracle has a dark side: untold stories of ruined  ... www.sfgate.com/ bayarea/ article/ DOUBLE-CROSSED-Silicon-Valley-entrepreneurs-say-2896276.php

**The Arrogant VC: Why VCs are disliked by entrepreneurs - Venture ...**

"Dec 27, 2009 ... And yes, I also plan on writing a feature about the ?good side? soon? ... on the VC side who have behaved in a rude and disrespectful manner?. ... Continued in Part 2 with unwanted advice, arrogance, and the dark side of the force? .... you realize that Entrepreneurs in Si www.venturehacks.com/articles/arrogant-vc

**Oil barons and tech hipsters share a dark side. - Slate**

"Jan 7, 2013 ... Cozy relationships are common in Silicon Valley too. Marc Andreessen, whose venture capital firm routinely sells smaller companies to tech  ... www.slate.com/ blogs/ breakingviews/ 2013/ 01/ 07/ oil_barons_and_tech_hipsters_share_a_dark_side.html

**You'd Better Shop Around: Doing Due Diligence on Your VC ...**

"Aug 2, 2011... about the dark side of the venture world; stories of VCs who weren't ... VC partner doesn't have an obvious bit of Silicon Valley pedigree? www.xconomy.com/ san-francisco/ 2011/ 08/ 02/ youd-better-shop-around-doing-due-diligence-on-your-vc/

**Vulture Capital: Mark Coggins: 9781460979471: Amazon.com: Books**

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

 A trip through the dark satanic mills of venture capital with Chandler or Hammett as ... believable story about the dark side of Silicon Valley's start-up community.
www.amazon.com/Vulture-Capital-Mark-Coggins/dp/1460979478 -


### *Here is why they tried to ""KILL"" Micheal Arrington, Martin Eberhard, Snowden, Assange and the* rest:

So A Blogger Walks Into A Bar? Michael Arrington Tuesday, September 21st, 2010 Yesterday I was tipped off about a ?secret meeting? between a group of ?Super Angels? being held at Bin 38, a restaurant and bar in San Francisco. ?Do not come, you will not be welcome,? I was told. So I did what any self respecting blogger would do ? I drove over to Bin 38, parked my car and walked in. in the back of the restaurant in a private room was a long oval table. Sitting around the table, Godfather style, were ten or so of the highest profile angel investors in Silicon Valley. These investors, known as ?super angels? because they have mostly moved on to launch small venture funds of their own, are all friends of mine. I knew each person in the room very, very well.

 "I certainly didn?t think anything was amiss and I expected a friendly hello and an invitation to sit down for a drink or two before being shooed off while they talked about whatever they thought should be kept off record. But instead it went something like this: Me: Hey! Person who was talking: oh, oh no. Me: Hi. I heard you guys were here and I wanted to stop by and say hi. Them: dead silence. Me: so?. Them: Deafening silence. Me: This is usually where you guys say ?sit down, have a drink.? Them: not one sound Me: This is awkward. I guess I?ll be leaving now. I?ve never seen a more guilty looking group of people. But that alone isn?t that big of a deal. Lively conversations often die quickly when I arrive, and I?ve learned not to take it personally. But I did sniff around a little afterwards, and have spoken to three people who were at that meeting. And that?s where things got interesting. This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley,   have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I don?t use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner. According to these souces, the ongoing agenda includes:"

 "Complaints about Y Combinator?s growing power, and how to counteract competitiveness in Y Combinator deals."

 Complaints about rising deal valuations and they can act as a group to reduce those valuations.

 How the group can act together to keep traditional venture capitalists out of deals entirely

 How the group can act together to keep out new angel investors invading the market and driving up valuations.

 "More mundane things, like agreeing as a group not to accept convertible notes in deals (an entrepreneur-friendly type of deal)."

 One source has also said that there is a wiki of some sort that the group has that explicitly talks about how the

THE BOOK OF TESLA: Copyright, by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

group should act as one to keep deal valuations down.

 "At least two people attending were extremely uneasy about the meetings, and have said that they are only there to gather information, not participate. So what?s wrong with this? Collusion and price fixing, that?s what. It is absolutely unlawful for competitors to act together to keep other competitors out of the market, or to discuss ways to keep prices under control. And that appears to be exactly what this group is doing. This isn?t minor league stuff. We?re talking about federal crimes and civil prosecutions if in fact that?s what they?re doing. I had a quick call with an attorney this morning, and he confirmed that these types of meetings are exactly what these laws were designed to prevent. I?m not going to say who was at the meeting since at least a couple of the attendees are saying they were extremely uncomfortable with the direction the conversation was going. But like I said, it included just about every major angel investor in Silicon Valley. On a side note, this is a difficult post to write, because I call nearly every person in that room a friend. But these actions are so completely inappropriate it has to be called out. ?????????????????????????- Not sure what your sources are, but courts have ruled that parallel action can be sufficient evidence of conspiracy under Section 2 of the Sherman Act. See e.g. American Tobacco v. United States (1946), available here: http://supreme.vlex.com/vid/american-tobacco-v-united-states? The Supreme Court wrote: ?[The conspiracy's] existence was established, not through the presentation of a formal written agreement, but through the evidence of widespread and effective conduct on the part of petitioners in relation to their existing or potential competitors.? If I remember correctly from my anti-trust class last year, the American Tobacco precedent still stands. You don?t need written or audio evidence to get a conviction; anti-competitive behavior in the marketplace is sufficient. ?? dandelany 774 days ago | link Interesting questions? IANAL, but I imagine they?re colluding to bring down the valuations of startups, therefore essentially fixing the ?price? of their money, to be paid for in startup equity. If I, and others, say your company is worth a million dollars, then I?m fixing the price of my $500,000 at 50% of your company. ?? brendonjason 774 days ago | link IANAL(E), but this scenario would seem to be more of a concern if startups in Silicon valley got together over dinner to deny deals that didn?t offer similar terms and prices in dollars for securities of all startups represented at said dinner simultaneously. As for angels fixing the ?price of their money? I don?t understand how antitrust applies to this anymore than it would to, say, how LIBOR is determined. If antitrust applies to colluding on the dollar amount to be paid OUT instead of price asked for money coming in, then if I start a boycott of something (colluding to pay $0) am I guilty of violating antitrust laws? As I understand it (not much, I admit), antitrust applies to goods and services, not cost of money. If antitrust applied to cost of money, the Federal Reserve would not exist since it?s basically an extension of the member banks that make up its institutional board of directors (not board of governers). All they do is get together and fix the price of money to be printed and lent out to member banks. Also, this whole ?I stumbled in on a secret meeting of powerful men conspiring to start a revolution? thing is somewhat suspect; throughout history this gambit, if it actually happened that way, is usually either desperate grab at 15 minutes of fame (which seems unlikely given Michael?s popularity), an attempt to gain instant credibility on some esoteric but useful new subject (?I was the only outsider privvy to what happened there, so you can trust me?) or, unfortunately, a cynical move feigned by the men in the room to inspire hasty and possibly faulty reactionary stances by the supposed target of their ?envy?. I could be wrong though. I just can?t believe guys who are careful enough to get to such a position in life would all simultaneously get so careless. On the same day. In the same place. ?? polynomial 773 days ago | link > if I start a boycott of something (colluding to pay $0) http://j.mp/dividedby0 (Unless of course you actually get them to give it to you for nothing, which is generally not the point of a boycott?) ?? jeromec 774 days ago | link Think of the stock market. That?s certainly a marketplace. It?s made up of investors seeking to earn a return on their money by investing in companies. Think of the illegalities involved in collusion to manipulate the stock market. Now think of Silicon Valley as a less formal/regulated stock market? With Groupon nobody is asked to not buy or otherwise participate in the market unless done through Groupon. Instead, it?s like a grocery store co-op; members pool their money to get more buying power. This doesn?t mean they agree to refrain from shopping elsewhere, as that would be collusion/conspiring to produce a market effect. IANAL ?? brendonjason 774 days ago | link If I have an investing club and we come to define an investment approach, say, what stocks we like and what we think they should be valued at, are we colluding to price fix the market? If I think a company is over priced and I am in charge of executing trades for my investing club, whose members unanimously agreed not to buy the stock in question until it fell down say, $20 more in price ? are we colluding? Yes. Colluding to price fix? No. We?re simply colluding not to participate in the buy side. That may or may not lead to sellers slowly changing their

THE BOOK OF TESLA. Copyright ask original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

asking price. But that?s a two-way street. I don?t see the illegality according to anti-trust. Now if every major instututional house/hedge/mutual/pension fund that owned that stock got together and colluded to refuse to SELL us any stock until we agreed to their higher price, that I understand is illegal. They are fixing the price literally. But I don?t see how us refusing to participate in a transaction on the buy side is illegal whether we have 5 members or 5 million. Saying that the angels are colluding to price fix buys into Michael?s assertion that ? together, the men in that room account for nearly 100% of all angel deals?. That means that their ?deals? are the commodity in question, and they are free to do as they wish. If it?s their money, then it?s hard to make the claim that their money is the market. There?s certainly more money in the world than theirs. ?? blueben 774 days ago | link ?Look, you and I both know your company is worth $50 million. But I only want to pay $10 million, and I?ve already worked out a deal with my competitors so they won?t bid any more than that either. We own the market for investment, so you can take it or your company can die for lack of funding.? You don?t see a problem with this kind of artificial market manipulation? This is no longer a market; it short circuits true capitalism and only serves to siphon gains from the seller (in this case, the company?s founders) to the buyer, who will turn around and effectively try to resell (or otherwise exit) the company for profit. Everyone seems to be convinced that price fixing only applies to sellers. That?s wrong. It firmly applies to both selling and buying. It?s fundamentally about market manipulation; taking steps to undermine the economy of the system for direct personal gain. That kind of behavior destroys wealth and erodes confidence in the marketplace. ?? aufreak3 774 days ago | link I?m ignorant enough to have the same question in my mind. ?? SkyMarshal 774 days ago | link Grellas, what?s your take on this Quora comment? In a nutshell, it?s not illegal for collusion on the buy side, only the sell side: Tarun Nimmagadda, Mutual Mobile Co-Founder, COO http://www.quora.com/Who-are-the-Super-Angels-that-Michael-A? ?The article was a fun read, but it is a false claim that this is illegal. Collusion, price fixing, and dividing markets is only illegal on the selling side. Think about how people and groups are able to band together for purchasing power and special treatment when buying goods/services. Its not illegal. Worth noting thought that if this price manipulation happened in relation to a company with over a 100 investors, SEC regulations would begin to apply and this behavior would be illegal? ?? grellas 774 days ago | link That comment was made out of ignorance. Antitrust laws are by no means limited to sellers only. ?? SkyMarshal 774 days ago | link Interesting, thanks. ?? Alex3917 774 days ago | link ?Collusion, price fixing, and dividing markets is only illegal on the selling side.? IANAL, but didn?t Standard Oil got broken up largely for being a monopsony? In fact the first two complaints from the DoJ were about sell-side issues: ?Rebates, preferences, and other discriminatory practices in favor of the combination by railroad companies; restraint and monopolization by control of pipe lines, and unfair practices against competing pipe lines; contracts with competitors in restraint of trade; unfair methods of competition, such as local price cutting at the points where necessary to suppress competition; [and] espionage of the business of competitors, the operation of bogus independent companies, and payment of rebates on oil, with the like intent.? ?? invisible 774 days ago | link I know this was pointed at grellas, but I think this is a misunderstanding when we look at price fixing and collusion. The illegality of collusion is secretly forming agreements to benefit competitors at the expense of other parties. Words like defraud can succinctly help you understand whether it is illegal or not when looking at these agreements. ?? dctoedt 774 days ago | link The Wikipedia summary of Section 1 of the Sherman Act is a decent read: http://en.wikipedia.org/wiki/Sherman_Antitrust_Act#Violation?

   ?? ?? jon_dahl 774 days ago | link Grellas, would there have to be evidence that the participants were acting anti-competitively, or is being in the room enough? Arrington says that a few of the folks there were uncomfortable with what was going on, and were maybe there just to see what was happening. ?? grellas 774 days ago | link Assuming the meeting had an illegal purpose (which is a major assumption at this point), one might infer that anyone present was complicit in that illegal purpose. In my view, that by itself would not normally be enough to subject someone to liability, especially if the participant disclaims affiliation with the group and thereafter does not act in concert with it. ?? guelo 774 days ago | link Does it matter if the participants have monopoly power over the market? I have a hard time believing Arrington?s claim that ?ten or so? angels control ?nearly 100% of early stage startup deals in Silicon Valley?. If they control lets say only 50% of this market would it still be illegal collusion? ?? grellas 774 days ago | link It is not required that the participants have monopoly power for them to transgress the law on this point. I agree with you that the ?nearly 100% of the early stage deals in Silicon Valley? statement is wildly overstated but this should not affect the fundamental legal analysis here. ??tc 774 days ago | link Congratulations to PG & company. When I first met Paul years ago, he was musing about spam filters and the finer points of a well-designed lisp. Now he apparently has the top 10 angels in

Silicon Valley running scared of him. ?? jeromec 774 days ago | link The interesting thing is unlike that group of Angels apparently in the bar PG?s interests are less about helping himself, and more about helping entrepreneurs. From an essay by PG entitled ?Why YC?: The real reason we started Y Combinator is one probably only a hacker would understand. We did it because it seems such a great hack. There are thousands of smart people who could start companies and don?t, and with a relatively small amount of force applied at just the right place, we can spring on the world a stream of new startups that might otherwise not have existed. In a way this is virtuous, because I think startups are a good thing. But really what motivates us is the completely amoral desire that would motivate any hacker who looked at some complex device and realized that with a tiny tweak he could make it run more efficiently. In this case, the device is the world?s economy, which fortunately happens to be open source. http://paulgraham.com/whyyc.html ?? wensing 774 days ago | link YC?s greatest hack is identifying founder material based on technical rather than social proof (the YC app asks for an example of the coolest thing you?ve ever built, not an example of a cool person that thinks you are cool). This hack is possible thanks to a judges panel full of real nerds. How many super angels or VC?s can claim to have the same? ?? gruseom 774 days ago | link I agree that YC are able to identify great hackers and great founders more easily because they are these things themselves. What?s little recognized is how big a difference this is between YC and the other YC-like funds. ?? wensing 774 days ago | link Yes. I had a colleague apply for TechStars and her takeaway from the interview was ?he was really focused on where the business was.? Doesn?t seem in line with what I?ve heard about YC?s primary interest (it?s not the business model). ?? gruseom 774 days ago | link It seems kind of obvious that most successful startups don?t succeed via the business model they started with. And that great founders can change business models more easily than great business models can change founders. Thesethings are so obvious that they?re cliches, in fact, but that doesn?t mean that they?re common practice. ?? qq66 774 days ago | link I don?t think anybody?s stated interests should be taken as an indicator of their true interests. In this case,with PG, I do believe that his stated intentions are sincere. But there is often so little correlation between actual and stated intentions, that I don?t take any such statement at face value. ?? jeromec 774 days ago | link I don?t think anybody?s stated interests should be taken as an indicator of their true interests. I agree. (actually I?d replace ? taken as an indicator? with ?taken as an absolute indicator?) In this case, with PG, I do believe that his stated intentions are sincere. I agree. ?? mhendrick 774 days ago | link Correct me if I?m wrong, but isn?t it likely that the angels involved also make up a strong percentage of the people who invest on Demo Day in post-YC companies? How can it be a ?PG vs Angels? situation when the parties involved are likely some of YC?s portfolio companies biggest ?supporters?? ?? brc 774 days ago | link One of the outputs from the YC process is better educated founders who have a lot more guidance in negotiating through a deal Even if the deal flow was exactly the same, just having the founders suffering less from information asymmetry would be a stone in the shoe of the Angels. Think of it this way : if YC did all the same things, but also turned founders into being Angel patsies at dealtime, do you think they would be upset about it? I would guess it?s the information about how to negotiate, and what a good deal looks like is the problem. I?m sure they love the concept of demo-day to go deal shopping, but would prefer it if the products didn?t talk back. ?? MediaSquirrel 774 days ago | link YC is the seller, angels at Demo Day are the buyers. Just cuz you work with someone closely doesn?t mean you won?t or can?t try to screw them. ?? redrobot5050 774 days ago | link Yeah. I mean, look at the JooJoo/CrunchPad Debacle. According the Mike A., that?s exactly what happened. ?? mhendrick 774 days ago | link Agreed. It?s possible they got a bit overconfident in their respective positions because of the easy access to so many well-vetted companies. ?? jeromec 774 days ago | link Correct me if I?m wrong, but isn?t it likely that the angels involved also make up a strong percentage of the people who invest on Demo Day in post-YC companies? Yes, I believe so. How can it be a ?PG vs Angels? situation when the parties involved are likely some of YC?s portfolio companies biggest ? supporters?? That question might be better put to those Angels in the bar? ?? mhendrick 774 days ago | link I?m not defending the angels involved by any means; I actually think it?s a great thing that this has been exposed if it is indeed what?s been going on. The easy access to YC companies may in fact be what emboldened them to act in this manner in the first place. Once this all plays out, I think it?s safe to assume that at least a few of the angels in question are going to have to answer for their actions. Should be interesting to hear what they have to say. ?? brendonjason 774 days ago | link Yes. They are running scared of the growing threat of the Ylluminati. But since they have 100% of all the deals, they also seem to co-invest(?!?). These anxious (yet all-powerful) group of angels and this unstoppable new seed-stage prominence. They form a closed loop. A loop closed off to venture capitalists and angels not at that meeting ? which is basically everybody. Except Michael. He got away with his life intact and lived to warn us all. Actually, I don?t know what?s scarier ? the supposed collusion or the subtle

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

dread that Y Combinator is supposed to evoke in my mind as I ponder the possibility of this event being true. If it is true ? maybe we should be side with these poor angels and help them before it?s too late. To paraphrase Woodrow Wilson, ?Since I entered (angel investing), I have chiefly had (angel investor?s) views confided to me privately. Some of the biggest men in the (Valley), in the Field of (IT) and (Venture Capital), are afraid of something. They know that there is a power somewhere so organized, so subtle, so watchful, so interlocked, so complete, so pervasive, that they better not speak above their breath when they speak in condemnation of it.? That something ? is Y Combinator. Um ? no. The dark side doesn?t suit you, Y Combinator. Please stop. I?m sorry. Maybe I?ve had too many beers tonight. But this is the kind of scenario that only comes out of the mind of a silicon valley PR firm. (please don?t downvote me too much ? I?d like to get above 100 karma points just once for a change! Noooo!) ?? limist 774 days ago | link I upvoted you just for the historical reference. ?? mixmax 774 days ago | link So a blogger gets a tip from a source, knows the people involved, acts on it and smells a rat. He sticks around and talks to a few people he knows, makes a few calls and gets a breaking story. Sounds to me like bloggers are the new journalists and that traditional media is in big big trouble. ?? sachinag 774 days ago | link Felix Salmon does this, and he?s a blogger working for Reuters. Dan Primack does this, and he?s a blogger working for Fortune. It?s not about old/new media ? it?s about hustle. ?? Alex3917 774 days ago | link Read Manufacturing Consent or any of the books that have been written about the MSM since then. It?s very much about old media verse new media. If this were the NYT they?d probably tell Arrington he couldn?t run the story because it?d interfere with either their ad sales or else their access to sources. For example, just look at how/why they covered up their knowledge of the warrantless wiretapping until after Bush got reelected. Whereas with Arrington there?s no one to tell him he can?t do it because it?s his blog, and because he?s not part of some mega corporation the chances of a story like this killing the revenue of some part of his empire are infinitely lower. ?? metamemetics 774 days ago | link >Sounds to me like bloggers are the new journalists

   Journalism used to be considered the fourth branch of government, keeping the other branches and largeinstitutions in check. Blogs are the startups of the journalism world. As America moves from bureaucratic capitalism with large institutions to entrepreneurial capitalism with many small firms & independent players, the responsibility to call out unethical behavior is transferred from news companies to the individual. ?? vaksel 774 days ago | link a breaking story would name names?him not naming names just means he can use this as a hammer to get better terms for Techcrunch(either I get exclusive to every deal you guys do?or your names will be posted) ?? metamemetics 774 days ago | link I would argue it?s more ethical to discourage and prevent crime from ever happening in the first place. Seeking satisfaction from ?catching the bad guy? (naming names) is to setup a market dependent on the need for new crimes. Arrington did the right thing. It?s not about whether he caught a criminal, it?s about whether he prevented someone from becoming one. ?? eavc 773 days ago | link Someone (maybe everyone) in that group knew what they were doing to be wrong. I doubt that they will abandon their ethical choice; they?ll find smarter ways to do what they?d intended all along. One thing that might work is if someone in the group has damning correspondence, everyone will panic and promise to ?never talk about that summer again,? genuinely preventing future problems. ?? jon_dahl 774 days ago | link Maybe. This approach shows some integrity too, though. Not everything has to turn into a scandal (at least if inappropriate behavior stops quickly). Call me soft on crime. ?? mattmaroon 774 days ago | link Him not naming names means that people will continue to give him information in the future. He?d be shooting himself in the foot by naming a source that requested anonymity. ?? SkyMarshal 774 days ago | link There?s an interesting conundrum there too. He can?t name names without either omitting (and hence identifying) his source/s, or including (and inditing) them. Either way he loses that/those source/s for future stories. He did the only thing he could do, besides staying silent. If it happened to be the right thing as well, so much the better. ?? drusenko 774 days ago | link unlikely. business in the valley is not done by extortion. more likely is that he doesn?t want anyone to get in trouble, he?s just putting them on notice. ?? jnoller 774 days ago | link I do hope he?s wrong, or that this a mistake of some sort. The rise of Angel investors has seen a lot of ideas and entrepreneurs get needed money when they might not have under the traditional VC model. Something like this, if true, will cause the government to step in, and probably regulate and change things for the worse for a great many people. It won?t just hurt these few super angels. It will take everyone with it. ?? j_baker 774 days ago | link To be fair, this is Michael Arrington. He?s not above sensationalism to get a few extra clicks. ?? mattmaroon 774 days ago | link This goes well beyond sensationalism. I?m inclined to believe him for three reasons: 1. Mike?s not known for boldly lying. He might publish rumors that Facebook is building a phone too liberally, but I?ve not heard of him saying ?I saw x happen? and it wasn?t true. Assuming the account of what he himself saw was accurate it?s hard to imagine collusion

wouldn?t be the purpose. 2. This sounds like something that would happen. VCs do this crap all the time, why not angels? 3. Publishing this might be bad for him, and if it were untrue, it would definitely be really bad for him. ?? cletus 774 days ago | link I believe it too. You succinctly enumerate the reasons. The biggest for me was that (he claims) he saw it happen. That puts his personal reputation at stake, which I think will have to meet a far higher standard than the rumour publishing ?go tos? of ?an anonymous source?. The FB phone was (imho) classic Arrington (the bad side). Posted on the weekend (in the hopes that FB PR would be slow to respond and debunk it), quoting anonymous sources and no substance at all. Basically, link bait. That sort of story does him (or rather his credibility) no favours. ?? swombat 774 days ago | link Add to that that there is no convincing reasons why this group of angels would manufacture this story to lead him on. Unlike with some other TC stories which turned out to be manufactured to discredit TC, in this one, the sources themselves would risk a lot by leaking this ? true or false. ?? Alex3917 774 days ago | link In Arrington?s defense his claims are laid out clearly without any weasel words. Either this is happening or it isn?t. So while I?m pretty meh about TC as a whole, I?m giving him the benefit of the doubt on this one. ?? chc 774 days ago | link He didn?t name a single name. If he really believed this was so certain, he could have. Unless he?s trying to make them do something, the only reason to keep names out of it is because he thinks this might be libel. ?? swombat 774 days ago | link He doesn?t need to expose himself to lawsuits by naming names. The names are pretty obvious to anyone in the field. ?? chc 774 days ago | link Yes, but that?s the thing ? you can?t get sued for ?obvious names.? Even if he?s completely making this up, if one of the obvious suspects sues him, he can just say, ?Oh, no, I didn?t mean him.? The comment I was replying to said, ?his claims are laid out clearly without any weasel words. Either this is happening or it isn?t.? I disagree with that ? Arrington is not laying it all out here as a black-and-white truth. He?s consciously omitting facts in a way that happens to shield him from repercussions if this is false. As a traditional dead-tree newspaper guy, I?m very familiar with the ways reporters fudge their claims to avoid being responsible if it turns out to be crap. That?s what this sounds like to me. ?? eavc 773 days ago | link If he calls them felons and they wind up being acquitted for whatever reason, however technical or stupid, then he would be liable for libel. He clearly wanted to avoid using weasel words. The only way to do that without being reckless is to not refer directly to the objects of the post. ?? techiferous 774 days ago | link ?the only reason? He did mention that they were his friends. Perhaps he wants to nip the illegal activity in the bud with as little collateral damage as possible. ?? jnoller 774 days ago | link I?m not going to disagree with that. As I said, I hope this is a mistake. ?? origoterra 774 days ago | link Arrington is smart, a lawyer himself, and already know he is headed straight to the witness stand. Thanks for blowing this whistle Mike. That?s the TC we like. ?? seldo 774 days ago | link I don?t know if witnessing a table full of people go silent when he turns up proves anything, and the rest is all info that would put his source on the stand, not him. ?? danielnicollet 774 days ago | link If you read the full post, take in account that he was present and saw who was there, and assume he has not chosen to reveal everything about the sources through TC at this time (that?s highly understandable ? protecting his sources and only disclosing what he feels is verifiable), there is definitely a lot here and absolutely enough for a climb to the witness stand! ?? tomjen3 774 days ago | link I am not so sure ? he said that several of the persons there were very uncomfortable with the deal, so being there alone would not be enough. The rest is heresay, which is admissible in no non-kangaroo court that I know of. ?? MediaSquirrel 774 days ago | link I believe the saying that applies is: ?Power corrupts?? ?? cool-RR 774 days ago | link I wouldn?t take anything he says seriously. [Edit: If it wasn't clear, I meant Arrington, not Jesse] ?? lsternlicht 774 days ago | link I think your statement was clear. However, I find it hard to believe Arrington would put some of his best sources at risk if his claims were completely unfounded. ?? onan_barbarian 774 days ago | link Strange how any post that could be construed as being negative about Arrington gets down-modded by about 5 points, regular as clockwork. That being said, I think he?s on the money with this one. This can only be good for YC overall. The suspicion that YC alternatives are all colluding against your startup is likely to make YC seem more attractive still, to the class of startup that would be wavering between YC and a rival. ?? stanleydrew 774 days ago | link Posts that consist of nothing more than subjective statements tend to get a lot of downvotes, not just the ones about Arrington. ?? ori_b 774 days ago | link The reason it?s always exactly 4 points of downvote is because hn caps the visible downvotes at 4, not because there are 4 shills. ?? ericd 774 days ago | link Super angels aren?t really an alternative to YC? they normally step in at the stage a company is at where YC normally ends. ?? gruseom 774 days ago | link I find it fascinating how the very qualities that lead people to call Michael Arrington an asshole are dramatically in evidence here. It takes a staggering immunity to social mores to walk in on a meeting of rich and powerful friends, friends who are connected to his own business in many ways (read: friends with leverage) and behave the way MA says he did, let alone go home and write that article. Very

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a q

few people could do it. I?m not sure I could, to put it mildly. I particularly doubt if many (any) of Arrington?s competitors ever would. It may take a character disorder to be able to act this way. In an age when journalists grade themselves by which power-brokers deign to have lunch with them (anybody see David Brooks prattling about this on Charlie Rose the other night? lunch and dinner, he said) it?s impressive to see anyone act like this. Especially if what he?s saying

  is true and this really is a matter of right and wrong. ?? mrtron 774 days ago | link I have always felt MA had a certain?brashness, abrasiveness, assholish tone, whatever you want to call it?about him. You could feel it in his articles. I now feel it is not only helpful but entirely necessary for him to develop that quality in his career path. Kudos for pushing the boundaries Mr. Arrington. The evidence speaks for itself ? you don?t see this type of journalism in any industry anymore. ?? jexe 774 days ago | link Well, at least one investor seems to have accidentally included himself in the mess (from TC?s comments) http://twitter.com/speechu/status/25083299594 ?? jakevoytko 774 days ago | link This link is now a 404. Thankfully Google has the text of the tweet! speechu: Bin 38 is like heaven right now, chock-full of angels. Not explicitly incriminating, but it sounds pretty bad ?? dzlobin 774 days ago | link Strangely, it?s still on the feed. http://twitter.com/speechu But the status link is deleted ?? borism 774 days ago | link real-time wonders of nosql? ?? nostromo 774 days ago | link I just put ?forming a cartel? on my list of things not to tweet. ?? mattmaroon 774 days ago | link Unless you?re in Mexico. Then Tweeting is probably a good idea. ?? mrduncan 774 days ago | link The original tweet was removed in the past few minutes (others have dug it up again). His latest tweet doesn?t seem to be taking Arrington too seriously: Thanks Mike for techcrunching me for no reason. Note to self: hold next secret meeting in underground bunker to get the feds off my trail. Sundeep Peechu@speechu Thanks Mike for techcrunching me for no reason. Note to self: hold next secret meeting in underground bunker to get the feds off my trail. 21 Sep 10 Reply Retweet Favorite ?? dannyr 774 days ago | link The tweet has been erased but somebody did an old-school retweet of it. ?Timestamp is 8p yesterday. RT @speechu: Bin 38 is like heaven right now, chock-full of angels. #superevil #evidence cc @arrington? Matt Mireles@mattmireles Timestamp is 8p yesterday. RT @speechu: Bin 38 is like heaven right now, chock-full of angels. #superevil #evidence cc @arrington 21 Sep 10 Reply Retweet Favorite ?? hanskuder 774 days ago | link Tweet?s now deleted. That?s not suspicious at all. ?? joshu 774 days ago | link i?ve never heard of this guy before, and he isn?t a coinvestor on any deal i?ve been on? ?? bl4k 774 days ago | link he works with Aydin at Felicis ?? ojbyrne 774 days ago | link If I had some energy (and cared) I?d be on foursquare and gowalla right now ?? pbiggar 774 days ago | link It?s 404 for me. What did it say? (screenshot preferred) ?? dannyr 774 days ago | link Cached version: http://cc.bingj.com/cache.aspx?q=http://twitter.com/speechu/? ---------------------------------

anilocampos 774 days ago | link IANAL, but as I understand it? Any time individuals or businesses get together to collaborate on a strategy that restrains trade or supply, thus artifici"

  "  On Self Importance: http://techcrunch.com/2010/09/26/angelgate-chris-sacca-responds-to-ron-conway/ AngelGate: Chris Sacca Responds To Ron Conway Michael Arrington Sunday, September 26th, 2010 As I said the other day, there would be more private emails getting published. This one is from Chris Sacca, a prominent ? super angel? who was not at the meeting I stumbled into but was at a previous meeting. He wrote a response to the Ron Conway email. It?s worth pointing out that this email is time stamped a good half hour before our story broke, meaning he wrote it thinking it would all still stay private. This is also the first leaked email we?ve received that actually includes names in the header of some of the people who are involved in this mess. Presumably these were the people Ron Conway emailed, but the header was stripped out of that email when we received it. Like the Ron Conway email, we have separately confirmed this email is authentic, although Sacca will not comment on it. I?ve removed one sentence from the email that was highly sensitive. Nothing that material to the overall message, but it was very personal and not appropriate to print publicly. The email: From: Christopher Sacca Date: Thu, Sep 23, 2010 at 7:05 PM Subject: Re: Super Angels Gathering To: Ron Conway Cc: Josh Kopelman, Steve Anderson, Jeff Clavier, Mike Maples, Dave McClure, David Lee Ron, I agree with you that we all owe it to each other to be candid. In that spirit, I will say that I will always be grateful for the opportunities you have given me in this business. You have shared deals with me, introduced me to colleagues, and invited me to events for years. Your philanthropy knows no bounds and has definitely inspired my work with charity:water and Livestrong. In fact, I have great respect for how you took my introducing you to will.i.am as an opportunity to become the single most important benefactor to his foundation. As I wrote last year before the Crunchies when I endorsed you for Angel of the Year: I mention Ron last only because this one gets a little

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

emotional for me. It goes without saying, his prolific reach is legendary. He is the Zelig of the startup world in that there isn?t a liquidity event in our industry in which he isn?t involved and a closing dinner to which he isn?t invited. Of course, he isn?t just invited as an investor, but usually as the guy who made the introduction, helped negotiate the terms, and saved it from the brink of disaster along the way. It gets emotional for me because no one in this business has been more generous, more selfless, or more caring with me. We all learn from Ron, and none of us could be here without him. I will never understand how he covers so much ground and how he manages to be so responsive and perform so much service for others. When you are with Ron, you know he will go to any length to help you. When guys with his success might otherwise take time to rest, Ron then redoubles his efforts for his charitable causes, not just giving money, but raising funds and awareness and doing hard work on non-profit boards. I feel lucky to know Ron and to have the chance to work with him virtually every day as I am sure many of you do too. That said, I am having a hard time resolving the person I quite literally grew up with in this business, with the person who sent the email to which I am replying. Your anger and personal accusations hurt, and it is clear they are intended to. I wasn?t in town for the second meeting, but I went to the first dinner. I wish you would?ve been there. Not only would your input have been valuable, but if you had attended, you would have seen firsthand these topics of discussion: 1) Standard docs to make financings cheaper for startups. The group talked about who would be willing to pitch in our own money and time to help draft a set of financing documents that would allow for priced rounds to cost the same as convertible notes. As you know, it usually costs 10-15 thousand dollars more to sell stock than issue a note. Entrepreneurs would directly benefit from that work by lower costs and less bullshit legal process to get a financing done. In fact, it is exactly what YCombinator did in building a model convertible note. I am sure you agree that would be a good thing for founders everywhere if we were able to publish docs like this to the public to be used as open source. 2) Pro-rata rights. At the first dinner, we heard, from guys who have been doing this for a long time, about the importance of securing pro-rata rights for future rounds. This would allow them to continue to invest alongside other investors at the new, higher, market price in future rounds. I have no doubt you would agree that entrepreneurs also benefit from having their early investors continue to stay involved and demonstrate their renewed commitment to the company. I know you would also love to be able to continue to invest in companies beyond their seed round, and you also know this is only ever helpful to your founders. 3) The futility of VCs blocking company sales. We also discussed how pointless it was for VCs to put clauses in deals that would prevent companies from selling and how the guys in the room had never invoked such a clause because doing so would create misalignment with their founders. We identified that as one way in which many traditional VCs were just missing the boat as to how to work with founders as peers and collaborators and not put them on the opposite side of the table. Each of us felt better knowing we weren?t alone in pushing back on this term that very directly harms founders. 4) Earliest stage founder cash-outs. Among efforts from others, we talked about my recent projects to get very early stage founders some liquidity. Traditional VCs have rarely been inclined to give founders any ability to cash out claiming it makes them less ?hungry?. As someone who, just five years ago, had net worth of exactly zero dollars, I remember the difference between being ?panicked? and ?hungry?. As I have invested in more and more companies, I have learned that many founders would benefit dramatically from even the smallest amounts of cash (compared to the overall deal size). I have worked hard to get my founders as little as $25,000 to pay off credit cards and student loans. Or, in a small deal that closed this week, I was able to get a founder the money so he can pay for his wedding and not have to worry about taking on debt. I, and the other investors in this group who do the same thing, feel good about helping our founders in this way. I hope you can really pause to consider who is on this list you mailed, as well as the others in the room you didn?t, and the way they do business. All of us have considered you a mentor along the way, and you have recognized that by collaboration with each of us. Inspired by your service, we have seen each of our firms evolve to continually try to always put founders first. Guys like Kopelman are so painfully pro-entrepreneur, and so service-oriented to the community of founders, one topic of discussion at our dinner was understanding all of the different founder perks on which he has spent his fund?s money. From the venture concierge and his hiring services, to his CRM software and CEO summits, I haven?t seen anyone add as much value to founders as First Round. I wish you could have been there to experience firsthand the discussion about how the rest of us could emulate more and more of that model. And, like typical Josh, he was certainly willing to teach us his best practices. I was so blown away, that I actually asked FR to lead a deal I sourced recently because I knew they could serve the company better than I could. I know that each of the guys on this list coaches entrepreneurs they aren?t even invested with and continue to take time to help the entire startup ecosystem. They work to get founders access to early betas that they know will help. They call in favors to

THE BOOK OF TESLA: Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

get costs down. They spend political capital to bring in the best hires and they lose sleep brainstorming how to solve problems. Each of the guys here takes phone calls and sends emails at all hours of the day and night. Everyone here hustles. Frankly, I find it hard to keep up with them, just like I can?t keep up with you. I told you last night that I think some of this issue is worth discussing, even on stage. But, this message, and the ferocity and ad hominem attacks that you include, hurt. Both what you wrote to me before (calling this group ?dirtbags?) and in this message above. I am not sure why it needed to get personal. In sharp contrast to your stereotyping about what you say is obsession with talking about cars, I actually drive a piece of shit truck with 115k miles, despite having been frequently encouraged to visit Franz to buy a Mercedes. I fly coach and I stay on friends? couches in NYC and LA, not out of Signature Aviation and at the Peninsula. That said, though I haven?t yet made a buck, I sincerely hope I will. As I post clearly on my website: ?We don?t think of ourselves as money managers. That isn?t to say we aren?t tireless and competitive. In fact, we are ruthless negotiators, aggressive businesspeople, and have no allergy to disproportionately large returns. However, frankly, capital just isn?t that important to the early triumph of a company anymore.? My founders will tell you, as will the founders of everyone listed here, that I/we sweat with these guys just like you do, bleed with them just like you do, and try as hard as we can to put their interests first. My founders stay at my house for team retreats. In fact, I just bought an entirely new place for them to be able to come to the woods, exercise, relax, focus, unwind, and bond with each other. That came out of my pocket. They get overweight? I buy them a mountain bike. They look skinny? I pick up groceries.

  Just talk to them and I am sure you will see that, though each of us investors adds value to our founders? lives in different ways, everyone on this thread adds value, Ron. Everyone. To claim that SV Angel has a monopoly on adding value is disingenuous. When I started angel investing, my first deal was paid for with a credit card check. It was a dumb idea, but I was so drawn to the notion that I could be helpful to the team and I relished the chance to be building something again. You and I were in that deal together and we both made out pretty well. As you know, at Google, I didn?t get rich by Silicon Valley standards. I left there worth less than a million dollars. I started doing angel investing in part because you and others like Coach Campbell encouraged me to and you knew I would be good at it. I wrote checks to companies when it was financially irresponsible for me to do so, then I went in there and busted my ass to make those things succeed. My days have been driven by a passion that makes it impossible for me to avoid the opportunity to help. Right now, 94% of my net worth is tied up in startups and I [REMOVED BY TECHCRUNCH]. I have every shred of my money alongside my founders, often buying their same common stock. No one but an obsessive idiot would ever allocate their money that way. But, I love what I do. And I know that goes for everyone on this list. Kopelman bids his kids farewell every few weeks to fly the redeye here and back to be with his companies. I have watched Maples, Clavier, and Steve all drop what they are doing to be supremely helpful to their founders and to their peers. Each of them shares opportunities and leverages their network to try to offer the best possible service to their companies? teams. Sure, McClure is loud and swears like a drunken sailor, but he takes bullets for his guys, and his service to entrepreneurs through Geeks on a Plane and his Startup 2 Startup dinners series is unparalleled. His followings among founders make that clear. They love and respect him, no matter how you may judge his writing style. They know they have an ally in Dave. I have seen guys on this list, and in the larger group of all dinner attendees, repeatedly back off terms or convince other investors to take haircuts alongside them so deals can get done. Ask any single one of the companies who has met with me and they?ll tell you that I always negotiate against myself. To a fault. I have given back shares to make room for hiring and I have talked other angels into waiving any fiduciary arguments so our teams could stretch a small deal farther. Everyone here has done that knowing we will get to work with those entrepreneurs again in better times. This group of guys could all take a much easier path if they were just out to make a buck. Everyone here could raise megafunds, bilk them for fees, jam too much money into deals and repeat that process all over again just mooching off the system. Instead, the folks you listed are all your fellow pioneers in a new way of doing business, a way that admits the structural change the industry has undergone. This is a different era, and each of these guys knows that means greater accountability than ever before. I described on my Lowercase site characteristics that I think apply to everyone on this thread, and especially you, Ron: We dive in to work with teams that obsess over user experiences, customer happiness, and that, to quote Paul Graham, ?make something people want.? Along with relatively small amounts of money, we give them the time, attention, and the empathy that catalyze winning outcomes for all involved. Rolling up our sleeves, we help design front pages, invent new services, prioritize product features, negotiate partnerships, and deal with the everyday professional and personal challenges of startup life. We are grateful for the companies who have chosen us, and feel lucky for the chance to collaborate with such brilliant minds. The dealflow that comes to us is flattering, and we are beyond

thankful for the other individuals and firms with whom we partner and learn from along the way. It makes me sad to hear you don?t think that is actually the case, because I actually don?t doubt for a second that the guys on this list all exceed the standard above. You know they do. You have worked alongside them for years. You have broken bread with them. You know who these people are and you know what their values are. You have referred deals to all of them because you know the positive impact they have on this industry. Now you are willing to throw that away over second-hand accounts of what transpired at a dinner you didn?t attend. I think you owe this group more than that. I also think you owe the press and the founders who are reading the accounts you have prompted more than that. Ron, we live in the age of Twitter. If we ever fucked an entrepreneur, or if an entrepreneur even hinted we had fucked them, it would be broadcast immediately and the resulting blog posts would be permanently attached to a search on our names. Founders have never been better educated or more empowered than they are today. We aren?t giving them money; they are giving us the right to invest in their companies. Our founders hire us and they do so after consulting a rich network of datapoints confirming whether we are or are not helpful. Slackers don?t get deal flow. Jerks don?t get deal flow. Poseurs get left aside. Abuse the system once and you are tattooed with shame. Entrepreneurs outnumber us and they talk more than we do. The good opportunities are more than any of us can handle. There are legions of investors at the gates hucking checks at today?s founders. The only possible way any of us can stay in business is by serving. If we are not demonstrably and materially helpful to entrepreneurs, we are dead. Pausing now to look back and re-read what you wrote, it just makes me sad and your rush to judgment of people you called your friends is disappointing. All of this goodwill burned with guys you have loved. All of this time spent on an issue when we should be helping our companies. (I am writing to you when I should be calling a founder to help him weigh the demands of his VCs and a potential acquirer.) All of this anger directed at people with whom you didn?t even have a discussion to understand what was or wasn?t going on. I wish you had been at those dinners. First, I am sure you would have had helpful input. But, more importantly,you would have instead seen your peers working, as they have always done, to cut through the bullshit in this industry and continue to restore the purity and honor a decade of misaligned interests has left here. I hope you will find some time over the next couple of days to chew on all this, some time to reflect on who we all are and what we all do. I hope you will spend a little time with our founders and ask them how they feel about working with all of us. I hope you will work to clear the air about what did or didn?t happen. You have such an important voice. But, with that voice comes the responsibility to investigate, know, and share the whole truth. All told, I know that the gratitude that this group has for your work in this business can?t be undone with one vitriolic email. So, I am optimistic that after you have a chance to chat with each of us, you will remember the passion and selflessness that underpin the work all of us do. While I deeply believe none of us could have gotten here without you, I also ask that you respect that we have all worked our asses off to be here. We all care, we all help, and we all serve. We all learned much of that from you. I hope in time that will be clear once again and we can all get back to helping our founders and each other. Thank you,
-------------------------------------------------------------------

http://37signals.com/svn/posts/1927-the-next-generation-bends-over The next generation bends over Jason Fried wrote this on Sep 18 2009 Mint?s sale to Intuit really pissed me off. Why should I care? Because I think it?s indicative of a VC-induced cancer that?s infecting our industry and killing off the next generation. I don?t know the full backstory, but I?d bet this sale was encouraged by a Mint investor. Here?s a fresh new company that was gunning for an aging incumbent. And not only gunning, but gaining. They had a great product, great design, and great potential. They were growing rapidly and figured out the revenue game. They were on their way to redefining an industry ? one that was left for dead by the current custodians. They were everything their main competitor, Intuit, was not. While Mint was inventing, Intuit was out of it. People used Quickbooks/Quicken out of habit and legacy. People used Mint because they loved it. Intuit was disgruntled, Mint was disruptive. But here?s what happened: Intuit, last decade?s leader in personal finance, just became the next decade?s leader in personal finance. Mint had their number, but they sold it for $170 million. A big payday for sure, and if that was their two-year goal then they nailed it, but I can?t believe that was the point behind Mint. It had too much potential. Mint was a key leader of the next generation of game changers. And now it?s property of Intuit ? the poster-child for the last generation. What a loss. Is that the best the next generation can do? Become part of the old generation? How about kicking the shit out of the old guys? What ever happened to that? As more great new companies are absorbed into big old companies, a whole new generation of change is lost. They can issue press releases saying how excited they are to be able to bring their product to a whole new world of customers, and how

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

their new suitor will bring enormous resources to bear, but we know that?s usually not really what happens. Development slows, products stall,
   the staff that built the great stuff leaves, and mediocrity creeps in. Not always, but usually. Thomas Jefferson said ?Periodic revolution, ?at least once every 20 years,? was ?a medicine necessary for the sound health of government.?? That may be even truer for business. We need new blood, new companies, new methods, new ideas, new applications, and new leaders to regenerate stale industries. The old must be plowed under by the new. But today it seems like the old is doing the plowing. Let?s stop that. Let?s build great companies that are here to fight, here to win, and here to stay until the next generation after us comes along and kicks all our asses. And again and again and again. That?s how better happens. Jason Fried wrote this on Sep 18 2009 There are 186 comments. ------------------------------------------------------------------

Jason Fried wrote this on Sep 18 2009/ 186 comments Mint?s sale to Intuit really pissed me off. Why should I care? Because I think it?s indicative of a VC-induced cancer that?s infecting our industry and killing off the next generation. I don?t know the full backstory, but I?d bet this sale was encouraged by a Mint investor. Here?s a fresh new company that was gunning for an aging incumbent. And not only gunning, but gaining. They had a great product, great design, and great potential. They were growing rapidly and figured out the revenue game. They were on their way to redefining an industry ? one that was left for dead by the current custodians. They were everything their main competitor, Intuit, was not. While Mint was inventing, Intuit was out of it. People used Quickbooks/Quicken out of habit and legacy. People used Mint because they loved it. Intuit was disgruntled, Mint was disruptive. But here?s what happened: Intuit, last decade?s leader in personal finance, just became the next decade?s leader in personal finance. Mint had their number, but they sold it for $170 million. A big payday for sure, and if that was their two-year goal then they nailed it, but I can?t believe that was the point behind Mint. It had too much potential. Mint was a key leader of the next generation of game changers. And now it?s property of Intuit ? the poster-child for the last generation. What a loss. Is that the best the next generation can do? Become part of the old generation? How about kicking the shit out of the old guys? What ever happened to that? As more great new companies are absorbed into big old companies, a whole new generation of change is lost. They can issue press releases saying how excited they are to be able to bring their product to a whole new world of customers, and how their new suitor will bring enormous resources to bear, but we know that?s usually not really what happens. Development slows, products stall, the staff that built the great stuff leaves, and mediocrity creeps in. Not always, but usually. Thomas Jefferson said ?Periodic revolution, ?at least once every 20 years,? was ?a medicine necessary for the sound health of government.?? That may be even truer for business. We need new blood, new companies, new methods, new ideas, new applications, and new leaders to regenerate stale industries. The old must be plowed under by the new. But today it seems like the old is doing the plowing. Let?s stop that. Let?s build great companies that are here to fight, here to win, and here to stay until the next generation after us comes along and kicks all our asses. And again and again and again. That?s how better happens.
---------------------------------------------------------------------------------- ...

Group Premiers Documentary Film About Secret Lives of Venture Capitalists..."

  "The film was sponsored by the new book ""Venture Deals: Be Smarter Than Your Lawyer and Venture Capitalist"" written by Feld and Mendelson. Nice? now I know what Arrogant Bastard Ale feels like coming out my nose!"
  foundrygroup.com/wp/2011/09/imavc/

  **"Arrogant, Self-Absorbed Capitalists"**
  "Capitalism and elitism have always shared a kinship, but once upon a time our arrogant capitalists were at least smart enough to keep their disdain for the Madison-Avenue-guided commoners safely behind the boardroom doors. Now, they want to sneer at you, even as you're buying their wares."
  patheos.com/blogs/theanchoress/2010/09/27/those-arr...

  **FI.co: This Entrepreneur Publicly Spanked America's Most Arrogant VCs.**

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"In 2009, the Founder Institute was born. Below, a portion of This Entrepreneur Publicly Spanked America's Most Arrogant VCs... ""Once The Funded was firmly established and effectively keeping venture capitalists (relatively) in check, Adeo turned his attention toward educating emerging..."
 fi.co/posts/1333

**"...Rebuffs LG and Mitsubishi, Eyes State-Owned Lithium Ion Battery Venture..."**
 "And why do they want to buy only lithium carbonate from us? With nobody interested in sourcing battery production to Bolivia, Morales has recently stated that his country will attempt to build its own industry from the Even a democratic country if it has most needed resource will become arrogant."
 hybridcars.com/bolivia-pledges-start-state-owned-lithi...
 --------------------------------------------------------------------------------


# Brainwashed by the cult of the super-rich


"Followers, in thrall to Harrods and Downton Abbey, repeat the mantra that the greed of a few means prosperity for all"


Priyamvada Gopal
"The Guardian, Wednesday 25 December 2013"
Jump to comments (665)


""We are invited to deceive ourselves into believing we are playing for the same stakes while worshipping the same ideals, a process labelled ?'aspiration'.' Photograph: Alamy"
 "Last week, Tory MP Esther McVey, Iain Duncan Smith's deputy, insisted it was ""right"" that half a million Britons be dependent on food banks in ""tough times"". Around the same time, the motor racing heiress Tamara Ecclestone totted up a champagne bill of œ30,000 in one evening. A rich teenager in Texas has just got away with probation for drunkenly running over and killing four people because his lawyers argued successfully that he suffered from ""affluenza"", which rendered him unable  to handle a car responsibly. What we've been realising for some time now is that, for all the team sport rhetoric, only two sides are really at play in Britain and beyond: Team Super-Rich and Team Everyone  Else. The rich are not merely different: they've become a cult which drafts

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

us as members. We are invited to deceive ourselves into believing we are playing for the same stakes while worshipping the same ideals, a process labelled ""aspiration"". Reaching its zenith at this time of year, our participation in cult rituals ? buy, consume, accumulate beyond need ? helps mute our criticism and diffuse anger at systemic exploitation. That's why we buy into the notion that a œ20 Zara necklace worn by the Duchess of Cambridge on a designer gown costing thousands of pounds is evidence that she is like us. We hear that the monarch begrudges police officers who guard her family and her palaces a handful of cashew nuts and interpret it as eccentricity rather than an apt metaphor for the Dickensian meanness of spirit that underlies the selective concentration of wealth. The adulation of royalty is not a harmless anachronism; it is calculated totem worship that only entrenches the bizarre notion that some people are rich simply because they are more deserving but somehow they are still just like us. Cults rely on spectacles of opulence intended to stoke an obsessive veneration for riches. The Rich Kids of Instagram who showed us what the ""unapologetically uber-rich"" can do because they have ""more money than you"" will find further fame in a novel and a reality show. Beyond the sumptuous lifestyle spreads in glossies or the gift-strewn shop windows at Harrods and Selfridges, and Gwyneth Paltrow's Goop website, shows like Downton Abbey keep us in thrall to the idea of moolah, mansions and autocratic power. They help us forget that wealthy British landowners, including the Queen, get millions of pounds in farming subsidies while the rest of us take back to the modest homes, which we probably don't own, lower salaries and slashed pensions. Transfixed by courtroom dramas involving people who can spend a small family's living income on flower arrangements, we don't ask why inherited wealth is rewarded by more revenue but tough manual labour or care work by low wages. Cue the predictable charge of ""class envy"" or what Boris Johnson dismisses as ""bashing or moaning or preaching or bitching"". Issued by its high priests, this brand of condemnation is integral to the cult of the rich. We must repeat the mantra that the greed of a few means prosperity for all. Those who stick to writ and offer humble thanks to the acquisitive are contradictorily assured by mansion-dwellers that money does not buy happiness and that electric blankets can replace central heating. Enter ""austerity chic"" wherein celebrity footballers are hailed for the odd Poundland foray, millionaire property pundits teach us how to ""make do"" with handmade home projects and celebrity chefs demonstrate how to ""save"" on ingredients ? after we've purchased their money-spinning books, of course. Cultish thinking means that the stupendously rich who throw small slivers of their fortunes at charity, or merely grace lavish fundraisers ? like Prince William's Winter Whites gala for the homeless at his taxpayer-funded Kensington Palace home ? with their presence, become instant saints. The poor and the less well-off, subject to austerity and exploitation, their ""excesses"" constantly policed and criminalised, are turned into objects of patronage, grateful canvasses against which the generosity of wealth can be stirringly displayed. The cult of the rich propounds the idea that vast economic inequalities are both natural and just: the winner who takes most is, like any cult hero, just more intelligent and deserving, even when inherited affluence gives them a head start. We are mildly baffled rather than galvanised into righteous indignation when told that the rich are being persecuted ? bullied for taxes and lynched for bonuses. The demonising of the poor is the flip side of the cult of the rich or, as a friend puts it, together they comprise the yin and yang of maintaining a dismal status quo. It is time to change it through reality checks, not reality shows. -------------------------------------------------------------------- Glenn Greenwald and team are seeking top reporters and researchers for the new venture. Contact the usual suspects if you are qualified or: info@omidyargroup.com ----------------------------------------------------------------"

## White, male startup companies get funding for being white and male ... "

"Feb 10, 2010 ... When top technology venture capitalist John Doerr decides which ... there are people that look like you that did great evil?no matter what color  ..."

restructure.wordpress.com/ 2010/ 02/ 10/ white-male-tech-startups-get-funding-for-being-white-and-male/ -

## michael parekh on IT*: ON JOHN DOERR'S CLARION CRY AT ...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mar 8, 2007 ... MAKE IT SO John Doerr made one of the most emotional presentations on the need for ""Going Green"" just now, kicking off the second day of  ..."

mp.blogs.com/mp/2007/03/s_7.html -
--------------------------------------------------
http://inthecompanyofgoodandevil.com/In_the_Company_Introduction.Craig_Winn
--------------------------------------------------

## Silicon Valley Is a Big Ole Fraternity - The Wire

"27 Apr 2012 ... Well, creating bros only takes a certain environment that both Silicon Valley and college fraternity houses share. Bro-dom is not about IQ or  ..."

www.thewire.com/ technology/ 2012/ 04/ silicon-valley-big-ole-fraternity/ 51651/ -

## Brogramming: The disturbing rise of frat culture in Silicon Valley ...

30 Apr 2012 ... A new generation of programmers is fostering a culture that's more Animal House than Revenge of the Nerds ? and that's not necessarily a  ...

www.theweek.com/ article/ index/ 227356/ brogramming-the-disturbing-rise-of-frat-culture-in-silicon-valley -

## Brogrammers wanted: Kixeye's hiring strategy caters to male fantasies.

"2 Aug 2012 ... Kixeye, the gaming startup that proves Silicon Valley's frat-house culture isn't going away anytime soon. By Will Oremus. Brogrammer on  ..."

www.slate.com/ articles/ technology/ technology/ 2012/ 08/ brogrammers_wanted_kixeye_s_hiring_strategy_caters_to_male_fantasies_ .html -

## Gangbang Interviews"" and ""Bikini Shots"": Silicon Valley's ... "

"26 Apr 2012 ... For startups like Path, recasting geek identity with a frat house ... for social-media analytics company Klout: The high-flying Silicon Valley startup  ..."

www.motherjones.com/ media/ 2012/ 04/ silicon-valley-brogrammer-culture-sexist-sxsw -

## Brogrammers Bring Frat-House Ethos to Geek World of Coding ...

"2 Mar 2012... that prevailed when semiconductors ruled Silicon Valley. ... A portmanteau of the frat-house moniker ?bro? and ?programmer,? the term has  ..."

www.bloomberg.com/ news/ 2012-03-02/ brogrammers-bring-frat-house-ethos-to-engineers-geeky-coding-world-te ch.html -

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Michael Arrington, Jenn Allen, and the Dark Side of the Information ... "

"Dec 1, 2013 ... Now he's on the defensive, denying accusations that he raped an ex-girlfriend ... Speakers are a Who's Who of Silicon Valley and in recent years have ... past his prime and the untucked style of a frat-house social chairman."

www.vanityfair.com/ business/ 2013/ 12/ michael-arrington-jenn-allen-relationship
-----------------------------------------------------------------

## Elon Musk's partner is Google and the CIA. Journey to the (Revolutionary, Evil-Hating, Cash-Crazy, and Possibly Self-Destructive) Center of Google"

"You've heard the story. Larry and Sergey drop out of school, start a company in a garage, then become billionaires. But will Larry and Sergey ever grow up

By John Heilemann
Photographs by Ken Probst/Corbis Outline

"It's August 19, Going Public Day for Google, and Larry Page and his comrades are eyeing the lavish breakfast laid out before them at the NASDAQ building: poached eggs perched on tiny pedestals, piles of canap‚s, pots of crŠme fraŒche. In a few minutes, Larry will preside over the ceremonial opening of the market, then he'll troop up the street to Morgan Stanley to watch Google's stock start trading. At 31, Larry is about to cross the threshold into bona fide billionairehood. So you'd think he'd be as high as Courtney Love right now?but he doesn't really look it. Buttoned up in a suit from Macy's, strangled by a stiff white collar, he isn't eating, isn't schmoozing, and is only rarely smiling. Maybe it's the absence of Sergey Brin, his fellow Google founder, who has chosen this morning, unaccountably, to stay back in Silicon Valley. Or maybe he's just exhausted. But even when his elders approach and kiss his ass, Larry's at a loss for words. ""Congratulations, congratulations,"" says NASDAQ president Robert Greifeld. ""This offering is great for all of us. Great for Google, great for the NASDAQ. It's going to be a great success!"" Larry mumbles, ""It will be interesting to see what happens."" A few feet away, Google's CEO, Eric Schmidt, is chatting with John Doerr, one of the company's venture-capital investors and a member of its board. At 49 and 53, respectively, they are senior members of the Silicon Valley patriarchy. Schmidt is the former CEO of the software firm Novell and, before that, was a longtime executive at Sun Microsystems. Doerr, the marquee partner in the VC firm Kleiner Perkins Caufield & Byers, is the financier who bankrolled Netscape, Amazon.com, Compaq, and Sun. Between them, Schmidt and Doerr have spent more than fifty years in the Valley. But as both will attest, they have never encountered a pair of founders quite like Larry and Sergey?or an IPO quite like this one. What started out at the founders' instigation as a grand experiment in popular capitalism has turned into what this morning's Wall Street Journal described as ""a rather messy affair."" There have been inquiries by the Securities and Exchange Commission, acid criticism in the media, and investor skittishness about the price of the stock and about the auction by which it's being sold. (And let us not forget the piŠce d'incompetence: a Playboy interview with Larry and Sergey that came out during the SEC-mandated ""quiet period"" and made the Google PR team look like a bunch of, well, boobs.) So while Schmidt and Doerr must surely be taking comfort in the fact that they're about to make a bundle, they must also be praying silently that nothing else goes wrong. Suddenly, there's a flurry of activity, a scurrying of factotums. Two pretty young women in short black skirts cry out for sparkling water and napkins. Schmidt and Doerr glance around the room, finally clocking the cause of the commotion: Larry has planted his billion-dollar butt in a plateful of crŠme fraŒche. As the young ladies gamely dab his bottom, trying to rid him of his stain, Larry stands stiffly, his face the color of claret. Schmidt turns to me and rolls his eyes. ""These things happen,"" he says. ""We've seen worse."" The rise of Google is a tale often told as a Silicon Valley classic. Two precocious Stanford grad-student

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

nerds swept up in the fever of the Internet boom invent technology that profoundly changes the experience of the Web; they drop out and start a company (in a garage) that achieves iconic status; they stage a historic public offering, achieving vast wealth and fame. This version of events is accurate in all its particulars. If anything, it understates the case. Arguably the most important technology company to emerge in two decades, Google is as ubiquitous as the Internet itself. By the end of 2004, the controversies that plagued its IPO were long forgotten. Its stock was trading at around $190?more than double the offering price?and Larry and Sergey were worth approximately $7 billion each. They'd even made it onto Barbara Walters's list of the year's ""Most Fascinating People."" But beneath these familiar surface details, the Google story is more nuanced and compelling. It's a story about the clash between youth and experience, more a messy ensemble drama than a simple buddy flick?one whose main characters have persistently deviated from any script, resulting in unexpected twists and turns that haven't come to light until now. Through boom and bust, the prevailing plotline in Silicon Valley has revolved around fathers and sons. And despite the caricature of the Valley as a realm where the latter are constantly cudgeling the former, the relationship has often been more traditional than outsiders assume. Like every other precinct of the business world, the Valley has long been in thrall to the Serious American Executive, the seasoned CEO, valued for his maturity and credibility with Wall Street. At the height of the dot-com bubble especially, the importing of bosses with top-heavy CVs became the fashion in the Valley, even as the image of the place was centered on its pizza-munching, Rollerblading tyros. At Netscape, Yahoo, eBay, and many other start-ups, twentysomething founders were soon reporting to executives old enough to be their parents. Netscape phenom Marc Andreessen had CEO Jim Barksdale. Yahoo's Jerry Yang and David Filo first had CEO Tim Koogle and later Terry Semel. Frequently, these executives had no experience in technology. They were typically, however patronizingly, referred to as the ""adult supervision,"" and their job was to engender a semblance of corporate sanity and discipline?in other words, to keep the kids in line. Their presence also highlighted where the real power in the Valley rested: with the venture capitalists who had installed them in the first place. Larry Page and Sergey Brin are, in Silicon Valley terms, of a different generation than Andreessen, Yang, and Filo. Which is to say, they started their company four years later. By then the pair had determined they had no use for many of the Valley's customs. At every stage in their quest to build what Larry describes as ""not a conventional company,"" they have ignored the adamant advice of Google's designated grown-ups. They've accepted a middle-aged CEO but denied him full authority. They've displayed indifference, even contempt, for Wall Street, their stockholders, and the press. And while the Google IPO provided some of the most vivid scenes so far in the company's patricidal drama, those tense enactments weren't the first, and they won't be the last. Michael Moritz, the other venture capitalist behind Google, once told me, ""Most people think that IPOs are the climax of a company's story, but in fact they're just the first chapter."" He went on to say that a company's genetic code gets set in its first eighteen months. ""After that,"" he said, ""companies are impossible to change; their cultures are hardwired in. If the DNA is right, you're golden. If not, you're screwed."" In January 1996, Larry, a reticent midwesterner who had gained renown in college by building an ink-jet printer out of LEGOs, and Sergey, a Muscovite by birth and an amateur trapeze artist, started working together on technology to search the Internet. At the time, most search engines based their results on the number of times a search-for term appeared on a given Web site. Larry and Sergey, both in the midst of pursuing their Ph.D.'s in computer science, surmised that it would be better to base searches on relevance; they believed popularity mattered?that the more often a site was linked to, the more relevant it was likely to be. Using complex algorithms, they devised a system they called Page-Rank, after Larry, and they put it at the heart of their search engine, first dubbed BackRub and soon thereafter, Google. Within two years, Google was the rage among the online cognoscenti, and Larry and Sergey were toying with the idea of starting a company. In August 1998, on a porch in Palo Alto, they delivered a demo to Sun cofounder Andy Bechtolsheim, a legend in the Valley for his engineering prowess and his nose for talent. He took one look at the demo and ambled off toward his car, then came back with a $100,000 check made out to Google, Inc. In Bechtolsheim, Larry and Sergey had found their first big brother. In short order, they found several others, from whom they collected $1 million in seed money. But Larry and Sergey knew that a million bucks wouldn't last long in the boom-era Valley, so they made their way up to Sand Hill Road, where the Valley's venture capitalists cluster in a kind of multimillionaires' ghetto. For the most part, Sand Hill Road proved inhospitable to Google. The VCs didn't think search was a promising business; the field was already crowded, the leaders (Yahoo and Excite) firmly entrenched. The VCs also recoiled from the price tag on the deal, which valued Google at a brisk $75 million. And they didn't seem to care much for Larry and Sergey, either. ""They really had an attitude,"" one of them recalls. ""It was: We're smarter than you, our stuff is great, everyone else's sucks."" But two VCs felt

differently: John Doerr, of Kleiner Perkins, and Mike Moritz, of Sequoia Capital. Doerr was arguably the most important venture capitalist in the Valley, and Moritz was the VC who'd backed Yahoo. With Moritz behind them, Larry and Sergey reasoned, Google would have a line into a company they badly wanted to do business with. Similarly, they saw Doerr and his firm as an avenue into AOL, which Kleiner had financed. For their parts, Doerr and Moritz were as smitten with Google's product as Bechtolsheim had been. The absence of a business plan didn't faze them; nor did the price. Indeed, Doerr was known to advise novice VCs, ""If you like the founders and you like the technology,

  price doesn't matter."" By May 1999, Doerr had decided he wanted to invest in Google, and so had Moritz. Given the connections each could provide, Larry and Sergey were keen, even adamant, about snagging both as backers. There was just one hitch: Neither father was inclined to share custody of his new favorite sons. Before the internet bubble, it was common for venture firms to team up on deals in order to spread risks and defray costs. By 1999, however, the size of many VC funds had swollen to $1 billion or more, and the venture capitalists had more money than they knew what to do with. Not only was collaboration no longer necessary; it wasn't desirable. Nowhere was the every-VC-for-himself ethos more ingrained than at Sequoia and Kleiner Perkins. Two of the oldest venture firms in Silicon Valley, they were also the most powerful and influential. But in outlook and demeanor, they were diametric opposites. Kleiner was flashy, promotional, profligate; Sequoia was low-key, gritty, frugal. In the words of one Kleiner partner, William Randolph Hearst III, ""KP is Athens; Sequoia is Sparta."" Doerr and Moritz were as different as their firms. Doerr: midwestern, Catholic, schooled as an engineer at Rice University. Moritz: Welsh, Jewish, schooled in history at Oxford. Doerr's introduction to Silicon Valley was selling microchips at Intel. Mor-itz's intro was covering the Valley for Time. Where Doerr was an enthusiast prone to hyperbole (""the largest legal creation of wealth in the history of the planet"" was how he famously described the Valley during the boom), Moritz was a skeptic and a cynic (his view of the Valley in 1998: ""There's going to be a lot of flesh on a lot of windshields""). And although no overt animosity existed between them, they were rivals who only rarely worked together. Taking on the task of getting the VCs to commingle were a pair of Google advisers, Ram Shriram and Ron Conway. Shriram, a former Netscape executive and one of Google's seed-money suppliers, had known Doerr for years; and Conway, a Silicon Valley angel investor (one who puts sums into start-ups before they're ripe for VC funding), was friendly with Moritz. Day after day, Shriram and Conway wheedled and romanced the venture capitalists, all to no avail. ""You had to convince both sides that Larry and Sergey were really serious about wanting two VCs,"" an early Google insider says. ""John and Mike both wanted to do the deal alone. It turned into a fight. They didn't realize how headstrong the founders were."" Larry and Sergey couldn't believe what was happening. Neither could Doerr or Moritz. During the dot-com melee, the VCs were constantly confronted with money-hungry children wanting to be taken care of. But here the kids were saying, ""You guys have to learn to share."" About a month into the standoff, Larry and Sergey called Conway and said, ""Get a list together of your angel friends?we might just do the whole deal with angel money. KP and Sequoia don't get it?. We're gonna give them another couple of days, and then it's over."" Conway and Shriram delivered the message. The next Saturday morning, Conway was sitting in a Starbucks parking lot when he got a call from Shriram. ""The fight is over,"" Shriram said. ""They're both going to invest, and it's going to be fifty-fifty."" On June 7, 1999, Google announced the financing: a $25 million infusion, led by Kleiner Perkins and Sequoia. The VCs each now owned roughly 10 percent of Google, and Google now had all the money it would need to pursue its ambitions. But Larry and Sergey had acquired something more valuable than money, and potentially more problematic: a sense that, unlike so many young founders before them, they could defy the grown-ups' wishes and not be punished for it. Despite their differences, Moritz and Doerr agreed emphatically about one thing: Google needed to hire an A-list CEO, and quickly. Before investing, they had elicited a verbal commitment from Larry and Sergey that they would do just that. But while Larry and Sergey had assured the VCs that they agreed, they did nothing about it. To be fair, they were busy moving Google and its sixty-odd employees into a new headquarters in Mountain View, which they dubbed the Googleplex; they were coping with skyrocketing popularity, to the tune of 4 million queries a day; and they were striking their first major licensing deal, to provide Web search for AOL/Netscape. Still, as months rolled by and 2000 approached with no CEO on the horizon, it was clear that the boys were balking about bringing in someone above them. Eventually, they began to make the case ardently against adult supervision, citing Bill Gates, Jeff Bezos, and Michael Dell as precedents. ""They saw the founders who had retained control as CEOs as the best, most creative, and most successful,"" says Dave Whorton, a venture capitalist who was then Doerr's prot,g,. ""What they didn't see were all the others who had failed. That wasn't in their data set."" Moritz monitored the situation with mounting

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

frustration. Suspicious by nature, he'd doubted all along that Larry and Sergey would honor their commitment. Confronting them, he threatened to pull Sequoia's money if they refused to yield. ""It was not a pleasant conversation,"" Moritz recalls. ""In the heat of things, I rattled my saber loudly."" Doerr told me at the time that he, too, was contemplating such a threat. But instead he chose a different tack. What Doerr was hearing from Larry and Sergey was a combination of the engineer's demand for logic and the adolescent's impulse to challenge parental authority. ""Because we say so"" or ""because that's how it's done"" would never convince the boys of anything, and that was what the VC's arguments sounded like to them. So Doerr proposed that the boys take a little tour around Silicon Valley. He would arrange for them to meet and discuss the matter with some of the industry executives they had long admired. The names on Larry and Sergey's itinerary comprised a high-tech murderer's row: Intel chairman Andy Grove; Amazon.com's Bezos; Sun chairman and CEO Scott McNealy; Intuit founder and former chairman Scott Cook?the list went on and on. Doerr discreetly kept tabs on the meetings as they stretched out over several weeks. At one point, he asked Bezos what he thought of the boys' obstinacy. ""Hey, some people just want to paddle across the Atlantic Ocean in a rubber raft,"" Doerr recalls Bezos replying. ""That's fine for them. The question is whether you want to put up with it."" The prospect of putting up with it became more palatable when Doerr heard back from Larry and Sergey. Having gotten Socratic with their heroes, they were finally prepared to acquiesce in the hiring of a CEO. Their definition of acquiescence, however, was neither unconditional nor expeditious. ""If Larry and Sergey were given clear instructions by a divine presence, they would still have questions,"" Moritz says. For more than a year, in fact, Doerr and Moritz would continue to tear at their hair. But Larry and Sergey refused to be rushed; they took their own sweet time. ""Most young people starting companies are afraid,"" says Joe Kraus, who at 21 was a founder of Excite. ""They're afraid of failing. Afraid of getting it wrong. Afraid of missing their chance. Afraid, especially, of saying no to John Doerr. But these guys weren't afraid."" When Google announced in early 2001 that Eric Schmidt was becoming its chairman?a move followed a few months later by his installation as CEO?Silicon Valley was puzzled. For the past four years, Schmidt had served as CEO of Novell, and for nearly fifteen before that he was a senior executive at Sun. So his decision, in the midst of the NASDAQ meltdown, to join a dot-com start-up?a search-engine start-up, no less?simply did not compute. Actually, it did. Schmidt's tenure at Novell had been decidedly less than joyful. Novell was a company in steep decline when he arrived, and his labors had only modestly reversed it. Worse, hardly anyone gave a damn if Novell lived or died; its software was boring even to software freaks. For Schmidt, working at Google was an ideal solution to a high-tech midlife crisis. It put him back at the center of the action while letting him kick it with the boys. Describing his attraction to Larry and Sergey, Schmidt says, ""We're not just three random guys. We're all computer scientists with the same interests and backgrounds. The first time we met, we argued for an hour and a half over pretty much everything?and it was a really good argument."" Schmidt met all of Larry and Sergey's stringent criteria. He had a credible name, a Ph.D. (from Berkeley), and he promised not to push the boys aside or dismantle the quirky culture they'd engendered. ""The board members told me, basically, 'Don't screw this thing up!' "" Schmidt says. ""They said, 'It needs some infrastructure, some growing, but the gem here is very real.' "" At a glance, the culture Schmidt pledged not to replace seemed a relic of the just-bygone era: The Googleplex looked like a dot-com wax museum. There were lava lamps, beanbag chairs, an on-site masseuse. But beneath the comically clich‚d trappings, Google was becoming something interesting?and powerful. Having cut deals with an array of companies, most critically Yahoo, Google was processing more than 100 million searches a day and indexing an unprecedented 1 billion Web pages. Fueling this growth was a relentlessness about innovation. Larry and Sergey were openly, brutally elitist when it came to hiring engineers. (Job applicants, no matter their age, had to submit their college transcripts.) In software and hardware, Google's innovation was remarkable. Using off-the-shelf components, the company was building what was, in effect, the planet's largest computing system. And its official mission  "to organize

  the world's information and make it universally accessible and useful""?extended far beyond searching the Internet. ""I did not understand when I came to the company how broad Larry and Sergey's vision was,"" Schmidt says. ""It took me six months of talking to them to really understand it. I remember sitting with Larry, saying, 'Tell me again what our strategy is,' and writing it down."" At the same time, the boys had fostered an environment that was flamboyantly idealistic. Search was all, profit peripheral, ""Don't be evil"" the corporate motto. (Asked later what the slogan meant, Schmidt would say, ""Evil is what Sergey says is evil."") In short, Larry and Sergey had already encoded the DNA of the company Schmidt was supposed to run. The character they instilled in Google could be summed up in three phrases: Technology matters. We make our own rules. We'll grow up when we're damn good and ready. The boys' reality took some getting used to for Schmidt. It wasn't just the

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

dot-com fripperies that fazed him or the dogs trotting up and down the halls. It was the squatter in his office. (The interloper was an engineer frustrated with the bustle in his own shared quarters. After first attempting to evict him, Schmidt gave up and endured the situation for several months.) He also found himself frequently occupied with grounding Larry and Sergey's flights of fancy. There was the time the boys suggested having Google enter the business of low-cost space launchings. And the time Larry reportedly tried to ban telephones from a new Google office building. Even so, Schmidt now looks back fondly on the genesis of the relationship. ""Our roles evolved quickly,"" he says. ""Sergey is the master dealmaker, Larry is the deep technologist, and I make the trains run on time."" Seizing on a different analogy, he adds, ""We developed the equivalent of what's known in basketball as a run-and-shoot offense: Larry and Sergey's only goal is to run to the other end of the court as fast as possible, so they're always ahead of everyone else, strategically, technologically, culturally. I'm the not-running-ahead person. I stay back and get the rebounds."" Others, however, viewed the apparent anarchy at Google more skeptically. Stewart Alsop, a venture capitalist and former journalist, recalls interviewing Schmidt onstage at an industry conference. ""I asked him, 'How the hell do you make decisions? From the outside, it seems crazy.' Eric spent forty-five minutes trying to answer, but he couldn't describe it. And the thing was, he was proud of that. He said it was a new way of doing business. There was no hierarchy; they acted as a triumvirate of equals. They were breaking all the rules. I thought it was a disaster in the making."" Doerr's views were less apocalyptic, but he harbored some concerns. ""The company wasn't falling apart,"" says one of his Kleiner partners, ""but it could have been headed in the wrong direction. The situation was unstable."" Seeking to stabilize it, Doerr picked up the phone and sought an intercession from Bill Campbell. Campbell, former CEO and current chairman of Intuit, as well as an Apple board member and Steve Jobs confidant, was one of the most respected executives in Silicon Valley. His nickname was the Coach?a reference both to his past as a college-football field general and his present sideline as an informal management adviser. Now, in late 2001, Campbell started logging hours at Google, visiting the company several times a week, playing mentor to Larry, Sergey, and Schmidt?a relationship that has only grown over time, though it has never been publicly disclosed before in any detail. ""Don't overdramatize my role,"" Campbell urges me. ""I'm just another set of eyes, another person in the room."" Hardly. ""I think John Doerr would say Bill Campbell saved Google,"" says Kleiner partner Will Hearst. ""He coached Eric on what it means to be a CEO?not the CEO of Novell but of a company like Google. He taught Eric it's a lot like being a janitor: There's a lot of shit you have to do. And he spent a lot of time with Larry and Sergey, explaining the difference between being a cool company or a smart company and being a successful company. It didn't happen overnight, but Bill Campbell won."" ""God bless that man"" is what Doerr says. ""I don't know where the company would be without him."" Moritz concurs: ""He is the quiet, behind-the-scenes, unsung hero in this whole epic."" Even Schmidt, who might have felt undermined by Campbell's presence, has nothing but praise for him. ""At first we tried to integrate him just a little bit, but we eventually decided our only goal was to get as much of Bill's time as possible. Our basic strategy is to invite him to everything. He's priceless beyond belief."" Google's embrace of Campbell marked a turning point for Larry and Sergey. It was a symbol of their dawning awareness that they had some things to learn?and that wisdom does age occasionally comes wisdom. Campbell's arrival also signaled Google's transition from a glorified research lab into a proper company, one that cared about management and, yes, even making money. Since its founding, Google's financial condition had been, as Moritz describes it, ""lots of cash outgoing, very little incoming, and we were trying to pin the tail on the donkey as to what the business was."" In 2000, Google started experimenting with advertising. Because Larry and Sergey had long been vehemently opposed to banner and pop-up ads, the company's approach was minimalist: unobtrusive, text-based messages on the right side of the page. Late the next year, the company unveiled a program called AdWords, which let advertisers bid for keywords, with higher bidders getting better placement and being charged a fee only when users clicked on the ads. (In much of this, Google was following a path blazed by rival Overture Services, which later sued for patent infringement. The case was ultimately settled out of court.) In 2003, Google launched AdSense, a program extending its ad system to non-search sites, in effect making Google a media broker for Web operators ranging from The New York Times and AOL to countless humble bloggers. Advertising turned Google into a commercial juggernaut. In 2001 the company had $87 million in revenues and was barely in the black; two years later, its sales had soared to $1.5 billion and its operating profit to more than $340 million. The company had introduced Google Image Search, Google News, and Froogle, and its name made the syntactical leap from noun to verb. The only question now was when, not whether, the company would cross the Rubicon. All eyes in the Valley and on Wall Street turned to the Google IPO. Larry and Sergey were never wild about going public. The main rationale for doing it was to raise money, and Google already had plenty. The boys knew that

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

past IPOs had unleashed tidal forces of greed and envy that wreaked havoc on promising start-ups. They also knew that being a public company meant acquiring a new and demanding set of masters: Wall Street analysts, shareholders, securities regulators, the press. Your ability to keep commercial secrets diminished dramatically. If this was what it meant to be an adult company, who wouldn't prefer perpetual adolescence? But the end of Google's adolescence wasn't optional. The boys had obligations to their investors and underlings. Doerr and Moritz, both sitting on funds that had been hammered by the collapse of the bubble, were keen to cash in their Google chips, while employees who'd been slaving for years were eager for a payday that would put rental housing behind them. On top of that, there was an SEC rule that would require Google (due to the number of shares it had given out) to start publishing its financials in April 2004. Public or private, the veil of fiscal secrecy was about to be lifted. In the fall of 2003, the Google high command began discussing the IPO in earnest. Almost immediately it was apparent that Larry and Sergey had no intention of staging a traditional offering where Wall Street underwriters ran the show?setting the price of the shares and doling them out to favored investors, who could then expect a windfall from a first-day run-up in the stock. Instead, the boys wanted to conduct the IPO through a Dutch auction, a novel process allowing anyone who wanted to own a piece of the company to bid for its newly minted stock in the days before it started trading. They also wanted to issue two classes of shares, giving Larry, Sergey, and Google's executives and directors ten-to-one voting power over ordinary investors. And they wanted to make it clear that Google wouldn't accede to Wall Street's congenital short-termitis. Its executives would focus on the long term, not be slaves to quarterly profits. Each of these positions had its virtues. Dutch auctions promised to let small investors in on the IPO action; to reduce the power of underwriters to game the system, as they had done so flagrantly during the bubble; and to maximize the financial return from the offering to Google?as opposed to Wall Street. Dual-class voting structures, too, had advantages, which is why they were used by media giants like The New York Times and by the sainted Warren Buffett's Berkshire Hathaway. With two share classes in place, the chances of a hostile takeover of Google would be virtually nil. As for short-termitis, who could deny that pressure to ""make the quarter"" had led to much corporate mischief? ""None of this was ill-considered,"" says maverick San Francisco banker William Hambrecht, a vocal proponent of Dutch auctions and an underwriter of the Google IPO. ""They had talked to Buffett, talked to Steve Jobs, talked to lots of people. They were trying to do the right thing for the company?to avoid the mistakes of the past."" But taken together, Larry and Sergey's plans

  sent a different message: They intended for Google to be a public company that operated as if it were private. ""They said, 'If we have to go public, we'll go public,' "" says a pre-IPO Google investor. "" 'But we're going public on our terms?we're going to have our cake and eat it, too.' "" The Wall Street bankers who would wind up leading the deal, at Morgan Stanley and Credit Suisse First Boston, privately issued dire warnings about proceeding with an auction. They argued that unsophisticated individual investors might bid up the stock on opening day to a stratospheric level?to a market value as high as $100 billion, they said?only to have it come quickly crashing down, a costly embarrassment. Moritz, who had done an auction IPO previously with Hambrecht, thought these warnings were overblown. But Doerr and others were swayed. The fear that the IPO might ""run away from us,"" as Doerr put it, led to various maneuvers designed to dampen demand from individual investors: an offering in August, when the market was usually slow; a complex registration process for bidders; a high price on the stock. The result was a kind of bastard deal, a compromise between Larry and Sergey's mold-breaking aspirations and the conservative instincts of the grown-ups, forged in an atmosphere suffused with Sturm und Drang. ""We said, 'If you want to do an auction, do a fucking auction,' "" says a partner in one of the VC firms. "" 'But why don't you also try listening to us? We're not new to this, you know. Warren Buffett is your guru? Is this the same Warren Buffett who doesn't want anything to do with tech stocks? Are we talking about the same Warren Buffett?' "" Apparently, yes. Early in the last week of April, just days before Google was set to file its IPO paperwork, Larry told the board he'd decided to write an open letter,  la Buffett, to be included in the document. Nervously, the board consented, but time was running short. The night before the deadline, Doerr drove to the Googleplex. It was after midnight, and Larry was laboring like a college student on speed crashing a term paper. Doerr read Larry's manifesto: "" 'An Owner's Manual' for Google's Shareholders."" And then, as gently as possible, Doerr said, ""'We need an editor.'"" Even after being edited, the letter, like the IPO itself, debuted to mixed reviews. From Wall Street, with its antipathy toward auctions, came a torrent of unattributed sniping. Corporate-governance mavens pilloried the dual-share structure, which seemed starkly at odds with the populist tone of Larry's letter. Then came the news that, of the 24.6 million shares being offered, 10.5 million were being sold by Google insiders, including Larry and Sergey. For the first time in the boys'

careers, they were tarred by the brush of greed. By early August, when Larry, Sergey, and Schmidt set off on the IPO road show, the offering was reeling. With the NASDAQ down 15 percent from its January high, the stock price?projected by the company at $108 to $135 a share?looked excessive. Wall Street piled on the criticism; mistakes piled up left and right. Investors attending the road show described the Google troika as unprepared, uncomm"

"Tags- Newsmakers, Google, Larry Page, sergey Brin"
-------------------------------------------------------------------
http://www.theguardian.com/commentisfree/2013/dec/30/we-need-to-talk-about-ted
"TED, The illuminati self-congratulatory Tony Robbins-esque festival gets reckoned with. Is TED the gentrification of thought? "


# We need to talk about TED


"Science, philosophy and technology run on the model of American Idol ? as embodied by TED talks ? is a recipe for civilisational disaster"




Benjamin Bratton
"theguardian.com, Monday 30 December 2013"

"In our culture, talking about the future is sometimes a polite way of saying things about the present that would otherwise be rude or risky."

"But have you ever wondered why so little of the future promised in TED talks actually happens? So much potential and enthusiasm, and so little actual change. Are the ideas wrong? Or is the idea about what ideas can do all by themselves wrong? I write about entanglements of technology and culture, how technologies enable the making of certain worlds, and at the same time how culture structures how those technologies will evolve, this way or that. It's where philosophy and design intersect. So the conceptualization of possibilities is something that I take very seriously. That's why I, and many people, think it's way past time to take a step back and ask some serious questions about the intellectual viability of things like TED. So my TED talk is not about my work or my new book ? the usual spiel ? but about TED itself, what it is and why it doesn't work. The first reason is over-simplification. To be clear, I think that having smart people who do very smart things explain what they doing in a way that everyone can understand is a good thing. But TED goes way beyond that. Let me tell you a story. I was at a presentation that a friend, an astrophysicist, gave to a potential donor. I thought the presentation was lucid and compelling (and I'm a professor of visual arts here at UC San Diego so at the end of the day, I know really nothing about astrophysics). After the talk the sponsor said to him, ""you know what, I'm gonna pass because I just don't feel inspired ...you should be more like Malcolm Gladwell."" At this point I kind of lost it. Can you imagine? Think about it: an actual scientist who produces actual knowledge should be more like a journalist who recycles fake insights! This is beyond popularisation. This is taking something with value and substance  and coring it out so that it can be swallowed without chewing. This is not the solution to our most frightening problems ? rather this is one of our most frightening problems. So I ask the question: does TED epitomize a situation where if a scientist's work (or an artist's or philosopher's or activist's or whoever) is told that their work is not worthy of support, because the public doesn't feel good listening to them? I submit that astrophysics run on the model of American Idol is a recipe for civilizational disaster."

THE BOOK OF TESLA- Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# What is TED?

"So what is TED exactly? Perhaps it's the proposition that if we talk about world-changing ideas enough, then the world will change. But this is not true, and that's the second problem. TED of course stands for Technology, Entertainment, Design, and I'll talk a bit about all three. I Think TED actually stands for: middlebrow megachurch infotainment. The key rhetorical device for TED talks is a combination of epiphany and personal testimony (an ""epiphimony"" if you like ) through which the speaker shares a personal journey of insight and realisation, its triumphs and tribulations. What is it that the TED audience hopes to get from this? A vicarious insight, a fleeting moment of wonder, an inkling that maybe it's all going to work out after all? A spiritual buzz? I'm sorry but this fails to meet the challenges that we are supposedly here to confront. These are  complicated and difficult and are not given to tidy just-so solutions. They don't care about anyone's experience of optimism. Given the stakes, making our best and brightest waste their time ? and the audience's time ? dancing like infomercial hosts is too high a price. It is cynical. Also, it just doesn't work. Recently there was a bit of a dust up when TEDGobal sent out a note to TEDx organisers asking them not to not book speakers whose work spans the paranormal, the conspiratorial, new age ""quantum neuroenergy"", etc: what is called woo. Instead of these placebos, TEDx should instead curate talks that are imaginative but grounded in reality.   In fairness, they took some heat, so their gesture should be acknowledged. A lot of people take TED very seriously, and might lend credence to specious ideas if stamped with TED credentials. ""No"" to placebo science and medicine. But ... the corollaries of placebo science and placebo medicine are placebo politics and placebo innovation. On this point, TED has a long way to go. Perhaps the pinnacle of placebo politics and innovation was featured at TEDx San Diego in 2011. You're familiar I assume with Kony2012, the social media campaign to stop war crimes in central Africa? So what happened here? Evangelical surfer bro goes to help kids in Africa. He makes a campy video explaining genocide to the cast of Glee. The world finds his public epiphany to be shallow to the point of self-delusion. The complex geopolitics of central Africa are left undisturbed. Kony's still there. The end. You see, when inspiration becomes manipulation, inspiration becomes obfuscation. If you are not cynical you should be sceptical. You should be as sceptical of placebo politics as you are placebo medicine."

### T and Technology

"T ? E ? D. I'll go through them each quickly. So first technology ... We hear that not only is change accelerating but that the pace of change is accelerating as well. While this is true of computational carrying-capacity at a planetary level, at the same time ? and in fact the two are connected ? we are also in a moment of cultural de-acceleration. We invest our energy in futuristic information technologies, including our cars, but drive them home to kitsch architecture copied from the 18th century. The future on offer is one in which everything changes, so long as everything stays the same. We'll have Google Glass, but still also business casual. This timidity is our path to the future? No, this is incredibly conservative, and there is no reason to think that more gigaflops will inoculate us. Because, if a problem is in fact endemic to a system, then the exponential effects of Moore's law also serve to amplify what's broken. It is more computation along the wrong curve, and I don't it is necessarily a triumph of reason. Part of my work explores deep technocultural shifts, from post-humanism to the post-anthropocene, but TED's version has too much faith in technology, and not nearly enough commitment to technology. It is placebo technoradicalism, toying with risk so as to reaffirm the comfortable. So our machines get smarter and we get stupider. But it doesn't have to be like that. Both can be much more intelligent. Another futurism is possible."

### E and economics

"A better 'E' in TED would stand for economics, and the need for, yes imagining and designing, different systems of valuation, exchange, accounting of transaction externalities, financing of coordinated planning, etc. Because states plus markets, states versus markets, these are insufficient models, and our conversation is stuck in Cold War gear. Worse is when economics is debated like metaphysics, as if the reality of a system is merely a bad example of the ideal. Communism in theory is an egalitarian utopia. Actually existing communism meant ecological devastation, government spying, crappy cars and gulags. Capitalism in theory is rocket ships, nanomedicine, and Bono saving Africa. Actually existing capitalism means Walmart jobs, McMansions, people

living in the sewers under Las Vegas, Ryan Seacrest ? plus ? ecological devastation, government spying, crappy public transportation and for-profit prisons. Our options for change range from basically what we have plus a little more Hayek, to what we have plus a little more Keynes. Why? The most  recent centuries have seen extraordinary accomplishments in improving quality of life. The paradox is that the system we have now ? whatever you want to call it ? is in the short term what makes the amazing new technologies possible, but in the long run it is also what suppresses their full flowering.  Another economic architecture is prerequisite."

**D and design**

  "Instead of our designers prototyping the same ""change agent for good"" projects over and over again, and then wondering why they don't get implemented at scale, perhaps we should resolve that design is not some magic answer. Design matters a lot, but for very different reasons.  It's easy to get enthusiastic about design because, like talking about the future, it is more polite than referring to white elephants in the room. Such as? Phones, drones and genomes, that's what we do here in San Diego and La Jolla. In addition to the other  insanely great things these technologies do, they are the basis of NSA spying, flying robots killing people, and the wholesale privatisation of  biological life itself. That's also what we do. The potential for these technologies are both wonderful and horrifying at the same time, and to make them serve good futures, design as ""innovation"" just isn't a strong enough idea by itself. We need to talk more about design as ""immunisation,"" actively preventing certain potential ""innovations"" that we do not want from happening."

**And so?**

  "As for one simple take away ... I don't have one simple take away, one magic idea. That's kind of the point. I will say that if and when the key problems facing our species were to be solved, then perhaps many of us in this room would be out of work (and perhaps in jail). But it's not as though there is a shortage of topics for serious discussion. We need a deeper conversation about the difference between digital cosmopolitanism and cloud feudalism (and toward that, a queer history of computer science and Alan Turing's birthday as holiday!) I would like new maps of the world, ones not based on settler colonialism, legacy genomes and bronze age myths, but instead on something more ? scalable. TED today is not that. Problems are not ""puzzles"" to be solved. That metaphor assumes that all the necessary pieces are already on the table, they just need to be rearranged and reprogrammed. It's not true. ""Innovation"" defined as moving the pieces around and adding more processing power is not some Big Idea that will disrupt a broken status quo: that precisely is the broken status quo. One TED speaker said recently, ""If you remove this boundary ... the only boundary left is our imagination"". Wrong. If we really want transformation, we have to slog through the hard stuff (history, economics, philosophy, art, ambiguities, contradictions).  Bracketing it off to the side to focus just on technology, or just on innovation, actually prevents transformation. Instead of dumbing-down the future, we need to raise the level of general understanding to the level of complexity of the systems in which we are embedded and which are embedded in us. This is not about ""personal stories of inspiration"", it's about the difficult and uncertain work of demystification and reconceptualisation: the hard stuff that really changes how we think. More Copernicus, less Tony Robbins. At a societal level, the bottom line is if we invest in things that make us feel good but which don't work, and don't invest in things that don't make us feel good but which may solve problems, then our fate is that it will just get harder to feel good about not solving problems. In this case the placebo is worse than ineffective, it's harmful. It's diverts your interest, enthusiasm and outrage until it's absorbed into this black hole of affectation. Keep calm and carry on ""innovating"" ... is that the real message of TED? To me that's not inspirational, it's cynical. In the US the rightwing has certain media channels that allow it to bracket reality ... other constituencies have TED. ? This article first appeared on Benjamin Bratton's website and is republished with permission. It is the text of a talk given at TEDx San Diego ------------------------------------------------------------------------

Let me try to sum up the VC's TED party concept, in short, per the writer above: ""TED Talks and the Techno-Futurist paid Tony Robbins-like EST-ish seminars are Male Bovine Excretion Deliverance Systems For The Enthralled Masses"". Is that what the article is saying? Does it imply that TED is ""vacuous superficial celebratory self-indulgent ideological infomercial fluff for patriotic mythmaking for Silicon Valley elitists  " ""It seems that TED hires preening, vain, egotists with great used car salesman/cable tv news pundit speaking skills

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

who espouse popcorn intellectualism but have little actual engineering background who deliver bite sized tidbits of information, with no actual depth, to the lowest common denominator of wide eyed UFO enthusiasts and hipsters."" ""Charismatic intellectual gurus wrapped in TED showmanship and glitz cause cults full of Kool Aid drinkers to buy into their crap-peddling in order to get in the VC frat funding club. Utopian fake intellectualism is the vat of poo that Silicon Valley Vc's revel in because the rest of society thinks they are such arrogant weasels."" The writer seems to say that TED is a ""festival of self-importance. A waterfall of ego and a back-patting extravaganza of the loud and self-centered telling the masses how much louder and more important they are than the attendees. To talk at TED you have to hire a ghost-writer to write you a book about some amorphous topic that sounds important in a one sentence description but accomplishes nothing nor instructs anyone how to do anything tangible that will have visible non-commercial results outside of pumping a stock portfolio. Almost no speaker leaves TED and does anything tangible. Almost no speaker at TED has, or will, do anything that you can pull metrics on except get their PR agent to book them in more seminars. ?But they inspire us to do great things?, cry some of the middle class attendees?? Do they really? Does that encapsulate the writers point? TOMG- (Note: I am NOT Charlie Sheen) ---------------------------------------------- http://www.youtube.com/watch?v=mRmFQ3Jm1aw"


**Investor compares U.S. wealth debate to Nazi Germany - Jan ...**
 Venture capitalist Tom Perkins came under fire over the weekend after publicly comparing the experience of wealthy Americans to a deadly Nazi campaign that preceded the Holocaust.
 money.cnn.com/2014/01/26/investing/tom-perkins-nazi-k...


**Tom Perkins's Unhinged Nazi Rant - Bloomberg**
 "Let's stipulate one thing upfront: Comparing your problem to the Holocaust is always a bad idea. There was only one, and nothing happening in the U.S. today is comparable to it. Tom Perkins, a founder of the venture-capital company Kleiner Perkins Caufield & Byers, has managed to ..."
 bloomberg.com/news/2014-01-27/tom-perkins-s-unhinged-...


**Tom Perkins Facing Heat Over Top 1%-Nazi Analogy - Businessweek**
 "Jan. 27 (Bloomberg) -- Bloomberg West Editor-At-Large Cory Johnson examines comments from Tom Perkins, founding partner at Kleiner Perkins Caufield, equating treatment of the top 1 percent in the U.S. to Nazi Germany on Bloomberg Television's ""Bloomberg West."""
 businessweek.com/videos/2014-01-27/tom-perkins-facing-he...


**"Capitalist controversy: Billionaire Tom Perkins equates ""99 ..."**
 "A billionaire and Silicon Valley pioneer, Tom Perkins, warned of a ""dangerous drift"" in American thinking from the left in a letter to the Wall Street Journal. Perkins writes, ""I would call attention to the parallels of fascist Nazi Germany, to its war on its one percent, namely its Jews, to the"
 cbsnews.com/news/capitalist-controversy-billionaire-...


**Billionaire Tom Perkins under-fire for likening criticism of ...**
 "Billionaire Tom Perkins under-fire for likening criticism of the super-rich to the Holocaust now says the Occupy movement is like Nazism. Thomas Perkins, 82, originally wrote a letter to the Wall Street Journal of the 'parallels of fascist Nazi Germany to [San Francisco's] war on [the ..."
 dailymail.co.uk/news/article-2546326/Tom-Perkins-double...


**Tom Perkins WSJ Letter - Business Insider**
 "Tom Perkins, the founder of venture capitalist firm Kleiner Perkins Caufield & Byers, wrote a letter to the editor in today's Wall Street Journal in which he compares criticism of the rich to the Nazi persecution of the Jews in the 1930s."
 businessinsider.com/tom-perkins-wsj-letter-2014-1


**VC legend Tom Perkins creates a Nazi problem for himself**

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"One of the founders of the legendary venture capital shop Kleiner Perkins Caufield & Byers compared the demonization of the wealthy with the Nazi persecution of the Jews. His argument has Greg Baumann, editor of the Silicon Valley Business Journal, predicting it won't be long before ..."
upstart.bizjournals.com/news/wire/2014/01/27/tom-perkins-commen...

**Investor Tom Perkins likens critics of the rich to Nazis - SFGate**
"Tom Perkins, the founder of venture capital firm Kleiner Perkins Caufield & Byers, wrote a letter to the editor in Saturday's Wall Street Journal in which he compares criticism of the rich to the Nazi persecution of the Jews in the 1930s."
sfgate.com/politics/article/Investor-Tom-Perkins-l...
http://www.youtube.com/watch?v=_pG67UGqNVU

# Who rules America?

"By Allan J. Lichtman,"

"""The public be damned!"" ? William H. Vanderbilt, railroad magnate, 1882   A shattering new study by two political science professors has found that ordinary Americans have virtually no impact whatsoever on the making of national policy in our country. The analysts found that rich individuals and business-controlled interest groups largely shape policy outcomes in the United States. This study should be a loud wake-up call to the vast majority of Americans who are bypassed by their government. To reclaim the promise of American democracy, ordinary citizens must act positively to change the relationship between the people and our government"

"The new study, with the jaw-clenching title of """Testing Theories of American Politics: Elites, Interest Groups, and Average Citizens,""" is forthcoming in the fall 2014 edition of Perspectives on Politics. Its authors, Martin Gilens of Princeton University and Benjamin Page of Northwestern University, examined survey data on 1,779 national policy issues for which they could gauge the preferences of average citizens, economic elites, mass-based interest groups and business-dominated interest groups. They used statistical methods to determine the influence of each of these four groups on policy outcomes, including both policies that are adopted and rejected.The analysts found that when controlling for the power of economic elites and organized interest groups, the influence of ordinary Americans registers at a ""non-significant, near-zero level."" The analysts further discovered that rich individuals and business-dominated interest groups dominate the policymaking process. The mass-based interest groups had minimal influence compared to the business-based interest groups. The study also debunks the notion that the policy preferences of business and the rich reflect the views of common citizens. They found to the contrary that such preferences often sharply diverge and when they do, the economic elites and business interests almost always win and the ordinary Americans lose. The authors also say that given limitations to tapping into the full power elite in America and their policy preferences, ""the real world impact of elites upon public policy may be still greater"" than their findings indicate. Ultimately, Gilens and Page conclude from their work, ""economic elites and organized groups representing business interests have substantial independent impacts on U.S. government policy, while average citizens and mass-based interest groups have little or no independent influence."" Rich individuals and business interests have the capacity to hire the lobbyists that shadow legislators in Washington and to fill the campaign coffers of political candidates. Ordinary citizens are themselves partly to blame, however, because they do not choose to vote. America's turnout rate places us near the bottom of industrialized democracies. More than 90 million eligible Americans did not vote in the presidential election of 2012 and more than 120 million did not vote in the midterm elections of 2010. Electoral turnout in the United States is highly correlated with economic standing: The more affluent Americans vote in much higher proportion than the less affluent. A study by Ellen Shearer of the Medill School of Journalism at Northwestern found that 59 percent of 2012 voters earned $50,000 or more per year, compared to 39 percent of non-voters. Only 12 percent of non-voters earned more than $75,000, compared to 31 percent of voters. Ordinary citizens in recent decades have largely abandoned their participation in grassroots movements. Politicians respond to the

THE BOOK OF TESLA, Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

mass mobilization of everyday Americans as proven by the civil rights and women's movements of the 1960s and 1970s. But no comparable movements exist today. Without a substantial presence on the ground, people-oriented interest groups cannot compete against their wealthy adversaries. Average Americans also have failed to deploy the political techniques used by elites. Political Action Committees (PACs) and super-PACs, for example, raise large sums of money to sway the outcome of any election in the United States. Although average Americans cannot match the economic power of the rich, large numbers of modest contributions can still finance PACs and super-PACs that advance our common interests. If only they vote and organize, ordinary Americans can reclaim American democracy and challenge the politicians who still echo the view of old Vanderbilt that the public should be damned. Lichtman is distinguished professor of history at American University in Washington."

  "Tags: Political action committee, PACs, super-PACs, Lobbying, Voter turnout"

  Read more: http://thehill.com/blogs/pundits-blog/civil-rights/214857-who-rules-america#ixzz3ADOxSlbJ
Follow us: @thehill on Twitter | TheHill on Facebook

## THE CALIFORNIA CONNECTION IN THE CORRUPTION

  One of the biggest State's allowed some of the biggest corruption, in CARGATE, to happen. Now heads are rolling. Tons of evidence has been rolling out to reporters from Washington & Russian whistle-blowers. Share the link to this article (with your favorite reporter or Sacramento Politico): http://wp.me/p4e1uX-2hz Let's take a look at a small part of the new revelations: "

## The Feinstein Connection:

  "Tesla: 45500 Fremont Blvd., Fremont, CA 94538 and Solyndra: 47488 Kato Road, Fremont, CA, 94538 Feinstein's ex-staff & lobbyists work there now. The real estate, funding, profit scheme, Afghan ore deals, staff and campaign funding is all connected! IN ALL OF AMERICA, the TWO BIGGEST SCAMS in the DOE ATVM/LGP disaster JUST HAPPEN TO BE ON ADJACENT PROPERTIES!!!!???? What are the odds? There was nothing in the existing structures that was used by the new companies. GM & Toyota had written reports saying the NUMMI building was obsolete. American had hundreds of thousands of other big empty manufacturing buildings at the time. Why did Solyndra spend your TAX MONEY money building a brand new building (for the leasing agents?) SCAM!Campaign funding from DOE ATVM & LGP ""WINNERS"" was routed to State Senators who ""greased the skids"". Here is another cozy, intimate scene (photo below) at Dianne Feinstein's House with Elon Musk. Many intimate times spent with Musk, Jurvetson, Doerr and Draper, (Who all got the DOE taxpayer $$$) and who then funded her campaigns: [caption id=""attachment_8831"" align=""aligncenter"" width=""900""] Feinstein Chief of Staff told Unions ""all NUMMI workers would stay"" in order to take over NUMMI but then Tesla put ads up for off-shore H1-B workers and H1-B lawyers to bring on all of the cheap overseas labor using YOUR tax dollars.[caption id=""attachment_8829"" align=""aligncenter"" width=""529""] Richard Blum Man-Handles Feinstein to do his bidding:[caption id=""attachment_8832"" align=""aligncenter"" width=""534""] It is the biggest JOKE IN WASHINGTON to call Tesla ""A success Story"": They have sold almost no cars after spending more money on the few cars they have sold than ANY OTHER CAR COMPANY IN HISTORY. They are rife with corruption, lawsuits, fraud charges, employee claims, explosions, fires, recalls and more...Matt Rogers is Dianne Feinstein's and Richard Blum's Buddy. Even after being warned that Solyndra was a dead/bad bet, Chu and Rogers ordered Solyndra to get the money because ""the

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

skim"" off the top of the money was already promised to Feinstein, Goldman and the VC'sAt Tesla NUMMI Opening: ""OK, So I got all my Russian Mining Buddies set-up, now you get on the Senate Intelligence Committee and steer the reports so it looks like we have to take over Afghanistan and then your husband's Silicon Valley VC chums will get the Afghan lithium (For Tesla and Fisker and Enerdel and A123) and indium monopoly (For Solyndra) and they will pay for all of your campaigns in return..., PLUS we got Steven Chu in our back AND front pocket... Yaaah, Sound Good  "[wpvideo znLDRIL7] For More see THIS LINK>>> For More #2 see THIS LINK>>> [caption id=""attachment_8641"" align=""aligncenter"" width=""529""] Has Eric Holder been ORDERED not to prosecute? If so, BY WHO?[wpvideo 5aLyQBUW]"

## The State TAX Department Special Piggy Bank Connection & Tax Targeting (Like the IRS hits in DC):

 "TAX and EPA Waivers served as a PIGGY BANK FOR CAMPAIGN FINANCIERS. California Board of Equalization member Paul B. Carpenter (D) was found guilty of 11 counts of obstruction of justice and money laundering. Orange County County Assessor Andrew J. Hinshaw (R) was convicted of accepting bribes while Assessor of Orange County. he was serving in the US Congress at the time of his conviction. He served one year in prison. Bill Lockyers special deal with Tesla. Only CAMPAIGN BACKERS got these tax give-aways, waivers and credits. Non-Campaign backer companies, who qualified for them, were still turned down, or stone-walled, to protect the insider crony companies. "

## "*The Terminator, Silicon Valley VC's & the Russian Lithium Mobsters*"

 "Arnold Schwarzenegger took California campaign backer VC's from Silicon Valley to meet Russian mobsters he met while making his Russian movie over a decade ago. The Silicon Valley VC's were involved in pushing for the invasion of Afghanistan in order to arrange a TRILLION DOLLAR Lithium and Indium mining deal for Tesla, Fisker, Abound and Solyndra from the ore in Afghanistan that they made deals for with the Russian oligarchs who owned the mining companies. Gary Connely of Sol-Focus was said to have been killed over his revelation of this. In the following video the Afghani-Scam deal is exposed. It turns out the lithium they were going to take over explodes spontaneously, causes fires, and burns cancer-causing smoke: Bummer! "
 "[wpvideo SvTwGI4x] For More see THIS LINK>>> For More #2 see THIS LINK>>> For More #3 see THIS LINK>>> For More #4 see THIS LINK>>> [wpvideo 2BX66KKg] [wpvideo lWVAQdmj] [wpvideo FbbWN6Dz] [wpvideo wOZobJl9] [wpvideo 7uPjtxtO] [wpvideo KzolcfNS] [wpvideo h3AixjhD] [wpvideo V5wB2w4x] [wpvideo cgGmWDTG] [wpvideo lSAYkmQl] [caption id=""attachment_8378"" align=""aligncenter"" width=""308""] $1 Trillion Dollars Lithium Ore Scheme[wpvideo WflN4lum] "

## The ""Open Grant Program"" Piggy Bank that was not so open:"

 "It turned out to be very ironic that California ""grant winners"" were exactly equal to the amount of campaign financing and lobbyists bribes they paid out. If you did not pay the pig, you got no bacon! "
 For More see THIS LINK>>>

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## The EPA ""look-the-other-way"" fix:"

 "Some of the most toxic chemicals were pouring into the State and being made even more toxic by some ""winners"" of Department of Energy Money. The California environmental agency people were crunching bones and levying big fines for companies that were caught.. EXCEPT for the DOE ""winners"" who also happened to be huge campaign financiers.. for them, not so much! Tesla, Solyndra, Abound, and many, many more were some of the most toxic terrors yet regulators stayed away from them. "
 For More see THIS LINK>>> For More #2 see THIS LINK>>> For More #3 see THIS LINK>>> For More #4 see THIS LINK>>> For More #5 see THIS LINK>>> For More #6 see THIS LINK>>>

## The ""Upstanding-State-Leaders-Don't-Actually-Do-Crimes"" Fallacy:"

 "It almost seems like running for office in Nevada, Michigan, Illinois and Washington is simply a public statement that you are a criminal. But the happy-go-lucky sunshine state has usually been ignored as a ""cesspool of political corruption""... not any more: Senator Leland Yee Arrested for organized crime and gun-running. State Senator Roderick Wright (D) convicted of 8 counts of voter fraud. Mayor of San Diego Bob Filner (D) given three months of house arrest, three years probation, and partial loss of his mayoral pension after pleading guilty to state charges of false imprisonment and battery. State Senator Roy Ashburn (R) of Bakersfield was arrested on two counts of driving under the influence of alcohol. He was sentenced to two days in jail and three years

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

probation. Mayor Gavin Newsom of San Francisco for in-office sexual affairs with best friends wives on the Mayor's office desks. The Director of the California Obamacare program: James Brown , Jr. was arrested for organized crime during the building of the Obamacare website. Mayor of Inglewood Roosevelt F. Dorn (D) pleaded guilty on January 25, 2010, to a misdemeanor conflict-of-interest charge, He was placed on probation for two years, was fined $2,000 and was barred from ever holding public office again. Member of the San Francisco Board of Supervisors from District 4 Ed Jew (D), was sentenced to 64 months in federal prison for extortion, and a year in county jail for perjury. The FBI's Bribery and Special Interest sting operation (BRISPEC, or ""Shrimpscam"") targeted corruption in the California legislature. Five convictions were obtained. California Senator Alan Robbins (D) resigned in advance of pleading guilty to federal racketeering charges in connection with insurance-industry bribes. California Senator Joseph B. Montoya (D) was convicted in April 1990 of rackeetering, extortion and money laundering and was sentenced to 61?2 years in prison. California Senator Frank Hill (R) and his aid were found guilty of corruption and money laundering and sentenced to 46 months in prison. California Board of Equalization member Paul B. Carpenter (D) was found guilty of 11 counts of obstruction of justice and money laundering. California State Assemblyman Pat Nolan (R) served 29 months for bribery in the FBI's BRISPEC sting operation. Orange County County Assessor Andrew J. Hinshaw (R) was convicted of accepting bribes while Assessor of Orange County. He was serving in the US Congress at the time of his conviction. He served one year in prison. Sen. Ronald S. Calderon of Montebello pleaded not guilty after his indictment on charges of bribery and money laundering. And the list goes on, and on, and on... Senior investigators say that a large number of top California officials remain under investigation and that additional indictments are expected. Very well known Senate names have been mentioned. None of these idiot politicians ever seem to learn that the ""cover-up is always worse than the admission of the crime!"" ---------------- Participant writer/editors from The LA Times, The Sacramento Bee, The Fresno Bee, The San Francisco Chronicle, ProPublica and public Wiki citizen journalists contributed to this study. GH, J, GHJ, KTT, WS Note: Any resemblance to actual characters or events is entirely coincidental - "

## Is the Tesla GigaFactory a ""FRONT"" to conduit cash to the 2016 Presidential Campaign like Tesla was for the Obama campaign? Is Tesla getting Taxpayer money from Nevada to kick back to campaigns

Report By Public Reporter-Tony S.

WHAT MIGHT SUCH A CAMPAIGN FUNDING CONDUITING SCHEME LOOK LIKE IN REAL LIFE?:

9/11/2014 8:30

Bad Rep - THE NATIONAL REVIEW Does the Democratic power broker Chaka Fattah run a crime family?

? Jillian Kay Melchior is a Thomas L. Rhodes Fellow for the Franklin Center for Government and Public Integrity. She is also a Senior Fellow at the Independent Women?s Forum.

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"In late August, a great crack resounded across Philadelphia?s Democratic establishment when Gregory Naylor, a prominent political consultant, entered a guilty plea in federal court, implicating not only himself but also a U.S. congressman and several of his key allies in a sordid and complex fraud scheme involving taxpayer dollars and campaign finances.The plea memorandum mentions only ?Elected Official A,? but numerous details corroborate the identity of Representative Chaka Fattah, one of the most powerful men in Philadelphia. The son of a vocal black nationalist activist, Fattah cut his teeth in politics in the late 1970s  when  he was just 22, running with a friend for election to the city commission. Though he lost that election, Fattah learned a valuable lesson about political organization and spent the subsequent decades building one of the most effective political machines in Philly, an effort that eventually won him not only local prestige but also ten  terms in Congress."
  Advertisement

"Naylor and Fattah have dominated the African-American faction of Philadelphia?s Democratic party and ?have, for years, been major figures in the political discussion here, recognized for their ability to determine the outcome of races,? says Dan Fee, a political consultant who has worked for Ed Rendell, the former governor, and other major Pennsylvania candidates.Furthermore, as a senior member of the House Appropriations Committee, which manages more than $1 trillion in federal discretionary spending, Fattah excelled at bringing the federal bacon home to Philadelphia. ?I think probably Chaka was more successful at delivering to his constituents than any number of congressmen ? certainly [he is] the most successful in Philadelphia, or the Pennsylvania delegation, for that matter,? says Carl Singley, the former dean of Temple University Law School. Now, after Naylor?s guilty plea, many of Philadelphia?s top Democrats see the congressman as vulnerable. A surprisingly juicy read, the plea memorandum details the alleged misdeeds not only of Fattah but also of several other political big shots who supported him. ?My God, [the feds] must have had an awful lot of stuff for Greg Naylor to dime out Chaka Fattah just like that,? says Jim Foster, the publisher of the Germantown Chronicle and a longtime observer of Philadelphia politics who mounted a symbolic challenge against Fattah two years ago, winning 1.4 percent of the vote as an independent. Singley says, ?I have heard any number of people are exploring the possibility of running for that job,? adding that he?s saddened to see political and legal difficulties for a man long considered ?one of our brightest stars.? He continues: ?I wouldn?t call it a feeding frenzy, but the speculation is rampant, and all kinds of names are circulating, and all kinds of people are preening and walking around and are putting their toe in the water, so to speak. I think people are lining up because, inevitably, they think that seat is going to be available.? The plea memorandum focuses in large part on an alleged fraud scheme that  Fattah ran during and after his unsuccessful bid for mayor in 2007. An early front-runner, Fattah nonetheless found himself short of cash and sought to overturn Philadelphia?s $5,000-per-individual, $20,000-per-political-committee campaign-contribution caps, but the state appeals court ruled against him. So, the plea memorandum says, Fattah ?engaged in a scheme to violate the applicable Philadelphia campaign finance laws and contribution limits by secretly arranging for and receiving a $1 million campaign contribution in the form of a personal loan from long-time friend and political supporter, Person D.? The plea memorandum does not identify this million-dollar donor, but the Philadelphia Inquirer reported that ?according to numerous sources, the loan was provided by Alfred Lord,?

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

who until 2013 was the chief executive of Sallie Mae, the quasi-governmental student-loan corporation. Lord did not return repeated phone calls from National Review Online, but according to the Inquirer, he had earlier donated $100,000 to Fattah?s mayoral exploratory committee. To obtain this unlawful campaign cash, the plea memorandum says, Fattah turned to another political consultant, ?Person B,? who served as the middleman, guaranteeing the $1 million loan and funneling it to Naylor, who in turn spent $600,000 of it on media buys and ?street money? on Election Day. And, the Philade.lphia Inquirer suggests, that middleman was also a hotshot: D.C. consultant Tom Lindenfeld, a former partner to David Axelrod who has most recently worked as a strategist for D.C. mayoral candidate Muriel Bowser. (Bowser quickly dropped Lindenfeld after Naylor entered his guilty plea. Lindenfeld did not return phone and LinkedIn messages, but Bowser tells NRO by e-mail: ?I?m quite surprised by the allegations out of Philadelphia today. I have the highest expectation of transparency from my campaign team; Tom no longer has a role on the campaign.?) Despite the alleged illicit loan, Fattah ended up losing his primary bid for mayor. To pay back the money, the plea deal says, Fattah used taxpayer dollars funneled through a not-for-profit, disguising the transactions with fake contracts."

 Advertisement

 "Enter the Educational Advancement Alliance (EAA), a not-for-profit that just happened to be run by Karen E. Nicholas, Representative Fattah?s former director of constituent services. Thanks in large part to Fattah?s congressional patronage, the not-for-profit had a steady flow of taxpayer money. Between 2009 and 2011, EAA received more than $21 million from the federal government. Likewise, Department of Energy records released in 2010 show the not-for-profit receiving millions of dollars in funds from the U.S. Department of Education, the U.S. Department of Justice, the U.S. Department of Housing and Urban Development, and the National Aeronautics and Space Administration. EAA also received funding from Sallie Mae. At Fattah?s bidding, the not-for-profit inked a fake contract with a tech firm friendly with the congressman, which in turn inked a fake contract with the political-consultant middleman, according to the plea memorandum. Essentially, it alleges, these bogus deals allowed Fattah to steal $600,000 in federal money and use it to pay off the secret campaign loan. EAA?s number has been disconnected, and so were all numbers listed in records for its CEO, Nicholas, who also did not respond to an NRO interview request sent through LinkedIn. Fattah?s office told National Review Online to email his spokesperson for a comment; his spokesperson did not answer the email before publication. After this article was published, a spokesperson e-mailed a statement from the congressman to NRO. ?In all my years as a public servant I have never engaged in any illegal conduct,? Fattah says."

 "Beyond the campaign-financing fraud, Naylor also pleaded guilty to a separate scheme ?initiated? by Fattah, according to the memorandum: Naylor admitted that he used Fattah?s campaign funds to pay down the substantial student-loan debt of Chaka Fattah?s son, Chaka Fattah Jr. The money was channeled through Naylor?s consultancy, the plea memorandum says, and billed as work that Fattah Jr. never actually did. Altogether, the plea memorandum says, Naylor paid off $22,663 in student-loan debt in 33 separate payments using Fattah?s misappropriated campaign cash."

 "Chaka Fattah Jr., who is 31 years old and has worked as an education and business consultant, was indicted in August on numerous fraud and tax charges. They include stealing from the Philadelphia School District, lying on tax returns, and obtaining bank loans using inaccurate information. Fattah Junior pleaded not guilty to these charges, and he has filed suit against the IRS seeking $10 million in damages for harming his reputation and his business. ?I am innocent of these allegations,? Fattah Jr. tells NRO. ?I am confident that after I have my day in court, the public will understand that I didn?t break any laws. I?m looking forward to the opportunity to show that I have always been a legitimate businessman.? Fattah Jr. declined to comment on the Naylor plea memorandum, noting that no related charges have been filed against him. Meanwhile, his father has remained unusually close-lipped, initially declining several interview requests from Philadelphia papers. ?While Fattah has not responded to requests for comment from the Daily News, he has been busy tweeting, including four pictures he tweeted of himself with President Obama in a 24-hour period Monday and [Tuesday],? one local reporter wrote last week. Fattah did appear on local radio, but said regarding Naylor that he was ?not going to respond to an allegation that hasn?t been made.? Finally speaking to the Inquirer yesterday, Fattah urged the media to focus on his positive accomplishments, saying: ?We stand by our very declarative statement: Not today, not any day that I?ve been an elected official ? this includes decades, all right? ? have I been involved in illegal conduct.? Fattah is up for reelection this fall, and the suggestion of scandal doesn?t yet seem to be hurting his popularity among the electorate. His Republican challenger, Armond James, has barely registered among voters: On Twitter, his

THE BOOK OF TESLA: Copyright, org, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

campaign has only 159 followers. The federal government has, to date, filed no charges against Representative Fattah. But Naylor?s damning plea memorandum signals possible future prosecution, which would be forthcoming even as Fattah fends off challengers within his own party. For the congressman, it?s no longer sunny in Philadelphia. ? Jillian Kay Melchior is a Thomas L. Rhodes Fellow for the Franklin Center for Government and Public Integrity. She is also a Senior Fellow at the Independent Women?s Forum."

"While the story is big and complex, the plot is simple: ""Bad people did bad things in order to steal taxpayer money and control government policy for personal gain"""

Here are some quick overviews to get you into the meat of the matter:

QUICK VERSION OPTION 1

"A Quick hit on ""what went down"" for the busy reader A Wiki-Optimized overview- Draft 2.2 - Keep checking back, this will undergo continuous review until we get it as simple as possible. 1. Some bad guys wanted some free money 2. Those guys created a panic, or took advantage of a panic, in order to re-direct your tax money. 3. They put many billions of tax dollars in a special place in Washington. 4. Then they put one of their guys on top of the special place. 5. Then they had their guy on top hire the bad guy's friends to staff his office. 6. Then they created a fake contest to give your tax money away... 7. ...Except they made themselves the only winners and killed off any other contestants with help from famous politicians and White House staff. 8. Then some other bad guys said: ""me too.."" 9. So all of the sets of bad guys got your tax money in exchange for paying for political campaigns. 10. After they each grabbed their personal wads of cash they bankrupted the companies to avoid having to actually deliver the things they were supposed to. 11. They spent a good chunk of it on hookers and jet plane trips to the tropics and sold nothing you can afford, or use, so you, the public, got almost nothing out of it. So that's why you don't have enough teachers at your kids school.
----------------------------------------------------------------------------------------

Do you like that? Does that sound like what you wanted your tax money used for? Oh, You're not happy about it? Well, taxpayer, it is kinda your fault this happened! Next time. Only vote for the candidates that ""guarantee and warrant that they will pass laws that outlaw lobbying and revolving doors"" Don't settle for a ""promise"". A political promise lasts as long as the next donor party, tomorrow. Demand that your candidate for Mayor, Senate, Congress, Assembly, President, or whatever: ""guarantee and warrant"" IN WRITING (so they are legally liable) to do that. If you don't, you are GUARANTEED to go through all of the economic problems of the last 6 years all over again, only worse. All of the parties did this with the DC kick-back culture. Fix it or repeat the past. If you take on just those two issues: Outlawing ALL Lobbying and Revolving Door kickback schemes, you can pretty much fix Washington, DC.   "

"Based on a totally true story. Come join the production of this tale of intrigue, sex, fiery explosions, battles, more sex, big cash, more fire, spies, big politics, illuminati, and other fun stuff."

Draft # 2.42

Act One: Location: Detroit glass office tower:

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"HEAD OF GENERAL MOBSTERS: ""Hey, we are broke, nobody is buying our crappy cars. Take the private jet and go get some money from the White House. (WHOOOOSH ZOOOOOOOM) Location: Big White Building In Washington DC (Knock, knock, knock) GENERAL MOBSTERS LOBBYIST, GOLDMAN FATS: ""Hey, give us some more money"" RAM DA MAN: ""Ohh, yah know, we could, but the public is starting to wise up to such things. How about if we say it is a ""loan"" to help save kittens and feed unicorns, then we might be able to get the public to ignore it until you have spent it all."" GENERAL MOBSTERS LOBBYIST, GOLDMAN FATS: ""...or howzabout we say it's for.   HA, Hooo hoo, Ohhh, I got it.. get a load a dis' scam....""" (Clutches stomach in choking, doubled over, laughter)"" .. oh this is rich, howzabout we say it is for ""electric cars""... (winking) RAM DA MAN:   ""I love it. We can for sure sell that shit to the sweaty masses."" GENERAL MOBSTERS LOBBYIST, GOLDMAN FATS: ""But Dude, we really, really gotta, for sure, get this money.."" RAM DA MAN: ""No prob big guy. We'll make it a """"law"""" that only your company and a coupla friends can be legal under. Heh-heh"" Location: Across Washington DC in an aides office: DORKY AIDE: ""Hey Senator Sweetness, They are sliding some law through to give Detroit some free cash"" SENATOR SWEETNESS: ""Uncool. Let's add some back-doors to it"". CLOSE-UP: Telephone (RING, RING) HEAD OF GENERAL MOBSTERS: ""Whadaya want  " VOICE ON PHONE: ""Ok, we got your money all hardwired in but you have to order all of your workers to vote our way"" HEAD OF GENERAL MOBSTERS: ""cool, dude"" Location: Across The Country- A Silicon Valley VC office Hand with big gold rings and Omega wristwatch grabs telephone and dials: (RING, RING) Location: Swanky Washington DC hotel room with empty champagne bottles and stockings strewn about... RAM DA MAN: ""Yah"" VC VOICE ON PHONE: ""Hey, we want some of that cash and stock pumping too, we found the back-door in your little ""law""!"" RAM DA MAN: ""OK, pay for all of our TV ads through a false-front buffer org and don't let anybody find out!"" VC VOICE ON PHONE: ""OK, but make sure they only use stuff I invested in, like my lithium ion chemicals, to power them."" RAM DA MAN: ""Ok"" VC VOICE ON PHONE: ""Oh, hey, Invade Afghanistan. They have trillions of dollars of lithium in their dry lakebeds for my electric car battery business, OK " RAM DA MAN: ""Ok, Cool, but Gates is giving us all kinds of shit about it so we gotta get in, get the Lithium dust, and get out quick so get your Russian mining companies all ready to go!"" VC VOICE ON PHONE: ""Cool!"" Location: Washington DC Department of Energetic Obfuscation A DIFFERENT DORKY AIDE runs into Chiefs office:   ""Sir, Sir, a bunch of regular companies found the ""back-doors in the Section 137 law. They didn't pay any bribes, or anything!!!!!!"" CHIEF: ""HA!, Take all of those outsiders applications and throw them in the Potomac, if any get past that, give them to my cleaning lady to ""review them"" for the next 20 years. Keep asking the applicants, that compete with ""our"" VC, fake questions until they run out of money. We can string 'em out til the moon turns blue"" DIFFERENT DORKY AIDE: ""Can we get away with that  " CHIEF: ""Our guys own the crime-busters, we got 'nuttin to worry about."" Location: Washington DC Main Front steps of Congress, Ceremonial stage: MASTER OF CEREMONIES: "" I am pleased to award this taxpayer cash to Solyndra"" SOLYNDRA GUY steps up to microphone. GOLDMAN FATS is standing on stage near microphone. SOLYNDRA GUY: ""Thank you so much..."" (Peels off a huge hunk of the bills and hands it to GOLDMAN FATS)"" ..annnnnnnnnd, we're Bankrupt!"" (SOLYNDRA GUY slinks off stage) MASTER OF CEREMONIES: "" I am pleased to award this taxpayer cash to Fisker"" FISKER GUY steps up to microphone. GOLDMAN FATS is standing on stage near microphone. FISKER GUY: ""Thank you so much..."" (Peels off a huge hunk of the bills and hands it to GOLDMAN FATS)""..annnnnnnnnd, we're Bankrupt!"" (FISKER GUY slinks off stage) MASTER OF CEREMONIES: "" I am pleased to award this taxpayer cash to A123 Lithium Ion Battery Company"" A123 Lithium Ion Battery Company  GUY steps up to microphone. GOLDMAN FATS is standing on stage near microphone. A123 Lithium Ion Battery Company  GUY: ""Thank you so much..."" (Peels off a huge hunk of the bills and hands it to GOLDMAN FATS)""..annnnnnnnnd, we're Bankrupt!"" (A123 Lithium Ion Battery Company GUY slinks off stage) MASTER OF CEREMONIES: "" I am pleased to award this taxpayer cash to Abound Solar"" ABOUND SOLAR GUY steps up to microphone. GOLDMAN FATS is standing on stage near microphone. ABOUND SOLAR GUY: ""Thank you so much..."" (Peels off a huge hunk of the bills and hands it

THE BOOK OF TESLA: Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

to GOLDMAN FATS)""..annnnnnnnnd, we're Bankrupt!"" (ABOUND SOLAR GUY slinks off stage) (THIS CONTINUES THROUGH A WHOLE GROUP OF ""WINNERS"" throughout the day and into the night...) Act Two: Location: Russia, a blizzard-blasted downtown street CNM Reporter: ""So Eddie...."" (In process...) Act Three: Glenn is seen tossing in bed, ripple dissolve to his dream, in progress... Location: The rim of the Grand Canyon, Utah Both sides have arrayed themselves on opposing precipices of the majestic Grand Canyon chasm. On one side : The Justice League of the Galaxy poises for the onslaught in stunning white spandex super-hero outfits with stylish capes made of bio-degradable fabric. Julian Assange, Eddie Snowden, Erin Brokovich, Glenn Greenwald, Peter Schweizter, Jeremy Schahill, Mandela's Ghost, Mahatma Ghandi, and the rest, brace for the attack. On the other side, The Illuminati strike an ominous visage in their matching dark purple velvet nylon hooded robes. Their skull and bones logos glisten threatenly in the sun. The Rockefellers prepare a mound of boulders to toss. The Bohemian Club contingent organizes lightning bolts. The Google executives prepare lethal YouTube video comments. The VC's rev the engines of flaming Tesla's and Fiskers. The Rothchild's scoop up great mounds of fetid cheese. Backed up by legions of Yale and Stanford robotic Frat boys with tiny corporate lobbyist devils on their shoulders, the field of battle hangs on the moment... Location: Washington DC, Post-Internet-pocalypse, Supreme Court Lawyer: ""Justices, allow me to sum up the case..."" (To be added to...) Location: Illuminati secret headquarters at 740 Park Avenue, New York City. Supreme Most Excellent Old White Guy Exulted Leader: ""Well, boys, .....it's a whole new world..."" (To be added to...) Location: A Farm in Nebraska, an old ranch-style home, front porch Warren All-You-Can-Eat-Buffet: ""So here's the deal..."" (To be added to...) (In Process...)              "

# Were John Doerr and Elon Musk copying the FDR BUSINESS PLOT?

 The Shocking TRUE STORY of Marine Corps Major General Smedley Butler and The Attempted Overthrow of the U.S. Government

 "ONE OF THE MOST COVERED UP STORIES IN AMERICAN HISTORY. CHARACTER ASSASSINATED FOR TELLING THE TRUTH ABOUT A MASSIVE CONSPIRACY, HISTORY SHOWS ALL OF HIS REVELATIONS WERE TRUE. HAS THIS SAME THING HAPPENED ""MORE RECENTLY"" WITH OTHER BILLIONAIRES?: Smedley Darlington Butler[1] (July 30, 1881 ? June 21, 1940) was a United States Marine Corps major general, the highest rank authorized at that time, and at the time of his death the most decorated Marine in U.S. history. During his 34-year career as a Marine, he participated in military actions in the Philippines, China, in Central America and the Caribbean during the Banana Wars, and France in World War I. Butler is well known for having later become an outspoken critic of U.S. wars and their consequences, as well as exposing ""the Business Plot"", a plan, by a secret billionaires coalition, to overthrow the U.S. government. Many say it is the same thing that a group of Silicon Valley billionaires have tried with Washington, using Google news and information manipulation, in recent times. In November 1934, Butler claimed the existence of a political conspiracy by billionaire business leaders to overthrow President Roosevelt, a series of allegations that came to be known in the media as the Business Plot.[59][60] A special committee of the House of Representatives headed by Representatives John W. McCormack of Massachusetts and Samuel Dickstein of New York, who was later alleged to have been a paid agent of the NKVD,[61] heard his testimony in secret.[62] The McCormack-Dickstein committee was a precursor to the House Committee on Un-American Activities. In November 1934, Butler told the committee that one Gerald P. MacGuire told him that a group of billionaire businessmen, supposedly backed by a private army of 500,000 ex-soldiers and others, intended to establish a fascist dictatorship. Butler had been asked to lead it, he said, by MacGuire, who was a bond salesman with Grayson M?P Murphy & Co.   (KIND OF LIKE GOLDMAN SACHS) The New York Times reported that Butler had told friends that General Hugh S. Johnson, a former official with the National Recovery Administration, was to be installed as dictator, and that the J.P. Morgan banking firm (WHO< EVEN TODAY< IS STILL BEING CHARGED WITH CRIMES) was behind

the plot. Butler told Congress that MacGuire had told him the attempted coup was backed by three million dollars, and that the 500,000 men were probably to be assembled in Washington, D.C. the following year. All the parties alleged to be involved publicly said there was no truth in the story, calling it a joke and a fantasy.[62] In its report, the committee stated that it was unable to confirm Butler's statements other than the conversations with MacGuire.[63] No prosecutions or further investigations followed, and historians have questioned whether or not a coup was actually contemplated. Historians have not reported any independent evidence apart from Butler's report on what MacGuire told him. Schmidt says Maguire was an ""inconsequential trickster.""[64][65][66][67] The news media (ie: GOOGLE) dismissed the plot, with a New York Times editorial characterizing it as a ""gigantic hoax"".[68] When the committee's final report was released, the Times said the committee ""purported to report that a two-month investigation had convinced it that General Butler's story of a Fascist march on Washington was alarmingly true"" and ""... also alleged that definite proof had been found that the much publicized Fascist march on Washington, which was to have been led by Major. Gen. Smedley D. Butler, retired, according to testimony at a hearing, was actually contemplated"".[69] The individuals involved all denied the existence of a plot, despite evidence to the contrary. The media ridiculed the allegations, although a final report by a special House of Representatives Committee confirmed some of Butler's accusations [70] [n 1][n 2] The McCormack-Dickstein Committee confirmed some of Butler's testimony in its final report. ""In the last few weeks of the committee's official life it received evidence showing that certain persons had made an attempt to establish a fascist organization in this country...There is no question that these attempts were discussed, were planned, and might have been placed in execution when and if the financial backers (AKA: ""the billionaires"") deemed it expedient.""[70] [n 1][n 2] "


  """If"" a modern version of the Smedley Butler ""BUSINESS PLOT"" take-over of Washington has, or had, been attempted, Who do you suspect was behind it, theoretically

  "Send in your suggested ""persons-of-interest: * Tom Perkins, Formerly of Kleiner Perkins, Famous for ""nazi"" comments (Owns stock in large number of DOE/TARP ""winners"") * Goldman Sachs CEO Blankfein (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * JP Morgan CEO Jamie Dimon(Owns stock in large number of DOE/TARP ""winners"") * The Westly Group (Under Investigation) (White House Advisor) (Owns stock in large number of DOE/TARP ""winners"") * Steve ""The Fix"" Westly (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Technology Partners(Owns stock in large number of DOE/TARP ""winners"") * Ira ""Linguini"" Erenpries (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Firelake Capital (Under Investigation) (Owns stock in large number of DOE/TARP ""winners"") * Kliener Perkins (Sued for Sexual Abuse)(Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * John ""Doe"" Doerr (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Ray ""The Sausage"" Lane (Charged with Tax Fraud)(Owns stock in large number of DOE/TARP ""winners"") * Elon ""The MuskRat"" Musk (Sued on multiple charges of fraud by shareholders)(Owns stock in large number of DOE/TARP ""winners"" and was gifted with a portion of NASA) * Eric Schmidt - Google Founder trained by Motwani who was found dead in Silicon Valley (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Sergy Brin- Google Founder trained by Motwani who was found dead in Silicon Valley(Owns stock in large number of DOE/TARP ""winners"") * Jonathan"" Slippery"" Silver (Fired from DOE) (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Draper Fisher (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Tim ""I want-to-run-my-own-state"" Draper (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Steven Chu-Ran DOE. Associated in personal and business relationships with every person on this list. Almost everyone on this list is noted in Chu's nomination docket, as supporters for his position as Secretary of Energy, where he had exclusive control of cash hand-outs. (Family and personally owns stock in large number of DOE/TARP ""winners"") * Steve Jurvetson (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Rahm Emanual- Former White House Chief of Staff. Chicago Mayor. Called ""The Godfather"" due to suspected mob connections. Senior finance head arrested for bribery, corruption & kickbacks. (Under investigation)(Owns stock in large number of DOE/TARP ""winners"") * Khosla Ventures (Under Investigation) (Expose on 60 Minutes & CNN) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Vinohd

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Khosla- (Under Investigation) (Expose on 60 Minutes & CNN)(Owns stock in large number of DOE/TARP ""winners"") * Condolezza Rice- (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Tom ""Fettucine"" Styer (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Steven ""The Rat"" Rattner (Indicted in NY for Fraud- Worked in White House) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Raj ""I-Am-Untouchable"" Gupta (Indicted) (IN JAIL)(Owns stock in large number of DOE/TARP ""winners"") * Richard Blum- CBRE, Holds Tesla & Solyndra investments, husband of Senator Feinstein)(White House Advisor)(Family owns stock in large number of DOE/TARP ""winners"") (wife assisted in changing insider trading laws and Post Office real estate laws to benefit family stock and real estate investments) Who else is interesting? Send in more names to discuss..."


  "War Is a Racket is the title of two works, a speech and a booklet, by retired United States Marine Corps Major General and two time Medal of Honor recipient Smedley D. Butler. In them, Butler frankly discusses from his experience as a career military officer how business interests commercially benefit (war profiteering) from warfare. After his retirement from the Marine Corps, Butler made a nationwide tour in the early 1930s giving his speech ""War is a Racket"". The speech was so well received that he wrote a longer version as a small book with the same title that was published in 1935 by Round Table Press, Inc., of New York. The booklet was also condensed in Reader's Digest as a book supplement which helped popularize his message. In an introduction to the Reader's Digest version, Lowell Thomas, the ""as told to"" author of Butler's oral autobiographical adventures, praised Butler's ""moral as well as physical courage"".[1] THIS ARTICLE DESCRIBES WHAT HAPPENED IN THE AFGHANISTAN AND IRAQ AGHANI-SCAM SITUATIONS"

Written by Two-Time Congressional Medal of Honor Recipient

Major General Smedley D. Butler

"USMC, Retired"

CHAPTER ONE

WAR IS A RACKET

WAR is a racket. It always has been.

  "  It is possibly the oldest, easily the most profitable, surely the most vicious. It is the only one international in scope. It is the only one in which the profits are reckoned in dollars and the losses in lives."

  "  A racket is best described, I believe, as something that is not what it seems to the majority of the people. Only a small ""inside"" group knows what it is about. It is conducted for the benefit of the very few, at the expense of the very many. Out of war a few people make huge fortunes."

  "  In the World War [I] a mere handful garnered the profits of the conflict. At least 21,000 new millionaires and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

billionaires were made in the United States during the World War. That many admitted their huge blood gains in their income tax returns. How many other war millionaires falsified their tax returns no one knows."

"  How many of these war millionaires shouldered a rifle? How many of them dug a trench? How many of them knew what it meant to go hungry in a rat-infested dug-out? How many of them spent sleepless, frightened nights, ducking shells and shrapnel and machine gun bullets? How many of them parried a bayonet thrust of an enemy? How many of them were wounded or killed in battle

"  Out of war nations acquire additional territory, if they are victorious. They just take it. This newly acquired territory promptly is exploited by the few ? the selfsame few who wrung dollars out of blood in the war. The general public shoulders the bill."

And what is this bill?

This bill renders a horrible accounting. Newly placed gravestones. Mangled bodies. Shattered minds. Broken hearts and homes. Economic instability. Depression and all its attendant miseries. Back-breaking taxation for generations and generations.

"For a great many years, as a soldier, I had a suspicion that war was a racket; not until I retired to civil life did I fully realize it. Now that I see the international war clouds gathering, as they are today, I must face it and speak out."

"  Again they are choosing sides. France and Russia met and agreed to stand side by side. Italy and Austria hurried to make a similar agreement. Poland and Germany cast sheep's eyes at each other, forgetting for the nonce [one unique occasion], their dispute over the Polish Corridor. "

"The assassination of King Alexander of Jugoslavia [Yugoslavia] complicated matters. Jugoslavia and Hungary, long bitter enemies, were almost at each other's throats. Italy was ready to jump in. But France was waiting. So was Czechoslovakia. All of them are looking ahead to war. Not the people ? not those who fight and pay and die ? only those who foment wars and remain safely at home to profit."

"There are 40,000,000 men under arms in the world today, and our statesmen and diplomats have the temerity to say that war is not in the making."

"Hell's bells! Are these 40,000,000 men being trained to be dancers

"Not in Italy, to be sure. Premier Mussolini knows what they are being trained for. He, at least, is frank enough to speak out. Only the other day, Il Duce in ""International Conciliation,"" the publication of the Carnegie Endowment for International Peace, said:"

"""And above all, Fascism, the more it considers and observes the future and the development of humanity quite apart from political considerations of the moment, believes neither in the possibility nor the utility of perpetual peace... War alone brings up to its highest tension all human energy and puts the stamp of nobility upon the people who have the courage to meet it."""

"Undoubtedly Mussolini means exactly what he says. His well-trained army, his great fleet of planes, and even his navy are ready for war ? anxious for it, apparently. His recent stand at the side of Hungary in the latter's dispute with Jugoslavia showed that. And the hurried mobilization of his troops on the Austrian border after the assassination of Dollfuss showed it too. There are others in Europe too whose sabre rattling presages war, sooner or later."

"Herr Hitler, with his rearming Germany and his constant demands for more and more arms, is an equal if not greater menace to peace. France only recently increased the term of military service for its youth from a year to

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

eighteen months."

"Yes, all over, nations are camping in their arms. The mad dogs of Europe are on the loose. In the Orient the maneuvering is more adroit. Back in 1904, when Russia and Japan fought, we kicked out our old friends the Russians and backed Japan. Then our very generous international bankers were financing Japan. Now the trend is to poison us against the Japanese. What does the ""open door"" policy to China mean to us? Our trade with China is about $90,000,000 a year. Or the Philippine Islands? We have spent about $600,000,000 in the Philippines in thirty-five years and we (our bankers and industrialists and speculators) have private investments there of less than $200,000,000."

"Then, to save that China trade of about $90,000,000, or to protect these private investments of less than $200,000,000 in the Philippines, we would be all stirred up to hate Japan and go to war ? a war that might well cost us tens of billions of dollars, hundreds of thousands of lives of Americans, and many more hundreds of thousands of physically maimed and mentally unbalanced men."

"Of course, for this loss, there would be a compensating profit ? fortunes would be made. Millions and billions of dollars would be piled up. By a few. Munitions makers. Bankers. Ship builders. Manufacturers. Meat packers. Speculators. They would fare well."

"Yes, they are getting ready for another war. Why shouldn't they? It pays high dividends."

"But what does it profit the men who are killed? What does it profit their mothers and sisters, their wives and their sweethearts? What does it profit their children

What does it profit anyone except the very few to whom war means huge profits?

"Yes, and what does it profit the nation

"Take our own case. Until 1898 we didn't own a bit of territory outside the mainland of North America. At that time our national debt was a little more than $1,000,000,000. Then we became ""internationally minded."" We forgot, or shunted aside, the advice of the Father of our country. We forgot George Washington's warning about ""entangling alliances."" We went to war. We acquired outside territory. At the end of the World War period, as a direct result of our fiddling in international affairs, our national debt had jumped to over $25,000,000,000. Our total favorable trade balance during the twenty-five-year period was about $24,000,000,000. Therefore, on a purely bookkeeping basis, we ran a little behind year for year, and that foreign trade might well have been ours without the wars."

"It would have been far cheaper (not to say safer) for the average American who pays the bills to stay out of foreign entanglements. For a very few this racket, like bootlegging and other underworld rackets, brings fancy profits, but the cost of operations is always transferred to the people ? who do not profit."

CHAPTER TWO

WHO MAKES THE PROFITS?

"The World War, rather our brief participation in it, has cost the United States some $52,000,000,000. Figure it out. That means $400 to every American man, woman, and child. And we haven't paid the debt yet. We are paying it, our children will pay it, and our children's children probably still will be paying the cost of that war."

"The normal profits of a business concern in the United States are six, eight, ten, and sometimes twelve percent. But war-time profits ? ah! that is another matter ? twenty, sixty, one hundred, three hundred, and even eighteen hundred per cent ? the sky is the limit. All that traffic will bear. Uncle Sam has the money. Let's get it."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Of course, it isn't put that crudely in war time. It is dressed into speeches about patriotism, love of country, and ""we must all put our shoulders to the wheel,"" but the profits jump and leap and skyrocket ? and are safely pocketed. Let's just take a few examples:"

"Take our friends the du Ponts, the powder people ? didn't one of them testify before a Senate committee recently that their powder won the war? Or saved the world for democracy? Or something? How did they do in the war? They were a patriotic corporation. Well, the average earnings of the du Ponts for the period 1910 to 1914 were $6,000,000 a year. It wasn't much, but the du Ponts managed to get along on it. Now let's look at their average yearly profit during the war years, 1914 to 1918. Fifty-eight million dollars a year profit we find! Nearly ten times that of normal times, and the profits of normal times were pretty good. An increase in profits of more than 950 per cent."

"Take one of our little steel companies that patriotically shunted aside the making of rails and girders and bridges to manufacture war materials. Well, their 1910-1914 yearly earnings averaged $6,000,000. Then came the war. And, like loyal citizens, Bethlehem Steel promptly turned to munitions making. Did their profits jump ? or did they let Uncle Sam in for a bargain? Well, their 1914-1918 average was $49,000,000 a year!"

"Or, let's take United States Steel. The normal earnings during the five-year period prior to the war were $105,000,000 a year. Not bad. Then along came the war and up went the profits. The average yearly profit for the period 1914-1918 was $240,000,000. Not bad."

"There you have some of the steel and powder earnings. Let's look at something else. A little copper, perhaps. That always does well in war times."

"Anaconda, for instance. Average yearly earnings during the pre-war years 1910-1914 of $10,000,000. During the war years 1914-1918 profits leaped to $34,000,000 per year."

"Or Utah Copper. Average of $5,000,000 per year during the 1910-1914 period. Jumped to an average of $21,000,000 yearly profits for the war period."

"Let's group these five, with three smaller companies. The total yearly average profits of the pre-war period 1910-1914 were $137,480,000. Then along came the war. The average yearly profits for this group skyrocketed to $408,300,000."

A little increase in profits of approximately 200 per cent.

Does war pay? It paid them. But they aren't the only ones. There are still others. Let's take leather.

"For the three-year period before the war the total profits of Central Leather Company were $3,500,000. That was approximately $1,167,000 a year. Well, in 1916 Central Leather returned a profit of $15,000,000, a small increase of 1,100 per cent. That's all. The General Chemical Company averaged a profit for the three years before the war of a little over $800,000 a year. Came the war, and the profits jumped to $12,000,000. a leap of 1,400 per cent."

"International Nickel Company ? and you can't have a war without nickel ? showed an increase in profits from a mere average of $4,000,000 a year to $73,000,000 yearly. Not bad? An increase of more than 1,700 per cent."

"American Sugar Refining Company averaged $2,000,000 a year for the three years before the war. In 1916 a profit of $6,000,000 was recorded."

"Listen to Senate Document No. 259. The Sixty-Fifth Congress, reporting on corporate earnings and government revenues. Considering the profits of 122 meat packers, 153 cotton manufacturers, 299 garment makers, 49 steel plants, and 340 coal producers during the war. Profits under 25 per cent were exceptional. For instance the coal

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

companies made between 100 per cent and 7,856 per cent on their capital stock during the war. The Chicago packers doubled and tripled their earnings."

"And let us not forget the bankers who financed the great war. If anyone had the cream of the profits it was the bankers. Being partnerships rather than incorporated organizations, they do not have to report to stockholders. And their profits were as secret as they were immense. How the bankers made their millions and their billions I do not know, because those little secrets never become public ? even before a Senate investigatory body."

But here's how some of the other patriotic industrialists and speculators chiseled their way into war profits.

"Take the shoe people. They like war. It brings business with abnormal profits. They made huge profits on sales abroad to our allies. Perhaps, like the munitions manufacturers and armament makers, they also sold to the enemy. For a dollar is a dollar whether it comes from Germany or from France. But they did well by Uncle Sam too. For instance, they sold Uncle Sam 35,000,000 pairs of hobnailed service shoes. There were 4,000,000 soldiers. Eight pairs, and more, to a soldier. My regiment during the war had only one pair to a soldier. Some of these shoes probably are still in existence. They were good shoes. But when the war was over Uncle Sam has a matter of 25,000,000 pairs left over. Bought ? and paid for. Profits recorded and pocketed."

"There was still lots of leather left. So the leather people sold your Uncle Sam hundreds of thousands of McClellan saddles for the cavalry. But there wasn't any American cavalry overseas! Somebody had to get rid of this leather, however. Somebody had to make a profit in it ? so we had a lot of McClellan saddles. And we probably have those yet."

"Also somebody had a lot of mosquito netting. They sold your Uncle Sam 20,000,000 mosquito nets for the use of the soldiers overseas. I suppose the boys were expected to put it over them as they tried to sleep in muddy trenches ? one hand scratching cooties on their backs and the other making passes at scurrying rats. Well, not one of these mosquito nets ever got to France!"

"Anyhow, these thoughtful manufacturers wanted to make sure that no soldier would be without his mosquito net, so 40,000,000 additional yards of mosquito netting were sold to Uncle Sam."

"There were pretty good profits in mosquito netting in those days, even if there were no mosquitoes in France. I suppose, if the war had lasted just a little longer, the enterprising mosquito netting manufacturers would have sold your Uncle Sam a couple of consignments of mosquitoes to plant in France so that more mosquito netting would be in order."

"Airplane and engine manufacturers felt they, too, should get their just profits out of this war. Why not? Everybody else was getting theirs. So $1,000,000,000 ? count them if you live long enough ? was spent by Uncle Sam in building airplane engines that never left the ground! Not one plane, or motor, out of the billion dollars worth ordered, ever got into a battle in France. Just the same the manufacturers made their little profit of 30, 100, or perhaps 300 per cent."

Undershirts for soldiers cost 14›[cents] to make and uncle Sam paid 30› to 40› each for them ? a nice little profit for the undershirt manufacturer. And the stocking manufacturer and the uniform manufacturers and the cap manufacturers and the steel helmet manufacturers ? all got theirs.

"Why, when the war was over some 4,000,000 sets of equipment ? knapsacks and the things that go to fill them ? crammed warehouses on this side. Now they are being scrapped because the regulations have changed the contents. But the manufacturers collected their wartime profits on them ? and they will do it all over again the next time."

There were lots of brilliant ideas for profit making during the war.

THE BOOK OF TESLA. Copyright etc original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"One very versatile patriot sold Uncle Sam twelve dozen 48-inch wrenches. Oh, they were very nice wrenches. The only trouble was that there was only one nut ever made that was large enough for these wrenches. That is the one that holds the turbines at Niagara Falls. Well, after Uncle Sam had bought them and the manufacturer had pocketed the profit, the wrenches were put on freight cars and shunted all around the United States in an effort to find a use for them. When the Armistice was signed it was indeed a sad blow to the wrench manufacturer. He was just about to make some nuts to fit the wrenches. Then he planned to sell these, too, to your Uncle Sam."

"Still another had the brilliant idea that colonels shouldn't ride in automobiles, nor should they even ride on horseback. One has probably seen a picture of Andy Jackson riding in a buckboard. Well, some 6,000 buckboards were sold to Uncle Sam for the use of colonels! Not one of them was used. But the buckboard manufacturer got his war profit."

"The shipbuilders felt they should come in on some of it, too. They built a lot of ships that made a lot of profit. More than $3,000,000,000 worth. Some of the ships were all right. But $635,000,000 worth of them were made of wood and wouldn't float! The seams opened up ? and they sank. We paid for them, though. And somebody pocketed the profits."

"It has been estimated by statisticians and economists and researchers that the war cost your Uncle Sam $52,000,000,000. Of this sum, $39,000,000,000 was expended in the actual war itself. This expenditure yielded $16,000,000,000 in profits. That is how the 21,000 billionaires and millionaires got that way. This $16,000,000,000 profits is not to be sneezed at. It is quite a tidy sum. And it went to a very few."

"The Senate (Nye) committee probe of the munitions industry and its wartime profits, despite its sensational disclosures, hardly has scratched the surface."

"Even so, it has had some effect. The State Department has been studying ""for some time"" methods of keeping out of war. The War Department suddenly decides it has a wonderful plan to spring. The Administration names a committee ? with the War and Navy Departments ably represented under the chairmanship of a Wall Street speculator ? to limit profits in war time. To what extent isn't suggested. Hmmm. Possibly the profits of 300 and 600 and 1,600 per cent of those who turned blood into gold in the World War would be limited to some smaller figure."

"Apparently, however, the plan does not call for any limitation of losses ? that is, the losses of those who fight the war. As far as I have been able to ascertain there is nothing in the scheme to limit a soldier to the loss of but one eye, or one arm, or to limit his wounds to one or two or three. Or to limit the loss of life."

"There is nothing in this scheme, apparently, that says not more than 12 per cent of a regiment shall be wounded in battle, or that not more than 7 per cent in a division shall be killed."

"Of course, the committee cannot be bothered with such trifling matters."

CHAPTER THREE

WHO PAYS THE BILLS?

"Who provides the profits ? these nice little profits of 20, 100, 300, 1,500 and 1,800 per cent? We all pay them ? in taxation. We paid the bankers their profits when we bought Liberty Bonds at $100.00 and sold them back at $84 or $86 to the bankers. These bankers collected $100 plus. It was a simple manipulation. The bankers control the security marts. It was easy for them to depress the price of these bonds. Then all of us ? the people ? got frightened and sold the bonds at $84 or $86. The bankers bought them. Then these same bankers stimulated a boom and government bonds went to par ? and above. Then the bankers collected their profits."

But the soldier pays the biggest part of the bill.

"If you don't believe this, visit the American cemeteries on the battlefields abroad. Or visit any of the veteran's hospitals in the United States. On a tour of the country, in the midst of which I am at the time of this writing, I have visited eighteen government hospitals for veterans. In them are a total of about 50,000 destroyed men ? men who were the pick of the nation eighteen years ago. The very able chief surgeon at the government hospital; at Milwaukee, where there are 3,800 of the living dead, told me that mortality among veterans is three times as great as among those who stayed at home."

"Boys with a normal viewpoint were taken out of the fields and offices and factories and classrooms and put into the ranks. There they were remolded; they were made over; they were made to ""about face""; to regard murder as the order of the day. They were put shoulder to shoulder and, through mass psychology, they were entirely changed. We used them for a couple of years and trained them to think nothing at all of killing or of being killed."

"Then, suddenly, we discharged them and told them to make another ""about face"" ! This time they had to do their own readjustment, sans [without] mass psychology, sans officers' aid and advice and sans nation-wide propaganda. We didn't need them any more. So we scattered them about without any ""three-minute"" or ""Liberty Loan"" speeches or parades. Many, too many, of these fine young boys are eventually destroyed, mentally, because they could not make that final ""about face"" alone."

"In the government hospital in Marion, Indiana, 1,800 of these boys are in pens! Five hundred of them in a barracks with steel bars and wires all around outside the buildings and on the porches. These already have been mentally destroyed. These boys don't even look like human beings. Oh, the looks on their faces! Physically, they are in good shape; mentally, they are gone."

"There are thousands and thousands of these cases, and more and more are coming in all the time. The tremendous excitement of the war, the sudden cutting off of that excitement ? the young boys couldn't stand it."

"That's a part of the bill. So much for the dead ? they have paid their part of the war profits. So much for the mentally and physically wounded ? they are paying now their share of the war profits. But the others paid, too ? they paid with heartbreaks when they tore themselves away from their firesides and their families to don the uniform of Uncle Sam ? on which a profit had been made. They paid another part in the training camps where they were regimented and drilled while others took their jobs and their places in the lives of their communities. The paid for it in the trenches where they shot and were shot; where they were hungry for days at a time; where they slept in the mud and the cold and in the rain ? with the moans and shrieks of the dying for a horrible lullaby."

But don't forget ? the soldier paid part of the dollars and cents bill too.

"Up to and including the Spanish-American War, we had a prize system, and soldiers and sailors fought for money. During the Civil War they were paid bonuses, in many instances, before they went into service. The government, or states, paid as high as $1,200 for an enlistment. In the Spanish-American War they gave prize money. When we captured any vessels, the soldiers all got their share ? at least, they were supposed to. Then it was found that we could reduce the cost of wars by taking all the prize money and keeping it, but conscripting [drafting] the soldier anyway. Then soldiers couldn't bargain for their labor, Everyone else could bargain, but the soldier couldn't. "

"Napoleon once said, ""All men are enamored of decorations...they positively hunger for them."""

"So by developing the Napoleonic system ? the medal business ? the government learned it could get soldiers for less money, because the boys liked to be decorated. Until the Civil War there were no medals. Then the Congressional Medal of Honor was handed out. It made enlistments easier. After the Civil War no new medals were issued until the Spanish-American War."

"In the World War, we used propaganda to make the boys accept conscription. They were made to feel ashamed

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

if they didn't join the army."

"So vicious was this war propaganda that even God was brought into it. With few exceptions our clergymen joined in the clamor to kill, kill, kill. To kill the Germans. God is on our side...it is His will that the Germans be killed."

"And in Germany, the good pastors called upon the Germans to kill the allies...to please the same God. That was a part of the general propaganda, built up to make people war conscious and murder conscious."

"Beautiful ideals were painted for our boys who were sent out to die. This was the ""war to end all wars."" This was the ""war to make the world safe for democracy."" No one mentioned to them, as they marched away, that their going and their dying would mean huge war profits. No one told these American soldiers that they might be shot down by bullets made by their own brothers here. No one told them that the ships on which they were going to cross might be torpedoed by submarines built with United States patents. They were just told it was to be a ""glorious adventure."""

"Thus, having stuffed patriotism down their throats, it was decided to make them help pay for the war, too. So, we gave them the large salary of $30 a month."

"All they had to do for this munificent sum was to leave their dear ones behind, give up their jobs, lie in swampy trenches, eat canned willy (when they could get it) and kill and kill and kill...and be killed."

  But wait!

"Half of that wage (just a little more than a riveter in a shipyard or a laborer in a munitions factory safe at home made in a day) was promptly taken from him to support his dependents, so that they would not become a charge upon his community. Then we made him pay what amounted to accident insurance ? something the employer pays for in an enlightened state ? and that cost him $6 a month. He had less than $9 a month left."

"Then, the most crowning insolence of all ? he was virtually blackjacked into paying for his own ammunition, clothing, and food by being made to buy Liberty Bonds. Most soldiers got no money at all on pay days."

"We made them buy Liberty Bonds at $100 and then we bought them back ? when they came back from the war and couldn't find work ? at $84 and $86. And the soldiers bought about $2,000,000,000 worth of these bonds!"

"Yes, the soldier pays the greater part of the bill. His family pays too. They pay it in the same heart-break that he does. As he suffers, they suffer. At nights, as he lay in the trenches and watched shrapnel burst about him, they lay home in their beds and tossed sleeplessly ? his father, his mother, his wife, his sisters, his brothers, his sons, and his daughters."

"When he returned home minus an eye, or minus a leg or with his mind broken, they suffered too ? as much as and even sometimes more than he. Yes, and they, too, contributed their dollars to the profits of the munitions makers and bankers and shipbuilders and the manufacturers and the speculators made. They, too, bought Liberty Bonds and contributed to the profit of the bankers after the Armistice in the hocus-pocus of manipulated Liberty Bond prices."

  And even now the families of the wounded men and of the mentally broken and those who never were able to readjust themselves are still suffering and still paying.

  CHAPTER FOUR

  HOW TO SMASH THIS RACKET!

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"WELL, it's a racket, all right."

A few profit ? and the many pay. But there is a way to stop it. You can't end it by disarmament conferences. You can't eliminate it by peace parleys at Geneva. Well-meaning but impractical groups can't wipe it out by resolutions. It can be smashed effectively only by taking the profit out of war.

"The only way to smash this racket is to conscript capital and industry and labor before the nations manhood can be conscripted. One month before the Government can conscript the young men of the nation ? it must conscript capital and industry and labor. Let the officers and the directors and the high-powered executives of our armament factories and our munitions makers and our shipbuilders and our airplane builders and the manufacturers of all the other things that provide profit in war time as well as the bankers and the speculators, be conscripted ? to get $30 a month, the same wage as the lads in the trenches get."

"Let the workers in these plants get the same wages ? all the workers, all presidents, all executives, all directors, all managers, all bankers

"yes, and all generals and all admirals and all officers and all politicians and all government office holders ? everyone in the nation be restricted to a total monthly income not to exceed that paid to the soldier in the trenches!"

Let all these kings and tycoons and masters of business and all those workers in industry and all our senators and governors and majors pay half of their monthly $30 wage to their families and pay war risk insurance and buy Liberty Bonds.

Why shouldn't they?

They aren't running any risk of being killed or of having their bodies mangled or their minds shattered. They aren't sleeping in muddy trenches. They aren't hungry. The soldiers are!

"Give capital and industry and labor thirty days to think it over and you will find, by that time, there will be no war. That will smash the war racket ? that and nothing else. "

"Maybe I am a little too optimistic. Capital still has some say. So capital won't permit the taking of the profit out of war until the people ? those who do the suffering and still pay the price ? make up their minds that those they elect to office shall do their bidding, and not that of the profiteers."

Another step necessary in this fight to smash the war racket is the limited plebiscite to determine whether a war should be declared. A plebiscite not of all the voters but merely of those who would be called upon to do the fighting and dying. There wouldn't be very much sense in having a 76-year-old president of a munitions factory or the flat-footed head of an international banking firm or the cross-eyed manager of a uniform manufacturing plant ? all of whom see visions of tremendous profits in the event of war ? voting on whether the nation should go to war or not. They never would be called upon to shoulder arms ? to sleep in a trench and to be shot. Only those who would be called upon to risk their lives for their country should have the privilege of voting to determine whether the nation should go to war.

"There is ample precedent for restricting the voting to those affected. Many of our states have restrictions on those permitted to vote. In most, it is necessary to be able to read and write before you may vote. In some, you must own property. It would be a simple matter each year for the men coming of military age to register in their communities as they did in the draft during the World War and be examined physically. Those who could pass and who would therefore be called upon to bear arms in the event of war would be eligible to vote in a limited plebiscite. They should be the ones to have the power to decide ? and not a Congress few of whose members are within the age limit and fewer still of whom are in physical condition to bear arms. Only those who must suffer should have the right to vote."

THE BOOK OF TESLA. Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

A third step in this business of smashing the war racket is to make certain that our military forces are truly forces for defense only.

"At each session of Congress the question of further naval appropriations comes up. The swivel-chair admirals of Washington (and there are always a lot of them) are very adroit lobbyists. And they are smart. They don't shout that ""We need a lot of battleships to war on this nation or that nation."" Oh no. First of all, they let it be known that America is menaced by a great naval power. Almost any day, these admirals will tell you, the great fleet of this supposed enemy will strike suddenly and annihilate 125,000,000 people. Just like that. Then they begin to cry for a larger navy. For what? To fight the enemy? Oh my, no. Oh, no. For defense purposes only."

"Then, incidentally, they announce maneuvers in the Pacific. For defense. Uh, huh."

"The Pacific is a great big ocean. We have a tremendous coastline on the Pacific. Will the maneuvers be off the coast, two or three hundred miles? Oh, no. The maneuvers will be two thousand, yes, perhaps even thirty-five hundred miles, off the coast."

"The Japanese, a proud people, of course will be pleased beyond expression to see the united States fleet so close to Nippon's shores. Even as pleased as would be the residents of California were they to dimly discern through the morning mist, the Japanese fleet playing at war games off Los Angeles."

"The ships of our navy, it can be seen, should be specifically limited, by law, to within 200 miles of our coastline. Had that been the law in 1898 the Maine would never have gone to Havana Harbor. She never would have been blown up. There would have been no war with Spain with its attendant loss of life. Two hundred miles is ample, in the opinion of experts, for defense purposes. Our nation cannot start an offensive war if its ships can't go further than 200 miles from the coastline. Planes might be permitted to go as far as 500 miles from the coast for purposes of reconnaissance. And the army should never leave the territorial limits of our nation."

To summarize: Three steps must be taken to smash the war racket.

* We must take the profit out of war.

* We must permit the youth of the land who would bear arms to decide whether or not there should be war.

 * We must limit our military forces to home defense purposes.

 CHAPTER FIVE

 TO HELL WITH WAR!

"I am not a fool as to believe that war is a thing of the past. I know the people do not want war, but there is no use in saying we cannot be pushed into another war."

"Looking back, Woodrow Wilson was re-elected president in 1916 on a platform that he had ""kept us out of war"" and on the implied promise that he would ""keep us out of war."" Yet, five months later he asked Congress to declare war on Germany."

"In that five-month interval the people had not been asked whether they had changed their minds. The 4,000,000 young men who put on uniforms and marched or sailed away were not asked whether they wanted to go forth to suffer and die."

Then what caused our government to change its mind so suddenly?

THE BOOK OF TESLA, Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Money.

 "An allied commission, it may be recalled, came over shortly before the war declaration and called on the President. The President summoned a group of advisers. The head of the commission spoke. Stripped of its diplomatic language, this is what he told the President and his group:"

 """There is no use kidding ourselves any longer. The cause of the allies is lost. We now owe you (American bankers, American munitions makers, American manufacturers, American speculators, American exporters) five or six billion dollars."

 "If we lose (and without the help of the United States we must lose) we, England, France and Italy, cannot pay back this money...and Germany won't."

 "So...."""

 "Had secrecy been outlawed as far as war negotiations were concerned, and had the press been invited to be present at that conference, or had radio been available to broadcast the proceedings, America never would have entered the World War. But this conference, like all war discussions, was shrouded in utmost secrecy. When our boys were sent off to war they were told it was a ""war to make the world safe for democracy"" and a ""war to end all wars."" "

 "Well, eighteen years after, the world has less of democracy than it had then. Besides, what business is it of ours whether Russia or Germany or England or France or Italy or Austria live under democracies or monarchies? Whether they are Fascists or Communists? Our problem is to preserve our own democracy."

 "And very little, if anything, has been accomplished to assure us that the World War was really the war to end all wars."

 "Yes, we have had disarmament conferences and limitations of arms conferences. They don't mean a thing. One has just failed; the results of another have been nullified. We send our professional soldiers and our sailors and our politicians and our diplomats to these conferences. And what happens

 "The professional soldiers and sailors don't want to disarm. No admiral wants to be without a ship. No general wants to be without a command. Both mean men without jobs. They are not for disarmament. They cannot be for limitations of arms. And at all these conferences, lurking in the background but all-powerful, just the same, are the sinister agents of those who profit by war. They see to it that these conferences do not disarm or seriously limit armaments."

 The chief aim of any power at any of these conferences has not been to achieve disarmament to prevent war but rather to get more armament for itself and less for any potential foe.

 "There is only one way to disarm with any semblance of practicability. That is for all nations to get together and scrap every ship, every gun, every rifle, every tank, every war plane. Even this, if it were possible, would not be enough."

 "The next war, according to experts, will be fought not with battleships, not by artillery, not with rifles and not with machine guns. It will be fought with deadly chemicals and gases."

 "Secretly each nation is studying and perfecting newer and ghastlier means of annihilating its foes wholesale. Yes, ships will continue to be built, for the shipbuilders must make their profits. And guns still will be manufactured and powder and rifles will be made, for the munitions makers must make their huge profits. And the soldiers, of course, must wear uniforms, for the manufacturer must make their war profits too."

THE BOOK OF TESLA. Copyright ©, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

But victory or defeat will be determined by the skill and ingenuity of our scientists.

"If we put them to work making poison gas and more and more fiendish mechanical and explosive instruments of destruction, they will have no time for the constructive job of building greater prosperity for all peoples. By putting them to this useful job, we can all make more money out of peace than we can out of war ? even the munitions makers."

"  So...I say,"

  TO HELL WITH WAR!

  **This also describes the Afghan war and lithium mining scam deals for John Doer and Elon Musk's operations.**

  "SEE THIS LINK TO THE MORE RECENT REFERENCE http://www.youtube.com/watch?v=oMEI8bnbw1o http://www.youtube.com/watch?v=hTdx6vEUtIA http://www.youtube.com/watch?v=7RD-ISImWgw    The Eric Schmidt Worse-Case Scenario Theory: - There was a posting on the web, some time ago, that proposed what sounded like a crazy concept about Eric Schmidt and Google running some insane scheme to take over America. That posting was before The Snowden thing happened. If you had come across this guy's posting from a year, or so, ago, you might have dismissed it as whack. In light of the facts that have now emerged in the news.. it's kinda sounding more ""right on the mark"". See what you think: ""I used to work at Google. I left because of what I saw. Eric Schmidt has gone nuts. He can act normal in interviews but behind the scenes, he has lost his marbles from hyper-affluenza. He has this secret group called New America Foundation that tells politicians what to do, he even tells Obama. HIs people are ON STAFF in the White House. He has this spy thing called INQTEL that does weird politics manipulation. He buys girls for weird parties. He has a concept that he wants America run ""his way"" and that he has the money to buy that plan. He got some other big Silicon Valley investors to buy into his plan and they seem to be doing this thing based around the FDR Smedley Butler federal take-over attempt. Look up ""Smedley Butler"" online but don't look anything up on Google. Schmidt, and the boys, have the Google search engine rigged to hide anything that comes out about this. He and the boys got Obama to give billions and billions of dollars to them through TARP and the Department of Energy. He even claimed, once at a private party, to have arranged, with Goldman Sachs, to have faked the last economic collapse in order to get the TARP and Department of Energy funds created so that they could be given to ""his boys"". I'm going to China until this blows over. You will see that the beneficiaries of the TARP and DOE cash were almost all connected to Eric. Schmidt uses the Google built-in spying systems to keep an eye out for any trouble-makers who might squeal. Good Luck."" Hmmmmm.. What do you think

# THE DEADLY TOXIC SECRET OF THE TESLA GIGAFACTORY: THE PUBLIC IS BEING LIED TO...

  "- Harry Reid: Department of Energy ""KickBack King"" got more crony US tax dollars in his investment portfolio than any other Senator besides Feinstein. - Nevada Residents horrified by toxins danger, and existing charges against Tesla and Panasonic. ""Harry, How could you do this to us  ", cry Residents - Major financial analysts say the Tesla Toxic-Factory has no market demand; they say it is just a stock manipulation deal - Nevada tired of being the guinea pig for Toxic federal tests and ""dumping ground"" for lethal projects - Factory ""Guaranteed to kill"" nearby towns via ground contamination, air toxins and surface particulants, say safety experts - Just another greedy political taxpayer abuse scam?              "

  THE DEADLY TOXIC SECRET OF THE TESLA GIGAFACTORY

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Community Revolts Against Toxic Tesla Factory!

"Link to this page: http://wp.me/p4e1uX-2sV or /?p=1499 [video width=""320"" height=""240"" mp4=""/wp-content/uploads/2014/08/TESLA-Battery-Factory.mp4""][/video]"
TESLA Battery Factory

?

"The shocking Video above can be found at: http://wp.me/p4e1uX-2sV and the related background videos at: https://www.dropbox.com/sh/lt4wyz4bu4bcinw/AADVaWCHEodfoYoSxfs0_A4ia    ?Said local, Andrew Schwartz: ?this is another one of those politician kick-back schemes where they promise unicorns and then kill the air, water and really, THE PEOPLE, of a whole region and, later, shrug their shoulders and say..uh, uh, well, we didn?t know,,? Mr. Schwartz went on to say that he had researched the battery factory disasters in Asia and found that there was ?vast documentation about the extensive deaths and permanent toxic poisonings? from regions where lithium, and similiar, battery factories existed in the past. He claims Tesla is fully aware of the lethal nature of their Task but that Elon Musk just wants to maximize his stock value without any care for the potential loss of life and the potential for toxic ?lithium babies?. ?Those things will come much later, after Mr. Musk has cashed out his stock?, said Schwartz. Said Mr. Schwartz: ?When it now only takes $50,000.00 to buy a Senator, and over 20 Senators have personal insider trading investments in these Tesla batteries, how can the public even have a chance at fair treatment??, he continued,   ?we can?t have these billionaires raping our communities for profit and then walking away from the dead poisoned towns they leave behind. Tesla has been proven to have lied, over and over again, nobody in their right mind can trust them to build this.? This battery factory is so toxic that EVEN CHINA WON?T BUILD IT!!! "

"OVER 40 TOXIC CHEMICALS ARE USED IN ALL 5 OF THE TOXIC BATTERY TYPES TESLA AND PANASONIC ARE TRYING TO PUSH OFF ON SOME HAPLESS   RUSTIC AMERICAN TOWNS. ALL 40 OF THESE CHEMICALS CAN GIVE YOU CANCER, LIVER DISEASE, DEFORMED BABIES & BRAIN DAMAGE. Panasonic has killed vast numbers of workers in Asia, is charged with ?cover-ups?, has been sued for organized crime price fixing and dumping and you trust them to do this right? The controversy also involves the abuse of migrant workers in a part of the immigration/cheap labor scandal. "

Coming Soon ? The Shocking New Film: ?ELON MUSK VS.THE TRUTH FAIRY? Starring: Elon Musk Elon?s

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Ex-Wives & Girlfriends Elon?s Ex-employees Elon?s Ex-partners People suing Elon The General Public Eric Schmidt Steven Chu Dianne Feinstein The Ever-ready Bunny and many more? WATCH THIS SPACE?.. In final production at Ampere? Studios.

## Musk partner: Panasonic ''covered up" poisoning at battery factory, report claims ? "

"Apr 28, 2007 ? Panasonic hid evidence that workers were poisoned at a battery factory, a report in a Chinese newspaper claims. Even pregnant women were

http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

## Air Quality Officials Sue Vernon Battery Recycling Plant Over ?Toxic ?

"Jan 16, 2014 ? The South Coast Air Quality Management District filed a lawsuit in Los Angeles Superior Court Thursday against Exide Technologies."
losangeles.cbslocal.com/ 2014/ 01/ 16/ air-quality-officials-sue-vernon-battery-recycling-plant-over-toxic-e missions/ ?

## Fate Of Vernon Battery Factory Shut Down Over Lead, Arsenic ? "

"May 29, 2013 ? The state Department of Toxic Substances last month issued an emergency order against the Exide Technologies plant on 2700 South Indiana
losangeles.cbslocal.com/ 2013/ 05/ 29/ fate-of-vernon-battery-factory-shut-down-over-lead-arsenic-emissions-subject-of-hearing-thursday/ ?

## Plea Agreement : U.S. v. Panasonic ? Department of Justice

"Aug 5, 2013 ? organized and existing under the laws of Japan, hereby enter into the following ? to plead not guilty to any criminal charges brought against it;
http://www.justice.gov/atr/cases/f299900/299987.pdf ?

### Panasonic woes continue as it posts $7.5-B net loss | ABS-CBN News

"May 10, 2013 ? TOKYO ? Panasonic said Friday it had logged another eye-watering ? Skyway 3 to charge P10 per kilometer ? was tagged by the Presidential Anti-Organized Crime Commission (PAOCC) as an leader of a gun-for-hire group."

http://www.abs-cbnnews.com/ business/ 05/ 10/ 13/ panasonic-woes-continue-it-posts-75-b-net-loss ?

### *Vernon Battery Recycling Plant Maybe Poisoned ?Hundreds of ?*

"Sep 13, 2013 ? The state Department of Toxic Substances Control tried to temporarily suspend plant operations,

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

but Exide, now seeking bankruptcy protection
la.curbed.com/ archives/ 2013/ 09/ vernon_battery_maker_might_have_poisoned_their_neighbors_with_lead.php ?

### *Regulators close Exide Technologies car battery recycler in Vernon* ?

"Apr 24, 2013 ? The California Department of Toxic Substances Control has shut down a battery recycling plant in Vernon whose own investigation revealed

http://www.scpr.org/ blogs/ environment/ 2013/ 04/ 24/ 13431/ regulators-close-car-battery-recycler-in-vernon-ci/ ?

## Exide ordered to clean up toxic substances near Vernon plant ? Los ?

"Dec 18, 2013 ? The state Department of Toxic Substances Control has issued an emergency order directing a Vernon battery recycler to clean up lead and

articles.latimes.com/2013/dec/18/local/la-me-exide-20131219 ?

## High lead levels in soil near battery plant prompt health warnings ?

"Mar 10, 2014 ? High lead levels in soil near battery plant prompt health warnings ? State toxic waste regulators said the initial results from 39 homes as well as

articles.latimes.com/2014/mar/10/local/la-me-exide-20140311 ?

## HowStuffWorks ?Pollution Caused By Building a Hybrid Car?

"This type of manufacturing process requires tremendous inputs of energy, particularly ?. Also the manufacturing of the battery puts much more dangerous toxic

science.howstuffworks.com/ science-vs-myth/ everyday-myths/ does-hybrid-car-production-waste-offset-hybrid-benefits1.htm ?

## Task Force to Fight Battery Plant Pollution | NBC Southern California

"Mar 11, 2014 ? A task force has been set up to study closing a battery recycling plant in Vernon that recently tested for elevated levels of toxins."
http://www.nbclosangeles.com/ news/ local/ Task-Force-Fight-Battery-Plant-Pollution-249632181.html ?

## Battery recycling plant exposes Boyle Heights residents to ?

"Mar 28, 2013 ? A battery recycling plant bordering Boyle Heights has been ordered to lower ? which requires

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

companies that emit toxic air pollutants to assess
  http://www.boyleheightsbeat.com/ battery-recycling-plant-exposes-boyle-heights-residents-to-dangerous-emissions-2254 ?


# Safety and Health Topics | Battery Manufacturing ? OSHA

"Exposure to lead is the primary health concern in battery manufacturing, and ? is comparable to the zinc protoporphyrin (ZPP) test for determining lead toxicity."

https://www.osha.gov/SLTC/batterymanufacturing/ ?


# Plant Closed Over Toxics ? Los Angeles Times

"Apr 25, 2013 ? Battery recycler has tainted soil and ?poses an unacceptable risk to ? releasing hazardous waste into the soil beneath its plant because of a

articles.latimes.com/2013/apr/25/local/la-me-exide-arsenic-20130425 ?


# Car Battery Recycling Plant Shut Down for Leaking Toxins ?

"Apr 25, 2013 ? Exide Technologies in Vernon was shut down Wednesday by state regulators for leaking toxins through corroded pipes into the soil. The plant
  http://www.nbclosangeles.com/ news/ local/ Leaky-pipes-contaminate-soil-in-around-Vernon?204596661.html ?


# L.A. Battery Recycling Plant is a Bad Neighbor, Residents and ? "

"Sep 2, 2013 ? Results of tests for lead and other toxins will be available in December. ? As state-ordered testing of the soil around a battery recycling plant

http://www.healthycal.org/archives/13465 ?


# Remediation of Thomas Edison Battery Factory Brownfields

Mercury is a highly toxic metal ? Mercury is a highly toxic metal used in many ? This 21 acre property once housed Thomas Edison?s Battery Factory and  ?
  http://www.eci-nj.com/projects.asp?page=2 ?


# Film Description | Maquilapolis | POV | PBS

"Where factory workers find bathroom breaks are few, toxins are many, and the ? of a toxic waste left behind by

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Metales y Derivados, a battery-recycling factory."

http://www.pbs.org/pov/maquilapolis/film_description.php ?

## Bhopal disaster ? Wikipedia, the free encyclopedia "

Bhopal memorial for those killed and disabled by the 1984 toxic gas release ?.. The area around the plant was used as a dumping area for hazardous  ?
en.wikipedia.org/wiki/Bhopal_disaster ?

## Lead Free Frisco | A Community Dedicated to Ending Exide?s Lead ?

CBS Dallas/Fort Worth Potentially Hazardous Waste From Exide Plant Missing In ?. EDITORIAL ? Vernon?s
### Exide battery plant: An environmental wake-up call.

http://www.leadfreefrisco.com ?

Laws and Regulations | Mercury | US EPA

"The statute applies to battery and product manufacturers, battery waste ? to protect American families from power plant emissions of mercury and toxic air

http://www.epa.gov/hg/regs.htm ?

## Red Dust ? documentary on battery factory cadmium poisoning in Chinese women ?

"Aug 6, 2010 ? Red cadmium dust drifted freely in China?s nickel-cadmium battery factories owned and operated by GP BATTERIES (GP), one of the world?s
http://www.goodelectronics.org/ news-en/ red-dust-documentary-on-cadmium-poisoning-in-chinese-women-battery-wo rkers ?

## Section 5 ? V. Health Effects ? OSHA

The earliest form of cadmium toxicity occurs in the proximal portion of the tubule. ?. study of kidney dysfunction among 240 workers in a Swedish battery factory.
https://www.osha.gov/ pls/ oshaweb/ owadisp.show_document?p_table=preambles &p_id=819 ?

## Follow the Things | Electrical | Red Dust

"Poisoned by the carcinogen cadmium in the battery factories where they worked, Ren and her comrades engage in a desperate struggle for justice. RED DUST

http://www.followthethings.com/reddust.shtml ?

THE BOOK OF TESLA: Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# China battery Lead Poisoning: Over 600 Sickened In Latest Incident ?

"Jun 12, 2011 ? Yesterday Health Canada proposed a guideline to limit cadmium in ? BBC News ? China shuts battery factories due to lead poisoning."

http://www.huffingtonpost.com/ 2011/ 06/ 12/ china-lead-poisoning-over_n_875605.html ?

# Literature Reviews ? Neurology,Toxicology, Medical Consulting ? "

The effects of chronic mercury intoxication on urinary markers in workers from ?.. A cross-sectional study of 11 battery factory workers (mean 10 yrs exposure) and 11 ?.. exposure to Cadmium from working in a nickel-cadmium battery factory.

http://www.jonathanrutchik.com/ Literature_Reviews_Neurolgy_Neurologist_Sacramento_SF_CA.html ?

# China is suffering from intense soil pollution from battery factories | The World of Chinese

"Jun 4, 2014 ? ? a poisonous chemical agent that was spilled by a battery factory across the road ? Cadmium poisoning can cause liver, kidney, and other vital organ ? Soil pollution occurs most often when industrial factories producing or

http://www.theworldofchinese.com/2014/06/deadly-dirt/ ?

# Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Battery  Metals "

"battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."
http://www.annclinlabsci.org/content/31/1/3.full.pdf ?

# Heavy Metal Poisoning In Tesla Batteries | EDTA Chelation Therapy

"We need many of these heavy metals in our system, such as zinc, copper, chromium ? been poisoned because they live near battery factories or metal smelters."

http://www.cardiorenew-europe.com/heavy-metal-poisoning/ ?

# Is Cadmium a Cause of Human Pancreatic Cancer?

"Conversely, cadmium is a toxic element for which there is no known human ?.. among cadmium and nickel-exposed workers in a Swedish battery factory."

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

cebp.aacrjournals.org/content/9/2/139.long ?

## Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO

"vol.17 issue1 Cadmium toxicity in plants Phytoremediation: green ? Excess Pb causes a number of toxicity symptoms in plants e.g. stunted growth, chlorosis ? chimneys of factories using Pb, effluents from the storage battery, industry, mining
http://www.scielo.br/ scielo.php?pid=S1677-04202005000100004 &script=sci_arttext ?

### *Cadmium and cadmium compounds ? IARC Monographs on the* ?

Cd batteries and manufacturing scrap) and some. 121 ?. mainly due to concerns over the toxicity of cadmium ?. Ni?Cd battery factory in the People?s Republic.
monographs.iarc.fr/ENG/Monographs/vol100C/mono100C-8.pdf ?

## Fact Sheet ? Community Waste Prevention Toolkit: Battery

"All batteries contain toxic substances, but certain battery chemistries are considered ? While battery manufacturers have largely moved away from batteries containing ? Nickel-cadmium (Ni-Cd) and lead-acid batteries have been targeted for

http://www.informinc.org/fact_CWPbattery.php ?

### *Lead poisoning in China?s battery factories ? Jason Gooljar | WFPman*

"May 30, 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports
http://www.jasongooljar.com/ 2011/ 05/ 30/ lead-poisoning-in-chinas-battery-factories/ ?

## Medical findings in nickel-cadmium battery workers.

"Medical findings in nickel-cadmium battery workers. ? Thirty-eight workers from a factory producing nickel-cadmium and other types of batteries came ? Adult; Cadmium Poisoning/etiology*; Chronic Disease; Dermatitis, Occupational/ etiology

http://www.ncbi.nlm.nih.gov/pubmed/1428813 ?

## China Battery Factories Story 5 ? Deadly Dust ? The Salt Lake Tribune

"Ltd., is one of 13 battery factories Gold Peak owns in China. ? In the U.S., evidence of cadmium?s toxicity in 1992 led the Occupational Health and Safety
extras.sltrib.com/china/printstory5.htm ?

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## BBC News ? China shuts battery factories due to toxic  poisoning

"May 30, 2011 ? Battery factories across China have been closed amid fears about poisoning ? than 100 people were affected by lead and cadmium poisoning."
 http://www.bbc.com/news/business-13594890 ?

## Toxic Battery Factories Take Toll On China?s Labor Force ? WSJ

"Jan 15, 2008 ? Toxic Factories Take Toll On China?s Labor Force. Email; Print; Comments ? The nickel-cadmium battery illustrates this trend. Once widely

 online.wsj.com/news/articles/SB119972343587572351 ?

## Nickel-Cadmium Batteries ? Red Dust ? A Documentary Film

"Nickel-cadmium batteries are a type of rechargeable battery used in toys, cordless ? but the cadmium oxide used to produce them is a carcinogen as toxic as lead. ? GP BATTERIES is the largest consumer battery manufacturer in China."
 http://www.reddustdocumentary.org/NickelCadmium.asp ?

## The Epoch Times | Behind the Cadmium Poisoning of Guangdong ?

"Apr 7, 2005 ? Cadmium poisoning at Chinese battery factories has resulted in worker lawsuits."
 http://www.theepochtimes.com/news/5-4-7/27690.html ?

## Toxic poisoning near Huaqiang Battery Factory, China | EJAtlas "

"15 Apr 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? 74 criminal charges against those connected with lead & cadmium poisonings."

 http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

## Business & Human Rights : GP Batteries (part of Gold Peak)

"[part of Matsushita] cadmium-battery plant in Wuxi were found to have elevated levels of the toxin, and two were diagnosed as poisoned. In 2005, 1,000 workers
 http://www.business-humanrights.org/ Categories/ Individualcompanies/ G/ GPBatteriespartofGoldPeak ?

## *Heavy Metal Poisoning | Doctor | Patient.co.uk*

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"16 Oct 2012 ? FBC and film ? basophilic stippling with lead and arsenic poisoning, ? poisoning from pollution from a local factory (Minamata disease). ?Mad as

http://www.patient.co.uk/doctor/heavy-metal-poisoning ?

## The toxicity of cadmium and resulting hazards for human health

"10 Sep 2006 ? The major source of inhalative cadmium intoxication is cigarette smoke. ?. Individuals included in this study were either battery plant workers,
"http://www.occup-med.com/content/1/1/22

## GIGAFACTORIES: ARE THEY SOLYNDRA SCAMS

## Heavy metal poisoning ? House Wiki

"Heavy metal poisoning, or more properly metal toxicity is the toxic effect of certain ? as a janitor in a battery factory, House suspected cadmium poisoning."

house.wikia.com/wiki/Heavy_metal_poisoning ?

### *Cadmium poisoning ? Wikipedia, the free encyclopedia* "

Cadmium is an extremely toxic metal commonly found in industrial workplaces. ? Cadmium is also present in the manufacturing of some types of batteries.
en.wikipedia.org/wiki/Cadmium_poisoning ?

## Report on the Gold Peak Cadmium 4 Poisoning Case

these have broken out serious cases of cadmium poisoning: Huizhou Power ?. battery factory workers adversely affected by cadmium has steadily increased.

http://www.globalmon.org.hk/ en/ wp-content/ uploads/ 2009/ 01/ 200703report_on_gp_case.pdf ?

## Panasonic ?covered up? poisoning at battery factory, report claims ? "

"28 Apr 2007 ? Panasonic ?covered up? poisoning at battery factory, report claims ? at a factory ( photo) manufacturing rechargeable Nickel-Cadmium batteries

http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

### *Background information on cadmium poisoning in support of a ?fact* ?

"Industries Associated with Cadmium Exposures. 1. Nickel-cadmium battery manufacturing [1, 36, 75]. Significant exposures to cadmium dusts appear to be

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.canoshweb.org/sites/canoshweb.org/files/odp/html/cadmium.htm ?

## Gold Peak ? Wikipedia, the free encyclopedia "

"Gold Peak Group (GP) is an Asian battery manufacturer established in 1964 and ? China?s GP Batteries factory, after suffering years of cadmium poisoning."
 en.wikipedia.org/wiki/Gold_Peak ?

## Case studies: Occupational exposures and solutions

"Mercury: ? Mercury was used by hat makers and caused serious poisoning. ? Cadmium used in battery factories is causing serious occupational diseases, for."

http://www.who.int/ifcs/documents/forums/forum5/eriksson.pdf ?

## The Nephropathy of Chronic Cadmium Poisoning ? Springer

In 1950 Friberg presented extensive data on investigations of workers exposed to cadmium oxide dust in an alkaline battery factory. The main findings were  ?
 link.springer.com/chapter/10.1007%2F978-3-642-70856-5_6 ?

## *Individual Susceptibility to Cadmium Toxicity and Metallothionein* ?

"threatening cadmium poisoning. ? cadmium levels compared to non-paint factory workers, and their ? among workers employed in the nickel-cadmium battery."
 http://www.jniosh.go.jp/en/indu_hel/pdf/IH_47_5_487.pdf ?

## *Workplace poisoning killing millions of Asians each year, says new* ? "

26 Apr 2012 ? Xiao Hong is another victim of the battery factories. The former supervisor has now been diagnosed as suffering excessive cadmium levels.

http://www.theguardian.com/ world/ 2012/ apr/ 26/ workplace-poisoning-killing-millions-of-asians ?

## A review on occupational and environmental intoxication ? Bioline ?

"Occupational copper intoxication ? Environmental copper intoxication, as reported for humans, ?. cadmium in an alkaline storage battery manufacturing and."

http://www.bioline.org.br/pdf?oe08031 ?

THE BOOK OF TESLA. Copyright, orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Toxicological Profile for Cadmium ? ATSDR ? Centers for Disease ?

dust in a battery factory. ? A nine-year chronic toxicity study of cadmium in monkeys. II. ?. Cadmium poisoning from a refrigerator shelf used as an improvised.

http://www.atsdr.cdc.gov/toxprofiles/tp5-c9.pdf ?

# Lead Poisoning News from China, January 2010 "

"22 Jan 2012 ? China?s poor track record of lead poisoning due to factory pollution ? The village is situated close to a lead-acid battery factory; there ?. cadmium, mercury, chromium and arsenic) in production, storage or transport processes."
http://www.lead.org.au/lanv10n3/lanv10n3-2.html ?

# China Shuts Battery Factories Due to Lead Poisoning ? China Digital ?

30 May 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports  ?
http://www.chinadigitaltimes.net/ 2011/ 05/ china-shuts-battery-factories-due-to-lead-poisoning/ ?

# Lead Poisonings Prompt Nationwide Shut Down Of Battery Factories ?

"30 May 2011 ? These are likely to be both children living nearby and factory workers. ? Tagged as Battery Makers, Cadmium poisoning, China, Industrial

chinabystander.wordpress.com/ 2011/ 05/ 30/ lead-poisonings-prompt-nationwide-shut-down-of-battery-factories/ ?

# Health Concerns with Batteries ? Battery University

Workers at NiCd manufacturing plants in Japan have been experiencing ? Nickel -metal-hydride is considered non-toxic and the only concern is the electrolyte.
www.batteryuniversity.com/learn/article/health_concerns ?

# *Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals* "

"battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."

http://www.annclinlabsci.org/content/31/1/3.full.pdf ?

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## CAS 7440-43-9 ? SCOEL Recommendation adopted in 2010

humans but causes acute injury to the lungs and cumulative toxicity to the ?? recent cohorts of workers from a nickel-cadmium battery plant (where arsenic is  ?

ec.europa.eu/social/BlobServlet?docId=6509&langId=en ?

## Heavy Metal Poisoning ? National Organization for Rare Disorders

"Individuals with cadmium poisoning may also experience improper functioning of ? Lead production workers, battery plant workers, welders and solders may be
https://www.rarediseases.org/ rare-disease-information/ rare-diseases/ byID/ 669/ printFullReport ?

## The Health Dangers of Cadmium ? Global Healing Center

9 Jan 2013 ? Cadmium is a toxic metal that occurs naturally in the environment. Humans are exposed to cadmium mostly through plant-derived food.

http://www.globalhealingcenter.com/natural-health/health-dangers-of-cadmium/ ?

## Poison: The High Cost Of Cheap Batteries ? Consumerist

15 Jan 2008 ? The WSJ article details her lawsuit against the manufacturer as well as the history of cadmium battery production in the U.S. and the resulting  ?

http://www.consumerist.com/ 2008/ 01/ 15/ poison-the-high-cost-of-cheap-batteries/ ?

## Low level exposure to cadmium and early kidney damage: the ?

OBJECTIVES To study the dose-response relation between cadmium dose and ? and in cases of severe cadmium poisoning osteoporosis and osteomalacia with the ?. The lower response rate among the battery plant workers might have   ?
oem.bmj.com/content/57/10/668.full ?

## symptoms lead poisoning, heavy metal poisoning, heavy metals ? "

"Heavy Metal Symptoms | Arsenic, Lead,. Mercury ?.. Poisoning occurs in the battery manufacturing industry where it is used to produce batteries. It is often found

http://www.livelongercleanse.com/heavy-metal-sources.html ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Biological Monitoring of Cadmium Exposed ? ? ResearchGate

"a Chinese Ni-Cd battery factory is reported in this paper. The present ? oxide dust in a battery factory were investigated1), and it ?.. cadmium poisoning."
  http://www.researchgate.net/ publication/ 237906342_Biological_Monitoring_of_Cadmium_Exposed_Workers_in_a_Nicke l-Cadmium_Battery_Factory_in_China/ file/ 9c96052ce7fb339223.pdf ?

# Cadmium babies | ThinkingShift

 3 May 2007 ? The GP group has a dozen battery factories in China and three of these factories have experienced an outbreak of cadmium poisoning.

 thinkingshift.wordpress.com/2007/05/03/cadmium-babies/ ?

# Hybrid Battery Toxicity ? HybridCars.com

"Apr 8, 2006 ? While batteries like lead acid or nickel cadmium are incredibly bad for the ? tons are released in the lead mining and manufacturing process."
  http://www.hybridcars.com/battery-toxicity/ ?

# Summary of Mass Lead Poisoning Incidents ? Occupational ?

"Mar 27, 2006 ? cadmium spill in a river caused local authorities to order all smelters in ? All employees of the lead battery plant were tested after a pregnant

 http://www.okinternational.org/ docs/ Mass%20Lead%20poisonings%20July%202012.pdf ?

# Heavy Metal Poisoning ? Medical Dictionary ? The Free Dictionary

 Cadmium toxicity is generally indicated when urine levels exceed 10 ug/dL of ?. China battery plant manager held in lead poisoning case by Times of Oman  ?

 medical-dictionary.thefreedictionary.com/Heavy+Metal+Poisoning ?

# Heavy Metal: 12 Million Tons of Chinese Rice Contaminated | TIME ?

"Feb 23, 2011 ? In January, to name one example, a battery factory was forced to close ? serious consequence of chronic cadmium poisoning is cancer (lung

 science.time.com/ 2011/ 02/ 23/ heavy-metal-millions-of-tons-of-chinese-rice-contaminated/ ?

# *Lead Nephropathy ? Medscape Reference*

THE BOOK OF TESLA: Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Aug 14, 2013 ? In a study of exposure to a lead pollutant in a battery factory, renal ? in the renin- angiotensin axis are also described with lead poisoning."
 emedicine.medscape.com/article/242605-overview ?


## Cadmium Compounds RfC

 "based on the same systemic toxicity, renal excretion, as the RfD and there are no portal-of-entry effect, ?.. population living near a cadmium battery plant. Occup."

 ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=4593 ?

### *nickel iron battery information*

 Nickel Iron battery manufacturers or suppliers are welcome to list links to their websites. ?. Jungner experimented with substituting iron for the cadmium in varying ?. However the Nickel Iron chemistry contains no poisons for the platinum  ?
 http://www.nickel-iron-battery.com ?


## General Principles of Poisoning: Poisoning: Merck Manual ?

 "Poisoning is contact with a substance that results in toxicity. ? Dry cell battery ( alkaline) ? Plant food (household) ?.. For certain poisonings (eg, due to iron, lead, arsenic, other metals, or to packets of cocaine or other illicit drugs ingested by

 http://www.merckmanuals.com/ professional/ injuries_poisoning/ poisoning/ general_principles_of_poisoning.html ?


## Changes in Permissible Exposure Levels of Toxic Substances and ?

 "Nov 1, 2004 ? (a) All cases of definite or suspected poisoning and excessive ? (a) Nickel- cadmium battery manufacturing (tabletting and assembly of Cd."

 http://www.mom.gov.sg/ Documents/ safety-health/ factsheets-circulars/ Changes-in-Permissible-Exposure-Levels.pdf ?

### *Cadmium Toxicity Summary. ? The Risk Assessment Information ?*

 "Aug 29, 1997 ? The target organ for cadmium toxicity via oral exposure is the kidney (Goyer, ?.. á 2-microglobulin excretion among workers in a battery factory."

 rais.ornl.gov/tox/profiles/cadmium.html ?


## BBC News ? China shuts battery factories due to lead poisoning

 "May 30, 2011 ? A Chinese child waits to be tested for lead poisoning in January ? Battery factories across China have been closed amid fears about poisoning

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.bbc.com/news/business-13594890 ?

## Lead Poisoning in China ? The Hidden Scourge ? NYTimes.com

"Jun 15, 2011 ? Sun Guotai, 5, was among children living close to a battery factory in ? up to seven times the level deemed safe by the Chinese government."
http://www.nytimes.com/2011/06/15/world/asia/15lead.html?pagewanted=all ?

4. Battery factory poisons 24 children in China | World news ?

"Jan 5, 2011 ? Two battery factories in Huaining closed after tests found that at least 200 local ? the toll pollution is taking on the health of rural Chinese."

http://www.theguardian.com/ world/ 2011/ jan/ 06/ battery-factory-children-poisoned-china ?

## poisoning near Huaqiang Battery Factory, China | EJAtlas "

"Apr 15, 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? A 2007 World Bank study reports that 460,000 Chinese have died from water and air

http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

## Chinese factory blamed for poisoning ? CNN.com

"Jan 6, 2010 ? NEW: Government will investigate and require factory to move, Xinhua reports; Authorities have linked the cases to a battery factory in Jiangsu
http://www.cnn.com/2010/WORLD/asiapcf/01/05/china.lead.poisoning/ ?

7. Are you living next to a lead-acid battery factory? | Greenpeace East ?

"Nov 15, 2011 ? And hopefully help eliminate any future instances of lead poisoning. ? View larger map: Chinese lead-acid battery assembly and recycling

http://www.greenpeace.org/ eastasia/ publications/ reports/ toxics/ 2011/ lead-acid-battery-map/ ?

8. Chinese children suffer failure to tackle lead poisoning | Zhang ?

"May 8, 2013 ? ?China accounts for such a huge proportion of lead production as it has so many battery-making factories ? particularly lead-acid batteries,

https://www.chinadialogue.net/ article/ show/ single/ en/ 5974-Chinese-children-suffer-failure-to-tackle-lead-poisoning ?

9. BBC NEWS | Asia-Pacific | China probes child lead poisoning

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Sep 27, 2009 ? Chinese state media say a battery plant has been closed after more than 120 children living nearby were found to have lead poisoning."
 news.bbc.co.uk/2/hi/asia-pacific/8277327.stm ?

10. Battery plant boss detained for E China lead poisoning ? People?s ?

"May 17, 2011 ? Battery plant boss detained for E China lead poisoning ? May 12, Wenchuan Reconstruction: ? Chinese miracle? impresses world

english.peopledaily.com.cn/90001/90776/90882/7381869.html ?

Related

 "Lithium Ion Giga-Factories Kill Workers! Contact with, and breathing the chemicals causes Cancer, Lung Damage, Brain Damage!In ""Brain Damage"""

 "Tesla Fire Victims' and relatives demand answers from Tesla over hidden 'death trap' toxic smoke from Tesla car batteries.In """"blood for batteries"""""

 "'Lemon Law King' sues Tesla MotorsIn ""'Lemon Law King' sues Tesla"" "

 The 500 trolls of Tesla Motors!

 "Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, lawsuits, staff departures, investor departures, criminal charges, cartel charges, toxic smoke, cancer causing chemicals, DOE application fraud, factory workers on fire, ex-wife & girlfriend abuse stories, battery factory worker deaths, buyer homicide charges, Lemon Law litigation, Billionaire sex clubs,Tesla patents disclose lethal & conflagration potential, Mexican worker battery factory ""death camps"" plans, dangerous chemicals, political corruption and hundreds of other issues are ""keep walking, nothing to see here"" issues. "

 "Ex-Tesla staff say that, in addition to the hundreds of hired ""meat puppet"" trolls that Musk has hired, in India, to watch the internet 24/7 for any mention of the word Tesla"", (so they can instantly bombard the comment section with ""A Tesla is Christ in the form of a car"" messages), Musk has 4 news scanning services that email him, and the trolls, any mentions of the company so that their greasy troll-like knobby fingers can leap into action in their dark little troll caves. Every comment section of every article about Tesla has been IP and sequence-route

traced backed to the same Tesla-hired shills and trolls who login, comment after comment, under a massive number of fake accounts and identities. There is NO massive Tesla fanboy acclaim by millionaires sitting around blogging about the orgasmic joy of even thinking about a Tesla. There are only dour 17 year old bloggers in basements in Idaho and India collecting $5.00 per post. But the biggest, hairiest, most wart-ridden Tesla troll of all, the one that towers above all trolls, is Tesla investor: Google. Google scrapes any negative Tesla press off of the internet and manually moves all positive troll Tesla press to the top of its search and news engine. This is cartel-level falsification of the stock market via coordinated manipulation of false information about a stock. It is an SEC felony, but federal executives, who arranged the scam, won't allow the SEC or FBI to go after these people because it will be politically embarrassing to ""Senior People"". "

  "It will be politically embarrassing because certain Washington, DC politicians gave a ""massively unqualified"", ""bankrupt"" (Per Elon Musk himself), ""failing"", ""lethally debt-ratio'd"", ""no-demand"", ""technically old-school"" Tesla a free gift of Taxpayer money as a pass along kickback to Tesla investors in exchange for billions of dollars of campaign financing. Submit your links. Let's discuss... T- LA Times [wpvideo Az6PiFCv]"

  ----------------------------------------------------------

  "HA! See this article: http://www.bbc.com/news/technology-27741041 BBC News - Tesla boss Elon Musk hints at technology giveaway Ever since 1745, horses considered, and then, actually, began giving away their horse-shit. Nobody was excited about it then. Nobody is excited about it today. Horse-shit is still just horse-shit. Musk's patents disclose that Tesla knew that their cars energy system could ""kill you"" and ""burn down your home or office"". It says it right in the very papers that TESLA MOTORS wrote and filed with the U.S. Patent office. They posted on the public U.S. Government servers, where they can never be removed, the awful truth: Tesla's WILL burn you, your family, your house, your office.   Tesla's own engineers wrote this! They should give them away because they are worthless! Danny- Times"

  -------------------------------------

  [wpvideo GtIooEG6]

1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ...

"Jan 8, 2013 ... A man blows the whistle on his work as an internet shill, his shadowy employer, ... Internet

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

TROLLS Exposed ? who ARE these guys? .... But the things I mentioned differ from simply hiring a PR firm on a short term basis for  ..."

www.consciouslifenews.com/ paid-internet-shill-shadowy-groups-manipulate-internet-opinion-debate / -


2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot

"Nov 20, 2013 ... ... Gulf of Mexico. The oil firm hired the international PR comp... ... Re:And yet the shills say this never happens (Score:4, Insightful). by madprof  ..."

tech.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -


3. BP Hired Company To Troll Users Who Left Critical ... - Technology

"Nov 20, 2013 ... ... in the Gulf of Mexico. The oil firm hired the international PR comp. ... And yet the shills say this never happens (-1, Troll). Anonymous Coward  ..."

tech-beta.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -


"4. Federal government routinely hires internet trolls, shills to monitor ... "

"Sep 17, 2013 ... Federal government routinely hires internet trolls, shills to monitor chat ... 10 other companies that use the same Subway yoga mat chemical in  ..."

www.naturalnews.com/ 042093_internet_trolls_chat_rooms_federal_government.html -

5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones ...

It's an admitted fact that governments around the world hire armies of shills to troll comment sections of news websites and social media with pro-establishment  ...

www.infowars.com/governments-hire-web-trolls-to-sway-public-opinion/ -

6. The federal government of america employ trolls and shills to sway ...

"Mar 16, 2014 ... The federal government of america employ trolls and shills to sway ... the government actually hire people to troll topics of ""national interests"", ...show more ... How do corporations and banks influence government and politics

https://answers.yahoo.com/question/index?qid=20140316180153AAzxcxp -

7. Federal government of America actually employ trolls and shills to ...

"Mar 16, 2014 ... They actually do this to sway public opinions about what they want the public to believe and not to ..."

https://au.answers.yahoo.com/question/index?qid=20140316184247AAiFP96 -

8. BP hires trolls to harass critics - Daily Kos

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Nov 20, 2013 ... Accusing someone of being a paid shill of a mega-corporations or the ... For instance, Samsung recently got fined for hiring trolls to diss rivals  ..."

www.dailykos.com/ story/ 2013/ 11/ 20/ 1257186/ -BP-hires-trolls-to-harass-critics -

"9. CTV Confirms Governments employing Internet Trolls, Shills & PR ... "

"Federal government routinely hires internet trolls, shills to monitor chat ... or private intelligence firms to do the dirty work behind closed doors."

www.godlikeproductions.com/forum1/message2531145/pg1 -

"10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... "

"Wouldn't you use trolls and shills if you ran a huge corporation? ... Cripes, companies even hire people to make false reviews all over the world."

www.abovetopsecret.com/forum/thread1015730/pg1 -

"Does BP Hire Online ""Trolls""? - Godlike Productions ..."
"BP is a trustworthy company that only has the best interest of its' valued customers in mind. ... They not only hire trolls, they hire entire armies to invade the middle east. Quoting: ... If the shills and trolls here lately are any indication, ..."
godlikeproductions.com/forum1/message2385647/pg1

"CTV Confirms Governments employing Internet Trolls, Shills ..."
"CTV Confirms Governments employing Internet Trolls, Shills & PR Agents to 'correct misinformation' Tweet. Chugiakian. User ID: 53604407 United States ... I've caught a few of these assholes on game forums. A lot of game companies have been hiring PR firms to write good things about their games."
godlikeproductions.com/forum1/message2531145/pg1

"Documents Show How Russia's Troll Army Hit America, page 1"
"Wouldn't you use trolls and shills if you ran a huge corporation? Of course you would have to be discrete about it. Cripes, companies even hire people to make false reviews all over the world. Russia is just playing the game, ..."
abovetopsecret.com/forum/thread1015730/pglastpost

BUSTED Governments Hire Web Trolls Are You Sick Of Them YET ...
"BUSTED Governments Hire Web Trolls Are You Sick Of Them YET. Thursday, ... Federal government routinely hires internet trolls, shills to monitor chat rooms, ... private companies and non-government organisations to do the same."
beforeitsnews.com/watercooler-topics/2014/01/busted-governm...

Regarding trolls and paid shills... - Daily Kos :: News ...
Protesters accuse Putin supporters of being trolls and shills paid by the Kremlin. ... and after HBGary's CEO was fired and the other two companies ... They have the money and the motivation to be disruptive and they are not likely to hire incompetents.
dailykos.com/story/2012/02/07/1062405/-Regarding-troll...

Practical Steps for Dealing With Government Shills in Social ...
"One slide from a GCHQ presentation explains to the shills they will hire that the following ... US intelligence community equipped with the latest in information technology by investing in innovative high-tech companies ... Federal government routinely hires internet trolls, shills to ..."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

academia.edu/6328710/Practical_Steps_for_Dealing_With_...

List of companies who hire shills to promote their products ...
List of companies who hire shills to promote their products online. (waggeneredstrom.com) submitted 17 minutes ago by roadbike02. 1 comment; share cancel; all 1 comments. sorted by: best. hot. new. controversial. top. old
reddit.com/r/business/comments/svwsu/list_of_compani...

PCWorld Forums: Paid Shills In Forums (online Reputation ...
"Paid Shills In Forums (online Reputation Management) ... It's become a common enough practice that lots of shady companies (especially Microsoft, who kept getting CAUGHT) to hire them. After all, ... Companies also pay ..."
forums.pcworld.com/index.php?/topic/127381-paid-shills-in-fo...

"Are there shills for the Morge, Comex and TPTB on message ..."
"Probably. I know some private companies that hire people to troll message boards on their behalf, marketing for them, downplaying criticisms about their products, ... They are obvious shills probably paid by acorn of some such pro regime group."
goldismoney2.com/showthread.php?14333-Are-there-shills-for...

Governments Hire Web Trolls to Sway Public Opinion - General ...
Governments Hire Web Trolls to Sway Public Opinion - posted in General Discussions: ... I feel sorry for these shills and trolls. ... The network was built using shell companies and financed through a foreign bank to hide their connection to Washington.
greenenergyinvestors.com/index.php?showtopic=18276

Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

- Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

 - etc...

  -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review


 TV Investigation blows lithium ion dangers out into the open!

   SEE: http://www.ktvu.com/news/news/local/lab-test-video-dangers-lithium-batteries/nfzcS/

 2 Investigates: Government tests show lithium batteries in flames

   By Tom Vacar

 KTVU.com

 "Though lithium batteries are lightweight, hold a charge longer and deliver six times more energy than traditional lead batteries, the US Federal Aviation Administration banned the carrying of any commercial shipments of lithiums in the cargo holds of passenger aircrafts, because they can start fires. ""Safety is a major concern within the lithium ion battery industry,"" said battery expert Elton Cairns, who is an Engineering Professor at UC Berkeley, and a senior scientist at Lawrence Berkeley National Lab, long specializing in battery technology. Cairns says though he believes the overwhelming majority of lithiums are safe, they are far from fault free. ""We're still learning how to make lithium batteries safer,"" he said. Thirteen months ago, KTVU asked the U.S. Department of Energy to show us video of tests it had been conducting on lithium batteries. When it said no, KTVU used the Freedom of Information Act and obtained what the Energy Department did not want the public to see."

 Watch the video of the tests here

 "The tests make the batteries fail by doing what has made them fail in real operation - overcharging them, over

THE BOOK OF TESLA - Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

301

heating them, draining them too quickly and damaging them. One common failure was batteries spewing highly flammable and toxic gases. In another failure, the batteries catch fire. In yet another test, a build-up of pressure led to an explosion. It gets even more dangerous when you have a cluster of lithiums that fail like a row of dominoes. ""And that is a situation where it feeds on itself. The faster the reaction, the more heat is released. The more that gets released causes the reaction to go faster,"" said Cairns. That's the small batteries that consumers can still bring on board. But what about big shipments, and what about lithiums to power up passenger planes? For the last six years in the U.S., only cargo planes have been permitted to carry commercial shipments of lithiums. Even so, Investigators blamed lithiums, at least in part, for the destruction of three cargo planes since 2006 - two of which crashed. All three were carrying large amounts of lithium batteries. Meanwhile, the current missing Malaysian airliner was carrying 2.5 tons of lithiums in its cargo hold.   Many foreign air carriers have no restrictions. Shortly after the first 787 battery failure early last year, the Federal Aviation Administration undertook a series of full scale tests to document the characteristics of large battery fires and how to suppress them on a real, but retired cargo jet. The tests illustrate the potential for a fire to rapidly gain size and strength. In one case, toxic smoke kept thickening throughout the plane including the pilots' flight deck. Eventually, the smoke got so thick, it's doubtful a pilot could see the instrument panel, let alone look out the window. In another case, pressure released from the burning batteries did internal damage to the aircraft's structure. In some cases, the tests were terminated because the fuselage got too hot - in excess of 1,700 degrees. Many of the lessons learned have been and are being incorporated into aircraft systems design as well as how the batteries themselves are being packaged. ""It's a very, very small fraction of lithium ion batteries that fail,"" said Cairns. The world's newest airliner, the 787, had an original design, according to Cairns, of its lithium batteries sitting right next to each other with no space between them for cooling. The FAA approved a redesign, separating the batteries, enclosing all of them in a stainless steel box with venting so they cool with air. Cairns isn't sure that air cooling is the best solution, ""I think a much better design would be to have a liquid cooling system that is insensitive to altitude and can provide a much greater rate of heat removal so that if any one of the cells begins to overheat, for whatever reason, that overheating will not be transferred to adjacent cells."" Four months ago, a Japan Airlines 787, with the approved fix, suffered a battery leak and smoke which temporarily grounded that plane. It is now flying again. http://www.ktvu.com/videos/news/2-investigates-dangers-of-lithium-batteries/vCbbYP/ http://www.ktvu.com/videos/news/raw-video-lithium-battery-test/vCbZdQ/ http://www.ktvu.com/videos/news/faa-lithium-battery-tests/vCbbcq/"

-------------------------------------

 NOBODY WANTS TO PLAY WITH TESLA ANY MORE SINCE BATTERY FACTORY WORKER DEATH REPORTS: http://investorplace.com/2014/05/tesla-stock-tsla-gigafactory/

 -------------------------------------------

 [wpvideo quTdL0Qf] [wpvideo LawOt7hw] [wpvideo VJMkJPg9] [wpvideo KI2DM6bx] [wpvideo lWVAQdmj] [wpvideo 6Uyn2vPy] [wpvideo 8TD8d8iK] [wpvideo gLiazbtP] [wpvideo S833Y9ji] [wpvideo uTGKHhrZ]

 [wpvideo xLJfcI3V] [wpvideo fqujjwi1]


 BATTERY FACTORIES KILLING FOREIGN WORKERS AND NEARBY CITIES.

## *THE DEADLY BATTERY FACTORY IMMIGRATION COVER-UP COMING TO THE U.S*.

 "Lithium-ion batteries are made in ""concentration camp-like"" fenced-in compounds where low income workers are exposed to poison gas and powders from the lithium-ion manufacturing process. A dramatically large group of these workers die from the cancers and toxic poisoning from these factories. They have always been

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

made in overseas, impoverished, regions because there is little or no occupational safety regulation there. Now they are trying to build these factories in the American southwest to try to exploit Mexican workers like they do overseas. Some argue that large ?white man owned? corporations ?fighting for immigration rights? are really fighting to relax laws to allow cheap labor into these kinds of camp-factories in the desert. Some of the factory owners have even purchased multiple lots, in multiple southern states, and told investors that they will ?build on the one where we can buy control of the most local politicians?. When even towns in China are rioting to shut down these ""death-factories"", you know it is a bad thing! [wpvideo Az6PiFCv] Tesla Motors ""giga-factory"" is an ill-considered profiteering scam designed to help billionaires profit on the bodies of migrant workers. The old tactic of: ""let's put the lethal factory where only poor people will come to work because they can't afford good lawyers""-concept is running dry. The last 4 Lithium Ion battery factories in the U.S. gave campaign cash and stock to the politicians in charge of the areas where those factories were built. Most of those factories are now bankrupt. Now they are doing it again with the plans for the new factories. Also see THIS report on the TOXIC DETAILS (CLICK HERE>>>) See the Film: ""WORKED TO DEATH: THE TESLA BATTERY COVER-UP"": [wpvideo KI2DM6bx] [wpvideo 6b7UYYgJ] [wpvideo JBbJM8ub] [wpvideo tO5TROjP] [wpvideo PrmIZbSb] [wpvideo VJMkJPg9] [wpvideo dA40NCCC] [wpvideo LawOt7hw]     "


  "Tesla Lithium Ion Giga-Factories Kill Workers! Contact with, and breathing the chemicals causes Cancer, Lung Damage, Brain Damage!"

  "That is why all of the batteries are made overseas. Because they can make them in Asia where there are almost no safety regulations! Share this page with this link:   http://wp.me/p4e1uX-2lo Dead Asian factory workers tell no tales. Will this hold true for a USA operation? Slow death from toxic poisoning is not an immediate problem, it is, for Tesla, a ""post-profit problem"" to be dealt with later, after the money is grabbed. Musk is looking to position the factories in states near Mexico so that cheap Mexican labor can be used to build the batteries but Mexican labor leaders say that ""the time has come to stop looking at workers from Mexico as having less valuable lives, and less important health needs then white workers."" OSHA just fined Tesla's factory for setting workers ""ON FIRE"". Battery suppliers have cut Elon Musk off because of the dangerous way he uses batteries. The dangerous way is that he uses batteries in cars that were never designed to be used in cars. That is why they blow up, release toxic smoke and are hard to get! Monolithic factory-like encampments in the dessert where ""undesirable"" foreigners are exposed to poison gas doesn't sound Auschwitz-like at all. Nobody body has done that before. Tesla is famous for taking taxpayer money and then using it to hire offshore H1-B workers. Tesla and the Silicon Valley companies ""support immigration"" because they want cheap workers, not because they ""uphold the American dream"". Is Tesla working both ends of the deal: Grab all the cheap ones and kill off all the rest? Ask Elon Musk, the Head of the EPA, The head of the CDC, the head of OSHA and the head of MSDS to confirm, or deny, these facts! If any of them deny that they have the reports that show these facts, we will show you the data that proves who is lying. If the Giga-Factory blows up or catches on fire, it will poison the towns nearby. Where will the toxic waste from these factories go? The factories are a result of the DOE funding, yet Tesla had to GUARANTEE AND WARRANT, in their federal contract that they would NEVER violate the NEPA laws. These factories will violate the NEPA agreements Musk signed. Let's look at why these chemicals, that Musk uses, are so dangerous. Below you will find a chemical analysis break-down and a partial list of hundreds of manufacturer, corporate and government reports confirming the danger:"

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Tesla Fire Victims' and relatives demand answers from Tesla over hidden 'death trap' toxic smoke from Tesla car batteries.

 - Over 1000 scientific papers on chemical analysis now confirm the known danger...

 "- Many reporters are calling ""BULLSHIT"" on the NHTSA Tesla studies.  "

 "- It's not ""Green"" to buy a Tesla, It's Toxic! Workers overseas DEAD! Drivers in fires POISONED! "

 "- Detailed State-of-the-art laboratory ""smoke room"" spectrograph chemical analysis proves lethal toxins"

 "- Hair, blood & tissue analysis can prove if you were exposed by being near a Tesla fire "

 "- Chemical ""cancer-cocktail"" from Tesla smoke detailed in element-by-element breakdown"

 "- Firefighters warned: ""Burning lithium ion batteries can produce toxic fumes including HF, oxides of carbon, aluminum, lithium, copper, and cobalt. Volatile phosphorus pentafluoride may form..."""

 "- Tesla ""GIGA-FACTORY"" a deathplant for Mexican workers?   Economically & biologically ""Fatal"" to closest town if a fire erupts? "

 - Tesla lobbyists & campaign backers force NHTSA to close investigation rather than complete it and reveal the depth of the cover-ups and extensive safety defects. Tesla coddled BECAUSE OF TESLA'S INVESTORS CAMPAIGN FINANCING AND AFGHANI_SCAM INVOLVEMENT!

 "Link to this page: http://wp.me/p4e1uX-2a8 Owners, Family members and BYSTANDERS whose loved ones were poisoned in auto accidents linked to a defect in Tesla cars demanded answers -- and accountability from Tesla in light of safety cover-ups Congress has exposed by GM and Toyota. The implication of corruption involving federal funding has arisen. Many reporters are calling ""BULLSHIT"" on the NHTSA Tesla studies. First the head of NHTSA quits over revelation of Tesla safety cover-ups, then the new staff state that there are no ""actual defects"" even though the numbers of cars-in-flames vs. cars produced exceeds every other car company. They ignore the proven toxic gas charges in the same week that the EPA is being investigated for exposing citizens to 10 times less toxic vapors in laboratory ""test chambers"", without full consent. These are gasses that 8 different federal agencies say are ""lethal in exposure effect."" They ignore the fact that the Tesla battery pack is exposed on every edge and across the bottom and state that ""no complex engineering studies have been performed"". NHTSA ignores the review of a rolled-over Tesla with burning lithium above you and dripping molten metal and plastic dripping down on you. NHTSA ignores the recommended fully charged battery shock and moisture tests recommended by experts and fails to publish all FOIA materials. Very clearly White House staff and campaign investors have ordered NHTSA to wave Tesla through at a time when GM and Toyota are undoing federal hearings and billion dollar fines for equally dangerous circumstances. One has to wonder of NHTSA staff will lose their pensions if they go to Federal prison for rigging safety reviews. If even one battery goes off, poisonous gases and vapors are released. At least one of the thousands and thousands of batteries under your seats in a Tesla will eventually vent toxic gas even if you do not get caught in one of the catastrophic Tesla or Fisker fireball explosions. The odds are not in your favor with over 7000 possible battery failures in each car.

THE BOOK OF TESLA. Copyrights, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

These are gasses that 8 different federal agencies say are ""lethal in exposure effect."" Tesla is being coddled for campaign favors."

"The burning Tesla battery chemicals are known to CAUSE: Neurological dysfunction, cancer, lung damage, liver damage and other long-term fatality repercussions."

"If you were within 800 feet of a Tesla on fire, you need to see your doctor, even if you were only driving, or a neighbor to a home where a Tesla fire took place, or walking or by-standing nearby. Tesla has been fully aware of this per a report from their battery team, including Bernad Tse, of Tesla, for over 10 years ago. Certain elected officials and DOE staff have personal investments in Lithium Ion profiteering, thus certain federal officials are resistant to regulating these batteries. These facts can now be proven via multiple federal investigations and liability lawsuits are certain to follow. The head of the NHTSA, A Mr. Strickland, recently quit over these charges. Calling the Tesla cars a ""death trap,"" they said the company knew for years the vehicles were dangerous -- but their sons, daughters and relatives are potentially dying ""because they were a cost of doing business Tesla's and Elon Musk's way."" Said one concerned owner: ""The GM defect kills you fast but the Tesla defect kills you slowly over time, it isn't right that Tesla never fully disclosed this to owners and the public. I have a baby and a teenager. What will happen to them from exposure to this stuff  " "

"For years, Elon Musk, and Tesla executives, have adopted a: ""Nothing to see here, move along, move along"" approach when confronted with the dangers. Now the proof is irrefutable, GM and Toyota have been busted doing similar cover-ups of potentially lethal defects, Congress is investigating and the public are demanding answers! A report submitted to Congress discloses: ""A fellow CPF?r whom I hold in high regard for his experience and knowledge for guidance. Unfortunately, he was unavailable. OH wait, here it comes again!! another episode, this time though without the chest pain and not as severe as the first one. We rushed to the hospital, wife driving me, and into the emergency room and to the doctor. We explained what had happened, and surprisingly the doctor was well versed in this type of poisonous inhalation. He could relate to all the symptoms, and concluded I had inhaled dangerous Hydrofluoric acid vapor. The delayed reaction, he said, was due to the bloodstream absorbing the vapor and hence the shortness of breath, chest pain,and weak limbs. A third episode took place while in the emergency room but this time it was much less than the first or second episodes. It has been about 14 hours since this incident, I did not get much sleep last night but not because I felt bad, only very scared. Hydrofluoric acid will, with a possible delayed effect, affect the nervous system, respiratory tract, lungs, and impair the cardiovascular system. Those effects are from inhalation only, more severe effect including weakening of the bones and a host of other things if ingested or from wounds such as LunarModules. i.e. skin contact."

WHAT I LEARNED AND MY DOCTOR SAID TO ME:

"1) DO NOT DELAY a trip to the emergency room in the hospital if you have inhaled, ingested, or came into skin contact with Lithium battery venting. 2) Have someone else drive you to the hospital if possible. You could become quickly and without warning completely impaired. Oxygen and emergency treatment by qualified personel are your only chances of survival after cardiac arrest or if you are unable to breathe. 3) DO NOT ASSUME you are OK if you as much as think you?ve been exposed to battery fumes, EVEN IF the battery seems to be OK and explosions are not a requisite. 4) Keep handy antidote in the form of calcium gluconate saline solution for inhalation or in gel form for skin cuts or burns. Intravenous solutions are a possibility and must be administered by hospital personnel. This incident was very mild compared to other cases, but I assure you fellow CPF?rs, it is very scary and dangerous. A battery can start to vent if mishandled or dropped as in my case, it does not have to explode. It happened to a name brand chinese made CR123, it does not have to be a ""cheap battery"", this one cost me $2.00 a piece. Don?t ever pull the vent holes in the positive end of the battery up close to your

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

face or nose like I very stupidly did. If you suspect a battery is venting, just toss it aside."""

_____

"ABOVE: A TESLA ON FIRE RELEASES TOXIC SMOKE WHICH CAN AFFLICT FIREMEN, PASSENGERS, PASSERS-BY, PEDESTRIANS, NEIGHBORS AND ANYONE ELSE NEARBY."

_____

"Even then, Sony and Dell had millionaire recalls of laptop computers with defective batteries. The department of transportation has prohibited the carriage of Lithium cells aboard passenger aircraft   Hydrofluoric acid is indeed a dangerous chemical, both as a fume and in liquid form. IMO, as a chemist it should not be allowed in consumer products."

_____

"ABSTRACT Wang, Q., Sun, J. and Chu, G., 2005. Lithium Ion Battery Fire And Explosion. Fire Safety Science 8: 375-382. doi:10.3801/IAFSS.FSS.8-375"

"With the extensive applications of lithium ion batteries, many batteries fire and explosion accidents were reported. Base on the combustion triangle theory, the combustion triangle contributions of lithium ion battery were analyzed. By using C80 micro calorimeter, the thermal behavior studies on the materials show that the flammable electrolyte, oxygen generated by charged cathode and anode decomposition, and exothermic reaction heats form the combustion triangle together. The thermal runaway of working materials in lithium ion battery system was studied with common used battery materials, and the no return temperature TNR was calculated is 75oC and the self-accelerating decomposition temperature (SADT) is 66.5oC. Further analysis shows that the

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

lithium ion battery reaction chain according with Domino effect, therefore, the lithium ion battery fire and explosion developing sequences was drawn by ""Domino chain."""

"In the related GM Death investigation, General Motors' new CEO, Mary Barra, and the head of the nation's auto safety watchdog are set to testify before Congress Tuesday afternoon about the defect in small cars that is linked to 13 deaths. In written testimony released ahead of the House subcommittee hearing, acting National Highway Traffic Safety Administration chief David Friedman said GM had information connecting defective ignition switches to the non-deployment of air bags, but didn't share it until last month. Committee members will press Barra and Friedman to explain why neither the company nor the safety agency moved to recall millions of small cars with a defective ignition switch, even though GM knew of the problem as early as 2001. ""Sitting here today, I cannot tell you why it took years for a safety defect to be announced in (the small car) program, but I can tell you that we will find out,"" Barra said in prepared testimony submitted to the subcommittee. Barra plans to apologize to family members of victims, according to her prepared testimony. But the family members, appearing alongside lawmakers, aired their frustration and grief Tuesday morning. Ken Rimer, whose teenage stepdaughter was killed in a 2006 crash in Wisconsin, recalled how she died. ""What was to be a simple shopping excursion turned into a death trap as their vehicle, without any warning, lost power,"" he said. ""The steeringwheel lock, power breaks, no longer worked and the safety airbags were turned off. When all of this happened the car followed a path off the road, went airborne over an adjoining driveway, crushed a phone box, and tragically collided with a group of trees."" He added: ""Would fixing the problem when it was discovered saved these two girls' lives and the lives of many others? Yes. Should GM be able to hide behind their bankruptcy and not accept the responsibility and liability of these young lives? No. Please help us in standing up for what is right. GM knew it was wrong. GM hid it during their bankruptcy proceedings. GM is liable for these young deaths."" "

"Tesla is accused of also knowing and hiding the threats, as disclosed in internal Tesla documents, Tesla patent filings and by former Tesla staff. GM has recalled 2.6 million cars for the faulty switch. That recall prompted GM to name a new safety chief and review its recall processes. GM continued its efforts to show regulators and consumers that it is more focused on safety, announcing the recall of 1.5 million more vehicles on Monday for a power steering problem. With Monday's recall, GM has now recalled 6.3 million vehicles since February. GM estimates the actions will cost it $750 million. The House hearing -- and a separate one Wednesday before a Senate subcommittee -- will likely be tense and emotional. At least a dozen family members of victims will attend, wearing blue shirts featuring a photo of 16-year-old Amber Marie Rose, who was killed in a 2005 Cobalt crash, and the words ""Protect Our Children."" Barra may try to limit her answers to Congress, citing an ongoing internal review and government investigations. ""When we have answers, we will be fully transparent with you, with our regulators, and with our customers,"" she said in the prepared testimony. That could test the patience of committee members, who will want to know immediately why GM failed to protect its customers in this case. Laura Christian, birth mother of Amber Marie Rose, a teenager who died in a 2005 Maryland crash involving a Chevrolet Cobalt, said about 30 family members met with Barra and two GM attorneys Monday night. All got a chance to tell their stories to GM's new CEO, but Christian said they got little reaction. ""A lot of, `I'm so sorry, I'm so sorry,' "" Christian said. GM would not comment on details of the meeting. Congress also wants to know if it needs to strengthen a 2000 law intended to improve communication between automakers and the government. "

"The information   found leads one to believe that fumes from lithium batteries are very dangerous. According to Energizer ?Fire fighters should wear self-contained breathing apparatus. Burning lithium ion batteries can produce toxic fumes including HF, oxides of carbon, aluminum, lithium, copper, and cobalt. Volatile phosphorus pentafluoride may form at a temperature above 230ø F.? http://data.energizer.com/PDFs/lithiumion_psds.pdf Hydrofluoric acid is mentioned because if the battery _burns_ then one of the ingredients (the lithium trifluromethanesulfonate) can produce hydrofluoric acid. This only happens if the battery burns or ""vents with flame"". An analogous material woube be the Teflon that is used to make non-stick cooking pans - if it burns it too will emit hydrofluoric acid. Here is the MSDS sheet for a very common LG 18650 Li-Ion cell: http://www.hp.com/hpinfo/globalcitiz...s_lg_liion.pdf Molicel: http://www.tek.com/Measurement/cgi-b...ameSet=service Battery Space Li-Ion: http://www.batteryspace.com/prod-specs/MSDSLiion.pdf International Battery Li-Ion: http://www.internationalbatteryinc.c...SDS_090105.pdf As you get more recent MSDS sheets for Li-ion cells you will find the following standard disclaimer: ""Hydrofluoric Acid Exposure During Fire Fighting This information is given for use of professional fire fighters responding to a warehouse fire where fire from other

materials may incinerate battery. This section is provided solely in case of exposure, during fire fighting, to the combustion by-products. Hydrofluoric acid is not present in the product. Contact with battery causes none of the following symptoms. Hydrofluoric acid is extremely corrosive. Contact with hydrogen fluoride fumes is is to be avoided. Permissible exposure limit is 3 parts per million. In case of contact with hydrogen fluoride fumes, immediately leave the area and seek first aid and emergency medical attention. Symptoms may have delayed onset. Fluoride ions penetrate skin readily causing destruction of deep tissue layers and even bone. Fluoride interferes with nerve impulse conduction causing severe pain or absence of sensations. Immediately flush eyes or skin with water for at least 20 minutes to neutralize the acidity and remove some fluoride. Remove and destroy all contaminated clothing and permeable personal possessions. Before re-use, impermeable possessions should be soaked in benzalkonium chloride after washing. Following flushing of the affected areas, an iced aqueous solution of benzalkonium chloride or 2.5 % calcium gluconate gel should be applied to react with the fluoride ion. Compresses and wraps may be used for areas where immersion is not practical. Medicated dressing should be changed every 2 minutes. Exposure to hydrofluoric acid fumes sufficient to cause pain requires immediate hospitalization for monitoring for pulmonary edema."" So, where does this hydrofluoric acid come from? Reviewing MSDS (Material Safety Data Sheet) for many of the cell layer separators (you can find a foot or two of it wrapped inside the Lithium Ion cell) show the generation of HF (Hydrogen Fluoride) and PFIB (Perfluoroisobutylene) from heat decomposition (such as a cell venting/explosion). HF, is a clear gas, will become Hydrofluoric Acid upon contact with even minute amounts of moisture (such as humidity). The United States Army Medical Research Institute of Chemical Defense has classified PFIB, also a clear gas, as a pulmonary agent. Usually, items like this get glossed over in MSDS sheets. Another item found in Lithium Ion cells that has flourine in it is the Lithium Hexafluorophosphate or LiPF6. This can also break down during venting/explosion and contribute to the generation of hydrofluoric acid. A MSDS for LiPF6: http://www.gfschemicals.com/Search/MSDS/2534MSDS.PDF One company gives a better breakdown of what is in their product, instead of calling it proprietary:"

"TESLA Lithium Ion Batteries Contain, at least, (but there may be more):"

  Acetylene Black (CAS# 1333-86-4) 0-2% Biphenyl (CAS# 92-52-4) 0-15% Diethyl Carbonate (CAS# 105-58-8) 0-15% Dimethyl Carbonate (CAS# 616-38-6) 0-15% Ethyl Methyl Carbonate (CAS# 623-53-0) 0-15% Ethylene Carbonate (CAS# 96-49-1) 0-15% Graphite (CAS# 7782-42-5) 7-22% Lithium Cobalt Oxide (CAS# 12190-79-3) 15-30% Lithium Hexafluorophosphate (CAS# 21324-40-3) 0-5% Lithium Tetrafluoroborate (CAS# 14283-07-9) 0-5% n-Methyl Pyrrolidinone (CAS# 872-50-4) 0-1% Oxalic Acid (CAS# 144-62-7) 0-1% Propylene Carbonate (CAS# 108-32-7) 0-15%

  ...and BURNING lithium ion combined with burning Tesla plastic and Chassis metal DOUBLES the amount of toxins!

  "One of our erstwhile cpf'ers showed me a link to some testing that was done with Li-Ion cells: http://www.pcpitstop.com/pcsafety/video.asp Hydrofluoric acid is very dangerous, here is the MSDS for hydrofluoric acid http://www.bu.edu/es/labsafety/ESMSD...l#anchor888417"

  Breaking out the Li-Ion chemicals:

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Energizer Lithium Ion: Acetylene Black (CAS# 1333-86-4) 0-2% http://www.itcilo.it/english/actrav/...ic/1333864.htm Biphenyl (CAS# 92-52-4) 0-15% Synonyms: Diphenol; 1,1'biphenyl; phenylbenzene 3. Hazards Identification Emergency Overview ------------------------- QUOTE: ""WARNING! HARMFUL IF SWALLOWED, INHALED OR ABSORBED THROUGH SKIN. CAUSES IRRITATION TO SKIN, EYES AND RESPIRATORY TRACT. MAY AFFECT LIVER, CENTRAL AND PERIPHERAL NERVOUS SYSTEMS. MAY CAUSE ALLERGIC SKIN REACTION."

Potential Health Effects ----------------------------------

"Inhalation: Inhalation of dust or vapors can irritate the mucous membranes and respiratory tract. Other symptoms may parallel those from ingestionexposure. Ingestion: Exerts toxic effects on the central nervous system and liver. Symptoms may include headache, diffuse gastro-intestinal pain, nausea, numbness,body aches, and general fatigue. Skin Contact: May cause irritation. May be absorbed through the skin with symptom paralleling those from ingestion exposure. May cause allergic reaction insensitive individuals. Eye Contact: Vapors and dust cause eye irritation. Chronic Exposure: Chronic exposure may cause peripheral nerve damage and liver injury. Aggravation of Pre-existing Conditions: No information found. (additional disclosures required) http://www.jtbaker.com/msds/englishhtml/b2347.htm Diethyl Carbonate (CAS# 105-58-8) 0-15% ""EXPOSURE-PREVENT GENERATION OF MISTS! INHALATION Cough. Nausea. Sore throat. ?SKIN- Protective gloves. Rinse and then wash skin with water and soap. ?EYES Redness. Pain."" http://www.cdc.gov/niosh/ipcsneng/neng1022.html"

"See effects on animal testing, tumors and reproductive http://www.cdc.gov/niosh/rtecs/ff958940.html"

Dimethyl Carbonate (CAS# 616-38-6) 0-15% ?INHALATION Cough. ?SKIN Protective gloves. ?EYES Redness. http://www.cdc.gov/niosh/ipcsneng/neng1080.html

ACUTE TOXICITY DATA AND REFERENCES: see 50% mouse kill levels http://www.cdc.gov/niosh/rtecs/fg6ddd0.html

"Ethyl Methyl Carbonate (CAS# 623-53-0) 0-15% Ethylene Carbonate (CAS# 96-49-1) 0-15% Information pertaining to particular dangers for man and environment R36 Irritating to eyes Primary irritant effect: -on the skin: Irritant to skin and mucous membranes. -on the eye: Irritating effect Ethylene Carbonate is irritating to the skin, eyes, mucous membranes and upper respiratory tract. http://www.alfa.com/MSDSPDF/English/A15735.pdf Graphite (CAS# 7782-42-5) 7-22% Lithium Cobalt Oxide (CAS# 12190-79-3) 15-30% Information pertaining to particular dangers for man and environment R 40 Limited evidence of a carcinogenic effect. R 43 May cause sensitization by skin contact. Substance is listed in Toxic Substance Control Act (TSCA) inventory. Acute toxicity: Primary irritant effect: on the skin: Irritant to skin and mucous membranes. on the eye: Irritating effect. Sensitization: Sensitization possible through skin contact. Subacute to chronic toxicity: Cobalt is an experimental neoplastigen and tumorigen. It is an experimental carcinogen of the connective tissue and lungs. Cobalt metaland inorganic compounds are classified as an animal carcinogen by the ACGIH. Ingestion may cause burning in the mouth, esophagus, and stomach. Inhalation of dusts and fumes may cause irritation of the respiratory tract and labored breathing and coughing. Sensitization, nausea, flushing of the face and ringing in the ears is also possible. http://www.alfa.com/MSDSPDF/English/14049.pdf Lithium Hexafluorophosphate (CAS# 21324-40-3) 0-5% 3. HAZARDS IDENTIFICATION Designation HARMFUL ~ IRRITANT Risk Phrases R20/21/22 Harmful by inhalation, in contact with skin and if R36/37/38 Irritating to eyes, respiratory system and skin. Hazardous Products of Combustion may include : hydrogen fluoride (hydrofluoric acid), phosphorus pentoxide, phosphoric acid. 6. ACCIDENTAL RELEASE MEASURES Personal Protection Avoid inhalation or contact of spilled material with skin or clothing. Wear protective equipment including rubber gloves, andeye protection. Keep unprotected persons away. http://www.alfa.com/MSDSPDF/English/B20964.pdf 11. Toxicological information: Fluorides may cause salivation, nausea, vomiting, diarrhea and abdominal pain, followed by weakness, tremors, shallow respiration, convulsions and coma. May cause brain and kidney damage. Chronic fluoride poisoning can cause severe bone changes, loss of weight, anorexia, anemia and dental defects. Inorganic phosphorus compounds

THE BOOK OF TESLA Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

may cause irritation and hemorrhages in the stomach as well as liver and kidney damage. Bone structure may be attacked, especially the jaw and teeth. http://www.alfa.com/MSDSPDF/English/11529.pdf Lithium Tetrafluoroborate (CAS# 14283-07-9) 0-5% 3. HAZARDS IDENTIFICATION Designation HARMFUL ~ IRRITANT Risk Phrases R20/21/22 Harmful by inhalation, in contact with skin and if swallowed. R36/37/38 Irritating to eyes, respiratory system and skin. 10. STABILITY AND REACTIVITY Specific Hazard Incompatibilities Strong oxidising agents. Strong acids. Decomposition Hazardous products of decomposition may include : hydrogen fluoride (hydrofluoric acid). http://www.alfa.com/MSDSPDF/English/A10607.pdf Eye Contact: Immediately flush eyes with plenty of water for at least 20 minutes. Assure adequate flushing of the eyes by separating the eyelidswith fingers. Get immediate medical attention if irritation persists, or symptoms of overexposure become apparent. Skin Contact: Immediately wash skin with plenty of water for at least 20 minutes, while removing contaminated clothing and shoes. Get medicalattention especially, if irritation develops, persists, or symptoms of overexposure become apparent. http://www.alfa.com/MSDSPDF/English/L16800.pdf n-Methyl Pyrrolidinone (CAS# 872-50-4) 0-1% EXPOSURE PREVENT GENERATION OF MISTS! ?INHALATION Headache. ?SKIN MAY BE ABSORBED! Dry skin. Redness. ?EYES Redness. Pain. Blurred vision. CHEMICAL DANGERS: The substance decomposes on heating or on burning producing toxic fumes including nitrogen oxides, carbon monoxide EFFECTS OF SHORT-TERM EXPOSURE: The substance irritates the eyes and the skin. If this liquid is swallowed, aspiration into the lungs may result in chemical pneumonitis. http://www.cdc.gov/niosh/ipcsneng/neng0513.html MUTATION DATA AND REFERENCES: sex chromosome loss and nondisjunction REPRODUCTIVE EFFECTS DATA AND REFERENCES: Numerous present, see link below: http://www.cdc.gov/niosh/rtecs/uy585930.html Oxalic Acid (CAS# 144-62-7) 0-1% FIRE Combustible. Gives off irritating or toxic fumes (or gases) in a fire. EXPOSURE AVOID ALL CONTACT! IN ALL CASES CONSULT A DOCTOR! ?INHALATION Sore throat. Cough. Burning sensation. Shortness of breath. Laboured breathing. Symptoms may be delayed (see Notes). ?SKIN Redness. Skin burns. Pain. Blisters. First rinse with plenty of water, then remove contaminated clothes and rinse again. Refer for medicalattention. ?EYES Redness. Pain. Loss of vision. Severe deep burns. ?INGESTION Sore throat. Burning sensation. Abdominal pain. Vomiting. Drowsiness. Shock or collapse. Convulsions. CHEMICAL DANGERS: On contact with hot surfaces or flames this substance decomposes forming formic acid and carbon monoxide. The solution in water is a medium strong acid. Reacts violently with strong oxidants causing fire and explosion hazard. EFFECTS OF SHORT-TERM EXPOSURE: Corrosive. The substance is corrosive to the eyes, the skin and the respiratory tract. Corrosive on ingestion. Inhalation of aerosol may cause lung oedema (see Notes). The substance may cause effects on the kidneys. Exposure far above the OEL may result in death. Medical observation is indicated. The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort. Rest and medical observation are therefore essential. Immediate administration of an appropriate spray, by a doctor or a person authorized by him/her, should be considered. Do NOT use in the vicinity of a fire or a hot surface http://www.cdc.gov/niosh/ipcsneng/neng0529.html Additional effects: http://www.cdc.gov/niosh/rtecs/ro256250.html Propylene Carbonate (CAS# 108-32-7) 0-15% Primary irritant effect: on the skin: irritant to skin and mucous membranes. on the eye: irritating effect Subacute to chronic toxicity: Internal exposure to propylene carbonate may cause somnolence or alteredsleep time. http://www.alfa.com/MSDSPDF/English/L06006.pdf These are just a few links and is not at all inclusive, but just to show some of the items about the chemicals present in the Tesla Li-Ion cells. There are over a thousand technical documents about these lithium ion smoke dangers published."


 WARNING: THIS CHEMICAL DATA DOES NOT INCLUDE the ADDITIONAL TOXINS created from the COMBINATION of the above chemicals COMBINED with BURNING TESLA Car Body Plastic and CHASSIS METALS!!!


"Ingestion of internal material from Tesla batteries will kill you, your children or your pets."


"Tesla batteries are made overseas because workers who make them die from exposure to the chemicals. Good luck to Tesla with their GIGA-FACTORY death warehouse for Mexican workers in New Mexico. Tesla, already under investigation by OSHA, has found a new way to tell OSHA to screw themselves!"


"They KNEW: Laptops draw scrutiny from airline-safety officials August 15, 2006 12:00 AM By Corey Dade

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

The Wall Street Journal Passengers aboard Lufthansa Flight 435 at Chicago O'Hare International Airport on May 15 were settling in for the nine-hour haul to Munich, Germany, when a burning odor floated into the first-class cabin. According to witnesses, the luggage bin above seat 2A was burping smoke. Flight attendants evacuated first class just before a computer case in the compartment began to spit fire. The crew grabbed extinguishers and sprayed the bin. Someone swung open a cabin door, snatched the case and tossed it onto the ramp. The case erupted in flames. As passengers watched, fire trucks -- then the bomb squad -- roared to the scene and put out the blaze. But they found no terrorist device. Instead, authorities discovered a charred laptop computer and a six-pack of melted lithium-ion batteries. Long before last week's foiled plot to blow up airlines using material secreted in carry-on luggage, a growing number of transportation and product-safety officials had expressed concerns that batteries in laptops and other electronics pose a serious risk to airplanes -- for reasons completely unrelated to global terror. Although the risk is small, the Consumer Product Safety Commission has documented 339 cases of lithium and lithium-ion batteries for portable electronics overheating, emitting smoke and fumes or exploding since 2003. There is no record of a serious injury or death, but the Federal Aviation Administration has logged 60 incidents since 1991. In the past two years, six incidents have occurred on aircraft, including five fires and an overheated flashlight that had to be handled with oven mitts. In February, a United Parcel Service Inc. plane full of packages -- including lithium-ion batteries -- was engulfed in flames while landing in Philadelphia. Investigators haven't reached a final ruling on the cause but continue to closely examine the melted shipment of batteries. In October 2004, a plane carrying Vice Presidential candidate John Edwards made an emergency landing after a lithium-ion battery exploded in the hand of a television newsman. Worries about the possible dangers are serious enough that the National Transportation Safety Board held a two-day hearing in July in Washington to discuss the safety of lithium-ion batteries on passenger and cargo planes and the investigation into the UPS fire. No formal proposal for new regulations has yet been put forward, but regulators are discussing options ranging from tightening manufacturing guidelines for the batteries to potentially restricting their use on passenger jets. A series of fires dating back to 1999 led to a federal regulation in 2004 banning cargo shipments of an earlier generation of batteries from the bellies of passenger aircraft. These batteries, known as lithium batteries, differ from lithium-ion models in that they can't be recharged. The rule called lithium batteries on commercial airliners ""an immediate safety risk"" but did not prohibit them from carry-on or checked luggage. Today, the more-advanced lithium-ion batteries account for the majority of battery incidents. There are currently no controls on them in carry-on or checked bags, nor when they are shipped in the cargo holds of passenger planes. Major airlines say they will comply with whatever safety regulators determine. ""It's too early to weigh in on the issue,"" says Victoria Day, a spokeswoman with the airline trade group Air Transport Association. ""We understand the experts are working on the matter, and we'll just have to wait and see what they say."" No action is expected in the near future until the Federal Aviation Administration completes its testing of lithium-ion batteries, which it began in 2004. A trade group representing battery makers has defended the manufacturing practices of its member companies. ""Based on the millions of lithium-ion batteries in use today and the exceptionally small number of cases in which a battery malfunction has occurred, we believe these batteries are safe and reliable when used according to manufacturers' guidelines,"" said Norm England, president and chief executive of the Portable Rechargeable Battery Association, on the group's Web site. The U.K. last week banned laptops and all other electronics in the cabins of flights from or through the U.K. after information surfaced that the alleged plotters planned to use an electronic device to detonate bombs. The ban, which British Airways extended to its flights into the U.K., was excruciating to many fliers. ""I feel naked,"" said Jon Thompson last week, after being told to check his laptop at the British Airways ticket counter at Atlanta's Hartsfield-Jackson International Airport. About to board a flight to London, he hastily wrapped a shirt around his computer for extra cushioning and jammed it into his suitcase. Capable of storing an enormous amount of energy in a small package, the lithium-ion battery is perhaps the most popular power source for notebook computers, MP3 players and high-performance cellular phones. The nickel-metal-hydride battery is the closest competitor on the laptop and mobile phone markets but requires more care to prolong battery life and generates less power. The lithium-ion model holds a charge longer, is more powerful and has the capacity to produce ever-greater power as manufacturing technology advances. But its fragile chemistry requires circuitry to control peak voltage. Product-safety officials say that as technology enhancements produce models packed with more power, more of them are overheating or blowing up. The hazards have prompted dozens of manufacturers to recall more than two million rechargeable batteries for cellphones, laptops, portable DVD players and digital cameras since 2003. Major U.S. computer makers Hewlett-Packard Co., Apple Computer Inc. and Dell Inc. each cited reports of overheating and fire risk as reasons for

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

recalling a total of 300,700 units of laptop batteries world-wide since May 2005. ""The affected batteries could overheat, posing a fire hazard to consumers,"" said an Apple statement posted on its Web site detailing a program in which consumers can exchange their recalled batteries for new ones. The three companies say the recalled batteries were made by suppliers based in Asia, and that batteries now for sale are safe. ""It's safe to assume that, yes, we are selling a safe product,"" says Hewlett-Packard spokesman Ryan Donovan. Dell said the defects discovered in the cells of its batteries have been corrected. An Apple spokeswoman declined to comment beyond the company's online statement. Cellphones are of less concern in the air because their use is barred during flights. In general, they also operate at lower energy levels than computers and thus pose less of a fire risk. The problem, experts say, is ""thermal runaway"" -- a chemical reaction inside a battery cell that generates intense heat so rapidly that it flares out of control. Most of the failures are traced to a short circuit in the cell or the wires that connect the cell to contact points on the battery pack. Richard L. Stern, associate director of compliance at the Consumer Product Safety Commission, says tiny metal shards can contaminate the battery pack during assembly and later pierce the insulation separating the positive and negative terminals. The opposite poles touch and create an electrical spark. A defective or damaged battery that is vigorously jostled -- like a laptop rattling around in a luggage compartment -- can trigger a flare. Many of the airplane incidents involved batteries purchased separately from the computer. ""The trend with smoke or fires would be some type of after-market use, like with spare batteries,"" says Bill Wilkening, who enforces hazardous-materials regulations at the Federal Aviation Administration. Product regulators say replacements marketed as compatible with many different devices frequently aren't. Some of them, including a significant number of counterfeits, lack circuitry that protects the battery cell from overcharging. ""That's where you tend to see a lot more allegations of fire or explosions,"" Mr. Stern says. ""It's difficult for consumers to know which are good and which aren't, unless you're an electrical engineer."" The passenger whose case caught fire on the Lufthansa flight, Dana Smith, told officials the batteries were bought on eBay and possibly were ""not built to the original specifications,"" according to the incident report filed with federal regulators. Mr. Smith couldn't be reached at his Munich address. Lufthansa, in Frankfurt, Germany, said it has no position on whether lithium batteries should be further restricted, but will comply with any government regulations. But sometimes, batteries seem to blow up for no clear reason. A sound technician with ABC News had just decided to change a battery as the Edwards' campaign's chartered Boeing 727 lifted off from Raleigh-Durham International Airport four days before the 2004 election. In the rear of the cabin, the sound man pulled a nine-volt battery from his equipment and it burst into flames. Someone screamed ""fire!,"" according to official accounts of the incident and witnesses. Within a few seconds, Secret Service agents barreled into the cabin and extinguished the fire. The plane immediately returned to the airport. ""It was a little scary. It was dark, it was smoky,"" Mr. Edwards said in a recent interview. He was in the front of the cabin with his wife and two children and campaign staff. ""It got people worked up."" Nearly three months earlier, a box of batteries caught fire aboard a FedEx Corp. cargo plane in Memphis, Tenn., moments before it departed for Paris. The fire damaged most of the other boxes packed in the huge freight container. FedEx

  and Memphis firefighters put out the blaze on the ground. Marvin Sudduth, a safety manager in FedEx's dangerous goods section, examined the container of 64 batteries more than three hours later-and they were still sparking. ""I had to jerk my hand back pretty quick,"" he says. ""Not one of my top 10 things to experience."" FedEx says the shipper violated federal guidelines requiring the batteries be packaged in a plastic sheath to protect them from making contact with other objects. Instead they were rolled in cardboard wrapping and placed in a cardboard box with metal tools used to install the batteries. Mr. Sudduth said the tools probably shifted during transit and struck the batteries, causing sparks. The Memphis-based air cargo carrier says it has tightened standards to exceed federal requirements. It now refuses to carry hazardous materials without first confirming they have been packaged according to federal standards. The potential danger to airlines first surfaced in 1999 involving the lithium ""primary"" battery that preceded the rechargeable lithium-ion version. After two pallets holding 120,000 of those batteries unloaded from a passenger plane went up in flames at Los Angeles International Airport, the NTSB requested an investigation of the products by the FAA. In 2004, the federal agency that regulates the transport of dangerous substances, now called the Pipeline and Hazardous Materials Safety Administration, ended the transport of those batteries in the cargo holds of passenger carriers. After the FedEx incident earlier in 2004, the FAA began a still-ongoing investigation into lithium-ion batteries. The most dramatic mishap so far involved the UPS jet descending on Philadelphia International Airport from 31,000 feet the night of Feb. 7. ""Smells like wood burning. Smell that  " the co-pilot told his two fellow crew members about 25 minutes before landing, according to the flight cockpit recording. The flight engineer left his seat and entered

THE BOOK OF TESLA: Copyright's to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

the cargo hold to check for smoke. He later told investigators that nearly every inch was filled with freight, and he had no path to walk through the holding area for a closer look. So he aimed a flashlight at the upper cargo deck and ran it the length wall. He smelled smoke but found no fumes and returned to the cockpit. At about 4,000 feet and a few minutes before landing, the warning light for smoke on the main deck flashed on. ""Alright,"" the first officer said, ""I'm turning into the airport then."" Air traffic control cleared the plane to land. Then the fire warning indicator for the lower rear cargo area lit, and the captain ordered his crew to put on their oxygen masks. On final approach some functions on the instrument panel began to fail, and smoke streamed into the cockpit. The captain landed the plane and opened his window to breathe but inhaled a thick plume of smoke. The co-captain leaned out his window and was choked with smoke. In a raspy voice, he managed to radio the tower: ""UPS Flight 1307 evacuating the aircraft."" One by one, they disappeared in the haze through the back of the cockpit and made their way off the plane. The fire raged for four hours, with the DC-8 sitting on the tarmac, destroying the cargo and burning two gigantic holes through the top of the fuselage. In the months since then, investigators have methodically excluded possible causes of the fire. They say there is no sign that airplane wiring or systems were the culprit. Containers of hazardous material being shipped on the plane don't appear to be the cause. Several partially burned lithium-ion computer batteries are still undergoing tests. ""It is not known at this time the role that these types of batteries may have played in the fire,"" NTSB lead investigator Frank Hilldrup said at the federal hearing in July. ""Nevertheless, secondary lithium batteries, as well as primary, can present fire hazards. Several lithium battery incidents have occurred in recent years."" Of the more than 60 incidents of batteries overheating since 1991: Short circuits appear to be the primary cause Unexplained fires/explosions usually involve lithium-based batteries Almost all incidents involve unlabeled ""nonregulated"" or ""excepted"" batteries No incident involved batteries in retail packaging Almost all incidents detected on the ground Source: Federal Aviation Administration Read more: http://www.post-gazette.com/business/technology/2006/08/15/Laptops-draw-scrutiny-from-airline-safety-officials/stories/200608150233#ixzz2xetLkzkW "


[wpvideo uTGKHhrZ]
[wpvideo Y8ze9AmL]
[wpvideo ZcaXdUEu]
[wpvideo 54sNvMU6]
[wpvideo VwIyoJ3H]
[wpvideo 8TD8d8iK]
[wpvideo gLiazbtP]
[wpvideo S833Y9ji]
[wpvideo WVpQcDnC]
[wpvideo AVFAIJQp]
[wpvideo 8M7Xdj8f]
[wpvideo 6Uyn2vPy]
"http://www.youtube.com/watch?v=gCT3Li5dfZE For more TESLA SAFETY REVIEW DATA, CLICK HERE>>> Tesla lobbyists & campaign backers force NHTSA to close investigation rather than complete it and reveal the depth of the cover-ups and extensive safety defects. "
"Here is how this is going to happen: In a few years there will be a number of consumer lawsuits in court, Tesla will say ""we didn't know that"", then all of these documents will come out, then it will become absolutely clear that Tesla knew about this danger for ages and covered it up. Then Tesla will lose the lawsuits and either go out of business or have to pay billions of dollars like Toyota and soon, GM. Those politicos and administrators who covered up will fry and lose their pensions. That's all there is to it. FG- LAT"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

-----------------------------------

## "Tesla battery plant faces skepticism from stakeholders, analysts"

"It's all about the numbers: If Tesla Motors intends to sell more of its electric cars, it'll need more batteries to power them. And while the company has ambitious plans for its own battery manufacturing plant, some of Tesla's backers aren't yet committed to the project."

"By John Voelcker,  Guest blogger / April 6, 2014"

"A man looks around Tesla Motors' Model S P85 at its showroom in Beijing. Panasonic is considering investing in a U.S. car battery plant planned by Tesla Motors, with total investment estimated by one source at around $979 million."

"Elon Musk, CEO of startup electric-car maker Tesla Motors, is no doubt used to skepticism."

"GreenCarReports The website focuses on the auto industry?s future, the evolution of cars beyond fossil fuels, and the green movement's relevance to car shoppers today. For more stories on green cars, click here."
 Related stories

"Now he faces new doubts over the company's plans for a massive ""gigafactory"" costing as much as $5 billion to manufacture more lithium-ion cells than any other plant in the world. Having mostly convinced disbelieving analysts, journalists, and industry colleagues that Tesla can at least design, engineer, build, and sell good-looking high-performance all-electric luxury sedans, Musk may not pay a lot of attention to ""You can't"" noises from critics."

 Panasonic: large risk

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"But even Tesla's lithium-ion cell supplier Panasonic--which owns a small share of the company--hasn't yet committed to participating in the gigafactory plan. Bloomberg noted last week that the Japanese electronics giant's president, Kazuhiro Tsuga, told reporters the project would pose an ""investment risk [that] is definitely larger"" than the company prefers. Panasonic prefers to ""make investments step by step,"" he said, adding that he ""would like to cooperate"" with Musk's plans. He also noted that Panasonic's battery production ""depends"" on Tesla sales, which it monitors closely. Tsuga's comments may reflect the slow pace of building consensus for such a major investment on Panasonic's part. VW, Daimler perplexed But it is hardly the only voice saying the gigafactory plan could be too large, and too much for Tesla to bite off. An article yesterday in The Wall Street Journal quoted Harald Kroeger, the head of Daimler's electric-vehicle efforts, who noted that the gigafactory plan had ""some huge disadvantages"" to go along with its benefits. (Daimler, which makes Mercedes-Benz and Smart cars, owns a small stake in Tesla Motors too, as does Toyota.) And Volkswagen CEO Martin Winterkorn said he didn't ""quite get it,"" noting that VW would not consider opening its own battery plant, as it had enough suppliers for its needs. Few details Musk announced a handful of high-level details about the proposed plant, which could be the world's largest single factory, in late February. The need is clear: Even at a production rate of about 25,000 cars a year, Tesla used one-third of the world's electric-car batteries. To scale up to 100,000 Model S sedans and Model X crossovers by 2016, he needs to quadruple that supply--which Panasonic and Tesla together expect to happen. But if the company starts production of its next model, a lower-cost sedan often dubbed the ""Model E,"" it will need multiples of its current battery supply. And to hit the target price of $35,000 or less for the new car, which is expected to offer at least 200 miles of rated range, Tesla will need every bit of the 30-percent cost reduction it says it can achieve with the gigafactory. Can Tesla sell 500,000 cars? In the end, as investment journal Barron's notes, the gigafactory will only pay off if Tesla can reliably sell half a million cars a year. (The Barron's article also noted that Tesla has not responded to any of its inquiries since Musk hung up on its reporter a year ago.) If Tesla can sell that many cars by 2020, it is likely to become one of the top three plug-in electric car makers in the world--along with Nissan and General Motors. Meanwhile, rivals say they will keep pace with its cost reductions--although they are likely banking on far lower volumes of electric-car sales that Musk and Tesla anticipate. More details are likely to emerge about the Tesla gigafactory, perhaps including a site selection. The candidates are Arizona, Nevada, New Mexico, and Texas, each of which putting together incentives to offer to Tesla. "

Tax Analysts

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The leading global publisher of tax news, analysis and commentary"

Taxes 4/07/2014

"Tesla, Taxes, And Free-Market  Hypocrisy"

"David Brunori,  Contributor "

TTesla Model S

"Tesla Motors TSLA -3.31% Inc. makes electric cars ? and they must be pretty good cars because they cost $70,000. Despite selling really expensive cars, Tesla has long been the darling of the left. Nothing says ?I am committed to saving the polar bears? better than driving a luxury, battery-powered car."

"For several years, Tesla has been in a fight with the states. Tesla does not use dealerships. It sells its cars on its website and in showrooms. Almost every state bans or limits the sale of automobiles directly to customers, which is terrible and reflects the power of auto dealerships. The dealerships want you to buy your car from them because, well, that?s how they make money. And because they are wealthy and connected, they have persuaded many states to make it hard for automakers to sell directly to people. After all, if you were buying a car directly from a manufacturer, who would sponsor the local Little League teams

"The auto dealers argue that direct sales will result in massive layoffs, disruptions in the community, and less odious car-selling techniques. Actually, they?re not making the last argument, but they?re saying that without dealerships, customers will never figure out where or how to get their cars repaired. By the way, the dealerships pay lawmakers with campaign contributions and promised future support if the lawmakers keep Tesla out of their states."

"Tesla?s response is that the car dealerships? position violates every notion of free markets. Tesla argues that prohibiting direct sales protects only the dealerships and harms the consumer. Tesla is right. There?s no reason to prohibit a consumer from buying directly from the manufacturer. Cutting out the middleman is generally a good thing ? unless you?re the middleman. So Tesla is right ? but few companies owe their existence to the government and the public dole as Tesla does. The idea that Tesla can enter a legislature and sing the praises of free markets with a straight face is rich. In 2010 the company received a $500 million loan from the U.S. Department of Energy. It prospers because of the federal tax credit of up to $7,500, plus $2,500 in California credits for each new purchase. It receives credits from the California Air Resources Board, which it sells for a large profit. Last year the company received $34 million in tax breaks from California as an incentive to build a plant in the San Francisco area. Tesla has the gall to encourage consumers to ask state lawmakers to subsidize the purchase of their vehicles. Free markets, indeed."

"Tesla wants to expand its operations and is considering investing up to $5 billion for a new plant in Nevada, Arizona, New Mexico, or Texas, all of which ban direct sales except Nevada. Tesla wants Texas to repeal its direct sale prohibition, but while the Lone Star State is offering infrastructure money, it?s not budging on the direct sale issue. Arizona has already introduced a bill to lift its ban on direct sales and Gov. Jan Brewer (R) is promising tax breaks. New Mexico Gov. Susana Martinez (R) has promised that the state will do whatever is necessary to land the expected 6,500 jobs. Rumors are that in lieu of tax breaks, Nevada is willing to purchase all the land Tesla needs for the plant. You can be sure the free-market-loving Tesla lobbyists are in the middle of the fight."

----------------------------------

THE BOOK OF TESLA: Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

"Why would Tesla do something so dangerous, thinking nobody would notice? Greed! Tesla can play all the ""ignore the facts"" games they want, but when the lawsuits start, Tesla will lose in a very big way!"

## RETRIBUTIONS AND DEATHS

Do White House Press Staff and Campaign Billionaires maintain a team of ?Character Assassins? to take out U.S. citizens they don?t like?

"(SOURCE: Public Team) ?Wet Work? or murder-for-hire resulting in dead bodies, inside the United States, is highly frowned upon and constitutional illegal. But what if you could kill people that bugged you without causing a dead body? The one way you can kill people, inside the United States, is called ?Character Assassination?. This process destroys the career, brand, friends, income, savings, reputation and world of the target in such a manner that, for all intents and purposes, they are dead. The suspicious resignations of Robert Gibbs, Jay Carney and a host of associated West Wing staff have led credence to this theory relative to timing, revelations and whistle-blower reports from former White House staff. Campaign billionaires that they answered to, are known to have paid for some of the attack campaigns. In addition to the hit stories that are put out, all of the databases (ie: Axciom), that any hiring manager might ever use to background check you for a job application, are tainted with false information about you; and your credit rating is crashed on other databases. ?Honey Traps? are launched on you, followed by a host of other dirty tricks designed to maliciously harm you in retribution for being effective at something they don?t want you to be effective at. The Snowden documents go into great detail about these human destruction techniques. It is suspected that people that do this are hired blogger/media attackers such as [For The Obama Administration] : John Herrman, Adrian Covert, Nick Denton (more about them in a forthcoming feature article), Patrick George, and [for the Bush Administration] Ann Coulter, Karl Rove and Sarah Palin. NSA tracking and special investigators have recorded and documented who did what to whom, now it is just a matter of special prosecutors and subpoenas. You can read more about the tactics HERE>>> Let?s discuss. Send in your links? Tom Ray- LAT"

## The White House Wades Deeper Into Character Assassination ?

"6 Aug 2009 ? The character assassination of average Americans by the White House, the DNC, Nancy Pelosi saying Americans are carrying swastikas to

http://www.logisticsmonster.com/ 2009/ 08/ 06/ the-white-house-wades-deeper-into-character-assassination-against-ame ricans/ ?

CHECK OUT:   http://www.paybackpolitics.org

## Character Assassins Of Public Figures ? OvercomeBullying.org

"The Effects of Political Character Assassination on Public Figures. ? current United States President: Barack Obama, has been targeted by character assassins for years. ? his birth certificate for public viewing on the white house. gov web-site."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

http://www.overcomebullying.org/character-assassins.html ?

## The Deadly Art of Character Assassination ? The Real Truth Magazine

"Yet many politicians run for office (seek to be hired by the voting public) by slinging ? Therefore, expect character assassination to rear its ugly head during the

http://www.realtruth.org/articles/167-tdaoca.html ?

## Campaign billionaire backers put a hit on a ?Green Energy? competitor who isn?t in their frat club:

https://boycotttesla.wordpress.com/2014/04/14/killing-mike-chieky-silicon-valley-vcs-want-total-control-of-green-energy-but-only-their-version/

1. The Assassination of Greg Craig ? The Daily Beast

16 Nov 2009 ? The White House counsel was done in by a scurrilous leaks campaign. ? Side?? where insinuation and character assassination were leaked to  ?

http://www.thedailybeast.com/ articles/ 2009/ 11/ 16/ the-assassination-of-greg-craig.html ?

2. KNIGHT: Foiling the left?s character assassination ? Washington Times

23 Sep 2013 ? KNIGHT: Foiling the left?s character assassination ? that was so much a part of our country?s life and certainly our time in the White House.?.

http://www.washingtontimes.com/ news/ 2013/ sep/ 23/ knight-foiling-the-lefts-character-assassination/ ? page=all ?

3. The Art of Office War ? Tactics ? Character Assassination

"Read the The Art of Office War and learn how to be effective, successful and not only avoid office ? One Press : ?The Art of Office War? is published in Polish under the title ?Sztuka wojny biurowej?. Character Assassination and the Backstab."

http://www.theartofofficewar.com/content/view/49/37/ ?

"4. Character assassination ? Wikipedia, the free encyclopedia "

Character assassination is a deliberate and sustained process that aims to destroy the credibility and ? Agents of character assassinations employ a mix of open and covert methods to achieve their ? Media spectacles. ?. Public relations .

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://en.wikipedia.org/wiki/Character_assassination ?

5. Romney Calls ?Disgraceful? Obama Team?s Plan for Character ?

"9 Aug 2011 ? ? personal assault ? and character assassination on Romney, who it ? a prominent Democratic strategist close to the White House told Politico."

http://www.foxnews.com/ politics/ 2011/ 08/ 09/ romney-calls-disgraceful-obama-teams-plan-for-character-assassination / ?

6. Cain blasts critics for ?character assassination? ? CNN Political Ticker ?

"30 Nov 2011 ? ?They have been trying to do a character assassination on me,? Cain told an ? JR White Bear Lake MN. ? White House transparent? Yes says

politicalticker.blogs.cnn.com/ 2011/ 11/ 30/ cain-accuser-describes-very-casual-affair/ ?

7. Turkey: Twitter does ?character assassination ? ? Yahoo News

22 Mar 2014 ? ? in ?systematic character assassinations? a day after social media users ? A statement from the Turkish government?s Public Diplomacy office  ?

news.yahoo.com/ turkey-twitter-does-character-assassination-160448248?finance.html ?

8. Karmapa Office to Indian Press: ?Cease Character Assassination?

"5 Feb 2011 ? The Karmapa Office of Administration appeals to the press to cease its character assassination of His Holiness the Karmapa, one of the most

tibetanaltar.blogspot.com/ 2011/ 02/ karmapa-office-to-indian-press-cease.html ?

"9. Somaliland: ?Kickbacks, Blackmail & Character Assassination ? "

"10 Apr 2014 ? On account of the functions & responsibilities bestowed on his office, the ? to tarnish the personality of the Minister employing media which was

http://www.somalilandsun.com/ index.php/ politics/ government/ 5489-somaliland-kickbacks-blackmail-a-character-assassination-perfect ed-by-gaboobe-via-haatuf-energy-a-minerals-minister-asserts- ?

10. Character assassination-Jean Seberg and information control by ?

"Her personal and professional life tells an important story about relations between individuals, the mass media, government repression, civil liberties, and

http://www.ejumpcut.org/archive/onlinessays/JC28folder/Seberg.html ?

11. Character Assassins Of Public Figures ? OvercomeBullying.org

"The Effects of Political Character Assassination on Public Figures. ? Office of the Press Secretary , The White House: Office of the Press Secretary. (2011)."

http://www.overcomebullying.org/character-assassins.html ?

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

2. Obama immigration request: $615M to fight wildfires ? The Coloradoan

8 Jul 2014 ? At least you are not engaging in character assassination about Obama like you normally do. ? Obama also asked Congress to add wildfires to the list of natural ? The bulk of the White House?s funding request is for shoring up  ?

http://www.coloradoan.com/ story/ news/ local/ 2014/ 07/ 08/ obama-immigration-request-m-fight-wildfires/ 12379135/ ?

3. Barack Obama and the Politcs of Character Assassination ? Townhall

8 Nov 2012 ? The president?s campaign ads ? models of character assassination ? Obama?s in the White House for four more years without a mandate to do  ?

http://www.townhall.com/ columnists/ donaldlambro/ 2012/ 11/ 08/ barack_obama__and_the_politcs_of_character_assassination/ ?

4. Secret ?Kill List? Tests Obama?s Principles ? NYTimes.com

"29 May 2012 ? The nominations go to the White House, where by his own ?. In Pakistan, Mr. Obama had approved not only ?personality? strikes aimed at

http://www.nytimes.com/ 2012/ 05/ 29/ world/ obamas-leadership-in-war-on-al-qaeda.html?pagewanted=all ?

5. Charles Koch Responds To The Character Assassins | The Lonely ?

"3 Apr 2014 ? Charles Koch Responds To The Character Assassins ?. 07/18/2014: One Day After MH17, Michelle Obama Hosts ?Party in the White House?."

http://www.lonelyconservative.com/ 2014/ 04/ charles-koch-responds-to-the-character-assassins/ ?

"6. Character assassination ? Wikipedia, the free encyclopedia "

"Character assassination is a deliberate and sustained process that aims to destroy the credibility and reputation of a person, institution, social group, or nation."

https://en.wikipedia.org/wiki/Character_assassination ?

7. Kill Bill: Clinton is targeted for character assassination ? Americas ?

"3 Jun 2008 ? Upon her return to Washington, she found the White House in disarray and discovered that Bill had been escorting Barbra Streisand around

http://www.independent.co.uk/ news/ world/ americas/ kill-bill-clinton-is-targeted-for-character-assassination-838891.html ?

8. Barack Obama?s Attempted Character Assassination of Koch ?

23 Aug 2010 ? ?Obama?s coordinated character assassination campaign against anyone ? I wrote about the Obama White House engaging in the politics of  ?

http://www.redstate.com/ diary/ Erick/ 2010/ 08/ 23/ barack-obamas-attempted-character-assassinate-of-the-koch-industries/ ?

THE BOOK OF TESLA: Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

9. Bill O?Reilly: BillOReilly.com Column ? President Obama and ?His ?

13 Feb 2014 ? I used to react angrily to the character assassins. ? relationship? between the president and the White House press corps no longer exists.

http://www.billoreilly.com/column?pid=42326 ?

10. ?Character Assassination Without Due Process': Glenn Beck And Fox ?

"21 Jul 2010 ? Beck: This administration is into character assassination without due process. ? Well, it?s certainly true that the Obama White House earned yet

http://www.crooksandliars.com/ david-neiwert/ character-assassination-without-due ?

"11. 50 Years After JFK?s Death, GOP Engaging In Character ? "

"23 Nov 2013 ? ? sought to bring grace, history, and good works to the White House. ? Obama has been dogged by his campaign promise to close Guantanamo. ? Act be if hearing after hearing in the House had not pressured regulators to water ? been if character assassination and ideology hadn?t

http://www.politicususa.com/2013/11/23/brand-presidential-assassination.html ?

12. Romney Calls ?Disgraceful? Obama Team?s Plan for Character ?

"9 Aug 2011 ? Politico reported Tuesday that the Obama team is planning a ?ferocious personal assault ? and character assassination on Romney, who it suspects ? a prominent Democratic strategist close to the White House told Politico."

http://www.foxnews.com/ politics/ 2011/ 08/ 09/ romney-calls-disgraceful-obama-teams-plan-for-character-assassination / ?

Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political

reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

  - etc...

  -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review


# The Strange Death of Clean-Tech CEO Whistle-blower Gary D. Conley

Friends, family and associates say he would not have killed himself - Was known to have met with reporters to disclose Silicon Valley corrupt cartel dealings - Was deeply involved in Silicon Valley Clean-Tech circle - Worse case scenario: ""What would an insane, ego-maniacal Silicon Valley billionaire campaign backer do to keep his $200 Billion U.S. Treasury campaign-cash-for-DOE-CleanTech-loans scam quiet  " - Nearby area crime-scene surveillance tapes ""missing"" - Are multiple other Silicon Valley-related deaths part of an attempt to ""close the loop"" and shut people up? - Were other VC's, or political figures, involved? - Investigators want to know if Silicon Valley deaths have political connections. Gary D. Conley, Stan Myers, Rajeev Motwani, Forrest Timothy Hayes, James D Johnston, Rory Johnson, Gabriel Magee, Karl Slym, William ?Bill? Broeksmit, Raveesh Kumra, Doug Bourn, Brian Finn and Andrew Ingram of Tesla, David Palecek; and over 32 more, were all connected to the same group of Silicon Valley/CleanTech/Car/Sachs/DOE industry suspects and died unexpectedly... - The odds of all of these people, with great medical plans, being connected to the same scandal, dying unexpectedly from strange and mysterious causes in relative time-frames are astronomical. If these are coincidences, they violate every actuarial calculation and all of the laws-of-averages. - Senate hearings and Hacker Convention expose use of undetectable heart-attack gas vapors, Cortisol suicide-causing agents and cardiac-targeted fine-focus electromagnetic pulse guns - Federal Investigators release HISTORICAL, UNPRECEDENTED expose letter confirming massive cover-ups! Most of Government's own watchdogs say they're stonewalled! (Below, near bottom)   The big VC?s didn?t like the maverick approaches that Gary took. He did not play the Silicon Valley

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

Frat boy brogrammer game. Unlike Silicon Valley, he treated women executives as equals and not as reception room eye candy like the other VC?s. But Gary?s biggest indiscretion was that he got past the VC?s technology suppression and control system in the Valley. Time after time he created, launched and got funded one amazing new energy technology company after another. The Big VC?s only want things funded that support their portfolio and they stop anything that is going to compete with it. As an example: The Valley VC?s decided that they wanted a chemical called ?lithium Ion? to be the main chemical to power electric cars. Even though many other options existed, they picked this one chemical because they had configured their investment plays in lithium mining, lithium processing, lithium cars and lithium batteries in each of their portfolios and then, even though they were billionaires, they made Congress give them many more billions of tax money just for this one chemical because they had monopolized it globally. Alas, Gary promoted a technology that competed with the Silicon Valley VC?s at Solyndra and with all of their lithium plays. He had the metrics, working proof and opportunity to exceed their technology. First they tried putting a FULL MONTY on him but that didn?t work out. It is now almost impossible to kill reporters and whistle-blowers without it getting recorded. Glenn Greenwald, and people like him, are now under so much surveillance that, if anybody did try to whack Mr. Greenwald, it would be caught on so many drones, microphones, laser scanners, cameras, tracking chips, window vibrators, IR chipcams, cell phones, bugs and other gadgets that the killers could never get away with it. Watch the TV show: Person of Interest. Everything in that show already exists today. Private investigators, taking another look at the case, have been sourcing new surveillance data sources to try to find out what really happened to Mr. Conley in the time period leading up to, and at, the shooting. History has proven:  1.) That Solyndra panels self-ignited and Lithium ion blows up when it gets banged, 2.) That Gary had better plans. 3.) That Gary?s efforts conflicted with the plans of the Silicon Valley VC?s. 4.) That Silicon Valley VC?s will stop at nothing to get their way; politically, egotistically and industrially. Did he pay the ultimate price for his innovations and for speaking out? Ironically, Ford has announced that their new electric car will use the same type of solar optical concentrator on the roof of the car, as Gary?s SolFocus developed, although Gary is no longer alive to participate in the profits. Many reporters find it ?strange? that Steven Chu, the Secretary of Energy, who openly hated Hydrogen energy, was nominated and lobbied into office by opponents of hydrogen energy (who were investors in competing technologies) and that during Steven Chu?s reign, a record number of hydrogen executives and companies died. Of course, it could all just be a coincidence. Forced suicide? Murder? Cover-up? Unusual number of coincidences? What do you think? ghj-de, sdLAT, rf-Den Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot Wound A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known Silicon Valley entrepreneur and clean energy pioneer, according to base officials. Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon, India, was one of several energy-related companies he founded, was discovered by a Beale resident at about 1 p.m. Sunday. His body was found outside a parked car near the Vassar Lake Gate with a gun in close proximity, according to Brian Wagner, 9th Reconnaissance Wing spokesman. According to officials at the Air Force Office of Special Investigation, no foul play was involved. Conley?s brother, who lives in Oklahoma, said he and other family members are mystified by details surrounding the body?s discovery. ?It?s very perplexing,? said Mark Conley, 55. ?The circumstances don?t seem to make much sense.? [video width=""640"" height=""360"" mp4=""/wp-content/uploads/2014/08/SolFocus-CEO-Mark-Crowley.mp4""][/video] Gary D. Conley served in the US Air Force from 1979-83, as did Mark Conley and their father before them, according to Mark Conley. ?We?re an Air Force family,? said his sister, Michele Conley, 59, of Paradise Valley, Ariz., who said her brother was born at McClellan Air Force Base, about a half-hour south of where his body was found. B2u Solar frequently negotiated military and other government contracts, she said, which would explain his presence in the area. The energy entrepreneur was named Clean Energy Entrepreneur of the Year in 2005 by the National Renewable Energy Laboratory Growth Forum. He is credited with having founded SolFocus in 2005 in order to commercialize products created through its predecessor, a research company called H2Go. That firm, also founded by Conley, began with hydrogen-related energy projects and later switched focus to solar energy. ?He was a genius,? Mark Conley said. ?He did some really amazing stuff.? According to Michele Conley, he also was a gourmet cook. Christmas Eve featured an elaborate meal he prepared in their Saratoga home for his wife, Grace, and their two teenage sons. Gary D. Conley?s profile on LinkedIn, an online professional networking site, lists flying, skiing, food, several branches of science, economics and hydroponics among his interests. B2u Solar, a small startup he founded in 2010, had solar demonstration projects in the works in China, and at the NASA Ames Research Center at Moffett Field in Mountain View, according to GigaOM, a technology news website. [video width=""320"" height=""240""

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

mp4=""/wp-content/uploads/2014/08/Interview-with-Gary-Conley_low.mp4""][/video] Michele Conley said her brother had been expected to meet a friend at the former Castle Air Force Base outside Merced this week to help with a solar project there. She last saw him a month ago, she said. ?He was having so much fun, traveling and doing so well,? Michele Conley said. He recently bought a new car, which he did pretty regularly, she said. The three siblings had been raised by their mother, primarily in Ohio, according to Mark Conley. Their father had been killed when his Air Force fighter jet was shot down over Vietnam in 1967, he said. ?We didn?t have any money,? said Michele Conley of their upbringing. ?Gary was always the whiz kid ? the braniac.? She described her brother as a self-made man. His suspected suicide, she said, is implausible to her.   ?He was not depressed. He was like a big kid ? always excited about everything. It just makes zero sense,? Michele Conley said. CONTACT Nancy Pasternack at npasternack@appealdemocrat .com or 749-4781. Find her on Facebook at /ADnpasternack or on Twitter at @ADnpasternack. Chairman & CEO at b2u Solar, Inc San Jose, California   (San Francisco Bay Area) Renewables & Environment Gary Conley?s Overview: Current Chairman & CEO at B2U Solar, Inc; Chairman & CEO at   H2Go, Inc.; Past Chairman, founding CEO at SolFocus; boardmember at   Glacier Bay; Chairman at EnergyConnect; CEO at GuideTech; President & CEO at   FlyteComm; Managing Director, co-founder at Engage Electronics; Senior Vice president at   Credence; President & CEO at EPRO; winner of multiple prestigious green-tech awards. Gary Conley?s Experience Chairman & CEO B2U Solar, Inc (A ground breaking Solar Technology Company) January 2010 ? Present (4 years) San Jose, CA & Gurgaon, India Chairman & CEO H2Go, Inc. (A ground breaking hydrogen car and energy company) January 2004 ? Present (10 years) Saratoga Chairman, founding CEO SolFocus (A ground breaking Solar Technology Company) November 2005 ? May 2012 (6 years 7 months) San Jose, CA Boardmember Glacier Bay 2007 ?

  2011 (4 years) Chairman EnergyConnect January 2005 ? June 2011 (6 years 6 months) Campbell CEO GuideTech 2002 ? 2004 (2 years) President & CEO FlyteComm January 1999 ? March 2001 (2 years 3 months) Mountain View, CA Managing Director, co-founder Engage Electronics January 1991 ? January 2001 (10 years 1 month) Singapore Senior Vice president Credence March 1993 ? November 1995 (2 years 9 months) Fremont President & CEO EPRO April 1984 ? November 1995 (11 years 8 months) Santa Clara
REPORTERS WORKING ON THE CASE SUDDENLY GONE: Andrew Breitbart David Bird Michael Hastings and more... Plus, over 15 reporters from NY Times, Washington Post, Wall Street Journal, and other main stream outlets, that started writing about the DOE scandal, were suddenly moved to other jobs."


  "So who is supposed to prosecute this? If this is true, clues point to the suspect(s) being a Democrat. Local police do not have the jurisdiction to run this case all the way up. The California Attorney General is a Democrat and unlikely to prosecute one of her own. The two federal agencies that are supposed to prosecute are DOJ and/or FBI but, since this may lead back to the White House, it appears they have been told to sit on it by Holder. So, Special Prosecutor? Oh! Those are blocked by Holder. Hmmmm...     Dan Ramos- LA"



  Stanley Meyer Hydrogen Car promoter- Murder by Poison

  MURDER of STAN Meyers for his Water Powered CAR ? YouTube

  "Dec 2, 2010 ? Stan Meyers was MURDERED to keep him from putting his conversion kit on the open market after he refused $1 billion dollar sale for all rights

  https://www.youtube.com/watch?v=WEp6ckvRtj0 ?

  What happened to the water powered car? ? New York ?

  In the 1980?s an inventor named Stan Meyer built the first Water Powered Car. Unfortunately he died shortly after suddenly at age 57 and.

THE BOOK OF TESLA  Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

http://www.examiner.com/article/what-happened-to-the-water-powered-car ?

Harassed Stanley Meyers Associate Steps Forward ? PESN.com

"Aug 5, 2011 ? Mr. X claims to have been the individual that received the call at Aviation Development?s shop that Stanley Meyers had been murdered, and he

"http://www.pesn.com/ 2011/ 08/ 05/ 9501884_Harassed_Stanley_Meyers_Associate_Steps_Forward/ ?     ???????????????????? Call me old fashioned, but isn?t killing taxpayers, and their companies, because they won?t join your business monopoly, considered to be a bad thing these days? As of Jan. 1, 2014, Steven Chu?s actions, and those of his staff, have put over 118 companies out of business that might have otherwise survived, and every single one of those companies competed with Steven Chu?s Silicon Valley venture capital sponsors/buddies. Now there is an interesting coincidence! MT- MJ"

-Another Bizarre Google Key Player Death! Murders or just  coincidence? NOT the first Silicon Valley DEATH-BY-HOOKER!

"Eric Schmidt sex penthouse, Gary Conley Dead, google executive murder, Rajeev Motwani"

Another Bizarre Google Key Player Death! The Silicon Valley Murders (or just coincidence)?

"Rajeev Motwani invented the mood manipulation and page ranking system that Google now uses as it?s key technology. According to many in Silicon Valley, Rajeev taught the technology to Google?s founders, who made ? Google? with the information. Then Rajeev, in perfect health, was found floating, dead, face-down in his Silicon Valley swimming pool (Breitbart similarity?). Conspiracy theorists say he was killed with a spy agency-class non-detectable cardiac arrest vapor (The existence of this kind of kill-vapor is now public knowledge)   to avoid the exposure of the fact that Google is now using ?mood manipulation? for subliminal political voter manipulation. Cleantech Executive Gary Conley, a whistle-blower about, and enemy of, Google?s investors, was found with a bullet in his head in the backfields of a Northern California Air Force base. His family and friends say he would never have hurt himself. There are a number of other strange Google-related deaths? Anyway? As investigations on what Google is ?really? up to, close-in, the bodies keep piling up. Google Executives are known to love their kinky sex (Websearch: ?Eric Schmidt?s NY Sex Penthouse?) and hookers but this one takes the cake. Honey Trap? Mata Hari was famous for pretending to be a hooker and then killing her targets with ?accidental overdoses?, Death-by-hooker is one of the oldest tricks in the book. Sometimes the hooker?s job is just to get the target to pass out and then the ?WET WORK? guys come in and finish him off with the overdose and make sure he flat-lines. See THE DC MADAM story. She did staging for ?Honey Traps? and political hits and then she was suspiciously hung/terminated!:"

Suspected hooker?s alleged heroin victim was Google exec

Evan Sernoffsky

1 of 4

"Police say Alix Catherine Tichelman, 26, killed a 51-year-old man by administering a lethal dose of heroin on his yacht in Santa Cruz, Calif., in November 2013. Tichleman was arrested July 4, 2014. Photo: Courtesy, Santa Cruz Police Department"

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Prostitute accused of killing yacht-owning client with heroin

"(07-09) 10:37 PDT SANTA CRUZ ? A ?high-priced? prostitute from Folsom was behind bars Wednesday after police said she was responsible for the heroin overdose death of a regular client ? a Google executive whose body was found in November on his yacht in Santa  Cruz. Alix Catherine Tichelman, 26, was arrested Friday after police lured her to the Santa Cruz area by posing as a customer and offering her $1,000 for sex, authorities  said. She was arrested on suspicion of murder, but Santa Cruz County prosecutors accused her of the lesser charge of manslaughter, along with counts of transporting drugs and destroying evidence. She made her first court appearance Wednesday and was being held on $1.5 million  bail. Tichelman is scheduled to return to court June 16 for arraignment, said Assistant District Attorney Rafael  Vazquez. The victim, 51-year-old Forrest Timothy Hayes, died Nov. 23 on his 50-foot yacht, Escape, in the Santa Cruz harbor, according to Santa Cruz police Deputy Chief Steve  Clark. According to an online memorial site, Hayes had worked at tech companies including Sun Microsystems, Apple and finally Google. He was born in Dearborn, Mich., was married 17 years and had five children, according to his  obituary."


SILICON VALLEY SECRETS


"  ?I was really devastated when I heard about it,? Todd Zion, who worked at Google for a short time under Hayes, told The Chronicle on Wednesday. ?He was a great boss. I never had a chance to thank  him.? "
"An unidentified person wrote on the online memorial page, ?It is incredible to see the number of people Forrest touched. There are simply no words to describe this. I had the unique opportunity to work for Forrest at Apple and Google. He is one of the best bosses I have had ? caring and  thoughtful.? In a press release, Santa Cruz police said Tichelman had an ?ongoing prostitution relationship? with the victim, met him the night he died and injected him with heroin. Footage from a security camera on the yacht showed Hayes ?suffering medical complications and going unconscious,? officials  said. Rather than call for help from authorities, Tichelman allegedly gathered her belongings, including drugs and paraphernalia, and at one point stepped over Hayes? body to ?finish a glass of wine,? before lowering the blinds to conceal the body and  leaving. Police said they had learned of a second case in another state with ?similar circumstances? and were investigating Tichelman?s possible  involvement. The police press release said Tichelman ?works as a high-priced outcall prostitute and meets her clients through a website, ?Seeking Arrangements.? During interviews, Ms. Tichelman boasted of over 200 client  relationships.? According to online profiles of Tichelman, she is from Atlanta, went to high school in Duluth, Ga., and studied journalism at Georgia State University. She called herself a makeup artist, a model and a dancer. A modeling page on Facebook associated with Tichelman contains dozens of pictures of her posing seductively in racy  outfits. Santa Cruz police said they hurried to arrest Tichelman last week after learning that she might leave the  area. On her Facebook page, Tichelman wrote June 30 that she was ?coming home to the filthy, nasty, dirty south! Hoping to start the drive back to Atlanta at the beginning of next week. Can?t wait to see everyone. It?s celebration time y all!

Evan Sernoffsky is a San Francisco Chronicle staff writer. E-mail: esernoffsky@sfchronicle.com Twitter: @EvanSernoffsky

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Are they ?cleaning up loose ends??

Is this a ?deadmen tell no tales? exercise?

"If these are all murders, is Eric Schmidt having people killed or are Google?s investors having people killed or are the politicians that they swapped the kick-backs with having the people who know the whole story killed???? I?m confused."

"As we have all seen, hundreds of times, in the recent news: Insane, power mad, billionaires and Silicon Valley VC?s will do anything, stop at nothing, lie like there is no tomorrow, and consider ?the law? to be something-that-does-not-apply-to-them."

"Oh those Silicon Valley Illuminati, they are just little buggers aren?t they

"Send in your links.., Let?s discuss."

TT- Google

"We need to see the video on the yacht. Did she screw him, help him get high, figure her sex gig was over and leave because hookers just want to get their cash and get out of there? In that case: Alibi."

SUSPECTS?

"Did the video run on for a few hours afterwards, without being edited, and do we see anyone else enter? Can we prove the video was not edited? Where did the heroin come from? Him, or her

"Really, really want to see the yacht video.."

Tin-G

1. Founder of Google?ASSASSINATED ? PrisonPlanet Forum

"Rajeev Motwani, who was found dead in his swimming pool on June 5, was a non-swimmer and had been considering taking lessons. He had

forum.prisonplanet.com/index.php?topic=109999.0 ?

"Honey trapping ? Wikipedia, the free encyclopedia "

Honey trapping is the private investigative practice of evaluating the fidelity of partners in marital and nonmarital romantic relationships. Investigators are  ?

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

https://en.wikipedia.org/wiki/Honey_trapping ?

"2. Honeypot ? Wikipedia, the free encyclopedia "

"Honeypot is literally: A pot, jar or other container used to store honey. But as a metaphor, a honeypot or a honeytrap may refer to: Espionage recruitment

https://en.wikipedia.org/wiki/Honeypot ?

3. The History of the Honey Trap ? Foreign Policy

12 Mar 2010 ? The trade name for this type of spying is the ?honey trap.? And it turns out that both men and women are equally adept at setting one ? and  ?

http://www.foreignpolicy.com/ articles/ 2010/ 03/ 12/ the_history_of_the_honey_trap ?

4. Urban Dictionary: honey trap

"honey trap. Where a woman pays another woman to flirt with her boyfriends to see if he flirts back, a way to check if her boyfriends is faithfull. woman: I set a

http://www.urbandictionary.com/define.php?term=honeytrap ?

5. honeytrap ? A Dynamic Meta-Honeypot Daemon

"In contrast to other honeypots, which often focus on malware collection, honeytrap aims for catching the initial exploit ? It collects and further processes attack

honeytrap.carnivore.it ?

6. I hired a honeytrap to catch my man cheating.. and she stole him for ?

"12 Apr 2012 ? Samantha agreed to engineer a situation where Jack would be in a bar or club, and she would be out of the way so Miss Honeytrap could make

http://www.mirror.co.uk/ news/ real-life-stories/ i-hired-a-honeytrap-to-catch-my-man-cheating-787468 ?

7. honeytrap ? definition of honeytrap by The Free Dictionary

"Definition of honeytrap in the Online Dictionary. Meaning of honeytrap. Pronunciation of honeytrap. Translations of honeytrap. honeytrap synonyms, honeytrap

http://www.thefreedictionary.com/honeytrap ?

8. honeytrap ? Oxford Dictionaries

"Definition of honeytrap in British and World English in Oxford dictionary. Meaning , pronunciation and example sentences. English to English reference content."

http://www.oxforddictionaries.com/definition/english/honeytrap ?

9. Honey trap | Define Honey trap at Dictionary.com

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Main Entry: honey trap. Part of Speech: n. Definition: a strategy whereby an attractive person coerces another person into doing or revealing something; also,

dictionary.reference.com/browse/honey+trap ?

10. UK Honey Trap ? HoneyTrap Agency ? Honey Trap ? Home

"Honey trap agency that will test a partners infidelity. Honeytrap Services to the UK ? Spouse Investigation using the popular honey trap method., Uk honey trap

http://www.ukhoneytrap.co.uk ?

BBC Three ? My Murder

My Murder tells the true story of what became known as the honey trap killing.

http://www.bbc.co.uk/programmes/b01f6qz1 ?

BBC NEWS | UK | England | London | Honey trap girl guilty of murder

8 Jul 2009 ? A teenage girl is found guilty of murder by luring a 16-year-old boy to his death in a ?honey trap? plot in south London.

news.bbc.co.uk/2/hi/8116380.stm ?

BBC News ? ?Honeytrap? murder tackled in new BBC drama

26 Mar 2012 ? The cast of BBC Three?s My Murder explain what it was like to dramatise the ? honeytrap? murder of Shakilus Townsend.

http://www.bbc.co.uk/news/entertainment-arts-17473219 ?

"1. Rajeev Motwani ? Wikipedia, the free encyclopedia "

"Death[edit]. Motwani was found dead in his pool in the backyard of his Atherton home on June 5, 2009. The San Mateo County coroner,

https://en.wikipedia.org/wiki/Rajeev_Motwani ?

2. Google founders? mentor Rajeev Motwani found dead in swimming ?

"7 Jun 2009 ? Rajeev Motwani, Stanford professor who worked with search engine ? dead at the age of 47 after apparently falling into his swimming pool."

http://www.theguardian.com/ technology/ 2009/ jun/ 07/ rajeev-motwani-dead-google-swimming-pool ?

"""UNDETECTABLE"" POLITICAL ELECTRO-ASSASSINATION"

"The perfectly healthy person that suddenly falls over dead on a crowded commuter platform, bus, subway or on the street, may have been the victim of a high-tech hit-man. Using either a modified Taser, a portable Medtronic

THE BOOK OF TESLA. Copyright ? original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

defibrillator in a backpack or a motorcycle battery and large capacitor, the attacker runs insulated wires out to highly shielded spiked pads on their finger-tips and simple touches the target, in a certain way, and the victim is silently, undetectably dead from an apparent heart attack. Emergency medical technicians will tell you that they are trained to never shock a person with a ""defib"" unless they are already flat-lined. Doing so to a live person will kill them. Sometimes the hit-man is waiting for the target in their home, hidden in the basement or attic, to do the deed while they are in the shower, or sleeping. The newly spotlighted knowledge of these types of political kill-jobs has police re-examining cold-cases and families signing exhumation orders to look for possible indicators. Although very hard to find, unless you are looking for certain specific trace aspects, science may have made the ""undetectable"", detectable. New tests, for certain chemical elements that the brain and organs release into the system during a heart attack can now be found with state-of-the-art equipment. Entry and exit points, of the electrical occurrence, may also leave skin and cellular modifications that can now be detected."

3. Google mentor Rajeev Motwani dies in drowning accident ? The ?

"7 Jun 2009 ? Rajeev Motwani, Stanford University professor from India & Google mentor, died in a freak drowning accident at his Bay area home on Friday."

timesofindia.indiatimes.com/ world/ us/ Google-mentor-Rajeev-Motwani-dies-in-drowning-accident/ articleshow/ 4627659.cms ?

"4. Rajeev Motwani, Guide in the Creation of Google, Dies at 47 "

"10 Jun 2009 ? Rajeev Motwani, a Stanford computer science professor and an ? police officers went to Mr. Motwani?s home and found him dead at the bottom

http://www.nytimes.com/2009/06/11/business/11motwani.html ?

"5. Rajeev Motwani, Google founder?s mentor, dead ? Rediff.com Business "

"8 Jun 2009 ? The celebrated Stanford professor, Rajeev Motwani, known worldwide for mentoring and advising founders of the companies like Google and

http://www.rediff.com/ money/ report/ google-founder-mentor-rajeev-motwani-dead/ 20090608.htm ?

6. Founder of Google?ASSASSINATED ? PrisonPlanet Forum

"Rajeev Motwani, who was found dead in his swimming pool on June 5, was a non-swimmer and had been considering taking lessons. He had

forum.prisonplanet.com/index.php?topic=109999.0 ?

7. Professor Rajeev Motwani ? Telegraph

"9 Jun 2009 ? Professor Rajeev Motwani, the computer scientist who has died aged 47, advised the founders of Google, the world?s biggest search engine,

http://www.telegraph.co.uk/ news/ obituaries/ technology-obituaries/ 5487846/ Professor-Rajeev-Motwani.html ?

8. Rajeev Motwani dies at 47; Stanford professor mentored Google ?

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"10 Jun 2009 ? Rajeev Motwani, a leading computer scientist and Stanford University professor ? databases and mentored the founders of Google , has died."

http://www.latimes.com/ local/ obituaries/ la-me-rajeev-motwani10-2009jun10-story.html ?

"9. Rajeev Motwani, computer scientist at Stanford; adviser, investor in ? "

"6 Jun 2009 ? Rajeev Motwani, a pioneer researcher in computer science, was also a ? scientist at Stanford; adviser, investor in Silicon Valley, dead at 47."

news.stanford.edu/news/2009/june10/rajeev_motwani-061009.html ?

10. Google Advisor Found Dead in Pool ? Tom?s Guide

"8 Jun 2009 ? Google advisor and Stanford computer science professor, Rajeev Motwani died late last week, aged 47."

"http://www.tomsguide.com/ us/ Rajeev-Motwani-Stanford-Google-advisor, news-4046.html ?    "

11. Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot ?

8 Jan 2013 ? A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known Silicon Valley  ?

http://www.huffingtonpost.com/2013/01/08/gary-conley-dead_n_2431754.html ?

12. Interview with Gary Conley ? YouTube

"27 Aug 2008 ? Gary Conley, CEO of SolFocus, discusses Solar & Alternative Energy at ? Free Energy Giant Death Ray by GREENPOWERSCIENCE 143,334

https://www.youtube.com/watch?v=Jka0m10R5Es ?

13. UPDATE: Body Found Outside Beale Air Force Base Identified ?

"7 Jan 2013 ? Beale?s public affairs office identified the man as Gary D. Conley, 52, ? an airman stationed at the base went missing and was found dead in his

sacramento.cbslocal.com/ 2013/ 01/ 07/ body-found-near-beale-air-force-base/ ?

14. SolFocus no more: pv-magazine

"5 Sep 2013 ? ? ?The company?s website, phone line, and twitter feed are dead.? ? her terribly sad, and that co-founder Gary Conley was a personal friend."

http://www.pv-magazine.com/news/details/beitrag/solfocus-no-more_100012641/ ?

15. Gary D. Conley on Merging Technology ? Video Dailymotion

1 Feb 2012 ? Gary D. Conley on Merging TechnologyThe Asia Society ? Asia SocietyInnovative Energy Solutions: Fueling a Clean Energy FutureBoth the US  ?

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

http://www.dailymotion.com/ video/ xgkpsq_gary-d-conley-on-merging-technology_news ?

"16. Deaths, so far, In These Scandals! Murders and Acquisitions ? ? snark "

31 Oct 2012 ? Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot Wound. A man found dead Sunday afternoon from a gunshot wound outside a  ?

boycotttesla.wordpress.com/2012/10/31/tesla-caught-in-lies/ ?

Our new ?Don?t Be Evil-? video ? Final Version_low

"Deaths, so far, In These Scandals! Murders and  Acquisitions

31 WednesdayOct 2012

Posted by EDITORS in Uncategorized

÷ 11 Comments

"Tags auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, illuminati, Iron Man, Issa, James D Johnston, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, plane crash, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation"
STRANGE PASSINGS: More than coincidence? Lot?s of bodies piling up?

"James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ?Boston Brakes?

One Birth Certificate certifier- Heart attack AND plane crash at the same time?

Rajeev Motwani- Taught Google Engineers How To Make Bulk Privacy Harvesting Search Engine. Found floating face down in pool.- Murder or Suicide?

"Investigative Reporter Michael Hastings fiery crash- ?Boston Brakes?? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. Rory Johnson- Targeted by DOE for his novel engine patent- Dead!"

Stanley Meyer- Hydrogen car promoter- Murder by poisoning?

JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building.

"William ?Bill? Broeksmit Deutsche Banker , Tesla German ?safety inspection fixer? who got a free-pass for Tesla on safety report in Germany- Hanged at home!"

"Danny Lewin, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11

"Ravi Kumra- Founder, Tesla Capital- Murdered!"

"Gary D. Conley- Hydrogen Energy Investor/Entrepreneur/whistleblower. Reknown, award-winning, green energy CEO found shot in head in back of military base after complaining of industry corruption. Disliked John Doerr & his buddies.- Murder or Suicide

Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?

One Senator?s Son- Accidental Plane Crash or ?Boston Brakes???

White House liason?s wife- Burned to Death in Parked Car/Murder?

"John Wheeler- Washington DC- Drugged, escaped, recaptured, murdered

Two Guys from McKinsey Consulting- Questionable Circumstances?

The electric rail systems in most major cities across the U.S.- Killed by GM?

"Top DC Madam?s and Escorts, including ?THE? DC Madam herself- Suicides

Three ?Consultants?- Questionable Circumstances?

The Husband of a well known politician- Suicide?

Tata Motors Head Karl Slym dies in fall from hotel- Suicide or Push?

Wall Street Journal DOE/Oil Investigative Writer David Bird Missing- ???

"Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states

"https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C."

Four lobbyist Lawyers- Suicide?

Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder?

One Senator- Accidental Plane Crash?

Senior DB family members- Accidental Plane Crash?

"Two people were killed in a head-on crash by a Tesla driver- Traumatic Death, ?Boston Brakes?

And the list keeps on growing??.. DETAILS BELOW and ONLINE:


"Do a connection chart using social relationship software   (ie: http://www.smrfoundation.org) for every death of a prominent Washington DC official from 2000 to 2013 and notice the curves, relationships and spike points. It is a bit frightening. Plane crash, heart attack, hanging and jump are the most untraceable kill-types per Brazilian secret police. Per Tom Clancey: first you ?taint? the subject with a sex or money scandal then you whack them, then you get an erroneous toxins report filed, so people will think it was the ?victims fault? and not pay too much attention. TDS- Boston G"


John Wheeler murder: Last sighting of top White House aide found ?


"Jan 5, 2011 ? ?Disorientated and wearing just one shoe': Bizarre last sighting of top ? Vietnam Veterans

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Memorial wall in Washington DC, was discovered on  ? http://www.dailymail.co.uk/ news/ article-1344347/ John-Wheeler-murder-Last-sighting-White-House-aide-dumped-landfill.ht ml ?       "

 "Category:Politicians who committed suicide ? Wikipedia, the free

 "? who committed suicide. From Wikipedia, the free encyclopedia. Jump to: navigation, search. Politicians and national rulers who committed suicide. https://en.wikipedia.org/ wiki/ Category:Politicians_who_committed_suicide ?    "

 Category:Australian politicians who committed suicide ? Wikipedia ?

 "Pages in category ?Australian politicians who committed suicide?. The following 9 pages are in this category, out of 9 total. This list may not reflect recent  ? https://en.wikipedia.org/ wiki/ Category:Australian_politicians_who_committed_suicide ?    "

 Category:American politicians who committed suicide ? Wikipedia ?

 "Pages in category ?American politicians who committed suicide?. The following 89 pages are in this category, out of 89 total. This list may not reflect recent  ? https://en.wikipedia.org/ wiki/ Category:American_politicians_who_committed_suicide ?    "

 "Category:British politicians who committed suicide ? Wikipedia, the

 "Pages in category ?British politicians who committed suicide?. The following 27 pages are in this category, out of 27 total. This list may not reflect recent changes   ? https://en.wikipedia.org/ wiki/ Category:British_politicians_who_committed_suicide ?    "

 The Political Graveyard: Politicians Who Committed Suicide

 "En route to New York City aboard the Benjamin Franklin, he apparently committed suicide by jumping from the ship and drowning, in Long Island Sound, June 9,  ? http://www.politicalgraveyard.com/death/suicide.html ?  "

 Lobbyist Ashley Turton found dead in vehicle at ? ? Washington Post

 "Jan 10, 2011 ? Video. D.C. lobbyist found dead inside burning car. A Washington lobbyist who was the wife of a White House adviser was found dead inside a  ? www.washingtonpost.com/ wp-dyn/ content/ article/ 2011/ 01/ 10/ AR2011011006927.html ?    ?????????????????-"

 "Ashley Turton, wife of White House liaison Daniel Turton, found

 "Jan 10, 2011 ? A woman found burned to death in a car in Washington was the wife of a White House liaison. ? Monday, where the Washington lobbyist was found dead. ? killed in a car fire in the couple?s home in Washington, D.C.. http://www.nydailynews.com/ news/ national/ ashley-turton-wife-white-house-liaison-daniel-turton-found-dead-burni ng-car-report-article-1.149161 ?    "

 "DC lobbyist, wife of White House adviser dies | New York Post"

 "Jan 10, 2011 ? WASHINGTON ? A Washington lobbyist who was the wife of a White House adviser has been found dead inside a burning car in southeast  ? http://www.nypost.com/ 2011/ 01/ 10/ dc-lobbyist-wife-of-white-house-adviser-dies/ ?    ?????????????????????????-"

 "Craig J. Spence ? Wikipedia, the free encyclopedia"

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Contents. 1 Background; 2 Washington Call-Boy Scandal; 3 Death; 4 External links; 5 References ?. Lobbyist Linked to Sex Case Is Found Dead. The New York  ? en.wikipedia.org/wiki/Craig_J._Spence ?     ????????????????????????-

?Little Tony? found guilty in Boulis murder trial ? Collections ? Sun ?

"Oct 25, 2013 ? Anthony ?Little Tony? Ferrari is guilty of first-degree murder and ? and the buyers who emerged were Washington, D.C., lobbyist Jack Abramoff  ? articles.sun-sentinel.com/ 2013-10-25/ news/ fl-boulis-trial-verdict-watch-20131025_1_boulis-murder-trial-suncruz- casino-boat-fleet-james-pudgy-fiorillo ?     ????????????????????????????

"David Werner, Former Member of the Capitol Steps, Found Dead

"Aug 26, 2013 ? David Werner. Photograph courtesy of Leading Authorities. David L. Werner, a popular local singer, comedian, and former member of the  ? www.washingtonian.com/ blogs/ capitalcomment/ local-news/ breaking-david-werner-a-former-member-of-the-capitol-steps-was-found- dead-over-the-weekend.php ?     ????????????????????????????

Lobbying ? Salon.com

Lobbying. ? Will Bezos? Washington Post be a mouthpiece? Amazon?s ranking ?. D.C. Cop Charged With Making Child Porn Found Dead In Potomac River. http://www.salon.com/topic/lobbying ?     ????????????????????????????-

sex and crime in DC ? Progressive Review

"For example, one way to keep a congress member bought is for a lobbyist to provide ? RELIABLE SOURCE, WASH POST New stop on D.C.?s sex scandal tour: ?. Spence was found dead in a Boston hotel room last fall, and authorities ruled  ? http://www.prorev.com/sexindc.htm ?     ????????????????????????????

ACLU figure Larry Frankel found dead in Washington creek ? Philly ?

"Aug 31, 2009 ? If Larry Frankel, past executive director and longtime lobbyist for the ? counsel for the ACLU?s Washington office, was found dead in the stream that gives ? brothers to the D.C. Medical Examiner?s Office to identify his body. articles.philly.com/ 2009-08-31/ news/ 24986542_1_lobbyist-aclu-s-washington-body ?     ????????????????????????????

Victims in crash that killed Stevens identified | Politics | McClatchy DC

"Aug 10, 2010 ? The conditions of the other two, lobbyist Jim Morhard, 53, of Alexandria, Va., and Willy Phillips, 13, of the Washington, D.C., area, were not made public. ? ?And it was at that point that they found out that the group never arrived  ? http://www.mcclatchydc.com/ 2010/ 08/ 10/ 98911/ eight-aboard-plane-that-crashed.html ?     ????????????????????????????-"

Well-Known Washington Transportation Planner Killed ? Governing

"Nov 12, 2013 ? A well-known transportation planner in the Washington, D.C-region was found killed in his Alexandria, Va. home, police said Tuesday. http://www.governing.com/ topics/ transportation-infrastructure/ Well-Known-Washington-Transportation-Planner-Killed.html ?     ????????????????????????????

"Josh Burdette, 9:30 Club manager, dead | WJLA.com"

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Sep 3, 2013? the well-known and well-liked manager and crew chief of D.C.?s 9:30 Club. ? WASHINGTON (WJLA) ? Nearly two days after his passing, family ? Burdette was found dead inside his Kensington home early Sunday evening. http://www.wjla.com/ articles/ 2013/ 09/ josh-burdette-9-30-club-manager-dead-93491.html ?     ??????????????????????????

THE CLINTON BODY-COUNT ? What Really Happened

"That means that the killers included at least one person known to the victims. ? Found dead in Ft. Marcy Park in Washington, DC, of a supposed suicide by ? Colby had old enemies as well as new, with plenty of motives for his extermination. http://www.whatreallyhappened.com/RANCHO/POLITICS/BODIES.html ?    "

Crossing Obama Can Be Deadly! | A Sheep No More

"2 days ago ? Kam Kuwata ? was found dead inside his Venice home after friend ? concerned that they ? or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., ? They were well known for their work. http://www.asheepnomore.net/2013/12/13/crossing-obama-can-be-deadly/ ?    "

"Sheila Stewart, Radio One Personality, Killed in ? ? NBC Washington"

"Oct 31, 2013 ? A local radio personality was killed in a car accident in Atlanta, Georgia ? Stewart , who worked for D.C.?s Radio One stations, had been staying  ? http://www.nbcwashington.com/ news/ local/ Sheila-Stewart-Radio-One-Personality-Killed-in-Car-Accident-229100381 .html ?    "

D.C. Madam Found Dead of Apparent Suicide ? ABC News

"May 1, 2008 ? A jury in Washington, D.C. found Palfrey guilty of money laundering, ? Several well-known men were reportedly clients of her service, including  ? abcnews.go.com/Blotter/story?id=4765743 ?    "

Prison Planet.com ⁻ ?Mancow? Muller: Breitbart Was Murdered

"Mar 7, 2012 ? Mancow Muller: Breitbart Was Murdered. Contrary to today?s release of edited and seemingly innocuous footage that shows Barack Obama  ? http://www.prisonplanet.com/mancow-muller-breitbart-was-murdered.html ?    "

Was Andrew Breitbart Murdered? | RedState

"Mar 5, 2012? Because knowing the malicious temperament of the radical left in America that hated Breitbart, we should not rule out that they killed him. http://www.redstate.com/nikitas3/2012/03/05/was-andrew-breitbart-murdered/ ?    "

25 People Who Think President Obama Killed Andrew Breitbart

"Mar 1, 2012 ? A bunch of people seem to believe there?s a conspiracy behind Andrew Breitbart?s death. The theory is that Breitbart had a video from? http://www.buzzfeed.com/ mjs538/ people-who-think-president-obama-killed-andrew-bre ?    "

Who killed Andrew Breitbart? ? Save America Foundation

"Apr 29, 2012 ? We hear today of yet another very strange death in the saga of the sudden death of Andrew Breitbart, a man I was shocked had a sudden major  ? http://www.saveamericafoundation.com/ 2012/ 04/ 29/ what-or-who-killed-andrew-breitbart-now-the-coroner-is-dead-what-did- he-know-by-fred-brownbill/ ?    "

Now a witness to Breitbart?s death vanishes ? WorldNetDaily

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"May 7, 2012 ? Corsi?s latest book is ?Who Really Killed Kennedy?? rss feed ? On the day the Los Angeles County coroner released Breitbart?s autopsy report, ? http://www.wnd.com/2012/05/now-a-witness-to-breitbarts-death-disappears/ ?    ???????????????????????-"

The Mysterious Death of Karen Silkwood | Legacy.com

"Nov 13, 2010 ? Thirty-six years ago, union activist and plutonium plant worker Karen Silkwood was found dead in what police ruled a single-car accident. http://www.legacy.com/ news/ legends-and-legacies/ the-mysterious-death-of-karen-silkwood/ 135/ ?    "

The Life and Mysterious Death of Karen Silkwood ? on truTV?s ?

"Controversial nuclear safety whistleblower Silkwood died before she had her day in court. An examination of her life, the case and her suspicious death. http://www.trutv.com/ library/ crime/ criminal_mind/ forensics/ karen-silkwood/ martyrdom.html ?    "

Who Killed Karen Silkwood? a $10.5 Million Verdict Still Leaves a ?

"Jun 4, 1979 ? For Karen Silkwood?s parents, the last four and a half years have been ? a state trooper knocked on the door to notify them of Karen?s death. http://www.people.com/people/archive/article/0,,20073789,00.html ?    "

Drath murder case exposes bizarre lifestyle of Georgetown couple ?

"Apr 24, 2012 ? Drath murder case exposes bizarre lifestyle of Georgetown couple ? On Wednesday, Mr. Muth, 47, is scheduled to appear in D.C. Superior Court for his ? Drath worked in Washington as a journalist and college professor. www.washingtontimes.com/ news/ 2012/ apr/ 24/ drath-murder-case-exposes-bizarre-lifestyle-of-geo/ ? page=all ?    "

Clara Schwartz: A Deadly Game ? Murder ? Crime Library on ?

Murder. December 2001 was a difficult month for the DC area. While the ? shot in his car in front of his two children on Christmas Eve in northwest Washington. ? his bizarre confession and the reasons he gave initially pushed investigators in  ? http://www.trutv.com/library/crime/notorious_murders/family/clara_schwartz/ ?

The Bizarre Case Of A Murdered DC Socialite Is ? ? Business Insider

"Mar 22, 2013 ? WASHINGTON (AP) ? The already-bizarre criminal case of a slain German socialite and journalist has been brought to a virtual standstill by  ? http://www.businessinsider.com/albrecht-muth-is-fasting-2013-3 ?    "

Another bizarre murder of special forces veteran. Chris Kyle dies at ?

"Feb 3, 2013 ? Another bizarre murder of special forces veteran. ?. Washington D.C. Now granted the freeloader living there is a spineless b! tch and would  ? http://www.examiner.com/ article/ another-bizarre-murder-of-special-forces-veteran-chris-kyle-dies-at-g un-range ?    "

Disappearing Witnesses ? Mae Brussel

"Over 100 murders, suicides, mysterious deaths?the strange fate of those who ? the meeting while testifying in Washington on April 22, 1964, since Bill Hunter, ?.. when no penicillin could be located in Washington, D.C. in September 1971. http://www.maebrussell.com/ Disappearing%20Witnesses/ Disappearing%20Witnesses.html ?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"

Case of slain socialite in DC takes bizarre turns | Fox News

"Feb 27, 2012 ? Case of slain socialite in DC takes bizarre turns ? WASHINGTON ? She was a 91 -year-old expatriate journalist with a deep fluency in foreign affairs ? Her husband, who reported finding her body, was charged with murder. http://www.foxnews.com/ us/ 2012/ 02/ 27/ case-slain-socialite-in-dc-takes-bizarre-turns/ ? "

Was Michael Hastings Murdered? Internet Conspiracy Theories Are ?

"Jun 25, 2013 ? Fourth, the car accident itself was pretty bizarre. ? As a junior at Georgetown University in Washington DC, I?m studying Government, Women?s ? http://www.policymic.com/ articles/ 50533/ was-michael-hastings-murdered-internet-conspiracy-theories-are-rife ?    "

The Story Of A Failed Startup And A Founder Driven To Suicide

"Apr 4, 2013 ? A few months ago, on Sunday, January 27, an entrepreneur named Jody Sherman had plans to see a movie with a friend. But that afternoon  ? http://www.businessinsider.com/jody-sherman-ecomom-2013-4 ?    "

Suicide in Silicon Valley ? ToobBox.com

"Jul 14, 2013 ? The recent suicides of Jody Sherman, Aaron Swartz and Ilya Zhitomirskiy are tragic but all too familiar stories. Some might also recall the  ? http://www.toobbox.com/blog/suicide-in-silicon-valley/ ?    "

Suicide in the Silicon Valley | Male Success Norms Bad for Men Too ?

"Feb 24, 2013 ? Judging men or women playing zero-sum games based on out-dated and harmful gender stereotypes is not good for business, not good for  ? http://www.forbes.com/ sites/ shenegotiates/ 2013/ 02/ 24/ male-success-norms-are-bad-for-the-guys-too/ ?    "

Modern Luxury | San Francisco Magazine | Dark side of the boom

"Feb 17, 2012 ? Then 22-year-old cofounder Ilya Zhitomirskiy committed suicide. ? In the unforgiving environment of the newly booming Silicon Valley, though, ? burn in the Valley, the lore goes, and still have venture capitalists lining up to  ? http://www.modernluxury.com/san-francisco/story/dark-side-of-the-boom ?    "


"-Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like  suicide!"

30 WednesdayJul 2014

Posted by EDITORS in Uncategorized

÷ Leave a comment

"Tags Alexander Litvinenko death, and other, Russian, russian spies, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

"Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"By getting doctors, who are on the take, to change a target?s regular medication, diet or food source or by planting drugs on their sheets to be absorbed by the skin. Bad guy spies can make you kill yourself so their hands are, apparently, clean. Per The Telegraph: Researchers at John Hopkins University in Baltimore, US, found that variations in a single gene can be used to predict if someone is likely to take their own life. Sarah Knapton, Science Correspondent reports that A blood test that can predict whether someone may attempt suicide has been developed by scientists in a breakthrough which could prevent hundreds of deaths and explain hundreds of political and journalist murders that were, at first, thought to be suicides. In addition to non-detectable Cardiac Arrest gasses, that spies are now known to use, they have this other, more insidious tool."

American researchers have found that variations in a single gene can be used to predict if someone is likely to take their own life.

Those mutations can be spotted through a simple blood test which could allow therapists or doctors to intervene before it is too late.

"It could be useful for screening soldiers before they enter warzones, or checking their risk of suicide on their return, the scientists say."

"Researchers at John Hopkins University, in Baltimore, Maryland, found that the gene SKA2 stopped functioning correctly in people at risk of suicide."

"The gene is responsible for keeping levels of cortisol ? the stress hormone ? under control. ?Suicide is a major preventable public health problem, but we have been stymied in our prevention efforts because we have no consistent way to predict those who are at increased risk of killing themselves,? says study leader Dr Zachary Kaminsky, an assistant professor of psychiatry and behavioural sciences. ?With a test like ours, we may be able to stem suicide rates by identifying those people and intervening early enough to head off a catastrophe.? The blood test managed to predict those with the severe risk of suicide with 90 per cent accuracy. They could also spot if someone had already attempted suicide with 96 per cent accuracy, simply by looking at the levels of SKA2. The SKA2 gene is found in the prefrontal cortex of the brain, and is involved in preventing negative thoughts and controlling impulsive behaviour. If there isn?t enough SKA2, or it is altered in some way, the body cannot control levels of cortisol. Previous research has shown that people who attempt suicide or who take their own lives have large amounts of cortisol in their systems. A test could allow doctors or psychologists to place patients on ?suicide watch? and restrict their access to drugs or equipment which they could use to end their own life. Dr Kaminsky said it could also help doctors know whether to give medications which are linked to suicidal thoughts. ?We have found a gene that we think could be really important for consistently identifying a range of behaviours from suicidal thoughts to attempts to completions,? Kaminsky said. ?We need to study this in a larger sample but we believe that we might be able to monitor the blood to identify those at risk of suicide.? The research was reported in the American Journal of Psychology. Bottom line: If you are doing something political and you are feeling ? kinda off? get your Cortisol levels checked in your blood. Was the Reddit Guy ?Cortisol?d?

"1. Alexander Litvinenko ? Wikipedia, the free encyclopedia "

"Although he was often called a ?Russian spy? by western press, throughout his ?.. Two weeks before his poisoning, Alexander Litvinenko accused Vladimir

https://en.wikipedia.org/wiki/Alexander_Litvinenko ?

"2. Poisoning of Alexander Litvinenko ? Wikipedia, the free encyclopedia "

?British police arrive in Moscow to hunt for spy death clues?. The Times (London). ?. ?London doctor: Radioactive poison may be in ex-Russian spy?. USA Today.

https://en.wikipedia.org/wiki/Poisoning_of_Alexander_Litvinenko ?

3. BBC News ? Alexander Litvinenko death: UK announces public inquiry

"22 Jul 2014 ? Mr Litvinenko, 43, died after he was poisoned with radioactive polonium ? He denies any involvement but says Mr Litvinenko was a British spy

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.bbc.com/news/uk-28416532 ?

4. UK Will Hold Public Enquiry Into Polonium-Poisoned Spy

22 Jul 2014 ? UK Will Hold Public Enquiry Into Whether Russia Killed Polonium-Poisoned Spy Alexander Litvinenko. The Huffington Post UK.

http://www.huffingtonpost.co.uk/ 2014/ 07/ 22/ alexander-litvinenko-russia-polonium_n_5608456.html ?

5. UK to investigate ex Russian spy poisoning | Stuff.co.nz

23 Jul 2014 ? Britain announced on Tuesday (local time) it would hold a public inquiry into the death of a former Russian spy who accused Russian President  ?

http://www.stuff.co.nz/ world/ europe/ 10297919/ UK-to-investigate-ex-Russian-spy-poisoning ?

6. Now widow of poisoned Russian spy calls for David ? ? Daily Mail

"2 days ago ? The widow of murdered Russian spy Alexander Litvinenko has called on the Conservatives to return a œ160,000 donation from the wife of one

http://www.dailymail.co.uk/ news/ article-2707894/ Now-widow-poisoned-Russian-spy-calls-David-Cameron-hand-tennis-cash.h tml ?

7. Terrible effects of poison on Russian spy shown in first pictures ?

21 Nov 2006 ? Poisoned spy accused Putin of being a paedophile ?. Thallium is such a deadly poison that treatment has to be given within six hours to be  ?

http://www.dailymail.co.uk/ news/ article-417248/ Terrible-effects-poison-Russian-spy-shown-pictures.html ?

8. Alexander Litvinenko: public inquiry to be held into spy?s death ?

22 Jul 2014 ? The home secretary has announced a public inquiry into who killed the former KGB spy Alexander Litvinenko by radiation poisoning in a  ?

http://www.theguardian.com/ world/ 2014/ jul/ 22/ alexander-litvinenko-public-inquiry-spy-announced-putin ?

9. How the MH17 crisis helped reopen the case of a poisoned former ?

22 Jul 2014 ? LONDON ? The killing of former KGB spy Alexander Litvinenko began with a poison-laced cup of tea and ended 25 days later with an  ?

http://www.washingtonpost.com/ blogs/ worldviews/ wp/ 2014/ 07/ 22/ how-the-mh17-crisis-may-reopen-the-case-of-a-poisoned-former-kgb-spy/ ?

10. Yasser Arafat ?poisoned with polonium which also killed ex-Russian ?

15 Oct 2013 ? Tests show Mr Arafat?s body contained high levels of polonium ? the radioactive element used to kill ex-Russian spy Alexander Litvinenko in  ?

http://www.mirror.co.uk/ news/ world-news/ yasser-arafat-poisoned-polonium-also-2372116 ?

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"-Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like  suicide!"

"Tags Alexander Litvinenko death, and other, Russian, russian spies, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

"Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

"By getting doctors, who are on the take, to change a target?s regular medication, diet or food source or by planting drugs on their sheets to be absorbed by the skin. Bad guy spies can make you kill yourself so their hands are, apparently, clean. Per The Telegraph: Researchers at John Hopkins University in Baltimore, US, found that variations in a single gene can be used to predict if someone is likely to take their own life. Sarah Knapton, Science Correspondent reports that A blood test that can predict whether someone may attempt suicide has been developed by scientists in a breakthrough which could prevent hundreds of deaths and explain hundreds of political and journalist murders that were, at first, thought to be suicides. In addition to non-detectable Cardiac Arrest gasses, that spies are now known to use, they have this other, more insidious tool."

American researchers have found that variations in a single gene can be used to predict if someone is likely to take their own life.

Those mutations can be spotted through a simple blood test which could allow therapists or doctors to intervene before it is too late.

"It could be useful for screening soldiers before they enter warzones, or checking their risk of suicide on their return, the scientists say."

"Researchers at John Hopkins University, in Baltimore, Maryland, found that the gene SKA2 stopped functioning correctly in people at risk of suicide."

"The gene is responsible for keeping levels of cortisol ? the stress hormone ? under control. ?Suicide is a major preventable public health problem, but we have been stymied in our prevention efforts because we have no consistent way to predict those who are at increased risk of killing themselves,? says study leader Dr Zachary Kaminsky, an assistant professor of psychiatry and behavioural sciences. ?With a test like ours, we may be able to stem suicide rates by identifying those people and intervening early enough to head off a catastrophe.? The blood test managed to predict those with the most severe risk of suicide with 90 per cent accuracy. They could also spot if someone had already attempted suicide with 96 per cent accuracy, simply by looking at the levels of SKA2. The SKA2 gene is found in the prefrontal cortex of the brain, and is involved in preventing negative thoughts and controlling impulsive behaviour. If there isn?t enough SKA2, or it is altered in some way, the body cannot control levels of cortisol. Previous research has shown that people who attempt suicide or who take their own lives have large amounts of cortisol in their systems. A test could allow doctors or psychologists to place patients on ?suicide watch? and restrict their access to drugs or equipment which they could use to end their own life. Dr Kaminsky said it could also help doctors know whether to give medications which are linked to suicidal thoughts. ?We have found a gene that we think could be really important for consistently identifying a range of behaviours from suicidal thoughts to attempts to completions,? Kaminsky said. ?We need to study this in a larger sample but we believe that we might be able to monitor the blood to identify those at risk of suicide.? The research was reported in the American Journal of Psychology. Bottom line: If you are doing something political and you are feeling ? kinda off? get your Cortisol levels checked in your blood. Was the Reddit Guy ?Cortisol?d?

"1. Alexander Litvinenko ? Wikipedia, the free encyclopedia "

"Although he was often called a ?Russian spy? by western press, throughout his ?.. Two weeks before his poisoning, Alexander Litvinenko accused Vladimir

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://en.wikipedia.org/wiki/Alexander_Litvinenko ?

"2. Poisoning of Alexander Litvinenko ? Wikipedia, the free encyclopedia "

?British police arrive in Moscow to hunt for spy death clues?. The Times (London). ?. ?London doctor: Radioactive poison may be in ex-Russian spy?. USA Today.

https://en.wikipedia.org/wiki/Poisoning_of_Alexander_Litvinenko ?

3. BBC News ? Alexander Litvinenko death: UK announces public inquiry

"22 Jul 2014 ? Mr Litvinenko, 43, died after he was poisoned with radioactive polonium ? He denies any involvement but says Mr Litvinenko was a British spy

http://www.bbc.com/news/uk-28416532 ?

4. UK Will Hold Public Enquiry Into Polonium-Poisoned Spy

22 Jul 2014 ? UK Will Hold Public Enquiry Into Whether Russia Killed Polonium-Poisoned Spy Alexander Litvinenko. The Huffington Post UK.

http://www.huffingtonpost.co.uk/ 2014/ 07/ 22/ alexander-litvinenko-russia-polonium_n_5608456.html ?

5. UK to investigate ex Russian spy poisoning | Stuff.co.nz

23 Jul 2014 ? Britain announced on Tuesday (local time) it would hold a public inquiry into the death of a former Russian spy who accused Russian President  ?

http://www.stuff.co.nz/ world/ europe/ 10297919/ UK-to-investigate-ex-Russian-spy-poisoning ?

6. Now widow of poisoned Russian spy calls for David ? ? Daily Mail

"2 days ago ? The widow of murdered Russian spy Alexander Litvinenko has called on the Conservatives to return a œ160,000 donation from the wife of one

http://www.dailymail.co.uk/ news/ article-2707894/ Now-widow-poisoned-Russian-spy-calls-David-Cameron-hand-tennis-cash.h tml ?

7. Terrible effects of poison on Russian spy shown in first pictures ?

21 Nov 2006 ? Poisoned spy accused Putin of being a paedophile ?. Thallium is such a deadly poison that treatment has to be given within six hours to be  ?

http://www.dailymail.co.uk/ news/ article-417248/ Terrible-effects-poison-Russian-spy-shown-pictures.html ?

8. Alexander Litvinenko: public inquiry to be held into spy?s death ?

22 Jul 2014 ? The home secretary has announced a public inquiry into who killed the former KGB spy Alexander Litvinenko by radiation poisoning in a  ?

http://www.theguardian.com/ world/ 2014/ jul/ 22/ alexander-litvinenko-public-inquiry-spy-announced-putin ?

9. How the MH17 crisis helped reopen the case of a poisoned former ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

22 Jul 2014 ? LONDON ? The killing of former KGB spy Alexander Litvinenko began with a poison-laced cup of tea and ended 25 days later with an  ?

http://www.washingtonpost.com/ blogs/ worldviews/ wp/ 2014/ 07/ 22/ how-the-mh17-crisis-may-reopen-the-case-of-a-poisoned-former-kgb-spy/ ?

Faking Heart attacks with gas vapors and cardiac-targeted electromagnetic pulse guns...


10. Yasser Arafat ?poisoned with polonium which also killed ex-Russian ?

15 Oct 2013 ? Tests show Mr Arafat?s body contained high levels of polonium ? the radioactive element used to kill ex-Russian spy Alexander Litvinenko in  ?

http://www.mirror.co.uk/ news/ world-news/ yasser-arafat-poisoned-polonium-also-2372116 ?


Law news

Most of Government?s Own Watchdogs Say They?re Stonewalled

"Melissa Quinn / @MelissaQuinn97 / August 07, 2014 / 0 comments"


"A joint complaint from 47 of 73 inspectors general went to the House Oversight and Government Reform Committee, which meets in this hearing room. (Photo: Oversight and Reform Committee)"

"More than half of the federal government?s inspectors general have joined to lodge a formal complaint that the Obama administration places ?serious limitations? on their ability to uncover waste, fraud, and abuse. A total of 47 of the 73 government watchdogs sent the unprecedented letter to leaders of two congressional committees, Fox News reported. In their  complaint, the inspectors general say:"

"Agency actions that limit, condition, or delay access thus have profoundly negative consequences for our work: they make us less effective, encourage other agencies to take similar actions in the future, and erode the morale of the dedicated professionals that make up our staffs."

"The watchdogs include IGs from the National Security Agency, Department of Homeland Security, and Department of Justice. They wrote Tuesday to the House Oversight and Government Reform Committee and the Senate Homeland Security and Governmental Affairs Committee. They call on the oversight leaders to reaffirm the commitment of Congress to helping IGs combat waste, fraud, and abuse, and to exert ?all available powers to enforce? access to agencies that refuse to comply. Government bureaus, the IGs write, typically prevented them from obtaining relevant information by calling it ?privileged.? These restrictions, they add, risk ?leaving the agencies insulated from scrutiny and  unacceptably vulnerable to  mismanagement and misconduct ? the very problems that our offices were established to review and that the American people expect us to be able to address.? Hans von Spakovsky, senior legal fellow at The Heritage Foundation, told The Daily Signal that the IGs? letter is both unprecedented and telling:"

This unprecedented complaint by a majority of the federal government?s inspectors general that the Obama administration is obstructing their ability to investigate corruption shows just how far the administration is willing to go to hide its wrongdoing.

THE BOOK OF TESLA, Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The IGs describe three specific instances in which government agencies would not give them access to records and other information needed to do their oversight work properly:

The Peace Corps refused to provide records of reported sexual assaults that were needed for an investigation into how the agency handled such cases.

"In a statement to Fox News, a Peace Corps spokeswoman reaffirmed the agency?s commitment to ?working with the inspector general to ensure rigorous oversight while protecting the confidentiality and privacy of volunteers who are sexually assaulted.

The Department of Justice would not produce three separate reviews until officials learned that the documents would be of assistance to the agency?s leadership.

"DOJ spokesman Brian Fallon told Fox that the inspector general received all information requested, but that ? because the documents at issue included grand jury material, credit reports, and other information whose dissemination is restricted by law, it was necessary to identify exceptions to the law to accommodate the inspector general?s request.

The Environmental Protection Agency?s Chemical Safety and Hazard Investigation Board refused to provide requested documents during an investigation.

"House Oversight Chairman Darrell Issa, R-Calif., said of the 47 IGs? letter:"

"If there is anyone who should have transparency [from the government], it should be the watchdogs inside the government working for the president."

"Because many IG reports and activities are not public until their completion, Issa said, ?some of the best examples of obstruction probably are the ones the IGs don?t want to say in a public format.? Inspectors general played a crucial role in investigating allegations that the Internal Revenue Service targeted tea party and other conservative groups seeking tax-exempt status. They also identified internal weaknesses at the Export-Import Bank. Inspectors general for both the IRS and the Export-Import Bank agencies signed the letter. Von Spakovsky, co-author of a book about Attorney General Eric Holder?s Justice Department, said the allegations by the agency? s inspector general are notable. He  told The Daily Signal:"

The complaint by the Justice Department?s IG is particularly concerning and very revealing. Eric Holder has no hesitation in abusing his power to prevent the public from finding out about the rank politicization of justice and the attorney general?s corrupt exploitation of his authority as the chief law enforcement officer of the United States.

"In the wake of the Watergate scandal, Congress in 1978 passed the Inspector General Act establishing the initial 12 IG offices. The law stipulates that each official watchdog has ?complete, unfiltered, and timely access to all information and materials available to the agency that relate to that inspector general?s oversight activities, without unreasonable administrative burdens,? the letter to the congressional committees states. Issa, saying ? there has never been a letter even with a dozen IGs complaining,? called the letter unprecedented. He added:"

"This is the majority of all inspectors general saying not just in the examples they gave, but government wide, they see a pattern that is making them unable to do their job."

The Oversight Committee chairman said he intends to hold hearings to delve into issues raised by the IGs? letter when lawmakers return to Washington in September. This post has been   updated. Read the 47 IGs? letter:  IG Access Letter to Congress

335
3.7k
@MelissaQuinn97

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Who's Tesla's Bitch? THE LIST:

"(Draft 1.5 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Recently, when Elon Musk's other company: Space X, started crashing and secretly laid off a huge staff count (they are now being sued over this) they ALICE alerts went out with the ""tell them nothing-to-see-here"" message. This began to reveal the GameChangers news spin-synchronization scandal now disclosed by the Media Trackers group, and others. A lawsuit is in preparation to sue each of the writers individually, and as a group, for conspiracy to engage in stock fraud. Tesla's employees and records show that Tesla's actual circumstances have always been far different from what these reporters stated in their synchronized media manipulations. This has precedent as grounds for conspiracy fraud and securities fraud. Emails and alerts show that reporters were asked

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

to spin-synchronize and coordinate ""BS stories"" and ""smoke screen stories"" at times when known negative news about Tesla was coming out. Because the reporters were informed of different circumstances than what they wrote, and some of them hold stock in Tesla, and related ventures, direct intent to defraud can be proven and their personal assets attached for recovery in the event of a jury award. Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Media Tracker and a number of other groups have had all of the companies, and individuals on tracking systems and can now metricize and quantify who did what, when. Who conspired and coordinated what and who wrote the truth and who coordinated lies. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?:"

 "-- Google (Investors) - Hundreds of online news outlets - Google has purchased, or acquired over 40% of internet traffic and can now delete, or dead-end, information it does not like, before you can see it. This is a violation of Freedom of Speech (aka: The First Amendment) - Also via web routing manipulation"

 "-- Hearst Communications (Investors) - SFGate.com and hundreds of ""media websites"" - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O Magazine - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc..."

 -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc...

 THE FORBIDDEN TESLA TIMELINE THAT THE COVER-UP PEOPLE DON'T WANT YOU TO SEE:

 "- How Senators insider stock and campaign funding kickback scheme funded a car company with stock market manipulation (SOURCE: SOMO1) Derived from RICO CASE FILE #456-D-hj45A and Tesla Employee Testimony. 15 Tesla employees have provided every company email since 2003, between all suppliers, investors and third parties. (Their hard drives did not crash). All of this information can be independently verified with minor research and interviews. HIGHLIGHTS: (Full Timeline is 42 pages long) 1880's- Detroit Electric sells Electric cars commercially 1900. 38 percent of US automobiles are powered by electricity, but as Henry Ford designed the much cheaper T-Ford, the electric cars began to disappear. 1970s. The price of gasoline hits record because of a series of energy crises, so the interest in electric cars increased again. June 1971. Elon Musk was born. 1996-1999. General Motors produced an electric car called EV1 and leased it to customers. 1999. Elon Musk sold his company Zip2 and made $22 million. He founded X.com that would become PayPal. October 2002. eBay acquired PayPal and Elon Musk made $165 million. 2003.   General Motors cancelled the lease program and removed the last EV1 from the streets. They said they couldn't sell enough of the cars to make the EV1 profitable. July. Martin Eberhard and Marc Tarpenning incorporated Tesla Motors. They had earlier made a feasibility study to see if they could make an electric car. They now made a feasibility study together with AC

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Propulsion to see if the batteries would work. November. The 2 employees searched for a partner to build the rest of the car. Lotus became their choice. Lotus engineers, from England, agree to provide chassis of car. 2004 February. Ian Wright, who had met Martin Eberhard while on a plane, joined the company. They finished business plan 1.0. Ian later leaves Tesla in disgust when he realizes what they are up to March. Starting a car company is expensive, so they began to look for outside investors. Silicon Valley VC's discuss having Elon Musk take-over Tesla and get rid of the founders April. Series A funding where Elon Musk was the main investor. Elon Musk had earlier aligned with JB Straubel, as his directed mole, who had friends at AC Propulsion, and the VC's told Elon Musk to contact Tesla. Other investors included SDL Ventures and Compass Technology Partners. JB Straubel joined the company as employee number 5. May. An early styling study began at Tesla. June. A technology implementation study began. July. Tesla had 9 employees and moved to an office in San Carlos, California. They also made a ""mule"" which is a car that doesn't reproduce but you can see if the concept works. This fake ""mule"" car is shown as a real sellable car to DOE and investors, when, in fact, it is not October. The 15 employees began to design the drivetrain component. November. They installed the drivetrain in the Mule 1. December. Tesla couldn't use the same design as the Lotus Elise, so they had a contest where Barney Hatt made the best design by copying most of the Lotus Elise so they would not have to pay Lotus the full licensing costs. 2005 January. They made a 1/4 scale model in clay of the design Barney Hatt had made. Tesla had now 18 employees and they also took out Mule 1 for a test drive but it was not legal to be driven on any road. February. The now 23 employee strong company needed more money, so they made a series B funding. Not only Elon Musk invested more money, but also Valor Equity Partners. Tesla also opened an office in UK close to the Lotus office to try to tie into Lotus. Lotus is leery. April-June. Tesla made a full-scale model in clay of the Tesla Roadster. July. With 38 employees, they now tested a plastic model of the Roadster in a wind tunnel. August. Some of the 41 employees began developing a motor. December. 63 employees and they began to build the Mule 2 in fiberglass. 2006 January. A drivable Mule 2 was finished but it still isn;t a production car and it is not legal for sale or driving on the road. April. The engineers thought the Roadster was finished so they made 10 engineering prototypes (EP), which compared to a Mule can (in theory) be produced. May. 92 employees and they finished the first EP, called EP 1. Tesla raised a series C round led by Vantage Point Partners and Elon Musk. July. Almost no-one knew that Tesla existed, until now when Tesla showed EP 1 and EP 2 in Santa Monica, California. August. 100 employees. Tesla crast tests and technical reports reveal fire dangers. Tesla senior staff orders the reports shredded. them. Tesla had earlier crashed a few virtual cars, but they needed to know if the computers models were accurate. They also began to show the Roadster at events to market it. August. Elon Musk, John Doerr, Rahm Emanual, Robert Gibbs and David Axelrod discuss a quid-pro-quo scheme to advance money for the Presidential and Senate campaigns and get paid back in spades from TARP and Dept. of Energy ""Loans"", tax credits, stock perks and monopolies. September. 120 employees. They made more tests, including radiated emissions and susceptibility testing. EMF emissions during charging were high and those reports were ordered shredded October. They made a durability test, which consists of driving the Roadster on a cobblestone racetrack. The idea is to simulate 100,000 miles in 6 months. It would have taken much longer time to drive the same distance on a smooth road. Tesla realized that their computer models were inaccurate - the Roadster's transmission didn't survive the durability test. Tesla is warned, by Detroit UAW executives that everything they are doing is wrong, wasting tens of millions of dollars and could damage the overall auto industry. Musk hates unions and pledges to keep unions out. He ignores the advice due to narcissism issues. November 2004. 144 employees, and more tests, including driving through a saltwater bath. December. They showed the EP 2 at the Los Angeles Auto Show. 2007 January. Tesla brought the Roadster to Arvidsjaur, Sweden, to see if it could survive winter conditions. It had severe charging issues February. 205 employees. Tesla began to build a validation prototype (VP), where they took everything they learned from the engineering prototype. Tesla says it will build a $35 million plant in Albuquerque, to produce the Model S. They lied. March. 230 employees and they finished the VP 1. April. In dire financies, Tesla raised more money - a series D round led by Elon Musk, Technology Partners, and Vantage Point. June. Tesla's motor factory in Taiwan was finished and it began producing parts. July. A new transmission was somewhat finished but still has ongoing problems. August. Tesla finished the VP 10. CEO Martin Eberhard was replaced by Tesla investor. Tesla's are now $100,000.00 over budget PER CAR Michael Marks, hired, who would wprk as an interim-CEO until Tesla found a long-term CEO. September. Tesla delayed the launch of the Roadster because they needed more time to test its durability. October. Tesla transmission failed in the durability tests. Massive engineering failures are piling up. Tesla needed yet another transmission. November. Actual Tesla Martin Eberhard is forced out of the company after confronting

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Elon Musk regarding Musk's manipulations. Musk orders his PR group to launch character assassination campaign against Eberhardt December. Interim CEO Michael Marks see the lies and leaves and is replaced by interim CEO Ze'ev Drori. Bernard Tse is contracted, by Tesla, to hide the Tesla battery explosion documents that have been uncovered. December. Tesla says it will build it;s factory in Southern California. They lied. December. Sex worker hired by Musk attempts blackmail. Lawyers shut her down 2008 January. 260 employees. The VPs survived the new tests, so the Roadster was finished -except for the transmission. Tesla accountants notify Musk of impending bankruptcy. Tesla makes customers sign confidentiality agreements to keep from disclosing extensive defects and price changes that are constantly occurring. March. Tesla began production of the Roadster. Elon Musk cheating on wife and kids with B-movi"

"Senior Tesla Motors Media Consultant quits. Reveals All! Says ""STUPID, STUPID NEWS REPORTERS NOW USING FACTS INSTEAD OF TESLA TALKING POINTS, THUS RUINING THE WHOLE DEAL...""""

"Share this story via this link: http://wp.me/p4e1uX-2IH Fremont, CA- As of today, there is no mention of Buzz Flapjaw on any Tesla Motors website. His name appears to have been scrubbed from all Tesla media. Buzz is a legend in the corporate communications industry, but he now has no relationship with Tesla Motors, certainly as of this weekend. Buzz said, ""The PRESS ARE IDIOTS!"" in national press releases (the results of which are shown below): "

"He went on to say: ""The Stupid, Stupid news reporters are now using facts, hard data and detailed research to write their stories about Tesla Motors and Elon Musk, instead of the extensive and carefully prepared talking points we gave their news directors. You would think that our investors ad money would still give us control of the media but apparently not.."" ""(Fucking Glenn Greenwald)"", He muttered under his breath.. ""(Jay Carney would never let this shit happen when he controlled the news..."") he continued to mutter to himself... Buzz elaborated: ""Only those of us inside Tesla can truly describe the kool aid colors (Tesla's fanboy shill bloggers favorite drink) of the bright Tesla future and the wonderfulness of just being a Rich Frat Boy Democrat, err,.. uh... Tesla Owner"" Formerly with Enron, Buzz moved on to run the General Motors ignition key safety group, and was stolen by Elon Musk (Who stole Tesla from Martin Eberhardt), from GM when his valuable disinformation skills were noted. Buzz expressed his angst and frustration with the constant concerns over Tesla's stock ""activities"" and the reference to Tesla as a ""creepy taxpayer swindle-scam created to manipulate the stock market and exploit tax credits which Tesla's investors bribed into place"". ""THAT IS JUST WRONG!"", Raged Buzz, ""there is nothing creepy about it!"" Buzz also commented on other controversies: ""Senator Feinstein DID NOT put herself on the intelligence committee just so she could get a heads-up just before she gets caught. She did not take bribes! Our investors huge cash payments to her PAC are irrelevant, as are the insider stocks and real estate holdings her, and her family, profited on and we only hired her staff to help them out, not as revolving door bribes, people are just making things up! The fact that Elon Musk had a personal relationship with her had nothing to do with it! If you ignore the direct connection between Solyndra and Tesla, and all of the investors who are also campaign donors, which are all on the same land, you can just ... err....uhm..... Benghazi!"", Said Buzz. Also commenting on the Tesla fires, he admonished: ""OK, so the Tesla patents do say, in no uncertain language, that the Tesla batteries will blow up and kill your family and burn your house down, but that is not why we were just giving the patents away. Also, even though every major university has said that they way we configured the NOT APPROVED FOR CARS batteries creates 'the most likely scenario for an explosive fire, of any lithium ion configuration on EARTH', the handful of cars we have sold only blow up a little bit and the cancer-causing gas they emit can be avoided if you get 2 miles away from them very fast while holding your breath."" He went on: "" ..Tesla is getting a raw deal, you need to just ignore all the dead, and burned alive, Tesla car and battery factory workers..for GODS SAKES, all but three of them are in CHINA..They are ASIANS, they are not AMERICANS!.. who cares?!"" We asked him to discuss the safety issues: ""Look"", he said: ""Yes, we all know that Tesla's have killed multiple people and that there are multiple homicide charges but it wasn't like the car killed people, except some of them."" We asked Mr. Flapjaw about the connection between all of Google's executives and investors, Tesla's investors and campaign contributions that line up in a very symmetrical way to the Department of Energy funding. Buzz exclaimed: ""What!? You have a problem with symmetry? Look at the

Tesla! It is design perfection. It is perfectly symmetrical. Symmetry is GOOD. You try to make it sound like kick-backs are a bad thing.. call them 'campaign support resources', that doesn't sound so bad, heh  ", he wiped his brow and continued.. ""...So what if Google controls the media and hides all the investigations about Tesla, it is better than letting voters get all upset!"" The various charges that Tesla is an organized crime operation created as a kick-back scheme to control stock market valuations was taken to Mr. Erick Holder for comment. His secretary stated that: ""Mr. Holder cannot speak to you right now, he is very busy... very, very busy. He has a lot on his mind right now. He has to redo his stock portfolio before Monday and all kinds of things.."" Buzz expects to begin work on his new job as lobbyist for the new ""CIGARETTES COME FROM PLANTS AND ARE GREEN AND GOOD FOR YOU"" Campaign. When asked for comment, Mitt Romney merely smirked in a knowing kind a way... We asked Buzz if it is true that Robert Gibbs, Jay Carney and Erick Holder told Elon Musk that he could ""pretty much kill and eat human babies and we can keep it from getting ACTUAL media coverage"". Buzz walked away."

Tesla shareholder suit claims Elon Musk and other board members lied about car safety

"- DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS. CHARGES ERIC HOLDER WITH RUNNING COVER-UP TO PROTECT THE WHITE HOUSE! - CHARGES TESLA IS ""A TOTAL CRIMINAL ENTERPRISE CREATED TO KICK-BACK FUNDS TO SILICON VALLEY CAMPAIGN FUNDING VC'S!"""

By Paul Carr

"Out of the battery fire, into the shareholder lawsuit. Tesla shareholder Ross Weintraub has filed a derivative suit against the company and its board members ? including CEO Elon Musk ? alleging that a series of dishonest statements made about safety and profitability caused Tesla?s stock price to drop on multiple occasions. A derivative suit is a legal tool used by shareholders who want to force a company to take corrective action against its own executives or, in this case, to take action directly if board members are unlikely to act. It should be noted that, to many, shareholder lawsuits are like patent trolls: An unfortunate cost of doing big business and not something that inherently bodes badly. Also, in Tesla?s case, their stock isn?t that far off its 52 week high (Chart via Google): In the complaint, filed in Northern California District Court, and embedded below, Weintraub alleges a long history of dishonesty by the company and by Musk himself, including allegations that Tesla board

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

members:"

"?allowed the Company to embark on a campaign of false and misleading statements designed to convince the market that the Model S was literally the safest car in existence.? ?allowed the Company to misrepresent the low height and configuration of the Model S battery pack as enhancing the vehicle?s safety, without disclosing its very significant vulnerabilities for high-intensity fires.? ?egregiously allowed the Company to misrepresent the Model S?s history of fire incidents which included at least three very significant fires requiring first responder intervention."

And that Elon Musk himself?

"?falsely claimed that ?[t]hroughout all our crash tests, throughout all similar incidents with vehicles on the road, never once has there been a fire.? When a Model S fire later occurred during the relevant time period, a Tesla spokesperson falsely stated, ?This is the first fire.? Thus, by the third Model S fire, the Individual Defendants were still causing or allowing Tesla to represent that there were low probabilities of such fires while simultaneously denying that a recall was necessary. ?gave several interviews during which he downplayed this Model S fire and worse, failed to disclose that another Model S had been consumed by fire in Mexico on October 18, 2013? According to allegations in the Federal Securities Action, defendant E. Musk, with knowledge of the fire and inspection, unilaterally determined that the fire was not relevant to investors due to the circumstances under which it arose."

"The lawsuit further claims that Musk and his fellow board members? conduct ?has significantly and materially damaged the Company. By virtue of the Individual Defendants? breaches of fiduciary duties, the Company faces a lawsuit alleging violations of the federal securities laws and Tesla has suffered significant disruption of, and damage to, its business, its reputation and goodwill.? It then goes on to list various conflicts held by board members which would make it unlikely that they would take action against Musk of their own volition. These include the fact that board member Steve Jurvetson of DFJ is an investor in other Musk companies including Solar City and Space X. The suit demands a jury trial. The company has until the end of this week to respond or face a judgement by default. Updated: A Tesla spokesperson told Pando ?We believe this lawsuit is without merit and intend to defend against it vigorously.? "

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Paul Carr
Paul Carr is editorial director of Pando. Previously he was founder and editor in chief of NSFWCORP.

## Elon Musk Companies, are they are just scams? | Wall Street Oasis "

"20 Apr 2014 ... I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that ..."

www.wallstreetoasis.com/ forums/ elon-musk-companies-are-they-are-just-scams -

## Tesla Co-Founder Eberhard Sues Elon Musk, Tesla - Jalopnik "

"Jun 10, 2009 ... Tesla Co-Founder Eberhard Sues Elon Musk, Tesla. 7,151. 1. raywert .... Is Elon Musk an asshole, and a fraud? Yes, and maybe. All I know for ..."

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon-musk-tesla -

## The Character Assassination of Martin Eberhard by Elon Musk ...

"?Silicon Valley VC's arranged for the take-over of Tesla, using Elon Musk as their ... Elon Musk was a take-over thug who was sent to Tesla to get control of it on ..... Short Squeeze2013/06/04 ú CHALLENGED TO EXPLAIN FRAUD:2013/05/30 ..."

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon-musk/ -

## Why is Peter Thiel considered the leader of ""Paypal Mafia"" when ... "

## "An alternate history according to Elon Musk He does . ... several hundred, built the customer service & fraud center, added debit card & money market funds and   ..."

"www.quora.com/ Elon-Musk/ Why-is-Peter-Thiel-considered-the-leader-of-Paypal-Mafia-when-clearly -Elon-Musk-is-much-more-accomplished-a-bigger-visionary-has-taken-mor e-risks-and-is-a-greater-entrepreneur -    - H Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim? Link: http://wp.me/p4y3uU-2j4"

## Elon Musk Unveils His Latest Taxpayer Boondoggle - Minx.

Aug 2013 ... But Elon Musk has a big heart, and he will generously make this project .... 29 Space-X is a scam that hires some clever engineers but Burt  ..."

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.minx.cc/?post=342411 -

## Tesla's Elon Musk: ""I Ran Out Of Cash"" - Business Insider "

"28 May 2010 ... Tesla Motors CEO Elon Musk seems to have it all. The electric-car entrepreneur is the toast of Silicon Valley, Sacramento, and Tokyo after  ..."

www.businessinsider.com/ Tesla's-elon-musk-i-ran-out-of-cash-2010-5-2 -

## Carney: Green stimulus profiteer comes under IRS scrutiny ...

"14 Oct 2012 ... Musk, as he cashes in on his solar investment by taking his company ... company owned by leading Obama donor and subsidy recipient Elon Musk. ... re-election campaign, including two gifts of more than $30,000 each to the  ..."

www.washingtonexaminer.com/ carney-green-stimulus-profiteer-comes-under-irs-scrutiny/ article/ 2510619 -

## *The Tesla Patent Giveaway SMOKE SCREEN!  A ...*

"13 Jun 2014 ... Tesla has announced that they are giving their patents away, patents which state, in no uncertain ... THE AFGHANI-SCAM INVESTIGATION."

somosnark.wordpress.com/ 2014/ 06/ 13/ the-tesla-patent-giveaway-smoke-screen/ -

## IRS Investigating Green Stimulus Recipient And Obama Donor | The ...

"15 Oct 2012 ... Elon Musk, one of President Obama's big-time campaign donors is also ... OBAMA campaign donors getting kickbacks by (Stimulus) invested in  ..."

www.lonelyconservative.com/ 2012/ 10/ irs-investigating-green-stimulus-recipient-and-obama-donor/ -

## SpaceX Files Suit Against US Air Force - Slashdot

"25 Apr 2014 ... Today Elon Musk announced that SpaceX has decided to challenge the ... It reeks of corruption and kickbacks. ..... On the positive side for SpaceX and Elon Musk in particular, he was a major donor to the Obama campaigns in  ..."

science.slashdot.org/ story/ 14/ 04/ 25/ 1858221/ spacex-files-suit-against-us-air-force -

## Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"8 May 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... the US attorney

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -    - H

## Customers tell horror stories of solar company that gets $422M in tax ...

"Feb 26, 2014 ... By Tori Richards | Watchdog.org. AP photo. SUPER STOCK? CEO Elon Musk at the NASDAQ stock exchange brings SolarCity public in 2012."

www.watchdog.org/130098/solarcity-horror-stories/ -

### *Come Saturday Morning: Yup, Hyperloop's a Joke | Firedoglake* "

"Aug 17, 2013 ... Now why is Elon Musk, who is not stupid, pushing a plan that looks ... If you use your own cash then its probably not a scam because you get  ..."

www.firedoglake.com/ 2013/ 08/ 17/ come-saturday-morning-yup-hyperloops-a-joke/ -

## Dmitri Grishin is like a Russian Elon Musk ? He's Got Big Ambitions ...

"Jun 15, 2012 ... He immediately reminded me of Elon Musk and Peter Thiel, which became more .... Healbe scampaign asks for $200k more in presales."

www.pando.com/ 2012/ 06/ 15/ dmitri-grishin-is-like-a-russian-elon-musk-hes-got-big-ambitions-for- real-problems/ -

## Why Elon Musk is a Poor Person's Worst Nightmare | Santa Cruz ...

"Dec 17, 2013 ... The future, if left to Elon Musk, bears an eerie resemblance to Elysium. .... Customers had no way of knowing whether they would be scammed  ..."

www.gtweekly.com/ index.php/ santa-cruz-columns-commentary-oped/ santa-cruz-good-times-opinion-columns/ 5275-why-elon-musk-is-a-poor-persons-worst-nightmare.html -

## More Than Half Of Green Car Companies Receiving Stimulus ...

"4 Jun 2013 ... (or kickback). Anonymous ... David Axelrod: Obama campaign manager. Hired by ... Elon Musk: Obama donor, DNC donor. Tesla Motors  ..."

www.sayanythingblog.com/ entry/ more-than-half-of-green-car-companies-receiving-stimulus-subsidies-ha ve-failed/ -

## The Dept. of Energy/VC Billionaire Epic Cluster-F*ck ...

"Fireside Chat- Elon Musk and Dr Steven Chu_HIGH ..... not one of the kickback, revolving door, market

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

monopoly, campaign funding, insider secret discussions  ..."

www.meetslife.com/cargate-dept-energyvc-billionaire-epic-cluster-fck/ -

## The Obama you don't know .. By Mark Tapscott and Richard Pollock ...

"16 Oct 2012 ... Even in the midst of a historically dirty campaign for re-election, his ...... Once his associates were appointed, Rezko sought kickbacks from .... Rogers of Duke Energy, Tesla Motors' Elon Musk and CNN founder Ted Turner."

www.saveamericafoundation.com/ 2012/ 10/ 16/ the-obama-you-dont-know-by-mark-tapscott-and-richard-pollock-of-the-w ashington-examiner/ -

## The Green Corruption Files : Top D.C. Lobbyist McBee Strategic ...

"13 Sep 2013 ... In 2007, Senator Barack Obama, on the campaign trail said, ""I'm in this race to .... McBee Strategic Consulting ""green kickbacks"" thus far is close to $9 ...... This brings me to another Elon Musk company, where he remains the  ..."

greencorruption.blogspot.com/ 2013/ 09/ top-dc-lobbyist-mcbee-strategic.html -

## THE TESLA INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud ... "

"Did Tesla Motors participate in a market rigging scam to rig lithium ion ... back with free NASA luxury private jet fuel, NASA contracts, patent laws and more

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ -

## Analysis: Tesla may have made over $100 million off the CARB ...

"12 Mar 2014 ... And this is how a clever corporate crony monetizes his ?campaign donations? .... thru the kickbacks from motels where they are located, or the sale of ?premium ..... It's not like Tesla's billionaire backer Elon Musk can't afford it."

www.wattsupwiththat.com/ 2014/ 03/ 12/ analysis-tesla-may-have-made-over-100-million-off-the-carb-enabled-ba ttery-swap-scheme/ -

## A management mess in the Obama administration? - The Arena ...

"Ninety days in a campaign is a lifetime, so I think it's hard to tell if this will be a ... that there are ongoing Inspector General investigations into bribes, kickbacks, ... by a mega-donor to his campaign, Elon Musk, the 63rd richest man in the world,  ..."

www.politico.com/ arena/ archive/ vegas-spending-spree-an-administration-embarassment.html -

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Green Explored

2 days ago ... The corrupt politicians and supposed public servants simply are the ..... his gangrene Tesla which hogs lithium and really is not a green vehicle.

www.greenexplored.com -

## Tesla Motors, Inc. Gets Frustrated: ""This Is an Affront to the Very ... "

11 Mar 2014 ... Please forward to: Elon Musk ... Don't wanna give up them kickbacks. ... Was the price paid to him directly or to his campaign fund(s)? The truly  ...

www.fool.com/ investing/ general/ 2014/ 03/ 11/ tesla-motors-inc-gets-frustrated-this-is-an-affron.aspx -

## Obama Contributors and the Stimulus Scandal page 2

"27 Mar 2012 ... Some of the deals involving stimulus funding for campaign contributions are more ... Elon Musk: Obama donor, DNC donor. ... of government in America, it's not even called what some say it really is ? bribes and kick-backs."

www.whiteoutpress.com/ articles/ q12012/ obama-contributors-and-the-stimulus-scandal-page-244/ -

## BBC News - Tesla head Elon Musk's 'high-risk' patent gamble

"Jun 13, 2014 ... Elon Musk sets his electric car patents free, Canada's ... of Fifa partner firm Match as part of #WorldCup ticket scam probe http://t.co/B26Ou0f

www.bbc.com/news/blogs-echochambers-27823166 -    - H

## Tesla CEO Elon Musk expects 'hundreds' of battery gigafactories

"May 15, 2014 ... Tesla CEO Elon Musk says that 200 gigafactories will need to be built ... As such it seems quite plausible and does not sound like a scam to me."

green.autoblog.com/ 2014/ 05/ 15/ tesla-ceo-elon-musk-expects-hundreds-battery-gigafactories/ -

## Tesla entangled in delivery, trademark disputes in China?Economy ... "

"Jun 29, 2014 ... Elon Musk, Tesla's CEO, said the delay was caused by the construction of related facilities in China, which were made to ensure the best user  ..."

www.wantchinatimes.com/ news-subclass-cnt.aspx?id=20140629000004 &cid=1102 -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Elon Musk  A Fact-Swarming Wiki

"Jun 29, 2014 ... Posts about Elon MUsk written by Any_Qualified_Editor_Or_Reporter. ... How businesses can avoid 'honeytrap' scams ? Tech Page One ? Dell."

https://somosnark.wordpress.com/tag/elon-musk/ -

## Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"May 8, 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... the US attorney and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -    - H

## Tesla - Capitalism and Carmageddon - Death by Car

"Jan 14, 2014 ... Musk: ?In other news, George Clooney reports that his iPhone 1 had a bug ... A few weeks ago, the publicly maintained scam artist Elon Musk  ..."

www.deathbycar.info/tag/tesla/ -

## Elon Musk: Obama's Triple Dipper [Reader Post] | Flopping Aces

"Dec 23, 2012 ... Its Chairman, Elon Musk, is an Obama supporter who has used taxpayer ... on Elon Musk as I am on many others in the Green Scam Economy."

www.floppingaces.net/ 2012/ 12/ 23/ elon-musk-obamas-triple-dipper-reader-post/ -    - H

## Loopy Ideas Are Fine, If You're an Entrepreneur | Pedestrian ... "

"Aug 13, 2013 ... ... a loopy intercity rail transit idea proposed by Tesla Motors' Elon Musk, .... which suggests either reckless disregard for the research or fraud."

pedestrianobservations.wordpress.com/ 2013/ 08/ 13/ loopy-ideas-are-fine-if-youre-an-entrepreneur/ -    - H

## RIGHT TO BUILD? Campaign against ELON MUSK and Tesla ...

"Apr 30, 2014 ... ""RIGHT TO BUILD"" Campaign against ELON MUSK Launches! (This is a re-write of Musk's Press Release, wherein he turns the tables on what he did in the DOE scandal) ?This is not ... THE AFGHANI-SCAM INVESTIGATION."

somosnark.wordpress.com/ 2014/ 04/ 30/ right-to-build-campaign-against-elon-musk-and-tesla-launches/ -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# What is Stock Fraud? | Visual Capitalist

"Jun 3, 2014 ... However, these instances of stock fraud and ponzi schemes also... ... this # infographic about @elonmusk's Hyperloop! http://t.co/u8RpiqwCkP."

www.visualcapitalist.com/stock-fraud/ -

# Romance and Reality for SpaceX - Satellite Spotlight - TMCnet

"Nov 22, 2011 ... ... African PayPal (News - Alert) founder Elon Musk shops around for a ... is a sham and a fraud and is A) hiding technical problems with rockets  ..."

satellite.tmcnet.com/ topics/ satellite/ articles/ 239395-romance-reality-spacex.htm -

# CALIFORNIA: Elon and Justine Musk Divorce at a glance | Divorce ...

"May 7, 2010 ... Who they are: Elon and Justine Musk are a married couple who are in ... The case has to do with fraud, basically ? what was disclosed, what  ..."

www.divorcesaloon.com/ 2010/ 05/ 07/ california-elon-and-justine-musk-divorce-at-a-glance/ -

# If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"27 May 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/ -

# Sen. Paul Amendment Bars Revolving-Door Corruption in Federal ...

"31 Jan 2012 ... This corrupt relationship has led to billions in wasted taxpayer dollars-money ... board, an Obama campaign bundler and a major investor in Tesla Motors boasted of his proximity to the Administration's interest in green energy."

www.paul.senate.gov/?id=437&p=press_release -

"40. PJ Media ¯ Green Tesla Motors: Another Day, Another Solyndra "

"17 Oct 2011 ... The resignation of Jonathan Silver, the U.S Energy Department's top loan officer, over the Solyndra scandal may be the tip of the iceberg."

www.pjmedia.com/blog/green-tesla-motors-another-day-another-solyndra/ -

41. Socialism for the Rich: CEO of Bailed Out Green Energy Co. Tesla ...

THE BOOK OF TESLA - Copyrights: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

31 Dec 2012 ... Tesla Buys $17M Mansion ... Green energy scamufacturer Tesla Motors is the latest case-in-point. The recipient ... Corruption at its finest!!!!!!!!!!!!!!

www.minutemennews.com/ 2012/ 12/ socialism-for-the-rich-ceo-of-bailed-out-green-energy-co-tesla-buys-17m-mansion/ -

42. Google: They Spy On You - Privacy Abuse and Corruption | IS ...

"For today's Google, evil isn't tied to malevolence or moral corruption, the customary senses ...... Silicon Valley Vc's want total control of ?Green Energy?, but only their version! ... Your Tesla can spy on you and drive you off the road on command."

googlespiesonu.wordpress.com -

43. Obama's Green Energy Crony Corporatism - Breitbart

"19 Jul 2012 ... The story extends well beyond Solyndra to a string of other green ... told Marc Tarpenning, founder of Westly Group investment Tesla Motors."

www.breitbart.com/ Big-Government/ 2012/ 07/ 19/ Markay-On-Venture-Coporatism -

44. Tesla investor/campaign donors paid back with free luxury jet fuel ...

Microsoft has expanded its anti-Google Scroogled campaign with the launch of a ..... 9 questions for Elon Musk; Reporters embrace the ?jump Musk? tactic to ... Publicly states the kickback scheme that got him his Stanford job as part of his ...

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ tesla-investorcampaign-donors-paid-back-with-free-nasa-private-jet-fu el-and-nasa-contracts/ -

45. THE TESLA INVESTIGATION | A Complete Compilation of the ...

Is Elon Musk the Prima Donna poster boy of the 1%? Did he fund Tesla via campaign kickbacks? DOE Documents show he lied on DOE funds application.

teslainvestigation.wordpress.com -

46. The Tesla battery swap is the hoax of the year | Watts Up With That?

"21 Dec 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

47. Watts Up With That - Accuses TM of Battery Swap Fraud - Tesla Motors

"Forums. Join The Community. RegisterLogin. Watts Up With That - Accuses TM of Battery Swap Fraud. Pungoteague_Dave | February 8, 2014."

www.teslamotors.com/ en_GB/ forum/ forums/ watts-accuses-tm-battery-swap-fraud -

48. How Tesla Motors Really Makes Money? From Taxpayers ...

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

28 May 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ...

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

49. Tesla (TSLA) Securities Fraud Class Action Lawsuit | Class Actions ...

Tesla shareholders can learn about pending securities fraud class action here.

www.classactionsnews.com/ investments/ tesla-tsla-securities-fraud-class-action-lawsuit -

50. Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan ...

YET ANOTHER securities fraud investigation launched on Tesla. Forensic accounting investigations confirm Tesla ?cooking the books?!

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/ -

51. Tesla is Overrated - Debunking the Cult of Tesla | Metabunk

"Angier finishes deciphering Borden's diary to discover it was a fraud supplied by Olivia, but an angry confrontation with Tesla reveals that his  ..."

https://www.metabunk.org/ threads/ tesla-is-overrated-debunking-the-cult-of-tesla.894/ -

52. CARGATE -HOT!!!! THE TESLA/SOLYNDRA/A123 ... -

"THE TESLA (AND COMPANY) INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud, DOE Fraud, Stock Manipulation, Kickbacks...and more... See this article and  ..."

somosnark.wordpress.com/crime-files-cargate/the-tesla-investigation/ -

53. White Collar Fraud: Did Tesla violate S.E.C. rules by failing to ...

"23 Nov 2013 ... This blog investigates white-collar crime, securities fraud, accounting ... When Tesla finally gets around to filing an 8-K report, will it claim that  ..."

whitecollarfraud.blogspot.com/ 2013/ 11/ did-tesla-violate-sec-rules-by-failing.html -

54. Tesla CEO Elon Musk Visits China Amid Customer Complaint ...

21 Apr 2014 ... Tesla is accused of consumer fraud or false advertising for changing the shipment order of the preordered automobiles without noticing the  ...

www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon-musk-visits-china-amid-customer-complaint-turmoil/ -

55. Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

26 Feb 2009 ... Gawker reports that Tesla spinmeister Daryl Siry left the Silicon Valley startup because CEO Elon Musk (above) was pushing to accept deposits  ...

THE BOOK OF TESLA. Copyright per original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.thetruthaboutcars.com/ 2009/ 02/ siry-departed-tesla-on-deposit-fraud-fears/ -

56. Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

19 Nov 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

57. NYT reviewer fires back at Tesla - Blogs at SFGate.com

"14 Feb 2013 ... The spat between Tesla and the Times has been simmering ever since ... immediately slammed the review as fraudulent, going on CNBC and  ..."

blog.sfgate.com/energy/2013/02/14/nyt-reviewer-fires-back-at-tesla/ -

58. Are There Cockroaches Under Tesla's Hood? - Bloomberg View

"14 Nov 2013 ... Tesla Motors Inc. shareholders have had much to fret about lately, from a nosebleed valuation and sagging stock price to periodic YouTube  ..."

www.bloombergview.com/ articles/ 2013-11-14/ are-there-cockroaches-under-tesla-s-hood- -

"59. Tesla Motors Inc, TSLA Securities Fraud - Class Action "

"16 Dec 2013 ... San Francisco, CA: A securities class action lawsuit has been filed in the United States District Court for the Northern District of California on  ..."

www.bigclassaction.com/lawsuit/tesla-motors-inc-tsla-securities.php -

60. A Peek Beneath Tesla's Non-GAAP Hood Reveals Nothing But ...

18 Nov 2013 ... That TESLA's earnings were an epic non-GAAP adjustment joke was only .... to merge with GM ...they got the same accounting (fraud) going on.

www.zerohedge.com/ news/ 2013-11-18/ peek-beneath- Tesla's-non-gaap-hood-reveals-nothing-cockroaches -

61. Why I'm Thinking About Shorting Tesla (TSLA) - The Motley Fool

15 Aug 2013 ... Tesla has turned in an incredible performance this year. But while the ... But a discovery of accounting fraud is best. Valuation is the only real  ...

www.fool.com/ investing/ general/ 2013/ 08/ 15/ why-im-thinking-about-shorting-tesla.aspx -

62. Elon Musk on 60 Minutes: ?I didn't really think Tesla would be ...

"30 Mar 2014 ... Musk says he never thought Tesla would be successful, but that ?we at ..... Michael Lewis's expose on Fraud Street, and the magical musician,  ..."

www.siliconbeat.com/ 2014/ 03/ 30/ elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/ -

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"63. In lawsuit, FDIC accuses 16 big banks of fraud, conspiracy - The ... "

"14 Mar 2014 ... FDIC accuses banks of fraud, conspiracy ... Tesla is studying ?judicial remedies? to fight the ruling, chief executive Elon Musk said in a sharply  ..."

www.washingtonpost.com/ business/ economy/ in-lawsuit-fdic-accuses-16-big-banks-of-fraud-conspiracy/ 2014/ 03/ 14/ d976d7d2-abb0-11e3-adbc-888c8010c799_story.html -

64. Truth About Tesla Exposed | Motrolix

"2 May 2014 ... Tesla has multiple lawsuits currently filed against it for multiple deaths of bystanders, fraud, lemon law violations, and stock fraud? Google, the  ..."

www.motrolix.com/2014/05/strange-tesla-happenings-in-san-francisco/ -

65. New Mexico developer suing Tesla over lost electric car factory ...

31 Jul 2012 ... Remember back in 2008 when Tesla decided to move the production ... to build the facility -- they're suing Tesla for breach of contract and fraud.

www.gigaom.com/ 2012/ 07/ 31/ new-mexico-developer-suing-tesla-over-lost-electric-car-factory/ -

66. How The Government Is Holding Elon Musk And Tesla Back From ...

"Mar 21, 2014 ... How The Government Is Holding Elon Musk And Tesla Back From Changing The World ... able to put their millions of dollars in campaign contributions to use, .... Elon Musk is a political donor kickback recipient of billions in  ..."

www.elitedaily.com/ money/ government-holding-tesla-back-changing-world/ -

67. Tesla banned from New Jersey | Tech Always

"Mar 12, 2014 ... Elon Musk is on public record telling the news media that, after .... money in exclusive campaign finance kickbacks for billionaires from the State  ..."

techalways.wordpress.com/2014/03/12/tesla-banned-from-new-jersey/ -

68. More Green Energy Equals More Green-Car Buying ? The Great ...

"Jul 17, 2013 ... Elon Musk is on public record telling the news media that, after .... money in exclusive campaign finance kickbacks for billionaires from the State  ..."

energyblog.nationalgeographic.com/ 2013/ 07/ 17/ more-green-energy-equals-more-green-car-buying/ -

"If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"May 27, 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

money/ -

 The Tesla battery swap is the hoax of the year | Watts Up With That?

 "Dec 21, 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

 www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

 Tesla Secret is a Scam. Tesla Secret is a fraud - NLCPR.com

 "Product: Tesla Secret: How To Build Nikola Tesla's Fuelless Generator $47 ... name plus ""scam"" such as this one: teslageneratorscam.com which is registered in  ..."

 www.nlcpr.com/Deceptions15.php -


 "Is Elon Musk an ""ego-maniacal woman-abusing, company stealing, deranged, lying, stock swindling, Senator-bribing, narcissistic, attention-whore fraud""; like his wives, ex-partners, customers and shareholder's lawsuits say, or not? When you read all of the filings and charges against him, he seems to sound insane. Pretty much everything you ever read about Elon Musk is said to be a bought and paid for ""Please, please look at me"" PR sham that he gave cash to some publication for. I worked at one of those publications and saw him do it. Let's discuss Emperor Musk's new clothes. T- Ex-Date of Mr. Musk"



 How Tesla Motors Really Makes Money? From Taxpayers ...

 "May 28, 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ..."

 www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

 Battery Swapping a Fraud? | Forums | Tesla Motors

 "Dec 22, 2013 ... ... saw with their own eyes. You know, just like the live moon landing hoax? He said ""kinda make the battery swap disappear from their website."

 www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud -

 Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

 "Nov 19, 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ..."

 finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

 California Car Dealers Say Tesla Is ?Misleading? Consumers ...

 "Sep 19, 2013 ... (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership ... Dealerships are a pyramid scam and are unnecessary."

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html -

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model ...

"Feb 14, 2013 ... He described his attempt to drive a Tesla Model S all-electric luxury ...... shut down tesla motors scam, before the hydrogen fuel cell vehicles  ..."

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting -

THE AFGHANI-SCAM INVESTIGATION  A Fact ...

"Silicon Valley VC's, Goldman Sachs, Tesla, Batteries and Afghanistan = Afghani- Scam Intro: A $1 Trillion insider market-monopoly scheme that ""blew up!"

"somosnark.wordpress.com/ silicon-valley-vcs-goldman-sachs-tesla-batteries-and-afghanistan/ Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim? Link: http://wp.me/p4y3uU-2j4"

Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan ...

Active Tesla Fraud-Related Lawsuit Countdown Score-Card ... The Law Offices of Howard G. Smith Tesla Fraud Case .... The Lithium ion profiteering scam.

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/ -

Elon Musk Has A History Of Mismanaging Money And Why Tesla ...

"29 Sep 2013 ... When we first heard about Elon Musk, we were told that he was a .... lid off the fraud that occurred at that election he was promised a campaign  ..."

www.wizardofstocks.com/ elon-musk-has-a-history-of-mismanaging-money-and-why-tesla-shares-are -at-a-major-top/ -

Elon Musk on 60 Minutes: ?I didn't really think Tesla would be ...

"30 Mar 2014 ... 1 Elon Musk is worth more to the world than a thousand Donald Trumps. ..... Michael Lewis's expose on Fraud Street, and the magical musician,  ..."

www.siliconbeat.com/ 2014/ 03/ 30/ elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/ -

Video: Elon Musk Tells Fox Business That ?Tsunami of Hurt Coming ...

"13 Sep 2012 ... Elon Musk of Tesla, never one to pull punches, really let loose on this interview that Fox Business just ... How is he getting away with this scam

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon-musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/ -

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"8 May 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... the US attorney and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -

GUNDLACH: Elon Musk Is Still In The Wrong ... - Business Insider

13 hours ago ... Musk is not focusing more exclusively on the potentially explosive technology underlying two of the four firms he's invested in: batteries.

www.businessinsider.com/ gundlach-elon-musk-is-still-in-the-wrong-business-2014-7 -

The Character Assassination of Martin Eberhard by Elon Musk ...

"?Silicon Valley VC's arranged for the take-over of Tesla, using Elon Musk as ..... Have FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM by TESLA!"

somosnark.wordpress.com/ investigations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon-musk/ -

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model ...

"14 Feb 2013 ... 'Revenge of the Electric Car' premiere: Elon Musk arrives in a Tesla ..... in political news but this isn't a small tweaking of words this is fraud,  ..."

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s - range-reporting -

"Tesla Co-Founder Eberhard Sues Elon Musk, Tesla - Jalopnik "

"10 Jun 2009 ... Elon Musk having a more favorable separation agreement with Paypal is irrelevant to the conditions ... Is Elon Musk an asshole, and a fraud

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon-musk-tesla -

Tesla's Elon Musk posts data from disastrous New York Times test ...

"14 Feb 2013 ... After a spat with Top Gear, Elon Musk's Tesla made sure that it ... of lying and fraud and a rapidly ballooning media and technology scandal."

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review -

"Elon Musk Companies, are they are just scams? | Wall Street Oasis "

"I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that  ..."

www.wallstreetoasis.com/ forums/ elon-musk-companies-are-they-are-just-scams -

"Elon Musk Loves This Tesla Ad, Even Though It's Fake - Mashable "

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

20 Mar 2014 ... How do you capture the attention of billionaire entrepreneur Elon Musk and catapult your budding advertising agency into the spotlight?

www.mashable.com/2014/03/20/elon-musk-tesla-ad-fake/ -

Elon Musk Unveils His Latest Taxpayer Boondoggle - Minx.cc

"11 Aug 2013 ... But Elon Musk has a big heart, and he will generously make this project .... 29 Space-X is a scam that hires some clever engineers but Burt  ..."

www.minx.cc/?post=342411 -

"1. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"27 May 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/ -

2. The Tesla battery swap is the hoax of the year | Watts Up With That?

"21 Dec 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

3. How Tesla Motors Really Makes Money? From Taxpayers ...

28 May 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ...

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

4. Battery Swapping a Fraud? | Forums | Tesla Motors

"22 Dec 2013 ... ... saw with their own eyes. You know, just like the live moon landing hoax? He said ""kinda make the battery swap disappear from their website."

www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud -

5. Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

19 Nov 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

6. California Car Dealers Say Tesla Is ?Misleading? Consumers ...

19 Sep 2013 ... (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership ... Dealerships

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

are a pyramid scam and are unnecessary.

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html -

7. Tesla CEO Elon Musk Visits China Amid Customer Complaint ...

21 Apr 2014 ... Tesla Founder & CEO Elon Musk at a Beijing Event Today ... Tesla is accused of consumer fraud or false advertising for changing the shipment  ...

www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon-musk-visits-china-amid-customer-complaint-turmoil/ -

8. Can Elon Musk code? - Quora

"""Elon taught himself computer programming and at age 12 sold the computer code for a video ... Elon Musk: .... Bruce Hillman, liar, cheat, aspiring scam artist."

www.quora.com/Elon-Musk/Can-Elon-Musk-code -

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim

Link: http://wp.me/p4y3uU-2j4

The Tesla Patent Giveaway SMOKE SCREEN!

"Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can ""kill you"", ""burn you and your family"", ""set your house on fire"", ""set your office or parking structure on fire"" (Not to mention the cancer-causing fumes they release). Tesla own engineers wrote thart in the their patents and Musk signed off on those patents. [wpvideo syQr4wbz] So that's nice, they are giving them away. Who does this benefit? Since 2006, EVERY SINGLE new electric car company has been sabotaged by Musk and his Silicon Valley investors, The Detroit Big 3 (SEE THIS LINK) !!! and/or the Department of Energy. Over 200 electric car companies tried to launch and every single one got lied to and stonewalled by the DOE, sabotaged by outsider take-overs who offered an investment and then generated a take-over EXACTLY like Musk did; Blockaded, by mutual agreement by the VC's; and/or regulated into non-operation by laws which were written so only the Detroit Big 3 could pass them. So, Musk appears to be making all nice-nice by ""giving away"" the patents but in reality, they can't be used by anyone but the Detroit Big 3 because anybody else will be forced to endure the above-mentioned sabotage efforts. The Detroit BIg 3 already have tons of their own patents and avoid any NIH (Not Invented Here) outsider technologies. So, what good are they? There is no possible way to start, or run, an electric car company in America because Musk and his VC's along with DOE and Detroit have built a cartel that kills off any competitors. (With a little help from Robert Gibbs and Jay Carney) Does President Obama care that they made him look like a fool for destroying his ""Miillion Electric Cars on America's roads"" promise to the Public? The sabotage was intentional! They used taxpayer money to do it! Shouldn't the WHITE HOUSE be a little bit pissed off? Yet, another thing, the President has to first find out about by reading about it in the paper? So could this be the precursor to a Tesla bankruptcy? We have seen that they ""cook the books"", are we in for another ""cleantech"" shocker? Send in your links. Let's discuss... Tom- Boston/G [wpvideo Az6PiFCv]
------------------------------------------------------------- The Takeover Game- ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS... Almost every electric car company that starts to get traction has a

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

hostile takeover attempt. Later stage parties create a dispute which causes the founder to be forced out, bought out, quit or otherwise stop providing the impetus to deliver a disruptive technology. The process has now occurred so many times that it is beginning to look like an intentionally crafted standardized strategy by third-parties who fear market diffusion. It happened to XP but they overcame it. The ""new management"" usually ""accidently"" tanks the company. Let's try to guess who the ""third-parties"" might be...BUT: What better way to control a market than to control all of the funding for that market and then have all that controlled funding administrated by ""your people"" who have been placed in, and around, a federal agency! It's the ""Takeover Game"" on a whole new level. Do people really do these sorts of things? Imagine megalomaniac car, energy and materials company heads with billions of dollars that want to control hundreds of billions of dollars and have insane egos... HERE ARE JUST A FEW EXAMPLES OF HOSTILE TAKEOVER SABOTAGE ATTEMPTS TO STALL, CONTROL AND MANIPLUATE THE ELECTRIC CAR INDUSTRY: "

---

—

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Tesla is worse than Solyndra: How the U.S. government bungled its ...

"May 29, 2013 ... In 2009, as the financial crisis raged and General Motors and Chrysler plunged toward bankruptcy, Tesla Motors faced a seemingly impossible ..."

www.slate.com/ articles/ business/ moneybox/ 2013/ 05/ tesla_is_worse_than_solyndra_how_the_u_s_government_bungled_its_inves tment.html -

Tesla Motors expects first profit; Fisker Automotive eyes bankruptcy ...

"Apr 1, 2013 ... Tesla Motors announced late Sunday it exceded its sales target for its Model S ... competitor, Fisker Automotive, is exploring filing for bankruptcy."

www.csmonitor.com/ Environment/ Energy-Voices/ 2013/ 0401/ Tesla-Motors-expects-first-profit-Fisker-Automotive-eyes-bankruptcy -

Elon Musk: Tesla Almost Gave Me a Nervous Breakdown | Daily ...

"Nov 13, 2013 ... Both Tesla and SpaceX were losing cash and Musk had to make a tough decision: try to rescue both of his projects from bankruptcy or devote ..."

finance.yahoo.com/ blogs/ daily-ticker/ elon-musk-tesla-almost-gave-nervous-breakdown-182711842.html -

Electric Car Maker Files for Bankruptcy Protection - NYTimes.com

"May 1, 2013 ... The filing with the federal Bankruptcy Court in Delaware will allow Coda ... Automotive and Tesla Motors, seeking to build emission-free electric ..."

www.nytimes.com/2013/05/02/business/global/02iht-coda02.html -

?Fisker's Billionaire Chinese Owner Will Go Bankrupt To Beat Tesla

"May 19, 2014 ... The billionaire that waged a bankruptcy bidding war and scooped up Fisker Automotive has pledged to beat Elon Musk at his own game: ..."

www.jalopnik.com/ fiskers-billionaire-chinese-owner-will-go-bankrupt-to-1578341600 -

A123 Systems Files for Bankruptcy | Forums | Tesla Motors

"A123 Systems Files for Bankruptcy. aaronw2 | October 16, 2012. A123 Systems, the battery manufacturer for Fisker, has declared chapter 11 bankruptcy. Brian H   ..."

www.teslamotors.com/forum/forums/a123-systems-files-bankruptcy -

THE BOOK OF TESLA : Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Elon Musk discusses Tesla and Space X's near-bankruptcies during ...

"Aug 8, 2013 ... On Thursday, Elon Musk and Richard Branson sat down for a Hangout video chat with Google for Entrepreneurs to talk about the struggles and  ..."

www.theverge.com/ 2013/ 8/ 8/ 4602772/ elon-musk-richard-branson-google-hangout-offers-startup-ceo-advice -

Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council,

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

David Brodwin writes an online column for U.S. News & World Report."

 - etc...

 -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review


 "Tesla OFFICIALLY rated as ""JUNK"" by all finance industry experts. The TRUTH IS HERE!"

 "1. S&P slaps junk bond rating on Tesla debt - May. 28, 2014 "

 "1 day ago ... Rating agency Standard & Poor's says Tesla Motors debt is risky for ... downgraded into junk bond status about a decade ago, according to  ..."

 money.cnn.com/2014/05/28/investing/tesla-junk-bond-rating/ -

 2. Tesla's debt given junk-bond rating - USA Today

 "1 day ago ... Tesla Motors has joined the ranks of major automakers in yet another way: a less -than-stellar bond rating. Standard and Poors, one of the  ..."

 www.usatoday.com/ story/ money/ cars/ 2014/ 05/ 28/ tesla-bonds-junk-standard-and-poors/ 9659105/ -


 "3. S&P Gives Tesla A Junk Bond Rating, Cites 'Vulnerable' Business ... "

 "1 day ago ... S&P Gives Tesla A Junk Bond Rating, Cites 'Vulnerable' Business. 4 comments .... Desperation sets in when innovators disrupt the status quo."

 www.forbes.com/ sites/ steveschaefer/ 2014/ 05/ 28/ sp-gives-tesla-a-junk-bond-rating-cites-vulnerable-business/ -

 4. Tesla Bonds Given 'Junk' Status - Jalopnik

 "1 day ago ... Tesla shares may still be solid after last year's massive jump, but Standard and Poor's isn't impressed. It just set the company's bond ratings to  ..."

 www.jalopnik.com/tesla-bonds-reduced-to-junk-status-1582351540 -

 5. Tesla bonds assigned 'junk' status by S&P - Automotive News

 1 day ago ... Tesla received a far less rousing recommendation from bond raters at Standard & Poor's Corp. -- which assigned the electric-vehicle maker's  ...

 www.autonews.com/ article/ 20140527/ OEM05/ 140529882/ tesla-bonds-assigned-junk-status-by-s &p -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"6. Tesla Bonds Get ""Junk"" Status - Inside EVs "

"18 hours ago ... On Tuesday, Standard & Poor's assigned Tesla Motors' bond with a B- rating. Or, in Wall Street talk, Tesla Motors' bond got ?junk? status. ?Junk?  ..."

www.insideevs.com/ tesla-bonds-get-junk-status/ ?utm_source=feedburner &utm_medium=feed &utm_campaign=Feed%3A+InsideEvs+(Inside+EVs) -

7. Tesla Scores Junk Bond Rating from S&P - Tesla Motors (NASDAQ ...

"1 day ago ... Tesla Motors, Inc. (NASDAQ: TSLA) is not exactly the sort of company you think of with a corporate credit rating call. Standard & Poor's has  ..."

www.247wallst.com/ autos/ 2014/ 05/ 27/ tesla-scores-junk-bond-rating-from-sp/ -

"8. S&P Gives Tesla Bond ""Junk"" Status - Automotive.com "

"16 hours ago ... Tesla Motors bonds receive a B-rating, or junk status, from S&P."

www.automotive.com/news/1405-sandp-gives-tesla-bond-junk-status/ -

9. Tesla Motors Inc (NASDAQ:TSLA) News Analysis: Tesla Bonds ...

"1 day ago ... S&P Gives Junk Rating To Tesla Bonds ... The B- rating, which essentially is ""junk "" status, is usually accorded to high-risk investments in  ..."

www.bidnessetc.com/ 21955-tesla-motors-inc-nasdaq-tsla-news-analysis-tesla-bonds-given-ju nk-status-by-s-p/ -

10. S&P gives Tesla an unsolicited junk bond rating. | Forums | Tesla ...

"Normally a company pays S&P to rate their bonds. Today, S&P, without being payed or solicited by Tesla, rated Tesla bonds as a B- ranking,  ..."

www.teslamotors.com/ forum/ forums/ sp-gives-tesla-unsolicited-junk-bond-rating

11. Tesla Earns ?Junk? Status From S&P due to Risks - Motor Trend WOT

19 hours ago ... S&P labeled Tesla bonds as junk due to risk factors including its concentrated production footprint.

wot.motortrend.com/ 1405_tesla_earns_junk_status_from_sandp_due_to_risk_factors.html -

12. Tesla Bonds Reduced To 'Junk' Status CarMagik - Your Car Blog ...

"1 day ago ... Tesla shares may still be solid after last year's massive jump , but Standard and Poor's isn't impressed. It just reduced the company's bond  ..."

www.carmagik.com/2014/05/tesla-bonds-reduced-to-junk-status-2/ -

13. S&P Delivers Junk Status On Tesla | AutoBlog.ca Reader

1 day ago ... S&P Delivers Junk Status On Tesla ... Tesla bonds assigned 'junk' status by SandP ú Automotive

THE BOOK OF TESLA, Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

News (Yesterday) - Tesla received a far less  ...

 www.autoblog.ca/reader/news/sp-delivers-junk-status-on-tesla -

 14. New Junk-Loan Fund Uses Leverage to Maximize Returns

 "19 hours ago ... Automotive News: ? Tesla bonds assigned 'junk' status by S&P. ? Its shares may be the darling of Wall Street, but Tesla Motors Inc. on Tuesday  ..."

 www.learnbonds.com/junk-loan-fund/ -

 15. Stocks: S&P 500 ekes out new high | Money - KXLY.com

 "23 hours ago ... Tesla downgraded to junk bond status: Tesla Motors got zapped with junk bond status by ratings agency Standard & Poors, which pegged the  ..."

 www.kxly.com/news/money/Stocks-S-P-500-ekes-out-new-high/26205438 -

 "16. TSLA: Summary for Tesla Motors, Inc.- Yahoo! Finance "

 "Tesla's new junk status, Valeant ups Allergan bid and L.A. has a basketball team for ... S&P slaps Tesla's debt with a junk-bond rating at Fortune(Wed, May 28)  ..."

 finance.yahoo.com/q?s=TSLA -

 17. Tesla Bonds Reduced To 'Junk' Status | Rock 93-7

 1 day ago ... Tesla Bonds Reduced To 'Junk' Status. Tesla Bonds Reduced To 'Junk' Status. Tesla shares may still be solid after last year's ? ?read more.

 www.rock937online.com/2014/05/tesla-bonds-reduced-to-junk-status/ -

 18. Stocks in retreat mode Wednesday | Money - Home - Click On Detroit

 "19 hours ago ... Tesla downgraded, Twitter upgraded: Tesla Motors got zapped with junk bond status by ratings agency Standard & Poor's, which pegged the  ..."

 www.clickondetroit.com/ money/ Stocks-in-retreat-mode-Wednesday/ 26205438

 19. Bipartisan Corruption Snark | (If you can see this message you are at ...

 Bipartisan Corruption Snark. ~ (If you can see this message you are at an older Mirror Site. Clear your browser cache and go to www.somo1.com for the latest  ...

 boycotttesla.wordpress.com -

 20. Even FORBES admits Tesla is a Scam! | Bipartisan Corruption Snark

 "May 27, 2013 ... By Patrick Michaels, FORBES MAGAZINE I write about the interface of public science and public policy If Tesla Would Stop Selling Cars, We'd  ..."

 boycotttesla.wordpress.com/ 2013/ 05/ 27/ even-forbes-admits-tesla-is-a-scam/ -

THE BOOK OF TESLA - Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

21. Tesla to Use North American Material Amid Pollution Worry ...

"Mar 31, 2014 ... Tesla Motors Inc., the electric vehicle maker co-founded by Elon Musk, ... whose mining industry has been beset by allegations of corruption."

www.businessweek.com/ news/ 2014-03-28/ tesla-to-use-north-american-materials-amid-china-pollution-worry -


22. EDITORIAL: Government cronyism comes back to bite Tesla ...

"Mar 12, 2014 ... Tesla Motors embodies crony government gone wild. Politicians first infatuated with electric toys in their childhood have dug deeply into the  ..."

www.washingtontimes.com/ news/ 2014/ mar/ 12/ editorial-a-corruption-of-cronies/ ?page=all -

23. Tesla: Chris Christie's administration just blocked us from selling our ...

"Mar 12, 2014 ... The sticking point, as some of you already know, is that Tesla sells .... Christy Kreme has done nothing to change that culture of corruption."

www.hotair.com/ archives/ 2014/ 03/ 12/ tesla-chris-christies-administration-just-blocked-us-from-selling-our - cars-in-new-jersey/ -

24. DOE Corruption  - WordPress.com

"May 20, 2014 ... The odds of Tesla, Fisker and A123 being the only ?winners? against all ... Total Green Corruption List of Bankrupt, and here are the three from  ..."


Top Tesla PR Department LIES:

"Tesla is a ""Success Story""- LIE!"

"Fraud Lawsuits, fires, explosions, injured workers, low sales, corruption, multiple investigations, Lemon Law violations, extensive owner defect reports, real estate fraud investigation, and more... Tesla ""paid back"" it's Department of Energy ""Loan""- LIE! Tesla still gets over a hundred million dollars in subsidies, every year, from your tax money and the damage to the market, the economy, NUMMI job reduction and sabotage to competitors continues to rise in cost while the founders, and investors, are buying escorts with your tax money. Tesla's are ""Selling like hotcakes""- LIE! For the amount of money blown on Tesla, it has the lowest sales per volume investment dollar of ANY CAR IN WORLD HISTORY! Tesla's are ""Green"", ""Cleantech"" clean energy cars- LIE! It uses more toxic materials to make and run a Tesla than any other car IN THE WORLD! The Afghan war may have been advanced in order to get lithium and indium for Tesla and Solyndra for Tesla's investors. Tesla's are ""Safe""- LIE! There are multiple police homicide charges on Tesla owners; by %, there are more drunk driver arrests in Tesla's than almost any other car; Tesla's release cancer causing smoke, brain damaging smoke & neurological damaging smoke when they burn; An inordinate number of Tesla's have blown up; The 7000+ lithium ion batteries in the Tesla have 7000+ chances of going off when any one of them gets wet or banged; Tesla's have had multiple recalls for fires including fires which burned people's homes; Tesla's go faster when you accelerate and cause more accidents because drivers lose control; Tesla is the ""people's electric car""- LIE! Tesla was created by billionaires for billionaires in order to exploit certain minerals for their investment funds, nobody can ever afford one, they were born in corruption in a Washington DC kickback scheme. Tesla investors have bribed a large number of federal agency heads who were then forced to quit. Tesla's are the ""best made cars"" with ""the highest consumer satisfaction""- LIE! Tesla bought and paid for all of it's ""Consumer PR ratings"".

THE BOOK OF TESLA. Copyright: only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

There are hundreds of defects noted in online owner posts. Even Elon Musk is quoted in interviews saying he has to ""look at each car individually"" because they each have problems. Google's owners also co-own Tesla so Google makes sure no actual stories about Tesla's problems get out on the internet. There are tens of thousands of evidence items proving that Tesla is lying. That evidence is posted here, at the GAO, in the U.S. Congress and other locations you can easily find."

 More coming...

 ------------------------------

 "Now that we all know that Tesla is tainted, and, basically an embarrassment to drive, how about an Aston Martin DB7 Vantage as the coolest car? Dande-"

 ------------------------------

 TOYOTA ELECTRIC CARS HAVE NOT HAD ALL THESE PROBLEMS! NISSAN ELECTRIC CARS HAVE NOT HAD ALL THESE PROBLEMS! FORD ELECTRIC CARS HAVE NOT HAD ALL THESE PROBLEMS! NOBODY'S ELECTRIC CARS HAVE HAD ALL THESE PROBLEMS! ONLY TESLA HAS BEEN SUCH A DISASTER!   Todd

 --------------------------------------------------

 Elon Musk's new worst Enemies: The Russian Billionaires

 "A lot of people hate Elon Musk: Ex-wives, ex-girlfriends, ex-partners, ex-employees, ex-competitors, ex-customers, ex-suppliers, current competitors...you name it. Many of them have already sued him for fraud in federal court. Many more are preparing to. But nobody takes the cake for hating Musk, and having the resources to hate him good, like the Russian billionaires Musk, and his investors, screwed over. [wpvideo Gptxdx8Y] First, Musk and his investors took the Russian Billionaires for a ride in the AFGHANI-SCAM scandal. Next, Musk spent massive amounts of money with his Space-x company to cut the Russian billionaires out of the defense contracting industry. He has now filed legal papers to legally blockade the Russian billionaires from getting near space. He has jerked over about 40 OF THEM!!!! (40 times $50 Billion average holdings... hmmmmm.. Musk must really be loaded to deal with that fire-power) So, if only half the movies about what Russian billionaires do when they are pissed off at a guy, like Musk, are true... shouldn't Musk be buying a tank about now? What is up with Musks Ego issues?   DT- --------------------------------------------------------- [wpvideo fnmTOlzJ] [wpvideo znLDRIL7] [wpvideo lWVAQdmj] [wpvideo ullehv2A] [wpvideo jMnc6LJb]     "

 SpaceX Wins Injunction Against Rocket Rival Working With the ...

 12 hours ago ... Court temporarily stops Boeing and Lockheed Martin joint venture from dealing with its rocket-engine supplier.

 online.wsj.com/ news/ articles/ SB10001424052702303948104579534842426028478 -

 SpaceX Formally Protests Initial EELV Block Buy Contracts ...

 5 days ago ... ?This is not SpaceX protesting and saying that these launches should be ... The court has the power to issue an injunction that would at least  ...

 www.spacenews.com/ article/ military-space/ 40343spacex-formally-protests-initial-eelv-block-buy-contracts -

 SpaceX wins injunction to stop USAF buying Russian rocket ...

THE BOOK OF TESLA - Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"9 hours ago ... SpaceX wins injunction to stop USAF buying Russian rocket engines ... privately held company known as SpaceX, won the temporary injunction against the U.S. government ... Former Marshfield dance coach files discriminati."

www.wifc.com/ news/ articles/ 2014/ may/ 01/ spacex-wins-injunction-to-stop-usaf-buying-russian-rocket-engines/ -

SpaceX lawsuit stops U.S. Air Force from buying Russian rocket ...

"3 hours ago ... SpaceX Files Suit Against U.S. Air Force, Cites Use Of Russian Rockets As ... Preliminary injunction blocks purchases of RD-180 engines."

www.regator.com/ p/ 264083625/ spacex_lawsuit_stops_us_air_force_from_buying/ -

Space Politics

"""RIGHT TO BUILD"" Campaign against ELON MUSK Launches!"

"(This is a re-write of Musk's Press Release, wherein he turns the tables on what he did in the DOE scandal) ? This is not right,? Tom told reporters during a news conference. Tom said the DOE contract with Tesla amounted to a continuing crony monopoly, was unfair by blocking Tom's company, and over 200 others, from competing for deployments of consumer and government vehicles and would cost taxpayers billions of extra dollars in coming years. ?What we feel is that this is not right ? that the national security of our Nation's auto options should be put up for transparent competition and they should not be awarded on a sole source, uncompeted basis because of campaign bribes,? said Tom at the briefing called on short notice and held at the National Press Club in Washington, DC. We?re just protesting and saying that the DOE funding should be transparently competed,? Tom said. ?If we compete and lose that?s fine. But why were they not even competed? That just doesn?t make sense.? ?So far we were ALL of the way through the certification process. And so far there have been zero changes to the car. Mostly it?s just been a paperwork exercise.? ?Since this is a large multiyear contract, why not show the actual merits of each applicant on a side-by-side basis to the public, And then do the competition. That seems very reasonable to me.? ""The fact that EVERY SINGLE INDEPENDENT CAR COMPANY WAS INTENTIONALLY CUT OUT OF THE FUNDING BECAUSE THEY DID NOT GIVE A BRIBE OR REVOLVING DOOR KICK-BACK seems to be something that should be considered a crime!"""

Announcement Regarding Complaint Filing by 200 DOE Funding Applicants:

"On 2008, shortly after trillions of dollars of lithium and indium were discovered in Afghanistan, DOE sent out a request for American companies to build new energy and automotive solutions to help the nation. The long-term contract was granted to only a few campaign backers on a sole-source basis without any transparent competition from other providers. Applicants are not seeking to be awarded contracts for these monies. We are simply seeking the right to fairly compete without rigging. Most Americans have probably never heard of the ATVM/LG program. It was implemented by The Departme of Energy in to reduce the dependence on foreign energy by 25? 50%, to improve reliability over the heritage energy system, and to create a more ?commercial-like? procurement process. Initially there were three competitors--   GM, Chrysler & Ford with the Detroit System. However, following the misappropriation by all three of thousands of confidential documents, the three companies put aside their claims against each other and formed a conspiracy, citing the real issue as competition itself and asserting the new monopoly would save US taxpayers $100-150M per year. Since the Detroit ""Club"" was formed, not only have there been no savings but costs have skyrocketed. Vehicle costs are up from approximately $10K per vehicle to $40K per vehicle?making Detroits?s vehicles the most expensive not just in the US, but the world. In addition, the United States pays Detroit nearly $1 billion dollars per year in subsidies just to maintain the ability to get more campaign influence?regardless of whether or not they launch a single ethical candidate. The DOE program is now the fourth largest line item in the country?s entire Energy budget, with Losses now projected at

THE BOOK OF TESLA: Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

nearly $150 billion through 2030. This legal action seeks to shine a spotlight on an issue that has gone unchecked since 2006, when the Detroity monopoly was formed creating the lack of competition in the national security auto and energy market. The decision to file was not entered into lightly, and made only after all other avenues were exhausted. In a Acquisition Decision Memorandum, as part of an effort to fundamentally restructure the DOE program, The GAO directed the DOE to ?aggressively? bring competition into the Program and expressly stated his intent was to ?obtain the benefits of competition as quickly as possible.? Importantly, in a follow-on letter to the Government Accountability Office issued in 2013, many American's also expressly made clear that New Entrants would be in a position to compete once alll forms had been filed.?The Department [of Energy] will allow new entrants to compete for launch awards as soon as the new entrant delivers the data from their final certification.? By design, certification is meant to run in parallel to the competition?with certification required just prior to the actual contract award. The Tesla contract with DOE was negotiated and executed outside of public view and all communications around it have never been made public. Reporters, and investigators, have requested the contract using the Freedom of Information Act (FOIA) but has not yet received a response. As a result, to this day, no one except Steven Chu and the government really knows precisely what the inside deal says or what it requires. What we did learn, the day after the Senate hearings on the DOE""competition"", was that Tesla was nearly broke when they applied and that this violated the law regarding this ATVM/LGP Congressional funding; That senate staff and Senators were working FOr Tesla; That Tesla stated numerous lies in it's DOE application; that the Tesla car submitted was not even designed or engineered; That a real-estate scheme involving Tesla and Solyndra was under-way and hundreds of other facts which appear to be criminal. Clearly the block crony contract is in direct opposition with the very notion of competition. It maintains the Detroit and Silicon Valley VC   (See This link too) (And this One) (And this One) monopoly until at least 2018, perhaps well beyond. And it will needlessly cost taxpayers hundreds of billions of dollars and has already cost American lives in Afghanistan and elsewhere. The contract is made even more egregious in light of deteriorating U.S. relations with Russia, who Silicon Valley VC's had partnered with to mine the Afghan minerals for Tesla and Solyndra. The majority of DOE launches are performed by Fisker, Tesla, , A123, Enerdel, Solyndra and Abound launch vehicles, which use the toxic, exploding chemicals from Afghanistan that explode when they get wet or banged, release cancer-causing smoke in combustion, and continue the dependence on foreign energy sources. Enerdel, Severstal and many of the DOE funded entities hadowners who, themselves are owned and controlled by the Russian government. Some of these people are on the United States? sanctions list. As the U.S. contemplates additional sanctions against the Russian defense sector, it is incongruous and damaging that DOE continued to send millions of dollars to Russian controlled entities to support U.S. national security and energy. Given international events, this seems like the wrong time to send hundreds of millions of dollars to the Kremlin and Silicon Valley Oligarchs ? especially considering there are domestic alternatives available and qualified to compete today that do not rely on components from countries that pose a national security risk. Each DOE failure costs American taxpayers roughly $400 million? four times as much as Senators get in bribes, and at least twice as much as any provider in the world. It?s a false premise to suggest that a more expensive car is a more reliable car. Prices have increased because there is no competition. The American Independent Auto and Energy Industryis better able to control costs because our factories are built in the 21st century and take advantage of both new design innovations and new manufacturing techniques. As a private company with no government subsidies, our business only succeeds when we deliver our customers? payloads safely and reliably to orbit. We stand ready and able to reliably provide launch services at an estimated cost savings of 75%. To be clear, ""The American Independent Auto and Energy Industry who did not bribe Senators"" is not seeking to be awarded any contracts. We are simply seeking the opportunity to fairly and transparently compete ? for any qualified company to fairly compete. If we compete and we lose fairly, that?s ok too. But to not be given the opportunity to compete at all, especially in light of the U.S. Governments stated interest in competition and current dependence on Russia   and Silicon Valley Oligarchs for national security land energy, just doesn?t make any sense. Signed- The American Independent Auto and Energy Industry Read more: http://www.universetoday.com/111535/spacex-ceo-elon-musk-sues-government-to-break-us-air-forces-national-security-launch-monopoly/#ixzz30NzJIgr9 LINK TO THIS PAGE: http://wp.me/p4e1uX-2ju"

------------------------------------------

 "WATCH THE PRECURSOR TO THE WHOLE STORY:"" THE CHALLENGER"" STARRING WILLIAM HURT: "

THE BOOK OF TESLA- Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

http://www.youtube.com/watch?v=CVJKzucRheQ http://www.youtube.com/watch?v=Pt_EvmjEPP8   You have seen the same cooked investigation in CARGATE!

THE BIG FIX: A CORRUPTION STORY        An Online Book About A National Crime /investigation-team/big-fix-corruption-story/      8/12/2014        THE EDITORS & WIKI MEMBERS     publish ccft_post_comment_title:          panels_data: Array        kopa_fastnewslight_total_view: 32        wp-mm-fb-likes-enabled:    wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled:    wp-mm-fb-shares-num: wp-mm-fb-shares-duration:      wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:    wp-mm-google-plus-num:       wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:    wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:      wp-mm-twitter-tweets-duration:   wp-mm-twitter-tweets-weekends:

"One of the Most Epic Political Organized Crime Scams in History Hundreds of billions of tax dollars of campaign financing fraud, kickbacks, industry-rigging, cover-ups and lies! You might find this interesting because you think felony crimes should be punished. You might also find this book interesting because you believe that some people in Washington should not take 40% of your paycheck and give it to their friends. DOJ & FBI Ordered, By White House, Not To Prosecute So As To Protect Senior White House Staff & Campaign Billionaires!   "

"A Collaborative Crime Book INTRODUCTION: This is the true story of an American Crime. It is a very large

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

crime comprised of a series of criminal activities. It is important to you because it affected the history, and the future, of your country. It is important to you because it affected your income, your community and your representation. It happened because greed and egomania overcame the legal process and the Constitution. It cost you, and the nation, hundreds of billions of dollars of your tax money. It involved rigged programs, kickbacks, corrupt Senators, escorts and all the dark elements of organized crime. It involved people from ALL political parties. This was a plot that spiraled out of control. It cost White House staff, senior agency heads and hundreds of political executives their careers. It cost investors their entire companies. It cost Washington the trust of the voters. This was sinister affair. A number of people are dead because of it, (including soldiers)...far too many to think they were all accidental deaths. The cover-up has been epic, but that cover-up is now falling apart weekly. To date, more effort has been spent covering up the crime, than prosecuting those involved in the crime. We hope that will change soon. Some dedicated law enforcement and public officials have sought to enforce ethics, legal process and the public interest, but it has been a hard battle for them. In some cases, their bosses are the main gate-keepers in the very cover-up that their agents want to break open. It started with a rock, in a desert far away, and moved from the glass towers of GM in Detroit, to The White House, to Silicon Valley and China; but it touched every voter in America. Every single detail of evidence needed to prove every detail of this case, now exists in the hands of those who can prosecute and those who can support that prosecution. The resolution to this case requires the appointment of a Special Prosecutor, but those who are incriminated are blocking the appointment of a Special Prosecutor. What can you do? Tweet, blog, post and petition for the appointment of a Special Prosecutor. Almost every participant in this book (hundreds of individuals), is willing to testify before such a hearing! CLICK HERE TO CONTACT YOUR REPRESENTATIVE TO: DEMAND A SPECIAL PROSECUTOR!"


"   This is a LIVE book that will continue to refine itself over time, please keep checking back. Most of the information in this book was provided by federal investigators or reporters who interviewed federal investigators. Now we need help from the members of the public who were involved in these incidents. Please submit edits, data, typo corrections and material HERE, AT THIS LINK. (Introduction Draft 2.4)"


"This is a ""LIVE"" document. It will continue to grow. Check back. See this link for a process description about how this book was produced. Every fact in this Wiki book can be checked and verified by the reader. In many cases, verification links are provided. In many other cases, the information has already been verified by the criminal investigations which exposed and released that information. Additional information has been ""dead-man switched"" via the pre-distribution of encrypted file sets to various journalists."


CLICK HERE FOR THE INDEX AND TABLE OF CONTENTS LINK


"Highlights: - A National Crime! - Over $200 Billion of  YOUR tax dollars In Question! - What you thought happened, and what really happened, are TWO DIFFERENT THINGS! - Over 40 resignations, firings and strange endings for some of the most famous names in politics! - Even bigger shockers to come! - Names you know, like Solyndra, Tesla, Fisker and Chu and many names you never suspected! - Crooked senators & narcissistic, sex-crazed, evil billionaires! - Strange technology and bizarre plots! - Cash For Campaign Backing. Competitor Terminations in Exchange For Campaign Backing - The public should not have hits, and media attack dogs, unleashed on them simply because they reported an inconvenient crime! - Featuring a cover-up so epic, it makes Watergate look junior-league - This is a bi-partisan investigation. Members of both parties engaged in this organized crime - Federal law enforcement agents have stated that they have been stone-walled in their prosecution efforts by members of both parties, and their bosses, who had personal gain in these crimes"

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

379

"SHARE THIS BOOK WITH YOUR FRIENDS, OR PROMOTE IT IN BLOGS, VIA ANY OF THESE LINKS: /?p=2047 OR http://tinyurl.com/cronycar OR http://is.gd/cronycar OR http://tinyurl.com/jvm4mgo   "


"Acknowledgements: - The General Public, whose tireless request for fairness and lawfulness in representation, never yielded. - The investigative reporters; some of whom worked after hours, aside from their main-stream jobs. - The researchers; who dug deep. - The tipsters; who chose legal public policy over corrupt public policy - without you this would not have been possible - The former and current White House staff, U.S. Senate and House staff members who provided research and sources in an effort to achieve a lawful government process. - The service men and women who provided extraordinary information. - The FBI, CIA, NSA, GAO, U.S. Treasury, AG and other agency staff whose dedication to justice over-rode their dedication to partisan politics. - The readers; who ceaselessly forwarded this information, so that it existed in an unstoppable manner, across the web. - Ed (you know which one) - Erin (you know which one) - To the many others who helped in various and unique ways. YOU MAY ALSO LIKE:"

    Note: Any resemblance to actual characters or events is entirely coincidental -


"Is the Tesla GigaFactory a ""FRONT"" to conduit cash to the 2016 Presidential Campaign like Tesla was for the Obama campaign? Is Tesla getting Taxpayer money from Nevada to kick back to campaigns

Report By Public Reporter-Tony S.


WHAT MIGHT SUCH A CAMPAIGN FUNDING CONDUITING SCHEME LOOK LIKE IN REAL LIFE?:

9/11/2014 8:30

Bad Rep - THE NATIONAL REVIEW Does the Democratic power broker Chaka Fattah run a crime family?

? Jillian Kay Melchior is a Thomas L. Rhodes Fellow for the Franklin Center for Government and Public Integrity. She is also a Senior Fellow at the Independent Women?s Forum.

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

"In late August, a great crack resounded across Philadelphia?s Democratic establishment when Gregory Naylor, a prominent political consultant, entered a guilty plea in federal court, implicating not only himself but also a U.S. congressman and several of his key allies in a sordid and complex fraud scheme involving taxpayer dollars and campaign finances. The plea memorandum mentions only ?Elected Official A,? but numerous details corroborate the identity of Representative Chaka Fattah, one of the most powerful men in Philadelphia. The son of a vocal black nationalist activist, Fattah cut his teeth in politics in the late 1970s  when  he was just 22, running with a friend for election to the city commission. Though he lost that election, Fattah learned a valuable lesson about political organization and spent the subsequent decades building one of the most effective political machines in Philly, an effort that eventually won him not only local prestige but also ten  terms in Congress."
  Advertisement

"Naylor and Fattah have dominated the African-American faction of Philadelphia?s Democratic party and ?have, for years, been major figures in the political discussion there, recognized for their ability to determine the outcome of races,? says Dan Fee, a political consultant who has worked for Ed Rendell, the former governor, and other major Pennsylvania candidates. Furthermore, as a senior member of the House Appropriations Committee, which manages more than $1 trillion in federal discretionary spending, Fattah excelled at bringing the federal bacon home to Philadelphia. ?I think probably Chaka was more successful at delivering to his constituents than any number of congressmen ? certainly [he is] the most successful in Philadelphia, or the Pennsylvania delegation, for that matter,? says Carl Singley, the former dean of Temple University Law School. Now, after Naylor?s guilty plea, many of Philadelphia?s top Democrats see the congressman as vulnerable. A surprisingly juicy read, the plea memorandum details the alleged misdeeds not only of Fattah but also of several other political big shots who supported him. ?My God, [the feds] must have had an awful lot of stuff for Greg Naylor to dime out Chaka Fattah just like that,? says Jim Foster, the publisher of the Germantown Chronicle and a longtime observer of Philadelphia politics who mounted a symbolic challenge against Fattah two years ago, winning 1.4 percent of the vote as an independent. Singley says, ?I have heard any number of people are exploring the possibility of running for that job,? adding that he?s saddened to see political and legal difficulties for a man long considered ?one of our brightest stars.? He continues: ?I wouldn?t call it a feeding frenzy, but the speculation is rampant, and all kinds of names are circulating, and all kinds of people are preening and walking around and are putting their toe in the water, so to speak. I think people are lining up because, inevitably, they think that seat is going to be available.? The plea memorandum focuses in large part on an alleged fraud scheme that  Fattah ran during and after his unsuccessful bid for mayor in 2007. An early front-runner, Fattah nonetheless found himself short of cash and sought to overturn Philadelphia?s $5,000-per-individual, $20,000-per-political-committee campaign-contribution caps, but the state appeals court ruled against him. So, the plea memorandum says, Fattah ?engaged in a scheme to violate the applicable Philadelphia campaign finance laws and contribution limits by secretly arranging for and receiving a $1 million campaign contribution in the form of a personal loan from long-time friend and political supporter, Person D.? The plea memorandum does not identify this million-dollar donor, but the Philadelphia Inquirer reported that ?according to numerous sources, the loan was provided by Alfred Lord,? who until 2013 was the chief executive of Sallie Mae, the quasi-governmental student-loan corporation. Lord did not return repeated phone calls from National Review Online, but according to the Inquirer, he had earlier donated $100,000 to Fattah?s mayoral exploratory committee. To obtain this unlawful campaign cash, the plea memorandum says, Fattah turned to another political consultant, ?Person B,? who served as the middleman, guaranteeing the $1 million loan and funneling it to Naylor, who in turn spent $600,000 of it on media buys and ? street money? on Election Day. And, the Philade.lphia Inquirer suggests, that middleman was also a hotshot: D.C. consultant Tom Lindenfeld, a former partner to David Axelrod who has most recently worked as a strategist for D.C. mayoral candidate Muriel Bowser. (Bowser quickly dropped Lindenfeld after Naylor entered his guilty plea. Lindenfeld did not return phone and LinkedIn messages, but Bowser tells NRO by e-mail: ?I?m quite surprised by the allegations out of Philadelphia today. I have the highest expectation of transparency from my campaign

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

team; Tom no longer has a role on the campaign.?) Despite the alleged illicit loan, Fattah ended up losing his primary bid for mayor. To pay back the money, the plea deal says, Fattah used taxpayer dollars funneled through a not-for-profit, disguising the transactions with fake contracts."

 Advertisement

 "Enter the Educational Advancement Alliance (EAA), a not-for-profit that just happened to be run by Karen E. Nicholas, Representative Fattah?s former director of constituent services. Thanks in large part to Fattah?s congressional patronage, the not-for-profit had a steady flow of taxpayer money. Between 2009 and 2011, EAA received more than $21 million from the federal government. Likewise, Department of Energy records released in 2010 show the not-for-profit receiving millions of dollars in funds from the U.S. Department of Education, the U.S. Department of Justice, the U.S. Department of Housing and Urban Development, and the National Aeronautics and Space Administration. EAA also received funding from Sallie Mae. At Fattah?s bidding, the not-for-profit inked a fake contract with a tech firm friendly with the congressman, which in turn inked a fake contract with the political-consultant middleman, according to the plea memorandum. Essentially, it alleges, these bogus deals allowed Fattah to steal $600,000 in federal money and use it to pay off the secret campaign loan. EAA?s number has been disconnected, and so were all numbers listed in records for its CEO, Nicholas, who also did not respond to an NRO interview request sent through LinkedIn. Fattah?s office told National Review Online to email his spokesperson for a comment; his spokesperson did not answer the email before publication. After this article was published, a spokesperson e-mailed a comment from the congressman to NRO. ?In all my years as a public servant I have never engaged in any illegal conduct,? Fattah says."

 "Beyond the campaign-financing fraud, Naylor also pleaded guilty to a separate scheme ?initiated? by Fattah, according to the memorandum: Naylor admitted that he used Fattah?s campaign funds to pay down the substantial student-loan debt of Chaka Fattah?s son, Chaka Fattah Jr. The money was channeled through Naylor?s consultancy, the plea memorandum says, and billed as work that Fattah Jr. never actually did. Altogether, the plea memorandum says, Naylor paid off $22,663 in student-loan debt in 33 separate payments using Fattah?s misappropriated campaign cash."

 "Chaka Fattah Jr., who is 31 years old and has worked as an education and business consultant, was indicted in August on numerous fraud and tax charges. They include stealing from the Philadelphia School District, lying on tax returns, and obtaining bank loans using inaccurate information. Fattah Junior pleaded not guilty to these charges, and he has filed suit against the IRS seeking $10 million in damages for harming his reputation and his business. ?I am innocent of these allegations,? Fattah Jr. tells NRO. ?I am confident that after I have my day in court, the public will understand that I didn?t break any laws. I?m looking forward to the opportunity to show that I have always been a legitimate businessman.? Fattah Jr. declined to comment on the Naylor plea memorandum, noting that no related charges have been filed against him. Meanwhile, his father has remained unusually close-lipped, initially declining several interview requests from Philadelphia papers. ?While Fattah has not responded to requests for comment from the Daily News, he has been busy tweeting, including four pictures he tweeted of himself with President Obama in a 24-hour period Monday and [Tuesday],? one local reporter wrote last week. Fattah did appear on local radio, but said regarding Naylor that he was ?not going to respond to an allegation that hasn?t been made.? Finally speaking to the Inquirer yesterday, Fattah urged the media to focus on his positive accomplishments, saying: ?We stand by our very declarative statement: Not today, not any day that I?ve been an elected official ? this includes decades, all right? ? have I been involved in illegal conduct.? Fattah is up for reelection this fall, and the suggestion of scandal doesn?t yet seem to be hurting his popularity among the electorate. His Republican challenger, Armond James, has barely registered among voters: On Twitter, his campaign has only 159 followers. The federal government has, to date, filed no charges against Representative Fattah. But Naylor?s damning plea memorandum signals possible future prosecution, which would be forthcoming even as Fattah fends off challengers within his own party. For the congressman, it?s no longer sunny in Philadelphia. ? Jillian Kay Melchior is a Thomas L. Rhodes Fellow for the Franklin Center for Government and Public Integrity. She is also a Senior Fellow at the Independent Women?s Forum."

THE BIG FIX ? INDEX AND TABLE OF CONTENTS          TABLE OF CONTENTS AND INDEX FOR ? THE BIG FIX? INVESTIGATION BOOK                   /investigation-team/big-fix-corruption-story/big-fix-index-table-contents/ 8/12/2014       THE EDITORS & WIKI MEMBERS    publish
  ccft_post_comment_title:        panels_data: Array      kopa_fastnewslight_total_view: 18        wp-mm-fb-

THE BOOK OF TESLA  Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

likes-enabled:  wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:     wp-mm-fb-shares-enabled:   wp-mm-fb-shares-num: wp-mm-fb-shares-duration:       wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 89    wp-mm-google-plus-duration: 47        wp-mm-google-plus-weekends: 20   wp-mm-twitter-tweets-enabled: 1        wp-mm-twitter-tweets-num: 90 wp-mm-twitter-tweets-duration: 46   wp-mm-twitter-tweets-weekends: 10

CONTENTS

THE BIG FIX: A CORRUPTION STORY THE AFGHANISTAN INVESTIGATION ANATOMY OF A FEDERAL BRIBE SCHEME: PAGE 1 ANATOMY OF A FEDERAL BRIBE SCHEME: PAGE 2 THE DEPARTMENT OF ENERGY SCANDAL- PAGE 1 THE DEPARTMENT OF ENERGY SCANDAL- PAGE 2 THE DEPARTMENT OF ENERGY SCANDAL ? PAGE 3: MASSIVE EVIDENCE DESTRUCTION THE BIG FIX: THE TESLA MOTORS STORY- SECTION 1 THE QUESTIONS TESLA MOTORS REFUSES TO ANSWER: THE DEADLY TOXIC SECRET OF THE TESLA GIGAFACTORY RETRIBUTIONS AND DEATHS IN THE BIG FIX ? PART 1 RETRIBUTIONS AND DEATHS IN THE BIG FIX ? PART 2 Download the free E-Book: ?The Solyndra Appendix?. Watch the crime unfold! THE BIG FIX ? INDEX AND TABLE OF CONTENTS

Search ?The Big Fix?


# THE QUESTIONS TESLA MOTORS REFUSES TO ANSWER:  "Adding fuel to the fires of suspicion is Tesla's refusal to answer these questions in a responsive manner. Why won't Elon Musk answer these questions in front of the U.S. Congress during a live broadcast? He took your money, why won't he take your questions?: "                         /investigation-team/big-fix-corruption-story/big-fix-tesla-motors-story-

"Highlights Below: - Lawyers seek to sue Tesla Shill Bloggers for stock and campaign fraud - Special Prosecutor demanded - Shareholder stock fraud charged - Campaign finance fraud charged - Note to public officials from one of the investigators - Federal officials charged with cover-up - ""hard-drive crash"" excuses made ineffective by Snowden exposed surveillance techniques - Tesla Scandal 10 times bigger than the DeLorean Cocaine Scandal "

"Whether or not you are a Tesla fanboy, a Tesla investor, A GOP activist, Elon Musk's army of shill bloggers, a public citizen or otherwise; all of the outcry about Tesla can be quickly, and easily, resolved in one easy session in front of a Special Prosecutor in Washington DC."

Eric Holder needs to appoint a Special Prosecutor so the public can be convinced that the hearing isn't run by some Tesla shill politician. The only possible reason not to appoint a Special Prosecutor would be to openly confirm that there is a cover-up of the Tesla funding to protect a criminal political kick-back scheme.

"Then these questions can be asked, and answered, by Elon Musk and the whole ruckus can be done with!"

CLICK HERE TO WRITE CONGRESS AND DEMAND A SPECIAL PROSECUTOR

Adding fuel to the fires of suspicion is Tesla's refusal to answer these questions in a responsive manner:

"We are most interested in having Elon Musk answer these, and other questions, in front of the U.S. Congress during a live broadcast: Deposition Draft 3.9 (complied by reporters & public submissions) – Would Tesla Motors exist today, if Senators, DOE and campaign staff had not been bribed in 2007, 2008 and 2009? – Did acting Senator Dianne Feinstein, White House staff David Axelrod, David Plouffe and Rahm Emanual and Energy head Steven Chu conspire with Tesla to exchange campaign resources for cash and stock value? – Has your company, or anyone associated with your company, ever hired multitudes of fake bloggers to post fake positive reviews about Tesla motors in order to create a fake perception of interest? – Has Tesla Motors ever compensated a publisher, or industrial rating company, for contrived positive reviews or ratings? – Please list each and every investor in Tesla Motors, SpaceX and Your Solar Company? Have any of those parties contributed money to political campaigns? How much? – At a party near Atherton, Calif. Did you ever say to a Venture Capitalist: ""Nobody is ever going to touch us because Feinstein's my bitch!""? – Does Tesla Motors believe that the coordinated manipulation of the public perception of a company, trading on the stock market, via the dissemination of inaccurate data, by the company spokespeople, is not stock fraud and a not a violation of SEC laws? – What percentage of Tesla Motors do Google's investors, staff and executives own cumulatively? – How much money did those Tesla/Google investors contribute to election campaigns from 2007 to today? Which campaigns? Did the winners in any of those campaigns award U.S. taxpayer funds to the portfolio companies of those investors? How much money? – When Tesla Motors applied for the Department of Energy funds Elon Musk stated that Tesla was in exceptional financial health, yet now Elon Musk, and his senior staff, have been recorded stating that the company was nearly bankrupt then. In light of these more recent revelations, is that not a felony violation of the federal ""Section 136 Law"" which states that 'a company cannot be on the verge of bankruptcy or it shall not receive Department of Energy funds'? New disclosures show that Tesla stated information in it's federal application which Tesla's founders and staff have stated they knew was false at the time. Should Tesla be prosecuted for this? – Did Deloitte, under contract to Tesla, arrange false accounting via the Tesla Wells Fargo bank account while Deloitte was also acting, in conflict of interest, as the Department of Energy reviewer of applicants? – Does Tesla Motors have a confidential relationship with a national group of reporters, from different publications, who have agreed to release Tesla-positive news spin stories on a synchronized basis, at the same time, in order to coverup Tesla investigation disclosures and artificially accelerate stock market vales? Has Tesla Motors arranged with Google to have negative Tesla Motors stories down-ranked while having positive Tesla stories up-ranked? Would that be considered stock fraud? – How many Senators and their families, that you are aware of, own stock in Tesla Motors? – Was Elon Musk promised any NASA contracts, in advance of the closure of a portion of NASA, in exchange for campaign funding from Tesla and Google investors? – How many Senators, their families and Google-related investors, that you are aware of, hold stock in lithium-ion battery related companies? – Has Steven Chu, the former head of the Department of Energy, ever had a personal relationship with any Tesla staff or investors? – Has Senator Dianne Feinstein, or her family, ever had a personal relationship with any Tesla staff or investors? – Why are Tesla and Solyndra on the same physical plot of land? – Has anyone from Senator Dianne Feinstein's office also worked for Tesla Motors and/or Solyndra? – Did Dianne Feinstein's husband, Richard Blum, ever travel to Mongolia to arrange for resource deals beneficial to Tesla's investors? – Has anyone associated with Senator Dianne Feinstein's family, named Herb Newman of Sausalito, California, ever supplied staffing to Tesla Motors? – Has anyone associated with Senator Dianne Feinstein's family had any relationship with the real estate transactions involving Tesla and/or Solyndra real estate? – Now that the CIA has hacked into Dianne and Kathryn Feinsteins computers and all of Richard Blum's personal and business computers, do you think they found anything incriminating? Do you think the NSA phone and email records from 2007, to today, show anything incriminating? – Federal whistle-blowers have stated that Tesla Motors was involved in a felony funding kick-back scheme with Dianne Feinstein. Is that true? – If these charges are true, did you think you would never be caught because the same people who put Eric Holder and Steven Chu in office are paying for the cover-up? Now that Steven Chu has been terminated and Eric Holder is facing multiple charges of contempt, are you still feeling so cocky? – Please describe your three overseas bank accounts and the dates and sources of the largest deposits therein? – Communications between The California, Fremont City Administrators, Dianne Feinstein's senior staffer (M. Nelson) and the general management of NUMMI indicate that economic and political pressure was used to manipulate a deal structure. What is your comment on these revelations? – Panasonic, your battery partner, has been charged with organized crime, dumping, price fixing, the deaths of thousands of battery workers from toxic poisoning and with building lethal battery factories that destroyed all of the towns near them. Is that a problem? – You said, in writing, in your DOE application

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

documents that the car to be produced with the DOE money was all designed and engineered, yet every aspect of the released model S was designed and engineered AFTER you received the DOE money! Did you lie on your application? - Do your battery packs release toxic and/or cancer causing fumes when they burn? - What was your relationship with Eric Strickland, the head of the National Highway Transportation safety agency who quit his job 48 hours after being notified that the toxic Tesla report he knew about was going public? - Did you falsify lithium-ion safety reports? - Bernard Tse, your battery program director, and 7 other senior staff, provided your company with numerous severely concerning lithium-ion safety reports which were never presented to the Department of Energy. Were these reports covered up because the Senators and Investors of Google and Tesla all have ownership interest in the lithium-ion industry? - Has Elon Musk ever spied on his own employees and competitors? - Has Elon Musk ever undertaken sabotage programs against his competitors? - Did your SEC filings use tax credits from the White House to make Tesla look like it had profits? - Did Elon Musk actually found Tesla or did Martin Eberhard found Tesla and Elon Musk then came in later and stole it from him in a hostile takeover? - You said their were no chances of fire yet you have had two recalls in order to install fire prevention systems AFTER there were fires. Why is that? - What was Tesla's debt ratio at the time that Tesla applied for the DOE loan? Why do you think Tesla had the worse debt ratio of any applicant yet Tesla was awarded funds with almost no review? - Why has Tesla spent billions, and a decade, to only sell a few cars when all of your competitors have done 20 times better on less money and in less time? Why are over 200 technical problems with the car documented online by Tesla owners yet you say nothing about those problems? Why are you being sued for fraud under the Federal ""Lemon Law""? - Why were your cars $100,000.00 over budget PER CAR, at the time of your Department of Energy loan application, yet nobody at the DOE commented about that in their review notes? - Did Steven Chu's senior staff: Matt Rogers and Steven Spinner have any relationship with Tesla-related investors prior to Chu hiring them at the DOE? Was it coincidental that McKinsey Consulting, the company they worked for, produced all of the pitch documents for the White House and Congress, which were used to steer the Federal funds to Tesla Motors? - Was Tesla Motors funded as a gift to campaign investors? - Did you lie about asking the NHTSA to conduct a safety study on your car when, in fact, the NHTSA first asked Tesla for a study after fires were reported? Did you then bribe NHTSA officials to halt the request for an investigation after you plea-bargained to install a ""titanium safety shield"" which, in fact, only solves a small portion of the potentially lethal dangers from your battery pack? Is your battery pack made up of ""non-automotive"" batteries which are being used in the wrong way relative to what they were built for? - Are you trying to build a battery factory not far from Mexico in order to take advantage of Mexican workers? Are you concerned that most battery factory workers in China were poisoned with toxins? Are you concerned that your battery factory will ENCOURAGE immigration abuse and devastate our border? - The founders ex-partners, investors, buyers, suppliers, employees and ex wives have sued Elon Musk for fraud? What does that say about Mr. Musk? - How many of your employees have been burned alive at your factories? Has OSHA ever fined you? - If somebody puts a bunson burner or torch under a Tesla, will it blow up? If hackers hack the easily hacked Tesla, can they make the battery charging system overload and blow up? If so, did you inform the NHTSA of this in writing? When? - Did California State Officials, in Sacramento, California, ever manipulate tax laws and decisions to exclusively benefit Tesla Motors in exchange for perks? - What percentage of your

  buyers have killed members of the public with their Tesla Vehicles? Why is that number, in relative terms, higher than any other car company? - What percentage of your buyers have crashed their Tesla's while driving drunk, destroying public property, homes and Tesla's?   Why is that number, in relative terms, higher than any other car company? - Have White House staff agreed to protect Tesla, at all costs, in order to keep Mitt Romney's prediction from coming true and to cover campaign funding billionaires? - Did Tesla representatives meet with Rahm Emanual, David Axelrod, David Plouffe or their campaign staff prior to the Election of President Obama? - Is it not true that you have sold 4000% less cars than you told the U.S. Government, in writing, you would sell by this date, in your DOE application documents? - Why did you switch your factory plans between 5 different cities, during the DOE loan process, when you told everyone that your factory location was already a done deal? - Do your VC investors pump the stock market rating by buying their own Tesla stock when bad news comes out about Tesla in order to create a synthetic cover-story short term stock rise? Would that be considered part of a stock fraud activity? - What is the relationship between Tesla's investors, Google's investors and the VC funds of Richard Blum, Dianne Feinsteins husband

THE BOOK OF TESLA - Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

To Federal Officials - from one of the investigators:

"It is time to consider your legacy and your pensions? How do you want to show up in the history books when this whole case shakes out? Do you want to be Ken Starr or Halderman? How do you want your family to think of you? While you may have orders to cover things up, you have a moral and legal obligation to not cover things up. History has never fallen on the side of the cover-up people. Only those on the side of the angels, in the end, in every one of these matters, throughout history, has survived. If you have testimony, send a copy of it to the following , at the same time, and you will have guaranteed coverage: The GAO, The FBI, The Senate Ethics Committee's, The Editors- NY Times, LA Times, The Guardian, Washington Post and The Hill. Send it to as many other reporters as you are willing. There are now systems and resources in place to guarantee you, your protection. There are rewards available. Get out in front of this now! The last ones to speak up, are the least ones to get off the hook. T- Senior Agent   "

"Any reporter who can get a legitimate set of responses to these very important questions, is encouraged to post those responses"

Tesla ?Truth Ticket? people are back with Phase 2: PROJECT AXCIOM. Dedicated to making sure every Tesla owner on Earth knows the truth!

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"(SOURCE: Public Team) Remember the ?Tesla Truth Tickets?? Now, every Tesla owner in the world can, shortly, expect to get the following email, snail-mail letter or notice:   ?TESLA?S HAVE BEEN PROVEN TO HAVE BEEN FOUNDED BY ORGANIZED CRIME-CLASS BRIBES AND CORRUPTION IN ORDER TO SELL CANCER-CAUSING LITHIUM ION BATTERIES OWNED BY CAMPAIGN INVESTORS. BY DRIVING THAT CAR; YOU SUPPORT CRIME, ENVIRONMENTAL POISONING AND PSYCHOTIC POWER-MAD BILLIONAIRES! THE BRIBES ARE PROVEN. THE CANCER CAUSING EFFECTS OF THE CHEMICALS IN LITHIUM ION BATTERIES IS PROVEN. THE TOXIC NATURE OF THE BUILDING THAT CAR IS PROVEN.? ?THIS IS YOUR TESLA MOTORS INTERVENTION: BORN IN BRIBES AND CORRUPTION, FORGED IN FIRES, AND MORE FIRES, AND STILL MORE FIRES AND SOME EXPLOSIONS, THE TOXIC TESLA CRIME-MOBILE THAT YOU ARE DRIVING IS FULL OF LIES AND CANCER CAUSING MATERIAL. WE WANTED YOU TO KNOW THAT THE LOOK ON PEOPLE?S FACES, WHEN YOU DRIVE BY, MAY NOT BE ENVY BUT, RATHER: DISGUST! BRIBED: 5 Senators, 8 Senior Agency Staff and 2 White House Staff. Why do ?YOU? want to be a part of that? Let?s examine the facts and details?? The email goes on at great, and forensic, length. Some of the people involved have worked at Tesla and claim to have witnessed: ?Organized crime on a first hand basis.? Two members have subscriptions to the Axciom Privacy Abuse database. They thought: ?hmmm, why not use something evil for good purposes by helping to inform, and save, hapless Tesla owners who got screwed during the information Green-wash!? Members found out that major media outlet owners (Engadget, Google, AUTOBLOG GREEN, Gizmodo, Jalopnik, etc.) had stock in the Tesla and battery cartels and, thus, covered up the first investigation results. They want to clean the market more completely than an email ?accident? on an IRS Hard Drive. Does that sound like a big project? It isn?t! After nearly a decade and billions of dollars of your tax money, Tesla has only sold .5% of the cars that their competing electric, or gas cars have sold for the same investments in time and dollars. Nobody wants a Tesla except Tesla?s investors and douche-bag surgeons who then crash them and kill people. So, relatively speaking, there are not that many people to hunt down. TINA S- FREMONT, CA"

1. ?Lemon Law King? sues Tesla Motors ? ? WordPress.com

"Apr 7, 2014 ? 2 thoughts on ??Lemon Law King? sues Tesla Motors? ?. Have FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM by TESLA!"

somosnark.wordpress.com/2014/04/07/lemon-law-king-sues-tesla-motors/ ?

2. Multiple Fraud and Malfeasance Lawsuits Against Tesla | SNARK

"Active Tesla Fraud-Related Lawsuit Countdown Score-Card ? Dowd Tesla Fraud LLP. ? Levi & Korsinsky, LLP Investor Class Action Against Tesla Motors."

boycotttesla.wordpress.com/ investigations/ the-tesla-investigation/ investigating-tesla-motors/ fraud-and-malfeasance-lawsuits-against-tesla/ ?

3. SNARK | FACT-SWARMING

?Lemon Law King? sues Tesla Motors for crappy cars and cover-ups!!!! Tesla ?. DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY  ?

boycotttesla.wordpress.com ?

"4. Tesla Motors Inc, TSLA Securities Fraud ? Class Actions "

"Dec 16, 2013 ? San Francisco, CA: A securities class action lawsuit has been filed in the United States District Court for the Northern District of California on

http://www.bigclassaction.com/lawsuit/tesla-motors-inc-tsla-securities.php ?

THE BOOK OF TESLA. Copyright ... original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

5. New Mexico developer suing Tesla over lost electric car factory ?

"Jul 31, 2012 ? Remember back in 2008 when electric car maker Tesla Motors changed ? has now filed a law suit against Tesla for fraud, breach of contract,

http://www.gigaom.com/ 2012/ 07/ 31/ new-mexico-developer-suing-tesla-over-lost-electric-car-factory/ ?

6. lawsuit ? Top News ? F&I and Showroom

Wisconsin Attorney Vince Megna filed a lawsuit against Tesla Motors this ? site was suing for posting fraudulent reviews on behalf of 25 car dealers nationwide.

http://www.fi-magazine.com/news/list/tag/lawsuit.aspx ?

7. Tesla motors  A Fact-Swarming Wiki

"Jul 8, 2014 ? Tesla Co-Founder Eberhard Sues Elon Musk, Tesla. ?. Did Tesla Motors participate in a market rigging scam to rig lithium ion ? back with free

https://somosnark.wordpress.com/tag/tesla-motors/ ?

8. Tesla Sued Over New Mexico Model S Factory That Never Was

"Aug 1, 2012 ? Tesla Motors? decision to purchase the former NUMMI automotive ? against Tesla for fraud, breach of contract, negligent misrepresentation and

http://www.greencarreports.com/ news/ 1078139_tesla-sued-over-new-mexico-model-s-factory-that-never-was ?

9. lawsuit ? Top News ? Auto Dealer Monthly

Wisconsin Attorney Vince Megna filed a lawsuit against Tesla Motors this ? site was suing for posting fraudulent reviews on behalf of 25 car dealers nationwide.

http://www.autodealermonthly.com/news/list/tag/lawsuit.aspx ?


Related

"TESLA TRUTH TICKETS fliers charges: FACT CHECK! TSLA ScandalIn ""60 minutes investigation"""

"Top Tesla PR Department LIES:In ""60 minutes investigation"""

"Senior Tesla Motors Media Consultant quits. Reveals All! Says ""STUPID, STUPID NEWS REPORTERS NOW USING FACTS INSTEAD OF TESLA TALKING POINTS, THUS RUINING THE WHOLE DEAL..."" In ""60 minutes investigation"""


LAWYERS TO SUE TESLA SHILLS -

Who's Tesla's Bitch? THE LIST:

THE BOOK OF TESLA, Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"(Draft 1.5 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Per discovered legal precedents: THESE REPORTERS CAN NOW BE LEGALLY SUED FOR STOCK FRAUD AND S.E.C . VIOLATIONS AND THEIR PERSONAL ASSETS ATTACHED. Said one of the lawyers preparing a specific case against these parties: ""These bloggers and writers engaged in conspiracy to commit stock fraud in violation of securities laws and to commit felony campaign finance fraud in violation of FEC laws. They knowingly coordinated the dissemination of false information for which they had accurate knowledge that they avoided using. They promoted this false information in order to misrepresent stock value so that personal gain would inure to themselves, their employers and those directing their actions. They communicated intent, between each other. This is a felony. They stupidly thought they would not get caught and planned to have IRS-like ""hard-drive failures"" if confronted. Alas, the Snowden Factor"" has foiled their plans. Almost all of their phone calls, texts and emails have been archived, by multiple agencies, going back for a lengthy period of time. They can whine and claim to not have known what they were writing, but the facts will show otherwise. We will present those facts in court (we are requesting a jury trial) and certainly have no problem also presenting these facts before a Special Prosecutor. We encourage other firms to file duplicate matters in order to protect their shareholder clients and the public."" Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?:"

  -- Google (Investors)

  - Hundreds of online news outlets - Also via web routing manipulation

  -- Hearst Communications (Investors)

  "- SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc..."

  -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc...

  -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters)

  "- Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of

leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

 - etc...

 -- Motley Fool

 -- The Street

 -  ValueWalk

 -- The San Jose Mercury News

 -- Think Progress

 -- New America Foundation

 -- Blogger & Pundit Shills:   (Noise For Hire)

 Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review


 THE DEPARTMENT OF ENERGY SCANDAL ? PAGE 3: MASSIVE EVIDENCE DESTRUCTION   "   A Collaborative Crime Book This is a ""LIVE"" document. It will continue to grow. Check back. See this link for process description. INDEX AND TABLE OF CONTENTS LINK    This section will discuss the unprecedented evidence destruction in this scandal:"                /investigation-team/big-fix-corruption-story/department-energy-scandal-page-3-massive-evidence-destruction/     8/11/2014         THE EDITORS & WIKI MEMBERS   publish ccft_post_comment_title:        panels_data: Array       kopa_fastnewslight_total_view: 2


 A sub-investigation of The Department of Energy Scandal This is a live investigation.

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

More lost emails ? When will Democrats have enough?

"By Rick Manning, contributor"

"Twenty different Obama administration officials have lost or destroyed a portion of their email traffic. Email traffic that was, in some cases, under subpoena or in others requested as part of a larger inquiry into the conduct of the executive branch."

"House Committee on Oversight Chairman Darrell Issa (R-Calif.) expressed his frustration at the revelation that another Obama official, Marilyn Tavenner, the director of the Center for Medicare Services, deleted emails in the wake of the botched Healthcare.gov website roll out, stating, ""It defies logic that so many senior Administration officials were found to have ignored federal recordkeeping requirements only after Congress asked to see their e-mails [sic].""" Yes, Rep. Issa, it does defy logic.The brazenly contemptuous stonewall-and-erase-evidence approach to congressional inquiries preferred by the Obama administration is perhaps this president's greatest affront to our constitutional system of government. When you have records going missing across an administration, it is impossible to conclude anything other than it is a coordinated and condoned cover-up, and not just a series of incompetent, coincidental keystrokes wiping out information. The conclusions get even uglier when you realize that the IRS dismissed the government contractor responsible for maintaining back-up files of their emails concurrent with Lois Lerner and her band mysteriously having their computers flatline. The question is, where are the Democrats in the face of this obvious malfeasance? During the Watergate scandal that brought down the presidency of Richard Nixon, a few Republicans came forward and urged the president to come clean. Yet, the silence is deafening from Democrats in both the House and Senate in the wake of this obvious obstruction of the congressional oversight function. Where are the patriots on the Democratic side, who are willing to stand up to an executive branch that has declared them inconsequential? The Democrats' partisan acquiescence to Obama's declaration of war against congressional prerogatives sets the precedent that future presidents can hardly be faulted for following. A precedent that makes a mockery of the legislative branch and brings into question why we bother even providing office space for Congress at all? With 20 Obama officials from all over the government losing critical emails, one wonders what, if any, is the threshold for Democratic outrage? When are the Democratic Party and their elected officials going to put our nation ahead of partisanship? If the past few years are any indication, I'm not holding my breath. Manning (@rmanning957) is vice president of public policy and communications for Americans for Limited Government. Contact him at rmanning@getliberty.org."

"Tags: Internal Revenue Service, IRS, Barack Obama, Darrell Issa, Lois Lerner"

Read more: http://thehill.com/blogs/pundits-blog/the-administration/214864-more-lost-emails-when-will-democrats-have-enough#ixzz3A7NTNR2O Follow us: @thehill on Twitter | TheHill on Facebook

Scientists and physicists use Path Integral Formulation Probability Quantum Mechanics to calculate the likelihood of corruption in the Department of Energy funding programs. Science says: 99.7%!!!!

"Forensic Scientists and physicists were tasked with examining the fatal Department of Energy ATVM and LGP electric car and ""Cleantech"" VC funding programs for reports to the GAO and FBI. They used a type of quantum probability analysis mechanics software science that was also used for such things as finding the cause of the Space Shuttle Challenger disaster. This probability technology is now also being used to search for the lost Malaysian airlines Flight. Just like experts combed the wreckage of the Shuttle Challenger and thousands of other air disasters, financial debacles and similar wrecks, the wreckage of the DOE programs has left clues that point to absolute answers, specific people and exact dollar amounts. If you have some ""Path Integral Formulation Probability"" software at your school, (It is available in Physics departments) you can run these same numbers yourself. The Outcomes: The odds of Tesla, Fisker and A123 being the only ""winners"" against all other applicants given the known facts, and side-by-side metrics, at the time:   19841 to 1 unlikely. The odds, that, in a fair selection, out of the hundreds of applicants, only the certain handful would be selected and that that certain handful would happen to be owned or operated by some of the largest campaign donors: 45,780 to 1 against this outcome if the true comparisons were conducted. The odds of Steven Chu ignoring the financial and career holdings he had, at the time, in order to provide un-biased decisions:   22885 to 1 unlikely. The odds that campaign backers bribed Department of Energy Staff: 802 to 1 likely. The odds that, given the ACTUAL financial

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

and engineering status of Tesla, at the time, that Tesla would have qualified for the taxpayer money per federal law:   43277 to 1 unlikely that Tesla would have qualified. The odds that award beneficiaries bribed at least 4 U.S. Senators: 2581 to 1 likely. The odds that, given a fair playing field and complete transparency, the awards and failures would have turned out as they have:   42,988 to 1 against the disastrous outcome that DID occur vs. what would have been avoided if corruption was not involved. The odds that an ongoing cover-up is underway: 36090 to 1 likely. Tim D.-   University of Chicago ------------------------------------   "

The Green Corruption Files : SoloPower: Another Department of ...

"Apr 1, 2013 ... SoloPower: Another Department of Energy ?Junk Loan? Teetering ... Total Green Corruption List of Bankrupt, and here are the three from the  ..."

greencorruption.blogspot.com/ 2013/ 04/ solopower-another-department-of-energy.html

House Oversight investigation reveals politics and corruption at the ...

"Nov 1, 2012 ... As recently as last Friday, President Obama insisted to an interviewer in Denver that Energy Department loan decisions are ?decisions, by the  ..."

www.humanevents.com/ 2012/ 11/ 01/ house-oversight-investigation-reveals-politics-and-corruption-at-the-energy-department/ -

Green Corruption: Department of Energy ?Junk Loans? and ...

"Apr 17, 2012 ... While the media was ?tripping out? over Energy Secretary Chu giving himself ?an A grade on controlling the cost of gasoline at the pump? during  ..."

www.blogcritics.org/green-corruption-department-of-energy-junk/ -

Exclusive: DOE corruption?appointed and elected officials should ...

"Nov 25, 2012 ... Exclusive: DOE corruption?appointed and elected officials should face prison time - Marita Noon - Personal Finance, Financial Advice, Money,  ..."

finance.townhall.com/ columnists/ maritanoon/ 2012/ 11/ 25/ exclusive_doe_corruptionappointed_and_elected_officials_should_face_p rison_time/ page/ full -

Media Ignore New Emails Detailing Obama Energy Dept. Corruption

"Nov 11, 2012 ... One week before the presidential election, a Congressional committee released Obama administration emails that showed a pattern of political  ..."

www.breitbart.com/ Big-Journalism/ 2012/ 11/ 11/ Media-Covers-up-Obama-Admin-Emails -

Obama Administration Stonewalling Corruption Investigation ...

"May 29, 2012 ... Of course, the line between cronyism and outright corruption is a fine one, ... Like the Department of Energy, DOI did not adequately vet the  ..."

www.powerlineblog.com/ archives/ 2012/ 05/ obama-administration-stonewalling-corruption-investigation.php -

Lakatos: Green Corruption: Department of Energy ?Junk Loans? and ...

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"May 4, 2012 ... Green Corruption: Department of Energy ?Junk Loans? and Cronyism, Part One By Christine Lakatos, Intellectual Conservative, 4/29/12 The  ..."

www.capoliticalnews.com/ 2012/ 05/ 04/ lkatos-green-corruption-department-of-energy-%E2%80%9Cjunk-loans%E2%8 0%9D-and-cronyism/ -

NAVY - DOE - GE CORRUPTION

"You would have Congressman Sweeney believe that the DOE, Naval Reactors, and you are the good guys and that I am the bad guy. Contrary to what you want  ..."

www.mindspring.com/~kapl/jpsintegrity02a.html

Compilation of Laws on Graft & Corruption - DoE

"The Philippine Department of Energy is mandated by RA 7638 (Department of Energy Act of 1992) to prepare, integrate, coordinate, supervise and control all  ..."

https://www.doe.gov.ph/ researchers-downloads/ compilation-of-laws-on-graft-corruption -

"Organic Bytes #369: Fighting Monsanto, Fracking, and Corruption "

"Word on the street is that President Obama will nominate Dr. Ernest Moniz, Big Oil and fracking cheerleader, to head up the U.S. Department of Energy (DOE)."

www.organicconsumers.org/bytes/ob369.html -

Solyndra-corruption madness coming to your neighborhood

"Dec 12, 2013 ... Massive federal funds for local 'clean energy' projects ... the Commerce Department to finance so-called clean energy projects on a local level  ..."

www.wnd.com/ 2013/ 12/ solyndra-corruption-madness-coming-to-your-neighborhood/ -

Exposed: Sting operation 'finds corruption in Delhi government's ...

"Jan 6, 2014 ... Besides the transport and revenue departments, the sting recorded five instances of corruption in the water and energy departments of the  ..."

www.dailymail.co.uk/ indiahome/ indianews/ article-2534839/ Exposed-Sting-operation-finds-corruption-Delhi-governments-water-ener gy-departments.html -

"Bill Richardson - Wikipedia, the free encyclopedia "

"His tenure at the Department of Energy was marred by the Wen Ho Lee nuclear ..... ""Illinois Governor Blagojevich Busted on Corruption Charges; Bailout for  ..."

en.wikipedia.org/wiki/Bill_Richardson -

The Special Seven: Obamas Green-Energy Crony-Corruption Story ...

"Sep 24, 2012 ... Third Largest Power Company in the World is the Third Largest Recipient of DOE Risky Loans

Through this special series on green-energy,  ..."

www.conservativeactionalerts.com/ 2012/ 09/ the-special-seven-obamas-green-energy-crony-corruption-story-part-vi/ -

Department of Energy Engineering | Kenya | Not In My Country

"Corruption Rank: #5 out of 20 similar departments in all universities. 1 = Least corrupt, 20 = Most corrupt. 0.00 reported incidents per 100 staff members (0 total   ..."

https://kenya.notinmycountry.org/ou/department-energy-engineering -

massive corruption at department of petroleum and

"Aug 1, 2013 ... MASSIVE CORRUPTION AT DEPARTMENT OF PETROLEUM AND ENERGY. By STEVEN ANDRE. Dear Chief Secretary, The recent  ..."

www.pngblogs.com/2013/08/massive-corruption-at-department-of.html -

"U.S. GAO - Combating Nuclear Smuggling: Corruption, Maintenance ... "

"DOE, DOD, and State officials told us they are concerned that corrupt foreign border security personnel could compromise the effectiveness of U.S.-funded  ..."

www.gao.gov/products/GAO-06-311 -

SYKES: Obama?s green-energy boondoggles leave taxpayers in red

China gets the cash meant for American jobs

"It?s been more than five years since President Obama signed his misguided economic-stimulus package into law, creating green-energy subsidies and expanding others, but American taxpayers"
are still feeling its disastrous effects.
"This month a deal was reached between competing creditors of much-ballyhooed Fisker Automotive Inc., which went bankrupt after receiving a $529 million loan through the Department of Energy?s (DOE) controversial Advanced Technology Vehicle Manufacturing program. The failure of Fisker highlights ongoing concerns over the Obama administration?s handling of taxpayer-backed investments in so-called ?green energy"
"? initiatives. Once again, overseas companies have emerged as the big winner, with two of China?s largest auto manufacturers set to receive millions in windfall benefits from the sale of Fisker?s operations and the Energy Department loan. The loan program"
"is overseen by DOE?s Loan Programs Office, which is perhaps best known for its ?success? in backing the solar-energy startup Solyndra, which cost American taxpayers more than $500 million. The Loan Programs Office has also provided billions in direct loans to U.S. auto manufacturers to encourage green-energy innovation and, ironically, to help offset compliance costs associated with far-reaching federal standards. Under the program, Fisker was approved to receive up to $529 million in taxpayer-backed loans. As is the case with many of the Obama administration?s market-distorting green-energy gambles, Fisker proved to be a failed bet and eventually filed for Chapter 11"
"bankruptcy. The most recent development in the administration?s green-energy gamble on Fisker has two Chinese auto manufacturers increasing their business capital with American taxpayers footing the bill. First is a subsidiary of China?s Wanxiang Group, a multinational Chinese automotive-components manufacturing

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

company"

"owned by Chinese billionaire Lu Guanqiu. Second is Hybrid Tech Holdings, owned by Chinese billionaire Richard Li. The two billionaires went head-to-head in a bidding war last year over Fisker?s operations, with Lu Guanqiu winning out with a bid of $149.2 million in a bankruptcy sale. His bid for Fisker is only complemented by his previous purchase of A123 Systems LLC. (A123 Systems was another recipient of the Energy Department?s loan program and much like Fisker, was a failed green-energy gamble that ended up filing for bankruptcy.) Under similar circumstances, he purchased A123 Systems at the expense of the American taxpayers. Richard Li did not come out empty-handed, considering he purchased the taxpayer-backed loan to Fisker for $25 million at auction. According to a recent article in The Wall Street Journal, Mr. Li paid a ?deeply discounted price for the DOE loan, which had a face value of $168 million at the time it was put up for auction.? The article went on to point out that Mr. Li would profit as much as $90 million from his purchase of the loan. The Obama administration green-energy gamble to prop up Fisker allowed two of China?s largest auto-manufacturing companies to directly receive hundreds of millions in windfall benefits at the expense of U.S. taxpayers. So much for ?nation-building here at home.? Sadly, the Fisker debacle is not even the most recent failure of the Energy Department?s loan program. Just this month, Missouri-based Smith Electric Vehicles"

"announced that it was closing its operations in the United States owing to financial troubles. Under the department?s loan program, Smith Electric received almost $30 million in funds. In justifying the funds, the White House projected more than 220 jobs would be created as result. However, ?Smith only reported the creation of the hourly equivalent of 70.4 jobs ? meaning the DOE spent an average of about $414,000 per job created.? The Smith Electric closure further exemplifies the continuing failure of the president?s green-energy gambles. In a report released this month, the Government Accountability Office"

"advised against continuing the Department of Energy?s Advanced Technology Vehicle Manufacturing loan program. The report suggested that Congress rescind ?all or part of the remaining credit subsidy appropriations to the loan program, unless the [DOE] can demonstrate sufficient demand for new ATVM loans and viable applications.? Even so, the Obama administration looks set to double down on their bad green-energy bets with a public push recently for the controversial program. The Energy Department?s website cites a remaining $16 billion in loans still available to applicants. It?s time for the Obama administration to pump the brakes on the loan program, and wind down this taxpayer-funded jackpot that allows Chinese interests to capitalize on the U.S. mistakes. Justin Sykes is a policy analyst at Americans for Prosperity."

Read more: http://www.washingtontimes.com/news/2014/apr/18/sykes-obamas-green-energy-boondoggle/#ixzz2zJSeWz00 Follow us: @washtimes on Twitter


Each one of the ""Highlights"" items below has over 1000 pages of evidence to back it up. Only a Special Prosecutor is now capable of prosecuting such a case. Appointment of a Special Prosecutor is currently being blockaded by The DOJ and FBI, on orders from The White House, in violation of the requests of the U.S. Senate, The GAO and public out-cry. This case involves hundreds of billions of dollars of criminally misused tax money. Highlights: - Federal bribes are never clean. They always become complicated because of the ""I want some too"" factor - The transactions, and documented quid pro quo, not only qualify for, but exceed, the requirements for Federal Racketeering indictments - When an adjacent entity finds out there is a bribe going on, they can use the knowledge of the bribe to extort sub-bribes - Party One = Billionaire campaign backers who were investors in Google, Tesla and ""CleanTech"" - Party Two = DNC and Presidential campaign office - Party Two point five = The White House - Party Three = Goldman Sachs - Parties Four+ = Aligned Silicon Valley Venture Capital Groups - Parties Five+ = Russian investors - Parties Six+ = General Motors, Ford, Nissan and Chrysler working as a consortium - Transacted item 1 = Free NASA jet fuel, NASA partial agency closure and exclusive private supplier contracts to Space X, NASA Ames airport exclusive hand-over for Google & billionaire jets as payback for campaign resources - Transacted item 2 = Exclusive free federal taxpayer cash from Department of Energy in spite of low credit ratings and failing reviews in actual side-by-side comparisons of ALL applicants - Transacted item 3 = Exclusive tax credits, exclusive carbon credits, exclusive factory fee discounts, exclusive employee tax waivers, and land discounts from state underwritten by feds - Transacted item 4 = First position in federal contract allocations - Transacted item 5 = Real estate discounts and ongoing revenue upsides from contiguous Tesla/Solyndra real estate and pass-along leases which Senator Feinstein's family exploited - Transacted item 6 = Loans by Billonaire campaign backers who were investors in Google, Tesla and ""CleanTech"" to Senators

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

campaign PACs and funds - Transacted item 7 = Loans by Billonaire campaign backers who were investors in
Google, Tesla and ""CleanTech"" to DNC and Presidential campaign office campaign PACs and funds via
conduited means - Transacted item 8 = Payments of campaign bills by Billionaire campaign backers who were
investors in Google, Tesla and ""CleanTech via conduit-ed means - Transacted item 9 = Provision of Search
Engine manipulation, mood manipulation and competing interest web-search deletion on Silicon Valley global
web architecture - Transacted item 10 = Sex workers as deal incentives - Transacted item 11 = Provision of
federal funds and filings in a manner intended to be used for, and which were used to alter SEC securities filings,
aligned with manipulated news distribution by insiders in order to defraud the stock market and falsify stock
values for personal profit relative to Tesla, Solyndra, Abound, Fisker and related entities - Transacted item 12 =
The service, provided by the Department of Energy, whereby all competitors to the stock portfolios of the
Billionaire campaign backers who were investors in Google, Tesla and ""CleanTech"" were terminated, stone-
walled and review-manipulated by the actions of the Department of Energy - Transacted item 13 = Revolving
door jobs for White House and DOE staff in exchange for favorable federal decisions - Transacted item 14 =
Custom authored white-papers by McKinsey Consulting, the content of which was directed by Billionaire
campaign backers, who were investors in Google, Tesla and ""CleanTech, and Steven Chu, Steven Spinner and
Matt Rogers, who then became the heads of the DOE funding. These White Papers were distributed to the White
House and Congress by lobbyists working for the Billionaire campaign backers who were investors in Google,
Tesla and ""CleanTech"". The white-papers were constructed in order to give a false impression of Clean-tech and
happened to favor only the stock investments of Billionaire campaign backers, who were investors in Google,
Tesla and ""CleanTech"". The manipulated white-papers were used to sell Congress, via contrived data, on plans
beneficial only to the Billionaire campaign backers, who were investors in Google, Tesla and ""CleanTech.
McKinsey staff have been arrested and the company is under investigation - Transacted item 15 = Possible
terminations. An inordinately large number of individuals connected to this bribe died during this event. All of the
deaths were unexpected, untimely, non-indicated by current medical conditions and game-changing by ironically
reducing the risk of exposure in most of the cases - Transacted item 16 = Orders by White House staff, to DOJ,
SEC & FBI to ""leave this matter alone for now"". Ordered failure-to-enforce - Transacted item 17 = Senior
position Jobs at DOE and DOJ on orders of campaign backing billionaires such that the people in those positions
were working on behalf of those campaign backing billionaires - Transacted item 18 = Lack of review, ""don't
observe"" process as Solyndra, Abound, Fisker, etc. were immediately failing. Orders to avoid noticing the
failures in order to cover up campaign negatives - Transacted item 19 = Down-favoring of non portfolio and
competing technologies by the Department of Energy via Steven Chu, thus removing them from support and off
the playing field - Transacted item 20 = Law-firm Covington & Burling was paid to place Eric Holder and Steven
Chu in office via nomination manipulation on behalf of  Billionaire campaign backers who were investors in
Google, Tesla and ""CleanTech"" - Transacted item 21 = The Deloitte accounting firm was paid to manipulate
both the applicants applications and the DOE review process on behalf of  Billionaire campaign backers who
were investors in Google, Tesla and ""CleanTech"" in knowing conflict of interest and while knowingly engaged
in fraud - Transacted item 22 = IBM Consulting and Argonne Laboratories was paid to manipulate both the
applicants applications and the DOE review process on behalf of  Billionaire campaign backers who were
investors in Google, Tesla and ""CleanTech"" in knowing conflict of interest and while knowingly engaged in
fraud - Transacted item 23 = Access. Department of Energy funding ""winners"" had been pre-decided, prior to
application, by DOE staff on orders from White House staff exclusively on behalf of a select set of campaign
donors   "


  Naming-the-Names Master List SCORECARD:
  "PERSONS OF INTEREST Notes: The sources of the most interesting discussion. Each has their own page,
click to link. All have been mentioned in 2, or more, investigations. Media investigators and agency investigators
have much more data than is shown on each of their pages below. Do your own additional research. This is not an
exhaustive list. No person is proposed as a final suspect herein. All parties are innocent until proven guilty in a

court of law. All persons listed have been previously listed in published media investigations and publications, City, State and Federal investigations and lawsuits. The entities below are thought, by many, to be capable of offering more complete perspectives in the ongoing investigations. The Greenwald/Snowden documents provide additional details, to be viewed. The Guardian and Der Spiegel have an extensive repository involving the figures below, to be viewed. DEMAND A SPECIAL PUBLIC PROSECUTOR IN YOUR LOCAL BLOG POSTINGS! Version 11.2-    Link to this page:   http://wp.me/P4e1uX-QU"

  "Team Version 10.1 (supported by reporters from The Washington Post, New York Times, LA Times, Wall Street Journal, San Francisco Chronicle, SF Weekly,   Scahill, The GAO, Federal Investigators, over 40 independent reporters and a large group of public Wiki citizen journalists. We, especially, acknowledge providers from The Intercept, The Drudge Report, Alternet and the Chicago Tribune.)"

  The most interesting people in CARGATE -

  Note: 24/7 DS = 24/7 digital surveillance ongoing

 - Tesla Sub-Cartel

  "Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Lied to investors; Misdeeds recorded by multiple law enforcement and intelligence agencies; Brad W. Buss   (24/7 DS) Ira Ehrenpreis   (24/7 DS) Antonio J. Gracias   (24/7 DS) Steve Jurvetson   (24/7 DS) Harald Kroeger   (24/7 DS) Kimbal Musk   (24/7 DS) Tim Draper   (24/7 DS) Elon Musk   (24/7 DS)   "

 - Department of Energy

  "Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; They and their families held insider trading stock in associated winners; Received ?revolving door? kickbacks; Misdeeds recorded by multiple law enforcement and intelligence agencies; Had vast documentation of falsehoods and lies by ?winners? that they ignored; Ordered rigging of ATVM & LG reviews to benefit campaign donors; Steven Chu ? Dept. of Energy (Terminated/Fired)(Under Investigation) (24/7 DS) Matt Rogers- Dept. of

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Energy (Fired)(Under Investigation)(24/7 DS) Steve Spinner- Dept. of Energy (Terminated/Fired)(Under Investigation)(24/7 DS) Jonathan Silver- Dept. of Energy (Terminated)(Under Investigation)(24/7 DS) Lachlan Seward- Dept. of Energy (Fired)(Under Investigation)(24/7 DS) David Frantz-  Dept. of Energy (Under Investigation)(24/7 DS) Steve Izokowitz- Dept. of Energy (Under Investigation)(24/7 DS) Danial Cohen- Dept. of Energy lawyer during the making of the scandal (Under Investigation)(24/7 DS) More coming?   "

 - White House Staff

 "Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a ?DO NOT FUND? list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for search-engine-?mood manipulation? kickbacks; Misdeeds recorded by multiple law enforcement and intelligence agencies; Rahm Emanual- White House (Terminated- Chicago finance head indicted for Corruption)(Under Investigation)(24/7 DS) Robert Gibbs- White House (Terminated)(Under Investigation)(24/7 DS) David Axelrod- White House (Terminated)(Under Investigation)(24/7 DS) Valerie Jarrett- White House(24/7 DS) Larry Summers- White House (Fired)(Under Investigation)(24/7 DS) Bill Daley- White House (Terminated)(Under Investigation)(24/7 DS) Steve Rattner- White House Car Deals Director (Fired- Indicted in NY State for SEC Fraud/Corruption)(Under Investigation) (24/7 DS) Jay Carney- White House (Forced to resign) (24/7 DS) David Plouffe- White House (Forced to Resign) Arranged deals between VC campaign Donors   (24/7 DS) Eric Holder ? Staff & VC Protections and blockade of FBI and Special Prosecutor deployments   "

 - Silicon Valley Cartel

 "Investigation Issues: Revolving door jobs for Lobbyists and Senator?s staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a ?DO NOT FUND? list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for search-engine-?mood manipulation? kickbacks; Ran ?Illuminati?-like frat-house boys club with goal of taking control of government policy process and creating monopolies which only profited their cartel; Misdeeds recorded by multiple law enforcement and intelligence agencies; Colluded together to rig markets in order to cut out those who were not in ?the club; Colluded on database to ensure that no VC funded a ?black-listed? non-club member; Ordered Silicon Valley web companies they controlled to run SEO and perception manipulation programs to control voters perceptions; Pretended to review entrepreneurs new ideas and then rejected the good ideas and handed them over to another VC in ?the club? so that VC could have their ?entrepreneurs in residence? copy the ideas without paying the creator of the idea; Organized vast whitepaper authoring program with McKinsey Consulting which was distributed to Congress and White House to sell funding of DOE ATVM & LG programs which they had pre-rigged to benefit only companies they already owned part of; Fully meets definition of ?Organized Crime?; Arranged with White House staff to make sure only their companies got funded in exchange for campaign cash and services to DNC candidates; Pre-acquired investments in minerals found almost exclusively in Afghanistan and then promoted Afghan war in order to monopolize those minerals; May have arranged some of the suspected murders in Victims List, below; Larry Page- (Under Investigation)(24/7 DS) Eric Schmidt- (Under Investigation)(24/7 DS) John Doerr- (Under Investigation)(24/7 DS) Steve Westly- Campaign Bundler (Under Investigation)(24/7 DS) Richard Blum- Senator Feinsteins Husband (Under Investigation)(24/7 DS) (AND HERE) (AND HERE) Ray Lane- (Charged with Federal Tax Fraud)(Under Investigation)(24/7 DS) (AND HERE) Elon Musk ? CEO ? Tesla (Under Investigation & in multiple lawsuits for fraud)(24/7 DS)   (AND HERE)   (AND HERE)   (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) Andy Bechtolsheim- Insider campaign backer (Under Investigation)(24/7 DS) Vinod Khosla- Campaign backer (Under Investigation and in multiple lawsuits)(24/7 DS) (AND HERE) Martin LaGod- Campaign backer (Under Investigation)(24/7 DS) Ira Ehrenpreis- Campaign backer (Under Investigation)(24/7 DS) Eric Strickland- Campaign backer (Under Investigation)(24/7 DS) Tom Perkins- Campaign backer (Under Investigation, slammed by public and media)(24/7 DS) Tim   Draper- Campaign backer

THE BOOK OF TESLA - Copyright: original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

(Under Investigation)(24/7 DS) Tom Styer- Campaign backer (Under Investigation)(24/7 DS) Lloyd Craig Blankfein- Head of Goldman Sachs   (Under Investigation)(AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE) Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation)(24/7 DS) Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS) Goldman Sachs   (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(24/7 DS) Kleiner Perkins (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS) Draper Fisher (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(24/7 DS) More Coming

  - Compromised Senators & Governors

  "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with constituents; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Insider trading; Market rigging for family advantage; Misdeeds recorded by multiple law enforcement and intelligence agencies; All of the below received exclusive insider trading family gains and perks from the DOE & TARP funding winners that they hand-held through the funding process while sabotaging applicants who weren?t in ?The Club?; Dianne Feinstein- Senator (Under Investigation) Wife of Silicon Valley Cartel Member Richard Blum (AND HERE) (AND HERE) (24/7 DS) Harry Reid- Senator ? Solar factory guru, Congress lead (24/7 DS) Senator Calderone- (Indicted & charged with corruption)(24/7 DS) Leland Yee- Senator (Indicted & charged with corruption) (24/7 DS) Nancy Pelosi   (24/7 DS) Barbara Boxer   (24/7 DS) Arnold Schwarzenegger   (24/7 DS) More coming?  "

  - Russian Oligarch Mining and Manufacturing Cartel Supporting Silicon Valley Cartel

  "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; All of these people and their associates were connected to, or controlled, multiple Department of Energy ?winners? and had extensive business relationships with Silicon Valley Cartel members. Alexey Mordashov- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Boris Zingarevich- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) George Trifonov- Russian ? businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Yuri Savinkov- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS) Nick Denton- Tabloid Publisher (Under Investigation) (On CIA & NSA Watchlist)(24/7 DS) . Keeps money in Russia per contracted political hits Dmitry Medvedev- Russian ?businessman? in relations with others on this list (Under Investigation)(On CIA & NSA Watchlist)(24/7 DS)       See also: John Doerr More coming in NSA Congressional hearings in 2015

  - Department of Energy ?Winners?

  "Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium, indium and mining cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; Heinrik Fisker- CEO of Fisker (Bankrupt) (Under Investigation).(24/7 DS)   Shut down Tesla and Elon Musk ? CEO ? Tesla (Under Investigation)  (24/7 DS) (AND HERE)   (AND HERE)   (AND HERE) (AND HERE) (AND HERE) (AND HERE) (AND HERE)Adjoins Solyndra real estate Solyndra ? (FBI Raid. Shut Down)   . Adjoins Tesla real estate Abound- (Attorney General Raid) (Shut down) GM, CHRYSLER & FORD- ?Funds Organizing Team? and shared-cost lobbyists (Under Investigation, sued) (24/7 DS) Severstal- Russian Mob connected manufacturing/Mining steel company (Under Investigation) (24/7 DS) Ener1- Russian Mob connected Lithium battery company. (Shut down) Many more coming

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- Collateral Damage Victims

"Research the facts yourself: All of these connected people are, indeed, dead. They all died in unexpected, surprise, deaths; They died in similar time envelopes; They all had business and financial connections to, and insider knowledge of, the Silicon Valley Cartel plans; Almost all of them have been documented, filmed or recorded in involvements with the Silicon Valley Cartel members or Google controlling members; Many of them had started whistle-blowing or were already whistle-blowing; per laws of averages- this is a lot of related people to have died unexpectedly with this much in common, near impossible for these combined data points to be coincidental: Gary D. Conley- Dead guy who railed against Silicon Valley VC?s Cleantech Monoply. Died from lead poisoning via bullet in head (Case Under Investigation) (DEAD!) Rajeev Motwani- Google Founder. Possible Murder. Found floating dead in swimming pool. Cardiac Incident or Micheal Clayton-type (see the George Clooney Movie) Murder similar to Andrew Breitbart? (DEAD!) Forrest Hayes, a married 51-year-old father-of-five, Ran Google Glass Mood Manipulation development- Killed By Hooker (DEAD!) James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances? (DEAD!) Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ?Boston Brakes?? (DEAD!) Investigative Reporter Michael Hastings fiery crash- ?Boston Brakes?? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. (DEAD!) Rory Johnson- Targeted by DOE for his novel engine patent- Dead! (DEAD!) Stanley Meyer- Hydrogen car promoter- Murder by poisoning? (DEAD!) JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building. (DEAD!) William ?Bill? Broeksmit Deutsche Banker , Tesla German ?safety inspection fixer? who got a free-pass for Tesla on safety report in Germany- Hanged at home!   (DEAD!) Danny Lewin, Creator of Bulk Internet at Akamai. Attempted to copy Google Page-ranking and Mood Manipulation technology. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11?   (DEAD!) Ravi Kumra- Founder, Tesla Capital- Murdered!   (DEAD!) Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?   (DEAD!) One Senator?s Son- Accidental Plane Crash or ?Boston Brakes???   (DEAD!) White House liason?s wife- Burned to Death in Parked Car/Murder?   (DEAD!) John Wheeler- Washington DC- Drugged, escaped, reaptured, murdered?   (DEAD!) Two Guys from McKinsey Consulting- Questionable Circumstances?   (DEAD!) Top DC Madam?s and Escorts, including ?THE? DC Madam herself- Suicides? (DEAD!) Tata Motors Head Karl Slym dies in fall from hotel- Suicide or Push?   (DEAD!) Wall Street Journal DOE/Oil Investigative Writer David Bird Missing- ???   Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states? (DEAD!) Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder similar to Rajeev Motwani (DEAD!)   "

- Facilitating Contractors for Cartel Effort

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Crimes recorded by multiple law enforcement and intelligence agencies; Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation) (24/7 DS) Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS) John Weinberg- Fixer (Under Investigation)(24/7 DS) McKinsey Consulting       (DOE/Federal Contractor- Wrote biased/rigged whitepapers for White House & Congress on behalf of Silicon Valley VC?s to sell the feds on backing the VC?s investment holdings) (24/7 DS) Nick Denton- ?Hit-Man? for Robert Gibbs and Jay Carney in White House. Tabloid owner who did the dirty work for White House Press Secretaries. Formerly involved with British tabloid hacking. Thought to be hacking U.S. celebrities and senators for tips (On CIA and NSA Watchlist) (24/7 DS) Perkins Coie   (Law Firm who staged many of the insider deals. Suspected of improper gain.)(24/7 DS) Deloitte Consulting   (DOE Contractor- Suspected manipulated evaluation results) Operared in conflict of interest as both banking strategist for DOE ?Winners? and Evaluator for DOE. Controlled by Silicon Valley Cartel. Under world-wide investigation (24/7 DS) Google (Connected to every investor/campaign funder in this group. Suspected of news manipulation & campaign trades) (Moles planted)   (24/7 DS) Lois Lerner- Director of ?Hits and Deletions?

THE BOOK OF TESLA - Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

(Charged with crimes) (24/7 DS) Midland Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) Technology Management Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) IBM Consulting Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) Had strange fake office in Virginia church building (24/7 DS) Covington & Burling, LLP (Arranged appointment of Eric Holder on behalf of campaign backers & Silicon Valley) Put Eric Holder in Office to protect White House Staff from discovery (24/7 DS) Debevoise (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) (24/7 DS) The Petroleum Institute (Lobbyists who worked the Detroit side of the insider deals) (24/7 DS) Argonne National Labs   (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu and Rahm Emanual) (24/7 DS) "

"- States Whose Tax and Operations Offices, in Their State Capitals, Participated in Cover-Ups and Kick-Backs"

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Misdeeds recorded by multiple law enforcement and intelligence agencies; Michigan State Offices (Under Investigation) (24/7 DS) Illinois State Offices (Under Investigation) (24/7 DS) Nevada State Offices (Under Investigation) (24/7 DS) California State Offices (Under Investigation) (24/7 DS)   "

"   Note from Team: Investigative members have relied on published reports, papers, GAO, OPM, U.S. Treasury, FBI, published investigations, interviews with City, State and Federal staffs and law enforcement tips. While there may be one or two names that do not belong on this list, any clarity can be easily rectified by the appointment of a public special prosecutor and and open public hearing process which allows protections for tipsters and whistle-blowers. Such a hearing will dispel any confusion about who did, or didn?t, do what! On orders from ?highly placed political officials?, FBI investigations and assignment of a Special Prosecutor or Public Judge is being blocked to avoid embarrassing public review of the corruption. Using commonly available databases, YOU can track the financial, business, political and operational connections of all of these individuals, yourself, and validate this information. While this whole case sounds wild, please remember, billionaires have extreme ways of thinking, and acting. They do things that normal people can?t even conceive of. The lust for Power will drive these sorts of people to do un-heard of things in order to control that power and take those hundreds of billions of dollars in tax and treasury profits for themselves.   "

THE CRIME OF THE CENTURY

"Current best evidence, and witness testimony, appears to confirm that 6 Senior Obama White House staff (Gibbs, Axelrod, Plouffe, Rattner, Emanual, etc.) and 3 Agency heads (Chu, Holder, etc.) colluded in an organized crime operation, within The White House, which ended up defrauding the U.S. Government, and Taxpayers, of over $200 Billion. Their scheme involved acquiring campaign funds from UAW (Over-seen by Rattner with the Detroit gang) and related unions as well as Silicon Valley billionaires in exchange for give-away taxpayer money for their personal investments. At least 3 Senators (Feinstein, Reid, Pelosi, etc.) participated in the scam. Most of the persons of interest also had insider trading stock profit schemes running through all of the deals. This is the manner in which Tesla, Solyndra, Ener1, Abound and the bulk of the ?Clean-Tech? deals were done.   ?Skims? as ?finders fees? and ?transaction fees? went into each of their pockets via stealthed routes and took place at each transaction point in the process, assisted by Goldman Sachs. To date; thousands of points of evidence have been documented by Press and Civic investigations. Finanical records, emails, phone calls, staff testimony, stock records, trust filings, SEC documents, GAO records and NSA archives confirm everything beyond a shadow of a

THE BOOK OF TESLA - Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

doubt. The FBI and DOJ have been ordered, by Senior White House officials, not to investigate, nor to respond to witnesses or interview any subjects which would reveal information that would require them to fully engage in the prosecution. NSA has complete records of all illicit actions but cannot supply the recordings, or data, without a subpoena from a Special Prosecutor. The impunity and arrogance that the Billionaires and fixers have strutted their ?nobody is going to come after us as long as our guy is in office? attitude has subsided as they see that the end is nigh. Some reporters have significant evidential files and are awaiting other legal developments in order to coincide information release. Let?s discuss? TG, GH, JK- LAT, WASHPO 6, HY-y- K, Tom, GHJ, GF, HJ"

1. White House corruption | TribLIVE

"May 1, 2014 ? When this power is applied, Obama will feel the pressure and more information pointing directly to White House involvement in corrupt

http://www.triblive.com/ opinion/ featuredcommentary/ 6040767-74/ groups-irs-obama ?

2. Mindblowing: 252 Well-Cited Examples of Obama Corruption ?

"In a letter to Congress, the White House said that Walpin was fired because he was ?confused, ?.. 64) Oversaw some of the world?s worst increases in corruption ."

http://www.ijreview.com/ 2013/ 08/ 73971-mindblowing-252-well-cited-examples-of-obama-corruption-cronyism-lying-lawbreaking/ ?

3. Retiring White House Prosecutor Says the SEC Is Corrupt ?

"Apr 9, 2014 ? Retiring White House Prosecutor Says the SEC Is Corrupt. by ERIC ZUESSE. Bloomberg News reported, on April 8th, that a Securities and

http://www.counterpunch.org/2014/04/09/65578/ ?

4. Corruption: Obama closes the White House to public access but is ?

"You?ve probably heard that President Obama closed the White House to public tours this week, blaming the sequester. What you may not have heard, however,

The 500 trolls of Tesla Motors!

"Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, lawsuits, staff departures, investor departures, criminal charges, cartel charges, toxic smoke, cancer causing chemicals, DOE application fraud, factory workers on fire, ex-wife & girlfriend abuse stories, battery factory worker deaths, buyer homicide charges, Lemon Law litigation, Billionaire sex clubs,Tesla patents disclose lethal & conflagration potential, Mexican worker battery factory ""death camps"" plans, dangerous chemicals, political corruption and hundreds of other issues are ""keep walking, nothing to see here"" issues. "

"Ex-Tesla staff say that, in addition to the hundreds of hired ""meat puppet"" trolls that Musk has hired, in India, to watch the internet 24/7 for any mention of the word Tesla"", (so they can instantly bombard the comment section with ""A Tesla is Christ in the form of a car"" messages), Musk has 4 news scanning services that email him, and the trolls, any mentions of the company so that their greasy troll-like knobby fingers can leap into action in their dark little troll caves. Every comment section of every article about Tesla has been IP and sequence-route traced backed to the same Tesla-hired shills and trolls who login, comment after comment, under a massive

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

number of fake accounts and identities. There is NO massive Tesla fanboy acclaim by millionaires sitting around blogging about the orgasmic joy of even thinking about a Tesla. There are only dour 17 year old bloggers in basements in Idaho and India collecting $5.00 per post. But the biggest, hairiest, most wart-ridden Tesla troll of all, the one that towers above all trolls, is Tesla investor: Google. Google scrapes any negative Tesla press off of the internet and manually moves all positive troll Tesla press to the top of its search and news engine. This is cartel-level falsification of the stock market via coordinated manipulation of false information about a stock. It is an SEC felony, but federal executives, who arranged the scam, won't allow the SEC or FBI to go after these people because it will be politically embarrassing to ""Senior People"". It will be politically embarrassing because certain Washington, DC politicians gave a ""massively unqualified"", ""bankrupt"" (Per Elon Musk himself), ""failing"", ""lethally debt-ratio'd"", ""no-demand"", ""technically old-school"" Tesla a free gift of Taxpayer money as a pass along kickback to Tesla investors in exchange for billions of dollars of campaign financing. Submit your links. Let's discuss... T- LA Times [wpvideo Az6PiFCv]"

------------------------------------------------------------

"HA! See this article: http://www.bbc.com/news/technology-27741041 BBC News - Tesla boss Elon Musk hints at technology giveaway Ever since 1745, horses considered, and then, actually, began giving away their horse-shit. Nobody was excited about it then. Nobody is excited about it today. Horse-shit is still just horse-shit. Musk's patents disclose that Tesla knew that their cars energy system could ""kill you"" and ""burn down your home or office"". It says it right in the very papers that TESLA MOTORS wrote and filed with the U.S. Patent office. They posted on the public U.S. Government servers, where they can never be removed, the awful truth: Tesla's WILL burn you, your family, your house, your office.   Tesla's own engineers wrote this! They should give them away because they are worthless! Danny- Times"

------------------------------------

[wpvideo GtIooEG6]

1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ...

"Jan 8, 2013 ... A man blows the whistle on his work as an internet shill, his shadowy employer, ... Internet TROLLS Exposed ? who ARE these guys? .... But the things I mentioned differ from simply hiring a PR firm on a short term basis for  ..."

www.consciouslifenews.com/ paid-internet-shill-shadowy-groups-manipulate-internet-opinion-debate / -

2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Nov 20, 2013 ... ... Gulf of Mexico. The oil firm hired the international PR comp... ... Re:And yet the shills say this never happens (Score:4, Insightful). by madprof  ..."

tech.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -


3. BP Hired Company To Troll Users Who Left Critical ... - Technology

"Nov 20, 2013 ... ... in the Gulf of Mexico. The oil firm hired the international PR comp. ... And yet the shills say this never happens (-1, Troll). Anonymous Coward  ..."

tech-beta.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -


"4. Federal government routinely hires internet trolls, shills to monitor ... "

"Sep 17, 2013 ... Federal government routinely hires internet trolls, shills to monitor chat ... 10 other companies that use the same Subway yoga mat chemical in  ..."

www.naturalnews.com/ 042093_internet_trolls_chat_rooms_federal_government.html -

5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones ...

It's an admitted fact that governments around the world hire armies of shills to troll comment sections of news websites and social media with pro-establishment  ...

www.infowars.com/governments-hire-web-trolls-to-sway-public-opinion/ -

6. The federal government of america employ trolls and shills to sway ...

"Mar 16, 2014 ... The federal government of america employ trolls and shills to sway ... the government actually hire people to troll topics of ""national interests"", ...show more ... How do corporations and banks influence government and politics

https://answers.yahoo.com/question/index?qid=20140316180153AAzxcxp -

7. Federal government of America actually employ trolls and shills to ...

"Mar 16, 2014 ... They actually do this to sway public opinions about what they want the public to believe and not to ..."

https://au.answers.yahoo.com/question/index?qid=20140316184247AAiFP96 -

8. BP hires trolls to harass critics - Daily Kos

"Nov 20, 2013 ... Accusing someone of being a paid shill of a mega-corporations or the ... For instance, Samsung recently got fined for hiring trolls to diss rivals  ..."

www.dailykos.com/ story/ 2013/ 11/ 20/ 1257186/ -BP-hires-trolls-to-harass-critics -

"9. CTV Confirms Governments employing Internet Trolls, Shills & PR ... "

"Federal government routinely hires internet trolls, shills to monitor chat ... or private intelligence firms to do the

dirty work behind closed doors."

  www.godlikeproductions.com/forum1/message2531145/pg1 -

  "10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... "

  "Wouldn't you use trolls and shills if you ran a huge corporation? ... Cripes, companies even hire people to make
false reviews all over the world."

  www.abovetopsecret.com/forum/thread1015730/pg1 -
  "Does BP Hire Online ""Trolls""? - Godlike Productions ..."
  "BP is a trustworthy company that only has the best interest of its' valued customers in mind. ... They not only
hire trolls, they hire entire armies to invade the middle east. Quoting: ... If the shills and trolls here lately are any
indication, ..."
  godlikeproductions.com/forum1/message2385647/pg1

  "CTV Confirms Governments employing Internet Trolls, Shills ..."
  "CTV Confirms Governments employing Internet Trolls, Shills & PR Agents to 'correct misinformation' Tweet.
Chugiakian. User ID: 53604407 United States ... I've caught a few of these assholes on game forums. A lot of
game companies have been hiring PR firms to write good things about their games."
  godlikeproductions.com/forum1/message2531145/pg1

  "Documents Show How Russia's Troll Army Hit America, page 1"
  "Wouldn't you use trolls and shills if you ran a huge corporation? Of course you would have to be discrete about
it. Cripes, companies even hire people to make false reviews all over the world. Russia is just playing the
game, ..."
  abovetopsecret.com/forum/thread1015730/pglastpost

  BUSTED Governments Hire Web Trolls Are You Sick Of Them YET ...
  "BUSTED Governments Hire Web Trolls Are You Sick Of Them YET. Thursday, ... Federal government
routinely hires internet trolls, shills to monitor chat rooms, ... private companies and non-government
organisations to do the same."
  beforeitsnews.com/watercooler-topics/2014/01/busted-governm...

  Regarding trolls and paid shills... - Daily Kos :: News ...
  Protesters accuse Putin supporters of being trolls and shills paid by the Kremlin. ... and after HBGary's CEO was
fired and the other two companies ... They have the money and the motivation to be disruptive and they are not
likely to hire incompetents.
  dailykos.com/story/2012/02/07/1062405/-Regarding-troll...

  Practical Steps for Dealing With Government Shills in Social ...
  "One slide from a GCHQ presentation explains to the shills they will hire that the following ... US intelligence
community equipped with the latest in information technology by investing in innovative high-tech companies ...
Federal government routinely hires internet trolls, shills to ..."
  academia.edu/6328710/Practical_Steps_for_Dealing_With_...

  List of companies who hire shills to promote their products ...
  List of companies who hire shills to promote their products online. (waggeneredstrom.com) submitted 17
minutes ago by roadbike02. 1 comment; share cancel; all 1 comments. sorted by: best. hot. new. controversial.
top. old
  reddit.com/r/business/comments/svwsu/list_of_compani...

  PCWorld Forums: Paid Shills In Forums (online Reputation ...

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Paid Shills In Forums (online Reputation Management) ... It's become a common enough practice that lots of shady companies (especially Microsoft, who kept getting CAUGHT) to hire them. After all, ... Companies also pay ..."

forums.pcworld.com/index.php?/topic/127381-paid-shills-in-fo...

"Are there shills for the Morge, Comex and TPTB on message ..."

"Probably. I know some private companies that hire people to troll message boards on their behalf, marketing for them, downplaying criticisms about their products, ... They are obvious shills probably paid by acorn of some such pro regime group."

goldismoney2.com/showthread.php?14333-Are-there-shills-for...

Governments Hire Web Trolls to Sway Public Opinion - General ...

Governments Hire Web Trolls to Sway Public Opinion - posted in General Discussions: ... I feel sorry for these shills and trolls. ... The network was built using shell companies and financed through a foreign bank to hide their connection to Washington.

greenenergyinvestors.com/index.php?showtopic=18276

"Tech Industry ""Face-ism"": Like Racism but with facial symmetry"

"Why do the heads of most tech companies look like they just stepped off a GQ cover? Do you only get hired in a top job in Silicon Valley if you look yuppie enough? Why are the few top jobs that hire women in tech usually ""PR"" or ""Marketing"" positions and why do most of those few top women, in big tech, look like fashion models or idealized sorority leads? Is that too much of a WWII-like German Aryan social control system? Should Stanford's frat-house ""Douchebags-only"" rules be allowed to run Silicon Valley's technology innovations? Does it have anything to do with the fact that almost every single one of them were funded by male VC's, from related fraternities at Ivy League schools and ""tier 1 families"", who also have the same facial appearance? Does the glass ceiling extend across genders and the golden mean? Are the recent pictures of the MEN ONLY clubs in Silicon valley conferences, meetings and funding pitches showing up a darker side of tech than we suspected? Do we need equal-rights laws and affirmative action laws for facial appearance too? Send in your links. Let's discuss... JJ- ----------------------------------------- The tech people of Silicon Valley: "

THE BOOK OF TESLA: Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Silicon Valley Chooses Ejaculation Over All Else - Morning After

"May 12, 2014 ... Silicon Valley Chooses Ejaculation Over All Else ... baptism that Tara must be attracted to ugliness, despite Dinesh's excellent facial symmetry."

morningafter.gawker.com/ silicon-valley-chooses-ejaculation-over-common-sense-1575362280 -

Do Attractive CEOs Really Boost Their Companies' Stock Prices ...

"Jan 7, 2014 ... Can a company drive up its share price by hiring a good-looking CEO? ... which measures facial geometry, prizing symmetry and particular  ..."

www.forbes.com/ sites/ susanadams/ 2014/ 01/ 07/ do-attractive-ceos-really-boost-stocks/ -

Hiring employees at face value: Better-looking workers earn more ...

Hiring employees at face value: Better-looking workers earn more for their ... All is not lost for those lacking in facial symmetry and impressive bone structure.

www.texnews.com/biz97/look101697.html -

Facial attractiveness: evolutionary based research

"May 2, 2011 ... Face preferences affect a diverse range of critical social outcomes, from mate choices and decisions about platonic relationships to hiring  ..."

rstb.royalsocietypublishing.org/content/366/1571/1638.full -

"""I'm Successful Because I'm Beautiful"" ? How We Discriminate ... "

"Aug 18, 2012 ... Physical attractiveness can determine success in life By Ray Williams... ... FacePrints, which shows viewers facial images of variable attractiveness in ... them? This ends up in subtle biases in many forms from buying to hiring."

www.psychologytoday.com/ blog/ wired-success/ 201208/ im-successful-because-im-beautiful-how-we-discriminate -

Beautiful people more productive: study - Sydney Morning Herald

"Nov 14, 2011 ... A symmetrical face generally is considered beautiful, Hamermesh said. .... Lets face it, men and women hire attractive people for eye candy and  ..."

www.smh.com.au/ executive-style/ management/ beautiful-people-more-productive-study-20111110-1n8nj.html -

Symmetry: How Beautiful Math Makes Elegant Physics - The Nature ...

"Apr 25, 2013 ... What does symmetry mean to physicists? ... There are many kinds of symmetries, from the left-right symmetry of a face (left), to the five-fold symmetry of a .... a donor-advised fund of the Silicon Valley Community Foundation."

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.pbs.org/ wgbh/ nova/ blogs/ physics/ 2013/ 04/ symmetry-how-beautiful-math-makes-elegant-physics/ -

Computer Programmer Seeks Female Woman Lady - Silicon Valley ...

"May 18, 2014 ... Silicon Valley's 'Pakistani Denzel' is single and ready to mingle! ... Also, my face is completely symmetrical, one of the physical manifestations  ..."

www.previously.tv/ silicon-valley/ computer-programmer-seeks-female-woman-lady/ -

"Silicon Valley episode 6: Excuse me, mister car? | TechHive "

"May 11, 2014 ... Because kids on drugs are more common in Silicon Valley than women who can actually ... ? My face is completely symmetrical,? Dinesh insists."

www.techhive.com/ article/ 2153845/ silicon-valley-episode-6-excuse-me-mister-car.html -

The 1% illuminati Lithium-Gate VC's- Rigging Washington DC for profit at the expense of the public!

"Who are the ?Lithium ion VC?s?? Say ""Howdy"" to the ACTUAL 1% Illuminati!
-------------------------------------------------------------------------- """This matter has absolutely nothing to do with whether or not you like solar power or electric cars or gasoline or fracking or one technology over another. It has nothing to do with climate change; not a single thing. This is totally about banking, securities and finance fraud. It is entirely about organized crime racketeering kickbacks arranged by arrogant frat-boy billionaires who sought to buy government, buy power, buy ego-trips, kill competitors and monopolize industries for personal gain in exchange for campaign efforts."" - A U.S. Senate Source
-------------------------------------------------------------------------- Watch the 60 Minutes episode: ""The Cleantech Crash"", below, that began the series of 2014 expose events coming over the next 6 months: [wpvideo jMnc6LJb] The lobbyists called ""Think Progress"" (many of those targeted by investigations work, or worked there) and others, funded by the VC's, have started massive spin to call it a bunch of lies and say that ""No, No, it was really a big success"", but the facts, the criminal investigations and the money trail speak for themselves. It doesn't matter if you are Democrat or Republican, it matters if you want billionaires buying your government and cutting you out of the loop. D- LA Times -------------------------------------------------------------------------- Now watch the 60 Minutes episode about how it was done: http://www.youtube.com/watch?v=CHiicN0Kg10 [wpvideo fARepFlX] -------------------------------------------------------------------------- The Democrats needed cash for the campaign. Democrats are always poor, so they never have enough money. The campaign staff went to the Silicon Valley Vc's and said that if they paid for the campaign costs up front and rigged the search engines to only promote the Democrat candidates, then the campaign would give them $100 Billion of tax money that they would not have otherwise gotten, once the Democrats had control of the DOE slush fund. So they did, but they got caught by their greed, and now they need to go to federal prison. It's as simple as that! E- Heritage -------------------------------------------------------------- Note From Victims: Multiple SOMO reporters/writers have spoken with a number of victims of this series of hits organized by the same group of people. If any major law firms (Multiple firms can file) begin the process of filing a class action RICO or damages action on behalf of the victims: Arrington, Assange, Eberhard, Brown, Conway, DM, Steve, Lakatos, Katie, AL, Etc... It is highly likely that a number of other victims (over 20+) will join the cases once they are filed and publicly noticed. Substantial evidence and testimony now exists and recoverable assets in potential court-ordered awards, from the attackers, exceed $50B+ in possible recoveries for damages caused by their organized efforts against these competitors and reporters. In other words, big class-action law firms, according to many plaintiff candidates: ""if you file it, they will come."" DFG, YY, DS,   SAT/LAT/NYT
-------------------------------------------------------------------------- Seriously... ...Don't get your panties in a knot about saving electric cars or solar panels. They are NOT AT RISK. There are a ton of solar panel companies doing gangbuster business and you can buy all kinds of electric cars, from many companies, right now. Those things are safe. They are doing fine. Don't let the VC media shills play your feel-good heart-strings. By complaining about

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

political corruption you are not going to destroy the planet. You are going to destroy corruption. Got it? Green energy is doing fine but Corruption is also doing fine. Let's stop the corruption and let the green energy keep on keepin' on! Bradley T-   SF Chr ------------------------------------------------------------------------------ Did they break the law? Multiple federal agency & committee probes now asked to look into organized crime charges over kickbacks. The Westly Group (Under Investigation) Ira ""Linguini"" Erenpries (Under Investigation) Firelake Capital   (Under Investigation) John ""Doe"" Doerr   (Under Investigation) Kliener Perkins (Sued for Sexual Abuse)(Under Investigation) Elon ""The MuskRat"" Musk (Sued on multiple charges of fraud by shareholders) Steve ""The Fix"" Westly   (Under Investigation) Ray ""The Sausage"" Lane (Charged with Tax Fraud) Steve Jurvetson   (Under Investigation) The Google Boys   (Under Investigation) Jonathan"" Slippery"" Silver (Fired) (Under Investigation) Tom Perkins (Under Investigation) Tim ""I want-to-run-my-own-state"" Draper (Under Investigation) Draper Fisher (Under Investigation) Vinohd Khosla and Connie Rice (Under Investigation, multiple documentaries) Khosla Ventures (Under Investigation) Tom ""Fettucine"" Styer (Under Investigation) Steven ""The Rat"" Rattner (Indicted) Raj ""I-Am-Untouchable"" Gupta (Indicted) Hey Now? when you look at: their lobby hires, payment disclosures and blind SUPERPAC?s, which lithium ion interests they own or control and when you follow the money, it gets pretty ironic... They are all friends of silicon valley?s ?McKinsey? DOE Secretary of Energy Steven Chu; McKinsey DOE $$ Guy Matt Rogers & McKinsey DOE $$ Guy Steve Spinner (They paid to get them appointed). McKinsey staff have previously been put in Federal prison for rigging things, ie: Rajat Gupta.; and are under investigation world-wide. They contracted a silicon valley consulting company called McKinsey Consulting and told McKinsey to write all these white papers for the White House and Federal Agencies that said: ?lithium ion is the key to the future?. Then they bribed and influenced and ""Revolving Door'd"" to put Chu at DOE (Silicon Valley VC's were the primary nominators of Chu per his nomination file docket) and they invested in all of the Lithium while their guy: Chu, (working with Rahm Emanual, Valarie Jarrett, David Axelrod and Robert Gibbs) handed out all of the taxpayer money to their investment projects. Easy Peasy. Scam. Which Senator did they interact with the most? Which West Wing Chief of Staff?? See the latest Senate investigations and Class Action lawsuits for more. The Pope just hired McKinsey to fix ""Vatican Corruption"".. Maybe not such a good idea? Recordings and emails appearing soon. Many agencies, committees and media groups are now investigating, or have been asked to investigate by senior Congressional staff. Since Reid went ?nuclear?, the gloves are off, it seems. Do your own research. Check out every name mentioned and all of their past connections. Nowadays, it isn?t that hard to research. All of the parts of this have been mentioned in the mainstream press as of now. Reporters asking to FOIA review the original Solyndra case # and case #?s hyphenated off of the Abound, Solyndra, and similar cases case #?s are having the best luck in story leads. ""One is building the new Bohemian Grove on the California coast at Half Moon Bay. One has started a Jr. Illuminati initiation program for young recruits that begins in the Stanford dorm rooms. One has publicly been charged with multiple crimes. One runs the technology suppression team for the NCVA. One has broken the record for hiring local escorts. Come watch the fun! It's non-stop hijinks with those crazy old boys from the Tech Branch of the Illuminati. Stay tuned for each episode of this made-for-tv romp that is guaranteed to be great fun for the whole family."" Elon Musk, and these sorts of ego-maniac billionaires, do not care about regular people or customers. They exist for the joy they get in manipulating power and control and tend to do things like this: [wpvideo jMnc6LJb] [wpvideo 6syz0vNW] [wpvideo h3AixjhD] [wpvideo 6syz0vNW] [wpvideo efQDTOLF] [wpvideo fsB9480q] [wpvideo QrKvoUyA] http://www.youtube.com/watch?v=5BYc3PqvBCo http://www.youtube.com/watch?v=XIdprsGvlb8 http://www.youtube.com/watch?v=6PZipwucanc http://www.youtube.com/watch?v=amnwBzcxMAU KL, HJK, H, TH, JKL, PROPU- Denver News, LA Times, WSJ, BB, Susu ----------------------------------------- "

Silicon Valley: Satan's Frat House?

Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt

"Sep 22, 2010 ... While there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't see it and therefore, we forget its there. ... VC investors would be wise to not attract

THE BOOK OF TESLA- Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the government with  ... www.techdirt.com/ articles/ 20100921/ 18574611100/ are-silicon-valley-angel-investors-colluding-over-deals.shtml Tim Draper Wants To Split California Into Pieces And Turn ..."
  Tim Draper Wants To Split California Into Pieces And Turn Silicon Valley Into Its Own State. Posted yesterday by Gregory Ferenstein (@ ... He says he's submitting a polished version to the state's Attorney General in the form of a ballot proposition proposal within the next 48 ...
  techcrunch.com/2013/12/19/tim-draper-six-californias-s...

  "The Arrogant VC: Why VCs are disliked by entrepreneurs, Part ..."
  "Thanks to Atlas Venture for supporting Venture Hacks this month. ... including outright lying about the state of the business when refinancing, ... check out Fred's blog and his tweets @fdestin. If you want an intro to Atlas, send me an email."
  venturehacks.com/articles/arrogant-vc-2

  Which is more arrogant and elitist? - Page 15
  "... is neither ""arrogant"" nor ""eltist."" There are many ... Audacity of Hope"", which skyrocketed when he began his run for the presidency. Compared to what Romney has earned, as a venture capitalist, ... Satanic Church in Oklahoma Wants to Build Their Own Monument Next to ..."
  sodahead.com/united-states/which-is-more-arrogant-an...

  The Arrogant Venture Capitalist: A View from the Trenches ...
  The Arrogant Venture Capitalist: A View from the Trenches Fred Destin 12/8 ... It seems to me that LPs may have contributed to the state of VCs today. ... VC board members seem to want to prove they are the smartest in the room by forcefully suggesting strategy changes during the monthly or ...
  xconomy.com/boston/2009/12/08/the-arrogant-venture-...

  Bay Area Techie Rich: New Arrogant Elitists?Obama Radicals
  "Beware of the arrogant rich from the technology community. ... Silicon Valley's Ultimate Exit,"" Balaji Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture capitalist, ..."
  capoliticalnews.com/2013/12/15/bay-area-techie-rich-new-arr...

  Charles Dameron: Rick Perry's Crony Capitalism Problem - WSJ.com
  "The Emerging Technology Fund was created at Mr. Perry's behest in 2005 to act as a kind of public-sector venture capital firm, largely to provide funding for tech ... Mr. Tate invested his own money in ... ""It is fundamentally immoral and arrogant,"" says state representative David ..."
  online.wsj.com/news/articles/SB10001424052702304760604...

  Dave McClure is ripping VCs again: They're f***ing arrogant ...
  "Dave McClure is not your typical venture capitalist. He wears T-shirts and flip flops, and cusses like a sailor. The term angel could not be more oxymoronic when applied to McClure. In the course of his 30-minute talk at the GROW conference in Vancouver, B.C. today, the founder of ..."
  geekwire.com/2012/dave-mcclure-rips-vcs-fing-arrogan...

  Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ...
  "Some of them want to secede from America, ... Silicon Valley's Ultimate Exit,"" Balaji Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture capitalist, ..."
  -----------------------------------------------
  "Steven Lawrence Rattner (born July 5, 1952) is an American financier who served as lead adviser to the Presidential Task Force on the Auto Industry in 2009 for the Obama administration.[1]"

  New York Pension Fund Investigation

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"In 2005, Quadrangle made payments to private placement agent Hank Morris to help Quadrangle raise money for its second buyout fund.[13] Morris had come highly recommended to Rattner from U.S. Senator Charles Schumer.[14] Morris was also the chief political advisor to Alan Hevesi, the New York State Comptroller and manager of the New York State Common Retirement Fund (CRF), which invests in many private equity funds. Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner agreed to pay Morris a placement fee of 1.1% of any investments greater than $25 million from the CRF.[15] In 2009, Quadrangle and a dozen other investment firms, including the Carlyle Group, were investigated by the U.S. Securities and Exchange Commission for their hiring of Morris. The SEC viewed the payments as ""kickbacks"" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.[16] Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.[17]"

Prosecution by Attorney General Cuomo

"The case drew significant media attention when Andrew Cuomo, the New York State Attorney General, demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.[18] Rattner was once a major fundraiser for Democratic Party candidates including Al Gore and Hillary Clinton, but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.[19] In an appearance on the Charlie Rose Show, Rattner asserted that hiring Morris as a placement agent was ""legal then, legal now, and done properly.""[20] He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the ""facts"" of the case and called Cuomo's demands ""close to extortion.""[21] On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.[22] Wikipedia -------------------------------------------------------- "

"Ray Lane Rode Tech Boom Tax-Shelter Wave Broken by IRS By Andrew Zajac & Jesse Drucker The dot-com boom of the late 1990s has come back to haunt former Hewlett-Packard Co. (HPQ) Chairman Ray Lane. Lane?s dispute with the Internal Revenue Service opens a window to a mostly bygone era when accounting and law firms conceived and sold tax-dodging strategies to investors seeking to avoid taxes on outsized gains from the still-swelling tech bubble. A file photo shows Hewlett-Packard Co. former Chairman Ray Lane speaking during the Wall Street Journal ECO:nomics conference in Santa Barbara, California, during March 2011. Photographer: Jonathan Alcorn/Bloomberg The shelters had memorable nicknames, based on acronyms: Son of BOSS, BLIPS, PICO and COBRA. Lane used one called POPS. Then the IRS cracked down, triggering the kind of legal battles with the agency Lane is now embroiled in. ?Most of these types of tax shelters have flushed through the system,? said Bryan Skarlatos, a tax attorney at Kostelanetz & Fink LLP in New York. ?The ones like you?re seeing with Lane are some of the stragglers.? ?It?s not the very last dinosaur caught in the tar pit, but it?s one of the last,? said Skarlatos, who represents clients in disputes with the IRS over POPS transactions. Tax Bill Lane, also the former president of Oracle Corp. (ORCL) and partner emeritus at venture-capital firm Kleiner Perkins Caufield & Byers, used POPS in an attempt to shield $250 million of income through what the IRS ruled were ?sham? transactions. Lane, 66, who left Oracle with more than $1 billion in stock and stock options in mid-2000, has agreed to settle with the IRS on a tax bill that could be as much as $100 million, even as he appeals the agency?s ruling in U.S. Tax Court in Washington. He said he fully paid his tax bill on sale of his Oracle options. ?My tax advisers put me into an investment,? he said in an interview. ?Somewhere along the way I knew these things were being questioned by the IRS.? The investment totaled $25 million, Lane said, and included an $18 million up-front payment used to fund startups. A portion of that went to purchase warrants or stock options in five companies, including RocketGas Inc., Kleptomaniac.com. and Spectrum Target Detection Inc., according to a filing in one of at least five U.S. Tax Court cases involving Lane?s tax shelter investments. Tech Startups RocketGas was described in court papers as a business to ?bring services traditionally available only at a gasoline station to customer?s home or office.? Kleptomaniac.com was an ?e-commerce solutions provider and e-tailing consultant? to brick-and-mortar retailers and Spectrum had developed a traffic radar gun that ?was expected to replace traditional speed measuring devices used by law enforcement agencies.? ?Like most high tech startups which seemed so attractive in 2000, that high risk, high reward portfolio proved worthless within three years and petitioner simply seeks to recognize the real, hard-cash economic loss,? one of Lane?s lawyers argued in a court filing. Losses for the five companies totaled about $17 million, according to another filing. The IRS argued that

the investments in the companies ?were payments of fees to promoters of listed and/or abusive tax avoidance transactions.? Other Investors Lane and other investors didn?t establish the value of stock options or warrants in an ?amount greater than zero,? and as a result, no losses were allowable, IRS lawyers wrote. Lane said the POPS shelter was assembled for him by Sidley Austin LLP, a Chicago-based law firm, the BDO Seidman consulting firm and Deutsche Bank AG, he said. Deutsche Bank, Germany?s largest bank, admitted criminal wrongdoing in 2010 and agreed to pay $553.6 million to avoid prosecution over its participation in 15 fraudulent tax shelters, including POPS transactions. The bank admitted to involvement in at least 1,300 deals, helping more than 2,100 customers evade about $5.9 billion in individual income tax on capital gains and ordinary income, according to a settlement agreement with the Justice Department. Duncan King, a spokesman for Frankfurt-based Deutsche Bank, and Jerry Walsh, a spokesman for BDO, declined to comment on Lane?s remarks. Sidley Austin didn?t reply to phone and e-mail messages requesting comment. Conspiracy Charge BDO, now known as BDO USA LLP, said in June 2012 it would pay $50 million to settle a charge of tax-fraud conspiracy for helping wealthy individuals evade about $1.3 billion in taxes from 1997 to 2003. In 2011, a jury convicted former BDO chief executive officer Denis Field and three others of more than 20 criminal counts including conspiracy and tax evasion. A judge threw out Field?s conviction after finding that a juror lied about her past. A re-trial is pending. POPS stands for Partnership Option Portfolio Securities. Though it has multiple variations, a POPS transaction, in general, worked like this: an accounting firm would set up a series of partnerships, which would typically enter into transactions called straddles using foreign currencies. Straddles involve simultaneously taking long and short positions to offset the investment risks. Offsetting Loss The partnership would sell off the position that generates the gain, which would be attributed to a partner that would be indifferent to the tax, such as a tax-exempt entity. That would leave one of the partnerships with the offsetting loss. An investor with a big gain somewhere else could then buy into the partnership and thus take advantage of the loss. The IRS attacked such transactions for separating out the losses from the gains. The IRS case against Lane?s Vanadium Partners LLC mentions ?a series of meaningless steps,? involving a straddle, a tiered partnership structure and a transitory partner that allowed ?a tax shelter investor to claim a permanent non-economic loss.? Lane?s attorney, Charles Hodges, disputed the IRS contention that Vanadium was a sham that ?lacked economic substance.? In addition to the tech boom, conditions were ripe for tax shelters in the 1990s because the IRS had eased off enforcement under pressure from Congress, said Christopher Rizek, a lawyer at Caplin & Drysdale, a Washington-based law firm that specializes in tax matters. Wealthy Individuals ?They spent about two years re-organizing themselves,? he said. ?They were intimidated.? By the mid-2000s more aggressive enforcement resumed. Wealthy individuals who purchased POPS and other tax shelters were often identified by the IRS and Justice Department in probes of the accounting firms and law firms that sold them. The uproar in Congress over whether the IRS tried to head off challenges to tax shelters again, Rizek said. Tax lawyers are watching how the agency responds to ?this month?s use as a pinata by Congress,? he said. ?They could be cowed again,? Rizek said. ?We?ll see.? The case is Vanadium Partners Fund LLC v. IRS, 9970-13, U.S. Tax Court (Washington). To contact the reporter on this story: Andrew Zajac in Washington at azajac@bloomberg.net To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net
------------------------------------------------------------"


  Vanity Fair tries to link Arrington rape accusation to Silicon Valley's ...

  "Nov 1, 2013 ... It claims that the scandal represents ""the dark side of the Internet Age"" ... Maximillian Potter's ?Letter from Silicon Valley? in the December issue of Vanity Fair examines ... And that was with a high profile VC firm to begin with. www.zdnet.com/ vanity-fair-tries-to-link-arrington-rape-accusation-to-silicon-valley s-lack-of-women-in-tech-7000022702/ ------------------------------------------------------------------- How the VC's manipulated Afghanistan for Lithium HERE>>>
------------------------------------------------------------------"

  "BLOOMBERG: Tom Steyer: The Wrath of a Green Billionaire By Joshua Green April 25, 2013 The billionaire -- with a jar of tar sand oil Billionaires get frustrated by Washington ineptitude just like everybody else. The difference is that they can afford to do something about it. Tom Steyer, who founded the San Francisco-based hedge fund Farallon Capital Management and retired last year with an estimated $1.4 billion fortune, is one such

fed-up billionaire. Steyer?s particular grievance is the lack of government action to combat global warming. ?If you look at the 2012 campaign, climate change was like incest?something you couldn?t talk about in polite company,? he says. ?With the current Congress, the chance of any significant energy or climate legislation that would move the ball forward is somewhere around nil?possibly lower.? So Steyer, 55, a major Democratic contributor, quit Farallon to devote his time and much of his money to changing this reality. In doing so, he?s joined an emerging class of billionaires?including this magazine?s owner, Michael Bloomberg and Facebook (FB) co-founder Mark Zuckerberg?who have forsaken the traditional approach of working through the political parties and instead jumped directly into the fray, putting their reputations and fortunes behind a cause. Some environmental activists are thrilled. ?In a country that?s dominated by billionaires gaming the political system for their narrow self-interest, it?s pretty neat to see a player who?s in it for the common good,? says author and environmentalist Bill McKibben. ?He?s not a greedhead.? Many Democrats, McKibben among them, view Steyer as a liberal analogue of the conservative Koch brothers, the billionaire owners of Koch Industries, whose lavish support of free-market causes and political ruthlessness loom large in the liberal imagination. Steyer?s financial commitment is unquestioned. In 2010 he and his wife, philanthropist Kat Taylor, signed the ?Giving Pledge? begun by Warren Buffett and Bill and Melinda Gates to persuade wealthy people to devote the majority of their fortunes to good causes. That same year he spent $5 million successfully defending California?s greenhouse gas emissions law against a ballot measure, heavily financed by oil companies, to weaken it. He spent an additional $35 million last year on an initiative to close a tax loophole that benefited out-of-state corporations. Voters approved the measure, which will raise $1 billion a year in new revenue for the state, in November. ?He has made a difference in California,? says Representative Henry Waxman, the Los Angeles Democrat. His aptitude for hardball politics is less certain. On March 18, Steyer, a vocal opponent of the proposed Keystone XL pipeline that would pump tar sands oil from Canada to the Gulf Coast, clumsily inserted himself into the Massachusetts Democratic primary race between Representatives Edward Markey and Stephen Lynch for the state?s open Senate seat. Channeling John Wayne, Steyer penned a bullying letter demanding that Lynch renounce his support for the pipeline ?by high noon? a few days later or face the wrath of all the opposition Steyer and his checkbook could muster. Lynch?s campaign dismissed the stunt as ?billionaires issuing ultimatums.? The Boston Globe chastised Steyer for butting into a race in which both candidates had pledged to eschew PAC support. Markey probably doesn?t even need the support: But after the searing defeat in Congress three years ago of legislation to cap carbon emissions, Steyer and many other Democrats preoccupied with climate change are convinced that only a smash-mouth, confrontational style of politics can save the planet. He subscribes to the analysis offered in a recent paper by Harvard sociologist Theda Skocpol that the loss derived from Democrats? naive faith that their best chance at climate legislation was cooperating with polluters on a grand bargain negotiated by Washington power brokers. The strategy failed to account for Republicans? radicalization and use of the filibuster. And because environmental groups had neglected to organize, no grassroots pressure materialized when the legislation stalled. Steyer confidently presents himself as being in the vanguard of a hardheaded new approach. ?The way politics works is by people winning and losing jobs?their own jobs,? he says. ?Until people running for office believe it?s in their own interest, that it will make them popular with their constituents to stand up for good policy, it?s not going to be good politics.? For now, this approach entails rounding up a posse of environmental activists and making blustery threats to keep Democrats in line. Earlier this month, Steyer paid for an airplane to circle a Boston Red Sox game at Fenway Park trailing a banner that read, ?Steve Lynch for Oil Evil Empire.?
-------------------------------------------------------------------------------- Team Obama Releases List of Campaign Bundlers?Corrupt Jon Corzine and Solyndra Goons Steve Spinner/Steve Westly Top the List February 1, 2012 by Scotty Starnes What a list of corruption. Ex-Democrat Senator Jon Corzine is on the list. Corzine bankrupted MF Global and stole hundreds of billions from investors. Steve Spinner is an Obama bundler who pushed the Solyndra loan and Steve Westly has received billions for corporations he has ties to. Remember, Obama pretended to hate lobbyist as he issued waivers for lobbyists to work in his administration. WASHINGTON (AP) ? President Barack Obama?s re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama?s campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. ?The list includes two fundraisers linked to Solyndra LLC, theCalifornia solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. ?Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant?s government relations operations. Spinner and Westly are lobbyist as well. They bundled money for Obama then lobbied for money to be invested in corporations they have interest in.

--------------------------------------------------------- Obama releases list of top money 'bundlers' Associated Press By JIM KUHNHENN and KEN THOMAS February 1, 2012 9:32 AM WASHINGTON (AP) ? President Barack Obama's re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama's campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. Corzine is no longer raising money for the re-election, campaign officials said.The campaign divided the list into four groups based on how much money donors raised: $50,000-$100,000, $100,000-$200,000, $200,000 to $500,000 and those who raised more than $500,000 apiece. The donors represent a broad network of contributors, many of them longtime Democratic Party stalwarts. The list includes two fundraisers linked to Solyndra LLC, the California solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. The disclosure came as Obama headed back out on the money trail, speaking Tuesday night at two high-dollar fundraisers in the Washington area where donors paid $35,800 per ticket to see him. At an event at the posh St. Regis Hotel, the president told donors that Republicans have ""the wrong vision for America,"" though he didn't mention any of his opponents by name or reference the voting under way in Florida, where polls were closing in the state's GOP primary. Obama said voters needed to know ""that this is not an abstract ideological argument, that this is a practical concrete argument,"" and that the election is about whether they'll be able to find a good job with a living wage and get health care for their families. ""They've got to feel that we are actively advocating on their behalf."" Obama's campaign ended the year with more than $81 million in the bank, but Republicans are gearing up in the race for the White House. The Republican National Committee collected $27 million during the final three months of 2011, compared with $23 million by the DNC. In December, the RNC raised $11.6 million while the DNC collected $8.8 million. Through the end of 2011, the RNC had $20 million in the bank and $13 million in debt, while the DNC held $12.5 million in cash on hand and $6.5 million in debt. Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant's government relations operations. California figured most prominently on Obama's roster of big money ""bundlers."" Sixteen are from California and 13 are from New York. Top fundraisers include movie producers Jeffrey Katzenberg and Harvey Weinstein, and Vogue editor-in-chief Anna Wintour. Actress Eva Longoria was in the second highest tier, bundling $200,000 to $500,000 for Obama's re-election. Associated Press writer Erica Werner contributed to this report. ----------------------------------------------------------- D- LAT, GH- WAPO, HJ-HuffPO, Surf Alliance- FGT, ----------------------------------------------------------- Trolling the illuminati! According to all of these studies, and general consensus, people who drive Tesla's are arrogant pricks. According to all of the studies, and general consensus, about Silicon Valley Billionaires, they, too are arrogant pricks. Arrogant Fraternity House prick boys are the most entitled, egotistical pseudo-macho people on Earth. Ergo, they will defend their sports team, beer brand, stock portfolio and anything that questions their penis-size, to the death. So, if you are trying to drain the illuminati's bank accounts in order to achieve a political advantage, there is no greater gift than Tesla Motors. By Elon Musk's own published admission, Tesla was dead in 2008. It was only kept alive as The Walking Dead by Silicon Valley VC's in order to get battery kickback deals and policy control.

Every time the Tesla stock ticker starts dropping like a rock, when real investors realize it is a scam, the Silicon Valley VC's run out and buy a bunch of stock to make it look like Tesla has risen from the stock market dead in spite of the fires, recalls, management walk-outs, employee accidents, fraud charges, lawsuits and all of the other things that would kill any other company in the stock market. (Is that legal?) That is called ""pumping the stock"". Those are fake stock buys from Silicon Valley VC's. The only thing is, the more they pump, the poorer they get. T. C. - BB --------------------------------------------- http://www.youtube.com/watch?v=kAO4EVMlpwM http://www.youtube.com/watch?v=PFvKQhQzZPI http://www.youtube.com/watch?v=i3Z6CsMHeMo --------------------------------------------- Ha! In San Francisco they are rioting against Google's buses, everybody hates the entitled freaks (""Hipsters"") from Silicon Valley and Silicon Valley has become the most un-cool thing on the planet because of all the personal data harvesting and that spy thing. As usual, Obama is 2 weeks behind in his news updates, he mentioned ""Silicon Valley"" in his press conference today as if that was a good thing. It is lucky he is firing most of his staff, that never told him what was really going on. Somebody better tell tell him that The Valley is a very negative brand item these days. No wonder Silicon Valley wants to succeed from California: Everybody hates them! Dione-  H --------------------------------------------- "

  "You know those secret organizations that form conspiracy cartels to control government and industry. Here are all of the members of one such organization known, among the members, as ""The Omni"" (Or Illuminati-East-Coast). Research them, draw a line between the connections. See what you see:"

Rockmark Corporation
Fedmark Corporation
"EC Holdings, Inc."
ECW Investor Associates
Realrock I
Louis R. Benzak
John R.H. Blum
James R. Bronkema Trust
"Vincent deP. Farrell, Jr."
Leslie H. Larsen
Bill F. Osborne
Portman Family Trust
William F. Pounds
David Rockefeller
"DR & Descendants, L.L.C."
The Estate of Edna B. Salomon
Robert B. Salomon
Ralph B. Salomon

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

William G. Spears
George M. Topliff
GH-LAT --------------------------------------------------------------------------------

Protesters Stop Apple And Google Buses - Business Insider

 8 hours ago ... Protesters in San Francisco have stopped a bus filled with Apple employees on their way to work.
They've also stopped a Google bus in  ... www.businessinsider.com/protesters-an-apple-bus-2013-12 -

 "Bus Vandalized as Protesters in S.F., Oakland Target Silicon Valley ..."

 "5 hours ago ... Update 2 p.m.: Our local ?Google bus? protests took a turn today as a total of ... In San
Francisco, a bus carrying Apple employees was blocked  ... blogs.kqed.org/ newsfix/ 2013/ 12/ 20/ eviction-
protesters-oakland-san-francisco-target-silicon-valley-buses

 Apple/Google Busses stopped by protesters in San Francisco - SlashGear

 "7 hours ago ... After stopping a Google bus two weeks ago, a group of protesters from what appears to be the
same organization has stopped a bus full of  ... www.slashgear.com/ applegoogle-busses-stopped-by-protesters-in-
san-francisco-20309571/

 "Protesters swarm tech worker shuttle buses in Oakland, S.F. | Other ..."

 "4 hours ago ... Chris Roberts/The S.F. Examiner; Protesters block an Apple shuttle bus ... Apple, Google, Yahoo,
Genentech or eBay - ""they're all the same to  ... www.sfexaminer.com/ sanfrancisco/ protesters-swarm-tech-
worker-shuttle-buses-in-oakland-sf/ Content?oid=2655001
 -------------------------------------------------

 How Silicon Valley's Tech Reign Will End - Slashdot

 "Jun 29, 2013 ... And Silicon Valley isn't like a city, it's like a... ... and a lot of talk about VC funding for ""great
ideas"", which are all just Yet Another Social ...... It sucks. It's not actually a city, it's more like a long series of
80s era malls which have  ... www.slashdot.org/ story/ 13/ 06/ 29/ 1643246/ how-silicon-valleys-tech-reign-will-
end

 Scaling Venture Capital? We suck. We can do better. | 500 Startups

 "Apr 6, 2012 ... Because we SUCK at EXACTLY the thing we're supposed to help ... past 20+ years i've spent in
Silicon Valley as an engineer, entrepreneur,  ... www.500.co/2012/04/06/scaling-venture-capital/

 5 Reasons to Move Your Startup Out of Silicon Valley ? Tech News ...

 "Sep 10, 2008 ... The weather sucks in some of these towns (not Tallahassee) so your ... In the Valley, every VC
has a portfolio company in each flavor ? their  ... www.gigaom.com/ 2008/ 09/ 10/ 5-reasons-to-move-your-
startup-out-of-silicon-valley/

 Fred Wilson on why corporate VCs suck | PandoDaily

 "Jun 18, 2013 ... And two of my favorite moments were about the venture capital business. ... You' re Lucky,
Twice You're Good: The Rebirth of Silicon Valley and  ... www.pando.com/2013/06/18/fred-wilson-on-why-
corporate-vcs-suck/

 The Underbelly of Silicon Valley: VC ?Finders? - peHUB

"VC conference organizers should make their profits from sponsors, not from struggling ... Last week, a Silicon Valley investor named Hugh Sloan III came across a .... securities ? it would suck to pay for advice that leads one to break the law. www.pehub.com/2010/02/the-underbelly-of-silicon-valley-vc-finders/

Silicon Valley Could Use A Downturn Right About Now | TechCrunch

"May 22, 2007 ... Silicon Valley is paradise for geeks, and people flock here from all over the world ... but for the most part there wasn't a lot of venture capital moving into new web ... Times are good, money is flowing, and Silicon Valley sucks. www.techcrunch.com/ 2007/ 05/ 22/ silicon-valley-could-use-a-downturn-right-about-now/

Most Venture Capital Firms Suck - Slate

"May 7, 2012 ... It's well known that if you invest in actively managed stock funds, then the fund manager is going to make out a lot better than you will. Less well  ... www.slate.com/ blogs/ moneybox/ 2012/ 05/ 07/ most_venture_capital_firms_suck.html

Dave McClure is ripping VCs again: They're f***ing arrogant and ...

"Aug 22, 2012... B.C. today, the founder of Silicon Valley's 500 Startups dropped the F-bomb ... He added that the returns for venture capital ?absolutely suck. www.geekwire.com/ 2012/ dave-mcclure-rips-vcs-fing-arrogant-stupid-aholes/

"Why does everything suck?: Arrington, Race, and Silicon Valley"

"Oct 28, 2011 ... I spent this summer in Silicon Valley as part of the NewMe Accelerator. ... To be clear, I am not saying any VC says at a partner meeting, ?you  ... www.whydoeseverythingsuck.com/ 2011/ 10/ arrington-race-and-silicon-valley-i.html

How We Ruined Silicon Valley | Motherboard

"Long an oasis of innovation and meritocracy, Silicon Valley has often represented all that is pure in capitalism, a place where guys dare to ... If you were a good VC you could make $100 million. ... It's not like anybody is doing evil or bad. motherboard.vice.com/ blog/ facebook-marks-the-end-of-silicon-valley-as-we-know-it

Sift Science Funded to 'Fight Evil on the Internet' - Venture Capital ...

"Mar 19, 2013 ... Venture Capital Dispatch HOME PAGE ⁻ .... Featuring the VentureWire reporting team in the Silicon Valley, New York, Boston and Shanghai  ... blogs.wsj.com/ venturecapital/ 2013/ 03/ 19/ sift-science-funded-to-fight-evil-on-the-internet/

Rude VC: Copying Silicon Valley - Rude Baguette

"Mar 5, 2013 ... For a more in-depth review, A History of Silicon Valley by Piero Scaru. ... the emergence of Silicon Valley, in large part by trying to do no evil. www.rudebaguette.com/2013/03/05/rude-vc-copying-silicon-valley/

"Michael Arrington, Jenn Allen, and the Dark Side of the Information ..."

"Dec 1, 2013 ... Speakers are a Who's Who of Silicon Valley and in recent years ... first female engineer, and Ben Horowitz, co-founder of the V.C. leviathan  ... www.vanityfair.com/ business/ 2013/ 12/ michael-arrington-jenn-allen-relationship

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Silicon Valley should wake up to clawback culture ? Tech News ...

"Jun 28, 2011 ... Silicon Valley should wake up to clawback culture ... the culture of Silicon Valley venture capital and the clubby world of private equity: ..... conclusion that they are , by their very nature, evil or intended to cheat shareholders. www.gigaom.com/ 2011/ 06/ 28/ silicon-valley-should-wake-up-to-clawback-culture/

"John Doerr - Wikipedia, the free encyclopedia"

His success in venture capital has garnered national attention; he has been and is ... Doerr is a high profile supporter of the Democratic Party in Silicon Valley. en.wikipedia.org/wiki/John_Doerr -

Welcome to the (Don't Be) Evil Empire | Common Dreams

"Jun 25, 2013 ... The criticism of Silicon Valley is long overdue and some of the ... Google, the company with the motto ?Don't be evil,? is rapidly becoming an empire. .... is extremely unequally distributed, and current venture capital is going  ... https://www.commondreams.org/view/2013/06/25-3

The Dark Side of Silicon Valley - Center for Computer Research in ...

"And some of the industry's most prominent venture capitalists, the financiers of the high- ... This is a series about the dark side of the Silicon Valley miracle. https://ccrma.stanford.edu/~dattorro/Silicon%20Valley.pdf

Down and out in Silicon Valley: The dark side of easy VC access ...

"Sep 21, 2011 ... Down and out in Silicon Valley: The dark side of easy VC access ... The Valley is the tech centre of the Universe and you're unlucky if you're not  ... www.ventureburn.com/ 2011/ 09/ down-and-out-in-silicon-valley-the-dark-side-of-easy-vc-access/

WATCH: If Nikola Tesla Pitched Silicon Valley VCs | Inc.com

"May 31, 2013 ... WATCH: If Nikola Tesla Pitched Silicon Valley VCs BY Mark Suster .... two-time entrepreneur who has gone to ""the dark side"" of venture capital. www.inc.com/ mark-suster/ if-nicola-tesla-pitched-silicon-valley-vc.html

Silicon Valley is no meritocracy ? Vivek Wadhwa ? The Kernel

"Dec 19, 2011 ... I learned that virtually all of Silicon Valley's venture capital firms are .... These are blunt comments, and exemplify the dark side of Silicon Valley. www.kernelmag.com/ features/ essay/ 160/ silicon-valley-is-no-meritocracy/

The dark side of VC positivity | The Venture Company

"Dec 8, 2010 ... Only 45 of 790 U.S. VCs make any consistent money for LPs (according to a reputable Silicon Valley money manager). So, Venture as a  ... www.venturecompany.com/blog/2010/12/the-dark-side-of-vc-positivity/

The Grassy Road: The dark side of Silicon Valley

"Jun 18, 2012 ... Silicon Valley is on a roll right now. The relatively low levels of capital needed to start a software company has meant that start up incubators  ... pennyherscher.blogspot.com/2012/06/dark-side-of-silicon-valley.html

Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Sep 22, 2010 ... While there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't see it and therefore, we forget its there. ... VC investors would be wise to not attract the government with  ... www.techdirt.com/ articles/ 20100921/ 18574611100/ are-silicon-valley-angel-investors-colluding-over-deals.shtml

Modern Luxury | San Francisco Magazine | Dark side of the boom

"Feb 17, 2012 ... E.B. Boyd reports on how his death has touched a nerve in Silicon Valley?and forced one of its biggest secrets out in the open. E.B. Boyd  ... www.modernluxury.com/san-francisco/story/dark-side-of-the-boom

"How Scientists and Engineers Got It Right, and VC's Got It Wrong ..."

"Jul 25, 2011 ... ESL, the first company I worked for in Silicon Valley, was founded by a ... however, the dark side to the current startup environment in the bay  ... www.steveblank.com/ 2011/ 07/ 25/ how-scientists-and-engineers-got-it-right-and-vc%E2%80%99s-got-it-wro ng/

A Tale From The Dark Side Of Silicon Valley PowerAgent was ...

"Apr 13, 1998 ... The list of investors included venture capital firms Information ... Today Sundby, 45, lives on Silicon Valley's dark side--a place where there are  ... money.cnn.com/magazines/fortune/fortune_archive/1998/04/13/240866/

Silicon Valley: What's the dark side of Silicon Valley? - Quora

"I'm talking about the stuff you don't read on TechCrunch. ... It is amazingly difficult to start/have a family if you make ""normal"" salaries here (you  ... www.quora.com/Silicon-Valley/Whats-the-dark-side-of-Silicon-Valley

DOUBLE-CROSSED / Silicon Valley entrepreneurs say they have ...

"Nov 17, 1999 ... The power of Silicon Valley's top venture capitalists is rivaled only by the ... But the High-tech miracle has a dark side: untold stories of ruined  ... www.sfgate.com/ bayarea/ article/ DOUBLE-CROSSED-Silicon-Valley-entrepreneurs-say-2896276.php

The Arrogant VC: Why VCs are disliked by entrepreneurs - Venture ...

"Dec 27, 2009 ... And yes, I also plan on writing a feature about the ?good side? soon? ... on the VC side who have behaved in a rude and disrespectful manner?. ... Continued in Part 2 with unwanted advice, arrogance, and the dark side of the force? .... you realize that Entrepreneurs in Si www.venturehacks.com/articles/arrogant-vc

Oil barons and tech hipsters share a dark side. - Slate

"Jan 7, 2013 ... Cozy relationships are common in Silicon Valley too. Marc Andreessen, whose venture capital firm routinely sells smaller companies to tech  ... www.slate.com/ blogs/ breakingviews/ 2013/ 01/ 07/ oil_barons_and_tech_hipsters_share_a_dark_side.html

You'd Better Shop Around: Doing Due Diligence on Your VC ...

"Aug 2, 2011... about the dark side of the venture world; stories of VCs who weren't ... VC partner doesn't have an obvious bit of Silicon Valley pedigree? www.xconomy.com/ san-francisco/ 2011/ 08/ 02/ youd-better-shop-around-doing-due-diligence-on-your-vc/

Vulture Capital: Mark Coggins: 9781460979471: Amazon.com: Books

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

A trip through the dark satanic mills of venture capital with Chandler or Hammett as ... believable story about the dark side of Silicon Valley's start-up community.
www.amazon.com/Vulture-Capital-Mark-Coggins/dp/1460979478 -

With friends like these ... Tom Hodgkinson on the politics of the ...

"Jan 13, 2008 ... Facebook is a well-funded project, and the people behind the funding, a group of Silicon Valley venture capitalists, have a clearly thought out  ... www.theguardian.com/technology/2008/jan/14/facebook ------------------------------------------------------------------------- The Billionaire illuminati Front Groups If the group has the words: ""Grassroots"", ""Citizens"", ""Taxpayers"", ""Occupy"" or other such warm/cozy buzzwords in it's title assume, that it may be a pretend front group for a billionaire, a corporation or a union. in the last 20 years, according to state and federal campaign disclosures: 98.2% of all such campaign groups were paid for by just a handful of men on behalf of their special interests. Look deeper, check the SUNSHINE sites and know what is what. Don't get suckered by, either left or right wing facades. They apply to ALL parties. Do your research before you sign up, give money, phone tree or march for one or the other."

Koch Industries: Secretly Funding the Climate Denial Machine ...

"Billionaire oilman David Koch used to joke that Koch Industries was ""the biggest ... Koch Front Groups Attack RGGI?The Regional Greenhouse Gas Initiative  ..."

www.greenpeace.org/ usa/ en/ campaigns/ global-warming-and-energy/ polluterwatch/ koch-industries/ -

Department of Energy Head announces he engaged in ?Meticulous Due Diligence? to ensure that only campaign billionaire funders got DOE  funding!

"Tags 60 minutes investigation, auto green, autogreenblog.com, barack obama, Boycott Tesla, Department of Energy, Dept. of energy, diane feinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, John Doerr, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, NASDAQ: TSLA, Peter Davidson, Senator Upton, solyndra, Solyndra scandal, solyndramobile, Steven Chu, tesla kleiner, Tesla Stock, Throw Them All Out, washington corruption investigation"

Department of Energy Head announces he engaged in ?Meticulous Due Diligence? to ensure that only campaign billionaire funders got DOE ATVM and LG funding!

"Under federal investigation, DOE staff are required to now testify about what happened to billions of taxpayer dollars that were conduit-ed, by DOE staff, to Senators pockets and billionaires investment portfolios as campaign favors. Peter Davidson, the executive director for the DOE?s LPO, defended his office, saying its achievements to date are ?remarkable.? Investigators commented that ?it is remarkable that your whole agency isn?t in federal prison!? Davidson said that due in large part to the DOE?s ?meticulous due diligence, its commitment to establishing protections within all agreements, and robust project monitoring??, that nobody but a handful of crony campaign billionaire funders got DOE ATVM and LG funding! All other applicants were automatically kicked out, and ?tossed in the Potomac?, if they did not bribe the right people. The GAO, Senate investigators and thousands of media reports have labelled the DOE funding program as ?NOTHING MORE THAN A POLITICAL CASH KICK-BACK SCHEME TO USE TAXPAYER MONEY TO PAY OFF SILICON VALLEY BILLIONAIRES FOR PROVIDING CAMPAIGN SERVICES? Donna Lester- DC ??????????????? Which Senators, and their families, profited through kickback trusts, campaign funding ?dark money?, insider trading investments and shadow accounts, in vast conflicts-of-interest, in the Department of Energy funding scandal?: Under Investigation- Reid Feinstein Granholm Pelosi Boxer Yee and more coming? $200+ Billion of taxpayer

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

420

losses, yet Department of Energy officials still repeat their mantra-lie of: ?oh it was a huge success?. It WAS a huge success for the kickback and bribery business! Is it ?organized crime?? You be the judge: Roger- DC Ti ?????????????-"

White House ?Green Jobs? Propaganda

?

The Cleantech Crash_HIGH

?

ELON MUSK LITHIUM TOUR

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

?

"COLLUSION, CORRUPTION, DOE & YOUR MONEY ? Home"
"Corruption at D.O.E. COLLUSION, CORRUPTION, DOE & YOUR MONEY: SEE:
http://atvmdoe.wordpress.com: Home; In Honor of David Deitz; All data from this project has now been
forwarded to law enforcement resources and the public WIKI at http://atvmdoe.wordpress.com."
corruptiondoe.weebly.com

The Green Corruption Files : DEVELOPING: Department of Energy ?
"DEVELOPING: Department of Energy Facing ?Corruption? Lawsuit, Shocking DOE Emails, and the $8.4
Billion ATVM Program?s ?Favored Five
greencorruption.blogspot.com/2012/11/developing-department-of-energy-f?

THE BOOK OF TESLA. Copyrights, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

What does corruption mean? ? definitions
 Definition of corruption in the Definitions.net dictionary. Meaning of corruption. What does corruption mean?
Information and translations of corruption in the most comprehensive dictionary definitions resource on the web.
 definitions.net/definition/corruption
 Avoiding The ?Al Capone? Trap: The Dangers Of Supplying ?
 ? he due diligence exception was added to the Commission?s rules for the purpose of ensuring that inadvertent
submissions are not sanctioned.? ? making the documents discoverable by the Department of Energy in an
unrelated investigation).
 mondaq.com/unitedstates/x/316860/Energy+Law/Avoiding?

 NRG Energy?s Somerset Station Selected for Department of ?
 "The U.S. Department of Energy (DOE) has confirmed that NRG Energy, Inc.?s (NYSE: NRG) Somerset
Station plasma gasification project has been . NRG Energy?s Somerset Station Selected for Department of Energy
Loan Guarantee for Due Diligence Review. September
 businesswire.com/news/home/20090925005349/en/NRG-Energy?s-?

 Statement Concerning the Continued Importance of Due ?
 Statement Concerning the Continued Importance of Due Diligence for Conflict Minerals Identified in Section
1502 of the Dodd-Frank Wall Street ? Energy Security; Food Security; Iran; Israel; Middle East ? The Department
of State recognizes recent progress in the Democratic ?
 state.gov/r/pa/prs/ps/2014/05/226546.htm

 U.S. Energy Dept plans $4 billion in loan aid for renewable ?
 "? The U.S. Energy Department on Wednesday unveiled a plan for up to $4 billion in loan aid for renewable
energy ? ?We?re back in business,? Peter Davidson, executive director of the department?s ? the department also
made changes to its due diligence practices and loan
 news.yahoo.com/u-energy-dept-offers-4-billion-loan-aid-1

 Committee Leaders Press Administration for Information ?
 "Department of Energy Oversight: Status of Loan Programs. May 23, 2014 | Hearing. Energy and Power
Subcommittee Markup of Promoting New Manufacturing Act. May 23, 2014 | Markup. Subcommittees.
Commerce, Manufacturing, and Trade;"
 energycommerce.house.gov/press-release/committee-leaders-press-adm?
 [slideshow_deploy id='1755']

 Department of Energy Sale ? GovSales
 "Initial Bids Are Due October 7, 2013. The Department of Energy plans to sell by competitive auction, ? Bidders
will have an opportunity to conduct due diligence prior to the bid ? All media inquiries regarding this notice
should be directed to the Department of Energy?s Office of Public
 govsales.gov/html/DOESale.html

 DOE Loan Program: Junk-Grade Investments or Smart Portfolio ?
 "? and crucial support to the first five U.S. utility-scale solar PV projects,? explained Department of Energy
Loan Program Office Executive Director Peter Davidson. ?They had ? There is a brutal competition among the
applicants to make it through our gauntlet of due diligence.
 greentechmedia.com/articles/read/DOE-Loan-Program-Junk-Grade?
 Investigations | Department of Energy
 "The Office of Investigations performs investigations into allegations of fraud, waste, and abuse in programs and
operations of the Department, NNSA and FERC. Priority is given to investigations of suspected violations of
criminal and civil statutes, as well as serious administrative misconduct."
 energy.gov/ig/mission/investigations

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Criminal Investigator | Department of Energy
"Energy Department. Budget & Performance; Directives, Delegations & Requirements; FOIA; Inspector General; Privacy Program; Small Business; Federal Government. The White House;"
energy.gov/ig/about-us/careers/criminal-investigator

Department of Energy ? 100 criminal investigations. ? Facts ?
"There are, just at the Department of Energy, over 100 criminal investigations that have been launched into just how stimulus is being spent. Is that Fact or Fiction
votefacts.org/department-of-energy-100-criminal-investi?

RALEIGH: Feds launch criminal probe of NC agency after coal ?
The US Justice Department has launched a criminal investigation into the state environmental agency tasked with regulating Duke Energy after a coal ash spill left the Dan River so polluted that people were told not to touch the water.
newsobserver.com/2014/02/13/3619273/feds-launch-investigat?

Reporter cleared after investigation into mayor?s missing keys
"U.S. Department of Energy; Weather; Website; Entertainment. Arts; Dancing; Movies; Music; Television; Theater; 2014 Election; Jobs/For Sale; ? ?Obviously we were glad to hear of the Criminal Investigation Unit?s findings, which cleared Chris of all accusations and of course
oakridgetoday.com/2014/06/04/reporter-cleared-investigation?

JPMorgan Chase Energy Trades Under Investigation By DOJ: Report
"? this time by the Department of Justice over its energy trades. At a minimum, it?s the seventh ongoing investigation into the bank, according to the Journal. ? It is not known if the investigation is civil or criminal, the newspaper said."
huffingtonpost.com/2013/08/19/jpmorgan-chase-energy_n_378183?
[slideshow_deploy id='1708']

DOE Ignores Criminal Investigations When Considering Contract ?
It is Department of Energy policy to ignore the federal government?s own criminal investigations into companies applying for taxpayer funding.
blog.heritage.org/2012/07/27/doe-ignores-criminal-investiga?

Over 100 Criminal Probes Related to Stimulus Funding in the ?
"Thankfully, at least one man in the federal government has been awfully busy on behalf of the American taxpayer: The Energy Department?s inspector general has launched more than 100 criminal investigations related to 2009 economic stimulus spending."
weeklystandard.com/blogs/energy-department-ig-has-launched-o?

DOE IG: 100+ stimulus-related criminal probes ? Darius Dixon ?
"The Energy Department?s inspector general has launched more than 100 criminal investigations related to 2009 economic stimulus spending. In written testimony prepared for delivery to the House Oversight and Government Reform Committee today, Inspector General Gregory Friedman said the
politico.com/news/stories/1111/67444.html

"Additional criminal evidence found to be posted at: http://atvmdoe.wordpress.com/In ""60 minutes investigation"""

"The ChartIn ""60 minutes investigation"""

"Iron Man TerminatedIn ""60 minutes investigation"""

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Since this tactic was used to manipulate public stock, it is considered to be a felony crime. Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

 - etc...

 -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a q

## Hackers hacking Tesla to eavesdrop, manipulate GPS, make batteries blow up and generally screw with the car: Most easily hackable car in the world.

"Elon MUsk is well known to have told a reporter, that he was battling with, that he has technology built into every Tesla so he can spy on each car at will. This revelation was part of his undoing. 4Chan, and the hacker crowd, took this as an open invitation to target the Tesla for ""opportunity testing"". Hackers have found that, like the back-doors in Cisco routers: One person's keyhole is a hackers trap door. Top hackers will tell you (AND SHOW YOU) that there is nothing they can't break into if it is on a network. Hackers have already hacked the Tesla in many ways: listening to users conversations in the vehicle, changing GPS routes and, according to the darker hackers, even changing the BMS (Battery Management System) to overload and too quickly overcharge the batteries and make them explode.. nasty! Most hackers claim to hack in order to ""demonstrate security vulnerabilities for rapid repair"". many of them do it, though, to impress their friends with how spooky at level they can attain. As any glance at contemporary news coverage will show you, once a system is hacked, it is pretty near impossible to go back and stop it. The software upgrade and remotely surveillance technology that Tesla built into it's cars, according to one ""expert hacker"" can be ""opened by any capable 14 year old."" Tesla needs to either pull all of the remote surveillance technology out of their cars or fully inform the owners of the risks Lets discuss. Send links: Tom- Ex-Tesla Worker -------------------------------------"

"1. Tesla Model S owners hack their cars, find Ubuntu - AutoblogGreen "

"12 Apr 2014 ... Owners exploit Ethernet port on Tesla Model S, automaker asks them to cease and desist."

green.autoblog.com/ 2014/ 04/ 12/ tesla-model-s-owners-hack-their-cars-find-ubuntu/ -

2. Owners Hack Tesla Model S Electric Car: Tesla Politely Asks Them ...

"8 Apr 2014 ... What happens when you hack into your own Tesla Model S Electric Car? One owner found out when he hacked his Model S, and Tesla politely  ..."

www.transportevolved.com/ 2014/ 04/ 08/ owners-hack-tesla-model-s-electronic-car-tesla-politely-asks-stop/ -

"3. Tesla's Model S can be located, unlocked, and burglarized with a ... "

"1 Apr 2014 ... While Tesla's Model S might be physically the safest car on the road, ... is very vulnerable to some rudimentary hacking techniques, allowing a  ..."

www.extremetech.com/ extreme/ 179556- Tesla's-model-s-can-be-located-unlocked-and-burglarized-with-a-simple-hack -

4. Had To Happen: Hacking Into A Tesla Model S Electric Car

"5 Apr 2014 ... Notably though, Tesla's engineers could see all this going on--like secret service personnel in movies discovering a hacker on their network."

www.greencarreports.com/ news/ 1091288_had-to-happen-hacking-into-a-tesla-model-s-electric-car -

5. Expect an irate call if you try to hack your Tesla Model S - SlashGear

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"6 Apr 2014 ... Once upon a time it was a rite of passage for car lovers to get under the hood and tinker with the mechanics; in the modern world of EVs, that's  ..."

www.slashgear.com/ expect-an-irate-call-if-you-try-to-hack-your-tesla-model-s-06323921/ -

6. Tesla's Model S Lock Can Be Opened With a Basic Hack - Gizmodo

"31 Mar 2014 ... Tesla's Model S is supposed to be the safest car on the road?at least where the physical realm is concerned. But apparently, the crazy  ..."

www.gizmodo.com/  Tesla's-model-s-lock-can-be-opened-with-a-basic-hack-1555429943 -

7. Hacking The Tesla Model S

14 Apr 2014 ... It's no secret that Tesla is a tech-centric American automaker and this becomes evident in the recent news of the Model S being hacked.

www.gas2.org/2014/04/14/road-slightly-traveled-hacking-tesla-model-s/ -

"8. Tesla car doors can be hacked - Mar. 31, 2014 - CNN Money "

31 Mar 2014 ... A security researchers has found that simple hacking techniques can open a Tesla's doors -- and expose its location.

money.cnn.com/2014/03/31/technology/security/tesla-hack/ -

9. Tesla Cars Can Be Hacked to Locate and Unlock Remotely - The ...

31 Mar 2014 ... Now a new research carried out on the Tesla Smart car has proved that the hackers are able to remotely locate or unlock the Tesla Motors Inc.

www.thehackernews.com/ 2014/ 03/ tesla-cars-can-be-hacked-to-locate-and.html -

10. Tesla Model S is 'low hanging fruit' for hackers to remotely track or ...

"1 Apr 2014 ... Tesla has toughened the Model S' underbody to help prevent any more fires, but apparently it needs to add some reinforcement to its network  ..."

www.engadget.com/2014/04/01/tesla-hacking/ -

"1. Hacked passwords can enable remote unlocking, tracking of Tesla ... "

"1 Apr 2014 ... Tesla Motors accounts are protected only by simple passwords, making it easy for hackers to potentially track and unlock cars, according to a  ..."

www.pcworld.com/ article/ 2138400/ hacked-passwords-can-enable-remote-unlocking-tracking-of-tesla-cars.html -

"2. UPDATE 1-Access to Tesla cars only a password away, researcher ... "

"28 Mar 2014 ... Nitesh Dhanjani, a corporate security consultant, Tesla owner and author of books on hacking, said at a conference in Singapore on Friday that  ..."

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.reuters.com/ article/ 2014/ 03/ 28/ tesla-motors-cybersecurity-idUSL1N0MP1OR20140328 -

3. Tesla Motors Inc Model S Hacking May Be Only The Beginning

"3 Apr 2014 ... People love to criticize Tesla Motors Inc (TSLA) for its cars being vulnerable to hacking, but the Model S isn't the only one."

www.valuewalk.com/2014/04/tesla-motors-inc-model-s-hack/ -

### *One Model S owner hacks his car, and gets a warning from Tesla ...* "

"8 Apr 2014 ... Had to happen: Hacking into a Tesla Model S electric car One Model S owner hacks his car, and gets a warning from Tesla For more latest tech  ..."

www.youtube.com/watch?v=cVC83YcXzFo -

## Tesla Model S security system vulnerable to outside hacking | The ...

"31 Mar 2014 ... A security researcher has discovered a way to locate, hack and unlock Tesla Motors premiere Model S from a remote computer using traditional  ..."

www.dailycaller.com/ 2014/ 03/ 31/ tesla-model-s-security-system-vulnerable-to-outside-hacking/ -

## Tesla Hires ""Hacker Princess"" To Boost Car Security - Car Tech ... "

"10 Feb 2014 ... One of the newest employees at Tesla Motors is Kristin Paget, whose job title is Security Geek. To be clear, Paget is a hacker. The news of  ..."

www.roadandtrack.com/go/news/tesla-hires-a-hacker -

### *Tesla Model S Has Hidden Ethernet Port, User Runs Firefox On the ...* "

"4 Apr 2014 ... As for hacking the Tesla... don't ****ing do it, last thing we need is ..... That is a slightly different safety scenario than hacking your fucking cell  ..."

linux-beta.slashdot.org/ story/ 14/ 04/ 04/ 2220259/ tesla-model-s-has-hidden-ethernet-port-user-runs-firefox-on-the-17-sc reen -

8. Car hacking with the Tesla S and Google Glass - YouTube

3 Jul 2013 ... This is Sahas Katta who wrote an app to control his dad's Tesla S via Google Glass. I hear Vic Gundotra (Google VP who runs Google+)  ...

www.youtube.com/watch?v=r5HbEnUvMQA -

9. Tesla Motors Inc (TSLA) Model S Highly Vulnerable To Hacking

31 Mar 2014 ... Tesla's door-locking security depends on a six-character password which is vulnerable to hacking. Tesla Motors Inc (NASDAQ:TSLA) its Model  ...

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

www.valuewalk.com/ 2014/ 03/ tesla-motors-inc-tsla-model-s-highly-vulnerable-to-hacking/ -

"10. Easy to Hack Into a Tesla, Security Expert Says - NBC News "

28 Mar 2014 ... Tesla Motors' electric vehicles can be located and unlocked by criminals ... by cracking a six-character password using traditional hacking techn.

www.nbcnews.com/ tech/ security/ gone-60-seconds-easy-hack-tesla-security-expert-says-n66516 -


Why Non-Googlers Feel Google Is Evil Via An Ex-Googler

"Mar 1, 2013 ? Pedro Dias, a former Google search quality rep, and now an SEO, shared his thoughts about why many of those that preach that Google is evil

http://www.seroundtable.com/google-evil-google-16436.html ?

NSA Spying Denials Prove That Google is Truly Evil | SiliconANGLE

"Jun 8, 2013 ? Google has finally been exposed as the deceitful, two-faced entity it really is, and now it?s desperately trying to spin the revelations of the NSA? s

http://www.siliconangle.com/ blog/ 2013/ 06/ 08/ nsa-spying-denials-prove-that-google-is-truly-evil/ ?

GOOG Stock ? Is Google Getting Evil as a Teenager? | InvestorPlace

"Sep 27, 2013 ? Google (GOOG) has come under fire recently for being a bit more ? if the tech giant is getting to be an evil, unruly teenager as it grows up."

http://www.investorplace.com/2013/09/goog-stock-google-evil-15/ ?

CATO turns Google Evil (with some help from Mercatus)

"Dec 12, 2013 ? Not all that long ago, Google was the champion of the Left, when it came to all sorts of issues. I remember how?under the Bush

thepondsofhappenstance.blogspot.com/ 2013/ 12/ cato-turns-google-evil-with-some-help.html ?

"FairSearch.org | Fortune: ?For Google, it pays to be evil during the ? "

"Dec 18, 2013 ? Should Google change its motto from ?Don?t Be Evil? to ?Don?t Gouge Consumers Buying Goods on the Internet?? This holiday season much

http://www.fairsearch.org/ deceptive-display/ fortune-for-google-it-pays-to-be-evil-during-the-holidays/ ?

Google- Don?t be evil ? Digital Point Forums

"[IMG] Google introduced the slogan ?Don?t be evil? in 2000 (informal corporate motto) Is Google becoming evil day by day, What?s your though

https://forums.digitalpoint.com/threads/google-dont-be-evil.2698297/ ?

THE BOOK OF TESLA: Copyrights the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Don?t be evil Google motto ? Twitter

"Dec 16, 2013 ? BrentButt Google motto 2015: Evil is such a nasty word, can?t we all be more civil ? Look, here?s two cute robots holding hands. Reply; Retweet

https://twitter.com/BrentButt/status/412700627152961536 ?

Cracked Argues With Itself About How Evil Google Is | WebProNews

"Nov 18, 2013 ? Cracked has put out a new video called ?The 5 Most Seemingly Sinister Google Behaviors?. It?s a humorous video in which a guy argues back

http://www.webpronews.com/ cracked-argues-with-itself-about-how-evil-google-is-2013-11 ?

Maybe it?s time for Google to rethink its ?Don?t be evil? motto ? The ?

http://www.washingtonpost.com/ business/ technology/ maybe-its-time-for-google-to-rethink-its-dont-be-evil-motto/ 2012/ 01/ 25/ gIQAAS0XRQ_story.html ?

"Larry Ellison: Google move ?evil,? NSA surveillance ?essential ? "

"Aug 13, 2013 ? In an interview that will do absolutely nothing to erase his reputation as one of the most controversial CEOs in Silicon Valley, Oracle?s Larry

"http://www.latimes.com/ business/ technology/ la-fi-tn-larry-ellison-google-nsa-surveillance-20130813, 0, 4165100.story ?   "

"Google, Apple, Facebook, and the NSA: Tech companies come ? "

"Jan 8, 2014 ? Americans may not be paying attention to the NSA scandals?polls inconsistently show that 40 to 50 percent of the country is OK with whatever

http://www.slate.com/ articles/ technology/ bitwise/ 2014/ 01/ google_apple_facebook_and_the_nsa_tech_companies_come_together_to_lim it.html ?

NSA uses Google cookies to pinpoint targets for hacking

"Dec 10, 2013 ? A slide from an internal NSA presentation indicating that the agency uses at least one Google cookie as a way to identify targets for exploitation."

http://www.washingtonpost.com/ blogs/ the-switch/ wp/ 2013/ 12/ 10/ nsa-uses-google-cookies-to-pinpoint-targets-for-hacking/ ?

How the NSA Almost Killed the Internet | Threat Level | Wired.com

"Jan 7, 2014 ? Google, Facebook, Microsoft, and the other tech titans have had to fight for their lives against their own government. An exclusive look inside

http://www.wired.com/ threatlevel/ 2014/ 01/ how-the-us-almost-killed-the-internet/ ?

NSA Reportedly Uses Google Cookies To Target Suspects ?

THE BOOK OF TESLA, Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Dec 11, 2013 ? According to information once again leaked by whistleblower Edward Snowden, the National Security Agency secretly targets suspects using

http://www.techcrunch.com/ 2013/ 12/ 11/ nsa-reportedly-uses-google-cookies-to-target-suspects/ ?

"Snowden latest: NSA stalks the human race using Google, ad cookies "

"Dec 12, 2013 ? The already strained relationship between Google and the NSA has got a little bit worse, after claims in the latest Snowden leak that

www.theregister.co.uk/ 2013/ 12/ 12/ snowden_latest_nsa_using_google_cookies_to_id_internet_users/ ?

"NSA disguised itself as Google to spy, say reports | Politics and Law ? "

"Sep 12, 2013 ? If a recently leaked document is any indication, the US National Security Agency ? ? or its UK counterpart ? appears to have put on a Google suit

news.cnet.com/ 8301-13578_3-57602701-38/ nsa-disguised-itself-as-google-to-spy-say-reports/ ?

"Google, Apple, and Microsoft Agree: NSA Spying Undermines ? "

"Dec 9, 2013 ? A total of eight prominent tech companies are urging President Obama and Congress to rein in the surveillance state."

www.theatlantic.com/ politics/ archive/ 2013/ 12/ google-apple-and-microsoft-agree-nsa-spying-undermines-freedom/ 282143/ ?

Could Google and the NSA Make Whistleblowers Disappear? | The ?

"Dec 3, 2013 ? Why Google and the NSA prove we are not far from the world Orwell imagined in his novel 1984."

www.thenation.com/ article/ 177430/ could-google-and-nsa-make-whistleblowers-disappear ?

"Google, Facebook Ask NSA to Back Off ? Businessweek "

"Dec 23, 2013 ? Google Inc. (GOOG), Facebook Inc. (FB) and other Internet companies expressing outrage over the National Security Agency intercepting their

http://www.businessweek.com/ news/ 2013-12-23/ data-are-money-for-google-to-facebook-wanting-nsa-to-back-off ?

"NSA chief addresses report agency taps into Google, Yahoo data ? "

"Oct 31, 2013 ? The chief of the National Security Agency addresses Washington Post report alleging agency taps into Google, Yahoo data links."

http://www.cnn.com/2013/10/30/us/nsa-google-yahoo/ ?
Google Is Evil | Wired Business | Wired.com
"It?s bad enough when you run a search company in an increasingly social world. It?s worse when anti-trust regulators say you have unfairly and illegally used your dominance in search to promote your own products over those of competitors. Now Google executives, who like to boast of their company"
wired.com/business/2012/06/opinion-google-is-evil/

THE BOOK OF TESLA: Copyrights, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Why Google Is Evil | Ira Israel ? The Huffington Post
"Google had a wonderful search engine but unfortunately has become some sort of perverse game that we are all forced to play. And while the people at Google and their shareholders continue to earn billions, small businesses like mine suffer."
huffingtonpost.com/ira-israel/why-google-is-evil_b_3716786.html

Google Is Getting Evil ? The Slant
"Google Is Getting Evil When you?re a $240 billion megacorporation, sometimes you wind up acting like a $240 billion megacorporation"
slant.investorplace.com/2013/01/google-is-getting-evil-goog/

Why Non-Googlers Feel Google Is Evil Via An Ex-Googler
"Pedro Dias, a former Google search quality rep, and now an SEO, shared his thoughts about why many of those that preach that Google is evil on his Google+ page."
seroundtable.com/google-evil-google-16436.html

Google?s Broken Promise: The End of ?Don?t Be Evil?
"Architecture ? Design ? Science ? Cities ? Tips ? Deals ? Apple ? Google ? Microsoft ? Sploid ? Paleofuture S In a privacy policy shift, Google announced today that it will begin tracking users universally across all its services?Gmail, Search, YouTube and more?and sharing data on user activity"
gizmodo.com/5878987/its-official-google-is-evil-now

Google is evil or not?
"Who?s Online [Complete List] 21 users active in the past 240 minutes (0 members, 0 of whom are invisible, and 20 guests). Google: Board Statistics"
google-is-evil.com

Google is evil ? BetaNews
"As I opined in December 2010: ?If there is a devil, a Great Satan of modern technology companies, Google is it?. Yesterday?s stunning proposal is more confirmation."
betanews.com/2012/04/13/google-is-evil/

Google Is Evil ? Timeline | Facebook
"Google?s motto ?Don?t Be Evil? is being challenged by Alex Jones after his sites Infowars and Prisonplanet.com were de-listed in Google News. In fact, Jones and his fans have made ?Google Evil? the #1 Google search trend today."
facebook.com/GoogleIsEvil?sk=timeline

How evil is Google? Your Senators want to know. | ZDNet
"Is Google evil? That?s essentially what the United States Senate ? not exactly the best arbiters of good and evil, you gotta admit! ? is going to be trying to figure out over the next few days."
zdnet.com/blog/government/how-evil-is-google-your?

"Tim O?Reilly ? Google+ ? Really, Google is evil now? Let?s
"Really, Google is evil now? Let?s Get Real. How About Apple? I just came across this story: Google?s Broken Promise: The End of ?Don?t Be Evil
plus.google.com/107033731246200681024/posts/fWJtC2mb3Eq

Is Google Evil? | Mother Jones
"That obsession with privacy may explain Google?s puzzling reaction last year, when Elinor Mills, a reporter with the tech news service cnet, ran a search on Google CEO Eric Schmidt and published the results: Schmidt lived with his wife in Atherton, California, was worth about $1.5 billion, had"

THE BOOK OF TESLA. Copyright, orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

motherjones.com/politics/2006/10/google-evil

Wired 11.01: Google vs. Evil
"Google vs. Evil. The world?s biggest, best-loved search engine owes its success to supreme technology and a simple rule: Don?t be evil. Now the geek icon is finding that moral compromise is just the cost of doing big business."
wired.com/wired/archive/11.01/google_pr.html
"?White House staff: Rahm Emanual, David Axelrod, David Plouffe, Steve Rattner and Robert Gibbs, while in the White House, arranged for Silicon Valley Venture Capitalists to, exclusively, receive taxpayer cash through a Department of Energy conduit-ing scheme controlled by the associate of those Venture capitalists: Steven Chu and his hand-picked insiders, as payback for campaign financing. Over 12,000 evidence items prove this to be fact. White House staff, and certain Senators, who received business gain from this arrangement, also ordered an, ongoing, cover-up of the scam.? - Federal Testimony Document, 2014"
"??My deepest concern is that White House staff may have ordered Eric Holder to halt any attempt to appoint a Special Prosecutor on behalf of the taxpayers, because they know, for a fact, that White House staff, campaign backers and a few Senators will be indicted. These cover-ups are destroying the public?s faith in the system?? ...? Upon investigation and examination of the evidence, there can be no doubt, to a person of average intelligence, about the fact that Department of Energy officials engaged in organized crime, and manipulation of federal law on behalf of themselves and this cartel of venture capitalists.? - U.S. Federal Investigator, Filed Report, 2013"
"?The public has a right to know; when the cops raided Solyndra, and in their follow-on investigations, did they discover a connection to White House staff and campaign financiers? Were they then told to ?chill? the investigation?? - Journalist- Washington Post, 2012"


"Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can ?kill you?, ?burn you and your family?, ?set your house on fire?, ?set your office or parking structure on fire? (Not to mention the cancer-causing fumes they release). Tesla own engineers wrote that in the their patents and Musk signed off on those patents."

"TOP ISSUES: Congressional bribes * Senators own insider trading stock in battery companies they are supposed to regulate * Campaign cash kick-backs * Explosive batteries * Cancer causing batteries * Factory workers in US & Asia killed, poisoned and/or burned * Lied on DOE application * Investors used Google media manipulation to rig stock market * Overall manufacturing is highly toxic * Panasonic charged with multiple criminal and cover-up charges* patents reveal Tesla knew of horrific safety defects * Being sued under ?Lemon Law? * Being sued for investor fraud * Multiple vehicular manslaughter charges * Fires * Fraud charges/lethal work environment/immigrant death charges re: Tesla/Panasonic factory * SEC financial records fraud charges * White House staff cover-up charges * Rigging of lithium ion market via Afghan War by Tesla VC?s * Rigging of lithium ion market by Tesla VC?s and Senators * Charges Steven Chu/Elon Musk/Feinstein conspired * Law enforcement blockaded from investigating *"


"PANASONIC UNDER MULTIPLE CRIMINAL INVESTIGATIONS AND LAWSUITS FOR COVER-UPS, FIRES AND LYING ABOUT DEATHS CAUSED BY ITS BATTERY FACTORIES "


Lithium Ion Batteries Setting Children on Fire. Tablet & smartphone Lithium Ion batteries set people and buildings on fire just from getting bumped:

"Lithium ion sets planes, cars, homes and kids on fire!"

THE BOOK OF TESLA - Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Why the average person should care about A scandal LIKE CAR-GATE? How this affects you: When you get a paycheck do you notice that up to 50% has been taken out and sent to somebody else? When you pay your taxes do you wonder where it goes? How does it make you feel to find out that part of your hard earned money is being used to buy prostitutes, private jet rides for lobbyist golf parties and create private monopolies? Do you like it that a certain group is using your money for the targeting of taxpayers, the sabotage of the businesses of small American job creators, the blockading of entrepreneurship and the termination of domestic innovation. If you think that is not cool, then that is why you should pay attention to this and demand action to fix the situations discussed here. ? ChicagoT"


Easy to understand overview of the scandal which cost YOU over $200B (Click Pix For More)


"CONTINUED?TESLA TOP ISSUES: Congressional bribes * Campaign cash kick-backs * Explosive batteries * Cancer causing batteries * Factory workers in US & Asia killed, poisoned and/or burned * Lied on DOE application * Investors used Google media manipulation to rig stock market * Overall manufacturing is highly toxic * Tesla patents reveal Tesla knew of horrific safety defects * Being sued under ?Lemon Law? * Being sued for investor fraud * Multiple vehicular manslaughter charges * Fires * Fraud charges/lethal work environment/immigrant death charges re: Tesla/Panasonic factory * SEC financial records fraud charges * White House staff cover-up charges * Rigging of lithium ion market via Afghan War by Tesla VC?s * Rigging of lithium ion market by Tesla VC?s and Senators * Charges Steven Chu/Elon Musk/Feinstein conspired * Law enforcement blockaded from investigating *"


A SHOCKER EXPOSE BY TESLA FACTORY WORKERS AND STAFF:

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Millions in lithium ion cars that got wet and blew up. Lithium ion blows up when it gets wet or banged.

"GOOGLE, Tesla?s Silent Partner, ?Mood Manipulating? the web media perception about Tesla. Hiding any negative news. Running COVER-UP to protect campaign financiers! (Click Pix for more)It?s a big deal that the batteries blow up because hundreds of people had written reports saying they would, but VC?s said to ?bury the reports.

"Batteries exploding, chargers burning down homes, what?s next?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Tesla patent and docs say car needs military ?ballistic shield? to protect your family (Click Pix For More)

Another Tesla on fire w/ toxic smoke. Tesla cars more dangerous than ISIS (Click Pix For More)

A different Tesla on fire w/ toxic smoke (Click Pix For More)

The U.S. Post Office won't even let you mail lithium ion batteries because they are so toxic and explosive

"Many unreported Tesla fires, like this one. Fireman cancer has doubled in last 6 years. (click pix for more)"

Cancer causing smoke and vapors from burning Tesla

Toxic Tesla Fumes. Overseas workers dead. Firemen & drivers poisoned. See chemical analysis proof HERE (Click for more)
"See confirmations on Bing, Ask, DuckDuckGo, Yahoo and other search engines. (You will get different results on each search engine, stay informed, do your own research. Please know that Google searches will give you results biased towards Tesla as Google owners are investors)"

Toxic Smoke and toxic relationships

"Fisker & Tesla: ON FIRE! Here is a Lithium ion car that just burst into flames in downtown Woodside, CA in a FOREST full of Mansions. Could have burned down the town."

"?For there is nothing hidden that will not be disclosed, and nothing concealed that will not be known or brought out into the open.? ? Luke 8:17"
?IGNORANCE? is never better than ?KNOWLEDGE? ? George Washington

"Largest Justice Dept. investigation, in history, on Auto Parts Industry just as DOE/Moniz try to give billions to: Auto Parts Industry! Hmmmm..."

1. Auto parts price-fixing probe rattles industry - The Big Story

THE BOOK OF TESLA. Copyrights only to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"6 days ago ... Meanwhile, the Justice Department says it's looking into additional ... A federal investigation into price fixing in the auto parts industry, made  ..."

bigstory.ap.org/ article/ auto-parts-price-fixing-probe-rattles-industry -

2. Justice department investigating auto-parts price-fixing

"4 days ago ... The Justice Department is currently investigating what the Associated Press has dubbed the ? largest criminal antitrust probe ever,? alleging bi."

www.consumeraffairs.com/ news/ justice-department-investigating-auto-parts-price-fixing-052714.html -

3. Auto parts price-fixing probe rattles industry - Salon.com

"25 May 2014 ... A federal investigation into price fixing in the auto parts industry, made ... the auto parts industry has mushroomed into the Justice Department's  ..."

www.salon.com/ 2014/ 05/ 25/ auto_parts_price_fixing_probe_rattles_industry/ -

4. Auto Parts Price-Fixing Scandal Makes Justice Department History

3 days ago ... A large-scale auto parts price-fixing conspiracy led to $2.3 billion in fines and ... The current Justice Department Investigation has resulted in 34  ...

www.blackenterprise.com/ money/ consumer-affairs/ auto-parts-price-fixing-scandal-makes-justice-department-history/ -

5. Bridgestone executives indicted for auto parts price fixing

"15 Apr 2014 ... The charges stem from an ongoing U.S. Justice Department investigation of price fixing in the auto-parts industry, that according to the agency  ..."

www.autonews.com/ article/ 20140415/ OEM10/ 140419882/ bridgestone-executives-indicted-for-auto-parts-price-fixing -

"6. U.S. DOJ, Antitrust Division Update 2013, Criminal Program "

"The U.S. Department of Justice seal, The United States Department of Justice ... in investigations of cartels involving auto parts, real estate foreclosure auctions,  ..."

www.justice.gov/atr/public/division-update/2013/criminal-program.html -

7. Are You The Next Target? DOJ's Auto Parts Criminal Investigations ...

"Recently, the head of criminal enforcement at the Antitrust Division of the Department of Justice (DOJ) warned that DOJ's investigations into collusion by auto  ..."

www.squiresanders.com/ are-you-the-next-target-dojs-auto-parts-criminal-investigations-expan d/ -

8. Justice Department: 2.8B in Fines to Auto Industry Suppliers for ...

4 days ago ... The US Justice Department is continuing a massive investigation on the part of major auto-

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

industry suppliers. The AP reports that this instance  ...

oppositelock.jalopnik.com/ justice-department-2-8b-in-fines-to-auto-industry-supp-1582112581 -

9. Justice Department's Probe Of Auto Parts Industry Is Proving Many ...

4 days ago ... An investigation into price-fixing and bid-rigging in the auto parts industry has mushroomed into the Justice Department's largest criminal  ...

www.autospies.com/ news/ Justice-Department-s-Probe-Of-Auto-Parts-Industry-Is-Proving-Many-Wer e-Screwing-Public-For-Profits-81473/ -

10. Secretary of Energy Moniz to address MEMA ... - Search Autoparts

19 Mar 2014 ... Secretary of Energy Dr. Ernest Moniz heads a lineup of speakers who will address motor vehicle parts suppliers at the MEMA Legislative  ...

m.searchautoparts.com/ aftermarket-business/ news-distribution/ secretary-energy-moniz-address-mema-legislative-summit

11. DOT Sec'y Moniz: Revived ATVM Loan Program May Be Expanded ...

"23 Jan 2014 ... Speaking at the Washington (D.C.) Auto Show, U.S. Energy Secretary Ernest Moniz said on Wednesday that part of reviving the dormant  ..."

www.thetruthaboutcars.com/ 2014/ 01/ dot-secy-moniz-revived-atvm-loan-program-may-be-expanded-to-suppliers / -

# THE AFGHANISTAN INVESTIGATION:

"Trillions of dollars of Afghan mineral corruption cost America: Lives, the economy, PR, status, jobs and more because of a few billionaire's tech monopoly schemes!"

ISSUES AND CHARGES:

Congressional bribes: insider trading stock/campaign funds for cartel rights
Goldman Sachs involved in every deal tied to Afghan minerals and DOE funded schemes
Campaign cash kick-backs
"Solyndra & Abound, DOE ""Winners"", needed Afghan Minerals"
Explosive batteries from Afghan minerals
Cancer causing batteries from Afghan minerals

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Factory workers in US & Asia killed poisoned and/or burned from Afghan mineral battery and related manufacturing

Lied on DOE application to monopolize Afghan minerals

Investors charged with using Google media manipulation to rig stock market in order to cartel Afghan minerals

Overall manufacturing from Afghan minerals is highly toxic

"Possible cover-up murders, unusually large number of untimely deaths "

Fires from Afghan minerals; Solyndra & Abound solar panels just exploded on roof-tops because of their chemistry

Fraud charges/lethal work environment/immigrant death charges re: Tesla/Panasonic factory from Afghan minerals

SEC financial records fraud charges

White House staff cover-up charges

"Even China outlaws these types of battery factories due to overwhelming deaths, poisoned cities and birth defects. No U.S. issues raised due to political kick-backs

Rigging of lithium ion market via Afghan War by Tesla VC?s

Rigging of lithium ion market by Tesla VC?s and Senators with campaign funding/insider trading kickbacks?

Law enforcement blockaded from investigating on orders of whom?

"VC Cartel charged with seeking to control Washington A La ?Smedley Butler Business Plot""


"ARE YOU AN AFGHAN VETERAN? IS THE VA COVERING YOUR ISSUES FROM TOXINS YOU MAY HAVE BEEN EXPOSED TO? VETERANS DEMAND FULL BLOOD, HAIR & CELL TESTING FOR HEAVY METALS & GROUND DUST POISONING.   CLICK HERE TO SEE AFGHANI-SCAM ARTICLES AND VIDEOS. A WAR FOR BATTERIES, BROUGHT TO YOU BY SILICON VALLEY!"


$1 Trillion Dollar Lithium Ore Scheme


"Silicon Valley VC?s, Goldman Sachs, Tesla, Batteries and Afghanistan = Afghani-Scam "

Intro: A $1 Trillion insider market-monopoly scheme that ?blew up!?

"Ingredients: Silicon Valley VC/Campaign funders; Russian miners; Goldman Sachs; Knowingly complicit federal officials; Innocent goat herders; Over $1 Trillion Dollars in profiteering; Hookers; Taxpayer cash; Criminally corrupt senators; Toxic gas; Explosions; Dead people and Electric cars. The stuff (Chemical ore) that Solyndra, Abound, Fisker, Tesla, A123, Enerdel, and the rest of the failures, needed to make their scheme pan out, was buried under some goat farmers in Afghanistan! Almost all of these companies had their products blow up, in average use, (Even the solar panels caught fire) and, in most cases, release a ?Cancer-Cocktail? of toxic gas; Tens of thousands of Lithium fires and explosions have now been documented to have crashed planes, exploded cars, set data centers on fire, burned children, blown up IPAD?s and have just been a very bad chemical concept.

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Lithium has gone off many, many more times than the public has been told. Over time, the compounds become MORE likely to go off! To make the chemicals work for Solyndra, Abound, Tesla, Fisker and the rest, these companies mixed them together into a compound that ends up being a military-grade toxicity, carcinogenic powder. Even making the compounds kills overseas factory workers. Not very good research on the part of the bad guys, but greed often outpaces sanity! ? and the money people behind everything were the same exact handful of bad guys in each and every case. If Silicon Valley created the latest version of the Afghan War for private gain, they got screwed. Not only do they now realize that the cost of the war was many, many magnitudes more than just giving the goat herders a check and buying the rocks, but the stuff they were trying to monopolize turns out to be explosively dangerous, hard to use and cancer-causing."

Cowboys and Indium:

"Solyndra was exploiting Indium, and a large number of other key chemicals, from Afghanistan that directly paid into the ?DOE insider profit pool?. Abound was exploiting key chemicals from Afghanistan that directly paid into the ?DOE insider profit pool?. Nissan?s Smyrna plant, Tesla, A123, Ener1, Fisker and Ford were exploiting Lithium from Afghanistan that directly paid into the ?DOE insider profit pool?. Other ?failed DOE winners? had the same connected materials supply routes. In this Watergate-type scandal (Should we call it Lithium-Gate, instead?) Secretary of Energy Steven Chu appears to have been told to let no applicant through unless they were in the ?DOE insider profit pool?. The pool consisted of Deloitte staff, Goldman Sachs staff, DOE staff, Silicon Valley venture capitalists and, possibly, at least two White House staff. Rahm Emanual is known to have had an intimate connection with the Argonne labs lithium ion program research funding while in the White House and after he returned to Chicago. Dianne Feinstein personally arranged for, and opened, the NUMMI plant for Tesla. Her husband?s company CBRE were the real estate hooks for the Tesla, and next door, Solyndra property deals. Her staff and lobby people work there now. Her husband goes to Mongolia all the time for ?special meetings? according to Sunshine. So one wonders if Feinstein got on the intelligence committee so she could see if she was about to get caught or if a savvy NSA section chief ?helped? her get there on the premise of ?keep your friends close and your enemies closer? so the NSA could watch her in intimate detail. The recent hack of her files by intelligence officers seems to be indicative. "

"(Editors Note: There have been letters to SOMO charging that the CIA is leaking information to SOMO, and other reporters, in order to expose Feinstein. To the best knowledge of all queried SOMO reporters and editors, this is not the case. The facts speak for themselves ? Ed. Team) Many high level politicians made a grab for their piece of the trillion dollars so investigations kept getting squashed by them. Steven Chu killed off the non-toxic fuel cell, wind and natural gas programs while at DOE to give a clear runway to his ?DOE insider profit pool?, in which he participated. The Russian mining connections run throughout the above group but now that the U.S. is back in a Cold War with Russia, Russian insiders are delighted to spill the beans, on the whole deal, to reporters. One is even out taking competitive bids for exclusive whistleblower interviews. The insider profit pool consisted of the same investors in the above efforts, who also happen to be the same people who nominated and lobbied for the appointment of Steven Chu, according to his nomination docket. All of these people had a personal profit side deal in the same profit pool through stock holdings, trusts, revolving doors and repercussive gains. All of the above are connected in a very tiny business circle. The odds of that circle of 30, or so, people, out of 318 million Americans, being the only people to have access to these profits and federal funds, without rigging the program, is calculated on a book-makers metric at 12 billion to 1. Even now, one can easily see the disparity between the NHTSA wave-through of the coddled White House campaign-backer funded Tesla (hushed up by Tesla silent owner: Google) and the bone crunching hearings and fines that GM and Toyota have had to endure, at the same time, for less dangerous defects. [slideshow_deploy id='1708'] The Senate Ethics Committee members have hundreds of thousands of background documents on this matter but they have been stone-walled. The FBI has nearly a million documents on this matter and reporters are eager to see the anticipated indictments from years of surveillance of the key parties of interest. NSA, DIA and CIA have tens of millions of documents on this matter from nearly a decade of surveillance of parties of interest, but they are stalled up with inter-party politics. The press has vast amounts of this evidence. The Russians are shopping vast new repositories of disclosure. Within the year, expectations are high for a tsunami of enforcement activity. The recent record-breaking number of White House and Congressional ?retirement announcements? may be the first wave of the storm. As Richard Byrne Reilly found out, the ?no comment? responses are piling up. That is always a good sign that the ?We just got

caught? Freak-Out Factor Frenzy has begun among the Politicos. While party mouth-foamers are trying to make the Afghani-scam scandal not about their party, with their constant drone of ?Nothing?s been proven?? they are now realizing that it is not a Democrat Vs. Republican issue. It is about being for, or against, Organized Crime. It is about being part of, or not part of, Organized Crime. It is about losing their federal pensions because of crimes they may have knowingly supported. When investigative reporters found that Goldman Sachs and Silicon Valley VC?s were involved in almost every single one of the DOE money deals, they had to ask why? How much did they make in, around and through the whole thing? Who was connected to them and decision makers? Would they really rig a whole market (and a war?) just to get a few TRILLION dollars worth of lithium cornered? Looks like they did? Link to this page:   http://wp.me/P4e1uX-22I Everything in this collaborative article can be researched and verified by YOU, online, from thousands of published documents. If you are a reporter; acquire confirming data from your group database, FOIA?s, associate investigators, web search and standard sources. If you are a member of the public use Sunshine disclosure sites like those at the bottom of this page and file a FOIA request via this information: http://www.nolo.com/legal-encyclopedia/how-use-freedom-of-information-32508-2.html Let?s discuss: TH, HJK, H-LATIMES, J-Post, JL, et al (Over 40 reporters and editors, and growing, have participated in the production of this effort) (Oh snap, bad guys! All of your secret scheming plans have gone to shit in a speed-car. Your companies are going bankrupt, missing milestones, making things nobody in the market wants, under investigation and failing to deliver; faster than anybody can count. Maybe crime doesn?t pay after all!   -TD) KEY DETAILS OF THE KEY PLAYERS IN THE SCAM:"

  See Additional details at- LITHIUM BATTERY ORGANIZED CRIME LAWSUITS

  See Additional details at- TOXIC TESLA: THE CANCER-COCKTAIL FROM THEIR BATTERY FIRES

  See Additional details at- THE LITHIUM VC?s

  "See Additional details at ? SILICON VALLEY VC?s PARTNER WITH RUSSIAN MOBSTERS TO AVOID TAXES, AND THE LAW, IN ?AFGHANI-SCAM

  See Additional details at- HOW THEY MADE CONGRESS ?LOOK THE OTHER WAY?

  PART ONE:


# The future of Silicon Valley may lie in the mountains of  Afghanistan




  Above: An Italian helicopter flies over western Afghanistan during an international operation. Lithium reserves have been found in the western part of that country.

  Image Credit: ISAF Media
  By Richard Byrne Reilly
  for VENTUREBEAT


  "The future of Silicon Valley?s technological prowess may well lie in the war-scarred mountains and salt flats of Western Afghanistan. United States Geological Survey teams discovered one of the world?s largest untapped reserves of lithium there six years ago. (Editorial Team Note: Right about the time the DOE started rounding up

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the key ATVM and LG program insiders) The USGS was scouting the volatile country  at the behest of the U.S. Department of Defense?s Task Force for Business and Stability Operations. Lithium is  a soft metal used to make the lithium-ion and lithium-polymer batteries essential for powering desktop computers, laptops, smartphones, and tablets. And increasingly, electric cars like Tesla?s. The vast discovery could very well propel Afghanistan ? a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana ? into becoming the world?s next ?Saudi Arabia of lithium,? according to an internal Pentagon memo cited by the  New York Times. The  USGS survey report on Afghanistan that detailed the findings  also noted that, in addition  to lithium, the country also contains huge deposits of iron ore, gold, cobalt, copper, and potash, among many other valuable minerals. ?The mineral wealth there is astonishing,? said professor Michel Chossudovsky of the Montreal-based Center for Research and Globalization, who has written extensively on Afghanistan. A conservative estimate of the riches is $1 trillion. In some circles, it?s as high as $5 trillion. "


"In Silicon Valley and beyond, tech companies like Apple, Google, Amazon, Microsoft, Hewlett-Packard, Samsung, Sony, and Tesla rely on continual, and uninterrupted, access to lithium, as lithium-based batteries are the primary power storage devices in their mobile hardware. Without these batteries, MacBooks, iPads, iPhones, Kindles, Nooks, Galaxy IIIs, Chromebooks, and, yes, Tesla Model S cars would be largely worthless. If forced to use older, nonlithium batteries, their battery lives would certainly be much shorter. The world?s current lithium heavyweight is Bolivia, the biggest exporter of the element. There, in the swamps and marshlands of the southern region of the country near where the borders of Chile and Argentina meet, are the biggest deposits. Canada, China, Australia, and Serbia also have varying amounts of lithium, but not as much as Bolivia. Or apparently, Afghanistan."

 Enough to last a lifetime

 "Depending on who you talk to, the current lithium global reserves  are adequate for at least another generation of lithium-ion battery manufacturers to produce them. But not everybody thinks so, and some say the light metal compound may someday run dry.  That could in turn spell trouble for any company whose business depends on light and portable mobile electronics ? unless someone comes up with an alternative to lithium batteries before then. The experts VentureBeat interviewed pointed to sharp year-on-year increases in the demand for lithium. That?s putting heavy pressure on existing stockpiles. According to Lithium Americas, a Canadian lithium-mining company with significant business interests in Argentina, lithium demand will more than double in the next 10 years, while lithium prices have nearly quadrupled during the same timeframe. Tesla, for its part, is in the process of investing up to $5 billion to build its own lithium-ion Gigafactory in Texas, a plant capable of churning out 500,000 expensive battery packs a year by 2020 for its line of zero-emission, all-electric cars. "


 "A Tesla spokeswoman did not return calls seeking comment. As a potential source to feed that demand, enter Afghanistan. ?At some point, if present trends continue, demand [for lithium] will outstrip the supply. And again, at some point, the market for lithium-ion could get so big that it actually affects the supply chain,? said Donald R. Sadoway, a professor of the Materials Chemistry Department of Materials Science and Engineering at MIT. Looking at Afghanistan, Sadoway says the war-ravaged nation, which has no effective mining infrastructure in place, may well be attractive to the world?s mining outfits. In this regard,? Sadoway, one of the world?s foremost experts on energy sources, says, ?the deposits in Afghanistan could be important.? Andrew Chung, a venture capitalist with Khosla Ventures in Silicon Valley who has invested in multiple startups producing alternative batteries, says lithium-ion batteries are limited in their lifetime cycles, scalability, and cost. Despite this, Chung says, he can understand how the untapped reserves of Afghan lithium are now an increasing focus. ?It is an issue of the supply chain, whether it?s Afghanistan or other [countries]. There is a finite supply, and lithium-ion will continue to be the [power] choice for the next decade,? Chung said. Some of the Valley?s biggest and most powerful tech companies either declined to comment for this story or never returned calls. But they didn?t

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

deny the importance of lithium-ion batteries. For instance, an Apple spokesperson declined to comment for this story but provided VentureBeat with a 2014 ?Suppliers List? of the 200-plus vendors it uses to produce its products. A related post made the Cupertino, Calif.-based company?s commitment to lithium batteries clear, at least in the short term. ?Rechargeable, lithium-based technology currently provides the best performance for your Apple notebook computer, iPod, iPhone, or iPad,? the Apple post says. Sony Energy Devices Corp. invented the lithium-ion battery in 1994. It was hailed as a breakthrough, providing longer battery life and without the ? memory effect? that gradually reduced the effective capacity of previous types of batteries. Since then, companies have gradually refined lithium battery technology but have not succeeded in moving beyond it. Indeed, early Tesla cars are actually powered by large packs of industry-standard lithium-ion battery cells ? the same type of cells found in many laptop batteries. And here is where it gets interesting. Sharply increasing demand"

 "If electric car manufacturers begin ramping up production of lithium-ion battery-powered cars, the global demand for lithium will skyrocket. This could potentially come about at the same time for increasing demand for handheld consumer goods like tablets and laptops, Chung said, thus creating a perfect storm. ?So you want to start looking at other sources producing it with current supplies being called into question, if we move more toward production of electric cars,? Chung said. Which is why, increasingly, eyes are turning to Afghanistan and its new purported lithium reserves, a country long referred to as the ?graveyard of empires.? The U.S. invaded Afghanistan after the terror attacks of Sept. 11, 2001, and according to iCasualties, 2,315 American servicemen and women have been killed there. Analyst Jay Jacobs of  Global X Funds in New York, which has interests in lithium mining, said demand for the compound is growing, and that ?there  are two regions that have been revealed to contain huge lithium reserves: Afghanistan and Bolivia.? William  Tahil, a respected lithium expert who lives in France and is the general director for Material International Research, argues that lithium deposits in Bolivia will at some point be depleted. Jacobs was sanguine about safely extracting lithium from Afghanistan. He said political risks there were considerable. ?With that being said, should there be a substantial and sustained increase in demand for lithium, lithium miners may become increasingly interested in the country as it has an abundance of the resource,? Jacobs said. It was the Soviets who first discovered the country?s deposits when they invaded in 1979. Soviet geologists began mapping Afghanistan?s lithium, gold, and potash fields but abandoned their efforts after the former communist superpower pulled out of the country in 1989. But with a weak and corruption-plagued ?central government,? Afghanistan is now ripe for the picking, Chossudovsky said. Indeed, the country is still very much divided into fiefdoms, with the Muslim fundamentalist Taliban, warlords, and drug traffickers controlling large swaths of the country ? and using violence to advance their interests. ?There?s no question the mining companies will go in there. No question. There?s no real functioning government there to reap the foreign investment of the mineral deposits. This makes it all the more enticing to the mining companies because nobody in the government of [President] Hamid Karzai will be regulating the bonanza of lithium, so they can do what they want,? he said."

 Jockeying for position

 "For its part, the U.S. government, which helped locate the lithium deposits using flyovers with a sensor-filled Lockheed P-3 Orion and teams of geologists fielding soil samples, knows a potential gold rush when it sees one. And it has no intention of being left on the sidelines. Especially since the Chinese are now ? and quickly ? making deals with Afghan pols for mineral rights to copper deposits. The USGS did return multiple calls seeking comment. Nor did the Pentagon. Despite what some say are the shortcomings of lithium-ion batteries, venture capitalists and investors continue pouring money into them.  Amprius, a lithium battery maker based in Sunnyvale, Calif., snared a $30 million infusion round of investor cash in January. Over at the Afghan embassy in

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Washington, D.C., the Afghans are licking their lips at the potential lithium and mineral windfall despite the country?s continued conflict with a resurgent Taliban.  What this may portend for the impoverished and war-torn nation is anybody?s guess. But the Afghans are playing up the finds ? or they were, until recently. ?In recent years, headlines from the Afghan mineral sector have competed to outdo each other in scale: from the landmark $3 billion Chinese investment in the Aynak copper concession to the astounding survey work of the U.S., Afghan, and British Geological Services estimating anywhere between $1 trillion and $3 trillion in mineral potential, to the historic $11 billion deal now being finalized with an Indian consortium for the Hajigak iron ore concession,? said a posting on the Afghani Washington DC website. The post has since been removed. Afghanistan?s ambassador to the U.S., Eklil Hakimi, presided over a press conference at the Afghan embassy in Washington, D.C., on March 10, where he talked about the untapped deposits, along with reps from the USGS and other U.S. politicians. But Hakimi, through a spokesman, told me he simply didn?t have the time to talk.
_____ "

 "Solyndra, Abound and Tesla need these chemicals. The investors and the campaign backers and the product owners are all the same people. Tesla doesn?t care about selling cars, they car about selling LITHIUM. The car is like the handle for the razor blade, they want to sell the razor blades, not the shaver. But the idiots backing the scheme rushed into it, without checking into things, because they saw all the free Department of Energy and TARP cash. They did not realize that Lithium blows up all the time and, when mixed, becomes a ?Cancer Cocktail?, gives off toxic smoke, kills factory workers and is just kinda? bad stuff? ooops "

 Don W- NYT ????????????????????

 ?AFGHANISTAN THE SAUDI ARABIA OF LITHIUM?:

   Medium Taxpayers? Office revenue increased 300 Million ?
 "Historically, the name ?Afghan? designated the Pashtun people, the largest ethnic group of Afghanistan. [33] ? Other reports show that the country has huge amounts of lithium, copper, gold, coal, iron ore and other minerals."
 article.wn.com/view/2014/01/21/Medium_Taxpayers_Office?

 Peak Energy: Think ?peak oil? is a discredited idea ?
 * Electric Vehicles and Peak Lithium * Hydrogen and Peak Platinum * Storing Energy In Graphite ? (10) cradle to cradle (10) fabber (10) goldman sachs (10) gtl (10) hybrid car ? afghanistan (8) big oil (8) ?
 peakenergy.blogspot.com/2014/01/think-peak-oil-is-discredited-i?

 cobalt goldman sachs
 "Did you know that Afghanistan is one of the world?s largest suppliers of lithium? All your electronic devices that use lithium batteries are dependent on it & only a few countries have ? cobalt gold ring, cobalt golden age club, cobalt goldman, cobalt goldman sachs Admin. Search for: Recent Posts."
 breadmakernew.com/tag/cobalt-goldman-sachs/

 Afghanistan sits on $1 trillion worth of mineral deposits. Is ?
 "When you look deeply into it, you find that Goldman Sachs is owned by Rothschild, ? Afghanistan?s mineral deposits to be worth upwards of $1 trillion and in fact, a classified Pentagon memo called Afghanistan the ?Saudi Arabia of lithium.
 beforeitsnews.com/power-elite/2013/12/afghanistan-sits-on?

 Why the US wants to stay in Afghanistan
 "Goldman Sachs Director to Join Board of Bitcoin Startup Circle Capturing images of bystanders by zooming in on pictures of corneas (this is huge!) ? Well it does not come from Afghanistan . Although lithium is widely distributed on Earth,
 lunaticoutpost.com/Topic-Why-the-US-wants-to-stay-in-Afgha?

 Did Goldman push us into Afghanistan for the Lithium? | DOE ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"From Contributor: JackieNuls: Did Goldman push us into Afghanistan for the Lithium? Goldman stood to make billions of dollars along with the Russian mining companies, battery companies and electric car companies they represent. Goldman was involved in almost every DOE funding deal and
atvmdoe.wordpress.com/2012/10/29/did-goldman-push-us-into-afg?

Carp Libertatum: Massive lithium deposit found in Afghanistan ?
"Massive lithium deposit found in Afghanistan. ? Goldman Sachs fraud, how they cheated investors wi? The Globalist Treat Earth like It?s Their Mafia Em? IRS Fraud: There Is No Law That Requires You To Fi? Federal Income Tax ? Why you should not pay;"
americaisindanger.blogspot.com/2011/04/massive-lithium-deposit-found-i?

Talison lithium ? Wikinvest
"Lithium?s extremely low co-efficient of thermal expansion makes these products resistant to thermal shock and imparts mechanical strength. ? China, and Afghanistan however Bolivia has a backward, ? Goldman Sachs Group Inc. and Fortis Investments."
wikinvest.com/wiki/Talison_lithium

Afghanistan may be the Saudi Arabia of lithium | Business blog
"The New York Times story on the discovery of vast mineral reserves in Afghanistan is astonishing, given the unpredictable political consequences. One is that the Afghanistan could rival Bolivia as the Saudi Arabia of lithium The US US taskforce that is trying to map the reserves of
blogs.ft.com/businessblog/2010/06/afghanistan-may-be?

Kathleen Parker: Mining Afghanistan?s future
"Afghanistan, it turns out, is rich in minerals ? trillions rich. It?s going to become the Saudi Arabia of lithium, thanks to vast stores of that resource, plus iron, copper, cobalt and gold. ? Masooma Habibi, a graduate of Goldman Sachs? ?10,000 Women? program at the AUAF,
readingeagle.com/article.aspx?id=229781

cryptogon.com ¯ U.S. Identifies Vast Mineral Deposits Worth ?
U.S. Identifies Vast Mineral Deposits Worth $1 Trillion in Afghanistan; ?The Saudi Arabia of Lithium?; Eventually ?One of The Most Important Mining Centers in The World?; ? And Goldman Sachs will arrange the financing.
cryptogon.com/?p=15953

Vast Deposits Of Fodder For Conspiracy Theorists Discovered ?
"Jim Risen has a blockbuster story about a gift and a curse for Afghanistan?s blighted and ? gold and critical industrial metals like lithium ? are so big and include so many minerals that are ? The Board of advisors has Stephen Friedman, AIG crook, Goldman Sachs crook, Federal Reserve
attackerman.firedoglake.com/2010/06/13/vast-deposits-of-fodder-for-?

"NYT: Vast Minerals FOUND (Lithium, Gold) in Afghanistan"
"The previously unknown deposits ? including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium ? are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be transformed into one of the most
dailykos.com/story/2010/06/13/875695/-NYT-Vast-Miner?

"Afghanistan Troop Draw-down, Afghanistan, President Barack
"Afghanistan troop withdrawal, President Barack Obama, Prime Time speech, ? We?ll need enough troops in afganistan to secure their lithium, ? Guess Ghadafi should have cooperated with Goldman Sachs. Recently Aired. Listen to today?s podcast:"
blogs.wsj.com/wsjam/2011/06/23/president-barack-obama?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

⁻ The Afghanistan coincidence Alex Jones? Infowars: There?s ?
"? gold and critical industrial metals like lithium ? are so big and include so many minerals that are essential to
modern industry that Afghanistan could eventually be transformed ? Afghanistan?s gross domestic product is only
about $12 billion dollars,? lunch money for Goldman Sachs."
infowars.com/the-afghanistan-coincidence/

Mining Afghanistan?s future ? hutchnews.com
"Mining Afghanistan?s future By Kathleen Parker WASHINGTON ? Amid all the dark news from Afghanistan,
every now and then a sliver of light slips through the cracks."
hutchnews.com/Wirecolumns/Parker-column6-16?1

Horrors of Afghanistan transformed West Seneca Marine ?
"Historically, the name ?Afghan? designated the Pashtun people, the largest ethnic group of Afghanistan. [33] ?
The country?s natural resources include: coal, copper, iron ore, lithium, uranium, rare earth elements, chromite,
gold,
article.wn.com/view/2014/01/13/Horrors_of_Afghanistan_?

Making Lemonade From Failed Afghan Air Force G222 Acquisition
? General McChrystal General Odierno General Schwartz GFE GISP Global Hawk Global Influence Global
Strike Global Zero GLONASS GMD GMR Goldman Sachs Google Gordon England Gorgon Stare Government ?
Gooden Linda Hudson Lithium-ion Batteries ? in Afghanistan that the press would ?
lexingtoninstitute.org/making-lemonade-from-failed-afghan-air-?

Lithium: The Commodity of the 21st Century [Global X Funds ?
"Lithium is used as a thickener in grease, ? There are also huge lithium deposits in Bolivia, China, and
Afghanistan, ? Goldman Sachs Group Inc. and Fortis Investments. These three majors bought in when Talison
was still a private company."
seekingalpha.com/article/252920-lithium-the-commodity-of?

The Mind-Body Politic ⁻ Afghanistan Has Trillion Dollar ?
"Afghanistan Has Trillion Dollar Deposits Of Iron, Copper, and Lithium. June 14, 2010. Tags: afghanistan,
Empire, Globalization, pakistan, propaganda, resources, War"
mindbodypolitic.com/2010/06/14/afghanistan-has-trillion-dol?

Endless Afghanistan? ? Ron Paul Forums / Rand Paul Forums ?
"Endless Afghanistan? ? You could say, it?s the typical MO of protecting those Lithium rights(natural resources
again) for the Fascist-Marxists Green Battery corporate manufacturers too. ? Goldman Sachs was top Obama
donor. 11-20-2013 01:00 PM #7. AngryCanadian."
ronpaulforums.com/showthread.php?433745-Endless-Afghanistan

Opening Afghan minds | HeraldTribune.com ? Sarasota Florida ?
"Amid all the dark news from Afghanistan, ? the cracks. Afghanistan, it turns out, is rich in minerals. Trillions
rich. It?s going to become the Saudi Arabia of lithium, they say. Thanks to vast ? a graduate of Goldman Sachs? ?
10,000 Women? program at the AUAF, founded an Internet

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Lithium Ion Batteries and Organized Crime

"Was Afghanistan invaded because the CIA and Goldman Sachs said there is ?trillions of dollars? of Lithium ion material there? The ultimate goal of a career criminal politician is to run an agency, or top committee, in order to conduit money to friends and keep the lid on cover-ups. Those at the heads of agencies and committees are often the dirtiest of the dirty. They get themselves put them in order to run the scams.  Who ran agencies that conduit-ed money and covered up and stalled investigations? Was Tesla funded not to build cars but to lock-up lithium ion deals for it?s investors? Why are dozens of conspiracy lawsuits now filed on lithium ion company racketeering? Why is every major Silicon Valley VC who was connected to Steven Chu and massive campaign funding involved in a lithium ion deal? Why are there multiple ?task forces? looking at lithium ion finance relationships? Why was the Russian mob involved in Lithium Ion mining? Did all of these people know that lithium ion blows up quite a lot and emits deadly gases? Let?s discuss? S- Denver Post, C- NY Times ??????????????

1. Rechargeable Lithium Battery Antitrust Class Action Lawsuit

"? Hitachi, LG Chem, Samsung, and Sanyo for allegedly conspiring to fix and raise the prices of lithium-ion rechargeable batteries in violation of U.S. antitrust law

http://www.lieffcabraser.com/ Case-Center/ Rechargeable-Lithium-Battery-Antitrust-Class-Action-Lawsuit.shtml ?

2. Complaint

The Defendants? Conspiracy Stabilized and Raised Lithium Ion ?. The subject of this lawsuit and the Defendants? conspiracy is Lithium Ion Rechargeable.

http://www.hbsslaw.com/ Templates/ media/ files/ case_pdfs/ Batteries%20Antitrust/ Class%20Action %20Complaint.pdf ?

3. United States ? Mondaq.Com

"5 Feb 2014 ? In the lithium ion battery cells case, the defendant manufacturers argued that the ? A direct purchaser subsidiary is unlikely to bring a lawsuit for damages ?. 2nd Circuit Rejects DOJ?s ?Continuing Conspiracy? Theory In

http://www.mondaq.com/unitedstates/article.asp?articleid=291110 ?

4. Lithium Ion Rechargeable Batteries Class Action Lawsuit

"Price-Fixing Class Action for Lithium Ion Rechargeable Batteries ? agreement, or conspiracy to fix, raise, maintain, or stabilize the prices of these batteries."

http://www.girardgibbs.com/ lithium-ion-rechargeable-batteries-antitrust-class-action/ ?

1. Patent encumbrance of large automotive NiMH batteries ? Wikipedia ?

"The current trend in the industry is towards the development of lithium-ion ?. guilty of conspiring to buy and dismantle the Los Angeles electric street car system, ? In August 2008, Mercedes-Benz sued Cobasys for again refusing to fill a large,

https://en.wikipedia.org/ wiki/ Patent_encumbrance_of_large_automotive_NiMH_batteries ?

2. Lawsuits accuse lithium ion battery makers of price fixing ?

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

12 Nov 2012 ? The world?s largest manufacturers of rechargeable lithium ion ? are being sued for allegedly engaging in a decade-long conspiracy to fix prices  ?

http://www.northjersey.com/ news/ Lawsuits_accuse_makers_lithium_ion_battery_makers_and_North_Jersey_su bsidiaries_of_price_fixing.html ?

3. City Attorney?s Statement Regarding Lithium Ion Battery Anti-Trust ?

"8 May 2013? are alleged to have conspired to fix prices of Li-Ion batteries that were included in ? Palo Alto purchased many devices containing Li-Ion batteries, ? These staff costs will be fully reimbursed in any resolution of the litigation."

"http://www.cityofpaloalto.org/ news/ displaynews.asp?NewsID=2236 &TargetID=268, 60, 75, 235, 94, 84, 85, 87, 287, 288, 106, 99, 121, 2, 124, 125, 126, 133, 134, 328, 137, 145, 140, 239, 322, 325 ?   "

4. Class Actions | Sotos LLP

"December 20, 2013, The lawsuit, on behalf of nearly a million Ontario ? lithium battery manufacturers and resellers alleging they conspired with each other to
http://www.sotosllp.com/class-actions/ ?

5. Lithium Ion battery Antitrust Litigation | Lithium Ion battery Price Fixing

ALLEGED ILLEGAL OVER-PRICING OF LITHIUM ION BATTERIES ? into whether certain manufacturers illegally conspired to over-price Lithium Ion batteries  ?

http://www.zimmreed.com/Over-Pricing-of-Lithium-Ion-Batteries/63629/ ?

1. USDOJ: Panasonic and Its Subsidiary Sanyo Agree to Plead Guilty ?

"Jul 18, 2013 ? SANYO and LG Chem Ltd. have agreed to plead guilty for their roles in a conspiracy to fix the prices of cylindrical lithium ion battery cells sold

http://www.justice.gov/opa/pr/2013/July/13-at-808.html ?

2. Antitrust Investigation ? Lithium Ion Rechargeable ? ? scott and scott llp

"Lithium Ion Rechargeable Batteries are used as a power source for ? of major securities, antitrust, and employee retirement plan class action lawsuits."

http://www.scott-scott.com/ cases/ investigations/ securities-fraud-litigation-1771-antitrust-investigation-lithium-ion- rechargeable-batteries.html ?

3. Class Action Lawsuits Mount Against Battery Price-Fixing Cartel

"Oct 31, 2012 ? Manufacturers of lithium ion batteries face at least 10 class action lawsuits ? The plaintiffs allege the defendants entered into the conspiracy

http://www.topclassactions.com/ lawsuit-settlements/ lawsuit-news/ 2814-class-action-lawsuits-mount-against-battery-price-fixing-cartel/ ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

4. Class Suits Charge Battery Makers With Global Price-Fixing ?

"Oct 24, 2012 ? Litigation is mounting against the world?s biggest manufacturers of rechargeable lithium ion batteries, who consumers accuse of complicity in an illegal ? Class Suits Charge Battery Makers With Global Price-Fixing Conspiracy."

http://www.njlawjournal.com/ id=1202576057659/ Class-Suits-Charge-Battery-Makers-With-Global-Price-Fixing-Conspiracy ?

"5. Antitrust Litigation ? Pearson, Simon & Warshaw, LLP "

"The Los Angeles antitrust litigation lawyers of Pearson, Simon & Warshaw have prevailed in class action lawsuits against major corporations for price fixing conspiracies. ? Lithium Ion Batteries: PSW attorneys currently serve as interim co -led

http://www.pswlaw.com/Practice-Areas/Antitrust-Litigation.aspx ?

- Panasonic Rechargeable Lithium Battery Antitrust Class Action Lawsuit.
Hitachi, LG Chem, Samsung, and Sanyo for allegedly conspiring to fix and raise the prices of lithium-ion rechargeable batteries in violation of U.S. antitrust law
http://www.lieffcabraser.com/ Case-Center/ Rechargeable-Lithium-Battery-Antitrust-Class-Action-Lawsuit.shtml
- A laptop battery cabal: Panasonic pleads guilty to price fixing. Jul 19, 2013 ? Sanyo agreed to pay $10.7 million for the battery cells conspiracy and into anticompetitive conduct in the cylindrical lithium-ion battery cell

http://www.pcworld.com/ article/ 2044740/ panasonic-pleads-guilty-to-laptop-battery-pack-price-fixing.html

Most investigators believe that the 2008 Campaign staff, who later became the senior White House staff, negotiated a campaign funding scheme with Silicon Valley billionaires. They traded DOE and TARP funding decisions, in their exclusive favor, for campaign resources, campaign web marketing, stock "skims" and insider trading edges. Goldman Sachs participated in most of the deals with a commodities and trade-fixing swindle. The amount of taxpayer funds manipulated, appears to exceed $300B.


12,000 MISSING TESLA ELECTRIC CARS! WANING DEMAND, TESLA PUMPING STOCK, COOKING THE BOOKS?

Many have charged that Tesla's own shareholders are the buyers of Tesla's in order to make demand look better. - Bad reputation from Tesla and fraud lawsuits against Elon Musk taking their toll - GOP Congress in January to investigate Fed and White House ""stock Pumping"" with ""fine tooth comb"" - GOP Senator: ""If we find out the White House is helping Tesla ""pump stock"" in order to protect Tesla's, and the White House's, mutual cross-investment, then that could mean felony jail time for somebody..."" FROM THE CANTECH LETTER: http://www.cantechletter.com/2014/11/geeks-reading-list-week-november-21st-2014/ The Mystery of 12,000 Missing  Tesla's: Overseas Boom or Waning U.S. Demand? I have to be very careful what I say here, however, as a general rule, declining demand in the early adopter market is not a promising development for a technology company, or, in the case of Tesla, an automobile manufacturer. So with other remarkable observations regarding Tesla (fires, Trabant level reliability, etc.) no doubt a positive spin will be placed on this or, alternatively, aspersions will be cast on the data themselves. Nonetheless, as I said, declining demand in your early adopter market, especially when it is the US, is never a good sign. Never, ever, ever, a good sign. ?Tesla Motors (TSLA) is slowly ramping up production. Demand for its electric sedans allegedly remains high. Yet far fewer of the

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

vehicles are making their way onto U.S. roads this year. In the first nine months of 2014, the number of U.S. registrations of Tesla vehicles fell by one-third to 9,331, according to an analysis of public records by Hedges & Co., an Ohio-based market-research firm. In the same period, however, Tesla said it delivered 21,821 cars?a 40 percent increase from a year earlier. What happened to the other 12,490 cars?? About Brian Piccioni Brian is a Partner at J Capital Partners, a new breed of investment bank focused on non resource growth companies with special emphasis on technology companies. He has been part of the technology industry for a third of a century. For 13 years he was an electronics designer and software developer. He designed early generation PCs, mobile phones (including cell phones) and a number of embedded systems which are still in use today. He then became a sell-side research analyst for the next 20 years, where he was ranked the #1 tech analyst in Canada for six consecutive years, named one of the best in the world, and won a number of awards for stock-picking and estimating. He started writing the Geek?s Reading List about 10 years ago. In addition to the company specific research notes he was publishing almost every day, the Geek?s Reading List was a weekly list of articles he found interesting ? usually provocative, new, and counter-consensus. The sorts of things he wasn?t seeing being written anywhere else. They were not intended, at the time, to be taken as investment advice, nor should they today. But, investors need to understand crucial trends and developments in the industries in which they invest. Therefore, these comments may actually help investors with a longer time horizon. Not to mention they might come in handy for consumers, CEOs, IT managers ? or just about anybody, come to think of it. Technology isn?t just a niche area of interest to geeks these days: it impacts almost every part of our economy. In a way, we are all geeks now."/12000-missing-tesla-electric-cars-waning-demand-tesla-pumping-stock-cooking-books/      11/22/2014

THE EDITORS & WIKI MEMBERS     "HOT TOPIC, Uncategorized"             publish
ccft_post_comment_title:


www.JaguarUSA.com/XF

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"There's one story in cleantech today: Tesla Motors' public sale. The electric car maker just raised the bar on its IPO, slated for tomorrow, increasing the number of shares for sale from 11.1 million to 13.3 million."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
More results

Even FORBES admits Tesla is a Scam! | PUBLIC CRIME INVESTIGATIONS

hot articles. elon musk under investigation; gawker media skewered; the questions tesla motors refuses to answer: the crime of the century; ebola can wipe out 70% of america!
boycotttesla.wordpress.com/2013/05/27/even-forbes-admits-tesla-is-a-...
More results

Tesla Motors another big scam? - Stormfront

"The Fine Print in Tesla's IPO: No Profit, No Product, No Problem By SAM GUSTIN Posted 5:00 PM 02/03/10 So what if Tesla Motors, the luxury electric-car maker, lost $31 million in the first nine months of last year and $236 million since its inception."
stormfront.org/forum/t724957/
More results

Is Tesla Motors' Revived Competitor a Legitimate Threat? (TSLA)

"Tesla Motors (NASDAQ: TSLA ) has been on a stock price roller-coaster ride over the last year, ... Tesla is building out its Supercharger station infrastructure in order to provide convenient power for its electric vehicles."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

fool.com/investing/general/2014/06/08/is-tesla-mot...
More results

Top 1 Complaints and Reviews about Tesla Motors

"Tesla Motors. Home > Automotive > Auto Manufacturers. Are you this business? Learn about ... On May 15, 2008, I received an email from Tesla stating that Tesla had established a comprehensive warranty of 3 years/36,000 miles, ..."
consumeraffairs.com/automotive/tesla_motors.html
More results

Complaints | Forums | Tesla Motors

"... the public forum is flooded with all caps complaints about the car, while there is little such action in the private forum...Odd, at best. michael1800 ... Copyright ? 2014 Tesla Motors, Inc. All rights reserved. Legal & Privacy; First Responders; Choose Region; MY TESLA | Contact | Sign In;"
teslamotors.com/forum/forums/complaints
More results

is tesla a scam | IEDEI

"Posts about is tesla a scam written by Syed ... Tesla Motors has never been a company which has been able to back up their rhetoric with a product as advertised, market or sell anything other than a rebodied Lotus Elise with a bunch of batteries in it, OR bring anything to the market as they ..."
iedeiblog.com/tag/is-tesla-a-scam/
More results

Another Tesla Roadster Scam on cars.com - Tesla Motors Club ...

"Yes $24,590 has to be a scam. While on the low side the I can believe the $73,300 bid on ebay."
teslamotorsclub.com/showthread.php/6753-Another-Tesla-Roadste...
More results

Tesla Secret Review - Is Tesla Secret a Scam ?

Transcript 1. Tesla Secret Review- Does Tesla Secret Really Work? Tesla Secret is a guide to build your own generator.
slideshare.net/jesstalbi/tesla-secret-review-is-tesla-se...
More results

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On ...

"Musk promised a blog post from Tesla Motors, with further details from the car's data log, would be ""coming soon."" Data logging, he noted, has to be approved by customers, but it's always turned on for journalists."
greencarreports.com/news/1082296_ Tesla's-elon-musk-ny-times-di...
More results

Tesla Motors Scam | iiciimlucknow.com

Tesla Motors Scam Related Information; Model S Reviews | Tesla Motors. Consumer Reports is calling the Tesla Model S the best car it has ever tested.
iiciimlucknow.com/?p=Tesla+Motors+Scam

THE BOOK OF TESLA. Copyright, sole original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

More results

Tesla Motors Reviews | Glassdoor

Tesla doesn't actually have management training like most other corporations. Control spending habits of store managers and service managers. ... Glassdoor has 165 Tesla Motors reviews submitted anonymously by Tesla Motors employees.
glassdoor.com/Reviews/Tesla-Motors-Reviews-E43129.htm
More results

Tesla Motors and the 'Great American Jobs Scam' | JSTOR Daily

"Earlier this month, electric car maker Tesla Motors announced it would build a huge battery factory in Nevada. In return, the state will give it $1.25 billion in tax breaks, electricity discounts, and other perks over the next 20 years."
daily.jstor.org/tesla-motors-and-the-great-american-jobs-...
More results

Consumer complaints for Tesla Motors - Serving the Silicon ...

BBB's Consumer Complaints for Tesla Motors. ... Scam Source; Programs & Services. ... Tesla Motors has reached an agreement with *** ***** and we believe this matter is now closed. 01/01/2014: Delivery Issues | Read Complaint Details. X. Complaint
bbb.org/losangelessiliconvalley/business-reviews/...
More results

"Tesla Motors (TSLA): ZEV Carbon Credits, Subsidies and the ...  "

An article posted on InsiderMonkey about just how Tesla Motors Inc (NASDAQ: TSLA) ... such modeling would be much harder to do because there is no way of knowing how many one percenters would not buy a Tesla roadster or whatever if it weren't for a generous subsidy or tax break of ...
smallcapnetwork.com/Tesla-Motors-TSLA-ZEV-Carbon-Credits-Subs...
More results

California Car Dealers File Complaint Over Tesla Motors ...

"And that's a fact that I am sure Tesla Motors has already figured out. Image of Tesla Model Scourtesy of Tesla Motors ... Global Oil Scam."" California is a victim of this scam. To avoid the gasoline price, rip-off, plug your Tesla S, electric car into your household, ..."
triplepundit.com/2013/10/california-car-dealers-file-compl...
More results

Future Feeder ¯ Blog Archive ¯ Tesla Motors

"Is Tesla Motors considering licensing their proprietary technology to other manufacturers such as Honda or Toyota? ... Ramirez's foes claimed they were trying to protect the public from a ""scam artist"" who didn't have a viable business. And by the time they were done, ..."
futurefeeder.com/2006/07/tesla-motors/
More results

How Tesla Motors Really Makes Money? From Taxpayers ...

"How Tesla Motors Really Makes Money? From Taxpayers. ... Tesla didn't generate a profit by selling sexy cars,

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

... yes, unicorn beams, which are the same things that are used for the 'carbon credits' scam - everyone who thinks there's a meal for free is either eating on someone else's ..."
 frontpagemag.com/2013/dgreenfield/how-tesla-motors-really-...
 More results

 "Tesla outsells Porsche, Jaguar, others in Calif.  "

 "Of course, CEO Elon Musk has a long ways to take Tesla before it truly becomes a permanent player in the automotive world. It not only has to hit this year's sales target, but keep the momentum going into next year."

 usatoday.com/story/money/cars/2013/08/26/tesla-models-...
 More results

 Tesla Motors | Switch2Freedom

 "Timoth,e Rischmann, sp,cialiste produits chez Tesla Motors, ... My Personal/ Review/Come Up From Mca Motor Club Of America Scam in 2014; Home; Get Your Video Blog Now ? 2014 Switch2Freedom. All Rights Reserved. ú Setup Video Blog ú ú"
 switch2freedom.com/tag/tesla-motors/
 More results

 "JB Straubel - Wikipedia, the free encyclopedia  "

 "... 1975) is part of the founding team and the Chief Technical Officer of Tesla Motors, an electric car company based in Palo Alto, California At Tesla, Straubel oversees the technical and engineering design of the vehicles."

 en.wikipedia.org/wiki/JB_Straubel
 More results

 TeslaMotors Reviews - Consumer Reviews of Teslamotors.com ...

 "Online Business Reviews: Find Trustworthy Sites, Avoid Scams. SiteJabber was developed in part with a grant from the US Government's NSF. SiteJabber for Business. Home; Write a Review; Consumer Tips; Best of 2014; Index; Press; Log in; Sign up; TeslaMotors reviews"
 sitejabber.com/reviews/www.teslamotors.com
 More results

 "Tesla Motors | Government Waste, Fraud and Abuse  "

 "Tag Archives: Tesla Motors. Don't Let The Sun Go Down On Me. Posted on May 4, 2012 by Richard Billies. With sincere apologies to Sir Elton John, this must be the song that Barack Obama is singing."
 wastefraudandabuse.org/tag/tesla-motors/
 More results

 U.S. Dealer Group Seeks Tesla Meeting on Retail Plans ...

 "... , said it's seeking to meet with electric-car maker Tesla Motors Inc. about its retail network plans. Sign in with Facebook Or use your Businessweek account. ... Tesla, which is using using ... 'Outright Scam'"
 businessweek.com/news/2012-10-23/dealer-group-leaving-tesl...
 More results

 Tesla Model S review - Engadget

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Tesla Model S interior + See all 30. Along the top is a sort of status bar, showing the outdoor temperature, a simple representation of the battery life for the car, the name of the currently loaded driver profile, ..."
 engadget.com/2013/02/07/tesla-model-s-review/
 More results
 More Links...

The Secret Tesla Motors Master Plan (just between you and me) | Blog | Tesla...

 "As you know, the initial product of Tesla Motors is a high performance electric sports car called the Tesla Roadster. I have been trying to follow that subject for a number of years, but they will no longer talk to me, Was that a Scam
 teslamotors.com/blog/secret-tesla-motors-master-plan-just...
 More results

 Tesla Secret is a Scam.

 Venmar Motor Replacement. There is no doubt Nikola Tesla was a brilliant man but there is no evidence that he ever discovered This scam is very similar to Earth for Energy in that it is an e-book of plans that is sold through a network of affiliates who receive generous 75% commissions on sales.
 nlcpr.com/Deceptions15.php
 More results

 " Tesla's Scam, tesla "

 Free Tesla Power Device Scam? tesla perpetual motion car. tesla ametek permanent magnet motor generator. tesla free energy magnetic motors plans. tesla how to wire a magnetic motor starter. Standard Gibbs Energy Difference.
 familywealthnet.com/device/geusha/index.html
 More results

 "Tesla Device Scam, Tesla "

 Download Tesla Generator Blueprints Free. Tesla Motors History. Best Plans  Tesla's Fuelless Generator. Permanent Magnets Power. 20314 - PERPETUUM MOBILE - Eslas Fuelless Generator Scam.
 jssinternationalschoolooty.com/power/0QF65OH/index.html
 More results

 tesla-motors. STOCK SCAM

 tesla-motors.ru
 More results

 Tesla Motors ? A TRICK TO SELL SILICON VALLEY VC'S LITHIUM DEALS IN AFGHHANISTAN

 "Tesla
Motors ? ???????????? ????????????? ???????? ?? ?????????? ??????, ??????????????? ?? ???????????? ???????? ??????. ??????? ? ????? ???????? ?????????? ????????????? ? ?????? ?????? ?????."
 ru.wikipedia.org/wiki/Tesla_Motors
 More results

 Tesla Motors | BGR

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"On Thursday, Elon Musk tweeted out what looked like a partial unveiling of the Tesla Motors D and a hint that he may be unveiling something else in next week's Tesla Motors announcement."
bgr.com/tag/tesla-motors/
More results

Even FORBES admits Tesla is a Scam! - DAILY NEWS GLOBAL...

"App Authentication Flaw Creates Tesla Motors Hack Concern. Your Tesla can spy on you and drive you off the road on command. NATIONAL REVIEW AND OTHERS, say: ""Khorasan is A Scam""."
thenewsdaily.org/even-forbes-admits-tesla-is-a-scam/
More results

Google Bought Washington But they didn?t Buy Europe: ?BREAK UP GOOGLE? Plan gets hot!          "-Google viewed as ""sinister Empire"" monopoly - Google ""spying on everything"" not welcomed by Europeans "/google-bought-washington-didnt-buy-europe-break-google-plan-gets-hot/      11/22/2014      THE EDITORS & WIKI MEMBERS      "HOT TOPIC, Uncategorized"  "Google Bought Washington But they didn't Buy Europe: ""BREAK UP GOOGLE"" Plan gets hot!"          publish ccft_post_comment_title:

Chapters

By Peter Elkind FOR FORTUNE MAGAZINE
"The crazy, real-life story of how the CEO of electric-car maker Tesla dazzled, seduced, squeezed, bluffed, manipulated, and prodded his way to epic state incentives to build a massive battery plant in the Nevada desert. It?s hard to overstate the mystique surrounding Elon Musk these days. He has been compared to Steve Jobs, Henry Ford, and Thomas Edison. At 43, he?s the CEO of Tesla Motors, an electric-car company so white-hot that it speaks of someday vanquishing the internal combustion engine. He?s chairman of SolarCity, whose panels hold the promise of helping save the world from global warming and fossil fuels. His rocket company, SpaceX, wants to travel to Mars. Never mind that such audacious goals won?t be realized for decades, if ever. Musk?s brilliance, his vision, and the breadth of his ambition make him the one-man embodiment of the future. The frenzy that attends his stature was visible on Oct. 9, when Musk unveiled two enhancements to Tesla?s Model S before 4,000 people at an airport in Hawthorne, Calif. Musk took the spotlit outdoor stage at 9 p.m.?an hour late, like a rock star?wearing a black velvet blazer. Smartphones flashed; bloggers live-streamed his jokes. Standing in front of his image on a giant videoscreen, Musk showed off the model?s four-wheel drive and autopilot features. Musk wowed the crowd with the $120,000 sedan, which goes 0 to 60 mph in 3.2 seconds. ?It?s like taking off from a carrier deck,? he said. Musk took reporters for a ride, leaving them slack-jawed at the S?s acceleration and technology. No matter that, as others pointed out, competitors already have some auto-drive capabilities. As Charlie Rose put it on CBS This Morning, ?Elon Musk is the kind of guy you want to invest in.? Millions have done just that. Since the start of 2013, Tesla?s stock has soared 614%, producing a market cap of $30 billion? more than half the value of GM, which is expected to sell 10 million vehicles in 2014, compared with Tesla?s 33,000. The company has produced a stellar sedan?Consumer Reports scored it higher than any other car it has ever tested?and Musk?s achievements justify accolades: He co-founded PayPal and has made billions; SpaceX has made multiple missions to the International Space Station. (All of this was enough to make him Fortune?s Businessperson of the Year in 2013 and he?s on this year?s list, too.) Yet Tesla offers only a single model, and it has yet to record an annual profit. The company?s future?and its giddy stock price?hinge on a seemingly paradoxical strategy: Tesla isn?t profitable selling cars for $70,000 and up, but it?s planning to sell a model for half that price starting in 2017. In theory, sales will jump more than 10-fold, to 500,000, by 2020. "

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"A Tesla with vanity license plate ?GAS LOL? at a charging station in Truckee, CA, the closest station to the ? gigafactory? site near Reno.Photo by Winni Wintermeyer for Fortune That brings us to the key to the whole strategy, a decision that would raise the stakes for the company and ripple through multiple states: Tesla?s plans to build a gigantic factory to manufacture batteries. To make his new model affordable, Musk decided he needs a plant that can produce 500,000 lithium-ion battery packs per year?equal to the world?s current production. He expects the Pentagon-size facility to cost about $5 billion and begin turning them out by the end of 2016. Some see this as a bet-the-company move, requiring near-perfect execution and a wholesale public embrace of electric cars, which today account for less than 1% of the auto market. To make the challenge even harder, every big carmaker is racing to develop its own electric models. The factory also means an outlay by Tesla of $2 billion or more?a hefty sum for a company with $3.7 billion in projected 2014 revenues. The plan is ?a tremendous risk,? says Cosmin Laslau, a technology analyst for Lux Research. He thinks Tesla will meet less than half of its 2020 sales target, which will saddle it with cash-draining overcapacity. ?Tesla?s grand designs,? Laslau concludes, ?are dangerously ambitious.? But ?Do the impossible? is one of Tesla?s slogans, and Musk set out to make it happen. He looked to spread the costs, seeking a mammoth package of incentives from states for the right to be the factory?s home. He succeeded?and then some. Musk landed a stunning $1.4 billion in tax breaks, free land, and other beneficence from Nevada to build the factory outside Reno. It?s one of the biggest gift baskets in history. Moreover, the other companies that have received such massive largesse were giants like Boeing, Nike, and Intel with decades of profits and much more predictable future sales. These days companies routinely use the cudgel of jobs to extract huge offers from desperate states?a process that can resemble a shakedown. Musk showed himself to have nearly as much genius for that sort of maneuvering as he does for innovation. He took a process that typically plays out behind the scenes and made it public. Musk played an Oz-like role as master orchestrator, sending signals through earnings calls and blog postings, while keeping the states in the dark and playing on their fears of losing out. The combination of his strategy, the electric Musk factor, and the lure of 6,500 jobs inspired excited bidding among seven states and staggering leaps of faith. States were willing to move mountains (or highways, as the case may be) for a chance to have the factory."

"Along the way Musk encountered a few surprises, not least that a key figure in this saga is the owner of the legal brothel known as the Mustang Ranch (this is Nevada we?re talking about), who presides over his own realm in the scrub desert east of Reno. Nevada won the deal. Whether that will be a triumph for its citizens will take many years to determine. ??? Elon Musk is no rookie when it comes to winning gaudy incentives. He previously proved himself a shrewd and unsentimental player. In 2007 he joined Bill Richardson, then New Mexico?s governor, in announcing that Tesla would build its first U.S. auto-assembly plant in Albuquerque. New Mexico had outbid Arizona with $20 million in goodies, including a cash ?signing bonus.? After the announcement?but before the plant could be built?California made a richer offer. Tesla promptly abandoned New Mexico. (The company now says it shifted its site because the New Mexico plan was unworkable.) In California, Tesla has received sales-tax exemptions, which it expects will save the company $90 million over a decade. In its early days?until Musk added the CEO title to his chairmanship in 2008?the company suffered from infighting, product delays, and a near-bankruptcy. But those early struggles, and skepticism about its prospects, seem only to have fueled its confidence. ?At each stage of this company, people said we weren?t going to get to the next stage,? says Diarmuid O?Connell, Tesla?s vice president of business development. ?We don?t worry about these things.? (Tesla declined to make its CEO available for an interview.) "

"Tesla founder and chief executive Elon Musk unveils the dual engine chassis of the new Tesla ?D? model which is a faster and all-wheel-drive version of the Model S electric sedan at the Hawthorne Airport in Los Angeles on

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

October 9, 2014. While Tesla produces relatively few vehicles, it has become a star in the sector due to keen demand and a reputation for high quality. A surge in its share price over the past year has pushed its value over $30 billion.MARK RALSTON AFP/Getty Images Tesla has followed a master plan Musk laid out in a 2006 blog post: ?to enter at the high end of the market, where customers are prepared to pay a premium, and then drive down market as fast as possible to higher unit volume and lower prices with each successive model.? Musk?s premise is that economies of scale, technological advances, and efficiencies at the new plant will cut battery costs by more than 30%, providing a chunk of the savings needed to sell a Tesla for $35,000. (Tesla?s cells are now made in Japan by Panasonic, which will also be building them inside the gigafactory.) Far from being daunted by the magnitude of its ambitions, Tesla seems to be energized by it. ?We don?t have any concern about the generation of demand,? says Tesla co-founder and chief technical officer J.B. Straubel. ?That?s not really something we lose any sleep over.? And so it was that Tesla?s campaign to find a home for its battery plant began in mid-October of last year with an almost coy mixture of mystery and secrecy. Susan St. Germain, a senior business recruiter for the state of Washington, says her office got a call from a Tesla executive who explained that the company had a ?major? project to discuss in confidence. She was invited to fly down to Tesla?s car factory in Fremont, Calif., on condition that she sign a nondisclosure agreement. When she arrived, St. Germain discovered counterparts from California, Texas, Nevada, New Mexico, Arizona, and Oregon. It was clear there was to be a competition. Tesla executives presented their plans to build a massive battery plant in one of the states represented at the meeting. It would mean thousands of new jobs and billions in investment. Every detail seemed perfectly stage-managed, down to the name of the planned facility. Any company can build a large factory. Only Tesla would give a manufacturing facility its own brand and hype, dubbing it the ?gigafactory.? The company executives distributed handouts but collected them before anyone could leave the room. Taking notes was prohibited. Afterward, to make sure they were truly hooked, each attendee got a turn at the wheel of a Model S? on a private street where it was possible to floor it. ?It was enough to throw you back in your seat,? recalls St. Germain. ?It made me a little nervous?you don?t want to wreck their car.? The company made it clear it wanted to proceed quickly. The states were given just three weeks to submit proposals. Tesla said it expected to select a few finalists the week after that, make site visits before Thanksgiving, and decide where to put the gigafactory by Jan. 10, 2014?less than three months off. Tesla gave the states a spreadsheet to fill out for each location they proposed. It had more than 90 questions, everything from details on the local labor market to the site?s susceptibility to hurricanes, sinkholes, and floods. At that point, Tesla wanted a minimum of 90 acres, expandable to 300 acres by 2018, or an existing 1.7 million-square-foot building that could also be dramatically enlarged. It needed rail access to move its half-ton battery packs to Fremont for installation and a vast supply of power and water. Equally important, the company requested details on what enticements the state would offer: tax breaks, free land, infrastructure improvements, job training, and cash. ?It was left to the states to be creative,? says St. Germain. Even as the seven states scrambled to meet Tesla?s submission deadline of Nov. 8, Musk was cagey. When an analyst on the company?s quarterly earnings call asked about the idea of building a battery plant?an idea the CEO had previously discussed?Musk replied that he hadn?t yet decided what to do. ?We?re not quite ready to make a big announcement on the cell and battery gigafactory, but we are exploring a lot of different options right now,? he said. ?If I were to guess, I think we would do that, that soup-to-nuts gigafactory?that factory would most likely be in North America, but we are investigating other options as well.? Read more: Tesla closes on free Nevada land for gigafactory Musk?s chief lieutenant on the search was O?Connell, the judicious yang to Musk?s creative yin. A 50-year-old Dartmouth graduate and Northwestern MBA from a prominent Boston Irish family, he has a background as a consultant, which is reflected in his propensity for management jargon. As buttoned-up as he is, he realizes how crucial the new plant is. ?The gigafactory,? he says, ?is going to be decisive.? O?Connell?s team soon emailed the bidding states confirmations that their proposals had been received, noting, ?We expect internal reviews to take one to two weeks and will notify all participants once any decisions are made.? Some states heard nothing more. After about a month without a peep, St. Germain called a Tesla executive, who informed her that Washington hadn?t made the cut. The state?s low power rates were attractive, but its refusal to offer big tax abatements was a deal killer, she concluded. Oregon also quickly got the ax?and, surprisingly, so did California. Because Tesla?s assembly plant is already there, a California site would have been ideal. ?All things being equal, the best place for this facility is across the street from the factory,? says O?Connell. Yet even more than proximity, Musk cared about getting his plant up and running fast. Musk?s timetable?to start churning out battery packs in time for the planned 2017 launch of its mass-market Model 3?was already abbreviated. California?s tough environmental laws, which require detailed studies and allow legal challenges, made meeting

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

that deadline daunting. Tesla, says O?Connell, didn?t want to take that ?executional risk.? That left four states: Texas, Arizona, New Mexico, and Nevada. ??? At first, Joey Grisham, president of the economic development corporation in Hutto, Texas, a town of 20,000 about 25 miles northeast of Austin, didn?t even know who he was courting. The governor?s office had told him there was an opportunity, which it code-named Project Five Star. It was identified only as a ?publicly traded high tech company.? The mystery didn?t faze Grisham, an earnest cheerleader for his town. He proposed a 465-acre tract of farmland. In late November, Grisham received word that ?Five Star? wanted to make a site visit. He finally learned its identity in an excited email from Dave Porter, economic-development chief for the Austin chamber of commerce. ?The state confidentially told us this afternoon the prospect coming to visit next Friday is Tesla,? Porter advised Grisham on Thanksgiving eve. ?This is a HUGE opportunity for Central Texas?We will assist with the Red Carpet treatment?Hope this makes your turkey taste better.? The Texans? relationship with Tesla kicked off on Dec. 5, when they hosted two executives for dinner in a private room at a downtown Austin steak house, then took them on a windy helicopter tour of the area the next day. Days later, Grisham submitted what he calls an ?aggressive? proposal, including some property-tax breaks that lasted for 30 years. Word soon arrived from the governor?s office: Tesla was ?very positive about Hutto.? Under Republican Gov. Rick Perry, Texas has actively chased economic-development projects, closing deals by writing big checks from the Texas Enterprise Fund, a special pot doled out largely at the governor?s discretion. Perry?s office promised to come up with a cash offer if Tesla would commit to Texas by year-end. ?Any news?? I?m getting nervous,? Porter wrote Grisham after 2013 ended with no word. Tesla finally offered encouragement 11 days later. ?Happy New Year!? wrote Kevin Kassekert, Tesla?s director of infrastructure development, on Jan. 15. ?I wanted to write to you and inform you that we have completed our next level down-selection and Hutto is still in the running.? "

 "Texas Gov. Rick Perry, eager to show he was standing up for his state in the contest for jobs, drove a Tesla up to the state capitol in Sacramento (never mind that Tesla?s headquarters is hours away in Palo Alto).Photo: Rich Pedroncelli?AP At that point, Grisham began worrying about Texas competitors. There were rumors Ross Perot Jr. was personally pitching two sites to Musk, including an old American Airlines facility at Alliance Airport, his industrial development north of Fort Worth. ?Hopefully their visit sucked!? Grisham wrote Porter. Grisham had put forward what he considered a dynamite offer, but Tesla soon made it clear it wanted much more. At a 7:30 a.m. meeting on Jan. 17, a team of company executives and finance experts presented a PowerPoint slide showing how the total costs of putting the gigafactory there measured up against four other locations. Based on incentives, utility costs, and various other measures, the final slide showed a $700 million gap between Hutto and ?The Competition??an unnamed leading prospect. The message was blunt: Hutto needed to up the ante. Tesla didn?t offer specific details of the other offers, much less reveal who was making them. Grisham was negotiating in the dark, obliged to take the company?s word. (O?Connell describes the blind bidding, apparently without irony, as Tesla?s ?attempt to be forthright and transparent.?) After the meeting, Grisham wrote to thank the Tesla team for its ?candid conversation?we heard it loud and clear and are working diligently as we speak to significantly decrease that $700 M figure.? Already he was working on sweetened tax-abatement offers; a clarification of local electricity costs narrowed the gap further. ?As you can tell, we want you in Hutto!? Grisham wrote. ?I believe Tesla fits the Austin region and we will do EVERYTHING in our power to help make that a reality!? ??? The suitors continued to line up. Nevada?s governor, a former federal judge named Brian Sandoval, had run for office in 2010 promising to attract jobs to the state, desperate to expand beyond its casino industry after unemployment topped 14%. Sandoval restructured Nevada?s ineffectual business-recruitment bureaucracy, naming a development czar who reported directly to him. Sandoval was eager to win the gigafactory. Nevada officials pitched Tesla on potential locations, two of them near Reno and others close to Las Vegas. In early December, company executives, short on time, made plans to visit the Vegas prospects. Hearing about this, the Reno contingent?co-led by Mustang Ranch owner Lance Gilman?feared they?d never even get a shot. They decided to bring a bit of Nevada-style glitz to their courtship. "

 "The site of Tesla?s battery factory will be located at the end of a street that has been renamed Electric Avenue.Photo by Winni Wintermeyer for Fortune Chartering a 10-passenger Learjet for $10,000, they offered to pick up the Tesla team in California and ferry them around Nevada so they?d have time to visit Reno too. The Tesla executives agreed, and after dark on Dec. 9, Daniel Witt and Kevin Kassekert boarded the plane at the Oakland airport. A local economic-development executive was waiting to pick them up in a limousine at the airport in Reno, where they?d have dinner in a private room with local promoters and spend the night in a deluxe suite at the Peppermill resort and casino. The next morning, they were to tour the two Reno properties, then hop

THE BOOK OF TESLA, Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

back aboard the Learjet for Las Vegas. But as the jet was taxiing toward the runway, an emergency call halted it: Tesla?s brass had second thoughts about the appearance of all this, and yanked Witt and Kassekert off the plane. Still, Reno had made an impression. Kassekert made plans to fly in a week later?on a commercial flight. There he met Gilman, 69, the exclusive broker, minority partner, and manager of the mammoth Tahoe-Reno Industrial Center. At 6-foot-2 and 270 pounds, sporting a diamond ring on each hand and a gold coin on a chain around his neck, Gilman is a big presence and a Reno-style philosopher. (As he puts it, ?They say gambling is at the crap tables. Gambling is buying 100,000 acres worth of dirt and hoping the economy holds.?) A onetime country singer, he has sold yachts in San Diego, Harley-Davidsons in Carson City, and flesh at the Mustang Ranch, which he has owned since 2003. After buying it, he had the building airlifted by helicopter to just outside the Tahoe-Regional Industrial Center, prompting some local wags to refer to the park by the acronym TRIC. "

 "Lance Gilman, owner of the Mustang Ranch and the promoter behind Reno?s bid, hatched the idea for a ? biblical? armada of graders and earthmovers to show how quickly he could prep his site.Photo by Winni Wintermeyer for Fortune ?Industrial park? isn?t quite the right term for what Gilman runs, though he bills it as the world?s largest. Located in Storey County, where just 4,000 people live, it feels more like its own 166-square-mile principality, with 166 tenants and its own rules. Under a sweeping agreement reached back in 2000, nearly every imaginable land use has been approved. Tenant U.S. Ordnance, which manufactures for the U.S. military, tests machine guns on a 5,000-acre shooting range inside the park. The county government, where Gilman serves as one of three elected commissioners, promises building permits in fewer than 30 days. To speed construction, county officials will inspect concrete pours at 2 a.m. So when Kassekert finally came to visit, Gilman told him just what Tesla wanted to hear: ?We can put up a building as fast or faster than anyplace in the U.S.

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"??? On Feb. 26, Tesla finally confirmed that it was building its battery plant, in a blog posting on the company website. A map showed the four ?Gigafactory Location Finalists? in red?Nevada, Texas, Arizona, and New Mexico?and noted that ?final site selection activities are underway.

Gigafactory Rendering

"A new rendering of Tesla?s Gigafactory.Courtesy: Tesla MotorsOne Wall Street analyst immediately concluded that New Mexico?always aggressive in chasing big projects?would land the prize. Arizona?s governor, pressing her state?s bid, called Musk directly. Tesla never ruled out any finalists, but it was spending the most time in Nevada and Texas. Musk?s ambitions for the site, already outsize, were growing: He now wanted 1,000 acres rather than 90. That would give the plant lots of room for future expansion. Meanwhile, the company had passed its mid-January deadline for picking a site. The states rushed to adapt their bids. Hutto?s Grisham secured options on farmland adjacent to its original tract, expanding the site to 1,241 acres. This did present one problem: It would require rerouting a mile and a half of state highway that ran through the middle of it. The Texas team began working to arrange that too. Meanwhile, two more contenders emerged. The first was San Antonio, which had landed a Toyota assembly plant back in 2003. Eager to duplicate that feat, the area?s recruiters were ?super-aggressive,? says Tesla?s O?Connell. San Antonio?s trump card was its city-owned utility, CPS Energy, which offered ultracheap electricity. Musk had publicly promised that the gigafactory would be run entirely on renewable fuels, but that wouldn?t happen for years; until then, its site team told bidders, the plant would require an enormous power load. The San Antonio discount could save Tesla $25 million a year. The second was California. Shocked by its early elimination, state political leaders begged Tesla to reconsider, promising to come up with a sweet offer and expedite the dreaded environmental reviews. Two lawmakers announced plans to draft special legislation to address the carmaker?s desires. On a conference call on May 7, Musk announced that California, while still ?in the category of being improbable,? was ?potentially back in the running,? ratcheting up

THE BOOK OF TESLA, Copyrights the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the pressure on the other contenders. ??? Tesla continued to press the states. The company informed Nevada that its ?off-the-shelf? assortment of incentives placed Nevada last among the finalists?about $900 million behind an (as always) unidentified front-runner. Nevada was seemingly out of its league. The state had never given any company more than $89 million. It had no Texas-size ?enterprise? fund it could tap to close the deal. ?Texas is the 800-pound gorilla in the room in any economic-development conversation,? says Nevada economic-development chief Steve Hill, who led the negotiations with Tesla. ?They have more resources?and are more willing to use them?than any other state in the country.? At this point, Hill says, he and Nevada?s governor asked themselves, How much do we want this? The answer: a lot. The two men talked about not giving away too much. Then they decided, says Hill, ?to start offering things that go beyond what we?re normally willing to offer.? These new enticements would be so outsize that they would ultimately require a special legislative session to draft new laws. Silver-haired and low key, Hill, 55, made his fortune building the biggest concrete supplier in Las Vegas and then entered government in 2011. Hill knew that Gilman?s industrial park outside Reno, the only Nevada site still under consideration, offered a key advantage: It was fewer than 300 miles from Fremont, far closer than its rivals. Hill calculated that this proximity was worth about $300 million to Tesla."

Map

"Some 166 square miles, Tahoe-Reno Industrial Center, site of Tesla?s new battery plant, is billed as the largest industrial park in the world, a realm that is home to 166 companies, including Wal-Mart, 1-800-Diapers, and weapons manufacturer U.S. Ordnance.Map Source: Nevada DOTBut no matter how far Nevada was willing to go, it seemed Tesla kept asking for even more. It wanted free land, zero taxes of any sort for 20 years, and a 25% electricity discount. As desperate as it was, Nevada balked at the big power subsidy. It would cost the average residential customer about $20 a year?and commercial accounts hundreds or thousands of dollars?and was likely

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

to be bitterly unpopular with residents. Nevada refused. That prompted what looked like sullen silence from Tesla. Hill and Sandoval thought the project was lost. But then, in what would become a pattern, the automaker?s negotiators resumed talks. Says Hill: ?That was the first solid indication that they would like to be here.? ??? In retrospect, Musk?s next move seems like a calculated bit of misdirection. On a May 7 earnings call, he announced that Tesla would soon break ground on ?multiple? gigafactory sites, even before deciding where to put it. Musk elaborated at the annual shareholders meeting a month later, saying the company would begin site preparation work in ?two or maybe three states, all the way to creating a foundation and completing the plans and getting approvals and everything??to assure the plant was ready on time. Musk was also now saying he didn?t expect to make a final decision before year-end. The man who had previously pushed the states to act quickly now looked as if he would extract advantage by showing he was in no hurry. (O?Connell denies Tesla was ?disingenuous? with dates?and then seems to say the precise opposite: ?You have to create forcing mechanisms in these processes. We had a straw man for how this was going to go?We took the time that was necessary.?) Musk?s calculated ambiguity seemed to be working. At least two states?Texas and Nevada?thought they were nearing a deal and redoubled their efforts. Says Grisham of Texas: ?There was a point where we felt like we were the bride.? In Nevada, Tesla had zeroed in on a site in the Eagle Valley section of the Tahoe-Reno park. O?Connell and Kassekert wondered how the harsh terrain could be flattened into the giant pad the gigafactory required, but Gilman assured them it wasn?t a problem. They had marveled at the progress of a nearby project for online retailer Zulily, transformed from rugged hillside into a 700,000-square-foot warehouse in 180 days. Musk, who implored his team to ?find the right dirt,? quietly dropped in to check out the site himself. (Locals spotted the tail numbers on his jet.) Tesla decided to put Nevada to the test?and once again the team from Reno put on a show. Gilman?s team responded with what he later described as a ?biblical? show of force. On June 26, an armada of 200 earthmovers and graders?planned by Gilman but paid for by Tesla?descended onto the site. Work continued 24 hours a day, seven days a week. Drones circled overhead, providing Tesla executives with images of the project?s progress. In four weeks the workers leveled hundreds of acres and moved some 3 million cubic yards of dirt?enough to fill three football stadiums. This made the desired impression. Says O?Connell: ?That grading exercise certainly demonstrated how quickly we can execute in that part of the world.? "

  "Overlooking Tesla?s factory inside the Tahoe-Reno Industrial CenterPhoto by Winni Wintermeyer for Fortune Better still for Nevada, the two sides seemed to have reached agreement on the crucial provisions: a generous 20-year package of 100% tax abatements, conditioned on specific levels of investment and job creation. On July 3, Sandoval briefed Nevada legislative leaders. He discussed calling a special session starting in late July to pass the needed legislation. ?We thought the terms of the agreement were pretty much settled,? says Hill. Then Musk talked to Sandoval about two weeks later, and the deal was suddenly off. Musk had changed his demands. He now wanted a staggering $500 million in cash upfront instead of some of the tax abatements. This was simply impossible for Nevada. The state didn?t have that kind of money?its entire budget is just $6.5 billion?and it wasn?t about to write a half-billion-dollar check. For a second time, Nevada?s team braced itself and said no. ?The conversations got pretty darn tense,? says Hill. ?Tesla was not happy.? The company made its pique apparent: On July 23 it shut down the grading work outside Reno, abruptly sending 240 construction workers home. O?Connell explains Tesla?s attitude this way: ?Okay, fine, if it?s not going to work in Nevada, we?ll take our shovel and go somewhere else.? This charged drama played out entirely in secret. It took weeks for anyone to even notice the site work, at the end of a remote road, behind miles of fencing, and past a manned guardhouse marked with the code name Project Tiger. When bloggers finally got wind of it?and then learned that work had halted?no one would say what was going on. Asked about it on his July 31 earnings call, Musk confirmed that Tesla had broken ground in Nevada but said that work had stopped because the pad was ?substantially complete.? He insisted that Tesla still planned to do ?something similar in one or two other states.? As for Nevada? ?At this point,? Musk cryptically added, ?the ball is in the court of the governor and the state legislature.? Hill and the governor, listening in on the public call, knew the message was intended for them. ??? It?s not exactly clear what prompted Musk?s sudden request for $500 million in cash. One explanation: Battery partner Panasonic was limiting its initial commitment to a few hundred million dollars, leaving Tesla?which had expected $1.5 billion to $2 billion from the electronics company?with a big gap to fill. (Tesla executives deny this, insisting they will have no trouble funding the project, whatever Panasonic invests.) Then there was a second factor: Just a day or two before Musk?s request, Tennessee announced it was giving $230 million to Volkswagen to help fund a $600 million plant expansion in Chattanooga, expected to create 2,000 jobs. It struck Musk that his larger project should reap Tesla an even bigger windfall. ?The VW deal was an eye-opener,? acknowledges O?Connell. Tesla continued to

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

press to see what it could get from other states. In June, the automaker suggested Hutto buy its potential gigafactory tract outright, at a cost of $10 million to $20 million?without any promise to put the plant there. When Hutto rejected this extremely unusual request, it, too, got the silent treatment. A similar request and rebuff occurred in San Antonio. In mid-August, after Nevada spurned Musk?s $500 million request, Tesla returned to Texas, making the same proposal to promoters of both sites there?and again getting no takers. Recalls Mario Hernandez, president of San Antonio?s economic-development foundation, describing the request from a Tesla executive: ?We needed to be heavy upfront, up to a half-billion?that would be their ideal package?to be under serious consideration.? ??? By this point, there had been no shortage of stunts by states eager to woo the automaker. Texas Gov. Perry, sporting sunglasses, drove a Tesla up to the California state capitol in Sacramento (never mind that Tesla?s headquarters is hours away in Palo Alto) to show he was fighting for his state. The mayor of Tucson sent Musk a city building permit, good for a $3 billion, 5-million-square-foot building at an Arizona address ?to be determined.? California state senator Ted Gaines delivered a golden shovel to Tesla headquarters. Local promoters seized on every connection they thought might deliver an advantage. Reno reveled in Musk?s history as an attendee at Burning Man, in the Nevada desert, which surely meant he?d passed through town. Hutto noted that Austin held an annual Tesla Project, celebrating the birthday of the inventor who gave the company its name. Says Grisham: ?The stars just seemed to be aligned for this. You just think, ?This is the one.? It?s like dating.? (Of course, not everybody was so enamored with Tesla. One columnist for the San Antonio Express-News wrote, after Musk?s request for $500 million in cash became public, ?It?s getting harder to tell the difference between Tesla?s search and a shakedown.?) Musk continued to use his public statements to influence and manipulate the contenders. By contrast, the company expected the states to maintain absolute silence. In May a California newspaper reported that Tesla was considering a site at a Sacramento business park. It included a bland comment from a state development spokesman: ?The administration is working every day to bring companies to California and help them grow here. Tesla is certainly one of those companies.? That prompted a tart email from Tesla?s O?Connell to the top jobs adviser to Gov. Jerry Brown: ?This is unhelpful.? ??? In mid-August, Nevada Sen. Harry Reid shared his dismay at the unfolding process at a press conference, telling home-state reporters, ?I would not start counting jobs on Tesla?I?m not sure they aren?t playing us.? But Nevada still wanted in the game?and Tesla, finding no takers elsewhere at $500 million, was ready to play. Most of the final deal was already in place. To give Tesla free land, Hill had orchestrated a three-way agreement to pay for it at public expense. Gilman and his partners would give the automaker the now-level 980 acres. As compensation, the state would pay Gilman?s group $43 million to purchase right-of-way to extend a four-lane road through the industrial park to U.S. Route 50, a major highway. The state would also build the road, at a cost of another $70 million. ?That?s our reward,? says Gilman. The industrial park?s owners had sought the extension, which will cut travel times while opening up thousands of acres for development, for more than 15 years. "

  "Scrapers prepare Tesla?s new factory sitePhoto by Winni Wintermeyer for Fortune Tesla would get $1.1 billion in abatements: 20 years without paying sales tax on equipment and construction materials (worth $725.8 million), 10 years without property taxes ($349 million), and a 10-year break on payroll taxes ($29.4 million). It would receive $8 million in electricity discounts. All the subsidies would start kicking in after Tesla hit targets for job creation and investment. To offset lost education taxes during a decade in which children of gigafactory workers are certain to boost enrollment, Tesla agreed to donate $37.5 million to local public schools starting in 2018. It would give $1 million to battery research at the University of Nevada. Sandoval also agreed to push through a bill to legalize direct car sales in Nevada, one of six states that permitted automakers to sell only through licensed dealerships. By contrast, in Texas, the state Automobile Dealers Association wrote an open letter to state legislators, urging them to resist any temptation to spike the law to win the gigafactory. That letter, says O?Connell, was ?extremely unhelpful.? It wasn?t the only factor, he says, but adds, ?It?s hard to imagine us making a $5 billion investment in a state where we can?t sell cars.? The final piece remained: Even if Tesla couldn?t have half a billion, it still wanted cash to help build the project. Hill found a solution: The state would give the company $195 million in transferable tax credits previously set aside for filmmakers and insurance companies, which it could then sell. Tesla agreed. Combined with the $113 million in highway funds and $1.1 billion in abatements, that brought the total tally to $1.4 billion. In the last days of August, Nevada?s Hill joined Tesla?s O?Connell and its CFO on a conference call. ?I think we?re done,? O?Connell told Hill. Nevada had won the prize. ??? As of Labor Day, Texas (and Arizona and New Mexico and California) didn?t know that Tesla had made its choice. They still harbored faint hopes that they?d somehow land the factory. That day Musk called Nevada?s governor to make it official. The next day Sandoval briefed delighted legislative leaders, laying plans

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

for a Thursday press conference in Carson City to trumpet the news, followed by a special session to approve the legislation to benefit Tesla. (Grisham realized Texas had lost when he read about the news conference.) But there was one final obstacle. According to Hill and Nevada assembly speaker Marilyn Kirkpatrick, who both attended the meeting, Musk?who was in Europe, then due in Japan for its launch of the Model S?had a schedule conflict with the press conference. Kirkpatrick insisted the deal couldn?t go forward without him. ?He?s got to be here,? she declared. ?We insisted that he tell Nevada residents himself that he was willing to invest in our state.? "

  "Musk (center,wearing no tie) with state officials at the deal?s announcement in Carson City, Nev.Photo: Cathleen Allison?AP The state team, it seems, didn?t entirely trust Musk. Hill wanted him to give a public assurance?even after reaching an agreement with Nevada?that he wouldn?t put his factory someplace else. Hill didn?t want the New Mexico treatment. ?This was a very significant step for Nevada,? says Hill. ?We didn?t want to take the step and then not have the project.? Musk agreed to upend his schedule. He arrived rumpled and bleary-eyed from London for the public announcement on the capitol steps. It was a heady victory for Nevada. The little Silver State had bested the likes of Texas and California. The governor, standing on the steps of the capitol with the Tesla CEO, called Musk ?a rare visionary who has the courage to reach beyond and to convert the unthinkable into reality.? Tesla, the governor later declared, has ?changed the trajectory of our state forever.? Over 20 years, Sandoval predicted, the gigafactory will generate 22,000 jobs, including indirect employment, and add $100 billion to the Nevada economy. (Several outside experts have disputed those claims, saying they rest on shaky assumptions, anticipating an unknowable distant future.) "
  "From left: Nevada?s development chief Steve Hill and Gov. Brian Sandoval present a commemorative license plate to Tesla?s Diarmuid O?Connell.Photo: Tim Dunn?Reno Gazette-Journal Still, the victory came at an eye-popping price, generating criticism in the press. Nevada is paying more than $200,000 for each of the 6,500 direct jobs the gigafactory is supposed to create. ?I read Nevada?s incentive package,? says former New Mexico Gov. Bill Richardson, who negotiated with Tesla for its first assembly plant. ?They literally handed over Reno and Las Vegas, lock, stock, and barrel.? Richardson is quick to add, in a rueful comment that captures the bind that states find themselves in, ?I probably would?ve done the same thing as Governor Sandoval. It?s a lot of jobs in a recessionary period. You create a new kind of economy in your state.? For his part, Musk noted that Nevada hadn?t even offered the biggest package (San Antonio would claim that title). Low costs and high speed had carried the day, he said. ?It?s a real get-things-done state,? Musk declared. ?The biggest single factor was time to completion.? By November, when Musk discussed the deal on an earnings call, he sounded exasperated with continued condemnation of the terms he had extracted from Nevada. Calling the deal a ?super-good idea? for the state, he said the criticism ?kind of bugs me. I thought we got an okay incentive package, given the scale, but not a super-huge one.? This story is from the December 1, 2014 issue of Fortune."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Does Musk's Gigafactory Make Sense? - MIT Technology Review

"Does Musk's Gigafactory Make Sense? Tesla's audacious plan to build a giant battery factory may mostly be a clever negotiating tactic. By Kevin Bullis on April 14, 2014"
technologyreview.com/news/526126/does-musks-gigafactory-make-s...
More results

"Who's Tesla's ""Operation Bluestar"" Silent Partner ..."

"Michael Robinson is out with a pitch for a company that he thinks will profit as ""Tesla's silent partner"" in ""Operation Bluestar"" ? and, naturally, ... and Run Operation BlueStar's Gigafactory ... Stock investment scam sites like this one and moneymorning.com are trying to gin up ..."
stockgumshoe.com/reviews/nova-x-report/whos- Tesla's-operati...
More results

Tesla closes deal on Nevada land for gigafactory - Sacramento ...

"Tesla Motors has closed a deal with the state of Nevada on 980 acres of free land outside of Reno, and has begun pouring concrete for its $5 billion lithium battery factory."
bizjournals.com/sacramento/news/2014/10/30/tesla-closes-d...
More results

"Elon Musk: Giga Factory to Allow Tesla to ""Create a ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

"Though Tesla CEO Elon Musk didn't spill all the beans on the upcoming Tesla battery giga factory during the 2013 earnings report/conference call, he did make a statement on the matter that's been picked up by MIT Technology Review:"
insideevs.com/elon-musk-giga-factory-to-allow-tesla-to-...
More results

tesla giga-factory | THE TESLA INVESTIGATION

Posts about tesla giga-factory written by EDITORS. ABOUT. Afghan Veterans Paid The Price For Tesla's Lithium Scam; ... NHTSA ignores the review of a rolled-over Tesla with burning lithium above you and dripping molten metal and plastic dripping down on you.
teslainvestigation.wordpress.com/tag/tesla-giga-factory/
More results

Tesla's Giga Factory: What Is It? | Web2Carz

"Tesla has plans to build what it calls a Giga Factory. With it, Tesla plans to build and develop its own batteries using mostly renewable energy. That's a very ambitious move for the fledgling automaker."
web2carz.com/autos/car-tech/2914/ Tesla's-giga-factory-w...
More results

Nevada possible site for Tesla gigafactory | Las Vegas Review ..

As our valued customers we would like to take the opportunity to thank you for your readership and subscribing to the Las Vegas Review Journal.
reviewjournal.com/autos/drive/nevada-possible-site-tesla-gi...
More results

Tesla will build battery 'Gigafactory' in Nevada

"Tesla Motors, the electric car maker, is planning to build its giant battery Gigafactory in Nevada after a five-state competition, a source who asked not to be identified confirms."
ksdk.com/story/news/2014/09/03/tesla-will-build-ba...
More results

GIGa-Factory  A Fact-Swarming Wiki

"Tesla Motors ""giga-factory"" is an ill-considered profiteering scam designed to help billionaires profit on the bodies of migrant workers. The old tactic of: ""let's put the lethal factory where only poor people will come to work because they can't afford good lawyers""-concept is ..."
somosnark.wordpress.com/tag/giga-factory/
More results

California Still Vying for Tesla's $5B Giga Battery Factory ...

The contest for Tesla's $5 billion Giga battery factory still includes California -- as long as the Golden State's lawmakers are willing to overlook long-established environmental regulations.
greentechmedia.com/articles/read/California-Still-Vying-for-...
More results

How to Avoid a Scam When Buying a Used Car - CarsDirect

Another scam you need to avoid is purchasing a used car from someone who does not actually own the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

vehicle. ... Tesla Gigafactory Going to Nevada; What is Rolling Coal? New Cars | Used Cars | How It Works | Auto Loans | Car Trade-Ins | Car Insurance | Sell Used Car;
  carsdirect.com/used-car-buying/how-to-avoid-a-scam-when-...
  More results


Still no word from Tesla on which state will win 'giga ...

"NM Watchdog Photo No decision yet: Tesla owner and billionaire Elon Musk won't say which states are still in the running for a ""giga-factory"" that promises to employ 6,500 workers."
  currentargus.com/carlsbad-news/ci_25729462/still-noword-f...
  More results


"Tesla to raise $1.6 billion for 'Gigafactory' - Feb. 26, 2014"

"Tesla's grand expansion plans will be funded in part by raising $1.6 billion through a bond issue that the automaker announced Wednesday. The money will be used to build what its founder Elon Musk has dubbed the ""Gigafactory"" and for production of a more affordable, new mass market ..."
  money.cnn.com/2014/02/26/autos/tesla-funding/index.html
  More results


Tesla confirms Nevada as host for electric vehicle battery ..

"Tesla confirms Nevada as host for electric vehicle battery Gigafactory. Summary: Following reports of Nevada being chosen due to generous tax breaks, ... How long with scam company continue before it all crashes? Buster Friendly. 5 September, 2014 14:41. Reply 1 Vote."
  zdnet.com/tesla-confirms-nevada-as-host-for-electri...
  More results


Musk's $5 Billion Tesla Gigafactory May Start Bidding War ..

"Tesla to Raise Money to Build a Battery Gigafactory Tesla CEO Musk on Battery Factor, Model X, Apple Tesla Motors Inc. (TSLA)'s plan to build what co-founder Elon Musk bills as the world's largest battery factory could shake up the power industry and trigger a bidding contest ..."
  bloomberg.com/news/2014-02-26/tesla-plans-1-6-billion-n...
  More results


Goldman Warns Tesla Will Need To Raise At Least Another $6 ...

"Following a plant tour to TSLA, Goldman is confident that the company will meet its 2014 production objectives. However, what keeps them more guarded is the aggressive timetable of the gigafactory as well as a potential escalation of capital needs given the planned capacity ramp ..."
  zerohedge.com/news/2014-09-19/goldman-warns-tesla-will-...
  More results


Tesla Gigafactory Incentives Being Reviewed by Nevada - Yahoo ..

"Nevada lawmakers are holding a special legislative session in Carson City to review a tax incentive of $1.3 billion for the construction of Tesla Motors, Inc.'s $5 billion Gigafactory in the state."
  finance.yahoo.com/news/tesla-gigafactory-incentives-being-r...
  More results


Tesla wants $1.6bn to help fund $5bn TOP SECRET Gigafactory ...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Tesla wants $1.6bn to help fund $5bn TOP SECRET Gigafactory What do you mean you want details? By Brid-Aine Parnell, 27 Feb 2014 12. Related stories Tesla and Panasonic to build NOT-SO-SECRET GigaFactory in US Researcher lights ..."
theregister.co.uk/2014/02/27/tesla_gigafactory_more_details/
More results

California Looks to Become Gigafactory-Friendly State (TSLA)

"California Looks to Become Gigafactory-Friendly State (TSLA) Article Related Articles (1) Stock Quotes (1) Comments (0) FREE Breaking News Alerts from StreetInsider.com! E-mail Address. StreetInsider.com Top Tickers, 10/27/2014. 1. W 2. SRPT 3. PTIE 4. VLSR 5."
streetinsider.com/Insiders+Blog/California+Looks+to+Become+...
More results

Here's More Foolproof Scam Advice from the BBB

2013-05-21T01:00:00Z Here's More Foolproof Scam Advice from the BBB By Robb Hicken -- Better Business Bureau Twin Falls Times-News
magicvalley.com/business/here-s-more-foolproof-scam-advic...
More results

Lucianne.com News Forum - Thread

"for gigafactory San Antonio Express-News [TX], by Patrick Danner, Greg Jefferson. ... Tesla, the company that only makes money on the Carbon Credit scam, now wants to invest a bunch of money on battery manufacturer, so that POSSIBLY, ..."
lucianne.com/thread/?artnum=799831
More results

Tesla is planning a $5 billion battery 'gigafactory'

"Tesla Motors on Wednesday announced an audacious plan to build a $5 billion ""gigafactory"" for batteries, saying the massive facility by 2020 will produce more lithium-ion batteries than the entire global supply for 2013. That will be enough, it said, to"
troyrecord.com/lifestyle/20140226/tesla-is-planning-a-5-...
More results

"Tesla Analysts Eager for ""Giga Factory"" Details in Q4 ..."

"Tesla Analysts Eager for ""Giga Factory"" Details in Q4 Results. February 18, 2014, 1:55 PM PST. By James Temple. Ethics Bio. Articles. Click to share on Twitter; Share on Facebook; ... Nexus 6 Review: Is Bigger Better? Should You Buy the Basis Peak Health Watch
recode.net/2014/02/18/tesla-analysts-eager-for-giga-...
More results

"After Taxpayer-Funded Flops, Tesla's 'Dangerously Ambitious ..."

"After Taxpayer-Funded Flops, Tesla's 'Dangerously Ambitious' Gigafactory Could Save U.S. Battery Business. Comment Now. Follow Comments Following Comments Unfollow Comments. Tesla founder Elon Musk is the best bet for saving the advanced battery business in America."
forbes.com/sites/joannmuller/2014/02/28/after-taxpay...
More results
More Links...

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Tesla gigafactory: Two officials confirm Nevada will get the plant - San Antonio...

Nevada is in competition with Texas along with three other states for a $5 billion Tesla Gigafactory. Eagle Ford businessmen ordered to leave U.S. after business scam 5.
mysanantonio.com/business/local/article/Reports-Tesla-pick...
More results

Gigafactory coming to Nevada - Videos - CBS News

"Gigafactory coming to Nevada. Ben Bradlee, legend of American journalism, dies at 93. Ebola-related scams hit the Internet. 01:31."
cbsnews.com/videos/gigafactory-coming-to-nevada/
More results

"Is The Tesla Gigafactory A ""Race To The Bottom"" For Competing States

Big scam alert! Tesla will take tax payer money and convert that to shares for its execs and friends of Elon. Elon also played the game well with Solar City's new solar panel Gigafactory.
insideevs.com/is-the-tesla-gigafactory-a-race-to-the-bo...
More results

Elon Musk's Nevada Gigafactory may Save the World - The Unz Review

"The ISIS Scam. Not only will the gigafactory lead to cheaper auto batteries, it will also lead to better battery storage for home solar panels so you can store solar power and use it at night."
unz.com/jcole/elon-musks-nevada-gigafactory-may-s...
More results

Tesla to Raise Money to Build a Battery Gigafactory - Businessweek

26 (Bloomberg) -- Bloomberg's Alan Ohnsman reports on Tesla proposing to build a Gigafactory and its importance to the This Scam Reveals Why First-Class Tickets Don't Come With Lounge Access.
businessweek.com/videos/2014-02-26/tesla-to-raise-money-to...
More results

Gigafactory Bluestar

Here i will explain about gigafactory bluestar . Many people have talked about How tesla's battery 'gigafactory' could change everything. bill h r 2847 scam.
mensuniquegift.com/gigafactory-bluestar/
More results

Tesla Reveals Details Of Planned Gigafactory And Announces $1.6 Billion Debt...

"Special Report: How Scams And Shakedowns Brought Down Ukraine To Its Knees. Tesla Motors, Inc. (NASDAQ: TSLA) has published more details regarding its planned battery ""Gigafactory"" and..."

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

invests.com/tesla-reveals-details-of-planned-gigafact...
More results


Tesla Gigafactory Announcement

"Tesla Gigafactory Announcement. Published by Alex Wagner on September 11, 2014 | 25 Responses. The GIGA-SCAM keeps on rolling."
missionrh.com/tesla/tesla-gigafactory-announcement/
More results


Musk: Location Of First Tesla Gigafactory To Be Announced By Year-End...

"The smartest thing he's done to date: the word ""gigafactory."" Simulated automated breakthroughs. Something about Musk and Tesla has always screamed scam to me."
thetruthaboutcars.com/2014/06/musk-location-of-first-tesla-giga...
More results


Should we sell our souls for the Tesla Gigafactory? | SiliconBeat

The gigafactory is to be powered by solar energy. I just don't understand the hatred towards Tesla. So I guess whatever they have going on in Mexico is just a scam?
siliconbeat.com/2014/08/27/should-we-sell-our-souls-for-t...
More results


Looks like Nevada for Tesla's gigafactory - Tesla Motors (NASDAQ:TSLA)...

"""A Gigafactory at $5billion/plant doesn't come cheap."" Tesla is not paying $5 billion for the gigafactory, as Tales knows well but claims otherwise. The thing was a scam from start to finish."
seekingalpha.com/news/1965665-looks-like-nevada-for- Tesla's...
More results


Tesla's Gigafactory Could Power Up Lithium and Graphite Producers...

"Don't Let Greed Lure You Into Stock Market Scams - 3rd Nov 14. Amazon's Odds Get Longer as ""D-Day"" Approaches - 3rd Nov 14."
marketoracle.co.uk/Article45532-html
More results


"Claman on Call: Musk Talks NASA Contract, Nevada Gigafactory | "

Musk also talked about his new Tesla gigafactory that will be built in Nevada. The Plague of Ebola-Related Scams Is Spreading Like a Virus.
foxbusiness.com/industries/2014/09/17/claman-on-call/
More results


Musk Goes Big!/Tesla Gigafactory - Page 3 | Forum

"When the alternatives are taxed, to get the money for that subsidies, they become massively more expensive, witch makes the scam even faster ""profitable"". Logged."
eevblog.com/forum/chat/musk-goes-big!/30/
More results


Tesla And Panasonic To Build Gigafactory For Making Tesla Batteries - eProfits

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"8 of the Most Successful Internet Scams. Image Source. The Gigafactory's capacity will grow in phases, according to demand."
eprofits.com/article/1438-tesla-and-panasonic-to-build...
More results

Alternative Energy Scam

Congress Wants You to Fund their Alternative Energy Scam. Investing in the Tesla (NASDAQ: TSLA) Gigafactory Tesla's Secret Weapon.
energyandcapital.com/articles/alternative-energy-scam/1421
More results

Washington post blows open the isis silencers scam scandal - daily news global...

Running the Scam. John Boehner caught FANCY DANCING in PUBLIC. Toxic gigafactory has nevada residents scared for their lives; literally.
thenewsdaily.org/washington-post-blows-open-isis-silencers...
More results

GIGAfactory Archives - GET THE LATEST NEWS AT: www.thenewsdaily.org

"Tagged: GIGAfactory. Battery factories killing foreign workers. For-Profit ""College"" Scams and Corruption Hurts Students."
virtu-tv.com/tag/gigafactory/
More results

SHOCKER POLITICAL CRIME REPORT!      "COMING SOON... - Over 12,000 pages from an in depth case report on the ""Crime of The Century"" - Now in the hands of top investigators - Cost taxpayers hundreds of billions of dollars - Breaks the biggest cover-up ever! - Task force seeks appointment of Special Federal Prosecutor and open public hearings From the opening statement: ""Based on published federal and media investigations, it appears that White House Staff and Silicon Valley billionaires engaged in a racketeering operation to manipulate hundreds of billions of dollars of taxpayer funds into their own pockets via TARP and Department of Energy funding programs created for the purpose of running this scam. The individuals involved, are charged with organized crime activities, by investigators, but major regulatory agency executives have participated in delays, and cover-ups, in order to prevent effective prosecution of the parties involved. All of the parties involved in the swindle have now had their communications, meetings, money paths, beneficiary routes and competing interest attacks tracked, documented and verified. Major banking and corporate entities participated in the crimes and, while all of the banks have been charged with other crimes, they have yet to be prosecuted for this crime. Any jury trial evidence presentation opportunity can now clearly document the crimes, the players and the facts of this case. The many investigators, journalists and members of the public, who participated in the assembly of this evidence, challenge all parties to come forward in a live, televised, open public hearing to confirm, or deny, these facts....""  "/shocker-political-crime-report/      11/13/2014      THE EDITORS & WIKI MEMBERS  "HOT TOPIC, Uncategorized"  "China, Earnings/Financials, Electric, ivanpah, Plants/Manufacturing, Sedan, SHOCKER POLITICAL CRIME REPORT!, solyndra, Tesla, tesla inventory, tesla model s, tesla sales, TSLA"      publish wp-mm-fb-likes-enabled:      wp-mm-fb-likes-num:      wp-mm-fb-likes-duration:  wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled:      wp-mm-fb-shares-num: wp-mm-fb-shares-duration:  wp-mm-fb-shares-weekends:      wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 84 wp-mm-google-plus-duration: 34      wp-mm-google-plus-weekends: 10      wp-mm-twitter-tweets-enabled: 1      wp-mm-twitter-tweets-num: 88 wp-mm-twitter-tweets-duration: 48      wp-mm-twitter-tweets-weekends: 30      ccft_post_comment_title:      panels_data: Array      snap_MYURL: snapEdIT: 1

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"INVESTIGATION: Did White House Staff Trade D.O.E. Funding in exchange for campaign resources from Tesla's investors and then help ""pump"" the stock market for Musk? "
"Read The Book: ""FLASH BOYS!"" to see how it is done...   "

"From part of the report, provided by an investigator with an advance draft: ""CHARGES OF CONCERN- Issues raised by various investigations and tipsters. Covered in this case investigation: A.      Did Chicago mobsters see that Obama was a compelling public speaker and use him as a front so as to gain control of the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

White House in order to conduit cash and power to their group. Once they acquired the assets they sought, those players appear to have bailed out of the White House, leaving Obama to flounder. Investigation connections: V. Jarrett, R. Blogoyivitch, R. Emanual, R. Gibbs, S. Rattner, D. Axelrod, D. Plouffe, B. Daly, others? B.      Did Goldman Sachs, and related banking entities, demand TARP and DOE funding awards directly to their clients, using elected officials who were in their pockets, while using those awards to artificially enhance the appearance of, or ?pump?, stocks on the listed exchanges? Investigation connections: Blankfein, Goldman Sachs, JP Morgan, Duestch Bank, Others? C.      Did Chicago handlers coordinate with Silicon Valley billionaires to exchange exclusive TARP and DOE funding, stock pumps and perks for campaign resources including internet news media and search manipulation? Was Solyndra part of the kick-back scheme? Investigation connections: D. Feinstein, H. Reid, E. Musk, J. Doerr, R. Lane, Other? D.      Were a number of person?s murdered for reporting aspects of these crimes? Investigation connections: D. Feinstein, G. Conley, D. Bird, R. Motwani, H. Brown, Other  "   "

  "All of these rumors and suspicions can be easily put to rest with a simple public hearing. Let's just have the hearing, listen to the facts from both sides, and be done with it. The people listed in the files are actually dead and missing. The banks listed have actually been charged with massive crimes. The people listed have been charged with manipulating public funds by most major agencies. Anybody can research many of these facts and confirm them, themselves. Clearly, there is something to all of this. The public is owed the truth. If these possibilities really are as ""outlandish and impossible"" as the other side is saying, then they should have no problem supporting such a hearing and putting these issues to bed once and for all. Ray Postin- Journalist"

Report - BY AUTOBLOG

"Is Tesla quietly sitting on 3,000 cars

By   Chris Bruce RSS feed

  "Tesla's 2014 third quarter financial report mixed some positive news with gloomy messages. On one hand, the electric carmaker posted its best quarter ever in terms of deliveries, including its best single day with 907 EVs delivered. The company also announced expanded production to get even more vehicles out the door by the end of 2015. However, the Model X got delayed yet again and higher prices in Europe were mulled. Dousing the results with a bit more cold water, a Merrill Lynch investor letter claims there's more to be pessimistic about the business than meets the eye. The Daily Kanban, quoting research meant for Merrill Lynch clients, claims that Tesla had ""approximately 3K vehicles stocked in inventory or in transit"" at the end of the Q3. That's a fairly large number considering that the company reports selling 7,785 units for the whole quarter. The statement is also surprising because the automaker has a reputation for keeping excess supply low, and there are allegedly waiting lists for Model S sedans. CEO Elon Musk maintains that the automaker has a problem being able to keep up with high demand, as well. According to Daily Kanban, the letter further states, ""China is proving to be more

challenging for Tesla to penetrate than expected."" The automaker does not break out sales by region in its Q3 financials to check this assertion, however, the company does report the recently opened store in Shenzhen is one of its top-grossing stores worldwide and that there are now 23 Supercharger locations in 10 Chinese cities. Merrill Lynch is hardly the first company to challenge the consistently positive assertions made by Musk. In late October, the stock price bounced all over the place after a claim of falling sales by The Wall Street Journal prior to the Q3 announcement. Another analyst believed the company might need around $6 billion to get all of its plans accomplished by 2025."

Tesla

RetrogradE

17 Hours Ago
"If you believe anything that attention whore Musk says, Tesla is over-sold."

Reply

jsco

17 Hours Ago
"hey elon, if it'll help out, i'd be willing to sit on a model s for you. it'll be nice and warm whenever you want it back."

Reply

fpb300

11 Hours Ago
Here comes BMW's i8.

Reply

reattadudes

14 Hours Ago
"when the BS and hype stop, and all of the balls that Musk has in the air fall, this will be looked back on as a bigger scam than John Delorean pulled. EVERY automaker in the world (yes, every one) reports quarterly sales and production figures. EVERYONE. except Elon Musk, as he is somehow ""special"", at least in his own mind. so Tesla sells cars worldwide. in today's world, who doesn't? the thought of a cross country trip in a Tesla is still a joke (look at the Supercharger map, and tell me your ONE route), and the Model X has been delayed for almost a year. when asked why two weeks ago, Musk replied, ""BUILDING CARS IS HARD!"""

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Joeviocoe


14 Hours Ago
@reattadudes
"""EVERY automaker in the world (yes, every one) reports quarterly sales and production figures. EVERYONE. except Elon Musk"" Ummm... Tesla reports quarterly. It is ""monthly sales"" that they don't.   And not every automaker does, nor are they required to."

Reply


1STH


14 Hours Ago
@reattadudes
Totally agree.   Tesla is a total scam waiting to unfold.......

Reply

Grendal


14 Hours Ago
@reattadudes
"""BUILDING CARS IS HARD!"""


scott3


13 Hours Ago
 Well we will know in 3 months what is going on since they only report sales quarterly unlike the rest of the industry.

Reply


Tarmo Riisenberg


7 Hours Ago
"Has anyone seen any Model X prototypes around? Tesla says, that they are testing, but no spy photos of this unique car

Reply


@ferps
"They have inventory in China. I live near the Shanghai Tesla store, and recently counted over 100 new  Tesla's parked there. They do seem to be selling, though, because I see one or more on the roads around here almost

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

every day."

 View reply


 Bernard


 13 Hours Ago
 @ferps
 It's called a rental. Anyone can wait.

 Reply


 thecommentator2013


 17 Hours Ago
 Haven't I read of 10s of thousands of normal cars on huge lots. Unsold.

 Reply


 danfred311


 17 Hours Ago
 if tesla sales keep rising it's probably not a real issue

 Reply


 1STH


 14 Hours Ago
 "do Tesla hire employees to post positive comments here?   LOL.....Tesla are just an overhyped flash-in-the-pan.
 10 years from now....they will be known as one of those 'lost' companies that could have had it all and then lost
 it....their product is stagnating, their sales numbers are constantly manipulated, and they hardly make a product
 that appeals to a wide audience."

  All of the crazy stuff in the world right now is about the break-down of corporate and dynasty control of the
 world. Web transparency has shaken society to it?s core.  "- 4800 evil CEO's and dynasty leaders Vs. 5 Billion
 members of the public: Who wins? The one with more money or the one with more people? - ""Net Neutrality""
 = which corporations control internet information - ""income inequality"" = Who makes money off of whom -
 Massive state and corporate efforts to scare people off of internet until ""information controls"" can be put in
 place by family dynasties. Too late? - All of the information is now free on the web. Almost All satellites,
 agencies, corporations, dynasties, servers, hard drives have now been hacked and scrounged for secrets and
 corruption schemes. Snowden, 4chan, Gufficer, China, Russia, Assange and thousands more; now distributing all
 of the secrets. - What will the world be like when all of the bad guy and good guy info is known by everyone? -
 Public embraced transparency and global over-sight so fast, it caught the Illuminati-like corporate handlers off-
 guard. - Went from ""Nothing is what it seems"" to ""Nothing is not known:; almost overnight. - All of the

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

political affairs, kick-back schemes and crime is now exposed online...more coming out daily. Anonymous/4 Chan went into over-drive on payback plan. - How does this affect the average person?     "/crazy-stuff-world-right-now-break-corporate-dynasty-control-world-web-transparency-shaken-society-core/          11/13/2014
   THE EDITORS & WIKI MEMBERS     "HOT TOPIC, Uncategorized"  "All of the crazy stuff in the world right now is about the break-down of corporate and dynasty control of the world. Web transparency has shaken society to it's core., great disruption"      publish wp-mm-fb-likes-enabled:      wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:   wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled:       wp-mm-fb-shares-num: wp-mm-fb-shares-duration:   wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 62 wp-mm-google-plus-duration: 35      wp-mm-google-plus-weekends: 30      wp-mm-twitter-tweets-enabled: 1      wp-mm-twitter-tweets-num: 66 wp-mm-twitter-tweets-duration: 50      wp-mm-twitter-tweets-weekends: 0      ccft_post_comment_title:          panels_data: Array         snap_MYURL: snapEdIT: 1
   kopa_fastnewslight_total_view: 1


   We may be witnessing THE GLOBAL RESET

   "Have you ever played a video game and it just hangs on some effect? Have you ever been working on a project on your computer and it just freezes? Has your car just flooded out? What Do You Do? RESET ! Turn it off, wait, and turn it back on. Why? Because life has taught you that resets often work. What if a bunch of people; engineers, writers, public servants and the like, saw the world coming apart a decade, or two, ago? What if they saw this internet thing as the ultimate tool for a reset via total-transparency? What if another group saw the internet thing as the ultimate tool for harvesting human behavior for profit? What if both groups embarked on their efforts at the same time, but on totally different paths? What if one got a little ahead of the other? Would that create 2014? Could all of the ruckus and change in the world be the breaking of ALL of the paths of oppression, at the same time, as EVERYONE around the world goes for human equality at the same time? Are we witnessing THE GLOBAL RESET? The financial reset has already started and even the combined power of every nation on Earth was unable to stop it. The cultural reset has also already started but it does not stand out as much. Politicians may be able to delay things but, one has to wonder, is everything from here forward, inevitable? As the poets say, is it truly impossible to stifle the human need for freedom and independence forever? Almost every ruckus point has to do with the population waking up, seeing that they were being used by a small group of rich elites and saying: ""hell, no!"" Are we in the middle of The Reboot, right after The Reset? After it all shakes out, what will the New World of Total Transparency feel like? Just wonderin' if that is what all of this is about..... - Westin L- Davis University   "


   "So wait, let me understand this: You think that the public got mad about criminal politicians working with criminal bankers, ego-maniacal billionaires and corporations to trick people into letting them get into their income so those criminals could make billions off of the mass populations with little, or no, benefit for the regular folks? Why would anybody get upset about finding out about something like that? TJ (Public Reporter)"


   "What has already started happening in THE RESET: - Less marriages - More renters/less buyers - Millennials want more proof of less corruption from candidates - Women are over categorization (Ahem..NFL..) - Frat Houses & ""Ivy League"" are now evil - Less reliance on credit and loans - Populations around the world want equal democracy rights - Less willingness to be used by corporations - No tolerance of political scams - Campus ""RAPE-CULTURE"" being over-thrown - FRAT BOY Elitist Campus male programming being over-thrown - No babies or babies later in life - Less tolerance for 9-5 work hours - READERS: SEND IN MORE OBSERVATIONS...     "


   The Great Unraveling

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Roger Cohen

"It was the time of unraveling. Long afterward, in the ruins, people asked: How could it happen

"It was a time of beheadings. With a left-handed sawing motion, against a desert backdrop, in bright sunlight, a Muslim with a British accent cut off the heads of two American journalists and a British aid worker. The jihadi seemed comfortable in his work, unhurried. His victims were broken. Terror is theater. Burning skyscrapers, severed heads: The terrorist takes movie images of unbearable lightness and gives them weight enough to embed themselves in the psyche."

"It was a time of aggression. The leader of the largest nation on earth pronounced his country encircled, even humiliated. He annexed part of a neighboring country, the first such act in Europe since 1945, and stirred up a war on further land he coveted. His surrogates shot down a civilian passenger plane. The victims, many of them Europeans, were left to rot in the sun for days. He denied any part in the violence, like a puppeteer denying that his puppets? movements have any connection to his. He invoked the law the better to trample on it. He invoked history the better to turn it into farce. He reminded humankind that the idiom fascism knows best is untruth so grotesque it begets unreason."

"It was a time of breakup. The most successful union in history, forged on an island in the North Sea in 1707, headed toward possible dissolution ? not because it had failed (refugees from across the seas still clamored to get into it), nor even because of new hatreds between its peoples. The northernmost citizens were bored. They were disgruntled. They were irked, in some insidious way, by the south and its moneyed capital, an emblem to them of globalization and inequality. They imagined they had to control their National Health Service in order to save it even though they already controlled it through devolution and might well have less money for its preservation (not that it was threatened in the first place) as an independent state. The fact that the currency, the debt, the revenue, the defense, the solvency and the European Union membership of such a newborn state were all in doubt did not appear to weigh much on a decision driven by emotion, by urges, by a longing to be heard in the modern cacophony ? and to heck with the day after. If all else failed, oil would come to the rescue (unless somebody else owned it or it just ran out)."

"It was a time of weakness. The most powerful nation on earth was tired of far-flung wars, its will and treasury depleted by absence of victory. An ungrateful world could damn well police itself. The nation had bridges to build and education systems to fix. Civil wars between Arabs could fester. Enemies might even kill other enemies, a low-cost gain. Middle Eastern borders could fade; they were artificial colonial lines on a map. Shiite could battle Sunni, and Sunni Shiite, there was no stopping them. Like Europe?s decades-long religious wars, these wars had to run their course. The nation?s leader mockingly derided his own ?wan, diffident, professorial? approach to the world, implying he was none of these things, even if he gave that appearance. He set objectives for which he had no plan. He made commitments he did not keep. In the way of the world these things were noticed. Enemies probed. Allies were neglected, until they were needed to face the decapitators who talked of a Caliphate and called themselves a state. Words like ?strength? and ?resolve? returned to the leader?s vocabulary. But the world was already adrift, unmoored by the retreat of its ordering power. The rule book had been ripped up."

"It was a time of hatred. Anti-Semitic slogans were heard in the land that invented industrialized mass murder for Europe?s Jews. Frightened European Jews removed mezuzahs from their homes. Europe?s Muslims felt the ugly backlash from the depravity of the decapitators, who were adept at Facebooking their message. The fabric of society frayed. Democracy looked quaint or outmoded beside new authoritarianisms. Politicians, haunted by their incapacity, played on the fears of their populations, who were device-distracted or under device-driven stress. Dystopia was a vogue word, like utopia in the 20th century. The great rising nations of vast populations held the fate of the world in their hands but hardly seemed to care. It was a time of fever. People in West Africa bled from the eyes."

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

It was a time of disorientation. Nobody connected the dots or read Kipling on life?s few certainties: ?The Dog returns to his Vomit and the Sow returns to her Mire / And the burnt Fool?s bandaged finger goes wabbling back to the Fire.?

Until it was too late and people could see the Great Unraveling for what it was and what it had wrought.

Is the world going nuts?

By Fareed Zakaria

STORY HIGHLIGHTS

"There is an unraveling taking place in parts of the world, writes Fareed Zakaria"
"In the Middle East, people were tired of the old dictatorships"
"They weren't prepared for what should follow them, Zakaria says"
"Europe went through its turmoil before it became stable continent it is today, he says"

Editor's note: Fareed Zakaria is the host of CNN's Global Public Square. Watch his interviews with Indian Prime Minister Narendra Modi and former U.S. President Bill Clinton this Sunday at 10 a.m. and 1 p.m. ET on CNN.

(CNN) -- Is the world spinning out of control?

"I get asked this question a lot these days, and for understandable reasons. Look at what's been in the news in just the last few weeks. The Islamic State of Iraq and Syria's execution videos, Scotland's bid for secession, Russian soldiers in Ukraine."

"There is an unraveling taking place in parts of the world. In the Middle East, the old order that stretched from Libya to Syria has collapsed. In Russia, the rise of oil prices has empowered and emboldened President Vladimir Putin -- and he wants a makeover on the fall of the Soviet Union. Putin is testing the stability of the old international order built after World War II, and sees that it is weaker than most people might have guessed."

"But why is all this happening? In the Middle East, people were tired of the old dictatorships. They weren't prepared for what should follow them, but they wanted greater space and voice. The result has been chaos and violence, but perhaps that is the brutal, ugly phase that will force people there to find a way to make their peace with the modern world. After all, Europe went through its own religious wars, wars or nationalism, and world wars before it became the stable continent it is today."

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Similarly, in Eurasia, the real driver of what has happened there is not the West or Russia, but the Ukrainian people. They decided that they didn't want to be vassals of the Kremlin. They look with longing at Poland, which in 1989 had a similar-sized economy to theirs and is now twice the size, and is a member in good standing of the European Union."

"Of course there are Ukrainians who feel differently -- that's what's causing the turmoil -- but most, overwhelmingly, want to chart a future with the West. Whether they can remains an open question, given Putin's firm resolve to sabotage their plans. But again, this is a sign of people searching for greater connections with the civilized world."

"And look at the rest of the world. India and Indonesia have elected leaders who are friendly towards markets, the West, and America -- resolutely democratic and yet strong nationalists. Mexico and Colombia have reformers at the helm. In Africa, there are many governments from Ethiopia to Rwanda, where you see real progress in health and living conditions. There are many pieces of bad news coming out of that continent -- from Ebola to Boko Haram -- but there is also good news, growing economies, a surging middle class."

"And look at the world's two largest economies. The United States remains economically vibrant, with a dynamic society, new technologies that dominate the world, and new sources of energy that will power it for a few generations. China, for all the noise, remains committed to economic development first, is embarking on anti-corruption and reform drives and has even begun to tackle pollution and climate change as an issue."

"I'm not saying that all is well in the world -- I'm really suggesting that we are in the midst of great global change. Much of this change is driven by good news -- people's desires for greater freedom and autonomy, new information technologies, etc. But all change is disruptive, and without the institutions of freedom and the civic culture of liberty, this period of transition can be dangerous. The forces of integration will not automatically triumph over the forces of disintegration. But there are many good forces out here that are also sweeping through the world these days."

"And, of course, Scotland did not end up seceding. Score one for integration."

Resetting the World!

Change This - The World on Reset

"""I keep saying that this is not a recession, it is a reset. What amazes me is how many brilliant people I know, in the US and around the world, who either don't see it as anything more than a recession, or who don't want to. No one really argues with me when I say it, but more so, simply ..."
changethis.com/manifesto/show/65.01.WorldReset
changethis.com

Is the Big Reset on 7-20-14? World Economy! - YouTube

"Is the Big Reset date 7-20-2014? https://www.youtube.com/channel/UC1N8... Christine LaGarde discusses the reset and how it will take place. She did it as a set up to an official IMF forecast for ""what we should expect for 2014."" Why is this important now? The IMF forecast was based on ..."
youtube.com/watch?v=jr43HsfjDqY
youtube.com

Global Currency Reset | FINANCE NEWS

"Looking back, the last Global Currency Reset happened between 1944 and 1945, towards the end of World War

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

II.The powers that be decided that a new global world reserve currency was needed, so it became the US Dollar

financenews.peterwillo.com/category/global-currency-reset/
financenews.peterwillo.com

GLOBAL CURRENCY RESET- NEW WORLD OR NEW WORLD ORDER? | What ...

"Great article, I recommend reading it. This unedited version was passed on to me by the author. The edited version can be purchased here nexusmagazine.com.au . Enjoy. KS The ABC news website announced on December 9, 2013 that China was calling for a new global currency. According to ..."
followingworldchange.wordpress.com/2014/04/29/global-currency-reset-new-worl...
followingworldchange.wordpress.com

Bloomberg Analyst: Global Currency Reset Coming? (VIDEO)

"Could a worldwide currency reset be coming sooner rather than later? Bloomberg says 'yes.' ... They say that the only way out of the financial mess the world has gotten itself into would be to do a global ""currency reset. ..."

blippitt.com/bloomberg-analyst-global-currency-reset-c...
blippitt.com

"Push 'reset' button on world, WEF founder says"

"Push 'reset' button on world, WEF founder says. It's time to press the ""reset"" button on the world, the founder of the World Economic Forum said Wednesday, addressing media ahead of the WEF's much ballyhooed annual meeting in Davos-Klosters, Switzerland, that gets underway in a week's ..."
usatoday.com/story/news/world/2014/01/15/davos-world-e...
usatoday.com

Reset the World - Tumblr

"""""There are countless ingredients that make up the human body and mind, like all the components that make up me as an individual with my own personality."
resettheworld.tumblr.com
resettheworld.tumblr.com

We're In The Midst of A Global Currency Reset | InvestmentWatch

"What gets in the way from time to time with regard to this Global Currency Reset ... backed by gold. However, Clinton mentioned in one of her speeches that Iraq will become the richest nation in the world due to its oil reserves. Thereby, ..."
investmentwatchblog.com/were-in-the-midst-of-a-global-currency-re...
investmentwatchblog.com

"Box2D Forums ? View topic - ""Reset"" World on Click"

"Box2D Ports ‾ WCK ... ""Hi there I wanted to ask whether there is a way to manually reset a world made with ...""" ú ""HI. I've just been solving a related problem, which is how to set up a system for loading, resetting, and replacing levels. It looks like if you contain your level / scene objects ..."
box2d.org/forum/viewtopic.php?f=19&t=6361
box2d.org

Innovation In The Reset World - Forbes - Information for the ...

"For companies to survive and prosper in a slow growth reset world, innovation holds the key. Imagine the projects you will implement in 2009 and put those projects into three boxes. Box 1 is for ""managing the present,"" that is to say, ..."
forbes.com/2009/08/27/vijay-govindarajan-innovation-...
forbes.com

"""A GLOBAL RESET IS COMING"" | Pragmatic Capitalism"

"Although we are both bearish, Mark Fisher, of MBF Asset Management has a dramatically different fundamental view of the world: Source: CNBC"
pragcap.com/a-global-reset-is-coming
pragcap.com

The Big Reset. Don't Get Left Behind. - Resilient Communities

"Raoul is a Goldman Sachs alum that went on to co-manage one of the world's largest hedge funds in London. ... I don't think this is a reset but part of a permanent global recession, as the problem lies with the system itself."

resilientcommunities.com/the-big-reset/
resilientcommunities.com

Financial globalization: Retreat or reset? | McKinsey & Company

"For three decades, the globalization of finance appeared to be an unstoppable trend: as the world economy became more tightly integrated, ... Retreat or reset? continues the McKinsey Global Institute's ongoing series of reports on global capital markets."
mckinsey.com/insights/global_capital_markets/financial...
mckinsey.com

The world is reset! - Free Online Library

"Free Online Library: The world is reset!(Generators ...) by ""PS, the Preventive Maintenance Monthly"""; Transportation industry Military and naval science"
thefreelibrary.com/The+world+is+reset!-a0167178497
thefreelibrary.com

World Reset? | Official Chucklefish Forums!

"I just made a new character to take advantage of the patch changes, so I obviously got a new starter world. However, when I traveled to Alpha Umbrexion 1207 II to get my first gun, I noticed that the planet kept the changes made by my previous characters, ie the platforms to access the ship were ..."
community.playstarbound.com/index.php?threads/world-reset.56234/
community.playstarbound.com

Hillary Clinton stands by 'Russian reset' in face of recent ..

That is the argument former Secretary of State Hillary Clinton made during a Thursday interview about her much ... Hillary Clinton stands by 'Russian reset' in face of recent events. ... Russia has stepped up its aggressiveness on the world stage and the country's relations with ...
politicalticker.blogs.cnn.com/2014/07/24/hillary-clinton-stands-by-russ...
politicalticker.blogs.cnn.com

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Global Currency Reset Coming: As Seen on Bloomberg News (VIDEO)

"The only way out of this financial mess is to initiate a ""global currency reset."" This aired on Bloomberg TV on July 25th. ... I think a reset would be very healthy for the world. Cancel all debts, everyone forgive each other and just start over fresh with a global currency."
godlikeproductions.com/forum1/message1942187/pg1
godlikeproductions.com

NESARA- REPUBLIC NOW - GALACTIC NEWS: Global Reset and ...

"This is an Awareness Blog to consider the future of your world. Actions are being done now to restore our world. Watch and become AWARE! Send comments/news to johnmachaffie@gmail.com 51 MILLION VIEWS, 3.5 MILLION PER MONTH Use CTRL & MOUSE WHEEL to widen view BACKUP ..."
nesaranews.blogspot.com/2013/07/global-reset-and-currency-revalua...
nesaranews.blogspot.com

The Global Currency Reset | Freedom News

"4.) What gets in the way from time to time with regard to this Global Currency Reset (as has happened the entire month of July) is the security of the entire world, along with the security of the people across the globe and the security of the new systems being implemented and readied ..."
jonwizardnews.wordpress.com/2013/07/18/the-global-currency-reset/
jonwizardnews.wordpress.com

"⎯ Push 'reset' button on world, WEF founder says Alex ..."

"Push 'reset' button on world, WEF founder says. 14 27 0. Kim Hjelgaard USA Today January 21, 2014. World Economic Forum airfield. / Photo: kecko, via Flickr."
infowars.com/push-reset-button-on-world-wef-founder-says/
infowars.com

"Independent presidential bids, a third party, and other big changes may be just over the midterm horizon."

By Ron Fournier

Follow on Twitter

Google charged with ?steering? Tesla articles to favored searches          "Per this link on Muckety: http://news.muckety.com/2013/05/16/tesla-announces-450m-stock-sale/42801#comment-5034721 The researched chart by Muckety reveals the secret connections to the control, and manipulation, of consumer perceptions, federal public policy and law-making. If proven, this subjects both Tesla and Google to SEC fraud charges. Google has been shown to have a senior silent control ownership in Tesla. Tests by IT and SEO engineers show that Tesla receives an inordinate position in all Google News stories and general searches, while negative stories about Tesla are diminished. This ONLY takes places on the Google search engine and Google News. In the average search or comparative news cycle on any other search engine, Tesla does not show up or is 90% less visible in searches. Other companies and politicians have charged that Google artificially steers its search settings in favor of personal friends and in disfavor of its enemies. This demonstrates that Google is untrustworthy. Sen. Santorum and many companies and individuals have previously charged Google with manipulating it's search engine results. Carlos Rodrigeuz - Denver, CO ============================= From Andrew

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Wesguter, New York, NY Google owners are personal advisors to the White House. Google Owners sit on White House advice groups. Google is pumping the Tesla stock offering by making it look like there is a stock demand for Google stock and by using the Google IR analysts and I-banks it has control over to inflate the stock value along with making the newsfeeds that Google covers about Tesla look 300% better than the actual circumstances. This is a conflict of interest as Google and it's VC's are investors in Tesla. This should be against the law. ===================================== From Parker Summers, San Diego Calif. Google is not thought very highly of by those who pay attention, this posting is all over the internet: ""GOOGLE is ACTUALLY DOING MUCH EVIL! They are simply a spy service. Every location you search on google earth is logged and tracked and sold to government agencies and ad agencies. Every word or sentence you type into google  is logged and tracked and sold to government agencies and ad agencies. Every page you click on in google  is logged and tracked and sold to government agencies and ad agencies.A data file about everything you do on the internet using any google technology  is logged and tracked and sold to government agencies and ad agencies. Google makes most of its money by spying on people.Why would you use something that makes you cooperate in spying on yourself? Everything you watch on googles youtube  is logged and tracked and sold to government agencies and ad agencies. Google reads all of your email. Google sends any interesting emails with words it doesn't like to agencies and the rest are put in an advertising database to trick you into thinking you stumbled upon certain ads when, in fact Google is secretly pushing those ads on you. Google GLASS is the ultimate spy-on-you-tool, it has face recognition, fashion recognition and pretty much spies on everybody and everything around you, and you, and then Google sends that data off to the Government. Never go near anybody wearing a Google Glass. Ask to have them out-lawed. Google Maps camera cars take picturs & capture wifu data for everyone in the US. Google saves a file of everything you have ever done, looked at, sent or moused over IN YOUR ENTIRE HISTORY OF USING THE INTERNET. It isn't a business right anymore, it is an abuse of the public trust. https://anonfiles.com/file/08d71da7cfd68cc782e50cd156283457 Google has thousands of people that work for them to create technologies to control the internet in order to make people give more information to google about themselves and that personal information  is logged and tracked and sold to government agencies and ad agencies. Do you like being used as a tool? Do you like Google infesting your life for profit and special interest control of what you do? Twitter & Facebook are just as sinister and evil. Dump all 3 of them. Use www.duckduckgo.com or any other non tracking search engine. Find a non tracking replacement for every service google offers. Google is very evil! You will NEVER be able to trust Google. Write your Congressman. Tell them to outlaw Google data capture. Join a class action lawsuit against them"" PLEASE RE-POST"" ===================================== From Martin Seester, Chicago, Ill. It is very clear from the filings that Google is a huge investor group and the mouthpiece for Tesla, why is this not made more public? ====================================="/google-charged-with-steering-tesla-articles-to-favored-searches/        11/12/2014        THE EDITORS & WIKI MEMBERS    Uncategorized    "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, Google FTC, Iron Man, Issa, John Doerr, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, Tesla motors, wall street journal investigation, washington corruption, washington corruption investigation"     publish
 original_post_id: 340    kopa_fastnewslight_total_view: 2        OPH_original_pub_date: 2013-05-16 14:29:51    siliconvalley.com
 Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!! "Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!! After the cataclysmic explosions and self combustion devastation of the Fisker electric cars because they simply GOT WET in the Hurricane Sandy rain, Panasonic has now, not only, stated that Tesla Lithium batteries will also explode and kill the baby, or dog, or other family member you have in the back seat, but that Tesla also received written warnings, in hard copy documents, in the quotations and shipping MSDS sheets that the Tesla batteries are ""guaranteed"" to explode if salt, or any other water touches them. With all of the other lawsuits Tesla now has, they expect to get liability lawsuits from owners, suppliers that they sold battery packs to (without disclosing the danger their engineers knew of) and consumer class action groups. Panasonic engineers have been retained to examine safety issues with the cars."/panasonic-engineers-guarantee-that-tesla-battery-packs-will-explode-when-wet/        11/10/2014
 THE EDITORS & WIKI MEMBERS    Uncategorized    "auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, fisker battery explosion, fisker fires, gao investigation, grassley, hurricane sandy, Iron Man, Issa, John Doerr,

THE BOOK OF TESLA  Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation"      publish
  original_post_id: 169    OPH_original_pub_date: 2012-11-01 18:45:10   kopa_fastnewslight_total_view: 1
  What does a missing Wall Street Journal energy reporter on the East Coast have to do with a dead energy CEO body found on the West Coast?   "David Bird was a highly respected Wall Street Journal energy reporter known for his deep dives into energy industry analytics and the energy players and politics. He disappeared off of an east coast country road and has never been seen since. Theories range from murder, to ""black-bagged"" to a ""safe-house"" to Galt's Gulch. On the other side of the country, investigators are taking a closer look at the very suspicious death of solar and hydrogen energy CEO Gary D. Conley. Found with a bullet in his head, in the back of a Northern California Air Force Base, with all of the nearby surveillance videos ""not available"". His friends and family say he never would have considered suicide. Prior to his death, he had been talking to major newspaper energy reporters about potential crimes, involving insider trading and kick-backs, with Solyndra, Ivanpah and other ""CleanTech"" companies connected to Silicon Valley. Did they both find out about something that became ""sensitive information"", for someone? ""CleanTech"" is now the most forbidden word in Silicon Valley. Companies have died because of it. Careers have died because of it. Political careers were terminated because of it. Now...people may have died because of it. David Bird and Gary D. Conley are only part of the body count, when you matrix the words ""dead bodies"" and ""CleanTech"". 60 Minutes did a segment called the ""CleanTech Crash"" in which they mention over one hundred billion dollars of cash that flowed through the ""CleanTech"" funnel. As of today, federal investigators now believe it was north of $300 billion. As the numbers get pulled together, one things is clear: The 48 people who financially benefited from the ""CleanTech"" funnel were all connected, all knew each other and had all participated in the same 3 political campaigns. Let's stay tuned as this story evolves... Kyle Dintle-     LA Times Stringer   "


  FBI joins search for missing Wall Street Journal reporter ..

  "The FBI is assisting in the search for missing Wall Street Journal reporter David Bird, who was last seen leaving his northern New Jersey home more than a week ago."
  foxnews.com/us/2014/01/20/fbi-joins-search-for-missin...
  foxnews.com


  Family of missing Wall Street Journal reporter David Bird ...

  "More than two weeks after Wall Street Journal reporter David Bird disappeared without a trace, the New Jersey man's sister-in-law issued a televised plea for his return."
  foxnews.com/us/2014/01/27/sister-missing-wall-street-...
  foxnews.com


  Search Resumes for Missing WSJ Reporter David Bird ...

  Authorities resumed the ground search Tuesday for a missing Wall Street Journal reporter who was last seen in January leaving his New Jersey home for a walk.
  blogs.wsj.com/metropolis/2014/03/25/search-resumes-for-...
  blogs.wsj.com


  Credit card of missing WSJ reporter used in Mexico: report ...

  Credit card belonging to missing Wall Street Journal reporter David Bird used in Mexico: report Sources close to 55-year-old David Bird's family told NBC New York that his credit card was used across the border on Wednesday night.
  nydailynews.com/news/national/credit-card-missing-wsj-rep...

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

nydailynews.com

Reporter missing in New Jersey - USA Today

Reporter missing in New Jersey. Journalist and marathoner David Bird of New Jersey has been missing since Jan. 11.
usatoday.com/story/news/nation/2014/01/16/david-bird-m...
usatoday.com

Search Continues For Missing Wall Street Journal Reporter ...

"LONG HILL, N.J. (CBSNewYork) - Police and residents in New Jersey are continuing the search for a Wall Street Journal reporter who has been missing since Saturday. David Bird, 55, a father of two, was last seen leaving his home on Long Hill Road at 4 p.m. to go for a walk in ..."
newyork.cbslocal.com/2014/01/16/search-continues-for-missing-w...
newyork.cbslocal.com

David Bird Missing: Search continues for Wall St. Journal ...

"LONG HILL TOWNSHIP, N.J. - A search is under way for a Wall Street Journal reporter missing for nearly a week after telling his wife he was taking a short walk, New Jersey authorities said on Thursday. David Bird, 55, an energy markets reporter at the Journal, published by News Corp, was recovering"
cbsnews.com/news/police-search-for-wall-st-journal-re...
cbsnews.com

Wall Street Journal Reporter Missing For Five Days

"Wall Street Journal reporter David Bird has been missing for five days, the newspaper reported Wednesday. Bird's wife Nancy said that he left their home in Long Hill, New Jersey, for a short walk Saturday afternoon, and never returned."
huffingtonpost.com/2014/01/16/david-bird-missing-wall-street...
huffingtonpost.com

Wall Street Journal reporter David Bird disappeared Saturday ..

"Wall Street Journal reporter David Bird left his New Jersey home Saturday evening, hoping to take a quick walk before it rained. He hasn't been seen since."
cnn.com/2014/01/16/us/wall-street-journal-reporte...
cnn.com

"Credit card of missing David Bird, Wall Street Journal ..."

Wall Street Journal reporter David Bird has been missing from his New Jersey home for a week but his credit card was used for a purchase in Mexico last night.
dailymail.co.uk/news/article-2540825/Mystery-credit-card-...
dailymail.co.uk

"David Bird, Wall Street Journal Reporter, Goes Missing After ..."

"By Pam Martens: January 20, 2014 David Bird, a reporter who covers energy markets for the Wall Street Journal, has been missing for nine days. Bird, who ha"
wallstreetonparade.com/2014/01/david-bird-wall-street-journal-re...
wallstreetonparade.com

THE BOOK OF TESLA. Copyrights, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"David Bird Missing Since January, Family Of Wall Street ..."

"David Bird, an energy reporter for the Wall Street Journal, disappeared from his New Jersey home more than two months ago."
ibtimes.com/david-bird-missing-january-family-wall-st...
ibtimes.com

Wall Street Journal Reporter David Bird Missing Since ...

"David Bird, a 55-year-old energy reporter at the Wall Street Journal, has been missing since Saturday afternoon the paper says. Hundreds of volunteers, law enforcement officers and others are searching for Bird."
nation.time.com/2014/01/15/wall-street-journal-reporter-d...
nation.time.com

Wall Street Journal Reporter Goes Missing in New Jersey ...

Hundreds of people are searching for a missing 55-year-old Wall Street Journal reporter who left his New Jersey home for a walk on Saturday and never came back.
nbcnewyork.com/news/local/Missing-Wall-Street-Journal-Re...
nbcnewyork.com

Round-the-Clock Search Intensifies for Missing Wall Street ...

"A massive search has been underway in New Jersey for a Wall Street Journal reporter and father of two who went missing shortly after putting away Christmas decorations last weekend, family members said. David Bird, 55, an energy markets reporter for the Wall Street Journal, told his ..."
abcnews.go.com/US/round-clock-search-intensifies-missing...
abcnews.go.com

Standing in the need of prayer for missing reporter David Bird

Standing in the need of prayer for missing reporter David Bird Neighbors turn to 'community hospitality' parish when friend vanishes
episcopaldigitalnetwork.com/ens/2014/01/24/standing-in-the-need-of-pr...
episcopaldigitalnetwork
legacy.com/obituaries/marionstar/obituary.aspx?pid=1...
legacy.com

Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot ...

"Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon, ... Gary Conley Gary Conley Death Gary Conley Dead Gary Conley Silicon Valley Dead Gary Conley Silicon Valley Gary Conley Suicide Gary Conley Solar Energy."
huffingtonpost.com/2013/01/08/gary-conley-dead_n_2431754.html
huffingtonpost.com
investing.businessweek.com/research/stocks/private/person.asp?person...
investing.businessweek.com

Man found shot to death near Beale was Silicon Valley energy ...

"MARYSVILLE ? A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known Silicon Valley entrepreneur and clean energy pioneer, a family member

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

confirmed today. Gary D. Conley, 51, whose most recent corporate venture, B2U Solar of San Jose"
  chicoer.com/breakingnews/ci_22327266/man-found-shot-d...
  chicoer.com
  findagrave.com/cgi-bin/fg.cgi?page=gr&GSob=c&GSlh=1&GSsr...
  findagrave.com


  Silicon Valley energy pioneer found dead in Yuba County

  "The Air Force Office of Special Investigations confirmed the death this afternoon. Gary D. Conley served in the US Air Force from 1979 to 1983, as did Mark Conley and their father before them, according to Mark Conley. But otherwise, ..."
  smart-grid.tmcnet.com/news/2013/01/07/6835226.htm
  smart-grid.tmcnet.com


  Murder or Suicide?

  "Beale's public affairs office identified the man as Gary D. Conley, 52, ... Force Office of Special Investigations is conducting an investigation to determine the circumstances surrounding the death, but foul play is not suspected."
  sacramento.cbslocal.com/2013/01/07/body-found-near-beale-air-forc...
  sacramento.cbslocal.com


  Report: Silicon Valley energy pioneer found dead outside ...

  "A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well known Silicon Valley entrepreneur and clean-energy pioneer, a family member confirmed today. Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon"
  theunion.com/news/4267644-113/beale-energy-outside-base
  theunion.com


  Cleantech Whistle-blower Suspicious Death Now Showing Cover ...

  "FROM A POSTING ONLINE: ""My FOIA request for the Beele AFB OSI investigation report into the suspicious death of my brother, Clean-Tec CEO Gary D. Conley, on January 7th, 2013, has still not been released."
  thenewsdaily.org/cleantech-whistle-blower-suspicious-death...
  thenewsdaily.org


  -Another Bizarre Google Key Player Death! Murders or just ...

  "Another Bizarre Google Key Player Death! The Silicon Valley Murders (or just coincidence)? Rajeev Motwani invented the mood manipulation and page ranking system that Google now uses as it's key technology. ... Beale's public affairs office identified the man as Gary D. Conley, ..."
  somosnark.wordpress.com/2014/07/10/another-bizarre-google-key-pla...
  somosnark.wordpress

  White House urged to end of the use of ?Hit Lists? and character assassination attacks on journalists and taxpayers!        "A group known as the ANTI-TARGETING ALLIANCE is calling for taxpayers to write Congress and demand a law that makes it a felony for White House staff, or any elected officials, to deploy surreptitious attack tactics on members of the public, including journalists out of sheer spite. The website http://www.paybackpolitics.org covers examples and disclosures of over 10,000 attacks on the public, ordered by top Washington political figures. Said Andrea of the group:   "" at a point in American history, where trust in the government it universally polled at it's lowest point, it is hard to comprehend the thought process of people who would engage in these sorts of attacks on their own constituents"" She continued, ""...using cover organizations,

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

like Gawker, A.L.I.C.E., Think Progress, New America Foundation, Media Matters, etc. as facades is a known tactic by this White House and most journalists are now wise to it. Everyone knows who is connected to whom."" Sharyl Attkisson, Bob Woodward, Monica Lewinsky, Dr. Katherine Mitchell of the VA crisis, Edward Snowden and many, many other well known, and not so well known people, have recently disclosed organized attacks on them by senior Washington federal officials. Mitt Romney has recently stated that ""The character assassination"" is the number one trick the White House used against him. In today's press, an article on Valarie Jarrett discloses a hit list she waved at her own progressive activist people as a threat to ""not make trouble."" When is it OK for your elected representatives, your employees, to attack you for speaking your mind?   See More at THIS LINK See VIDEO AT THIS LINK Tom Green-   GHY   "/white-house-urged-end-use-hit-lists-character-assassination-attacks-journalists-taxpayers/   11/10/2014   THE EDITORS & WIKI MEMBERS   "HOT TOPIC, Uncategorized"  "Character Assassination, http://www.paybackpolitics.org, White House urged to end of the use of ""Hit Lists"" and character assassination attacks on journalists and taxpayers!" publish wp-mm-fb-likes-enabled: wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled: wp-mm-fb-shares-num: wp-mm-fb-shares-duration:       wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:        wp-mm-google-plus-num:        wp-mm-google-plus-duration:   wp-mm-google-plus-weekends:   wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:       wp-mm-twitter-tweets-duration: wp-mm-twitter-tweets-weekends:        ccft_post_comment_title:        panels_data: Array     snap_MYURL: snapEdIT: 1

"

 Forbes Rips Musk?s smoke-screen        "Forbes Rips Musk's smoke-screen (Photo Above: Tinman was RIGHT be to afraid of Fires. Musk is a carny with shiny objects) Red Herrings And Straw Men: Musk's Argument On Tesla Fires Dale Buss- Forbes It?s still a good bet that the Tesla Model S and Elon Musk will come through their fire-investigation saga relatively unscathed and even vindicated in the end. But in the meantime, what lingers is Musk?s take-no-prisoners argument, which essentially is that the National Highway Transportation Safety Administration probe into two fires in the car in incidents on U.S. roads is a monumental waste of time; that any media outlets even discussing the fires are irresponsible; and that Americans should take his word that the cars are safe. Musk has to try to ensure that consumers and investors don?t lose faith in him and his technology, and three Model S cars turning into hibachis on the highway (including one in Mexico) comprise a significant obstacle. This is a refutation of significant parts of his argument, which turns out to be filled with red herrings and straw men that not even the formidable Musk can spin into smooth persuasion. In attempting to thwart attention to this little problem, Musk has tried to have it just about every way. First he insisted that there was no flaw in the design of Model S; but then he decided to adjust the suspension on the vehicles via a software change so that they ride higher on the highway and are less likely to take a hit from debris. Initially Musk insisted the cars wouldn?t be recalled, but then he said Tesla actually had asked the federal highway-safety agency to examine Model S ? an assertion that NHTSA officials have said simply isn?t true. Then Musk laid out his broad argument in the context of what he believes is an unassailable rationale for his creation of Tesla in the first place. In ?The Mission of Tesla? post that he put on the Tesla blog this week, Musk penned an eloquent explosion of triumphalist fury. But Musk also exposed some logical vulnerabilities that shouldn?t be ignored even amid his intellectual suppleness: A murky standard: Musk wrote that ?new technology should be held to a higher standard than what has come before? but didn?t say what that loftier standard should be. Then he seemed to undercut his concession by comparing the record of car fires in the Model S ? ?new technology? ? to what he said were a quarter-million

gasoline-car fires in the U.S. alone over the last year. Certainly he believes Model S should be pulled up short at some number far lower than a quarter-million fires; but what is that number? Would he argue that forest fires aren?t important because house fires turn out so many more Americans from their homes each year? And Musk didn?t mention another relevant comparison: the Nissan Leaf all-electric vehicle, which has had no reports of fires with many thousands of models on the road. The media straw man: Musk complained in the post about ?an onslaught of popular and financial media seeking to make a sensation out of something that a simple Google search would reveal to be false.? But he didn?t really specify what it is that is ?false.? By ?false,? was he referring to mere reporting about the fires, which seemed by and large to be pretty factual? Or reporters? failing to compare the number of Model S fires to the much higher number in gasoline-powered vehicles? Or media speculation about the effects of the fires on Tesla? Or was Musk implying that a substantial number of media outlets leaped to the conclusion that these three incidents mean the Model S somehow is poorly engineered? If it?s the last option, there?s little evidence for his charge. Besides, whatever ?persecution? Tesla might be suffering at the moment at the hands of the media ? most of whom actually seem to adore Musk, his technology and his cars ? is nothing compared to what, for example, General Motors   has suffered in the past. Just a couple of years ago, NHTSA briefly investigated a single fire in a Chevrolet Volt plug-in hybrid that occurred days after it had been crash-tested, and some wild media speculation ensued about the very future of the car. Going back even further: Dateline NBC aired an investigative report in 1992 that allegedly showed C/K-Series pickup trucks exploding upon impact during accidents due to the poor design of fuel tanks. The NBC producers didn?t tell the audience their nasty little secret: that they had rigged the truck?s fuel tank with remotely controlled model rocket engines to initiate the explosion. The lightning canard: Musk turned to a ready old comparison about the odds of experiencing ?even a non-injurious fire in a Tesla? being less than those of getting struck by lightning. Yet actually, the odds of getting struck by lightning are about the same as the odds of dying in a plane crash, depending on the time horizons involved. And yet, even the slim odds of fatal airplane fatalities are such that an entire branch of the federal government has been built around preventing and analyzing them, and airlines spend hundreds of millions of dollars a year to try to make sure it doesn?t happen. Or, closer to home for Musk: What would he say is the importance of the odds of a fire not occurring in one of the SpaceX transport crafts that his other company plans to hurtle into space next year, carrying civilian passengers? The no-harm, no-foul red herring: He pointed out that the drivers of the two  Tesla's in the U.S. fires weren?t hurt and were, in fact, able to pull their cars safely over to the side of the highway after the car gave them appropriate warnings that things were awry. Musk wrote that ?the primary concern is not for the safety of the vehicle, which can easily be replaced, but for the safety of our customers and the families they entrust to our cars.? But the statement implies somehow that it?s, well, alright to have a fire under the hood of a Model S as long as no one actually has gotten hurt so far. But what if either of those two drivers in the U.S. accidents were upset or panicked or just not quick enough to react to the car?s warnings, and the Model S had burst into flames before they?d had a chance to pull over? Things could have turned out quite worse for those drivers and for others on the road. And by Musk?s logic, only worse outcomes would have made the fires unacceptable. A devil?s choice: As another way of illustrating the relative danger of gasoline-powered vehicles versus Model S, Musk wrote that ?arsonists tend to favor gasoline? and used the analogy, ?Trying to set the side of a building on fire with a battery pack is far less effective? than using gasoline would be. Yet Boeing   faced significant fire concerns about its Dreamliner jets, and even grounded them for a while, in battery systems similar in basic technology to those used in the Tesla Model S. Besides, the lethality of a particular form of power depends on the application: Apparently no one pointed out to Musk that prison wardens prefer carrying out capital punishment with electricity rather than gasoline. That fact is just about as relevant as the one he pulled out of the air. Feigned concern: True, Musk did selflessly suggest that NHTSA shouldn?t be bothering with investigating the paltry little pair of Model S fires when there are ?hundreds of gasoline fire deaths per year that warrant their attention.? But is he really that concerned about the stretching of federal resources? Musk?s other grandiose notion was to state unequivocally that the very survival of the planet may hinge on whether the gnashing media hordes stop bugging him about the two campfires in the Model S. ?If a false perception about the safety of electric cars is allowed to linger, it will delay the advent of sustainable transport and increase the risk of global climate change,? he wrote, ?with potentially disastrous consequences worldwide. That cannot be allowed to happen.? NHTSA, are you listening

  Reddit Roasts Tesla        "There are many Reddit Posters who bring the pain on Tesla but this one goes full down: ""Just saw this: ""Tesla caught pumping stock with fake orders. Corporate email busts Tesla scam. Is this a credible product? Tesla Motors is under Fed investigation for bribery & corruption; Musk stole the company from

Martin the founder; Tesla has been sued many, many times for misdeeds; Tesla took taxpayer $$ yet hired off-shore workers and fired NUMMI union workers; Their batteries blow up when they get wet or overcharge- Tesla's own patent filings say so; They owe more $ than they can ever pay back. The Leaf does the same thing for $100k less. The billionaire owner got free tax money without earning it; Goldman, K&L Gates, KPCB & their investors put in fake car orders and fake stock buys to pump the stock; They lied to San Jose, Downey, New Mexico and many cities about building a factory in each; The CEO cheated on his wife & business partners; The CEO hires magazines to write glory-stories about him; Telsa has 30 Indian bloggers hired to write fake user postings; The EMF from the car is measured to cause biological damage; They changed the prices on customers after they ordered; They never get their costs right; each car coming off the line has problems according to Musk himself; Selling 4K cars after a decade is a pathetically small # for such a run-of-the-mill electric car; They announce they ?intend? to pay the loan back early, yet do not actually pay it back even though the owner has a billion dollars; Former staff have accused the CEO of everything from spying to harassment; When the Feds finally serve their indictments, forensic audits of Tesla will show they lied in their financials; The public calls the car the ? Solyndra-Mobile? and say it is an ""Un-American Product?; It is made, and priced, by and for Stanford elitist yuppie rich boys; The same six writers that support Tesla have been shown to be paid shills; All of this is well documented. Wouldn?t anyone be ashamed to drive a Tesla  ""/reddit-roasts-tesla/         11/9/2014        THE EDITORS & WIKI MEMBERS  Uncategorized   "60 minutes investigation, auto green, autogreenblog.com, barack obama, Boycott Tesla, Corruption, Dianne FEinstein, DOE Corruption, gao investigation, Issa, John Doerr, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, tesla kleiner, wall street journal investigation, washington corruption, washington corruption investigation" publish original_post_id: 193    OPH_original_pub_date: 2013-04-23 16:16:07   kopa_fastnewslight_total_view: 1

 The Green Corruption Files : Shining the Light on ?
 The Green-Energy Crony Corruption Special Seven Series Unleashed at Townhall.com (written by Marita Noon with research provided by Christine Lakatos):
 greencorruption.blogspot.com/2012/07/shining-light-on-brightsource-e?


 More Obama Green Energy Corruption ? Marita Noon ? Townhall ?
 "More Obama Green Energy Corruption ? Marita Noon ? Personal Finance, Financial Advice, Money, Business News ? SolarReserve is only the first chapter in our green-energy crony-corruption story. The next is BrightSource Energy. Like SolarReserve, the BrightSource tale also has
 finance.townhall.com/columnists/maritanoon/2012/07/06/more_o?



 6 days ago ? Co-pilot and I were distracted and momentarily blinded by the sun ? The reflection from the northernmost array was the brightest and the  ?

 http://www.kcet.org/ news/ rewire/ solar/ concentrating-solar/ desert-solar-power-plant-a-risk-to-air-safety-say-pilots.html ?    -


 Is SolarCity?s use of Tesla batteries unsafe for homes and for Solarcity? "Is SolarCity's use of Tesla batteries unsafe for homes and for Solarcity? Washington, DC - Solarcity has announced that they will be using Tesla's lithium ion battery systems for their energy systems. Engineers are wondering if this is a good idea in light of the extensive numbers of lithium ion fires that have taken place, with little or no stimulation. Lithium ion Apple tablets and cell phones have exploded into flames and burned down the structures they were in as documented when you search the phrase: ""ipad air explodes"". Authorities in Sugar Land, Texas, ruled that the Fisker Karma parked in the attached garage of a newly built home was the origin of a fire in 2012 that completely destroyed the car as well as the garage and a portion of the house, causing hundreds of thousands of dollars? worth of damage. The owner and his family escaped safely. The batteries were the same kind of lithium ion batteries used in the Tesla and now intended to be used by SolarCity. This video shows another one just blowing up in flames for no good reason:"/chu-expect-more-green-energy-bankruptcies/       11/7/2014        THE EDITORS & WIKI MEMBERS      Uncategorized   "Boycott Tesla, Bribery, crony, crony politics, cronyism, Daily Caller, Dept. of energy, diane feinstein, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man,

Issa, John Doerr, kanye west, Kim Kardasian, Kleiner Perkins, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, outsource, Sen. Grassley, Senator Upton, Solar City Batteries, Solarcity, solyndra, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, STEVEN CHU STANFORD, Tesla, Tesla defaults on taxpayer loan, Tesla finncials, tesla kleiner, Tesla motors, Tesla Stock, Throw Them All Out, TSLA, wall street journal investigation, washington corruption, washington corruption investigation"    publish original_post_id: 440    kopa_fastnewslight_total_view: 5
  OPH_original_pub_date: 2013-06-10 20:34:42

"Watch As Another Fisker Karma Spontaneously Combusts, The ..."

  "Aug 17, 2012 ... The Karma above caught fire in a Woodside, CA parking lot while .... attention away from the latest green energy project to blow up in the  ... www.dailybail.com/ home/ watch-as-another-fisker-karma-spontaneously-combusts-the-100.html

  Second Fisker Karma Burns ? Did EV1/Volt Engineer Predict Cause ...

  "Aug 11, 2012 ... Fisker Karma Fire, Woodside, CA - Photo Courtesy of Aaron Wood A ... If only a few more of these cars explode, you can totally forget about  ... www.thetruthaboutcars.com/ 2012/ 08/ second-fisker-karma-burns-did-ev1volt-engineer-predict-cause/

  DailyTech - Round Two: Fisker Karma Goes Up in Flames in California

  "Aug 13, 2012 ... Yet another Fisker Karma has gone up in smoke, making thsi the second ... A Fisker Karma driver from Woodside, California parked his hybrid at the ..... is an intercooler coupler blowing off and making a sound like a gunshot. www.dailytech.com/ Round+Two+Fisker+Karma+Goes+Up+in+Flames+in+California/ article25389.htm http://www.youtube.com/watch?v=JzWbWBfd91w"
  "The website: http://lithium-ion.weebly.com   shows quite a number of lithium ion battery disasters where the batteries just took down the structures. Tesla's own patent's, filed with the U.S. Government, state, in their words, that their batteries could spontaneously explode and destroy your home or office. All of this has folks wondering, Are Tesla batteries a good thing for SolarCity to be mounting on your home? Details at http://www.somo1.com DF-GHH -------------------------------------------------------- Is this a way for Tesla to engage in ""battery dumping"" to try to get rid of their dog lithium ion cells by booking a sale to their own company? (Musk owns SolarCity too) Emery- hh -------------------------------------------------------------"
  ROLLING STONE EXPOSES HOW ERIC HOLDER COVERED UP ONE OF THE BIGGEST CRIMES IN AMERICA:        /rolling-stone-exposes-eric-holder-covered-one-biggest-crimes-america/ 11/7/2014        THE EDITORS & WIKI MEMBERS "HOT TOPIC, Uncategorized"  ROLLING STONE EXPOSES HOW HOW ERIC HOLDER COVERED UP ONE OF THE BIGGEST CRIMES IN AMERICA:        publish wp-mm-fb-likes-enabled:    wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:    wp-mm-fb-shares-enabled:    wp-mm-fb-shares-num: wp-mm-fb-shares-duration:        wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled:  wp-mm-google-plus-num:        wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:  wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:        wp-mm-twitter-tweets-duration:    wp-mm-twitter-tweets-weekends:        ccft_post_comment_title:        snap_MYURL: snapEdIT: 1
  kopa_fastnewslight_total_view: 1

The $9 Billion Witness: Meet JPMorgan Chase's Worst Nightmare

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Andrew Querner
Chase whistle-blower Alayne Fleischmann risked it all.

Meet the woman JPMorgan Chase paid one of the largest fines in American history to keep from talking

By Matt Taibbi |
"She tried to stay quiet, she really did. But after eight years of keeping a heavy secret, the day came when Alayne Fleischmann couldn't take it anymore. ""It was like watching an old lady get mugged on the street,""  she says.  ""I thought,  'I can't sit by any longer.'""" Fleischmann is a tall, thin, quick-witted securities lawyer in her late thirties, with long blond hair, pale-blue eyes and an infectious sense of humor that has survived some very tough times. She's had to struggle to find work despite some striking skills and qualifications, a common symptom of a not-so-common condition called being a whistle-blower."
 Related

 The Vampire Squid Strikes Again

 "Fleischmann is the central witness in one of the biggest cases of white-collar crime in American history, possessing secrets that JPMorgan Chase CEO Jamie Dimon late last year paid $9 billion (not $13 billion as regularly reported ? more on that later) to keep the public from hearing. Back in 2006, as a deal manager at the gigantic bank, Fleischmann first witnessed, then tried to stop, what she describes as  ""massive criminal securities fraud""  in the bank's mortgage operations. Thanks to a confidentiality agreement, she's kept her mouth shut since then.  ""My closest family and friends don't know what I've been living with,""  she says.  ""Even my brother will only find out for the first time when he sees this interview."" Six years after the crisis that cratered  the global economy, it's not exactly news that the country's biggest banks stole on a grand scale. That's why the more important part of Fleischmann's story is in the pains Chase and the Justice Department took to silence her. She was blocked at every turn: by asleep-on-the-job regulators like the Securities and Exchange Commission, by a court system that allowed Chase to use its billions to bury her evidence, and, finally, by officials like outgoing Attorney General Eric Holder, the chief architect of the crazily elaborate government policy of surrender, secrecy and cover-up.  ""Every time I had a chance to talk, something always got in the way,""  Fleischmann says. This past year she watched as Holder's Justice Department struck a series of historic settlement deals with Chase, Citigroup and Bank of America. The root bargain in these deals was cash for secrecy. The banks paid big fines, without trials or even judges ? only secret negotiations that typically ended with the public shown nothing but vague, quasi-official papers called  ""statements of facts,""  which were conveniently devoid of anything like actual facts."

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Jamie Dimon (Photo: Bloomberg/Getty)
 "And now, with Holder about to leave office and his Justice Department reportedly wrapping up its final settlements, the state is effectively putting the finishing touches on what will amount to a sweeping, industrywide effort to bury the facts of a whole generation of Wall Street corruption.  ""I could be sued into bankruptcy,""  she says.   ""I could lose my license to practice law. I could lose everything. But if we don't start speaking up, then this really is all we're going to get: the biggest financial cover-up in history."" Alayne Fleischmann grew up in Terrace, British Columbia, a snowbound valley town just a brisk 18-hour drive north of Vancouver. She excelled at school from a young age, making her way to Cornell Law School and then to Wall Street. Her decision to go into finance surprised those closest to her, as she had always had more idealistic ambitions.  ""I helped lead a group that wrote briefs to the Human Rights Chamber for those affected by ethnic cleansing in Bosnia-Herzegovina,""  she says.   ""My whole life prior to moving into securities law was human rights work."" But she had student loans to pay off, and so when Wall Street came knocking, that was that. But it wasn't like she was dragged into high finance kicking and screaming. She found she had a genuine passion for securities law and felt strongly she was doing a good thing.  ""There was nothing shady about the field back then,""  she says.  ""It was very respectable."" In 2006, after a few years at a white-shoe law firm, Fleischmann ended up at Chase. The mortgage market was white-hot. Banks like Chase, Bank of America and Citigroup were furiously buying up huge pools of home loans and repackaging them as mortgage securities. Like soybeans in processed food, these synthesized financial products wound up in everything, whether you knew it or not: your state's pension fund, another state's workers'  compensation fund, maybe even the portfolio of the insurance company you were counting on to support your family if you got hit by a bus. As a transaction manager, Fleischmann functioned as a kind of quality-control officer. Her main job was to help make sure the bank didn't buy spoiled merchandise before it got tossed into the meat grinder and sold out the other end. A few months into her tenure, Fleischmann would later testify in a DOJ deposition, the bank hired a new manager for diligence, the group in charge of reviewing and clearing loans. Fleischmann quickly ran into a problem with this manager, technically one of her superiors. She says he told her and other employees to stop sending him e-mails. The department, it seemed, was wary of putting anything in writing when it came to its mortgage deals."
-------------------------------------------------------------------- Tesla Investors and Bundlers have Sad, Sad Realization: Just when they thought they would get away with it... It turns out, even more than was suspected; WHO each met with and WHAT they said and WHERE they said it and WHEN they said it is more deeply documented than was ever imagined. Watch this video ""All The Way Through""!
https://www.youtube.com/watch?v=kztvCH8ud8A
http://avaxho.me/video/Format/documentary/discovery_channel_track_me_if_you_can.html
http://12160.info/video/track-me-if-you-can All of this was fully operational since before the great car scam was even launched... They will NEVER be able to cover their tracks. CT- NYT
----------------------------------------------------- And who now has access to all of this data? People from BOTH parties, hackers, private eye's that were on it from the start, Glenn Greenwald, ProPublica, Mother Jones and pretty much everybody else the crooks wouldn't want to see it. Andrew Kosigan
--------------------------------------------------------- This is how ""consultants"" to TMZ, Gawker and other tabloids develop their leads. Those ""consultants"" sold some of this new footage and info to the movie people making the film about the car cluster-fuck at http://www.carandsenatormovie.com 2/3 of the stuff on tabloids comes from the star's PR agent, ie: ""Miley rocks a new dress"" and 1/3 of it comes from outright espionage, ie: ""Arod/Lamar, etc. is using every drug on the planet"". O ---------------------------------------------------- See this Article re: ""THE COME ON"" HERE>>> ----------------------------------------------------------"/elon-musk-tesla-investors-bundlers-have-sad-sad-realization/        11/7/2014        THE EDITORS & WIKI MEMBERS
  Uncategorized  "60 minutes investigation, barack obama, Boycott Tesla, Bribery, Dept. of energy, diane feinstein, DOE Corruption, Elon MUsk, Elon Musk Divorce, gao investigation, grassley, illuminati, Iron Man, Issa, John Doerr, Kleiner Perkins, kleiner perkins sex allegations, LA Times Investigation, NASDAQ: TSLA, outsource, Senator Upton, solyndra, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla motors, Tesla Stock, The Hill, Throw Them All Out, TSLA, wall street journal investigation, washington corruption, washington corruption investigation"        publish publicize_twitter_url:
http://t.co/MYG8z8phHv         publicize_twitter_url: http://t.co/J2XwHycxkm  publicize_twitter_user:
SusanTSOMO    publicize_linkedin_url: http://www.linkedin.com/updates?
discuss=&scope=192982646&stype=M&topic=5820275873185550336&type=U&a=AyMF

THE BOOK OF TESLA. Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

original_post_id: 783   kopa_fastnewslight_total_view: 3         OPH_original_pub_date: 2013-10-19 05:32:14
wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:  wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:
 wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled:        wp-mm-fb-shares-num: wp-mm-fb-shares-
duration:wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:   wp-mm-google-plus-num:        wp-
mm-google-plus-duration:   wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-
tweets-num:       wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:

 Have you ever seen a ?How to Pick up Girls? guide? Suddenly popular ?Cat-calling Videos? address parents
teachings of chivalry.      "- How do we teach men to be men? - Is the whole problem parents, schools or the
media? - Could it destroy society, or strengthen it? Here are some thoughts on it from Roosh V, one of the
Internet's most popular ladies-man writers: The 3 Immutable Laws Of Getting The Highest Quality Women By
Roosh V Every six months or so I do a regressive analysis on my most recent sexual relationships. I ask myself
the following questions: -Where are your lays coming from? -What is the ROI on the venues you are approaching
in? -Do you see any common patterns among the girls you have been happiest with? The last question has led to a
surprising conclusion that I can no longer deny: the girls who have treated me the best had merely slightly above
average beauty. In other words, the girls who played the fewest games with me, answered the phone whenever I
called, replied back to texts immediately, rarely complained or whined, and attempted to make all my sexual
dreams come true had beauty that was not especially high. They were cute, but I have done better in terms of raw
attractiveness, sometimes significantly so. Let?s say that my overall value in Eastern Europe is a 7.5. If I date a
girl who is also a 7.5 in beauty, which is comparable to my value, I will have to keep my game sharp at all times.
She will test me regularly and be generally challenging even in a normal relationship. If I date a girl who is an
8.5, the relationship is hanging on a string. One little mistake on my end and she may be gone. It will only be a
short-term relationship that I beat myself up about when it?s over. The more I date down, the easier it is to
manage the girl in a relationship. She will essentially do whatever I want and treat me like a king, but when I?m
out with her on my arm and see many girls more beautiful than her, I feel like a failure. I?m jealous of other men
who have obviously better looking women than me, and that I?m selling myself short based on how hard I tried to
improve myself as a man. I just can?t escape the negative feelings no matter how much I try, so beauty is a
requirement I can?t let go of. So therein lies the dilemma. Back in my pump and dump days, I would sometimes
have a lucky night out and bang a very pretty girl, maybe because she was on the rebound, but maintaining a
relationship with her is quite different that fornicating with her one or twice. It?s almost as if the work is just
beginning once you bang such a high value girl, but with the girl whose quality is lower, it?s smooth sailing after
the initial penetration. In the latter case, you just have to show up and she?ll worship you. I?m the type of man
who likes to have his cake and eat it too (a silly idiom, for if you have cake you definitely want to eat it), so I
thought about this problem and asked myself how I could have the beautiful girl who also worships me. By
looking into my past, I came up with three possible solutions: 1. Find a beautiful girl who, for some reason, is
insecure or unaware of her value (she almost always is under 25). 2. Find a beautiful girl who lives in a city that
lacks good men while having a disproportionate amount of other beautiful women. 3. Be a 10 guy who is higher
value than just about everyone. The first point is not location-dependent. You can find this type of girl anywhere
in the world, but it will require an immense number of approaches. In effect, you?re looking for a needle in a
haystack. In my 10+ years of gaming, I have found less than 10 of them. It?s hard to develop a strategy on
meeting these girls, but focusing on day game is the best way to start. The second point is obviously location-
dependent. In effect, you?re looking for poosy paradise where local environmental factors greatly aid in a man?s
search for beautiful women. You will be looking for a non-Western location with a high busted dudes score and a
population of more women than men (it is possible to find this type of advantage in the West only if you develop
a localized niche). This is what I have been doing for roughly the past five years, searching for the one place
where my value is higher due to local factors. The third point is limited by genetic factors. Some men, no matter
how hard they work, will never be a 10, but it is our duty to hit the limit that our genetics allow, both in
appearance, resource accumulation, charm, and interestingness. If you are a 4 currently, and your genetic ceiling
is a 6, it?s still in your best interest to reach for that value. I figure my default value is a 5 (average), but with
strenuous work I pulled it up to something in the 7?s. From whichever angle I look at it, the same answers to the ?
woman problem? keep popping up, and years of experience both in America and abroad keep supporting these
conclusions. They are essentially the three immutable laws for any man to lay a beautiful woman and keep her in
a way that provides him with happiness. Here they are: 1. Learn game. 2. Increase your value as much as possible
through work, effort, and persistence. 3. Be as location independent as possible (have penis, will uproot). This is

the ?secret.? From the time I was 22 to about 28, I diligently worked on game, racking up god knows how many approaches. From approximately 26 to 33, I got my money right by publishing over 15 books that earn me passive income today and which allow me to pursue non-monetary goals like learning a new language. From around 28 to currently, I have researched over 20 countries in the search of poosy paradise, and while my standards seem to always stay just ahead of my results, I have drastically increased both the quality of women I? ve layed and the happiness of mini relationships I?ve ended up with. I know some guys are thinking, ?But I can?t spend years to travel to find my poosy paradise!? Then you?ll have to massively step up your efforts in the other two areas. If you nail at least two of the three, you should have strong results. If you can nail all three, then you are probably hitting your ceiling. Within the next few years, I will lay the highest quality girls that is possible based on who I am. Then I will enter my 40?s and start seeing a decline (based on the same amount of work). It?s important to note that my increase in qualitative results with women have been so gradual I can?t perceive it in real time. Every couple of years it gets just a tiny bit better, a change so slow that only when I look at girls I banged several years ago do I realize the jump I?ve made. The sad thing is that with such a slow change, you really don?t feel like you?re getting better, so the struggle of yesterday always remains with you today. Tomorrow I will wake up and still have to tweak my game to deal with ever changing factors that require different strategies to attract a higher quality of women I want. I still have to keep my value high and make sure my money is good. I still have to be flexible with my location, and get ready to move away from places that used to serve me in the past but have recently changed. For most of us not born with top genetic looks or stock, the quest for great women is all encompassing, continuous, exhausting, and full of hardship. That?s never going to change, and most men will say no to taking this path because it?s harder than playing video games or watching sports, but for men like myself who want to enjoy its rewards, at least we know what we have to do. Read Next: How To Become A Multilingual International Player In 61 Easy Steps"/ever-seen-pick-girls-guide-suddenly-popular-cat-calling-videos-address-parents-teachings-chivalry/      11/7/2014     THE EDITORS & WIKI MEMBERS    "HOT TOPIC, Uncategorized"  "cat-calling video, catcalling videos, Have you ever seen a ""How to Pick up Girls"" guide? Suddenly popular ""Cat-calling Videos"" address parents teachings of chivalry., how to pick up women"   publish wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:      wp-mm-fb-likes-weekends:  wp-mm-fb-shares-enabled:         wp-mm-fb-shares-num: wp-mm-fb-shares-duration:        wp-mm-fb-shares-weekends:        wp-mm-google-plus-enabled:  wp-mm-google-plus-num:        wp-mm-google-plus-duration:     wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:   wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:         ccft_post_comment_title:   panels_data: Array       snap_MYURL: snapEdIT: 1

What are your thoughts?

1. Catcalling a two-way street: Column - USA Today

www.usatoday.com/ story/ opinion/ 2014/ 11/ 03/ street-harassment-catcall-video-race-women-gender-equity-column/ 18373531/  -

"4 days ago ... And if so,  what  does that say  about  women's ability to function independently ... I feel sure, of course, that the makers of today's catcalling video didn't ... In today's egalitarian  society, it's hard to see how a system based on such  ..."

2. #DudesGreetingDudes uses humor to prove catcalling isn't just a ...

www.mashable.com/2014/11/05/dudes-greeting-dudes/  -

THE BOOK OF TESLA. Copyright: to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"2 days ago ... In response to the video from the nonprofit Hollaback, many men insisted that catcalling is a ... ""So I can't say anything to women in public ever

3. One man's Twitter campaign against catcalling - Digiday

www.digiday.com/brands/dudesgreetingdudes-trending-whats-next/  -

"2 days ago ... #DudesGreetingDudes: One man's campaign against catcalling ... That kind of lame defense of catcalling has been floating around the Internet ever since this video, featuring a ... If you feel  society  has lost it's decency, let's bring it back. ... I just wanted to say I ..."

4. #DudesGreetingDudes Is One Guy's Flawless Takedown Of Catcalling

www.buzzfeed.com/rachelzarrell/dudes-greeting-dudes  -

"2 days ago ... Dudes. If you feel  society  has lost it's decency, let's bring it back. Let's start the #DudesGreetingDudes movement! Say hi to each other!"

5. Re: Catcalling video reminded me - Collectors  Society  Message Boards

boards.collectors-society.com/ ubbthreads.php?ubb=showflat &Number=8153984  -      -Highlight

I would say easily up one side of Manhattan and down the other. ... the video only shows neighborhoods that the catcalling happened in and  ...

6. Re: Catcalling video reminded me - Collectors  Society  Message Boards

boards.collectors-society.com/ ubbthreads.php?ubb=showflat &Number=8151855  -      -Highlight

"#8151735 - Today at 12:39 PM Re: Catcalling video reminded me ... [Re: bronzilla] .... I'm not a photographer, but I can picture me and you together. ... There are people who say Disneyland is the happiest place on earth."

"7. Hey, Beautiful - Brooklyn Magazine"

www.bkmag.com/ 2014/ 10/ 29/ hey-beautiful-on-the-racist-and-classist-implications-of-the-catcalli ng-video/  -

"Oct 29, 2014 ... This viral catcalling video actually raises more issues than the one it seeks ... Especially when so many of  us  benefit from the  society  as it is already? ..... But let's find the happy medium where a guy can say ?hello? or ?you look  ..."

8. The Most Embarrassing and Infuriating Discussion of the Viral ...

www.twentytwowords.com/ the-most-embarrassing-and-infuriating-discussion-of-the-viral-catcall ing-video-yet/  -

"The Most Embarrassing and Infuriating Discussion of the Viral Catcalling Video Yet. Nov 4, 2014 ? By Abraham ? 0. Everyone has seen and is now tired of the  ..."

9. You Won't Believe This Man's Response to the Viral Catcalling Video

www.eonline.com/ news/ 594818/ you-won-t-believe-this-man-s-sexist-reaction-to-the-viral-catcalling- video-watch-now  -

"2 days ago ... You Won't Believe This Man's Sexist Reaction to the Viral Catcalling Video: Watch Now! ... the catcalling video and it's message  about  gender politics in our  society. ... a la cart attitude towards it, meaning you can  do  this, I want this sort of thing, ... Needless to ..."

"10. New Zealand recreates catcalling video,gets very different result ..."

www.kickerdaily.com/ video-model-recreates-catcalling-video-in-new-zealandgets-different-r esults/  -

"2 days ago ... Video: Model recreates catcalling video in New Zealand, gets different results ... that most women experience not only in the  US  but in other countries as well. ... The new video earned positive comments mostly for the  society  of New Zealand. ... Teaching boys and men to respect women ..."

Day Traders charge Tesla and Solyndra with being an Enron-Type Stock Pumping Swindle       - Crooks never believed it was possible for GOP to take back Congress in 2014 Mid-Terms... ooops!/day-traders-charge-tesla-solyndra-enron-type-stock-pumping-swindle/   11/7/2014       THE EDITORS & WIKI MEMBERS   "HOT TOPIC, Uncategorized"  "Teska Stock Pumping, TSLA PUMPS" publish wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:        wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:        wp-mm-fb-shares-enabled: wp-mm-fb-shares-num: wp-mm-fb-shares-duration:        wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:   wp-mm-google-plus-num:        wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:   wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:        wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:        ccft_post_comment_title:        panels_data: Array       snap_MYURL: snapEdIT: 1    kopa_fastnewslight_total_view: 6

 -   Now GOP can turn the tables with this case. Felony lock-up potential for some Senators and Senior White House officials.

"- Using federal funding to hype, pump, skim and dump public stocks and manipulate the stock market. Senators and some regulators implicated in running the cover-up? Big players grabbed billions of dollars up front, for their personal pockets, while workers at the Cleantech ""bait companies"" lost their jobs and their futures."

"- Solyndra, Tesla, Fisker and Abound investors bragged about ""pulling a scrape""."

"- Vc's used taxpayer loans to fake stock values and reap massive windfalls off of felony market manipulation violations under Section 9(a)(2) of the Securities Exchange Act of 1934."""

"GOLDMAN SACHS WAS THE ""COORDINATING"" LINK IN ALMOST EVERY DEAL UNDER INVESTIGATION:"

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"An extensive number of recordings, by multiple whistle-blowers, and agencies, now exist:"

"News media have speculated that the actual reason for ""the CleanTech Crash"" may have to do with a massive embezzlement scheme such as the concept shown in this published diagram:"

"FEDERAL AND INDUSTRY INVESTIGATORS DISCOVER ""PUMP AND DUMP"" AND ""PUMP AND FLUFF"" STOCK SCAMS IN THE CLEANTECH FUNDING PROGRAM:""The use of the media and the internet by a company, or it's investors, to pump that company's stocks is a felony. The use, by a company of armies of fake bloggers, paid for by that company to post false praise in order to raise that company's stocks is a felony. In the United States, this falls under market manipulation and is prohibited under Section 9(a)(2) of the Securities Exchange Act of 1934."" The CleanTech stocks that crash and then suddenly recover are getting instantly ""pumped"" with fake investor buys computer ""flashed"" to make them look like Day-traders.""Pump and dumps are illegal because you are willfully attempting to manipulate the value of a security. And if you are doing this with other people as well, it's even worse because that implies it is more of a concentrated effort to do that. An example is if you and a few buddies are looking at a stock that only trades a few thousand shares a day. Between the group of you, you trade the stock so the volume is much, much higher than what it usually is. Others will notice this and think that the stock is going up by its own merits, clueless to the fact that you and your buddies are artificially driving up the price and volume. Others start buying and drive the price further based on the artificial demand you've created, and then you sell it off and the price probably tanks to where you started or less. In a sense and your buddies would be guilty of collusion and artificially manipulating the value of the security. That's why it's not fair, and understandably, that's why it's illegal. Furthermore, pump and dumps are also carried out by people that hack into others trading accounts, sell off their assets, and use the money to buy stocks involved in the pump and dump, which has the same effect of artificially driving up the price. Source: Licensed Stock Broker http://www.sec.gov/answers/pumpdump.htm"

"Watch the movie Boiler Room http://www.imdb.com/title/tt0181984/""Nothing wrong with buying low and selling high. But willful manipulation of worthless stocks of synthetically created Cleantech facade companies, like Abound, Solyndra, Fisker, Tesla, etc... crosses the legal boundary. When lying hype drives the price of a stock rather than financial performance of the company, the activity becomes criminal. It's considered fraud because the pumper (AKA: The Tech CEO that just got free federal cash from a kick-back program) is artificially inflating the price of a stock through false and misleading statements."""

ENRON AGAIN: ENERGY INDUSTRY SCAMS -   WIKIPEDIA

"""Pump and dump"" (P&D) is a form of microcap stock fraud that involves artificially inflating the price of an owned stock through false and misleading positive statements, in order to sell the cheaply purchased stock at a higher price. Once the operators of the scheme ""dump"" their overvalued shares, the price falls and investors lose their money. Stocks that are the subject of pump and dump schemes are sometimes called ""chop stocks"". [1]While fraudsters in the past relied on cold calls, the Internet now offers a cheaper and easier way of reaching large numbers of potential investors.[1] Contents   [hide]"

1 Pump and dump scenarios
1.1 Specific examples
1.1.1 Jonathan Lebed
1.1.2 Enron
1.1.3 Park Financial Group
1.1.4 John Babikian
1.1.5 Langbar International

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

2 Pump and dump spam
3 Short and distort
4 Regulation
5 References
6 Further reading
7 External links

"Pump and dump scenarios[edit]Pump and dump schemes may take place on the Internet using an e-mail spam campaign, through media channels via a fake press release, or through telemarketing from ""boiler room"" brokerage houses (for example, see Boiler Room).[2] Often the stock promoter will claim to have ""inside"" information about impending news. Newsletters may purport to offer unbiased recommendations, then tout a company as a ""hot"" stock, for their own benefit. Promoters may also post messages in chat rooms or stock message boards urging readers to buy the stock quickly.[1] If a promoter's campaign to ""pump"" a stock is successful, it will entice unwitting investors to purchase shares of the target company. The increased demand, price, and trading volume of the stock may convince more people to believe the hype, and to buy shares as well. When the promoters behind the scheme sell (dump) their shares and stop promoting the stock, the price plummets, and other investors are left holding stock that is worth significantly less than what they paid for it. Fraudsters frequently use this ploy with small, thinly traded companies?known as ""penny stocks,"" generally traded over-the-counter (in the United States, this would mean markets such as the OTC Bulletin Board or the Pink Sheets), rather than markets such as the New York Stock Exchange (NYSE) or NASDAQ?because it is easier to manipulate a stock when there is little or no independent information available about the company.[3] The same principle applies in the United Kingdom, where target companies are typically small companies on the AIM or OFEX. A more modern spin on this attack is known as hack, pump and dump.[4] In this form, a person purchases penny stocks in advance and then uses compromised brokerage accounts to purchase large quantities of that stock. The net result is a price increase, which is often pushed further by day traders seeing a quick advance in a stock. The holder of the stock then sells his stock at a premium.[5] Specific examples[edit]Jonathan Lebed[edit]During the dot-com era, when stock-market fever was at its height and many people spent significant amounts of time on stock Internet message boards, a 15-year-old named Jonathan Lebed showed how easy it was to use the Internet to run a successful pump and dump. Lebed bought penny stocks and then promoted them on message boards, pointing at the price increase. When other investors bought the stock, Lebed sold his for a profit, leaving the other investors holding the bag. He came to the attention of the U.S. Securities and Exchange Commission (SEC), which filed a civil suit against him alleging security manipulation. Lebed settled the charges by paying a fraction of his total gains. He neither admitted nor denied wrongdoing, but promised not to manipulate securities in the future.[6] Enron[edit]As late as April 2001, before the company's collapse, Enron executives participated in an elaborate scheme of pump and dump,[7] in addition to other illegal practices that fooled even the most experienced analysts on Wall Street. Studies of the anonymous messages posted on the Yahoo board dedicated to Enron revealed predictive messages that the company was basically a house of cards, and that investors should bail out while the stock was good.[8] After Enron falsely reported profits which inflated the stock price, they covered the real numbers by using questionable accounting practices. 29 Enron executives sold overvalued stock for more than a billion dollars before the company went bankrupt.[9] Park Financial Group[edit]In April 2007, the U.S. SEC brought charges against Park Financial Group as a result of an investigation into a pump and dump scheme during 2002-2003 of the Pink Sheet listed stock of Spear & Jackson Inc.[10] John Babikian[edit]John Babikian got rich, authorities allege, by what is known in the business as pumping-and-dumping stocks. He was operating 'AwesomePennyStocks' website and the 700,000 email push hyping America West.[11] Langbar International[edit]Started as Crown Corporation, Langbar was the biggest pump and dump fraud on the Alternative Investment Market, part of the London Stock Exchange. The company was at one point valued greater than $1 Billion, based on supposed bank deposits in Brazil which did not exist. None of the chief conspirators were convicted, although their whereabouts is known. A Patsy who made a negligent false statement about the assets was convicted and banned from being a director. The investors who lost as much as œ100 million sued one of the fraudsters and recovered œ30 million. Pump and dump spam[edit]Pump and dump stock scams are prevalent in spam, accounting for about 15% of spam e-mail messages. A survey of 75,000 unsolicited emails sent between January 2004 and July 2005 concluded that spammers could make an average return of 4.29% by using this method, while recipients who act on the spam message typically lose close

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

to 5.5% of their investment within two days.[12] A study by Bhme and Holz[13] shows a similar effect. Stocks targeted by spam are almost always penny stocks, selling for less than $5 per share, not traded on major exchanges, are thinly traded, and are difficult or impossible to sell short. Spammers acquire stock before sending the messages, and sell the day the message is sent.[14] Pump and dump differs from many other forms of spam (such as advance fee fraud emails and lottery scam messages) in that it does not require the recipient to contact the spammer to collect supposed ""winnings,"" or to transfer money from supposed bank accounts. This makes tracking the source of pump and dump spam difficult, and has also given rise to ""minimalist"" spam consisting of a small untraceable image file containing a picture of a stock symbol.[citation needed] Short and distort[edit]Main article: Short and distortA variant of the pump and dump scam, the ""short and distort"" works in the opposite manner. Instead of first buying the stock, and then artificially raising its price before selling, in a ""short and distort"" the scammer first short-sells the stock, and then artificially lowers the price, using the same techniques as the pump and dump but using criticism or negative predictions regarding the stock. The scammer then covers his short position when he buys back the stock at a lower price.[15] Regulation[edit]One method of regulating and restricting pump and dump manipulators is to target the category of stocks most often associated with this scheme. To that end, penny stocks have been the target of heightened enforcement efforts. In the United States, regulators have defined a penny stock as a security that must meet a number of specific standards. The criteria include price, market capitalization, and minimum shareholder equity. Securities traded on a national stock exchange, regardless of price, are exempt from regulatory designation as a penny stock,[16] since it is thought that exchange traded securities are less vulnerable to manipulation.[17] Therefore, CitiGroup (NYSE:C) and other NYSE listed securities which traded below $1.00 during the market downturn of 2008-2009, while properly regarded as ""low priced"" securities, were not technically ""penny stocks"". Although penny stock trading in the United States is now primarily controlled through rules and regulations enforced by the Securities and Exchange Commission and the Financial Industry Regulatory Authority (FINRA), the genesis of this control is found in State securities law. The State of Georgia was the first state to codify a comprehensive penny stock securities law.[18] Secretary of State Max Cleland, whose office enforced State securities laws[19] was a principal proponent of the legislation. Representative Chesley V. Morton, the only stockbroker in the Georgia General Assembly at the time, was principal sponsor of the bill in the House of Representatives. Georgia's penny stock law was subsequently challenged in court. However, the law was eventually upheld in U.S. District Court, [20] and the statute became the template for laws enacted in other states. Shortly thereafter, both FINRA and the SEC enacted comprehensive revisions of their penny stock regulations. These regulations proved effective in either closing or greatly restricting broker/dealers, such as Blinder, Robinson & Company, which specialized in the penny stocks sector. Meyer Blinder was jailed for securities fraud in 1992, after the collapse of his firm.[21] However, sanctions under these specific regulations lack an effective means to address pump and dump schemes perpetrated by unregistered groups and individuals. References[edit]"

"1.	a b c ""Pump and Dump Schemes"". U.S. Securities and Exchange Commission. March 12, 2001.  "

"2.	NBC News staff and news wires (2012-10-24). ""The $400 million buyout hoax that fooled many - Business on"". Nbcnews.com. Retrieved 2012-12-18.  "
"3.	""Pump&Dump.con: Tips for Avoiding Stock Scams on the Internet"". U.S. Securities and Exchange Commission. January 11, 2005.  "
"4.	Nakashima, Ellen (2007-01-26). ""Hack, Pump and Dump"". The Washington Post.  "
"5.	Krinklebine, Karlos (2009). Hacking Wall Street: Attacks and Countermeasures. US: Darkwave Press. pp. 83?180. ISBN  1-4414-6363-1.  "
"6.	Lewis, Michael (February 25, 2001). ""Jonathan Lebed: Stock Manipulator, S.E.C. Nemesis -- and 15"". New York Times.  "
"7.	Enron: The Smartest Guys in the Room (DVD). Magnolia Pictures. January 17, 2006. Event occurs at 32:58.  "
"8.	Morgenson, Gretchen (2002-04-28). ""The Bears on This Message Board Had Enron Pegged"". The New York Times. Retrieved 2010-04-25.  "
"9.	Dan Chambers.""Enron the Symptom, Not the Disease."" publici.ucimc.org. Retrieved on 2010-04-25."

"10.	Wall Street Journal, April 12, 2007, pg. C2"

11.     Mysterious Canadian?s life in the fast lane fuelled by penny stock scam: SEC | http://news.nationalpost.com/2014/03/17/mysterious-canadians-life-in-the-fast-lane-fuelled-by-penny-stock-scam-sec/

 "12.     Frieder, Laura and Zittrain, Jonathan (March 14, 2007). ""Spam Works: Evidence from Stock Touts and Corresponding Market Activity"". Berkman Center Research Publication No. 2006-11. SSRN  920553.   Results of this study are also discussed in this article:"

 """Spammers manipulate stock markets"". BBC News. 25 August 2006.  "

 "13.     The Effect of Stock Spam on Financial Markets, 2006"

 "14.     (Hanke and Hauser, 2006)"

 "15.     Glasner, Joanna (2002-06-03). ""New Market Trend: Short, Distort"". Wired (Cond, Nast Digital). Archived from the original on February 11, 2010. Retrieved February 11, 2010.  "

 16.     http://www.sec.gov/rules/final/34-51983.pdf

 "17.     ""SEC Charges Eight Participants in Penny Stock Manipulation Ring"". U.S. Securities and Exchange Commission. May 21, 2009.  "

 "18.     Stan Darden (March 20, 1990). ""Georgia to OK Tough Law for Penny Stocks"". Los Angeles Times. UPI.  "

 "19.     ""Georgia Secretary of State | Securities"". Sos.ga.gov. Retrieved 2012-12-18.  "

 "20.     ""GEORGIA LAW WON'T HURT BROKERS, JUDGE RULES"". Deseret News. July 11, 1990.  "

 "21.     Diana B. Henriques (February 16, 2003). ""Penny-Stock Fraud, From Both Sides Now"". New York Times.  "

 Further reading[edit]

 "Krinklebine, Karlos (2009). Hacking Wall Street: Attacks and Countermeasures. US: Darkwave Press. p.  402. ISBN  978-1-4414-6363-0.  "

 "Robert H. Tillman and Michael L. Indergaard, Pump and Dump: The Rancid Rules of the New Economy (2005, ISBN 0-8135-3680-4)."

 "Sergey Perminov, Trendocracy and Stock Market Manipulations (2008, ISBN 978-1-4357-5244-3)."

 External links[edit]

 The SEC on Pump and dump stock Schemes in 2005
 The SEC on Pump and dump stock Schemes in 2001
 "The movie Boiler Room, a fictional account of a pump and dump company"

 """One should either write ruthlessly what one believes to be the truth, or else shut up."" ? Arthur Koestler "

 Solyndra and Tesla: Pump and Dump

 "A Wall Street Journal article quotes an investor in the bankrupt ?green energy? boondoggle describing what the half-billion-dollar federal loan guarantee meant: ?There was a perceived halo around the loan . . . If we get the loan, then we can definitely go public and cash out.? Ed Lasky at American Thinker explains: The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility ? that the government had vouched for their viability and prospects. The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs. Take the money and run. It was a straight-out scam, in other words, with a major Democratic donor as one of the primary beneficiaries. An environmentally-friendly three-card monte game ? burning taxpayers instead of burning CO2."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Solyndra Investor admits: we wanted the loan so we could 'go public and cash out' By Ed Lasky A clearer picture of the underlying insider scheme at Solyndra is beginning to emerge. Yuliya Chernova of the Wall Street Journal writes a superb column today regarding all the business problems that beset the scandal plagued Solyndra. There were a litany of engineering and business problems that were very apparent to everyone except, apparently, the White House politicos that pressured career officials in the government to extend a 500 million dollar loan guarantee. The crony investors were given an unusually low interest rate for such a venture.   Solyndra was first in line to get loan guarantees under the Obama program to promote solar energy ventures. Solyndra private investors were given priority in case of bankruptcy that placed their claims above those of taxpayers -- a highly unusual occurrence, according to the Wall Street Journal.So who were the type of people granted such favorable treatment? Yes, Obama donors and bundlers. That has been widely publicized. But beyond that, what type of character did they possess? One investor behind Solyndra blurted out the truth. The loan was needed and needed urgently to fatten up the company and show a going concern (with a factory, etc).Why? From the column: There was another motivator -- Solyndra's management and investors had an eye on an initial public offering. ""There was a perceived halo around the loan,"" said an investor with knowledge of the company. ""If we get the loan, then we can definitely go public and cash out."" The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility -- that the government had vouched for their viability and prospects. The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs. Take the money and run. Read more: http://www.americanthinker.com/blog/2011"


  """Almost every one of the CleanTech ""Winners"" under the Steven Chu Department Of Energy, engaged in this kind of felony grade stock manipulation and insider exploitation knowing that all of the federal law enforcement players were controlled by the insiders with a ""hands-off "" protection directive.  Using newly optimized web techniques called ""Flash Boy"" stock processing and ""blog meat puppets"" they could totally manipulate the stock market and laugh in the faces of  the few regulators who dared to step up. The bet that they have to make is that the Republicans do not win the majority in the 2014 Mid-Term elections...."""
  "Micheal Lewis best-selling book ""Flash Boys"" reveals how much of what you think is happening, on the stock market, may be contrived false-hoods created by computerized manipulations and fake coordinated shill bloggers. The White House games the stock market to payback Silicon Valley campaign funding VC's and the GOP blows up those very games, right afterwards, in a secret dance of stock fraud tricks. They made a mistake, this time around, and the tricks became visible to everybody in the stock market world. This, on top of the Goldman Sachs sting operation recordings, shows that something is deeply wrong in Stock Land! In the coming mid-term elections we are seeing Barbara Streisand and DNC notables bemoan the reduced budgets they have to work with this year. Privately, the DNC is ringing their core finance base (The Silicon Valley Vc's) telephones off the hook. One of the most successful tactics by GOP specialists involves Tesla Motors. Called out by Mitt Romney, and other Republican notables, as White House fronts. Tesla gets strange and illogical bumps in the stock market in spite of massive numbers of lawsuits, consumer complaints, the lowest sales volume for the money invested in a car company in history, and other facts which, in a rational world, would say they should not survive. In fact, what is happening is that the backers of Tesla, the same Silicon Valley investors who pay for the White House and DNC campaigns, ""Pump"" the stock from their own bank accounts each time more bad news comes out about Tesla. There are now charges that the White House is even ""pumping the TSLA stock"", like it may have done on the supposed October 16, 2014 ""Pump"" on the overall market, in order to protect Obama's ""brand name"". This makes the stock chart for TSLA go up but it is not from mom and pop day-traders. It is ""Pumping Cash"" right out of the Vc's investment bank fronts to artificially inflate the stock. While a final Tesla bankruptcy might seem like the dream for GOP PR; allowing them to point and say ""Ha, look, another Department of Energy Crony-Kickback deal gone south"", Tesla has provided even greater grist for the GOP strategy meat-hooks. "

MUSK GREED AND HUBRIS BLEW THE SECRET:

"By forcing the Silicon Valley VC campaign backers to constantly drain their bank accounts in order to keep Tesla looking like it is still alive, the GOP strategists are also draining the life out of the funding for mid-term and 2016 Democratic candidates. The GOP finally figured out that almost all of the cash and web media manipulation was coming from one tiny spot in California: SandHill Road and the area around Standford University. They decided that to take down the GOP they just had to expose Silicon Valley. Tesla was a test case and it worked well. The investment banks with auto refills on Tesla stock, running the investment funds for Doerr, Thiel, Westly, Draper and all the rest of the DNC VC's is running overtime trying to keep the stock pumped as one set of bad news after another gets exposed about Tesla. One GOP operative claims that every Kleiner Perkins investment has been: ""Targeted, tracked and media exposed""...""can you hear that giant sucking sound"", he says ""...that's the sound of DNC VC cash sliding into oblivion...not only are they beating a dead horse but we have infected the very horse they are beating.."" The operative claims that Musk's carve-outs for Solar, Space and batteries is his gift, by the White House for conduit-ing cash, through those, ""fronts"" back to DNC candidates. Sierra Nevada Corp is suing Musk's Space X, claiming similar industry rigging. Tesla has been under investigation by many parties. People don't like taking it in the ass unexpectedly. In this case the old adage of ""You F**ed me in the ass, so now I'm F***ing you guys in the ass tens times more.."   Seems to be the rule of the game. Thomas Roster-Palo Alto Rev"


"""Flash Boys"" and the Speed of Lies - Proactiveinvestors UK"
 BACK-UP INVESTIGATION DOCUMENTS- State TaskForce 6          "BACK-UP INVESTIGATION DOCUMENTS- State TaskForce 6 12,500+ pages of investigative proof of corruption:    December 9, 2013 by Dr. Nora Bergstrom Earlier this month, actor Paul Walker tragically passed away when his 2005 Porsche Carrera GT supercar wrecked and caught on fire.   Just weeks before,  Tesla Motors (NASDAQ: TSLA) continually made headlines when several flagship Model S cars caught fire and nearly caused serious injury to the drivers.   A new study by Osurv suggests these automotive events are linked and the fires may have a deadly connection."

THE BOOK OF TESLA  Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Three Model S fires in 30 days

"On Oct 1st, 2013 in Seattle, a Tesla Model S struck a metal object on the highway and quickly caught fire.   The driver narrowly escaped.   On Oct 18th in Mexico, a Model S was involved in a high speed car accident that ended with the vehicle becoming engulfed in flames.   Finally, on Nov 6, outside of Nashville, another Model S ran over a tow hitch and then caught fire.   All three incidents were ultimately caused by battery packs igniting from punctures and other damage. Tesla has since made engineering changes to all their cars and now offers fire coverage on an extended warranty.   The upcoming BMW i3 and i8 have already been designed with special shields to protect their battery packs from this kind of damage, and the Nissan Leaf has yet to report a single fire in 60k+ vehicles in operation, presumably due to a similar construction."

Paul Walker?s Porsche may have a similar design flaw

"According to new reports about the Paul Walker accident, the 2005 Porsche Carrera GT that carried him and Roger Rodas may have been leaking power steering fluid.   This is typically caused by wear and tear on the steering lines (i.e. dry rot) and/or undercarriage impact damage from a road object.   Since undercarriage vulnerability was the root cause for the Tesla fires, there appears to be a deeper connection between the two vehicles and the nature of their design. It is still unknown what specifically caused Rodas? Carrera GT to lose control, though some witnesses reported hearing a bang before the actual impact.   This could have been caused by the car striking road debris.   If this is the case, then it?s possible the debris struck a vital unprotected component like on the  Tesla's, initiating a chain of events that led to a deadly outcome.   Due to the intense heat of the fire burning up evidence and the lack of clear video footage, we may never know what really happened."

Elon Musk has a history with Porsche

"Elon Musk, the eccentric founder of Tesla, is rumored to have owned the same model of Porsche that cost the life of Paul Walker.   The photo below, from a Business Insider interview of Elon Musk, shows the exterior of his lavish estate.   In the corner of the photo, tucked in the far left garage bay, is another Porsche model.   Since Musk appears to be a fan, one must wonder if Porsche design served as inspiration for Model S?s sleek look and potential undercarriage design issues.   The cars do look remarkably similar. "

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Exotic car owners take a mobile survey

"To investigate these connections, Osurv conducted a mobile survey of 248 exotic car owners in California while they attended various automotive events including  Supercar Sunday, Motor4Toys, Cars & Coffee, and the Paul Walker memorial car rally.   Events like these are often frequented by celebrity car enthusiasts such as Jay Leno, pictured below at Supercar Sunday.   In 2005, Jay Leno lost control of a Carrera GT at a racetrack, ending in a brutal wreck.   Jay walked away without a scratch. "

"In the survey, we asked several key questions exploring owners? thoughts and beliefs about their exotic cars. When asked which car manufacturer they strongly associated with Porsche design, a whopping 82% selected Tesla, 9% picked Mercedes Benz, 5% selected BMW, and 4% were spread across other manufacturers.   This proves there is at least a   superficial connection between the Porsche Carrera GT and the Tesla Model S. Special Osurv technology allowed for precise followup questions.   Certain respondents were asked why they associate Tesla with Porsche, specifically what trait they think the two brands have in common.   The majority, 65%, selected Safety.   29% selected Design and only 6% picked Engineering.   Safety is apparently a very hot topic. Do you believe there is a link between Tesla?s fires and Paul Walker?s fiery crash

78% replied Yes
3% said No
19% were unsure

More questions than answers

"Until the National Highway Traffic Safety Administration (NHTSA) safety probe into Tesla is complete and the final Paul Walker crash scene investigation wraps up, nobody can say for sure that the two are linked.   However, the survey shows that people are starting to put the pieces of the puzzle together.   Whether it?s an innocent trait carried over by a zealous designer or something more, only time will tell.   In the meantime, prospective buyers of both Tesla and Porsche are staying on the sidelines until the smoke clears.

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

-------------------------------------------------------------------------- The Non Specialness of Tesla Anybody with a room full of engineers can start a car company and sell a few thousand cars if they get hundreds of millions of free tax dollars to kick it off. Anybody with a room full of engineers can start a car company and sell a few thousand cars if they get hundreds of millions of free tax dollars to kick it off and then use the manipulated winning of that free tax money to falsely hype the stock market. Anybody with a hundreds of millions of free tax dollars can put some batteries and an electric motor on a car. The engineering of the Tesla has failed so many times and had to redone over and over so that the car is now just a plain old electric car with a sleek body. Anybody can put a sleek body on a plain old electric car. Anybody can say Tesla is not Solyndra but Solyndra was a scam for funding and Tesla is the same scam for funding, walking distance from Solyndra, using the same people, tricks, manipulations and payoffs; thus Tesla is a non-special scam exactly like Solyndra. Peter Deakins AAMF Chicago, Ill"

  Additional criminal evidence found to be posted at: http://atvmdoe.wordpress.com/        "Additional criminal evidence has been found to be posted at: http://atvmdoe.wordpress.com/ Apparently this was created, in part, by former lobbyists for General Motors and fired NUMMI workers. This shows that the entire auto funding and cleantech DOE program was a huge series of kickback schemes and political control boondoggles. Implicated in the scam are Senators, White House Staff, Big Companies, Investment Banks and Venture Capital Guys. The same people that are implicated are the same people that are stalling the investigations. Cat Wisen- Contract Reporter- LA Times, Boston Herald"/additional-criminal-evidence-found-to-be-posted-at-httpatvmdoe-wordpress-com/


  Tesla Caught Faking Orders        "Major media discovered letters that Tesla's head of Sales sent to potential customers trying to talk them into putting small deposits on Tesla's in order to help Tesla fake the posted number of cars Tesla could say they had sold in order to fake a ""profit"". In fact the company owes hundreds of millions of dollars, has missed its loan payments, has ""sold"" many cars to its own investors in order to fake up demand and has bought some of its own cars to pad the outlook. Tesla has sold and made less cars in 10 years than GM has sold and made in TWO DAYS! SEC and Investor investigations have been called for. All this according to reporters from The Hill."/tesla-caught-faking-orders/        11/5/2014        THE EDITORS & WIKI MEMBERS
  Uncategorized  "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, Senator Upton, solyndra, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, wall street journal investigation, washington, washington corruption"        publish original_post_id: 187   OPH_original_pub_date: 2013-04-23 16:08:59
  kopa_fastnewslight_total_view: 1
  Half of Tesla Roadsters Recalled For Rear Chassis Problems        "Half of Tesla Roadsters Recalled For Rear Chassis Problems ... The Tesla Roadster needs no introduction as it is the first electric commuter to be dubbed a sportscar. The speed devils admire it as much as the green fanatics do, but the ones who bought it may not be happy with a recall. greenpacks.org/2009/05/29/half-of-tesla-roadsters-reca..."/half-of-tesla-roadsters-recalled-for-rear-chassis-problems/   11/5/2014        THE EDITORS & WIKI MEMBERS   Uncategorized  "auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation"   publish
  original_post_id: 165   publicize_twitter_url: http://t.co/dmXxuraybD   publicize_twitter_url: http://t.co/5Qvd5NvT18  publicize_twitter_user: KarenPSOMO   publicize_linkedin_url:
  OPH_original_pub_date: 2012-10-31 22:37:31
  How Obama Killed The Democrats: His Staff Did Some Crimes That Took His Whole Party Down. More?
  "Featured prominently in the 60 Minutes Episode called ""THE CLEANTECH CRASH"",   associated articles, a scathing U.S. Senate investigative report and multiple scathing federal GAO investigative reports is the fact that hundreds of billions of dollars were exclusively directed to Obama's, Reid's and Feinstein's campaign backers in TARP, DOE and other specialized programs. The scheme is said to have been arranged by the folks who talked

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Obama into running: Rahm Emanual, Steve Rattner, David Axelrod, Valarie Jarrett, Robert Gibbs, and Bill Daley. All of them bailed out of the White House, aside from VJ, as soon as people started figuring out that something was fishy. You will notice that, over time, no heavy-hitters have since been willing to join the White House. The Tier 1 showboats were the first team. Once word was out that organized crime operations were going on in the West Wing, everybody knew that whoever was there when the prosecutions came down were going to lose their careers. So now you have a West Wing full of low level people, some at nearly intern-level skillsets, who can't go through a single month without mismanaging DC into some crisis or other. The White can't get any high level new people for two reasons: 1.) actually skilled new senior level people will figure out that a crime was committed, and covered-up, and either bail-out or rat-it-out. 2.) Really good people are not going to come on-board a sinking ship where the rats have already crawled to the exits. The crime was a kickback scheme to reward Silicon Valley with massive numbers of contracts, grants, tax credits and tax breaks in exchange for campaign ""resources"". It has been uncovered, it has failed and Eric Holder, who was hired to cover it up, has headed for the door while the GOP has now acquired the power to open EVERY covered up file folder, hard-drive and, finally, get those subpeona's responded to. Bigger than Watergate? Yes!    TOM ANDLEY- BERKELEY BARB 2 "/obama-killed-democrats-staff-crimes-took-whole-party/        11/5/2014        THE EDITORS & WIKI MEMBERS        "HOT TOPIC, Uncategorized"  "60 minutes investigation, barack obama, Boycott Tesla, Bribery, Dept. of energy, diane feinstein, DOE Corruption, Elon MUsk, gao investigation, How Obama Killed The Democrats: His Staff Did Some Crimes That Took His Whole Party Down.


The Angels And Demons Of Clean Tech Investment |

"Miller, of Clean Energy Venture Group, insisted that angel investors in clean tech can both ""do good"" and ""do well."" ... Because there is no 'free market"", there is only entrepreneurs operating in a corrupt system of lobbyists, kickbacks, media manipulation, ..."
 thinkprogress.org/climate/2013/03/01/1657981/obstacles-earl...
 thinkprogress.org

Kickbacks

"If and when any of you coat your kickbacks, what is your procedure? Do you just clean them well and coat or do you sand them down first? I have the grey kickback plates and was thinking of recoating them this summer."

 bowltech.com/forums/showthread.php?12876-Kickbacks
 bowltech.com

Clean Tech Public-Private Partnership or Collusion?

"We've all heard examples of those very corporate leaders benefitting from government contracts and other kickbacks shortly after their chosen representative gets elected. ... Whether it is Big Oil or clean tech in bed with the Federal Government, the collusion of corporation and state, ..."
 triplepundit.com/2011/04/clean-tech-public-private-partner...
 triplepundit.com

New Statesman | GE settles Iraq corruption charges

 Energy group pays $23.4 million over accusations of kickbacks.
 newstatesman.com/energy-and-clean-tech/2010/07/group-pays-...
 newstatesman.com

CARGATE Naming-the-Names: CARGATE Master List | SILICON VALLEY 1%

"Naming-the-Names Master List SCORECARD: PERSONS OF INTEREST Notes: The sources of the most

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

interesting discussion. Each has their own page, click to link. All have been mentioned in 2, or more, investigations. Media investigators and agency investigators have much more data than is shown on each ..."

siliconvalley1percent.wordpress.com/investigations/topic-11-kickback-process/...
siliconvalley1percent.wordpress.com

Five Lessons Learned From Bringing Cleantech to China ...

"tl;dr: Experienced cleantech CEOs leverage China instead of fearing it - enlisting self-interested partners to defend IP and manage risk. This post was co-written with George Miller, an MIT MBA student who conducted this research while interning with me. A version of it also appeared at GigaOM."
mnordan.com/2013/05/28/five-lessons-learned-from-brin...
mnordan.com
VISIT THIS LINK FOR MORE...

"Also, READ MORE DETAILS AT:   http://greencorruption.blogspot.com"

 Newly discovered documents show Tesla failed all reviews and was only funded because White House staff ordered DOE to fund in order to compensate Tesla investors for campaign contributions.  "Newly discovered documents show Tesla failed all reviews and was only funded because White House staff ordered DOE to fund in order to compensate Tesla investors for campaign contributions. New discovered documents show that, at the time Tesla applied for DOE funds, it failed its technical, financial, asset, collateral, and merit reviews but was pushed ahead of others because of orders from on high. Tesla's original application documents, emails and reviewer discussions along with emails from Wells Fargo, Deloitte, Secretary Chu, Steve Rattner, Rahm Emanual and Tesla investors have now been sourced and they reveal that Tesla exists today because of criminal actions in the past. Freedom of Information Act releases from associates agencies and investigators show that Tesla broke federal laws for SEC disclosure, lobbying, SFLL filings, insider trading and a variety of other actions. Prosecution and investigation of these acts has been ordered to be delayed by those who will be embarrassed by the revelations. Anybody with unlimited ""protection"" and hundreds of millions of free tax payer dollars and stock market rigging can start and run a company to make cars. Tesla is no success, Tesla is a scam. Tesla has also been shown, via forensic audit, to have cooked its financial statements in order to make it look better than it is actually doing in finance marketing to seek to sell stock. more to come... D.t., A. M. F. T. - Washington Post & New York Times Stringers"/newly-discovered-documents-show-tesla-failed-all-reviews-and-was-only-funded-because-white-house-staff-ordered-doe-to-fund-in-order-to-compensate-tesla-investors-for-campaign-contributions/

 "HOLDER IMPLICATED IN MULTIPLE COVER-UPS TO SHIELD OBAMA AND WHITE HOUSE STAFF! - Capitol Crime-Squad Magazine; ... Comment on Did a Silicon Valley VC have a ""Clean-Tech"" whistleblower killed? by CLEANTECH WHISTLE-BLOWER SUSPICIOUS DEATH NOW SHOWING COVER-UP- ..."

corruptionnewsdc.com/obama-on-ebola-we-must-not-give-in-to-hys...
corruptionnewsdc.com

Obama's focus on visiting clean-tech companies raises questions

"Obama's focus on visiting clean-tech companies raises questions, Home. About Us. About us / FAQ Subscribe Archives Columnists' Archives Letters Links. ... Surviving Obama's America Crime - Terror-Security. World. World News, Middle East, Europe, United Nations, China. World News."
canadafreepress.com/index.php/article/37969
canadafreepress.com

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g...

gigaom.com/2009/01/03/obama-calls-for-doubling-renew...
gigaom.com

60 Minutes Video - Despite billions invested by the U.S ...

"Despite billions invested by the U.S. government in so-called ""Cleantech"" energy, Washington and Silicon Valley have little to show for it. Lesley Stahl reports."
cbs.com/shows/60_minutes/video/6L6Mt_t61eKhZrZ26b...
cbs.com
whitehouse.gov/omb/overview
whitehouse.gov

Obama's clean-tech vision meets with skepticism

LOS ANGELES -- President Barack Obama has grand plans for a green nation -- 1 million electric vehicles on the road within four years and clean power sources providing 80
pantagraph.com/business/article_3c7e2df0-2b42-11e0-b1de-...
pantagraph.com
cleantechies.com
cleantechies.com

"Obama Cleantech Stimulus: Bad Policy, Bad Politics and Bad for Cleantech..."

"In 2009, amid the euphoria of the Obama Administration's cleantech programs, I wrote that the Administration's cleantech stimulus was bad policy but good politics."
altenergystocks.com/archives/2011/10/obama_cleantech_stimulus...
altenergystocks.com

Obama Official Leaves Energy Department for Soros Backed Cleantech Fund

"...who spent a decade as general partner at Foundation Capital, where he worked on major cleantech Did I mention that Obama gave a shout out to Serious materials in a speech in March 2009
cnbc.com/id/41763103
cnbc.com
FROM:   http://greencorruption.blogspot.com

The Green Corruption Files

"The largest, most expensive and deceptive case of crony capitalism in American history...   SEE MORE AT: http://greencorruption.blogspot.com"


"2006: Solyndra Loan-Review Process begins under the 2005 Title XVII Loan Guarantee Program created (as part of EPAct 2005), created by President Bush"
"January 20, 2009: Obama administration takes office"
"February 17, 2009: Under the Obama administration, Section 1705 Loan Guarantee Program created and financed by the American Recovery and Reinvestment Act (ARRA)"
February to March 2009: DOE continues to negotiate terms/conditions with Solyndra
"March 2009: Those at the Office of Management and Budget (OMB) said about Solyndra, ?[t]his deal is NOT ready for prime time
"March 20, 2009: Energy Secretary Steven Chu announces the ""offering"" of the $535 million loan guarantee to Solyndra, which came from the stimulus created 1705 Section"
"August 7, 2009: Fitch assigned the Solyndra loan guarantee project, known as Solyndra Fab 2, LLC, a rating

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of ?BB-,? which Fitch explained was ?Speculative? under Fitch?s rating definitions"
  "September 4, 2009: Vice President Biden announces the finalization of Solyndra's $535 million loan guarantee"

  "May 26, 2010: President Obama visited the California Solyndra plant, proclaiming: ?The true engine of economic growth will always be companies like Solyndra.
  May 2010 to August 2001: Tons of things occurred...
  "August 31, 2011:  Solyndra goes bankrupt  "

  "Second, the Washington Free Beacon recently exposed Klain's ties to a secret liberal dark money group via the Third Way, which is a progressive think tank, and where the head of the Energy Department's loan program, Jonathan Silver, also went ?? only for the ""Ebola Czar to vanishes from Democracy Alliance website"" shortly thereafter. Additionally, the Beacon revealed that ""Klain is also on the Board of Directors for the Center for American Progress [CAP] Action Fund."" Most know that CAP is the powerful left-wing think tank that has been closely aligned with the Obama White House as far back as the 2008 Obama-Biden Transition Team. ""CAP Fellows"" have held and continue to hold key positions inside the Obama administration. This past May I unleashed a Green Corruption File on CAP as ""the dark, driving force behind the president?s massive green energy scheme,"" so today's focus will be on the fact that Mr. Klain was a key player inside the Solyndra ordeal, which also includes additional CAP cohorts. Keep in mind that President Obama and his administration have continually ""guarded"" the Department of Energy's (DOE) $32.4 billion Loan Guarantee Program since it came under fire in September 2011 ?? even defending the failed, scandal-ridden solar firm Solyndra, implying that the $535 million DOE stimulus loan that was finalized in September 2009, was based NOT  on political influence, but ""on the merits."" Moreover, since Solyndra began seeking a government loan in 2006, those on the Left have attempted to blame President Bush ?? but what else is new. Obviously, Bush has been gone since January 2009, and it was the Obama administration that, via the February 2009-Stimulus Bill, created and financed Section 1705 of the loan program, which is where Solyndra got the cash. Merits? If Solyndra was so worthy, than why do we find inside the August 2012 Energy and Commerce Committee Report, The Solyndra Failure, which gives an in-depth, chronological timeline and narrative of this shady deal (147 pages worth), that in early March 2009, those at the Office of Management and Budget (OMB) had this to say about Solyndra: ?[t]his deal is NOT ready for prime time? [p. 31]? This interaction was in response to those rushing the Solyndra loan for a presidential PR event   [pp. 17 - 32], of which it seems that the DOE stimulus advisor, Matt Rogers, was at the helm and will be addressed later, but here is a clip: On March 6, 2009, Mr. Rogers emailed Ronald Klain, Vice President Biden?s Chief of Staff, and Rod O?Connor, Chief of Staff to Secretary Chu, regarding the timetable for Solyndra?s application. In that email, Mr. Rogers stated ?we are on track to have potus announce the first doe loan to solyndra a thin film solar mfg in la on march 19, assuming their board approves the terms this monday. But the report also reveals the following [p. 31]: The Solyndra board approved the terms of the Solyndra loan guarantee on March 19, 2009. As discussed above, DOE stimulus advisor, Mr. Rogers, emailed Mr. Klain to inform him of this event, and stated that the agreement was ?setting us up for the first loan guarantee conditional commitment for the president?s visit to California on the 19th.? Mr. Klain then forwarded this email to OMB staff to ask their thoughts on the announcement. Mr. Nabors responded that ?[w]e are working to get a legal read quickly,? and summarized the process for moving a conditional commitment through DOE, the OMB, and Treasury.   In addition, Mr. Nabors asked Sally Ericsson, Associate Director of Natural Resources Programs at OMB, including the DOE Loan Guarantee Program, to ?expedite the conversation? and noted that if he ?need[s] to pull this off the track, its [sic] needs to be within the next few hours.? Ms. Ericsson responded that ?[t]his deal is NOT ready for prime time,? and explained that OMB staff had yet to see the ?the draft Term Sheet (or any of the negotiated terms), the independent engineer?s report, or the independent market assessment.?At any event, the president's ""green Recovery-Act"" photo op  date changed  to May 26, 2010, because as the emails show, Obama was traveling to a different part of California. However,  despite not being ready for prime time, the loan-review process was rush, and the conditional commitment went forward when on  March 20, 2009, then-Energy Secretary Steven Chu made a special announcement offering $535 million of taxpayer money to Solyndra. And if this deal was based on merit, then why did Solyndra, on August 7, 2009, receive a non-investment grade by Fitch? Yet, even then, they moved forward to close the deal. The August 2012 Solyndra Investigation [pp. 35 - 41], is where it's discovered that in August 2009, the White House and the DOE were scheduling a ""Solyndra closing announcement event,""   which included the presidents participation prior to the OMB?s review and

THE BOOK OF TESLA:  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

approval of the Solyndra loan guarantee.'"" It turns out that this was the bright idea of President Obama's former chief of staff  Rahm Emanual, which is documented below:"

 """"POTUS involvement was Rahm?s idea"" [p. 38]."
 ?Rahm was super hot for this? because ?[j]obs and high tech and Recovery Act is a winning combination? [p. 39].

 "Here is some of that interaction: Only three days after Fitch issued its credit rating for the Solyndra loan guarantee, [this was on August 7, 2009, when Fitch assigned the Solyndra loan guarantee project, known as Solyndra Fab 2, LLC, a rating of ?BB-,? which Fitch explained was ?Speculative? under Fitch?s rating definitions], Aditya Kumar, the Director for Special Projects in the office of White House Chief of Staff Rahm Emanuel, emailed James Carney, then-Communications Director to Vice President Biden, Elizabeth Oxhorn, then-Spokesperson for the Vice President on Recovery Act-related issues, and Mr. Klain on August 10, 2009, about the Solyndra closing. In particular, Mr. Kumar asked about the ?announcement value? in the event, noting that the loan guarantee ?will lead to thousands of new jobs? and would be the first DOE loan guarantee closing using Recovery Act funding. Mr. Klain responded the same day, stating that ?[t]his is great? and asked when the Vice President and President would next be in California. [p. 35] By August 17, 2009, it appears that the White House had decided to move forward with an event at Solyndra that would feature remarks by the President. On August 17, 2009, Mr. Kumar emailed two scheduling and advance staff for the President, Alyssa Mastromonaco and Danielle Crutchfield, and stated that ?Ron [Klain] said this morning that the POTUS definitely wants to do this (or Rahm definitely wants the POTUS to do this)? DoE says they should be ready to go by 8/28 or soon thereafter.? Mr. Kumar asked about the President?s availability in early September for an appearance via satellite at the event, and indicated that the Solyndra event ?passed vet by the VP team.? [pp. 36 & 37]  After discussing a possible announcement event with DOE, documents produced by the White House show that Mr. Kumar became aware that Heather Zichal, a top deputy to White House Office of Energy and Climate Change Policy Director Carol Browner, had concerns about the Solyndra event... [p. 37]  From what I gather, the issues that they were dealing with even after the March 20, 2009 announcement, were ""funding community concerns about Solyndra,"" as well as other concerns, specifically, ""the finance question, the jobs numbers, and the fact that the Solyndra guarantee had already been publicly announced at the time of conditional commitment."" Around that time (August 19 or 20, 2009), Steve Spinner, the DOE Loan Programs Advisor to then-Energy Secretary Chu, who will be profiled later, decided to handled the concerns  this way [pp. 37 & 38]: ...[Spinner] he forwarded to Mr. Kumar a list of Solyndra?s major investors and a Forbes.com biography of George Kaiser. Mr. Kaiser is the billionaire investor behind Argonaut and a contributor to President Obama.  The report also notes the following [p. 39]: As Mr. Kumar attempted to address the funding community concerns with DOE and White House staff, Ms. Zichal contacted Ronald Klain about the event. In an email dated August 19, 2009, Ms. Zichal asked Mr. Klain if he was ?pushing for POTUS to do this Solyndra announcement via video?? Ms. Zichal stated that she had learned about the event from Mr. Kumar and wanted to know ?who actually wants this.? Mr. Klain explained that ?Rahm was super hot for this? because ?[j]obs and high tech and Recovery Act is a winning combination.? Ms. Zichal stated that she was ?worried? about the event because she felt it would not be ?sexy? to the press given that the Administration previously had announced the conditional commitment to Solyndra. In addition, Ms. Zichal stated that ?folks in the financing community? had also raised concerns about the Solyndra loan guarantee, ?[b]ut if Rahm wants it, we?ll make it happen.? Ms. Zichal stated that her understanding was that the event would include appearances by Secretary Chu and Ms. Browner and that the President would appear via satellite.  This section of the report concludes with this  [p. 41]: The White House?s decision to move up the Solyndra closing event to September 4 [instead of September 8] was made on the same day that DOE briefed OMB on the Solyndra loan guarantee. This decision ? to schedule the event before OMB had begun its review ? put pressure on OMB staff to quickly approve the Solyndra loan guarantee and ultimately impacted the quality of their review.Additionally, The Washington Post reported that ""Thomas Baruch, a Solyndra board member and owner of a company that held millions of dollars of Solyndra stock, reportedly met with Emanuel at least once in 2010 and scheduled a later White House meeting. At least three companies in which he invested received federal assistance."" Despite the fact that this was an extremely risky investment, Solyndra's $535 million loan guarantee had been finalized on September 4, 2009. At that time, they snagged a special appearance by Vice President Biden, who spoke at its groundbreaking ceremony via live video, and had this to say: This announcement today is

part of the unprecedented investment this Administration is making in renewable energy and exactly what the Recovery Act is all about... By investing in the infrastructure and technology of the future, we are not only creating jobs today, but laying the foundation for long-term growth in the 21st-century economy. Then on May 26, 2010, Solyndra received another White House endorsement, but this came directly from the top, when President Obama and Energy Secretary Chu visited Solyndra?s California plant. At that time, ""each described the company as a model of the administration?s effort to create millions of new 'green' American jobs."" More like jobs lost in the case of Solyndra. But those so-called green jobs were just a ruse behind the green energy scam. Initially, between 2009 and 2011, the DOE guaranteed $34.7 billion of taxpayer money to 33 clean-energy projects. However, at this point, and not counting Cape Wind that just snagged $150 million, the Energy Department has doled out 32.4 billion of taxpayer money to 31 clean-energy projects. And, since the Obama administration sold the 2009-Recovery Act as a ""jobs creator,"" in calculating just the 1705 loans ?? after eliminating SoloPower and Prologis (both loans pulled) ?? this stimulus-created program, that once was at $16 billion, so far cost taxpayers about $14.4 billion. The kicker is that it has only  generated 696 jobs, which is about $20 million per green job. Research confirms that ?every  Obama chief of staff, staffers across numerous agencies, government watchdogs, even Solyndra investors knew that the risks were too high for taxpayers.? Also, iWatch News and ABC  reported  in May of 2011, ""that the Department of Energy bypassed important steps meant to protect taxpayers in awarding that loan guarantee to Solyndra."" Nevertheless, the Solyndra ordeal eventually became a public relations nightmare that included a loan restructuring, which is  an apparent violation of the law,  and even a plot to hide the company?s troubles from the 2010 midterm glare. And if you dig into the August 2012 Solyndra Investigation or even its press release, there is much more damning evidence such as: ""The Department of Energy ignored critical red flags about Solyndra?s financial condition prior to closing the loan guarantee in September 2009."" And this gem: ""The DOE closed the Solyndra loan guarantee and moved forward with Solyndra?s second loan guarantee application before DOE had the capability to monitor the first loan guarantee."" Just about two years after snagging the big DOE loan, on August 31, 2011, Solyndra went bust ?? and get this... ""required a big hazardous waste cleanup after it went bankrupt and abandoned its property."" We also know that Solyndra also snagged $25.1 million in California tax credit. And, in June 2011, that taxpayer-funded Export-Import Bank ""provided $10.3 million in renewable express financing for the California-based Solyndra's Solar exports to Belgium."" Taxpayer money lost: The DOE loan drawn was $528 million, while the monies recovered was $0. Furthermore, there was an October 2012 analysis by the Institute for Energy Research regarding the Solyndra damage that predicted that the loss to taxpayers ""could be as high as $849 million."" In the meantime, the Heritage Foundation places the Solyndra bad bet at $570 million. Solyndra became a cautionary tale of sorts: a failed Obama green investment, one of the first to go kaput, unethical executive bonuses included, leaving in its wake FBI raids; a trail of resignations; executives taking the Fifth before Congress; and damning emails ?? all evidence that this president's clean-energy deals are dirty. Solyndra, which came from humble junk beginnings, now has its place in history: an art exhibit at the UC Botanical Garden at Berkeley, at the price tag of half a billion taxpayer dollars. Solyndra Key Players While Mr. Klain is a key player, The Washington Post, in their December 2011 ""Greenlighting Solyndra"" graph, lists more  players inside the Solyndra Saga that were ""interconnected in many ways, as investors enjoyed access to the White House and the Energy Department.""  Those include three key areas:"

"1. The White House: President Obama, Vice President Joe Biden,  Ron Klain, Rahm Emanuel, and  Valerie Jarrett"
2. The Department of Energy: Stephen Chu and Jonathan Silver ?? with Steve Westly in the middle
"3. Solyndra investors and staff: George  Kaiser, Steve Mitchell, Thomas Baruch as well as Christian Gronet and Brian Harrison"

"However, there are more names to divulge, which include Steve Spinner, David Prend, Matt Rogers, Goldman Sachs, Top D.C. Lobbyist McBee Strategic Consulting, and Fred P. Hochbergm, the Chairman and President of the Export-Import Bank.  Yet, I'm sure that these names and the information I am about to share, only scratch the surface. Ron Klain: Vice President Joe Biden's Chief of Staff, from  January 20, 2009 (appointed in November 2008) to January 14, 2011"

Board of Directors for the Center for American Progress [CAP] Action Fund.

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

517

Trustee for the Third Way
October 2014 Ebola Czar

"First, in their September 2011 piece entitled, ""Emails: Obama White House Monitored Huge Loan to Connected' Firm,"" ABC News reported on Klain's part in securing the initial $535 million DOE stimulus loan, which was six months to its final approval. This was briefly addressed in the Solyndra opening of this post, but is worth reiterating: Newly uncovered emails show the White House closely monitored the Energy Department's deliberations over a $535 million government loan to Solyndra, the politically-connected solar energy firm that recently went bankrupt and is now the subject of a criminal investigation. Internal emails uncovered by investigators for the House Energy and Commerce Committee that were shared exclusively with ABC News show the Obama administration was keenly monitoring the progress of the loan, even as analysts were voicing serious concerns about the risk involved.  ""This deal is NOT ready for prime time,"" one White House budget analyst wrote in a March 10, 2009 email, nine days before the administration formally announced the loan.  ""If you guys think this is a bad idea, I need to unwind the W[est] W[ing] QUICKLY,"" wrote Ronald A. Klain, who was chief of staff to Vice President Joe Biden, in another email sent March 7, 2009. The ""West Wing"" is the portion of the White House complex that holds the offices of the president and his top staffers. Klain declined comment to ABC News. But this is just the beginning. In two deeply disturbing accounts (reminders) of Klain's participation in Solyndra, we discover that in 2010, ""Klain, then Vice President Joe Biden?s chief of staff, was right in the middle of the administration?s poor and controversial handling of Solyndra?s bankruptcy"" ?? documented both PJMedia as well as The Daily Caller. Despite the Obama White House's full knowledge of Solyndra's financial woes, which included Communications Director Dan Pfeiffer and senior adviser Valerie Jarrett and Vice Presidential Chief of Staff Ron Klain, on  May 26, 2010, President Obama visited the California Solyndra plant, where he proclaimed,  ?The true engine of economic growth will always be companies like Solyndra.? Prior to this special visit, more emails revealed that while the White House was worried about Solyndra?s solvency,  Mr. Klain was willing to take the risk   ?? financially (with taxpayer money) and politically (with the president's visit). Townhall.com gives another interesting observation surrounding Klain's part at this juncture; May 25, 2010 and President Obama's special visit: Much of the criticism for Solyndra came from the Office of Management and Budget where one key official said in an e-mail that the Department of Energy was ""completely oblivious"" about the company's financial troubles, warning the White House that ""bad days are coming."" But the political skids were greased for the project in 2010 and Obama planned to tour the plant to promote his jobs program as a huge success. Still, the warnings continued. A former California state controller wrote to Obama senior adviser Valerie Jarrett in May 2010, voicing concerns that this was not a viable firm. ""I just want to protect the president from anything that could result in negative or unfair press,"" he said. Jarrett, one of the president's closest aides, relayed the message to Klain, saying ""We clearly need to make sure that they are stable and solid."" Klain checked further with DOE officials who insisted the company was ""strong,"" but with this troubling warning: ""? the company is okay in the medium term, but will need some help of one kind or another down the road."" Nevertheless, despite all of these doubts, Klain gave the project and Obama's visit a qualified green light the day before the president toured the plant. Meanwhile, Fox News, in November 2011,  reported  the series of emails that were provided to the House Energy and Commerce Committee from individuals tied to Solyndra. This evidence ""offered striking characterizations about running strategy with the White House to secure assistance"" for the failed solar energy firm. Fox News goes on: ""Emails among George Kaiser, head of the George Kaiser Family Foundation; Ken Levit, the executive director of the Foundation; and Steve Mitchell, who manages Argonaut Private Equity and was a member of Solyndra's board; show that Vice President Joe Biden's office were very gung-ho"" about Solyndra ?? ""it was one of their prime poster children."" During the time that Klain was Biden's chief of staff, the following email interactions were found, which occurred in 2010, and just a few months prior to President Obama's May 26, 2010 Solyndra visit. ""They about had an orgasm in Biden's office when we mentioned Solyndra,"" reads a Feb. 27, 2010, email from Levit to Mitchell. A follow-up email from Mitchell to Levit later that day responds with: ""That's awesome! Get us a (Department of Energy) loan."" According to exchanges obtained by Fox News, in an email from Mitchell to Kaiser on March 5, 2010, Mitchell writes that ""it appears things are headed in the right direction and (Energy Secretary Steven) Chu is apparently staying involved in Solyndra's application and continues to talk up the company as a success story."" In a Feb. 27, 2010, message from Levit to a party whose name has been redacted, Levit writes that there was a meeting with a group of people in ""Biden's office -- they seemed to love our Brady Project -- also all big fans of Solyndra."" In an email from

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Mitchell to Kaiser on March 5, 2010, Mitchell writes that ""it appears things are headed in the right direction and Chu is apparently staying involved in Solyndra's application and continues to talk up the company as a success story."" George Kaiser: 2008 Obama bundler  "

"George Kaiser Family Foundation (GKFF), whose primary investment arm,  Argonaut Private Equity, was Solyndra?s largest shareholder"

"In 2008, it was listed that Solyndra's investors included Argonaut Private Equity, Artis Capital Management, CMEA Ventures, Madrone Capital Partners, Masdar Clean Tech Fund,  Redpoint Ventures, RockPort Capital Partners, U.S. Venture Partners, and the Virgin Green Fund. What's key to this story is George Kaiser. He's an Oklahoma billionaire, who gained his net worth by being the president and CEO of Kaiser-Francis Oil. Kaiser is also the founder of Argonaut Private Equity, a private equity and venture capital firm listed above. According to The Washington Post, ""The primary investors in Solyndra were groups linked to Kaiser: the family foundation, where he is the primary funder; and the investment firm Argonaut Private Equity."" Needless to say, the Huffington Post, a while back, also noted that, ""Kaiser was a bundler for Obama's 2008 campaign, raising between $50,000 and $100,000 for the president."" Kaiser was also ""a frequent White House visitor in 2009 and 2010."" In fact, ABC News reported in October 2011: Questions about Kaiser's 16 White House visits ?? including four that occurred in the days and weeks before the Energy Department approved Solyndra's loan ?? have been the focus of significant attention since Solyndra declared bankruptcy. And while White House officials have continually denied that Kaiser talked about Solyndra during any visits, it was later revealed by the House Energy and Commerce Committee that this was false. Even the left-leaning  Huffington Post, in November 2011, had to admit that emails released by the committee at that time ""contradict repeated assurances by the Obama administration that the donor, George Kaiser, never talked about Solyndra Inc. with the White House"" ?? both leading up to the initial $535 million loan guarantee or when they were seeking a second federal loan. But there?s more? Around the time that Solyndra went bust toward the end of August 2011, The Gateway Pundit revealed the following: Top Obama bundler George Kaiser made multiple visits to the White House in the months before the company was granted a $535 million loan from the government. And top Solyndra officials also made numerous visits ? 20 ? to the White House, according to logs and reporting by The Daily Caller. Solyndra officials in the logs included chairman and founder Christian Gronet and board members Thomas Baruch and David Prend. The company secured the $535 million loan despite the fact that it was widely known Solyndra was in deep economic trouble and had negative cash flows since its inception.Interestingly, David Prend leads to the Energy Department insiders that were either tied to, or influenced this half-billion DOE deal   ?? in some cases both. DOE Insiders Tied to and/or Influenced the Solyndra Deal   Jonathan Silver, Executive Director of the DOE Loan Programs Office, from November 2009 to early October 2011  "

 Reported to be an Obama bundler
 Third Way Fellow

"Due to his powerful position inside the DOE, I've written extensively about Mr. Silver since July 2010 when I first began unleashing my green corruption research, which included the news that a number of Venture Capitalists (VC) jumped ship in the summer of 2009 in order join the Obama administration and begin executing the president's green power policy, including Jonathan Silver. However, it was the July 2012 Oversight Committee hearing  when Silver's shady email practices were revealed, that heated up my efforts in tracking the Executive Director, which includes reports that he was an Obama bundler as well as the fact that he has quite the impressive background. Here is the brief rundown: As noted by Barron's Magazine in 2010, ""Silver had been a managing partner at Core Capital Partners [and co-founder] in Washington."" Coincidentally, one of his colleagues there was Tom Wheeler, who was two-time Obama bundler, and was part of the Obama-Biden Transition Team. We also know that Silver?s wife has served as financial director of the Democratic Leadership Council, and that the couple hosted a party to promote Al Gore?s environmental advocacy group, the Alliance for Climate Protection. This party (fundraiser) surrounded Silver's vetting process (September 2009), in which he invited two key DOE officials. Silver was appointed as the Executive Director of the DOE Loan Programs Office in November 2009, and resigned in early October 2011, amidst the ""Solyndra $535 Million Saga"" ?? even testifying in September 2011, on Solyndra's behalf. At the time of his resignation, POLITICO reported that Silver

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

""stepped down to become a distinguished visiting fellow at Third Way."" This is the same progressive think tank with ties to the Democracy Alliance (dark money) that Mr. Ron Klain was part of, yet it seems both Klain's and Silver's bios are gone. Considering that there is much to be said about Silver?s just shy of a two-year stint at the DOE, we do know that according to the Center for Public Integrity, ""Silver had portrayed the Solyndra financing as a good bet for the public even as the company was falling apart financially behind the scenes."" Despite his resignation, Silver not only appeared before Congress in September 2011, but twice after that: July 2012 and September 2013.  During the July 18th Oversight hearing, it was revealed that he and other DOE officials and advisors were using their personal email accounts to conduct Energy Department business.  At that time,  Silver also made this denial  under oath:  ?...as I say, almost nobody that I am aware of in the Loan Program even knew who the individuals were who had invested, either directly or indirectly into these companies.?  This is an outright lie that we've exposed many times in the course of unleashing the ""2012 Internal DOE Email Dump,"" which began shortly after their release ?? even discovering more clean-energy dirt along the way. These emails confirm that Silver knew exactly who the investors were in the companies (projects) seeking Energy Department loans in at least four of the deals that were approved: BrightSource ($1.6B), Shepherds Flat ($1.3B), Kahuka Wind ($117 million), and Fisker Automotive ($529 million) for starters ?? all with deep ties to the Obama White House. Moreover, the  August 2012 Solyndra Investigation  divulges evidence that  Silver also knew about billionaire George Kaiser, an Obama bundler and the major investor in Solyndra ?? and worse, he ""attempted to leverage it."" The report also gives an in-depth look into the role played by one of President Obama?s prominent backers in the administration?s decision to issue the loan guarantee and the loan?s restructuring that put taxpayers behind two private investors. Key decision makers at DOE, including head of the loans program office Jonathan Silver, knew of billionaire George Kaiser?s influence and attempted to leverage it. According to the report, ? Individuals connected to the George Kaiser Family Foundation (GKFF) ? whose primary investment arm, Argonaut, was Solyndra?s largest shareholder ? played important roles in a series of critical discussions and negotiations with DOE. George Kaiser, whose fortune funds the GKFF, was closely involved in financial decisions related to Solyndra, often authorizing key disbursements and restructuring proposals, as well as in Solyndra?s lobbying, public relations, and government procurement strategies in Washington.? While Silver is understandably all over this report as the Executive Director of the DOE Loan Program, there is also proof that in August 2011 [pp. 109 - 110],   when the DOE began ""negotiating a second restructuring with Solyndra?s investors,"" he had reached out to Mr. Kaiser directly on at least two occasions:"

 "1. According to the documents, at 6:40 p.m. on August 11, 2011, Mr. Silver left a voicemail on Mr. Kaiser?s assistant?s telephone leaving his cell phone number..."
 "2. On the morning of August 18, 2011, Mr. Silver left another voicemail for Mr. Kaiser?s assistant..."

 "The report continues with some interesting email interactions and observations: On August 17, Brad Carson, Director of the GKFF-funded National Energy Policy Institute, who had accompanied Mr. Kaiser and Mr. Levit on several visits to the White House, had emailed Mr. Kaiser stating, ?The Obama folks called saying that the White House Liaison for the Department of Energy wanted your contact information. Usually these people handle appointments and the like.? No response to Mr. Carson was provided to the Committee, however, Mr. Kaiser forwarded Mr. Carson?s email to Mr. Mitchell, Mr. Levit, and others at the GKFF at first simply stating, ? Whoops? and then clarifying separately to Mr. Levit, ?Solyndra, of course. Coming through the political arm.? These emails initiated a debate within the GKFF. As Mr. Levit described it, ?This is going to be very big. We need to think through PR even if the answer is to do nothing[.]?   Mr. Kaiser asked, ?Should Steve reflect back that GKFF is the decision maker, advised by Argonaut, and that I want to continue the policy of having no discussions re Solyndra with anyone in government? We may have to work with them in the reorganization and it makes no sense to irritate them.? He went on to state, ?Just ignoring him, I think, would be the worst option.? After others seemed to agree but noted that Mr. Kaiser ?taking a call and saying 1) it isn?t your call on whether or not to make a loan and 2) from what you understand, there is no believable workable business plan would not be out of line,? Mr. Mitchell added, ?I agree with you that George should probably call him. This is certainly not us trying to influence the government, it is obviously the other way around. I?m curious what Jonathan will say as well.? However, it appears from the documents that Mr. Kaiser was firm in his decision not to communicate with Mr. Silver when telling Mr. Levit at 4:55 p.m., ?I have refused the call and Steve is explaining why.? This timing is important to note, as significant decisions were made just before 6:00 p.m. on August 18, as will be detailed

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

below. Mr. Silver testified before the Subcommittee on Oversight and Investigations on September 12, 2012, and stated that with respect to George Kaiser, ?I have never met or spoken to the man.?   While this may be true, it was not for lack of effort. Again, this contradicts what Silver told Congress at the   July 18th Oversight hearing? that he did NOT know ""who the individuals were who had invested, either directly or indirectly into these [DOE loan] companies.? Also revealed is that Solyndra and its advocates were not only doing whatever possible to save Solyndra, which included this ""restructuring scheme,"" but they also in 2010, prior to President Obama's May 26, 2010 visit, began ""aggressively pursuing additional assistance from 'the Bank of Washington,' particularly in securing government contracts."" Some in particular were from the Department of Defense, General Services Administration (GSA) as well as the Project Amp that will highlighted later. This ""wheeling and dealing""  [pp 57 - 64]  also involved Mr. Silver, many others as well as Solyndra's lobbyists at that time, Steve McBee, whom will be addressed later. Also on page 61, there is a sample of some of the inside communication regarding Solyndra's desperate attempt in getting a meeting with Peter Rouse, who was the interim  White House Chief of Staff  from October 2010 until January 2011. Solyndra?s in-house lobbyist stated on October 6, 2010, ?Due to the very sensitive nature of the items I believe we intend to discuss, I?m hesitant to inform any of our outside consultants of our facts to the extent necessary for them to really help . . . .Everyone in Washington will be trying to access Pete Rouse for the next few weeks and if Mr. Kaiser has a long personal relationship with him he?ll get to the head of the line . . . .? In response to Mr. Levit?s expression of hesitation about Mr. Kaiser?s involvement in the meeting, Mr. Mitchell stated, ?All we are asking is that the WH helps us soften some of the terms of the DOE financing we received and work with us to give Solyndra the runway needed to take off (i.e. help us get some orders with DOD and others ? which Obama offered to do in May). If they don?t, it will be a tragic failure of not just one high-potential company, but of an Obama effort to nurture an industry of the future. AND GKFF will have $400m less to pursue other charitable initiatives and the kind of high-risk investments this country needs for new job creation.?On page 64, we find that Solyndra had ran out of cash: ""While Solyndra and its advocates were pursuing an aggressive government sales strategy throughout the fall of 2010, the company?s financial condition was rapidly declining,"" of which ultimately the DOE, in August 2011, decided not to fund Solyndra any further, and the company filed for bankruptcy on August 31, 2011. First keep in mind that: In August 11, 2011, Kelly Colyar, a program analyst in OMB?s Energy Branch, informed her boss, Kevin Carroll, and others at OMB that ?DOE told OMB and other EOP staff today that Solyndra is experiencing difficulties and that a bankruptcy or restructuring is imminent (potentially in the next few days). At this point, $526.8 million of the $535 million loan guarantee has been disbursed. [p. 111]Then in reading the section entitled: ""DOE decides not to fund Solyndra and the company files for bankruptcy,"" is where it seems that Silver fought to the bitter end  [pp 120 to 126]: While Ms. Zichal?s phone call with Secretary Chu, Deputy Secretary Poneman, and Mr. Silver on the night of Sunday, August 28, concluded with an agreement that ?DOE?s view is that the additional funds should not be extended,?863 additional documents indicate that throughout the weekend, Mr. Silver had been determined in his efforts to access the additional $5.4 million in Tranche B. According to an email from Mr. Mitchell on August 29, 2011, at 1:51 a.m., ?I have had extensive conversations over the weekend with the DOE, Lazard (DOE?s advisor) and the company. Jonathan Silver is attempting to get access to the Tranche B funds in an effort to give the company 3 weeks to try and effect a fund raise or trade sale. I see this as highly unrealistic but the DOE wants to give it a shot. We have been very clear with the DOE that we cannot raise outside money if the balance sheet isn?t dramatically revised to make this interesting as a going concern . . . .?  Based on the documents, Mr. Silver appears to have wasted little time in his efforts to do just that and more. In addition, the documents indicate that he continued to seek approval for the additional Tranche B funding and attract new investors as well as new business for the company. For instance, August 29?the day after his call with Secretary Chu, Deputy Secretary Poneman, and Ms. Zichal?was when Mr. Silver reached out to Commissioner Peck at the GSA for a second time informing him that ?a California company that manufactures solar panels is looking for business.?866 In addition, using his personal email address, Mr. Silver let Steve Mitchell know that he had ?made a few calls [to investment bankers] to begin to elicit interest.? He stated, ?As folks respond, I will explain our flexibility, connect them with you and step back.?  On August 30, 2011, in response to Mr. Mitchell notifying him that Solyndra finally agreed to terms with Prologis, Mr. Silver responded to Mr. Mitchell ? again using his personal email address ? thanking him for the update and informing him that he sent the Senior Managing Partner at a Silicon Valley venture capital firm his contact information. Later that day, Mr. Mitchell responded that Brian Harrison would be meeting with the firm the next day, on August 31. When asked whether he would be attending, Mr. Mitchell responded that he could not but that he ?[h]ad a couple of good calls with potential investors today

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

as well.? In addition, he asked Mr. Silver, ?When do you think we will have feedback on the Tranche B?? Apparently Mr. Silver failed to inform Mr. Mitchell that two days earlier, he was on a call with Secretary Chu, Deputy Secretary Poneman, and Ms. Zichal, on which they confirmed that DOE was of the position that they should not extend any additional funds to the company. No subsequent communications between Mr. Silver and Mr. Mitchell were produced to the Committee...   At 5:00 p.m. Pacific Time [August 30, 2011],  the Solyndra board voted to move forward with the bankruptcy. According to Mr. Mitchell it was ?[a]n incredible evening with some bombs dropped by the DOE...?NOTE: The above excerpts are found on pages 124 through 126. It's also important to reiterate that in reading hundreds of pages of internal emails unleashed in October 2012 from the House Oversight and Government Reform Committee ?? ""2012 Internal DOE Email Dump"" ??  is where we find startling evidence that the president, the White House, Secretary Chu, and certain DOE officials lied about how they handled the green energy loans on various fronts ?? which was followed by secrecy, cover-ups, and even perjury. In the case of Silver; he aggressively pushed the loans through (fast tracked) as directed, influenced, and pressured by the POTUS, the vice president, the White House, the ""7th Floor,"" and ""The Hill"" ?? and did so with arrogance, even as he was fraternizing with lose seeking the DOE loans. It turns out that Solyndra was on the first of its kind. These emails reveal that most of the DOE loans were rushed and approved for political reasons ?? visits, speeches, announcements, photo ops, and talking points for the president as well as for the purpose of helping those connected to the companies seeking the loans ?? CEO's, investors, and Democrat politicians, which goes beyond subsidizing Nevada companies

  in order to help Senate Majority Leader Harry Reid win his 2010 reelection campaign. These bombshell emails also expose the cozy relationships DOE officials and advisors had during the loan review process with loan applicants and their CEO's, lobbyists, and investors, etc. It's no surprise that they had meetings and calls with DOE officials and Energy Secretary Chu, but there are documented meetings and calls with the president, VP, and WH as well as plenty of ""green fraternizing"" going on ?? bike riding, coffee meetings, sleepovers, ""beer summits,"" Al Gore parties, dinners, Democrat fundraisers, and so on. Lastly, on Silver: During the September 10, 2013 House Oversight hearing on ?Preventing Violations of Federal Transparency Laws,? members questioned two of the most egregious offenders: Mr. Silver and Lisa Jackson the former head of the EPA, who was also part of the Obama-Biden Transition Team. Sadly, this hearing didn't get much coverage except for Paul Chesser at the National Legal and Policy Center, noting that this event ""didn?t last long enough to get very deep."" However, what caught my attention was when Committee Republican Jim Jordan of Ohio grilled Mr. Silver ""about his directives to keep messaging out of the public eye"" as well as reading particular email exchanges that implicated Silver helping his buddies get DOE loans. Also at issue were the loan program failures. However, the most unbelievable attempt to conceal the truth came out at that time: The congressman then showed an email that was sent to the committee staff a couple of days prior to the hearing from Silver?s lobbyist (lawyer, it?s unclear) demanding, ?Don?t direct any questions to Mr. Silver.? Silver denied knowing anything about THE request, but we never got to the bottom of it because the Ranking Member, Congressman Elijah Cummings stopped Jordon from going down that path due to confusion over attorney/client privilege, and that he and Committee Chairman Darrell Issa would be looking into that issue?? off the record. No news yet... Steve Spinner: Department of Energy Loan Programs Advisor, from April 2009 to September 2010"

  "Spinner?s wife, Allison Berry Spinner, is a partner at Wilson Sonsini Goodrich & Rosati, the law firm that represented Solyndra on matters related to the DOE loan"
  "Senior Fellow at the Center for American Progress from September 2010 to October 2011, where he publicly advocated for energy policies that support clean, renewable energy"
  Two-time Obama Bundler
  "2008 Obama-Biden Transition Team role: Technology, Innovation & Government Reform Policy Working Groups"

  "Steve Spinner, a two-time Obama bundler, not only worked for Obama's 2008 Transition Team, he also was part the president's 2012 reelection campaign, serving as a California finance chair and founded ""Technology for Obama (T4O).? Spinner was also handpicked to make a cameo appearance at the 2012 Democratic National Convention, along with other wealthy Obama green cronies: Steve Westly, Tom Steyer, and Jim Rogers. In April 2009, Spinner was appointed as the DOE Loan Programs Advisor to then-Energy Secretary Steven Chu, yet by September 2010, he left the DOE and about that same time joined CAP as a Senior Fellow until October 2011. In

his DOE position, ""Spinner helped oversee the strategic operations of the clean energy loan guarantee program under the Recovery Act."" However,    according to the DOE, ?In that capacity, [Spinner] played no role in the decision-making on or evaluation of individual loan applications or the awarding of any grants.? Still, Spinner is well known for his involvement and influence (investigations and internal emails prove) to the ill-fated, politically connected Solyndra.  Spinner?s participation, despite the DOE's denial, has been proven many times over, including in October 2011, when POLITICO and others seized on his role inside this scandal, stating, ? [Spinner] played an active part in Solyndra's $535 million loan guarantee [approved in September 2009] despite conflict of interest concerns over his wife's work at a law firm that also represented the California solar company."" It should be emphasized that on  August 7, 2009, Fitch had rated the Solyndra deal as ""speculative,"" as revealed by the Committee on Oversight and Government Reform in March 2012, which exposes  more evidence of Spinner's part in the Solyndra scandal. Spinner?s wife, Allison Berry Spinner, is a partner at Wilson Sonsini Goodrich & Rosati, the law firm that represented Solyndra on matters related to the DOE loan. According to federal records, the firm received at least $2.4 million in federal funds for legal fees related to the representation. White House e-mails released late last year [2011] indicate that Spinner was influential in securing the $528 million loan to now-bankrupt Solyndra. Many of those emails were written just days after he signed an ethics agreement pledging that he would ?not participate in any discussion regarding any application involving? his wife?s law firm. In one message to a DOE official on August 28, 2009, Spinner wrote, ?How hard is this? What is he waiting for? . . . I have OVP and WH breathing down my neck on this.? The e-mail went on to demand that the DOE official ?walk over there and force [the official working on the Solyndra evaluation] to give [him] an answer.? After just being contacted by Solyndra, Spinner inquires in another e-mail, ?Any word on OMB? Solyndra?s getting nervous.? The e-mail correspondence occurring in the final days before the Solyndra loan closed in September 2009 centers heavily on Spinner?s efforts to coordinate plans for either the President or Vice President to announce the first loan approval at a scheduled visit to Solyndra. Green Energy Collusion: Spinner & Silver    We also know that Spinner and Silver colluded on the green front: Silver, who was at that time an Obama administration official at the Energy Department ""actively collaborated with Center for American Progress (CAP) in 2011 to advance the president?s green energy agenda, in possible violation of federal law,"" documented the Washington Free Beacon in September 2012. This is also where internal emails surfaced showing that over several days via Spinner and Silver?s personal email accounts (correspondences that also imply the two were in touch multiple times over the phone), the two colluded: ""In July 2011, Steve Spinner, then a senior fellow at the Center for American Progress (CAP), sought and received guidance from Jonathan Silver, executive director of the Department of Energy?s (DOE) loans program, regarding a CAP editorial urging Congress to expand funding for the program and permanently establish a Clean Energy Deployment Administration (CEDA), or 'green bank,' to further fund clean energy projects."" But that's not all, because in my March 2014 Green Corruption File, CAP, Silver, Spinner, and other key players behind the Obama administration's green energy scam. Matt Rogers: Senior Advisor to Energy Secretary Steven Chu, from January 2009 until September 2010   "

  "Currently Director at McKinsey & Co. with Expertise in Oil & Gas, Electric Power & Natural Gas"

  "Matt Rogers, as the Senior Adviser to then-Energy Secretary Steven Chu, oversaw the disbursement of tens of billions of dollars in stimulus funds for renewable energy projects. Both Rogers and Kristina Johnson ?advised? Secretary Chu on implementing the massive energy programs in the 2009 stimulus law, which topped $36 billion. Prior to helping Secretary Chu, Rogers came from McKinsey & Company, ?a global management consulting firm,? where he was quite active. ?Over time with McKinsey, Matt led the Americas Petroleum Practice and the North American Electric Power and Natural Gas practice and helped establish the Firm's Resource Productivity practice,? documents his biography. Prior to his  short DOE stint  (January 2009 to September 2010), Rogers was a senior partner at  McKinsey & Co.  ?? only to return to the firm  as a Director  at their San Francisco office, and it seems that he's still  there. What's interesting, too, is that McKinsey & Company is also listed as an Obama donor (through PACS and personnel); a firm whose executives not only give to the right Democrat causes (Priorities USA Action), but seem to enjoy easy access to the Obama White House, including the handful that sat on president's Jobs Council when it was in operation from 2009 until early 2013. While there is a big story here that needs to be flushed out ?? McKinsey & Company is all over the place ?? including another Democrat moneyman, who was also an Obama donor  and a guest at the president's first state dinner. This would be Rajat Gupta, McKinsey & Co.?s former chief executive (also an ex Goldman Sachs director), whom, in 2012, was

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

convicted of Wall Street insider trading. More relevant here is that Jonathan Silver, the former executive director of the Energy Department?s Loan Guarantee Program, profiled earlier, started his career at McKinsey & Company. While Rogers? role at the DOE is pretty clear, we also know that he was on board with Chu expediting the loans, which is found inside the  August 2012 Solyndra Investigation [p. 16 -17]. Matt Rogers, Senior Advisor to the Secretary of Energy for Recovery Act Implementation (ARRA Advisor), confirmed the Secretary?s interest in accelerating the processes of the LPO, stating in testimony before the House Committee on Science and Technology in March 2009 that ?Secretary Chu has directed us to accelerate the process significantly and deliver the first loans in a matter of months, while maintaining appropriate oversight and due diligence to protect taxpayers? interests.? In an interview with Committee staff, Matt Rogers explained that the September 30, 2011, deadline necessarily forced DOE to ?reduce the cycle time? for the reviews of loan guarantee applications. Mr. Rogers explained that his job was to ensure that all DOE Recovery Act programs had clear decision-making timelines so that the stimulus funds were spent by the deadlines set forth in the law. Furthermore, as alluded to a earlier in this post, Rogers was in the middle of pressuring the Solyndra's conditional commitment for President Obama's March 19, 2009 California visit [pp. 17 - & 21], which also involved Mr. Klain, our new Ebola Czar, and at that time VP Biden's chief of staff. ...scheduling of President Obama?s speech on March 19 set the timetable for the Credit Committee and Credit Review Board meetings for Solyndra... On March 5, 2009, one LPO staff member sent an email to colleagues in the LPO stating, ?Hot off the press. Dates were reviewed with Matt Rogers. The wish is to have Solyndra through the CRB in time for the President?s speech in California on the 18th.? Further, on March 5, 2009, Mr. Isakowitz sent an email to Mr. Frantz asking how the negotiations with Solyndra ended, and stating that ?[a]ssuming we can get to a handshake, I need to send to Rod O?Connor the significance of the event so he can send to the WH.? The next day, on March 6, 2009, Mr. Rogers emailed Ronald Klain, Vice President Biden?s Chief of Staff, and Rod O?Connor, Chief of Staff to Secretary Chu, regarding the timetable for Solyndra?s application. In that email, Mr. Rogers stated ?we are on track to have potus announce the first doe loan to solyndra a thin film solar mfg in la on march 19, assuming their board approves the terms this monday. We will then need credit committee and credit [review] board meetings on our side next week to confirm the conditional commitment . . . . So, we are working the weekend to make both go. Your call on next steps.? That same day, David Frantz sent an email to Mr. Isakowitz noting that the Credit Committee and Credit Review Board meetings for Solyndra had been scheduled for March 12 and March 17, respectively.Later in that section entitled, ""Review of the Solyndra Application Leading to the March 2009 Conditional Commitment,"" the following is found: DOE and Solyndra finally reached an agreement on a proposed term sheet shortly after midnight on Tuesday, March 10, 2009. In an email to Mr. Frantz, Mr. Rogers, and other DOE staff on March 10, Mr. Isakowitz noted that Solyndra had ?blinked.? Confirming that the possibility of a White House speech was a factor influencing the Solyndra review schedule, Mr. Rogers responded, asking two LPO staff members to ? prepare a short memo for the whitehouse folks on what an announcement could look like on the 19th. We will want to try to get to [the Credit Review Board] on friday to make sure we have enough time for the wh folks. Solyndra will be happy they blinked when potus arrives.? [sic] Shortly after receiving this email, Mr. Isakowitz emailed Mr. O?Connor to gauge White House interest in a Solyndra announcement. He asked if there was ?still an interest in a loan announcement on March 19th? I ask because we successfully wrapped up intense negotiations yesterday for a conditional commitment with Solyndra. There?s still much paperwork to complete and wanted to check how hard we need to press.? Mr. O?Connor replied, stating that ?[t]here is still strong interest . . . that is great news and great work. When does the CRB meet?? Mr. Isakowitz explained that the Credit Review Board meeting was originally planned for March 17, but ?we will move it up to this Friday [March 13] now that I know there is still great interest.?Although DOE had planned to accelerate the CRB process in order to accommodate the President?s speech on March 19, 2009, it was ultimately not necessary. When Mr. Rogers informed Ronald Klain, Vice President Biden?s then-Chief of Staff, on March 10, 2009, that Solyndra had approved the proposed term sheet ?setting us up for the first loan guarantee conditional commitment for the president?s visit to california on the 19th,? Mr. Klain asked Mr. Rogers to confirm that Solyndra was located in Los Angeles, rather than Northern California. After Mr. Rogers noted that Solyndra?s facilities were in Northern California, Mr. Klain explained that ?[t]he President is not traveling to Fremont. He is going to So Cal.? Mr. Rogers then floated the option of featuring a DOE loan to Tesla, under the ATVM program, but noted that the LPO staff did not think they could complete the work in time...These emails, and the fact that several significant terms were still unresolved at the time the Solyndra Credit Review Schedule was set, establish that the White House?s desire to highlight Recovery Act-related programs was a determining factor in the timing of the Solyndra

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

loan guarantee application review. Also, in the mix it became public knowledge how Obama's pals felt about Matt Rogers when he joined the DOE, as reflected in this statement by Paul Holland at an energy conference in 2009. Holland is a general partner at Foundation Capital, which is another VC firm that won a lot of green energy stimulus funds. He came in to do his talk and opened his talk with, ?I?m Matt Rogers I am the Special Assistant to the Secretary of Energy and I have $134 billion that I have to disperse between now and the end of December. So upon hearing that I sent an email to my partners that said Matt Rogers is about to get treated like a hooker dropped into a prison exercise yard. David Prend: Co-Founder & Managing General Partner at Rockport Capital Partners"

  "Department of Energy?s National Renewable Energy Laboratory (NREL), National Advisory Council, member, since 2007"
  "NREL, Solar Technology Review Panel, chairman"
  His firm Rockport Capital 7.5 percent stake in Solyndra

  "As reported by The Washington Post in 2012, ""David Prend  had worked closely with the Energy Department since the Bush administration, when he was first appointed to an advisory panel for the National Renewable Energy Laboratory. He continued to advise the Obama administration, while also chairing a panel that helps advise the department on solar technologies."" But what's astonishing is that Mr. Prend also surfaces in some emails as a venture capital investor who had White House access. The Post goes on give insight, because his firm, Rockport Capital Partners in Boston, ""was an early investor in Solyndra, starting in 2007"" ?? with was among a 7.5 percent stake. According to The Post, the emails show that in 2009, when Solyndra was seeking a half-billion-dollar Energy Department loan, Prend ""pushed the White House to support the solar panel maker"" and had sought ""help on another Rockport portfolio company. They show he and a group of venture capital investors met with new White House climate czar Carol Browner [another CAP Fellow and major player inside the DOE deals] before Solyndra?s loan was tentatively approved...""  This inside lobbying occurred despite his stake in Solyndra, and during the time when Prend ""chaired a renewable energy panel that advised Obama?s Energy Department on solar technologies and investments."" The August 2012 Solyndra Investigation provides evidence that Mr. Prend was kept in the loop about Solyndra at many junctures. Here is just a snippet found on page 74: The meeting on December 6, 2010, marked the beginning of a series of arduous negotiations between DOE representatives, led by Ms. Nwachuku, and Solyndra officials, along with Mr. Mitchell, ?to work out terms to the DOE loan that would enable the company to raise money (internally or externally) and also keep the DOE on its current funding schedule.? Throughout the course of the discussions, Mr. Mitchell provided detailed updates to and sought input from individuals at GKFF as well as Jamie McJunkin of Madrone Capital and David Prend of Rockport Capital. He set the stage by stipulating, ?I have been very upfront that the likelihood of reaching a deal this week was low and that if the DOE decides not to fund on Friday [December 10, 2010] that we understand the ramifications (i.e. we move toward a liquidation scenario).And page 120: On August 25, 2011, after negotiating pricing and several additional details with Prologis, Brian Harrison appeared optimistic that the deal would close. He emailed Solyndra?s primary investors, Steve Mitchell, Jamie McJunkin, and David Prend, informing them that ?[w]e are agreed on all major elements and these are being ?papered? now.? However, it is apparent that they thought DOE would provide additional funding under the restructuring framework being proposed so long as the Prologis deal closed. Mr. Prend replied asking, ?What is up on the Tranche B funding?? Mr. Mitchell stated, ?Not good. [T]he DOE changed their story (though they are claiming no change) and are requiring the Prologis deal to close and to have a fully committed and funded plan prior to closing the Tranche B. I don?t see that happening over the next 48 to 72 hours.?   While The Post notes that ""The agency [DOE] provided $550 million to several firms in which Rockport had invested at the time,"" I have yet to do a complete analysis of Prend's ""energy portfolio."" However, other than Solyndra, three stand out, which include their own crony, corruption tale ?? with two that went bankrupt or were sold after receiving taxpayer money."

  1. Solyndra: The Heritage Foundation places the Solyndra bad bet at $570 million.
  "2. Ener1: The Heritage Foundation places the Ener1 (EnerDel, subsidiary) bad bet total at $182.8 million."

  3. Evergreen Solar: The Heritage Foundation places Evergreen Solar's bad bet total at $84.9 million
  "4. Enphase Energy: Both Enphase Energy, Inc. and Transphorm Inc. are investments of Kleiner Perkins (Al

THE BOOK OF TESLA - Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

525

Gore and John Doerr's VC firm), of which these two companies collectively received over $9 million in grants from ARPA-E program funded by the 2009-Stimulus."

 "While Enphase can be found in my January 2013 Green Corruption File on John Doerr and Al Gore, and how they scored billions in green funds, my January 2014 Cleantech Crash Report is where I documented 32 Obama-backed green energy companies that have gone under, costing taxpayers over $3 billion. Still, there is an equal amount that have been in chaos: the Obama-backed Green Energy Troubled Watch List, which, as of January 2014, includes five bailouts, 22 green energy companies/projects that have been problematic for some time ?? placing $14.2 billion of taxpayer money still at risk. This brings the ""Green Alert: Clean Misses"" list to 59, with a pile of failures I have left to add. And this list does not take into account $3 billion that went to First Solar; the $1.4 billion in green energy funds that Nissan received from the ATVM loan program for their all-electric LEAF vehicles as well as the green energy stimulus funds that General Motors received for their Chevy Volt. Moreover, this doesn?t factor in the numerous DOE funded projects that are still in the shadows, nor my blistering story on the ""law-breaking, American hating"" Spanish conglomerate Abengoa, that was subsidized with over $3.6 billion in stimulus loans and grants from the U.S. taxpayer ?? and is currently under investigation by various federal agencies. Also, excluded President Obama's three ""nuclear deals"" (currently costing taxpayers $11.6 billion and counting) that were having issues for some time. Last but not least, not in these stats, but detailed in my report, are some of the stimulus-created and/or funded programs that also flopped, costing taxpayer billions of dollars. One example is the $5 billion Home Weatherization Program, which ended up complete with waste, fraud and abuse. Another stimulus disaster is the National Renewable Energy Laboratory (NREL), where Prend has been a member since 2007. In short, Back in May 2009, Energy Secretary Stephen Chu visited Golden to promote the NREL as a beneficiary of stimulus funds. ?? anywhere between $200 and $300 million. However, this Colorado lab, since my 2009 green energy stimulus  tracking, not only carries issues and corruption, but has been funding job cuts and craziness, which was all documented in April 2013 by Tori Richards and Carten Cordell at Watchdog.org. The Solyndra, Prologis Shady DOE Deal Again, in referencing the August 2012 House Energy and Commerce Committee massive report, ""The Solyndra Failure,"" which included a press release the following is exposed: Documents obtained by the committee exposed a startling relationship between Solyndra and another stimulus-backed project. The report details Solyndra?s role as a supplier for Prologis? Project Amp, a solar panel installation project and the recipient of a partial loan guarantee for $1.4 billion. The White House was well aware of Solyndra?s deteriorating financial condition when it allowed DOE to move forward with Project Amp. DOE would later use the relationship between Project Amp and Solyndra as a key bargaining tool to push for a second restructuring while directly engaging in last minute negotiations between Solyndra and the Project Amp sponsor. In short, back in September 2011, Prologis, the world?s biggest warehouse owner, received a $1.4 billion partial DOE loan guarantee to put solar panels on about 750 buildings. This was Project Amp and another ""non-investment grade"" shady DOE stimulus deal connected to the Obama administration's futile and deceptive attempt to shelter and save Solyndra. Moreover, Bank of America Corp. and NRG Energy Inc. at that time were both investing in the project ?? even as both are connected to President Obama and were big winners of green energy funds. The Prologis project ""was partially financed by NRG Energy [  a Fortune 500 and S&P 500 Index company], which also enjoys significant political clout, wrote Lachlan Markay of The Daily Signal. Adding to the corruption, it has been well documented that Obama's pal, the left-wing billionaire George Soros (a big CAP donor), helped craft the 2009-Recovery Act. Then, just after the stimulus was passed in February 2009, Mr. Soros bought 500 shares of NRG Energy, whose subsidiaries was the recipient of most of 1705 stimulus loans ?? placing that figure, as of March 2013 (counting Prologis), at $5.2 billion of taxpayer money. This DOE deal and more is detailed in my  March 2013 Green Corruption File, ""Left-wing Billionaire George Soros: Obama?s Agent of Green."" However,  it was reported by POLITICO in October 2013, that the Prologis loan was ""de-obligated,"" and that they had never tapped into the $1.4 billion. But along the way, Prologis did secure ""a grant for $68,000 for the purpose of ?rent for warehouse space? under the Recovery Act."" The DOE Dirty Dozen Even as Silver, Spinner, Rogers and Prend are major ""Solyndra Corruption Culprits,"" there are many more that operated inside the DOE that deserve scrutiny in regards to the Solyndra deal as well as the other 30 plus clean-energy deals made by the Energy Department's loan program. The Post in their February 2012 piece, ""Federal funds flow to clean-energy firms with Obama administration ties,"" note some of these DOE insiders. Yet, there are others that came from  Obama's ""Green Team"" as well as Energy Department officials and advisors. These included its fair share of Al Gore disciples and well-connected Venture Capitalists. There has been a dozen on my

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

radar that are either directly connected to tens of billions of green-government subsidies (loans, grants and special tax breaks), or helped their friends secure the funds. Ironically, many have fled since their 2009 appointments, but it's worth noting that the ""DOE Dirty Dozen,"" under Energy Secretary Stephen Chu, includes Carol Browner (1), Lisa Jackson, Van Jones (2), Steve Isakowitz, Steve Spinner (3), Matt Rogers, Jonathon Silver (4), Cathy Zoi (5), Kristina Johnson (6) and others like James Markowsky (7), Steven Westly (8), Sanjay Wagle (9), David Danielson (10), David Sandalow (11), David Prend (12) ?? with Prend, according to PJ Media a while back, ""may well be the nexus of the whole Obama green scandal. His name turns up all over the place."" Today's focused was Solyndra, but the ""DOE Dirty Dozen"" is another piece of Green Corruption   that I have yet to unleash in its entirety. However, what's telling is that these DOE insiders were part of the decision-making process, even as the rest had access influence in one way or another. What we find is that many of those operating inside the Energy Department had more sinister roles and were using tactics such as lobbying, pressure, collusion, and coercion. The evidence of this started circulating in 2011, when the Solyndra Saga broke, but worse, was confirmed in many of the DOE email exchanges released to the public since that time. Three More Obama, Solyndra Connections Goldman Sachs: Credited as the ?exclusive financial adviser? for Solyndra   Goldman Sachs was a top Obama donor in 2008, but we also know that two Goldman executives sat on Obama's 2008 Finance Committee and a slew of partners, executives and board members bundled for, and donated to Obama's 2008 campaign. Meanwhile, his administration has been infested with Goldmanites ?? even as early as 2008 when a Goldman board member, James A. Johnson (also an Obama bundler that I profiled many times due to his former firm Perseus), was chosen as head of Barack Obama's vice presidential search team. Known as Jim Johnson and ? a fixture of establishment Washington, with ties to Wall Street and ?a major presence in Democratic politics for more than two decades,? Mr. Johnson resigned his VP vetting role amidst criticism over his part in the Countrywide Financial scandal as well as controversy surrounding his role as Fannie Mae?s chief executive from 1991 to 1999. Even though in 2012, Goldman Sachs turned their back on Mr. Obama in 2012, there were many executives and board members that helped him get reelected. While I began to unravel their part in this post Green Corruption: The Plot Thickens back in the summer of 2010, I've been tracking how this Big Bank has been cashing in on the green energy stimulus funds ever since Team Obama started dishing it out to his cronies. In late 2013, it was revealed that Goldman was a CAP donor. So, in exposing the left-wing think tank's clean-energy dirt, I documented the following: Goldman Sachs has an invested interest ?? via various roles, and having entered the scene at different junctures (before, during and after taxpayer subsidies were awarded) ?? in at least 14 projects and firms that received green energy loans, grants and special tax breaks, including Solyndra. This means that Goldman is tied to over  $8.5 billion from the Green Bank of Obama, and the majority came from the 2009-Recovery Act. McBee Strategic Consulting: Lobbyists for Solyndra from 2008 until 2011 My September 2013 Green Corruption File details the Top D.C. Lobbyist McBee Strategic Consulting and how its founder Steve McBee ?opened the spigot of green corporate welfare? ?? then billions of stimulus cash flooded the firm?s energy clients. My research reflected the fact that I found 31 McBee energy clients with 19 (over 60 percent) that received green-government subsidies under the Obama administration, totaling approximately $13.7 billion of taxpayer money. Additionally, with only two clients (Honeywell and Tesla) that were hired prior to 2009, when the Recovery Act was approved, I calculated that from these 31 energy clients, McBee Strategic Consulting ""green kickbacks"" in September 2013, were close to $9 million ?? and that's just from energy. These calculations include twelve DOE loans, including Solyndra, of which we know that Steve McBee was instrumental in ""changing the game"" by his involvement in eliminating

  the so-called ""required down payment."" Solyndra, by the way, spent nearly $1.9 million on lobbying activities over a period of 43 months from 2008 to 2011, even as the DOE failed to comply with the stimulus law by reporting on all lobbying activity. Still, McBee represented the solar panel company from 2009 to 2011, and received $380,000 over that time period. Steve McBee is also found inside the August 2012 Solyndra Investigation  where he was part of ""Solyndra?s efforts to secure additional government assistance..."" which included Jonathan Silver, as documented earlier  [p. 57 - 64 ]: On June 17, 2010, just a few weeks after President Obama?s [June] visit, Steve McBee, the President of McBee Strategic Consulting (McBee), a lobbying firm, began to chart out this course in an email to Mitchell.  Mr. Mitchell forwarded McBee?s proposal to Mr. Gronet and another Solyndra executive noting, ?The white house offer to help may cut this short but it could be done in conjunction.? This new emphasis on garnering assistance in the procurement of government contracts was shared with and supported by George Kaiser and Ken Levit. Fred P. Hochbergm: Chairman and President of the Export-Import Bank and a 2008 Obama bundler   As  documented by iWatch  in June 2011, ""the chairman and president

THE BOOK OF TESLA: Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of the Export-Import Bank, Fred P. Hochberg, bundled at least $100,000 for Obama."" Keep in mind that another means whereby huge corporations and Obama's green cronies get taxpayer money is through the taxpayer-supported Export-Import Bank (Ex-Im), which  ""has a Congressional mandate to support renewable energy and has been directed that 10% of its authorizations should be dedicated to renewable energy and environmentally beneficial transactions."" Ex-Im has been doling out money to politically connected green energy companies such as Solyndra, First Solar, the big Spanish firm Abengoa  ??  just to name a few. In the case of Solyndra, in June 2011, ""the Ex-Im Bank provided $10.3 million in renewable express financing for the California-based Solyndra's Solar exports to Belgium."" Solyndra: Only a ""smidgen"" of the cronyism and corruption   behind President Obama's clean-energy junk loans   Over two years ago, I unleashed The Green Corruption Files, with my first report entitled, Department of Energy ?Junk Loans? and Cronyism, whereas the emphasis at that time was the report that was released by the Committee on Oversight and Government Reform, which ?painted a startling picture of mismanagement at the Department of Energy.? The most damaging is that of the 27 loan guarantees under the 1705 program, of which the DOE doled out in excess of $16 billion, ?23 of the loans were rated ?Junk grade? due to their poor credit quality, including Solyndra, while the other four were rated BBB, which is at the lowest end of the ?investment? grade of categories.? ?? Within the pages of the House Oversight report, are disturbing charges ?? backed up with corroboration ?? that range from poor to disastrous management, to bias and favoritism, as well as wasteful spending, in some cases a series of DOE violations, and how the DOE touted ? misleading job creation statistics.? Even so, the DOE has come under fire by other federal watchdog agencies, especially since their loan programs were significantly expanded under the American Recovery and Reinvestment Act of 2009, which was meant to stimulate the economy and create jobs. But since the Solyndra story broke, it has become clear that Energy Department's loan program has stimulated the pockets and secured jobs for those with access and influence to the Obama White House and the Democratic Party, especially the wealthy. Winners were those with meaningful political connections to the president and other high-ranking Democrats and/or their green cronies ?? in many cases to both and in some cases to multiple ?friends,"" with Majority Leader Harry Reid tied to five, which I unveiled last November. Political buddies that primarily comprise of Obama's campaign backers, bundlers, top donors as well as liberal allies. Adding to the mix are members of the president's former Job Council; those that helped craft the 2009 economic stimulus package; and at least a dozen inside the Energy Department, and we find a much bigger scandal. Needless to say,   in early 2012, I wasn't the only one screaming about the Energy Department ""junk bond portfolio"" and the obvious cronyism surrounding these risky deals. Sharyl Attkisson, the longtime CBS reporter, in January 2012, took on the Obama administration's clean-energy failures and corruption, including Solyndra, only to be ""stonewalled."" The New York Post, in their recent and chilling review of her bombshell book, Stonewalled: My Fight for Truth Against the Forces of Obstruction, Intimidation, and Harassment in Obama?s Washington, noted the following: Attkisson mischievously cites what she calls the ?Substitution Game?: She likes to imagine how a story about today?s administration would have been handled if it made Republicans look bad. In green energy, for instance: ?Imagine a parallel scenario in which President Bush and Vice President Dick Cheney personally appeared at groundbreakings for, and used billions of tax dollars to support, multiple giant corporate ventures whose investors were sometimes major campaign bundlers, only to have one (or two, or three) go bankrupt . . . when they knew in advance the companies? credit ratings were junk.? But still, President Obama, just before the 2012 election, when a Colorado reporter asked him about another failed solar company called Abound, which is also connected to one of his   billionaire fundraisers, Mr. Obama made this denial: ""And these are decisions, by the way, that are made by the Department of Energy, they have nothing to do with politics...? Politics Above All   Solyndra, once the poster child for the president's clean-energy crusade, quickly morphed into the template for Obama's green corruption scandal: political payback, costing taxpayers at least $570.4 million.  Yet most concluded a long time ago that Solyndra was only the tip of the iceberg. And while Solyndra is dead, these DOE deals had  everything  to do with politics ?? even as  billions have already been flushed down the Eco-toilet, tens of billions are still at risk, and all under the guise of ""saving the planet."" Sadly, due to the president's Ebola Czar choice, pundits and politicians have equated Ebola with Solyndra ?? although temporarily. Meanwhile the Democrats, in their quest to stay in power,   have hijacked this horrifying epidemic to wage war against the Republican Party in an election that will take place in a few days. Worse, the White House continues to play politics with Ebola, and his crony pick of Mr. Klain that carries with him the reputation as a ""fixer"" for top Democrats, is more evidence that President Obama continually places politics above what's right for America. In the case of Solyndra, it was using taxpayer money to reward his wealthy cronies, but this time it's the health of American citizens, which is much more fatal. So, at the end of the

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

day, we can only hope and pray that this deadly disease will have a similar fate as Solyndra, which was demolished down to some glass tubes, and soon be wiped off the face of the planet. SIDE NOTE: These reports are worth reading: #1) The  ""August 2012  Solyndra Investigation"" (The Solyndra Investigation)  means the Energy and Commerce Committee Report,  The Solyndra Failure, which is the culmination of the committee's 18-month investigation into the failed loan guarantee to the now-bankrupt solar panel manufacturer. Click here to read the report called  The Solyndra Failure, and click  here  to read the press release. This investigation includes the following hearings"

 "March 17, 2011:  Oversight of DOE Recovery Act Spending"
 "June 24, 2011:  OMB's Role in the DOE Loan Guarantee Process"
 "September 14, 2011:  Solyndra and the DOE Loan Guarantee Program"
 "September 23, 2011:  From DOE Loan Guarantee to Bankruptcy to FBI Raid: What Solyndra's Executives Knew"
 "October 14, 2011:  Continuing Developments Regarding the Solyndra Loan Guarantee"
 "November 17, 2011:  The Solyndra Failure: Views from DOE Secretary Chu"

 "#2) March 20, 2012 House Oversight Report :  The Department of Energy?s Disastrous Management of Loan Guarantee Programs #3)  2012 Internal DOE Email Dump"" is reference to the  October 31, 2012 House Oversight Committee report; Update on Committee?s Oversight of the DOE Loan Guarantee Program: New Emails Show President Obama, Senior Administration Officials Misled American People about Role of President and White House in Program (see  Memorandum,  Appendix I  and the  350+ page Appendix II). Posted by Christine Lakatos at 11:52 AM No comments: Email ThisBlogThis!Share to TwitterShare to FacebookShare to Pinterest Labels: 2014 Midterms, Ebola, Ebola Czar, green corruption, Obama Green Cronies, Ron Klain, Solyndra Older Posts Home Subscribe to: Posts (Atom)"

 The US Debt Clock

 Visit USADebtClock.com to learn more!

 DONATE NOW!

 "The Green Corruption Files launched April 28, 2012: Total Pageviews"

 228953

 "October 21, 2014: Watchdog.org Links to The Green Corruption Files"

 "Two years later, feds still eyeing Steyer and Musk companies -- By Tori Richards"

 "October 17, 2014: Washington Free Beacon Exposes Abengoa Again"

 Based on Green Corruption Tip...

 "October 7, 2014: Christine Lakatos is honored to follow Allen West in an inteview with AACONS"

 "The Dem's ""Cash for Climate Change"""

 "September 24, 2014: Christine Lakatos was live on RIGHT SIDE PATRIOTS on CPR Worldwide Media"


 Thank you Diane Sori and Craig Andresen!

 "September 17, 2014: The Green Corruption Files found...."

THE BOOK OF TESLA: Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"...Inside the work of Roy W. Spencer PhD / Climatologist, Author, former NASA Scientist"

THE MISSION

"  Since late 2009, we?ve been exposing the Obama Regime?s clean-energy dirt ?? aligned with the Left as well as those with political ""access and influence"" ?? proving that this green energy scam is at least the largest, most expensive and deceptive case of crony capitalism in American history. Stay tuned as we expose one chunk of this scheme at a time... For those not familiar with The Green Corruption Files: In short, since 2010, I?ve been tracking the $150 billion (so far) that this administration has spent on green (clean, renewable, alternative) energy ?? President Obama?s ""save the planet slush fund."" More thoroughly, I've followed the money: the $32B that was doled out via the DOE loan program, of which the loans as well as the billions in 1603 stimulus grants, special tax breaks and various programs were used as political payback, crony capitalism, and corporate welfare. In April 2012, I launched this blog, publishing over 60 posts. Also, in the mix, from June 2012 to March 2014, I collaborated with Marita Noon, energy columnist and Executive Director at Energy Makes America Great. Ms. Noon has written about 25 stories based on my research, however, ""together we have covered Obama?s Green-Energy Crony-Corruption Scandal more extensively than any other single outlet."" An array of popular conservatives such as Rush Limbaugh, Michelle Malkin, Jerome Corsi, John Hinderaker (Power Line), John Ransom, Jim Simpson, Daniel Greenfield (FontPageMag.com), and others have cited our work ?? sometimes multiple times. On May 6, 2014, James Delingpole at Breitbart London, linked to The Green Corruption Files in his piece, ""OBAMA'S LAST SHOT ? CLIMATE CHANGE ? AND WHY IT'S DOOMED TO FAIL."" Meanwhile, in July 2014, a ?green corruption tip? ended up becoming a bombshell piece by Lachlan Markay of the Washington Free Beacon ?? which was later ?spotted? at the House Financial Services Committee website. Even conservative organizations and online media outlets have cited my blog or featured my work. Those include World Net Daily, The Minority Report, National Review Online, Townhall.com, Reason Foundation, Accuracy in Media (AIM), Institute for Energy Research, Real Clear Energy, John Locke Foundation, GOP USA, Fox Nation, The Daily Caller, PJMedia, California Political News and Views, and the Patriot Action Network (PAN). The Green Corruption Files has been found (sometimes regularly) at the Alliance for Wise Energy Decisions (AWED), RedState.com, NetRightDaily, the Heartland Institute, Canada Free Press, Liberty Voice, New Hampshire News, Hawaii Free Press, Natural News, EPA Abuse, OurMoney.Net, MyGovCost.org, and many more. We've been interviewed for print and radio shows such as the Rodger Hedgecock Show, African American Conservatives (AACONS), Right Side Patriots, the David Madeira Radio Show, The American Free Press (the EU Times), The Daily Caller, and others.?? NOTE: See side panel of The Green Corruption Files for these and much more... Christine Lakatos, a writer for Blogcritics Magazine, is the founder of The Green Corruption Files, which was basically born as a concerned citizen to take on a big and corrupt government ?? emerging as a well-respected citizen journalists. Lakatos is a Christian, and the mother of two wonderful daughters. Her extensive background as an ACE Certified Fitness Trainer, with over 30 years experience in the health and fitness industry, includes authoring the amazing fat loss program for women and girls of all ages, My Diva Diet ?? eventually to be unleashed as a Fitness Superhero cartoon and video game. Lastly (but not the entire story), she is a retired bodybuilder and fitness competitor with quite a few titles under her belt (see website), including a competitor on American Gladiators in 1990."

"August 1, 2014: My work ""spotted"" at..."

the House Financial Services Committee site

"July 31, 2014 WFB Bombshell Piece by Lachlan Markay"

"June ""TIP"" from The Green Corruption Files"

"July 28, 2014 Link to ""Clean Energy; Dirty Money: Green Corruption in Review"""

Alliance for Wise Energy Decisions (AWED)

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"July 13, 2014 Green Corruption Files @ Doug Ross Journal"

Climate & Energy / SolarCity: Subsidizing the Left?s ?green? millionaires and billionaires...

"July 7, 2014: Red State links to The Green Corruption Files...again!"

Marita Noon: More taxpayer dollars for green energy?

"June 4, 2014: The Green Corruption Files (""greenbacks"") makes AIM Report"

States Can Stop EPA?s War on Coal by James Simpson

"May 6, 2014: The Green Corruption Files cited by James Delingpole at Breitbart London"

OBAMA'S LAST SHOT ? CLIMATE CHANGE ? AND WHY IT'S DOOMED TO FAIL

About James Delingpole

"April 30, 2014: Fox News star takes on 'Dirty Harry' Reid"

The Green Corruption Files cited again by World Net Daily

"April 20, 2014: THE EPIC HYPOCRISY OF TOM STEYER"

The Green Corruption Files linked by John Hinderaker...again

"April 18, 2014: The Green Corruption Files cited in WND EXCLUSIVE by Jerome Corsi"

Democrats awash in 'green' energy deals on public land

"April 17, 2014: The Green Corruption Files linked by James Simpson @ WND"

CLINTON/OBAMA CRONIES BEHIND BUNDY SHOWDOWN

"April 12, 2014: The Green Corruption Files at The Minority Report"

Senator Harry Reid?s Chinese Connection and over $3 Billion in Green Energy Corruption

"April 12, 2014: The Green Corruption Files linked on Liberty Unyielding By J.E. Dyer"

"Nevada standoff: Yes, it?s solar-industry cronies (but NOT the Chinese)"

"March 22, 2014: PowerLine EPIC takedown of WaPo"

By John Hinderaker sources The Green Corruption Files

"March 8, 2014: MyGovCost.org links to The Green Corruption Files"

Blowing the Budget in the Wind

February 2014: Obama?s Wreckovery

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Green Corruption Files cited by Michelle Malkin

Green Corruption made it Inside The Limbaugh Letter

December 2012 Issue / Page 14

December 2012 Issue

"Green Graft: Fifty failures, Green Corruption blog lists a total of 50 Obama green-energy busts: 23 bankrupt and 27 teetering. As of 10/23/12, at least $15 billion in ""green"" taxpayer money is either going or gone, most funneled to Obama Democrat cronies."

The Other Obama Scandals

By Rush Limbaugh / Green Corruption Inside

The Green Corruption Files...

...also at The Strident Conservative

"April 2012 -- Green Corruption: Department of Energy ?Junk Loans? and Cronyism, Part One"

"""Extraordinary in-depth expose' of the incredible extent of the green energy scandal. It goes so far beyond Solyndra that you'll be shocked."" April 26, 2012 Dave Nalle, Chair of the Republican Liberty Caucus and editor at Blogcritics Magazine"

Popular Posts

Green Alert: Tracking President Obama's green energy failures
"DECEMBER 2012 UPDATES    At the end of September, Marita Noon and I began to expose the various failures of Obama?s green-energy expend..."
"Abengoa Atrocities, the Sequel: California Mojave Solar Project is ?dangerous,? engineers assert"
PHOTO provided by   Power Technology.com   My last bombshell blog post chronicled the Spanish conglomerate Abengoa that snagged ...
Underneath Senator Harry Reid?s Clean-Energy Dirt: Career politician directly linked to over $3 billion in green energy stimulus loans
"Two months ago, on the Senate floor, the Majority Leader Harry Reid rambled on suggesting that instead of considering ?the latest Republica..."

"March 10, 2014: Wealthy environmentalists push Democrats to lean-in to green energy"

Green Corruption also at Canada Free Press

26-Feb-14

Christine Lakatos from the Green Corruption Files joined David to talk making green from green energy.

"February 26, 2014: The Green Corruption Files cited at PowerLine by John Hinderaker"

"""The disgraceful Harry Reid, one of America?s most corrupt politicians, a man who has mysteriously gotten rich as a public employee, is losing his grip..."""

THE BOOK OF TESLA: Copyright, and original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"January 17, 2014: Green Corruption cited at Liberty Voice"

Global Warming Causes Global Spending: Follow the Money

"December 26, 2013: Podesta to carry out the Obama Doctrine"

The Green Corruption Files work on NetRightDaily

"December 3, 2013: Green Corruption Research ""Sourced"" in Reason Foundation Report"

"Policy Brief: Stimulating Green Electric Dreams ? Lobbying, Cronyism and Section 1705 Loan Guarantees"

November 2013: The Green Corruption Files cited by Jerome Corsi

WND EXCLUSIVE U.N. milks 'warming' claim to spend half-trillion-plus...

"June 11, 2013: The Green Corruption Files Special Gig on AACONS Radio Broadcast"

Interview with Marita Noon & Christine Lakatos

"May 27, 2013: Green Is The New Red"

Posted by EU Times on

"May 25, 2013: ""GREEN TRANNY"" by Victor Thorn of American Free Press"

Marita Noon & Christine Lakatos were interviewed for this hard-hitting piece

"February 15, 2013: Report: Frickin? Fracking Could Ruin Everything for Leftist Activists"

"Green Corruption cited by John Ransom, Columnist at Townhall Finance"

February 2013: Wall Street Walks on the White House

Green Corruption also found at the Heartland Institute

"January 6, 2013: FrontPageMag.com Links to our August 2012 Abengoa Research"

Top Dem Steered $150 Million in Govt Loans to Spanish Company / By Daniel Greenfield

"November 6, 2012: Natural News cites The Green Corruption Files"

Widespread bankruptcy of Obama-backed green energy companies continues as state of economy worsens

"November 5, 2012: Institute for Energy Research sources The Green Corruption Files"

Obama?s Green Energy Debacle Solar Posted

"October 30, 2012: We made it on Fox Nation"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

As Many As Fifty Obama-Backed Green Energy Companies Bankrupt Or Financially Troubled

"October 31, 2012: We made it on John Locke Foundation research division newsletter"

Obama's Green Energy Failure List

"October 31, 2012: We made it on GOP USA"

Looks Like Solyndra Isn't the Only Obama-backed Company Going Under

"October 30, 2012: The Daily Caller cites Green Corruption"

Clean Misses

"October 16, 2012: Green Corruption Research makes it on Real Clear Energy"

Obama's Green 'Jobs' Promise: 355 and Counting

"July 23, 2012: PJ Media cites Green Corruption"

Ex-Im Bank Approves Loan to Another Greendoggle with Obama Connections

"From June 2012 to March 2014: Marita Noon, Townhall.com Columnist..."

On Board with The Green Corruption Files

The Green Corruption Files also found here

"Green-Energy Crony-Corruption Scandal: ""Our partnership with researcher Christine Lakatos has been one of our most popular initiatives"""

Green Corruption started in the summer of 2010...

"...since late 2009, we've been following the green energy money, and while this blog was launched in 2012, I began unleashing my findings in the summer of 2010. Obama?s Political Payback: Green Corruption - Part OneAlarmingly, our environment has been hijacked by uber-rich individuals, crooked politicians, and an assortment of left wing extremists who are fueled by greed and power attached to a radical agenda to bring about ""global governance,"" ?redistribute the wealth,? and put the progressive movement ?? big government, social justice and the death of capitalism ?? on the fast track. Under the guise of ?saving the planet,? these players, who are all interconnected in a variety of ways, are transforming our climate into something more sinister ?? a scam of epic proportions. Obama?s Political Payback: Green Corruption ?? Part Two Green Corruption: The Plot Thickens "

"Solyndra is just the tip of this ""CORRUPT"" iceberg."

"June 2012: Isaa: Crony Capitalism for Obama's Green Energy ""Donor Buddies"""

June 2012: GREEN JOBS Obama Labor Dept. and the Green Jobs Scam

April 2012: Lakatos: The Obama ?Green? Corruption?Dollar by Dollar

"""Finally, someone has done the job of itemizing the massive transfer of your taxes to Obama cronies, donors and Democrat party supporters. Now that we can see it, we find most of the firms that received tax dollars were

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

poor investments BEFORE the money was given them. For example:"

"March 31, 2012: Gene J. Koprowski of The Daily Caller Interviews Christine Lakatos"

Obama energy officials funded solar firms despite ?junk bond? ratings...

"March 31, 2012: The Daily Caller Excerpt..."

"Even more damning allegations, which suggest that former Obama administration officials and campaign bundlers received a sizable share of those federal funds, are now surfacing. Christine Lakatos, a researcher and conservative writer who has followed the emerging scandals for several years at the blog Green Corruption, told TheDC the administration is engaging in ?crony capitalism with ?green? dollars.? Lakatos claimed the scandal goes deeper than Rep. Issa and his investigators have detected. She said companies linked to contribution ? bundlers? from President Obama?s 2008 campaign received about 80 percent of the ?green energy? loans made by the Energy Department during the last three years. The Daily Caller piece by Gene Koprowski"

"March 31, 2012: Green Corruption makes it on Yahoo News"

"Obama energy officials funded solar firms despite ?junk bond? ratings from S&P, Fitch"

The Green Corruption Files also found at...

"Liberty Voice, December 19, 2013: ?Climate Change Science: A Culture of Egos, Greed and Cronyism? New Hampshire News, August 8, 2013: ?GreenCorruption.com: Mascoma among Obama's biofuel buddies

"Net Right Daily, August 9, 2013: ?Green energy often a very bad investment
"Hawaii Free Press, January 23, 2013: ?Kahuku Windfarm Loan Timed to Boost IPO, Avoid Jail
"Natural News, November 6, 2012: ?Widespread bankruptcy of Obama-backed green energy companies continues as state of economy worsens
"EPA Abuse, November 6, 2012: ""Busting Open Obama?s DOE Den of Deception

"OurMoney.Net, October 11, 2012: Romney to Obama: ?You pick the losers? California Political News and Views, May 4, 2012: ?Lakatos: Green Corruption: Department of Energy ?Junk Loans? and ... ....and many more places."

2011: Peter Schweizer and Sean Hannity discussing the Green Energy Cronyism

"Obama 2010: ""The True Engine Of Economic Growth Will Always Be Companies Like Solyndra"""

"Christine Lakatos I am THE Green Corruption Blogger-- check it. I'm a Christian, mother of two awesome daughters, a Conservative, and I love animals. My REAL job is fitness expert, and I have a self-published diet book for women and young girls called My Diva Diet, and I'm in the process of developing the Super Fit KIDS USA Cartoon. Lastly, I'm a retired bodybuilder and fitness competitor, and back in 1990 I was a contender on American Gladiators, and I have the YouTube clip to prove it -- By A Hair  View my complete profile"

2010 Midterms

My Diva Diet: A Woman's Last Diet Book

How DOE staff and Public Policy Staff in Washington Were Bribed:      "How DOE staff and Public Policy Staff in Washington Were Bribed: Jack Abramoff: The lobbyist's playbook Jack Abramoff, the notorious former lobbyist at the center of Washington's biggest corruption scandal in decades, spent more than three years in prison

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

for his crimes. Now a free man, he reveals how he was able to influence politicians and their staffers through generous gifts and job offers. He tells Lesley Stahl the reforms instituted in the wake of his scandal have had little effect. --------------------------------------------------------------------------- The following is a script of ""The Lobbyist's Playbook"" which aired on Nov. 6, 2011. Jack Abramoff may be the most notorious and crooked lobbyist of our time. He was at the center of a massive scandal of brazen corruption and influence peddling. As a Republican lobbyist starting in the mid 1990s, he became a master at showering gifts on lawmakers in return for their votes on legislation and tax breaks favorable to his clients. He was so good at it, he took home $20 million a year. Jack Abramoff: Inside Capitol corruption How corrupt is lobbying in Washington, DC? Enough to get ""60 Minutes"" correspondent Lesley Stahl angry when she hears how Jack Abramoff bribed and influenced legislators. It all came crashing down five years ago, when Jack Abramoff pled guilty to corrupting public officials, tax evasion and fraud, and served three and a half years in prison. Today he's a symbol of how money corrupts Washington. In our interview tonight, he opens up his playbook for the first time. And explains exactly how he used his clients' money to buy powerful friends and influence legislation. Jack Abramoff: I was so far into it that I couldn't figure out where right and wrong was. I believed that I was among the top moral people in the business. I was totally blinded by what was going on. Jack Abramoff was a whiz at influencing legislation and one way he did that was to get his clients, like some Indian tribes, to make substantial campaign contributions to select members of Congress. Abramoff: As I look back it was effective. It certainly helped the people I was trying to help, both the clients and the Republicans at that time. Lesley Stahl: But even that, you're now saying, was corrupt? Abramoff: Yes. Stahl: Can you quantify how much it costs to corrupt a congressman? Abramoff: I was actually thinking of writing a book - ""The Idiot's Guide to Buying a Congressman"" - as a way to put this all down. First, I think most congressmen don't feel they're being bought. Most congressmen, I think, can in their own mind justify the sum. Stahl: Rationalize. Abramoff: --rationalize it and by the way we wanted as lobbyists for them to feel that way. Abramoff would provide freebies and gifts - looking for favors for his clients in return. He'd lavish certain congressmen and senators with access to private jets and junkets to the world's great golf destinations like St. Andrews in Scotland. Free meals at his own upscale Washington restaurant and access to the best tickets to all the area's sporting events; including two skyboxes at Washington Redskins games. Abramoff: I spent over a million dollars a year on tickets to sporting events and concerts and what not at all the venues. Stahl: A million dollars? Abramoff: Ya. Ya. Stahl: For the best seats? Abramoff: The best seats. I had two people on my staff whose virtual full-time job was booking tickets. We were Ticketmaster for these guys. Stahl: And the congressman or senator could take his favorite people from his district to the game-- Abramoff: The congressman or senator uh, could take two dozen of his favorite people from their district. Stahl: Was all that legal? Ira Rosen is the producer. Abramoff: We would certainly try to make the activity legal, if we could. At times we didn't care. But the ""best way"" to get a congressional office to do his bidding - he says - was to offer a staffer a job that could triple his salary. Abramoff: When we would become friendly with an office and they were important to us, and the chief of staff was a competent person, I would say or my staff would say to him or her at some point, ""You know, when you're done working on the Hill, we'd very much like you to consider coming to work for us."" Now the moment I said that to them or any of our staff said that to 'em, that was it. We owned them. And what does that mean? Every request from our office, every request of our clients, everything that we want, they're gonna do. And not only that, they're gonna think of things we can't think of to do. Neil Volz: Jack Abramoff could sweet talk a dog off a meat truck, that's how persuasive he was. Neil Volz was one of the staffers Abramoff was talking about. He was chief of staff to Congressman Bob Ney, who as chairman of the House Administration Committee had considerable power to dispense favors. Abramoff targeted Volz and offered him a job. Stahl: You're the chief of staff of a powerful congressman. And Jack owns you and you haven't even left working for the congressman. Volz: I have the distinct memory of, you know, negotiating with Jack at a hockey game. So we're, you know, just a few rows back. The crowd's goin' crazy. And Jack and I are havin' a business conversation. And, you know, I'm-- I'm wrestlin' with how much I think I should get paid. And then five minutes later we're-- he's askin' me questions about some clients of his. Stahl: When you look back was that the corrupting moment? Volz: I think we were guilty of engaging in a corrupt relationship. So there were several corrupting moments. There isn't just one moment. There were many. Abramoff: At the end of the day most of the people that I encountered who worked on Capitol Hill wanted to come work on K Street, wanted to be lobbyists. Stahl: You're telling me this, the genius of figuring out you could own the office by offering a job to the chief of staff, say. I'm having two reactions. One is brilliant. And the other is I'm sick to my stomach. Abramoff: Right. Evil. Yeah. Terrible. Stahl: 'Cause it's hurting our country. Abramoff: Shameful. Absolutely. It's the worst thing that could happen. All parts

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of the system. Stahl: I'm mad at you. Abramoff: I was mad at me-- Stahl: I'm not kidding. I'm not kidding. Abramoff: Look I did things and I was involved in the system I should not have been in. I'm ashamed of the fact I was there, the very reason why now I'm speaking about it. And now I'm trying to do something, in recompense, is the fact that I thought it was-- it was wrong of me to do it. One of the offices he keyed on was that of his good friend, the Majority Leader Tom Delay, eventually hiring his deputy chief of staff and his press secretary, and going into business with Delay's chief of staff. Stahl: Did you own his staff? Abramoff: I was as close to his staff as to any staff. I had a very strong personal relationship with a lot of his staff. Stahl: How many congressional offices did you actually own? Abramoff: We probably had very strong influence in 100 offices at the time. Stahl: Come on. Abramoff: No. Stahl: A hundred offices? Abramoff: In those days, I would view that as a failure. Because that leaves 335 offices that we didn't have strong influence in. Stahl: Did he own you? Bob Ney: Oh, I don't believe Jack Abramoff owned me. But were we involved in the culture of corruption together? Absolutely. Former Republican Congressman Bob Ney was ambitious and looked at Abramoff as a way to build alliances with the White House and the majority leader. Ney: I wanted to be speaker of the House and Jack Abramoff was the beautiful light of day for me to get to the person who I had had some conflicts with, Tom Delay. Abramoff began inviting Ney on golf trips including one to Scotland and to his restaurant Signatures, where Ney was given food and drinks on the house, a violation of the congressional gift limit laws. Ney says he was hardly the only one crossing the line. Ney: But I will still tell you, at that point in time, in order to get a drink at Signatures you had to shove White House staffers of George Bush the heck away from the bar. And it was packed with people. And there were members. Now that doesn't mean everybody did everything for Jack. But if you wanna talk about strict interpretation of violation of the-- of-- of the laws of drink and food, Katey bar the door, she was wide open, two shotguns blarin'. After months of taking handouts, Ney was approached by Neil Volz, his former chief of staff, by then a lobbyist for Abramoff. Volz: I just shown man and I'm sorry... Volz asked Ney to insert some language into a reform bill that would give a backdoor license to an Indian casino owned by one of Abramoff's clients. You often hear about lobbyists getting special secret deals for their clients like this. It's an insidious technique that Abramoff perfected. Abramoff: So what we did was we crafted language that was so obscure, so confusing, so uninformative, but so precise to change the U.S. code. Stahl: Here's what you tried to get tacked on to this reform bill. Abramoff: Yeah. Stahl: ""Public law 100-89 is amended by striking section 207 (101 stat. 668, 672)."" Abramoff: Right. Now isn't that obvious what that means? It was perfect. It was perfect. Stahl: So that's what you tried to get inserted? Abramoff: Yes. Stahl: And that was gonna provide for a casino? Abramoff: Yes. Stahl: And who on earth is gonna know that? Abramoff: No one except the chairmen of the committees. Stahl: Who stuck it in there? Abramoff: Yes. Stahl: And that's one of the things you used to do? Abramoff: Yes. Stahl: And it was deliberately written like that? Abramoff: Precisely. Yes. Stahl: And that's done a lot? Abramoff: Members don't read the bills. Stahl: You didn't even know what it

was

  for? Ney: Had no idea. And then when we got the written language-- Stahl: Well-- why didn't you know what it was for? Ney: I didn't-- I didn't care. Stahl: Oh! Ney: It was a great big shell game. And I was in the middle of it, whether, you know, knowing or not. I-- I was dumb enough to not say, ""What's this thing do  " Ney would eventually serve 17 months in federal prison, the only congressman who was ever charged in the scandal. But Abramoff says that there were many other members that did his bidding that could have been charged. Stahl: Was buying favors from lawmakers easy? Abramoff: I think people are under the impression that the corruption only involves somebody handing over a check and getting a favor. And that's not the case. The corruption, the bribery, call it, because ultimately that's what it is. That's what the whole system is. Stahl: The whole system's bribery? Abramoff: In my view. I'm talking about giving a gift to somebody who makes a decision on behalf of the public. At the end of the day, that's really what bribery is. But it is done everyday and it is still being done. The truth is there were very few members who I could even name or could think of who didn't at some level participate in that. Abramoff prided himself on being a man who did good. He was devoutly religious and exorbitantly charitable and he says he gave away 80 percent of his earnings. When he fell from grace, his reputation was in tatters because it was not just that he had corrupted Congress - it was found he had cheated his clients, like the Indian tribes. Abramoff: Most of the money I made I gave away, to either communal or charitable causes. So I thought frankly I was one of the most moral lobbyists out there. Things began to unravel for Abramoff when the Washington Post published a largely unflattering portrait of him in 2004, reporting that he charged his clients 10 times more than any other lobbyist in town. Abramoff: My first response was, ""What's the big deal? I don't understand what this is about. This is what lobbyists do. What he didn't understand was the part that said he and a

THE BOOK OF TESLA, Copyright : to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

former aide to Tom Delay had overbilled four of his Indian casino clients by $45 million. In the end, he was brought up on federal charges of tax evasion and ripping off Indian tribes. On the day he went to court and pled guilty, Abramoff looked grim. The judge sentenced him to four years. Stahl: I really think what you were doing was-- was subverting the essence of our system. Abramoff: Yes. Absolutely right. But our system is flawed and has to be fixed. Human beings populate our system. Human beings are weak. Stahl: And you preyed on that? Abramoff: I did. I was one of many who did. I did. And I'm ashamed of that fact. He was sent to a medium security facility in Cumberland, Maryland. When he was released last June, he began working as an accountant at a kosher pizza parlor. Turns out Jack Abramoff was broke, partly because he is paying off nearly $24 million in restitution to the Indian tribes. Today he lives in his old house in Maryland with his wife, five children and the two doberman pinschers Mrs. Abramoff bought to protect the family while he was away. After the scandal, Congress instituted a package of reforms, making what Abramoff did - like plying members of Congress with free expensive meals - illegal. But he doesn't see the new reforms as being very effective. Abramoff: The reform efforts continually are these faux-reform efforts where they'll change, they'll tweak the system. They'll say, ""You can have a meal with a congressman if they're standing up, not sitting down."" Stahl: Is that serious? Or are you joking? Abramoff: Oh no, I'm not joking at all. Stahl: So, it's okay if you pay for lunch as long as you stand up? Abramoff: Well, it's actually worse than that. You can't take a congressman to lunch for $25 and buy him a hamburger or a steak of something like that. But you can take him to a fundraising lunch and not only buy him that steak, but give him $25,000 extra and call it a fundraiser. And have all the same access and all the same interaction with that congressman. So the people who make the reforms are the people in the system. Stahl: Could you do the same thing today? I'm asking you whether you think the system's been cleaned up? Abramoff: Could do the same thing that I? Yeah. No, the system hasn't been cleaned up at all. Stahl: At all. Abramoff: There's an arrogance on the part of lobbyists, and certainly there was on the part of me and my team, that no matter what they come up we, we're smarter than they are and we'll overcome it. We'll just find another way through. That's all. He says the most important thing that needs to be done is to prohibit members of Congress and their staff from ever becoming lobbyists in Washington. Abramoff: If you make the choice to serve the public, public service, then serve the public, not yourself. When you're done, go home. Washington's a dangerous place. Don't hang around. Former Congressman Bob Ney now works part-time as a radio host. His former chief of staff Neil Volz is currently working as a night janitor at a Florida restaurant. And Jack Abramoff has written a memoir called ""Capitol Punishment."" ? 2011 CBS Interactive Inc.. All Rights Reserved. Read more: http://www.cbsnews.com/8301-18560_162-57319075/jack-abramoff-the-lobbyists-playbook/ #ixzz1czFLMSme"/how-doe-staff-and-public-policy-staff-in-washington-were-bribed/   11/4/2014    THE EDITORS & WIKI MEMBERS  Uncategorized  "Boycott Tesla, Bribery, bribes, Corruption, Dept. of energy, DOE Corruption, Elon MUsk, gao investigation, Iron Man, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, solyndra, solyndra = fisker, solyndra = tesla, Solyndra Real Estate, Solyndra scandal, Solyndra tax fraud, solyndra-car, solyndra-mobile, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tesla, tesla announces, Tesla motors, washington corruption investigation"   publish reddit: Array    original_post_id: 278    OPH_original_pub_date: 2013-05-08 15:12:57

  App Authentication Flaw Creates Tesla Motors Hack Concern. Your Tesla can spy on you and drive you off the road on command.        "App Authentication Flaw Creates Tesla Motors Hack Concern. Your Tesla can spy on you and drive you off the road on command. While Elon Musk has admitted to the New York Times that he can spy on any Tesla at any time, personally, the story gets worse: The Tesla Model S is such an advanced automobile it even comes with its own mobile authentication vulnerability. According to George Reese, Senior Distinguished Engineer and Executive Director of Cloud Computing at Dell, there?s a flaw in the REST API used in Android and iPhone apps that connect to the car. While he stresses one cannot crash the car with this, one could cause excess electrical usage and force excess wear on batteries. (ED. At the DEFCON hacker conference, though, other hackers demonstrated a system to take over the GPS which could be used to crash the car by suddenly turn inputs or cruise control bursts. To be safe, have your GPS and all transceiver chips removed from the car.) He notes that ?[a]uthentication happens when you call the /login action with the email address and password of the Tesla customer. This is the same email address and password used to log in to www.teslamotors.com. Every customer has one because this web site is where the customer builds their car.? He then cites five vulnerabilities: ?It requires the sharing of the user?s password with third-parties (major); no mechanism exists for cataloging applications with active tokens (significant); Only an inconsistent blunt-force mechanism exists for revoking access to a compromised application (moderate); No mechanism exists for revoking the access of a compromised

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

application (major); The automated expiration of tokens in 3 months encourages applications to improperly store your email and password (significant). By Robert Vamosi --------------------------------------------

In another Tesla failure, the doors of the car can be electronically hacked to not only lock you out of your car but LOCK YOU IN YOUR CAR. There are a number of published complaints online about the ongoing lock-in of Tesla owners. K.G. - Dallas

  "The perfectly healthy person that suddenly falls over dead on a crowded commuter platform, bus, subway or on the street, may have been the victim of a high-tech hit-man. Using either a modified Taser, a portable Medtronic defibrillator in a backpack or a motorcycle battery and large capacitor, the attacker runs insulated wires out to highly shielded spiked pads on their finger-tips and simple touches the target, in a certain way, and the victim is silently, undetectably dead from an apparent heart attack. Emergency medical technicians will tell you that they are trained to never shock a person with a ""defib"" unless they are already flat-lined. Doing so to a live person will kill them. Sometimes the hit-man is waiting for the target in their home, hidden in the basement or attic, to do the deed while they are in the shower, or sleeping. The newly spotlighted knowledge of these types of political kill-jobs has police re-examining cold-cases and families signing exhumation orders to look for possible indicators. Although very hard to find, unless you are looking for certain specific trace aspects, science may have made the ""undetectable"", detectable. New tests, for certain chemical elements that the brain and organs release into the system during a heart attack can now be found with state-of-the-art equipment. Entry and exit points, of the electrical occurrence, may also leave skin and cellular modifications that can now be detected.   "

  "Rajeev Motwani | FamousDEAD - Famous Dead, Celebrity Deaths .."

  "Death Summary: Rajeev Motwani was found dead in a swimming pool on Friday June 5, 2009 from an apparent drowning. The news of Motwani's death hit blogosphere pretty hard."
  famousdead.com/rajeev-motwani/
  famousdead.com

  What was the cause of the death of Rajeev Motwani?

  "On Friday, Rajeev Motwani, a renowned Stanford University professor and computer scientist, passed away at his home in what appears to be a tragic accident."
  askville.amazon.com/death-Rajeev-Motwani/AnswerViewer.do?requ...
  askville.amazon.com

  Motwani's death due to 'accidental drowning'

  "The death of Rajeev Motwani, India-born Stanford professor and the mentor and adviser of founders of top internet firms like Google and PayPal, was a case of accidental drowning, police said on Friday, ruling out any murder possibility."
  deccanherald.com/content/14330/motwanis-death-due-accident...
  deccanherald.com

  "Rajeev Motwani, a Professor Behind Google, Dies at 47 ..."

  "Rajeev Motwani, a Stanford computer science professor and an investor in technology start-ups who mentored many young Silicon Valley entrepreneurs, including the founders of Google, died on Friday at his home in Atherton, Calif. He was 47. The cause of death was being investigated ..."
  nytimes.com/2009/06/11/business/11motwani.html
  nytimes.com

  Rajeev Motwani - Obituaries | Death Notices | Newspaper ...

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Rajeev Motwani, 47, the Stanford University computer science professor who mentored Google's co-founders when they were graduate students, has died from a freak accident at his Atherton home."
legacy.com/obituaries/mercurynews/obituary.aspx?pid=...
legacy.com

Rajeev Motwani - Fanoos

"Rajeev Motwani was the mentor of students Sergei Brin and Larry Page, two brilliant students, who founded Google. On the 5th of June 2009, Rajeev Motwani was found dead in his swimming pool, the death of Rajeev Motwani was deemed as an accident as he apparently did not know how to swim well."
fanoos.com/world/rajeev_motwani.html
fanoos.com

Motwani's death a case of accidental drowning: Police - NDTV

"Washington: The death of Rajeev Motwani, India-born Stanford professor and the mentor and adviser of top internet firms like Google and PayPal, was a case of accidental drowning, police said on Friday, ruling out the possibility of any murder."
ndtv.com/article/diaspora/motwani-s-death-a-case-o...
ndtv.com

Rajeev Motwani found dead in pool - Thaindian News

"Rajeev Motani passed away on Friday, June 5. His body was found floating in the swimming pool, in the backyard of his house in Atherton. Apparently, the reason of the death is drowning as has been stated by Stanford University."
thaindian.com/newsportal/tech-news/rajeev-motwani-found...
thaindian.com

"Rajeev Motwani, Google founder's mentor, dead - Rediff.com ..."

"The celebrated Stanford professor, Rajeev Motwani, known worldwide for mentoring and advising founders of the companies like Google and PayPal, has died in a freak drowning incident. The news of his death has sent shock waves throughout the Silicon Valley and the tech world globally, as he was known"
rediff.com/www/money/2009/jun/08google-founder-mento...
rediff.com

Rest In Peace ® Remembering Rajeev Motwani

"Rajeev Motwani, Professor of Computer Science at Stanford University, passed away on June 5, 2009. He is survived by his wife, ... I am deeply saddened by the sudeen death of Rajeev who was an extraordinary personality in computer science."
web.stanford.edu/~ashishg/cgi-bin/RememberingRajeev/?p=1&c...
web.stanford.edu

Silicon Valley Grieves Rajeev Motwani's Passing | TechCrunch

The news of Professor Rajeev Motwani's untimely death on Friday afternoon spread quickly throughout the couple of hundred attendees of tonight's TechFellow event in San Francisco.
techcrunch.com/2009/06/06/silicon-valley-grieves-over-ra...
techcrunch.com

Investigation pending on death of Stanford computer science ...

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Atherton police on Sunday said they are waiting for an autopsy before investigating the apparent accidental drowning death of Rajeev Motwani, a Stanford professor who inspired the co-founders of Google and influenced a generation of computer scientists."
mercurynews.com/ci_12541606
mercurynews.com

Valley investor and Google adviser Rajeev Motwani mourned - CNET

"This post was updated on Monday, June 8, with Motwani's correct age, as well as the cause of death and names of surviving family members. Condolences are pouring out over the Internet as news spreads that Rajeev Motwani, a Stanford University computer science professor and well-known Silicon ..."
cnet.com/news/valley-investor-and-google-adviser-r...
cnet.com

Articles that mention Rajeev Motwani -Avashya - India Web 2.0 ...

The death of Silicon Valley's 'super uber connector' leaves hole in tech ecosystem ... Rajeev Motwani Brilliant computer scientist who mentored the founders of Google * Buzz up! * Digg it * Bobbie ... Read Full Article Comment ...
avashya.com/topic/profile/rajeev-motwani/
avashya.com

Police probe into Google mentor Rajeev Motwani awaits autopsy

"WASHINGTON - US police is waiting for an autopsy before investigating the apparent accidental drowning death of Rajeev Motwani, IIT-educated, Stanford professor who inspired the co-founders of Google and influenced a generation of computer scientists."
news.gaeatimes.com/police-probe-into-google-mentor-rajeev-mo...
news.gaeatimes.com

Hot News: Rajeev Motwani was death on last Friday

"Rajeev Motwani (The famous Stanford professor,), known international for mentoring and advising founder of many companies ex Google and PayPal etc, has died in a freak-drowning event."
newyug.blogspot.com/2009/06/rajeev-motwani-was-death-on-last-...
newyug.blogspot.com

What is the story behind Rajeev Motwani's death? - Quora

Answer 1 of 1: You've been watching too many crime dramas. Why would Motwani commit suicide? He had a blood alcohol content of 0.26 when he died.
quora.com/What-is-the-story-behind-Rajeev-Motwanis-...
quora.com

Rajiv Motwani - HimHo

"Rajeev Motwani was a prominent member of Silicon Valley. The death news of the great man, Rajeev Motwani spread quickly among the cheerful audience of Tech Fellow event in San Francisco and the mood of the event shifted from the cheerful atmosphere to a great silence and grief."
himho.com/rajiv-motwani/
himho.com

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Rajeev Motwani, one of the leading computer scientists in the ..."

"Rajeev Motwani, one of the leading computer scientists in the world, dies in an ... Atherton police Sunday said they are waiting for an autopsy before investigating the apparent accidental drowning death of Rajeev Motwani. P.S. you don't need a ""head wound"" to knock yourself ..."

Andrew Breitbart's death to be reviewed by L.A. County ...

"The Los Angeles County coroner's office will review the death of conservative blogger Andrew Breitbart, who collapsed and died Thursday while taking a nighttime walk near his Westwood home."
latimesblogs.latimes.com/lanow/2012/03/andrew-breitbart-death-revi...
latimesblogs.latimes.com

No Answers in Death of Technician Linked to Andrew Breitbart ...

"In the early afternoon of April 18, 2012, Michael Cormier, an autopsy technician at the Los Angeles coroner's office, drove himself to Kaiser Permanente Hospital complaining of heart and stomach pain and diarrhea."

thedailybeast.com/articles/2012/11/30/no-answers-in-death-o...
thedailybeast.com

Andrew Breitbart death | anniversary | Remembrance

"Two years ago today, Andrew Breitbart died. The entire conservative blogosphere was in shock, and even some opponents of Andrew, such as Eric Boehlert of Media Matters, paid their respects."
legalinsurrection.com/2014/03/remembering-andrew-breitbart-2-ye...
legalinsurrection.com

Now a witness to Breitbart's death vanishes

"A private investigator has been unable to find the only eyewitness to the sudden death of media innovator and conservative activist Andrew Breitbart. The apparent disappearance of Christopher Lasseter, who says he saw Breitbart drop to the sidewalk in front of a restaurant, adds to ..."
wnd.com/2012/05/now-a-witness-to-breitbarts-death...
wnd.com

Andrew Breitbart: Death of a Douche | | Rolling Stone

Andrew Breitbart speaks at a 'Cut Spending Now' rally at the conservative Americans for Prosperity 'Defending the American Dream Summit.'
rollingstone.com/politics/news/andrew-breitbart-death-of-a...
rollingstone.com

The Life and Death of Andrew Breitbart - NYTimes.com

The conservative blogger Andrew Breitbart died just as he was building his own mini-empire of conservative opinion and infotainment.
nytimes.com/2012/04/15/business/media/the-life-and-de...
nytimes.com

Andrew Breitbart 's Cause of Death Revealed - The Hollywood ..

"Andrew Breitbart died of natural causes with no signs of illicit or prescription drugs in his body and his blood

alcohol level at .04 percent--a negligible amount and the result, no doubt, of him enjoying some wine at a bar near his home about an hour before his unexpected death."
  hollywoodreporter.com/news/andrew-breitbart-cause-of-death-hear...
  hollywoodreporter.com


What Really Killed Andrew Breitbart? The Likely Cause of ...

"The sudden death of a youngish media celebrity in the early hours of the morning can usually be counted on to provoke a torrent of salacious speculation from LA's ravenous media gossip mill. The passing of Andrew Breitbart last Thursday was no exception. Breitbart, who died at 43, was a conservative"
  alternet.org/story/154463/what_really_killed_andrew_br...
  alternet.org


Liberals celebrate death of Andrew Breitbart ...

"As news broke this morning of the tragic death of conservative journalist Andrew Breitbart, liberals celebrated the news on Twitter. The most influential tweet came from Slate's Matt Yglesias (@mattyglesias), who tweeted: ""Conventions around dead people are ridiculous."
  washingtonexaminer.com/liberals-celebrate-death-of-andrew-breitb...
  washingtonexaminer.com


Andrew Breitbart death sparks conspiracy theories | The ...

Andrew Breitbart's unexpected death on Thursday has sparked a swift outpouring of grief and remembrances-- but also the inevitable conspiracy theories about the timing of the outspoken conservative's demise.
  news.yahoo.com/blogs/cutline/andrew-breitbart-death-spar...
  news.yahoo.com


What a coincidence! Breitbart's coroner dead from arsenic ...

"The unexpected death of conservative commentator Andrew Breitbart just got a whole lot more mysterious. Only two months after Breitbart's passing, the coroner that investigated the cause of death may have succumbed to arsenic poisoning."
  rt.com/usa/coroner-arsenic-death-breitbart-456/
  rt.com


Andrew Breitbart Cause of Death - The Huffington Post

"The conspiracy theory about the death of conservative commentator Andrew Breitbart just got juicier -- that is, if you're willing to make a few leaps ..."
  huffingtonpost.com/news/andrew-breitbart-cause-of-death/
  huffingtonpost.com


Reporting the death of Andrew Breitbart - TVNewser

"The death of Andrew Breitbart, at the age of 43, came as a shock in TV newsrooms across the country. Breitbart, who suffered from heart problems, collapsed while walking in his Brentwood, CA neighborhood."

  mediabistro.com/tvnewser/andrew-breitbart-dead_b114429
  mediabistro.com


Coroner: Breitbart Died of Heart Failure - Breitbart News Network

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"The office of the Los Angeles County coroner has completed its investigation into the death of Andrew Breitbart on March 1, and has confirmed that he died of natural causes, namely heart failure."
 breitbart.com/Big-Government/2012/04/20/Coroner-Andrew-...
 breitbart.com

"¯ Trail of Death: Breitbart Coroner Turns Up Dead, Arsenic ..."

 It's the latest twist in the case of Andrew Breitbart's untimely death that will surely fuel increased speculation into possible foul play - in both cases.
 infowars.com/breitbart-coroner-turns-up-dead-before-fi...
 infowars.com

 Andrew Breitbart Cause of Death -- Heart Failure | TMZ.com

 "Andrew Breitbart died of heart failure stemming from coronary disease, this according to the L.A. County coroner's office. A spokesman for the coroner's office says there were minute traces of alcohol in his system, but has ruled no foul play and closed the case."


# Shallow Analysis Deems DOE Electric Vehicle Loans a Success

 "Shallow Analysis Deems DOE Electric Vehicle Loans a Success Submitted by Paul Chesser on Mon, 07/08/2013 Popular automotive Web site?s attempt to set the record straight on the degree of success and failure of the Department of Energy?s Advanced Technology Vehicles Manufacturing loan program was well-intentioned, but missed the mark on several points and overall gave the initiative far too much credit. Jalopnik.com contributor Patrick George was pointed in the right direction when he characterized DOE?s boastful Loan Program Office as ?rosy,? but more accurate descriptors would be ?excessive? and ?unrealistic.? It?s clear his analysis was one of an automotive enthusiast and reviewer, rather than someone who regularly watchdogs government with a skeptic?s eye and knows how bureaucrats fudge and exaggerate numbers to claim credit for their politician bosses. As NLPC has reported often, DOE ? before a taxpayer-backed bank check was ever issued to an electric automaker ? has made absolutely unbelievable claims about jobs, fuel savings and carbon dioxide emission reductions that were to be realized as a result of their loans. ?The Energy Department?s rosy website claims the government?s Advanced Technology Vehicle Manufacturing loan program has ?created or saved? 37,000 jobs,? George wrote. ?A Jalopnik analysis of the current states of the five companies involved shows that this number is technically true, but not the way the government tells it.? George gave DOE far too much credit. Even now, after more than three years for most of the projects, the Loan Program Office can?t be bothered to update statistical expectations even though two of the companies (Fisker Automotive and Vehicle Production Group) are non-operational and on the verge of bankruptcy. No one should take the agency seriously if it doesn?t even attempt to correct the record for the projects it manages. Even the original exaggerations were obvious. For example, DOE claimed the $5.9 billion loan guarantee issued to Ford Motor Company (the largest recipient in the ATVM program) made possible the conversion of ?nearly 33,000 employees to green manufacturing jobs,? with an alleged 509,000 cars ?off the road,? 268 million gallons of gasoline ?displaced? annually, and 2.38 million tons of carbon dioxide avoided. This miraculously occurred with Ford?s refurbishment of a few manufacturing plants. Rather than simply deliver the derisive laughter that Ford and DOE deserve, George asked a company spokeswoman what ?converting jobs? means. He was told that the loan guarantee helped ?retain? 33,000 workers for new roles. ?For example, Michigan Assembly Plant used to be a truck plant,? the Ford spokeswoman explained. ?It is now the world?s first factory to build not only fuel-efficient gas-powered small cars, but also three versions of electrified vehicles - battery electric, hybrid and plug-in hybrid vehicles - all in one place.? That seemed good enough for George, who expressed mild skepticism that only went so deep. ?Though it is unlikely that 33,000 Ford employees would be out of work without the loan,? he reasoned, ?they are now in new roles manufacturing more efficient vehicles, which was indeed the goal of the program.? True, of course, but George

left so much unaddressed. First, the very claim that it was only because of the U.S. government that 33,000 auto manufacturing jobs were ?saved,? at a perfectly healthy company, was just brazen lying. The appropriate response should be, ?What do you take us for ? idiots?? But there was so much more beyond that. The only reason the administration launched the program, and that Ford was willing to accept the loan, is that the federal government created a heightened regulatory scheme that exacted greater vehicle fuel economy in the first place. The automotive market has shown little demand for electric vehicles, at least to justify the extensive financing and construction that automakers have undertaken. What little sales there have been were goosed only by subsidies and tax breaks. And even with that, the claims about gas displacement, avoided carbon dioxide and gas-powered cars ?off the road? were created out of thin air and likely supplied by Ford itself to justify the loan, which in turn gave DOE a sales pitch to the public for the program. The Congressional Budget Office has determined that the overall $7.5 billion in subsidies for electric vehicle production will have little or no benefit on gas consumption or emissions avoidance. Even now, with the Focus Electric that Ford doesn?t seem to care about selling, the numbers haven?t been modified. The truth is, as Car and Driver reported in November, is that many companies have put barely enough alternative vehicles on the market just so they can comply with government-mandated Corporate Average Fuel Economy (CAF   ) standards. The automakers incur huge penalties for failing to bring up the average gas mileage for the vehicles they sell up to federal demands. On the other hand, with the taxpayer subsidies like Ford enjoys, the car companies get much of the expenses for the lousy-selling EVs in their lineups covered. ?In many cases this is intentional,? Car and Driver reported, ?with automakers building EVs to satisfy regulators and leasing a limited number of loss-making vehicles in California and a handful of other states.? Another ATVM loan program beneficiary, Nissan, has acknowledged the strategy. After admitting mistakes in trying to promote its all-electric, poor-selling Leaf ?like Altimas,? vice president for sales Al Castignetti became more realistic. ?We?ve pulled back a little bit and are telling our dealers, ?You don?t market this car traditionally,? he told Automotive News. ?No carmaker makes 54.5 miles per gallon without alternative-fuel vehicles,? he said of CAFE. ?Direct-injection engines are not going to get you there.? Nonetheless the DOE Loan Program Office boasts that, as a result of its $1.4 billion backing for a Leaf plant in Tennessee, that 5.7 million gallons of gasoline will be displaced annually, with 51,000 tons of CO2 ?avoided,? 11,000 gasoline-powered cars ?off the road,? and 1,300 permanent jobs created. However, Jalopnik?s George confirmed from a Nissan spokesman that the jobs number is really closer to 300, and the larger number reflects the plant at full capacity. At that level the factory would produce up to 150,000 Leafs and 200,000 battery packs per year, but Nissan has sold only 9,839 Leafs (thanks to extreme discounts on leasing deals) through June, so ?full capacity? is nowhere in sight. It?s not worth rehashing the bogus statistical claims DOE has made (and still maintains on its site) for Fisker ($529 million loan; $193 million paid out) and Vehicle Production Group ($50 million loan), since their downfalls mean the stats have been essentially zeroed out. So between those two and Ford and Nissan?s unsupportable claims, George had one DOE loan recipient left to demonstrate that its job claims are ?technically true:? Tesla Motors. George argued that the company?s $465 million loan enabled the luxury automaker owned by Paypal billionaire Elon Musk (in photo with President Obama) enabled it to grow to 4,000 employees, surpassing the 1,500 that DOE claimed credit for on the Loan Program Office Web site. According to George a Tesla spokeswoman told him, ?the ATVM loan did contribute to our abilities to grow our workforce.? Maybe that?s true, but in Tesla?s and Musk?s case, it?s just a matter of deciding how to use money and debt at their disposal. The CEO, who is also head of SolarCity and out-of-this-world private travel company SpaceX, would have almost infinite options of where to draw financing from, if he decided not to use his own fortune (and what rich person would do that when he can use other peoples? money?). So grabbing hold of a cheap interest, government-backed loan for Tesla would be a no-brainer ? but Musk didn?t need it. Therefore as for the ?success? that George gives Tesla credit for, none of it is attributable to the DOE loan because it could have been achieved without putting U.S. taxpayers? money at risk. And so far the jury is still out on Tesla?s success: the company announced its first profitable quarter ever a couple of months ago, but it was largely because it was able to sell California emissions credits to other auto companies who were not in compliance with the state?s strict mandates. So again, there are far more losers than winners in a market distorted by government meddling. Nevertheless George gives DOE credit for the creation of 4,000 jobs by Tesla and 33,000 jobs ?retained? by Ford, because that was the program?s ?intent.? Thus he concludes that despite inaccuracies in the details, the ATVM program?s claim of 37,000 jobs is accurate. This is the kind of thing the White House will seize upon as ?proof? of its policy ?successes,? while ignoring the unpleasant details. ?But the Energy Department could stand to be a lot more honest and transparent with the taxpayers who are backing these loans, and that includes no longer telling us everything is stellar with VPG and Fisker,? George wrote. ?The

Obama Administration is still trying to have an ?an unprecedented level of openness in Government,? right?? At least we can agree on that. Paul Chesser is an associate fellow for the National Legal and Policy Center and publishes CarolinaPlottHound.com, an aggregator of North Carolina news."/shallow-analysis-deems-doe-electric-vehicle-loans-a-success/  11/2/2014        THE EDITORS & WIKI MEMBERS    Uncategorized   "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Dept. of energy, diane feinstein, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley,
 Iron

  Man, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LIBOR SCANDAL, Senator Upton, solyndra, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, Throw Them All Out, TSLA, washington corruption investigation"   publish
 reddit: Array    original_post_id: 562   kopa_fastnewslight_total_view: 1        OPH_original_pub_date: 2013-07-08 21:31:22

  Obama Adminstration Goes Down Hard on Cheryl Attkisson: WAR!     "Obama Administration Press Office front organization ""Media Matters""   and ""Gawker Media"" (Which operate covertly as undisclosed operations for the Obama Press Office for media hit jobs)   has launched a scathing internet carpet bombing attack on Sharyl Attkisson in an attempt to character assassinate her in retribution for her book: STONEWALLED. Interestingly enough, her book is about how the Obama Administration Press Office manipulates the media. The ""Media Matters"" attacks pretty much prove her point! Ironically, the Media Matters attacks are full of lies and false spin about facts that have been clearly proven in GAO, Federal Senate Investigations and national investigative news broadcasts. All the points that the Media Matters attacks are trying to use to attack Attkinsson are stated erroneously by Media Matters in order to make her look bad. Attkinsson associates say they are ready to go on a live CNN broadcast with the heads of ""Media Matters"", and go over each and every point that Media Matters raises. Said one associate: ""I am betting a year's salary that Media Matters doesn't have the balls to do it!"" Reporters, tired of political smear campaigns against their associates, are joining together in a bi-partisan effort to counter such attacks. Attkisson Site:  http://sharylattkisson.com/ Political Payback Site: http://www.paybackpolitics.org This time ALEC, thousands of investigative reporters and Sharyl were ready for the Gawker and Media Matters tactics. Dan Lunder - NY Feed"/obama-adminstration-goes-hard-cheryl-attkisson-war/
  """...Are these the kind of people you want in office? People who use their stealth attack operations of Gawker Media and Media Matters to attack American's for the crimes of Free Speech?..."""


  Sharyl Attkisson: Media Matters May Have Been Paid To Attack ...

  "BRIAN STELTER, CNN: On the flip side you've been treated harshly by some on the left who say you are presenting a conservative bias. You have these dueling impressions of you. Is there truth to that? How do you feel when you heard that? SHARYL ATTKISSON: I do think, again, that's a campaign by ..."
  realclearpolitics.com/video/2014/04/20/sharyl_attkisson_media_m...
  realclearpolitics.com


  Media Matters Attacks Sharyl Attkisson For Outing Them For ...

  "Apr 21, 2014 Comments Off Chuck Biscuits. Excerpted from Media Matters: Former CBS reporter Sharyl Attkisson is augmenting her campaign to paint herself as a victim of liberal media bias with conspiratorial and false attacks on Media Matters."
  patdollard.com/2014/04/media-matters-responds-to-sharyl-...
  patdollard.com


  Sharyl Attkisson Suggests Media Matters Was Paid for Propaganda Attack...


  sharylattkisson.com/trending/terrorist-attacks
  sharylattkisson.com

THE BOOK OF TESLA  Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Sharyl Attkisson Says Obama Hackers Attacked Her Computer To ...

"Sharyl Attkisson, the former CBS reporter, claims that Obama-backed hackers staged a cyber attack against her ? but is she telling the truth
inquisitr.com/1579136/sharyl-attkisson-obama-hackers/
inquisitr.com

Sharyl Attkisson's Compelling Gripe Against CBS News Over ...

"Sharyl Attkisson's compelling gripe against CBS News over Benghazi coverage. Share on Facebook. Share on Twitter. Share on Google Plus. ... As she's working on a story about the attacks, this happens: ""So for the second time in five days, ..."
washingtonpost.com/blogs/erik-wemple/wp/2014/10/29/sharyl-at...
washingtonpost.com

Sharyl Attkisson Investigation Benghazi Attacks | Video | C ..

"Sharyl Attkisson talked about the investigation into attacks on the U.S. Consulate in Benghazi, Libya, following a series of House hearings on the subject earlier in the week."
c-span.org/video/?315165-4/sharyl-attkisson-investig...
c-span.org

"CBS rejects, Media Matters attacks Sharyl Attkisson's claim ..."

## *Obama Subsidized Electric Car Company Tesla Investigated for Fires*

"ttp://frontpagemag.com/2013/dgreenfield/obama-subsidized-electric-car-company-tesla-investigated-for-fires/ Obama Subsidized Electric Car Company Tesla Investigated for Fires November 22, 2013 By Daniel Greenfield Tesla has some big problems. This month it posted a loss of $38 million and its shares fell 16%. On top of that, it?s got battery issues. The company, which got $465 million from Obama, makes electric cars which depend on wiring together 7,000 laptop batteries together. This is just as clumsy and unwieldy as a solution as it sounds. For one thing, laptop batteries are expensive. And it?s a clunky solution. Obama donor Elon Musk, who got his buddy to trash the space program to give his Space X company a shot at the market, is talking up some giga solution, but for the moment Tesla can?t be much more than a niche company for people who like to waste money to have a car they can use as a talking point in California. Obama?s battery factory push has failed. Musk is probably thinking that he can pry some more taxpayer cash out of Obama to build a battery factory, like the ones that Obama already subsidized. Considering Obama?s appetite for doing favors for donors, he?s probably right. But that doesn?t mean it will work. And meanwhile an investigation just opened into Tesla over its battery fires. (Apparently wiring together thousands of laptop batteries to power a car isn?t that great of a solution.) The National Highway Traffic Safety Administration said it would launch a formal investigation into recent fires that destroyed two Tesla Motors Inc. Model S electric cars that had run over metal debris. ?The agency?s investigation was prompted by recent incidents in Washington state and Tennessee that resulted in battery fires due to undercarriage strikes with roadway debris,? the agency said in a statement. The probe would determine whether the vehicle has a defect that makes it dangerous to operate and could result in a recall and remedy. Over a five-week period, two Model S sedans burned after hitting large pieces of metal on the highway in the U.S. Neither driver was injured. NHTSA declined to open an investigation after the first incident. There was a third fire in Mexico reported after a high-speed crash. Musk then did what he does best, court publicity and make loud statements of dubious accuracy. Tesla Chief Executive Elon Musk claimed that the automaker requested the investigation to refute fears that electric cars were more prone to fires than other vehicles. But the NHTSA disputed that, saying its decision was an independent process. ?In regards to Tesla, the agency notified the automaker of its plans to open a formal investigation and requested their cooperation,? the agency said, ?which is standard agency practice for all investigations.? So Musk went on to suggest that Tesla?s rep was the only thing

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

that could save mankind from extinction. ?If a false perception about the safety of electric cars is allowed to linger, it will delay the advent of sustainable transport and increase the risk of global climate change,? Musk wrote in a post to his blog on the Tesla website Monday night. Err okay. No doubt, Obama can fix this for him after the next OFA fundraiser. Tesla fans will crow that the company repaid its debt and that it?s unfair to call it government subsidized. It?s no longer Obama subsidized, that?s true. It still however is government subsidized. Tesla didn?t generate a profit by selling sexy cars, but rather by selling sleazy emissions ?credits,? mandated by the state of California?s electric vehicle requirements. Absent this shakedown of potential car buyers, Tesla would have lost $57 million, or $11,400 per car. As the company sold 5,000 cars in the quarter, though, $13,600 per car was paid by other manufacturers, who are going to pass at least some of that cost on to buyers of their products. Folks in the new car market are likely paying a bit more than simply the direct tax subsidy. So basically if you buy a real car in California, you?re subsidizing Tesla?s crony capitalist vehicles for celebs. This makes Musk?s campaign for direct sales hypocritical. He?s only against restrictive government monopolies that hurt consumers when he?s not the one profiting from them. More to the point, Tesla doesn?t have a business model for selling cars, but for selling emission credits. Tesla isn?t a car company. It?s an ecoscam rent-seeking company using the Global Warming myth to profit from government regulation and confiscation. Like a lot of eco businesses, it exists to profit from Global Warming regulations, rather than to sell a product on its own merits."


 The Dianne Feinstein Investigation

"The Dianne Feinstein Investigation-   ---------------------------------------------------

U.S. Government Vs. Senator C. and Does 1-20 Tonight Al Jazeera ripped Feinstein's colleague, one Mr. Calderone, a new one per an FBI sting operation. He's off to jail soon.   You can see the movie about his crimes on America Tonite. Will he roll over on Feinstein and the Senate bribes-for-laws program? It is early in the game and pleas are only just getting discussed. Ms. Feinstein has some movies out too: http://www.youtube.com/watch?v=-r6qsQNURow https://www.youtube.com/watch?v=-r6qsQNURow PLUS http://www.carandsenatormovie.com Says Feinstein: ""I can't believe I keep getting away with all this shit but they never shut me down so screw it, I'm sad all the way to the bank"" Edward A.- NYG
-------------------------------------------------------------------------------

[caption id=""attachment_8583"" align=""aligncenter"" width=""269""] Tesla: 45500 Fremont Blvd., Fremont, CA 94538 and Solyndra: 47488 Kato Road, Fremont, CA, 94538 Feinstein's ex-staff & lobbyists work there now.Former Feinstein staffer now on staff at a major investigative group. TA- http://www.youtube.com/watch?v=JRa1b24ptQs -------------------------------------------------------------------------------------

Who is Dianne Feinstein? If you were in the Senate and you had been involved in corruption things, you would want to try to get yourself on the Senate Intelligence Committee so you could use, and monitor, agency information and resources to make sure nobody found out about the corruption things you and your husband were doing. Let?s take Dianne Feinstein and her husband Richard Blum and his CBRE and vast other stealth companies and funds. When she was mayor of San Francisco, the San Francisco newspapers were rife with charges of corruption and cronyism about her. Her associate, Roger Boas, went to federal prison for corruption in City Hall AND for child prostitutes. Police reports show that he used child prostitutes plus sent prositutes out to buy favors for City Hall corrupt winner/loser rigged selections. She personally interceded in getting Solyndra funded from taxpayer dollars and getting them to build the Solyndra buildings where it benefited her husbands business connections. Her Family made profits off of Solyndra getting picked as a DOE funding ?winner?. http://www.youtube.com/watch?v=Vv86dCW85uw She personally interceded in getting Tesla funded from taxpayer dollars, and getting them to acquire buildings (physically next to Solyndra in the boondocks of Fremont, California) and equipment where it benefited her husbands business connections. Her Family made profits off of Tesla getting picked as a DOE funding ?winner?. Guardian staff report that her husband has made multiple trips to Mongolia transporting cash for deals and now holds business interests there on mining companies that make materials for electric car batteries and other interests that she fought for bill or budget passage on. They have airport records, travel expense reports and photographs of him in Mongolia meeting with sketchy Chinese and

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Asian Business men. They state that he took suitcases full of cash to Mongolia. Why did Feinstein not properly document this in her disclosures? What intelligence did Blum get near, or to, China? Richard Blum got a group of Silicon Valley VC?s to buy votes, get out the vote for her and push votes to get her on Committee when she was hanging by a thread from previous near-catches of their misdeeds according to a former reporter from ValleyWag. Feinstein wrote laws regarding the Regents of California which benefited her husband. If you web search their names and ?Corruption? or ?Crony? you will find a vast number of stories about all kinds of kickbacks that the Feinstein/Blums have been charged with. And a person like this has acess to all the secret files? When you chart out all of the front companies, fake family trusts under other trusts, Blum offshore accounts in Belize, The Caymans and other interesting places, companies behind other companies between her and Mr. Blum, you have a facade of misdirection and phoney business names that would make any spy envious. Feinstein?s bills and budgets tie back to more false front organizations that benefit her family interests than almost any other person in the Senate per the latest research from The Guardian. If you were someone like that you would certainly try to get yourself on the intelligence committee so you could have the first clue when you were about to get caught and to steer investigations away from your crony deals. You would certainly support domestic phone-tapping because you would order such taps on your public-interest agency enemies like the ACLU and BigGovernment.com and The Schweizer team in order to keep an eye on them. Of course she is fighting on behalf of ongoing domestic spying. It is how she covers her ass. UPDATE: Here is a teeny, tiny selection of the many corruption charges against Feinstein: https://www.sodahead.com/united-states/dianne-feinstein-the-most-corrupt-person-in-congress-routes-even-more-money-to-husbands-firm/question-3651127/ http://capoliticalnews.com/2013/06/03/more-dianne-feinstein-corruption-husband-given-exclusive-to-sell-56-post-offices-6-commission/ http://www.blacklistednews.com/Senator_Feinstein %E2%80%99s_Husband_Stands_to_Make_Millions_from_USPS_Contract/26454/0/38/38/Y/M.html https://vidrebel.wordpress.com/2013/01/06/dianne-feinstein-thy-name-is-corruption/ http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/ http://www.activistpost.com/2013/06/keeping-it-in-family-senator-feinsteins.html http://www.libertynewsonline.com/article_301_33364.php http://newsbusters.org/node/12481 http://foundsf.org/index.php? title=Richard_C._Blum_and_Dianne_Feinstein:_The_Power_Couple_of_California http://www.truth-out.org/opinion/item/19023-sen-feinstein-wants-to-strip-independent-journalists-rights http://www.thenewamerican.com/usnews/crime/item/15579-snopes-misses-larger-story-on-sales-of-post-offices-by-california-sen-feinstein-s-husband-s-company http://ridgecrest.blogspot.de/2007/04/feinstein-corruption-scandal.html http://littlecountrylost.blogspot.de/2007/12/diane-feinstein-corrupt-war-profiteer.html https://spotlightoncorruption.wordpress.com/tag/dianne-feinstein/ http://www.conservapedia.com/Dianne_Feinstein http://dcclothesline.com/2013/01/25/why-america-can-not-trust-the-motives-of-dianne-feinstein/ Greenwald asks: ""What is the relationship between Feinstein's husband's company: CBRE; and the Tesla, Solyndra and other Green Loan Real Estate deals  " and thousands more? How is it even remotely possible that this person is in a public office? D. ? Portland Obs. ??????????????????????? Who do we trust anymore? Didn?t we hire these people to go Washington to serve each individual living in America? Am I confused on the concept? I thought getting elected was like winning the best student award so you could go impress us with great deeds as opposed to winning American Idol where you can go impress us with great greed! Debbie K. ??????????????????????- NUMMI Why did Feinstein and her staff sabotage other companies trying to use NUMMI? What is the relationship between the Comptroller of Fremont California, the Mayor and Feinsteins staff? Elon Musk is on public record, published and recorded in national media, saying that NUMMI is no good for Tesla and a bad choice for Tesla. Why did Feinstein make him flip flop? What is the relationship between NUMMI, the properties adjacent to NUMMI, The adjacent Solyndra property and the real-estate company owned by Feinsteins husband: CBRE? Why do the Feinstein staff that helped get TESLA its taxpayer money now work FOR TESLA? Isn't that illegal? Isn't that unethical? Do the CIA, The NSA and federal investigators have recordings of Feinstein breaking the law? Did Snowden get some of that data in his cache? Is that why Snowden and Greenwald are so comfortable mouthing off to Feinstein? What is going on in that meeting with the City of Fremont insiders that Feinstein's chief of staff headed up and who recorded that on their cell phone? It sounds suspicious. Why did TOYOTA and GENERAL MOTORS say that NUMMI was a ""failed plant""? What was the fire and explosion that the Fremont fire department responded to at the Tesla Nummi plant?.... no, not the second one where the hot metal burned the workers, the earlier one? Why did Feinstein met with UAW representatives and promise them NUMMI jobs if they supported requested issues and then how many UAW jobs did Musk

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

actually keep on site? Why does LinkedIn show a huge number of Tesla H1-B lawyer hires advertised when all workers were supposed to be American's per the U.S. tax dollar funding? There are many more questions the federal investigators are asking, let's keep an eye on this... TDF-H
----------------------------------------------------------------- ?

A Massive Surveillance State?: Glenn Greenwald Exposes   /the-dianne-feinstein-investigation/   10/31/2014
  THE EDITORS & WIKI MEMBERS    Uncategorized   "60 minutes investigation, auto green, autogreenblog.com, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, diane feinstein, Dianne FEinstein, Dianne Feinstein Investigation, Feinstein Investigation, Iron Man, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, mitt romney, NASDAQ: TSLA, Sen. Grassley, Senator Upton, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla motors, Tesla Stock, The Dianne Feinstein Investigation, Throw Them All Out, TSLA, washington corruption, washington corruption investigation"        publish original_post_id: 974
  publicize_twitter_url: http://t.co/0UWwcVFna6 publicize_twitter_url:
    http://t.co/DNE6NBCDt9

  "GLENN GREENWALD: I think Dianne Feinstein may be the most Orwellian political official in Washington. It is hard to imagine having a government more secretive than the United States. Virtually everything that government does,
  democracynow.org/2013/6/7/a_massive_surveillance_state_g?
  Glenn Greenwald
  ?????????????????????????-
  "Now Feinstein is trying to cover her tracks and act like she thinks spying on American?s who were trying to end cronyism was ?unacceptable?. Don?t buy her sudden change of tone. It is all a cover, just like all of her husbands vast network of cover organizations and secret VC kickback networks. If you want to do really big crimes in Washington, you get Feinstein to watch the databases to make sure nobody gets wind of it. It is like the one bank robber that sits in the car to listen to the police scanner during the bank robbery."
  GG
  ?????????????????????????-
  "If Feinstein?s husband turns out to be a spy for China, wouldn?t that just suck the big one? How can she have so many nasty news articles about her online in very detailed stories by very famous journalists and Washington has never held an investigation on her
  Julie Lentin
  ??????????????????????????
  Husband?s Business Ties to China Dog Feinstein ? Los Angeles ?
  "For years, international financier Richard C. Blum?s vast business portfolio has persisted as a nettlesome issue for his wife, Sen. Dianne Feinstein (D-Calif.), a vocal proponent of increased China trade. Three years ago, he vowed to turn over any profits from his China investments to
  articles.latimes.com/2000/oct/20/news/mn-39450
  http://articles.latimes.com/2000/oct/20/news/mn-39450
  ??????????????????????????
  "Ok, Here is the most extreme theory ever, "
  but it is amusing:
  "?Google, Twitter and Facebook are actually spy agency sting operations and were originally created as such. They conduited the money through Kleiner Perkins offices to launder it. They paid Kleiner?s people off by giving them monopolies on the electric car and battery industries and associated mining interests.
  "I saw that on a blog and just had to repost it. How about them Apples? One of the original founders of Twitter is running around saying it wasn?t what he had in mind. Even though they are supposed to be competitors you usually see their ?join? or ?login as? buttons clumped together on other sites and they sell ads for each other secretly. Those ?Google Barges? could just be international waters scrutiny evasion systems. While it sounds

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

crazy, with all the related news coming out this week, it could almost be true.  "

  H.T. -------------------------------------------------------------------------------------------

  Feinstein Corruption Scandal

  "Last week California Senator Diane Feinstein abruptly resigned her position as the chairman and ranking member of the Senate Military Construction Appropriations Subcommittee (MILCON).The MILCON subcommittee is in charge of supervising military construction. The committee also oversees ""quality of life"" issues for veterans, which includes building housing for military families and operating hospitals and clinics for wounded soldiers.During her six years as MILCON leader Senator Feinstein had a conflict of interest due to her husband Richard C. Blum's ownership of two major defense contractors, who were awarded billions of dollars for military construction projects that were approved by Senator Feinstein.That's Billion with a capitol B. My very own California Senator Diane Feinstein may have just hit one out of the park folks. By directing Billions of dollars of our tax dollars to her husbands companies, DiFi may have set a new record for corruption.According to a report compiled by MetroActive a San Francisco area newspaper Diane Feinstein used insider information to direct billions of dollars of military construction projects to companies, URS Corporation and Perini Corporation, that were owned or controlled by her husband."

  "While setting MILCON agendas for many years, Feinstein, 73, supervised her own staff of military construction experts as they carefully examined the details of each proposal. She lobbied Pentagon officials in public hearings to support defense projects that she favored, some of which already were or subsequently became URS or Perini contracts. From 2001 to 2005, URS earned $792 million from military construction and environmental cleanup projects approved by MILCON; Perini earned $759 million from such MILCON projects."

  792 million and 759 million works out to 1.551 Billion dollars. And what portion of this billion and a half dollars did DiFi and her husband pocket?

  "In 2005, Roll Call calculated Feinstein's wealth at $40 million, up $10 million from just a year earlier. Reports show her family earned between $500,000 and $5 million from capital gains on URS and Perini stock. From CB Richard Ellis, her husband earned from $1.3 million to $4 million. Public records show Blum's company paid $4 a share for controlling interest in Perini, and later sold about three million shares for $23.75 each. The report also showed URS' military construction work in 2000 was only $24 million, but the next year, when Feinstein took over as MILCON chair, military construction earned URS $185 million. Additionally, its military construction architectural and engineering revenue rose from $108,000 in 2000 to $142 million in 2001, a thousand-fold increase. In late 2005, Blum sold 5.5 million URS shares, worth $220 million"

  "So a US Senator has used insider information to direct billions of tax payer dollars to her husband's companies and yet I have not seen one word of this in a single antique media outlet. Where is the outrage, where is the indignation, where are CNN, Fox, MSNBC, NBC, ABC, CBS news? And even more importantly where is an investigation by the Senate Rules Committee? Oh wait, Difi is the newly appointed chairman of the Rules Committee so I guess we can rule out an investigtion there. So after pocketing over as much as 300 million dollars as a direct result of her involvement with the MILCON committee DiFi just walks away unscathed? Where is the investigation and where is DiFi's resignation followed shortly by her indictment? Or does that only happen to Republicans? Full information can be found here and here and here."
  ----------------------------------------------------------------------------
  "The federal investigation of DiFi is under deepest security because she keeps pulling the plug on the stings and research in her current position, but multiple agencies are still working the case and now multiple news organizations so her day will come."
  Andrea - LAT
  ----------------------------------------------------------------------------
  "RT, Al-Jezeera and The Guardian are all said to have narrowed their focus onto Feinstein with a blockbuster

THE BOOK OF TESLA : Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

story on her expected from one, or all, soon. Glenn Greenwald has been building an ongoing large-format story on her, and took her on, previously. His story, though, is likely not the same as the Guardian effort.Andrea - LAT"

-------------------------------------------------------
http://www.youtube.com/watch?v=HfyLcXlJRUUhttp://www.youtube.com/watch?v=uiv1Wc2PdM4http://www.youtube.com/watch?v=BsKdJFJtcvIhttp://www.youtube.com/watch?v=G2E7FjZ1VCs------------------------------------------------------------------http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/-----------------------------------------------------------------

Snopes Misses on Story of Collusion Between Sen. Feinstein and ...

"May 31, 2013 ... You are here: HomeU.S. NewsCrimeSnopes Misses on Story of Collusion ... Why , the husband of Senator Dianne Feinstein, that's who! What a  ... www.thenewamerican.com/ usnews/ crime/ item/ 15579-snopes-misses-larger-story-on-sales-of-post-offices-by-californ ia-sen-feinstein-s-husband-s-company


Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...

"Nov 8, 2013 ... Dianne Feinstein's Fake Surveillance Reform Bill ... enforcement from digging through massive NSA databases for evidence of criminal activity. https://www.aclu.org/ blog/ national-security/ dianne-feinsteins-fake-surveillance-reform-bill

Dianne Feinstein and the NSA vs James Madison | Tenth ...

"Oct 25, 2013 ... But, I will give you some tools to resist these criminals ? without relying on people like Dianne Feinstein to do the right thing. Which, by the way,  ... www.tenthamendmentcenter.com/ 2013/ 10/ 25/ dianne-feinstein-and-the-nsa-vs-james-madison/

"An Open Letter to Dianne Feinstein, Head of the Senate Intelligence ..."

"Jun 8, 2013 ... Matthew Aikins on war crimes in Afghanistan ... An Open Letter to Dianne Feinstein, Head of the Senate Intelligence Committee. by Norman  ... original.antiwar.com/ solomon/ 2013/ 06/ 07/ an-open-letter-to-dianne-feinstein-head-of-the-senate-intelligence-co mmittee/

snopes.com: Senator Dianne Feinstein: 'All Vets Are Mentally Ill'?

"Apr 9, 2013 ... Did Dianne Feinstein say that 'All vets are mentally ill and the ... covered by the National Instant Criminal Background Check System or NICS. www.snopes.com/politics/guns/feinstein.asp

"A Comment about the history of dual citizen, Dianne Feinstein ..."

"Aug 5, 2013 ... 1 Dianne Feinstein has funneled over 1 billion in contracts to her ... appropriations subcommittee because of her criminal acts but is still head of  ... jhaines6.wordpress.com/ 2013/ 08/ 05/ a-comment-about-the-history-of-dual-citizen-dianne-feinstein-thanks-t o-n/

Senile Dianne Feinstein's Surreptitious Desert Wilderness ...

"Jan 9, 2013 ... Senator Dianne Feinstein: ?The Modern Jesse James? Congress should be convening a criminal investigation. There is no doubt in my mind  ... www.politicalvelcraft.org/ 2013/ 01/ 09/ senile-dianne-feinsteins-surreptitious-desert-wilderness-protection-a ct-to-block-gold-mining-agenda-21-shutting-down-the-united-states-gol d-mining-bidens-anti-coal-obamas-anti-oil/

Senator Dianne Feinstein continues blatantly lying about ...

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Dec 1, 2013 ... California Senator Dianne Feinstein simply can't help herself, and ... Real criminals aren't affected by background checks that are done by  ... www.bearingarms.com/ senator-dianne-feinstein-continues-blatantly-lying-about-background-c hecks/

Sen. Dianne Feinstein's Gun Control Alchemy | Online Library of ...

"Jan 6, 2013 ... If you check Open Secrets, you will see that Dianne Feinstein took over ... Violent crime in the U.S. is currently at near historic low levels. www.libertylawsite.org/ 2013/ 01/ 06/ sen-dianne-feinsteins-gun-control-alchemy/

Dianne Feinstein's Fake Surveillance Reform Bill | American Civil ...

"Nov 8, 2013 ... Dianne Feinstein's Fake Surveillance Reform Bill ... enforcement from digging through massive NSA databases for evidence of criminal activity. https://www.aclu.org/ blog/ national-security/ dianne-feinsteins-fake-surveillance-reform-bill

Wicked Witch of the West Dianne Feinstein - Government Propaganda

The petition to Charge the Wicked Witch Dianne Feinstein with treason is gaining ground. I would not hold your breath on this as the criminal that occupies the  ... www.government-propaganda.com/wicked_witch-of-the-west-feinstein.html -

Senator Dianne Feinstein - That's My Congress

"Dianne Feinstein [D, CA] for the 112th Congress of 2011-2012, including a recent ... for years without the need of arbitrary imprisonment without criminal charge. www.thatsmycongress.com/senate/senFeinsteinCA112.html

"White House To Stop Spying on Allies, Dianne Feinstein Promises ..."

"Oct 28, 2013... to Dianne Feinstein, chair of the Senate Intelligence Committee and an NSA supporter, ... It's a War Criminal policy supported by both parties. www.zerohedge.com/ news/ 2013-10-28/ white-house-stop-spying-allies-dianne-feinstein-promises

Question: Will Dianne Feinstein Investigate Her Own Leak Of ...

"Sep 27, 2013 ... Question: Will Dianne Feinstein Investigate Her Own Leak Of Classified Info? ... It does not seem to matter what crimes supporters commit. www.techdirt.com/articles/20130927/16020924681/

Dianne Feinstein's gun control theater - Conservative News

"Jan 24, 2013 ... Dianne Feinstein (D-Calif.) unveiled her ?assault ... Have there been a lot of criminal assaults with belt-fed firearms lately? Enter email for alerts  ... www.humanevents.com/2013/01/24/dianne-feinsteins-gun-control-theater/

[UPDATE] Sen. Dianne Feinstein says Snowden guilty of treason ...

"Jun 10, 2013 ... Dianne Feinstein Monday called self-professed National Security Agency ... and absolute pardon for any crimes he has committed or may have  ... www.upi.com/ Top_News/ US/ 2013/ 06/ 10/ Feinstein-calls-Snowden-a-traitor/ UPI-86781370845139/

Sen. Dianne Feinstein blasts Afghanistan's Karzai over refusal to ...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Dec 1, 2013 ... Dianne Feinstein had strong words Sunday for Afghanistan's ... It's because she is a part of the leftist, criminal, anti-American, socialist, arrogant  ... www.washingtontimes.com/ news/ 2013/ dec/ 1/ sen-dianne-feinstein-blasts-afghanistans-karzai-ov/

Dianne Feinstein Hates You And Everyone You Care About | Redstate

"I don't know what I did to make Dianne Feinstein hate me, but she really does. .... pool shock, red chemicals-that-are-apparently-war-crimes-when-white, and,  ... archive.redstate.com/ stories/ policy/ dianne_feinstein_hates_you_and_everyone_you_care_about

Dianne Feinstein Gun Control Hypocrite - YouTube

"Jan 3, 2013 ... Dianne Feinstein wants to take our guns ahead of the financial ... disarm only those who are neither inclined nor determined to commit crimes . www.youtube.com/watch?v=O_8fkyJC6mw

Dianne Feinstein to make 1 BILLION DOLLARS off US Postal ...

"He just happens to be Dianne Feinstein's husband. The criminals are in control of the world, they make and run the world. They keep getting  ... www.abovetopsecret.com/forum/thread980653/pg1

Sen. Feinstein's Proposed Bill Would Incriminate Anyone Speaking ...

"Oct 22, 2013 ... We've seen that Michael Chertoff was the DOJ head of criminal .... http://gawker. com/dianne-feinstein-cant-come-up-with-one-good-defense-of-  ... www.thestateweekly.com/ sen-feinsteins-proposed-bill-would-incriminate-anyone-speaking-agains t-nsas-spying-and-courts/

Sen. Dianne Feinstein Says 'It's Legal to Hunt Humans'

"Mar 9, 2013 ... The latest Democrat misstatement was made by Dianne Feinstein: ... Are we to believe that criminals care about laws against hunting humans? www.politicaloutcast.com/ 2013/ 03/ sen-dianne-feinstein-says-its-legal-to-hunt-humans/

Articles about Dianne Feinstein - Los Angeles Times

"Re ""Hero or criminal?,"" Editorial, June 11, and ""Analyst admits to cyber-spying leaks,"" June 10 Senate Intelligence Committee head Dianne Feinstein (D-Calif.)   ... articles.latimes.com/keyword/dianne-feinstein

Sen. Dianne Feinstein - NRA-ILA | Search

"The nation's total violent crime rate hit an all-time high in 1991. ... Dianne Feinstein, D-Calif., said that she and other gun control advocates are considering a law  ... www.nraila.org/search.aspx?s=%22Sen.%20Dianne %20Feinstein%22

"Sen. Feinstein wants Glenn Greenwald prosecuted - Lawyers, Guns ..."

"Jun 9, 2013 ... Senator Dianne Feinstein, chairwoman of the Senate intelligence ... who appeared earlier on the program, was asked about the criminal report  ... www.lawyersgunsmoneyblog.com/ 2013/ 06/ sen-feinstein-wants-glenn-greenwald-prosecuted

Dianne Feinstein Delivers Postal Profits to Hubby - Townhall Finance

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Page 555  EXHIBIT 91 – Case # 22-cv-1107-TSH, Norcal 9th District

"Nov 4, 2013 ... Dianne Feinstein Delivers Postal Profits to Hubby - Bill Tatro ... Federal law exempting elected federal officials from civil and criminal liability for  ... finance.townhall.com/ columnists/ billtatro/ 2013/ 11/ 04/ dianne-feinstein-delivers-postal-profits-to-hubby-n1735565

Daily Kos: NSA spying scandal: Even Dianne Feinstein finally is ...

"Oct 28, 2013 ... When the surveillance state has lost Dianne Feinstein . ..... committee, and then putting a documented perjurer and known criminal to head it. www.dailykos.com/ story/ 2013/ 10/ 28/ 1251371/ -NSA-spying-scandal-Even-Dianne-Feinstein-finally-is-outraged-and-dem anding-answers

U.S Senator Dianne Feinstein's Husband Selling Post Offices to ...

It called the public relations office at the Postal Service to learn that Feinstein did not secure ?a sweet deal? for CBRE. And FactCheck talked to Feinstein's press  ... www.projectcensored.org/ u-s-senator-dianne-feinsteins-husband-selling-post-offices-friends/ -

snopes.com: CBRE/Richard Blum and USPS

"Oct 23, 2013 ... Does the husband of Senator Dianne Feinstein chair a company that brokers sales of USPS facilities? www.snopes.com/politics/business/blum.asp

EXCLUSIVE: Senator's husband's firm cashes in on crisis ...

"Apr 21, 2009 ... Dianne Feinstein introduced legislation earlier this year to route $25 billion ... The shares were purchased for the going price of $3.77; CBRE's  ... www.washingtontimes.com/ news/ 2009/ apr/ 21/ senate-husbands-firm-cashes-in-on-crisis/ ?page=all

How Dianne Feinstein's Husband Sells Post Office Real Estate to ...

"Sep 25, 2013 ... CBRE is also charged with appraising the fair market value of these properties ... Dianne Feinstein is one of the most shameless, authoritarian,  ... www.libertyblitzkrieg.com/ 2013/ 09/ 25/ how-dianne-feinsteins-husband-sells-post-office-real-estate-to-his-fr iends-on-the-cheap/

Dianne Feinstein Still Dogged by Allegations of Conflicts of Interest

"Jun 6, 2012 ... Specifically, for at least 15 years, Feinstein has appeared to support ... stock, and another $1.3M-$4M from CB Richard Ellis, a global real estate  ... www.breitbart.com/ Big-Government/ 2012/ 06/ 06/ Dianne-Feinstein-Still-Dogged-by-Allegations-of-Conflicts-of-Interest

Letter to Senator Dianne Feinstein | The Nader PageThe Nader Page

"Oct 10, 2013 ... Letter to Senator Dianne Feinstein ... Dear Senator Feinstein, ... C.B. Richard Ellis Group, Inc. (CBRE), the company chaired by your husband,  ... www.nader.org/2013/10/10/letter-senator-dianne-feinstein/

Sen. Diane Feinstein's Husband Selling Post Offices to Cronies on ...

"Sep 25, 2013 ... Diane Feinstein, Richard Blum, is feeding at the Postal Service privatization trough. Blum is the chairman of C.B. Richard Ellis (CBRE) which  ... www.truth-out.org/ news/ item/ 19042-senator-diane-feinsteins-husband-selling-post-offices-to-cronie s-on-the-cheap

Sen. Dianne Feinstein Caught in a Conflict of Interest? - Yahoo Voices

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Jan 13, 2013 ... Most of the citizens served by those four thousand post offices soon to be for sale think Dianne Feinstein's wifely relationship to CBRE's  ... voices.yahoo.com/ sen-dianne-feinstein-caught-conflict-interest-11970899.html

Sen. Dianne Feinstein's Husband Selling Post Offices to His Friends ...

"Nov 8, 2013 ... Dianne Feinstein has never been a favorite Senator of mine. ... CBRE appears to have repeatedly violated its contractual duty to sell postal  ... leisureguy.wordpress.com/ 2013/ 11/ 08/ sen-dianne-feinsteins-husband-selling-post-offices-to-his-friends-che ap/

Privatization Nightmare: Sen. Dianne Feinstein's Husband Selling ...

"Oct 30, 2013 ... Dianne Feinstein's Husband Selling Post Offices to His Friends, Cheap ... CBRE has sold valuable postal properties to developers at prices that  ... www.alternet.org/economy/post-office-and-privatization

Ralph Nader writes Senator Feinstein on potential conflict of interest ...

"Oct 2, 2013... Ralph Nader has written to Senator Dianne Feinstein to express his ... of the contact between CBRE and the USPS to sell postal properties. www.savethepostoffice.com/ ralph-nader-writes-senator-feinstein-potential-conflict-interest-cbre s-sale-post-offices

Feinstein routes government money to firm doing business with ...

"Apr 21, 2009 ... The Washington Times reports that Senator Dianne Feinstein (D-CA) ... The shares were purchased for the going price of $3.77; CBRE's stock  ... www.hotair.com/ archives/ 2009/ 04/ 21/ feinstein-routes-government-money-to-firm-doing-business-with-husband /

Did Feinstein really land her husband billions? - WorldNetDaily

"Nov 11, 2013 ... Dianne Feinstein, D-Calif., stands to reap a windfall from an exclusive ... But CBRE, the world's largest commercial real estate firm, is not owned  ... www.wnd.com/2013/11/did-feinstein-really-land-her-husband-billions/

Oh joy Diane Feinstein's husband behind selling off of Historic Post ...

The California connection is that CBRE is headquartered in Los ... He also happens to be the husband of California Senator Dianne Feinstein. www.democraticunderground.com/10022326804 -

Nader to Feinstein: Stop the USPS Sell Off - Corporate Crime Reporter

"Oct 5, 2013 ... Investigative journalist Richard Byrne has dug into CBRE's and ... titled: Going Postal: U.S. Senator Dianne Feinstein's Husband Sells Post  ... www.corporatecrimereporter.com/news/200/nadertofeinstein10052013/

Senator Feinstein's Husband Stands to Make Millions from USPS ...

"Jun 4, 2013 ... Senator Dianne Feinstein has long been accused of corruption and ... 2011 when the Post Office awarded the CBRE Group Inc. a contract to be  ... www.blacklistednews.com/ Senator_Feinstein %E2%80%99s_Husband_Stands_to_Make_Millions_from_USPS _Contract/ 26454/ 0/ 38/ 38/ Y/ M.html

Daily Kos: Selling off the Post Office: Berkeley calls out Richard Blum

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Dec 1, 2012 ... CBRE advises the USPS on what properties to sell. ... Montgomery Street to One Post Street, the office of California Senator Dianne Feinstein. www.dailykos.com/ story/ 2012/ 12/ 01/ 1165912/ -Selling-off-the-Post-Office-Berkeley-calls-out-Richard-Blum

Activist Post: Keeping It In the Family: Senator Feinstein's Husband ...

"Jun 4, 2013 ... Senator Dianne Feinstein has long been accused of corruption and ... 2011 when the Post Office awarded the CBRE Group Inc. a contract to be  ... www.activistpost.com/ 2013/ 06/ keeping-it-in-family-senator-feinsteins.html

Tesla gets another $34M of your tax $$$ in campaign finance kickbacks.          "Tesla gets another $34M of your tax $$$ in campaign finance kickbacks!!!!! Part of a number of lawsuits currently filed on Tesla note that Tesla books tax giveaways as ""profit or revenue"" instead of selling cars it has made a business out of taking tax money. Today, the State of California revealed that Tesla had received another $34 million in a one-of-a-kind, exclusive kickback of taxpayer money to help a bunch of billionaires who just happened to be the same billionaires that financed the related campaigns! Amazing! DG
p-mm-twitter-tweets-weekends:

## Tesla just got a $30-million tax break

"By Giuseppe Macri- Daily Caller The state of California just approved a $34.7-million tax break for electric car manufacturer Tesla Motors to expand the company?s production capability by another 35,000 additional units per year. As a result, Tesla will be exempt from paying sales and use taxes on its planned purchase of $415 million in new manufacturing equipment, which California estimates will result in a $24-million economic boon to the state?s economy. The California Alternative Energy and Advanced Transportation Financing Authority was the state panel that authorized the tax break. The panel is chaired by California state Treasurer Treasurer Bill Lockyer."
Read more: http://dailycaller.com/2013/12/19/tesla-just-got-a-30-million-tax-break/#ixzz2nyWjWpm9
"-------------------------------------------------------------------------

Since Tesla is still using our tax money, that means all of their internal financial records are available, on request, for public review, right? Dj- --------------------------------------------

The lawsuits against Tesla state that Tesla is pulling funny business with the numbers. Why wouldn't the State of California wait until the NHTSA review is complete, or is this because they know the NHTSA review is going to go south? T- Fresno B ------------------------------------------

Tesla has gotten tax money from California before and they STILL need more cash from the taxpayers? Why can't the Google Guys or Kleiner pay for this instead of the taxpayers? WTF? Dan ----------------------------------------

Google+ Political White House super executives Bill Daley and Larry Summers, both thought to be shoe-ins, shockingly end candidacies at same time as investigations reveal their participation at the time and place that the Google and DOE kickbacks began. Watch the news for more as details evolve.... The net is tightening around the suspects who ran a multi-billion dollar DOE/Google/Election scam: Daley, Summers, Rattner, Emanual, Gibbs, Axelrod. All of whom suddenly quit the White House or high office when investigators let them know what they had on them! Roberts- LA Times, Chicago Office -------------------------------------------

All of them bailed out, at the height of their careers, in a bad economy, when they had the best jobs online already, because of ""information they received"". It made no sense for them to cancel campaigns or jump ship, when they did, unless they knew they were going to be busted. They all issued comments that used the suspicious: ""after careful consideration"" language and the ""spend more time with my family"" smoke-screen phrasing. They all worked at the White House on the illegal ordering of the direction of the DOE funding decisions and

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

they, and their chief of staff's, all met with Google's investors, who benefited the most from the DOE funding decisions. They all are under investigation by multiple organizations for re-routing federal funds to special interests during their White House stint. Ironic? Coincidence? or Crime? Baily Johnson- Times Independent
-----------------------------------------

Bill Daley ends his campaign, former White Chief of Staff. Larry Summers ends his White House nomination campaign at the same time. Two of the most powerful people in politics suddenly bail. Deja Vu.. Yes: Can you say Emanual, Gibbs, Rattner, Axelrod? They find out all of their back-door, insider, communications are on record with NSA, DEA, and many other agencies, who caught them while looking for other crimes. Betty T.- Wall St. J. Stringer --------------------------------------------"

"Elon Musk, ?The Bad Luck Billionaire? First his cars catch on fire, then his solar panels, now his rockets.. What?s a billionaire to do          "Elon Musk's Tesla Motors cars are famous for catching on fire because the highly explosive, and toxic batteries, he used were never meant to be massively packed in a metal box in a car.

 "Then, via Dianne Feinstein, (who funded and took personal gain from both Tesla and Solyndra) (on adjacent plots of land), and Musk got started on a deal for his other company: Solar City, with Solyndra, only to find out that Solyndra's chemistry caused it's solar panels to set the roofs of peoples homes on fire. Then other panels that Solar City was using also began setting homes on fire. You see Solar City had some chemicals in it from Afghanistan called Indium, and other odd names, Musk's Lithium for Tesla also comes from Afghanistan and all of Musk's investment partners and Senators are invested in Afghan mineral mining.. interesting.. huh? Of course Afghanistan also ""blew up"" in every sense of the word."

 "Then Musk has multiple horrible divorces and girl troubles with women who say, really, really bad things about him."

 Then Musk's other Company: Space X has it's rocket blow up.

 "On top of all of this, all of his companies are under government investigations and tons of law-suits."
 "Elon still comes out on stage, the able Huckster, with his ""nothing to see here""-smile and his effective avoidance of all topics related to the failures."

 "Musk's Silicon Valley cartel paid for the campaigns of Obama, Reid and Feinstein in exchange for TARP and DOE cash. How is that working out for those three so far...What's that you say? NOT SO WELL?!"

 With charges that White House Campaign backers are pumping his stocks in order to avoid a stock crash.. one has to wonder how long that can last...

 Tom Devlor- Seattle Tm

 Sessions: SolarCity Might be the Next Solyndra | Western Free ...

 "About Western Free Press. Combining straight news from a wide variety of sources with insightful opinion from our team of writers, Western Free Press has provided daily coverage of political, economic, and social issues

in Arizona and around the nation since 2010."
westernfreepress.com/2013/11/19/sessions-solarcity-might-be-th...
westernfreepress.com


Solar firm linked to Obama donors could be 'next Solyndra ...

"... raising concerns about the company ""becoming the next Solyndra. ... Solyndra, a solar-panel maker touted by Obama, received an estimated $535 million in Energy Department loan guarantees, ..."
foxnews.com/politics/2013/11/20/top-gop-sen-solar-fir...
foxnews.com


"Is SolarCity the Next Solyndra? | Government Waste, Fraud and ..."

"A commentary that asks if SolarCity is the next Solyndra. Government Waste, Fraud and Abuse. Exposing waste, fraud and abuse at all levels of government. Skip to content. ... In recent days the spotlight has been turned on to SolarCity, ..."
wastefraudandabuse.org/is-solarcity-the-next-solyndra/
wastefraudandabuse.org


Smith Electric - The Next Solyndra - TheStreet

"... Smith Electric Vehicles is also dependent on government ... The problem is that Smith could be the next Solyndra. The Kansas City, ... The DOE is sensitive to helping pay for company development after guaranteeing over $500 million loans to solar panel maker Solyndra, ..."
thestreet.com/story/11702254/1/smith-electric--the-next...
thestreet.com


Senator: SolarCity Corp. 'might become the next Solyndra'

"As President Barack Obama's approval ratings sink into an abyss over the troubled roll out of Obamacare, the next Solyndra scandal may be brewing."
digitaljournal.com/article/362497
digitaljournal.com


Subsidizing SolarCity | National Review Online

Subsidizing SolarCity A California solar-panel company could be another Solyndra in the making. By Andrew Stiles. About Author; Archive; Latest; RSS; Send; Follow; Print. Text Comments. 139. Andrew Stiles
nationalreview.com/article/364748/subsidizing-solarcity-andr...
nationalreview.com


"The 'Next Solyndra' - Fox Nation - Hot headlines, opinions ..."

"A California-based solar company backed by several Obama supporters has been receiving millions in federal tax credits while losing $322 million since 2008, raising concerns about the company ""becoming the next Solyndra."" Among SolarCity Corp.'s biggest investors is Elon Musk ..."
nation.foxnews.com/2013/11/20/next-solyndra
nation.foxnews.com


The Next Solyndra? | EPA Abuse

"The Next Solyndra? November 21, 2013 ... raising concerns about the company ""becoming the next Solyndra."" Among SolarCity Corp.'s biggest investors is Elon Musk ? the high-profile donor and fundraiser who

THE BOOK OF TESLA - Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

co-founded PayPal and whose companies SpaceX and electric-car company Tesla Motors ..."
  epaabuse.com/14863/news/next-solyndra/
  epaabuse.com
  perfumeposse.com/2012/11/05/musk-perfume-comprehensive-gui...
  perfumeposse.com

 PayPal Founder Elon Musk -- Actress Wife Talulah Riley Files ..

 "The Forbes headline reads, ""Elon Musk to Divorce Wife"" -- but clearly, Talulah beat him to the punch. So far, Elon has NOT filed divorce documents. ... After his nasty 1st divorce, I'm sure this pre-nup was iron clad! 1005 days ago. Reply 2. 0"
  tmz.com/2012/01/25/paypal-elon-musk-talulah-riley...
  tmz.com

 Elon Musk Going Broke? | Wallet Genius

 "Elon Musk is broke. Tony Stark is broke. The man who had everything had his finances brought to light during a nasty divorce settlement, and he's living on 200,000 a month from loans from friends. Basically, he's got no liquidity, ..."
  walletgenius.com/2010/06/22/elon-musk-going-broke/
  walletgenius.com


 GREEN FAIL: Solar Panels Catch Fire on High School Roof ..

 "GREEN FAIL: Solar Panels Catch Fire on High School Roof ... But the fact remains that companies like Solyndra have sucked billions of dollars out of our pockets. The irrelevance of Romney, and the fact that he was wrong about Tesla does not negate the overall issue."
  globalclimatescam.com/2013/05/green-fail-solar-panels-catch-fir...
  globalclimatescam.com
  cosmoquest.org/forum/showthread.php?134122-Musk-on-60-mi...
  cosmoquest.org

 "CNBC's ""Divorce Wars"" takes you inside the battle for .."

 "Tags: Attorney Jeffrey Feulner, CNBC, Divorce Battle, Divorce Wars, Elon Musk, Financial Infidelity, Justine Musk, Melissa Francis, Prenuptial Agreement, ... Divorce Law Firm believe in protecting your future through a pre-nuptial agreement that is entered into prior to any nasty divorce talk."
  mensdivorcelawblog.com/2011/cnbc?s-?divorce-wars?-takes-you-insi...
  mensdivorcelawblog.com

 Musk divorce case could hang over Tesla for up to a year

 "This story, written by Camille Ricketts, was originally posted on VentureBeat's GreenBeat, an editorial partner of AllCarsElectric. Tesla Motors CEO Elon Musk may have won an initial ruling in the divorce dispute with his now-separated wife, novelist Justine Musk, but the case is far from over, Mrs"
  greencarreports.com/news/1044972_musk-divorce-case-could-hang...
  greencarreports.com

 "SpaceX rocket explodes. ('Rockets are tricky,' says Elon Musk) After a malfunction during a test flight, a Falcon 9 Reusable rocket built by Musk's firm explodes over McGregor, Texas."
  cnet.com/news/space-x-rocket-explodes-rockets-are-...
  cnet.com

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

SpaceX Rocket Explodes

"MCGREGOR, Texas (AP) -- An unmanned SpaceX rocket exploded shortly after launch on a test flight at the company's Central Texas development site."
huffingtonpost.com/2014/08/22/spacex-rocket-explodes_n_57019...
huffingtonpost.com

SpaceX rocket explodes at Texas test facility

"WACO, Texas ? A SpaceX rocket exploded Friday during a test flight in McGregor, Texas, after an anomaly was detected in the vehicle, the company said."
usatoday.com/story/news/nation/2014/08/22/spacex-rocke...
usatoday.com

SpaceX rocket explodes during test flight in Texas - CBS News

"A reusable SpaceX Falcon 9 rocket used to test landing systems the company hopes to incorporate on future operational launch vehicles exploded shortly after liftoff Friday at the company's 900-acre McGregor, Texas, flight facility, officials said. The uncrewed rocket stage, a successor to SpaceX's"
cbsnews.com/news/spacex-rocket-explodes-during-test-f...
cbsnews.com

SpaceX Reusable Rocket Prototype Explodes Over Texas

A reusable rocket prototype built by the private spaceflight company SpaceX exploded over the firm's Texas proving grounds Friday (Aug. 22) after an anomaly forced the destruction of the craft.
space.com/26921-spacex-reusable-rocket-explodes-ove...
space.com

Experimental SpaceX rocket self-detonates over Texas - CNN.com

"Debris from the unmanned SpaceX Falcon 9 Reusable (F9R) rocket, which self-destructed less than 20 seconds after launch, ... CNN affiliate KWTX reported the explosion on Friday and posted video. Design image of the Skylon spacecraft taking off."
cnn.com/2014/08/23/tech/innovation/rocket-experim...
cnn.com

Unmanned Antares rocket explodes after liftoff |

The owners of the unmanned commercial supply ship that exploded Tuesday over a launchpad in Virginia warned people to keep away from potentially hazardous debris and promised to figure out what destroyed the rocket that was supposed to ferry cargo to the International Space Station.
foxnews.com/science/2014/10/28/unmanned-nasa-rocket-e...
foxnews.com

SpaceX rocket malfunctions and explodes during 'complex' test

"No one ever said rebooting spaceflight was going to be easy. The SpaceX team might know that better than anyone, especially on a night like this: one of the company's experimental F9R rockets malfunctioned in a test flight over McGregor, Texas and automatically aborted by self-destructing"
engadget.com/2014/08/22/spacex-rocket-malfunctions-and...
engadget.com

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

SpaceX rocket explodes over Texas - The Daily Dot

"A SpaceX rocket appears to have exploded during a test launch at its facility near McGregor, Texas. Reports popping up from McGregor locals who witnessed the failed launch suggest that the test spacecraft was one of SpaceX's unmanned Falcon 9 Reusable rockets (F9R), which were due to undergo ..."
dailydot.com/technology/spacex-texas-f9r-grasshopper-e...
dailydot.com

SpaceX rocket explodes during failed test ? Tech News and ...

"A SpaceX F9R rocket exploded during a test over Texas today after an anomaly was detected. The rocket's software automatically blew up the ship, preventing it from leaving the test area. ""Today's test was particularly complex, pushing the limits of the vehicle further than any previous [?]"
gigaom.com/2014/08/22/spacex-rocket-explodes-during-...
gigaom.com

SpaceX Rocket Explodes in Central Texas - Breitbart News Network

"HOUSTON, Texas -- A SpaceX rocket exploded over Texas on Friday when its self-destruct system was triggered for unknown reasons. The incident occurred just after takeoff at the company's development facility located in McGregor."
breitbart.com/Breitbart-Texas/2014/08/24/SpaceX-Rocket-...
breitbart.com

Video: SpaceX Rocket Explodes over Texas | Defense Tech

"An experimental reusable rocket made by Space Exploration Technologies Corp. exploded over Texas on Friday, the company announced. The test booster, known as"
defensetech.org/2014/08/23/video-spacex-rocket-explodes-o...
defensetech.org

Solar panels a hazard for firefighters - NewsTimes

... the fire department last month held a series of classes for firefighters about the dangers solar panels ... Carroll said the academy and fire organizations are working with solar panel ... The meter and emergency shutoff for the solar panels on the roof of the city's ...
newstimes.com/local/article/Solar-panels-a-hazard-for-f...
newstimes.com

"Ivins City celebrates history, new turn to solar power  "

"The Ivins City royalty cut a ribbon at the city's Center Street fire station to fete completion of the second phase of solar power conversion on the building. City Engineer Chuck Gillette said Ivins City finished installing 52 new solar panels on the fire station's angled roof, which produce ..."
thespectrum.com/story/news/local/2014/09/19/ivins-city-ce...
thespectrum.com

Death Panels: Why Firefighters Are Scared of Solar Rooftops ...

"This story first appeared on the Atlantic Cities website and is reproduced here as part of the Climate Desk collaboration. A 300,000 square foot refrigerated warehouse in Delanco, New Jersey, burned down last week, and the local fire chief says solar panels are partly to blame."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

motherjones.com/environment/2013/09/firefighters-solar-pa...
motherjones.com

Firefighters alarmed by latest rescue risk: solar panels ..

"March 21, 2012: Solar panels are pictured in the Nevada Desert at the Copper Mountain Solar Project in Boulder City, Nevada. (Reuters)"
foxnews.com/us/2013/10/02/firefighters-alarmed-by-dan...
foxnews.com

Solar Panel Fires Could Put Hundreds Of California Homes At ...

"His team started looking into solar panels after an El Dorado Hills home caught fire. We've learned these solar panels are on roof tiles of more than 200 homes in Northern California, ... But the city's fire prevention chief says that may not cut down the risk."
sacramento.cbslocal.com/2013/11/04/solar-panel-fire-danger-affect...
sacramento.cbslocal.com

Solar Panels and Fire! - Solarjuice

"... the risk of solar panels causing a fire is extremely low. However, should your house catch fire for other reasons, the fire service must face both the risks from fire and from potential electrocution due to the solar panels."
solarjuice.com/blog/buildings-and-pv/solar-panels-and-fire/
solarjuice.com

Solar Panel Fires and Electrical Hazards - InterNACHI

Solar panels are safe and effective; ... Solar Panel Fires and Electrical Hazards. by Nick Gromicko . ... arrays with increasing frequency and may want to be aware of the ways in which an installed PV array may pose a fire hazard to a home. Do solar panels cause fires?
nachi.org/solar-panel-fire-electrical-hazards.htm
nachi.org

Solar Panels Present New Dangers to Firefighters

"Increased fire spread concerns. Since solar panels are constantly exposed to ... The research being conducted by the Fire Protection Research Foundation aims to stay on the forefront of the solar panel ... As the World Series returns to Kansas City for Game 6 on Tuesday evening, cooler ..."
accuweather.com/en/weather-news/firefighters-danger-solar...
accuweather.com

Solar Panels Pose Challenges For Firefighters ® CBS New York

Solar panels atop a food warehouse in southern New Jersey in September forced firefighters at certain points to retreat because of the threat ... Fire officials worry about the weight of the panels on roofs weakened by fire. ... The Solar Energy Industries Association did not return ...
newyork.cbslocal.com/2014/03/06/solar-panels-pose-challenges-f...
newyork.cbslocal.com

BBC News - Solar panels on fire on home in Addiscombe

Firefighters attend a blaze involving solar panels on the roof of a house in south London. Accessibility links.

THE BOOK OF TESLA, Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Skip to content; Skip to local navigation; Accessibility Help; BBC navigation. News; Sport; Weather; Earth ...
Hundreds evacuated over City fire;
  bbc.com/news/uk-england-london-27266648
  bbc.com


"Deal over Boulder fire code protects firefighters, solar ..."

There's a downside to the solar panels that ... That's why the 2012 International Fire Code that the Boulder
City ... out a compromise that officials say will still protect firefighter safety while leaving more of the roof
available for panels. Boulder Chief Fire Marshal David ...
  dailycamera.com/news/boulder/ci_23990899/deal-over-boulde...
  dailycamera.com


Solar panels: firefighters' clean-energy foe - CSMonitor.com

"With rooftop solar panels ... The solar industry is working with fire departments and utilities to find ways to
make solar panels less of an obstacle. By David J. Unger, Staff writer September 11, 2013. A worker cleans solar
panels on the rooftop of the Yiwu International Trade City ..."
  csmonitor.com/Environment/Energy-Voices/2013/0911/Solar...
  csmonitor.com


Solar Panels Growing Hazard for Firefighters | NBC 10 ...

Solar Panels Growing Hazard for Firefighters Concerns over electrocution and a lack of roof access hampered
firefighting efforts at Dietz & Watson blaze
  nbcphiladelphia.com/news/local/Solar-Panels-Growing-Hazard-fo...
  nbcphiladelphia.com


Solar Panels: In the Line of Fire - Renewable Energy World

"To address the increased risks associated with fighting structure fires on buildings with solar panels, the Fire
Protection Research Foundation released a 2010 study that highlights appropriate training ... or they are using
some kind of different solar panel then the industrial ..."
  renewableenergyworld.com/rea/blog/post/2013/09/solar-panels-in-the...
  renewableenergyworld


SpaceX Failure Seen Slowing NASA Pick on Capsule Contract ...

"Space Exploration Technologies Corp.'s rocket test that ended with an explosion over Texas may slow a U.S.
decision on a contract to take astronauts to the International Space Station, an aerospace analyst said."
  bloomberg.com/news/2014-08-25/spacex-failure-seen-slowi...
  bloomberg.com


Eventful Friday for SpaceX amid Static Fire and Test Failure ...

"SpaceX has had a dramatic end to the week, with a successful Static Fire test of their Falcon 9 v1.1 rocket at
Cape Canaveral, concluded just hours after the F-9R Dev-1 test rocket failed during testing in Texas. The test
failure holds no impact to next week's ASIASAT-6 mission ..."
  nasaspaceflight.com/2014/08/spacex-static-fire-asiasat-6-test...
  nasaspaceflight.com

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

"NASA, SpaceX launch could be scrapped because of backup's failure"

"Officials at NASA and SpaceX were working through the weekend to see whether they could still safely rocket a cargo capsule to the International Space Station on Monday, despite the failure of one of the backup computers in the system that helps dock the pod in space."
articles.latimes.com/2014/apr/12/nation/la-na-nn-nasa-spacex-l...
articles.latimes.com

SpaceX Fail? Great! | Greg Autry - The Huffington Post

"Testing a truly new rocket has always involved failure. In fact, the development of any complex and innovative product should feature an iterative development process. By definition such a process is ""failure driven.""..."

huffingtonpost.com/greg-autry/spacex-way-to-fail_b_5703651.html
huffingtonpost.com

Will rocket's 'catastrophic failure' set back the private ...

"(CNN)-- Orbital Sciences, which built the Antares rocket that exploded in a massive fireball Tuesday, described the explosion as a ""catastrophic failure."""
cnn.com/2014/10/29/us/rocket-explosion-private-in...
cnn.com

"Catastrophic failure - Wikipedia, the free encyclopedia"

A catastrophic failure is a sudden and total failure from which recovery is impossible. Catastrophic failures often lead to cascading systems failure.
en.wikipedia.org/wiki/Catastrophic_failure
en.wikipedia.org

Antares Rocket Explodes! - YouTube

I was recording the live NASA feed when it happened.
youtube.com/watch?v=jHMmMgdcOSU
youtube.com

The Risk of Catastrophic Failure of the Solid Rocket Boosters ...k

0.00 0.02 0.04 0.06 0.08 Probability of Failure Figure 1. A Comparison of Several Point and 9W' Symmetric Two-sided Interval Estimates of the Probability of Catastrophic Solid
amstat.tandfonline.com/doi/pdf/10.1080/00031305.1992.10475846
amstat.tandfonline.com

Unmanned Antares rocket explodes on launch

"An unmanned NASA rocket exploded during a launch from Wallops ... NASA and Orbital Sciences were gathering data to determine the cause of the failure of the Orbital CRS-3, the space ... No injuries were reported following the first catastrophic launch in NASA's commercial ..."
usatoday.com/story/tech/2014/10/28/nasa-rocket-explode...
usatoday.com

The Risk of Catastrophic Failure of the Solid Rocket Boosters ...

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"estimate the required probability of catastrophic failure of the solid rocket boosters on the space shuttle for the Galileo mission, which occurred in October 1989. The point estimates are in fairly close agreement, while the"

jstor.org/stable/2684410
jstor.org

**Catastrophic failure - Kerbal Space Program Wiki**
"A Catastrophic Failure is an event that makes it impossible to finish the mission, usually either killing the crew, stranding them in space or forcing them to initiate a reentry using the engines and fuel they didn't lose in the accident."
wiki.kerbalspaceprogram.com/wiki/Catastrophic_failure

content/uploads/2014/10/Mos-Eisley_low.compressed.mp4 201336 video/mp4    snap_MYURL: snapEdIT: 1
kopa_fastnewslight_total_view: 1"

# You will never find a more wretched hive of scum and villainy." - George Lucas/ Obi Wan Kenobi"

"Case files have now been provided for every party on this page plus another 20+ entities. Case file data has been provided by federal, state, media and public organization investigators. All criminal investigation data is copied to the GAO, FBI, DOJ, US Senate, Sunshine groups and all requesting, credentialed journalists. All individual case file-data is instantly transmitted to all of the above, upon receipt, so no ""dead-man switch"" protection system is required.   (supported by reporters from The Washington Post, New York Times, LA Times, Wall Street Journal, San Francisco Chronicle, SF Weekly,  Scahill, The GAO, Federal Investigators, over 40 independent reporters and a large group of public Wiki citizen journalists. We, especially, acknowledge providers from The Intercept, The Drudge Report, Alternet and the Chicago Tribune.)"

## Collateral Damage Victims

"Research the facts yourself: All of these connected people are, indeed, dead under suspicious circumstances or were targeted. They all died in unexpected, surprise, deaths; They died in similar time envelopes; They all had business and financial connections to, and insider knowledge of, the Silicon Valley Cartel plans; Almost all of them have been documented, filmed or recorded in involvements with the Silicon Valley Cartel members or Google controlling members; Many of them had whistle-blowing or were already whistle-blowing; per laws of averages- this is a lot of related people to have died unexpectedly with this much in common, near impossible for these combined data points to be coincidental: Gary D. Conley- Dead Whistle-blower who railed against Silicon Valley VC?s Cleantech Monoply. Died from lead poisoning via bullet in head (Case Under Investigation) (DEAD!) Rajeev Motwani- Google Founder. Possible Murder. Found floating dead in swimming pool. Cardiac Incident or Micheal Clayton-type (see the George Clooney Movie) Murder similar to Andrew Breitbart? (DEAD!) Forrest Hayes, a married 51-year-old father-of-five, Ran Google Glass Mood Manipulation development- Killed By Hooker (DEAD!) James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances? (DEAD!) Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ?Boston Brakes?? (DEAD!) Investigative Reporter Michael Hastings fiery crash- ?Boston Brakes?? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. (DEAD!) Rory Johnson- Targeted by DOE for his novel engine patent- Dead! (DEAD!) Stanley Meyer- Hydrogen car promoter- Murder by poisoning? (DEAD!) JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building. (DEAD!) William ?Bill? Broeksmit Deutsche Banker , Tesla German ?safety inspection fixer? who got a free-pass for Tesla on safety report in Germany- Hanged at home!   (DEAD!) Danny Lewin, Creator of Bulk Internet at Akamai. Attempted to copy Google Page-ranking and Mood Manipulation technology. The Architect and Builder of the Internet Tracking System- Plane

THE BOOK OF TESLA- Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Crash 9/11?   (DEAD!) Ravi Kumra- Founder, Tesla Capital- Murdered!   (DEAD!) Jofi Joseph - White House staffer, Whistle-Blower on White House mismanagement by Valarie Jarret. (Targeted with Character Assassination) Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?   (DEAD!) One Senator?s Son- Accidental Plane Crash or ?Boston Brakes???   (DEAD!) White House liason?s wife- Burned to Death in Parked Car/Murder?   (DEAD!) John Wheeler- Washington DC- Drugged, escaped, recaptured, murdered?   (DEAD!) Two Guys from McKinsey Consulting- Questionable Circumstances?   (DEAD!) Top DC Madam?s and Escorts, including ?THE? DC Madam herself- Suicides? (DEAD!) Tata Motors Head Karl Slym dies in ""fall"" from hotel- Suicide or Push?   (DEAD!) Wall Street Journal DOE/Oil Investigative Writer David Bird   who was working on story about these characters. -Missing- ???   Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states? (DEAD!) Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder similar to Rajeev Motwani (DEAD!)   "

## Facilitating Contractors for Cartel Effort

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Crimes recorded by multiple law enforcement and intelligence agencies; Raj Gupta- McKinsey Fixer (Indicted, Jailed)(Under Investigation) (24/7 DS) Brian Goncher- Deloitte VC intermediary (Under Investigation)(24/7 DS) John Weinberg- Fixer (Under Investigation)(24/7 DS) McKinsey Consulting   (DOE/Federal Contractor- Wrote biased/rigged whitepapers for White House & Congress on behalf of Silicon Valley VC?s to sell the feds on backing the VC?s investment holdings) (24/7 DS) Nick Denton- ?Hit-Man? for Robert Gibbs and Jay Carney in White House. Tabloid owner who did the dirty work for White House Press Secretaries. Formerly involved with British tabloid hacking. Thought to be hacking U.S. celebrities and senators for tips (On CIA and NSA Watchlist) (24/7 DS) Perkins Coie   (Law Firm who staged many of the insider deals. Suspected of improper gain.)(24/7 DS) Deloitte Consulting   (DOE Contractor- Suspected manipulated evaluation results) Operared in conflict of interest as both banking strategist for DOE ?Winners? and Evaluator for DOE. Controlled by Silicon Valley Cartel. Under world-wide investigation (24/7 DS) Google (Connected to every investor/campaign funder in this group. Suspected of news manipulation & campaign trades) (Moles planted)   (24/7 DS) Lois Lerner- Director of ?Hits and Deletions? (Charged with crimes) (24/7 DS) Midland Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) Technology Management Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu)(24/7 DS) IBM Consulting Services (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) Had strange fake office in Virginia church building (24/7 DS) Covington & Burling, LLP (Arranged appointment of Eric Holder on behalf of campaign backers & Silicon Valley) Put Eric Holder in Office to protect White House Staff from discovery (24/7 DS) Debevoise (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu) (24/7 DS) The Petroleum Institute (Lobbyists who worked the Detroit side of the insider deals) (24/7 DS) Argonne National Labs   (DOE Contractor- Suspected manipulated evaluation results on orders from Steven Chu and Rahm Emanual) (24/7 DS) "

## States Whose Tax and Operations Offices, in Their State Capitals, Participated in Cover-Ups and Kick-Backs"

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; Contract rigging; Lithium cartel organization for Afghan war; Misdeeds recorded by multiple

law enforcement and intelligence agencies; Michigan State Offices (Under Investigation) (24/7 DS) Illionois State Offices (Under Investigation) (24/7 DS) Nevada State Offices (Under Investigation) (24/7 DS) California State Offices (Under Investigation) (24/7 DS)   "

   "   Note from Team: Investigative members have relied on published reports, papers, GAO, OPM, U.S. Treasury, FBI, published investigations, interviews with City, State and Federal staffs and law enforcement tips. While there may be one or two names that do not belong on this list, any clarity can be easily rectified by the appointment of a public special prosecutor and and open public hearing process which allows protections for tipsters and whistle-blowers. Such a hearing will dispel any confusion about who did, or didn?t, do what! On orders from ?highly placed political officials?, FBI investigations and assignment of a Special Prosecutor or Public Judge is being blocked to avoid embarrassing public review of the corruption. Using commonly available databases, YOU can track the financial, business, political and operational connections of all of these individuals, yourself, and validate this information. While this whole case sounds wild, please remember, billionaires have extreme ways of thinking, and acting. They do things that normal people can?t even conceive of. The lust for Power will drive these sorts of people to do un-heard of things in order to control that power and take those hundreds of billions of dollars in tax and treasury profits for themselves.   "

   Tesla?s financial advisors: Deloitte charged in Money Laundering Scheme          "Tesla's financial advisors: Deloitte charged in Money Laundering Scheme NY State top legal bulldog Benjamin M. Lawsky has charged and fined Deloitte tens of millions of dollars for their involvement in Money Laundering Schemes. Deloitte was the financial advisor for both Tesla and the DOE during the give-away of the money from DOE to Tesla proving that: The snakes in the henhouse should not guard the eggs. Deloitte made vast millions off their concurrent double-agent role with DOE and Tesla. Further investigations of Deloitte and their relationship with Tesla, Wells Fargo, and DOE continue to swing the spotlight onto the worms-nest of corruption."/ Tesla's-financial-advisors-deloiite-charged-in-money-laundering-scheme/   10/30/2014        THE EDITORS & WIKI MEMBERS    Uncategorized    "Boycott Tesla, Bribery, Deloitte, Deloitte DOE, Dianne FEinstein, DOE Corruption, Fisker, illuminati, John Doerr, Kleiner, kleiner perkins sex allegations, LIBOR SCANDAL, NASDAQ: TSLA, Senator Upton, solyndra, Solyndra scandal, solyndra-mobile, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, tesla kleiner, Tesla motors, Tesla Stock, TSLA, wall street journal investigation, washington corruption investigation"     publish     original_post_id: 525    reddit: Array    kopa_fastnewslight_total_view: 13        wp-mm-fb-likes-enabled:    wp-mm-fb-likes-num:    wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled: wp-mm-fb-shares-num: wp-mm-fb-shares-duration:       wp-mm-fb-shares-weekends:     wp-mm-google-plus-enabled:     wp-mm-google-plus-num:       wp-mm-google-plus-duration:   wp-mm-google-plus-weekends:    wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:       wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:          OPH_original_pub_date: 2013-06-19 01:22:57

# TESLA'S MONEY LAUNDERING CONSULTANT: DELOITTE

### SEC.gov | SEC Charges Deloitte & Touche in Shanghai with ...

   "May 9, 2012 ... SEC Charges Deloitte & Touche in Shanghai with Violating U.S. Securities Laws ... The Securities and Exchange Commission today announced an ... The firm is charged with violating the Sarbanes-Oxley Act, which requires  ... www.sec.gov/news/press/2012/2012-87.htm

### Litigation Release No. 21612 - Securities and Exchange Commission

   "Aug 4, 2010 ... The Securities and Exchange Commission today charged a former Deloitte and Touche LLP partner and his son with insider trading in the  ... www.sec.gov/litigation/litreleases/2010/lr21612.htm

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

**SEC Enforcement Actions: Insider Trading Cases - Securities and ...**

"Oct 25, 2013 ... Microcap Company CEO - SEC charged Laidlaw Energy Group CEO Michael Bartoszek, who illicitly profited from selling his shares of company stock based ..... The former Deloitte partner and his son agreed to pay more than  ... www.sec.gov/spotlight/insidertrading/cases.shtml


**indictment - securities fraud**

Conspiracy to Commit Securities Fraud; 2 v. ?Aiding ... At all times relevant to this indictment: ... Unify's outside auditor was Deloitte & Touche LLP (?Deloitte?).
www.justice.gov/archive/dag/cftf/chargingdocs/unifyind.pdf

**Deloitte sued over audits of ChinaCast Education | Reuters**

"Feb 19, 2013 ... The Deloitte Company logo is seen on a commercial tower at Gurgaon, ... Last May, Deloitte was charged by the U.S. Securities and Exchange  ... www.reuters.com/ article/ 2013/ 02/ 19/ us-lawsuit-deloitte-idUSBRE91I16N20130219 -    -

**"Thomas Flanagan, ex-Deloitte partner, pleads guilty to insider trading"**

"Aug 8, 2012 ... Thomas Flanagan pleaded guilty Wednesday in federal court in Chicago to one count of securities fraud. (Nancy Stone, Chicago Tribune). articles.chicagotribune.com/ 2012-08-08/ business/ ct-biz-0809-flannigan-20120809_1_insider-deloitte-touche-plea-agreeme nt

**Former Deloitte partner Flanagan gets prison term for insider trading ...**

"Oct 26, 2012 ... A former vice chairman of Deloitte LLP was sentenced to 21 months in ... Although conviction on securities fraud charges can mean up to 20  ... www.chicagobusiness.com/ article/ 20121026/ NEWS01/ 121029843/ former-deloitte-partner-flanagan-gets-prison-term-for-insider-trading

**FBI - Former Deloitte Partner Pleads Guilty to Illegally Profiting ...**

"Aug 8, 2012 ... Flanagan, 64, of Chicago, pleaded guilty to one count of securities fraud, admitting that he received illegal profits totaling approximately  ... www.fbi.gov/ chicago/ press-releases/ 2012/ former-deloitte-partner-pleads-guilty-to-illegally-profiting-420-000- from-insider-trading-involving-firm2019s-clients -


(UPDATE 2) SEC Charges Deloitte Tax Partner with Insider Trading ...

"Nov 30, 2010 ... The Securities and Exchange Commission today charged a former Deloitte Tax LLP partner and his wife with repeatedly leaking confidential  ... www.goingconcern.com/ 2010/ 11/ sec-charges-deloitte-tax-partner-with-insider-trading


"HP, Hurd, Deloitte and Tone at the Top - re: The Auditors"


"Aug 9, 2010 ... Thomas P. Flanagan of Chicago traded in the securities of Deloitte ... In September of 2006, Bloomberg reported that HP faced indictment by  ... www.retheauditors.com/ 2010/ 08/ 09/ hp-hurd-deloitte-and-tone-at-the-top/


The Audacity of Chinese Frauds - The New York Times


"May 26, 2011 ... Fraud in Chinese stocks is not new, but several recent disasters are notable ... Deloitte, which had given clean audit opinions to Longtop for six  ... www.nytimes.com/2011/05/27/business/27norris.html?pagewanted=all


Chimera claims Deloitte was silent - Crain's New York Business

THE BOOK OF TESLA - Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mar 14, 2013 ... The strange thing is that the auditor, Deloitte & Touche, didn't inform ... which holds many hard-to-price securities, and didn't agree on how to ...
www.crainsnewyork.com/article/20130314/BLOGS02/130319926

"Normandy CEO Indicted on Fraud, Conspiracy Charges - Los ..."

"Sep 27, 1996 ... White upped the ante in 13 subsequent reports--also on Deloitte letterhead--that "" vastly overstated the value of Bagdasarian's securities  ... articles.latimes.com/1996-09-27/business/fi-47934_1_fraud-charges

More on Deloitte v. Thomas P. Flanagan: Copy of ... - Securities Docket

"Nov 4, 2008 ... As discussed here previously, in a complaint dated October 29, 2008 and filed in Delaware Chancery Court, Deloitte sued Thomas P. Flanagan  ... www.securitiesdocket.com/ 2008/ 11/ 04/ more-on-deloitte-v-thomas-p-flanagan-copy-of-complaint/

Adelphia Sues Deloitte For Ignoring Financial Abuse | AccountingWEB

"Nov 6, 2002 ... The company is under regulatory and criminal investigations by the Securities and Exchange Commission and the Department of Justice for  ... www.accountingweb.com/ topic/ firm-news/ adelphia-sues-deloitte-ignoring-financial-abuse

Experience - Securities and Shareholder Litigation - Practices ...

"In October 2011, Mr. Gupta was indicted in the Southern District of New York, and ... defending Deloitte & Touche LLP against the RGH Liquidating Trust's fraud  ... www.kramerlevin.com/securitieslitigation/?tabId=experience

"Accounting scandals - Wikipedia, the free encyclopedia"

"In public companies, this type of ""creative accounting"" can amount to fraud, and investigations are ... such as the Securities and Exchange Commission (SEC) in the United States. .... Unify Corporation, 2000, Deloitte & Touche, United States. en.wikipedia.org/wiki/Accounting_scandals
 Are spy ?back-doors? and ?hacker picks? hidden deep within Google?s Android OS?      "  - Is ""Google Not what it seems"" as Julian Assange claims? - Is anything with the Google Android Operating System evil? - Is this just a tactic by Microsoft to grab market-share? - If Andoid is ""Open Source"", why can't programmers open every single part of it? - Does everything with Android secretly spy on you? - Google engineers say you are ""perfectly safe"" unless you do,or say something that Google, Google's owners, Google's investors, Google's political backers, or Google's bought-and-paid for Senators, don't like. Then your F**KED! - Tens of thousands of published articles imply something is ""fishy"" in Android - GOOGLE executives refuse to put in writing that they are not,or have not in the past, used Google for political attacks and policy manipulation!!! - Can the Russians and Chinese exploit these back-doors just as well as anybody? Recent White House, JP Morgan, Home Depot, CIA, NSA, Target break-ins seem to say... YES! - CONSUMER GROUPS CALL TO VOTE OUT ALL THE LAP DOG POLITICIANS THAT ARE PROTECTING GOOGLE. USE THE MID TERMS TO SAY THAT IT IS NOT OK FOR GOOGLE TO BUY SENATORS

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# SPACE X ROCKET DISASTER! ELON MUSK?S DREAM UP IN SMOKE! FIRE IN TEXAS!

"A rocket at SpaceX?s McGregor facility exploded in midair during a flight test early Friday evening, McGregor officials said. Elon Musk seems to attract explosions in his cars and rockets

 Actual Photo of Explosion:
 "McGregor Fire Chief Moe Spradley confirmed the explosion and said firefighters were working to put out a resultant fire at about 6:45 p.m. The company was testing the ability of its F9R Dev craft to take off, maneuver and land vertically using rocket power. A modified first stage from the company?s Falcon 9 rocket, the F9R Dev was a testbed for the company?s plans to make its spacecraft able to return to Earth for subsequent reuse. SpaceX spokesman John Taylor also confirmed the explosion and said the rocket malfunctioned occurred during the test. ? Earlier today, in McGregor, Texas, SpaceX conducted a test flight of a three engine version of the F9R test vehicle (successor to Grasshopper). During the flight, an anomaly was detected in the vehicle and the flight termination system automatically terminated the mission,? Taylor said. Russian space vehicles suppliers were quick to comment: ?This is why our rockets are the best choice. Do you want to trust these billionaire hobbyists or do you want real rockets to get you to Space?? ANDREW DESTINO- Waco, TX Public Reporter      "

# IS SPACE X NASA CONTRACT ANOTHER PAYOFF FOR CAMPAIGN BACKERS?

 - Musk and his Silicon Valley/Google billionaire cartel were all Obama campaign cash backers
 - Obama shut down the portion of NASA that Musk is now doing privately. Funny coincidence.
 - NASA gave campaign billionaires free gas for their private jets under Obama Administration approval. Funny coincidence. - NASA gave campaign billionaires cheap use of NASA airfields for billionaires private jets under Obama Administration approval. Funny coincidence.
 "- Obama Administration carved out exclusive NASA, SOLAR and ELECTRIC CAR CASH AND CREDITS DEALS for Musk Cartel THAT NO OTHER Groups has ever gotten in history AND Cartel JUST HAPPENS to be the biggest CAMPAIGN CASH BACKERS.. ANOTHER FUNNY COINCIDENCE! "

# Elon Musk ? Obama's Triple Dipper

"Its Chairman, Elon Musk, is an Obama supporter who has used taxpayer funds, not once, not twice but three times to enrich himself. ? Spacex is a real political donor kickback company, government funded,
 floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper?
 floppingaces.net

 ELON MUSK sues U.S. Taxpayers for not giving him more ?

 ELON MUSK sues U.S. Taxpayers for not giving him more campaign kickback $$ for spy satellites! Elon Musk is known as a scavenger for Silicon Valley illuminati VC?s.
 somosnark.wordpress.com/2014/04/27/elon-musk-sues-u-s-taxpayers-f?
 somosnark.wordpress.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Novartis loses new bid to dismiss U.S. lawsuit over kickbacks ?

NEW YORK (Reuters) ? A Manhattan federal judge on Thursday said the U.S. Department of Justice may pursue most of its lawsuit accusing Novartis AG of civil fraud for allegedly using kickbacks to boost sales of drugs covered by Medicare and Medicaid.
finance.yahoo.com/news/novartis-loses-bid-dismiss-u-lawsuit?
finance.yahoo.com

"Elon Musk, CEO of Tesla Motors, unique even among corporate

"Meet Elon Musk, the CEO of Tesla Motors. Even among the top 100 compensated CEOs of last year ? as disclosed on the AFL-CIO?s latest Executive Paywatch ? he?s unique. Musk, you see, is the perfect argument for why these corporate crooks don?t deserve one red cent, or even their jobs. Last year"
peoplesworld.org/elon-musk-ceo-of-tesla-motors-unique-even?
peoplesworld.org

"More Tesla Charging Stations, But Is Exuberance Rational

"Musk said at the conference that Tesla is expanding its supercharging stations, according to this CNet article and more details are expected later today. ? tesla motors a political donor kickback bankrutcy artist developed company is doomed to failure,
blogs.barrons.com/stockstowatchtoday/2013/05/30/tesla-ceo-e?
blogs.barrons.com

"Crazy On Tap ? Who?s right, Musk or NASA

"Who?s right, Musk or NASA? ? Musk has absolutely TOP aerospace engineers and materials scientists working for him, ? he?s obviously compromised as well, getting kickbacks from SpaceX?s rivals probably who don?t like SpaceX. With this stuff there are all these profit and allegiance agendas."
crazyontap.com/topic.php?TopicId=306264
crazyontap.com

Tesla?s Kickback Program | THE TESLA INVESTIGATION

Tesla?s Kickback Program; Tesla?s Dark Money; Tesla?s Blogger Shills ? Pundits or Secret Salesmen? How F**KED Over By Your Own Representatives Do you Need To Get Before You Get Upset? How Tesla?s VC?s Are Targeting Activists; TOP OVERALL ARTICLES.
teslainvestigation.wordpress.com/topic-1-doetarp-manipulations/topic-11-ki?
teslainvestigation.wordpress.com

Tesla readies mass-market Model E while other EV makers tread ?

"It is likely to meet its goal of selling 20,000 Model S sedans this year. In California, the Tesla Model S outsells every model from ? Elon MUsk is a political donor kickback bankruptcy artist trained in toronto the bankruptcy expert training grounds. lifting billions from american
extremetech.com/extreme/165028-tesla-readies-mass-market-?
extremetech.com

Chevron On Iraqi Kickbacks: My Bad ? Bizjournals

"The Pipeline: Tinder exec resigns after sexual harassment suit, Musk predicts self-driving  Tesla's, and Etsy bans Washington Redskins goods; ? Did it know about $1.8 billion in kickbacks the Iraqi government received

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

under a defunct United Nations oil-for-food program
 upstart.bizjournals.com/news/wire/2007/05/08/chevron-on-iraqi-kic?
 upstart.bizjournals.com


** Tesla Shareholders SUE TESLA. Have FACTS proving EPIC ?


 Tesla shareholder suit claims Elon Musk and other board members lied about car safety ? DOZENS OF FRAUD
LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.
 meetslife.com/tesla-shareholders-sue-tesla-facts-provin?
 meetslife.com


 BofA Ordered to Face Claims Over Insurance Kickbacks ? BloombergY


 "Bank of America Corp., the second- largest U.S. lender by assets, must face claims by homeowners that it took
kickbacks from private insurers, a judge ruled."
 bloomberg.com/news/2013-04-12/bofa-ordered-to-face-clai?
 bloomberg.com


 Feds indict Obama friend Eric Whitaker?s former chief of ?


 "Feds indict Obama friend Eric Whitaker?s former chief of staff ? The money from the kickback scheme began
flowing to Golden in July 2007, when Whitaker headed the Illinois Department of Public Health, and Golden was
his chief of staff,
 suntimes.com/news/21792550-418/feds-indict-obama-frien?
 suntimes.com


 anti-kickback | The Cornell Journal of Law & Public Policy


 "Tag Archives: anti-kickback The Rising Cost of Cheaper Prescription Drugs. ? Mark on Are State Franchise
Laws Stunting Elon Musk?s Brainchild, Tesla Motors? Anonymous on Rebuttal: A Stronger Case for SeaWorld;
Categories. Blog News; Interviews; Notes;"
 jlpp.org/tag/anti-kickback/
 jlpp.org
 More Links ?


 ELON MUSK sues U.S. Taxpayers for not giving him more campaign kickback?


 "Most of the actual founders of Tesla, and the rest, refer to Musk as an: ?egotistical Sociopath?. His ex-wives
and ?dates?, and their friends, call him that."
 virtu-tv.com/elon-musk-sues-u-s-taxpayers-for-not-givi?
 virtu-tv.com


 "EL AZOTE DE DIOS: Elon Musk is perhaps a thief??, "


 "ELON MUSK, PAYPAL Y UBER, They are SCAMMERS, SON E? mayo (1) abril (2) Plantilla Simple. Con la
tecnolog¡a de Blogger.
 mussa2015.blogspot.com/2014/06/elon-musk-is-perhaps-thief-acaso-?
 mussa2015.blogspot
 en.wikipedia.org/wiki/Elon_musk
 en.wikipedia.org


 Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"THis start-up scam is going to die and we all know it. Unless they get folded into American-Leyland. Login to reply: montgomery burns. ? Again, I?m no fan of Tesla or Elon Musk. But I see no fraud here. And Tesla is delivering Roadsters that work. Give them that much credit."
 thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr?
 thetruthaboutcars.com


"Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community."
 wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j?
 wallstreetoasis.com


"Crazy On Tap ? Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ? ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock,
 crazyontap.com/topic.php?TopicId=241832
 crazyontap.com


TESLA MOTORS ? ANOTHER WALL STREET SCAM ? James Quinn ?

"TESLA MOTORS ? ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ? As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, Elon Musk has set off to build things that most little boys only dream of:
 seekingalpha.com/instablog/239719-james-quinn/80801-tesla-?
 seekingalpha.com


Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

"Quote Category: Quotes, Pseudoscience; Source Type: Sources ? Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam ? Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything
 quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk?
 quote.bitprox.com


"Is Elon Musk ?a sociopathic, narcissistic, Senator-bribing ?Your browser indicates if you?ve visited this link"


"Is Elon Musk ?a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, ? Elon Musk Companies, are they are just scams? | Wall Street Oasis."
 teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar?
 teslainvestigation.wordpress.com


News | Scams & Rip-Offs ? Clark Howard

The scams in the relocating business are well known. Clark delivers the cautions you need to know when hiring a mover. Moving soon? Watch out for this scam.
 clarkhoward.com/feeds/categories/scams-ripoffs/
 clarkhoward.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

-Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ?

 Tesla shareholder suit claims Elon Musk and other board members lied about car safety ? DOZENS OF FRAUD
LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.
 somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h?
 Even FORBES admits Tesla is a Scam!  "By Patrick Michaels, FORBES MAGAZINE I write about the interface
of public science and public policy If Tesla Would Stop Selling Cars, We'd All Save Some Money First of all, let?
s stipulate that the Tesla model S is a pretty cool looking car, that the high-end version accelerates like a rocket,
and that its massive, low center of gravity pretty much inures it against a rollover. Next, let?s congratulate Elon
Musk on paying off his half-billion dollar federal loan ahead of time. Finally, thanks to everyone in the country
for helping to make this possible, and for continuing to do so. The public is still on the hook for Tesla, and will be
for the foreseeable future. First, there?s the $7500 taxback bonus that every buyer gets and every taxpayer pays.
Then there are generous state subsidies ($2500 in California, $4000 in Illinois?the bluer the state, the more the
taxpayers get gouged), all paid to people forking out $63K (plus taxes) for the base version, to roughly $100K for
the really quick one. The latest round of Tesla wonderment came when it reported its first quarterly profit earlier
this month. TSLA stock darned near doubled in a week. Musk then borrowed $150 million from Goldman Sachs
(shocking!) and floated a cool billion in new stock and long-term debt. That?s how we?the taxpayers?were repaid.
But is TSLA another Google, or just another DoubleClick? DCLK zoomed from $2 to $200 without ever showing
a profit, something Tesla has yet to do with its cars. It then famously crashed. Tesla didn?t generate a profit by
selling sexy cars, but rather by selling sleazy emissions ?credits,? mandated by the state of California?s electric
vehicle requirements. The competition, like Honda, doesn?t have a mass market plug-in to meet the mandate and
therefore must buy the credits from Tesla, the only company that does. The bill for last quarter was $68 million.
Absent this shakedown of potential car buyers, Tesla would have lost $57 million, or $11,400 per car. As the
company sold 5,000 cars in the quarter, though, $13,600 per car was paid by other manufacturers, who are going
to pass at least some of that cost on to buyers of their products. Folks in the new car market are likely paying a bit
more than simply the direct tax subsidy. How?s this going to work in the future? As long as the competition has to
pay greenmail to Tesla, probably just fine. And with California gradually ratcheting up the electric-vehicle
mandate, maybe just finer. No wonder the stock price doubled and Goldman shelled out. There?s only one slight,
teensy-weensie problem. While there were enough high-end customers to supply Tesla around $400 million in
gross receipts last quarter (that would be 5,000 cars at an average of $80,000 a copy), they still lost money. How
many customers are there for such a pricey car? Tesla can?t increase demand by dropping the price very much.
About the only way they can do this (barring some?currently remote?major battery technology improvements) is
by cutting the vehicle?s range. Nissan?s Leaf provides a bit of instruction here. Selling for around $32K (out the
door) it sold pitifully few?less than 10,000 last year. As the May 22 Wall Street Journal showed, when a battery
car?s range gets in the Leaf zone (real world: 70 miles; advertised: 83) you can?t even give it away. Couple the
federal $7500 with $2500 in several states, and the costs of a two year lease, allowing for reduced fuel costs,
more than pay for the car. That?s right, free transportation, and sales still suck. Tesla can?t go much below the
EPA estimated 205 mile range (make that about 170 in modestly cold winter weather) of its base version before it
hits the same range-anxiety wall. If Tesla?s sales drop?not by much?the company isn?t going to be able to cover
its losses by selling green indulgences. First, the primary losses increase, and then they have fewer indulgences,
which are generated by car sales. So here we have a car pushing $100,000 paid for in no small part by you and
me, no matter whether Tesla paid back their federal loan or not. The small comfort is that we are off the hook for
any default on that loan, but it would be more comfort if we weren?t all compelled?completely against most of
our wills?to shell out around somewhere around $10K (depending on state) for every one that goes out the door.
The more they sell, the more we pay. Oddly enough, the only way to stop this craziness if for the company to stop
making cars. If demand drops much, or California goes into a major fiscal crisis (they?re working on it), oddly
enough, Tesla?s bankruptcy will save the rest of us some money.
----------------------------------------------------------------------------- This article is available online at:
http://www.forbes.com/sites/patrickmichaels/2013/05/27/if-tesla-would-stop-selling-cars-wed-all-save-some-
money/ --------------------------------------------------------------------------------
----------------------------------------------------------------------------- Goldman Sachs, the most corrupt
investment bank in the world, floated the cash for this deal because they helped bribe and manipulate Congress to
get the money and the special discounts in the first place"/even-forbes-admits-tesla-is-a-scam/      10/30/2014

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

THE EDITORS & WIKI MEMBERS    Uncategorized  "60 minutes investigation, Boycott Tesla, Corruption, criminal tesla investigation, crony bribes, crony politics, Dept. of energy, Elon MUsk, fisker cronyism, forbes magazine, gao investigation, goldman sachs, grassley, Iron Man, John Doerr, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, solyndra, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Tesla, tesla cronyism, Tesla finncials, Tesla motors, washington corruption, washington corruption investigation"

# Prostitutes!!! Lot?s of them! Sex and The Politicians

POLITICAL CAR CASH FOR C*********G?/prostitutes/      10/30/2014      THE EDITORS & WIKI MEMBERS      Uncategorized  "auto green, barack obama, Boycott Tesla, Bribery, Car Sex, Dept. of energy, Dianne FEinstein, DOE Corruption, Escorts in DC, Jofi Joseph, John Doerr, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, models s escorts, NASDAQ: TSLA, Prostitutes, prostitution, Sen. Grassley, sex for car cash, sex for Fisker's, Sex for Solyndra, sex for tesla's, Solyndra scandal, somo news, somo1, tesla escorts, Tesla motors, Tesla Stock, Throw Them All Out, TSLA, washington corruption, washington corruption investigation, Washington Escort Scandal, Washington Prostitutes"

"Nobody knows what is going on in Washington DC, or what is about to go on, like the high-end Washington DC prostitutes, known as Escorts. There are over 3000 of them in the immediate DC area that specialize in Congressman and lobbyists. Since 2008, an ad hoc group of investigators, journalists and bloggers have set out to contact every one of them (or at least as many as possible)   to get their story on the real Washington corruption program."

A segment of the car funding scam documentary: The Car and The Senator (http://www.carandsenatormovie.com) features interviews with escorts who were hired by lobbyists and Congress people to provide favors in exchange for TARP and DOE Car funding.

"Senior politicians run from meeting to meeting relaying on tip sheets from barely pubescent, low-cost interns and aids to tell them what is going on. Washington Escorts take the time to study their prey and keep extensive databases on each of the interests, projects, bills and activities of each Congressman they provide sex service to, or may, in the future."

http://www.youtube.com/watch?v=E72nO5AKAHo

"A number of ?influencers? or lobby firms keep escort services on an annual retainer, receiving monthly bills from ?Debbie?s Office Services? and other non-descript credit card billing names. Lobby groups sent out over 5 Escorts per day at the height of the TARP and DOE Car funding in support of the ?winners?."

"It is suspected that notorious blogger and Tweeter Jofi Joseph was one such blogger. He, and many bloggers, may have acquired escort-user web persona?s in order to meet and interview Escorts in Washington, DC, New York and Chicago for a very deep investigation of the dirty side of politics."

?Exclusive: White House Official Fired for Tweeting Under Fake Name

"by Josh Rogin Oct 22, 2013 8:27 PM EDT"

"Jofi Joseph, an official in the National Security Staff at the White House, was fired last week after being caught as the tweeter behind @natsecwonk, a feed that?s been leaking internal information since 2011. Josh Rogin

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

reports. "

  A White House national security official was fired last week after being caught as the mystery Tweeter who has been tormenting the foreign policy community with insulting comments and revealing internal Obama administration information for over two years.

  "Jofi Joseph, a director in the non-proliferation section of the National Security Staff at the White House, has been surreptitiously tweeting under the moniker @natsecwonk, a Twitter feed famous inside Washington policy circles since it began in February, 2011 until it was shut down last week. Two administration officials confirmed that the mystery tweeter was Joseph, who has also worked at the State Department and on Capitol Hill for Senators Bob Casey (D-PA) and Joe Biden. Until recently, he was part of the administration's team working on negotiations with Iran."

  http://www.youtube.com/watch?v=vsaFjaZuYQA

  "During his time tweeting under the @natsecwonk name, Joseph openly criticized the policies of his White House bosses and often insulted their intellect and appearance. At different times, he insulted or criticized several top White House and State Department officials, including former National Security Advisor Tom Donilon, Deputy National Security Advisor Ben Rhodes, Secretary of State John Kerry, and many many others."

  The Daily Beast saved a long record of @natsecwonk's tweets prior to the shutting down of his Twitter feed.


  "?I'm a fan of Obama, but his continuing reliance and dependence upon a vacuous cipher like Valerie Jarrett concerns me,? he once tweeted."

  "?Was Huma Abedin wearing beer goggles the night she met Anthony Wiener? Almost as bad a pairing as Samantha Powers and Cass Sunstein ....,? he tweeted on another occasion, insulting a top Clinton aide, a then Congressman, and two White House senior officials in one tweet."

  The Daily Beast Senior Correspondent Josh Rogin joins 'Good Morning America' and 'Today' to discuss @natsecwonk.

  Joseph's snark was not confined to his Obama administration colleagues. He also took aim at senior Republican figures and lowly GOP Hill staffers.

  "?So when will someone do us the favor of getting rid of Sarah Palin and the rest of her white trash family? What utter useless garbage .... ,? he tweeted last October."

  "During the 2012 Presidential campaign, he lashed out at conservative journalists and members of the presidential campaign staff of Mitt Romney"

  "?@MiekeEoyang Come on, I expected better of you. @jrubinblogger is CRAZY unhinged while @noonanjo is an overweight paid Romney shill,? he tweeted, referring to the Washington Post's conservative blogger Jen Rubin and Romney campaign national security staffer John Noonan."

  "For many in the foreign policy community reacting Tuesday night, the revelation that Joseph was the mystery tweeter @natsecwonk was a shock because Joseph was well known among policy wonks and his wife, Carolyn Leddy, is a well-respected professional staffer on the Republican side of the Senate Foreign Relations Committee."

  "But inside the administration, there was little sympathy for the man who they feel had betrayed their confidence while taunting them all the while."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"?My friends call me Batman,? he once tweeted."

A White House spokesman confirmed that Joseph no longer works there but declined further comment.?

But there is more to this...

"Adriana Luten, F.G., Andrew-"

http://www.youtube.com/watch?v=1hmGFFCr8E0

-----------------------------------------------------------------------

Jofi Joseph Revelations

"Joseph and a number of bloggers and investigators used Twitter Handles such as @DCHobby, @ DChobbyists, @Plusurehobby, etc... to give escorts comfort that they were cool to talk to. In Escort parlance, a ""hobbyists"" is someone who uses prostitutes on a regular basis and knows all of the ""rules"". In DC, Every member of Congress is considered a ""Hobbyist"". Many of the front office interns of Congress are Escorts for them at night as can be seen from the last 6 years of news stories in search using the terms: ""Congress, intern, senator, etc."" These blogger spies have the scoop, collected over the last 4 to 5 years, from these escorts on EVERY member of Congress. You wonder why that typist yelled out on the floor of Congress the night of the Debt Limit vote; The ""serving two masters"" comment she made may have had more to do with her disgust with all of her bosses trotting in Escorts around her than anything else."

It may not matter if Jofi Joseph had sex with some of the girls or not if he got them to spill their stories on tape and roll over on corruption schemes in DC. Do we condemn him for indiscretions (which he may not have even had if he was truly investigating corruption) but aclaim him for disclosing some of the biggest indiscretions in Washington?

"Apparently a number of these escorts have been spilling the beans on DOE Staff, Car company executives and ""bundlers"" that helped to grease the pole to run the funding flag up to certain car companies and their investors."

"UPDATE: OK, I have now seen part of an interview, on someones iPhone, that has an Escort named Felica sitting by the outside of the Lincoln Memorial talking about how she was sent to two senior staffers to make them happy for a lobbyist. Juicy stuff. It was raw footage."

DA-

--------------------------------------------------------------------------

"Tesla Model S Drivers have more sex with prostitutes and escorts than any other group, studies show:"

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

FF

http://www.youtube.com/watch?v=nRSQJcH2HEc
------------------------------------------------------------------------

"You can see that JJ and his wife were way, way deep into Washington politics and society. They knew everybody's stuff and one or the other of them were at all of the right parties and meetups. But, Washington before you freak out about JJ, do you not realize there are 500 JJ's at Google for the Left and Heritage for the Right? It is a race to disclose now. If JJ was interviewing Congressional prostitutes on top of his regular whistle-blowing.. oh BOY!!!   The race to cover-up is lost. Now it is about who will fix DC first but blowing the lid off of the biggest rats from either side... This should be fun! Here is a new headline, use freely: ""Bloggers blow lid on Hookers blowing Senators"""

Connie V on K Street   ;-)

--------------------------------------------------------------------------------

"Speaking of Sex, recall that Kleiner Perkins had a big sex abuse lawsuit and Kliener Perkins is under more investigation for TARP and DOE kickbacks than almost anybody else. Google has been disclosed to have had a NY Escort Den on ValleyWag. Let's see how much these guys are into their sex for power and sex for bribery."

Adoly- LA Times

http://www.youtube.com/watch?v=V57_sz_sSuo

--------------------------------------------------------------------------------

Who would have thought that women who sell their bodies for cash would rat out Senators and lobbyists who sell out Americans for Cash!     Shocking!

"So let's see, there are 300 Million American's and about 65 people in Congress who decide what those American's will or will not get and their decisions are guided by how good the pussy is that the lobbyist sends over and how much cash that lobbyist puts in their PAC. Well that seems, fair, right

Danson A.

--------------------------------------------------------------------------

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

It gets better now: CNN and a few other outlets have passed the word on the street that they will pay the big bucks for any Washington Escort who comes forward to do an interview on camera (with obligatory blurred silhouette of course) about any TARP or DOE funding decider they provided special services for that was paid for by a third party. Escorts: Contact your local News Director or TMZ!

Danny-

----------------------------------------------------------------------------

"I am certain that Jofi Joseph contributed some of the tips to this site, Huffington Post and others sites. They bear his mark."

Anon.

http://www.youtube.com/watch?v=AIIbfzZR70k

----------------------------------------------------------------------------

Jofi Joseph and Carolyn Leddy: Spies? Kinksters? Investigative reporters? All of the above? None of the Above? Stay Tuned.

RS- NYT

http://www.youtube.com/watch?v=oYq6MXyI8eE
-----------------------------------------------------------------------------

White House and GOP officials on DC escort list

DC Escort list

"The scandal of Tobias and the DC madam will expand to more GOP public officials. I read about this political rumor before it went main stream and thought ?oh boy, here we go again.? So many scandals in Washington these days, that its impossible to keep up. Iraq is a mess, it is in dire need of our politician?s attention, but there is no way they can do their job properly with all of the distractions. Read more about Deborah Jean Palfrey and the D.C. madam escort scandal"

A nation divided

"Even if they wanted to do their jobs, the partisan-only trends, e.g. ?veto? anything that doesn?t agree with my politics, stubborn Washington officials that refuse to compromise on anything that might evidence a hint of weakness or submission. How can anyone do their job with the the Katrina fiasco, Halliburton scandal, high profile D.C. prostitution ring charges, Alberto Gonzales corruption and potentially illegal U.S. attorney firings, allegations of Karl Rove?s involvement in Valerie Plame?s CIA leak scandal and the deleted emails ?accident? that is hanging a dark cloud over the White House! I?ve mentioned the larger scandals that have recently been under the microscope, but there is much more. There are so many scandals, in fact, that the overall effect of the numerous scandals has been desensitizing to the American public and it makes such government activity seem less scandalous than it is!"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"White House, President, Washington officials, is there a solution

"If you take any of the above-listed allegations on their own merits, and scrutinize the role of the White House, President, Washington public officials, and other high profile Americans, you might have enough evidence to bring down the country and possibly push it into an economic recession. What is the answer to America?s woes? Its not as simple as impeaching the President, Vice President, or incarcerating a handful of D.C. political players. No matter what happens, our country will be hit hard at a time that it can?t afford to take many more hits. Its unfortunate, but unless we?ve forgotten.. there are many troops in Iraq who need our support and help. They are our loved ones, friends, and American citizens and we need to focus on these individuals."

D.C. officials need to put their money where their mouths are at

"My plea to D.C. officials, is pretty much this: put up or shut up! Please carry out the prosecution of any high profile politicians or get back to work because there is no time for petty nonsense. Its fine for bloggers halfway across the globe to do it, because the consequences of my work do not trickle down to the American people. Washington representatives, on the other hand have a responsibility to all Americans to do their job and keep politics out decisions that require some semblance of objectivity and that simply isn?t happening"

Fred Soto is an Attorney and Entrepreneur from the Silicon Valley.

http://www.youtube.com/watch?v=EV75gRH6MkE

-------------------------------------------------------------------------------------------

Some of the women that spilled the beans can be found on:

http://bestladyescortsmeeting.com/escort-review-washington-dc-craig

-------------------------------------------------------------------------------------------

"U.S. Senator, Boybatter, and Dead Escort Nexus: Expert Witness to Examine New Possibly Exculpatory Forensics in Penn. vs. Cuadra and Kerekes case"

"Harlow Cuadra will be represented by a public defender whose office has few resources and a very small likelihood of presenting an effective defense in the almost entirely circumstantial case against Cuadra.The others who were involved in this seem to have lost interest or even turned against Harlow, but not so with Damon and myself. We have found startling new information involving a Washington DC escort who was recently found dead - possibly murdered."

"This escort spoke in detailed and apparently truthful terms about his best known client, a deeply closeted U.S. Senator with links to the Norfolk, VA naval base. Harlow Cuadra and Joe Kerekes were based in Norfolk and ran both their gay video website Boybatter.com and their escorting enterprise Norfolk Companions from there, so it's very possible - even likely - their or their affiliated escorts' clientele included high Government officials.The escort was found dead under mysterious circumstances last month in Washington, DC."
He was connected with the man primarily oriented in taking over the Boybatter website.
"What he left behind ""in case something happens to me"" may be very good news for Harlow's defense - IF it can be properly vetted by an expert in forensics.Unfortunately such testing won't be possible for Harlow or his family but it MIGHT be possible for us to arrange - with some help.According to the forensic examiner with whom we spoke - who would make a great expert witness for Harlow's defense if his fee can be assured - it will cost about $4,000 to test the evidence in question and write a suitable report.If the results show what we believe they will indicate, Harlow Cuadra's chances for either acquittal or a light sentence will increase by orders of magnitude.Who can help with this? Never mind the penny ante material such as the faux ""Chinchilla"" jacket on EBay, this is important new information that just might be exculpatory for Harlow.If reasonable assistance is

THE BOOK OF TESLA: Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

provided, we'll have the testing done and a report prepared for submission into evidence as a key Defense item."

Contact me or Damon directly if you can help. We're notifying Harlow and his P.D. about this.

---------------------------------------------------------------------------
https://www.youtube.com/watch?v=vsaFjaZuYQA

---------------------------------------------------------------------------

Anthony Weiner's sins pale beside prostitution of Congress

|By David Horsey

"All but a few macho holdouts among the let-men-be-men faction agree that Anthony Weiner is not worthy of becoming mayor of America?s biggest city, but there is a perennial threat to our democracy that is far larger than the turgid tweets of the former congressman from New York. That threat is the ongoing whoredom of members of Congress who remain in office."

http://www.youtube.com/watch?v=Oy1Ljyj9cYM

---------------------------------------------------------------------------------
Senator: Prostitution scandal wider than believed
By ALICIA A. CALDWELL and LAURIE KELLMAN

"WASHINGTON (AP) ? Several small groups of Secret Service employees separately visited clubs, bars and brothels in Colombia prior to a visit by President Barack Obama last month and engaged in reckless, ""morally repugnant"" behavior, Sen. Susan Collins says."

"She says the employees' actions during the stunning prostitution scandal could have provided a foreign intelligence service, drug cartels or other criminals with opportunities for blackmail or coercion that could have threatened the president's safety."

"In remarks prepared for the first congressional hearing on the matter Wednesday, Collins, R-Maine, also challenged early assurances that the scandal in Colombia appeared to be an isolated incident. She noted that two participants were Secret Service supervisors ? one with 21 years of service and the other with 22 years ? and both were married. Their involvement ""surely sends a message to the rank and file that this kind of activity is tolerated on the road,"" Collins said."

"""""This was not a one-time event,"" said Collins, the senior Republican on the Senate Homeland Security and Governmental Affairs Committee. ""The circumstances unfortunately suggest an issue of culture."""""

"Connecticut Sen. Joe Lieberman, the committee's chairman, said, ""I want to hear what the Secret Service is doing to encourage people to report egregious behavior when they see it."""""

"Wednesday's hearing was expected to expose new details in the scandal, which became public after a dispute over payment between a Secret Service agent and a prostitute at a Cartagena hotel on April 12. The Secret Service was in the coastal resort for a Latin American summit before Obama's arrival. Collins said several small groups of

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

agency employees from two hotels went out separately to clubs, bars and brothels and they ""all ended up in similar circumstances."""

""""Contrary to the conventional story line, this was not simply a single, organized group that went out for a night on the town together,"" Collins said."

http://www.youtube.com/watch?v=o2MOgi0uCPs

"Senators were expected to focus on whether the Secret Service permitted a culture in which such behavior was tolerated. Homeland Security Secretary Janet Napolitano has testified previously that she would be surprised if there were other examples, but senators have been skeptical."

"In his own prepared remarks, Secret Service Director Mark Sullivan told senators the behavior in Colombia wasn't representative of the agency's nearly 7,000 employees."

""""I can understand how the question could be asked,"" Sullivan said, calling his employees ""among the most dedicated, hardest working, self-sacrificing employees within the federal government."""

"Sullivan also assured senators that Obama's security was never at risk. The officers implicated in the prostitution scandal could not have inadvertently disclosed sensitive security details because their confidential briefing about Obama's trip had not taken place."

""""At the time the misconduct occurred, none of the individuals involved in the misconduct had received any specific protective information, sensitive security documents, firearms, radios or other security-related equipment in their hotel rooms,"" Sullivan said."

"Sullivan has survived professionally so far based on his openness about what happened. Senators were not expected to ask for his resignation, and the acting inspector general for the Homeland Security Department, Charles K. Edwards, gave Sullivan high marks for integrity. Edwards, who estimated that the early stages of his own investigation would be finished before July 2, said the Secret Service ""has been completely transparent and cooperative."""

""""The Secret Service's efforts to date in investigating its own employees should not be discounted,"" Edwards told senators. ""It has done credible job of uncovering the facts and, where appropriate, it has taken swift and decisive action."""

"The White House on Tuesday reasserted its confidence in Sullivan. Obama ""has great faith in the Secret Service, believes the director has done an excellent job,"" White House spokesman Jay Carney said. ""The director moved very quickly to have this matter investigated and took action very quickly as a result of that investigation."""

"A dozen Secret Service officers and supervisors and 12 other U.S. military personnel were implicated. Eight Secret Service employees, including the two supervisors, have lost their jobs. The Secret Service is moving to permanently revoke the security clearance for one other employee, and three others have been cleared of serious wrongdoing."

The Washington Post reported Tuesday that four of the Secret Service employees have decided to fight their dismissals.

"Prostitution is legal in Colombia, but Sullivan quickly issued new guidelines that made it clear that agents on assignment overseas are subject to U.S. laws."

"Sullivan said he directed Secret Service inspectors to investigate reports of similar misconduct in San Salvador.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

After 28 interviews with hotel employees and managers, State Department officials and others, ""no evidence was found to substantiate the allegations,"" Sullivan said."

This week the Drug Enforcement Administration said the Justice Department's Office of the Inspector General was investigating possible misconduct by two or more agents in Colombia. Collins revealed that the case involved at least two DEA employees who entertained female masseuses in the Cartagena apartment of one of the DEA agents. The investigation is unrelated to the Secret Service scandal but is based on information provided to the DEA by the Secret Service.

-------------------------------------------------------------------------------------------

Contractor denies bribing ex-congressman . Lobbyist Wilkes is accused of giving lavish kickbacks to Rep. Duke Cunningham

AP

Denies sex with prostitutes
"Wilkes insisted he had never hired prostitutes for himself or the congressman, telling jurors that his nephew, an employee, had hired masseuses on a trip to Hawaii. Wilkes said he had not recognized the two escorts who testified for the government that they had been paid to join the men in the hot tub of their private bungalow at the Hapuna Beach Prince Hotel in August 2003. One of the women said she went upstairs and had sex with a man she identified as Cunningham after he fed her grapes while she sat naked in the tub."

"""I never had sex with them,"" Wilkes said. Neither of the women who testified identified Wilkes in the courtroom."

http://www.youtube.com/watch?v=T0o5TYe-Sfk

"Throughout his testimony, Wilkes blamed shady dealings with Cunningham on his nephew, Joel Combs, and his former colleague, Mitch Wade, who pleaded guilty in 2006 to bribing Cunningham. He said he only paid for a $4,000 meal with the congressman in Las Vegas because Wade stuck him with the check after ordering a $3,800 bottle of wine"

-Associated Press

-------------------------------------------------------------------------------------------

"Army official bribed with cash, cars, escorts, feds say"

By SCOTT MCCABE |
"A Northern Virginia businessman has been charged with bribing a U.S. Army official with cash, cars and female escorts in an ongoing investigation into one of the largest kickback schemes in federal contracting history.Two former program managers from the U.S. Army Corps of Engineers have already pleaded guilty to taking or agreeing to receive more than $26 million in bribes from various contractors.New charging documents reveal a third unidentified U.S. Army official is under investigation for steering contracts to businesses in exchange for more than $200,000 in under-the-table benefits.Oh Sung Kwon, also known as Thomas Kwon, the founder and chief financial officer of Avenciatech in Annandale, becomes at least the 12th person charged in the long-running investigation. Eleven others have pleaded guilty.Kwon, 46, of Vienna, was charged by information, generally an indication that a plea deal is in the works because an information charge cannot be filed without the defendant's consent. A plea hearing has not been scheduled."

"According to charging documents, Kwon established Avenciatech in 2009 after learning of other pay-for-play

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

schemes within the U.S. Army.Kwon traveled to South Korean several times to meet with the third Army official, described in court documents as an assistant project manager for the Defense Communications and Army Transmission Systems.Kwon agreed to make the Army official a secret owner in his company, and the public official agreed to steer more than $3 million in contracts to the company.Kwon wired $40,000 to the public official, paid $30,000 for the public official and seven family members to vacation in the Bahamas, documents said.Kwon also paid for female escort services for the Army official in Seoul, South Korea, New York City and Atlanta.When the public official, who had 22 years on the job, moved back to the United States in 2010, Kwon helped the man obtain financing to buy a home in Fairfax Station.The Army official did not want to make the down payment of $230,000 from his bank account because he'd have to provide copies of his bank statements, which contained large cash deposits that might raise red flags for authorities, documents said.Kwon arranged to have one of his employees pretend to be the public official's cousin and execute a phoney ""gift letter"" to transfer $230,000 to the settlement company, documents said. Kwon also agreed to finance the purchase of a 2010 Lexus, valued at $69,000, for a family member of the public official, documents said.Kwon paid the Army official $7,000 each month from September 2010 to March 2011, but ended the cash payments once the pair learned that the FBI was investigating another part of the scheme.smccabe@washingtonexaminer.com"


-------------------------------------------------------------------------------------
Five More Members of Congress Being Probed in Bribery Affair
by John Byrne Raw Story
"Five other members of Congress are being probed in association with the bribery scandal linked to former California Republican congressman ""Duke"" Cunningham, according to a little-noticed legal filing discovered Thursday.The 42-page sentencing memo was published online by Seth Hettena, an author who has published a book on Cunningham. It was made by the attorney for Mitchell Wade, the former defense contractor who pleaded guilty to bribing Cunningham in 2006 who has cooperated with the government in their investigation.In addition to the five current or former members of Congress, numerous government employees and several private contractors are also under scrutiny.Of the five Congressmembers, two are formally under investigation and three are being examined for their ""receipt of straw contributions"" -- contributions made to members of Congress in an effort to get facilities opened in their districts. Investigators are also looking at a member of Congress for accepting undisclosed gifts, the crime that sunk Alaska Republican Sen. Ted Stevens this year.According to the filing, the five are being probed for ""corruption similar to that of Mr. Cunningham."" Cunningham, 64, was sentenced to 8 years in prison in 2006; Wade faces sentencing Dec. 15. His cooperation with prosecutors has resulted in guilty pleas or conviction for seven other individuals, the sentencing memo said, which seeks to have his sentence reduced to a fine and five years' probation.Cunningham expert says Katherine Harris likely among those eyedThough none of the additional congressmembers are named, Hettena believes they are ""no doubt"" Republican Reps. Virgil Goode and Katherine Harris. Harris became famous during the Florida recount in 2000, was elected to Congress in 2002, and was defeated in 2006. Goode represents Virginia and was narrowly defeated in November.Harris may be the member of Congress who underreported campaign contributions. Wade took Harris to dinner at the posh French Georgetown restaurant Michel Richard Citronelle the year before her electoral defeat which cost $2,800, according to Harris' former political strategist Ed Rollins; members of Congress are supposed to report any gifts larger than $50.Citronelle's fixed priced menu costs $155 alone. With ""wine pairings,"" a meal is $230.""Prosecutors drop tantalizing hints about an even bigger, ongoing investigation,"" Hettena notes. ""Wade was debriefed in 2006 and provided 'moderately useful' background information in another 'large and important corruption investigation' that also has not yet resulted in any charges.""An element of particular interest that remains unresolved is who utilized escorts and limousines another convicted contractor provided and who attended private poker games at the Watergate hotel.Brent Wilkes, another contractor who went down in the Cunningham affair, used the services of Shirlington Limousine.""He was a winer and a diner,"" the company's owner told the Hill in 2007. ""He liked to take people to eat. If a young lady gets in the car, or he asks us to pick up a young lady, we don't know who it is. We're drivers.""Shirlington sued the Department of Homeland Security after they dropped the firm as a contractor following the revelations."
  -----------------------------------------------------------------------------

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

10/23/2013

"""Adultfriendfinder.com hacked to source 42 senior Senators, Congress-people and senior agency staff writing emails looking for ""fine sweet no-obligation arrangements"" and ""someone to take care of you like in House of Cards. Did you see that film  " ""Would that sort of relationship work for you""... etc."" claims Hackers."

"Could be a bluff or a put-on but judging by the posting and the known charges against congressional staff, this sounds like it might have some legs."

Carl W. - AM Houston
--------------------------------------------------------------------------------

Prostitutes and Politicians

Whoreable  Behavior

"That?s the title of Ann Coulter?s article about New York Governor Eliot Spitzer. By now, everyone should have heard the story ? the up and coming Democrat Governor of New York (some said he was Presidential material) wasted tens of thousands of dollars on prostitutes and  resigned."

"Spitzer?s life is ruined. It doesn?t matter if he has defenders who will wail, ?It?s his private life!? It doesn?t matter if he fights the charges. It doesn?t matter if this was a political prosecution. As Talleyrand said: ?It?s worse than a crime; it?s a  blunder."

"Eliot Spitzer, Harvard Law graduate and Fifth Avenue denizen, is forevermore: ?Client No.  9.

"Surprising no one, police wiretaps indicate that the ?models? were semi-literate, could not learn to swipe a credit card and seemed invariably to be on drugs. That?s what you get for $2,000 an hour in this charming business."

"Behold the ?victimless? crime of prostitution. Hard to believe these girls would turn to drugs. Having sex with strangers for money, nothing to live for ? just thinking about it makes me want to take  drugs."

It?s absurd to talk about Spitzer?s problem being ?hypocrisy? ? as if everything would be fine if only he had previously advocated legalized  prostitution.

"But beyond the basic case itself (similar stores being repeated among Presidents, Congressmen, and Senators), what does this mean for the Christian? What lessons should (must) we learn from Spitzer?s  downfall

Sin is Not  ?Victimless?

The idea sins like drug use or prostitution are ?victimless? should be out the window now. Some politicians have even advocated legalizing these activities claiming they?re victimless ? looking at Spitzer?s wife during the press conferences you?d be hard pressed to claim prostitution (even if legal) doesn?t hurt  anyone.

Those politicians (some of which have been presidential candidates) and groups making such claims close their eyes to  reality.

"The Bible says these things are wrong. They?re not bad because they?re sin, they?re sin because they?re bad. We don?t know the religious life of Spitzer, but it doesn?t really matter ? what he did destroyed his family and his political career. Even if prostitution is legal, we doubt his wife would feel  different."

"But beyond the political arguments, what does the Bible have to  say

THE BOOK OF TESLA: Copyright ? the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"For none of us liveth to himself, and no man dieth to himself. For whether we live, we live unto the Lord; and whether we die, we die unto the Lord: whether we live therefore, or die, we are the Lord?s. (Romans 14:7-8 KJV)"

"Paul says in Romans your actions do affect others ? a truth not lost on Spitzer?s wife and family. The idea ? victimless? sins like drugs and prostitution don?t hurt anyone and should thus be legalized not only doesn?t make sense, it?s  unbiblical."

That should be enough to settle the issue for  Christians.

"Your actions (good or bad) affect everyone around you. That?s the Biblical truth, so choose your actions wisely."

The Enemy Wants to Take You  Down

Problems like Spitzer?s never start the way it ends; it?s likely he never thought of this ending. But how did he get there? We see pastors become snared in relationships similar to Spitzer?s ? shouldn?t they know  better?

"It never starts that way. For a pastor, it begins as simple as a married woman coming in for counseling. He begins to talk to her about her marriage and situation, and soon the woman begins to think ?this guy understands me, not like the clod at home?, and begins to form a bond with  him."

"The pastor meanwhile, begins to think ?here?s a woman who appreciates me?, and begins to form a bond with her, outside of the relationship with his wife. One thing leads to another, and you know the rest of the story. Neither set out or believed the ending would come as it did, but ?it just  happened?."

"To avoid this problem, men counsel men and women counsel women. ?That?s narrow and legalistic? some may say. Perhaps. But we?ve seen pastors caught in this snare, and perhaps some simple precautions might avoid the mess."

"Besides basic right and wrong, how many people have you heard say ?I?ll never go to church again, because Christians are hypocrites ? look at what that pastor did?. Ask yourself, how many people will spend eternity in Hell because of the actions of a few  Christians

You Become Like the Gods you  Worship

"One reason this problem comes with politicians, athletes and others is because they?re used to always getting their way ? they can literally buy anything they want. Solomon tried that approach, and found it all vanity (Ecclesiastes)."

But a verse in Psalms becomes particularly insightful for these  situations.

"The idols of the heathen are silver and gold, the work of men?s hands. They have mouths, but they speak not; eyes have they, but they see not; They have ears, but they hear not; neither is there any breath in their mouths. They that make them are like unto them: so is every one that trusteth in them. (Psalm 135:15-18  KJV)"

"You become like the gods you worship. For those who worship power and the ability to do anything they want, it?s not surprising their downfall comes from acting in such a way as to ignore everyone around them. It?s all about me, after  all."

http://www.youtube.com/watch?v=OXrM8cDdtPQ

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The SIN  Problem

"We?ve all inherited a genetic defect from Adam; a sin nature. Every person (except one) who ever walked this planet has the same sin nature. We all make mistakes, we all need forgiveness. The idea of ?rating? sin is man?s, not God?s. You know, Spitzer?s sin is really, really bad, but hey, my sin isn?t really that bad, at least I didn?t

"Not so. God doesn?t grade on a curve. Sin is sin. Period. In Matthew chapter 5, Jesus says sin is internal ? if you?re angry with your brother without a cause, in God?s eyes that?s as guilty as murder. And for all those who say ?I?d never do what Spitzer did?, Jesus also says to look at a woman with lust has already committed adultery with her in his  heart."

"God looks at the heart, man looks at outward appearances. Don?t think just because nobody knows about it God thinks it?s OK. You can hide from everyone else, but God  knows."

Conclusion

"Many will accuse us of claiming Christians are better than everyone else, and don?t make such mistakes. Nothing is further from the truth. Christians are just as susceptible to these errors as anyone, and need to be on guard for entrapments which cause their ruin. And remember, it?s still sin even if no one finds  out."

"We?re all sinners, and all make mistakes. As Eliot Spitzer goes, there go I, but for the grace of God. It?s not pointing out ?look how bad that guy is?, rather it?s a warning for all of us ? be careful or you may end up in a similar  situation."

"We don?t ask for judgment, but mercy and grace. All I can  get."

-------------------------------------------------------------------------------------------

The Daily Caller Accuses a Senator of Hiring Prostitutes

Dashiell Bennett

"Tucker Carlson's website The Daily Caller is taking  a shot at the October Surprise game, accusing New Jersey Senator Robert Menendez of soliciting prostitutes while on a trip to the Dominican Republic. According to videotaped interviews with two anonymous women published on the website last night, Menendez agreed to pay the women $500 for sex during a visit to the country earlier this year. They identified the Senator from a picture, but said they were only given $100 after being brought to see him at a fancy resort on the island."

-------------------------------------------------------------------------------------------

"So if every Prostitute in Washington actually works for CNN, is that good thing or a bad thing :-)

Alice

http://www.youtube.com/watch?v=6LtmgIFCRZc

-------------------------------------------------------------------------------------------

New Story Coming- Sex for Solyndra. Titties for Tesla's. F*cking for Fisker's.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Just a heads-up, I am working on an angle to this which shows that the second largest expenditure of money-for-escorts-for-car-cash, after Washington and Virginia was not NY, Chicago or LA, it was Palo Alto, California. Venture Capital guys"

"sent girls, and boys, that they hired from the Bay Area to State and Federal decision makers that helped steer funds to their companies. At least one of them is now working in the office of a Senator and two used to be. I still have many leads and tips to double check and verify but the story is looking solid so far. I have very extensive confirmed fact checking on one car executive who hires quite a conveyer belt of escorts."

Don

----------------------------------------------------------------------------------------------

Jofi :   Multiple Accounts and Stealth Blogging

"Confusion reigns.. is DChobbyist really the same guy, here is DChobbyist from one of many older posts where the description of the person, by the person, does not gel with who we think we know Him to be:"

From:http://dakotakoxx.wordpress.com

"""Rate this:"

"2 VotesDCHobbyist: Why Do I Hobby? A Hobbyist PerspectiveOctober 26, 2010 ? 1 Comment"

"Why Do I HobbyMany of you likely know me as DCHobbyist via Twitter.   I took up Twitter almost a year ago at first to start following interesting ladies whom I hope to eventually see.   (This is how I discovered the lovely Dakota, whom I still hope to have the pleasure of seeing if she ever decides to visit Washington DC).   Over time, I discovered that many ladies use Twitter not solely as an advertising vehicle, but also to convey their views, pleasures, and frustrations of being an escort.   Not seeing any equivalent perspectives from clients, or so-called ? hobbyists?, I decided to start tweeting my perspectives.   So far, it?s been a lot of fun and I am very glad that a number of ladies have appreciated the opinions of a client."

"Dakota?s invitation for hobbyist perspectives in the form of a blog entry gives me the opportunity to explain how I got started in the ?hobby? and why I continue.   A little about myself:   I am a white collar professional in my late 30s with a stable career where I make $125,000 a year.   Solidly upper-middle class, but not wealthy. And I?m single.   I have dated occasionally, but frankly find that long-term monogamous relationships are not for me.   For one, I am a bit of a loner.   I would rather retire to a bar and enjoy a good meal with a good book in tow rather than spend lots of time with others.   Perhaps it is a consequence of being single for so long, but I have gotten into a particular ?groove? and can?t imagine now inviting another person into my life."

"However, I am also a very sexual person.   I have engaged in casual relationships before, but find that they often get complicated and I?m not one to tolerate fools very long.   So that is how I found myself seeing escorts on a regular basis starting approximately five years ago.   For the first two years, I limited myself to sensual body rubs alone, primarily because I was freaked out over STD transmission.   As I became more comfortable and began to understand that escorts, in some ways, are safer than civies due to their fanatical use of protection, my inhibitions began to drop.   First it was me performing DATY.   Then BBBJ.   And finally full service.   And I absolutely love it ?."

"Why do I love escorts so much?   It is first and foremost the fantasy aspect of the experience.   I was somewhat socially awkward in high school and never dated, even though I lusted after the pretty cheerleaders.   College was somewhat better, but I only really bloomed after graduation.   Now I am a socially confident gentleman, with a sharp intellect, nice clothes and decent looks.   Seeing escorts, though, allows me to go back to those lonely days of high school and college and now feel as if I am making out with the prettiest girl in class ? and doing more!"

"I love walking into an upscale four star or five star hotel.   I love getting into the elevator with others, knowing they are on routine errands while I am about to have the time of my life.   I love gently knocking on the door, full of nervous energy, asking myself if the lady is as good as the reviews of her that I have meticulously researched. I love it when the door opens slowly, I step into the room, the door closes, and a knockout beauty walks toward me with a mischievous smile as she welcomes me with a passionate kiss.   I love getting to know her as we slowly

seduce each other, she putting her hand on my leg when I describe my day, me gently pulling her into an embrace as we move to the main event.  I love our conversation after the main event as we discuss our lives.  I love as she says goodbye to me with a series of soft, sensuous kisses, with the promise we will see each other the next time she is in town.As you can guess, I am a fan of the GFE experience.  No Porn Star Experience for me ? I like a woman who hangs on my every word, who loves to sensually kiss me, who treats me as a lover for an hour and not a trick.  For this reason, I almost exclusively see independent ladies ? I find that agency providers tend to have a more mechanical approach and it is not for me.  I also reason that the low odds of LE entrapment are higher with agencies than with indies, if only because agencies are such bigger targets.I see escorts because I unabashedly love women and I love a variety of women.  I have seen women of every ethnicity and race.  I have seen women as young as their early 20s and women in their late 30s.  That hour with an escort makes me feel good about myself, it makes me feel like a sexual dynamo, it makes me feel like the center of a lovely young thing?s universe.Is it all an illusion?  Of course.  I understand that intellectually and never seek to push boundaries.  But, for that one hour, I lose myself in the illusion and I enjoy it tremendously.  Does it emotionally handicap me vis-a-vis civilian ladies?  Perhaps.  The civilian ladies I occasionally date simply don?t hold a candle to the escorts I see, whether it is looks or sexual performance.  There is something truly intoxicating about meeting a woman for the first time and making love to her fifteen minutes later.So this is why I hobby.  It is also why I call myself a hobbyist.  By that, I mean I am a man who regularly sees escorts.  I know the term ? hobbyist? is viewed with derision by some escorts.  And, yes, there are some hobbyists who view escorts with contempt and their behavior can only be described as misogynistic.  I would like to think that I do not fall into that category, although some ladies who have read my tweets have expressed concern that I objectify escorts.  If so, that is not my intention at all.  I truly am impressed by the ladies I have met while hobbying ? an escort is an independent business woman in all the best senses of that word.Any questions ? feel free to DM me on Twitter at DCHobbyist.  And thanks to Dakota for giving me this medium to tell you a little about why I am a patron of the world?s oldest profession ? updated for the age of the Internet!"

  Submitted 10/25/2010 by DCHobbyist
  "No changes or edits have been made to this submission.""Or is DChobbyist another one of the investigators working their cover story in order to try to get dirt on Senators from DC Escorts

  "@DChobbyist also apears on sugardaddydiary.com, capitalpunterblog.com, and is somehow involved with @texasugah and @sugarycaribbean or they are somehow related in communications. Still researching but OMG this is complex.The wildest theory I have heard so far is that there are a few hundred fake twitter accounts that are pre-operated as character attack handles in case one wants to damage someone. You just say, oh yes, that person is also this other handle where they have sex with goats. Strange but possible in this day and age. If a single one of the Joseph nasty tweets turn out to be true someone is going to want to hurt his credibility ASAP so his disclosures carry less weight.Carson- LA"

  ---------------------------------------------------------------------------------

  http://www.youtube.com/watch?v=CO9J6DDMjh4

  "So it sounds like every Senator is screwing his interns and paying their tuition's to do it (from our tax money) plus has lobbyists sending them a different girl every night on top of that!. Now that we all have HDTV, I have been thinking about how burned out and sunken-eyed all of these Senators actually look in high-definition on the News. It is now clear why they all look so run down. That's a lot of questionable sex for one poor guy to have to handle. We American citizens should step up to the plate and offer to take some of those girls off of their hands to help them out. Can't ""serve two masters"", indeed; these poor guys can't be expected to serve 4 mistresses a night like they seem to do. Stop beating up on these poor Senators and help them out for gods sakes!---------------------------------------------Apparently the Escorts that Congressional Staff and Agency heads pay for have the word ""sugar"" in their blog title, website title, Twitter Handle and web names. Do some web searching and check out the hotties. Google search using terms and phrases that include the following: ""DC, hobby, hobbyist, sugar, generous, gentleman, beltway, etc.""Then for a shocker, search: ""DC Escorts""   and count how many sex agencies you find within 50 miles of the White House. OMG.

THE BOOK OF TESLA  Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

If only one girl from each of those agencies rats out a Senator then... you have a few hundred leads. Fun!DC Dave------------------------------------------------------------------------------------You know Jofi Joseph is going to show up any time now as a new senior editor at TMZ, Washington Bureau; BigGovernment.com; Gawker, HuffPost or some other online blog. You think he is out of a job? Nope, He set himself up for a higher paying career... watchRoger- t.------------------------------------------------------------------------------------------"

Escort says Menendez prostitution claims were ... - Washington Post

"Mar 4, 2013 ... Escort says Menendez prostitution claims were made up ... Aaron Blake covers national politics at the Washington Post, where he writes  ..."

www.washingtonpost.com/ blogs/ post-politics/ wp/ 2013/ 03/ 04/ menendez-prostitution-accuser-backs-off-claims/ -

"Names Will Come Out,' Lawyer in DC Escort ... - Washington Post"

"Jul 11, 2007 ... 'More Names Will Come Out,' Lawyer in D.C. Escort Case Vows ... dirt on their enemies, of political groups aiming arrows at their opponents."

www.washingtonpost.com/ wp-dyn/ content/ article/ 2007/ 07/ 10/ AR2007071001881.html -

sex and crime in DC - Progressive Review

"In fact, Washington politics is also heavily driven by cowardice, blackmail, deceit, ... the D.C. Madam) sent escorts for what she calls legal, non-sexual ""dates.""."

www.prorev.com/sexindc.htm -

DC Madam Jokes - Political Humor - About.com

"""It looks like a lot of politicians' careers will be ruined when this Washington madam ... after he admitted he hired women from a Washington, D.C., escort service."

politicalhumor.about.com/od/sexandpolitics/a/dcmadamsex_2.htm -

'Classy DC Escorts' Founder Sentenced to Prison - FairfaxNews.com

"Aug 3, 2012 ... Between 2009 and 2011, Classy DC Escorts employed over 100 ... This case was investigated by the FBI Washington Field Office and  ..."

www.fairfaxnews.com/ 2012/ 08/ classy-dc-escorts-founder-sentenced-to-prison/ -

Long-time escort confirms Senator Bob Menendez paid her for sex ...

"Feb 24, 2013 ... A professional escort who travels the East Coast seeing clients in ... that are politicians,? she said, adding that when she is in Washington, D.C.,  ..."

www.dailycaller.com/ 2013/ 02/ 24/ long-time-escort-confirms-senator-bob-menendez-paid-her-for-sex/ -

DC's Political Scandal Landmarks: Not Your Average Bus Tour ...

"Aug 26, 2013 ... Washington DC is the political capitol of the US. It's also ... Eliot Spitzer reportedly passed an evening with a $1000-an-hour escort in room 871."

THE BOOK OF TESLA. Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

washington.cbslocal.com/ top-lists/ dcs-political-scandal-landmarks-not-your-average-bus-tour/ -

"Eliot Spitzer prostitution scandal - Wikipedia, the free encyclopedia"

"The Mayflower Hotel in Washington. ... Later, the IRS contacted the FBI to investigate possible political corruption. ... Prosecutors charged the four people operating the escort service with violations of the Mann Act, a week prior to the revelations of .... SPITZ HOOKER'S DC DISCOVERY New York Pos"

en.wikipedia.org/wiki/Eliot_Spitzer_prostitution_scandal -

Palfrey 'sorry' for Tobias escort revelations - politics | NBC News
freedomoutpost.com/2014/10/thanks-obamas-incompetence-ebola-...
freedomoutpost.com

Poll: Majority believe Obama administration incompetent

"(Townhall) According to new polling from Quinnipiac, a majority of Americans view President Obama's White House as incompetent. In addition, a majority of Americans are still questioning Obama's character and view him as dishonest and untrustworthy. The Obama administration is not ..."
wnd.com/2014/01/poll-majority-believe-obama-admin...
wnd.com

"Competence, incompetence and the Obama administration ..."

"USA Today nails it: President Obama's chief technology adviser, Todd Park, blames the unexpectedly large numbers of people who flocked to Healthcare.gov and state websites."
qando.net/2013/10/08/competence-incompetence-and-th...
qando.net

"VA Fallout: Boston Globe, LA Times Declare Obama Incompetent"

The scandal at the Veteran's Administration is rocking the Obama regime and may yet be one of the worst scandals of the Obama era. Already two major newspapers are starting to accuse the Obama administration of utter incompetence.
breitbart.com/Big-Journalism/2014/05/25/VA-Fallout-Bost...
breitbart.com
More Links...

Obama Administration: Its Incompetence Is Historic | RealClearPolitics

Evidence of the astonishing incompetence of the Obama administration continues to roll in. It started with the stimulus package.
realclearpolitics.com/articles/2013/08/27/obama_could_learn_fro...
realclearpolitics.com

Obamacare Incompetence | TIME.com

"More Brill, More Obamacare Incompetence. But now, the Obama Administration has announced that it won't have the exchanges ready in time, that small businesses will be offered one choice for the..."
swampland.time.com/2013/04/02/obamacare-incompetence/
swampland.time.com

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Palin: Serious Questions about the Obama Administration's Incompetence...

"Of course, she does indeed ask the questions that REQUIRE an answer; Serious Questions about the Obama Administration's Incompetence in the Wikileaks Fiasco | Facebook."
 city-data.com/forum/politics-other-controversies/114101...
 city-data.com

Serious Questions about the Obama Administration's Incompetence...

"However, the latest round of publications of leaked classified U.S. documents through the shady organization called Wikileaks raises serious questions about the Obama administration's incompetent..."
 facebook.com/note.php?note_id=465212788434
 facebook.com

Obama Administration handles Ebola crisis with classic incompetence...

"If this is not an utterly incompetent administration, America would love to know what is. Americans fed up with Barack Obama's lies and incompetence."
 examiner.com/article/obama-administration-handles-ebol...
 examiner.com

**...Opening Monologue Mocks The Obama Administration For Incompetence...**

 It wasn't just the Obama Administration that was the target of Leno's jokes. I see stupid incompetence in the comments of the right wing extremist trolls who lurk here.
 downtrend.com/brian-carey/lenos-opening-monologue-mocks...
 downtrend.com

**The New Obama Narrative: Epic Incompetence ® Commentary Magazine**

 Early on in his administration Mr. Obama put his prestige on the line to secure the Olympics for Chicago in 2016 and he failed.
 commentarymagazine.com/2014/05/21/the-new-obama-narrative-epic-i...
 commentarymagazine.com

**Secret Service Incompetence: One of Many Under Obama | The Fiscal Times**

 "The cavalcade of incompetence from the Obama administration would be amusing, if the stakes were not so high."
 thefiscaltimes.com/Columns/2014/10/02/Secret-Service-Incompe...
 thefiscaltimes.com

 Incompetence: Obama Administration Admits Software and Design Defect...

 ...into who's behind this gross incompetence and until this is fixed it needs to be taken offline. The Obama administration said last week that an unanticipated surge of Web traffic caused most of the...
 jammiewf.com/2013/incompetence-obama-administration-ad...
 jammiewf.com

 ...Tells Wilkow Obama Administration Has Shown 'Sheer Incompetence'...

 "The former Secret Service agent went on say the State Department has shown ""sheer incompetence"" in handling the situation and accused the Obama administration of having a ""history of secrecy"" in..."

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

theblaze.com/stories/2012/09/14/former-secret-service-...
theblaze.com

"Blog: Malice, Incompetence, or Malcompetence

 Every time American Thinker posts am article condemning the incompetence of the Obama administration (as one of mine did recently)...
 americanthinker.com/blog/2014/07/malice_incompetence_or_malco...
 americanthinker.com

 Malice or Incompetence? - The American Interest

 "Now, there are a lot of people who wrongly believe that the Obama Administration, not to exclude the I agree that it's not malice, but it is incompetence of a kind and on a scale that tars John Kerry as..."
 the-american-interest.com/garfinkle/2014/07/29/malice-or-incompetence/
 the-american-interest.com

 Incompetence Meets Mendacity in Obama Administration's Ebola Response

 How an Obama Administration Policy is Destroying Lives. Incompetence Meets Mendacity in Obama Administration's Ebola Response. Houston's Mayor Should Resign Today.
 rightsidenews.com/2014101834989/editorial/us-opinion-and-ed...
 rightsidenews.com

"Thanks To Obama's Incompetence, Ebola Is Now Out Of Control In America"

 "The incompetence that he is displaying is absolutely appalling. Some leaders in Washington are already starting to become extremely critical of the ""leadership"" of the Obama administration and the..."
 endoftheamericandream.com/archives/thanks-to-obamas-incompetence-eb...
 endoftheamericandream.com

 Why the Obama Administration Can't Win on Health Care - NationalJournal.com

 The Obama administration had been absorbing constant political attacks about the so-called job-killing nature of Obamacare...
 nationaljournal.com/politics/why-the-obama-administration-can...
 nationaljournal.com

 The Obama Admin is Perfecting the Art of Incompetence - Ransom Notes Radio...

 "The Obama Administration has pretty much turned incompetence into an art form. Gayle Trotter, from the Independent Women's Forum, talked with John about the recent failures of team Obama."
 finance.townhall.com/columnists/ransomnotesradio/2014/10/07/th...
 finance.townhall.com

 The White House

 White House Petitions. A new way to petition the Obama Administration to take action on a range of important issues.
 whitehouse.gov
 whitehouse.gov

 Romney: Obama administration has 'emboldened' North Korea | The Ticket...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"""This incompetence from the Obama Administration has emboldened the North Korean regime and undermined the security of the United States and our allies."""
news.yahoo.com/blogs/ticket/romney-obama-administration-...
news.yahoo.com

Obama Administration And Senate Open The Door For Incompetence...

"Well, as the 2014 elections get closer, conservatives have a new target to personalize and polarize as the face of the Obama administration's incompetence and corruption..."
dailycaller.com/2014/07/28/obama-administration-and-senat...
dailycaller.com

"...Asks If There's 'Nefarious, Malicious Intent' Behind Obama's 'Incompetence'"

"Rep. Allen West slammed what he called the Obama administration's ""incompetence"" on Wednesday. (AP Photo/Cliff Owen, File)."
huffingtonpost.com/2013/11/20/allen-west-obama_n_4310650.html
huffingtonpost.com

"Boehner: ""It's Arrogance & Incompetence Right Down the Line"" | Speaker.gov"

"Speaker Boehner today said ""Americans deserve better"" than the ""arrogance and incompetence"" we've seen from the Obama administration, not only in carrying out misguided policies..."
speaker.gov/video/boehner-it-s-arrogance-incompetence...
speaker.gov

The Incompetence of Barack Obama: Outed CIA covert officer edition | RedState

"This weekend Obama made a completely unnecessary trip to Afghanistan to ""thank the troops."" But the administration was given an additional chance to demonstrated its utter incompetence."
redstate.com/2014/05/26/incompetence-barack-obama-oute...
redstate.com

Exchange launch turns into inexcusable mess: Our view

"Obama administration expected 50,000-60,000 simultaneous users. That's the difference between competence and incompetence."
usatoday.com/story/opinion/2013/10/07/health-care-insu...
usatoday.com

Obama's Incompetence Sinks In ¯ Commentary -- GOPUSA

"Obama's Incompetence Sinks In, 9.7 out of 10 based on 132 ratings. We are in big trouble and the lawlessness of the Obama administration is gaining more momentum every day as they basically spit..."
gopusa.com/commentary/2014/07/09/obamas-incompetence...
gopusa.com

"Asia Times Online :: Middle East News, Iraq, Iran current affairs"

"The Obama administration has put itself in a peculiar bind. It has demanded that the Pakistani army suppress the Taliban, after Islamabad attempted a..."
atimes.com/atimes/Middle_East/KF30Ak02.html

THE BOOK OF TESLA, Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

atimes.com

Historian Victor Davis Hanson On How Obama's Incompetence..

"?very early on in 2009, the Obama administration, with its cosmic naivet,, produced this reset with Russia. And we can see now the fruits of the reset."
ijreview.com/2014/02/116204-audio-historian-victor-dav...
ijreview.com

Obama administration 'blocking' information from the press - AP ? RT USA

"8 ways the Obama administration is blocking information, according to WDC Bureau Chief @SallyBuzbee."

rt.com/usa/189204-obama-blocking-press-freedom/
rt.com

## Tesla=Battery Swap ''doesn't work already.

"So they're going to demonstrate the process for swapping the battery. Is there anyone who doesn't believe they can swap batteries? The bigger problem is one of cost and practicality. Let's say you want to set up a battery-swap station in a major population center. And let's assume you want to be able to service a modest 100 cars per day (in LA a gas station might need to service ten times that in a day). So you need to have room to store 100 fully-charged batteries. And you need the equipment and facility to charge discharged batteries that just came out of the cars. And you're going to need heavy equipment to handle and manage the ~400 pound batteries themselves. Now, consider the cost of the batteries...it seems that Tesla doesn't really want to say what they cost - articles about Tesla frequently refer to them as costing ""tens of thousands of dollars."" I've seen prices that indicate Tesla might be selling extra batteries at a considerable loss, possibly to obfuscate the true cost as a PR move. Battery cost is something that Tesla *really* doesn't want to talk about:
http://online.barrons.com/article/SB50001424052748... Musk hung up on Barron's when they wanted to discuss battery cost. Just flat-out hung up on them. So, anyway, let's assume for now that a battery pack costs ~$25,000. If you want to have 100 of them on hand for swapping at such a station, your inventory cost is a $2.5 million. Read that again. Two point five million dollars in battery inventory alone. Now let's look at some handling issues. These are ~400 pound batteries. You're not just going to have one guy carrying them around. Or even 2 or 3 guys. You're going to have forklifts running around inside some kind of underground bunker (because you'll be replacing the batteries from under the car) that stores all the inventory and charging equipment. We'll assume the forklifts are electric too, so no need to worry about extra ventilation in your battery bunker. A hundred 400 pound batteries is 40,000 pounds of material that you're going to be carrying around each day. Now consider the storage space needed for all the charged batteries...and the racks and chargers to charge them on. That bunker's gonna be big. What is the land and construction cost going to be for this facility? Especially in an area like LA? And then...what does the battery swap cost the consumer? After you factor in the $2.5 million inventory cost, the facility cost, the labor and equipment cost, the cost of the electricity to recharge everything, and the lifespan of a battery (which are all going to be doing full cycles every day, granted that you're in a swap-system now)...and I don't know. The battery swap facility has to at least break even, if it's a Tesla-owned facility. Has to make a reasonable profit if it's a 3rd-party kind of thing. So...$100 a swap? $50? $250? Dunno. Probably can't know until you actually get a good handle on the facility cost and the lifespan of batteries that are in that kind of constant-use cycle. Finally, let's just simply look at time. How long does it take to do the swap, considering that you have to get the car over a limited number of service bays to drop it out from underneath the car and onto a forklift, carry that battery to a charging rack and plug it in, pick up a charged battery from that rack, bring it back to the car and lift it up and install it. Let's assume that's ~15 minutes per car, which I have a feeling may be a bit optimistic, but

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

for now it'll work. On the face of it, you can say ""well, at 4 changes per hour, you can do 96 swaps on a single bay in a day, so no big deal!"" Ummm...no. Reckon gas stations get steady-state traffic throughout all hours of the day? What happens is people will be coming in on their way to work, or on their way home from work. You have to squeeze the vast majority of your 100 battery swaps into a couple hours of the day...let's say 4 hours to be generous. To do 100 swaps in a 4-hour window, you need 6.25 bays (so, 7 actual bays). That means you need a lot more land than initially you may have been thinking. And your underground bunker needs to be that much larger to accommodate all those swap bays. And now you need more forklifts, and room to safely maneuver all of them and have space for them to get in and out of the storage and charging areas. And your labor costs went up too. In the end, demonstrating that you *can* change a battery...even if the process for doing so is kind of nifty...is utterly irrelevant. You need to demonstrate how you're actually going to make that work in the real world - on a reasonably-sized chunk of land, in a reasonable amount of time for the consumer, and at a reasonable cost. So...save the swap demonstration. What you need to ""demonstrate"" is how you're physically and financially going to make a real-world facility work. Tom- Denver-CO ------------------------------------ TESLA BATTERY"

## Elon Musk's Buddies at The New America Foundation

"- Seen by many as a public policy and federal tax dollar funding manipulation program - Deeply aligned with Google and CIA Rogue operations. - Few Black people on Team yet said to control White House - Operates like a ""Cult"", like Scientology, except focused on political ideology. Meets legal definition of a ""Cult"" including using rogue CIA operatives to intimidate and attack those who want to leave the group or expose the group. - Lovely sounding name hides dark methods and ego-mania - Reporters and film-makers wonder if New America Foundation is not actually THIS, IN DISGUISE (CLICK HERE FOR STORY) - Is it really a club for insane ego-maniacal billionaires who try to control Washington, DC? - Julian Assange questions their motives. Implies New America Foundation and IN-Q-TEL took over Google to control voter perceptions and database all Americans. - Infiltrated by GOP film-makers. Documentary to be released early next year."

New America

| | |
|---|---|
| Formation | 1999; 15  years ago  (1999) |
| Type | Public Policy Think Tank |
| Headquarters | "1899 L Street NW, Ste. 400" |
| Location | |
| | "Washington, D.C." |
| President | Anne-Marie Slaughter |
| Website | newamerica.org |

"New America is an American non-profit, nonpartisan[1] public policy institute and think tank focusing on a wide range of issues, including national security studies, technology, asset building, health, gender, energy, education, and the economy. The organization is based in Washington, D.C., in addition to having a significant presence in New York City. In 2007, Steve Coll, a former managing editor of The Washington Post, became President of New America.[2] Google's Executive Chairman, Eric Schmidt, is chairman of the foundation's board of directors.[3] In 2013, Anne-Marie Slaughter became President of New America, replacing Steve Coll.[4]"

Contents

1 History and mission

THE BOOK OF TESLA. Copyright and original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

2 Organization and structure
2.1 Foreign policy
2.2 Technology
2.3 Economics
2.4 Education Policy Program
2.5 Fellows program
2.6 New America NYC
3 Published articles
4 Funding
5 Board of Directors
6 Former Members
7 Leadership Council
8 Advisory Council
9 References
10 External links

History and mission

"New America was founded in 1999 by Ted Halstead, Sherle Schwenninger, Michael Lind and Walter Russell Mead as a non-profit, public policy institute whose stated mission is to ""invest in new thinkers and new ideas to address the next generation of challenges facing the United States"".[5] The organization has a staff of over a hundred employees and fellows with offices in Washington, D.C., and New York City. The organization continues to ""emphasize work that is responsive to the changing conditions and problems of our 21st-century information-age economy"" with ""big ideas, impartial analysis and pragmatic solutions"".[5] Newsweek's Howard Fineman called New America a ""hive of state-of-the-art policy entrepreneurship"".[6]"

Organization and structure

New America hosts talks and public events on their program topics. Pictured is author Cory Doctorow speaking about copyright in June 2010.
"New America houses programs and initiatives that focus on specific domestic, economic and global issues.[7] New America also houses a fellowship program."

Foreign policy

"New America's National Security Studies Program researches and analyzes a wide range of global issues, from the inner-workings of al-Qaeda to overall national foreign policy strategy. With the presence of journalists such as Steve Coll and Peter Bergen, New America has carved out a policy niche in the issues of Afghanistan and counter-terrorism. Bergen, who leads the program, is a CNN national security analyst and author of several best-selling books, including, The Longest War: The Enduring Conflict between America and Al-Qaeda.[8] Coll, president of New America, has also written several books on al-Qaeda and Afghanistan, including the 2005 Pulitzer Prize winner for general non-fiction, Ghost Wars: The Secret History of the CIA, Afghanistan, and Bin Laden. James Risen in the New York Times complimented Coll on ""revealing how Saudi Arabia and its intelligence operations aided the rise of Osama bin Laden and Islamic extremism in Afghanistan"".[9] New America also has a policy focus on the Middle East with its Middle East Task Force, directed by Leila Hilal, which covers analysis and commentary on the Middle East and North Africa."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Technology

 "New America's Open Technology Institute (OTI) led by Sascha Meinrath has become one of the largest programs within the organization. Focus areas of OTI include wireless community networks building, the creation and management of an open source platform that supports broadband research tools and speed tests, the development of a platform (called Commotion Wireless) to lower barriers for building distributed communications networks, among other projects. In the same vein of technology, New America's Future Tense initiative, a partnership with Arizona State University and Slate Magazine, explores emerging technologies and their effects on society and public policy. Central to the partnership is a series of events in Washington, D.C., that take an in-depth look at issues that, while little-understood today, could reshape the policy debates of the coming decade."

 Economics

 "New America's Economic Growth Program, directed by New America co-founders Sherle Schwenninger and Michael Lind, aims to take a policy look at America and the world's economic problems. In 2011, the program commissioned a paper ""The Way Forward: Moving From the Post-Bubble, Post-Bust Economy to Renewed Growth and Competitiveness""[10] which warned of the severe economic problems America would face if continued on its current path. The program did not believe in immediate government deficit reduction; it believed that will only make the situation worse. Instead, as stated in the paper, it had other suggestions, including investing in a sustained infrastructure program, lasting from five to seven years, to create jobs and demand. Formerly, the Committee for a Responsible Federal Budget was a part of New America until it separated to become the Fix the Debt campaign. The bipartisan Committee ran a number of projects, including U.S. Budget Watch (www.usbudgetwatch.org), a project funded by Pew Charitable Trusts which reports on important fiscal issues relating to the 2008 election and afterwards. One of its most recent initiatives is the ""Go Big"" initiative, which was created after the Budget Control Act of 2011, enacted in early August to raise the debt-ceiling and avoid default. The effort urged a bipartisan 12-member Joint Congressional Committee on Deficit Reduction, also known as the Super Committee, with finding an additional $1.5 trillion in deficit reduction by November 23. Maya MacGuineas, who has worked at the Brookings Institution as well as on Wall Street, led the Committee and now leads Fix the Debt. After advising politicians from both parties, she serves as a trusted mediator on budget talks between Democrats and Republicans.[11] In addition, in April 2010 the Committee's policy director, Marc Goldwein, joined President Obama's bipartisan Fiscal Commission.[12] Goldwein, 26, was also named one of the Forbes' ""30 under 30"".[13]"

 Education Policy Program

 "New America's Education Policy Program comprises experts on pre-k to K-12 through higher education and into the workforce. The policy staff produce three blogs: Early Ed Watch, Higher Ed Watch, and Ed Money Watch. It also comprises the Federal Education Budget Project, which serves as a ""source of information on federal education funding for policymakers, the media, and the public""."

 Fellows program

 "The organization provides fellowships to ""foster the next generation of thinkers and public intellectuals"" through the Bernard L. Schwartz Fellows program. The Schwartz fellowship ""supports talented journalists, academics and other public policy analysts who offer a fresh and often unpredictable perspective on the major challenges facing our society"".[14] Current fellows include Peter Beinart, Sheri Fink, Franklin Foer, Rebecca MacKinnon, Dana Goldstein, and Amanda Ripley. Alumni of the program include Jacob Hacker, Megan McArdle, Katherine Boo, Robert Wright, Tim Wu, Chris Hayes, Romesh Ratnesar, and Dayo Olopade."

 New America NYC

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Launched in winter 2011?12, New America NYC is a new initiative that aims to further the New America's goals of research and policy innovation. The space, located in SoHo, hosts several events each month generally focused on politics, media, and culture."

Published articles

"Staff and fellows at New America are published regularly in leading national publications. Board members and fellows have written cover stories for a large number of periodicals, including Foreign Affairs, Foreign Policy, The Wilson Quarterly, Wired, The New Republic, The New York Times, The National Interest, The American Conservative, The New Yorker, The American Prospect, and Mother Jones. 2012 reports included: ""The Outlaw""[15] by Steve Coll, which ran in The New Yorker and explores Osama bin Laden's life and his use of media to get his message out; ""Romney Lays Out Weak Obama Attack Line After New Hampshire Primary Win""[16] in The Daily Beast by Peter Beinart; and ""An American Hospital: The Most Dangerous Place  "[17] by Shannon Brownlee in TIME magazine. On January 13, 2014, the NAF put out a report[18] by Peter Bergen a.o. on the effectiveness of the National Security Agency and its spying programs gathering big data, nationally and worldwide, just four days before President Barack Obama's speech[19] on NSA reforms as a consequence of the disclosures since June 2013 by former NSA-contractor Edward Snowden. The report found only insignificant or minimal influence by the agency's surveillance programs on cases of terrorism.[20]"

Funding

"New America receives funding from both the private and public sector. Seventy percent of its financing comes from private companies and individuals, while the rest comes from public institutions, including the U.S. government. The list of organizations and individuals that supported New America in 2013 includes more than 140 contributors."

Board of Directors

Eric Schmidt
"The New America Foundation's Board of Directors consists of 21 members. It is chaired by Eric Schmidt, Executive Chairman of Google, who succeeded founding chairman James Fallows in 2008. Other members include:"

"David G. Bradley, owner of the Atlantic Media Company"
"Boykin Curry, former board member is what is now Public Prep Network"
"Francis Fukuyama, political scientist, political economist and author"
"Atul Gawande, surgeon and journalist"
"Ted Halstead, think-tank executive and author"
"Rita Hauser, lawyer and ambassador"
"Kati Marton, author and journalist"

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Zachary Karabell, president of River Twice Research"
"Walter Russell Mead, professor of foreign affairs and humanities, editor-at-large of The American Interest"

"Steven Rattner, financier, former ""car czar"" for the United States Treasury Department. WHITE HOUSE EXECUTIVE IN CHARGE OF THE CAR FUNDING FOR THE BAILOUT. INDICTED FOR SECURITIES FRAUD."
"Anne-Marie Slaughter, political professor, former director of policy planning for the United States State Department"
"Jonathan Soros, CEO of JS Capital Management, senior fellow at the Roosevelt Institute and son of George Soros"
"Daniel Yergin, chairman of Cambridge Energy Research Associates"
"Fareed Zakaria, journalist and author"
"Helene D. Gayle, CEO of CARE International"
"William W. Gerrity, CEO of the retail company the Gerrity Group"
"Lenny T. Mendonca, former director/senior partner of McKinsey & Company. Authored the White Papers that Campaign backers used to sell Congress on Department of Energy funding for Tesla, Solyndra, Fisker, etc. "

"Jeffery Leonard, CEO of the Global Environment Fund"

"They jokingly call themselves ""The Illuminati"""

Former Members

"Liaquat Ahamed, investment manager and author"
Laurene Powell Jobs is a former board member.

Leadership Council

"New America's Leadership Council, chaired by Scott Delman, recognizes those individuals who contribute $25,000 or more to the Foundation each year. As members of the Leadership Council, they participate in the intellectual life of the Foundation in numerous ways. For instance, they are invited to attend a special annual retreat with New America senior staff, Fellows and Board of Directors, as well as a series of salon dinners. The Leadership Council currently has 17 members, which includes Craig Newmark (Customer Service Rep and founder, craigslist.org), Leo Hindery, Jr. (Managing Partner, InterMedia Partners), and Neal Baer, M.D. (Executive Producer of the television series A Gifted Man).[21]"

Advisory Council

"New America's National Security Studies Program has an advisory council which directly works with Peter Bergen and Steve Coll to help advance the creativity and impact of the its national security policy work. Co-chairs of the group are board member Fareed Zakaria, and Charles R. Kaye (co-president of Warburg Pincus)."

References

"1.      ""Steve Coll, New America President, Stepping Down, Writing 'Ghost Wars' Sequel"". The Huffington Post. 2012-06-25. Retrieved 2014-04-29. "
"2.      New America Foundation, ""Journalist Chosen to Lead a Public Policy Institute"", New York Times, July 23, 2007, accessed January 23, 2012"
"3.      New America Foundation, Board of Directors, accessed May 11, 2010"
"4.      Hogan, Clara (April 3, 2013). ""ANNE-MARIE SLAUGHTER NAMED NEXT PRESIDENT OF NEW AMERICA FOUNDATION"". NEW AMERICA FOUNDATION. Retrieved April 3, 2013. "
"5.      a b New America Foundation, About New America, accessed June 23, 2010"

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"6.      Howard Fineman, ""Living Politics: Election Gave '04 Brokers More Clout"", Newsweek, November 13, 2002"

"7.      New America Foundation, Programs and Issues, accessed June 23, 2010"

"8.      ""Peter Bergen's ""The Longest War"""". The Washington Post. 2011-02-17. Retrieved 2014-05-02.  "

"9.      Risen, James (April 11, 2004). ""What Clarke Knew and When He Knew It"". New York Times. Retrieved 28 December 2013.  "

"10.     Nocera, Joe (2011-10-10). ""This Time, It Really Is Different"". New York Times. Retrieved 2012-1-24. Check date values in: |accessdate= (help)"

"11.     Brady, Jessica (2011-11-15). ""Maya MacGuineas in High Demand During Fiscal Debate"". Roll Call. Retrieved 2012-1-24.   Check date values in: |accessdate= (help)"

"12.     Dan Froomkin, ""Obama's Fiscal Commission: What's Going On In There  "", The Huffington Post, May 5, 2010"

"13.     ""30 Under #0"". Forbes. 2012-1-24. Retrieved 2011-12-20.   Check date values in: |date= (help)"

"14.     New America Foundation, The Bernard L. Schwartz Fellows Program"

"15.     Coll, Steve (5/16/11). ""The Outlaw"". The New Yorker. Retrieved 2012-1-24.   Check date values in: |date=, |accessdate= (help)"

"16.     Beinart, Peter (1/11/2012). ""Romney Lays Out Weak Obama Attack Line After New Hampshire Primary Win"". The Daily Beast. Retrieved 2012-1-24.   Check date values in: |date=, |accessdate= (help)"

"17.     Brownlee, Shannon (1/9/2012). ""An American Hospital: The Most Dangerous Place  ". TIME. Retrieved 2012-1-24.   Check date values in: |date=, |accessdate= (help)"

"18.     Peter Bergen, David Sterman, Emily Schneider and Bailey Cahall: ""Do NSA's Bulk Surveillance Programs Stop Terrorists  " on the website of the New America Foundation, January 13, 2014. Retrieved January 28, 2014."

"19.     ""Remarks by the President on Review of Signals Intelligence"" on Whitehouse.gov, January 17, 2014, text and video. Retrieved January 28, 2014."

"20.     Peter Bergen et al.: ""Do NSA's Bulk Surveillance Programs Stop Terrorists  ", ibid.: ""An in-depth analysis of 225 individuals recruited by al-Qaeda or a like-minded group or inspired by al-Qaeda's ideology, and charged in the United States with an act of terrorism since 9/11, demonstrates that traditional investigative methods, such as [...], provided the initial impetus for investigations in the majority of cases, while the contribution of NSA's bulk surveillance programs to these cases was minimal. Indeed, the controversial bulk collection of American telephone metadata, which includes [...], under Section 215 of the USA PATRIOT Act, appears to have played an identifiable role in initiating, at most, 1.8 percent of these cases. NSA programs involving the surveillance of non-U.S. persons outside of the United States under Section 702 of the FISA Amendments Act played a role in 4.4 percent of the terrorism cases we examined, and NSA surveillance under an unidentified authority played a role in 1.3 percent of the cases we examined."" Retrieved January 28, 2014."

21.     Leadership Council | NewAmerica.net

External links

New America Foundation webpage
 VIDEO ? See Elizabeth Carpenter speak at the University of Wisconsin School of Medicine and Public Health ? Health Care Reform: A Nonpartisan Look at the Issue Under Debate

"<img src=""//en.wikipedia.org/wiki/Special:CentralAutoLogin/start?type=1x1"" alt="""" title="""" width=""1"" height=""1"" style=""border: none; position: absolute;"" />"
"Retrieved from ""http://en.wikipedia.org/w/index.php?title=New_America_Foundation&oldid=630025180"""

Categories:

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Political and economic think tanks in the United States
Foreign policy and strategy think tanks in the United States
"Think tanks based in Washington, D.C."
Organizations established in 1999
Centrist political advocacy groups in the United States


New America Foundation

From SourceWatch
"Jump to: navigation, search"
"The New America Foundation is a Washington D.C.-headquartered think tank which states that it ""invests in new thinkers and new ideas to address the next generation of challenges facing the United States ... With an emphasis on big ideas, impartial analysis and pragmatic solutions, New America invests in outstanding individuals whose ability to communicate to wide and influential audiences can change the country's policy discourse in critical areas, bringing promising new ideas and debates to the fore.""[1]"


"The foundation, which was launched in 1999, has as its CEO Steve Coll, a staff writer with The New Yorker magazine while the chairman of the Board of Directors is the Chairman & CEO of Google, Eric Schmidt.[1]"


Contents

[hide]

1 Ties to Peter G. Peterson
2 2014 Policy Brief Insisting that Colleges Align with the Common Core
3 Funders
3.1 Funding from the Bill and Melinda Gates Foundation
4 Personnel
4.1 Board of Directors
4.2 Staff
4.3 Leadership Council
4.4 Fellows
5 Contact Information
6 Articles and Resources
6.1 Related SourceWatch Articles
6.2 External Articles
6.3 References

Ties to Peter G. Peterson

THE BOOK OF TESLA; Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The New America Foundation receives funding from the Peter G. Peterson Foundation.[2]

2014 Policy Brief Insisting that Colleges Align with the Common Core

"In July 2014, the New America Foundation released a policy brief recommending that, rather than primary and secondary school education aiming to prepare students for post-secondary education, higher education providers should change their teaching methods in order to accommodate Common Core State Standards. The report, titled ""Common Core Goes to College: Building Better Connections Between High School and Higher Education,"" suggests that ""the widespread adoption of the Common Core State Standards (CCSS) and assessments presents a new opportunity to bridge the gap between high school and higher education.""[3] The report argues ""that states' new college- and career-ready assessments should, at the very least, provide an additional avenue for students to meet minimum college eligibility requirements, qualify for state financial aid, and place into the assortment of first-year credit-bearing coursework offered by institutions.""[3] The report concludes by providing recommendations to higher education institutions in order to align teaching methods, teacher preparation, financial aid dissemination, and course placement decisions with Common Core standards. Recommendations include that:[3]"

Institutions with minimum standards for admission should amend those standards to include college- and career-ready assessment cut scores.
"Institutions offering developmental coursework should base this instruction upon their state's college- and career-ready standards, and determine the success of those programs using the state's high school assessments"

"For those states which continue to award financial aid on the basis of demonstrated academic merit, amend any criteria relating to assessment scores to include those from the state's high school college- and career-ready assessments."

The report was funded by grants from:[3]

Alliance for Early Success
Annie E. Casey Foundation
Bill and Melinda Gates Foundation
"Evelyn and Walter Haas, Jr. Fund"
Grable Foundation
Foundation for Child Development
Joyce Foundation
Kresge Foundation
Lumina Foundation
Pritzker Children?s Initiative
William and Flora Hewlett Foundation
W. Clement and Jessie V. Stone Foundation

Funders

"As of January 2013, New America Foundation's top donors included:[4] $1,000,000+"

David and Lucile Packard Foundation
Pew Charitable Trusts
John D. and Catherine T. MacArthur Foundation

"$250,000-$999,999"

"Aetna, Inc."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Arizona State University
"BlackRock, Inc."
California Endowment
The Nathan Cummings Foundation
The Emerson Fund
Foundation for Child Development
Foundation to Promote Open Society
Google
The James Irvine Foundation
John S. and James L. Knight Foundation
[[Carolyn and Jeffrey Leonard]
Lumina Foundation
The John D. and Catherine T. MacArthur Foundation
Charles Stewart Mott Foundation
The New York Community Trust
Open Society Institute
Peter G. Peterson Foundation
The Pew Charitable Trusts
Bernard and Irene Schwarts
Smith Richardson Foundation
US Department of State
Wyncote Foundation

Funding from the Bill and Melinda Gates Foundation

"New America has received at least $6,530,002 from the Bill & Melinda Gates Foundation from ""2009 and earlier"" through 2013:[5] 2013"

"740,000 for global policy and advocacy"
"$200,002 grant from the Gates Foundation in order ""to conduct research on the effectiveness and utility of exit exams and develop and distribute policy options for states as they develop their Common Core assessment systems.""[6]"

2012

"$1,450,000 for postsecondary success"
"$110,000 for postsecondary success"

2011

"$530,000 for postsecondary success"

2010

"$1,300,000 for global policy and advocacy"

2009 and earlier

"$450,000 for global policy and advocacy"
"$1,500,000 for global policy and advocacy"
"$250,000 for global policy and advocacy"

Personnel

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Board of Directors

As of January 2013:[7]

Eric Schmidt: Chair
Liaquat Ahamed
David G. Bradley
Boykin Curry
James Fallows
Francis Fukuyama
Atul A. Gawande
William W. Gerrity
Ted Halstead
Rita E. Hauser
Zachary Karabell
Jeffrey Leonard
Kati Marton
Walter Russell Mead
Lenny Mendonca
Steven Rattner
Eric Schmidt
Bernard L. Schwartz
Anne-Marie Slaughter
Jonathan Soros
Daniel Yergin
Fareed Zakaria

Staff

As of January 2013:[8]

Steve Coll: President
"Rachel L. White: Executive Vice President and Director, External Relations"
"Andres Martinez: Vice President, Editorial Director and Director, Bernard L. Schwartz Fellows Program"

"Sascha Meinrath: Vice President and Director, Open Technology Institute"
Valerie Usher: Director of Finance and Operations
Kyle Ange: Controller

Senior Staff

"Peter Bergen: Director, National Security Studies Program"
"Shannon Brownlee: Acting Director, Health Policy Program"
"Kevin Carey: Director, Education Policy Program"
"Reid Cramer: Director, Asset Building Program"
"Jason Delisle: Director, Federal Education Budget Project"
"Patrick C. Doherty: Director, Smart Strategy Initiative"
"David Gray: Director, Workforce and Family Program"
"Lisa Guernsey: Director, Early Education Initiative"
"Leila HIlal: Director, Middle East Task Force"
"Gene Kimmelman: Director, Internet Freedom and Human Rights Project"
"Michael Lind: Policy Director, Economic Growth Program"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mark Lloyd: Director, Media Policy Initiative"
"MaryEllen McGuire: Executive Director, Postsecondary National Policy Institute"
"Sherle R. Schwenninger: Director, Economic Growth Program and American Strategy Program"
"Ceila Hartman Sims: Director, Postsecondary National Policy Institute"
"Jamie M. Zimmerman: Director, Global Assets Project"

Leadership Council

"According to the organization, ""New America's Leadership Council, chaired by John C. Whitehead, recognizes those individuals who contribute $25,000 or more to the Foundation each year. As members of the Leadership Council, they participate in the intellectual life of the Foundation in numerous ways. For instance, they are invited to attend a special annual retreat with New America senior staff, Fellows and Board of Directors, as well as a series of salon dinners across the country.""[8]"

Scott Delman
Thor Halvorssen
George C. Halvorsen
Carolyn Kaplan
Justine Kilpatrick
Peter Marber
Craig Newmark
Robert H. Neihaus
F. Noel Perry

Fellows

Noah Feldman
Parag Khanna [9] [10]
James Pinkerton
Mark Schmitt is senior fellow

Contact Information

"The New America Foundation 1630 Connecticut Avenue, N.W. 7th Floor Washington, DC 20009 Phone: (202) 986-2700 Fax: (202) 986-3696 Website: www.newamerica.net"

Articles and Resources

Related SourceWatch Articles

Anatol Lieven
Frida Berrigan - Senior Program Associate
Think tanks
Miguel A. Soto-Class

External Articles

"J.H. Snider, ""Mixing Advocacy, Scholarly Research and Journalism: Can the New America Foundation Square the Circle  "", PR Watch, February 26, 2009."

References

"1. ?    1.0 1.1 New America Foundation, ""About New America"""", New America Foundation website, accessed

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

February 2009."
  "2.   ? ""Our Funding"", The New America Foundation., Accessed January 21, 2013."
  "3. ?   3.0 3.1 3.2 3.3 Lindsay Tepe, New America Foundation, Common Core Goes to College, organizational
website, July 21, 2014."
  "4.   ? New America Foundation, Our Funding, organizational website, accessed January 21, 2013."
  "5.   ? Bill & Melinda Gates Foundation, Awarded Grants, organizational website, accessed July 22, 2014."

  "6.   ? Gates Foundation, New America Foundation, organizational website, accessed July 23, 2014."
  "7.   ? New America Foundation, Board of Directors, organizational website, accessed January 21, 2013."

  "8. ?   8.0 8.1 New America Foundation, New America Staff, organizational website, accessed January 21,
2013."
  "9.   ? New America Foundation, ""Parag Khanna,"" Retrieved January 29, 2008."
  "10.   ? Parag Khanna, ""Waving Goodbye to Hegemony,"" New York Times Magazine, January 27, 2008."


 Call for Proposals: International Commotion Mesh Wireless Projects
 "Wednesday, September 17, 2014"
 "Application Deadline Extended to October 1 The Open Technology Institute is pleased to announce its first call
for proposals from groups interested in implementing Commotion-based wireless mesh networks. Due to funding
restrictions, projects must be located outside of the United States. "
 The FCC must protect against further consolidation and preserve the open Internet we know and love
 Sarah Morris
 "Friday, September 5, 2014"
 "As a consumer of communications services, you?re undoubtedly concerned about monthly fees that seem to
constantly creep upward; about the quality of the programming in your cable package or the consistency of your
Internet connection; and about your ability to both communicate with users around the..."
 OTI advocates for local broadband networks by submitting comments and joining a coalition
 Patrick Lucey
 "Tuesday, September 2, 2014"
 "The Federal Communications Commission (FCC) has been busy lately. In addition to reviewing comments
about important issues like network neutrality, the proposed Comcast-Time Warner Cable merger, and spectrum
auctions, the FCC has also invited comments on two petitions that, if approved, could help..."
 more


 Policy Papers

 "Surveillance Costs: The NSA's Impact on the Economy, Internet Freedom & Cybersecurity"
 Danielle Kehl
 Kevin Bankston
 Robyn Greene
 Robert Morgus
 29-Jul-14
 The Art of the Possible: An Overview of Public Broadband Options
 Benjamin Lennett
 Patrick Lucey
 6-May-14
 A Network Model of Broadband Adoption: Using Twitter to Document Detroit Future
 Joshua Breitbart
 Greta Byrum

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Georgia Bullen
Kayshin Chan
1-May-14
Uncontrolled Global Surveillance: Updating Export Controls to the Digital Age
Tim Maurer
24-Mar-14
Brief: Methodology for Identifying and Addressing Urban Areas with Low Broadband Adoption
Greta Byrum
Joshua Breitbart
Georgia Bullen
13-Mar-14
more


Transcripts and Resources

Comments on Municipal Broadband Petitions
Patrick Lucey
Sarah Morris
29-Aug-14
Reply Comments on 3.5 GHz Citizen Broadband Radio Service
Michael Calabrese
Patrick Lucey
15-Aug-14
Comments on Protecting and Promoting the Open Internet
Sarah Morris
Michael Calabrese
Danielle Kehl
17-Jul-14
"OTI Analysis of Cybersecurity Information Sharing Act (CISA, S. 2588)"
Robyn Greene
11-Jul-14
Reply Comments on Auction of Advanced Wireless Services Licenses
Michael Calabrese
26-Jun-14
more
Placeholder

Events

Jul072014
National Insecurity Agency: How the NSA's Surveillance Programs Undermine Internet Security Washington 4:00 pm - 6:00 pm
Jun262014
Digital Diplomacy and Proactive Monitoring: Challenges to Solutions Washington 5:30 pm - 7:00 pm
May282014
Localism Over Consolidation: An Exploration of Public Broadband Options Washington 9:30 am - 11:00 am

more


Articles and Op-Eds

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The (Not So) New Urban Sphere
September 08 | Brookings Institution
Hollie Russon-Gilman
Governments need to regain trust of the governed
September 06 |
Hollie Russon-Gilman
Why U.S. net neutrality debate matters globally | The Hill
August 28 | The Hill
Danielle Kehl
"The Dangers of High-Tech Profiling, Using Big Data | The New York Times"
August 06 | The New York Times
Seeta Gangadharan
The Future Internet World Order | TIME Magazine
August 01 | TIME Magazine
Robert Morgus
more


In the News

"Tech coalition urges support for Senate bill banning bulk collection of phone, Internet data"
Robyn Greene
10-Sep-14
Privacy groups pressure Senate on NSA
5-Sep-14
"Bipartisan Coalition Urges Senate To Hurry Up on USA FREEDOM Act, Slow Down On CISA"
Kevin Bankston
Robyn Greene
5-Sep-14
OTI Applauds Chairman Wheeler Speech on Broadband Speeds and Competition
Sarah Morris
4-Sep-14
Technology Can Make Lawful Surveillance Both Open and Effective | MIT Technology Review
18-Aug-14
more


Follow @OTI

OTI Mission Statement

"The Open Technology Institute strengthens communities through grounded research, technological innovation, and policy reform."


Contact Info

"The New America Foundation 1899 L Street, N.W., Suite 400, Washington, DC 20036 199 Lafayette Street, Suite 3B, New York, NY 10012 Additional Contact Info"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Recent Comments

getreal

7-Sep-14

Nonprofit. I no think that words means what you think it means.

Eduardo

7-Sep-14

Pretending that money doesn't buy influence is intellectual dishonesty...particularly egregious for a think tank. The claims of intellectual...

Lin Clark

7-Sep-14

This is shocking and disgusting. This is not because we don't know of the existence of lobbyists hanging around in Washington DC. It's...

See All Comments
Write a comment

"The grant is already paying dividends. The center, crediting the Norwegian government?s funding, helped arrange a November 2013 meeting with Treasury Department officials. Scholars there also succeeded in having language from their Norway-funded research included in a deforestation report prepared by a White House advisory commission, according to an April progress report."

"Norway has also funded Arctic research at the Center for Strategic and International Studies, at a time when the country was seeking to expand its oil drilling in the Arctic region."

"Mr. Hamre, of the center, said he was invited to Norway about five years ago and given a presentation on the Arctic Circle, known in Norway as the ?High North.

"?What the hell is the High North?? he said in an interview, recalling that he was not familiar with the topic until then."

"But Norway?s government soon began sending checks to the center for a research program on Arctic policy. By 2009, after the new Norway-supported Arctic program was up and running, it brought Norway officials together with a key member of Congress to discuss the country?s ?energy aspirations for the region.

"In a March 2013 report, scholars from the center urged the Obama administration to increase its military presence in the Arctic Circle, to protect energy exploration efforts there and to increase the passage of cargo ships through the region ? the exact moves Norway has been advocating."

Continue reading the main story

"The Brookings Institution, which also accepted grants from Norway, has sought to help the country gain access to American officials, documents show. One Brookings senior fellow, Bruce Jones, offered in 2010 to reach out to State Department officials to help arrange a meeting with a senior Norway official, according to a government email. The Norway official wished to discuss his country?s role as a ?middle power? and vital partner of the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

United States."

  "Brookings organized another event in April 2013, in which one of Norway?s top officials on Arctic issues was seated next to the State Department?s senior official on the topic and reiterated the country?s priorities for expanding oil exploration in the Arctic."

  "William J. Antholis, the managing director at Brookings, said that if his scholars help Norway pursue its foreign policy agenda in Washington, it is only because their rigorous, independent research led them to this position. ? The scholars are their own agents,? he said. ?They are not agents of these foreign governments.

  Photo

  "A drilling rig in the Barents Sea in 2012. Norway, which as a top oil producer has an interest in United States policy, has committed at least $24 million to Washington think tanks in recent years. Credit Harald Pettersen/Statoil, via Scanpix, via Associated Press "

  "But three lawyers who specialize in the law governing Americans? activities on behalf of foreign governments said that the Center for Global Development and Brookings, in particular, appeared to have taken actions that merited registration as foreign agents of Norway. The activities by the Center for Strategic and International Studies and the Atlantic Council, they added, at least raised questions."

  "?The Department of Justice needs to be looking at this,? said Joshua Rosenstein, a lawyer at Sandler Reiff."


  "Ona Dosunmu, Brookings?s general counsel, examining the same documents, said she remained convinced that was a misreading of the law."

  "Norway, at least, is grateful for the work Brookings has done. During a speech at Brookings in June, Norway?s foreign minister, Borge Brende, noted that his country?s relationship with the think tank ?has been mutually beneficial for moving a lot of important topics.? Just before the speech, in fact, Norway signed an agreement to contribute an additional $4 million to the group."

  Limits on Scholars

  "The tens of millions in donations from foreign interests come with certain expectations, researchers at the organizations said in interviews. Sometimes the foreign donors move aggressively to stifle views contrary to their own."

  "Michele Dunne served for nearly two decades as a specialist in Middle Eastern affairs at the State Department, including stints in Cairo and Jerusalem, and on the White House National Security Council. In 2011, she was a natural choice to become the founding director of the Atlantic Council?s Rafik Hariri Center for the Middle East, named after the former prime minister of Lebanon, who was assassinated in 2005."

  "The center was created with a generous donation from Bahaa Hariri, his eldest son, and with the support of the rest of the Hariri family, which has remained active in politics and business in the Middle East. Another son of the former prime minister served as Lebanon?s prime minister from 2009 to 2011."

  Continue reading the main story Continue reading the main story
  Continue reading the main story

  "But by the summer of 2013, when Egypt?s military forcibly removed the country?s democratically elected president, Mohamed Morsi, Ms. Dunne soon realized there were limits to her independence. After she signed a petition and testified before a Senate Foreign Relations Committee urging the United States to suspend military

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

aid to Egypt, calling Mr. Morsi?s ouster a ?military coup,? Bahaa Hariri called the Atlantic Council to complain, executives with direct knowledge of the events said."

"Ms. Dunne declined to comment on the matter. But four months after the call, Ms. Dunne left the Atlantic Council."

"In an interview, Mr. Kempe said he had never taken any action on behalf of Mr. Hariri to try to modify positions that Ms. Dunne or her colleagues took. Ms. Dunne left, he said, in part because she wanted to focus on research, not managing others, as she was doing at the Atlantic Council."

"?Differences she may have had with colleagues, management or donors on Middle Eastern issues ? inevitable in such a fraught environment where opinions vary widely ? don?t touch our fierce defense of individual experts? intellectual independence,? Mr. Kempe said."

"Ms. Dunne was replaced by Francis J. Ricciardone Jr., who served as United States ambassador to Egypt during the rule of Hosni Mubarak, the longtime Egyptian military and political leader forced out of power at the beginning of the Arab Spring. Mr. Ricciardone, a career foreign service officer, had earlier been criticized by conservatives and human rights activists for being too deferential to the Mubarak government."

"Scholars at other Washington think tanks, who were granted anonymity to detail confidential internal discussions, described similar experiences that had a chilling effect on their research and ability to make public statements that might offend current or future foreign sponsors. At Brookings, for example, a donor with apparent ties to the Turkish government suspended its support after a scholar there made critical statements about the country, sending a message, one scholar there said."

"?It is the self-censorship that really affects us over time,? the scholar said. ?But the fund-raising environment is very difficult at the moment, and Brookings keeps growing and it has to support itself.

The sensitivities are especially important when it comes to the Qatari government ? the single biggest foreign donor to Brookings.

"Brookings executives cited strict internal policies that they said ensure their scholars? work is ?not influenced by the views of our funders,? in Qatar or in Washington. They also pointed to several reports published at the Brookings Doha Center in recent years that, for example, questioned the Qatari government?s efforts to revamp its education system or criticized the role it has played in supporting militants in Syria."

Continue reading the main story 708Comments

"But in 2012, when a revised agreement was signed between Brookings and the Qatari government, the Qatar Ministry of Foreign Affairs itself praised the agreement on its website, announcing that ?the center will assume its role in reflecting the bright image of Qatar in the international media, especially the American ones.? Brookings officials also acknowledged that they have regular meetings with Qatari government officials about the center?s activities and budget, and that the former Qatar prime minister sits on the center?s advisory board."

"Mr. Ali, who served as one of the first visiting fellows at the Brookings Doha Center after it opened in 2009, said such a policy, though unwritten, was clear."

"?There was a no-go zone when it came to criticizing the Qatari government,? said Mr. Ali, who is now a professor at the University of Queensland in Australia. ?It was unsettling for the academics there. But it was the price we had to pay.

"A version of this article appears in print on September 7, 2014, on page A1 of the New York edition with the headline: Foreign Powers Buy Influence at Think Tanks. Order Reprints|Today's Paper|Subscribe "

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Did Elon Musk Mislead Fox About Problems At Tesla?

"Did Elon Musk Mislead Fox About Problems At Tesla? | SiliconBeat A couple of weeks ago, Fox Business anchor Liz Claman made her annual visit to Silicon Valley to interview local CEOs. One of the exclusives she scored was an interview with Tesla co-founder Elon Musk. siliconbeat.com/2012/09/27/did-elon-musk-mislead-fox-ab..."/did-elon-musk-mislead-fox-about-problems-at-tesla/    10/27/2014      THE EDITORS & WIKI MEMBERS      Uncategorized   "auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation"publish original_post_id: 159    kopa_fastnewslight_total_view: 5
 OPH_original_pub_date: 2012-10-31 22:30:39

 What Do the Financial Problems of Tesla?s CEO Mean For the Company          What Do the Financial Problems of Tesla's CEO Mean For the Company ... Register for our GRI Certified Training Course. What Do the Financial Problems of Tesla's CEO Mean For the Company? triplepundit.com/2010/06/what-do-the-financial-problems-...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# Russian Mobsters!!! in DOE Funding and Silicon Valley?

Why did the key investors of Tesla meet with persons and groups from the Russian government and business sectors who State Department has identified as having mob connections? Could it have to do with all of the trillions of dollars of materials used for making lithium ion electric car batteries that those Russian groups control? If those investors helped grease the deal, they certainly wouldn't cash in on that... would they? Here is the NY Times research on some of their backgrounds: "" Russian Organized Crime Data Pull- State- : Multiple meetings with Silicon Valley Suspects Alexey Mordashov Received DOE Funds Via Severstal: Alexey Mordashov -General director of ""Severstal group"", Chairman of the board of directors in ""Power Machines"", the largest shareholder of ?Arcelor?, http://rumafia.com/person.php?id=54 Surname: Mordashov Name: Alexey Fathername: Aleksandrovich Position: General director of ""Severstal group"", Chairman of the board of directors in ""Power Machines"", the largest shareholder of ?Arcelor?, a member of board of RSPP. Biography Mordashov Alexey Aleksandrovich was born on September 26, 1965 in Cherepovets in the Vologda area in workers? family; Russian. In 1988 he graduated with excellence from the Leningrad Engineering-Economical Institute. During study he got acquainted with Anatoly Chubais. From 1988 till 1989 - Senior Economist in maintenance and repair shop #1 of the Cherepovets Metallurgical Plant (CMP). In 1989-1991 ? Head of Bureau of Economics and Labor of MRS#1 at CMP. In 1991-1992 - Deputy Director of planning department of CMP. In 1992-1993 - Deputy Director of Economics and Finance at CMP. Since 1993 - Financial Director of CMP (now CMP is renamed into Open Joint-Stock Company ""Severstal""). Simultaneously the chairman of board of directors of joint-stock company ""Severstal-Invest"". He was one of creators of the plant privatization program, and transition to active marketing practice in metal trading. Company ""Severstal-Invest"" was engaged in sale of rolled metal products, motor vehicles and the weapon, cultivation, processing and sale of fish, realtor and security-detective activity. Since March, 1996 - chairman of board of ""Severstal-holding"" LLC (Cherepovets). Since March, 1996 - chairman of board of directors of Joint-Stock Company ""Severstal-invest"" (Cherepovets). Since September 1996 till June, 2002 - General Director of ""Severstal"" OAO. Since November, 1997 - chairman of board of directors in Metkombank (Cherepovets). He was a councilor of bank ""Metallinvest"". Then he was trained on courses of managers in England (in the late nineties he completed the MBA program of Newcastle Business school (NBS) in the University of Northumbria (UNN, Great Britain). Since June, 2000 - the councilor of directors of Joint-Stock Company ®Izhora pipe factory‾, joint venture of ®Izhora factories‾ OAO and ""Severstal"" OAO. In October, 2000 he was selected as a member of bureau of board of the Russian Union of Industrialists and Entrepreneurs (RSPP). Since June, 2001 - coordinator of RSPP Working group. From April 2001 till April, 2003 - member of the Supervisory board of ®Industrial Construction Bank‾ (ICB). Since June, 2002 - chairman of the board of directors of ""Severstal"" OAO. Since 2002 - General Director of ""Severstal group"" ZAO. Since August, 2002 - the chairman of the board of directors of ""SSM-Tyazhmash"" LLC, subsidiary of ""Severstal group"" ZAO. Since December, 2002 - the judicial arbitrator at the Commission on Ethics of RSPP created for settlement of corporate disputes. In May, 2003 he was included in structure of Business Council at the government of the Russian Federation. In December, 2003 he became the authorized representative of president Putin on presidential election on March, 14th, 2004. In 2003 Forbes magazine included Mordashov in the list of 500 richest people in the world (348th place, fortune ? 1.2 billion dollars). In February, 2004 ""Severstal"" OAO informed that Mordashov supervised 82.75% of stocks of ""Severstal"". Since June, 2004 - councilor of directors of bank ?Rossiya? (St.-Petersburg). In February 2006 ""Finance"" magazine estimated Mordashov?s capital at 6.0 billion dollars (the tenth place in Russia). In March, 2006 there was a next rating of Forbes Magazine in which Mordashov was on the 64th place in the world (fortune ? 7.6 billion dollars). Member of Board of guardians of RDC ®Expert institute‾ at Russian Union of Industrialists and Entrepreneurs (RSPP); Member of Advisory council on the innovations created by Ministry of Industry and Science of the Russian Federation. He is awarded with the order ®For Merits for Country‾ of the I and II degrees. The winner of the All-Russia competition of businessmen ""Career-96"". In December, 2000 Russian Union of Industrialists and Entrepreneurs called him the best businessman of the year. Speaks English and German. Mordashov is married for the second time. He has three sons - one from the first marriage, two - from the second one. Takes a great interest in poetry, painting, active winter kinds of sports. Source: http://www.anticompromat.org/ Dossier: By

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

2001 there were no any compromising materials concerning Mordashon on pages of the mass-media. As for unpleasant stories ? only divorce with the wife and the ignominious alimony to the son. The only thing that was spoken about him appeared in July, 2001. Mordashov was supposed to be offered a post of the chairman in the Russian government. In reply to that Mordashov declared that even if he had been offered the post he would have had to refuse of it. Source: www.rb.ru In 2004 in mass media the materials convicting Mordashov of dishonest engagement of ""Severstal"" were published. The ex-general director of Cherepovets Metallurgical Plant Yury Lipuhin - who promoted Mordashov on a career ladder - became an information source. When Mordashov was already the director of ""Severstal"" the plant suffered from an attempt of raid capture. Trans-World Group tried to persuade Mordashov to sell the plant (it was represented by well known businessmen Vladimir Lisin, Mikhail Chernoy, Oleg Deripaska) but he resisted. After those events Mordashov convinced Lipuhin that the plant shares needed to be privatized not to admit strangers to the enterprise. The plant released metal under the low prices to the company ?Severstal-Invest? created for that purpose; Mordashov spent millions of gross margin from resale on purchase of vouchers and shares from workers. So he became the owner of 51% of shares of ""Severstal"" and Lipuhin - 49 %. In 1998 there was a conflict between two proprietors - Mordashov decided to diversify business and began to buy up industrial actives: stocks of ports in St.Petersburg, Tuapse and East port, coal mines, Kolomna diesel factory, UAZ factory. Lipuhin was against of such diversification of the business. In the beginning of 2001 Mordashov redeemed from Lipuhin 49 % of ""Severstal-Guarant"" with the big discount; Lipuhin is still offended by Mordashov for that. The latter during had enemies that period - Zavolzhsky motor factory became a subject of his conflict to GAZ owner Oleg Deripaska. Together with the head of ""Eurazholding"" Alexander Abramov, Mordashov struggled for ""Kuzbassugol"", the metallurgical market was divided with Iskander Mahmudov. Source: ®Forbes¯, 4/10/2004 In youth during internship in Austria Mordashov had a conflict with the son of the minister of ferrous metallurgy Serafim Kolpakov Sergey. The minister demanded for Yury Lipuhin dismissed Mordashov, but Lipuhin then defended the young perspective employee. Source: ®Forbes¯, 4/10/2004 In 2001 the first spouse of Mordashov, Elena declared that Alexey Mordashov did not help their son sufficiently, didn?t let her arrange private life and promoted her dismissal from work. For 2000 Mordashov declared his income at 80 million dollars (Mordashov denied the sum soon after that), his former wife took advantage and sued for alimony and separation of jointly acquired property (he had been paying to the wife 650 dollars monthly for the son). Mordashova demanded a share in business of the husband and developed huge information war. The businessman considered that behind that claim there were competitors of metallurgical holding - the Ural mountain-metallurgical plant and ""Sibal"", in particular their owner Iskander Mahmudov who was at that time the main contender of Mordashov in the metallurgical market. In August, 2001 the former wife applied to Nikulinsky Office of Public Prosecutor of Moscow with the requirement to force former husband to give 25% of the income for education of the son from first marriage. In her opinion the underpaid alimony of Mordashov made more than semi billion dollars. In maintenance of the claim the Office of Public Prosecutor managed to arrest 32.5 % of stocks of ""Severstal"". Claims of former spouse Elena Mordashova for a quarter of incomes of the husband were recognized by Moscow court as groundless, and attachment was removed from property. And after that Cherepovets court took Mordashov?s side and decided that he did not owe to the former spouse 40 percent of shares of ""Severstal"" (Elena Mordashova had declared such requirements in the statement of claim). As a result Elena Mordashova lost both suits. Source: ®Moscow Komsomolets¯, 8/20/2001, ""Vedomosti"", 10/30/2002 On presidential election of 2004 Alexey Mordashov was Vladimir Putin's authorized representative. Support of the head of the country helped Mordashov to create the steel-making company the largest in Russia, which possessed the largest actives abroad on the basis of the Cherepovets plant. Source: www.akado.com/news In February, 2005 Alexey Mordashov made scandal at airport Vnukovo-3. He left the plane together with two girls

  accompanying him in the trip. One of his companions unexpectedly found out that she had lost a buckle from the handbag. Mordashov unexpectedly began to behave inadequately: for about a half an hour he loudly shouted at employees of the airport, and demanded to pay him one thousand dollars for the lost buckle. Source: ""Life"", 2/9/2005 Alexey Mordashov tried to unite his business with metallurgical group Arcelor being absorbed, but owners of the company refused the offer of Mordashov and group ""aggressors"" - Mittal Steel became its owner. Source: Investments ? 3(334) 01.02-07.02.2010 In September, 2006 Alexey Mordashov decided to hold again the post of the general director of ""Severstal""; in this connection he carried out administrative reform at the enterprise. General Director Anatoly Kruchinin, the hired manager, was removed by Mordashov from the post. Later he was appointed as the General Director of ®Severstal. Russian steel¯ (in April, 2008 management of

""Severstal"" divided it into three directions: ®Severstal. Russian steel‾, ®Severstal. Resources‾, ®Severstal Internationa‾). Mordashov?s return on a post of the director of according to his plan should promote success of IPO ? Kruchinin was unknown person in business while Mordashov after attempt to become the largest owner of Arcelor received world popularity. In some months Mordashov arranged IPO in London which observers considered to be not successful. Source: ""Vedomosti"", 9/21/2006 Due to lack of more interesting actual metallurgical actives for purchase, Mordashov once again tried to diversify business in adjacent spheres. New object of interest of the businessman - the main Russian manufacturer of the equipment for electric power industry, ""Power machines"". Structures ""Severstal"" then requested permissions for the transaction in Federal antimonopoly service (FAS). Stocks of ""Power machines"" were the personal investment of Mordashov which was not connected with mountain-metallurgical company ""Severstal"". Competitors of Mordashov in struggle for ?Power machines"" became Victor Vekselberg and Oleg Deripaska. Source: www.newsru.com from 6/9/2007 In December, 2003 bank ""Rossiya"" informed that it would make additional share issue for 30 million rubles face value in advantage of Alexey Mordashov's ""Severstal-groups"" under the price in 20 times above face value. Thus, the holding should pay 600 million rubles for 9% of shares of bank with own capital of 616 million rubles. The General Director of ""Rossiya"" Victor Myachin explained the high cost of package with consideration of the ®occurrence of the foreign investor‾ in the capital of bank and dynamics of its development (for a year actives and the capital have trebled). Experts consider such estimation of a minority package as absolutely inadequate. The most probable explanation of such an odd act ? rupture of relations with Industrial Construction Bank (ICB) and transfer of money resources to bank ""Rossiya"". At the same time Mordashov since 90th years kept partner relations with Petersburg banker Vladimir Kogan, ex-founder of ICB - in the beginning of 2001 Mordashov sold a share holding of ""Metkombank"" to Kogan. Source: www.mfd.ru News In the beginning of 2007 in the central mass-media, in particular, in newspapers ""Commersant"" and ""Newspaper"" the information began to appear that soon there would be a merge of two largest metallurgical companies - ""Eurazholding"" and ""Severstal"". Besides it was written about nationalization of branch and government plans about it. As there were no any concrete facts confirming possibilities of such changes, there were assumptions that this ""canard"" in respectful newspapers was created by their owners. The owner of ""Commersant"" - Alisher Usmanov was simultaneously the owner of ""Metalloinvest"", the largest metallurgical companies; ""Newspaper"" belonged to other large ""metallurgist"" Vladimir Lisin, the owner of Novolipetsk metallurgical plant. The purpose: to press on competitors or to force them to buy, for example, business for high price, probably even to frighten and force to cease to put up money in development of the enterprise, to sell to competitor. Source: ®Komsomol truth‾, 5/30/2007 In August, 2008 at Mordashov?s company ""Power machine"" shareholders were replaced: 63.1 % of shares of company have appeared concentrated in three offshore now. Among shareholders of OAO there were two offshore, King Rail Trading and Ashington Trading, each owns 16,55 % of his actions. Presumably, these companies are under control of Alexey Mordashov and re-structuring of actives allows him to bypass the requirement about exhibiting of the obligatory offer by minoritaries. If Alexey Mordashov exposed the offer, he should redeem shares from minoritaries with 9 percent award to market quotations. He did not expose it but bought up company shares in the off-exchange market from many sellers. Redistribution of actives gave Mordashov also the joint-stock control over the company. Source: ""Money"" ? 33 (688), 8/25/2008 The Office of Public Prosecutor accused Alexey Mordashov of legislation infringement ? he, having dismissed employees of Kostomuksha mining and concentrating mill, in October, 2009 replaced them with less paid Gastarbeiters. Active workers of the enterprise arranged several meetings in the city, the Office of Public Prosecutor of Karelia began investigation. Trade-union active workers were accused of extremism and Alexey Mordashov was required by the public prosecutor of republic Karelia to exclude infringement of the labor and social rights of citizens and to provide measures on prevention social and political tension in ®Karelian pellet OAO. Thereof Mordashev stopped employment of migrants. Source: Rusmet.ru 24.12.09 Alexey Mordashova's name was mentioned in a context of preparation of amendments by the Ministry of Finance to the article 7 of the Tax code depriving Russian businessmen of possibility to minimize taxes by using the companies in the countries having agreements with Russia on avoidance of the double taxation. It was declared that Alexey Mordashov had supervised ""Severstal"" through the Cyprian companies, thereby minimized taxes in the federal budget of our country. Source: www.polit.ru/news, 12/2/2009 The family conflict of Alexey Mordashov with the first wife Elena Novitskaya passed to a new stage ? in 2004 she submitted the claim to the Strasbourg court where she accused Russia of partiality of justice. In January, 2010 Novitskaya?s case received a priority. Few years ago the court dismissed Novitskaya?s claim about property separation, as all agreements on property division between spouses

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

had been signed back in 1996, and Novitskaya did not apply for shares and refused them voluntarily. Having lost the court, Elena Novitskaya still owed the state duty of 213 million rubles. In European court Novitskaya demanded from Russia for compensation at amount of 500 million dollars, referring to article 6 of the European convention about human rights. Now Russia should prove that at the moment of divorce Alexey Mordashov did not possess influence on justice. Boris G. Zingarevich Received DOE funds through Ener1 Boris Zingarevich - Deputy Director General of Ilim Group http://rumafia.com/person.php?id=204 Surname: Zingarevich Name: Boris Fathername: Gennadievich Position: Deputy Director General of Ilim Group Biography: Date of Birth: 08 July 1959. Place of Birth: Sebezh (Pskov region). 1981: Graduated from the Leningrad Technological Institute of Pulp and Paper Industry (specialty: machines and apparatus of PPI) 1991-1992: ""Tekhnoferm?, the CEO 1985-1991: Leningrad carton factory, Master of cardboard shop, Production Manager 1981-1985: Kondopozhsky PPM, mechanic Since 1992 - Deputy Director General of Ilim Source: www.forbesrussia.ru Dossier: Until the early 90's Boris Zingarevich, along with his brother Michael worked as a mechanic at the Leningrad cardboard factory. In 1992 they created ""Ilim Pulp"" - a company for export of paper products. Then they got reassigned to the woods production, and over the years have bought about 30 logging companies - then timber industry enterprises were sold at very low prices. Easy money in the timber industry caused competition that turned into criminal fights. Most of them appeared to be in Arkhangelsk region, where the main enterprise of the holding - Kotlas PPM was. In the region, the company has developed a bad reputation to the extent that one day in January 2002, half the guests did not appear on the anniversary of the governor Anatoly Efremov, having learnt that Zingarevich brothers and their partner Zakhar Smushkin were going to be there. In spring 1999 the house of the head of the Arkhangelsk PPC Vladimir Krupchak was bombed. In the summer of 1999 the head of OAO ?Solombalskiy LDK"" Evgeny Drachev and his driver were kidnapped by unknown. A few months later director general of forestry complex the department of the regional administration, Alexander Bulatov was beaten. It?s difficult to say whether those events were connected to the activities of Ilim Pulp. However, its top managers- Smushkin and the Zingareviches could have argued with those people, because the struggle for supremacy in the timber industry was very tough, and Arkhangelsk region was considered a ""fiefdom"" of Ilim Pulp in the field. The regional law enforcement agencies had a huge dirt on the heads of the holding, but for some reason the case went ""down on the brakes"" every time. For example, the same story happened with the murder of Dmitry Varvarin, Director General of ZAP ""Concern"" Orimi?, the main competitor of Ilim Pulp. He was shot in St. Petersburg in March of 2000. The heads of Ilim Pulp, including Boris Zingarevich had sufficient motives for the killing, including the competition and the fact that

Varvarin supported the campaign of Yuri Boldyrev for the post of mayor of St. Petersburg, which was obviously to fail. In addition, Varvarin owned shares of Ilim Pulp, so he begged Smushkin and Zingarevichey as his partners to allocate money for it. A few days after the murder of Varvarin, unknown people killed another founder of ""Orimi?, Sergey Krizhan together with his family. Law enforcement agencies considered the version according to which the two murders were connected with the management of Ilim Pulp, as the most probable, but somehow forgot about it; the team of investigators was excluded from the investigation. Source: Kompromat.ru from 31.07.2002 The involvement of the heads of ""Ilim Pulp"" in the second killing has not been confirmed, as in 2005, Andrey Yurevich - the son of commercial director of ?Plastpolymer"", Victor Yurevich, and two accomplices - Alexander Ulyanov and Vyacheslav Shinkarev were sentenced for that murder. Krizhan was chairman of the board of directors of the company and clashed with Viktor Yurevich. The newspaper ""Kommersant-Petersburg"" ? 216 (3300) on 17.11.2005 In spring and autumn of 2000, a new wave of crime passed. In March, the director of Agency Company, lumber exporter - Vladimir Malkov was attacked. And in October, the hotel ""Polina"", owned by Krupchak was set on fire. As leader of the Arkhangelsk Pulp and Paper Mill, he was a major player in timber market and he could have possibly conflicted to the Zingarevicheses and Smushkin quite often. In 2001 Dmitry Belyaev, External Manager of LDK-4 was attacked. Again, the connection with the management of Ilim Pulp was not confirmed, but it was on the cards, as Ilim Pulp had been seeking for the rule in the forest sector, and Belyaev could have threatened the interests of their company by his business, or could have simply competed with its leaders. Boris Zingarevich together with the companions did the business of ""Ilim Pulp"" not very successful, at least for their enterprises. The main one was the debts of Kotlas pulp and paper mill in Arkhangelsk region, Bratsk Timber Complex in the Irkutsk region, as well as others, they had ruthlessly cut down the forest, accidents happened frequently, the equipment was worn out or even broken. At the same salaries were miserable. Until 2000, the shareholders of Ilim Pulp had not received dividends. Ostensibly, they were invested in production development, but in reality everything was falling apart. The problem was that

THE BOOK OF TESLA, Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

all the investments in production then were exempt from taxation. Once the tax credit was abolished, dividends went. In addition, it became clear that Kotlas Pulp came under the control of Ilim Pulp illegally: during the investment competition the money, which the company pledged to invest in a company, were transferred to its account for one day and then were sent back to the accounts of Smushkin and the Zingarevicheses. But formally everything looked legitimate. They purchased equipment for the companies in an interesting way: at very high prices, while in fact only half of it was brought. The money also flowed to foreign accounts of the firms affiliated with Ilim Pulp. Other financial frauds by the Zingarevicheses and Smushkin were turned in the Bratsk Timber Industry Complex (BTIC). First they formed huge debts for electricity for the budget of Bratsk and many others. And in 1998 the company established a subsidiary company OAO ""Pulp and Cardboard Plant (PCP) and began to place there their liquid assets. Thus, BTIC eventually had unprofitable production and debts. The state had a stake in BTIC and did not impede the withdrawal of assets. Only Dmitry Medvedev, the current president objected that, then in 1993 he was Director of Legal Affairs ""Ilim Pulp"", and since 1998 -a member of the Board of Directors in BTIC. His relationship with the Zingarevicheses and Smushkin worsened, and in 1999 they were completely stopped - he was distracted by new concerns associated with climbing the career ladder. In October 2001 it became known that Ilim Pulp committed deals for the sale of pulp and paper factory to offshore companies. Then the shareholders of OAO ?Irkutskenergo"" which was the main creditor of BTIC - appealed to the federal agencies. They failed to find out the truth because of the legal tricks: documents submitted to the commission, were valid, but for the period prior to the fraud. After that the minority shareholders of BTIC went to court, and it ordered to reinstate the dismissed general director BTIC George Trifonov. He restored an order, paid the debts. The Zingarevicheses and Smushkin were defeated. But when in 2002 BTIC came under their control again, they began to restore the old order by dismissing disloyal people and replacing them with loyal ones, uncomprehending in the timber industry. In addition, the holding company began the blockade of the Ust-Ilim Timber Complex (UiLPK) by not sending paid commodity to the company. All forces were driven to expell the head of the trade union, Yuri Savinkov, they wrote denunciations to the prosecutor's office against the former Complex director Andrey Prokopov. The new head of UiLPK Vladimir Batishchev reported that Prokopov took away the production equipment. It was a slander - he just took jeeps belonging to the management company ? Continental Invest?. In early February 2002 UILPK was entirely under the control of Ilim Pulp. Source: Kompromat.ru from 13.02.2002 In April 2002, Ilim Pulp lost control over Kotlas and Bratsk pulp and paper mills. There were two lawsuits from shareholders, after which the company?s shares were arrested, and then purchased for the benefit of companies affiliated with the actual new owners - ""Basic Element"", ""Continental management"" and ""Banking House"" Sankt-Petersburg"". Oleg Deripaska was behind those machinations, who wanted to get a strategic advantage in the industry. Source: corp-gov.ru from 29.09.2003 The management of ""Ilim Pulp"" disputed the transaction through numerous courts. There were information wars. The information agencies had the news spread that the Court invalidated the new board of directors elected by shareholders. It was misinformation. To gain access to the documents of Kotlassky PPM they forged execution lists and sent them to the office of registry holders. According to them it was necessary to issue registry documents. They also launched ""a fake"" that the registry of the Bratsk TIC was lost. In the end, ""Ilim Pulp"" prevailed in the information and judicial war. Businessmen managed to agree, but the true owner of the enterprises is still unknown. Representatives of ?Bazel? argued that the blocking stake in the enterprises was still in the structures of Basel. Smushkin also announced that he possessed more than 90%. As the court ruled, the enterprises passed to Ilim Pulp. Perhaps the company paid Bazel some compensation. In any case, that was a good lesson for the Zingarevicheses and Smushkin and a signal that the empire they built up may well falter without gaining a strong support. Source: Kompromat.ru from 31.07.2002 In 2004, the media reported that Boris Zingarevich intended to acquire a large stake in English football club Everton. Upon the request of Zingarevich, that information was retracted. According to British media, the football club was really interesting to Zingarevich?s son Anton. He himself had no money to buy it, but he practiced abroad as a football manager. There is no information confirming the purchase plans. This episode is insignificant, but given that Boris Zingarevich studiously avoided the media spotlight, it looks interesting. Maybe it was advantageous for someone to put Zingarevich as a reckless spender and a wasteful man. Source: ""Kommersant¯ ? 155 (2994) on 24.08.2004 Also in 2004, there were rumors in the media that the company ""Ilim Pulp"" is going to buy the state Vneshtorgbank, and the then owner of Promstroibank Vladimir Kogan was to be an intermediary in the transaction. The price was to be inflated in more than a billion dollars. Journalists advanced the version of such a bizarre waste of public funds. They supposed, the billion would be withdraw from the State Bank and shared by individuals, including Zingarevich.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

In their opinion, the deal was scheduled to be held ""under the guise of"" Finance Minister Alexey Kudrin. However, no further speculation happened a the possible grand scam failed for unknown reasons. Source: Kompromat.ru from 23.09.2004 In 2006 the Zingareviches and Smushkin sold half of the holding to a foreign company International Paper, the world's largest pulp and paper corporation. In the name of the company they found a strong partner and a way to overcome the crisis that had began with the attack by Mr. Deripaska on Kotlas and Bratsk pulp and paper mills. Once they returned the enterprises, Deripaska exchanged his remaining shares to the stake in the Arkhangelsk Pulp and Paper Mill of Vladimir Kogan, and the latter gave them to the shareholders of Ilim Pulp. That is, everything returned to business as usual. However, after such a shake-up the Zingareviches and Smushkin realized they were not omnipotent, and their old methods to maintain the credibility in the timber industry had been no longer working. The holding company needed a powerful protection of the parties and they found such a support in the name of the foreign company. Source: Journal ?Secret Firmy‾ ? 48 (183) on 25.12.2006 In spring 2010 the authorities of St. Petersburg passed at once three buildings - the monuments of federal importance for the reconstruction of them as hotels - to the companies close to Zingarevich brothers. OOO ?Lotus Oteli? received a historic building of the former barracks of the Life Guards of the Pavlovsky Regiment on the Marsovo Pole, 1. OOO ?Orange-Development"" acquired the building of the former court stables Office at Konyushennaya Ploshad, 1a. The third building was on Nevsky Prospekt, 7-9A, which is the Central Agency of Aviation and airline ticket place passed to OOO ?IFG-Basis-Project?. Experts say that at the auction the buildings could cost a lot of money. However, they gave them under the decision taken at a closed meeting of the government. Thus, not only the interests of the city budget were violated, but of the potential buyers who could acquire the right to use the buildings through a fair competition. Source: ""Kommersant"" dated

The Russian oligarch has spent the past decade buying up nine flats across two buildings in the exclusive Lowndes Square. ... John Doerr; John Frederiksen; John Paul DeJoria; John Paulson; Jon and Karen Huntsman; Jose Mourinho; Joseph Lau; Jr. Julian H. Robertson; Ken Fisher;
agent4stars.com/tag/oligarch/

"name ""Bourkhan"". Owner - oligarch Alisher Usmanov ..."
"Billionaire Alisher Usmanov acquired the biggest private jet in Russia, ... oligarch, percent, president vladimir putin, private flight, private jet, richest man, roman, roman abramovich, Russia's richest man, sale, seat, spacious ... John Doerr; John Frederiksen; John Paul DeJoria; John Paulson ..."
agent4stars.com/tag/name-bourkhan-owner-oligarch-alishe...

Rebooted patriot games in 'Jack Ryan' - SiliconValley.com
"John Doerr. Larry Ellison. Reed Hastings. Reid Hoffman. Mark Hurd. Vinod Khosla. ... He's covertly embedded at a Wall Street bank where he uncovers a Russian plot to buy up U.S. Treasury bonds, ... Ryan's investigation leads him to the Russian oligarch Viktor Cherevin, played by Kenneth Branagh, ..."
siliconvalley.com/topics/ci_24918976/rebooted-patriot-gam...

Facebook's friend in Russia - Fortune Tech
"Left to right: John Doerr, Charlie Rose, Michael Arrington, Yuri Milner, and Ron Conway at last spring's TechCrunch conference. Milner has become an informal Russian ambassador to Silicon Valley."
tech.fortune.cnn.com/2010/10/04/facebooks-friend-in-russia/

Yuri Milner: Profile - Business Insider
"DST says it hasn't sold any Facebook shares and doesn't want to, but some people think DST's main backer, Russian oligarch Alisher Usmanov, wants to sell and might get his way. ... John Doerr And The Rise Of Secondary Private Markets ..."
businessinsider.com/yuri-milner-forbes-profile-2011-3

The Wall Street billionaire philanthropists - Financial News
"? Ann and John Doerr, venture capitalist. ... Russian oligarch to donate fortune to charity 02 Feb 2010; Story Tags. Blackstone Group. Citigroup. David Rubenstein. Julian Robertson. Michael Bloomberg. Philanthropy.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Renaissance Technologies. Sandy Weill."
  efinancialnews.com/story/2010-08-05/giving-pledge-wall-street


  Good Kindle and Newspaper articles for Friday Morning ...
  Russian Oligarchs buying French and British Newspapers. Business Week reports on some rather interesting
news - Russian oligarchs and their sons are saving French and British newspapers. ... Amazon related News -
John Doerr leaves Amazon Board.
  ireaderreview.com/2010/03/19/good-kindle-and-newspaper-ar...


  Nancy Ann Hunter - This house will exist
  "... and Oleg Deripaska, the youngest of the Russian oligarchs, 41, ""king"" of aluminum. ... Other Dolby Labs
president of technology titans like John Doerr and the founder of Facebook, Mark Zuckerberg, live in nearby
Silicon Valley. ..."
  thishousewillexist.org/nancyannhunter.php


  Climateer Investing: Kleiner Perkins Distressed By Lousy Results
  "Kleiner partner Al Gore is probably not as concerned by the recent results as John Doerr. ... Russia Should
Create Its Own Tax Havens ... ""No, ... Welfare for the Russian Oligarchs... Cyprus: ..."
  climateerinvest.blogspot.com/2013/03/kleiner-perkins-distressed-by-l...


  Market Leader : News :: Bill Gates and Warren Buffett ...
  ... and his wife have already donated 800 million dollars.They were joined by venture investor John Doerr and
John ... It should be noted that V. Potanin was among the first Russian oligarchs to go into arts patronage by
setting up V. Potanin's Charity Foundation in 1999mainly focused ...
  profi-forex.us/news/entry3000000006.html


  Netizen: Vinod Khosla: For Profit Poverty Alleviation
  """He was the most visionary of all the Russian oligarchs"" .... ... John Doerr; Creating, Propagating; Google
Apps: Open The Flood Gates; No More Beer, No More Soda; Dell Duo: Tablet + Netbook; Web 2.0 Summit
2010: Robin Li; John Battelle's Search Hangover;"
  technbiz.blogspot.com/2010/11/vinod-khosla-for-profit-poverty.html


  Forbes Audiobooks
  "... we'll tell you about, ""Russian Billionaire Mikhail Prokhorov: From Oligarch to President  " Mikhail
Prokhorov is a tycoon in Russia, ... we'll tell you about, ""John Doerr's Plan to Reclaim the Venture Capital
Throne"" ..."
  audible.com/search?advsearchKeywords=&searchTitle=&...


  Steve Westly - The Huffington Post
  "... Google, Steve Westly, Green Jobs, Tesla Motors, Edeniq, John Doerr, Amyris Biotechnologies, Kleiner
Perkins Caufield & Byers, Facebook, Recyclebank, Barack Obama, Apple, Energy ... With billionaire Meg
Whitman spending like a Russian oligarch, it's inevitable that the race for California ..."
  huffingtonpost.com/tag/steve-westly


  "Apple, Steve Jobs, and US Foreign Policy (CFR) using Nazi ..."
  "the Stud House, the private home of the Lebedev family - one of the Russian oligarchs ... been a long time
partner in Silicon Valley venture capital powerhouse Kleiner Perkins Caufield & Byers whose partner John Doerr
is a member of the Google board. Another Google director, ..."
  forum.prisonplanet.com/index.php?topic=207205.0


  rmr | The personal blog of R. Martin Roscheisen
  "Neither VC John Doerr nor entrepreneur Martin Roscheisen has a background in enviro. ... (Then again, just a
few decades later, we've got Russian oligarchs needing seemingly just that kind of expertise for equipping their

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

yachts.)"
  tripleyield.com
  Romania arrests suspected hacker of Bush family emails | NDTV.com
  Tags: Bucharest Carl Bernstein Colin Powell Corina Cretu Downton Abbey George Roche George W. Bush
Guccifer hacking John Doerr Julian Fellowes Marcel Lazar Lehel Romania Russia Tina Brown.
  ndtv.com/article/world/romania-arrests-suspected...
  Scary side to the story - IronMountainDailyNews.com | news ...
  "He raked in a gazillion bucks, give or take a few billion, as the founder of Kleiner Perkins Caufield and Byers, a
venture capital firm. His letter, published in the Wall Street Journal, ... essentially from Europe west of Russia
through North America, ..."
  ironmountaindailynews.com/page/content.detail/id/544658/Scary-sid...

  Kleiner Perkins Co-Founder's Nazi Comment Draws Criticism ...
  "Kleiner Perkins's website lists Perkins as one of 14 partner emeriti, a group that includes recent partner Ray
Lane and co-founder Eugene Kleiner, who died in 2003. Perkins has been a director at companies including
Hewlett-Packard Co. and Applied Materials Inc."
  bloomberg.com/news/2014-01-26/kleiner-perkins-shocked...
  Frank Caufield ? Kleiner Perkins Caufield Byers
  "He is a Co-Founder of Kleiner Perkins Caufield & Byers. Mr. Caufield has served on the boards of Quantum
Corporation, Caremark Inc., ... He also serves as a director of The U.S. Russia Investment Fund, Refugees
International, ..."
  kpcb.com/partner/frank-caufield
  DST Out and Kleiner Perkins In in Twitter Mega-Funding - Kara ...
  "According to sources close to the situation, the aggressive Russian investment outfit DST Global is out of the
running to fund Twitter. Instead, the prize is almost certainly going to Kleiner Perkins, the legendary Silicon
Valley venture firm of Web 1.0 that has been making a big push ..."
  allthingsd.com/20101206/russias-dst-out-of-twitter-fun...

### *ELIO MOTORS CAR FUNDING WILL DISCLOSE DEPARTMENT OF ENERGY RIGGING SYSTEM*

"- All past ""Winners"" of Department Of Energy Car and Green Cash were
campaign financiers. - All past ""Losers"" of Department Of Energy Car and Green Cash were competitors of
those campaign financiers and did not contribute campaign cash. - Racketeering charges against Steven Chu, his
staff and White House Staff. - Senators had insider trading deals with the companies that were ""Winners"". All
Investigators are now closely watching the ELIO MOTORS CAR FUNDING PROCESS: If Elio gets jacked up
with any of the same application sabotage tactics, it will provide judicial evidence that can prove the rigging of
the funds. If ELIO MOTORS makes it through, it will provide judicial evidence that can prove that the 200+ other
past applicants had been jacked up in the process. Either way, ELIO is being monitored closely. ELIO Watchers
are most interested in the DOE PERMANENT STONE-WALL TACTIC: An endless series of ""just-on-more-
thing"" for those who are not associated with campaign backers. ""Bottom-Drawer-ing"" your application can be
made to last over a decade, or until your company goes out of business. According to federal investigators,
campaign backers Tesla, Solyndra and Fisker were reviewed in 14 days, like normal commercial bank loans. ...
Applying for DOE cash will make investors avoid your car company because of: ""the deal""; an dis-incentive
structure which makes banks and venture capitalists back off any investment until later, if at all, unless you are a
campaign financier

  1. Elio  Motors Passes First Review Phase for US  Department  of  Energy

  www.prnewswire.com/ news-releases/  elio-motors-passes-first-review-phase-for-us-department-of-energy-doe -
advanced-technology-vehicles-manufacturing-atvm-loan-796590070.html  -

  "4 days ago ... TROY, Mich., Oct. 23, 2014 /PRNewswire/ --  Elio  Motors Passes First Review Phase ... The
DOE ATVM loan program supports the production  of  ..."

"2. Elio  applies for Dept.  of  Energy  loan, would green-light Shreveport ..."

www.arklatexhomepage.com/ story/ d/ story/  elio-applies-for-us-dept-of-energy-loan/ 29107/ ibwbB2afRUWUODVLVGdo_g  -

"Aug 19, 2014 ... Paul  Elio  tells NBC 6 News, late last week his company applied for a $185 million loan through the United States Dept.  of  Energy.  Elio  says he  ..."

3. Elio  Motors $185-million request advances under DOE's restarted ...

green.autoblog.com/ 2014/ 10/ 24/  elio-motors-185-million-request-advances-under-does-restarted/  -

3 days ago ...  Elio  Motors is asking the DOE's ATVM loan program for $185 million. And it's passed the first step.

4. Elio  Motors Passes First Review Phase for DOE ATVM Loan |  Elio  ...

www.eliomotors.com/  elio-motors-passes-first-review-phase-for-doe-atvm-loan/  -      -Highlight

Elio  Motors Passes First Review Phase for U.S.  Department  of  Energy  (DOE) Advanced Technology Vehicles Manufacturing (ATVM) Loan. Marks first company  ...

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Does Elon Musk hate Hydrogen because his insider trading kickback schemes with Reid, Feinstein and the Silicon Valley VC?s are in the competing Lithium batteries

"HYDROGEN VS. LITHIUM HAS MORE TO DO WITH INSIDER STOCK SCAMS THAN IT DOES WITH ANY SORT OF TECHNOLOGY ISSUES    - In preparation for Department of Energy Give-Aways by Steven Chu, on White House orders, Senators and Campaign Billionaires bought billions of dollars of insider trading stock in Tesla, Fisker and Solyndra energy materials suppliers. - Silicon Valley VC's spent over $30 Million dollars on fake bloggers and anti-Hydrogen lobbying to seek to protect their battery investments - Hydrogen still beats batteries on every metric - Indium for SOLYNDRA and Lithium for FISKER AND TESLA came from Afghanistan. Campaign Backer VC's owned the Afghan Chemical fields via third party contracts. Pushed U.S. into Afghan War for profiteering. - Some say Tesla Harry Reid Nevada Battery factory scheme is a plan to fund Hillary Clintons Campaign via a ""Triple Dipper"" pass-along

LA TIMES:

Carmakers prepare to shift to hydrogen fuel cells

"Hyundai started leasing a hydrogen fuel cell version of its Tucson SUV, above, this year. To the right is a fuel cell stack on display at the 2013 L.A. Auto Show. (Christina House, For The Times)"
By Charles Fleming
Automotive IndustryBusinessElectric and Hybrid VehiclesAuto ReviewsEnvironmental PollutionAir PollutionTesla Motors
""Toyota actually favors fuel cells over other zero-emission vehicles,' a Toyota manager says Toyota will launch a fuel cell sedan in Japan early next year and in the U.S. by the summer"
Honda is preparing to launch a new fuel cell car next year
"Concerned about slow sales of electric cars and plug-in hybrids, automakers are increasingly betting the future of green cars on hydrogen fuel cell technology."
"Even Toyota Motor Corp., maker of the popular Prius gas-electric hybrid, will use hydrogen instead of batteries to power its next generation of green vehicles. ""Today, Toyota actually favors fuel cells over other zero-emission vehicles, like pure battery electric vehicles,"" said Craig Scott, the company's national manager of advanced technologies. ""We would like to be still selling cars when there's no more gas. And no one is coming to our door asking us to build a new electric car."" But even hydrogen's most ardent proponents agree the technology faces enormous hurdles. Like electric cars, hydrogen fuel cell vehicles are expensive. So is the infrastructure to refuel them."

"""We would like to be still selling cars when there?s no more gas. And no one is coming to our door asking us to build a new electric car,? said Toyota?s Craig Scott. (Bob Chamberlin, Los Angeles Times)"
"Car companies have been slow to put hydrogen fuel cell vehicles on the market in part because of the lack of fueling stations. Operators of fueling stations, in turn, won't build more retail outlets unless they see more fuel cell car sales. Dan Poppe is among the few early investors in hydrogen stations. Wearing a hard hat and coveralls at his Burbank hydrogen station, Poppe chews on the edges of his mustache and worries about his future. ""In 2004, we were told we'd have 10,000 cars on the road [in California] by 2009 ? but it was more like 200 cars,"" said Poppe, whose company, H2 Frontier, builds and operates stations in California. ""Today, we still only have

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

about 250. That's not going to do it."" Hydrogen fuel cell car makers and station operators like Poppe are subsidized by the state of California, which has set a goal of having 1.5 million zero-emission cars on the road by 2025. By the same year, the state wants 15% of all new cars sold to be zero-emission vehicles."

 lRelated

 "  The category includes plug-in hybrids ? which can travel a few miles on battery power alone before a gas engine kicks in ? but it doesn't include traditional hybrids, which sell at lower cost and in much higher volumes."

 "Automakers are still working on electric car technology, and sales of battery electric and plug-in hybrid vehicles are up 30% this year over 2013. Still, total sales for zero-emission vehicles represent less than 1% of all cars nationally. They are more popular in California than anywhere else. The state's drivers own 40% of the nation's zero-emission vehicles, almost all of them plug-in hybrids and battery electric vehicles. With automakers still struggling to produce a mass-market electric car, fuel cells increasingly look like the ascendant platform."

 "We would like to be still selling cars when there's no more gas. And no one is coming to our door asking us to build a new electric car. - Craig Scott, Toyota's national manager of advanced technologies"
 "Hydrogen fuel cells are designed to power electric motors much the way batteries do. But instead of storing their energy in a battery pack that takes hours to recharge, the fuel-cell vehicles store hydrogen gas in an onboard tank that can be refilled in minutes, just like a gasoline tank."
 "The state subsidizes hydrogen-powered cars the same way it does battery-powered cars, with the same $5,000 rebate it offered buyers of electric cars in the early days. (Electric car buyers now are eligible for a $2,500 state rebate.) New fuel cell car buyers also qualify, at least until the end of 2014, for a $4,000 federal rebate ? down from as much as $12,000 for cars that hit the road in earlier years. The state will also award automakers environmental credits for building them, which they can use to comply with California clean air mandates or sell to other automakers who need the credits to comply. Automakers get more credits for fuel cell cars than most battery electrics or plug-in hybrids. Hydrogen refueling station operators like Poppe also get money from the state and other agencies, among them the California Energy Commission, California Air Resources Board and South Coast Air Quality Management District. Poppe received $3 million from the state to build a station in Chino. He got $500,000 from the energy commission and the air quality district to operate his station in Burbank. The district says it has spent $11.4 million so far on the construction, operation and maintenance of nine Southern California stations, with ""considerably more funds"" having been spent by the energy commission and the air resources board, agency spokesman Sam Atwood said. To qualify for a $1-million grant, Poppe had to invest $250,000 to $300,000 of his own money. To receive grants to cover operational expenses, he has had to hit specific performance goals ? a certain number of pumps open, operating at certain capacities, by certain dates ? or face being disqualified."

 "Sally Poppe demonstrates filling her vehicle at a hydrogen fuel station in Burbank operated by her husband, Dan Poppe, an early investor in such stations. (Anne Cusack, Los Angeles Times)"
 "Despite the risks for entrepreneurs, Poppe believes the future is hydrogen, because fuel cell vehicles address the two main shortcomings of today's battery-powered cars: short driving range and long recharging times. Car companies agree. Toyota will launch a fuel cell sedan in Japan early next year and in the U.S. by the summer. Hyundai Motor Co. started leasing a hydrogen fuel cell version of its Tucson sport utility vehicle this year. Honda Motor Co., which has spent years testing and leasing its FCX Clarity fuel cell vehicle, is preparing to launch a new fuel cell car sometime next year. Ford Motor Co., which has put 1.3 million test miles on a fleet of 300 fuel cell vehicles over the last several years, recently cut a deal with Daimler, Renault and Nissan to develop a joint fuel cell technology that all four companies would share."
 "General Motors Co., which holds more patents for hydrogen fuel cell technology than any other carmaker, has similarly tested its HydroGen4 car. GM has partnered with Honda, its rival for the number of new fuel cell patents each year, to co-develop new automotive fuel cell applications."
 "The cars, when they arrive, won't come cheap. Toyota hasn't set a price for its car here, but when it's launched in Japan it will have a $68,000 sticker price ? though buyers will qualify for a $20,000 government rebate. Fuel cell cars have about the same range as many gas-powered vehicles ? as much as 300 miles between fueling stops. Most electric cars have a range of about 80 miles, though more expensive battery-powered cars ? namely, the

THE BOOK OF TESLA: Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

625

Tesla Model S ? offer more than 200 miles of driving range. The Tesla Model S starts at $72,000 and can cost upward of $100,000 with the largest battery and luxury options. In addition, fuel cell advocates point out that there are multiple sources of hydrogen, including hydro-electric or wind generators, nuclear power plants and natural gas. Elon Musk, chairman of the battery-electric vehicle manufacturer Tesla Motors Inc., derides hydrogen-powered cars and calls the science behind them overcomplicated."

  """I usually call them 'fool cells,'"" Musk told shareholders in June, having earlier dismissed the technology as ""a load of rubbish."" Musk did not elaborate on specific weaknesses of hydrogen power or why he believes batteries will remain the dominant power source for zero-emission cars. A Tesla spokesperson declined requests for interviews with Musk or other executives. Some observers caution that the appearance of competing technologies can be misleading. They say the need for clean transportation won't necessarily be found in a single system. ""If you have a fuel cell car, you have a longer range between visits to the gas station; but if you plug in at home, you never have to go to the gas station at all,"" said Don Anair of the Union of Concerned Scientists. ""It's not an either-or proposition. It's a both-and proposition.""California is at the leading edge of subsidizing the fuel cell movement. The state Legislature passed AB 8 late last year, dedicating $20 million a year through 2023 to finance the construction of as many as 100 hydrogen fueling stations. There are only 11 such stations in California now, though that number could increase to 40 stations within a year. Automakers and station owners have little incentive to invest without government subsidies to develop cars and stations. ""Without government support, this is not a viable business,"" Poppe said. Until the nascent technology goes mainstream, hydrogen station operators like Poppe ? who's such a believer in the technology that he and his wife both drive Mercedes-Benz B-Class fuel cell cars ? must wait for their businesses to become profitable. His Burbank station serves 10 or20 cars a day; he needs at least 30 to recoup his investment. Experts put the price of building a single hydrogen fueling station, excluding the cost of the real estate, at about $2 million. A single nozzle at his Burbank station costs $12,000, Poppe said. That's expensive, but so are gasoline stations ? along with the drilling and refining operations that feed them."

  "  ""We could put in a nationwide network of [hydrogen] stations for less than the cost of building the Alaska pipeline,"" said Charlie Freese, head of the fuel cell vehicle program for GM. ""There are a lot of other hidden costs too, like the cost of keeping the [Strait] of Hormuz open."""


  Tesla ?Battery Swap? a smoke-screen to get rid of exploding battery pack          "Tesla has been scrambling to address the issues that killed Fisker, namely, that their batteries can explode and burn you, your kids and your house up in a big nasty fireball. SEE: Tesla Issues TESLA Tesla Battery Tesla Battery Danger Tesla Dangerous Tesla Danger Warning Tesla Battery Notices Lithium


## The Curious Case Of The Corrupt Spies. Why do so many ex-spiees work for Elon Musk?


We love it when they catch bad guys but not so much when they steal money.      I had been tracking a small ad I saw on Craiglist in which a small company was looking for a law firm for a federal case. That led me to this request for a law firm as shown at this site: http://www.inqtelcase.wordpress.com Then the top lady at NSA gets booted out for being a bit conflicted in her use of spy resources and then the Spy-Silencers-For-Relatives scandal comes out:          kopa_fastnewslight_total_view: 8

  """ By Warren Strobel and Mark Hosenball"

  "WASHINGTON, Oct 17 (Reuters) - The U.S. National Security Agency has launched an internal review of a senior official's part-time work for a private venture started by former NSA director Keith Alexander that raises questions over the blurring of lines between government and business."

THE BOOK OF TESLA Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Under the arrangement, which was confirmed by Alexander and current intelligence officials, NSA's Chief Technical Officer, Patrick Dowd, is allowed to work up to 20 hours a week at IronNet Cybersecurity Inc, the private firm led by Alexander, a retired Army general and his former boss."

"The arrangement was approved by top NSA managers, current and former officials said. It does not appear to break any laws and it could not be determined whether Dowd has actually begun working for Alexander, who retired from the NSA in March."

"In a statement in response to inquiries by Reuters, NSA spokeswoman Vanee Vines said, ""This matter is under internal review. While NSA does not comment on specific employees, NSA takes seriously ethics laws and regulations at all levels of the organization."""

"Current and former U.S. intelligence officials, some of whom requested anonymity to discuss personnel matters, said they could not recall a previous instance in which a high-ranking U.S. intelligence official was allowed to concurrently work for a private-sector firm."

"They said it risked a conflict of interest between sensitive government work and private business, and could be seen as giving favoritism to Alexander's venture. IronNet Cybersecurity is developing a new approach to protect computer networks from hackers and is marketing it to financial institutions and other private-sector firms."

"Alexander, who was the eavesdropping and code-breaking agency's longest-serving director, confirmed the arrangement with Dowd in an interview with Reuters. He said he understood it had been approved by all the necessary government authorities, and that IronNet Cybersecurity, not the government, would pay for Dowd's time spent with the firm."

"Dowd, he said, wanted to join IronNet, and the deal was devised as a way to keep Dowd's technological expertise at least partly within the U.S. government, rather than losing him permanently to the private sector."

"""I wanted Pat to stay at NSA. He wanted to come on board,"" Alexander said."

"He acknowledged that the hybrid arrangement ""is awkward,"" but added, ""I just felt that his leaving the government was the wrong thing for NSA and our nation."""

Dowd did not respond to requests for comment.

Alexander and Dowd have jointly filed patents based on technology they developed while at the NSA. Alexander said the cybersecurity techniques that IronNet is developing are not based on those patents.

"""UNUSUAL"""

"The NSA's review comes at a sensitive time for the electronic spy agency, which last year went through the worst crisis in its 62-year history following revelations by former contractor Edward Snowden of widespread government electronic surveillance."

"The NSA, whose technological wizardry helped the U.S. government eavesdrop on Soviet leaders during the Cold War and is an important ingredient in the Obama administration's counter-terrorism efforts, is based in Fort Meade, Maryland, about 25 miles (15 km) from Washington D.C., where IronNet is headquartered."

"In an earlier statement to Reuters, spokeswoman Vines said that ""under ethics rules, senior executive employees, among others, are required to obtain written permission through their supervisors if they wish to pursue outside employment with a prohibited source."""

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Stewart Baker, a former NSA general counsel, said that he had never heard of an arrangement under which an NSA executive is allowed to work part time for a private company presumed to be involved in some of the same type of business as the NSA."

""""I agree this is unusual,"" Baker said, adding, ""It's complex, but probably manageable.""""

"Baker said that there is already a program in place which allows government executives to leave, spend some time in the private sector, and then return to government without giving up seniority or other rights. Such arrangements traditionally require a total break with government service."

"Paul Rothstein, a criminal law and ethics professor at Georgetown University law school, said the arrangement in which NSA is allowing Dowd to work part time for Alexander's company ""seems problematic.""""

""""If it isn't structured very carefully, this runs the risk of conflict of interest and disclosure of national secrets,"" Rothstein said. ""It is a situation that in the interests of good government should be avoided unless there's some very strong reason to do it."" (Editing by Jason Szep, Toni Reinhold)"

The woman in question in the above article has now been booted out of the NSA!

And there is this:

Black Op Turns To Bedlam As Navy Silencer Scandal Unfolds

By Jordan Smith
@chronic_jordan

"A former Navy intelligence officer is slated to go on trial in federal court next week on charges he conspired with a California auto mechanic to manufacture untraceable silencers for automatic rifles, ship them cross-country, and defraud the feds of nearly $1.7 million in the process. The strange and soap operatic tale of Pentagon-centered intrigue has been unfolding since 2011, when the two conspirators facing criminal charges ? Lee Hall, then a civilian Naval intelligence officer, and Mark Landersman, a mechanic facing a separate trial who is also the   brother of Hall?s former boss   ? entered into a nearly $1.7 million deal to have 349 silencers manufactured, apparently for a clandestine military operation, according to The Washington Post and court documents. Federal prosecutors say the silencers only cost around $10,000 to make. Even the prosecutors alleging fraud acknowledge the silencers were connected to a genuine, high-level secret operation, known in federal parlance as a ?special access program.? But exactly what that operation might have been is entirely unclear. One story suggests the silencers were being procured for use by Navy SEAL Team 6, which disavowed any knowledge of them; another says they were being produced to outfit a stockpile of AK-47-style rifles that were seized overseas and then stored in the U.S. for later, untraceable, use abroad."

"He farmed out manufacturing to a machinist, who said he was asked to make hundreds of ?small engine? mufflers. In retrospect, he told the feds, they did actually look like silencers."

"That the illegal baffling devices were manufactured and shipped is clear, but as the tale spins forward in federal court, the why and what for remain, at least publicly, unknown. As the Post notes in its reporting this week, many documents related to the investigation have been filed under seal with the federal court in Arlington, Va., making

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

it difficult, at best, to determine whether they were purchased for a legitimate, secret military mission, or whether they were procured as part of a ?rogue operation,? being run out of the Navy?s Directorate for Plans, Policy, Oversight and Integration*  ? a small office meant to provide support for Navy and Marine intelligence operations and staffed by civilians, most of them military retirees. As a former senior Navy official told the Post, directorate officials behaved as ?wanna-be spook-cops? who acted like ?they were building their own mini law enforcement and intelligence agency.? Here is what is clear, according to public court records: In 2011, Landersman ? whose brother David Landersman was then the senior director of intelligence in the Navy?s PPOI office ? Hall and at least two other, unnamed civilian employees of the aforementioned Navy PPOI office began communicating about a ?proposal? to manufacture silencers. In a 2012 email, someone from the Navy office sent Landersman a link to the online article ?How I Built a 300 AAC Blackout Suppressor,? with a message that he should look it over. ?Looks very much like what we?re going to send you,? it read. ?Wow! Very simple,? Landersman replied (though he apparently failed to read the article?s first line, which noted that a particular Bureau of Alcohol Tobacco Firearms and Explosives tax stamp is needed to avoid ?hard prison time for violating? federal firearms law that bans manufacture of most silencers). In August 2012, the Navy?s Financial Management Division sent an email to the office to say that a request for a boost to the office?s budget ? again, made by an unnamed conspirator ? had been granted, in the sum of $2 million. According to a federal indictment, Hall then set out to procure a no-bid contract for Landersman?s newly-formed company, Advanced Machining and Engineering, to get the job to produce the 349 silencers at a total price of roughly $1.7 million. The sole-source contract was necessary, Hall wrote, because Landersman?s company possessed a ?wholly, and solely exclusive? proprietary process for manufacturing the needed suppressors, according to an affidavit for an arrest warrant. Once Landersman had the dough (half up front, records indicate) he farmed out the manufacturing work to another person ? a machinist who said he was asked to make several hundred ?small engine? mufflers based on a prototype (in retrospect, he told the feds, they did actually look like silencers). Landersman paid just $12,000 to manufacture the entire order, which he then FedExed to Maryland where Hall apparently signed for the goods. The scheme, or whatever it was, apparently didn?t net any outside notice until sometime in early 2013, after the Naval Criminal Investigative Service became suspicious of another directorate official, Tedd Shellenbarger, who flashed credentials at the Defense Intelligence Agency that falsely identified him as a law enforcement officer. Back at the PPOI office, the NCIS found badge-making materials; the investigation grew from there. Hall has said that the silencer scheme was in fact a deal approved by Deputy Under Secretary of the Navy Robert Martinage, the Post reported, and that Hall had notes in his office that could prove the operation was legit. Of course that may now be difficult for Hall (and Landersman) to prove. Indeed, after news of the federal investigation landed on the Post?s front page in mid-November 2013, Navy security officers incinerated documents they had seized from the PPOI office. The federal court ultimately ordered the Navy to cease any further document destruction and to account for all that had been seized and burned. (And after investigators involved in the silencer probe found unrelated evidence of personal ?misconduct? on Martinage?s part, Martinage was asked in January to resign.) According to the Post, when told about the destruction of evidence in the case Judge Leonie Brinkema was ? incredulous,? and has on other occasions questioned whether prosecutors ?were fully aware? of what was going on in the PPOI office and whether it actually wanted to expose those innards in court. ?We?re getting deeper and deeper into a morass,? the Post quoted her as saying during a March hearing. ?One of the things the government always has to think about is the cost-benefit analysis. At the end of the day, is this particular criminal prosecution worth the risk of having to disclose or reveal very sensitive information?? *The original post included a typo that renamed the PPOI office the Navy?s Directorate for  Plans, Policy, Oversight and  Interrogation.   Indictment:"

 Indictment in U.S. vs. Hall and Landersman

 Photo: John Scorza/U.S. Navy/AP
 Email the author: jordan.smith@theintercept.com
 "Now Congress has received even more reports of abuse of office issues including charges against two sitting Senators. We all like it when the spies catch the bad guys with bombs! That is a good thing and that is their job. We applaud that! These other scandals, though, bring up the following question: Are some spies operating in such secrecy that the environment encourages too much criminal manipulation, of tax payer resources, for their personal profit and personal political interests? Does Congress need to practice more oversight on this
 nsa.gov

THE BOOK OF TESLA   Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

nsa.gov

Why NSA Overreach Is Bad for Business Too - Cameron F. Kerry ...

Why NSA Overreach Is Bad for Business Too. ... to get a difficult international conversation about privacy protection back on track with Friday's speech on the National Security Agency and the recommendations of the board he appointed to review it.
politico.com/magazine/story/2014/01/nsa-scandal-busine...
politico.com

John Kerry: Some NSA surveillance reached `too far' | Fox News

U.S. Secretary of State John Kerry is acknowledging that some National Security Agency spying has reached too far and says it will be stopped.
foxnews.com/politics/2013/11/01/john-kerry-some-nsa-s...
foxnews.com

Has the NSA Gone Too Far? | Wisconsin Business Law Blog

"Home > Operating a Business > Has the NSA Gone Too Far? Has the NSA Gone Too Far? By Thomas Schober on January 3rd, 2014 Posted in Operating a Business, Other Legal Issues, Tax, Technology Related Topics"

wisconsinbusinesslawblog.com/2014/01/03/has-the-nsa-gone-too-far/
wisconsinbusinesslawblog.com

Expert: Make Internet spying too expensive for NSA ...

"Expert: Make Internet spying too expensive for NSA. Written on Thursday, November 14, 2013 by Warren B. Causey"
patriotupdate.com/articles/expert-make-internet-spying-expe...
patriotupdate.com

"NSA Reviewing Deal Between Official, Ex-Spy Agency Head"

"WASHINGTON, Oct 17 (Reuters) - The U.S. National Security Agency has launched an internal review of a senior official's part-time work for a private venture started by former NSA director Keith Alexander that raises questions over the blurring of lines between government and business ..."
huffingtonpost.com/2014/10/17/nsa-reviewing-deal_n_6004942.html
huffingtonpost.com

Nissan Whistleblower facing constant intimidation and attacks.  "Those who speak out get a contract put out on them. They are targeted for taxes, character assassination, job database black marks, blog attacks, insurance delays, email hacking and other seedy intimidation efforts that Big Washington insiders specialize in. DOE staff gave special consideration to Nissan and gave this Japanese company massive amounts of your United States tax dollars that they did not even need. The hundreds of other applicants needed the money, Nissan did not need your tax dollars. Why did they get it? Who profited in the transaction process? When you draw lines between the same bunch of characters in the Solyndra, Tesla & Fisker game; why are the same few people on the chart in a country with tens of millions of other options?: Sharyn Bovat, a NISSAN whistleblower, is speaking to CoolSprings.com after she was jailed by Franklin police last Wednesday for what she has described as ?an act of retaliation after whistle blowing against a Southern Good ole Boy Network?. Bovat, a former executive relocation consultant for five major companies, managed the moves of several top NISSAN executives to Middle Tennessee. Bovat was asked by HR to relocate NISSAN board member Carlos Tavares, the first Executive Vice President & NISSAN Board of Directors member to reside outside of Japan. During the relocation process Mr. Tavares discovered more

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

630

than he anticipated from the person assigned to ease his transition to life in America. NISSAN North America is located in Middle Tennessee, known as the buckle of the Bible belt. Headquartered in the city of Franklin, which Bovat describes the community as a ?who knows who? society. Employees at NISSAN knew she had access to Tavares and told her of discrimination, corruption, & wasteful spending of taxpayer money. The State of Tennessee spent millions relocating NISSAN to the Cool Springs area of Williamson County. A large portion of those relocation expenses were paid by TN taxpayers. Several times Bovat inquired if ?certain spending was OK?. In 2008 when asked by a French NISSAN Vice President to find a spa for oxygen facials, she documented the abusive spending of taxpayer money. While she was asking NISSAN employees on the executive floor about spending issues, Bovat was told ?skirts don?t speak?. Whistleblower Sharyn Bovay As the daughter of a former mayor-activist-lobbyist, she was taken by her mother in the late 60?s to marches to fight for women?s rights. After hearing those words in 2009 at a public company that was taking American taxpayer money, Bovat became upset and told Tavares. When asked to describe the heart of the problem in Middle Tennessee, Bovat quickly points out a southern ?Good ole boy? Network that permeated HR at the NISSAN North American HQ. Women in management declined 30% according to NISSAN?s own internal statistics. Bovat has said it was known inside HQ that ?Good ole boys? were strategically replacing women with their unqualified buddies.? In February 2009 Bovat learned the ?Good ole boys? in HR had placed individuals in every division to ?protect their own? during cutbacks caused by the economic crisis. She also discovered HR had planned to fire the Californians who relocated with NISSAN in 2006-2007 first. Disgusted with that policy Bovat remarked, ?It was not fair; they uprooted their families to move to Middle Tennessee, only to be discriminated against?. Bovat told Carlos Tavares in March 2009, who stopped it from materializing. Nissan's Carlos Tavares After she ?saved the Californians?, NISSAN?s HR Director called Bovat into four meetings. She sensed HR wanted to ?get rid of her?, although she knew Tavares appreciated her efficiency and honesty. During one of those meetings, the Director of NISSAN HR asked Bovat to do something unethical to prove she was a team player. She refused. Bovat knew if she wanted to work for NISSAN she would have to comply. Bovat told Tavares, who then referred her to the HR Director?s supervisor Mark Stout, the head of NISSAN HR. In a later meeting on the executive floor, Mark Stout offered Bovat money to be silent. Instead of ?cashing in? she told Tavares about HR being unethical. Starting June 4 2009, Bovat has documented and stated the allegations on her public blog. Since then, Bovat says she has been harassed and slandered by NISSAN HR. Bovat wanted to keep quiet and expressed to Carlos Tavares that she wanted to return to work at NISSAN. Several months ago, Tavares emailed her to relay that things were proceeding. But with the continued harassment, Bovat wrote an open letter on her blog to the ACLU, in an effort to locate an attorney to help with her civil rights and whistle blowing issues. Looking for resolution, Bovat went to NISSAN HQ on July 7 2010, in hopes of receiving a time frame for positive change. When Bovat entered the lobby, she was instead greeted by the same people she has fought against for the last year. Minutes later, several Franklin police cruisers arrived and officers filled the NISSAN HQ lobby, arresting Bovat for criminal trespassing. Bovat says, ?Rob from Nissan legal bullied the Franklin police into arresting me, using a year old, outdated photocopy of a cease and desist originally intended to intimidate me and to shut down my blog?. Bovat has stated on her blog that she?ll take it down when Nissan?s Carlos Tavares asks her. When Bovat heard from Tavares several months he did not tell her to take down the blog. All the allegations Bovat has made, have been visible on her public blog for the past year. Bovat says that fact alone give her credibility. Statistics from her blog show tens of thousands of visitors from six continents. It seems like this skirt has spoken and people are now listening. (The exclusive interview above with Sharyn Bovat took place Tuesday 7/13/10 in Cool Springs, TN) http://www.coolsprings.com/news/nissan-whistleblower-arrested/ http://nissanwhistleblower.com/"/nissan-whistleblower-facing-constant-intimidation-and-attacks/

Ex-CBS reporter?s book reveals how liberal media protects  Obama

By Kyle Smith

Sharyl Attkisson is an unreasonable woman. Important people have told her so.

"When the longtime CBS reporter asked for details about reinforcements sent to the Benghazi compound during the Sept. 11, 2012 terrorist attack, White House national security spokesman Tommy Vietor replied, ?I give up, Sharyl . . . I?ll work with more reasonable folks that follow up, I guess.? Modal Trigger"

"Another White House flack, Eric Schultz, didn?t like being pressed for answers about the Fast and Furious scandal in which American agents directed guns into the arms of Mexican drug lords. ?Goddammit, Sharyl!? he

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

screamed at her. ?The Washington Post is reasonable, the LA Times is reasonable, The New York Times is reasonable. You?re the only one who?s not reasonable!? Two of her former bosses, CBS Evening News executive producers Jim Murphy and Rick Kaplan, called her a ?pit bull.? That was when Sharyl was being nice. Now that she?s no longer on the CBS payroll, this pit bull is off the leash and tearing flesh off the behinds of senior media and government officials. In her new memoir/expos, ?Stonewalled: My Fight for Truth Against the Forces of Obstruction, Intimidation, and Harassment in Obama?s Washington? (Harper), Attkisson unloads on her colleagues in big-time TV news for their cowardice and cheerleading for the Obama administration while unmasking the corruption, misdirection and outright lying of today?s Washington political machine."

  ?Not until the stock split?

  "Calling herself ?politically agnostic,? Attkisson, a five-time Emmy winner, says she simply follows the story, and the money, wherever it leads her. In nearly 20 years at CBS News, she has done many stories attacking Republicans and corporate America, and she points out that TV news, being reluctant to offend its advertisers, has become more and more skittish about, for instance, stories questioning pharmaceutical companies or car manufacturers. Working on a piece that raised questions about the American Red Cross disaster response, she says a boss told her, ?We must do nothing to upset our corporate partners . . . until the stock splits.? (Parent company Viacom and CBS split in 2006)."

  Often [network executives] dream up stories beforehand and turn the reporters into ?casting agents?
  "Meanwhile, she notes, ?CBS This Morning? is airing blatant advertorials such as a three-minute segment pushing TGI Fridays? all-you-can-eat appetizer promotion or four minutes plugging a Doritos taco shell sold at Taco Bell. Reporters on the ground aren?t necessarily ideological, Attkisson says, but the major network news decisions get made by a handful of New York execs who read the same papers and think the same thoughts. Often they dream up stories beforehand and turn the reporters into ?casting agents,? told ?we need to find someone who will say . . .? that a given policy is good or bad. ?We?re asked to create a reality that fits their New York image of what they believe,? she writes. Reporting on the many green-energy firms such as Solyndra that went belly-up after burning through hundreds of millions in Washington handouts, Attkisson ran into increasing difficulty getting her stories on the air. A colleague told her about the following exchange: ?[The stories] are pretty significant,? said a news exec. ?Maybe we should be airing some of them on the ?Evening News???? Replied the program?s chief Pat Shevlin, ?What?s the matter, don?t you support green energy?? Says Attkisson: That?s like saying you?re anti-medicine if you point out pharmaceutical company fraud. A piece she did about how subsidies ended up at a Korean green-energy firm ? your tax dollars sent to Korea! ? at first had her bosses excited but then was kept off the air and buried on the CBS News Web site. Producer Laura Strickler told her Shevlin ?hated the whole thing.

  ?Let?s not pile on?

  "Attkisson mischievously cites what she calls the ?Substitution Game?: She likes to imagine how a story about today?s administration would have been handled if it made Republicans look bad. In green energy, for instance: ? Imagine a parallel scenario in which President Bush and Vice President Dick Cheney personally appeared at groundbreakings for, and used billions of tax dollars to support, multiple giant corporate ventures whose investors were sometimes major campaign bundlers, only to have one (or two, or three) go bankrupt . . . when they knew in advance the companies? credit ratings were junk.? Attkisson continued her dogged reporting through the launch of ObamaCare: She?s the reporter who brought the public?s attention to the absurdly small number ? six ? who managed to sign up for it on day one."
  "One of her bosses had a rule that conservative analysts must always be labeled conservatives, but liberal analysts were simply ?analysts.
  "?Many in the media,? she writes, ?are wrestling with their own souls: They know that ObamaCare is in serious trouble, but they?re conflicted about reporting that. Some worry that the news coverage will hurt a cause that they personally believe in. They?re all too eager to dismiss damaging documentary evidence while embracing, sometimes unquestioningly, the Obama administration?s ever-evolving and unproven explanations.? One of her bosses had a rule that conservative analysts must always be labeled conservatives, but liberal analysts were simply ?analysts.? ?And if a conservative analyst?s opinion really rubbed the supervisor the wrong way,? says

Attkisson, ?she might rewrite the script to label him a ?right-wing? analyst.? In mid-October 2012, with the presidential election coming up, Attkisson says CBS suddenly lost interest in airing her reporting on the Benghazi attacks. ?The light switch turns off,? she writes. ?Most of my Benghazi stories from that point on would be reported not on television, but on the Web.? Two expressions that became especially popular with CBS News brass, she says, were ?incremental? and ?piling on.? These are code for ?excuses for stories they really don?t want, even as we observe that developments on stories they like are aired in the tiniest of increments.? Hey, kids, we found two more Americans who say they like their ObamaCare! Let?s do a lengthy segment."

### Friends in high places

"When the White House didn?t like her reporting, it would make clear where the real power lay. A flack would send a blistering e-mail to her boss, David Rhodes, CBS News? president ? and Rhodes?s brother Ben, a top national security advisor to President Obama. The administration, with the full cooperation of the media, has successfully turned ?Benghazi? into a word associated with nutters, like ?Roswell? or ?grassy knoll,? but Attkisson notes that ?the truth is that most of the damaging information came from Obama administration insiders. From government documents. From sources who were outraged by their own government?s behavior and what they viewed as a coverup.? Similarly, though the major media can?t mention the Fast and Furious scandal without a world-weary eyeroll, Attkisson points out that the story led to the resignation of a US attorney and the head of the ATF and led President Obama to invoke for the first time ?executive privilege? to stanch the flow of damaging information."

"Attkisson, who received an Emmy and the Edward R. Murrow award for her trailblazing work on the story, says she made top CBS brass ?incensed? when she appeared on Laura Ingraham?s radio show and mentioned that Obama administration officials called her up to literally scream at her while she was working the story. One angry CBS exec called to tell Attkisson that Ingraham is ?extremely, extremely far right? and that Attkisson shouldn?t appear on her show anymore. Attkisson was puzzled, noting that CBS reporters aren?t barred from appearing on lefty MSNBC shows. She was turning up leads tying the Fast and Furious scandal (which involved so many guns that ATF officials initially worried that a firearm used in the Tucson shooting of Congresswoman Gabrielle Giffords might have been one of them) to an ever-expanding network of cases when she got an e-mail from Katie Couric asking if it was OK for Couric to interview Eric Holder, whom Couric knew socially, about the scandal. Sure, replied Attkisson. No interview with Holder aired but ?after that weekend e-mail exchange, nothing is the same at work,? Attkisson writes. ?The Evening News? began killing her stories on Fast and Furious, with one producer telling Attkisson, ?You?ve reported everything. There?s really nothing left to say.? Readers are left to wonder whether Holder told Couric to stand down on the story."

### No investigations

"Attkisson left CBS News in frustration earlier this year. In the book she cites the complete loss of interest in investigative stories at ?CBS Evening News? under new host Scott Pelley and new executive producer Shevlin. She notes that the program, which under previous hosts Dan Rather, Katie Couric and Bob Schieffer largely gave her free rein, became so hostile to real reporting that investigative journalist Armen Keteyian and his producer Keith Summa asked for their unit to be taken off the program?s budget (so they could pitch stories to other CBS News programs), then Summa left the network entirely. When Attkisson had an exclusive, on-camera interview lined up with Nakoula Basseley Nakoula, the YouTube filmmaker Hillary Clinton blamed for the Benghazi attacks, CBS News president Rhodes nixed the idea: ?That?s kind of old news, isn?t it?? he said."

"Attkisson is a born whistleblower, but CBS lost interest in the noise she was making."

"Sensing the political waters had become too treacherous, Attkisson did what she thought was an easy sell on a school-lunch fraud story that ?CBS This Morning? ?enthusiastically accepted,? she says, and was racing to get on air, when suddenly ?the light switch went off . . . we couldn?t figure out what they saw as a political angle to this story.? The story had nothing to do with Michelle Obama, but Attkisson figures that the first lady?s association with school lunches, and/or her friendship with ?CBS This Morning? host Gayle King, might have had something to do with execs now telling her the story ?wasn?t interesting to their audience, after all.? A story on waste at the Department of Housing and Urban Development, planned for the CBS Weekend News, was watered down and turned into a ?bland non-story? before airing: An exec she doesn?t identify who was Shevlin?s ?number two,? she

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

says, ?reacted as if the story had disparaged his best friend. As if his best friend were Mr. Federal Government. ? Well, this is all the states? fault!? . . . he sputtered.? Meanwhile, she says, though no one confronted her directly, a ?whisper campaign? began; ?If I offered a story on pretty much any legitimate controversy involving government, instead of being considered a good journalistic watchdog, I was anti-Obama.? Yet it was Attkisson who broke the story that the Bush administration had once run a gun-walking program similar to Fast and Furious, called Wide Receiver. She did dozens of tough-minded stories on Bush?s FDA, the TARP program and contractors such as Halliburton. She once inspired a seven-minute segment on ?The Rachel Maddow Show? with her reporting on the suspicious charity of a Republican congressman, Steve Buyer. Attkisson is a born whistleblower, but CBS lost interest in the noise she was making."

 ?They?ll sacrifice you?

 "Ignoring Attkisson proved damaging to CBS in other ways. When a senior producer she doesn?t identify came to her in 2004 bubbling about documents that supposedly showed then-President George W. Bush shirked his duties during the Vietnam War, she took one look at the documents and said, ?They looked like they were typed by my daughter on a computer yesterday.
 "Asked to do a followup story on the documents, she flatly refused, citing an ethics clause in her contract. ?And if you make me, I?ll have to call my lawyer,? she said. ?Nobody ever said another word? to her about reporting on the documents, which turned out to be unverifiable and probably fake. After Pelley and Shevlin aired a report that wrongly tarnished reports by Attkisson (and Jonathan Karl of ABC News) on how the administration scrubbed its talking points of references to terrorism after Benghazi, and did so without mentioning that the author of some of the talking points, Ben Rhodes, was the brother of the president of CBS News, she says a colleague told her, ? [CBS] is selling you down the river. They?ll gladly sacrifice your reputation to save their own. If you don?t stand up for yourself, nobody will.? After reading the book, you won?t question whether CBS News or Attkisson is more trustworthy."
 polizeros.com/2009/01/13/madoff-and-organized-crime/
 polizeros.com

 Tesla Motors Involved In Organized Crime... According To Anti ...

 "May 4th, 2014 by James Ayre Tesla Motors is apparently involved in organized crime, and if you drive a Tesla electric car then you are as well."
 cleantechnica.com/2014/05/04/tesla-motors-involved-organize...
 cleantechnica.com

 INTERPOL targets environmental crime | News on environment ..

 "The resolution approved by INTERPOL's 188 national law enforcement authority members recognizes that ""environmental crime is not restricted by borders and involves organized crime networks which engage in other crime types including murder, ..."
 cleanbiz.asia/story/interpol-targets-environmental-crime
 cleanbiz.asia

 "By Driving a Tesla you are supporting, and involved in .."

 the organized crime in public office investigation; the privacy rights investigation. the inside tesla investigation ...
 capitolcrimesquad.com/by-driving-a-tesla-you-are-supporting-and...
 capitolcrimesquad.com

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Organized Crime in Public Office Investigation ...

"Almost Every Major Bank Has Been Charged With A Crime By Various Governments. Are They Evil?-How A Handful of People Take Over Governments: Dark Money; Meat Puppets, Zombies, Fake Bloggers and Industry Shills - Pundits or Secret Salesmen
corruptionnewsdc.com/investigations/topic-11-kickback-process/
corruptionnewsdc.com

Naming-the-Names Master List CRIMES SCORECARD: | THE TESLA ...

"Investigation Issues: Organized Crime; abuse of tax incentives in exchange for campaign contributions, ... Gary D. Conley - Dead guy who railed against Silicon Valley VC's Cleantech Monoply. Died from lead poisoning via bullet in head (Case Under Investigation) (DEAD!)"
teslainvestigation.wordpress.com/2014/07/13/naming-the-names-master-list-c...
teslainvestigation.
greentechmedia.com/articles/read/fraud-should-be-first-prior...
greentechmedia.com

"Could the charges that Tesla Motors is an ""Organized Crime ..."

"CLEANTECH WHISTLE-BLOWER SUSPICIOUS DEATH NOW SHOWING COVER-UP- (VIDEO) SILICON VALLEY VC SUSPECTED OF MURDERING HIM TO COVER UP WHITE HOUSE SCANDAL; ... Could the charges that Tesla Motors is an ""Organized Crime Operation"" actually be true
thenewsdaily.org/tag/could-the-charges-that-tesla-motors-i...
thenewsdaily.org

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Capitalism is Organized Crime! | CJOnline.com

"When I say that Capitalism is organized crime, I'm talking about the way business today has taken for itself more power over our government than the individual has who does not own a business. ... It only brings YOU back to Solyndra, but you never left Solyndra to begin with."
cjonline.com/blog-post/lucinda/2012-10-06/capitalism-o...
cjonline.com

Is the Obama Administration an Organized Criminal Enterprise?

"IS THE OBAMA ADMINISTRATION AN ORGANIZED CRIMINAL ENTERPRISE? ... Their activities cannot be written off as ""Crony Capitalism"" when it appears on the surface to be more like an organized crime ""Bust-Out"" operation designed to ... The evolving Solyndra and SolarReserve scandals are NOT just ho ..."

libertynewsonline.com/article_301_31123.php
libertynewsonline.com

Solyndra tax fraud | PUBLIC CRIME INVESTIGATIONS

Posts about Solyndra tax fraud written by EDITORS. PUBLIC CRIME INVESTIGATIONS FACT-SWARMING WIKI Menu. Skip to content. ... organized crime manipulations to acquire the tax dollars of the American public and artificially control the market via bribery and influence trading.
boycotttesla.wordpress.com/tag/solyndra-tax-fraud/
boycotttesla.wordpress.com

Solyndra | Joe Bruno on the Mob

"Archive for Solyndra. Joe Bruno on the Mob - Feds arrest 2,900 illegal immigrants with criminal records Posted in criminals, crooks, Drug dealers, Drugs, FBI, Gangs, gangsters, Mexico, mobs, Mobsters, organized crime, police, United Kingdom with tags boarder patrol, ..."
joebrunoonthemob.wordpress.com/tag/solyndra/
joebrunoonthemob.wordpress.com

Solyndra Facts & Lies | CleanTechnica

"A probe into Solyndra's bankruptcy filing may spread to the White House and other clean energy companies. ... murderers and other organized crime figures, Communists, various tax evaders, fundraisers for Bill Clinton, ..."

cleantechnica.com/2011/09/20/solyndra-facts-lies/
cleantechnica.com

Now hiring: Accountant to investigate Solyndra - Darren ...

"The GOP-led panel investigating Solyndra is asking Speaker John Boehner for more staff help. Skip to Content; Home; ... This entire Solyndra ""bankruptcy"" smacks of organized crime tactics! Reply; Quote; Report Abuse; Read all 46 comments in our forum. You must be logged in to comment. Email is ..."
politico.com/news/stories/0911/64298.html
politico.com

solyndra Tesla Scam Archives - Capitol Crime-Squad Magazine

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"JOIN THE SQUAD! Register; Log in; Entries RSS; Comments RSS ""Bad Guys, Yer Goin' Down!"" Using The Federal Process To Run Private Organized Crime Operations Is No Longer OK!"
 capitolcrimesquad.com/tag/solyndra-tesla-scam/
 capitolcrimesquad.com


organized crime | icareviews - icareviews | A fine WordPress ...

 "Posts about organized crime written by icareviews. Home; About; Affinities; Apolitical Home Viewing Review Index; Ideological Content Analysis Review Index; ... Rosenfeld charges, by exposing high misdeeds and so destroying the people's faith in their leaders. So lay off the Solyndra, Benghazi"
 icareviews.wordpress.com/tag/organized-crime/
 icareviews.wordpress.com


 Charges Obama funded whole campaign with kickback scheme to Silicon Valley VC's with support of solar companies with billions of tax dollars ...

 "Tags: Connection between Solyndra's investors and lobbyists with the Democrats, Insane Solyndra loan ... Obama is either stupid or lying about solar company Solyndra, Organized Crime are infants compared to the Pelosi Obama Feinstein gang, ..."
 rashmanly.com/2012/02/16/obama-supported-solar-companie...
 rashmanly.com

 Ron Klain's resume: From recounts to stimulus to Ebola - Topix

 "As far as my earlier reference to organized crime kingpin M.L. ""Larry The Liar - Arlington"" Lawrence, ... Furthermore, Klain's resume supposedly includes providing some of the ""thinking"" and ""reasoning"" that ""proved"" Solyndra made sense."
 topix.com/forum/entertainment/celebrities/TR6FFJM83...
 topix.com
 lynn-a.blogspot.com/2014/10/crime-on-ocean-breeze.html
 lynn-a.blogspot.com


"Feds Visit Homes of Solyndra CEO, Execs | Federal Criminal ..."

 "ABC News on September 9, 2011 released the following: ""By RONNIE GREENE and MATTHEW MOSK iWATCH NEWS and ABC NEWS Federal agents have expanded their examination of the now-bankrupt California solar power company Solyndra, visiting the homes of the company's CEO and two of its executives ..."

 federalcrimesblog.com/2011/09/12/feds-visit-homes-of-solyndra-c...
 federalcrimesblog.com

 "Newsalert: Jon Stewart Rips Obama Solyndra Scandal, Media For ..."

 "Obama-Chicago Democratic Machine. Gun Control Monopolists. The Ron Paul Revolution. Organized Crime...Other Politically Incorrect matters of interest. Friday, September 16, 2011. Jon Stewart Rips Obama Solyndra Scandal, Media For Loving It (VIDEO) The Huffington Post. Posted by Steve ..."
 nalert.blogspot.com/2011/09/jon-stewart-rips-obama-solyndra-s...
 nalert.blogspot.com

 Is the Obama administration an organized criminal organization?

 "News: UFO dives for cover in clouds over France Mars 'had life at one time? may have life now,' says NASA

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a...

chief The Biggest Methane Leak in America Is in New Mexico"
 lunaticoutpost.com/showthread.php?tid=97541
 lunaticoutpost.com


 Rahm Emanuel | SILICON VALLEY 1%


 Rahm Emanuel | SILICON VALLEY 1%
 siliconvalley1percent.wordpress.com/investigations/topic-11-kickback-process/...
 siliconvalley1percent.wordpress.com


 Obama's tech backers woo with potential access - Tony Romm ...


 "CHARLOTTE, N.C. ? Some of President Barack Obama's biggest Silicon Valley backers already have touched
down in the convention center ? joined by dozens of others expected to tune in virtually at hotspots in San
Francisco. More than 90 company execs, venture capitalists, and entrepreneurs ..."
 politico.com/news/stories/0912/80640.html
 politico.com


 13 Myths about Barack Obama from Planck's Constant


 "True. The Feds say that $10,000 from the alleged kickback scheme was donated to Obama's run for the U.S.
Senate. ... Silicon Valley Redneck Simply Jews Smooth Stone So Far, So Good ...So What! SPLINA
ULTRAGIAT? A ZIONULUI Squid Thoughts"
 plancksconstant.org/blog1/2008/09/13_myths_about_barack_obama...
 plancksconstant.org


 Barack Obama's Silicon Valley Dinner Digital Data Transmitter


 "Barack Obama's Silicon Valley Dinner. 20 Feb. ... U.S. President Barack Obama has just had a special dinner
with the top leaders in the United States tech companies, and the White House released this snapshot on its Flickr
stream. ... Mac App Store Cracked Using New Software Called Kickback ..."
 doubledt.com/news/barack-obama?s-silicon-valley-dinner...
 doubledt.com


 "New regs for Friday: Toys, swap dealers, kick-backs | TheHil"


 "Silicon Valley fights to lift 'gag orders' 08:27pm. Energy & Environment Obama vows he's 'not finished' after...
04:44pm. Ballot Box ... Obama vows he's 'not finished'... Obama designated nearly 347,000 acres of the San
Gabriel Mountains a..."
 thehill.com/regulation/219558-new-regs-for-friday-toy...
 thehill.com


 Barack Obama -- Scandals - The Obama File


 "Opinion about Barack Obama, his politics and his administration. Scandals . ... and Obama once visited the
company's Silicon Valley factory to congratulate its workers on their bright future. However ... Half a billion is
political kickbacks from Obama, and now they tell us they can't compete!"
 theobamafile.com/_politics/Scandals.htm
 theobamafile.com


 barack obama Archives - FEDERAL CONTRACT LAW MAGAZINE


 "barack obama 0 Another Rich Douchebag Car Company charged with bribing government officials re: crony

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

kickbacks. Global investigation. Jail time expected. Posted on October 2, 2014 by EDITING TEAM."
federalcontractlaw.net/tag/barack-obama/
federalcontractlaw.net

SiliconANGLE | Extracting the signal from the noise. | Page 2010

Shareholders Sue HP Directors for Kickbacks and Bribery Kristina Farrah | October 22nd. ... President Obama
Silicon Valley Visit - Obama Friends Marissa Mayer For Fundraiser - No Evil Please John Furrier | October 21st.

siliconangle.com/page/2010/
siliconangle.com


# 3 Tesla top engineers die when plane hits N. Calif. Home: Boston Brakes?


BROOKE DONALD and SUDHIN THANAWALA Tesla Palo Alto Plane Crash EAST PALO ALTO, Calif. ? A
twin-engine plane carrying three employees of electric car maker Tesla Motors struck a set of power lines after
takeoff Wednesday and crashed into a fog-shrouded residential neighborhood, raining fiery debris over homes,
sending residents running for safety and killing everyone aboard. But the crash somehow caused no injuries or
deaths on the ground despite a wing slamming into a home where a day care center operated. The seven people
inside the house, including an infant, all escaped moments before the home went up in flames. Menlo Park Fire
Chief Harold Schapelhouman said the Cessna 310 either struck a 100-foot electrical tower or clipped its power
transmission lines and broke apart, dropping debris throughout the working-class Silicon Valley neighborhood.
Federal aviation investigators said they were looking whether foggy weather played a role in the crash. National
Transportation Safety Board investigators will be at the crash site for several days and a preliminary report will be
available by next week, said Josh Kawthra, an NTSB investigator. The city of Palo Alto said most of the city and
surrounding area ? about 28,000 customers ? had no electricity for most of the day because of the crash. Pacific
Gas and Electric Co. officials said most homes and businesses would have their electricity restored by Wednesday
evening. A spokeswoman for Palo Alto-based Facebook Inc. said its offices were without power but the outage
was not affecting the Web site. Hewlett-Packard Co.'s corporate headquarters also were dark, and employees were
asked to find other places to work Wednesday, a spokeswoman said. The crash rattled Tesla Motors, one of only a
few companies producing and selling purely electric cars. The identities of the employees were not released. The
plane was owned by Doug Bourn of Santa Clara, identified by a Tesla spokesman as a senior electrical engineer at
the company. ""Tesla is a small, tightly knit company, and this is a tragic day for us,"" Tesla CEO Elon Musk said
in a statement. The Cessna crashed around 7:55 a.m. shortly after takeoff from the Palo Alto Airport and was
bound for Hawthorne Municipal Airport in Southern California, according to the Federal Aviation Administration.
The crash site is a mile northwest of the airport, near Tesla's headquarters in San Carlos. A wing fell onto the
house where a children's day care operated, and the rest of the plane struck the front retaining wall of another
house down the street before landing on two vehicles on the street, Schapelhouman said. Debris also struck two
neighboring houses, he said. Pamela Houston, an employee of the day care, said she was feeding an infant when
she heard a loud boom that she initially thought was an earthquake until she ""saw a big ball of fire hit the side of
the house."" Houston said she screamed to the others in the house ? the owner, the owner's husband and their
three children ? and the group safely escaped before the home went up in flames. ""There are not even words to
describe what it felt like,"" she said. ""I am very thankful to God that he allowed us to get out."" The occupants of
the homes have been accounted for, although authorities can't be completely sure of the fatality count until crews
begin clearing the wreckage, Schapelhouman said. ""Either by luck or the skill of the pilot, the plane hit the street
and not the homes on either side,"" he added. ""That saved people in this community."" Kate McClellan, 57, said
she was walking her dog when she saw a plane descend from the foggy sky and strike the tower, causing power
lines to swing wildly in the air. ""It burst into flames, and then it kept flying for bit before it hit some houses and
exploded,"" McClellan said. The crash comes at a difficult time for Tesla, which employs 515 people worldwide
and just three weeks ago disclosed plans to hold an initial public offering of stock. In its filing with the Securities

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

and Exchange Commission, the company said its future business is dependent on the successful rollout of new vehicles. The two-door Roadster sports car is the only product that the money-losing company currently sells, retailing for $109,000. It has sold about 1,000 since its inception, and its next vehicle ? the Model S sedan ? is due in showrooms in 2012. It has a base price of $57,400, although a federal tax credit could reduce the cost to less than $50,000. Tesla has not said when specifically it plans to go public, nor has it said how much it intends to raise

## Multiple European Bankers who greased the skids for Tesla's NO REVIEW,NO ACTUAL SAFETY INVESTIGATION FAKE CERTIFICATION and STOCK PUMPING, NOW DEAD"

Submitted by Tyler Durden

CDO
Deutsche Bank
Germany
LIBOR
None
Precious Metals
Renaissance
RenTec
Robert Khuzami

"Back on January 26, a  58-year-old former senior executive at German investment bank behemoth Deutsche Bank, William Broeksmit, was found dead after hanging himself at his London home, and with that, set off an unprecedented series of banker suicides throughout the year which included former Fed officials and numerous JPMorgan traders. Following a brief late summer spell in which there was little if any news of bankers taking their lives, as reported previously, the banker suicides returned with a bang when none other than the hedge fund partner of infamous former IMF head Dominique Strauss-Khan,  Thierry Leyne, a French-Israeli entrepreneur, was found dead after jumping off the 23rd floor of one of the Yoo towers, a prestigious residential complex in Tel Aviv. Just a few brief hours later the WSJ reported that yet another Deutsche Bank veteran has committed suicide, and not just anyone but the bank's associate general counsel, 41 year old Calogero ""Charlie"" Gambino, who was found on the morning of Oct. 20, having also hung himself by the neck from a stairway banister, which according to the New York Police Department was the cause of death. We assume that any relationship to the famous Italian family carrying that last name is purely accidental. Here is his bio from a recent conference which he attended:"

"Charlie J. Gambino is a Managing Director and Associate General Counsel in the Regulatory, Litigation and Internal Investigation group for Deutsche Bank in the Americas. Mr. Gambino served as a staff attorney in the United Securities and Exchange Commission?s Division of Enforcement from 1997 to 1999. He also was associated with the law firm of Skadden, Arps, Slate Meagher & Flom from 1999 to 2003. He is a frequent

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

speaker at securities law conferences. Mr. Gambino is a member of the American Bar Association and the Association of the Bar of the City of New York."

 "As a reminder, the other Deutsche Bank-er who was found dead earlier in the year, William Broeksmit, was involved in the bank's risk function and advised the firm's senior leadership; he was ""anxious about various authorities investigating areas of the bank where he worked,"" according to written evidence from his psychologist, given Tuesday at an inquest at London's Royal Courts of Justice. And now that an almost identical suicide by hanging has taken place at Europe's most systemically important bank, and by a person who worked in a nearly identical function - to shield the bank from regulators and prosecutors and cover up its allegedly illegal activities with settlements and fines - is surely bound to raise many questions. The WSJ reports that  Mr. Gambino had been ""closely involved in negotiating legal issues for Deutsche Bank, including the prolonged probe into manipulation of the London interbank offered rate, or Libor, and ongoing investigations into manipulation of currencies markets, according to people familiar with his role at the bank."" "


 "He previously was an associate at a private law firm and a regulatory enforcement lawyer from 1997 to 1999, according to his online LinkedIn profile and biographies for conferences where he spoke. But most notably, as his LinkedIn profile below shows, like many other Wall Street revolving door regulators, he started his career at the SEC itself where he worked from 1997 to 1999. "

 """Charlie was a beloved and respected colleague who we will miss. Our thoughts and sympathy are with his friends and family,? Deutsche Bank said in a statement. Going back to the previous suicide by a DB executive, the bank said at the time of the inquest that Mr. Broeksmit ?was not under suspicion of wrongdoing in any matter.? At the time of Mr. Broeksmit?s death, Deutsche Bank executives sent a memo to bank staff saying Mr. Broeksmit ?was considered by many of his peers to be among the finest minds in the fields of risk and capital management.?  Mr. Broeksmit had left a senior role at Deutsche Bank?s investment bank in February 2013, but he remained an adviser until the end of 2013. His most recent title was the investment bank?s head of capital and risk-optimization, which included evaluating risks related to complicated transactions. A thread connecting Broeksmit to wrongdoing, however, was uncovered earlier this summer when Wall Street on Parade referenced his name in relation to the notorious at the time strategy provided by Deutsche Bank and others to allow hedge funds to avoid paying short-term capital gains taxes known as MAPS (see  How RenTec Made More Than $34 Billion In Profits Since 1998: ""Fictional Derivatives"") From Wall Street on Parade:"

 "Broeksmit?s name first emerged in yesterday?s Senate hearing as Senator Carl Levin, Chair of the Subcommittee, was questioning Satish Ramakrishna, the Global Head of Risk and Pricing for Global Prime Finance at Deutsche Bank Securities in New York. Ramakrishna was downplaying his knowledge of conversations about how the scheme was about changing short term gains into long term gains, denying that he had been privy to any conversations on the matter.   Levin than asked: ?Did you ever have conversations with a man named Broeksmit?? Ramakrishna conceded that he had and that the fact that the scheme had a tax benefit had emerged in that conversation. Ramakrishna could hardly deny this as Levin had just released a November 7, 2008 transcript of a conversation between Ramakrishna and Broeksmit where the tax benefit had been acknowledged.   Another exhibit released by Levin was an August 25, 2009 email from William Broeksmit to Anshu Jain, with a cc to Ramakrishna, where Broeksmit went into copious detail on exactly what the scheme, internally called MAPS, made possible for the bank and for its client, the Renaissance Technologies hedge fund. (See  Email from William Broeksmit to Anshu Jain, Released by the U.S. Senate Permanent Subcommittee on Investigations.)   At one point in the two-page email, Broeksmit reveals the massive risk the bank is taking on, writing: ?Size of portfolio tends to be between $8 and $12 billion long and same amount of short. Maximum allowed usage is $16 billion x $16 billion, though this has never been approached.?   Broeksmit goes on to say that most of Deutsche?s money from the scheme ?is actually made by lending them specials that we have on inventory and they pay far above the regular rates for that."

 "It would appear that with just months until the regulatory crackdown and Congressional kangaroo circus, Broeksmit knew what was about to pass and being deeply implicated in such a scheme, preferred to take the painless way out. The question then is just what major regulatory revelation is just over the horizon for Deutsche

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Bank if yet another banker had to take his life to avoid being cross-examined by Congress under oath? For a hint we go back to another report, this time by the FT, which yesterday noted that  Deutsche Bank will set aside just under ?1bn towards the numerous legal and regulatory issues it faces in its third quarter results next week, the bank confirmed on Friday."

  "In a statement made after the close of markets, the Frankfurt-based lender said it expected to publish litigation costs of ?894m when it announces its results for the July-September period on October 29.    The extra cash will add to Deutsche's already sizeable litigation pot, where the bank has yet to be fined in connection with the London interbank rate-rigging scandal.    It is also facing fines from US authorities over alleged mortgage-backed securities misselling and sanctions violations, which have already seen rivals hit with heavy fines.    Deutsche has also warned that damage from global investigations into whether traders attempted to manipulate the foreign-exchange market could have a material impact on the bank.    The extra charge announced on Friday will bring Deutsche's total litigation reserves to ?3.1bn. The bank also has an extra ?3.2bn in so-called contingent liabilities for fines that are harder to estimate."

  "Clearly Deutsche Bank is slowly becoming Europe's own JPMorgan - a criminal bank whose past is finally catching up to it, and where legal fine after legal fine are only now starting to slam the banking behemoth. We will find out just what the nature of the latest litigation charge is next week when Deutsche Bank reports, but one thing is clear: in addition to mortgage, Libor and FX settlements, one should also add gold. Recall from around the time when the first DB banker hung himself: it was then that Elke Koenig, the president of Germany's top financial regulator, Bafin, said that in addition to currency rates, manipulation of precious metals ""is worse than the Libor-rigging scandal."" "
  "It remains to be seen if Calogero's death was also related to precious metals rigging although it certainly would not be surprising. What is surprising, is that slowly things are starting to fall apart at the one bank which as we won't tire of highlighting, has a bigger pyramid of notional derivatives on its balance sheet than even JPMorgan, amounting to 20 times more than the GDP of Germany itself, and where if any internal investigation ever goes to the very top, then Europe itself, and thus the world, would be in jeopardy."
  "At this point it is probably worth reminding to what great lengths regulators would go just to make sure that Deutsche Bank would never be dragged into a major litigation scandal: recall that the chief enforcer of the SEC during the most critical period following the great crash of 2008, Robert Khuzami, worked previously from 2002 to 2009 at, drumroll, Deutsche Bank most recently as its General Counsel (see ""Robert Khuzami Stands To Lose Up To $250,000 If He Pursues Action Against Deutsche Bank"" and ""Circle Jerk 101: The SEC's Robert Khuzami Oversaw Deutsche Bank's CDO, Has Recused Himself Of DB-Related Matters""). The same Khuzami who just landed a $5 million per year contract (with a 2 year guarantee) with yet another ""law firm"", Kirkland and Ellis. One wonders: if and when the hammer falls on Deutsche Bank, will it perchance be defended by the same K&E and its latest prominent hire, Robert Khuzami himself? "
  "  But usually it is best to just avoid litigation altogether. Which is why perhaps sometimes it is easiest if the weakest links, those whose knowledge can implicate the people all the way at the top, quietly commit suicide in the middle of the night..."

  "Adobe Pulls Out, Dissociates with Gawker"

  "Image October 21, 2014 TheRalph"
  "A new flash has just come across Twitter. Adobe has now announced that they no longer wish to associate with Gawker Media. They have told them to remove their logo, and they will no longer associate with their brand. According to Gawker Media, they used to sponsor them. So this is yet another blow. Mercedes pulled out (although may be back in), BMW pulled out, and we can now ad Adobe to the list. They even put out a cool ass collage to stick it to Gawker even more. Fuck, I love Adobe. The media keeps talking shit, but we keep racking up the victories. Like Milo said in his article this morning, what we?re doing now is virtually unprecedented. We?re up against almost 100% negative press, people are calling us the KKK, and still, we win. Our adversaries are

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

baffled. They can?t see how we do. The reason is simple. We believe in what we?re doing. This isn?t a game for us. All of GamerGate is deeply committed to the cause, sacrificing quality of life in order to fight this morality police menace. We certainly will not slow down now. It?s warm by the fire."

 Why TLSA is one of the worst investments in the tech market    "Besides the corruption charges noted above, here are some more reasons Tesla is a bad investment for the government, for the public and for the investor in general: * The spread between assets and liabilities is, nearly insane. The company is so leveraged that any problem will put it out of business. The company has increasing problems with battery packs, cooling systems, center consoles, panel fitting, brakes and other manufacturing issues and those issues keep increasing while competing cars are already past those points. The company has more liabilities than assets. The only way an investor might make money is if everything goes perfect and they have already had recalls. Their market capitalization could vaporize in an instant with the next big screw-up. Investors must pay a premium in order to bet that the screw-ups that keep occurring, like being $100,000.00 off on the BOM PER CAR, will magically just stop. * The CEO is distracted by rocket ships, making sure his private PR group promotes his self-glory, escorts and other non-critical items at a point when he should be 100% at Tesla and not playing around. * Working capital and equity are on a trajectory to hit zero. * Product launches never go well and Tesla has already had many engineering department failures. * Liability lawsuits for giving the rich CEO buyers testicular cancer from the large EMF output of the car have not been figured into the cash flow charts. They still have not shielded the car. * A large number of the ""long line of orders"" are fake orders from Tesla investors and good-old-boy friends of the Tesla investors to pad the books and make it look like demand is bigger than it is. This is proven by the fact that they cut the production run in half. * Making 5000 cars is a ""toy"" car company in the real car world. Tesla told the DOE they were going to make and sell a massive number of cars this year. They lied. The other electric car companies are selling huge numbers. Why not Tesla? Because it is a scam company!

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Steven Chu lives in Fantasy World.

Publicly states the kickback scheme that got him his Stanford job as part of his payoff was not failed        "Ex-Energy Secretary Chu: Our green-energy loans were ?more successful than Wall Street? posted on June 10, 2013 by Erika Johnsen The Department of Energy is currently hanging back somewhat with issuing new government (i.e., taxpayer)-backed loans to what federal bureaucrats so augustly deem to be promising green-energy companies through its several loan programs ? you?ll remember the highly public Solyndra, Abound Solar, and Fisker Automotive debacles ? but over the weekend, former Secretary of Energy Steven Chu sprang to the defense of some of the programs he once oversaw in an interview with the San Francisco Chronicle, and no, he neither regrets nor apologizes for the socialized losses of the Obama administration?s failed ventures. Q: How well would you say we?ve done in terms of making that transition in our energy system? A: ""Well, certainly the Recovery Act helped a lot, because there were things in it to help deployment. Renewables doubled during the first four years. Most of it?s wind. Solar increased about tenfold, in part because the prices came down. Deployment?s increasing. Also, the White House is thinking we?ve got to start to plan the (electric) grid. The grid?s going to take decades. I believe we need a new business model.   " Q:And it wasn?t just because Solyndra blew up? A: ""No. This is not widely appreciated, but Congress, with the renewable energy loan program, and the advanced (vehicle) manufacturing (program), they appropriated enough for $10 billion in losses ? $10 billion. We?re not going to get to $10 billion. We might get to $2 billion. When Solyndra blew up, that was (a half billion). You appropriate $10 billion, and you won?t even tolerate a half a billion? We?re going to have a few more bankruptcies. Sometimes it?ll be like Solyndra where you get 3 cents on the dollar. Others, it?ll be 80 cents, or something like that. If you look at what got started and what became bankable, was it successful? Yes. We were more successful than Wall Street. So come on, guys."" Well. That?s one way of looking at it, I suppose. The Department of Energy is quick to tout that its green-energy loan guarantee program has a success rate in the ninetieth percentile, whatever that means ? I suppose we?re meant to overlook the fact that losses could (and likely will) emerge over several more years, but let?s get real here. It would not matter either way if the Department of Energy had had a one hundred percent success rate or a zero percent success rate, and that Congress has already ?budgeted? for the inevitable failures is a travesty in and of itself. It is not the business of the U.S. government to ?invest? taxpayers? dollars in start-up ventures of any kind. Bureaucrats taking risks with money that is not theirs based on political motivations rather than personal and hence careful investment decisions? We already have a private sector that does that job extremely well, because the main interest of the private sector is not political pipe-dreaming but rather turning a profit ? and that is a good thing. The only way to succeed is to produce a product that can withstand the competition of the free-market economy based on its on merits. As I?ve written about China, Germany, and Spain over the weekend, they now have too-expensive energy markets flooded with renewable projects that can?t actually compete or offer a product that consumers voluntarily want to buy because of government-commandeering of the market with subsidies and incentives, and now both their governments and the people they artificially directed to make those investments are suffering crazy losses. With these types of programs, risk is often transferred to taxpayers; the government directs money toward certain projects and in effect possibly inhibits innovation in other areas that aren?t the political darlings of the moment; and they increase the cost of borrowing across the market in general. What?s more, the opportunities for economically costly cronyism get bigger and bigger with every unwarranted involvement in free-market signals the federal government affords itself. Bad idea, all around. ---------------------------------

Students at Stanford: Walk up to Chu on his little bike at Stanford University with your I-Phone and catch him on YOUTUBE responding to questions listed on this site. Anderson Conners- Stanford Stay Tuned for the encounter between the Author of ""Throw them all out"" and Steven Chu, on Campus, at Stanford in a surprise webcast. Mr. A- A teacher at Stanford Steven Chu was either a weak simpleton that was being used as a figure-head by a brutally corrupt fa‡ade group at DOE who conduited taxpayer money to their friends so they could rake in huge ""fees"" or HE WAS the brutally corrupt fa‡ade. Which is it?

Corrupt politicians should lose their pensions

Saskatchewan should emulate an MP's proposed bill to strip federal politicians of their pensions if caught

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

committing a serious crime.
troymedia.com/2014/05/07/corrupt-politicians-should-los...
troymedia.com

Feds target corrupt politicians' pensions | New York Post

The feds are going after the pensions of four corrupt politicians who failed to forfeit ill-gotten gains after they
were convicted. US Attorney Preet Bharara announced Tuesday that his office is filing applications to forfeit the
pensions of former City Council members Larry Seabrook ...
nypost.com/2013/12/17/feds-target-corrupt-politician...
nypost.com

Obama Asserts Fast and Furious Executive Privilege Claim for Holder?s Wife


"Judicial Watch announced today that it received from the Obama Department of Justice (DOJ) a ?Vaughn
index? detailing records about the Operation Fast and Furious scandal.   The index was forced out of the Obama
administration thanks to JW?s June 2012 Freedom of Information Act (FOIA) request and subsequent September
2012 FOIA lawsuit (Judicial Watch v. Department of Justice (No. 1:12-cv-01510)).   A federal court had ordered
the production over the objections of the Obama Justice Department. The document details the Attorney General
Holder?s personal involvement in managing the Justice Department?s strategy on media and Congressional
investigations into the Fast and Furious scandal.   Notably, the document discloses that emails between  Attorney
General Holder and his wife Sharon Malone ? as well as his mother ? are being withheld under an extraordinary
claim of executive privilege as well as a dubious claim of deliberative process privilege under the Freedom of
Information Act.   The ?First Lady of the Justice Department? is a physician and not a government employee.
This is the first time that the Obama administration has provided a detailed listing of all records being withheld
from Congress and the American people about the deadly Fast and Furious gun running scandal. The 1307-page ?
draft? Vaughn index was emailed to Judicial Watch at 8:34 p.m. last night, a few hours before a federal court-
ordered deadline.   In its cover letter, the Department of Justice asserts that all of the responsive records described
in the index are ?subject to the assertion of executive privilege.? The Vaughn index explains 15,662 documents.
Typically, a Vaughn index must: (1) identify each record withheld; (2) state the statutory exemption claimed; and
(3) explain how disclosure would damage the interests protected by the claimed exemption.   The Vaughn index
arguably fails to provide all of this required information but does provide plenty of interesting information for a
public kept in the dark for years about the Fast and Furious scandal. Based on a preliminary review of the massive
document, Judicial Watch can disclose that the Vaughn index reveals:"

"Numerous emails that detail Attorney General Holder?s direct involvement in crafting talking points, the timing
of public disclosures, and handling Congressional inquiries in the Fast and Furious matter."

President Obama has asserted executive privilege over nearly 20 email communications between Holder and his
spouse Sharon Malone. The administration also claims that the records are also subject to withholding under the ?
deliberative process? exemption. This exemption ordinarily exempts from public disclosure records that could
chill internal government deliberations.

Numerous entries detail DOJ?s communications (including those of Eric Holder) concerning the White House
about Fast and Furious.

"The scandal required the attention of virtually every top official of the DOJ and the Bureau of Alcohol, Tobacco
and Firearms (ATF). Communications to and from the United States Ambassador to Mexico about the Fast and
Furious matter are also described."

"Many of the records are already publicly available such as letters from Congress, press clips, and typical agency
communications. Ordinarily, these records would, in whole or part, be subject to disclosure under the Freedom of

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Information Act.   Few of the records seem to even implicate presidential decision-making and advice that might be subject to President Obama?s broad and unprecedented executive privilege claim."
: 5

# The White House, John Doerr and Elon Musk use Gawker Media to Character Assassinate U.S. citizens.

by Matt Forney
For TAKI MAG.com

"In 2002, a failed British  journalist named Nick Denton started  Gawker,  a bitchy gossip blog run out of his Manhattan apartment. Over 10 years later,  Gawker  and its sister sites have become the biggest names in clickbait ?journalism,? pulling down millions of visitors a month and making its owner a millionaire several times over. The secret to Denton?s success? He took the aggressive, lynch mob mentality of British tabloids, which specialize in ruining people?s lives, and injected it into  America?s comparatively placid, Oprahfied media market."

"In particular,  Gawker, Jezebel, Valleywag,  and their sister sites specialize in witch hunts: digital vigilantism against those who fail to keep up with leftist orthodoxy.  Geoffrey Miller, Pax Dickinson, Justine Tunney, Violentacrez: the list of people whom  Gawker  has garroted for ?racism? or ?misogyny? could fill a phone book. With an army of Twitter twits behind it, Gawker Media truly is the moral majority of the left, instigating mob action against those who sin against the religion of  tolerance.  Gawker?s  provocations are even  encouraging real-world violence now, as  Valleywag?s  overfed man-baby  of an editor  Sam Biddle  eggs on attacks against San Francisco tech workers  from the safety of the East Coast."

?Which makes the revelation that Denton has been allowing trolls to terrorize his female employees  all the more delicious.?

"For the past few months, 4chan has been engaged in a trolling operation against  Jezebel,  posting pictures of rape and gore porn in the comments section. Despite the fact that these shocking and disgusting  images are stressing out  staffers to the point where they?re developing PTSD, Denton has steadfastly refused to do anything about the problem. Jezebel?s  staff recently  snapped and  posted an open letter on the site  demanding that Gawker Media do something, calling 4chan?s trolling ?a  very real and immediate threat to the mental health of Jezebel?s  staff and readers.? Fat chance of this happening, however.  As others have pointed out, Gawker Media?s business model depends on getting clicks; indeed, their writers are paid according to how many page views their articles get. Since comments help drive traffic to websites, fighting 4chan?s rape porn trolling will reduce Gawker?s  profitability. Not only that,  Google itself ranks web pages according to how many comments they have, as comments are extremely difficult to fake. Fewer comments means a lower page rank, which translates into less search traffic and less money for Denton to blow on cervical vacations with his boy-toy hubby. If Gawker Media was willing to testify in federal court as to why they should be allowed to rip off their interns, you can bet your bottom peso that they aren?t going to do jack about this. "

"      And there?s the punch line. Gawker Media, the company that gets people fired from their jobs for making ? sexist? jokes, has been creating a hostile work environment for its women staffers for  months.  They?re the leftist

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

equivalent of a priest who rails against homosexuality only to be caught molesting  altar boys in the confessional booths. In staying silent on this for so long, Dodai Stewart,  Lindy West,  and  Jezebel?s  other star employees have shown themselves to be frauds. They don?t care about feminism, ?fat shaming,? or whatever cause they?re screeching about today; all they care about is money and power. And now we have the proof."

  "Please share this article by using the link below. When you cut and paste an article, Taki?s Magazine misses out on traffic, and our writers don?t get paid for their work. Email editors@takimag.com to buy additional rights. http://takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/print#ixzz3CCvoAIP4"

  How to play the pedophile card - Gawker

  "Top 13 Subject Lines Of Emails Received From Nick Denton. ... Techdirt reported on Perverted-Justice's decision to name and shame Wikipedia as a ""Corporate Sex Offender"" for allowing suspected pedophiles to serve as editors of the user-created encyclopedia."
  gawker.com/291981/how-to-play-the-pedophile-card
  gawker.com

  "Gizmodo and Gawker: Guilty, Greedy, and Unethical | Ethics Alarms"

  ethicsalarms.com/2010/04/29/gizmodo-and-gawker-guilty-gree...
  ethicsalarms.com


  A VIDEO TRIBUTE TO NICK DENTON AND GAWKER MEDIA:
  http://www.corruptionnewsdc.com/wp-content/uploads/2014/09/A-TRIBUTE-TO-NICK-DENTON-AND-GAWKER-MEDIA.mp4
  0:00
  0:00
  5:26

  Advertisers Ditch Gawker Media In Droves. ?Brand Tainted? says Forbes Exec. Gawker?s Denton Sweats Over Decline in Web Ad Revenues ? CBS News

  Gawker Media?s Nick Denton has made a horrible prediction regarding internet adspend for the next year: ? Gawker?s Denton Sweats Over Decline in Web Ad Revenues. Shares Tweets Stumble ? But the web ad economy as a whole will be the beneficiary of falling budgets.
  cbsnews.com/news/gawkers-denton-sweats-over-decline-i?
  cbsnews.com


  "Nick Denton charged with ordering phone-hacking, helping Anonymous hackers, stealing Mitt Romney?s tax records, hiding money in Russia and Caymans and MORE

  "?Straight To Hell:? Reflections On Annie, Gawker

  "I feel like I?m probably going straight to hell for all of this. But, given all the other shitty ? Emily Ratajkowski entertainment expats facebook Gawker Gawker Media gender hipsters Hollywood Hugh Hefner inter-racial dating internet Jezebel Julia Allison korea liberalism
  migukin.wordpress.com/2014/08/06/straight-to-hell-reflections-o?
  migukin.wordpress.com

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Terror- John Cook of Gawker; now of Greenwald ? NOT CIA?S FRIEND!

Gawker Tries to Reveal Identity of CIA Agent Behind Bin Laden Kill

By Jana Winter
FoxNews.com

"May 1: Secretary of State Hillary Rodham Clinton, President Barack Obama and Vice President Joe Biden, along with with members of the national security team, receive an update on the mission against Usama bin Laden in the Situation Room of the White House.AP"

"The Gawker website is under fire for trying to expose the CIA agent who may have helped lead the effort to kill Usama Bin Laden ? despite efforts by the U.S. government and media to keep his identity secret for security reasons. Using red arrows pointing to a full-length picture and close-up photos of the possible agent, Gawker reporter John Cook on July 6 wrote a piece under the headline ?Is This the Guy Who Killed Bin Laden?? The story has since sparked an angry response from former intelligence agents ? as well as Gawker?s own readers ? who say Cook?s post was irresponsible and could have deadly consequences. ?This whole business of exposing people is a real serious matter. It?s not entertainment, some people may think it is, but it?s not ? There are real people out there that are going to be killed because of this,? said Charles Faddis, a former CIA operations officer who spent 20 years working international hot spots and who headed the CIA?s Terrorist Weapons of Mass Destruction Unit before retiring in 2008. ?I don?t have a lot of patience for this,? added Faddis, speaking about attempts to out the identity of a CIA operative.   ?This is serious, this is really serious. It?s completely irresponsible.? Some Gawker readers also weren?t amused. A commenter named ?Myrna Minkoff? wrote in response to Cook?s story: ?If this is the guy who tracked down Bin Laden, I can think of no better way to thank him for his outstanding civil service than by outing him on a highly trafficked web site and putting his career, his life, the lives of his loved ones in danger. Hooray!? Another commenter ?joelydanger? wrote: ?Consider that the next time you decide to write another article that tries to glorify DEVGRU, the CIA, or anyone and anything else used on the mission. You?re causing harm and danger to the very people you?re claiming to be heroes.? But Cook insisted he didn?t compromise anyone?s security by posting the photos. ?I do not believe my post put anybody in physical danger,? Cook said in an email response to several questions posed by FoxNews.com. ?I do not believe that people whose photographs are distributed by the White House as part of its public relations efforts have a reasonable claim to ask that no one speculate as to who they are.? Cook was referring to a series of official White House pictures taken from the Situation Room during the raid on Bin Laden?s compound in Pakistan. The most famous of those photos, seen on televisions, newspapers and websites around the world, showed President Obama, Vice President Biden, Secretary of State Hillary Clinton, Defense Secretary Robert Gates and other officials watching a live feed of the raid. Barely visible in that photo is the right jacket arm and the bottom of a necktie that appear to belong to a tall man standing behind Gates. Other pictures taken in the Situation Room during the raid, posted on the White House Flickr feed, show full-on shots of a tall man whose jacket and tie appear to match those of the man standing behind Gates in the earlier photo. On July 5, the Associated Press published an extensive article on a CIA agent who led the hunt and eventual takedown of Bin Laden. The article referred to the agent only as ?John,? explaining: ?The Associated Press has agreed to the CIA?s request not to publish his full name and withhold certain biographical details so that he would not become a target for retribution.? Later that same day, the website Cryptome, a Wikileaks competitor that publishes leaked, sometimes classified documents and information, used clues from the AP article to home in on photos from the White House Flickr feed and other AP photos that might show ?John.? The article noted that ?John? appeared just out of frame in the famous photo. The following day, Cook picked up the Cryptome info and published the photos from the White House Flickr feed, beneath the ?Is This the Guy Who Killed Bin Laden?? headline. Cook?s post also included an AP file photo of CIA Director Leon Panetta leaving a briefing on Capitol Hill, where the man who may be ?John? is seen in the background. ?Of course, it could be a random staffer who happened to be in both locations with John,? Cook wrote. ?Or it could be the guy who iced bin Laden.? The New York Observer posted a story late Tuesday that claimed to have confirmed the identity of the CIA agent, starting with the AP article and the Situation Room photo, and it posted photos online of the man it said was the agent. Cook said he and his

THE BOOK OF TESLA. Copyright- the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Gawker editors discussed potential safety concerns before publishing the information and photos. ?We came to the conclusion that it is highly unlikely that the White House would distribute for publication a photograph of a man whose life would be endangered if his photograph were ever published. Likewise, we decided that it is highly unlikely that such a man would publicly accompany the director of Central Intelligence, in the presence of AP photographers, to Capitol Hill to testify.? But those White House photos do not identify the man in question, only noting that the group of people are ?members of the national security team,? numerous Gawker commenters pointed out. ?You seem to have not noticed that they took great pains to make sure his face wasn?t in the shot and he was never identified by name,? Myrna Minkoff wrote, when another commenter challenged her criticism of the Gawker post. Other commenters chimed in. ?Sure it?ll put him, his friends, and his family in danger regardless of whether or not he?s actually the guy, but it?ll generate some pageviews and advertiser revenue, and that?s the IMPORTANT thing, right?? wrote someone using the name ?dgoat.? ?You should still be ashamed of yourselves.

Sortie en mer

Embarquez pour une exp‚rience interactive et immersive. ? speakers and fullscreen recommended
sortieenmer.com/?lang=en
sortieenmer.com

One Denton Bio | Gawker Media LLC and Nick Denton- The ?

"The headquarters of Gawker Media, ? (Ironically, it was one of the few things he?s ever done mainly for the hell of it.) ? Blog at WordPress.com. Follow. Follow ?Gawker Media LLC and Nick Denton- The Killing of Babies
gawkerhell.wordpress.com/2012/08/27/one-denton-bio/
gawkerhell.wordpress

"?Gawker is the most vile and evil example of the written word in history?, says employee. What Gawker Media Is Doing About Our Rape Gif Problem"

"On Monday, we posted an open letter to the management of Gawker Media, our parent company, regarding an ongoing problem that we here at Jezebel could no longer tolerate: horribly violent rape gifs that were consistently appearing in our comments. For months, we asked Gawker Media HQ for help with"
jezebel.com/what-gawker-media-is-doing-about-our-rape?
jezebel.com

Jezebel calls out Gawker Media for failing to address ?

Jezebel calls out Gawker Media for failing to address incessant misogynist comments ? we?d report the hell out of it here and cite it as another example of employers failing to take the safety of its female employees seriously.

salon.com/2014/08/11/jezebel_calls_out_gawker_media?
salon.com

Gawker and the Rage of the Creative Underclass ? New York ?

"Everybody Sucks Gawker and the rage of the creative underclass. By Vanessa Grigoriadis; Published Oct 14, 2007 ; ? Gawker made its debut under the leadership of Nick Denton, the complicated owner of the blog network Gawker Media,
nymag.com/news/features/39319/
nymag.com

THE BOOK OF TESLA - Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Gawker Sucks and Here is Why | The Writings

"Perhaps you, like everyone else who uses the web, likes to visit gossip sites like Gawker. I have had it with those sites. Their trade is in lies, deception, ? Gawker Sucks Even More | Gawker Media. Leave a Reply Cancel reply. Enter your comment here
neobiblical.wordpress.com/2011/04/07/gawker-sucks-and-here-is-why/
neobiblical.wordpress.com
"NICK DENTON?S HIT JOB HOUSEBOYS INCLUDE: JOHN HERRMANN, ADRIAN COVERT, JOHN COOK AND ONE MR. CHEN, WHO?S DOOR THE POLICE KICKED IN TRYING TO CATCH HIM STEALING TECH COMPANY PROTOTYPES FOR NICK DENTON. MOST GAWKER STAFF ARE NOW UNDER AROUND-THE-CLOCK NSA SURVEILLANCE."

"Gawker Sucks ? ?Free Beacon? ? Breaking News, Politics

"Gawker Sucks. Share. Tweet. Email. ? It is unclear to me how Gawker Media?s actions are materially different from, say, Napster circa 2000 when it was sued out of existence for facilitating the illicit downloads of copyright material. Who knows."
freebeacon.com/blog/gawker-sucks/
freebeacon.com

Recent WIKI Posts In Outside Journals:

RNC operatives mount cell phone cams focused on every door and cafe that Nick Denton uses. Captures ?juicy misdeeds?
http://boycott-gawker-and-gizmodo.weebly.com
Gawker regularly hires thieves to steal tech prototypes in order to get ?scoops?. Steve Jobs home theft appears to tie to Gawker says SM  Times.
Times staff report that Nick Denton was in charge of phone hacking and still hacks phones to this day including 9-11  families
http://gawkersucks.wordpress.com/
Will Leitch. Gawker Media sets the standard for crude irresponsibility
THE FORUM takes Gawker  Apart
NBC TV Jumps Denton of Gawker and gets him to confess with live (and hidden)  cameras
Gawker has their staff engage in terrorism and sabotage and destroy products at Consumer Electronics show in Las  Vegas
Another Denton Bio
One Denton Bio
LINKS ABOUT GAWKER  ISSUES
Major media news reports Nick Denton & Gawker try to get actual CIA officers involved in Bin Laden case killed!
Gawker Sucks Even  More
Jimmey Kimmel invesigates Gawker for criminal  stalking
Gawker gets butt handed to  them
Why Gawker Sucks
"FOX News staff say Gawker IS Lulzsec/Anonymous & they hacked Bain Servers,  Thoughts
Gawker Stalker: Nick Denton Spotted in Cayman Islands Written by John  Cassidy
Caymans
Gawker Expose on  Suckage
Wherein we will discuss the possibility that Gawker is an evil  entity

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Justine Musk AND EX WIVES/GIRLFRIENDS On DIVORCE WARS, AND OTHER BLOGS, reveal the Dirty On Elon Musk"

Elon Musk Divorce - The Huffington Post

Elon Musk remembers a Sunday morning just before Christmas 2008 when his entire world had crashed around him. The first three launches of Space Explo...
huffingtonpost.com/news/elon-musk-divorce/
huffingtonpost.com


Elon Musk lost $1.5 billion in the last two days | Death and ...

"Elon Musk lost $1.5 billion in the last two days. In News by Alex Moore. Nov 8, 2013. 0. t. 0. ... He went from living on friends' couches, barely able to pay his divorce settlement a couple years ago to going up $5 billion dollars this year alone."
deathandtaxesmag.com/209357/elon-musk-lost-1-5-billion-in-the-...
deathandtaxesmag.com

PayPal founder Elon Musk divorce: Talulah Riley gets $4.2M in ...

"Talulah Riley is getting $4.2million in her divorce from PayPal founder and Silicon Valley golden boy Elon Musk. It's not a bad sum for the 26-year-old British actress, considering the marriage lasted just two years."

dailymail.co.uk/news/article-2191824/PayPal-founder-Elon-...
dailymail.co.uk

PayPal Founder Elon Musk -- My Wife Gets JACK SQUAT in the ...

The woman who's divorcing PayPal founder Elon Musk is getting $4.2 million in their divorce ... which is great ... until you remember he's reportedly worth $680 MILLION.
tmz.com/2012/08/21/elon-musk-divorce-paypal-talul...
tmz.com

At Home With Elon Musk: The (Soon-to-Be) Bachelor Billionaire ...

"It's Thursday morning in Bel Air, California, and Elon Musk, his cheeks still wet with aftershave, ... The boys are at school?Musk, having been through a much-publicized divorce, shares custody of his sons with his college sweetheart, Justine."
forbes.com/sites/hannahelliott/2012/03/26/at-home-wi...
forbes.com

Elon Musk Paying Almost Nothing In Divorce Settlement

"SpaceX and Tesla founder Elon Musk will pay his ex-wife just $4.2 million to finalize their divorce. Talulah Riley wed Musk in September 2010, and the couple"
inquisitr.com/308340/elon-musk-paying-almost-nothing-in...
inquisitr.com

CALIFORNIA: Elon and Justine Musk Divorce at a glance ...

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Divorce of Elon and Justine Musk heats up! Who they are: Elon and Justine Musk are a married couple who are in the midst of a contentious divorce.
divorcesaloon.com/2010/05/07/california-elon-and-justine-mu...
divorcesaloon.com

Elon Musk Divorce: Announces Split From Talulah Riley On Twitter

"Elon Musk announced via Twitter Wednesday that he and his wife, British actress Talulah Riley, are splitting after just over one year of marriage."
huffingtonpost.com/2012/01/19/elon-musk-divorce_n_1216394.html
huffingtonpost.com

Tesla and SpaceX: Elon Musk's industrial empire - CBS NewsY

"Tesla and SpaceX: Elon Musk's industrial empire. So many children dream of fast cars and rocket ships, but few actually grow up to build them -- and change the world in the process"
cbsnews.com/news/tesla-and-spacex-elon-musks-industri...
cbsnews.com

Elon Musk's approach to work-life balance really is from Mars ...

"AUSTIN, Texas ? Finally! A man with a fresh new approach to balancing childcare and hard work! Spoiler: it involves PILES OF MONEY. Family life was the unexpected subject of the sold-out discussion between Elon Musk, founder of PayPal, Tesla Motors and SpaceX, and Chris Anderson ..."
news.yahoo.com/elon-musk-s-approach-to-work-life-balance...
news.yahoo.com

Justine Musk Interview on Divorce from PayPal Cofounder ...

"In the middle of her headline-grabbing divorce settlement, Justine Musk reveals the truth about her marriage to the multimillionaire cofounder of PayPal."
marieclaire.com/sex-love/relationship-issues/millionaire-...
marieclaire.com

Elon Musk Unplugs Second Marriage To Talulah Riley

Anyone who saw Revenge of the Electric Car knows the only aspect stranger than Ray Wert's man-crush on Bob Lutz was Tesla-founder Elon Musk's marriage to actress Talulah Riley. And now it's as dead as the Tesla Roadster.

jalopnik.com/5877243/elon-musk-unplugs-second-marriage...
jalopnik.com

TV: Elon Musk recalls dark days on '60 Minutes ...

"Elon Musk, shown at a California Public Utilities Commission meeting in February, is profiled Sunday on ""60 Minutes."" (Lea Suzuki/SF Chronicle)"
blog.sfgate.com/dwiegand/2014/03/28/tv-elon-musk-recalls-...
blog.sfgate.com

"Elon Musk, of PayPal and Tesla Fame, Is Broke - NYTimes.com"

"Elon Musk, a serial entrepreneur who has made several fortunes, co-founded PayPal and is chairman of Tesla

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Motors, says he has no cash."
  dealbook.nytimes.com/2010/06/22/sorkin-elon-musk-of-paypal-and...
  dealbook.nytimes.com

  Elon Musk's ex-wife dishes on divorce - San Francisco ...

  "Elon Musk's ex-wife Justine ? who's also the mother of his five children ? is going public with details of the
  couple's 2008 divorce on a new show titled ""Divorce Wars"" on CNBC."
  bizjournals.com/sanfrancisco/blog/2011/03/elon-musks-ex-w...
  bizjournals.com

  Elon Musk: Correcting The Record About My Divorce - Business ...

  "Elon Musk: Correcting The Record About My Divorce. Elon Musk, CEO Space X; Jul. 8, 2010, 4:34 PM;
  26,950; 14; facebook; linkedin; twitter; google+; print; email ... but the legal filings in a California divorce are
  public information, my ex-wife (Justine) ..."
  businessinsider.com/correcting-the-record-about-my-divorce-20...
  businessinsider.com

  "Elon Musk on 60 Minutes: ""I didn't really think Tesla would ...""

  "The CBS news program ""60 Minutes"" came under a lot of fire for its piece on the ""Cleantech Crash."" So
  perhaps to make amends, the program was back Sunday with a glowing profile of Elon Musk, the CEO of both
  Tesla Motors and SpaceX."
  siliconbeat.com/2014/03/30/elon-musk-on-60-minutes-i-didn...
  siliconbeat.com

  PayPal Co-Founder Elon Musk's Divorce Settlement Revealed ...

  "In typical tech fashion, Elon Musk announced his divorce from actress Talulah Riley earlier this year via
  Twitter. Musk, the co-founder of PayPal and Tesla, met Riley at a British nightclub in 2008."
  blogs.findlaw.com/celebrity_justice/2012/08/paypal-co-found...
  blogs.findlaw.com

  Elon Musk Divorce Settlement Results Images | TheCelebrityPix

  "Pictures, photos and wallpaper of elon musk divorce settlement results. Show search results of elon musk
  divorce settlement results"
  thecelebritypix.com/Elon-Musk-Divorce-Settlement-Results.html
  thecelebritypix.com

  "Hoosier Biz Kid: Elon Musk, Justine Musk, and Talulah Riley ..."

  "Justine Musk is a published author and she wrote a piece in Marie Claire about their divorce. He responded in a
  point-by-point blog on the Huffington Post about it, which was later deleted."
  collegebizkid.blogspot.com/2013/02/marriages-and-divorces-elon-musk....
  collegebizkid.blogspot.com

  "Elon Musk Biography - life, parents, name, story, history ..."

  "Elon Musk was a multi-millionaire by the time he reached the age of thirty-one thanks to his creation of the
  company that became PayPal, the popular money-transfer service for Web consumers."
  notablebiographies.com/news/Li-Ou/Musk-Elon.html

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

notablebiographies.com

"Elon Musk divorce, wiki, jewish, wife, net worth, wife | Elon ..."

"View Elon Musk (divorce, wiki, jewish, wife, net worth, wife, girlfriend, salary, married, tesla, height, twitter). Elon Musk is a very talented and interesting entrepreneur and web developer entrepreneur, investor, engineer and inventor of America."
mixedarticle.com/article/entrepreneur/elon-musk-biography....
mixedarticle.com

Elon Musk - The world's most toxic divorces - MSN Him UK

"When Elon Musk filed for divorce against wife of ten years Justine, he probably had no idea of the storm he was about to unleash. Labelled ""America's messiest divorce"", the fabulously wealthy co-founder of Paypal and his ex wife have traded potshots in the media, with Justine famously writing an ..."
him.uk.msn.com/in-the-know/the-world?s-most-toxic-divorc...
him.uk.msn.com

Justine Musk & Elon Musk Divorce Settlement?

Elon Musk is in the news today because his divorce proceedings with soon to be ex-wife Justine Musk have revealed that he is technically broke.
uaddit.com/discussions/showthread.php?t=14668
uaddit.com
More Links ...

"Elon Musk: ""About My Divorce..."

"In a California divorce, the wealthier spouse must pay both sides of the battle even if they are not the aggressor. Elon Musk is the CEO of SpaceX and Tesla Motors."
jalopnik.com/5582714/elon-musk-about-my-divorce
jalopnik.com

Elon Musk To Divorce From Wife Talulah Riley - Forbes

"The South African native called Riley the ""polar opposite"" of his first wife, Justine Musk, who had blogged extensively about the acrimonious terms of their divorce. Elon and Justine have five young..."
forbes.com/sites/hannahelliott/2012/01/18/elon-musk-...
forbes.com

Tesla Motors: Elon Musk's divorce won't sink us ? The Register

"Fresh troubles have beset famous battery-car maker Tesla Motors, as the acrimonious divorce of its CEO and principal backer Elon Musk may imperil its finances and imminent IPO."
theregister.co.uk/2010/06/04/tesla_sec_filing_n_divorce/
theregister.co.uk

Tesla Motors IPO faces new risk: CEO's divorce trial | VentureBeat | News...

"Documents filed with the Superior Court of Los Angeles show that the divorce case is now scheduled for a five-day trial starting Monday, May 3. Elon Musk..."
venturebeat.com/2010/04/30/tesla-motors-elon-musk-justine...
venturebeat.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Money Can't Buy Elon Musk Love

"Why has Justine Musk, the estranged wife of the CEO of Tesla Motors, spoken out about their divorce and his new fianc‚e? It might have something to do with money, and Elon Musk's lack thereof."
gawker.com/5196054/money-cant-buy-elon-musk-love
gawker.com

"Tesla, Toyota, Daimler, Elon Musk, and a messy divorce - National Green..."

"In the case of the divorce between Elon Musk and his soon-to-be-ex-wife Justine, the details impinge on the health of the companies currently led by Elon Musk one of whom is Tesla Motors."
examiner.com/article/tesla-toyota-daimler-elon-musk-an...
examiner.com

Elon Musk to Lose 10% of Tesla in Divorce

"The divorce between Elon Musk and his wife, Justine Musk, has been announced by the Tesla CEO ever since 2008. At the time, he said they ""had a good run..."
autoevolution.com/news/elon-musk-to-lose-10-of-tesla-in-div...
autoevolution.com

NY POST PROPOSES STOCK MARKET RIGGED BY WHITE HOUSE TO PROTECT CAMPAIGN BACKERS

John Crudele

Business

?Plunge protection? behind market?s sudden  recovery

By John Crudele

Modal Trigger

A screen displays news on the Dow Jones industrial average just after the opening bell on the floor of the New York Stock Exchange on Oct. 15. Photo: Reuters

John Crudele

Dear John: Insurer should not lump it

Stock market needs a healthy dose of fear

Fed's ?Doomsday Book? written to save the market

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Obama's $4 trillion gift to the rich

Dear John: Just no freedom from taxes

 "                              Mysterious forces were trying their best, but they couldn?t keep the stock market from
swooning Wednesday. They failed in the morning, despite massive purchases of stock index futures contracts.
Within minutes of the market?s opening, the Dow Jones industrial average was down 350 points. Later in the
day ? after a lot of shocking ebb and flow ? the Dow bottomed out with a decline of 460 points. It was only in the
last hour of trading that the market saviors managed to trim the Dow loss to just 173 points. And they succeeded
only after Janet Yellen?s private, upbeat remarks about the economy were leaked. Welcome to a new kind of stock
market ? one that the average investor should refuse to be invested in. Anyone whose investments tightly track the
major indices is now losing money since the beginning of 2014. The Dow is down 1.1 percent on the year, with
the S&P and Nasdaq up 3 percent for 2014. Just for the record, I?ve been telling you for years that the stock
market was in a bubble and that you should enjoy it while it lasts because bubbles always pop. Of course, if you
could time the end of the bubble, you?d be doing quite well. Miss the end and you are back to where you started.
Or worse off in terms of confidence and finances."
 Welcome to a new kind of stock market ? one that the average investor should refuse to be invested in.
 "I obviously don?t know whether we are now seeing the end of the current stock market bubble, during which
the S&P index has risen 102 percent since October 2008. But there are people like my friend Peter Grandich of
Trinity Financial, who has been excellent at predicting market corrections in the past and who thinks this is the
end. I already brought up the sensitive issue of a market crash in a column on Oct. 9 that began: ?Is this the month
the stock market will crash?? October is historically a spooky month for stocks, and in that column I rattled off
the crashes and major price corrections of 1929, ?78, ?79, ?87, ?89 and 2008 to prove it. Will 2014 soon be added
to that list? That?ll be the cliffhanger in today?s column. But let me explain about the unknown forces in the
market these days. Call it by a nickname ? the Plunge Protection Team. Or call it the President?s Working Group
on Financial Markets, the official name given to the group when it was formed by President Ronald Reagan after
the market turbulence of 1989. These forces may be working from a script in the ?Doomsday Book,? which the
US government recently fought to keep secret when it was brought up last week during the AIG trial in
Washington. Here?s the bottom line: Someone tried to rescue the market last Wednesday. And it?s becoming a
regular occurrence. The details of last Wednesday morning are these: At the same time the Dow was off 350
points, the S&P index was down 43.80 points, That was an enormous decline in just 11 minutes of trading and it
was an indication that Wall Street was not having a good day. Then, someone (or something) started buying S&P
futures contracts en masse. Twenty-one minutes later, the S&P index had regained 30 of those lost points and was
back at 1,861. Maybe you?ll believe that there was some manipulation going on if you knew that a guy named
Robert Heller, who was a member of the Federal Reserve?s Board of  Governors until 1989, proposed just such a
rigging as soon as he left the Fed. Look it up. Oct. 27, 1989, Wall Street Journal. Headline: ?Have Fed Support
Stock Market, Too.? By Robert Heller, who had just left the Fed to head up the credit card company Visa. ?It
would be inappropriate for the government or the central bank to buy or sell IBM or General Motors shares,?
Heller wrote. ?Instead, the Fed could buy the broad market composites in the futures market.? In case you don?t
know the lingo, Heller is proposing that the Fed or government purchase stock futures contracts that track ? and
can influence ? the major indices. These contracts are cheap and a government could turn the whole stock market
around quickly ? but probably not permanently. Wow! Doesn?t that seem a lot like what happened Wednesday at
9:41 a.m., when S&P futures contracts were suddenly and mysteriously scooped up? Let me allow Heller to finish
his thought because it?s important to anyone who believes in free and fair markets. ?The Fed?s stock-market role
ought not to be very ambitious. It should seek only to maintain the functioning of the markets ? not to prop the
Dow Jones or the New  York Stock Exchange averages at a particular level,? he continued. But times change and
so does thinking. In recent weeks, we?ve discovered that the CME Group, the exchange in Chicago, has an
incentive program under which foreign central banks could buy stock market derivatives like the S&P contracts at
a discount. It?s not that these foreign banks need a break on the price of their trading. But it does show that there
is a back-door way ? through foreign emissaries ? for the Fed and the US government to prop up stocks like
Heller suggested, and ? maybe ? not get caught."

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

BLOOMBERG

How Markets Need $200 Billion Each Quarter From Central Bankers

By Simon Kennedy
Photographer: Scott Eells/Bloomberg
St. Louis Fed President James Bullard. Close
"The central-bank put lives on. Policy makers deny its existence, yet investors still reckon that whenever stocks and other risk assets take a tumble, the authorities will be there with calming words or economic stimulus to ensure the losses are limited. A put option gives investors the right to sell their asset at a set price so the theory goes that central banks will ultimately provide a floor for falling asset markets to ensure they don?t take economies down with them. Last week as markets swooned again, it was St. Louis Federal Reserve President James Bullard and Bank of England Chief Economist Andrew Haldane who did the trick. Bullard said the Fed should consider delaying the end of its bond-purchase program to halt a decline in inflation expectations, while Haldane said he?s less likely to vote for a U.K. rate increase than three months ago. ?These comments left markets with the impression that the ?central-bank put? is still in place,? Morgan Stanley currency strategists led by London-based Hans Redeker told clients in a report yesterday. Matt King, global head of credit strategy at Citigroup Inc., and colleagues have put a price on how much liquidity central banks need to provide each quarter to stop markets from sliding."

## The Deloitte/Tesla Connection: Partners in Corruption

"The Deloitte/Tesla Connection: Now that the entire California unemployment system online has failed, causing thousands and thousands of people to get evicted, with no end to the problems in sight, investigators look to the source: Deloitte! The California/Deloitte kickbacks with Sacramento and the associated campaign contributions show why EDD gave the contract for its unemployment system to Deloitte ?despite a string of problem projects? across California state and local governments that littered the company's track record, the LA Times reported late last year. These included: a project canceled after four years by California?s Department of Developmental Services after it figured out the system it paid $5.7 million to Deloitte to develop didn?t work; a project to link California's court system computers, originally slated to cost $33 million, but canceled because it couldn?t be made to work even after Deloitte pocketed $330 million; a botched payroll system Deloitte developed for the L.A. Unified School System; and a Deloitte-led, botched ERP system development for Marin County, California, among others. California government IT has been very, very good to Deloitte's bottom line. Savvy California IT experts are praying that Deloitte's hand in the California healthcare online system will not pretty much gaurantee failure according to a well-placed Sacramento server consultant. But alas, proving that California's kickback system is just as corrupt as Washington DC's. The guy WHO BUILT the COVERED CALIFORNIA Obamacare network, THE IT Director, The H.I.X. TOP GUY, The MAIN GUY: James Joseph Brown Jr.; was just ARRESTED FOR FELONY ORGANIZED CRIME CONFLICT-OF-INTEREST!!!! Just like everything in the Tesla/Fisker/Solyndra scam... everything with these people is about kickbacks, conflicts-of-interest and re-routing of public funds into their own pockets. When James Joseph Brown worked in his previous state position he helped get Tesla and Solyndra tax waivers. Massachusetts admitted a few weeks ago that its original contract with Deloitte to modernize the state's unemployment system was ?flawed? and allowed Deloitte ?to miss deadlines and still charge the state some $6 million more than originally planned,? the Boston Globe reported earlier in the month. Suzanne Bump, the Labor Department Secretary in charge of the contract at the time?who is currently State Auditor?told the Globe she has ?no recollection of what was in that contract language.? It is always amazing how selective amnesia seems to strike government officials whenever they are asked to explain their unexplainable decisions. Deloitte ran the money for Tesla and ""cooked the books"" for Tesla, while double-dipping with the DOE to review Tesla's rigged loan applications, ON BEHALF of THE TAXPAYERS ""SUPPOSEDLY"" while working with California officials to get Tesla a tax waiver for it's factory; all the while

THE BOOK OF TESLA - Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

providing shoddy services while rigging kickbacks... nice work if you can get it. Now let's see: Which Silicon Valley VC's have an exclusive relationship with Deloitte and Tesla????? Andrew D.- LA Times --------------------------------------- Deloitte under investigation for rigging ANOTHER car company: Deloitte under investigation over Rover Nearly seven years after the collapse of car manufacturer MG Rover, its adviser Deloitte has been placed under investigation by industry regulators. Deloitte under investigation over Rover Since the car company collapsed in 2005 taking with it 6,500 UK jobs, the AADB has been scrutinising Deloitte's role as auditor and adviser to Rover. By Anna White A complaint was logged yesterday by the Financial Reporting Council (FRC) over the conduct of the second largest accountancy firm in the UK and its former mergers and acquisitions partner Maghsoud Einollahi. Tom Martin, FRC executive counsel referred the case to the Accountancy and Actuarial Discipline Board (AADB) to review Deloitte's conduct as auditors and advisers to various companies in the MG Rover Group sale. The complaint alleges that in connection with certain transactions, Deloitte and Mr Einollahi ""failed adequately to consider the public interest; the potential for there to be different commercial interests between the Phoenix Four, MG Rover Group and associated companies and shareholders; and the conflicts of interest and self-interest threat in relation to advising the Phoenix Four whilst maintaining client relationships with the MG Rover Group."" The accountancy arbitrators said the investigation is extremely serious, as demonstrated by the amount of time it took to file the complaint against Deloitte (formerly Deloitte & Touche.) Both the AADB and Deloitte confirmed the inquiry is into the ""transactions"" overseen by Deloitte not the audit work. ----------------------------------------------------

It turns out Deloitte is in criminal investigations, many, many criminal investigations, worldwide, here is another: ""The aero group of companies called in joint administrators from KPMG on November 2009 after incurring losses that amounted to $11 billion according to KPMG partner Jim Tucker. Prior to the administration, Aero Inventory has appointed auditors from Deloitte to account for the financials of the group. The AADB?s investigation will cover the processes of ICAEW and Deloitte in preparing, approving and auditing the financial statements of Aero Inventory PLC and its subsidiary Aero Inventory Ltd. In UK for the financial years ended June 30, 2007 and June 30, 2008, respectively."" Susan l- NYC ------------------------------------------------------

There are hundreds of criminal charges against Deloitte, here is more: The accounting firm Deloitte audited Bankia before it went public, and now Deloitte is under investigation after a report from the Institute of Accounting and Auditing (the Spanish abbreviation is ICAC) accused the firm of not acting independently and exposed a conflict of interest that could lose Deloitte its business license. Deloitte audited the accounts of all the savings banks that were nationalized to make Bankia, and during the 2008-2012 period it billed them 67.22 million euros. It is notable that after the crisis that many of them endured, only Bankia has severed its relationship with Deloitte. It is a good thing that the ICAC is demanding excellence from accounting firms, because increased regulation and oversight in the financial sector doesn't mean much if we don't make the banks do their jobs well. One has to wonder who allows these people to even exist after all this has emerged? Deloitte just makes nice powerpoints for big fancy pitches, takes the money, gives out bonuses and then the ""partners"" ""retire"" before everybody sees that the emperor has no clothes and everything comes crashing down! ----------------------------------------- TV show on DELOITTE CORRUPTION: https://www.youtube.com/watch?v=gCrxETPMdiY https://www.youtube.com/watch?v=gCrxETPMdiY


How Tesla Buys a Consumer Reports Positive Rating        "When a group spends millions of dollars a month buying influence, buying silence, buying ""reporters"", bloggers and IR shills, it is very easy to get the 5 individuals that write Consumer Reports material to steer that material says Tony K. of The NYT. You will do anything to get good reviews when your company is under federal investigation
  Does the President?s Staff Just Sit Around and Lie To Him All Day Long? White House: Fire Some People!
  "Does the President's Staff Just Sit Around and Lie To Him All Day Long? White House: Fire Some People! (First published on USA Today comments then removed) So They said ""hey, Go stand in front of Solyndra and Fisker"" even though the staff had already written each other on government and personal emails that the train was already coming off the rails on those companies, and 20 others, BEFORE THEY LET HIM DO THAT. They told him to say that ""there would be millions of electric cars"" on the road in a couple years (Because Silicon Valley VC's paid McKinsey to write White House reports saying so) and the DOE loan program was a huge win

THE BOOK OF TESLA Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

even though the staff had written in government and personal emails, to each other, that it was all going down the tubes BEFORE THEY LET HIM DO THAT. For Benghazi they told him it was a spontaneous street riot over a badly edited youtube yet 60 Minutes and all major news networks are reporting that it was a well planned A.Q. attack that staff had warned about for weeks. HIS STAFF HAVE NOW SAID ON TV THEY KNEW THE REAL STORY AND LET HIM TELL THE YOUTUBE STORY. Just a few blocks  from the White House, the entire Department of Energy was operating as a cesspool of organized crime and kickbacks under Steven Chu. Over 18 outside agency reviews were confirming this fact to White House staff as early as 2008 in internal reports which White House Staff discussed with each other in their emails yet NOBODY TOLD THE PRESIDENT? REALLY? Over 20 White House staff have now come forward in blogs, tweets, interviews and reports saying that Obama is manipulated by the people around him and that he is ""kept in a bubble"". Mr. Joseph was not the only complainer. Even though Joseph will now probably get droned, character attacked and generally killed, many blogs have already acquired an archive of all of his posts from all of his many accounts. He, and many others, show a hopeful outlook in the beginning of their writings and a ""how could they be so messed up"" perspective once they have actually worked in the West Wing. Martin Sheen- Save Us! DOJ: If you are going to haul Joseph in for using his Freedom Of Speech to disclose negligence then you need to haul some of the West Wing staff in for hiding things from the President too. Bill Daley's staff have said that Daley and Rahm Emanual controlled what the President got to see, or didn't get to see. But who controlled Daley and Emanual? Who, actually, ARE ""the two masters we cannot serve at once  " (Per the Debt Ceiling vote outburst) Now, almost the entire staff of the healthcare agency have said they knew the software was broken ages ago but they never told the President that his most favorite thing was DOA!!!!!   This was his baby. His most precious glory. His legacy. Nobody mentioned that it was screwed way before it was due. Software is a known thing. You KNOW if it is broken on the daily QA studies. CGI Federal Hired Onsite and a bunch of others who do this, poorly, but all the time. Read www.glassdoor.com about CGI Federal. You can see there that CGI just calls up any freelancer they can find and throws them at a contract. It was an outsource of an outsource of a fired contractor who blew the Canadian healthcare build a long time ago. Nobody knew this? Did anybody tell Obama that the head of the California Obamacare software segment (The main showcase for the system): James Brown Jr. was ARRESTED for FELONY CORRUPTION in the middle of building the Obamacare software? Does he say he knew about that or is that a shock when he reads this on his Kindle right now? That happened BEFORE the roll-out, wouldn't that be kind of, you know: A bad sign? Who VETS these people? Tesla would not have passed the vetting at the time they applied for the DOE loan. Neither would Fisker or Solyndra. Tesla was technically bankrupt, had non-existent engineering and the worst debt-ratio on Earth.   Tesla might appear OK now (they aren't) but you can make a worm look like a dragon if you give the worm 600 million of our tax dollars and rig the stock market. These staffers and these companies get waived through. By Who? Who VETS these people and Money Give Aways? Who? People can say this or that but when history and indisputable facts show that one thing was happening while, at the same time, behind the scenes, an entirely darker reality was underway and charging towards a failure point that people absolutely knew about ahead of time, you just have to wonder


  "Tara McGuinness, senior communications adviser"
  "Hiring Tara McGuinness this spring indicated the White House?s increasing focus on the ObamaCare rollout following the 2012 election. A strategic communications expert, she has helped shape the White House?s healthcare message at crucial times, including after the delay of the employer mandate in July and amid the ongoing problems with the enrollment website. While signaling early on that she would be helping to sell ObamaCare to the public, McGuinness?s work is now oriented toward assisting the White House as it navigates troubling news cycles focused on negative aspects of the healthcare rollout. McGuinness honed her skills as a press secretary on Secretary of State John Kerry?s 2004 presidential run and on a range of House, Senate and issue campaigns. She also helped lead Americans Against Escalation in Iraq before holding several senior positions at the Center for American Progress. ? Elise Viebeck "
  "Lisa Monaco,  assistant to the president for homeland security & counterterrorism President Obama?s chief counterterrorism adviser was in her first month on the job when homegrown terrorists planted bombs that killed three and injured dozens at the annual marathon in Boston, where Monaco was raised. The University of Chicago Law School graduate was immediately thrust into the weeklong manhunt for the culprits, the latest chapter in a

high-stakes, high-pressure career. Monaco is a veteran of former Attorney General Janet Reno?s Justice Department and worked to convict Enron executives as a prosecutor in the George W. Bush administration. ?Lisa has no rival when it comes to her dedication to this nation, her experience in national security issues and her excellent judgment,? Attorney General Eric Holder said after she was nominated. ? Justin Sink "

"Cecilia Mu€oz,  director of the Domestic Policy Council The veteran Latino civil rights advocate Mu€oz is the White House?s foremost champion for immigration reform, one of Obama?s most important second-term goals. The Detroit-born daughter of Bolivian immigrants, Mu€oz was awarded a MacArthur Foundation fellowship in 2000 in recognition of her work on immigration policy. She joined the administration after two decades at the National Council of La Raza, where she oversaw work on immigration policy, poverty, education, health and housing. The passage of immigration reform ?will shape who we are just as much as failing to pass it will shape us,? Mu€oz told an audience earlier this month at her alma mater, the University of Michigan. ? Justin Sink "

"Rob Nabors,  White House deputy chief of staff for policy Rob Nabors has repeatedly negotiated high-profile deals with Congress for the White House, making him one of the city?s most effective power brokers. Most recently, the White House deputy chief of staff helped President Obama orchestrate October?s agreement to reopen the government. In 2011, as head of the White House Office of Legislative Affairs, the low-key Nabors catalyzed a similar budget deal that defined that summer. The previous year, as senior adviser to then-White House chief of staff Rahm Emanuel, Nabors helped push through the healthcare reforms that remain the administration?s signature domestic achievement. And in 2009, as deputy to then-Office of Management and Budget (OMB) Director Peter Orszag, Nabors had a hand in the passage of Obama?s economic stimulus bill. No stranger to the game, Nabors launched his Washington career with the OMB under the Clinton administration before moving to Capitol Hill, where he served as a top aide to  former Rep. Dave Obey (D-Wis.) on the Appropriations Committee. ? Mike Lillis "

"Jennifer Palmieri, communications director Jennifer Palmieri is a veteran of Washington?s political fights, and has the battle scars to prove it. Palmieri, 46, served eight years in the Clinton White House, including three as deputy press secretary. She later worked on both of John Edwards?s presidential campaigns, where she grew close to the candidate?s wife, Elizabeth. When Edwards?s infidelity and out-of-wedlock child were exposed, Palmieri became a top adviser to Elizabeth. ?Jen is one of the best communicators in either party, and we?re lucky she?s on our side of the ledger and agreed to come back in and do this,? Obama deputy campaign manager Stephanie Cutter told The Washington Post. Before joining the Obama White House, she served as a vice president at the Center for American Progress. ? Justin Sink "

"Todd Park,  U.S. chief technology officer Todd Park is the top technology expert in the White House and advises the president and federal agencies on how best to use technologies. Silicon Valley praised President Obama when he created the position of CTO in 2009; Park is the second official to serve in the role. One of his top goals is to make more government data available to the public. The botched launch of the ObamaCare website has thrust Park into the spotlight. The White House rejected a request from the House Oversight Committee to have Park testify at a hearing in early November, saying he was too busy trying to fix the site. After Chairman Darrell Issa (R-Calif.) issued a subpoena, Park agreed to appear before the panel. Before becoming the White House CTO, Park served as CTO at the Department of Health and Human Services, where he worked on using data to improve healthcare systems. ? Brendan Sasso "

"Dan Pfeiffer,  White House senior adviser When campaign mastermind David Plouffe left his role at the White House after President Obama?s reelection, communications director-turned-senior adviser Dan Pfeiffer stepped into the role, helping to plot the West Wing?s moves and machinations. While it?s a challenge to fill the void left by Plouffe ? ?No one can take the place of David Plouffe,? as one former White House official put it ? Pfeiffer is more than up to the task, his colleagues say. For one thing, Pfeiffer has been with Obama since he served as the communications director on the 2008 presidential campaign, and has a good understanding of his boss?s immediate and long-term goals. When Obama stood his ground on not negotiating with congressional Republicans over the government shutdown and debt ceiling, it was Pfeiffer who was the ?relentless guardian? of the president?s stance, according to one senior administration official. ?He?s been the most ferocious on that principle,? the senior administration official said. ? Amie Parnes "

"Samantha Power,  U.S. ambassador to the United Nations A former reporter who received a Pulitzer Prize for a book examining genocide, Samantha Power is known around the globe as a tireless advocate for human rights. In political circles, she?s remembered for calling Hillary Clinton a ?monster? during the 2008 presidential

THE BOOK OF TESLA. Copyright orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

campaign ? a controversy she weathered to serve as an adviser to President Obama during his first term, when she often worked with Clinton. In New York, Iran and Syria are among the foreign policy issues expected to dominate her time. ?I get to go to work every day and sit in front of the placard that says ?United States? as I try to promote American values and interests,? Power said. ?Who could ask for a better job?? ? Justin Sink "

 "Ben Rhodes, deputy national security adviser for strategic communications Ben Rhodes has been the president?s voice on the world stage ever since he helped craft then-Illinois Sen. Barack Obama?s first foreign-policy speech in April 2007. He?s had a hand in some of Obama?s most famous addresses around the world, including his Cairo speech to the Muslim world and his call for nuclear disarmament in Prague. Since being promoted to deputy national security adviser in 2009, Rhodes has taken on a significant role in foreign policy decision-making, urging the president to abandon Egypt?s Hosni Mubarak and to intervene more actively in Syria. A onetime aspiring fiction author, Rhodes got his start in politics on then-New York City Mayor Rudy Giuliani?s 1997 reelection campaign; he later spent five years working for former Rep. Lee Hamilton (D-Ind.), helping to draft the 9/11 Commission and the Iraq Study Group reports. ? Julian Pecquet "

 "Susan Rice, national security adviser Susan Rice has landed right at the president?s side as his national security adviser after getting passed over for her dream job as secretary of State in the fallout over the 2012 attack in Benghazi, Libya. The post has put her at the heart of the foreign policy challenges facing President Obama in his second term, including nuclear talks with Iran and the crisis in Syria. A close Obama confidante who served as his senior foreign policy adviser during the 2008 presidential campaign, Rice is in charge of carrying out the president?s instructions to extricate the United States from the Middle East. After advocating for U.S. intervention in Libya as ambassador to the United Nations during Obama?s first term, she now finds herself seeking to avoid new military commitments in the region. ? Julian Pecquet "

 "Miguel Rodriguez,  White House director of legislative affairs   In his second term, President Obama has been looking for willing partners across the aisle to push his agenda items. With a Congress seemingly more divided than ever, that means Miguel Rodriguez has his work cut out for him. But he?s certainly used to the pressure, according to those who know him. Rodriguez, 41, who previously served at the State Department as the deputy assistant secretary, where he oversaw Foggy Bottom?s ties to the Senate for Hillary Clinton, splits his time between the White House and Capitol Hill. He deals with everything from complaints from lawmakers down to the more mundane tasks like helping set up White House tours for members. Since he began heading up the office in February, he vividly recalls meeting with White House chief of staff Denis McDonough about a Capitol Hill charm offensive ?purposefully,? with an eye towards improving White House relations with lawmakers and their aides. ?It?s definitely a challenge,? Rodriguez said in an interview. ?As we?ve tried to demonstrate, we?ll work with anyone who has good ideas.? ? Amie Parnes By The Hill Staff - 11/21/13 06:00 AM EST"

 "Eric Schultz,  White House deputy press secretary Call him the West Wing?s fireman. If there?s smoke coming from a fire, ranging from the latest problems with HealthCare.gov to government surveillance controversies, Eric Schultz is undoubtedly nearby. Schultz?s portfolio deals with the challenges of any given day. He was brought on in the spring of 2011 as associate communications director to deal with oversight ? read: all things related to Rep. Darrell Issa (R-Calif.), the House Overnight Committee chairman ? when Republicans took over the House. But his role as the West Wing?s rapid-response guy has since expanded to include a large array of other prickly items. Among his main responsibilities, Schultz, 33, who previously served as the communications director at the Democratic Senatorial Campaign Committee, is to proactively get out the White House perspective and President Obama?s reaction to various hot-button situations. Schultz, 33, says, ?Our job is to get the most accurate information available to us out as soon as we are certain it?s reliable and complete. And push for a fair shake from the press.? ? Amie Parnes "

 "Howard Shelanski,  Director of the Office ofManagement and Budget?s Office of Information and Regulatory Affairs Howard Shelanski serves as the White House?s gatekeeper for the most important ? and often most controversial ? rules written within agencies across the federal government. Shelanski was confirmed in June as administrator of the obscure but influential Office of Information and Regulatory Affairs (OIRA). He comes to the post at a time when President Obama, faced with a starkly divided Congress, is increasingly looking to the regulatory system as a means to accomplish many of his policy goals. The administration?s rule-making policies

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

have sparked intense debate between public interest watchdogs that say the government is dragging its feet on important protections and business groups that complain the influx of new rules is stifling the economy. In his brief tenure, Shelanski has won praise from both sides, both reducing an inherited backlog of rules under review at OIRA and pledging to expand the administration?s effort to get rid of overly burdensome regulations. ? Ben Goad "

 "Wendy Sherman,  Undersecretary of State for political affairs The State Department?s third-ranking official is in the international spotlight as she seeks to deliver on President Obama?s bid for a diplomatic breakthrough with Iran. As the lead U.S. negotiator to the nuclear talks, Wendy Sherman must craft a deal that?s acceptable not only to the Iranians, but to a deeply skeptical Congress as well. And that?s only part of her brief. Sherman?s role as the day-to-day manager of America?s bilateral and regional relations puts her in charge of seven bureaus, covering the whole world as well as U.S. policy towards international organizations. A political appointee to a high-profile post usually held by career diplomats, Sherman was previously vice chairwoman of former Secretary of State Madeleine Albright?s international consulting firm. She served as counselor to President Clinton?s State Department from 1997 to 2001 and as his special adviser on North Korea. ? Julian Pecquet "

 "David Simas,  deputy senior communications adviser David Simas was the polling ace on President Obama?s reelection team who helped manage the campaign?s impressive ground game. Returning to the White House earlier this year, the former chief of staff to Massachusetts Gov. Deval Patrick (D) is now embroiled in the communications effort surrounding the attempts to fix HealthCare.gov. The shift contrasts greatly with Simas?s work ahead of Oct. 1, when he delivered a series of briefings touting what the White House believed would be ObamaCare?s groundbreaking and user-friendly enrollment site. The presentations were aimed at lawmakers, journalists and those working on Capitol Hill, and attempted to counter a rising Republican narrative that the system would not be ready. Now, Simas is presiding over the White House?s pivot toward the Medicaid expansion as the site continues to falter. Obama is pushing states like Texas and Louisiana to embrace the policy, which would cover millions of low-income people. ?It is reckless that some governors are so determined to see that the healthcare law not succeed that they have even decided not to expand Medicaid coverage,? Simas recently told reporters. ? Elise Viebeck "

 "Todd Stern,  deputy special envoy for climate change at the State Department Todd Stern is the State Department?s top climate change diplomat at a crucial time. He?s representing the United States in delicate United Nations-hosted talks aimed at crafting a binding global climate pact in 2015 that would take effect five years later. Stern does vital spadework on the international front on a topic that?s getting fresh attention from the White House and is a signature priority for John Kerry, President Obama?s second-term secretary of State. United Nations climate talks got a jolt in 2009 when Obama arrived in Copenhagen and helped salvage a modest interim agreement that prevented the process from collapsing. Stern was a White House aide in the Clinton administration, working on international climate negotiations and other issues, and also did a stint at the Treasury Department. Before joining the Obama administration, he was a senior fellow at the Center for American Progress, a liberal think with deep White House ties. ? Ben Geman "

 "Larry Strickling, administrator, National Telecommunications and Information Administration Larry Strickling advises the president on telecommunications and Internet policy issues. Strickling has advised President Obama since his 2008 campaign and has served as the head of NTIA, a Commerce Department agency, since 2009. The agency is overseeing the construction of a nationwide high-speed wireless network for first responders, a main recommendation of the 9/11 Commission Report. The agency is also leading voluntary negotiations with Internet companies to establish stronger privacy protection standards. Strickling is looking into ways to make federal agencies use the airwaves more efficiently so that more frequencies can be sold-off to help cellphone carriers meet skyrocketing demand for mobile data. He was also a major voice in the White House?s decision to express concern with controversial legislation to crackdown on online piracy in 2012. A massive Web protest forced Congress to drop the bill. ? Brendan Sasso "

 "Michael Taylor, food safety czar Since coming to the Food and Drug Administration (FDA) in 2010 as the first-ever deputy commissioner for foods, Michael Taylor has been front and center in the agency?s transformation into a proactive agency that tracks and prevents foodborne illness outbreaks before people get sick. Taylor was brought on to the Obama administration in large part to help pass the Food Safety Modernization Act, which was signed into law in 2011. Now, as the country?s ?food safety czar,? he?s the main man in charge of implementing the legislation. He started his career as a staff attorney with the FDA, and also led the Department of Agriculture?s food safety service during the Clinton administration. But some liberal groups have criticized Taylor since he

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

entered his current office, due to the three years he spent as vice president for public policy at the agricultural giant Monsanto. ? Julian Hattem "

 "Shawn Turner, director of public affairs, Office of the Director of National Intelligence Shawn Turner is responsible for coordinating messaging for the intelligence community?s 16 disparate agencies, meaning he?s had to defend the administration?s spy programs from critics foreign and domestic since the revelations of Edward Snowden. Turner calls the debate about the spying programs important, but argues the national security implications involved cannot be ignored. ?It is equally important,? he says, ?that we not lose sight of the fact that intelligence sheds light on the intentions of our adversaries and gives the president the information he needs to make informed nationals security decisions.? A Cincinnati native, Turner?s escape is carpentry and woodworking; he?s currently building his daughters a backyard tree house ? complete with a zip line. ? Justin Sink "

 "Dan Utech,  White House climate and energy adviser Dan Utech will fill Heather Zichal?s shoes as top White House aide to President Obama on climate change and energy. He takes over for Zichal, who left in mid-November, as the administration is devoting increased attention to climate change ? and as Obama is facing an explosive decision on the Keystone XL oil pipeline. Utech, who already worked on energy and climate at the White House Domestic Policy Council before he was tapped as a top adviser, will manage a climate change chessboard of sorts from the White House. The sweeping White House second-term climate plan includes steps on the domestic and international front that involve a range of agencies. Prior to coming to the White House, Utech advised then-Energy Secretary Steven Chu, and before that advised Hillary Clinton when she was in the Senate. ? Ben Geman "

 "Michael Vickers,  Undersecretary of Defense for intelligence Michael Vickers has been President Obama?s key adviser inside the Pentagon for the administration?s covert war on terrorism. He first oversaw the U.S. military?s expanded role in those operations as the head of the Defense Department?s special operations division and later as Undersecretary of Defense for intelligence. During that time, Vickers was part of the military and intelligence team that planned and executed the killing of al Qaeda leader Osama bin Laden in May 2011, arguably the greatest national security achievement of Obama?s presidency. A former Army special forces and CIA operations officer, Vickers also oversaw the dramatic rise in armed drone strikes and so-called ?kill/capture? missions by U.S. special operations forces against al Qaeda, the Taliban and other militant extremist groups worldwide. ? Carlo Mu€oz "

 "Jeff Zients,  ObamaCare website czar Jeff Zients is one of Obama?s go-to problem solvers. The 46-year-old former business executive has spent the past four years shuffling around the bureaucratic hierarchy troubleshooting some of the federal government?s biggest challenges. More broadly, during his time at the White House?s budget office ? including two stints as acting director ? he focused on ways to eliminate inefficiencies across federal agencies. Zients has built a reputation as a behind-the-scenes guru who applies two decades of business experience to diagnose and solve government conundrums. His success has earned him what may be his toughest and most high-profile assignment yet. The president has asked him to lead the charge with fixing technical issues plaguing the ObamaCare website ahead of taking over as the administration?s chief economic adviser and director of the National Economic Council in January. Easing the anxiety of congressional Democrats, Zients has promised that the website will be fixed by the end of November. ? Vicki Needham"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**Tesla Owner Buyers List Out in the Public. No privacy for Tesla Owners! "If you bought a Tesla, you are now going to get marketed to and pleaded with by community service groups around the world. It seems that, in addition to each Tesla being rigged to spy on you everywhere you go and watch how you use the Tesla over the internet without you knowing about it, as Elon Musk admitted in his fight with the NY Times reporter, The Tesla marketing group has sold the Tesla buyers list to other marketing groups who then sold the list openly on the market. Now Tesla owners all over the world are getting emails**

"""Do you know that driving this Tesla makes you part of a crime against America? People think you are part of the bad things when they see you drive it:"

 - Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.

 - Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for this lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.

 "- Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal."

 "- Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption

 "- Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption

 "- Tesla was $100,000.00 off on their BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption

 "- Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With Tesla?s at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption

 "- Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives. One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead from ?natural causes?. The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as ? deciders? for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption

 "- Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption

"- DOE had IBM consulting, in Virginia, do Tesla?s ?due diligence?. IBM consulting was a contractor to Tesla. IBM Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption

"- At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through? Corruption

"- Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of Tesla?s investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption

"- The cost, BOM, time-to-market, range and domestic jobs metrics was lower in Tesla?s application than most other applicants. When better ratings got other applicants declined, how did Tesla get through? Corruption

"- DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption

- Tesla has sent out PR saying they are repaying their loan many years in the future in order to stop investigations. They have NOT paid off their loan and the facts of sales show no possibility that they will.

"- Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"- Tesla hired multiple ?famous auto people? who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla said they were going to build and sell over 500,000 cars as of today?s date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption

"- Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption

BUSTED!!! Opposition News Hype-mongers Reveal Themselves.          "In the run-up to the big DC investigations of: who-did-what-to-whom you will suddenly find a bunch of articles posted in seemingly unrelated publications. These articles all share the same message. The problem (For the Tesla and DOE VC shills) is that, unfortunately for them, the internet is an amazing archival library. A quick search shows that at no time was there ever such a cascade of articles about this one topic. The mad rush to validate points the finger at which writers are shills for Tesla and the bad people at DOE. You have articles like:
http://seekingalpha.com/article/1448051-tesla-may-be-the-last-one-standing
http://www.thetruthaboutcars.com/2013/05/has-the-dept-of-energys-advanced-technology-vehicle-manufacturing-program-been-a-failure-not-really/ Etc. All with the same message, trying to pre-sell the plastic-coated message that only Tesla is still around today because only Tesla was good. In fact only Tesla bribed enough people to get the free taxpayer money in order to trick the stock market and that is a felony and Tesla staff and backers need to go to prison.

"SOLYNDRA Scam Promoter, with no knowledge of Ebola, put in charge of Ebola Crisis. Master of Hype? Crony Politics? Super-Hero        "- Many reporters, and investigators, believe that Solyndra, Abound, Fisker and that, questionable clan of CleanTech, FBI-Raided, front groups were kickback scams to fund the Obama campaign

"- Campaign backers, federal cash awards and process all tied to the same people and many of them crossed through this guy"

"- New Ebola Czar shows how he can react to any emergency by missing all of the key Ebola crisis meetings. Outsiders presume it is because he is too busy crashing his hard drives in order to delete all of the Solyndra kick-back arrangement emails. Charged,by media, with being a ""cover-up PR hack"" rather than a medical disaster specialist. Former aides rat-out newer, more insidious, aspects of Solyndra caper as potential campaign financing laundering scheme."

"- Why no ""Perp Walks""? Cover-ups? Holder & staff heading for hills (Ie: back to his Wall Street Crony law firm). Who will do the arrests now? All eyes turn to Comey..."

"- New ""Ebola Czar"" is the old ""Solyndra Scammer"""

- How did they pick HIM out of all of the properly qualified people available?

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"- History now CLEARLY shows Solyndra to have been organized crime scam to fund political campaigns via ""tiered triple dipper"" scheme with Silicon Valley VC's"

"- HALF THE DEPARTMENT OF ENERGY CLEANTECH DISASTER TAXPAYER CASH WENT TO CHINA : FEINSTEINS AND BLUMS BEST FRIENDS AND ""PARTNERS"" - Why no ""Perp Walk""? Because the White House has ordered The Feinsteins to be protected from Law Enforcement because it ties into DNC campaign kickbacks! - Blum is listed on White House Website as senior adviser. - Grand Jury and Special Prosecutor demanded - NY Times Reporter: ""White House only has power to order cover-ups and stone-walling when they are polling at 40% or higher...they are now at 20%, and dropping, so that ship has sailed..it is just a matter of time now,,,"" - Most of Department of Energy crash cash when to Blum's friends in China - CIA hacked into entire Feinstein family hard-drives to get evidence. Found juicy stuff but it got sealed by FISA - Feinstein family contractor built Solyndra Buildings; leased Solyndra buildings; owns the adjacent railroad property; Leases the adjacent Tesla buildings; Feinsteins Herb Fineman from Sausalitio ran the jobs for Tesla and adjacent Solyndra; Feinstein staff went to work for Solyndra and Tesla after they lobbied the cash for them, Feinstein and Chu family owns insider trading stock (""insider trading"") in Tesla, Solyndra and related suppliers; Dick Blum took cash to Mongolia and Nepal that he did not return with and had relationship with Chinese and Russian companies planning to mine materials for Tesla and Solyndra in Afghanistan; Feinstein ordered NUMMI to only work with Solyndra and Tesla; Blum is China's insider - half of lost D.O.E. taxpayer cash went to China; Tesla rejected NUMMI in public statements then Feinstein came and talked them into it...whole ""thing stinks to high heaven"", say investigators... - Cash ""loans"" and campaign expenses payments from Silicon Valley VC's who were also the same campaign backers for Obama came back-around as stock kickers and free funding from Dept. of Energy for their loser CleanTEch facade companies - Goldman Sachs took a skim off every single deal - Ebola Czar Guy is the same one who greased the skids on the whole thing   "

White House Ebola Czar Was ?Key Player? In Solyndra Scandal

Alex Griswold
Media Reporter

Alex Griswold- DAILY CALLER

Alex Griswold is a reporter for The Daily Caller.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

"Ron Klain, the newly appointed White House Ebola response coordinator, was one of the senior White House officials who advised that President Obama should visit solar power company Solyndra in 2011, despite  an auditor raising red flags about the company?s finances. (RELATED: Obama Appoints Anti-Ebola Czar, Then Hits Campaign Trail)According to  The Washington Post, Klain was one of the ?key players? in the scandal while he worked for Vice President Joe Biden: ?Ron Klain, then Biden?s chief of staff, dismissed auditor?s concerns about Solyndra?s solvency, reasoning that all innovative companies come with risk.?Another Solyndra email, reported by Fox News, indicated that Biden?s office were all fans of Solyndra, and that the staff ?about had an orgasm? at the prospect of an Energy Department loan.Klain, a Democratic operative who also served as chief of staff to Vice President Al Gore, had a hand in pushing for President Obama?s visit to a Solyndra factory in California during the 2010 midterms.  ?Sounds like there are some risk factors here ? but that?s true of any innovative company that POTUS would visit,? Klain  wrote in an email  the day before. ?It looks like it is OK to me, but if you feel otherwise, let me know.?In another email to Obama adviser Valerie Jarrett, he again stood up for Solyndra. ?The reality is that if POTUS visited 10 such places over the next 10 months, probably a few will be belly-up by election day 2012.?According to  CNN?s Jake Tapper, Klain will report to National Security Advisor Susan Rice and homeland security adviser Lisa Monaco."

## Solyndra sits on the same land as Tesla and has all of the same crooks involved

## Solyndra: Where Did the Money Go?

by Sydney Lupkin??

"The Obama administration is facing a new round of scrutiny over  the Department of Energy's approval of a $535 million loan guarantee for Solyndra, the now-bankrupt Fremont-based solar panel company, after emails released Monday showed prominent supporters warned the president not to visit the company because of its financial problems.An examination by The Bay Citizen of how the loan money was spent shows  nearly half was paid to a Redwood City construction company that was not vetted as part of Solyndra's loan application, according to  information reported by Solyndra as part of the federal stimulus program.Beginning in September 2009, Solyndra paid about $262 million to Rudolph & Sletten to build its Fremont factory ? which Solyndra shut down just two years later, days before declaring bankruptcy.Solyndra?s expenditures on the plant, which cost an estimated $733 million to build, according to Bloomberg, have been a focal point of inquiries into how the company went through so much money in such a short time."

"Note: The payments in this pie chart add up to more than 100 percent, because the amount spent on vendors is also included in the totals received by Solyndra and Rudolph & Sletten."

"More than $2.4 million in legal fees went to Wilson Sonsini Goodrich & Rosati, the law firm where Allison Spinner is a partner. Spinner is married to Steven J. Spinner, a former Obama campaign fundraiser and a key advisor to Energy Secretary Steven Chu on the department's loan program, ABC News reported. Allison Spinner promised not to take any of the money and did not work on the loan applications, according to ABC. Under the federal loan program, Solyndra had the freedom to spend its money as it pleased. The Department of Energy does not screen the subcontractors and vendors hired by loan recipients. Solyndra and Rudolph & Sletten paid a total of nearly $42 million to 87 vendors for goods and services ranging from furniture to legal fees (scroll down to see details of the payments). Rudolph & Sletten declined to comment. Solyndra declared bankruptcy on Sept. 6, days after laying off most of its 1,100 employees. If Solydra is unable to pay back its federal loans, as expected, taxpayers will be stuck with the bill. A week after Solyndra shut down, the FBI raided the Fremont plant and visited the homes of three current and former Solyndra executives. The company's CEO, Brian Harrison, and

THE BOOK OF TESLA - Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

chief financial officer, W.G. Stover, were called to a House subcommittee hearing last month, but both invoked their Fifth Amendment rights and did not answer any questions. This chart shows details of how the loan money was spent. See anything surprising? Email tips@baycitizen.org with ""Solyndra"" in the subject line, or send us a tweet @thebaycitizen with the hashtag #solyndra."

"Solyndra Execs Refuse to Answer Questions About Bonuses, Customers"

Solyndra

Why Obama Ignored Warnings to Stay Away from Solyndra

Pulse of the Bay

"After Solyndra, State Puts Some Tax Breaks on Hold"

"September 27, 20112"
Pulse of the Bay

"Solyndra Execs Refuse to Answer Questions About Bonuses, Customers"

"September 30, 20110"

Solyndra

Why Obama Ignored Warnings to Stay Away from Solyndra

"October 3, 20113"

Pulse of the Bay

"Solyndra Execs Refuse to Answer Questions About Bonuses, Customers"

"September 30, 20110"

Solyndra

Why Obama Ignored Warnings to Stay Away from Solyndra

"October 3, 20113"
Pulse of the Bay

TJF

Reply
"Rudolph & Sletten is a major commercial building contractor, and has been in business 40+ years that I am

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

aware of (kind of hard to miss their signs on seemingly every third building project). I was curious about the meaning of ""not vetted as part of Solyndra's loan application"" in this context. Since this was a loan guarantee and not a direct loan from the gov't, presumably some bank(s) made the construction loan. Any bank making construction loans in the area knows Rudolph & Sletten, but would need to verify at the time of the loan that R&S has the capital and liquidity to complete the project, and that the costs were reasonable per Solyndra's project specifications. Unless the DOE loan guarantee is significantly looser than other gov't loan guarantees (i.e., the terms of the loan guarantee, which is different from ""freedom to spend its money as it pleased"") the bank lender would risk losing all or part of the guarantee unless it performs its normal due diligence practices, and jumps through a number of other procedural hoops to satisfy the terms of the guaranty."

Sydney Lupkin

Reply
"Michael: Rudolph & Sletten has been a general contractor in California for almost 50 years. It is owned by the Tutor Perini Corporation, a national general contractor that made $819.9 million in construction project revenue for the second quarter of 2011 alone. Rudolph & Sletten is headquartered in Redwood City and has three other regional offices in California. Here?s a list of their projects to check out: http://www.rsconstruction.com/about-us/partnerships TJF: The loan was guaranteed AND provided by the federal government. Since the Department of Energy was a lender, it didn?t manage Solyndra?s expenses."

TJF

Reply
"Thanks. I checked some earlier articles from Bloomberg, et.al., and the loan was made by the Federal Financing Bank (an arm of the Treasury Dept.) which performs funding duties for certain Gov't guaranteed loan programs."

John Elliott

Reply

"Why does the media continue to ignore the fact that Rudolph & Sletten is a wholly owned subsidiary of Tutor Perini? Tutor Perini is controlled by a California-based investor group led by Los Angeles-based construction executive Ron Tutor and investor Richard Blum. Richard C. Blum is the husband of United States Senator from California Dianne Feinstein. Richard Blum is Chairman of the board of directors of CB Richard Ellis. CB Richard Ellis isn't on your list but they were the real estate broker on at least one of the Solyndra property deals. Ron Tutor is a known Democratic fund raiser. Why can't the media connect the dots? BLUM is the secret RAILROAD FIX behind the SOLYNDRA, TESLA and CALIF. HIGH SPEED RAIL KICKBACK and ADJACENT SOLYNDRA/TESLA shared land Railroad property. BLUM IS ON THE WHITEHOUSE.GOV WEBSITE AS THEIR TOP ADVISOR!!!!! OVER 40 CONFLICTS OF INTERESTS WITH FEINSTEIN FAMILY. OVER 100 CONFLICTS OF INTEREST WITH WHITE HOUSE AND DNC! Where are the cops in this? "

Peter Reston: This was part of an organized crime scam that money laundered cash between silicon valley Billionaires and OBAMA AND DNC:
"  - When you lay all of Tesla and Solyndra's original Department of Energy applications out on a conference table and compare what they said to what actually happened, you find the following: 1.) Hundreds of obvious lies that even the most cursory DOE due-diligence would have caught 2.) Almost every one of their suppliers had insider trading by the federal funding deciders 3.) In a true side-by-side comparison to competing applicants, there is no way they should have won. It all had to be a set-up! Even though Lachlan Seward ordered DOE documents destroyed to cover up misdeeds, many staff members did not comply. - Reporters Alliance has sent letters and emails to the following parties asking them to respond to the charges on this page. To date, not a single one of them has responded: ?Barack Obama, President ?Joseph Biden, Vice President ?Chuck Hagel, Secretary of Defense ?Sylvia Burwell, Secretary of Health and Human Services ?Jeh Johnson, Secretary of Homeland Security ?Denis McDonough, Chief of Staff ?Shaun Donovan, Director of the Office of Management and Budget ?Susan

THE BOOK OF TESLA - Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Rice, National Security Advisor ?Neil Eggleston, Counselor to the President ?Antony Blinken, Deputy National Security Advisor ?Lisa Monaco, Assistant to the President for Homeland Security and Counterterrorism ?Thomas Frieden, Director of the Centers for Disease Control and Prevention ?Katie Beirne Fallon, Director of the Office of Legislative Affairs ?Benjamin Rhodes, Deputy National Security Advisor for Strategic Communications and Speechwriting ?Jennifer Palmieri, Director of Communications ?Anita Decker Breckenridge, Deputy Chief of Staff for Operations ?Suzanne George, Executive Secretary and Chief of Staff of the National Security Council ? Rand Beers, Deputy Assistant to the President for Homeland Security ?Brian Egan, Deputy Counsel to the President ?Colin Kahl, National Security Advisor to the Vice President Feel Free To Contact Them yourself, and ask for their response: http://peterschweizer.com/wordpress

http://abrege.eu/truth

http://wp.me/P4e1uX-2FT

http://www.paybackpolitics.org

http://bit.ly/NXeOLG

https://somosnark.wordpress.com/crime-files-cargate/interactive-public-timeline-car-gate-energy-dept-scandal/

http://greencorruption.blogspot.com/

http://www.usa.gov/directory/federal/government-accountability-office.shtml

http://www.commoncause.org/site/pp.asp?c=dkLNK1MQIwG&b=4773595

http://www.gao.gov/

http://dailycaller.com/2012/10/30/as-many-as-fifty-obama-backed-green-energy-companies-bankrupt-or-troubled/

Solyndra

"Solar panel maker sealed lease, land deal"

Blanca Torres

"As if breaking ground on a massive manufacturing facility weren?t enough in 2009, Solyndra Inc. also decided to sign one of the largest industrial leases in the East Bay of the last decade. The solar panel maker has made a significant investment that will resonate not only in its hometown of Fremont, where it will eventually occupy more than 1.4 million square feet of space, but also in the Bay Area and the state. Solyndra, founded in 2005, has swiftly grown into a leader among cleantech companies. ?We looked at several cities in the Bay Area and in

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

several other states, but Fremont made the most sense for our business,? said David Miller, a Solyndra spokesman. ?The Bay Area has one of the most innovative and creative tech workforces in the world and being able to attract people with the experience from the semiconductor and other tech industries we needed to build our solar business was important.? Solyndra has also been in a hurry to expand. The company had a $2 billion backlog of contracts last year and got an infusion of cash after receiving a $535 million loan guarantee from the U.S. Department of Energy. The money for the loan was authorized under the Energy Policy Act of 2005, but was funded through last year?s federal stimulus act. That loan, combined with $198 million from an equity financing round led by Argonaut Private Equity, provided capital to buy land and build a 600,000-square-foot manufacturing facility in Kato Business Park. "


 "That facility broke ground in September. Doug Norton, a broker with CB Richard Ellis who represented seller McMorgan & Co., said the land was originally available for a build-to-suit lease, but the owner decided to make an exception and sell Solyndra the land. ?We saw that Solyndra and what they were going to build would be a positive for the city of Fremont and would enhance the value of our business park,? Norton said. A month after the land deal was inked, the company said it signed a $45 million, 12-year lease for 506,940 square feet in the Page Technology Park in Fremont, the former home of Hewlett-Packard. That facility will be used as a back-end site for the new manufacturing plant. Miller said Solyndra wanted its facilities to have access to Interstate 880, but also be within walking distance to its other properties. When the manufacturing site is up and running, the company expects to have 1,500 workers in Fremont. It currently has 1,000 worldwide. ?(Fremont) has access to several freeways, a local population of tech workers, good value for the property, room for expansion, several prestigious universities nearby,? said Miller. "

 "   Fremont city officials were pleased to have Solyndra expand when the New United Motor Manufacturing Inc. is closing and leaving about 4,700 workers without jobs, said Lori Taylor, economic development manager with the city. ?(Solyndra?s deals) are a great sign that manufacturing is alive and well,? she said."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Solyndra Lease and Land Deal

"Land location: Kato Business Park on Kato Road, Fremont. Size: 30.64 acres. Seller: McMorgan & Co. Brokers: Doug Norton and Craig Bevan of CB Richard Ellis for the seller, Owned By Richard Blum. Lease location: 901 Page Ave., Fremont. Size: 506,940 square feet. Cost: $45 million. Landlord: Overton Moore Properties. Brokers: John Olenchek of GVA Kidder Matthews for Solyndra. Greig Lagomarsino of Colliers International, Rob Shannon, Joe Kelley and Ben Knight, all of CB Richard Ellis, Owned By Richard Blum, for the landlord.

  Blanca Torres covers East Bay Real Estate for the San Francisco Business Times. Contact her at btorres@bizjournals.com or (415) 288-4960. Read her blog postings at Bay Area BizTalk.

  Industries:

  "Manufacturing, Commercial Real Estate, Environment, Energy"

# FBI Raids Solyndra Offices as Part of Probe

  "By THOMAS CATAN And DEBORAH SOLOMONSolyndra LLC, a California solar-panel maker once hailed by President Barack Obama as ""the future"" of clean energy, is the target of a criminal investigation into whether its executives knowingly misled the government to secure more than $500 million in loan guarantees, said people familiar with the matter.Agents from the Federal Bureau of Investigation on Thursday raided the company's headquarters in Fremont, Calif., seeking documents and records in the previously undisclosed federal probe.The raids were conducted at the behest of the Department of Energy, and agents from the department's inspector general's office also took part, officials said. Solyndra filed for bankruptcy protection this week, leaving U.S. taxpayers on the hook for as much as $527 million.The raids jolted Washington, where Republicans had this week criticized the White House's support for the financially stricken company. Some Democratic lawmakers also called for company executives to answer questions before Congress.The FBI raids the offices of solar-panel company Solyndra, days after it declared bankruptcy and left U.S. taxpayers holding the bag for some $535 million in federal loans. Peter Landers has details on The News Hub. (Photo: AP.)""The FBI raid further underscores that Solyndra was a bad bet from the beginning and put taxpayers at unnecessary risk,"" said Reps. Fred Upton (R., Mich.) and Cliff Stearns (R., Fla.) of the House Energy and Commerce Commitee.A Solyndra spokesman called the raid a ""total surprise"" and said he didn't know what the FBI was looking for. ""We are cooperating and giving them access to whatever they want,"" said the spokesman, David Miller.The agencies involved in the raid declined to say what the investigation was centered on. The people familiar with the matter said the company's actions in securing federal loan guarantees were the focus of thecriminal probe.On Thursday, a lone FBI agent stood in the driveway of Solyndra's stylish new main building, keeping nonemployees from entering. It was eerily quiet on the sunny campus as a handful of company security guards stood by the front doors and the only sound came from the whir of the freeway nearby. Solyndra has laid off more than 1,000 people and just 100 or so remain.The collapse of Solyndra is a pockmark for a government loan-guarantee program that

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

was created in 2005 and received billions of dollars in funding under the 2009 economic-stimulus law. The Obama administration, which pushed the program as a way of promoting renewable energy, has moved forward with it even as Solyndra, the first deal executed under the stimulus, has collapsed.A DOE spokesman said Thursday the program has ""supported a robust, diverse portfolio of more than 40 projects that are investing in pioneering companies as we work to regain American leadership in the global race for clean energy jobs.""The White House declined to comment and referred to the DOE statement. Solyndra, which shut down its plant last week and laid off around 1,100 employees, is racing to find a buyer to prevent a liquidation of its assets. The company found it couldn't survive the economic slowdown and competition from well-financed Chinese rivals, which pushed down solar-panel prices world-wide.Starting in 2009, Solyndra received $527 million in loans from a federal financing agency that were guaranteed by the Energy Department. But signs of trouble emerged shortly thereafter.In March 2010, the company disclosed that its external auditor had questioned whether it could survive.In a special note, PricewaterhouseCoopers said the company ""has suffered recurring losses from operations, negative cash flows since inception and has a net stockholders' deficit that, among other factors, raise substantial doubt about its ability to continue as a going concern.""Even so, Mr. Obama visited the company in May 2010, hailing it as a model investment by the government and a ""testament to American ingenuity and dynamism.""House Republicans have questioned whether the White House interfered improperly with the Solyndra deal. The family foundation of billionaire George Kaiser, who was a bundler for the president's 2008 campaign, invested in Solyndra.On Sept. 1, two House Republicans investigating the Solyndra deal said they had evidence the White House monitored the loan deal and communicated with the Energy Department as it was being reviewed. The White House has denied any impropriety. The House Energy Committee has scheduled a hearing on the Solyndra bankruptcy next week, and two top Democrats called for Solyndra Chief Executive Brian Harrison to testify. Reps. Henry Waxman of California and Diana DeGette of Colorado said Mr. Harrison had told them just two months ago that the company was in a strong financial position and at little risk of failing. ""At that time, he said the company was projected to double its revenues in 2011 [and] there was 'strong demand in the United States' for its shipments,"" the Democratic lawmakers wrote in a letter. ""These assurances appear to contrast starkly with his company's decision to file for bankruptcy last week."" The company has been searching for a buyer or investor to bail it out since February, when an out-of-court restructuring reshuffled its mounting debt load. Under the restructuring, the DOE agreed that in the event of a default and liquidation, the government would be paid after private creditors providing a new $69 million loan that the company said it needed to stay afloat

The deal was unusual for the U.S., which is usually the most senior creditor in any type of loan or guarantee. But government officials viewed the arrangement as a way to protect the $460 million in taxpayer funds that were already on the line, people familiar with the matter said. That gamble failed as the company collapsed anyway. On Wednesday, a bankruptcy judge gave Solyndra one month to find a buyer for its assets. ?Cassandra Sweet, Brent Kendall and Ryan Tracy contributed to this article Source "
  "  =============================== (Back then) Obama @ Solyndra: ""American inginuety and dynamism,.. embodied the entreprenuerial spirit,.."" Part 2 Uploaded by StartLoving3 on May 26, 2010 While traveling in California, President Obama visited Solyndra Inc., a solar panel manufacturer, and spoke to employees about the economy. California Governor Arnold Schwarzenegger (R) was also in attendance."

Gregory Brock | LinkedIn

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"SOLYNDRA LLC, Pacific Union International, National Semiconductor Corporation; Education: Washburn University; 107connections. Join LinkedIn and access Gregory's full profile. It's free! As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and ..."
 linkedin.com/pub/gregory-brock/29/829/b97
 linkedin.com


$535M Solyndra loan endorser Ron Klain appointed new White ...

"Obama Admin puppet who endorsed $535M scam to head-up Ebola containment efforts in U.S. By Shepard | .com. WASHINGTON, D.C. ? lawyer and Obama admin puppet, Ron , best known for his endorsement of the giant scandal, was appointed White House Ebola Czar today by President Barack Obama."
 intellihub.com/535m-solyndra-loan-endorser-ron-klain-app...
 intellihub.com

Did You Know We Already Had an Ebola Czar? - The Rush ...Y

"Ron Klain being the Ebola czar means one thing and one thing only, ... Congress authorized the money, and who knows, it probably all went to Ron Perelman or Solyndra, but it did not go anywhere it was authorized. We have no department ready to roll."
 rushlimbaugh.com/daily/2014/10/17/did_you_know_we_already_...
 rushlimbaugh.com

Ebola Czar - CNET Speakeasy Forums

Speakeasy: Ebola Czar - Read Speakeasy discussions and get tips and advice on this topic and others on CNET Forums.
 forums.cnet.com/7723-6130_102-628719/ebola-czar/
 forums.cnet.com

Obama's New Ebola Czar Was Deeply Involved in Solyndra Scandal

Skip to comments. Obama's New Ebola Czar Was Deeply Involved in Solyndra Scandal PJ Media   | 10/17/14 | PJ Tatler Posted on 10/17/2014 10:35:37 AM PDT by jimbo123
 freerepublic.com/focus/f-news/3216471/posts
 freerepublic.com

Enter the Ebola Czar | Human Events

"Responding to growing calls to appoint an ""Ebola czar"" to lead America's battle against the deadly virus, sources confirm to Fox News that President Obama plans to name Ron Klain, a longtime political hand with no apparent medical or health care background."
 humanevents.com/2014/10/17/enter-the-ebola-czar/
 humanevents.com

Ebola Czar stinks! You know we're in trouble when Piers ...

"Isn't the head of the CDC supposed to be America's 'Ebola czar' ? ? Piers Morgan (@piersmorgan) October 17, 2014. Klain served most recently as Vice President Joe Biden's chief of staff, and was one of the ""key players"" in the Solyndra scandal, according to The Washington Post."
 bizpacreview.com/2014/10/17/ebola-czar-stinks-you-know-wer...

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

bizpacreview.com

Obama Appoints Political Hack as Ebola Czar | Power Line

"Today President Obama announced the appointment of Ron Klain as his administration's ""ebola czar."" Mr. Klain is a lobbyist and long-time political operative who is currently an Obama aide and has served as chief of staff to both Al Gore and Vice-President Biden."
powerlineblog.com/archives/2014/10/obama-appoints-political...
powerlineblog.com

## Eric Schmidt's Coup: How Tesla' silent partner: Google, manipulates the news so that the truth about Tesla is hidden

"- Julian Assange warns ? Google pays more cash to politicians than any other company ? Uses secretive ?NEW AMERICA FOUNDATION? to manipulate policy ? Manipulates search engine results to favor personal interests and damage opposing interests ? Sex issues hit front page: ?Sex Penthouse?, ?Open Marriage?, Wendy Deng, etc? ? Has hired over 80 strong-arm lobbyists to pressure EVERY member of Congress. ? Made inside deal to acquire your secrets and sell them to highest bidder. Reads your email. ? Heritage and Republican SWAT groups launch ? Google-Disconnect? project to kill off their political manipulations ? Involved in secretive rogue spy outfit called: IN-Q-TEL ? Has personal ?Master Plan? considered to be ego maniacal and tone-deaf by most Americans ? Put together Silicon Valley salary fixing deal that hurt many employees ? Under investigation by over 20 countries for coordinated international tax evasion ? One Senator says: ?It?s the Smedley Butler thing all over again??   "

Google overtakes Goldman Sachs in US political donations

Sarah Mishkin in San Francisco and Gina Chon in Washington ? FOR THE FINANCIAL TIMES

?Bloomberg

Google has surpassed Goldman Sachs as a US political donor in a sign of Silicon Valley?s increasingly assertive efforts to shape policy and counter critical scrutiny in Washington.

"Google?s political action committee, NetPAC, has spent more money on political campaigns this year than Goldman, at $1.43m, just edging out the $1.4m by the bank that is famous for its political connections. That is a marked change from the last midterm election in 2010, when Google spent only a third as much as Goldman."

"Technology companies are spending big money this year to build political support as Washington debates issues critical to the sector from tax, to increasing the number of visas for skilled migrants to greater oversight of US intelligence agencies."

"While people working in the technology sector typically lean left, tech companies in the latest political cycle are increasingly donating more to Republicans or splitting their giving equally between the two parties."

"In 2010, Democratic federal candidates received 55 per cent of tech PAC contributions, while Republicans received 45 per cent, according to data from the Center for Responsive Politics. In 2014, as the right looks to solidify its control of the House of Representatives and possibly take control of the Senate, Democrats received 48 per cent to the Republicans? 52 per cent. ?The executives of those companies may not always agree with Republicans on social issues, but for a lot of them, at the end of the day, business is business,? said Reed Galen, a Republican consultant based in California. Republicans? bias towards low regulation appeals to leaders of a

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

sector that often launches new products, such as drones or disappearing photo sharing apps, faster than regulators can keep up. Tech and internet donors have given almost $22.5m so far in the 2014 election cycle, according to the CRP. That still pales in comparison to the $121m donated by the securities and investment industry, where the close ties between Wall Street and Washington earned Goldman the nickname of ?Government Sachs?. However, it is part of a broader build-up of the tech industry?s presence in Washington."


  "Twitter formed a PAC in August 2013, while Yelp did the same at the end of last year. Companies such as Uber and Apple, which do not have PACs of their own, are spending much more heavily on lobbyists. Younger tech companies are increasingly taking their place alongside traditional players such as Intel and Oracle in their lobbying efforts. And while 2010s donations were dominated by Microsoft, today?s donations come more evenly from a wider base of companies."


  "Google says its NetPAC contributions are decided by a bipartisan group of senior executives. The factors affecting donations, according to the company?s transparency statement, include candidates? ?commitment to an open internet?, their leadership roles, and seats they may hold on committees considering legislation relevant to the company."
  "The executives of those companies may not always agree with Republicans on social issues, but for a lot of them at the end of the day business is business- Reed Galen, Republican consultant"


  "Bob Goodlatte, a Republican congressman from rural Virginia, is one of the legislators most closely watched and most heavily funded by Silicon Valley. He is chairman of the House Judiciary Committee, which is discussing reform of the National Security Agency?s surveillance programmes, as well as immigration and intellectual property issues."


  "As such, Mr Goodlatte deals with issues of deep concern to technology companies, who want more skilled engineers, an improved patent system, and reassurances that US intelligence agents are not hacking into their data centres. In the House, he has raked in more money from the tech industry than anyone but John Boehner, the Republican speaker, according to data from the CRP. Among the donations to Mr Goodlatte?s campaign: $10,000 each from the political action committees of Google, Microsoft and Intel, plus additional donations from employees and executives of those and other companies. The donations this cycle have largely flowed to a few candidates such as Mr Goodlatte who sit on key committees, as well as the two parties? national organisations and candidates seen as up-and-coming leaders or potential presidential contenders, such as New Jersey Senator Cory Booker."


  "Mr Booker, a Democrat who once received funding from Google?s chairman Eric Schmidt for a start-up, is the single largest individual recipient of donations from the sector, having been given $364,450 this election cycle so far. Rohit Khanna, a Democratic contender for Congress from the district that includes Silicon Valley itself, has also raised substantial funding. Both men are seen as strong supporters of the industry."


  "Companies and executives also gave heavily to Republican Senator Marco Rubio of Florida, who had, until recently, been pushing for reform to immigration. Tech companies hope such reform could lead to more visas for foreign engineers. Facebook?s PAC, as well as its founder Mark Zuckerberg, donated heavily to Mr Rubio, as did Microsoft chairman Bill Gates, and Tesla founder Elon Musk."


  "Tech company employees tend to donate to Democrats, according to the Sunlight Foundation, a non-partisan non-profit group that supports government transparency. Nearly all the top recipients of donations from Google employees were Democrats, with the exception of Mr Goodlatte and Representative Darrell Issa, a Republican from southern California who sits on the House Judiciary Committee?s subcommittee for intellectual property and the internet. The breakdown for other companies is similar. However, many in Silicon Valley, such as PayPal co-founder Peter Thiel, lean libertarian, and libertarian Senator Rand Paul has been a frequent visitor to the Valley to drum up support and money for a possible presidential campaign in 2016. Donations have also poured in from techies to an iconoclastic PAC devoted to reducing the influence of money on politics. The PAC, named Mayday,

THE BOOK OF TESLA - Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

is being run by noted Harvard technology law professor Lawrence Lessig, an advocate of campaign finance reform. Employees of Google and their family members have donated over $100,000 to Mayday, making it one of the most popular recipients of their donations."

 Related Topics

 "US midterm elections,"

 "United States of America,"

 "Apple Inc,"

 "Google Inc,"

Goldman Sachs Group Inc

 VIDEOS ON THE SMEDLEY BUTLER INVESTIGATION (CLICK HERE)


  OH THOSE WHACKY BILLIONAIRES (CLICK TO WATCH)


 "SILICON VALLEY UNDERCOVER, PART 1 (CLICK TO WATCH)"


 "SILICON VALLEY UNDERCOVER, PART 2 (CLICK TO WATCH)"


 "SILICON VALLEY UNDERCOVER, PART 3 (CLICK TO WATCH)"


 How Google?s Search Rankings Could Manipulate Elections and ?

 How Google Could End Democracy Research suggests that Google has the power to manipulate elections around the world. Search rankings can have a powerful effect on voters.
 usnews.com/opinion/articles/2014/06/09/how-googles-s?
 usnews.com

 BBC News ? Could Google manipulate elections?

 "He estimates that this kind of tampering could be decisive in any election within a 2.9% margin. Even if Google never intentionally tries to influence elections, he adds, its search algorithms could be tilting the playing field toward one candidate, party or ideology."
 bbc.com/news/blogs-echochambers-27785535
 bbc.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Could Google tilt a close election? ? The Washington Post

Craig Timberg covers technology for The Washington Post. Google?s motto is ?Don?t be evil.? But what would it mean for democracy if it was? That?s the question psychologist Robert Epstein has been asking in a series of experiments testing the impact of a fictitious search ?
washingtonpost.com/opinions/could-google-tilt-a-close-electi?
washingtonpost.com

Local elections ? Overnight results | Politics | The Guardian

The Conservatives lost control of several authorities after Ukip swiped high numbers of seats. ? Bristol city council remains as no overall control. The election count for Bristol city council. Photograph: Rod Minchin/PA. Facebook. Twitter. Google plus. copy link text expand. share. Share this ?
theguardian.com/politics/blog/2014/may/22/local-election-?
theguardian.com

How Facebook Can Manipulate the November Election

"Years ago already, Google censored sites such as The New Media Journal, Michnews.com, ? So will the next election be won via social-network sleight of hand? Tragically, you may never know. More in this category:

thenewamerican.com/usnews/politics/item/18912-how-facebook-c?
thenewamerican.com

Google Elections

"Google offers a range of free tools that news organizations can use to enhance your own coverage of this fall?s elections, drive traffic and increase engagement with readers, viewers and listeners."
sites.google.com/a/pressatgoogle.com/googleelections/
sites.google.com

Security fears over Election Commission-Google tie-up ? The ?

Google and EC have reportedly entered into an agreement under which the internet giant will help EC to manage online voter registration and facilitation services ahead of the 2014 Lok Sabha elections. NEW DELHI: A group of cybersecurity experts have questioned the Election Commission ?
timesofindia.indiatimes.com/india/Security-fears-over-Election-Commis?
timesofindia.indiatimes.com

Google To Help Election Commission In 2014 Polls

Bangalore: Registration information which is used to control who votes is made easy with Election Commission of India tie-up with search giant Google even before the political alliance yet to gear up for the 2014 polls.

siliconindia.com/news/technology/Google-To-Help-Election-C?
siliconindia.com

Google?s Secret Search Algorithm Could Manipulate the Results ?

A study indicated that manipulating Google results could influence how people view political candidates. Does this threaten the very structure of democracy?
mic.com/articles/49035/google-s-secret-search-alg?

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

mic.com

Losing Control: Presidential Elections and the Decline of ?

"For the past forty years, despite the efforts of reformers, American democracy ? particularly concerning presidential elections ? has been characterized by a movement away from the involvement and influence of ordinary Americans to a system dominated by special interests, media consultants, and
books.google.com/books/about/Losing_Control.html?id=9uATT4?
books.google.com

Can Google Influence an Election? | Eric K. Clemons

"Google is a gatekeeper, with the ability to decide what you can easily find and what you cannot. ? Google?s ability to influence an election is scary because they have an agenda, they already have power, and they already have used their power."
huffingtonpost.com/eric-k-clemons/google-election-2012_b_195?
huffingtonpost.com

"Getting The US Election Results From Google, Bing & Yahoo"

"Who?s winning in today?s US presidential election between Barack Obama and Mitt Romney? Who?s ahead for the many House of Representatives and US Senate seats that are up for grabs? Who won in the many state and local elections happening? The major search engines of Google, Bing and Yahoo have"
searchengineland.com/us-election-results-google-bing-yahoo-138963
searchengineland.com

New Site Helps You Control Google Search Results for Your Name

Google?s Voter Information Tool hopes to make Election Day a ?

"It?s election season and Google is doing its part to help you ?rock the vote.? No, the search kingpin isn?t endorsing a specific candidate, instead it?s doing what it does best ? help people search the internet for information. The company?s open source Voter Information Tool is
engadget.com/2012/10/30/google-voter-information-tool-?
engadget.com
Video: Congress Fears Out of Control Obama Could Suspend ?Your browser indicates if you?ve visited this link

"Specifically, Rep. Trey Gowdy from South Carolina has now publicly raised fears that Obama could go ahead and suspend election laws in order to maintain control of the presidency. ? Google Plus Profile Anthony Gucciardi is the creator of Storyleak,
storyleak.com/video-congress-fears-control-obama-suspen?
storyleak.com

Google Is Evil | WIRED

Google?s history of anti-social social networks and anti-trust trust relations that deceptively breach online consumer privacy and trust has already begun to threaten its longstanding web hegemony and its vaunted brand.

wired.com/2012/06/opinion-google-is-evil/
wired.com

Is Google Evil? 12 Incriminating Facts ? MainStreet

THE BOOK OF TESLA, Copyright orig. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Google wants to be seen as a benevolent business, but do their actions really match up with that image
mainstreet.com/slideshow/google-evil-12-incriminating-facts
mainstreet.com

Google?s Broken Promise: The End of ?Don?t Be Evil?

"In a privacy policy shift, Google announced today that it will begin tracking users universally across all its
services?Gmail, Search, YouTube and more?and sharing data on user activity across all of them. So much for the
Google we signed up for. The change was announced in a blog post today"
gizmodo.com/5878987/its-official-google-is-evil-now
gizmodo.com

Why Google Really is Evil | Fox Business

"Forget the NSA ? it?s Google you should be worried about. Fox News; Fox Business; Fox News Latino; Fox
Business Go; Fox News Radio; Fox Nation; Fox News Insider; ? there?s even more evidence that Google is the
most evil tech company since Microsoft was,
foxbusiness.com/technology/2014/01/17/why-google-really-i?
foxbusiness.com

"Google, Evil or Not: Your Best Arguments ? Lifehacker"

"Not Evil: As a Big Company, They?re Always Going to Offend Someone. One thing many of you pointed out is
that Google?s come under more scrutiny about the evil banner because they?ve gotten a lot bigger since they
made that original motto."
lifehacker.com/google-evil-or-not-your-best-arguments-15?
lifehacker.com

Why Google Is Evil | Ira Israel ? The Huffington Post

"Google had a wonderful search engine but unfortunately has become some sort of perverse game that we are all
forced to play. And while the people at Google and their shareholders continue to earn billions, small businesses
like mine suffer?."
huffingtonpost.com/ira-israel/why-google-is-evil_b_3716786.html
huffingtonpost.com

Google Is a Necessary Evil ? Bloomberg View

"The growing European backlash against Google, reflected in the European Commission?s rejection of the
search giant?s antitrust settlement and a German minister?s request for it to reveal its search algorithms, suggests
it?s hard to regulate Google in a way that increases, rather than reduces, its"
bloombergview.com/articles/2014-09-18/google-is-a-necessary?
bloombergview.com

"Don?t be evil ? Wikipedia, "

"?Don?t be evil? is the formal corporate motto (or slogan) of Google. While there have been unsourced
allegations that Google dropped this motto, particularly in light of privacy violations, it remains at the head of
Google?s corporate Code of Conduct. It was first suggested either by Google
en.wikipedia.org/wiki/Don?t_be_evil
en.wikipedia.org

What Is ? Evil ? to Google ? ? Yahoo Finance

"From Yahoo Finance: Employees enjoying lunch at the Google headquarters in Mountain View, California Last week, another distasteful use of your personal information by Google came to light : The company plans to attach your
finance.yahoo.com/news/evil-google-181200089.html
finance.yahoo.com

David Byrne ? Google is Evil ? Todomundo!

"Other forums suggest Google is ?forcing? us to store stuff in the Cloud, presumably where they can get at all our data and then market it to advertisers."
davidbyrne.com/google-is-evil
davidbyrne.com

BBC ? Future ? Is Google autocomplete evil ?

"The way Google finishes our sentences during internet searches is corrupting our thoughts, says Tom Chatfield."
bbc.com/future/story/20131106-is-google-autocompl?
bbc.com

Can We All Just Admit Google Is An Evil Empire? ? Co.Labs ?

"In fact, the notion of what is meant by that phrase has always been a slippery one when used in discussion about Google, but to Google itself, what constitutes as ?evil? has always been clear: Evil is what Google says it is."

fastcolabs.com/3024789/can-we-all-just-admit-google-is-a?
fastcolabs.com

What Is ?Evil? to Google ? ? The Atlantic

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Employees enjoying lunch at the Google headquarters in Mountain View, California. Last week, another distasteful use of your personal information by Google came to light: The company plans to attach your name and likeness to advertisements delivered across its products without your permission."

theatlantic.com/technology/archive/2013/10/what-is-evil-t?

theatlantic.com

Original Founders blog about the conspiracy that stole their company in order to turn it into a tax dollar scam

"Steve Parker- We're all entitled to an opinion (last time I checked ... the Supreme Court hasn't changed that yet, have they?), but the co-founder of Tesla,  Eberhard, and other ""Tesla Founders"", have a thing or two to say about Tesla on their blog. Even though going to that blog today has this message from Eberhard about some specific entries of his: ""This blog entry has been taken down at the strong request of Tesla?s management. By taking it down, I am in no way admitting that anything I wrote was in violation of any agreement I signed with Tesla Motors, and I stand behind the truth of what I wrote. But it was explained to me that Tesla and its financial backer(s) can spend far more than I can on a lawsuit? Most of the comments on this blog entry have also be taken down; sorry for the inconvenience"", we at SteveParker.com have found the original postings by Eberhard and others (Tesla can't fire us); the numbers of those fired by Tesla are between 26 and 40, depending on the source, and offices in Detroit and possibly Washington, DC, have been shuttered. With all that, here's what at least some of the ""Tesla Founders"" have to say: ?As you may have heard, the ax has been steadily chopping away at Tesla. I don?t pretend to understand the choices being made and honestly wouldn?t even be surprised to learn if I was next on the list. At this point, I?m not even sure if that would necessarily be a bad thing.? ?The company has changed so tremendously since I started. It?s very secretive and cold now. It?s like they?re trying to root out and destroy any of its heart that might still be beating.? ?I came to Tesla with a great deal of optimism to work for a company with a noble purpose that had a real chance to make a difference in the world. That sense of mission and hope generated incredible energy and determination to overcome the many challenges of producing a great EV. This energy has been drained by the cold, irrational bloodletting that has been going on there. Everyone understands necessary, rational cost management actions in startups, but this was neither necessary nor rational. No thought has been given to the immediate and long term impact on the future of Tesla. Entire departments are stumbling around stunned, bleeding, and headless.? (Photo - California Arnold Schwarzenegger and Tesla's Martin Eberhard give Tesla the ""walkaround"" treatment at a Santa Monica, CA, media event in 2006). ?It is a damn shame about Tesla. I once again spent the day dreading the words, ?Did you hear?? Today I  heard that both Wally Rippel and [REDACTED1] are now gone. I just don?t know what they?re thinking. [REDACTED2] referred to it as a ?stealth bloodbath.? It?s next to impossible to concentrate and actually get anything done. And the real insult in my mind is that they have the nerve to host the holiday party this Saturday. It?s going to be more like a wake(!)? ?The atmosphere at Tesla Motors has been suffering for the last couple of months as the new management have slowly squeezed the life out of engineering. The way in which the layoff/reduction-in-force/firings have been handled is one almighty cluster cabbage. In a stroke of pure genius, the two HR folks were the first to go, leaving nobody to turn out the lights. Only after they left the building did they realize that now there was nobody to write the termination letters. Like I said, pure undiluted genius.? ?Sadly - and I do mean this - I am not sorry to leave. The culture that Martin and Marc created is gone. The car is nice, but every day in the office was like a visit to the dentist, not knowing what was going to happen next. Enough. I have moved on.? ?Unfortunately, the company that I used to love has changed drastically. If I were to pin point a critical turning point, it would be the day when you were pushed aside. Until then, it was not so obvious how Tesla Motors was really Martin Eberhard?s company. After you were gone, I think the spirit and the character of the company went with you. It was surprising how quickly it happened. Yes, there were technical and operations delays for sure, but these could have been better managed and, to a certain extent, anticipated since what you have started was a major paradigm shift in the industry. It was well understood that a revolutionary movement always comes with major challenges and costs. What Tesla has now become is a mere profit-loss centric company?and with a poor chance of making even that?unless someone absorbs it for its remaining core value that you have left behind. Tesla lost its true evangelist and the leader..?  (end of blog quotes)"" So, what do you think happened at and/or to Tesla Motors? One thing we can probably rule out, and that's the forming of Tesla to rip-off people's money. Even though the company demanded (and got) 100% down-payments of $100,000, or more, from each potential buyer just to get on a list of those wanting a car, the founders of Tesla already had tens and maybe hundreds of millions of their own dollars; many of them came to Tesla after retiring at young ages from their

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

various Silicon Valley success stories. That's where the mystery deepens, the part of the story when people shake their heads and force themselves to wonder: Was Tesla simply the modern iteration of what used to be called ""planned obsolescence""? Were the Tesla EVs always destined for the dump, their real purpose to ""prove"" to the world that even the money and minds of Silicon Valley are unable to build and market an EV? These and other questions will probably never be satisfactorily answered.

Did Tesla really pay back their loan? NOT ACTUALLY.. Taxpayers are STILL paying for it      "By Paul Czonga Investors Bluesheet Did Tesla really pay back their loan? Not actually! Through a series of tricky Wall Street/Crooked Bank paper shuffling, obscure, shady smooth talking dances Tesla is now claiming that it has ""paid back the money"" and ""made America proud"". This is a joke. They used slipped milestones, readjusted values, cooked books, and insiders to ""pay back"" the loan that they got for free in the first place. The caused billions of dollars of damage to the auto industry, overall domestic jobs, raped huge profits on skims and personal special fees and personal payments. That is money and cost that is still owed to America. When the details from 2007 to today come out in the communications between all of the players. The truth will be very apparent. Tesla should not be proud, it should be ashamed.
================================================================================
=========== Tesla Repays $465-Million DoE Loan, Chrysler Bites Back At Claim By John Voelcker | HighGearMedia.com, Published: May 23 Ah, politics. Yesterday, Tesla paid off the balance of its U.S. government loan, using proceeds from its $1 billion-plus offering of stock and warrants last week, as CEO Elon Musk had said Monday it would in a tweet. The amount settled yesterday was $451.8 million, following installments paid by Tesla last year and in the first quarter of this year. Loans to Ford, Nissan, Tesla The company had been granted $465 million in low-interest loans by the U.S. Department of Energy in June 2009, through its advanced technology vehicle manufacturing program. Other carmakers who got loans included Fisker ($532 million, of which only $192 million was disbursed), Ford ($5.9 billion), and Nissan ($1.6 billion). Musk thanked the DoE ""and the members of Congress and their staffs that worked hard to create the ATVM program,"" in a release yesterday, with special appreciation to ""the American taxpayer from whom these funds originate."" ?I hope we did you proud,"" he concluded. Out from under So Tesla Motors [NSDQ:TSLA] is now out from under the shadow of U.S. government investment. By paying off the loan early, Tesla also precluded the government from sharing in the current appreciation of its stock. Warrants for the DoE to acquire Tesla stock would not have kicked in until later in the loan term, as at least one critic points out. The DoE issued a grateful press release as well, saying Tesla's repayment highlights the ""strength"" of its loan portfolio and noting that losses to its total $34 billion portfolio of loans across many programs represent only about 2 percent to date. Like any other carmaker selling plug-in electric cars, it continues to benefit from Federal income-tax credits of $2,500 to $7,500 offered to its buyers. And it also earns additional money selling Zero-Emission Vehicle (ZEV) credits to other makers who buy them to comply with California state regulations requiring them to sell a certain number of vehicles that have no tailpipe emissions. Only carmaker to repay? But Tesla took it a step further, saying in its release, "" Following this payment, Tesla will be the only American car company to have fully repaid the government."" That generated a swift response from Chrysler, which issued this statement late last night: The information is unmistakably incorrect. It?s pretty well-known that almost exactly two years ago--May 24,2011--Chrysler Group LLC repaid (in full and with interest) U.S. and Canadian government loans more than six years ahead of schedule. Question: short memory or short-circuit? Chrysler's closing sentence contains a pun that one might expect from the Detroit maker most hostile to plug-in electric vehicles (despite the excellence of the Fiat 500e it built as a compliance car). But is Chrysler's claim accurate? Yes and no. There was that bailout... The company did pay off $7.6 billion in loans that were part of the U.S. government's overall bailout of the company, control of which was essentially passed to Italy's Fiat. But as numerous commentators pointed out at the time, the U.S. government still lost money on the Chrysler bailout. When Chrysler filed for bankruptcy in 2009, Obama administration forgave more than $4 billion of debt from the $13 billion it had put into the company. So while Chrysler did technically pay off the government loans owed by the post-bankruptcy Chrysler, the U.S. government still lost billions of dollars on its investment in Chrysler. Tesla's release includes a sentence noting that the DoE's ATVM program ""is often confused with the financial bailouts provided to the then bankrupt GM and Chrysler, who were ineligible for the ATVM program, because a requirement of that program was good financial health

"GLUT OF INVESTIGATION LINKS ON INTERNET: EVERYBODY KNOWS IT WAS CORRUPTION,

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

YET FEW ARRESTS."  A huge number of investigations and expose sites are on the web yet nobody in Washington is arresting people. Why? (Hint: How do you spell C O V E R U P ?)

http://www.gao.gov/search?q=atvm&facets=a%3A1%3A%7Bs%3A16%3A%22tx_agency_0_term%22%3Bs%3A20%3A%22Department+of+Energy%22%3B%7D&search_type=Solr
http://detroitelectricvehicleblockade.weebly.com/
http://greencorruption.blogspot.com/
http://www.usa.gov/directory/federal/government-accountability-office.shtml
http://www.whistleblower.org
http://tinyurl.com/badteslamotors
http://www.commoncause.org/site/pp.asp?c=dkLNK1MQIwG&b=4773595
http://www.gao.gov/
http://dailycaller.com/2012/10/30/as-many-as-fifty-obama-backed-green-energy-companies-bankrupt-or-troubled/
"http://www.voxeu.org/article/green-policy-and-corruption http://energymakesamericagreat.org/green-energy-crony-corruption-scandal http://www.carandsenatormovie.com/ http://atvmdoe.wordpress.com/
http://www.hbo.com/movies/too-big-to-fail/index.html http://en.wikipedia.org/wiki/Inside_Job
http://abcnews.go.com/Blotter/obama-administration-solyndra/story?id=13640783#.UcXaSqnn-M8
http://www.publicintegrity.org/environment/energy/solyndra http://michellemalkin.com/?s=solyndra
http://articles.chicagotribune.com/2011-09-18/news/ct-met-kass-0918-20110918_1_solyndra-loan-guarantee-obama-fundraisers-obama-white-house http://www.bloomberg.com/news/2011-09-12/obama-team-backed-535-million-solyndra-aid-as-auditor-warned-on-finances.html
http://articles.washingtonpost.com/2011-12-25/politics/35285986_1_solyndra-obama-administration-politics
https://www.fbi.gov/detroit/press-releases/2012/new-multi-agency-public-corruption-task-force-formed
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/
http://www.campbell.house.gov/index.php?option=com_content&task=view&id=2224&Itemid=73
https://en.wikipedia.org/wiki/Political_corruption and, literally, thousands more. Just search all of the keywords on the top 5 biggest search engines..."

Elon Musk shamed by Audi Commercial            "After pushing everyone to think that the character in the Iron Man movies was based on him, Musk, the take-over founder of Tesla, was shamed this week to see that the new TV commercials promote Iron Man driving Tesla's arch competitor: Audi!!!! Besides getting his whole house and career destroyed in the new Iron Man movie, this has to be rather a fine turn of

My FOIA request for the Beele AFB OSI investigation report into the suspicious death of my brother, Clean-Tec CEO Gary D. Conley, on January 7th, 2013, has still not been released. OSI spokesman insinuated suicide day after body found before investigation even began. Ref DNGC SEE STORY LINK - ABOVE - Family and friends don't believe claim it was suicide - Associates and friends of Gary are pleading for help with the case at: http://thegaryconleycase.weebly.com - Death site ringed with surveillance cameras, yet no video has emerged - Conley witnessed hundreds of billions of dollars of Silicon-Valley-to-White-House and Silicon-Valley-To-Feinstein Cleantech campaign conduiting situations - Over two hundred billion dollars of taxpayer money involved. Half ended up in China, half ended up in certain Senators and Goldman Sachs pockets - FOIA responses stifled - Pressure by Silicon Valley tech execs to ""not make trouble"" - Did White House staff or their billionaire Silicon Valley VC's backers order a ""hit

Gary Conley - Forbes - Information for the World's Business ..

"Gary Conley. Follow Following Unfollow. At a Glance. Chairman of the Board/Director, EnergyConnect Group Inc; Age: 49; Profile. Gary D. Conley was elected as a director in December 2005 and as our Chairman of the Board in September 2010. ... Forbes Global CEO Conference; Forbes CIO Summit ..."

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

forbes.com/profile/gary-conley/
forbes.com

"Gary D. Conley - Executive Bio, Compensation History, and ..."

"View Gary D. Conley, Founder and Chairman of the Board at SolFocus, Inc., San Jose, CA, executive profile on Equilar Atlas to see current salary at SolFocus, Inc. and compensation history from EnergyConnect Group, Inc., ... CEO and Board Member, ..."
people.equilar.com/bio/gary-conley-energyconnect-group/salar...
people.equilar.com

Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot ...

"Gary D. Conley, 52, whose most recent corporat... October 10, 2014 Huffpost San Francisco. Edition: U.S. Show/Hide. Brasil BR; Canada CA; Deutschland DE; Espa€a ES; France FR; ... Microsoft CEO Tells Women To Trust The System And Not Ask For Raises 0;"
huffingtonpost.com/2013/01/08/gary-conley-dead_n_2431754.html
huffingtonpost.com

Gary D. Conley on Merging Technology - Video DailymotionY

Gary D. Conley on Merging TechnologyThe Asia Society ... GameDesk CEO Lucien Vattel: Knowledge Isn't Power By FORA TV. 4 views . 01:50 Ruth Bader Ginsburg Champions the Equal Rights Amendment By FORA TV. 19 views . 03:43 Mayor ...
dailymotion.com/video/xgkpsq_gary-d-conley-on-merging-tec...
dailymotion.com

"EnergyConnect Group, Inc. Appoints Gary D. Conley Chairman ..."

"EnergyConnect appointed Gary D. Conley chairman of the board. Conley first joined the EnergyConnect board as a director in December 2005. ... where he remains chairman and acted as CEO until 2009. Prior to 2005, Conley was CEO of GuideTech, ..."
businesswire.com/news/home/20100922005465/en/EnergyConnect...
businesswire.com

Mark Crowley takes over as SolFocus CEO | PV-Tech

"SolFocus has announced its replacement of former CEO Gary D. Conley with company president Mark Crowley. ... Conley, founder of the company, will continue as chairman of the board. ""This is an exciting time to be taking the helm of SolFocus,"" said Mark Crowley, SolFocus CEO."
pv-tech.org/news/mark_crowley_takes_over_as_solfocus_ceo
pv-tech.org

"Conley, Gary | US-China Green Energy Council"

"Gary D. Conley is CEO and Chairman of SolFocus, Inc., ... Mr. Conley was CEO of GuideTech, ... mentoring, and leveraging the capabilities in others. Mr. Conley raised $600K in angel financing, grew revenues and won $3M VC funding for FlyteComm, ..."
ucgef.org/en/bio/gary-conley
ucgef.org

"Did a Silicon Valley VC have a ""Clean-Tech"" whistleblower ..."

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Gary D. Conley, Stan Myers, Rajeev Motwani, Forrest Timothy Hayes, James D Johnston, ... Gary Conley, CEO of SolFocus, ... An examination of her life, the case and her suspicious death."
 corruptionnewsdc.com/silicon-valley-vc-clean-tech-whistleblowe...
 corruptionnewsdc.com

Gary D. Conley for ENERGYCONNECT GROUP INC (ECNG)

"Gary D. Conley was elected as a director on December 13, 2005. Mr. ... Mr. Conley was CEO of GuideTech, a manufacturer of semiconductor test equipment from July 2003 to February 2005. Prior to that, ..."
 wikinvest.com/stock/Energyconnect_Group_(ECNG)/Gary_Conley
 wikinvest.com

Concentrator photovoltaic technologies: A video interview ..

"Concentrator photovoltaic technologies: A video interview with Gary D. Conley. Concentrator photovoltaics hold the promise of electricity costs equal to or below traditional sources. ... Gary D. Conley is CEO of SolFocus (Palo Alto, CA), ..."
 spie.org/x8406.xml
 spie.org

"Solfocus Inc., Gary D. Conley, gconley@solfocus.com"

"Gary Conley: Chmn., CEO: Available; Steve Horne: CTO: N/A : Bob Raybuck: VP - Finance, Administration: Available; Eugenia Corrales: VP - Engineering: N/A Company Size Sales Range: Below 10 Millon: Employee Range: Below 25 TO SEE ..."
 walkersresearch.com/profilePages/S/Solfocus_Inc.asp
 walkersresearch.com

Are Corrupt Billionaires Trying to Take Over Washington ...

"... relative to DOE & TARP cash distributions, is highly, highly suspicious when it is graphed out on a matrix chart. ... Elon Musk - CEO ... Gary Conley: Stion: Menlo Park: www.stion.com: Chet Farris: SunDiode: Santa Clara:"
 scandal-sheet.com/ripsheet-tv-investigation-videos/videos-c...
 scandal-sheet.com

"Archive News & Video for Wednesday, 22 Sep 2010 | Reuters.com"

"Federal Bankruptcy Court Orders Meruelo Maddux Properties, Inc. and Its CEO Richard Meruelo to Retract the 'Substantially Inaccurate' September 9, 2010 Press Release 8:02PM UTC. ... Timing of Goldman case ""suspicious"": SEC watchdog 7:08PM UTC."
 reuters.com/resources/archive/us/20100922.html
 reuters.com

How Much Do TPAs Need To Do When the Trustee is A Crook?

"PPI suspected that the plan trustee and CSA's CEO, Levi Carey (""Carey""), was not depositing the employees ... The theory relied upon case law imposing a broad duty upon fiduciaries to investigate suspicious activity of another fiduciary's management activities that threaten funding ..."
 drinkerbiddle.com/resources/publications/2000/how-much-do-t...
 drinkerbiddle.com

"News and Events | Farmers' Electric Cooperative, Inc."

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"... Cooperative Financial Professional Certificate Program and the National Rural Electric Cooperative Association's New CEO Orientation. ... Anyone who sees suspicious activity around substations, ... Gary D & Kristina L Eastley, Norborne; Hoskins, Rebecca B Wright, ..."
fec-co.com/news-and-events/
fec-co.com

Poverty and Power: The Problem of Structural Inequality

American poverty. and Dalton Conley's Being Black. stocks. to the neglect of wealth. and a secure economic future ... quality child care. the top CEOs of the largest U. finally raised 70 ... One good reason to be suspicious about the cultural theory is it purports to ...
scribd.com/doc/80753203/Poverty-and-Power-The-Proble...
scribd.com
More Links...

U.S. - China Green Energy Conference - FORA.tv | Gary D. Conley

"Gary D. Conley is CEO of SolFocus (Palo Alto, CA), a company dedicated to providing solar energy generating capability at a cost equal to or better than traditional electrical generation. Conley talks about his company's concentrator photovoltaic (CPV)..."
fora.tv/2008/04/18/US-China_Green_Energy_Conferen...
fora.tv

"Gary Conley BMSE, PE, MBA, | LinkedIn | CEO"

"Join LinkedIn and access Gary Conley BMSE, PE, MBA,'s full profile. Business Development Manager at Honeywell Aerospace. President at International Integrated Systems. CEO at Trace Engineering."
linkedin.com/in/gconley
linkedin.com

# Don't look so smug: Your Tesla might be worse for the environment than a gas car

"Don?t look so smug: Your Tesla might be worse for the environment than a gas car By Peter Braun | November 14th On a recent drive from Portland, Oregon to Seattle, I stopped for gas near one of Tesla?s new Supercharger quick-charge stations. While my car was filling with liquefied dinosaurs, I happened to overhear two Tesla owners chatting while they topped off with electrons. They were clearly preening to one another about their cars, brimming over with smugness. And, at least in theory, they had every reason to be. Electric cars, and for that matter hybrids, have been marketed in no small part on the good karma you accrue for owning one. ?Buy an electric car and save the world!? But just how smug should those Tesla and other EV drivers be? I wanted to find out. And the answers just may take Tesla, Volt and Leaf owners down a notch. In the last year, a number of important studies tracking the environmental cost of EVs, and particularly lithium-ion batteries, have come out. What these studies have shown is that the environmental gap between internal combustion and electric power is not as wide as we want it to be, and that, regardless of carbon footprint, the process of making lithium-ion batteries leaves a lot to be desired. Where did that battery come from? Carl Sagan is famed for saying, ?We live in a society exquisitely dependent on science and technology, in which hardly anyone knows about science and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

technology.? He could have been talking directly about lithium-ion batteries. Chances are you are sitting within three feet of something that uses lithium-ion technology, heck you are probably reading these words thanks to lithium-ion batteries. Yet, not that many people really understand what goes into them. So how do they work? Like any battery, lithium-ions work by creating a flow of current (electrons) between a positively charged (missing electrons) cathode and a negatively charged anode (extra electrons), through a conductive electrolyte. Lithium makes a great battery because it is both very conductive, making it a good electrolyte, allows for extremely high electrical potential. And of course, because this electrochemical reaction is reversible, the batteries are readily rechargeable. tesla charging As great as lithium is for batteries, it has a dark side as well: The stuff is downright nasty. Lithium is flammable and highly reactive, as anyone who has seen photos of burning a Tesla can attest, but that?s the least of our worries. The EPA has linked the use of extremely powerful solvents in the creation of lithium electrolytes and cathodes to everything from cancer to neurological problems. Specifically, the cobalt used in the creation of the most energy dense lithium-ion batteries is poisonous and extremely carcinogenic. Pulmonary, neurological, and respiratory problems have all been connected to cobalt exposure. A good rule of thumb is that any industrial process that makes liberal use of the word ?slurry? is not good for pandas, or for that matter people. And, boy, does slurry come up a lot in the battery-making process. Other combinations of lithium are not as bad, but none is exactly good. The lithium-iron phosphate used in lower energy density batteries is better in terms of its carcinogenic effect, but might be worse in terms of the impact on the biosphere. Is it getting hot in here? Clearly then, EVs and plug-in hybrids have environmental costs. What effects however, do lithium-ion batteries have on John Q. Polar Bear? Well, a recent study from Norway looked at the global-warming potential of the complete lifecycle of EVs, from mining to recycling. Previous studies hadn?t accounted for the energy-intensive process of building EVs, and missed the point: They?re not that much better than gasoline cars. The best outcome for EVs was a 24-percent improvement in global-warming potential over the average gas powered car, and between 10 percent and 14 percent over diesel. These numbers are nothing to sneeze at, but they change radically depending on the source of electricity that EVs are powered on. EVs that depend on coal for their electricity are actually 17 percent to 27 percent worse than diesel or gas engines. The above numbers rely on the European power mix, which more heavily favors nuclear, hydroelectric, and renewable sources of energy than other parts of the world. The global warming potential for EVs that rely on natural gas ? generally considered to be the cleanest fossil fuel ? show an improvement of only 12 percent over gasoline, and break even with diesel. Most alarming, EVs that depend on coal for their electricity are actually 17 percent to 27 percent worse than diesel or gas engines. That is especially bad for the United States, because we derive close to 45 percent of our electricity from coal. In states like Texas, Pennsylvania, and Ohio, that number is much closer to 100 percent. That?s right folks; for residents of some of the most populous states, buying an EV is not only toxic, it?s warming the planet more than its gas-powered counterparts. With cars that supposedly generate ?zero tailpipe emissions,? how are these pollution numbers even possible? The simple answer is that as well as being messy to produce; battery production requires a tremendous amount of electricity. The initial production of the vehicle and the batteries together make up something like 40 percent of the total carbon footprint of an EV ? nearly double that of an equivalent gasoline-powered vehicle. tesla charging station The high initial carbon footprint of an EV can be offset when the car is powered by environmentally friendly energy sources like hydroelectric or wind. Unfortunately, when that same EV is powered by electricity generated from fossil fuels, the initial energy cost of EV production can?t be overcome and outweighs gasoline and diesel-powered vehicles. Previous studies evaluating EVs have overlooked the high energy cost of production, and have focused on the fact that even coal-fired power generation is technically more efficient than internal combustion. But with a carbon footprint from production something like twice that of an ordinary car, an EV needs to be more than ?a little? more efficient to make up for all the carbon it generated before it even rolled off the assembly line. ?No war for oil! Err, lithium!? There are also some geopolitical concerns surrounding the switch from gasoline-powered vehicles to EVs, too. One of the selling points of EVs is that they allow us end our dependence on foreign oil and big oil companies. In fact, however, we might just be trading ?big oil? in for ?big lithium.? Your Tesla may look sleek and clean on the outside, but you owe it to everyone to know the real cost. The lithium-ion battery market is expected to grow to $22.5 billion in the next three years, and potentially double that by the end of the decade. That?s small compared to the market for oil, but that will continue to change if more people buy electrified cars and trucks. As for getting rid of our dependence on foreign material, well ? lithium isn?t quite rare, but deposits worth mining are. And, unfortunately for the United States and Europe, the big lithium deposits are in countries like Bolivia, China, and ? drum roll please ? Afghanistan. None of those countries has a sterling environmental track record. Given the very

THE BOOK OF TESLA. Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

real concerns about pollution from battery production, most of which takes place in China, this starts to matter a great deal. Especially when there is so much pressure to keep the prices of batteries down. Conclusions So what to make of all this? Some of you have probably concluded that I hate EVs and don?t think anyone should buy them. That?s not the case. I believe electric vehicles ? in one form or another ? are likely the future of personal transportation. But beneath their squeaky clean marketing, EVs are not a panacea, a solution or remedy for all environmental woes. As with any new technology, EVs bring an immense set of new problems; problems we should understand before we become irreversibly tied to the new technology. Here?s what I suggest: If you are interested in an EV, you should know where your electricity comes from before you sign on the dotted line. If you live in a state with a high dependence on coal, an EV may not be the eco-friendly choice for you. Ultimately, we can?t let EV-derived smugness get in the way of a real and serious conversation that needs to be had surrounding global warming and the effect energy consumption has on our planet. Your Tesla may look sleek and clean on the outside, but you owe it to everyone to know the real cost. ------------------------------------------------------- Tesla's Struggles Raise Questions About Electric Cars ... Tesla's problems could also spark criticism of the government's energy loan program, which has been heavily promoted by the Obama administration. The program came under fire after Solyndra, a solar-panel maker, collapsed in 2011 owing taxpayers $535 million. dealbook.nytimes.com/2012/09/25/questions-about-electric-car..."/ Tesla's-struggles-raise-questions-about-electric-cars/     10/13/2014      THE EDITORS & WIKI MEMBERS     Uncategorized   "auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation,
  washington, washington corruption, washington corruption investigation"          publish original_post_id: 161
  OPH_original_pub_date: 2012-10-31 22:32:24  wp-mm-fb-likes-enabled:          wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:  wp-mm-fb-likes-weekends:     wp-mm-fb-shares-enabled:     wp-mm-fb-shares-num:
  wp-mm-fb-shares-duration:     wp-mm-fb-shares-weekends:     wp-mm-google-plus-enabled:     wp-mm-google-plus-num:     wp-mm-google-plus-duration:   wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled:
  wp-mm-twitter-tweets-num:      wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:
  kopa_fastnewslight_total_view: 2
  How the Fisker AND Tesla Cover-Ups Work:     Read this Article from Charlie Spiering about a massive number of the lies Fisker told:/how-the-fisker-tesla-cover-ups-work/     10/13/2014     THE EDITORS & WIKI MEMBERS      Uncategorized   "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, crony bribes, cronyism, Dept. of energy, diane feinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, Sen. Grassley, Senator Upton, solyndra, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption investigation"publish original_post_id: 215    OPH_original_pub_date: 2013-04-25 04:55:49
  kopa_fastnewslight_total_view: 1

  http://m.washingtonexaminer.com/47-depressing-facts-about-fiskers-epic-electric-car-failure/article/2528044


  "Then look at all of Fisker's recent PR, that they spent millions of dollars dishing out, saying that they had no customer problems, no technical problems, no money problems, etc... It turns out many of their customers, suppliers, staff, etc. are suing them for lies."


  "Same deal with Tesla: Staff suing them, lying about financial status, missed DOE milestones from their proposals yet still got cash, big backers had DOE staff working for them, only sold a few thousand cars, technical problems on each car, spending millions of dollars on fake PR and shill writers to fake up the status... looks like judgment time is coming..."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

More info on Fisker in these articles:

http://greencorruption.blogspot.com/2013/04/breakingfailing-fisker-auto-finally.htm

http://www.gop.com/news/research/fisker-nears-the-end-of-the-road/

http://www.thedailybeast.com/articles/2013/04/24/fisker-another-government-backed-company-set-to-fail.html

 Tesla Lied About Profits: Business Insider          "Sorry, But Tesla?s Only Profitable Because Of Your Tax Dollars Craig Pirrong Yesterday 1:37 AM Electric vehicle manufacturer Tesla?s stock has rocketed up after the company reported positive earnings and operating cash flow for the first quarter. The stock had been heavily shorted, and short covering evidently fuelled the stock?s take-off. Color me sceptical. The company was heavily shorted for good reason, and is even more ripe for shorting after the run-up. (Personal opinion. Not investment advice. You?re on your own about that.) For one thing, although operating results did improve from the (really terrible 3/4Q12), the much hyped earnings number was put into positive territory by two items: a write-down of a warrant that Tesla granted the U.S. Department of Energy as part of a $465 million DOE loan to the company, and FX gains (mainly on yen). Not repeatable. And the first seems highly dodgy to me ? a squishy number based on an assumption that Tesla will be able to pay off I?m also sceptical because of the near miraculous nature of the turnaround. Mere months ago, the company was in dire straits: It?s a lucky thing for Tesla Motors shareholders that the U.S. Department of Energy loves the companys loan applications. Without the hundreds of millions of dollars Tesla has received from the federal government this year, the electric-car makers financials would be gasping for air as 2012 winds down. Given the ugly state of Tesla?s finances ? and the company?s sky-high valuation: almost $4 billion ? it will rank among the top candidates in Silicon Valley for a 2013 stock collapse, unless it receives significantly more cash next year. I get a whiff of a company that needed a miracle to stave off disaster. Maybe it got one, but I am always sceptical of miracles whenever accounting is involved. And that?s certainly the case here. The shorts have been bloodied, but they?ll be back. Indeed, this seems like a typical battle in a war between a dodgy company and short sellers. But I am most sceptical because of Tesla?s not-really-founder-but-biggest-investor, Elon Musk. Mr. Musk is Occupy?s favourite crony capitalist. And Occupy is one of Mr. Musk?s favourite movement. Yes, once upon a time Musk started a real business, Paypal (NASDAQ:EBAY), that proved very successful without any government help. That was then, this is now. Musk has three ventures: Tesla, SpaceX, and SolarCity (NASDAQ:SCTY). All are heavily dependent on government largesse. Take Tesla for starters. It received the $465 million loan from DOE, but it also benefits from a $7500/car federal subsidy for electric cars. Moreover, it benefits from the State of California?s Zero Emissions Credit program. In its infinite wisdom, CA mandated that all the major auto companies sell a certain number of zero emissions vehicles. If they don?t they have to buy credits from companies that do make them ? namely Tesla. This was also essential in putting the company in the black in Q1, and the company is sitting on $250 mm worth of these credits. IOW, Tesla?s profits are courtesy of you, the taxpayer ? and also courtesy of the shareholders of Ford (NYSE:F), GM (NYSE:GM), Toyota (NYSE:TM), Honda (NYSE:HMC), etc. Next consider SpaceX. This venture provides evidence of Musk?s love for Occupy: he has promised that this private space venture will go to Mars, and wears an Occupy Mars shirt to make the point. It is also touted as a privately capitalised space venture, which it is, I guess, but it is also almost completely dependent on government contracts. The private money is attracted by the scent of public money. Sorry, but a company that is dependent on NASA?s IV for support is not truly a private company: the company is basically a cutout between the investors and the taxpayers. The company has not exactly covered itself in glory. It had serious trouble with its initial launches, including an embarrassing episode in which the ashes of Star Trek?s Scotty, James Doohan, were on a SpaceX craft that didn?t make it into space: it crashed instead somewhere in the South Pacific. Which I guess would have been great if James Doohan had starred in South Pacific. Don?t worry, though. As a precaution, some of Mr. Doohan?s ashes were retained, and that part of the beloved actor?s remains did make it into space as he desired. And speaking of Broadway and movie classics, Musk is auditioning for a role in a summer stock Music Man with his boosterism of SpaceX: You don?t have to be a believer in conspiracy theories to wonder why senior government officials are so committed to going the commercial route in space. Even a cursory review of SpaceX programs and plans reveals reasons for doubt. The questions begin with a business strategy that isn?t just disruptive, but downright incredible. Mr. Musk says that he can offer launch prices far below those quoted by any traditional provider ? including the Chinese ?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

by running a lean, vertically integrated enterprise with minimal government oversight that achieves sizable economies of scale. The economies of scale are possible, he contends, because there is huge pent-up demand for space travel in the marketplace that cannot be met within the prevailing pricing structure. By dropping prices substantially, this latent demand can then be unlocked, greatly increasing the rate of rocket production and launches. When combined with other features of the SpaceX business model, the increased pace of production and launches results in revolutionary price reductions. There isn?t much serious research to demonstrate that the pent-up demand Musk postulates really exists, nor that the price reductions he foresees are feasible. He has suggested in some interviews that launch costs could decline to a small fraction of current levels if all the assumptions in his business plan come true, and he has posted a commentary on his web-site explaining how SpaceX is already able to offer the lowest prices in the business. It?s hard to look inside the operations of a private company, but SpaceX does seem to be doing all the things necessary to minimize costs such as using proven technology, building as many items as possible in-house, and hiring a young workforce willing to work long hours. And to his credit, Musk has committed over $100 million of his own money to the venture. However, his rockets have major performance limitations compared with other launch vehicles in the market, and they are not yet rated as safe for carrying people. Becoming ?man-rated? will necessarily increase the role of federal officials in monitoring SpaceX operations, which is not good news for a business model grounded in minimal government oversight (traditional launch providers say government regulations and overhead charges are a key driver in their own pricing policies). Downright incredible sounds about right. It sounds like a con to me. Especially the whole ?economy of scale? thing. That?s the kind of thing defence contractors say to get the government to buy more units of a plane or ship. It?s not good economics. And Musk?s winning personality was on display when questioned about SpaceX?s launch failures: Mr. Musk recently responded to a question from Space News reporter Amy Svitak about the two-year delay in accomplishing that second Falcon 9 launch by observing, ?In the space business that?s on time.? Perhaps he was irritated by the reporters implied criticism, but it goes without saying that if astronauts on board the space station are awaiting supplies, a prolonged launch delay could spell big trouble. What a guy. Takes your money, and then gets peevish when you accuse him he?s blowing it. Then there is SolarCity, an installer of solar panels. The solar industry has raked in $4.1 billion of stimulus money, and the government thinks that SolarCity in particular has played fast and loose with the numbers to get more than it should: Last July, federal investigators subpoenaed SolarCity, the largest installer of residential solar panels, as part of a probe into whether solar-power companies received excessive government grants. . . . . Even before the Treasury Department?s inquiry into grant applications filed by SolarCity and other installers, House Republicans had questioned the program?s effectiveness in creating jobs. Congress declined to renew the grant program at the end of 2011, and only projects that were being planned by that date can receive grants today. The government is looking into whether SolarCity and other firms misrepresented the fair-market value of solar systems in order to boost the value of the grants they received. In its suit, SolarCity says two of the company?s subsidiaries received smaller-than-expected grants. The company doesn?t say exactly how much funding it applied for originally, but it says the final grants issued by the Treasury Department were $8 million less than was proper under the law. But SolarCity is doubling down on the chutzpah, and suing the government, claiming the government has paid it too little!: Now, SolarCity is pushing back with a lawsuit that alleges the opposite: some of the taxpayer-funded grants it received weren?t as big as originally promised. The suit, filed quietly in February in the U.S. Court of Federal Claims, comes as SolarCity and other industry players are defending solar-friendly government policies, and it could undermine the industry?s message that solar power will soon be viable without government help. Solar businesses have cratered around the world: China, Spain, Germany. The industry is addicted to government support. Elon Musk has a plan to get rich. It involves you. The taxpayer. You pay taxes. The government gives huge dollops of that money to Elon. Elon gets rich. Who could possibly object? Who could deny Elon?s genius? He certainly thinks he?s a genius. He has no hesitations in

telling people so. And there is a kind of perverse genius here. In the Age of Obama he has found the key to riches. Get in good with the government-by, you know, sponsoring an inaugural ball. And then let the government give you the goodies. Then sue the government if they don?t give you enough goodies. And then preen before the world, touting your genius-and your international credentials. (Pay no attention to that private jet behind the curtain!) (Musk quit the Zuckerberg-created immigration lobbying effort FWD.us because it bought ads supporting politicians who support immigration changes but also had the temerity to support the Keystone pipeline.) What a repulsive man. Repulsive, yes, but sadly, Elon Musk is a Man For Our Age, in more ways than one."/tesla-lied-about-profits-business-insider/    10/13/2014      THE EDITORS & WIKI MEMBERS

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Uncategorized  "60 minutes investigation, autogreenblog.com, barack obama, Bribery, business insider, Corruption, crony bribes, crony politics, cronyism, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, fisker cronyism, gao investigation, Iron Man, John Doerr, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LIBOR SCANDAL, Senator Upton, solyndra, solyndra = fisker, solyndra = tesla, Solyndra Real Estate, Solyndra scandal, Solyndra tax fraud, solyndra-car, solyndra-mobile, solyndramobile, Steve Westly, Tesla, tesla cooking the books?, tesla cronyism, Tesla motors, tesla profits, tesla shorts, tesla stock scam, Throw Them All Out, washington corruption, washington corruption investigation, washinton cronyism"  publish  reddit: Array    original_post_id: 304   kopa_fastnewslight_total_view: 3        OPH_original_pub_date: 2013-05-16 01:56:09  wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:  wp-mm-fb-shares-enabled:        wp-mm-fb-shares-num: wp-mm-fb-shares-duration:   wp-mm-fb-shares-weekends:  wp-mm-google-plus-enabled:  wp-mm-google-plus-num:        wp-mm-google-plus-duration:    wp-mm-google-plus-weekends:  wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:   wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:

BARRON?S OUTS TESLA IN SCATHING TRUTH EXPOSE: Says Tesla driving over a cliff   /barrons-outs-tesla-in-scathing-truth-expose/   10/13/2014      THE EDITORS & WIKI MEMBERS    Uncategorized   "autogreenblog.com, barrons, barrons tesla, Bob Woodward, Boycott Tesla, Bribery, cronyism, Dept. of energy, diane feinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, outsource, Senator Upton, solyndra, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla shorts, Throw Them All Out, washington corruption investigation"      publish original_post_id: 455   reddit: Array  kopa_fastnewslight_total_view: 3        OPH_original_pub_date: 2013-06-12 20:49:14  wp-mm-fb-likes-enabled: wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:   wp-mm-fb-shares-enabled:  wp-mm-fb-shares-num: wp-mm-fb-shares-duration:   wp-mm-fb-shares-weekends:  wp-mm-google-plus-enabled:        wp-mm-google-plus-num:        wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:  wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:   wp-mm-twitter-tweets-duration:  wp-mm-twitter-tweets-weekends:

Columbus Day and Italian Mobsters      "[video width=""320"" height=""180"" mp4=""/wp-content/uploads/2014/10/Last-Week-Tonight-with-John-Oliver-Columbus-Day-How-Is-That-Still-A-Thing-HBO_low.compressed.mp4""][/video]"/columbus-day-italian-mobsters/   10/13/2014      THE EDITORS & WIKI MEMBERS    Uncategorized   "Columbus Day, Columbus Day and Italian Mobsters, Italian Mobsters"  publish wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:        wp-mm-fb-likes-weekends:  wp-mm-fb-shares-enabled:        wp-mm-fb-shares-num: wp-mm-fb-shares-duration:        wp-mm-fb-shares-weekends:        wp-mm-google-plus-enabled:  wp-mm-google-plus-num:        wp-mm-google-plus-duration:    wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:   wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:        ccft_post_comment_title:  panels_data: Array      enclosure: /wp-content/uploads/2014/10/Last-Week-Tonight-with-John-Oliver-Columbus-Day-How-Is-That-Still-A-Thing-HBO_low.compressed.mp4 3150774 video/mp4        snap_MYURL:  snapEdIT: 1     kopa_fastnewslight_total_view: 1

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"   The White House put an Italian Mobster in charge of Columbus Day and he did so many crimes with it that he had to go to Prison: Meet John Goudie: They got a different party to play Senator and Molinari was forgotten but not forgiven for his false campaign district address, tax form creativity and family police incidents. A bug was placed in Molinari's Classic Jaguar and feds got quite a bit of dirt on old-school San Francisco corruption off of Molinari's North Beach idle chatter. Molinari then turned State's evidence. Once Molinari ate it in the elections, they plowed all of the cash into Feinstein. This is one of the reasons that Dianne Feinstein roots are murky... A key associate (Goudie, aligned with Molinari) was a top Presidential appointee and campaign funder who was arrested and indicted for federal funds fraud in the Christopher Columbus Scandal which emulated the Golden Gate Bridge Scandal with the same consultants. (Check out his old Facebook page)."

CHRISTOPHER COLUMBUS AND THE MOBSTERS:

"In a special event scam, that Molionari and Bronkema schemed up, (that was a bigger Disaster than the recent SF America's Cup), quite a bit of taxpayer cash went sideways. Said Marin County activist, Gene Pratt: ""The Golden Gate Bridge District is a bunch of Crooks"" [caption id=""attachment_10790"" align=""aligncenter"" width=""150""] TERRY SELLARDS: The PitchManThe new Silicon Valley Prostitution cases have opened up the Old San Francisco child prostitution cases, as girls reveal decades of abuse and finally tell reporters what really happened back then. Which Silicon Valley and SF Venture Capitalists, who you see quoted in the news lately, were founders of ""Flower"" the top secret San Francisco underage sex ring for billionaires , held in the billionaires hotels so surveillance security could be totally controlled, (With SF, NYC and Silicon Valley Branches), which is, apparently, still operating? Why are they so excited about all of the underage girls coming over the border in the Mexican child border crisis?   Why are Silicon Valley CEO's and VC's so supportive of ""child Immigrants""? Paying a bribe for real estate exclusives was often done with cash and hookers, known as ""pink cash"" in SF. Why was NAMBLA allowed to thrive in San Francisco at the time, Including being given San Francisco Public Libraries, On Potrero hill and in other locations, to hold their secret ""how to abuse children"" meetings? (See FBI reports on NAMBLA) Which San Francisco billionaire VC, in the news lately for other reasons, has a regular weekly appointment to have six nude girls come over and read him books from his library while he pleasures himself? Which one is under investigation regarding a murder and an attempted murder? Which one ordered a ""hit"" on someone? Part of Kubrick's film: ""Eyes Wide Shut"" was based on ""Flower"". The cost for a young virgin started at $50,000.00. Taking her virginity was called: ""picking a flower"". Run all of the names on your database and draw the financial, business and personal connections and see how interesting this case REALLY is!"

Sneezes found to spread EBOLA. Doctors suggest people wear surgical masks when in crowds or theaters. Contained in the smallest particles of sneeze vapor.          /sneezes-found-spread-ebola-doctors-suggest-people-wear-surgical-masks-crowds-theaters-contained-smallest-particles-sneeze-vapor/ 10/13/2014        THE EDITORS & WIKI MEMBERS       "HOT TOPIC, Uncategorized"     """Contagion"", Dallas, EBLOA, Ebola CBS, Ebola CBSDFW, EBOLA CONTAGION, Health, Health Masks, infection, News, Safety Masks, Sneezes found to spread EBOLA. Doctors suggest people wear surgical masks when in crowds or theaters. Contained in the smallest particles of sneeze vapor., Virus, West Africa"    publish wp-mm-fb-likes-enabled:       wp-mm-fb-likes-num:       wp-mm-fb-likes-duration:       wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled:   wp-mm-fb-shares-num: wp-mm-fb-shares-duration:       wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled: wp-mm-google-plus-num:       wp-mm-google-plus-duration:  wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled:       wp-mm-twitter-tweets-num:       wp-mm-twitter-tweets-duration:wp-mm-twitter-

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

tweets-weekends:          ccft_post_comment_title:          panels_data: Array          snap_MYURL: snapEdIT: 1
kopa_fastnewslight_total_view: 8

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

CBS DFW

Key Question: How Did Dallas Worker Contract  Ebola?

Related Tags:

"Dallas, Ebola CBS, Ebola CBSDFW, Health, infection, News, Virus, West Africa"
CBS DFW Health News & Information: CBSDFW.com/Health

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"DALLAS (CBSDFW.COM/AP) - How did it happen? That?s the big question as U.S. health officials investigate the case of a Dallas health worker who treated an Ebola patient and ended up with the disease herself. These are professionals and this is the United States, where the best conditions and protective gear are available, unlike in West Africa, where the Ebola epidemic is raging in much poorer conditions. "

"The health worker wore protective gear while having extensive contact with Thomas Eric Duncan, the Liberian man who died Wednesday of Ebola at Texas Health Presbyterian Hospital. Officials say she has not been able to pinpoint any breach in infection control protocols, although there apparently was a breach, they say. VIDEO: Dallas Press Conference Regarding Second Ebola Case Experience shows that health workers can safely care for Ebola patients, ?but we also know that it?s hard and that even a single breach can result in contamination,? Dr. Thomas Frieden, director of the federal Centers for Disease Control and Prevention, said Sunday on CBS? ?Face the Nation.? The situation also raises fresh concerns about whether any U.S. hospital can safely handle Ebola patients, as health officials have insisted is possible. ?A breach in protocol could be anything from not taking your gloves off the right way to taking a dialysis catheter out of a dialysis patient and not disposing of it the right way,? explains Dr. Darrin D?Agostino, Chair of Internal Medicine UNT. According to Dr. D?Agostino those are just some of the multitude of scenarios. He says these incidents don?t happen often, but accidents do occur. ?We can be as diligent and meticulous as we want to be but occasionally things that expose to risk,? said Dr. D? Agostino. While the fight to eradicate Ebola in Dallas and internationality Dr. D?Agostino is reminding us the battle will be long. ?The fact of the matter is that we do have a lot to learn about this virus and all the viruses that are in this family?this one is particularly infectious.? Despite the uncertainty Dr. D?Agostino says he is confident that we have the proper infrastructure and resources to handle these cases. Complete Coverage Of Ebola In North Texas Some questions and answers about the new case. Q: What protection do health workers have? A: The exact gear can vary. A hazardous material type suit usually includes a gown, two sets of gloves, a face mask, and an eye shield. There are strict protocols for how to use it correctly. ?When you put on your garb and you take off your garb, it?s a buddy system,? with another health worker watching to make sure it?s done right, said Dr. Dennis Maki, University of Wisconsin-Madison infectious disease specialist and former head of hospital infection control. Q: How might infection have occurred? A: Officials are focusing on two areas: How the garb was removed, and the intensive medical procedures Duncan received, which included kidney dialysis and a breathing machine. Both involve inserting tubes ? into blood vessels or an airway. That raises the risk a health worker will have contact with the patient?s bodily fluids, which is how Ebola spreads. ?Removing the equipment can really be the highest risk. You have to be extremely careful and have somebody watching you to make sure you remember all the steps,? said Dr. Eileen Farnon, a Temple University doctor who formerly worked at the CDC and led teams investigating past Ebola outbreaks in Africa. ?After every step you usually would do hand hygiene,? washing your hands with antiseptic or being sprayed with a chlorine spray, she said. Q: How else could infection have happened? A: Some of the garb the health worker takes off might brush against a surface and contaminate it. New data suggest that even tiny droplets of a patient?s body fluids can contain the virus, Maki said. ?I can have on the suit and be very careful, but I can pick up some secretions or body fluids on a surface? and spread it that way, he said. Q: Can any U.S. hospital safely treat Ebola patients? A: Frieden and other health officials say yes, but others say the new case shows the risks. ?We can?t control where the Ebola patient appears,? so every hospital?s emergency room needs to be prepared to isolate and take infection control precautions, Maki said. That said, ?I don?t think we should expect that small hospitals take care of Ebola patients. The challenge is formidable,? and only large hospitals like those affiliated with major universities truly have enough equipment and manpower to do it right, Maki said. ?If we allow it to be taken care of in hospitals that have less than optimal resources, we will promote the spread,? he warned. The case heightens concern for health workers? safety, and nurses at many hospitals ?are alarmed at the inadequate preparation they see,? says a statement from Rose Ann DeMoro, executive director of the trade union, National Nurses United. Q: Should Ebola patients be transferred to one of the specialized centers that have treated others in the U.S.? A: Specialized units are the ideal, but there are fewer than half a dozen in the nation and they don?t have unlimited beds. ?It is also a high-risk activity to transfer patients,? potentially exposing more people to the virus, Farnon said. Q. What is CDC recommending that a hospital do? A. Training has been ramped up, and the CDC now recommends that a hospital minimize the number of people caring for an Ebola patient, perform only procedures essential to support the patient?s care, and name a fulltime infection control supervisor while any Ebola patient is being cared for. Frieden also said the agency was taking a new look at personal protective equipment, ?understanding that there is a balance and putting more on

THE BOOK OF TESLA  Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

isn?t always safer ? it may make it harder to provide effective care.? (?2014 CBS Local Media, a division of CBS Radio Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.) Top Trending:"

Neighbors Of Ebola Patient Feel ?Discriminated Against?
CDC Confirms Patient In Dallas Has Ebola
McKinney High School Crowns Lesbian Homecoming Queen
Religious Leaders Tired Of Waiting For Immigration Reform
Dez Bryant Avoids War Of Words

"Ebola may spread by coughing or sneezing, scientists say ..."

 Officials have tried to diminish public concerns about the worst outbreak of Ebola in history through one consistent message: Ebola can only be transmitted by direct contact with blood or bodily fluids.
 blog.godreports.com/2014/10/ebola-may-spread-by-coughing-or-s...
 blog.godreports.com

"Admits Ebola Can Spread via Coughing, Sneezing and ...Yes"

 "The World Health Organization has issued a bulletin which confirms what Natural News has been asserting for weeks: that Ebola can spread via indirect contact with contaminated surfaces and aerosolized droplets produced from coughing or sneezing. ""?wet and bigger ..."
 article.wn.com/view/2014/10/09/Admits_Ebola_Can_Spread_v...
 article.wn.com

 Can coughing and sneezing spread Ebola? - Videos - CBS News

 "Can coughing and sneezing spread Ebola? October 9, 2014, 5:10 PM | Dr. LaPook tells Scott Pelley exactly how the disease can spread. Related Videos. Nurse in Spain confirmed with Ebola; FBI wants help identifying ISIS fighter; Western jihadist on why he fights;"
 cbsnews.com/videos/can-coughing-and-sneezing-spread-e...
 cbsnews.com

 Can Ebola be spread by a sneeze? 'That experiment hasn't ...

 Can Ebola be spread by a sneeze? 'That experiment hasn't been done yet ... The left continues mocking anyone who questions government assurances that the Ebola virus cannot be spread through the air. Tweets like this gem are sooooo helpful.
 twitchy.com/2014/10/13/can-ebola-be-spread-by-a-sneez...
 twitchy.com

THE BOOK OF TESLA: Copyright, author original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

CDC Forced to Admit that Ebola Might Be Spread through ...

"Scientists have said for some time that Ebola may be spread through coughing, sneezing and other aerosol transmission. The top American health agency ... Md., said the primates in Reston had appeared to spread Ebola to other monkeys through their breath."
washingtonsblog.com/2014/10/cdc-forced-admit-ebola-might-spre...
washingtonsblog.com

"WHO Totally Contradicts CDC- ""Ebola CAN Spread Through ..."

"WHO Totally Contradicts CDC- ""Ebola CAN Spread Through Coughing, Sneezing"""
beforeitsnews.com/health/2014/10/who-totally-contradicts-cd...
beforeitsnews.com

Ebola May Spread through the Air by Coughing or Sneezing ...

"Dr. C.J. Peters, who dealt with a 1989 outbreak of the virus among research monkeys in Virginia and later led the CDC's most far-reaching study of Ebola's transmissibility in humans, said he would not rule out the possibility that it spreads through the air in tight quarters, according to a ..."
breakingchristiannews.com/articles/display_art.html?ID=14731
breakingchristiannews.com

CDC Forced to Admit that Ebola Might Be Spread to Healthcare ...

"Scientists have said for some time that Ebola may be spread through coughing, sneezing and other aerosol transmission. The top American health agency - the U.S. Centers for Disease Control - has denied this for months."
zerohedge.com/news/2014-10-07/cdc-forced-admit-ebola-mi...
zerohedge.com

WHO advisory admits coughing and sneezing can spread Ebola ...

"Wartime poster from the Ministry of Health. I am getting dozens of emails a day concerning Ebola. No surprise about that, but the vast majority are concerned with airborne transmission."
thedailysheeple.com/who-advisory-admits-coughing-and-sneezing...
thedailysheeple.com
WASHINGTON POST BLOWS OPEN THE ISIS SILENCERS SCAM SCANDAL      "- Another rogue operation like IN-Q-Tel - Mysterious Weapons and mysterious cover stories - Strange tales, huge money missing http://www.washingtonpost.com/?nid=top_pb_wplogo"/washington-post-blows-open-isis-silencers-scam-scandal/
10/13/2014      THE EDITORS & WIKI MEMBERS   "HOT TOPIC, Uncategorized"  WASHINGTON POST BLOWS OPEN THE ISIS SILENCERS SCAM SCANDAL      publish wp-mm-fb-likes-enabled:      wp-mm-fb-likes-num:      wp-mm-fb-likes-duration:      wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled: wp-mm-fb-shares-num: wp-mm-fb-shares-duration:      wp-mm-fb-shares-weekends:  wp-mm-google-plus-enabled:  wp-mm-google-plus-num:      wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:  wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:      wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:      ccft_post_comment_title:      panels_data: Array      snap_MYURL: snapEdIT: 1
kopa_fastnewslight_total_view: 28

National Security

Probe of silencers leads to web of Pentagon secrets

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"This December 26, 2011 file photo shows the Pentagon in Washington, D.C. (AFP/GETTY IMAGES)"
By Craig Whitlock October 12 at 7:30 PM

"The mysterious workings of a Pentagon office that oversees clandestine operations are unraveling in federal court, where a criminal investigation has exposed a secret weapons program entwined with allegations of a sweetheart contract, fake badges and trails of destroyed evidence.Capping an investigation that began almost two years ago, separate trials are scheduled this month in U.S. District Court in Alexandria, Va., for a civilian Navy intelligence official and a hot-rod auto mechanic from California who prosecutors allege conspired to manufacture an untraceable batch of automatic-rifle silencers. The exact purpose of the silencers remains hazy, but court filings and pretrial testimony suggest they were part of a top-secret operation that would help arm guerrillas or commandos overseas. The silencers ? 349 of them ? were ordered by a little-known Navy intelligence office at the Pentagon known as the Directorate for Plans, Policy, Oversight and Integration, according to charging documents. The directorate is composed of fewer than 10 civilian employees, most of them retired military personnel. Court records filed by prosecutors allege that the Navy paid the auto mechanic ? the brother of the directorate?s boss ? $1.6  million for the silencers, even though they cost only $10,000 in parts and labor to manufacture. Much of the documentation in the investigation has been filed under seal on national security grounds. According to the records that have been made public, the crux of the case is whether the silencers were properly purchased for an authorized secret mission or were assembled for a rogue operation. A former senior Navy official familiar with the investigation described directorate officials as ?wanna-be spook-cops.? Speaking on the condition of anonymity because the case is still unfolding, he added, ?I know it sounds goofy, but it was like they were building their own mini law enforcement and intelligence agency.? The directorate is a civilian-run office that is supposed to provide back-office support and oversight for Navy and Marine intelligence operations. But some of its activities have fallen into a gray area, crossing into more active involvement with secret missions, according to a former senior Defense Department official familiar with the directorate?s work. ?By design, that office is supposed to do a little more than policy and programmatic oversight,? the former defense official said, speaking on the condition of anonymity because much of the directorate?s work is classified. ?But something happened and it lost its way. It became a case of the fox guarding the henhouse, and I suspect deeper issues might be in play.? Navy officials declined to comment, citing the ongoing investigation and prosecution. ?The Department of the Navy has fully cooperated with law enforcement since this investigation was initiated .?.?. and will continue to fully cooperate,? Cmdr. Ryan Perry, a Navy spokesman at the Pentagon, said."

Missing evidence

"Prosecutors have said that the silencers were acquired for a ?special access program,? or a highly secretive military operation. A contracting document filed with the court stated that the silencers were needed to support a program code-named UPSTAIRS but gave no other details. According to court papers filed by prosecutors, one directorate official told an unnamed witness that the silencers were intended for Navy SEAL Team 6, the elite commando unit that killed Osama bin Laden. But representatives for SEAL Team 6 told federal investigators they had not ordered the silencers and did not know anything about them, according to the court papers. Sorting out the truth has been made more difficult by the elimination of potential evidence. At one pretrial hearing, a defense attorney for the auto mechanic, Mark S. Landersman of Temecula, Calif., accused the Navy of impeding the investigation by destroying a secret stash of automatic rifles that the silencers were designed to fit. Prosecutors immediately objected to further discussion in open court, calling it a classified matter. The destroyed weapons were part of a stockpile of about 1,600 AK-47-style rifles that the U.S. military had collected overseas and stored in a warehouse in Pennsylvania, according to a source familiar with the investigation. If the foreign-made weapons were equipped with unmarked silencers, the source said, the weapons could have been used by U.S. or foreign forces for special operations in other countries without any risk that they would be traced back to the United States. A different source, a current senior Navy official, confirmed that an arsenal of AK-47-style rifles in a warehouse in Mechanicsburg, Pa., had been destroyed within the past year. But that official suggested the issue was a smokescreen, saying the weapons were being kept for a different purpose and that no program had existed to equip them with silencers. In a separate move that eliminated more potential evidence, Navy security officers incinerated documents last year that they had seized from the directorate?s offices in the Pentagon, according to court records and testimony. Two Navy security officers have testified that they stuffed the papers into burn bags and destroyed them on Nov. 15, 2013 ? three days after The Washington Post published a front-page article about the unfolding federal investigation into the silencers. One of the security officers said it did not occur to her that

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

the documents should be preserved, despite Navy policies prohibiting the destruction of records that could be relevant to lawsuits or criminal investigations. The officer, Francine Cox, acknowledged that she was aware the Navy directorate was under scrutiny and that she had read the Post article shortly before burning the documents. But she said she did not think the papers were important. ?I didn?t think the information we had was pertinent,? Cox testified at a pretrial hearing in July. ?If you don?t tell me to hold onto something, I don?t have to hold onto it.? Lee M. Hall, a Navy intelligence official who is charged with illegally purchasing the silencers and whose trial is scheduled to begin this month, argued that the burned material was crucial to his defense. He said the documents included handwritten notes and other papers showing the undersecretary of the Navy at the time had authorized the project. ?My notes would show I acted in good faith,? Hall testified at the July hearing. Stuart Sears, an attorney for Hall, declined to comment. District Court Judge Leonie M. Brinkema rejected a bid by Hall?s attorneys to dismiss the charges against him but was incredulous that the Navy had destroyed the documents. ?I don?t find any nefarious evidence, or evidence of bad intent, but it sure does look to the court like negligence,? she said. On other occasions over the past year, Brinkema has questioned whether prosecutors were fully aware of what the Navy directorate was up to and whether they really wanted to expose its activities by taking the case to trial. ?We?re getting deeper and deeper into a morass,? she said at a hearing in March. ?One of the things the government always has to think about is the cost-benefit analysis. At the end of the day, is this particular criminal prosecution worth the risk of having to disclose or reveal very sensitive information?

 An investigation snowballs

"Suspicions about the Navy directorate surfaced in January 2013 when one of its officials appeared at a Defense Intelligence Agency office in Arlington and asked for a badge that would allow him to carry weapons on military property, according to statements made by prosecutors during pretrial hearings. The directorate official, Tedd Shellenbarger, flashed a set of credentials stamped with the letters LEO ? an acronym for ?law enforcement officer? ? even though his office dealt primarily with policy matters and lacked law enforcement powers, the former senior Navy official said. Shellenbarger?s request prompt?ed the Naval Criminal Investigative Service (NCIS) to obtain a warrant to search the directorate?s offices at the Pentagon. Agents found badge materials and other documentation that led them to broaden their investigation, according to the former senior Navy official. Shellenbarger and three other directorate officials were placed on leave, according to court records. Shellenbarger has not been charged and has since returned to work for the Navy. His attorney, David Deitch, indicated he might be called as a witness at Hall?s trial. ?Mr. Shellenbarger has cooperated fully in providing truthful information to the government about his conduct, which was undertaken at the direction of his supervisors,? Deitch said. The badge inquiry led NCIS to discover e-mails and a paper trail pertaining to the $1.6  million contract to buy the silencers from Landersman, the California mechanic. Court papers describe him as a struggling small businessman who raced hot-rods and had declared bankruptcy in July 2012. He is the brother of David W. Landersman, the senior director for intelligence in the Navy directorate. Prosecutors have referred to David Landersman in court papers as a conspirator in the case, but he has not been charged. He is a combat-decorated retired Marine officer. His attorney has said he committed no wrongdoing. Mark Landersman has been charged with manufacturing, selling and shipping the unmarked silencers without a federal firearms license. His trial is scheduled to begin Oct. 27. One of his attorneys, Cary Citronberg, declined to comment. Ordinarily, a clandestine weapons program requires reams of paperwork and legal review. No documentation has surfaced in court to indicate that Navy officials formally signed off on the silencer project, although many pretrial motions have been filed under seal. Hall, the directorate official charged with illegally purchasing the silencers, has asserted that he received verbal approval for the secret program from Robert C. Martinage, a former acting undersecretary of the Navy, according to statements made during pretrial hearings. Martinage was forced to resign in January after investigators looking into the silencer deal found evidence that he had engaged in personal misconduct, according to Navy officials. The officials said the misconduct was unrelated to the silencer contract. Martinage is expected to be a key witness at Hall?s trial. He declined to comment, saying, ?I have been advised not to discuss any aspect of that matter while the case is pending.

 Craig Whitlock covers the Pentagon and national security. He has reported for The Washington Post since 1998.

 Tesla admits their batteries could ?fry your family?!      "Tesla has rushed out an extended battery warranty due to exposes such as: http://lithium-ion.weebly.com http://youtu.be/cTqnP0McPcs http://tinypic.com/r/7295hs/6 Which show that Tesla Batteries are an extreme danger because of the way they are configured, used and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

deployed. Tesla even tests them in a ""blast chamber"", because they are so scared of them. Their own patent filings say they can kill you. Now Tesla acknowledges the danger with a quickly authored battery warranty which does not actually cover burning your family or your house up."/tesla-admits-their-batteries-could-fry-your-family/
10/12/2014      THE EDITORS & WIKI MEMBERS     Uncategorized   "Bob Woodward, Boycott Tesla, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins sex allegations, LA Times Investigation, mitt romney, solyndra, Steve Westly, Steven Chu, tesla battery warranty, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, washington corruption, washington corruption investigation"      publish      original_post_id: 244    kopa_fastnewslight_total_view: 6       OPH_original_pub_date: 2013-04-29 20:07:48      wp-mm-fb-likes-enabled:       wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:       wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled:       wp-mm-fb-shares-num: wp-mm-fb-shares-duration:       wp-mm-fb-shares-weekends:       wp-mm-google-plus-enabled:  wp-mm-google-plus-num:       wp-mm-google-plus-duration:       wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:     wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:

White House in Shambles. Dems frustrated Obama won?t ditch McDonough and Jarrett. Question what hold they have over him? Zombies?     "- White House staff shuffles appear to be ceaseless - Secret Service, Former Senior Aides and now Former Senior Executive staff come out with shocking revelations - No former White House staff like Valerie Jarrett; Obama's ""other heat shield"", after Holder - Claim Jarrett and Mcdonough tone deaf outside of their personal agendas - Obama easily swayed by them. Democrats feel screwed. - Former White House staffer Jofi Joseph says Jarrett is insidious - Ex Secret Service claim White House hiring process is ""inept"" - White House jobs now ""Kiss of Death"", no quality people want to work there; Tainted. DC Outsiders call current White House Staff: ""THE WALKING DEAD!""   "/white-house-shambles-dems-frustrated-obama-wont-ditch-mcdonough-jarrett-question-hold-zombies/   10/12/2014      THE EDITORS & WIKI MEMBERS      Uncategorized   "The Walking Dead, VALERIE JARRETT, White House in Shambles. Dems frustrated Obama won't ditch McDonough and Jarrett. Question what hold they have over him? Zombies?, WHITE HOUSE ZOMBIES"      publish wp-mm-fb-likes-enabled:       wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:      wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled:       wp-mm-fb-shares-num: wp-mm-fb-shares-duration:wp-mm-fb-shares-weekends:       wp-mm-google-plus-enabled:  wp-mm-google-plus-num:       wp-mm-google-plus-duration:       wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:       wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:       ccft_post_comment_title:       panels_data: Array       snap_MYURL: snapEdIT: 1       kopa_fastnewslight_total_view: 3

"1. The Truth About Valerie Jarrett, Mystery Woman of the White House ..."

www.chicagomag.com/ Chicago-Magazine/ Felsenthal-Files/ January-2014/ The-Mysteries-and-Realities-of-Valerie-Jarrett-Mystery-Woman-of-the-W hite-House/  -

"Jan 31, 2014 ... Valerie Jarrett's power in  Obama's White House stems from her position ... Yes, she holds a conventional power position in the administration,  ..."

2. Valerie Jarrett's Influence  on  Obama  | FrontPage Magazine

www.frontpagemag.com/ 2014/ jamie-glazov/ valerie-jarretts-influence-on-obama/  -      -Highlight

"Mar 26, 2014 ... He holds a Ph.D. in History with a specialty in Russian, U.S. and Canadian ... Valerie Jarrett is President  Obama's single most important and  ..."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

3. Who is Valerie Jarrett? | The Daily Caller

 www.dailycaller.com/2012/05/22/who-is-valerie-jarrett/  -

 "May 22, 2012 ... Trying to figure out Valerie Jarrett's mysterious  hold  on  Barack and Michelle  Obama  is a favorite guessing game in the parlors and dining rooms  ..."

 4. Israeli Paper:  Obama  Adviser Valerie Jarrett Holding Secret Talks ...

 www.cnsnews.com/ news/ article/ israeli-paper-obama-adviser-valerie-jarrett-holding-secret-talks-iran  -


 "Nov 6, 2012 ... Senior White Houes adviser Valerie Jarrett, seen here with President  Obama  and then chief of staff Rahm Emanuel at the White House in an  ..."

 5. Senior Advisor Valerie Jarrett | The White House

 www.whitehouse.gov/administration/staff/valerie-jarrett  -

 "Valerie B. Jarrett is a Senior Advisor to President Barack  Obama. ... Ms. Jarrett has held positions in both the public and private sector, including the Chairman of  ..."

 6. Who Is Valerie Jarrett? Did She Give The Stand Down Order In ...

  www.freedomoutpost.com/ 2013/ 08/ who-is-valerie-jarrett-is-she-the-one-that-gave-the-stand-down-order- in- benghazi/  -

 "Aug 9, 2013 ... Valerie  Jarret  is  Obama's top advisor and for the most part, that is all the ... how in the world does Valerie Jarrett  hold  the ear of a President and  ..."

 "7. Obama's Valerie Jarrett: Often Whispered about, But Never ..."

  www.nationalreview.com/ corner/ 362203/  obamas-valerie-jarrett-often-whispered-about-never-challenged- john-fu nd  -

 "Oct 25, 2013 ...  Obama's Valerie Jarrett: Often Whispered about, But Never Challenged - ... a reference to the mystical monk who held sway over Russia's Czar  ..."
 "8. Valerie Jarrett,  Obama's Iranian-born Communist Senior Adviser ..."
  www.westernjournalism.com/ an-open-letter-to-communist-valerie-jarrett/  -
 "Aug 15, 2012 ... An Open Letter To Communist Valerie Jarrett ..... In Texas  Hold'em Speak, the Communists are ?Going All In?. This is it, it is a time to Choose  ..."

 "1. Shuffling Staff, Obama Strives for a Recharge After a Tough Fifth Year"

 www.nytimes.com/ 2013/ 12/ 14/ us/ politics/  white-house-shake-up-continues.html?pagewanted=all  -


 "Dec 13, 2013 ... ?You always need fresh horses, and yet at the same time the horses have to work as ... TheWhite  House  played down the significance of the moves, ... from Republicans but also from Democrats, who complain that they have  ..."

 2. The Ex-Im  Shuffle  - The Washington Monthly

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

www.washingtonmonthly.com/ political-animal-a/ 2014_06/ the_exim_shuffle050950.php  -

"Jun 26, 2014 ... [P]re-Internet liberals might  want  to get out their back issues of the Nation and ... When George W. Bush was in the  White  House, Democrats  ..."

3. White  House  shuffle: why Obama is rocking the boat - Telegraph Blogs

blogs.telegraph.co.uk/ news/ tomrogan/ 100274189/  white-house-shuffle-why-obama-is-rocking-the-boat-and-why-it-may-work -for-him/  -

"Jun 1, 2014 ...  White  House  shuffle: why Obama is rocking the boat ? and why it may work for him ... That November, the Democrats took control of Congress. ... Regardless, like Bush in 2006, Obama's personnel changes suggest that with  ..."

4. White  House  personnel  shuffle: Who's on the list - CNN Political Ticker

politicalticker.blogs.cnn.com/ 2012/ 11/ 29/  white-house-personnel-shuffle-whos-on-the-list/  -

"Nov 29, 2012 ... CNN Chief  White  House  Correspondent Jessica Yellin ... preparations, is also a contender for the top job, according to senior Democrats. ... Democratic officials told CNN Rice wanted to visit the Hill to answer questions after  ..."

5. Michelle Malkin | ¯ Chicago  shuffle  in the East Wing: Meet Mrs. O's ...

www.michellemalkin.com/ 2010/ 11/ 16/ chicago-shuffle-in-the-east-wing-meet-mrs-os-high-powered-soros-frien dly-chief-of-staff/  -

"Nov 16, 2010 ... It's part of a  shuffle  that gives the  White  House  a chance to consider how it wants to ... consigliere Valerie Jarrett and a longtime bagwoman for Illinois Democrats. ... Inquiring minds  want  to know: Did Petrobras come up

"6. Pete Rouse, Bill Daley Shuffled By  White  House  To Improve ..."

www.huffingtonpost.com/ 2011/ 11/ 09/ pete-rouse-bill-daley-obama-white-house_n_1084842.html  -

"Nov 9, 2011 ... The poor state of relations between the  White  House  and Congress is hardly a secret. But the extent to which Democrats on the Hill have grown skeptical of ... ""I don't  want  to overstate Rahm's bad influence,"" said one former  ..."

7. White  House  News and Video - FOX News Topics - FOXNews.com

www.foxnews.com/topics/us/white-house.htm  -

"Watch breaking news videos and read news updates about  White  House  on FOXNews.com. ...  White HouseShuffle  Ahead? ... Obama Invites GOP, Dem."

"8. READ IN: Friday, May 23, 2014: Obama announces Cabinet  shuffle  ..."

www.washingtonpost.com/ blogs/ post-politics/ wp/ 2014/ 05/ 23/ read-in-friday-may-23-2014-obama-announces-cabinet-shuffle-today-more -arrests-in-mississippi-coakley-leads-dem-field-in-massachusetts-and-senate-majority-pac-takes-a-whack-at-mcconnell/  -

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"May 23, 2014 ... The  House  on Thursday voted to prohibit the NSA's collection of bulk ... WSJ highlights top military officials who  want  to defend the U.S. drone program. ... Vice President Biden, just back from Cyprus, is attending meetings at the  White  House  . ... Jeanne Shaheen (D) and her ..."

9. Senate Confirms Donovan as Next  White  House  Budget Director ...

online.wsj.com/ articles/ senate-confirms-donovan-as-next-white-house-budget-director-140501863 8  -

"Jul 10, 2014 ... President Barack Obama nominated him to the budget office as part of a  White  House  shuffle, as former budget chief Sylvia Mathews Burwell  ..."

Immigration ISSUES: Tesla Still looking for Non-American Workers After TAKING U.S. Taxpayer money for a billionaire!        "TESLA TAKES GOVERNMENT TAX MONEY SAYING THEY WILL CREATE U.S. JOBS and then hires FOREIGNERS: :L ook at the ads Tesla has placed on LinkedIn: Senior Immigration Paralegal - Tesla Motors- Palo Alto, California (San Francisco Bay Area) Job Description Brief Description The Senior Immigration Paralegal would be Tesla?s first in-house immigration legal resource and would therefore be responsible for helping Tesla to build-out its immigration law support program. This position manages, oversees and directly assists in handling a large portion of immigration matters in-house, specifically employment-based, nonimmigrant visa applications and permanent residency applications. This position is also responsible for compiling and maintaining various status reports and records relative to immigration related expenses. Responsibilities: ?Start to finish preparation of employment-based immigration petitions with minimal assistance and supervision from outside immigration counsel, including: ?J-1 visas; ?H-1B visas; ?I-140 visas; and ?Various other visas. ?Regularly provide instruction and advice to Tesla employees and foreign nationals on immigration practices and procedures. ?Assist with any problems that may arise relative to a foreign national's immigration status. ?Assist in the preparation of a monthly status report by tracking immigration costs, volume of immigration files and location of immigration files. ?Create and regularly maintain the legal department's customized software report to track ongoing immigration matters at all Tesla entities with immigration needs. ?Work with Human Resources to ensure immigration files remain in compliance with state and federal government agency regulations. ?Ensure employee and employer compliance with Tesla?s new immigration policy and procedures. ? Directly handle the recruitment steps necessary to sponsor a foreign national employee for permanent residency. ? Assist with U.S. national?s work-related emigration to foreign countries. Desired Skills & Experience Qualifications/Requirements: ?Strong, in-depth knowledge of immigration law, including experience with each visa type mentioned above. ?8-10 years of Immigration Paralegal experience preferred. ?Bachelor?s degree preferred with a strong academic background. ?Strong legal writing and drafting skills. ?Accuracy and attention to detail is a must. ?Experienced professional with great relationship skills, team player, self starter, independent thinker, and has the ability to anticipate the next steps and future issues. ?Ability to work well in a diverse and fast-paced environment with a large and diverse group of people, including Human Resources, Global Mobility, Tesla recruiting, Tesla hiring managers, candidates from countries throughout the world as well as their families. Additional Information Posted:: Full-time Experience: Mid-Senior level Functions: Legal Industries: Automotive

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Job ID:1845406"

  Stock Analysts See Tesla Exploding Battery Problem as Fatal     "As shown on http://lithium-ion.weebly.com How The Better Place Bankruptcy Is Relevant To Tesla's Achilles' Heel: Lack Of Charging Infrastructure BY SEEKING ALPHA Tesla (TSLA) has been on a tear in terms of stock price. We believe that it is running mostly on 'hopium' recently. Tesla also passed by the market cap of Fiat (FIATY.PK). We strongly believe that the fundamental Achilles' heel of Tesla is its lack of charging infrastructure. This Achilles' heel is appearing in our view to be a white swan, something which investors do not necessarily pay much attention to, but which is obvious to many later. This Achilles' heel can be seen by the recent bankruptcy of the very well funded company (Morgan Stanley, UBS, General Electric, HSBC, others) which focused on charging electric cars, called 'Better Place': ""This is a very sad day for all of us. We stand by the original vision as formulated by Shai Agassi of creating a green alternative that would lessen our dependence on highly polluting transportation technologies. Unfortunately, the path to realizing that vision was difficult, complex and littered with obstacles, not all of which we were able to overcome."" If a company receiving investment of over $850 million for grand infrastructure projects can not make it, why is it possible for Tesla to make it when there is next to no charging infrastructure in the USA or any other country for that matter? Why did this company go bankrupt? Lots of reasons, but it essentially boils down to still a lack of a demand for electric vehicles due to high prices and lack of charging infrastructure, two problems Tesla is still stuck with. We learned this from our research into the recent bankruptcy of Better Place: ""Because the technology has still not matured. If there was currently on the market a compact and light battery at a reasonable price that could provide cars with a driving range of 400 kilometers, then the electric car would become a global hit. In practice, the presently available batteries for electric vehicles are enormous, weighing the same as two passengers, and require advanced cooling solutions to prevent them from exploding, consume a rare raw material (lithium) and exotic technologies with a limited lifespan costing the price of half a car."" We believe fundamentally at this point or in the near future, Telsa has no ability to buy any companies such as Fiat due to their low cash position of a measly $214.42M for a $10.5 billion+ company. We strongly believe that Tesla can not make it big till they are able to truly solve the problem of lack of any major charging infrastructure in the USA, or any other major markets for that matter which they are looking to make it big in. Our main thesis is that Tesla lacks fundamental infrastructure in charging and that until an outside player will finance such systems, Tesla will be relegated as an impractical second tier player. There is simply not enough demand for these products at these prices and not enough infrastructure: ""the electric vehicle business is a little premature at the moment,"" says Andrew Frank, a University of California, Davis, professor of mechanical and aeronautical engineering, adding that the main reason for this is the lack of a sufficient charging infrastructure and an unclear plan for who will end up paying for it. Frank cautions that car companies should not expect the public to pitch in. One way to kill the electric car (again) is to ask the public to invest a lot of money in the infrastructure, he says."" The calls recently for a buyout of Fiat by Tesla are reminding us greatly of the dot com bubble when AOL (AOL) bought Time Warner and it was one of the most disastrous mergers ever. We also believe that Tesla has not enough charging infrastructure and that this problem is still Tesla's major Achilles' heel. We see no proof of even minor acceptance of these types of products by the American population yet: ""It's not like people are clamoring for these vehicles,"" said Rebecca Lindland, analyst with Rebel Three Media, and member of a committee studying barriers to electric cars for the National Academy of Sciences. Lindland said her view that Americans ""just don't see how an electric car can fit into their lifestyle. We continue to be risk-averse in investing in new technology in our cars. Mike Van Nieuwkuyk of the research firm JD Power & Associates said more people are aware of the electric cars on the market ""but there is still a low number of consumers who say they would purchase an electric car."" As a CNN Writer recently phrased it in terms of lack of charging ability: ""Even after overlooking all the Model S' objective blemishes .....electric vehicles lack a national infrastructure of charging points, accessible cross-country range and remain cost prohibitive for most consumers. These are major hurdles, preventing tens of millions from even considering vehicles like the Model S. Don't feel sorry for just the electric crowd, either. ..... According to the U.S. Department of Energy, there are more than 5,800 electric charging stations in the United States, but just two public charging stations in North Dakota, and zero in Wyoming (Tesla plans to have a nationwide network of its so-called Supercharger stations within a couple of years). I don't need to remind anyone that gasoline for combustion vehicles is as readily available as pasteurized milk, and still less expensive."" We are therefore very skeptical of this so called electric car market, especially in the US where there is almost no infrastructure to be able to charge the vehicles. It reminds us of all

THE BOOK OF TESLA. Copyright...original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a...

the optimistic calls on the so called AOL Time Warner disaster which was the one of the most disastrous or the most disastrous merger ever: ""The Internet, it was believed, was soon to vaporize mainstream media business models on the spot. America Online's frothy stock price made it worth twice as much as Time Warner's with less than half the cash flow."" We believe very overly optimistic figures are being touted by Morgan Stanley (MS) - which also was one of the major underwriters of the company's IPO and recent offerings: ""Jonas reiterates that this Tesla is valued on a 15-year DCF (future cash flow and discounts) and that its ""valuation multiples do not begin to make sense until at least 2015."" A senior editor of Edmunds recently stated the following about the lack of charging infrastructure: ""More important, said Kavanagh, is that the US electric power system cannot support large numbers of electric vehicles which need constant charging. The US power grid is not capable of supporting that,"" he told AFP. ""You would need a multitude of small nuclear power stations to support that recharging. Chevrolet cut production of its Volt last year amid soft demand, and is reported to be working on a less expensive version. Toyota and Honda also scaled back plans for all-electric vehicles for the US market. And Chrysler chief executive Sergio Marchionne said recently the company stands to lose $10,000 on every battery-powered Fiat 500 it sells in California."" Morgan Stanley (overly optimistic) projections: (click to enlarge) In conclusion, we believe that the Better Place bankruptcy is highly relevant to two major problems Tesla still faces: lack of charging infrastructure and lack of demand. We still do not know yet that Tesla is even a real, viable company, but many investors are taking very big risks in assuming so. With the lack of ability to have charging infrastructure yet in such a big market as the US, we are very skeptical for all the reasons above. We also think it is way too early to start comparing Elon Musk, CEO of Tesla to Lee Iocacca. Keep in mind that ""Tesla has posted a net loss of more than $800 million in the past three full years combined."" We believe that in the long term there will be trouble ahead for Tesla and its Achilles' heel in lack of charging infrastructure. It is best summed up by the failure of the electric car company 'Better Place' in these words: ""Setting up and managing a chain of battery exchange stations requires a huge investment in an infrastructure, which grows in proportion to the geographical area to be covered. It can perhaps be done as a government project but for a private company this solution requires very deep pockets and investors with stamina for the long run, and the belief that the revenue will eventually cover the expenses. Shai Agassi found investors like this to begin with, but they did not last the course."""

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The Teen Brain: It's Just Not Grown Up Yet : NPR

Scientists used to think teenage brains are just like those of adults ? with fewer miles on them. But they're not. Teens' brains are developmentally different. One neurologist mother decided to get to the roots of her son's maddening behavior.
npr.org/templates/story/story.php?storyId=124119468
npr.org

The Teenage Brain-- Why Do Teenagers Think Differently

"Recent studies of teenage brains show they are still very plastic HEALTH AND FITNESS EDUCATION : WHAT ... Abstract: Healthy human brain development is a complex process that continues during childhood and adolescence, as demonstrated ..."
edinformatics.com/news/teenage_brains.htm
edinformatics.com

Monica Yant Kinney: Teen mob attacks are nothing new - Philly.com

"... stop on his way home from work last Monday night when he was surrounded and assaulted by members of a group of about 10 teenagers, ... said it would be foolish to ascribe racist tendencies to the youths who did violence when unformed teenage brains might be more to blame."
articles.philly.com/2011-08-10/news/29872494_1_mobs-teenagers...
articles.philly.com

PDF The Amazing Teen Brain

"During teenage years, the brain removes underutilised neuron paths and helps define adult behaviors. The article explores the development of cognition, ... thanks to a brain so unformed that it's more like a kindergartner's than a grown-up's."
classes.strategysolutions.org/cases/age_of_respons/amazing_teen_brain.pdf
classes.strategysolutions.org

Videos/ Exploring the Web and The Teenage Brain - Ripsheet

- Undeveloped teenage brain easy prey for internet marketing companies and data brokers - Data broker claims it takes less than 15 minutes to take over a child's mind with a smartphone - Science shows human mind unformed until after college.
scandal-sheet.com/ripsheet-tv-investigation-videos/videos-e...
scandal-sheet.com

How to Deploy the Amazing Power of the Teen Brain - US News

"Behold the American teenager, a lump in a hoodie who's capable of little more than playing ""Grand Theft Auto,"" raiding the liquor cabinet, and denting the minivan, thanks to a brain so unformed that it's more like a kindergartner's than a grown-up's."
health.usnews.com/health-news/family-health/brain-and-behav...
health.usnews.com

10 copies of Man Quest by Mike McCormick - The Book Club ..

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Question: There's never been a more difficult & dangerous time to be a teenager in our society. How should we best equip our teens to make the successful journey into adulthood? The winners are: WinterRose. Laura Pol. Jennifer Fromke. Carla Swerman. Cheri Swalwell.
 bookfun.org/group/elk-lake-publishing/forum/topics/10...
 bookfun.org

Blossoming Joy: Against Teen Dating...

 "I have a high opinion of my son's maturity level but I also know that his teenage brain is still very unformed. We have a great relationship but he still drives me nuts. He inches closer to driving age and I repeatedly think: My word, ..."
 mamaslittleditty.blogspot.com/2013/06/against-teen-dating.html
 mamaslittleditty.blogspot.com

 "Grrr...how to keep a toddler from hitting, and how to keep a .."

 "Toddlers sometimes hit, and toddlers are unformed proto-humans, from the standpoint of mental development. So how do I make my wife understand that, and stop getting so damn dejected and angry at these things? ... Here's one article which talks about teenage brains ..."
 boards.straightdope.com/sdmb/showthread.php?t=634481
 boards.straightdope.com

Lifeguard Contemplation -

 "... lifeguard in Los Angeles who knows there's more to life than beach parties and one-night stands with teenage girls and stewardesses but can ... 'The only place jogging is going to get you is right back where you started,' which seemed profound to my unformed teenage brain ..."
 hollywood-elsewhere.com/2012/05/lifeguard-break/
 hollywood-elsewhere.com

Life in General: High School Soundtrack: 1975-1979 (Part One)

 What they had in common were more of a symphonic sound and (what appeared to my unformed teenage brain to be) deeper lyrics. ELO's Face the Music (1975) was the first record which really blew me away.
 satherthoughts.blogspot.com/2009/05/high-school-soundtrack-1975-1979-...
 satherthoughts.blogspot.com

MercatorNet: Australia's ultimate party animal

 "Biddulph's message to parents and educators is that: ""the teenage brain is very unformed, it rebuilds from13 to about 19 and is changed in structure so comprehensively that it makes decision-making and logical thinking very hard for teenagers, ..."
 mercatornet.com/articles/view/australias_ultimate_party_a...
 mercatornet.com

Stupid Teens - Smith & Wesson Forum

 "My wife would have chalked it up to the ""unformed brain of a teenage male"". I've been listenin' to that load-o-crappola about my kids every time they screw up for years. Koz, she's actually right ..."
 smith-wessonforum.com/lounge/318856-stupid-teens.html
 smith-wessonforum.com

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

My View: Marsh and Juvenile Brain Development | Davis Vanguard

"Science has shown that the brain of teenagers is still unformed. ""[The teenage brain] essentially is different from what adult brains are,"" he continued. ""Essentially that means if we're making a judgment about a 14-year-old ..."
 davisvanguard.org/my-view-marsh-and-juvenile-brain-developm...
 davisvanguard.org

Mary Riddell: Inside the teenage mind | World news | The Observer

Close your eyes and the reedy cries of teenage girls suggest the finale of a Red Hot Chili Peppers concert ... and her film is an intelligent assessment of whether adolescence is chiefly a social construct or a hell imposed by unformed brains and unruly hormones as well as unreasonable old ...
 theguardian.com/world/2005/apr/24/gender.comment
 theguardian.com

Juvenile Justice - Teen Advocates USA

"Precisely because their brains are still ... They are immature and irresponsible. They are more susceptible to negative influences, including peer pressure. And teenagers' personalities are unformed. ... Lawmakers in Michigan, where at least 306 lifers were juveniles when sentenced ..."
 teenadvocatesusa.org/10reasonswhy.html
 teenadvocatesusa.org

SHR VIP Garage ? View topic - Question of the Day

"... ( unformed ) teenage brains and pregnant mothers. The key here is moderation and control. I personally believe that alcohol produces more pain, hurt, broken families, lives destroyed & lost, laws broken, ..."
 stewarthaasracing.com/fan/circuit/viewtopic.php?f=2&t=7063&star...
 stewarthaasracing.com

Let Me Tell You About The Beatles: April 2011

"Even the crummy ones for dumb children that are boring because kids like boring music because their brains are unformed? Really? Okay, take it away, Bunter. I'm going ... tailor-made for the hormonal teenage girls who made up their main audience back then. A few primitive ..."
 letmetellyouaboutthebeatles.blogspot.com/2011_04_01_archive.html
 letmetellyouaboutthebeatles.blogspot.com

Primordial Slack: February 2010 - blogspot.com

"Sickness and accidents are in the dealer's hand, but stupid teenage brains that are [scientifically proven] unformed in the art of reason and judgment are a challenge unlike any other. You go now."
 primordialslack.blogspot.com/2010_02_01_archive.html
 primordialslack.blogspot.com
 More Links...

A Place for Fabulous Women Over 50 - Jane Fox - Foxigenarian |

"As women over 50, we are facing a new romantic reality. Perhaps the first step in finding love after 50 is to understand what we want and need now. We've got to stop using romantic guidelines created way back then with our unformed teenage brains."
 foxigenarian.wordpress.com

THE BOOK OF TESLA: Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

foxigenarian.wordpress.com

Learning Video

"align=""left"" style=""color:#999999; font-size:12px;font-family:Arial"  For more "http://www.iwise.com/tag/Love Teenage"" title=""Love Teenage quotes"" style=""color:#999999;font-size:12px; font-family:Arial"" >Love Teenage quotes    and      "http..."
iwise.com/vid/Learning_video
iwise.com

Drinking during pregnancy: What the experts don't tell you.

"Can her autobiographical novel about an unformed girl overcome that? Read a Creepy Sci-Fi Short Story About Fixing Murderers' Brains. Teenage Mutant Ninja Bortles, and 2014's Other Most Popular Fantasy Football Team Names."
slate.com/blogs/expecting_better/2013/09/11/drinkin...
slate.com

Redemption - Unformed Lyrics

"Unformed lyrics performed by Redemption: You haven't drawn a breath But I know you Still unformed, and yet The flame burns true. Teenage Mutant Ninja Turtles - Teenage Mutant Ninja Turtles Theme Song lyrics."
lyricsmania.com/unformed_lyrics_redemption.html
lyricsmania.com

Daily Kos: ...Religion Stops a Thinking Brain - and Kills Women and Teenage...

"It is religion that sets up the unformed mind to simply accept two unalterably opposed ideas as ""normal"". ""Those who can make you believe absurdities can make you commit atrocities."" Their brains are predisposed to that sort of non-sense."
dailykos.com/story/2011/05/09/974529/-Extreme-Religion...
dailykos.com

TEENAGERS - Jailed for LIFE - is it RIGHT or WRONG?

"This part of the brain continues to develop for individuals into their 20s."" And teenagers' personalities are unformed. We had a teenage murder case here a number of years ago."
scam.com/showthread.php?t=6070
scam.com

WHITE HOUSE HIT SQUADS          "Recent Freedom of Information Act revelations show that When the Monica Lewinsky scandal happened, The White House put a senior White House adviser named Sidney Blumenthal on the job as character assassination lead. He was missioned with defaming Monica, Lucianne Goldberg, Bill Kristol and seeking to destroy Vanity Fair's Christopher Hitchens, for writing about the scandal. This is now well documented in the mainstream media and studied in university social ethics classes. Robert Gibbs and Jay Carney are now accused of running the modern day equivalent. While this may seem horrific for the ""highest office in the land"", it is more of the rule than the exception. Some people work in the White House merely to steer hundreds of billions of dollars of taxpayer money to their friends pockets, or campaign backer/employers pockets. Campaign backers are, more often than not, insane ego-maniacal billionaires who think they are untouchable because they have bought all of the power they want. These kinds of people ignore the law, morality or ethics and exist purely to show off to the other insane billionaires in their good ole' boys club. They will stoop to anything; a character assassination, or even a real assassination, is not out of the question for them. The procedure uses an axillary unit of the White House press office. The axillary unit never uses official

THE BOOK OF TESLA - Copyrights, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

emails. They conduct their work with personal text messages, personal emails and lunch meetings. They trade access for a hatchet job article on an enemy. They maintain a direct link with tabloids, such as the Gawker Media syndicate, in order to machine gun an opponent with fake blogger comments and hit-job articles. They have ""special project IT Consultants"" go into the career databases at Axciom, Dun and Bradstreet, and all of the other services recruiters use, and put fake negative comments about the target so they can kill their career. They have a thousand ""trade-craft"" tools in their dirty war-chest. Some of them are ex CIA. Is it illegal? VERY MUCH SO! Can you catch them? The answer used to be no...but, now that everybody knows that every email, restaurant camera, text message and other communication system since 2001 has been recorded, logged, archived and analyzed by multiple federal agencies; maybe now you can!"/white-house-hit-squads/      10/11/2014      THE EDITORS & WIKI MEMBERS  "HOT TOPIC, Uncategorized"  "Character Assassination, Obama Weatherman Blumenthal Hillary Clinton Obama Right Wing Smears Blumenthal Clinton Obama Ayers GOP Right Wing Smears Obama Right Wing Conspiracy Sidney Blumenthal Obama Rumors Democrats Hillary Cl, WHITE HOUSE HIT SQUADS" publish wp-mm-fb-likes-enabled:      wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled:      wp-mm-fb-shares-num: wp-mm-fb-shares-duration:  wp-mm-fb-shares-weekends:  wp-mm-google-plus-enabled:  wp-mm-google-plus-num:   wp-mm-google-plus-duration:  wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:      wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:   ccft_post_comment_title:      panels_data: Array      snap_MYURL: snapEdIT: 1   kopa_fastnewslight_total_view: 1

The HuffPost Puts Sidney Blumenthal On Trial For Media Sins

 posted by Ryan S. Jackson

 "Is the man who once coined the term ?vast ring wing conspiracy? now an integral part of the monster he once decried, willingly abetting a yellow journalism vendetta against Barack Obama?! Peter Drier, of the American Prospect and the Los Angeles Times (amongst others), brings forth the case against Clintonista Sidney Blumenthal:"

 "Former journalist Sidney Blumenthal has been widely credited with coining the term ?vast right-wing conspiracy? used by Hillary Clinton in 1998 to describe the alliance of conservative media, think tanks, and political operatives that sought to destroy the Clinton White House where he worked as a high-level aide. A decade later, and now acting as a senior campaign advisor to Senator Clinton, Blumenthal is exploiting that same right-wing network to attack and discredit Barack Obama. And he?s not hesitating to use the same sort of guilt-by-association tactics that have been the hallmark of the political right dating back to the McCarthy era."

 "Amongst the questionable media narratives Drier accuses Blumenthal of pushing (there are many, and it is a long and winding piece): ? Obama?s high school exposure to a Hawaiian Marxist poet, who Obama mentions briefly in Dreams from My Father and who has since been elevated to an Obama father-figure by hard-right press critic Cliff Kincaid. ? The recent ?Obama as Radical Black Nationalist? narrative, and his Chicago connections to Weather Underground member William Ayers. ? A National Review article which accuses Obama of being an integral part of Chicago machine-style politics, which notes: ?Blacks adapted to both the tribalism and the corrupt patronage politics.? ? A plethora of different Tony Rezko stories. ? And lest anyone forget, the circa February ? Obama as Cult Leader? narrative penned initially by Washington Post columnist Charles Krauthammer. Hardball politics or cavorting with the enemy? Read the piece and draw your own conclusions."

 "Peter DreierE.P. Clapp Distinguished Professor of Politics, Occidental College"

 Sidney Blumenthal Uses Former Right-Wing Foes To Attack Obama

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Former journalist Sidney Blumenthal has been widely credited with coining the term ""vast right-wing conspiracy"" used by Hillary Clinton in 1998 to describe the alliance of conservative media, think tanks, and political operatives that sought to destroy the Clinton White House where he worked as a high-level aide. A decade later, and now acting as a senior campaign advisor to Senator Clinton, Blumenthal is exploiting that same right-wing network to attack and discredit Barack Obama. And he's not hesitating to use the same sort of guilt-by-association tactics that have been the hallmark of the political right dating back to the McCarthy era. Almost every day over the past six months, I have been the recipient of an email that attacks Obama's character, political views, electability, and real or manufactured associations. The original source of many of these hit pieces are virulent and sometimes extreme right-wing websites, bloggers, and publications. But they aren't being emailed out from some fringe right-wing group that somehow managed to get my email address. Instead, it is Sidney Blumenthal who, on a regular basis, methodically dispatches these email mudballs to an influential list of opinion shapers -- including journalists, former Clinton administration officials, academics, policy entrepreneurs, and think tankers -- in what is an obvious attempt to create an echo chamber that reverberates among talk shows, columnists, and Democratic Party funders and activists. One of the recipients of the Blumenthal email blast, himself a Clinton supporter, forwards the material to me and perhaps to others. These attacks sent out by Blumenthal, long known for his fierce and combative loyalty to the Clintons, draw on a wide variety of sources to spread his Obama-bashing. Some of the pieces are culled from the mainstream media and include some reasoned swipes at Obama's policy and political positions. But, rather remarkably for such a self-professed liberal operative like Blumenthal, a staggering number of the anti-Obama attacks he circulates derive from highly-ideological and militant right-wing sources such as the misnamed Accuracy in Media (AIM), The Weekly Standard, City Journal, The American Conservative, and The National Review. To cite just one recent example, Blumenthal circulated an article taken from the fervently hard-right AIM website on February 18 entitled, ""Obama's Communist Mentor"" by Cliff Kincaid. Kincaid is a right-wing writer and activist, a longtime critic of the United Nations, whose group, America's Survival, has been funded by foundations controlled by conservative financier Richard Mellon Scaife, the same millionaire who helped fund attacks on the Clintons during their White House years. Scaife also funds AIM, the right-wing media ""watchdog"" group. The Kincaid article that Blumenthal circulated sought to discredit Obama by linking him to an African-American poet and writer whom Obama knew while he was in high school in Hawaii. That writer, Frank Marshall Davis, was, Kincaid wrote, a member of the Communist Party. Supported by no tangible evidence, Kincaid claimed that Obama considered his relationship to Davis to be ""almost like a son."" In his memoir, Dreams from My Father, Obama wrote about meeting, during his teenage years, a writer named ""Frank"" who ""had some modest notoriety once"" and with whom he occasionally discussed poetry and politics. From this snippet, Kincaid weaves an incredulous tale that turns Davis into Obama's ""mentor."" Kincaid's piece had been previously circulating within the right-wing blogosphere, but Blumenthal sought to inject the story into more respectable opinion circles by amplifying it in his email blast. In the same piece, Kincaid, expanding his guilt-by-association tactics, also wrote that Obama ""came into contact with more far-left political forces,"" including former Weather Underground member William Ayers. Until a few weeks ago, Obama's tangential connection with Ayers -- whose 1960s anti-war terrorism occurred when Obama was in grade school -- was echoing among right-wing bloggers. Some Clinton supporters who also knew about Ayers have been discreetly trying to catapult the story out of the right-wing sandbox into the wider mainstream media. On April 9, Fox News' Sean Hannity interviewed fellow right-winger Karl Rove, who raised the Ayers-Obama connection. The next day, ABC News reporter Jake Tapper wrote about Ayers in his Political Punch blog. The following week, on his radio show, Hannity suggested to his guest, George Stephanopoulos, that he ask Obama about his relationship with Ayers at the upcoming Philadelphia presidential debate. Stephanopoulos, who was Bill Clinton's press secretary, replied, ""Well, I'm taking notes."" The following night during the April 16 nationally televised Presidential debate, Stephanopoulos dutifully asked Obama about Ayers, who is now a professor of education at the University of Illinois at Chicago. One can only speculate how much influence Blumenthal did or did not have in elevating the Ayers story into the mainstream media and into the national political debate. What is certain is that Blumenthal sought to keep this classic red-baiting controversy alive. Blumenthal's April 24 email dispatch featured a two-year old article by Sol Stern, published in City Journal, sponsored by the right-wing Manhattan Institute. The article, from the journal's Summer 2006 issue, doesn't mention Obama. Why would Blumenthal resurrect it now? The article, entitled ""The Ed Schools' Latest--and Worst--Humbug,"" was, instead, a frontal attack on Ayers' views on educational theory and policy. Blumenthal obviously wasn't trying to offer enlightenment on educational policy or Obama's positions on school reform as

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

much as he was presumably trying to keep Ayers' name, and his controversial past, in the public eye. As a follow-up punch, Blumenthal again dipped directly into the ""vast right wing conspiracy"" by retrieving and circulating an article from the current issue of National Review -- the staunchly conservative opinion journal founded by William F. Buckley. The piece, titled ""The Obama Way,"" was penned by Fred Siegel who, like Sol Stern, is a former 60s leftist who has moved to the opposite end of the political spectrum, serving at one point as a political advisor to Rudy Giuliani. Siegel's piece links Obama to corrupt Chicago machine politics, observing that ""Blacks adapted to both the tribalism and the corrupt patronage politics"" of Chicago's Democratic Party. In the process, he manages to throw in as many spurious ad hominem attacks on Obama as he can, calling him a ""friend of race-baiters"" and a ""man who would lead our efforts against terrorism yet was friendly with Bill Ayers, the unrepentant 1960s terrorist."" When Blumenthal worked in the White House, a big thorn in Bill Clinton's side was the Weekly Standard, the right-wing magazine edited by William Kristol and owned by Rupert Murdoch. But in mid-February, Blumenthal's email attack featured an article, ""Republicans Root for Obama,"" written by Weekly Standard executive editor and Fox News talking head Fred Barnes. That same month, Blumenthal also offered up a piece by Scott McConnell, titled ""Untested Savior,"" that appeared in The American Conservative (a magazine founded by Pat Buchanan) claiming that Obama ""would probably lead them [Democrats] to disaster in November."" When Blumenthal isn't relying directly on anti-Obama smears from the extreme right, he's pumping up more traditionally sourced material, from the Washington Post, New Republic, and other publications, to question and damage Obama's character and electability. On several occasions, Blumenthal has circulated articles from the Chicago Sun Times and the Chicago Tribune about Obama's ties to developer Tony Rezko, a relationship Obama has said he regrets. In one email, Blumenthal wrote: ""The record on Obama's fabled 'judgement'? So how would he conduct himself in those promised summits without preconditions with Ahmadinejad, Kim Jong Il, Chavez, Castro, and Assad? Let's look at how he did with Tony Rezko."" Earlier this year, one theme pushed by Clinton supporters and buoyed by Blumenthal's efforts, was that Obama's appeal was similar to that of a messianic cult leader. Obama's capacity to inspire people was reframed as a kind of malevolent force, as though his followers would somehow willingly drink poisoned Kool-Aid if Obama so demanded. In his February 7 Time magazine column, ""Inspiration vs. Substance,"" writer Joe Klein who, like Blumenthal, worked on the Boston alternative paper, The Real Paper, in the 1970s, wrote: ""There was something just a wee bit creepy about the mass messianism -- 'We are the ones we've been waiting for' -- of the Super Tuesday speech and the recent turn of the Obama campaign."" That same morning, Blumenthal sent the Klein column to his email list. Later that day, in his Political Punch blog, ABC News reporter Jake Tapper wrote, ""The Holy Season of Lent is upon us. Can Obama worshippers try to give up their Helter-Skelter cultish qualities for a few weeks  " (Update: In response to OffTheBus, Tapper is categorical in denying that he in any way relied upon Blumenthal or was influenced by Blumenthal in the production or in the writing of this story or his reports on William Ayers or the Obama ""cult"") The following day, in the Los Angeles Times, columnist Joel Stein wrote: ""Obamaphilia has gotten creepy. What the Cult of Obama doesn't realize is that he is a politician."" After this idea had bounced around the media echo chamber for a few days, the liberal watchdog group Media Matters for America, run by David Brock, posted a summary on February 8 of the sudden outbreak of ""cult"" references about Obama. It was headlined: ""Media figures call Obama supporters' behavior

 'creepy,' compare them to Hare Krishna and Manson followers."" The next day, Blumenthal sent the Media Matters piece to his email list. A few days later, the New York Times' Paul Krugman, a Clinton supporter, weighed in with a column, ""Hate Springs Eternal,"" in which he wrote, ""I'm not the first to point out that the Obama campaign seems dangerously close to a cult of personality."" Nor would he be the last. Four days later, Washington Post columnist Charles Krauthammer, an arch conservative, penned a column entitled, ""The Audacity of Selling Hope"" in which he simply quoted Klein, Tapper, Stein, and Krugman. One of Blumenthal's associates scoffs at the notion that there's anything vaguely conspiratorial about these emails and that a number of the people on the list-serve are also the authors of the pieces he sends out. ""They're just Sid's friends,"" he told me. This is, in fact, the very definition of an echo chamber. People in the opinion-shaping business also seek to influence other opinion-makers, who then bounce their ideas through their overlapping outlets -- newspapers, magazines, talk shows, websites, blogs, and social and political fundraising circles. The connections are so incestuous that it's hard to untangle where the ""feedback loop"" begins and ends. Among those whose names show up as recipients of Blumenthal's emails are writers and journalists Craig Unger, Edward Jay Epstein, Thomas Edsall (Politics Editor of the Huffington Post), Joe Conason, Gene Lyons (Arkansas Democrat-Gazette columnist and author of The Hunting of the President: The Ten Year Campaign to Destroy Bill and Hillary

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Clinton), John Judis, Eric Alterman, Christine Ockrent, David Brock, Reza Aslan, Harold Evans, and Josh Marshall; academics and think tankers Todd Gitlin (Columbia U sociologist), Karen Greenberg (NYU law school), Sean Wilentz (Princeton historian), Michael Lind, William M. Drozdiak, and Richard Parker; and former Clinton administration officials John Ritch, James Rubin, Derek Shearer, and Joe Wilson. Not all of Blumenthal's recipients, or those who, like me, receive the emails second-hand, are Clinton supporters. Before and after his service in the Clinton White House, Blumenthal wrote for the New Yorker, New Republic, Washington Post, the Guardian, and Salon, where he was often accused of engaging in partisan journalism. In the Clinton administration, Blumenthal was primarily a behind-the-scenes strategist, but often found himself speaking in front of the cameras and on the record. In both roles, he was known as a committed Clintonista who played hardball. He's demonstrated those same traits since joining Hillary's campaign as a senior advisor last November. Presidential politics can get down and dirty, and Blumenthal is a master at the game. Some Obama supporters might even wish that his campaign would resort to similar tactics. If it did, there would be no shortage of anti-Hillary screeds by the ""vast right-wing conspiracy"" activists and writers, such as surfacing the photo of Rev. Jeremiah Wright with Bill Clinton at a prayer breakfast at the White House in 1998, invited by the president in the midst of his Lewinsky scandal. Indeed, the right-wingers probably hate Hillary more than they dislike Obama. But so far the Obama camp has avoided slinging the right-wing mud, at least with any of the enthusiasm and diligence demonstrated by Sid Blumenthal."

 Follow Peter Dreier on Twitter: www.twitter.com/peterdreier

 More:

 Obama Weatherman Blumenthal Hillary Clinton Obama Right Wing Smears Blumenthal Clinton Obama Ayers GOP Right Wing Smears Obama Right Wing Conspiracy Sidney Blumenthal Obama Rumors Democrats Hillary Clinton Advisors Blumenthal Obama Smears Blumenthal Bill Clinton Obama Rumors Clinton Advisors Obama Sidney Blumenthal Clinton Advisors Attack Obama Blumenthal Obama Attacks

 1. media  character  assassination  | Tumblr

 www.tumblr.com/tagged/media-character-assassination  -

 "When The Media Treats  White  Suspects And Killers Better Than Black Victims ... almost from the start of his time in the  White  House, by the tea party, with its  ..."

 "2. NAACP President: ""Postmortem  Character  Assassination"" Of ..."

 www.realclearpolitics.com/ video/ 2014/ 08/ 17/
naacp_president_postmortem_character_assassination_of_michael_brown.h tml  -      -Highlight

 "Aug 17, 2014 ... Here we have a postmortem  character  assassination, very troubling. ... I have received calls from the  White  House  late at night, early in the morning. ... The NAACP has been working with the FBI agents to identify and bring  ..."

 3. Great news: Democrats on board with Reid's McCarthyite  character  ...

 www.hotair.com/ archives/ 2014/ 07/ 08/ great-news-democrats-on-board-with-reids-mccarthyite-character-assass ination-strategy/  -

 "Jul 8, 2014 ... Considering their 'dear leader' in the  White  House  consults Alinky's book on a .... If you wanted to compare the leftist  character  assassination  of ..."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"4. More  Character  Assassination: ""Gentle Giant"" Had Pot in System ..."

www.rushlimbaugh.com/ daily/ 2014/ 08/ 18/
more_character_assassination_gentle_giant_had_pot_in_system_cop_s_ver sion_of_story_comes_to_light  -


"Aug 18, 2014 ... Home > Archives (Aug 18, 2014) > More  Character  Assassination: ""Gentle ... With the aid
of the Washington Post, I have just participated in a smear .... to grandmother's  house  -- was accosted by a
typically  white  racist cop and  ..."

5. Police accused of 'character  assassination' - Video on NBCNews.com

www.nbcnews.com/video/all-in-/55876972  -

"Aug 15, 2014 ... Chris Hayes speaks with Brown family attorney Anthony Gray and St. Louis ... Michael
Brown's family condemns what they call  character  assassination  after the Ferguson police ... The 'WhiteHouse
jumper' story gets scarier."

6. Andrew Johnson | The  White  House

www.whitehouse.gov/about/presidents/andrewjohnson  -

"With the  Assassination  of Lincoln, the Presidency fell upon an old-fashioned ... After Lincoln's death,
President Johnson proceeded to reconstruct the former  ..."

"7. 50 Years After JFK's Death, GOP Engaging In  Character  ..."

www.politicusa.com/2013/11/23/brand-presidential-assassination.html  -

"Nov 23, 2013 ... During NBC's tick-tock march through those terrible Friday hours 50 years ... sought to bring
grace, history, and good works to the  White  House."

8. Democrats turn on Debbie Wasserman Schultz - Edward-Isaac ...

www.politico.com/ story/ 2014/ 09/ democrats-debbie-wasserman-schultz-111077.html  -

"Sep 17, 2014 ... Democratic National Committee Chairwoman Debbie Wasserman Schultz is in a behind-the-
scenes struggle with the  White  House,  ..."


Could the charges that Tesla Motors is an ?Organized Crime Operation? actually be true?          "Journalists
examine the charges: - LINK TO THIS PAGE:  /?p=10939 - - Published federal GAO reports and Senate Ethics
committee reports seem to indicate so. Tips from FBI, DOJ, Secret Service and Treasury investigators, re:
ongoing investigations, seem to also confirm. - Over 40+ conflicts-of-interest, insider trading, real estate profit
conflicts and campaign contribution issues with Senators Reid and Feinstein - Hundreds of lies and falsehoods
found in Tesla's original Department of Energy documents and emails - Multiple fraud lawsuits, now filed against
Tesla and Elon Musk by employees, investors, Lemon Law activists, customers, co-founders - Charges by over
five citizen groups that Tesla and Solyndra were used by White House to conduit campaign cash to DNC, Obama
and Senators has stood the first round of forensic financial money tracking - Silicon Valley VC's charged with
""Pumping the Tesla Stock with their own cash each time the stock drops, in order to inflate the Tesla stock
market charts and protect their campaign contributions to The White House...""" - Elon Musks Silent Co-Partners:
GOOGLE- Caught manipulating internet to delete all references to investigations of Tesla Motors in order to
protect White House Staff (Gibbs and Carney: who ordered Tesla protected) - It IS a proven fact that all of the

THE BOOK OF TESLA: Copyrights: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

""ONLY"" Department Energy Awardee's were also campaign contributors and all of their competitors, for the same funds, were blockaded and sabotaged - All signs and evidence, so far, does seem to indicate that these charges against Tesla Motors have merit.       "/charges-tesla-motors-organized-crime-operation-actually-true/
  10/9/2014       THE EDITORS & WIKI MEMBERS     "HOT TOPIC, Uncategorized"  "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Could the charges that Tesla Motors is an ""Organized Crime Operation"" actually be true?, Dept. of energy, diane feinstein, Dianne FEinstein, Elon MUsk, John Doerr, Kleiner Perkins, kleiner perkins sex allegations, Sen. Grassley, solyndra, Steve Spinner, Steve Westly, tesla kleiner, TSLA, washington corruption, washington corruption investigation"publish wp-mm-fb-likes-enabled:         wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:wp-mm-fb-likes-weekends:       wp-mm-fb-shares-enabled:       wp-mm-fb-shares-num: wp-mm-fb-shares-duration: wp-mm-fb-shares-weekends:      wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 64
  wp-mm-google-plus-duration: 32       wp-mm-google-plus-weekends: 50        wp-mm-twitter-tweets-enabled: 1       wp-mm-twitter-tweets-num: 50  wp-mm-twitter-tweets-duration: 50        wp-mm-twitter-tweets-weekends: 60    ccft_post_comment_title:        enclosure: /wp-content/uploads/2014/10/Mos-Eisley_low.compressed.mp4 201336 video/mp4  enclosure: /wp-content/uploads/2014/08/TESLA-Battery-Factory.mp4 8627889 video/mp4enclosure: /wp-content/uploads/2014/08/CLEANTECH4.mp4 6896804 video/mp4       enclosure: /wp-content/uploads/2014/08/CLEANTECH3.mp4 9487423 video/mp4
  enclosure: /wp-content/uploads/2014/08/CLEANTECH2.mp4 9592004 video/mp4        enclosure: /wp-content/uploads/2014/08/CLEANTECH1.mp4 9570649 video/mp4        enclosure: /wp-content/uploads/2014/08/Interview-with-Gary-Conley_low.mp4 2174186 video/mp4
  kopa_fastnewslight_total_view: 6       panels_data: Array       snap_MYURL: snapEdIT: 1

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

ELON MUSK'S TOP FAKE STOCK MARKET MANIPULATION WEBSITES REVEALED!

 "- Musk PR staff caught sending ""syncronize watches"" emails and tweets to get team of bloggers to blast out shill stock pumping news - Viewed as illegal attempt to manipulate stock market, in violation of securities laws - Always come out with the same stories, at the same time, as soon as bad news about Tesla and Space X pops up - Non-insider investors feeling ""screwed"", consider MORE shareholder lawsuits for fraud. Journalists and media investigative groups charge that Musk and his investors control the following media fronts for their stock market manipulations:"

 "TESLA MEDIA SHILL FACADES, PARTIAL LIST -"
 VALUEWALK.COM
 CLEANTECHNICA.COMINVESTORPLACE.COM GREEN.AUTOBLOG.COM AUTOBLOG.COM GREEN.CARREPORTS.COM AUTOGREENBLOG.COM GREENCARREPORTS.COM BUSINESSINSIDER.COM HUFFINGTONPOST.COM HEART PUBLISHING GROUP A.L.I.C.E. NEWS COORDINATION GROUP CA.AUTOBLOG.COM TREEHUGGER.COM TRANSPORTEVOLVED.COM MERCURYNEWS.COM and more...

 1. PUBLIC CRIME INVESTIGATIONS | FACT-SWARMING WIKI

 boycotttesla.wordpress.com  -

 "?WE SAY  TESLA  MOTORS IS AN ORGANIZED CRIME OPERATION! WE CHALLENGE YOU, AND THE HEAD OF THE FBI, TO A CONCURRENT LIVE DEBATE  ..."

 "2. TSLA  Tesla  Stock. ?Shill?, Fake, ?Pump? and manipulate tech stocks ..."

 boycotttesla.wordpress.com/ investigations/ the-tesla-investigation/ how-to-shill-fake-pump-and-manipulate-tech-stocks/  -

 "As  Tesla  lithium ion battery packs continue to burst into flames  Tesla  PR contracts over 100 press  shills  (ie: Thestreet.com, Motley Fool, etc. ) and fake bloggers  ..."

 3. The Real Impact of the  Tesla  Gigafactory (Nasdaq: TSLA)

 www.moneymorning.com/ 2014/ 02/ 28/ real-impact-tesla-gigafactory-nasdaq-tsla/  -      -Highlight

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Feb 28, 2014 ...  Tesla  (Nasdaq: TSLA) CEO Elon Musk revealed more about the  Tesla  Gigafactory ... Though many  Tesla  shills  will argue that they are not fire."

4. Tesla's Gigafactory: The next step in Musk's domination of the ...

www.extremetech.com/ extreme/ 177482- Tesla's-gigafactory-the-next-step-in-musks-domination-of-the-ba ttery-powered-world  -

"Feb 28, 2014 ... Here's more proof  Tesla  is thinking like a tech company, not a car company: .... If so, I thinkTesla  and  shills  like you should be investigated."

5. Tesla  Motors Inc (TSLA) Sued Under Wisconsin's Lemon Law

www.valuewalk.com/ 2014/ 04/  tesla-motors-inc-tsla-sued-wisconsins-lemon-law/  -      -Highlight

"Apr 7, 2014 ...  Tesla  Motors Inc (NASDAQ:TSLA) is in the crosshairs of Wisconsin attorney ... If  Tesla andTesla  shills  cared about SAFETY they wouldn't be  ..."

"6. Tesla  Motors Inc (TSLA) Fans Are Crazy, Or Maybe Just Passionate"

www.valuewalk.com/2014/03/tesla-motors-inc-tsla-crazy-fans/  -

"Mar 13, 2014 ... Fans of  Tesla  Motors Inc (TSLA) not only rave constantly about the ....  Tesla  and  Tesla shillslike yourself have tried to pin the blame on wall  ..."

Tesla shills |

"TSLA Tesla Stock. ""Shill"", Fake, ""Pump"" and manipulate tech stocks with tax $$$! Why so Many Tesla Drivers Turn Out to Be Deviants ..."
boycotttesla.wordpress.com/tag/tesla-shills/
boycotttesla.wordpress.com

Tesla shills Archives - FEDERAL CONTRACT LAW MAGAZINEY

"- DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. ... Tesla motors, tesla profits, Tesla shills, tesla stock scam, Tesla Stock Tanks, wall street journal investigation, washington corruption, washington corruption investigation ..."
federalcontractlaw.net/tag/tesla-shills/
federalcontractlaw.net

-The 500 trolls of Tesla Motors! |

"The 500 trolls of Tesla Motors! Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, ... TSLA Tesla Stock. ""Shill"", ..."
somosnark.wordpress.com/2014/06/06/the-500-trolls-of-tesla-motors/
somosnark.wordpress.com

Tesla's Gigafactory: The next step in Musk's domination ...

"Some people claim it is against the law to spread lies to try to influence the stock market. If so, I think Tesla and shills like you should be investigated. The Tesla has proven to be unsafe in the real world with fires and

THE BOOK OF TESLA: Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

explosions and injured people; ..."
  extremetech.com/extreme/177482- Tesla's-gigafactory-the-nex...
  extremetech.com

The 500 trolls of Tesla Motors! | Richmond Refinery Cancer

  "The 500 trolls of Tesla Motors! Elon Musk has a massive amount of fake meat puppet social media accounts
that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires,
lawsuits, staff departures, investor departures, criminal charges ..."
  richmondrefinerycancer.wordpress.com/2014/06/06/the-500-trolls-of-tesla-motors/
  richmondrefinerycancer.wordpress.com

Should we sell our souls for the Tesla Gigafactory? | SiliconBeat

  "Since you own Tesla stock; that's an obvious motive for the spams you post. Essentially you are a PAID
shill/spammer. Aug ... that's why the Tesla fan boys are a laughing stock. lol You are corporate shills. Aug 29,
2014. P.J. O'Connor. don't need hackers. your track record speaks for ..."
  siliconbeat.com/2014/08/27/should-we-sell-our-souls-for-t...
  siliconbeat.com

Key lessons from MBA - Sell Tesla stock!?! | HBS Times

  "Tesla, the world's leading manufacturer of electric cars, has seen an explosion in its sales and its stock price in
recent years. As more and more Tesla cars are visible on the road (mostly in rich countries with a high focus on
environmental issues), investors were eager to invest in this ..."
  hbstimes.com/2014/03/30/key-lessons-from-mba-sell-tesl...
  hbstimes.com

GOOGLE'S INVESTMENT PARTNER LEAD QUITS! | Google: They Spy ...

  "Google hypes Tesla Stock. ""Shill"", Fake, ""Pump"" and manipulate tech stocks with tax $$$! Google
Lobbying; Google's ""Revolving Doors"" Payback Scheme"
  googlespiesonu.wordpress.com/2014/07/13/googles-investment-partner-lea...
  googlespiesonu.wordpress.com

Tesla Motors Inc (TSLA) Sued Under Wisconsin's Lemon Law

  "Tesla Motors Inc (NASDAQ:TSLA) is in the crosshairs of Wisconsin attorney Vince Megna, who's known for
filing so-called ""lemon law"" cases."

The Tesla Investigation

  Posts about TESLA PRESS written by EDITORS. ABOUT. Afghan Veterans Paid The Price For Tesla's Lithium
Scam; Corporate Control of Policy Law; Do-It-Yourself Tesla Corruption Research; ... Tesla's Dark Money;
Tesla's Blogger Shills - Pundits or Secret Salesmen?
  teslainvestigation.wordpress.com/tag/tesla-press/
  teslainvestigation.

Top 1 Complaints and Reviews about Tesla Motors

  "Tesla Motors. Home > Automotive > Auto Manufacturers. Consumer Complaints & Reviews Jc of Monte
Sereno, CA on May 15, 2009. I reserved one of their roadsters in May '07 and paid a $50,000 deposit for the
privilege. I received reservation ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

consumeraffairs.com/automotive/tesla_motors.html
consumeraffairs.com

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"There's one story in cleantech today: Tesla Motors' public sale. The electric car maker just raised the bar on its IPO, slated for tomorrow, increasing the number of shares for sale from 11.1 million to 13.3 million."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
seekingalpha.com

Even FORBES admits Tesla is a Scam! | Switch to: http://www ...

"INVESTIGATING TESLA MOTORS - PART A. More Fire, More Subsidies for Tesla in California; ... TESLA investors sue Tesla claiming Tesla is EPIC FRAUD SCAM; The Character Assassination of Martin Eberhard by Elon Musk; TSLA Tesla Stock."
boycotttesla.wordpress.com/2013/05/27/even-forbes-admits-tesla-is-a-...
boycotttesla.wordpress.com

Consumer complaints for Tesla Motors - Serving the Silicon ...

BBB's Consumer Complaints for Tesla Motors. ... Report a Scam; Give Us Your Feedback; Stay Connected; Get Consumer Help. BBB Business Reviews; File a Complaint; Tips; News & Events; Request a Quote; Scam Source; Programs & Services. BBB Business Reviews;
bbb.org/losangelessiliconvalley/business-reviews/...
bbb.org

"Tesla Motors (TSLA): ZEV Carbon Credits , Subsidies and the ..."

Tesla Motors (TSLA) has zero-emissions vehicle (ZEV) carbon credits manufactured by bureaucrats to thank for giving it some net income along with subsidies or tax breaks to car buyers for helping out the top line.
smallcapnetwork.com/Tesla-Motors-TSLA-ZEV-Carbon-Credits-Subs...
smallcapnetwork.com

-Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ...

"Elon Musk Companies, are they are just scams? | Wall Street Oasis. 20 Apr 2014 ... Rogers of Duke Energy, Tesla Motors' Elon Musk and CNN founder Ted Turner."
somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h...
somosnark.wordpress.com

Tesla Secret Review- Is Tesla Secret a Scam?

Tesla Secret Review- Is Tesla Secret a Scam? Presentation Transcript. Tesla Secret Review- Does Tesla Secret Really Work? Tesla Secret is a guide to build your own generator.
slideshare.net/jesstalbi/tesla-secret-review-is-tesla-se...
slideshare.net

How Tesla Motors Really Makes Money? From Taxpayers ...

Tesla isn't actually making money selling cars. It's making money from crony capitalist taxes of people who buy cars from other companies.
frontpagemag.com/2013/dgreenfield/how-tesla-motors-really-...
frontpagemag.com

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

California Car Dealers File Complaint Over Tesla Motors ...

"Tesla Motors is getting a whole lot of traction these days, and auto dealerships don't like it. The company has come under increasing pressure recently, particularly in eco-conscious California where car sales are steadily gaining prominence, as are its supercharger charging stations."
triplepundit.com/2013/10/california-car-dealers-file-compl...
triplepundit.com

Report Craigslist Scams Personal Assistant. Tesla motors

Report Craigslist Scams Personal Assistant. Tesla motors reportcraigslistscams.com helps people around the world by making it easy to report craigslist scams
reportcraigslistscams.com/xzclf/1/posts/1_Reported_Craigslist_Scams...
reportcraigslistscams.com

Tesla Motors Faces Lawsuits: Company Fights Dealer ...

"As Tesla Motors faces lawsuits from two dealers' groups, the electric car company's CEO, Elon Musk, defends his company's business model."
associationsnow.com/2012/10/auto-dealer-associations-take-tes...
associationsnow.com

Tesla Warns Warranty Will Hurt Earnings - Tesla Motors ...

"Source: Tesla Motors Inc.Tesla Motors Inc. (NASDAQ: TSLA) did something good for customers that will be bad for investors. Like many other successful companies that put customers first, Tesla management has to hope that strong service for the owners of its cars eventually will turn up in its ..."
247wallst.com/autos/2014/08/17/tesla-warns-warranty-wil...
247wallst.com
More Links...

...TESLA. Have FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM...

"Did Tesla Motors participate in a market rigging scam to rig lithium ion ? back with free NASA luxury private jet fuel, NASA contracts, patent laws and more
meetslife.com/tesla-shareholders-sue-tesla-facts-provin...
meetslife.com

Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

Gawker reports that Tesla spinmeister Daryl Siry left the Silicon Valley startup because CEO Elon Musk (above) was pushing to accept deposits on the Model S sedan.
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...
thetruthaboutcars.com

"Elon Musk - Wikipedia, the free encyclopedia"

"After further discussion with Inman, Elon Musk agreed to donate $1 million toward the construction of a museum on the Wardenclyffe property. As well, Musk pledged to build a Tesla Supercharger station for use in the museum's parking lot. Musk had ..."
en.wikipedia.org/wiki/Elon_musk
en.wikipedia.org

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ..."

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim
 teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar...
 teslainvestigation.wordpress.com

Elon Musk LOVES this fake Tesla ad | The Daily Caller

"Model S becomes 'Modern Spaceship' ... Impressing the billionaire founder of three companies inventing the future of cars, space exploration and energy is a pretty successful marketing model, as one ad agency upstart found out after making a fake commercial for Elon Musk's Tesla ..."
 dailycaller.com/2014/03/20/elon-musk-loves-this-fake-tesl...
 dailycaller.com

"Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community. ... Still doesn't quite rise to the level of scam (aside from the useless, overpriced degree), ..."
 wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j...
 wallstreetoasis.com

"Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
 crazyontap.com/topic.php?TopicId=241832
 crazyontap.com

Tesla's Elon Musk Joins The Obama Victory Lap - Corporate ...

"Tesla's Elon Musk Joins The Obama Victory Lap - Corporate Intelligence - WSJ
http://198.57.236.178/~savethem/so-it-cheap-nike-nfl-jerseys-on-sale-is-with-some/ 9:04 pm May 9, 2013; Tesla Model S: The Best Car Ever
 blogs.wsj.com/corporate-intelligence/2012/11/13/ Tesla's-...
 blogs.wsj.com

-Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ...Y

"Why is Peter Thiel considered the leader of ""Paypal Mafia"" when ? An alternate history according to Elon Musk He does . ? several hundred, built the customer service & fraud center, added debit card & money market funds and
 somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h...
 somosnark.wordpress.com

TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... Will Elon Musk be able to retain control? As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of PayPal, ..."
  seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
  seekingalpha.com

Elon Musk dead 2014 : PayPal founder killed by celebrity ...

  News of business man Elon Musk's death spread quickly earlier this week causing concern among fans across the world. However the October 2014 report has now been confirmed as a complete hoax and just the latest in a string of fake celebrity death reports.
  en.mediamass.net/people/elon-musk/deathhoax.html
  en.mediamass.net

"Elon Musk | Government Waste, Fraud and Abuse"

  Recent Posts. Where the Money goes: The Obamacare Slush Fund; Brass Creep and Cruise Missiles; What You Should Know About Student Loan Forgiveness; Stolen identity refund fraud is costing us big money
  wastefraudandabuse.org/tag/elon-musk/
  wastefraudandabuse.org

Fake Elon Musk (@FakeElonMusk) | Twitter

  "The latest Tweets from Fake Elon Musk (@FakeElonMusk). Paypal mafia. Rocket man. Electric locomotion. Solar installs like a boss. California, US"
  twitter.com/FakeElonMusk
  twitter.com

## Elon Musk ? Obama's Triple Dipper [Reader Post ...

  "I am not as critical on Elon Musk as I am on many others in the Green Scam Economy. A. He is a true venture, risk taker having rolled over much of his own money (from the sale of PayPal) in every venture."
  floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper...
  floppingaces.net

## Elon Musk: With Jobs Gone, Google Will Win Mobile (And Look ..."

  World-renowned entrepreneur Elon Musk held a roundtable session at the Foreign and Commonwealth Office last Thursday in London. It was the kind of event the.. Got a tip? Let us know. ... noting how PayPal saw fraud come through credit cards.
  techcrunch.com/2012/11/19/elon-musk-with-jobs-gone-googl...
  techcrunch.com

## CALIFORNIA: Elon and Justine Musk Divorce at a glance ...

  "... Venturebeat is a great source of backstory information as it pertains to the financial issues in the Musk divorce. Mrs. Musk, ... She is contesting that post-nup on the basis of fraud. Wikipedia on Tesla ... what will a ""billionaire"" Elon Musk mean for his soon to be ex wife Justine ..."
  divorcesaloon.com/2010/05/07/california-elon-and-justine-mu...
  divorcesaloon.com

THE BOOK OF TESLA. Copyright orig. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Tesla's Elon Musk posts data from disastrous New York Times ...

"... allegations of lying and fraud and a rapidly ballooning media and technology scandal. Elon Musk, the founder of Tesla as well as private space firm Space X, ... Tesla's Elon Musk posts data from disastrous New York Times test drive."
theguardian.com/technology/2013/feb/14/tesla-post-data-ti...
theguardian.com

## Elon Musk | DOE Manipulated Funding Investigation: A project ...

"... Chief Executive Elon Musk dismissed fears the electric carmaker was in financial trouble and said it was making an advance payment on the federal ... The ""Grease and Slip"" Scam Tactic; CODA Automotive; Was the ""massive due diligence"", that was said to have been ..."
atvmdoe.wordpress.com/2012/11/01/elon-musk/
atvmdoe.wordpress

## Nevada's Tesla Plant Win Comes With Steep Price Tag - DailyFinance

"Study up on Fidan's list of 112 car-buying scams. auto industry,automakers,battery,economy,finance,jobs,manufacturing,nevada,tesla motors."
dailyfinance.com/2014/09/05/tesla-nevada-battery-plant/
dailyfinance.com

### *Steven Chu Reaches for the ?Master Switch*     "Steven Chu Reaches for the ?Master Switch? Adam J. White June 10, 2013 As Daniel Halper noted earlier today, ex-Energy Secretary Steven Chu raises a lot of eyebrows in his recent interview with the San Francisco Chronicle, where his defense of the department's loan guarantee program refuses to concede any lessons learned from the Solyndra fiasco. But that is not the only comment that seems blissfully unaware of history. Arguing that electric utilities need to seek their fortunes in solar power and battery technology, he offers a surprising new vision of the energy industry: I've been telling them there's another business model. It goes like this: We - the utility - would own the energy storage and the thing on the roof and the electronics. We'll sell you the electricity. Q: The utilities would own solar panels on homes and sell the power to homeowners? They'd basically be competing against Sunrun and SolarCity and Sungevity? A: Right. Or they could link up. So you have some alliance, and you've got a good deal. Now all of a sudden, the utility companies are in a growth business. Q: Are any of the utilities actually considering this? A: I've been talking with them about it for about a year. And I did not invent this. It was invented by the Bell Telephone system. Remember? They owned the phone. They maintained the phone. You paid for phone service. The details have to be worked out. The details have to be worked out! That's quite an understatement, considering how well Bell Telephone's version of vertical integration worked out. Chu's dream for the future is startling in and of itself, but what makes it all the stranger is its utter discordance with the entire progressive zeitgeist. Tim Wu and Susan Crawford, in particular, have won great acclaim with their recent books -- The Master Switch and Captive Audience, respectively -- in which they recount the history of telecom monopolists, best exemplified by the Bell/AT&T story, to support their arguments in favor of net neutrality. They argue that vertically integrated corporate infrastructure monopolies cannot be trusted to restrain themselves from abusing market power. Thus, for telecom infrastructure, progressives' answer tends to be ""net neutrality."" In sketching out his vision for the future of solar power, and of national energy policy in general, Secretary Chu ought to consider the benefits of

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

""neutrality,"" and the risks of relying on private infrastructure monopolies to achieve even well-intentioned policy goals. Subscribe now to The Weekly Standard! Get The Weekly Standard: Follow WeeklyStandard.com on RSS and sign-up for our free Newsletter. Copyright 2013 Weekly Standard LLC. ------------------------------------------------ John Weston- Washington-DC- Reporter The President is a nice guy who is kept in a bubble by a more evil staff. They only tell him what they want him to know so they can steer contracts to friends. Notice how many of his famous chiefs of staff and senior aids have ""quit"" yet still work together. Axelrod, Rattner, Gibbs, Chu, etc. They just use him as a front-man while they finagle their inside deals and tell him: ""Don't listen to the distractions, those are just a few noisy people who are upset"". The President is being used, by his own people

  "Criminal Charges: Uber Scandal!!! Breaking News! Did Musk just admit a felony on live TV? Tesla patents prove Musk lied about dangers. SAFETY REPORT BUSTS TESLA. Multiple federal agency/committee probes now asked to look into organized crime charges over kickbacks re: DOE-loans-for-campaign-checks. Lithium ion VC's who benefited from DOE cash & main campaign check-writers are the same people. - Sunshine/NYT/WaPo/LAT/Barrons. Another $139 million lost in DOE scandal. Billions gone so far. Tesla next? Google (AKA: Tesla Investors) charged with manipulating search results to help hype stock by skewing all Google results pro-Tesla. ""Senator Ron Calderon FBI sting points to other Senators, higher up food chain, who greased the skids for Tesla""- Guardian/Al Jazeera Staff. FBI Solyndra investor investigation tie-ins- Guardian/Al Jazeera/LAT Staff. Forbes Rips Musk's smoke-screen. Tesla DOE loan review documents found to have been rigged. Stock Market Fraud under SEC & legal group review.  DOE/CHU/VC connection now under investigation. Latest financials show ""books are cooked"" per investigations. Say ""Howdy"" to the ACTUAL Illuminati! Details Below: "

  "Safety Investigations: ""Tesla MORE likely to catch on fire than gasoline car""per Bloomberg & MIT. NHTSA has now called Musk a Liar TWICE, said he lied about who called for probe and lied about NHTSA safety rating. Toyota deeply reviewed lithium ion, decided against it for safety/durability reasons.  Calls to pull all Lithium Ion out of Tesla cars & replace with something else.  Deadly toxic smoke fumes released by burning Tesla Batteries = Cancer, Brain Damage, Lung Damage per Federal Reports & MSDS.  Lithium Ion ""nearly impossible"" to extinguish, ""acts like solid rocket fuel"" say firefighters. Tesla never supplied required CO2 fire extinguishers to cars. Federal Investigation deepens on use of ""exploding flashlight batteries in improperly shielded box"" to power car instead of commercial energy storage technology. All other companies had to recall EXCEPT Tesla-Bribes? 85% less lithium ion crash contact protection on Tesla than on ANY OTHER ELECTRIC CAR. Details Below: Technical Failures: Tesla cars found to have built-in gear to spy on you. Doors lock you in and out. George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The Fucking Road?' Tesla ""Consumer Satisfaction"" survey authored by it's own investors/fanboys. Communications show crony's sought to blockade Tesla recall to avoid bad optics. Tesla now the Rob Ford of auto industry.- Comedy Ctl. Tesla deposit holder lists vast set of technical problems, below. Investigator contact info, below. Driving a Tesla causes Anal Itching. VAMPIRE POWER DEFECT slams entire Tesla Model S fleet! Numerous defects documented. Details Below: Staff Issues: Senior Staff leaving Tesla in herds. VP Blankenship heads for hills. Musk buys 60 Minutes, Consumer Reports, GQ, Fortune EGO articles about himself to hype his image instead of company image, investors pissed. OSHA probes ""unsafe"" Tesla factory per current workers & former NUMMI workers.  Elon Musk NOT founder of Tesla: Ex-wives & actual founders say he screwed them. Lithium ion kills workers overseas in factories and kills companies who try to sell it. Tesla insiders spill the beans. Details Below: Brand Crisis: ""Only Douche Bags Drive Tesla's"" Meme moving quickly on internet. Battery dumping scheme via Panasonic deal. Tesla ""telling lies"" about how many ""thermal events"" there have been, say workers. Social research study finds prostitutes, alcoholism, drugs, kinky sex predominant in Tesla drivers. Musk now caught in multiple published/broadcast lies. Record-breaking number of investor fraud lawsuits now underway against Tesla. Why do so many drunks crash  Tesla's? - Details Below: See confirmations on Bing, Ask, DuckDuckGo, Yahoo and other search engines. (You will get different results on each search engine, stay informed, do your own research.)"

  DETAILS BELOW AND IN DIRECTORY LINKS ON THIS SITE:

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

--------------------------------------------------------------------
"See the new movie: Tesla: Catching Fire! Hungry Billionaires battle for bill$ in this glimpse of a fantastic near future where big government watches your every move and only the only way out is to kill the competition using deadly lobbying force. But when the speedy, greedy billionaires realize they didn't really check out their investments, the real fire-storm begins. --------------------------------------------------------------------

Please Send This open letter to the German Federal Motor Transport Authority, or Kraftfahrt-Bundesamt (KBA): Regarding: Your recent Tesla ""safety declaration"". Dear German Federal Motor Transport Authority: It is quite surprising to hear that your organization has declared the Tesla completely safe without engaging in full due diligence. It makes it appear like someone got bribed. We certainly hope that Deutsche Bank staff's substantial positions in Tesla held no bearing. We see that Deutsche Bank staff were just indicted for massive securities fraud and we hope that is just a coincidence. Numerous organizations and experts have provided data showing that the car is not safe. The statistics, historical facts about lithium ion, and actual evidence point to the opposite conclusion. Many websites, including: http://lithium-ion.weebly.com and others provide rather contrary evidence. Tesla's own patent documents state that the car is not safe. The Chevy Volt was recalled for far less battery issues with lithium ion. There are over 200 safety concerns that can be provided to you in a documented report. America has not even started their safety investigation and has requested a deep set of technical documents from Tesla. Did your agency request such documents? The members of the public hereby request publication of the identities of the reviewers, the methods and analysis methods they employed, the read-out of their data and the conclusive, specific data that the research was based upon. Here is a link to a much more overt investigation you might want to review: http://somo1.com/2013/12/06/tesla-safety-report-vers-1-05-public-wiki-produced-for-nhtsa-and-other-governmental-agencies/ Sincerely, XXX Please feel free to send your own version to Kraftfahrt-Bundesamt (KBA) at: pressestelle@kba.de and at this link: http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true and by hard-copy mail to: Kraftfahrt-Bundesamt Stabsstelle (Office of Interdepartmental functions) Mr. Thomas Meyer 24932 Flensburg ki- ggt


Did Tesla bankers at Deutsche Bank order German's to give Tesla a wave-through on safety review that never actually happened?


Silicon Valley VC's & Google hire Tsunami of stock bloggers to shill Tesla, daily, to stave off actual press coverage Silicon Valley Vc's, determined to not let Detroit win, at any cost (now gleeful that Detroit is officially bankrupt) have pulled out all the stops to try to protect the Frat House... oh, I mean Tesla; and seek to push any negative Tesla stories to the bottom of the search engines via HUNDREDS of shill ""reporters"" on stock market sites. The problem is, the only part of Detroit that IS doing OK are the Car Companies, and the big car companies are only just getting started in their counter-measures. Stay tuned for the battle of the century. East Coast Vs.West Coast. Democrats Vs. Republicans. Bribes Vs. Transparency. Good Vs. Evil : Better than a Rap War! Even if the VC's pool all of their PR $, they still can't fight the truth and Tesla will, likely, become another Huawei/Fisker/Solyndra. Big one day- gone the next, when the truth comes out. The Stanford yuppie tech mobster wannabe's of Silicon Valley may think they can control elections and markets but they are about to get a lesson from the original mobsters...from Detroit.   Detroit has been fighting car branding and PR wars way longer than Tesla and the Hipster Frat Brats! EFT- LAT ----------------------------------------------


 George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The Fucking Road?' HUFFINGTON POST- Via Reuters ""DETROIT, Nov 12 (Reuters) - Tesla Motors Inc got more bad news this week following the third fire in its Model S electric sedan as actor George Clooney complained about being stuck on the side of the road in the Roadster sports car he used to own. Clooney, currently starring in the movie ""Gravity"", was asked by Esquire magazine in an interview that was posted online on Monday whether he owned a Tesla car. ""I had a Tesla,"" Clooney told the magazine. ""I was one of the first cats with a Tesla. I think I was, like, No. 5 on the list. But I'm telling you, I've been on the side of the road a while in that thing, and I said to them, 'Look, guys, why am

I always stuck on the side of the fucking road? Make it work, one way or another.""
--------------------------------------------

Tesla: Unsafe At Any Speed, Unethical at Inception. If I read all of the posts and articles on this page I get: ""Tesla seems to have been used to provide kickbacks to lithium ion investors in exchange for politics and those investors may, or may not, have known that lithium ion blows up, on its own, way more often than gasoline. When it does blow-up, along with the plastics and metals of the car, the toxic smoke and vapors can lead to a slow death of the occupants and bystanders. The Tesla batteries were not made for cars and when they are made, the workers who make them become very ill or fatally ill. There are plenty of electric cars available, today, from other companies. Tesla was not the first or the last and has led no wave of innovation that was not already in place decades earlier. Tesla staff and bundlers bribed Washington DC officials to get taxpayer money and fake stock market positioning for a billionaire. They deserve no applause. Almost all of the ""Tesla fanboy Hype"" is Tesla's own hired bloggers, and investors, run out of Fremont, creating fake buzz by operating as thousands of fake social media accounts."" Does that about sum it up? DST- LAT EACH of those electric Fisker cars, in the photos above, blew up as they sat there when their lithium ion got wet in a storm. Lithium Ion blows up just from getting wet (or overcharged or banged). The cars, in the photos above, were not all brought there, and put together, after they blew up. They just blew up sitting in the parking lot waiting to get delivered to customers. That is a picture of dozens and dozens of VERY expensive cars that were being used as a scam to sell this chemical called ""lithium ion"" that campaign financiers had a near monopoly on. It was a kickback deal. Due Diligence was done, but ordered to be ignored, in order to shove as much cash out the door, and in their pockets, before they got caught. DST-LAT ----------------------------------------------------------------

# PATENTS SHOW MUSK KNEW CARS WERE UNSAFE!

TESLA knew their car was unsafe and says so in their own patent filings.   This, alone, says Musk was lying. The extreme military tank-type ""ballistic shield"" measures called for in their patent, below, are shocking proof that they knew how awful lithium ion is the way they use it. In another Tesla patent, Tesla says, in THEIR words filed with the feds: """"Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked."" Plus this other Tesla patent which says you need to, essentially, be in a military tank to drive a Tesla safely. Patent calls for ""Ballistic Shielding"" to keep drivers & passengers alive !!!!: http://www.patentlens.net/patentlens/patents.html?patnums=US_8286743#tab_1

Per SME, lithium ion has blown up in products over 2000 times more often than any other energy storage. Lead acid batteries, gasoline, hydrogen, nickel

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

metal hydride, and all other product energy storage technologies COMBINED have NOT blown up as much as lithium ion has gone thermal in cars, airplanes, cell phones, computers, data centers, tablets, backup power systems and other systems. People have died in some of these incidents. Planes have crashed. Homes have been set on fire. People have been horribly burned. It is not OK to let lithium ion investors buy the news media and shut down the articles about these dangers. Hj,

## Deadly Smoke and Fumes. If the crash and fire don't kill you now, the toxins in the deadly smoke fumes kill you later. (See all that smoke in the TESLA  fire, above? That smoke is filled with deadly toxins from burning lithium ion combined with plastics. Why does Tesla say nothing about this in it's buyer documents? See all the cars stuck in traffic in the smoke plume? Do those innocent drivers, and their families, that have to sit there, behind the fire and in the smoke, appreciate having to breath in deadly vapors? See the fireman with the Full-Hazmat breathing apparatus on? He knows it sucks.) Per the IJES via the State School of Chemical Engineering and Technology of China:"

  (Image above: New tests can see the cancer causing chemicals that got in your body from a Tesla fire from just two strands of your hair or one drop of blood or one swab of saliva. You can't hide product toxic poisoning anymore.)

  "There are a vast number of MSDS disclosure forms and technical product documents from the feds, the battery companies, the FAA, the TSA, the SME, The IEEE and tons of others say that ""Lithium ion batteries will explode and they will give off toxic gas"". Why were the Tesla's not equipped with carbon dioxide fire extinguishers as required? Why was a simple sheet of soft metal placed between the explosives and a ""thousands-of-pound-per-sq.-ft. impact surface"" (the road)? Was the car actually engineered or did Musk just doodle it out on the back of a napkin? You can hit the edge or front of the car and it will go off. The reason ""Elon Musk stands behind Tesla"" is because they usually blow up starting from the front. Andrew- DC Group
---------------------------------------------------------

## NHTSA has now called Musk a Liar TWICE, said he lied about probe and lied about NHTSA safety rating The National Highway Traffic Safety Administration (NHTSA), which produced the safety rating, isn't happy about Tesla's boasting. In its announcement, Tesla explained that the Model S earned five-star marks in every category; a rare feat. On top of that, its overall Vehicle Safety Score, provided to manufacturers, gave it a ""new combined record of 5.4 stars."" In a statement on its website, the NHTSA issued a rebuke to Tesla: ""NHTSA does not rate vehicles beyond 5 stars and does not rank or order vehicles within the star rating categories. In addition, the agency has guidelines in place for manufacturers and advertising agencies to follow to ensure that accurate and consistent information is conveyed to the public.""
http://www.businessinsider.com/nhtsa-tesla-didnt-request-investigation-2013-11
http://www.businessinsider.com/government-mad-at-tesla-over-safety-claim-2013-8 Reporters use a new technology called: FACTS, to recall that only just the other day Musk was screaming in the press that ""no recall"" and ""no probe"" was needed, yet today he says he has secretly been demanding that NHTSA do a probe. Hmmmmm? Interesting! "
  "Bloomberg, Guardian and Reuters staff have now spoken with NHTSA staff, including the head: David Strickland, who have said, on record, that Tesla did NOT request probe and that it would be ""unprecedented"" for any car company to request a liability probe like that. Another Musk lie to his investors. Both the lie and the counter, published and on the record. NHTSA said it had already had concerns about Tesla prior to any calls from Tesla or Tesla's investors. Previous communications had been from Tesla backers and Senators (Who Tesla investors already had in their pockets)   saying ""don't do a probe""! Another P.T. Barnum ""smoke-screen"" move by Musk. Musk tried to take credit for creating Tesla even though Martin Eberhard created Tesla. Musk tried to take credit for creating the probe even though the feds had it already going. Musk tried to take credit for

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

inventing electric cars even though GM and others did it decades earlier. Musk changed the NHTSA safety results and got caught lying about that too. Musk tried to take credit for creating the HyperLoop even though MIT created it 9 years earlier. What's up with this douche bag? GHT- LAT ----------------------------------

Another $139 million lost in DOE scandal. Tesla next? So we have a zillion taxpayer dollars lost on Solyndra, a zillion $$ taxpayer dollars lost on A123 and (now it is a chinese company via our tax money), a zillion zillion taxpayer dollars lost on GM, a zillion taxpayer dollars lost on Abound, a zillion taxpayer dollars lost on another, and another and ... today we have another $139 million lost in the DOE scandal on Fisker (which has now become a Hong Kong company via our tax money). So Tesla has cost the U.S. millions in old investigations, millions in new investigations, millions in job losses by having Tesla's VC's sabotage other job providers, and we still spend taxpayer money on Tesla in credits, subsidies, waivers, government fee discounts, tarif waivers and more. When Tesla goes out of business and you add up the actual total losses, it will be stunning! M.- The Hill-Washington DC --------------------------------------------------------------

TESLA PR Manipulation BS!: Some of the more outstanding lies... ie: ""- Tesla says ""Germany passed Tesla as safe"" after NO credible safety study conducted by Germany, while trying to hide fact that U.S. Investigators published huge demand letter for safety data, online in U.S.A. and actual investigation is only getting started."" View the ever growing list HERE>>> ----------------------------------------------------------------

Germany Clears Tesla Of Fire Probe?????? Tue Dec 3, 2013 (Business Insider) The German Federal Motor Transport Authority, Kraftfahrt-Bundesamt (KBA) has concluded an investigation into three recent Tesla Model S fires and found ?no manufacturer-related defects,? Tesla said today. In a press release, Tesla said it provided the KBA with relevant data on the accidents, and received a letter saying ?no further measures under the German Product Safety Act [Produktsicherheitsgesetz (ProdSG)] are deemed necessary.? In November, the National Highway Transportation Safety Administration (NHTSA) opened an investigation into the three fires. Tesla said it has ?requested? the process, but NHTSA Administrator told a House panel that was untrue, according to The Detroit News. That investigation is ongoing, but at least the Germans have been placated. If you woke up this morning and read this, as I did, upon seeing TSLA up 6% before the open and my puts reversing lower on this ? news?, you could be forgiven if your first impression was, ?when the hell did Germany open an investigation?? You see, I remember being told about the investigation being conducted by the NHTSA, the US based auto safety agency. I remember they opened an investigation following three fires, two of which occurred in the US, and the remaining one in Mexico. Barely a few weeks ago? But it?s funny, as I don?t recall there ever being an announcement of a German investigation. It must have got lost under the Blankenship resignation announcement. In fact, swinging over to Tesla?s Investor Press Releases ? it?s astounding ? but it seems completely devoid of any bad news at all. Not even a mention of the US based investigation, much less a German one, or a peep about the VP of sales leaving the company. Meanwhile, in the real world, real men and women are throwing their money into this company, shaking off oversold conditions on a hard bounce. And class action lawsuits are raining from the sky. I?ve mostly been thinking those lawsuits were warrantless before now, but if this is how Tesla handles communications, I?m not so sure. This isn?t a game, people. Mr. Cain Thaler Stock advice in actual English. -------------------------------------------------------------------

## Did Musk just admit a felony on live TV? Under Section 136 of the Energy
Independence and Security Act of 2007 of the United States Congress, it is a felony for the Department of Energy to issue a loan to a company that is about to face potential bankruptcy. The very specific written Congressional regulations forbid it. We have already seen a number of other recipients immediately go bankrupt after they got their DOE money, grabbed their upfront points fees/campaign conduit-ing cash and ran. Recently revealed documents appear to show Tesla's DOE loan was rigged in order to favor Tesla's investors in exchange for campaign funding. In the video below, and associated articles, Musk confesses that Tesla was about to go bankrupt even as it told Congress, in writing, that Tesla was all fairies and unicorns and rolling in dough. It turns out to have been a lie. The actual financial metrics, now being viewed by forensic accounting experts under numerous shareholder lawsuits that have now been filed, show that the reality was vastly different then Tesla reported. Did Musk lie in his DOE loan application? Did DOE staff ignore the lie when they reviewed the loan application? Did someone tell them to? See Below: Further proof Tesla did not qualify, per the law, for the loan it

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

got: http://www.statesmanjournal.com/VideoNetwork/2310256815001/Tesla-s-Elon-Musk-had-to-borrow-money-to-pay-rent?nclick_check=1 GH- LAT ----------------------------------------------------------

Network News Rips Tesla: Neil Cavuto & car expert Lauren Fix on Tesla: http://www.youtube.com/watch?v=fhMjRzvE1Ng http://www.youtube.com/watch?v=kXGzBzeHF_Y
-----------------------------------------------------------

# Uber Scandal !!!! ?
In one of many lawsuits, now filed, investigators are examining a potentially sinister misuse of public funds. Did Rahm Emanual use public Treasury dollars to fund the campaign by backpaying those expenses via his VC friends? If so, that is even slicker than a ""501 C6"" Stealth non-profit in a ""you-pay-our bills-now/we-will-pay-you-back-later"" deal. The flow of the process would look something like this: VC buys campaign ads and pays campaign costs directly $ -> Treasury $ exclusively directed to -> VC's Company (ie: Solyndra, Tesla, Fisker) $ -> VC Stock Kick $ -> VC repaid via stock kick, contracts & exclusive supply deals $ NOTE: A ""stock kick"" occurs when you can suddenly use credits, waivers, deferrals, free loans or other non-revenue windfalls to manipulate the stock value in order to increase your asset value as an investor. In this case, if this took place, it would be very, very illegal. As a clever lobby/fixer he might get an admirable nod from fellow lobbyist/fixers, the problem is: He seems to have done this from within the White House, evidence seems to indicate. Did White House order ""no more DOE Loans to be funded"" in order to protect campaign financiers other investments and clear the competitive field for those VC's? READ MORE... DF-Reut./GHt- LAT, C. - WAPO -------------------------------------------------

# Active Tesla Fraud-Related Lawsuit Countdown Score-Card -
Wohl & Fruchter LLP Tesla Fraud Case - Morgan & Morgan Tesla Fraud Case - The Law Offices of Howard G. Smith Tesla Fraud Case - Brower Piven Tesla Fraud Case - Robbins Geller Rudman & Dowd Tesla Fraud LLP - Cause of Action Corruption Case #1 - Glancy Binkow & Goldberg LLP Tesla Fraud Case - Pomerantz, Grossman, et al Tesla Fraud Case - Bronstein, Gewirtz & Grossman, LLC Tesla Fraud Case - More Coming... (now taking bets on which criminal defense firm Musk hires. Latham, Covington & Burling, Perkins Coie, ??? )
-------------------------------------------------

# If GM had to do a recall for a potential thing, why didn't Tesla have to do one for an actual thing?
(Hint: Bribes) ""GM to Call Back 8,000 Chevrolet Volt to Strengthen Battery Pack Michael Graham Richard Transportation / Cars @ Treehugger The saga continues! After some Chevy Volt battery fire issues during testing and GM offering Volt owners to buy back their cars or loan them replacements, we learn that that GM has decided to not take any chances; it is supposedly about to announce a call back of 8,000 Volt electric cars. The Associated Press only writes: ""A person briefed on the matter says General Motors will ask Volt owners to bring their electric cars into dealers to strengthen the structure around the batteries."" We should have more details later today, but if you own a Volt, expect to be contacted by your dealer and to have to bring them you car for some strengthening of the structure protecting the battery pack."" ### See image below. Even though Chevy Volt batteries are contained deep within the body and chassis of the car, GM still had to do a recall to cover the lithium ion batteries up in even more steel. Tesla lithium ion batteries are fully exposed at the edges and bottom of the car. It should not be possible for NHTSA to NOT require a recall unless someone is paying someone off. Is Musk ""Convinced there will be no recall"" because Rahm told him so? (C) GM The Tesla Battery pack has TONS more impact points than a Chevy Volt, Nissan Leaf or other car. It has less shielding density per Lithium Ion Square inches than any car. The batteries are very close to the edge and exterior of the car without protection equal to the known, and calculated, destruction potential. That is why Tesla's blow up more often: The Tesla battery box wall is a mere breath away from a deadly road surface moving with tremendous force and the lower edge of the car where an impact is most likely to occur. Thousands of pounds of shock force will instantly do things to those batteries that will be: Awesome in a frightening and fire-explosion kinda way. KF & GG -------------------------------------------------

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# Investigators would like to hear from you if you have information or tips:

Safety Investigations: http://www.nhtsa.gov/Contact With a copy to: public.affairs@dot.gov http://www.autosafety.org/fileacomplaint Criminal Investigations: https://tips.fbi.gov/ with a copy to: askdoj@usdoj.gov antitrust.complaints@usdoj.gov https://wb-gop-oversight.house.gov/ Chairman Barbara Boxer Senate Select Committee on Ethics 220 Hart Senate Office Building Washington, D.C. 20510 Fax:   (202) 224-7416 Please send them any helpful tips or just a kind note of encouragement!
------------------------------------------------------

# Corporate testing videos have now been uncovered showing mice in

a glass box exposed to a single burning Tesla Lithium ion cell and then exposed to a single burning Tesla Lithium 2 inch ion battery with a section of Tesla car body plastic and metal burning. After the horrid results, the mouse bodies were tested for toxins. Needless to say, none of the results were good. U.S. Government MSDS documents reveal the toxic vapor danger from these batteries was fully documented outside of DOE, yet never discussed by staff. Federal MSDS documents, from multiple federal agencies, specifically state that the Tesla lithium ion batteries are deadly toxic when burning. DF-   NYP ----------------------------------------

# Another Tesla Investigation for fraud:

http://www.marketwatch.com/story/shareholder-alert-bronstein-gewirtz-grossman-llc-announces-investigation-of-tesla-motors-inc-2013-11-06 ----------------------------------------------------

# Tesla turns out to be bad for the environment AND bad for health:

http://m.digitaltrends.com/cars/hold-smugness-tesla-might-just-worse-environment-know/
-----------------------------------------------

Funding Riggers Grab Taxpayer Cash Up Front Per below, Lithium ion companies go out of business as fast as they grab the free taxpayer cash and pay Goldman Sachs their upfront ""finders fee"". Creepy bad guys: If you think you are having a bad week now, wait until Elizabeth Warren and Janet Yellen get done with you. With what they have cooking, big time corruption is about to take it on the nose. SDH- LAT
-------------------------------------------

# Tesla fires Can't be ignored no matter what the CEO says

http://www.consumeraffairs.com/news/tesla-fires-cant-be-ignored-no-matter-what- Tesla's-ceo-claims-112013.html ---------------------------------------------------

# Another Tesla Factory Fire! The Fremont, CA Fire Department has just responded to

another Tesla factory fire where YET ANOTHER fire event has occurred, burning and hospitalizing 3 workers at once! At least one deformed for life. WTF is up with these people!!!! DFG- 11/13/13
---------------------------------------------------------------------

# Acts like solid ""rocket fuel"" As of 11/6/2013 Tesla had said there were only 3 fires, yet

social media shows there were many more fires. Those other fires have been documented in photos and videos and Elon Musk has said he has tracking chips on all of the cars so Tesla had to have known about all of the other fires. The reality of the documentation and the statements from Tesla seem to clearly show a cover-up. Lithium ion in a metal box burns like solid rocket fuel when it gets going in a fire. Musk would have known this since he started SPACE X: A rocket company! (Which keeps having technical failures) RS-LAT
-----------------------------------------------------------------

# Additional Tesla Fire News Expose Links:

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a [...]

http://www.nytimes.com/2013/02/10/automobiles/stalled-on-the-ev-highway.html?pagewanted=1

http://www.theburningplatform.com/2013/05/29/tesla-just-another-taxpayer-boondoggle/

http://www.zerohedge.com/news/2013-06-03/how-many-cars-must-tesla-sell-interactive-calculator-has-scary-answer

http://www.zerohedge.com/news/2013-05-29/greenback-revolution-why-tesla-just-distraction

http://www.zerohedge.com/news/2013-09-28/great-tesla-rotation-institutions-retail-bag-holders

http://www.nwaonline.com/news/2013/nov/25/tesla-fire-inquiry-focus-battery-20131125/?business-national

http://cornellsun.com/blog/2013/11/26/fires-problems-persist-for-tesla/

## Bad Engineering
It was an idiotic move to use thousands of lithium ion consumer flashlight-type batteries, that were never made to be used in a car, to create an entire bed of toxic explosive material and put it just a hair breadth away from a surface that can puncture, explode and inflame it. That surface, the road, is trying to puncture, bump, and destroy the undercarriage, of every car, every inch of every mile of every road across the country. Also, the batteries are so close to almost all of the outside edges of the car, that puncture damage in a crash is certain. They decided to CHEAP OUT with the flashlight batteries yet they charge buyers insane amounts of money for a car with a growing list of technical failures. What were these people thinking? HD- SME engineer Update: See Fluoride controversy (below) for explanation about why someone would do this:
--------------------------------------------------------

## Understanding Tesla's Life Threatening Battery Decisions
SEEKING ALPHA- John Peterson Nov 22 2013 In the last couple of months, electric cars from Tesla Motors (TSLA) have had three collision-related battery fires that were widely covered by the media. Last week, the NHTSA decided to conduct a formal investigation of these incidents. While Tesla's CEO Elon Musk immediately went on the offensive arguing that Tesla's BEVs have a lower fire risk than gasoline powered cars, the question an increasing number of investors are asking is ""Why has Tesla had three battery fires in a fleet of 17,000 BEVs while Nissan hasn't had any fires in its fleet of over 90,000 BEVs  " The answer is simple. Tesla's battery decisions significantly increased battery risks for both the customer and the company. MORE...
-----------------------------------------------------------------------

## Tesla Shill ""reporters""?:
Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting See MORE HERE on OUTING SHILL REPORTERS.. AT/FG/hjk/hj/
------------------------------------------------------------------

## Tesla and their investor shills
flood media with counter-hype As Tesla lithium ion battery packs continue to burst into flames Tesla PR contracts over 100 press shills (ie: Thestreet.com, Motley Fool, etc. ) and fake bloggers to write ""do not worry, walk away, nothing to see here"" articles. They hire companies like Wiki-Pr, and others, to engage in what is called: MeatPuppetry and SockPuppetry. Those tactics use thousands of computers, each with their own IP address, to act as fake Tesla enthusiasts ""(fanboys"") writing about the glory and sexual Ecstasy of owning, touching or thinking about a Tesla. Sociopaths lie about things. A few have charged that many of the sockpuppets are Elon Musk himself, typing away at night, since many of the IP addresses the sock puppets come from change per the city that Musk is in that night. BUT: Industrial analysis of Tesla front assemblies on fire combined with Tesla batteries on fire show a spectrograph scientifically verifiable mix of deadly cancer causing particles, lung damaging particles, brain cancer causing chemicals and

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

neurological toxins. Here is another Tesla fire where the Tesla not only just burns but also this Tesla explodes on live video as it fills the passenger compartment and the neighborhood with toxic fumes and particles. The image below is of one of the explosions of the Tesla. They don't just burn, they blow up (Watch the movies lower down). Here is a photo of a Tesla on a public street in Mexico at the moment it blew up: (There's video of this lower down) Dan --------------------------------------------------------------------

## TESLA SUCKING: TOO MUCH ENERGY. Another SEVERE Technical problem with
the car. Life With Tesla Model S: Even After Update, Vampire Draw Remains By David Noland    Nov 25, 2013 The Tesla Model S, for all its technical and design artistry, has a dirty little secret: the car has a substantial appetite for kilowatt-hours even when turned off and parked. MORE...
--------------------------------------------------------------------------


## Sudden Job Openings At Tesla Many people are leaving Tesla, all of a sudden, but you
can get a job there, now. Answer their new Craigslist ad at:    x6jdr-4191988936@job.craigslist.org    Keep an eye on Craigslist and LinkedIn, lots of job openings there as the staff high-tail it out of Dodge. DF-
-----------------------------------


## TESLA COVER UP Lithium Ion goes boom when it gets wet, poked, charged, used or pretty much
gets unhappy for no apparent reason. All those car hulks,
  below, lined up next to each other are lithium ion electric piles of burned up $100K, per pile, cars, Nice huh? They are going to great lengths to cover that fact up:"


  "Those images above show many different lithium ion electric car fires. Why is this being covered up? By whom? So far, most Tesla's have been acquired by Tesla Fan Boys and their own investors to pump up the numbers. This has prevented a number of ""thermal events"" from getting reported. WHAT!!!? You don't think that's enough burning Tesla's? Well here's some more, the next one is from Boston: Not enough burning Tesla's? Stand by... RS- LAT -------------------------------------------------------------------

## Tell The U.S. Government to order Tesla to remove all Lithium Ion chemicals from it's cars! Is someone telling the NTSB not to do their
job? Who? http://www.youtube.com/watch?v=ZrJcWKmIwOc TESLA CAN LOCK DOORS ON ITS OWN- BURNING ALIVE = BAD THING! You can read a number of postings online about the continual failure of the Tesla electronic door handles and door locks. How might fire increase these failure-to-unlock issues. Is it possible your own Tesla could lock you, and your family, INSIDE the car when it catches fire? How was this tested in the safety tests, or was it even tested? The Tesla Defects seem to be multiplying. Roberta- (A Mother)
-------------------------------------------------------------------------------


## Lithium ion = Bad Stuff Notice that in the following movie, the lithium ion battery like Tesla
uses starts exploding just when the insides are exposed to air and ALSO when it gets wet:
http://www.youtube.com/watch?v=v7abq34mckg
--------------------------------------------------------------------------------


## Obama Subsidized Electric Car Company Tesla Investigated for Fires November 22, 2013 By Daniel Greenfield Tesla has some big problems. This month it posted a
loss of $38 million and its shares fell 16%. On top of that, it?s got battery issues.The company, which got $465 million from Obama, makes electric cars which depend on wiring together 7,000 laptop batteries together. This is just as clumsy and unwieldy as a solution as it sounds. For one thing, laptop batteries are expensive. And it?s a clunky solution. MORE>>> ---------------------------------------------------------------------

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a pu

# Another Tesla Movie
So you think: ""OK, I would never drive my Tesla over any metal or bumpy roads so I never need to worry about that"", Well, that's what this Tesla driver thought: Watch the left side of the screen along the meridian wall. You can recognize the Tesla by the round open mouth grill. No matter what kind of a persnickety, self-centered, rich douche-kinda guy you are: Your Tesla is eventually going to hit a pot-hole, bottom-out or hit some crap in the road and then: fire and toxic smoke!

------------------------------------------------------------------------------------

# SHOCKER EXCLUSIVE!!!!!
Tesla ""battery supply"" problem -NOT. Battery explosion problem- YES. ""The napalm-like lava that is burning lithium-ion, combined with burning Tesla plastic, can eat through your entire face in about 2.5 seconds and it is nearly impossible to extinguish. This is not good stuff. They tried it on pig-corpses, ugly results. There are over 1000 different ways to store electricity. Lithium ion is the worst. The faster a car goes, the more likely it is to crash and to flip over in a crash. Tesla is the fastest car so it will crash more and flip over more. People that drive Tesla's are, generally, arrogant yuppie males with ego issues who want to go fast and show off. That makes crashes even more likely. While you are driving around on a carpet of deadly lithium ion, buried in the floorboards of the Tesla at your feet, and the car suddenly flips over, you are now trapped under a ceiling of burning lithium ion that firefighters can't extinguish and your face burns off. This is like flouridation of water controversy; this chemical was specified because a certain group is making money off of this chemical. Over time, each battery has a higher and higher chance of ""going off"" because the charging demands of a car combined with the degradation offset of a single lithium ion battery is high in normal circumstances. Tesla uses them in extreme circumstances. They were never built for cars. You are not going to see less Tesla fires, you are going to see more. Tesla has dense-packed 6800 lithium ion packs in a closed metal box under your seat. That is 6800 chances of having your face burned off and 6800 chances of getting rained on with burning lithium ion and plastic, gassed out and burned up by the Tesla. I don't like the odds. Look at some of these pictures, it even melts the metal. The people that are telling you ""Lithium Ion is just a lovely thing, don't worry about all of those scare stories"" have a financial investment in batteries using this chemical. Almost all of them have worked for, invested in or been hired by the people that make money off it. The form factor Tesla uses is a common 18650 battery you can buy on Amazon and Ebay so Tesla is not telling the truth about ""having a battery supply problem"" in their latest financial reports. They are having a battery blow-up problem. Suppliers won't sell them any batteries because they know Tesla abuses the batteries in the way they deploy them in cars and they don't want to get sued too, along with the lawsuits that are coming after Tesla.   These batteries were never intended to be used in cars. All this has been known for decades. If the ""biggest electric car funding effort in history"" hired the ""greatest technical review team ever created"",   how did this get by? Why didn't the reviewers mention this for Tesla's 'loan'?   This is not new technical information!"" Dr. Lee- USGA (FYI- I am available for TV interviews. Contact me through the SOMO funnel.) ----------------------------------------

# YET ANOTHER securities fraud investigation launched on Tesla.
Forensic accounting investigations confirm Tesla ""cooking the books""! http://www.streetinsider.com/Corporate+News/Law+Firm+Looking+Into+Securities +Law+Violations+by+Tesla+(TSLA)+for+Potential+Class+Action/8898311.html November 18, 2013 Wohl & Fruchter LLP is investigating potential federal securities law claims against officers and directors of Tesla Motors, Inc. (Tesla) (Nasdaq: TSLA) in connection with alleged violations by Tesla of Securities and Exchange Commission (SEC) rules governing the disclosure of financial metrics that do not comply with Generally Accepted Accounting Principles (GAAP). On October 2, 2013, Canada?s The Globe and Mail published an article questioning the economics of Tesla?s business and the quality of its earnings under GAAP. Citing research by Gradient Analytics, the article identified several accounting issues of concern, including reporting non-GAAP revenue and profit that is substantially higher than GAAP revenue and profit due to inclusion in non-GAAP revenue of Model S car sales to buyers to whom Tesla has provided guarantees that they will be able to sell their used vehicle at a particular price. According to Gradient Analytics, this accounting maneuver unrealistically assumes that Tesla ?will not lose a dime on a single Model S residual value guarantee.? Other areas of concern at Tesla cited in the article were potentially inadequate accrual of warranty expense; excluding shares Tesla could issue due to convertible debt from share counts when calculating non-GAAP earnings per share; and questionable lengthening of depreciation schedules. These and other accounting issues prompted an analyst at Gradient

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

Analytics to characterize Tesla as ?a firm struggling to find a way to justify its current share price with increasingly complex, apples-to-oranges non-GAAP earnings computations.? On November 5, 2013, Tesla issued a press release reporting its 3Q 2013 results. The headline of the release highlighted non-GAAP profit of $16 million even though the release later disclosed that Tesla suffered a net loss under GAAP of $38 million. Tesla also reported non-GAAP revenue of $603 million versus GAAP revenue of $431 million (by adding back revenues deferred under GAAP for cars sold with the resale value guarantee). On November 14, 2013, Bloomberg published an article (?Are There Cockroaches Under Tesla?s Hood??) highlighting the reference to non-GAAP profit in the headline of the release announcing Tesla?s 3Q 2013 results. The article asserts that this headline and other sections of the release violated SEC rules requiring companies to give ?equal or greater prominence? to GAAP numbers when they present their financial results. In support of this assertion, the article cites a 2008 article by Wilson Sonsini Goodrich & Rosati -- the law firm that helped take Tesla public ? advising that ?if an issuer announces GAAP and non-GAAP earnings per share in its press release, it should report the GAAP earnings per share prior to the non-GAAP earnings per share.? Since the publication of The Globe and Mail article, as well as following media reports of battery fires in at least three Tesla cars, TSLA shares have declined over 25% from a close of $180.95/share on October 2, 2013, to a close of $135.45/share on November 15, 2013. WF- Updates+ Follow-up: http://seekingalpha.com/article/1845172-dissecting- Tesla's-zev-mythology http://m.theglobeandmail.com/report-on-business/international-business/lavish-tax-breaks-contribute-to-electric-car-markets-success/article15465982/?service=mobile http://mobile.bloomberg.com/news/2013-11-14/are-there-cockroaches-under-tesla-s-hood-.html ---------------------------------------------

## Musk Claim of Fewer Tesla Fires Questioned in MIT Report Bloomberg By Angela Greiling Keane & Jeff Green Tesla Motors Inc. (TSLA) cars have caught fire caused by collisions more often than gasoline-powered vehicles, according to a Massachusetts Institute of Technology report rebutting assertions by Elon Musk, the electric-car maker?s chief executive officer.

  Because only 4 percent of vehicle fires are caused by collisions, Tesla?s Model S sedan, with a rechargeable lithium-ion battery, is statistically more likely to catch fire than are cars with gasoline tanks, wrote Kevin Bullis, senior editor for energy for MIT Technology Review. Update: http://muckrack.com/link/tdT2/musk-claim-of-fewer-tesla-fires-questioned-in-mit-report --------------------------------------------------

## ELON MUSK CANCELS HIS CROSS COUNTRY DRIVE IN A TESLA

FOR FEAR OF HIS LIFE AND THE SAFETY OF HIS KIDS Didn't Elon say he was just about to make a cross country drive in a Tesla? Elon Musk to Drive a Tesla Across the U.S. ? But the ..."


  "Elon Musk is planning to drive from Los Angeles to New York using only a Model S and Tesla Superchargers. But he'll have to wait until the end of the year before the automaker's quick charging network is actually built out. According to Musk, the trip will take six days and cover 3,200 miles"
  wired.com/autopia/2013/09/musk-cross-country/
--------------------------------------------------------- #
IRONIC TESLA BILLBOARD
 -----------------------------------------------------------

## NOW look at what is blowing up!!!. THIS JUST HAPPENED IN the middle of all this too!!!!: Massive numbers of OTHER Lithium Ion devices blowing up.


### iPad Air lithium ion battery explodes, erupting with smoke and flames in retail ..."

The appeal of Apple's sleek and slender new iPad Air is significantly diminished when it explodes and pours out

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

flames along with so much smoke that the fire department has to be called in to extinguish the blaze.
 news.yahoo.com/ipad-air-explodes-erupting-smoke-flames...

## iPad Air ion battery EXPLODES leading to mobile phone shop evacuation ...

Shop is evacuated and fire brigade are called after brand new iPad Air EXPLODES and fills mobile phone store with smoke . Sparks and smoke flew from device released on November 1
 dailymail.co.uk/news/article-2492189/iPad-Air-EXPLODES-...

## iPad Air ion battery EXPLODES INTO FIREBALL as terrified fanbois flee ...

 iPad Air EXPLODES INTO FIREBALL as terrified fanbois flee Apple Store Charred fondleslab removed by Apple minion for testing
 theregister.co.uk/2013/11/08/ipad_air_explodes_into_fireb...

## iPad Air ion battery explodes at retail store in Australia

"An Apple iPad Air reportedly exploded at a Vodafone retail store in Canberra, Australia, prompting the need to call the fire department to put out the flames and smoke."
 vr-zone.com/articles/ipad-air-explodes-retail-store...

## iPad Air ion battery explodes in Vodafone store | CellularChief

"A Vodafone store in Canberra, Australia was evacuated and firefighters were called in after the explosion of an Apple iPad Air inside the store resulted in the release of smoke that filled the retail establishment."
 cellularchief.wordpress.com/2013/11/08/ipad-air-explodes-in-vondafo...

## iPad air ion battery explodes in Australia, fire department had to be ..."

 "iPad air explodes in Australia, fire department had to be called in to contain the smoke Posted by Stefan Constantinescu on Nov 08, 2013 | No Comments ¯"
 iphonehacks.com/2013/11/ipad-air-explodes-australia-fir...

 "What kind of battery did they put in the Apple ipad AIR? LITHIUM!!!!!!!! Randy Oates- DC
-----------------------------------------------------------------

## MATH: If one IPAD can take out a whole store and a Tesla has the equivalent of thousands of IPAD batteries in each car, how
many homes in your neighborhood can a Tesla take out? I want my neighbor to keep his Tesla at the office. Musk has made a big point out of saying, in recent interviews, that the new fires were not ""spontaneous"" thereby admitting he knows that Lithium Ion CAN go off spontaneously like it did in the Boeing planes and with many other electronics in the last 10 years. GH- Boston G ----------------------------------------------------

## Another CLASS ACTION lawsuit against Tesla Morgan & Morgan file class
action lawsuit against Tesla for Fraud. This makes a record breaking number of lawsuits for fraud against Tesla,

THE BOOK OF TESLA: Copyrights by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

with more coming... DK- Bost ---------------------------------------------------------

## Who are the ""Lithium ion VC's""?

Say ""Howdy"" to the ACTUAL Illuminati! Did they break the law? Multiple federal agency & committee probes now asked to look into organized crime charges over kickbacks. The Westly Group The Google Boys Firelake Capital John Doerr Kliener Perkins Elon ""The MuskRat"" Musk Steve Westly Ray ""The Sausage"" Lane Draper Fisher Ira ""linguini"" Erenpries Khosla Ventures Tom ""Fettucine"" Styer Steven ""The Rat"" Rattner Hey Now... when you look at: their lobbyist contracts, payment disclosures and blind SUPERPAC's, which lithium ion interests they own or control and, when you follow the money, it gets pretty ironic... They are all friends of silicon valley's ""McKinsey"" DOE Secretary of Energy Steven Chu; McKinsey DOE $$ Guy Matt Rogers & McKinsey DOE $$ Guy Steve Spinner (They paid to get them appointed). McKinsey staff have previously been put in Federal prison for rigging things, ie: Rajat Gupta. FYI. They contracted a silicon valley consulting company called McKinsey Consulting and told McKinsey to write all these white papers for the White House and Federal Agencies that said: ""lithium ion is the key to the future"". Then they paid to put Chu at DOE and they invested in all of the Lithium while their guy: Chu, handed out all of the taxpayer money to their investment projects. Easy Peasy. Scam. Which Senator did they interact with the most? Which West Wing Chief of Staff?... Even more interesting... This is info from a Senate investigation, leaked to Press, and from Class Action litigators who recently filed national fraud lawsuits against Tesla. Recordings and emails appearing soon. At least 3 agencies are now investigating, or have been asked to investigate by senior Congressional staff. Since Reid went ""nuclear"", the gloves are off, it seems. Do your own research. Check out every name mentioned and all of their past connections. Nowadays, it isn't that hard to research. All of the parts of this have been mentioned in the mainstream press as of now. Reporters asking to FOIA review the original Solyndra case # and case #'s hyphenated off of the Abound, Solyndra, and similar cases #'s are having the best luck in story leads. ""One is building the new Bohemian Grove on the California coast at Half Moon Bay. One has started a Jr. Illuminati initiation program for young recruits that begins in the Stanford dorm rooms. One has publicly been charged with multiple crimes. One runs the technology suppression team for the NCVA. One has broken the record for hiring local escorts. Come watch the fun! It's non-stop hijinks with those crazy old boys from the Tech Branch of the Illuminati. Stay tuned for each episode of this made-for-tv romp that is guaranteed to be great fun for the whole family."" Elon Musk, and these sorts of ego-maniac billionaires, do not care about regular people or customers. They exist for the joy they get in manipulating power and control and tend to do things like this: http://www.youtube.com/watch?v=5BYc3PqvBCo http://www.youtube.com/watch?v=XIdprsGvlb8 http://www.youtube.com/watch?v=6PZipwucanc http://www.youtube.com/watch?v=amnwBzcxMAU http://vcracket.weebly.com MORE... D- LAT, GH- WAPO, HJ-HuffPO, Surf Alliance- FGT, ---------------------------------------

## Tesla Loan was hard-wired

in exchange for investor favors I worked as an aide to a major office in DC. This wasn't a big surprise to technical reviewers and government researchers, many of whom were shocked that Tesla got the loan approved on such flimsy due diligence. Something else must have been up. AS- G --------------------------------------

This movie uploaded : http://www.youtube.com/watch?v=uFUNPpn4080 --------------------------------------------------

## The Tesla cars AND the Factory AND the workers catch on fire

Here is the actual Tesla Factory on fire when a rumored mass battery fire went off in their own factory. That is why they keep their battery packs in a military blast chamber in Dec. of 2011 (see Link) TESLA FACTORY FIRE PRESUMED TO BE COVERED UP BATTERY FIRE DISASTER Dec. 2011: "
  "Peter T- (Many shots of this posted by many observers in Fremont, California) Tesla employees ordered not to discuss and to refer all inquiries to PR Officer at Tesla.
-------------------------------------------------------------------------- E

## XPOSE: Here is a video made by Tesla's own employees

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**about their product**: http://youtu.be/cTqnP0McPcs http://www.youtube.com/watch?v=cTqnP0McPcs You can also see it at: http://tinypic.com/r/7295hs/6 Here is the latest Tesla Fire:"

## WATCH THIS VIDEO OF A TESLA BURNING AND BLOWING UP BECAUSE OF BATTERY UNHAPPINESS.

 http://www.youtube.com/watch?v=RCn1CufaCYc http://youtu.be/RCn1CufaCYc
 "http://m.digitaltrends.com/cars/second-tesla-model-s-catches-fire-critical-crash-mexico/ ""Is the beginning of an onslaught of fiery Tesla Model S wrecks? A second Tesla Model S reportedly caught fire last week after crashing through a concrete wall in Mexico. According to Mexican paper Progreso Hoy (by way of Business Insider), a Model S owner was speeding when he lost control of the car and went through a concrete wall and then into a large tree. You can see the resulting fire in the video below. The man was apparently not seriously injuries and walked away from the incident. Here is an official recount from Tesla: ?We were able to contact the driver quickly and are pleased that he is safe. This was a significant accident where the car was traveling at such a high speed that it smashed through a concrete wall and then hit a large tree, yet the driver walked away from the car with no permanent injury. He is appreciative of the safety and performance of the car and has asked if we can expedite delivery of his next Model S.  The first reported Model S fire occurred earlier this month when a Washington State driver struck an object in the road, which caused a fire in the front portion of the car, beneath the carpeted trunk area. It appears the Mexican Model S fire also began in the forward section of the car."" ? Manu Fs. - Obsido ------------------------------------------------------------------------------

## The Lithium ion profiteering scam. Dump, grab the money and run. FISKER lithium
Ion batteries burst into flames at the drop of a hat. This is now well-known. Telsa and Fisker funding with tax dollars was more about funding battery company deals for their investors than anything else. Lithium Ion Batteries blow up in Boeing's, Tesla's and they just blow up. That is why TSA does not allow liquid on airplanes. That is why AT&T eliminated Lithium Ion in its server racks. EVERYBODY knows that lithium ion blows up and releases deadly chemicals, why is this cover-up still going on?     Oh, I See: Profits and kickbacks!"

## "Everyone was warned about this. Over 100 published reports from major
universities and federally funded studies have now been sourced and posted showing that this had been guaranteed to happen by some of the top scientists in the world prior to Tesla receiving DOE money. Who owns all these battery companies? Watch for the WESTON REPORT from a major Huffington Post Journalist which links every investor in TESLA to all of their political connections and influences. Invest in Tesla and you will get tracked by numerous investigative reporters. Dan ----------------------------------------------------------------

## Tesla Fraud Lawsuit by Clancy http://www.4-traders.com/TESLA-MOTORS-INC-
6344549/news/Tesla-Motors-Inc--Glancy-Binkow--Goldberg-LLP-Announces-Class-Action-Lawsuit-on-Behalf-of-Investor-17489178/ -----------------------------------------------------------------

## ADDITIONAL LITHIUM ION FIRES. SEE THESE LINKS. See these other articles and
third party studies: THESE ARE NOT THE ONLY FIRES, LOOK AT THESE LINKS:"

 MORE TESLA FIRES

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://lithium-ion.weebly.com

"-------------------------------------------------------------

# Lithium ion blowing up even more than usual? Does anyone know how
electromagnetic energy affects this Lithium Ion chemical? Since we now see that IPADs and other phones are
blowing up, I wonder if EMF shifts set it off? In which case, sticking it the biggest electronic appliance might not
be a good idea. Semmer- -------------------------------------------------------------

# Did any other California company get the same perks as
# Tesla? Did any other California company get the same, or as many, State tax breaks, waivers, deferrals,
factory credits, offsets, interest reductions or State cash as Tesla? Who Benefited? Which Politicians received
gain? Who lost? TJ- LA Times -------------------------------------------------------------

# Over 22 Tesla Battery Pack Fires? Checking records from Departments of Motor
Vehicles, CarFax, The Auto Insurance Industry databases, auto junkyards and owner blogs, it seems that Tesla has
a cover-up on their hands. Records seem to indicate that there have been a vastly larger number of fire and
explosion incidents with the Tesla car. D. LA Times -------------------------------------------------------------------

# Tesla knew this was coming ""Google, Tesla's silent investor and stock manipulator (via
market hype for Tesla and censoring of stories against Tesla) now is trying to act all ""shocked"" about the spying
news when it is now known the coming evidence will show that Google, itself, helped organize the spying and
solicited getting paid for the spying as ""just another Google service for business partners"" Anton De Leung
-------------------------------------------------------------------------

# How to spot a shill Notice that Tesla has ordered all of it's shill, bought and
paid for, fake journalists (thestreet.com, Motley Fool, Barclays, et. al.) to not even mention the toxic fumes issue
with their car fires! If the writer does not mention the TOXIC FUMES issue in their story you can mark them
down as being in the employ of Tesla or their investors. Dan
-------------------------------------------------------------------------

# Tesla Failures push Auto Industry to Fuel Cell Cars
http://www.dailyfinance.com/2013/11/10/tesla-motors-stubbornly-fights-the-future-of-green/
http://www.fool.com/investing/general/2013/11/22/motor-money-testy-times-for-tesla-and-fuel-cells-a.aspx
-------------------------------------------------------------------------

# The 'Secret' Reason To Sell Your Tesla Shares Now NASDAQ.COM By
StreetAuthority,   November 05, 2013 You thought the car fire was bad Shares of the $19.6 billion company
tumbled 10% in the two days after an Oct. 1 video showed a Model S on fire in California. CEO Elon Musk
eventually identified the cause of the fire as a loose piece of metal from a passing truck that punctured the car's
battery. The National Highway Traffic Safety Administration has said it will not investigate the incident, but
shares of TSLA still have not recovered to their pre-video high. Worse than the car fire, however, is the possibility
that Tesla may soon see much of its gross profits go up in smoke. Bloomberg West recently reported that the
California Air Resource Board is re-evaluating its assignment of tax credits for zero-emission vehicles. These tax
credits are given to automakers for each year to incentivize production of environmentally friendly vehicles that
might otherwise not be profitable. The companies can then sell these credits or use them against their own taxes.
-------------------------------------------------------------------

# Tesla's getting cooked in lithium ion battery fires while CFO cooks the
books In today's financial reports, it was confirmed, with certainty, that Tesla (TSLA) is not showing profits on

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

it's reports from selling cars but by manipulating tax credits and waivers via one-of-a-kind deals the State tax office gave TSLA. Some say TSLA got from kickbacks arranged by a Senator to help the resources of that Senator and that those exclusive stock market optics manipulation favors were to payback/kickback TSLA's investors for campaign financing. Now the State investigations kick into high gear to follow the federal investigations already underway. GH- LA Times -------------------------------------------------------------------------

# KNOWN DANGERS These dangers have been well known and deeply documented for decades. So why did Tesla and Fisker get to get free Federal loans and rigged stock market promotions using a chemical that has been documented by scholastic and federal studies, since the 90's, as being so nasty? Because their investors also had deep investments in making and selling that chemical and producing batteries with just that chemical. That was the payback to those investors for paying for ""other things"" (campaigns, Adwords, Etc.) that would make the free money, stock optics and backroom-arranged market monopolies a ""you scratch my back and I will scratch yours"" deal. ""Who cares"" if a few thousand Chinese die from toxic poisoning while making those batteries, they are ""over there"", they don't count."", someone thought. EH- Mother Jones -------------------------------------------------------------------------

# Does Driving a Tesla cause Rectal, or Anal, Itching? Possibly the most impressive Tesla warning, from Europe: ""The high speed hum and vibration from the particular motor and chassis combination that Tesla uses, has some drivers, and passengers, complaining of Rectal Itching. Lots of signs or symptoms contain anal itch and inflammation. You can even recognize that there is certainly hemorrhage, specifically after having a movement. It can be distressing if you have A BM, in addition, there may be blood from the stool or on the tissue. If you own or ride in a Tesla frequently, and possibly notice any kind of rectal lumps as well as bleeding, you should visit a doctor. Using this method, you can receive the best solutions."" (Translated from Spanish) Anton -D -------------------------------------------------------------------------

# Boeing Lithium Ion Batteries Blew Up for No GOOD Reason too:"

"Class action law firms have begun research to determine the potential for Tesla fire-related cases. A number of specialized law firms, who only produce class actions for consumer groups, have contracted exploratory research to look at the viability for class actions on behalf of Consumers who were near Tesla Fires, Employees who were near Tesla Fires, Tesla Factory employees, First Responders who were near Tesla fires, and related matters. T-Law 360 -------------------------------------------------------------------------

# TESLA FANBOY CONFESSION. CANCELS ORDER. LISTS HUGE VOLUME OF TESLA DEFECTS & ISSUES. http://lilianv.com/wp/ $100,000 on wheels, or why did I cancel my Tesla car reservation ""This is going to be a long one, unlike my other blogs. Feel free to post a reply. I?m eager to hear opinions that support or oppose mine... Read more: "

"(Picture Above: The scarecrow was RIGHT to be afraid of the fire and MUSK DID just turn out to be some carny who just waved flashy things at us but was a shyster underneath it all after all.) ....8. Hole in the tank. This is one particular problem with Tesla MS that is widely recognized, admitted by Tesla and not fixed as the date of this publication. If you leave your Tesla MS unplugged it will lose about 0.5 miles of range per hour. At this rate it will take about 10-15 days for a fully charged battery to drain completely. So if you leave your fully charged Tesla at the airport for a week or two while on vacation or business trip you may not be able to ride your Tesla home upon your return. This is equivalent to a hole in the tank for the conventional gas powered car. If the car is plugged-in than it compensates for such loss by ?sucking? approx. 150 Watts of electric power all the time. It is equivalent to to the energy needed to lit an average 3,000 sq.f. house with the new LED energy saving lights.... 10. Dubious business practices. Larry Page announced that Google will be ?no evil? company. Well no business is evil by design. They become ?evil? driven by competition. Google has practically no competition and they can

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

afford to be ?no evil?. Same applies to Tesla Motors. They are well funded and they have no competition, they can afford to be ?no evil?. Instead Tesla is pulling all nasty tricks known in the industry and more. It was quick to abandon the most controversial ones such as calculating people?s time in their lease cost estimate and eliminating the $600 per year mandatory service charge. Many still remain. One example are the useless and expensive option packages (see above) another example they charge $5,000 reservation fee in a second. They claim the fee is fully refundable. What they don?t tell you is that it takes 30 business days to refund it.... READ MORE:
-------------------------------------------------

## The Tesla Nod: A subtle way to acknowledge Fellow Tools. Time
Magazine- Technology Section Nov. 6, 2013 By Jessica Roy The Tesla Nod: A subtle way to acknowledge Fellow Tools. ""Sir, I too am a person with too much money"" ""Are you a rich Silicon Valley brogrammer who enjoys bonding with other rich Silicon Valley brogrammers over similarities such as ?owning an obscenely expensive car?? Do you love driving an environmentally friendly vehicle but think hybrids are for poors? Purchase a Roadster or a Model S and you can become part of the elite club of Tesla owners who nod at each other in public as a way of acknowledging their mutual lack of self-awareness."" ""Be a tool. Drive a Tesla today. Live life on Fire"" (tm) http://www.youtube.com/watch?v=N_N52q2goeM"


 ----------------------------------------------------------------------------

## TESLA DRIVERS FOUND TO LOVE DRUGS AND KINKY SEX RESEARCH SAYS
"Nino Marchetti at Earth Techling finds, via deep scientific research: ""Tesla drivers, by contrast, tended to have business and finance as their dominant categories of interest. They also tended to like whiskey and breweries for drink and, strangely enough, had abnormally high levels of interest in cannabis, erotic dance, strip clubs and Lululemon."" Click on study image, below, to ENLARGE:"




"Speaking of enlarging, the study also showed that Tesla owners buy a shockingly large amount of penis enlargement products. It was also discovered that owners of Tesla's hire more prostitutes and escorts than any other geo-social group in the world."

## Tesla driver charged with using his Tesla for MANSLAUGHTER. Drunks & Psycho's really do seem to drive Tesla's.

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.lagunabeachindy.com/2013/11/18/tesla-driver-charged-manslaughter-canyon-crash/

http://www.lagunabeachindy.com/2013/11/22/tesla-driver-charged-canyon-crash

----------------------------------------------------------------------------

## THE TESLA ANTI-DOUCHE BAG MOVEMENT RISES

"Tesla really needs to change their whole ""douche bag"" image. They market the car, almost exclusively, to rich, arrogant males. ie: one of many memes flying around:"

(Feel free to re-Post on Meme Sites and photo galleries)

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"---------------------------------------------------------------------------

# Tesla shares slip more on reports of third fire, other car problems By Jerry Hirsch- LA Times November 7, 2013"

"By Jerry HirschNovember 7, 2013, 8:39 a.m."

Tesla Motors shares continued to fall Thursday as the automaker confirmed a third fire in one of its high-end electric cars and a major auto reviewer pointed out problems with its Model S luxury hatchback.

"The 9%, or $13.40, decline in mid-morning trading to $137.76 followed a 15% plunge in the shares Wednesday after the automaker said limited supplies of batteries were hampering sales and that it was spending heavily on research and development to design new models. Tesla shares have been on a run for most of the year, rising about 400% before this reversal. Car shopping website Edmunds.com said its 2013 Model S was ?making an ominous noise under acceleration and deceleration. It originates from the rear of the car and seems to be getting worse.? It is a complaint that?s also starting to show up on Tesla?s owners forum, an online discussion group hosted by the automaker for drivers of its cars. ?Mine had that and it got bad at 70 mph,? said one owner, posting under the ?mortgagebruce? moniker. He said Tesla had to replace the drive unit twice to fix the problem. Tesla also replaced the drive unit on the Edmunds car, but declined to tell the company what caused the problem. It also replaced the driver door mechanism because of another problem. The car has just less than 11,000 miles on the road. ?We're not sure what to think about the fact that both of these repairs were completed with just one overnight stay,? said Mike Schmidt, Edmunds? vehicle testing manager. ?Maybe the dealer is really on the ball. Maybe the supply chain is short. Or maybe the parts are readily available because they've seen these before.? Tesla spokeswoman Liz Jarvis Shean said she was not familiar with the Edmunds complaint. Meanwhile, another Model S electric car caught fire Wednesday near Smyrna, Tenn., following a crash. This was the third Model S to have caught fire in the last five weeks. One burned near Seattle and another in Mexico. Both cars were in crashes and the fires injured no one. Normally, car fires are not significant events that influence investors. There are about 150,000 annually, according to the National Fire Protection Assn. However, safety officials have been tracking fires in electric cars, as well as computers and other equipment, out of concern that the lithium-ion battery systems might be fire-prone. Earlier this year, federal regulators grounded Boeing 787 planes for four months after batteries on two planes overheated, with one catching on fire. Boeing later ordered modifications to the jets to increase ventilation and insulation near the batteries, but the company and investigators never determined the root cause of the overheating. "

"The National Highway Traffic Safety Administration reviewed the Tesla fire in Seattle and concluded it was caused by the accident rather than a vehicle defect. Tesla said it contacted the driver of the car in Tennessee and noted he was not injured and ?believes the car saved his life. Our team is on its way to Tennessee to learn more about what happened in the accident.? ?The problem is that we have three fires in six weeks,? said Karl Brauer, senior analyst at Kelley Blue Book, the car information company. ?For a company with a stock price based as much or more on image than financials, those recurring headlines are highly damaging.? The Palo Alto automaker said Tuesday it posted a loss of $38.5 million, or 32 cents per share, in the third quarter. That compares to a loss of $110.8 million, or $1.05 per share, in the same period a year earlier.   Now that it is delivering cars, revenue grew to $431 million from just $50.1 million a year earlier. -----------------------------------------------------------------

# How Lithium Ion got cooked into one big VC scam. The Fluoridation of the American Auto Industry: See this movie? Replace Fluoride in these movies with ""Lithium ion"" http://www.youtube.com/watch?v=YPynwi_T8DQ http://youtu.be/4b9UJukZJfE http://www.youtube.com/watch?v=4b9UJukZJfE Bottom Line: The Flouride ""concept"" was a way for mining companies to sell waste product and get tax subsidies for it while dumping something on the public that was actually very dangerous. Sound familiar? Lithium ion is mined, BTW! The Even More Bottom Line: Lithium Ion was put in Fiskers and Tesla's to make a certain, select group of people rich via their investments in Lithium Ion mining, production and use. The State Department says there is nearly a trillion dollars of Lithium ion base material in Afghanistan. Draw the lines

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

and see who made, or would have made, huge profits on Lithium ion. Then draw lines and see who paid for campaign costs. Then see where the lines cross over. GH-NYT
-----------------------------------------------------------------

# ""Dude, Where's my car.. err, uh.. my company

" He lost his car and his company at the same time. He probably shouldn't have bribed senators in order to get give-away loans and Lithium ion exclusive-contract kick-back deals for his investors. TT- Boston ---------------------------------------

VC Lithium Deals Billionaires owned these lithium ion battery and mining companies. They all got free windfalls from our tax money. They didn't need OUR TAX money. Teachers and firemen needed that money! They used the free tax gift money to artificially inflate their stock market ratings so they could sell more stock on WALL STREET by making their financials look better. Isn't that how Al Capone used to do it? They got hold of lithium fields and controlled them before others figured it out. They created a monopoly with your tax dollars but the joke is on them. It turns out Lithium Ion is seriously dangerous CRAP and it doesn't work! HA! Ranso - DCA --------------------------------------- MULTIPLE CLASS ACTION LAWSUITS AGAINST TESLA NOW UNDERWAY! ONE NEW ONE HAS ALREADY BEEN FILED!!! Multiple class action lawsuits are being prepared against Tesla for fire related charges. One of the first was filed today by the law firm of Pomerantz, Grossman, Hufford, Dahlstrom & Grimes charging that Tesla made intentionally misleading statements about the safety of the car. The filed lawsuit, and staff from the law firm, claim to hold hard evidence of Tesla lying about the safety of the vehicle. Other cases are expected to be filed soon including one that I have seen some ""SHOCKER EVIDENCE"" on. I had to sign an NDA but when you hear about it you will slap your head and yell ""OMG"" quite loud! Tom Lester- SV Report UPDATE: More lawsuits have now been filed for fraud!!!!!! And yet another lawsuit charging Elon Musk with slinging total bullshit! http://finance.yahoo.com/news/shareholder-alert-brower-piven-encourages-161113995.html Tesla accused of ""pumping"" and falsifying investor information. Charges that the stock market chart kicks up when Tesla and Tesla investors mass buy their own stock to fake the charts. Google/Tesla investor information manipulation probed by SEC. ----------------------------------- Coincidence? Wouldn't it be an interesting coincidence if all of the Silicon Valley owners and investors of the Lithium ion mining and battery industry were also most of the same main contributors to a certain election campaign, directly and indirectly, and if they also happened to be almost the only ?winners? in the DOE that was run by Steven Chu of Silicon Valley? But something that sinister could never happen, right? T- LA Times -------------------------------------------------- Counter-Point Yah, T of the LA Times, but when you say it like that it sounds bad. These were just businessmen and senators spouses who were trying to make a buck. Why shouldn't we taxpayers be willing to contribute our hard-earned taxes to billionaires who know how to do things? Stop being a dick! Without billionaires we wouldn't have anyone to manipulate our way of life! We taxpayers don't know nothin' about rigging an entire industry. We simply must leave those sorts of things to the experts! And what is wrong with lying to pump up the stock market? It sells more stocks for gods sakes! H. -------------------------------------------------------- Things that make you go: Hmmmmm? So do you think these billionaires pushed the Afghanistan invasion in order to get the Lithium ion? I mean, it is just a tiny country in the middle of nowhere with nothing else to attract. Type "" Saudi Arabia of Lithium"" in the four big search engines and read all of the articles. RT- NYC ----------------------------------------------------- Science Question With all of these lithium ion cars, IPADs and phones just blowing up and going off more and more, does the increased prevalence of WIFI, broadcast signals and atmospheric radiation and other ion drivers make Lithium Ion increasingly more likely to go off? DDF -------------------------------------------------- Marry a silent wife (or Founding Partner) next time: Tip: Ex-Wives Justine Musk and the Model he married are willing to do on-camera interviews, now, and it looks like the ACTUAL Tesla founders (Musk being not one of them) are going to come forward too. DD "

"--------------------------------------------------- Tesla Factory Very Dangerous say Factory Workers and Former NUMMI workers! Not only are the cars dangerous, the factory that makes the cars is dangerous. Workers report that they have had appendages cut off at the factory, been horribly burned by molten metal, been hit in the head by out of control robots, fallen off shaky platforms and other injuries. Current workers are stating this. In addition, former Fremont , California NUMMI workers, who were promised jobs by Tesla, but were replaced by H1B overseas workers, say that safety standards were dropped after Tesla took over. At first, it was thought to be sour grapes but the rash of accidents seem to bear this out. The new information about the battery toxicity and

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

past fires at Tesla cause the workers even greater concern. DFG-
----------------------------------------------------- TIP Stunner: Run a background check on Elon Musk, Dianne
Feinstein, Ray Lane, John Doerr and Steve Westly, and the rest, on these services, below, and see the results. Pretty
damn shocking and interesting: BeenVErified, TalentShield, GIS BackGround Checks, EquiFax, CVCertify,
Infortal, Onesource, Kroll Backgrounds, Checkpeople, Dun And Bradstreet, Social Intelligence If anyone had
seen these background check reports in public, none of these people would be where they are. TT- NYD
----------------------------------------------------- Lithium Mining Take a look at Forbes and Barrons numbers of
how much money the mining industry makes! Lithium ion is a mining industry thing at the beginning, then it
moves to a silicon valley thing. Look at who has mining AND silicon valley connections. DFT
----------------------------------------------------- Douche Bag Tesla Tool Owners Solicited by Tesla to ""Speak Up"",
ie: Shill out! The second your Tesla catches on fire you can count on a prompt call from the Tesla PR department.
Since most owners of Tesla's are: A. It's own investors. B. Financially associated Tesla fanboys. OR C. Fanatic
1%-er VC's or Doctors who can't stand to not be involved in the ""hot tech thing."" ...it isn't that big a sell to those
who are already drinking the Kool Aid, but the pitch the PR officer from Tesla gives is this: ""Oh Mr. X, we are
so sorry to hear about the incident. How much could we pay you to say nice things in the press about how fun it
was to be in a fire and suck in all of that cancer-causing smoke? How about a brand new Tesla and some cash for
your services  " Douche Bags unite. It is one big frat house. Never let the outsiders think something is up! Why? -
They aren't supporting electric cars: there are tons of electric cars you can buy today from many companies. -
They aren't really excited about the fact that if the fire had happened at their home their McMansion or downtown
condo-swinger pad would be toast right now. - Breathing toxic smoke could not really be something they want to
hide because now they have Obamacare to fix the cancer (sort of). - It isn't because Tesla is creating domestic
jobs. Tesla took the taxpayer money and hired H1B offshore workers to cheap out. They even posted ads on
LinkedIn looking for H1B legal teams to suck in Armies of cheap offshore labor. Why else would owners be so
excited to have been in a deadly, toxic fire? Hmmmm... $$$$$$$$$, So.....owners: You know you can sue Tesla
for like a million bucks for the toxic poisoning and win hands-down instead of taking the free new Tesla and the
$30K, right? DT- Boston A. ---------------------------------------------------------------- Elon Musk: So Look. Let's
solve this on CNN: Did you see this one? ""Elon Musk, come on a live CNN 1 hour broadcast with the following
people and let's have a live debate and settle every issue on this page. CNN will provide 60 minutes of airtime:
Paul Chesser- Author Darryl Issa- U.S. Congress Lewis Larson of Lattice Energy The Head of the Auto Dealer
Associations The Head of the National Highway Traffic Safety Administration Clarence Ditlow, Director of the
Center for Auto Safety S.F.- CNN Research- Washington DC (Just call any of the staff in the research Dept. at 1-
202-898-7900 to set it up.) ------------------------------------------------------------------------------- Tesla hires 200
Indian blogger shills to type ""nice things"" in blogs and news story comments to run a cover-up. Per the
comment above: ""It isn't because Tesla is creating domestic jobs. Tesla took the taxpayer money and hired H1B
offshore workers to cheap out. They even posted ads on LinkedIn looking for H1B legal teams to suck in Armies
of cheap offshore labor. "" The PR department at Tesla was told to work all this weekend so they called in a team
of outsource contractors from India to Google every story with the words ""tesla fire"" in them and go type
wonderful things about Tesla in the comment section of every article they find. Everybody knows that SOMO
thinks Tesla is a load but these fake bloggers do not identify that they are Indian Outsource typers. Our manager
even implied that we should go online this weekend and ""voice our support for Tesla"" as we ""don't want the
company to have any cash flow issues as that could affect paychecks"". In other words: ""go home and write nice
shit about Tesla or lose your jobs"". T- @Tesla Motors, Fremont
---------------------------------------------------------------- The Deadly Lithium ion Industry. Few noticed when
EnerSys, the world's largest industrial battery manufacturer bought tiny ABSL on the tip of Scotland and
redirected it away from vehicle traction batteries, aiming its various lithium-ion chemistries at military and
aerospace applications not involving traction. Rather more have spotted, in the USA, the Chapter 11 demise of
(Russian mobster owned?) EnerDel (using NCM and LMO cathodes) then, in March 2012, International Battery.
International Battery, which surprised local officials when it abruptly closed its Upper Macungie plant, owes
Pennsylvania more than $2 million, and state lawyers are initiating efforts to recover some of the debt. State
officials are also in discussions with the company regarding a project for which International Battery received an
$800,000 grant in 2010. That project has not been completed. The DOE gave tens of millions of tax dollars, some
say billions, to lithium ion battery companies who technical reports had already advised were in trouble? Why?
Follow the money! "

THE BOOK OF TESLA. Copyright: only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Vast numbers of lithium ion ex-factory workers are now dead or sick with fatal diseases. They make these batteries overseas because OSHA would never let them do any real volume in the U.S. because it kills and sickens workers! Then came Valence Technology, in mid 2012,and now the big news that political football A123 Systems has only a few months' money left having spent up to one billion dollars. The Chinese have now saved them at the last minute, almost wiping out the US investors and taking a company paid for by U.S. Taxpayer Dollars. So much for the US wrestling control of the traction battery business from the Koreans and Japanese who have invested larger sums even before the US got interested. The dominos will continue to fall, notably in the USA. Yep, Lithium ion is a GREAT investment!!!!!! Everybody in the know, knows that lithium ion is being dumped on the market by groups now trying to get rid of it since the real scientists realized that it is dangerous stuff to make, dangerous stuff to use and dangerous stuff to breath in a fire, of which there are many, many unreported fires. Tesla's big announcement with Panasonic about batteries is a DOMESTIC DUMPING DEAL! Panasonic will probably pay anybody to take them off of their hands but do we want to put them in American neighborhoods? Follow the money folks! DH- LAT (sources referenced- EdaTech, Washington Post, NYT)
----------------------------------------------- Dirty Dollars If you look at all of the suspects mentioned in these articles and then you track their, or their families or trusts or Cayman funds, holdings in lithium ion related companies you will see that there is no possible doubt about what happened. The really icky part is that federal staff who got to decide who got tax money, credits and waivers have these same conflicted holdings and career cross-overs so it looks pretty dirty. DGH- -------------------------------------------------- Who Founded Tesla? Elon Musk did not come up with, create or design Tesla Motors. Musk took it away from the founder, Martin Eberhard, some say Musk was sent in to take it over on behalf of Lithium ion VC bosses to rig their portfolios. Further research is required to confirm. ADF --------------------------------------------- Tesla Testimonies not credible Let's look at the backgrounds of the Tesla fire owners who have been reported: 1 is a drunk driver, 1 is an egotistical back surgeon who's ex lover posted negative info about them online, and the other is a Tesla backer...interesting? Their street cred is low and they reinforce the ""Tesla is for Douche Bags"" concept. DFG- HY
---------------------------------------------- Rahm and Argonne Let's look at Rahm Emanuals connection to funding for Argonne Labs Lithium Battery projects? DFG- HY ---------------------------------------------- THE AUDACITY OF SCOPE If you think that the size and audaciousness of the crime being examined is almost inconceivable, think again. The greatest crimes are committed in plain sight. Who would have imagined, at the time, that regular people would try to kill all of the Jews in Germany? We rarely even consider the fact that a group of people captured, dragged half way around the planet, and raped and beat the black people of Africa. You see the great piles of skulls from Southeast Asian genocides; how did that happen? Big crazy crimes DO happen. While a trillion dollar lithium scam may sound like a wild proposition, so did other things until you later realized: ""OMG, these awful things actually happened!"". Even though conventional wisdom may push against the concept, history has shown that assumption to be the fools errand. T. G. LAT
-------------------------------------------------- Be Aware NOTE TO REPORTERS: If a ""special investigator"" or agency guy shows up asking questions, be sure to find out if they are from the cover-up team or the prosecution team. There are good folks at every agency trying to figure out who to raid next but there are also people who have been told to ""freeze investigations"". Always photocopy their photo ID and get a business card from anyone who contacts you. I just interviewed a well placed source who advised on this. Martin- SO
------------------------------------------------------ How do these sorts of messes occur? http://gawker-media-attacks.weebly.com/uploads/1/3/3/3/13337291/government_grants_2014a.pdf
-------------------------------------------------------- A123 Lithium Ion Bankruptcy: By Nathan Bomey, Todd Spangler and Zlati Meyer Detroit Free Press Staff Writers Battery maker A123 Systems' Chapter 11 bankruptcy filing Tuesday triggered a fresh round of political criticism of the Obama administration's alternative-energy investments. The Waltham, Mass.-based company, which has 626 employees and 348 contract workers in three southeast Michigan locations, said auto supplier Johnson Controls had tentatively agreed to pay $125 million to purchase its automotive-related assets, including the operations in Livonia, Romulus and Ann Arbor. Republicans immediately compared A123's bankruptcy with the California solar panel manufacturer Solyndra, which filed for bankruptcy and liquidated last year, wiping out a $500-million loan guarantee from the U.S. ""A123's bankruptcy is yet another failure for the president's disastrous strategy of gambling away billions of taxpayer dollars on a strategy of government-led growth that simply does not work, "" said Andrea Saul, a spokeswoman for Republican presidential candidate Mitt Romney. "

"Battered by recalls, high costs and sluggish consumer adoption of electric vehicles, A123 lost $1 billion since

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

its founding in 2001, despite substantial government support. The U.S. Department of Energy awarded a $249-million grant to A123 in August 2009 with promises of 5,900 jobs, mostly in Michigan. The Michigan Economic Development Corp. also awarded A123 more than $125 million in a variety of tax credits, grants and incentives in 2008 and 2009. The U.S. grant and Michigan incentives drew bipartisan support when they originally were approved. ""This is what's possible in a clean-energy economy -- these folks right here, doing extraordinary work,"" President Barack Obama said at the White House Rose Garden after meeting A123 employees on April 30, 2010. ""This is what happens when we place our bets on American workers and American businesses."" "

 "A123 has received $132 million of its federal grant so far. The Energy Department said Johnson Controls could be eligible for the rest of the funding, but that has yet to be determined. The federal government's investment does not have to be repaid, according to Securities and Exchange Commission filings. But Americans have not embraced electric vehicles that require regular recharging. In many instances, they are priced significantly higher than their gasoline-fueled counterparts. Even federal and state tax credits have not erased that price premium. Then the lack of easy-to-find recharging stations has left many motorists worried about being left on a remote dark road without adequate power. ""It was an expansion of manufacturing plants in anticipation of customers who never arrived,"" Litchfield Hills Research analyst Theodore O'Neill said. A Johnson Controls spokeswoman declined to comment on whether the company would keep A123's employees. Its acquisition of A123 must be approved by a U.S. Bankruptcy Court judge in Delaware. A123's battery plants remain in production for now. Johnson Controls has a lithium-ion battery plant in Holland, Mich. A123, which lost $269 million in the first eight months of the year, according to bankruptcy documents, turned down an interview request. Democrats responded that during his 2002-06 term as governor of Massachusetts, Romney also provided support to emerging technology firms and some of the investments did not pay off. Meanwhile, the Department of Energy pointed out that A123's investment had bipartisan support from Michigan lawmakers, including incumbent Democratic Sen. Debbie Stabenow and her Republican challenger, Pete Hoekstra. ""Johnson Controls' investment in A123 will help ensure that the U.S. remains competitive in this growing global sector,"" said former Democratic Michigan Gov. Jennifer Granholm, who promoted battery tax incentives as a way to boost the Michigan economy. A123's bankruptcy filing comes two months after Chinese auto parts maker Wanxiang Group agreed to invest up to $450 million to acquire up to 80% of A123. But that deal fell apart as A123 was set to burn through $400 million in cash over the next 12 months, O'Neill said. Instead, Johnson Controls is cherry-picking the best assets out of A123, O'Neill said. Johnson Controls also was awarded a $299-million Energy Department grant for its lithium-ion battery plant in Holland. The company's spokeswoman declined to comment on whether that plant would be affected by the A123 deal. Barclays analysts said in a research note that the deal would make Johnson Controls ""the dominant surviving"" U.S.-based lithium battery maker. A123 shares, which closed Monday at 24 cents, fell 75% to 6 cents on Tuesday. Many sophisticated A123 investors have lost millions, including global conglomerate General Electric, which had invested about $70 million by 2009. Dan Leistikow, an Energy Department spokesman, said in a blog post that the government's investment had produced meaningful battery innovation that would live on. In its bankruptcy petition, A123 listed total assets of $459.8 million and liabilities of $376 million. The company's biggest customer is California start-up Fisker Automotive, which plans to keep the contract with Johnson Controls through at least the first quarter of 2013, spokesman Roger Ormisher said. General Motors, which picked A123 as the battery supplier for the Chevrolet Spark electric vehicle, said it would accept Johnson Controls as its new battery provider. ------------------------------------------ In, and during, the following Tesla Proposal, Tesla told Singapore, and a number of other countries, that the battery system was totally safe, even though they had filed patent documents and regulatory documents, now revealed in other articles, which stated otherwise: Tesla Plan for International Expansion By Teresa Bergmann Vu Nguyen Astrid Santiago Sean Yang READ MORE... ----------------------------------------------------------------- GOOGLE HAVING PEOPLE KILLED WHO ""CAUSE TROUBLE""! GOOGLE PUTS HITS ON POLITICAL ADVERSARIES OF LITHIUM VC'S OR ANY MEMBER OF THE PUBLIC THEY DON'T LIKE: See Video Below: http://www.youtube.com/watch?v=LTq8TrA3hb4 Google executives have key stock holdings in Tesla. Google sets their search engine so it emphasizes Tesla-positive stories and minimizes Tesla-negative stories, ie: Censoring, information manipulation and stock perception rigging. There are now some class-action consumer & investor lawsuits forming around that. There is one stock swindle C-A already underway but more coming. The fact that the poor girl, in the video above, is concerned that Google might have her killed, speaks volumes for the dark side of Google. Rick Santorum's team claim to have hard evidence of Google rigging it's search engine to

THE BOOK OF TESLA - Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

put a hit on him. AZ- HOG Update: Microsoft now having Google killed:"

Hate Google? Microsoft has some 'Scroogled' goodies for ...
Microsoft has expanded its anti-Google Scroogled campaign with the launch of a special section on its online store offering various gift ideas for haters of the Web giant.
foxnews.com/tech/2013/11/21/hate-google-microsoft-h...

Don't Get Scroogled! - Scroogled
"See how you get Scroogled . Mail Think Google respects your privacy? Think again. Google goes through every Gmail that's sent or received, looking for keywords so they can target Gmail users with paid ads. ... ? 2013 Microsoft. verb. Word Origin:"
scroogled.com

Microsoft Now Selling Google-Bashing Merchandise | Digital ...
"Microsoft Now Selling Google-Bashing Merchandise, Just in Time for the Holidays 'Keep Calm While We Steal Your Data,' Says 'Scroogled' Campaign"
adage.com/article/digital/microsoft-selling-googl...

"-------------------------------------------------- Character + Competence = Trust (With a tip of the hat to John McDonough at Boston Globe) It was supposed to be the greatest initiative of an administration. It was said to be an effort designed to be a history book legacy deliverable that the world would never forget. It was an effort, the public is told, that the greatest minds had put the most extensive due-diligence, ever devised, into. It was an effort that had the most money ever dedicated to any similar initiative resourced to it. It turned out to be one of the most stunning technical and due diligence failures in human history to-date. OK... now guess?: Am I talking about DOE or ACA? Do you see a pattern here? D.- DenverPost "

"------------------------------------------ HOW TO TELL IF YOU ARE AN OFFICIAL TESLA DOUCHE BAG? Are you concerned that, you too, might be an arrogant, self-obsessed, unaware, elitist, rich, prostitute-hiring, silicon valley-like, hipster, yuppie, anal-sex-wanting, superficial, smug prick? Don't worry, this will help you become aware:"

"According to Urbandictionary.com, a Douche-Bag is, well, here is the definition: ?Date: circa 1963; slang : 1 The term ?douchebag? generally refers to a male with a certain combination of obnoxious characteristics related to attitude, social ineptitude, public behavior, or outward presentation. Though the common douchebag thinks he is accepted by the people around him, most of his peers dislike him. He has an inflated sense of self-worth, compounded by a lack of social grace and self-awareness. He behaves inappropriately in public, yet is completely ignorant to how pathetic he appears to others. He often talks about how cool, successful, and popular he is, yet never catches on to the fact that he comes across as a total loser. Nevertheless, he firmly believes that he is the smartest, most desirable, and most charming person in the room? and will try to bad-rep anyone who would threaten to expose this facade. He fancies himself a ladies? man, yet tends to be a joke to all but the most naive of women. He tries to portray himself as part of the in-crowd (a fashionista, an upwardly mobile professional, the life of the party, etc.) but only succeeds in his own mind. To everyone else, he is an annoying and arrogant phony who comes across as a wannabe overcompensating for his insecurities. He tries to appear like the center of

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g...

whatever group will tolerate him, but in reality, he is just a tag-along who mooches drinks, women, contacts, social status, and other benefits from the group? while contributing nothing. A-list ego; D-list status. Other Forms: Douche, DoucheyMeat heads are douche bags. Dude, stop being a douche bag. Dude, stop being a douche. Dude, that was a douchey move.? You know them when you see them. You probably know a couple of them personally. But what makes these creatures turn out like this? Is it a learned behavior or is it a uniqueness in their genes? Did they get bitten by a drunk, coked out, outcast spider that changed their DNA? Here is our compilation of the Top 10 Signs Of A DoucheBag Dude? 1. Pink Knit Shirt With ?Popped? Collar First of all, lets just say one word: Pink. When coming out of the mouth of a woman, referring to something soft and cuddly, or when talking about a little girls room, it makes sense and even makes you feel good inside. When referring to the color of a shirt on a so-called ?grown man? who is laying face down in a blacked out stupor, not so much. It screams desperation and loneliness. Next, lets talk about the ?popped? collar phenomenon. Let?s just say that if you need to project how you are ?cool? by doing this, it once again shows how desperate you are for attention. Or to quote Jacek Bukowski??Even stupid things should be done wisely?. 2. You Wear Your Sunglasses At Night It can be said with a fair sense of certainty, that you are truly in the presence of douche-baggery if you notice, suddenly, that you cannot see the eyes of the person you are talking to. This is especially true if it is dark outside, and, even worse, it has been dark outside for hours. Sunglasses are, hence the name, meant for the sun. They are not meant to be anywhere near your body if that sunset happened more than two hours ago. And just a question? who has needed sunglasses inside a dimly-lit bar?ever?. 3. You Talk To Your Guy Friends More Than Your Girlfriend Assuming that somehow this douche-bag met a girl who is probably just as douchey as them, you know for sure they are a douche if they spend more time ?with the guys? than they do with their ?girlfriend?. A true sign of a real man is showing passion, compassion, and love for the woman in your life?a selfless devotion to making her happy and feeling good (which makes a decent man feel good as well). A true sign of douchey-ness is to adhere to the strictly made-up and fictitious ?Bro-Code?, which just means you will never have a real relationship with a female as long as you live (or at least as long as you stick to ?the code?). 4. You Talk Down About Women and Hit On Any That You Meet Let?s just get to brass tacks here gentlemen?don?t be an asshole. It does not mean that you are cool, show higher status, are hard to get, are a ladies man, are successful, are good at ?playing the game?, or are even attractive, to talk down to a woman or try to get in their pants. The only women that will fall for that are ones that have low self-esteem like yourself, and hopefully, not even will they fall for it then. The rest of the world could use one less douche-bag larvae. 5. He Has Posters Of The Movie Scarface Everywhere And Pretends He Is Tony Montana Look, every guy likes to dream of being in a mansion, in a giant bubble-bath, relaxing with stacks of hundred dollar bills around. The douchey-ness comes in when, due to your lack of actual real-life success, astoundingly overinflated ego, and tremendously poor life management skills, you actually live in a cramped studio, your parent?s house, or with your sister. Not only that, but you have no money saved and work a dead-end job and have no prospects on the horizon. Having no money and no accumulated wealth is not the bad part. Having the lack of those things AND having the attitude that you somehow deserve it and act like you already have it when you don?t?that?s kinda douchey bro. 6. Anything or Anyone Not Like Him Is Either ? Gay? or a ?Fag? If you don?t understand something, learn how to do it. If you see someone who is different than you, they might have something to offer you?like wisdom. In fact, if you see someone different than you, douche-bag, they probably have A LOT to offer you in the ways of being a better person. Its easy to blow off and run away from, things that are hard to learn, like sending e-mail, finishing things you start, or counting past the 150lb mark on the weight machine at the gym?but it doesn?t mean it is gay. And just like the person who chooses to dress sensibly and not like a megalomaniac-pretend rock star, it does not make them a fag. 7. Wearing Flat Brimmed Baseball Hats With The Sticker/Tag Still On It Baseball hats are baseball hats and they have been around for a long time. They have been a normal fashion staple for many men for years, and they look decent on a lot of guys out there. But, somehow, the douche-bags have found a way to infect this piece of clothing and mutate it into their douchey look. They make sure that they flatten the brim out, even going so far as to iron it flat, turning it into a pseudo shade maker that doesn?t even make shade. They leave the sticker on either the bottom or the top of the brim, showing that it is ?new?. They wear it low over there eyes, almost on their eyebrows, either facing front, turned backwards, or ridiculously sideways. 8. You Flash Hand Signs In Every Photo You Are In If you are in a gang, have had to sell drugs to make a living, or have spent time in ?the slammer?, then maybe?just maybe, you can flash hand signs in your photos?but even then its pretty ridiculous looking. If you are a pink shirt-wearing, night shades, and too-much-fake-bling type of guy, then you definitely have no business or, shall I say right, to flash your hands in any way whatsoever. Keep them to yourself bro-ski. 9. You Are Currently Obsessed

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

With A Sports Team If you are over the age of 15 and you still own and wear sports jerseys as normal attire, and you are currently not a member of a pro sports team, you have a problem. Just the same as people who dress like Spock or Darth Vader at Comic Conventions, you too bro, have a sickness that is equal in magnitude. Men really could care less what happens between the two teams in any sport. Its for the fun of it and the entertainment. When you have to meet the ?boys? at the sports bar for every game and get enraged when your team loses, there is a problem. Seek help. Seek it now, bro. 10. You Really Identify With The Cast Of Jersey Shore It has basically become the social guidebook of this generation, and unfortunately, it is creating a new breed of douchey-ness. If you find yourself using terms like DTF, GTL, or T-Shirt Time?its time to seriously take a look in the mirror and self-evaluate where your life is heading. Seriously, Bro. Author: Zack Fiske and THE MAIN WAY TO TELL IF YOU ARE A DOUCHE BAG? YOU DRIVE A TESLA! "

  "Note to followers: Elon, King of the Douche Bags and Grand Master of Pretension, III, Esq. will be available for foot kissing and NY Times Reporter beatings in Fremont, California on Sundays.
-------------------------------------------------- The Cowardly Character Assassination of Martin Eberhard by the Billionaire Elon Musk ""Silicon Valley VC's arranged for the take-over of Tesla, using Elon Musk as their shill, in order to try to control the lithium industry. They put a character assassination attack out on (SEE THIS LINK) Martin Eberhard, the founder and creator of Tesla. Martin won the innovator of the year award. Martin accomplished impossible things. Elon Musk was a take-over thug who was sent to Tesla to get control of it on behalf of a venture capital alliance of corrupt men who set out to form a monopoly. Musk is an arrogant ass douche. Read the lawsuit by Marty and the postings that are archived by Marty and Tesla staff at the time. The truth will come out. Martin will be vindicated."" (Please Re-Post to get they truth out) Original URL: http://www.theregister.co.uk/2009/09/22/tesla_eberhard_lawsuit_resolved/ Elon Musk, Eberhard 'resolve' Tesla Motors wrangle Pledge eternal chumship through gritted teeth By Lewis Page Posted in Science Famous electrocar firm Tesla Motors - known as maker of the Roadster battery supercar and as one of PayPal hecamillionaire Elon Musk's pet projects - has announced that the dispute between it and co-founder Martin Eberhard ""is resolved"". Eberhard had mounted a Californian lawsuit against the firm and against Musk personally in June, alleging that interference by Musk had almost wrecked Tesla Motors during the period when Eberhard was CEO - and that after Eberhard's ousting Musk had slanderously tried to shift the blame. Furthermore, according to Eberhard, his long-promised personal Roadster had been supplied ""wrecked"". Following the suit, Musk - perhaps unwisely from a legal point of view - responded with a number of stinging comments on a company blog. He wrote: Eberhard has simultaneously implied that I had nothing to do with the creation of the Roadster and that I micromanaged the design and thus caused the cost overruns. Obviously, those claims are mutually exclusive... There were several smaller items I suggested, such as the touchpad door latch that Eberhard tries to use as an excuse for why it cost over $140M to bring the Roadster to market instead of the $25M that he estimated in the 2004 business plan. That would have to be one hell of door latch! Musk stated that after Eberhard was fired by unanimous decision of the company board, ""almost every major system on the car, including the body, HVAC, motor, power electronics, transmission and battery pack, had to be redesigned, retooled or switched to a new supplier,"" in order to allow Tesla to turn a profit on the $100k car. Tesla representatives also stated that Eberhard's suit was ""twisted and wrong"" and that the firm would ""likely be filing counterclaims and in the process present an accurate account of the company's history."" Last month, however, Eberhard told his lawyers to drop the suit and neither side in the dispute said anything further. Tesla and Musk, rather than crowing over their apparent victory, remained silent - leading to speculation that they had been forced to reach a financial settlement with Eberhard, or anyway give him a new Roadster. Today the firm has finally issued a statement on the matter, saying that the argument is ""resolved"" and including quotes. ""As a co-founder of the company, Elon's contributions to Tesla have been extraordinary,"" Eberhard now says. ""Industry-changing efforts are virtually impossible. Without Martin's indispensable efforts, Tesla Motors would not be here today,"" comments Musk. ""The terms are confidential, and we are not disclosing details... again keep in mind I am not going to discuss details"", adds a company spokesperson. However one does note that the vitriolic blog post by Musk has now been taken down from the company website. It can still be viewed for a while, though, courtesy of the Google cache. You also have to say that today's quotes aren't such as to suggest that the enmity between Musk and Eberhard is actually over. ? Related stories Elon Musk looking to get into 'black' spy sat market   (1 February 2011) http://www.theregister.co.uk/2011/02/01/spacex_cosies_up_to_nro/ Tesla Motors: Our cars don't burst into flame, but our emails do   (8 October 2010) http://www.theregister.co.uk/2010/10/08/tesla_fotw/ Tesla says 40% of its Roadsters may catch fire   (7 October

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

2010) http://www.theregister.co.uk/2010/10/07/tesla_roadster_recall/ "
  "General Motors bitchslaps Tesla with Range Anxiety?   (2 September 2010)
http://www.theregister.co.uk/2010/09/02/tesla_range_anxiety/ Diesels greener than battery cars, says Swiss gov
report   (31 August 2010) http://www.theregister.co.uk/2010/08/31/battery_cars_destroy_the_world/ Tesla IPO
successful: Stock up 40% on day one   (30 June 2010) http://www.theregister.co.uk/2010/06/30/tesla_ipo/ Tesla
Motors: Elon Musk's divorce won't sink us   (4 June 2010)
http://www.theregister.co.uk/2010/06/04/tesla_sec_filing_n_divorce/ Silicon Valley plane crash kills 3 Tesla
employees   (18 February 2010) http://www.theregister.co.uk/2010/02/18/tesla_palo_alto_plane_crash/ Liquid
electrocar batteries could be replaced at pumps   (14 October 2009)
http://www.theregister.co.uk/2009/10/14/liquid_car_batteries/ Musk/Tesla Motors lawsuit by former exec dropped
(21 August 2009) http://www.theregister.co.uk/2009/08/21/musk_eberhard_lawsuit_dropped/ Musk hits out at co-
founder's Tesla Roadster allegations   (23 June 2009)
http://www.theregister.co.uk/2009/06/23/musk_broadside_eberhard/ Tesla claims founder's lawsuit is 'fiction'
(12 June 2009) http://www.theregister.co.uk/2009/06/12/eberhard_lawsuit_tesla_responds/ Tesla Motors founder
Eberhard sues Elon Musk   (11 June 2009)
http://www.theregister.co.uk/2009/06/11/eberhard_v_musk_tesla_lawsuit/ Tesla and Daimler plan joint
'affordable' e-car   (3 June 2009) http://www.theregister.co.uk/2009/06/03/tesla_daimler_update/ Daimler buys ten
per cent of Tesla   (19 May 2009) http://www.theregister.co.uk/2009/05/19/daimler_tesla/ Tesla asks early
adopters to cough up more cash   (22 January 2009)
http://www.theregister.co.uk/2009/01/22/tesla_takes_tax_break_cash/ NYT scribe: No bailout for Tesla-buying
'centimillionaires*'   (1 December 2008)
http://www.theregister.co.uk/2008/12/01/nyt_columnist_attacks_centimillionaires/ PayPal co-founder to bail out
Tesla with own cash   (31 October 2008) http://www.theregister.co.uk/2008/10/31/elon_musk_tesla_bail_out/
Tesla axes jobs, temporarily clamps 'affordable' electric car   (17 October 2008)
http://www.theregister.co.uk/2008/10/17/trouble_at_tesla/ Tesla Motors in dirty-tricks suit against Valley
electrocar rival   (15 April 2008) http://www.theregister.co.uk/2008/04/15/tesla_motors_lawsuit_v_fisker/ Martin
was forced/coerced into signing a confidentiality agreement to never talk about the incident under a threat from
Musk to ""spend all of his money making the rest of his life a living nightmare if he talked"". Musk used all of his
money to drive Martin to the financial brink so that Martin had no choice but to either kill Musk or sign the
papers to get his cash. Musk's VC partners blacklisted Martin in all of the jobs potentials he might have gotten so
he was pushed to the wall with no other options. Tesla staff, who were there at the time, did not sign NDA's so
they are finally coming forward. How totally ironic - Thomas Edison screwed inventor N. Tesla over by stealing
his stuff and having more money to blockade technology than Tesla did. Now Elon Musk has screwed the actual
inventor of the Tesla over and become the evil Thomas Edison using the same tactics as these:
http://listverse.com/2012/06/07/10-ways-edison-treated-tesla-like-a-jerk/ DFG.    FGT. (Full-Disclosure: A friend
of Martin)  HY -------------------------------------------------- ?   Lithium ion Kills more than workers, it
kills companies! From THE VERGE, By Sean Hollister ""If you build it, they won?t necessarily come. In 2009,
the Obama administration invested $1.2 billion into US-based factories creating batteries for electric vehicles.
The result was a disaster. One by one, every company that received federal funding went belly-up or admitted the
money hadn't had a real impact. For instance, LG-owned Compact Power quietly revealed that it hadn?t produced
a single battery in over two years of operation, while A123 Systems? higher-profile bankruptcy was viewed as the
second coming of failed solar panel-maker Solyndra. Even with hundreds of millions of dollars of federal
funding, key electric vehicle contracts went to Japanese and Korean factories instead of their American
equivalents."" ---------------------------------------------------- DEMAND THAT STEVEN CHU AND HIS
HANDLERS DISCLOSE THEIR LITHIUM ION INVESTMENTS D. P. - LAT
------------------------------------------------- Most Clever Troll of the Week Award goes to:
http://www.huffingtonpost.com/brian-penny/ ---------------------------------------------------- We got a GREAT email
from a top federal investigation ""entity"": ""...Well Played! ;-)    "" It was a very nice email from a formal group
that we have shared a symbiotic relationship with. We agreed not to say who it was from, until ten years after this
date. Suffice it to say, it was from ""the good guys"". Some of you may not agree, but in time, you may. Let's
see... SOMO TEAM http://www.youtube.com/watch?v=PCZ1CVpxq_c
-------------------------------------------------- (All reporters free to quote, use or expand on tips herein per the
original source unless otherwise advised. Please provide attribution, if known.) Thank you Glenn "

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"(This is a SOMO HOT STORY. With very high click-ins. Stories are constantly updated by each reporter/editor, check back)"

 IMMIGRATION ISSUES: USING YOUR TAX $$ TO HIRE FOREIGNERS!   "- People want to know why Tesla told UAW they would keep all of the Fremont NUMMI Workers but then kicked them to the curb and hired cheap overseas labor? - Musk really hates Unions yet Obama took his money to run a Pro-Union Campaign.. HUH?   Posted On LinkedIn: Senior Immigration Paralegal - Tesla Motors- Palo Alto, California (San Francisco Bay Area) Job Description Brief Description The Senior Immigration Paralegal would be Tesla?s first in-house immigration legal resource and would therefore be responsible for helping Tesla to build-out its immigration law support program.  This position manages, oversees and directly assists in handling a large portion of immigration matters in-house, specifically employment-based, nonimmigrant visa applications and permanent residency applications. This position is also responsible for compiling and maintaining various status reports and records relative to immigration related expenses. Responsibilities: ?Start to finish preparation of employment-based immigration petitions with minimal assistance and supervision from outside immigration counsel, including: ?J-1 visas; ?H-1B visas; ?I-140 visas; and ?Various other visas. ?Regularly provide instruction and advice to Tesla employees and foreign national's on immigration practices and procedures. ?Assist with any problems that may arise relative to a foreign national's immigration status. ?Assist in the preparation of a monthly status report by tracking immigration costs, volume of immigration files and location of immigration files. ?Create and regularly maintain the legal department's customized software report to track ongoing immigration matters at all Tesla entities with immigration needs. ?Work with Human Resources to ensure immigration files remain in compliance with state and federal government agency regulations. ?Ensure employee and employer compliance with Tesla?s new immigration policy and procedures. ?Directly handle the recruitment steps necessary to sponsor a foreign national employee for permanent residency. ?Assist with U.S. national?s work-related emigration to foreign countries. Desired Skills & Experience Qualifications/Requirements: ?Strong, in-depth knowledge of immigration law, including experience with each visa type mentioned above. ?8-10 years of Immigration Paralegal experience preferred. ?Bachelor?s degree preferred with a strong academic background. ?Strong legal writing and drafting skills. ?Accuracy and attention to detail is a must. ?Experienced professional with great relationship skills, team player, self starter, independent thinker, and has the ability to anticipate the next steps and future issues. ?Ability to work well in a diverse and fast-paced environment with a large and diverse group of people, including Human Resources, Global Mobility, Tesla recruiting, Tesla hiring managers, candidates from countries throughout the world as well as their families. Additional Information Posted:August 9, 2011Type: Full-time Experience: Mid-Senior level Functions: Legal   Industries: Automotive  Job ID:1845406"/one-of- Tesla's-many-ads-to-help-hire-foreigners/    10/8/2014      THE EDITORS & WIKI MEMBERS    "HOT TOPIC, Uncategorized" "60 minutes investigation, barack obama, Boycott Tesla, Corruption, Dept. of energy, diane feinstein, Dianne FEinstein, DOE Corruption, IMMIGRATION ISSUES: USING YOUR TAX $$ TO HIRE FIREINGERS!, Iron Man, John Doerr, Kleiner, outsourcing, Steve Westly, Steven Chu, Tesla, Tesla motors, wall street journal investigation, washington corruption"   publish original_post_id: 30    original_post_id: 30    wp-mm-fb-likes-enabled:  wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:      wp-mm-fb-likes-weekends:    wp-mm-fb-shares-enabled:  wp-mm-fb-shares-num: wp-mm-fb-shares-duration:      wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 56   wp-mm-google-plus-duration: 38     wp-mm-google-plus-weekends: 20  wp-mm-twitter-tweets-enabled: 1      wp-mm-twitter-tweets-num: 93 wp-mm-twitter-tweets-duration: 38  wp-mm-twitter-tweets-weekends: 70   ccft_post_comment_title:     panels_data: Array        snap_MYURL: snapEdiT: 1    OPH_original_pub_date: 2012-07-18 19:47:53

 Did California and Michigan state officials give favors only to favored campaign funding companies      "Did California and Michigan state officials give favors only to favored campaign funding companies The Wall Street Journal is investigating charges that senior state administration officials provided unique credits, factory perks, tax breaks, filing reductions and other benefits worth between tens of millions to hundreds of millions of dollars of intangible business advantages. Tesla Motors, a beneficiary of such favors, recently turned a negative SEC report into a positive report simply by re-working these state incentive soft numbers. Solyndra is another recipient of ""extraordinary gain"" based on the backs of taxpayers. Federal investigators are seeking to determine if each

THE BOOK OF TESLA. Copyright; to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

company in the state, in the same market, at the same time received equal access to such benefits or if only campaign funders received these benefits. Did State officials receive real estate deal participations for incentives? Reporters are contacting all such companies to create a comparison matrix ahead of the federal investigators. The story is in development. Three Senators are mentioned in the investigation notes. Ronald Days-New York, NY ------------------------------------- See Also THIS LINK"/did-california-and-michigan-state-officials-give-favors-only-to-favored-campaign-funding-companies/   10/8/2014        THE EDITORS & WIKI MEMBERS

  Uncategorized   "60 minutes investigation, autogreenblog.com, Bob Woodward, Boycott Tesla, Bribery, diane feinstein, Dianne FEinstein, DOE Corruption, Elon MUsk, Fisker, gao investigation, Iron Man, Issa, John Doerr, kleiner perkins sex allegations, Matt Rogers, mckinsey consulting, McKinsey Corruption, solyndra, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, Tesla motors, Throw Them All Out, TSLA, wall street journal investigation, washington corruption investigation"      publish original_post_id: 451
   OPH_original_pub_date: 2013-06-10 21:42:56   kopa_fastnewslight_total_view: 3

  "Tesla Needs Mo? Money, Has Mo? Problems ? Automotive News"        "Tesla Needs Mo' Money, Has Mo' Problems - Automotive News Tesla Needs Mo' Money, Has Mo' Problems from Jacob Brown on September 27, 2011 at Automotive News. Purveyor of all things electric, automaker Tesla has asked the federal government for yet another loan to get its Model S electric sports sedan off the gro... blogs.automotive.com/tesla-needs-mo?-money-has-mo?-problems-..."/tesla-needs-mo-money-has-mo-problems-automotive-news/        10/8/2014

  THE EDITORS & WIKI MEMBERS    Uncategorized   "auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, Iron Man, Issa, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation" publish original_post_id: 163    OPH_original_pub_date: 2012-10-31 22:33:54   kopa_fastnewslight_total_view: 1

  ?Dear Mr. President: What did you know and when did you know it??    "Sir: I worked on your campaign and helped you get elected but now I have some concerns. Could you help? What did you know about the fact that Tesla Motors, Solyndra and many other companies lied in their Department of Energy Funding applications, and Department of Energy Staff knew that they were lying, but waved them through to the taxpayer cash because Rahm Emanual, Steve Rattner, David Axelrod and Robert Gibbs, in your White House, had told them to do it? When did you know it? What did you know about all of the Department of Energy funding 'winners'" being owned by your campaign financiers? What did you know about all the blockaded applications being the competitors of your campaign financiers? When did you know it? What did you know about Rahm Emanual, Steve Rattner, David Axelrod and Robert Gibbs all suddenly leaving the White House when confronted about a certain campaign finance kickback scheme? When did you know it? What did you know about the Solyndra and Tesla real estate, supplier and options stock owned by the families and associates of Senators Reid and Feinstein while they lobbied for the funding of those companies? When did you know it? What did you know about this being a multi-hundred billion dollar organized crime scam that stole taxpayer to pay off Goldman Sachs and Silicon Valley billionaires? When did you know? What did you know about Eric Holder being told to block all investigations of the Department of Energy? What do you know about this have to do with why he had to resign? What did you know about Eric Holders law firm working, this whole time, for the very banks he was supposed to be prosecuting, yet never arrested anybody from? When did you know it? What did you know about the involvement of your Cleantech billionaires and russian business men who 5 different federal agency refer to as ""mobsters"" and have placed on a ""Watch-List""? When did you know it? What did you know about your office putting ""hits"" on journalists and whistle-blowers; getting them fired, messing up their credit, using social and economic weapons against them? When did you know it? What did you know about the D.O.E. Cleantech ""winners"" engaging in stock market ""pump-and-dump"" scams using the federal award cash as fraudulent metrics manipulation tools? When did you know it? I have a few other questions about Ebola planning, HHS software, VA scandals and other such but this department of energy things seems to a very serious, devastating crime that Holder was covering up. Is the administrative head of the FBI that you hired, also covering up? How do you know and when did you know it? All the facts, TV documentaries, news reports and federal reports pretty clearly show that a pretty big crime was committed by your first term office. It was a crime against America, right? SO, Mr. President, about this Department of Energy campaign money laundry and stock market

THE BOOK OF TESLA : Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

manipulation thing: What did you know and when did you know it? Sam D -- Washington, DC      "/dear-mr-president-know-know/   10/8/2014      THE EDITORS & WIKI MEMBERS    "HOT TOPIC, Uncategorized"  """Dear Mr. President: What did you know and when did you know it  ""         publish wp-mm-fb-likes-enabled: wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:      wp-mm-fb-likes-weekends:     wp-mm-fb-shares-enabled:  wp-mm-fb-shares-num: wp-mm-fb-shares-duration:      wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled: 1      wp-mm-google-plus-num: 98   wp-mm-google-plus-duration: 47         wp-mm-google-plus-weekends: 0   wp-mm-twitter-tweets-enabled: 1         wp-mm-twitter-tweets-num: 60 wp-mm-twitter-tweets-duration: 48   wp-mm-twitter-tweets-weekends: 10     ccft_post_comment_title:  panels_data: Array        snap_MYURL: snapEdIT: 1

1. Ten Most Wanted Corrupt Politicians - Judicial Watch

 www.judicialwatch.org/ press-room/ press-releases/ judicial-watch-announces-list-of-washingtons-ten-most-wanted-corrupt- politicians-for-2012/  -

": ?The final decisions on Solyndra were mine,? said Secretary of Energy  Steven  Chu  in his testimony before the  ..."

2. Charles Homans: How  Steven  Chu  Lost his Battle with Washington ...

 www.newrepublic.com/ article/ politics/ magazine/ 100037/  steven-chu-energy-obama-solyndra  -

"Jan 25, 2012 ... How  Steven  Chu  lost his battle with Washington. In August 2008 ..... Everything that I know about [Chu] is that he is not a corrupt guy. He would  ..."

3. Secretary of Energy  Steven  Chu  - 10 Most Wanted

 www.top10corrupt.com/politicians/steven-chu/  -

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Darrell Issa's (R-CA) Energy and Oversight Committee exposed the full extent of  Chu's incompetence andcorruption  in a report citing ?numerous examples of  ...

"4. ""the big fix"" - meet the players:  steven  chu  - DAILY NEWS GLOBAL ..."

www.thenewsdaily.org/ investigation-team/ big-fix-corruption-story/ anatomy-federal-bribe/ big-fix-meet-players-main-page/ big-fix-meet-players-steven-chu/  -

"Sep 12, 2013 ? Most Corrupt Politicians 2012 ?The final decisions on Solyndra were mine,? said Secretary of Energy  Steven  Chu  in his testimony before the

5. Is Lois Lerner The  Steven  Chu  of the IRS? - DAILY NEWS GLOBAL ...

www.thenewsdaily.org/is-lois-lerner-the-steven-chu-of-the-irs/  -

"Aug 2, 2014 ... How  Steven  Chu  lost his battle with Washington. In August 2008 ?.. Everything that I know about [Chu] is that he is not a corrupt guy. He would  ..."

6. Newt Gingrich Calls For  Steven  Chu  To Be Fired Over Solyndra ...

www.huffingtonpost.com/ 2011/ 10/ 04/ newt-gingrich-steven-chu-solyndra_n_995122.html  -

"Oct 4, 2011 ... Newt Gingrich Calls For  Steven  Chu  To Be Fired Over Solyndra Scandal ... mismanagement and potential  corruption  in the loan for Solyndra.""."

7. Steven  Chu  must go - Energy Dept. Disaster - Stand Up America US

www.standupamericaus.org/  corruption-2/  steven-chu-must-go-energy-dept-disaster/  -

"Steven  Chu  must go ? Energy Dept. Disaster. March 19, 2012 | Filed under  Corruption  | Posted by yxrzmijmie ...  Steven  Chu  - Energy Secretary and Obama."

8. List of 10 Most Corrupt Politicians in Washington Includes 4 Obama ...

www.frontpagemag.com/ 2013/ dgreenfield/ list-of-10-most-corrupt-politicians-in-washington-includes-4-obama-ca binet-members/  -

"Jan 1, 2013 ... ?The final decisions on Solyndra were mine,? said Secretary of Energy  Steven  Chu  in his testimony before the House Energy and Commerce  ..."

9. The Green  Corruption  Files : Busting Open Obama Energy ...

greencorruption.blogspot.com/ 2012/ 11/ busting-open-obama-energy-departments.html  -

"Nov 5, 2012 ... Likewise, Secretary of Energy  Steven  Chu, while testifying before the House Energy and Commerce Committee in November of 2011, stuck to  ..."


Did Obama Break The Law? :: The Future of Capitalism

"http://www.futureofcapitalism.com/2013/11/did-obama-break-the-law. Print: ... In the course of its news article

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

on President Obama's tepid quasi-apology for his ""if you like your plan, you can keep it"" falsehood, the New York Times reports this comment: ""We know that lying to Congress is a crime"
futureofcapitalism.com/2013/11/did-obama-break-the-law
futureofcapitalism.com

Did President Obama Break the Law in Prisoner Swap? | Five by ...

Fact is just about every president breaks the law but is never held to account for it and never has one been sent to jail. ... In my opinion we may not break the law as a nation allowing so many Muslims in this country but look what they bring crime and insurection.
blogs.rollcall.com/five-by-five/did-president-obama-break-th...
blogs.rollcall.com

Did President Obama break the law? Revelation of 'sealed ...

"During a press conference yesterday, President Obama revealed the existence of a sealed indictment in the Benghazi attacks in Libya on September 11, 2012, leaving some experts questioning whether the president broke the law. Federal law states that 'no person may disclose [a sealed] indictment's"
dailymail.co.uk/news/article-2388798/Did-President-Obama-...
dailymail.co.uk

Did President Obama Break the Law to Save This Soldier's Life ...

"Did President Obama Break the Law to Save This Soldier's Life? Image Credit: AP. The news: After nearly five years of being held in captivity by the Taliban in Afghanistan, a U.S. soldier is on his way home."
mic.com/articles/90279/did-president-obama-break-...
mic.com

Did President Obama Break The Law ? | The National Memo

"The National Memo is conducting a poll to survey our readers' views on recent controversies surrounding President Obama. We'll be sharing the results on our site as well as with TV, radio, and Internet opinion leaders."

nationalmemo.com/did-president-obama-break-the-law/
nationalmemo.com

Did any president break the law - Questions & Answers |

Moveon.org says President Bush broke the law by illegally wiretapping innocent Americans. ChaCha 5 years ago
chacha.com/question/did-any-president-break-the-law
chacha.com

Did the President Break the Law? Revisited | Redstate

"Understand that Hugh Hewitt is a law professor, and Leon is a first year law student (IIRC). Hugh is also considerably less honest than Leon. I have no training or knowledge that allows me to evaluate Leon's analysis against Hugh's from a legal standpoint."
archive.redstate.com/story/2005/12/19/171428/14
archive.redstate.com

/did-president-obama-break-law.html
muskegonpundit.blogspot.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Daily Commentary - Monday, June 2, 2014 - Did the ..."

"Daily Commentary - Monday, June 2, 2014 - Did the President Break the Law In Sgt. Bergdahls Prisoner Exchange? Some top Republicans on the Senate and House armed services committees have accused him of just that"
scaredmonkeys.com/2014/06/02/daily-commentary-monday-june-2...
scaredmonkeys.com

Blog: Did Obama break the law in freeing Gitmo Taliban?

"Did Obama break the law in ... Top Republicans on the Senate and House armed services committees went so far as to accuse President Obama of having broken the law, ... When he signed the law last year, Obama issued a signing statement contending that the notification requirement ..."
americanthinker.com/blog/2014/06/did_obama_break_the_law_in_f...
americanthinker.com


## VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!

TESLA SUCKING: TOO MUCH ENERGY        "TESLA SUCKING: TOO MUCH ENERGY Life With Tesla Model S: Even After Update, Vampire Draw Remains By David Noland    Nov 25, 2013 The Tesla Model S, for all its technical and design artistry, has a dirty little secret: the car has a substantial appetite for kilowatt-hours even when turned off and parked. Since the Model S was introduced in 2012, this ""vampire"" power drain from the cars sold so far has consumed roughly 15 gigawatt-hours of electric energy, nearly a day's output for a mid-size nuclear power plant. 2013 Tesla Model S electric sport sedan [photo by owner David Noland] 2013 Tesla Model S electric sport sedan [photo by owner David Noland] After nine months of promises to fix it, Tesla finally sent out a software update a week ago to the Model S fleet that it claims ""significantly reduces power usage when (the car is) shut down."" But based on a week's worth of measurements on my 60-kWh Model S, I've concluded that the new software is only mildly effective. As far as I can tell, the vampire's fangs are still sharp. Wasted power Shortly after taking delivery of my Model S last February, I noticed that I would typically lose 10-15 miles of indicated range overnight. On average, I was losing   23 miles of indicated range every 24 hours. But indicated-range numbers can be quirky, so I asked an electrical engineer friend to cobble together a kilowatt-hour meter. Using the meter, I measured my vampire power drain at about 4.5 kilowatt-hours per day. That's the equivalent of three 60-watt light bulbs burning 24/7. It was enough energy to drive about 13 miles per day--almost 5,000 miles a year. However you measured it, the Model S vampire was a voracious beast. Why the Model S? The Chevy Volt and Nissan Leaf, the other two best-selling electric cars in the U.S., have essentially zero vampire loss. As far as I know, so do all the other electric cars on the market. 2011 Chevrolet Volt and 2013 Tesla Model S [photo: David Noland] 2011 Chevrolet Volt and 2013 Tesla Model S [photo: David Noland] So what's the problem with the Model S? According to Tesla, the car needs a constant flow of power to keep its computers and systems switched on 24/7, ready to boot up instantly when the driver gets into the car. It's a popular myth among Model S owners that much of the vampire power goes to keep the battery warm during cold nights. This is simply not true. According to Tesla, there is no thermal management of the Model S battery when the car is turned off and not charging--no matter how cold it gets. We can't help but notice that General Motors and Nissan seem to have figured out a way to make their cars start up instantly without a similar 24/7 power drain. Odd that a multibillion-dollar company in the heart of Silicon Valley couldn't figure out a way to do that, too. Complex history Ironically, the Model S had   very little vampire drain when it was first introduced. My owner's manual is based on the original software in the car. ""When you're not driving Model S, the Battery discharges very slowly to power the onboard electronics,"" it purrs reassuringly. ""On average the battery discharges at a rate of 1 percent per day."" 2013 Tesla Model S electric sport sedan [photo by owner David Noland] 2013 Tesla Model S electric sport sedan [photo by owner David Noland]

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Unfortunately, the ""sleep mode"" software in those early cars triggered all sorts of glitches in the car's other systems. Eventually, the problems became so persistent that Tesla simply disabled the sleep mode. With sleep taken away, the vampires came out to play. And instead of draining 1 percent every 24 hours, the Model S battery suddenly began losing 5 or 6 percent of its charge every day. (In the case of 60-kWh cars like mine, it's closer to 7 or 8 percent.) Last March, Tesla CEO Elon Musk addressed the vampire/sleep-mode issue in a meeting with Norwegian Model S buyers in Oslo. Musk promised that a new sleep mode would reduce vampire losses to a mere 0.2 percent--an insignificant 170 watt-hours--per day. Deadline missed And, he said, the new sleep-mode software would be installed by the time the Model S was introduced in Norway--then set for July. It didn't happen. And the backtracking began almost immediately. Later that spring, a Tesla owner's hot-line rep told me the new sleep mode would be introduced in two phases: a preliminary software update that would cut the vampire drain in half by summer, followed by Musk's promised   total solution before the end of the year. But as the summer progressed,   several software updates came along, with nary a hint of a sleep mode. Early bugs Finally, in August, new cars began rolling off the production line   with software update 5.0, which contained the long-awaited vampire-slayer, among other improvements. Tesla made no claims about how much energy would be saved, but one electric-car news site, without citing its sources, put the vampire reduction at 50 to 75 percent. Unfortunately, update 5.0 proved to have serious bugs in some of its other features, particularly the GPS system. It was sent out to only a few cars in the field. (Mine was not one of them.) In October, an improved version, update 5.6, was rolled out, again to a limited number of cars in the field. (Again, not mine.) 2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland 2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland Finally, in mid-November, my car was updated remotely by the factory with version 5.8, apparently along with the entire fleet of Model S cars then on the road. (Version 5.8 replicated all of the updates in 5.6, including the anti-vampire mode, and also disabled the high-speed ""crouch"" feature on cars with air suspension, apparently to reduce the car's susceptibility to damage from road debris. But that's an entirely different story.) I was ecstatic. Free at last--or at least 50 to 75 percent free at last-- from the fangs of the loathsome beast! Not so fast Unfortunately, it appears as if the vampire-slayer software is only mildly effective, at best. The first night after downloading update 5.8, I lost 6 miles of range overnight, equal to a rate of 16 lost miles for a full day. After six nights, I was averaging 15 indicated miles lost per day. That's about 35 percent less than the comparable figure (23 miles) from my tests last spring. 2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland 2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland But indicated miles, subject to the vagaries of temperature and algorithm, don't tell the whole story. Only a kilowatt-hour meter can give an accurate figure. So far I've run three overnight tests with the kWh meter. For each test, I charged the car up in the evening to its usual selected level (In my case, about 80 percent). Then I removed the charge plug. I allowed the car to sit unplugged overnight and on into the next day, until I needed to drive it. (Typically a span of 12 to 24 hours.) Before driving it, I plugged it back in to top off the vampire-depleted battery back to its original level. Then I checked the kWh-meter. Test results The three tests showed vampire losses of 2.3 kWh in 17 hours, 1.9 kWh in 23 hours, and 4.2 kWh in 18 hours. Total vampire power lost was 8.4 kWh in 58 hours. That's an average of 3.5 kWh per day--roughly 25 percent lower than the losses I measured previously. I can't explain the wide variation in the vampire draw over the three tests. Clearly, more than three tests will be required to come up with an accurate figure. But it's clear to me that the new vampire-slayer software is   pretty weak stuff. It's better than nothing, I suppose. A 25-percent improvement means that the 20,000 Model S cars now on the road will only waste about 70 megawatt-hours of power a day, down from 90 MWh. And it means that Musk's anti-vampire prediction has turned out to be one-quarter true in twice the time. Update 6.0, anyone

## How Fisker and Tesla backers killed the new American auto industry on purpose.

"How Fisker and Tesla backers killed the new American auto industry on purpose. Caller reporters are now saying: ?Nobody starts car companies. It just isn't done. Detroit has a perfect track record of killing off any company that tries it. But this time Detroit let the backers of Fisker and Tesla do the killing off. Now that Tesla

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

and Fisker backers and founders are caught, their hired blogger shills have been told to say that the ?Oceans-11? DOE insiders ""tightened up"" after Tesla and Fisker but that proves that DOE staff knew that Tesla and Fisker were no-good, scammed-up applicants from the beginning and that ""tightening up"" means cutting off all competing small company applicants per orders from Tesla and Fisker backers. The ""tightening up"" has now been proven to NOT have taken place AFTER Tesla and Fisker but CONNCURRENT with Solyndra, Tesla and Fisker. Evidence has proven that Tesla and Fisker got red-carpet treatment while, at the SAME EXACT TIME, all independent company applicants got massively different paperwork, intentionally delayed responses, changed review results, faked review results, no staff meetings, no help, no support, and none of the special treatment that Fisker and Tesla got. When the LG and ATVM programs were put in place, a significant group of new car companies were able to get funded for the first time in history since Detroit was inaugurated. When Detroit realized this, they wanted the ATVM and LG programs shut down. They only needed to incentivize Tesla and Fisker backers to do the job for them. Companies with proven, job-creating, problem-solving car engineering launched or expanded based on Washington assertions that they had a fair chance of receiving that funding. Alas, Tesla and Fisker?s backers rigged the program to let themselves in and then slam the door on all other applicants to stop competitors they likely would not be able to compete with in a fair fight. There was no ?tightening up? because every applicant has now reported that they were intentionally jog-jammed, intimidated, ignored and gauntlet-run in a manner designed not to ?tighten? but to ?terminate

## Tesla Roadster facing ?brick? battery problems?        "

Tesla Roadster facing 'brick' battery problems? Here's a new worry for electric car owners: bricking your new, expensive ride. Using a word taken from the computer world, to ""brick"" an EV means to make your electronic device inoperable. In the case of an EV, it would mean to run the battery state of charge so far down that nothing works anymore autoblog.com/2012/02/22/tesla-roadster-facing-brick

## Why Has Obama had such a record number of top staff resignations?

Do people quit as soon as they get inside and see the crimes that ae going on?

Attorney General Eric Holder announces resignation - CNN.comY

Washington (CNN)-- Attorney General Eric Holder announced Thursday that he will resign after six years at the helm of the Justice Department. Holder has agreed to remain in his post until the confirmation of his successor.

cnn.com/2014/09/25/politics/eric-holder-resignati...
cnn.com

Secret Service Director Julia Pierson resigns - CNN.com

"Homeland Security Director Jeh Johnson announced the resignation in a statement. ... Neither President Barack Obama nor the first family were at home at the time of the incident. But a Secret Service source told CNN there is an elaborate closed-circuit video system, ..."
cnn.com/2014/10/01/politics/secret-service-direct...
cnn.com

"Eric Holder Resigns, Setting Up Fight Over Successor ..."

President Obama after announcing Attorney General Eric H. Holder Jr.'s resignation. Doug Mills/The New York Times

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

nytimes.com/2014/09/26/us/politics/eric-holder-resign...
nytimes.com


Will Obama Resign Soon 2014 | Mine Craft Online Resource

 Obama vows justice in murder of American Check back soon for further information response to the health care lapses that led to the resignation of Veterans Affairs Secretary Eric Shinseki in May.
 minecraftpictures.org/s/will-obama-resign-soon
 minecraftpictures.org


 Mike Huckabee Predicts President Obama Will Resign Over ...

 "Mike Huckabee predicted today on his radio show that President Obama would resign over a supposed ""cover-up"" of the attack on the U.S. consulate in Benghazi, Libya (audio below)."
 opposingviews.com/i/politics/foreign-policy/war-terror/mike...
 opposingviews.com


 "Fox Business Analyst Super Sure Obama Might Resign , Maybe ..."

 "Today in Wishful Thinking: Fox Business News ran this tantalizing headline yesterday: ""Analyst Sees Chance of Obama Resignation."" And by golly, there is nothing at all untrue about it!"
 wonkette.com/535757/fox-business-analyst-super-sure-ob...
 wonkette.com


 Analyst Sees Chance of Obama Resignation |

 "Could ObamaCare actually force the man it's named after to resign as president? At least one Wall Street analyst says that while the chances are small, it's not out of the question that President Obama could step down before the 2014 mid-term elections if his approval ratings ..."
 foxbusiness.com/economy-policy/2013/12/04/one-analyst-see...
 foxbusiness.com


 When Obama Resigns | - WordPress.com

 "Comment by Jim Campbell, Citizen Journalist, Oath Keeper and Patriot. What do you think, will he or won't he? Most people who have been following Obama understand that he should resign if only to avoid impeachment which a growing number in his parting are desirous of happening."
 dancingczars.wordpress.com/2014/08/05/when-obama-resigns/
 dancingczars.wordpress.com


 Obama will resign in the spring. - Daily Kos

 I kind of feel like the President is going to resign in the spring because of some made-up scandal or another. My reasoning includes the assumption that BHO's primary agenda has been to roll back the Bush/Cheney years and replace them with something Clintonian.
 dailykos.com/story/2013/09/10/1237779/-Obama-will-resi...
 dailykos.com


 snopes.com: Obama to Resign January 1st Amid New Benghazi ...

 Will President Obama resign on 1 January 2015 over new Benghazi revelations?
 snopes.com/media/notnews/resignation.asp
 snopes.com

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press rights, and associated rights, claimed and enforced. This is a

Huckabee's Crystal Ball Says Barack will Resign Over Benghazi ..

"Mike Huckabee predicted today on his radio show that President Obama would resign over a supposed ""cover-up"" of the attack on the U.S. consulate in Benghazi, Libya."
clashdaily.com/2013/05/huckabees-crystal-ball-says-barac...
clashdaily.com

OBAMA RESIGNS! | Weekly World News

WASHINGTON. BREAKING NEWS *** President Barack Obama has resigned the Presidency of the United States! President Barack Obama has shocked the nation! He called the White House Staff into the Oval Office and announced that he is going to resign as President of the United States. He has conceded
weeklyworldnews.com/politics/31337/obama-resigns/
weeklyworldnews.com

CNN Reports Barack Obama Has Resigned - The Daily

"CNN reported that President Barack Obama resigned today. Correspondent John King took to the airwaves this morning to explain an email from White House press secretary Jay Carney saying Barack Obama had quit over ""budget issues."""
dailycurrant.com/2013/04/18/cnn-reports-barack-obama-resig...
dailycurrant.com

Some Guy On The Internet Reckons Obama Might Resign

"In the Land of Anything's Possible, President Barack Obama might resign next year -- or not. | BRENDAN SMIALOWSKI via Getty Images"
huffingtonpost.com/2013/12/04/obama-resignation_n_4386315.html
huffingtonpost.com

Obama will resign . . . - Godlike Productions

are you sure Obama is the reason?.... all along i assumed it would Bush and his 322 agenda btw Obama recently received 44 jersey Baltimore... the 44 number is the highest degree for a President in office who also practice freemasonry... he was a CIA creation and who funded the CIA? the 322 ...
godlikeproductions.com/forum1/message2260710/pg1
godlikeproductions.com

Obama will Resign and for Good Reason - Canada Free Press

"Obama will Resign and for Good Reason, Obama was never eligible to run for the office, Tea Party, Lyndon B. Johnson, Nixon, Natural Born Citizen, Constitutional Republic"
canadafreepress.com/index.php/article/37677
canadafreepress.com

The Coming Resignation of Barack Obama |

"It'll come as Democrats abandon him. Months ago, I predicted in this column that President Obama would so discredit himself in office that he wouldn't even be on the ballot in 2012, let alone have a prayer of being reelected. Like President Johnson in 1968, who had won a much bigger victory four"
spectator.org/articles/39479/coming-resignation-barack-...
spectator.org

THE BOOK OF TESLA: Copyright ea. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Warning Signs: Obama will Resign and for Good Reason

"Obama will Resign and for Good Reason By Alan Caruba I always thought it was creepy the way Barack Hussein Obama has repeatedly referred to the likelihood of his being a one-term President. It is as if he knew, even as he campaigned in 2008, ..."
factsnotfantasy.blogspot.com/2011/06/obama-will-resign-and-for-good-re...
factsnotfantasy.blogspot.com

Will Obama Resign? | Fellowship of the Minds

"The Coming Resignation of Barack Obama. By Peter Ferrara - American Spectator - June 3, 2010. Months ago, I predicted in this column that President Obama would so discredit himself in office that he wouldn't even be on the ballot in 2012, let alone have a prayer of being reelected."
fellowshipoftheminds.com/2010/06/03/will-obama-resign/
fellowshipoftheminds.com

President Obama Resigns as President of the United States

President Obama has resigned from the Office of the President of the United States in order to pursue a lifelong dream.
rantlifestyle.com/2014/01/03/president-obama-resigns-presid...
rantlifestyle.com

Will Obama resign after the November elections??

why would he resign during the mid term election. that doesn't make sense. He will complete his term and repeat all the benefits of a former President when his term is up.
answers.yahoo.com/question/index?qid=20140919191752AAHV22L
answers.yahoo.com

New White House Petition Asking President Obama To Resign ...

"In a recent speech in San Jose, Obama accidentally or on purpose hinted that he would be leaving the White House before his term expires. Certainly, the White House can't be a very cheerful place lately, with Obama under fire for dereliction of duty in Benghazi, followed by a serious cover-up ..."
mrconservative.com/2013/06/18750-new-white-house-petition-as...
mrconservative.com

Did Obama resign and not tell us? - WND

"My instant reaction - the Cuban Missile Crisis again. Then came the announcement by Secretary of Defense Chuck Hagel that this administration plans to further cut our military defenses - across the board, from boots on the ground to forces in the air and on the seas to levels pre ..."
wnd.com/2014/03/did-obama-resign-and-not-tell-us/
wnd.com

Obama Urged to Resign Over Beyonc, Scandal - The New Yorker

"WASHINGTON (The Borowitz Report) - A rising chorus of congressional Republicans are calling on President Obama to acknowledge that the pop singer Beyonc, lip-synched during his inaugural festivities on Monday and resign from office, effective immediately."
newyorker.com/humor/borowitz-report/obama-urged-to-resi...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

newyorker.com

#Obama Will Resign Over Terrorgate Scandal | Obama

"#Obama Will Resign Over Terrorgate Scandal. Sunday, October 6, 2013 4:27 % of readers think this story is Fact. Add your two cents. 0. Get FREE private and secure Email and Messaging click now! (Before It's News)"

beforeitsnews.com/obama/2013/10/obama-will-resign-over-terr...
beforeitsnews.com

OBAMA RESIGNS ! | The DAILY RASH

"WASHINGTON, DC - The White House announced today that President Barack Obama will step down as the President of the United States so that he can focus on winning the 2012 Democratic presidential nomination."

thedailyrash.com/obama-resigns-will-focus-on-2012-election
thedailyrash.com

"Obama?Resign or Be Impeached, Tried, Convicted, Removed ..."

"Obama in Cairo, Egypt smiling and waving during his speech The rogue president of the United States (POTUS) must be impeached, convicted, and removed from office ASAP."
nesaranews.blogspot.com/2012/11/obamaresign-or-be-impeached-tried...
nesaranews.blogspot.com

Obama To Resign From Office? | America's Conservative News

This well-known political commentator says that he would not be surprised if Obama resigns from office. He also adds that impeachment is a distinct possibility as more evidence comes in on the IRS scandal.
conservativeamericaonline.blogspot.com/2014/08/obama-to-resign-from-office.html
conservativeamericaonline.blogspot.com
More Links...

After Watching This Video Of Himself Will Obama Resign?

"The question was, Will he resign after seeing the video of himself. Until his access to an unlimited money supply (taxes) is stopped, Obama will continue until he destroys our Country."
westernjournalism.com/must-see-the-2008-barack-obama-would-dete...
westernjournalism.com

Obama to Resign January 1st Amid New Benghazi Revelations-Fiction!

"According to several senior-ranking White House officials, President Barack Obama will resign from office on January 1st 2015, after learning that a..."
truthorfiction.com/rumors/o/Obama-Resigns.htm
truthorfiction.com

# How big a failure was Steven Chu?s DOE car Program?

"How big a failure was Steven Chu?s DOE car Program? Actually they produced the worst, most failed,

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

domestic jobs and technology program in history. Chu has his people give out the party line: ?It wasn't that much of a failure"" That is total BS! Here are the facts: There were no car companies planning to make new cars. Then the feds said: ""Please make new cars and jobs and new American companies, and reduce our dependence on foreign oil, here is the first outside-the-system money in history to do it"" Then HUNDREDS of new car companies were started, or expanded, because Steven Chu pitched them to apply. Then Detroit and pre-wired ? winners? John Doeer/Fisker and Eric Schmidt/Tesla said: ?Make our guys the only winners and turn down all of our competitors because we pay your campaign bills?. Then all of the other applicants were put on permanent no-response basis until they went out of business, or had their applications fudged with, and other, now-proven, blockade techniques that Chu?s people engaged in. The arbitrary cut-off of every other applicant has been shown to be sweeping, secretive, arbitrary, contrived by Chu's inside team, and so abusively and harassingly overbroad as to imply the breaking of constitutional law. Tesla?s Marketing lead, Siry, wrote about part of it in his Wired article: ?How DOE stifles innovation?. The investor and VC market has never funded car companies and never will. They have said so. Chu had the chance to move the market forward and he dangled his carrot, got a sideways offer and jerked his carrot back under the rock. Targeting of IRS or DOE applicants; special selection of IRS or DOE applicants; manipulating IRS, embassy, or AP documents; and all of the process issues in the current Washington scandals are proving the process is tried and true. The AP Scandal, The IRS Scandal, The Benghazi Scandal and the Military sex Scandal are all about things a certain bunch of people knew about, hid, rigged the system to not get caught and then got caught. In the internet world, nobody can hide again. Chu and his crew are now getting caught and his handler is now, clearly, a senior person on the Hill. In destroying every competitor to Detroit and Tesla/Fisker, the program was a big success. In helping America, the program was one of the biggest failures in history. If you are a Republican: Chu cost America jobs and it's national security position. If you are a Democrat: Chu cost America clean energy and the electric car industry. Either way, Chu screwed you!

## Beware! Tesla is a bubble just waiting to burst

Beware! Tesla is a bubble just waiting to burst By Barry Randall Published May 30, 2013 Covestor By Barry Randall Congratulations to Tesla (TSLA) shareholders for the recent, astounding gains in the company?s stock. In spite of (or because of) the immense short position in Tesla shares, the stock has risen from about $54/share at the start of May to about $103 as of May 30. Now Tesla longs are probably weighing their next move. May I make a suggestion? SELL! Run for the hills! TSLA data by YCharts OK, that?s perhaps a bit dramatic, but really, it?s how I personally feel. What has me so sure that it?s time to move on? Let?s start with the emergence of self-justifying babble from Wall Street analysts. After the company reported a better-than-expected ?profit? in early May, the stock jumped well past most Tesla analysts? price targets. Here?s how Morgan Stanley?s Adam Jonas put it in his subsequent note to clients [emphasis mine]: Our rating, estimates and price target are under review, pending our analysis of changes to the company?s business model, addressable market and the associated risks. Taking nothing away from the accomplishments of the Tesla team, triangulating the fundamental valuation with the share price is more challenging than for other stocks. My translation? Tesla stock has gone &<@!)?(*%# crazy. So much so that you can?t reasonably expect me to stretch any of the parameters in my financial model (like growth rate and gross margin) in order to justify the current price in our usual Wall Street way. Does a forward P:E ratio of 180 make Tesla stock overvalued? Of course it does! I just can't print that in a research note. Thanks, and don't forget to vote for me in the Institutional Investor survey. I?m just kidding about Mr. Jonas, who by all accounts is a fine analyst. But his concerns about ?triangulation? proved unsurprisingly short-lived, and just one day later, he issued another note. In it, he raised his price target from $47 to $103 (the stock was at $87.80 at the time), based on a variety of factors, such as the possibility that ?pound for pound,? Tesla might have the strongest brand in the auto industry.? This would probably come as a surprise to, say, Ferrari, whose own brand was recently voted the most powerful commercial brand in the world. Not just within the auto industry. The most powerful among all brands. And I believe the reality distortion field extends across Wall Street. Deutsche Bank?s analyst wrote post-earnings that he was ?re-assessing [the] valuation framework? in his attempt to rationalize a new, much higher price target for Tesla. Yeesh. But I digress. My point is that I believe Tesla stock is being propelled higher by a frothy mix of unexpected profits, huge short interest and a collective amnesia that there

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

already exists quite a few electric cars available for sale at much lower prices than Tesla?s excellent Model S. So where does Tesla go from here? Well, it?s certainly possible for the company to build a profitable business around high-end cars. This strategy served Porsche so well it was able, in 2007, to accumulate a 35% stake in the much larger Volkswagen. Alas, Porsche overplayed its hand and after unit sales dropped by 25% from 2008 to 2009, Volkswagen turned the tables and ?re-structured? their way into complete ownership of Porsche. But Tesla seems bound and determined to move down-market. CEO Elon Musk has promised that a ?Gen 3? mass market car is coming, ?in a few years.? Only one problem with that plan: the Gen 3 mass market car is already here. It's called the Nissan Leaf. The base Leaf, the model S, has an MSRP of $21,300 after applicable tax credits. Is the Leaf as nice an automobile as Tesla?s proposed Gen 3 car ? described by some as similar to a BMW 3-series ? is likely to be? No, but that?s only because of strategic choices by Nissan, not a function of its ability to produce high end cars (e.g., Infiniti). Good luck to Tesla competing with Nissan's global supply chain; the Japanese automaker sold 4.9 million vehicles in 2012. Let's see. Carlos Ghosn? Or Elon Musk? Hmmm. There is nothing game-changing about Tesla that hasn't already been accomplished by other automakers, in some cases several years ago and without 9-figure loans from the U.S. government. Tesla?s decision to use an 85 killowatt-hour battery pack (the Leaf?s is 24 kW-h) has resulted in an electric car with greater range. Fine. But that?s just a strategic design choice, not a competitive advantage protected by patents or trade secrets. Electric cars all have the same virtues, like lower cost-per-mile than traditional internal combustion vehicles of comparable size and duty. But only a few electric car manufacturers have the economies of scale necessary to compete in the real, non-subsidized world. Tesla is not one of those companies today. Tomorrow? Perhaps. But not today and not soon. Did anybody else beside me notice that after Tesla reported their first quarter earnings, estimates for 2013 and 2014 fell? No, that wasn?t highly publicized. Why let the facts get in the way of a great story? The post Beware! Tesla is a bubble just waiting to burst appeared first on Smarter Investing Read more:
http://investing.covestor.com/2013/05/beware-tesla-is-a-bubble-just-waiting-to-burst#ixzz2UoxHh0II


## Is Elon Musk a Sociopath?

Pundits weigh in:              -------------------------------------------------------------------- Elon Musk as an elitist?
http://www.motherearthnews.com/homesteading-and-livestock/visionary-wisdom-zbcz1312.aspx#axzz2nywrhuic

  U.S. Senate Nails Tesla "From The U.S. Senate Hearing Testimony Today: ""Whether Tesla remains profitable remains to be seen and because many of the projects for both DOE ATVM and loan guarantees are in relatively early stages of development,labeling them successes is premature and if they do go bankrupt, the taxpayer funds are merely providing a lifeline. However,if Tesla?s electric vehicles are the wave of the future, they should have secured investment and loans through the private sector."""/u-s-senate-nails-tesla/


## Auto industry revenge strikes Tesla, reduces value of Tesla?s by $30,000.00"

"Auto industry revenge strikes Tesla, reduces value of Tesla's by $30,000.00 The auto industry is not pleased that Tesla bought-it's-way-in instead of earning-it's-way-in like they did. For payback, they took extraordinary measures. Never in the history of the automobile industry has there been a concurrent release of a tapered-nose/ open-mouth grill design by multiple companies. As soon as Tesla and Fisker announced, and sought to sell, their cars with tapered-nose/ open-mouth grill designs, the auto industry took action with an insidious plan. They started releasing the cheap models of their car lines with tapered-nose/ open-mouth grill designs. Now you can get a cheap little KIA, Ford Fusion or any number of low-cost cars that look just like a Tesla. People buy Tesla's because they are arrogant rich people who want to make a statement about their ego's as they drive down the road

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

past you. BUT Now you can't tell if the car coming at you is a Tesla, KIA, Ford , etc. Market research experts say that the value of owning a Tesla has dropped by at least $30,000.00 now because you can buy any number of cheap cars that look just like the Tesla. Oh well."/auto-industry-revenge-strikes-tesla-reduces-value-of- Tesla's-by-30000-00/


# Cornell University Says Tesla Batteries Are Failed in Technology and Plans

  "  By Ronald D. White Just three days after Tesla Motors Inc. Chief Executive Elon Musk unveiled plans to greatly accelerate the rollout of his company's coast-to-coast fast charger network, an expert in a competing technology was saying wait a minute, not so fast. Paul F. Mutolo, director of external partnerships at the Energy Materials Center at Cornell University, said that he didn't think that Tesla's fast charge claims, or its batteries, would hold up under scrutiny. Mutolo said it was encouraging to see Musk going after the alternative-fuel infrastructure problem ""in a meaningful way."" Electric car comparison test: EV specifications But Mutolo added, ""That said, the consumer should be wary of two things, hype and safety."" Mutolo said it wasn't likely that a driver would get more than 140 miles out of a 20-minute charge, and only that far if they were traveling less than 50 miles an hour. ""The numbers don't add up,"" Mutolo said. On Friday, Musk had said that his supercharger network would soon allow cross-country travel from New York to Los Angeles -- free of charge, so to speak -- for drivers of the Tesla Model S sedan, which starts at about $70,000. The super-charging stations are about 10 times faster than other available electric vehicle charging stations. Mutolo also said that current lithium ion technology wouldn't safely allow such a powerful charge. ""It could potentially catch on fire. Not a good idea,"" Mutolo said. It should be said here that Mutolo is a hydrogen fuel cell chemist, a competing technology. Musk has made no secret of his disdain for hydrogen fuel cell technology powering the nation's cars, once saying hydrogen ""makes no sense"" for powering cars. --------------------------------------


Musk and battery industry funded shill group ""Plug-In America"" tried to promote lies to cover the VC's investment in Tesla. ----------------------------------------

The Dangers of Tesla batteries are shown at:

http://lithium-ion.weebly.com

http://youtu.be/cTqnP0McPcs

http://tinypic.com/r/7295hs/6

http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design

http://www.ihatethemedia.com/tesla-motors-devastating-design-problem

http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/

http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/

 and thousands more white papers, studies, reference links and articles...

## Exclusive: Obama Department of Energy Loan Application [Biff Spackle]    "Biff Spackle has uncovered another world exclusive from the dumpsters at the Department of Energy. It seems that an application like this one helped secure billions of taxpayer dollars for companies like

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Solyndra, SolarReserve, etc. As George Kaiser is reported to have said, ""Hey, nuttin's stopping you from filling out your own loan application and sending it in, chumps!"" 1. Full name: Please enter your real name, you will have an opportunity to list your front company later 2. What will your company manufacture? Solar panels that are outlandishly overpriced. Solar panels made of millions of tiny windmills. Windmills that are outlandishly overpriced. Windmills that have solar panels on their propeller blades. Unicorn methane collection catheters. Pretend electric cars that are so pretentious and expensive nobody will buy them so it will look like you are doing electric cars but it will all be a scam to keep Detroit and the oil companies from getting competed with. Magic Solar Energy Beans?. Invention to be named later. 3. What are your qualifications for a loan? (please check all that apply) I'm related to a Democrat politician I was a qualified bundler for the Obama 2008 campaign (Enter amount bundled in 2008) I am a qualified bundler for the Obama 2012 campaign (Enter amount bundled in 2012) I am a qualified fundraiser for the Democrat Party (Enter amount raised in the last calendar year) I am a billionaire who is a crony capitalist but I am willing to learn I am Elon Musk's investor I run Google and can control election results asshole! 4. How much money do you want? (Please round amount off to the nearest $50,000,000) 5. What other considerations should we be aware of when adjudicating your loan application? (please check all that apply) I belong to the Augusta Country Club I have a lifetime membership to the Pebble Beach Golf Course I am a haute couture women's fashion designer I own a beach-side mansion on Martha's Vineyard I possess sensitive photographs of Democrat politicians in incriminating and highly embarrassing situations (even for Democrats) 6. Would you like to make an online contribution to the Democrat National Committee today? Yes (Note: submitting this application will take you to an online contribution form

## More Vehicle Issues are Reported. FANBOY Confesses

**"TESLA FANBOY CONFESSION** http://lilianv.com/wp/ $100,000 on wheels, or why did I cancel my Tesla car reservation This is going to be a long one, unlike my other blogs. Feel free to post a reply. I?m eager to hear opinions that support or oppose mine. Let me start with ?hats off? to Mr. Elon Musk. He made a fortune in the hay day of the Internet. He could have spent his money on expensive toys like yachts, airplanes, mansions, islands, escorts etc. Instead he had chosen to change the world trough business and technology. Cars and space are every boy?s dreams and Mr. Musk?s actions in those fields make him a hero for many grown up boys me included. It is a well known fact even to amateurs like me that the gas engine has horrible properties for use as a car engine. This fact prompted the development of the gearbox in an attempt to adjust the character of the gas engine to the needs of the car. As we all know the gear box is bulky, heavy and expensive part of the car. The electric motor on the other hand has perfect character for a car. That?s why the electric car was in the dreams of many for many years. The major obstacle for the dream to become a reality was the lack of reliable battery. Fortunately, high capacity reasonable size and weight Li-ion batteries emerged about the same time when Mr. Elon?s fortune struck. Tesla was born. I did research Tesla Model S (MS) online and I test drove one in May, 2013. I also deposited $5,000 to buy one in April, 2013, which reservation I cancelled. Below are the results of my observations and the reason for my cancellation. 1. Acceleration. MS is out of this world as far as acceleration goes. I have driven many luxury power cars lately with 8 cyl. engines and power of over 400 h.p. including Mercedes S550, BMW series 7, Citroen C6 and none of them comes even close to the acceleration of MS. Traditionally the faster acceleration the better. For me MS draws the line and presents the question how fast do we want to go. Fast acceleration is good for those who want always to be first at the stop light and to leave everyone behind accelerating like crazy and consequently breaking same way. Guys, I understand your ego and your motivation, however I have to share with you what my wife says about it ? this man must have very small penis?. Think about it. Is your street behavior trying to compensate for lack of confidence in other areas? Or maybe you are at the top of everything else and driving shouldn?t be excluded. We will leave this to the psychologists to explain. Fast acceleration certainly helps in some critical situations, but frankly I?d rather drive safe and avoid such than making split second decisions and actions. The acceleration of MS is so fast than I worry how my body will tolerate it and frankly I?m getting headaches. As the philosopher Friedrich Engels would say ? the quantitative accumulations lead to a new quality? ever hungry for more and more acceleration, who would think that the time will come when I say ?this is too much? . Well MS drew the line for me. Finally, we are not alone on the road. I teach my teenage daughters that driving is about predicting and assuming what others will do

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

on the road. In this regard ?out of this world? Tesla MS is difficult to be predicted by other drivers and could possibly increase the risk of collisions. The closest I got to a major car incident in the last 20 years was when I was just about to pass a car and a super accelerated Porsche, that was not there a moment ago passed by. I saw the Porsche by a miracle in a split second before changing lanes. Bottom line, although the ?boy? in me wants as fast acceleration as possible, the adult man with headaches and slowing reflexes says that a line should be drawn of how fast is fast enough and Tesla MS goes beyond this line. Of course there is no mandate to accelerate as fast as the car can go and it is good to have the fast acceleration handy when needed. That?s why I?m moderately positive on this great feature, but not overwhelmed and super excited about it. The only excitement is from technological stand point of how far the technology can go. 2. Stability and steering. Here again one doesn?t need a degree in physics to know that low center of gravity means more stability. The batteries are the heaviest component of the car and they are under the floor at the lowest possible location, thus contributing greatly to the stability and steering. Talking about steering Tesla MS has manual controls of steering wheel?s sensitivity. This control is automatic depending on the speed in most high end cars I?ve driven. Bottom line Tesla MS gets my highest marks in regard to stability and steering. 3. Convenience and luxury. Tesla MS is equipped with most convenience features expected from a luxury car like keyless ignition, power seats and mirrors, rear view camera, leather seats (optional) among others. However, being a new kid on the block, Tesla does not have the polish and refinement achieved by others in their long history. For example my Mercedes S550 can control the sound system from three different locations. Same function just different places all aiming at effortless convenient control without lifting the eyes from the road. ?Look ma no motor? ! The two trunks front and rare are adequate, but less roomy than expected for me. Combined they may provide equivalent cu.f. space compared to my Mercedes S550, however the space is split not allowing for larger loads. The back seats of Tesla NS are cramped as is the whole back seat area. The back seat area is inferior to any of the large luxury models by BMW, Mercedes, Lexus, Audi, Citroen. Basically Tesla MS should be considered a luxury 2 seat car. It is anything but luxury riding in the back, not to speak if you take the option to stick two small children in the trunk with the optional folding chairs. Bottom line is that Tesla MS doesn?t score high in the luxury and convenience category at all. Think of it as a luxury 2 seat car, not a large luxury car. 4. Aerodynamics. This is one thing that is subject to precise measurement in wind tunnel and not subject to personal opinion. The fact is that MS beats all of the competition in the large luxury cars segment and many in the sports cars. Even the door handles are retractable to reduce the drag. All this is for a reason ? the battle for a longer drive range. BTW the cramped back seats mentioned above are a result of the effort to get as minimal drag coefficient as possible. So your 200 miles EV range does not come easy. Sacrifices were made to get there. 5. Riding comfort. Those who tried to be ?sport? riders know for a fact that ?sport? is rarely ?comfort?. Typically the sport suspension is firmer and not comfortable. Tesla MS is not an exclusion. Think of it as a sport ride rather than a comfort ride. I had some hopes for a comfort by the optional ?air suspension?. Unfortunately, the test drive didn?t deliver on my expectations. I was fortunate to ride Citroen C6 for a while in Europe that rides on air and can say definitely that Tesla with ?air ride? option included is very, very far from it. Tesla is less comfortable than my Mercedes S550 as well. It is similar to Infinity I35 and other 2 seat sports cars in my humble opinion. BTW Mercedes S550 and others allow for a choice between ?comfort? and ?sports? ride. Not Tesla as far as I know. For me the riding comfort or rather the lack of it was one of the most important reason for my cancellation. 6. Revolutionary controls. Having a large ?tablet? computer controlling all the functions of the car makes more sense for electric car, where most of the information and control signals are in some sort of electrical values rather than mechanical movements as in gasoline powered car. Although unseen before it makes a lot of sense from manufacturing standpoint making the car easier to produce compared to traditional dashboard. It allows for cleaner modern design as well that many like. Finally with so many apps available for ?tablet? computers it is a blessing to have a large tablet in the car. More than any other car Tesla is ready to be not just your car but also your office and entertainment center as well. Not to speak that there are many car-centric apps out there such as Google maps, Waze, AroundMe, Yelp that makes other cars look like they are in the stone age with their build-in navigation systems. The concept is borrowed from the aviation industry where ?control by wire? is one of the hottest trends. It should be noted though that such control requires multiple ?actuators? or ?controllers? on the other end of the wire, that reduces the reliability and often requires duplicated systems. With all this said, the ?tablet? style control is not best suited to control the basic functions of the car like air conditioning, radio etc. It requires removing your sight from the road and could be dangerous. I haven?t have a chance to check the voice control feature and can?t comment on it. Maybe it fills the gap. I still like the redundancy of my Mercedes S550 allowing the driver and front passenger to control many features from

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

multiple locations ? steering column, armrest, dash board and most importantly for the driver without lifting his eyes from the road. BARRONS2wizard-of-oz-man-behind-the(Picture Above: The scarecrow was RIGHT to be afraid of the fire and MUSK DID just turn out to be some carny who just waved flashy things at us but was a shyster underneath it all after all.) 7. Reliability. There are two forces here that act in opposite direction here. The electric car eliminates many complex systems from the conventional car. Let?s name few ? gas tank, fuel pump, gear box, the whole ignition system, gas engine of course with many moving parts, the starter etc. In exchange the electric car brings in new systems such as invertor, charger, battery conditioner etc. Furthermore, the old mechanical components tend to ?wear off? and rarely suddenly break. A gear box for example may last over 15 years and over 300,000 miles and after all that life it may start leaking. Electrical and electronic components tend to break suddenly and completely. If a thyristor burns in the invertor this will render your Tesla inoperable right away, whereas if an metal part gets worn in the gas engine it may cause noise or leak but rarely will render the car inoperable. I guess it takes time to get enough practical results to judge which trend prevails. Also with a revolutionary change like that there will be some baby sickness that Tesla will grow out of as it matures. With all this said the online forums are full of all sorts of complains about problems here and there such as sudden opening of the doors, problems starting, problems unlocking, sudden error messages etc. etc. One big advantage of the pervasive computerization is that almost everything is fixable by software updates. At the same time the early adopters are turned into ?beta testers?. I love being beta tester of new technologies, not for a price tag of $100,000 though. 8. Hole in the tank. This is one particular problem with Tesla MS that is widely recognized, admitted by Tesla and not fixed as the date of this publication. If you leave your Tesla MS unplugged it will lose about 0.5 miles of range per hour. At this rate it will take about 10-15 days for a fully charged battery to drain completely. So if you leave your fully charged Tesla at the airport for a week or two while on vacation or business trip you may not be able to ride your Tesla home upon your return. This is equivalent to a hole in the tank for the conventional gas powered car. If the car is plugged-in than it compensates for such loss by ?sucking? approx. 150 Watts of electric power all the time. It is equivalent to to the energy needed to lit an average 3,000 sq.f. house with the new LED energy saving lights. 9. Options. Many of the options are subject to personal preference such as leather, sunroof, special paint etc. In my opinion these options here are not worth the money - 21? wheels (negative feedback from public forums) - tech package ($3,500) ? cash cow for Tesla. Not worth the money. Some features are kicked up standard features like key-less ignition and rear view camera. For example, do you really need ?hi def rear view camera? if standard rear view camera is already included in the base price. - performance plus package ($6,500) ? another bigger cash cow for Tesla, worthless features made to sound great and take the money of wealthy folks with no technical knowledge. 10. Dubious business practices. Larry Page announced that Google will be ?no evil? company. Well no business is evil by design. They become ?evil? driven by competition. Google has practically no competition and they can afford to be ?no evil?. Same applies to Tesla Motors. They are well funded and they have no competition, they can afford to be ?no evil?. Instead Tesla is pulling all nasty tricks known in the industry and more. It was quick to abandon the most controversial ones such as calculating people?s time in their lease cost estimate and eliminating the $600 per year mandatory service charge. Many still remain. One example are the useless and expensive option packages (see above) another example they charge $5,000 reservation fee in a second. They claim the fee is fully refundable. What they don?t tell you is that it takes 30 business days to refund it. 11. Investing in Tesla Motors, Corp. (NASDAQ:TSLA) ? This will be a subject to another blog. 12. Main reasons for my cancellation - Tesla MS is luxury 2 seater, not a large luxury car as advertised - ride is not as comfortable as my Mercedes S550 - super fast acceleration could be dangerous at my age and gives me headaches - don?t want to be beta tester @ $100,000 price tag - hole in the tank (see above) Disclaimer: I have no interest short or long in Tesla Motors stock, nor do I intend to create one in the next 90 days from the date of this blog. Credits. My daughter Tina first coined the phrase ?$100,00 on wheels? that I used as a headline here. Tagged electric vehicle, EV. Electric car, Tesla model S      | By Ivan

-------------------------------------------------------------------------

## Using the guise of charging station ""announcements"" to cover a midnight release of financial data that portends the end of Tesla

, the CFO tried to lie and say that the bad sales were because of ""supplier problems"" instead of admitting that

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the lack of sales was because nobody wants Musk's poorly built, overpriced waste of taxpayer dollars! The carefully hidden financial report reveals other shocking details: * Tesla lied about giving all of the NUMMI workers jobs. Musk, essentially lied to the unions and said: ""oh yeah, Fremont, we will keep all of your UAW autoworkers employed here at the NUMMI plant if you give us a sweetheart deal on the property"".. lie! In the financials Tesla reveals that all the new people are causing problems because they don't know what they are doing and ruining the cars. Musk should have hired all of the car factory trained union workers he promised instead of outsourcing to idiots with tattoos. (Musk hates the unions) * H1B Visa foreigners are a chunk of the Tesla payroll. They used our tax dollars to give people from other countries a job! * The ""charging stations"" are nothing more than a few garages with plugs in the most out-of-the-way podunk crap piece-of-shit towns in the country. How lovely that in order to drive a Tesla you must be forced to drive to Meth infused toothless waste-lands full of good ole boys and sit there next to your car for 40 minutes while the red necks shuffle by and say: ""That's one o' them Tesler's huh? You got an awful pretty mouth.. do you like to canoe " Why should the public be forced to re-live scenes from Deliverance? * The DOE already changed the loan terms to put the taxpayer at greater risk, even after the Solyndra loan terms controversy. * DOE told Tesla to pay up and get out of the loan ASAP and to NEVER NEVER NEVER go out of business until AFTER the elections!

In Overview: Here is what federal investigators, journalists and private investigators have shared: After previously winning a congressional commendation, mayoral proclamations, state assembly proclamations, hundreds of letters of commendation and being awarded a federal grant and a historical set of federal patents for one of their technologies (which eliminates the need for gasoline), Team 1 built fully functioning versions of the technology and were then asked, by the Government, to put the sub-system in a full system, to demonstrate the value to taxpayers. Unfortunately, Team 1 chose to demonstrate with cars. This brought the wrath of the Detroit Big-3 (Old-school cars & oil fuel), the steel industry (alternative energy cars don't use much steel), The oil industry (Because hey, it's Oil) , the battery industry (Which campaign financiers had invested in) and a bunch of Senators, with insider trading deals and kick-back schemes, down on Team 1; because Team 1's product would change the profit and power-control chain for those old-school cartels. Those cartels got Team 1's project application sabotaged at The Department of Energy, even though, part of it, was a badly needed system for the Defense Department. (The first ultra-light, bullet-proof, disposable, small-aircraft airdrop tactical field vehicle, which could be destroyed so bad guys couldn't use it later) When Team 1 wrote to Congress, the FBI, The DOJ and The White House to advise them of the issue, a bunch of people suddenly quit the White House within a short time of receiving information that a federal inquiry was underway. This was suspicious. Then federal investigators interviewed Team 1 because they had received complaints from almost every other applicant in the DOE program, about the rigging of the Energy program. During those discussions, with federal officials, Team 1 was informed that criminal activities may have been undertaken by federal employees. FBI Raids, famous agency head departures, Solyndra, famous company bankruptcies, 60 Minutes investigations and a whole slew of revelations followed, revealing that, indeed something had been ""Rotten in Denmark"". Team 1 has now been informed, by investigators, which this may have all been about a $300+ Billion campaign funds laundering thing, via ""CleanTech"" investors, but that is up to a Special Prosecutor to figure out. Team one feels that ""they may have stumbled into that, but we don't want to be involved in resolving the issues around that. That is supposed to be other people's job"" Team 1 went off and did a new technology ( SEE ""FIRECHAT"" and 'SERVAL"" SOFTWARE in online searches, for example) but a retribution order had already been put on them and a series of media, economic and physical ""hit jobs"" were undertaken against them. As ""payback"" A hybrid ""spy marketing group"" , possibly a rogue operation, was sent in to acquire Team 1's technology and redistribute it for free in order to eliminate its value, this was timed with a media attack coordinated by a sleazy tabloid company who worked with the attackers. This part of the attack included hatchet job hit articles and an attack video. The attack articles and videos were replicated on the web by the tabloid company and a major search engine, in one of the largest re-percussive search engine manipulation attacks ever deployed on the web, aside from Presidential candidate character assassination attacks. Investigators and major media journalists have now reported that over $300M U.S. dollars has been spent copying, ""adjusting"" and distributing Team 1's patented technology, which the hybrid spy marketing group coordinated the swipe on. Investigators now have some of the PO's from this outside incursion. A major global newspaper exposed part of the story. NSA has recordings of some of the bad guys rigging the deals. A Special Prosecutor can get ahold of them. Team 1, federal investigators and journalists have now, independently, been able to confirm most of this information via news, FOIA and investigator case

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

files. The 60 Minutes episodes called: THE LOBBYISTS PLAYBOOK and THE CLEANTECH CRASH (SEE VIDEO FILES, BELOW) are a good place to start. There are two federal lawsuits before judges about part of this, you can read them on PACER. There are more coming... There are now hundreds of thousands of pages of evidence, a large number of videos, and many federal, state and major news organization investigation case files available. This group is bi-partisan. They have glowing letters from Ronald Reagan as well as pictures hugging with Hillary Clinton and Warren Buffet.. They are just Anti-Corruption. The U.S. Attorney General has now resigned. This brings to 88, the number of high level Washington resignations, by people that are ""persons-of-interest"" in this case. Most members of the public would recognize the names. Some of these parties have now been indicted. Some media outlets refer to this matter as: ""potentially, one of the biggest corruption scandals in American History!""

  "As someone once said: ""When the people that are supposed to protect you are, themselves, engaged in organized crime, and then they do some of those organized crimes AGAINST you, you tend to take a dim view of those people...""" Note From Victims: ""Dear Creepy Thief People: We just want our money that you thieved off of us and the damages you caused in attacking us. You are making billions off of the stuff you got from us. Pay us the money that you owe us and we will stop trying to sue you! ""DO NOT SCREW WITH AMERICAN TAXPAYERS, AND COMMIT CRIMES WITH THEIR TAX DOLLARS, LIKE THIS EVER AGAIN! YOU BAD GUYS MAY HAVE A LOT OF OUR CASH, BUT DO YOU HAVE 155 MILLION TAXPAYER/VOTERS ""

                - KICKBACK SCHEME TO CAMPAIGN FINANCIERS

  "- ""Layers and layers of organized crime in the Department of Energy reached all the way to the White House and cost taxpayers hundreds of billions of dollars...I dare you to have a public hearing, with the heads of the DOJ, The GAO and FBI, at the table and have them refute it!...""""

This Government Program Can?t Even Give Money Away

  Nicolas Loris

  "Nicolas Loris, an economist, focuses on energy, environmental and regulatory issues as the Herbert and Joyce Morgan fellow at The Heritage Foundation. Read his research."

  "Surprise, surprise: Companies aren?t lining up to become the next Solyndra. Imagine that. The Wall Street Journal reports that companies are hesitating to take loan guarantees from the Department of Energy, where up to $40 billion remains available ?for companies developing certain kinds of clean-energy technologies.? The Journal article hints at everything that?s wrong with the government trying to play investment banker. In a free market, investors calculate a number of risks when making decisions to obtain financing. When the federal government provides a loan guarantee, it enters into a contract with private creditors to assume the debt if the borrower defaults, thereby transferring some of that risk to the taxpayer. By doing so, the federal government reduces the incentive for the energy investor or business to properly manage risk. Without the loan guarantee, the investor may innovate or find alternative ways to secure private financing or simply pass on the project if the investor ultimately thinks it?s too risky or not economically viable. But if a company defaults on a federally backed loan guarantee, the taxpayer is on the hook. And that?s certainly occurred in the past, costing taxpayers hundreds of millions of dollars in the process. The Energy Department?s loan and loan guarantee programs have several black eyes resulting in taxpayer money down the drain?the most  notorious being Solyndra, which lost $535 million after the solar firm filed for bankruptcy. But as painful as the wasted taxpayer dollars are, that?s only the tip of the iceberg in terms of lost economic welfare. The other problem is the private dollars that follow government dollars. Government financing reduces the risk for companies and creates opportunities for private investors to

THE BOOK OF TESLA - Copyrights: original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

use political leverage to hedge their bets on projects they might consider an economic loser without the Department of Energy loan program. But if the project fails, that?s then a waste of private sector resources that could have gone to other, more viable projects. For instance, private investors sank $1.1 billion into Solyndra?but much of the private financing came after the Department of Energy announced Solyndra was one of 16 companies eligible for a loan guarantee in 2007. Proponents of the Department of Energy playing green banker argue the successes of the program dwarf the few failures. Peter Davidson, director of the Loan Programs Office said that when you compare the program ?to a commercial bank, it?s a very good number.? Whether the companies that received a loan guarantee from the Department of Energy maintain profitability remains to be seen. But even if a company receives government money, it is a mistake to attribute that company?s success to the federal government?s ?investment.? There are companies that would, and often do, receive investment from the private sector because their technology is profitable or because investors find their technology promising and want to pursue the risk. In these cases, the government?s investment partially offsets private-sector investments that would have been made without the federal backing. In other words, it?s a pure subsidy. Although it remains to be seen if the electric vehicle company Tesla will be profitable in the long run, the automaker may be a prime example of this. Tesla, the recipient of a $465 million loan through the Advanced Technology Vehicles Manufacturing loan program, had its initial public offering in June 2010 and paid off its loan early. But why did the government need to be involved? If Tesla?s electric vehicles are the wave of the future, they should have and could have secured investment and loans through the private sector. If the federal government can?t give money away, one would think it?s about time to close the books on it."

Journal Reports: Energy

Federal Clean-Energy Loan Guarantees Go Begging

"Energy Department Hopes to Drum Up Interest, but Companies Are Wary"

"SolarReserve says the loan program made possible its Crescent Dunes project in Nevada, which will use molten salt to store solar energy. Associated Press "

Amy Harder
"Up for grabs: $40 billion in loan guarantees. That's what Peter Davidson, the head of the U.S. Energy Department's loan office, has available for companies developing certain kinds of clean-energy technologies, including a big chunk earmarked for projects that reduce pollution in the coal, oil and natural-gas industries. Whether he can drum up much interest in the funding, however, remains to be seen. The executive director of the loan office since May 2013, Mr. Davidson is seeking to revive a loan program that was accused of squandering hundreds of millions in taxpayer money by backing green-energy failures such as Solyndra, the solar startup that filed for bankruptcy in 2011 after getting a $535 million loan."

"He says that despite Washington's focus on Solyndra and a few other failures, the loan program was largely successful during President Barack Obama 's first term. Buoyed by stimulus money, it backed more than two dozen projects that have begun or are scheduled to begin soon. Of the roughly $32.5 billion that was lent, $838 million?less than 3%?went to four companies that eventually filed for bankruptcy, according to Mr. Davidson ""When you compare that to a commercial bank, it's a very good number,"" he says."

**Stirring to Life?**

"SolarReserve is cited by many as one of the successes. The California company says millions of gallons of molten salt heated by the sun will begin generating electricity for some 75,000 homes all day and night in Nevada

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

by year's end. The project addresses a major problem with renewable-energy sources: how to store and use the energy when the sun isn't shining and the wind isn't blowing."

ENLARGE

"SolarReserve credits the $737 million Energy Department loan it received in September 2011 for making the project possible. ""It was very integral to our success,"" Chief Executive Officer Kevin Smith says. Established in 2005, the loan program aims to help companies bring to market promising but unproven technologies. A portfolio funded by stimulus money that offered borrowers better terms was added in 2009 amid the financial crisis, spurring a flurry of loan activity. But when the stimulus-funded portfolio expired in September 2011 and former director Jonathan Silver resigned amid the firestorm over Solyndra, the loan office went mostly silent. Since 2011, it has closed just one loan?$6.5 billion to a nuclear plant that first received conditional approval more than four years ago?and it is working to close another, worth $1.8 billion. In July it offered a $150 million conditional loan to Cape Wind, a long-delayed wind farm off the coast of Massachusetts. ""After [the stimulus program] ended, we decided to take the time and be diligent about identifying which technologies would be truly catalytic and replicable before we issued new solicitations for our remaining authority,"" Mr. Davidson says. Although Mr. Davidson has money for a range of clean-energy technologies, a big focus for him now is soliciting applications from companies working on fossil-fuel-related technologies, including those that capture carbon emissions. The administration has ordered the Energy Department to devote $8 billion of its remaining loan authority to those types of projects, betting that new rules limiting carbon emissions from power plants will spur investment in renewable energy and pollution-cutting technology. ""I think we're going to be using up the $8 billion for the fossil authority relatively soon,"" says Mr. Davidson. Joseph Aldy, a Harvard University professor who worked on energy and climate issues for Mr. Obama during his first two years in office, isn't so sure. ""I don't think there is a long line"" of companies applying for the loans, he says, citing the high up-front fees and loan conditions that the federal government requires of applicants."

**Doubts Linger**

"Some companies such as Sargas Texas LLC, which is seeking to build low-emissions natural-gas power plants, and aluminum maker Alcoa Inc., which is investing $600 million in lightweight vehicles, say they are applying for loan guarantees, but many other firms express reservations. Mike Durham, CEO of Advanced Emissions Solutions , Inc., a Colorado-based maker of pollution-control technology for the coal-fired power sector, says he has no plans to seek debt financing because he doesn't think clean-coal technology is ready to be deployed on a mass scale. Robert Johnsen, former CEO of Primus Green Energy, a New Jersey-based developer of alternative-fuel technology, says the loan program's application fees, which range from $50,000 to $350,000, are too high. ""For a lottery ticket, that's a lot of money,"" says Mr. Johnsen, who before stepping down was looking at private funding to build a plant next year. Electric-car maker Tesla Motors Inc., which received a $465 million loan guarantee in 2010 and paid it off in 2013 (nine years early), has no plans to apply for another one, partly because of the lingering politics of Solyndra. ""Along with other beneficiaries of the program, we became political whipping boys for everything that was wrong with the Obama administration,"" says Diarmuid O'Connell, Tesla's vice president of business and corporate development. ""There is political overhead that comes with loans such as this."" Ms. Harder is a staff reporter for the The Wall Street Journal in Washington. Email her at amy.harder@wsj.com. Corrections & Amplifications Robert Johnsen is the former CEO of Primus Green Energy, having stepped down in early September. An earlier version of this article incorrectly referred to him as the company's CEO. (Sept. 30, 2014)"

Tesla  ?Truth Ticket? people are back with Phase 2: PROJECT AXCIOM. .... GET THIS IMPORTANT ANTI-CORRUPTION  APP: GREENHOUSE. PASS IT  ...

**2. EDITORIAL: Government cronyism comes back to bite  Tesla  ...**

www.washingtontimes.com/ news/ 2014/ mar/ 12/ editorial-a-corruption-of-cronies/ ?page=all  -

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mar 12, 2014 ...  Tesla  Motors embodies crony government gone wild. Politicians first infatuated with electric toys in their childhood have dug deeply into the  ..."

**"4. Opinion: What do New Jersey, Texas and Arizona have against  Tesla**

www.gizmag.com/new-jersey-blocks-tesla-sales-model/31179/  -

"Mar 14, 2014 ... Electric car manufacturer  Tesla  has been in discussions for some time with the New ... I believe the only problem in this planet is  corruption."

**tesla corruption  A Fact-Swarming**

"The Tesla Patent Giveaway SMOKE SCREEN! Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can ""kill you"", ""burn you and your family"", ""set your house on fire"", ""set your office or parking structure on fire ..."
somosnark.wordpress.com/tag/tesla-corruption/
somosnark.wordpress.com

**Tag Archives: Tesla - Tesla | AntiCorruption Society**

"Posts about Tesla written by anticorruptionsociety ... ""Science is but a perversion of itself, unless it has as its ultimate goal the betterment of humanity."""
anticorruptionsociety.com/tag/tesla/
anticorruptionsociety.com

**Do-It-Yourself Tesla Corruption Research | THE TESLA ...**

Afghan Veterans Paid The Price For Tesla's Lithium Scam; Corporate Control of Policy Law; Do-It-Yourself Tesla Corruption Research; How the Government Grant Process Can Stifle Innovation and How To Fix It
teslainvestigation.wordpress.com/reporters-and-editors-group/topic-7-do-it...
teslainvestigation.wordpress.com

**Trouble in Missouri | Blog | Tesla Motors**

"We have just become aware of a last-minute attempt by the auto dealers lobby, via pressure on legislators, to bar Tesla from selling its vehicles direct to consumers in the state. This extraordinary maneuver amounts to a sneak attack to thwart due process and hurt consumer freedom in Missouri."
teslamotors.com/blog/trouble-missouri
teslamotors.com

**tesla cronyism Archives - FEDERAL CONTRACT LAW MAGAZINElink**

Home; Business Directory; FEATURES: HOT TOPICS-THE VENTURE CAPITAL INVESTIGATION; THE AFGHANI-SCAM INVESTIGATION; Naval Contractor Corruption; THE INSIDE TESLA INVESTIGATION

federalcontractlaw.net/tag/tesla-cronyism/
federalcontractlaw.net

**"NADA part of ""legalized corruption"", stifling Innovation ..."**

"""Ghosts of of Who-Killed-the-Electric-Car"" are still running around?? Transportation Industry & Tesla Motors (NADA lawsuit) mentioned: How Corruption Is Strangling U.S. Innovation - James Allworth - Harvard Business Review"

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

teslamotorsclub.com/showthread.php/11724-NADA-part-of-legaliz...
teslamotorsclub.com

### Tesla The Disruptor Vs. Oil The Corrupter - Tesla Motors ..

 Tesla may be benefiting from oil's price increase evidenced by the rise in share price. ... When we see what oil can do to countries in terms of corruption such as the corruption fiasco Norway's Statoil (NYSE:STO) ...
 seekingalpha.com/article/2276513-tesla-the-disruptor-vs-oi...
 seekingalpha.com

### How Corruption Is Strangling U.S. Innovation - James Allworth ...

 "The corruption to which I am referring is the phenomenon of money in politics. ... NADA, for instance, recently sued Tesla for running ""company-owned dealerships"" in Massachusetts and also in New York because the law states that it's illegal for a factory to own a dealership."
 blogs.hbr.org/2012/12/how-corruption-is-strangling-us-i...
 blogs.hbr.org

### Elon Musk corruption on rival - The Margin - MarketWatch

 "Elon Musk, according to his Twitter account, suspects one of his rivals of corruption. He's referring to a story on the National Legal and Policy Center website about Roger ""Scott"" Correll, an Air Force official at the Pentagon responsible for procuring launch services from ..."
 blogs.marketwatch.com/themargin/2014/05/22/elon-musk-calls-corr...
 blogs.marketwatch.com

### Book Review: 'Corruption in America' by Zephyr Teachout - WSJ

 "Sarah Chayes reviews ""Corruption in America: From Benjamin Franklin's Snuff Box to Citizens United"" by Zephyr Teachout."
 online.wsj.com/articles/book-review-corruption-in-americ...
 online.wsj.com

### Tesla Motors | DOE Manipulated Funding Investigation: A ...Y

 Tesla Motors | Premium Electric ... The car company of crooks. ~ We are: TAXPAYERS AGAINST CORRUPTION. Search: BOYCOTT TESLA: The Hummer of the 1%. The car company of crooks ... http://youtu.be/vRKK6pliejs ...
 atvmdoe.wordpress.com/2012/11/01/tesla-motors/
 atvmdoe.wordpress.com

### "Tesla ""Truth Ticket"" people are back with Phase 2 ..."

 "Tesla ""Truth Ticket"" people are back with Phase 2: PROJECT AXCIOM. Dedicated to making sure every Tesla owner on Earth knows the truth! Remember the ""Tesla Truth Tickets""? ... BORN IN BRIBES AND CORRUPTION, FORGED IN FIRES, ..."
 googlespiesonu.wordpress.com/2014/07/25/tesla-truth-ticket-people-are-...
 googlespiesonu.wordpress.com

### How Dealerships Forced Tesla Motors' Business Model Out Of ...

 "How Dealerships Forced Tesla Motors' Business Model Out Of Texas. Want to buy a Model S from the dealer? If you're in Texas, you're out of luck. Here's why. By . Posted 09.11.2013 at 1:10 pm 27 Comments. 0 . 0. Photo

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Galleries Rss. Egypt ..."
 popsci.com/cars/article/2013-09/how-car-lobbyists-sh...
 popsci.com

### Tesla in Brazil | Forums | Tesla Motors

 "I live in the US (Thanks God) and I have observed Tesla has been shipping cars to international cars to China, Europe, Australia. Over regulations, high taxes (corruption has a cost)."
 teslamotors.com/no_NO/forum/forums/tesla-brazil
 teslamotors.com

### Corruption News - Autoblog

 "Corruption is a big problem around the world, but perhaps nowhere more than in African dictatorships. Tour a Tesla showroom, get inside Model S on Google Street View."
 autoblog.com/tag/corruption/
 autoblog.com

### Watch This Texas Lawmaker Explain Why He Thinks It's Okay To Be Corrupt

 And this isn't the first time Tesla has had to undergo this sort of attack. We need to change this system of political corruption so the free market can actually work.
 daily.represent.us/watch-this-texas-lawmaker-explain-why-he-...
 daily.represent.us

### THE INSIDE TESLA INVESTIGATION  A Fact-Swarming Wiki

 "Tesla: A Serious Potential New Risk. Tesla hiding reports of multiple defects of Tesla Cars?! For-Profit ""College"" Scams and Corruption Hurts Students. Naval Contractor Corruption."
 somosnark.wordpress.com/investigations/the-tesla-investigation/
 somosnark.wordpress.com

### Omerta' : ...Dark Secrets of Dark Money!!!  Bipartisan Corruption...

 "Tesla Driver ""Douche Bag"" Controversy. Are Tesla drivers inherently unsafe? Tesla hiding reports of multiple defects of Tesla Cars?! Tesla Connected? Corruption Mapping"
 boycotttesla.wordpress.com/2013/10/20/omerta/
 boycotttesla.wordpress.com

### "The California ""Cargate"" Corruption Connection! | VIRTUAL NEWS"

 "They are rife with corruption, lawsuits, fraud charges, employee claims, explosions, fires, recalls and more? Bill Lockyers special deal with Tesla. Only CAMPAIGN BACKERS got these tax give-aways..."
 virtu-tv.com/the-california-cargate-corruption-connect...
 virtu-tv.com

### Corruption and Purity

 "Tesla_reloaded Wrote:However, it is still effective if corruption is 100, or if infected with worms from hellhound (with infection from hellhound corruption does not increase)."
 forum.fenoxo.com/thread-507-html
 forum.fenoxo.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**Newsbound - How Corruption Is Strangling U.S. Innovation**

"How Corruption Is Strangling U.S. Innovation. By The Harvard Business Review. Photographs courtesy of the Associated Press, Tesla, and Uber."
newsbound.com/stacks/corruption
newsbound.com

**corruption | WIRED**

$150K Superpowered Tesla Reveals the Challenges of Hot-Rodding EVs. Gadget Lab. Archive for the 'corruption' Category.
wired.com/tag/corruption/
wired.com

**Tesla shills |**

"The 500 trolls of Tesla Motors! Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, lawsuits, staff departures, investor departures, criminal charges, cartel ..."
boycotttesla.wordpress.com/tag/tesla-shills/
boycotttesla.wordpress

# Fisker Files For Bankruptcy. Owes $1 Billion.

"Fisker Files For Bankruptcy. Owes $1 Billion. BY     VIKNESH VIJAYENTHIRAN Electric car startup Fisker Automotive has finally filed for Chapter 11 bankruptcy, more than one year since it last built one its $103,000 Karma extended-range electric sedans. It means Fisker will fail to pay its remaining portion of a $192 million loan awarded to it back in 2010 under the government?s advanced-technology vehicle manufacturing program, as well as money owed to suppliers and other creditors. The government isn?t completely at a loss, as a company by the name of Hybrid Technology, reportedly linked to Hong Kong billionaire Richard Li, paid $25 million for the loan during a public auction, paving the way for Hybrid Technology to acquire Fisker?s remaining assets. In total, the government will lose about $139 million from its involvement with Fisker. ?After having evaluated and pursued all other alternatives, we believe the sale [of Fisker] to Hybrid and the related Chapter 11 process is the best alternative for maximizing Fisker Automotive?s value for the benefit of all stakeholders,? Fisker chief restructuring officer Marc Beilinson said in a statement. ?The Fisker Automotive technology and product development capability will remain a guiding force in the evolution of the automotive industry under Hybrid?s leadership.? Hybrid Technology is still exploring its options for Fisker and plans to make a decision on its fate at a later date. It will provide $8 million in debtor-in-possession financing in the meantime. Fisker listed assets of as much as $500 million and debt of as much as $1 billion in its Chapter 11 petition filed in a U.S. bankruptcy court, according to Bloomberg. Among the assets are Fisker?s brand, technology and plant in Wilmington, Delaware.
--------------------------------------------------------

Tesla & Fisker- Pretending to make electric cars when they were really just set up to 1.) pay kickbacks to campaign backers and 2.) not threaten Detroit by only making cars a few rich guys would by and not actually affect the car market. DFG- nNY --------------------------------------------------

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Taxpayers hand millionaires $139 million on Fisker Karma loss

The American taxpayers have lost another $139 million subsidizing electric supercars for millionaires. Torque News predicted this outcome a year ago. - See more at: http://www.torquenews.com/1083/taxpayers-hand-millionaires-139-million-fisker-karma-loss#sthash.jysRLh62.dpuf Friday afternoon, the Obama administration announced the results of its loan to Fisker now that things have shaken out. Bad news that is trying to be hidden from a news cycle is always released on Fridays. Not to worry though. According to US Energy spokesman Bill Gibbons, ""While this result is not what anyone hoped, the ($139 million loss) represents less than 2 percent of our advanced vehicle loans, and less than one-half of 1 percent of our overall loan program portfolio.? Do you feel better knowing that there is about $30 billion more in loans like this? The Fisker Karma was an electric supercar costing over $100,000. It was subsidized by the American taxpayers with tax credits, loans that are now defaulted on, and the taxpayers of Maryland even paid for the operating costs of the factory. All this so that a couple thousand millionaires in the US and a handful in Europe could have an electric supercar they didn?t have to pay full price for. Try Our Daily Newsetter from TorqueNews and Receive the Latest Automotive News. Check your mailboxes for confirmation email.* When I drove the Fisker Karma the company vice president told me from the back seat that the wood on the dashboard had been reclaimed from the bottom of a lake so deep and low in oxygen that the wood did not suffer any rot over many years of being in the water. The point of this was that the Karma was built to be as sustainable as possible. This struck me as a bad way to spend other people?s money then, and now it just seems absolutely tragic. About a year ago we published a story predicting that the Fisker electric supercar would not succeed and the Chevy Volt and Nissan Leaf would. We also made the claim that Tesla will not survive. So far that prediction is three-quarters correct. Coincidental with this week?s announcement, Tesla sent all of its Teslerati an e-mail clarifying and reiterating that its mission is not to supply Model S electric super-sedans to millionaires. The e-mail said in part ?I suspected that this could be misinterpreted as Tesla believing that there was a shortage of sports cars for rich people, so I described the three step ?master plan? for getting to compelling and affordable electric vehicles in my first blog piece about our company. This was unfortunately almost entirely ignored.? Founder Elon Musk wanted to be sure that people understand that the real mission is to someday do what the Volt and Leaf do now. Tesla repaid its loans to the US government earlier this year, so we are not sure why it is paranoid. Maybe it is the $7,500 in tax rebates each millionaire that buys one gets. It is hard to say. Nissan Leafs and Chevy Volts now sell for under $29,000 in markets like California that augment the federal taxpayer subsidies. Each month the ?affordable? Chevy and Nissan sell about the same number of electric cars that Fisker did in its entire existence. Honda, Fiat, Mitsubishi, and others also have cars for sale now in that price range. Given the volume of ""affordable"" electric vehicles now selling each month it is now strange to think that the US government felt the need to loan money to Fisker. Controlling the news cycle is a smart and effective way to cover up embarrassing mistakes. Stopping electric super-car subsidies that go to the wealthiest Americans would be another way.

------------------------------------------------------------

## Federal 'bet' on Fisker ends in bankruptcy

http://www.philly.com/philly/classifieds/cars/Energy_Department_bet_on_Fisker_Automotive_ends_in_bankruptcy.html#oJQQUm1c22TF5RPk.99 RONNIE GREENE, CENTER FOR PUBLIC INTEGRITY- Philly.com LAST UPDATED: Thursday, November 28, 2013 Green-lighting a half-billion dollar loan to help a California electric car startup build a fleet of sleek plug-ins four years ago, the Obama administration?s Energy Department promised cutting-edge cars and thousands of jobs. ?We're making a bet in the future,? Vice President Joe Biden said in October 2009, standing in a shuttered Delaware plant slated to spring to life with electric cars. ?We're making a bet in innovation.? The thousands of Fisker Automotive cars never did roll off assembly lines, and the thousands of jobs never surfaced. This month, Fisker filed for Chapter 11 bankruptcy protection ? a symbol of a larger Energy Department electric car program that has yet to fully take off. In October 2011, The Center for Public Integrity and ABC News explored the Energy Department?s risky $1 billion bet on Fisker and another California electric car maker backed by political powerhouses, Tesla Motors. Tesla paid off its $465 million U.S. loan nine years early, but Fisker?s project never gained traction. The Energy Department earmarked $529 million to Fisker and ultimately dispersed $192 million. Of that, DOE said, it recovered $53 million. Fisker was financed under an Advanced Technology Vehicles Manufacturing (ATVM) Program central to Obama?s long-shot goal of

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

putting 1 million electric vehicles on the road by 2015. The DOE said this week it is moving ahead, accepting applications and conducting outreach. The program ?will help the U.S. compete in a rapidly-growing, global market for advanced electric and fuel-efficient vehicles,? the agency said in a statement. ?The Department has committed more than $8 billion in loans to date supporting projects that are supporting tens of thousands jobs, reducing our dependence on foreign oil and promoting U.S. leadership across an array of innovative vehicle technologies, including plug-in vehicles and high-efficiency gasoline vehicles.? While saying the Fisker loss ?is not what anyone hoped,? energy officials said it ?represents less than two percent of our advanced vehicle loans.? ?All our loan agreements include strong safeguards that allow us to protect taxpayers when a company can't meet its obligations. Accordingly, the Department stopped disbursements to Fisker in June 2011 after the company fell short of the rigorous milestones that we had established as conditions of the loan,? the DOE statement said. Yet the ATVM program itself has not yet reached the goals set by Congress, and came under criticism in Government Accountability Office reports in 2011 and 2013. This year?s GAO report found that the ATVM program had not closed a loan in two years and had spent just a fraction, $8 billion, of the $25 billion Congress allocated. The program was infused with another $7.5 billion to cover credit subsidy costs; according to the GAO report, $4.2 billion remained in that pool of money. ?Most applicants and manufacturers we spoke with told us that, currently, the costs of participating outweigh the benefits,? the report said. Fisker had hoped the $529 million loan guarantee would help it build thousands of luxury Karmas along with another car on its drawing board, the more affordable Atlantic. This April, company co-founder Henrik Fisker told the House Committee on Oversight & Government Reform about a series of setbacks ? from slow moving regulatory approvals to recalls and a bankruptcy dogging outside suppliers ? that derailed his vision. ?From the outset, Fisker Automotive aimed to be a new American car company, setting pioneering standards for low-emission technology and cutting-edge design,? he said. While Fisker filed for bankruptcy last week, another company, Hybrid Technology,
  purchased its assets, including paying $25 million of its DOE loan. In its bankruptcy filing, Fisker estimated assets between $100 million and $500 million ? and liabilities between $500 million and $1 billion. Fisker was backed by an electric car program that is one piece of a larger, $30 billion green energy portfolio ?that is helping to diversify our energy portfolio with clean, renewable domestic energy, spur U.S. industry, and make America more competitive in a rapidly-growing, global market for advanced vehicles,? the DOE said. The portfolio includes several other firms that filed for bankruptcy after receiving DOE money, including California solar panel maker Solyndra. In several cases, the Center and ABC reported last year, green energy companies paid six- figure bonuses or payouts to executives before filing for bankruptcy. The Energy Department cited ?estimated losses to date of approximately two percent? ? less, the DOE said, than the 10 percent Congress set aside. Congressional critics cited Fisker?s bankruptcy filing as ?yet another sad chapter? in DOE's portfolio. ?The jobs that were promised never materialized and, once again, taxpayers are on the hook for the administration?s reckless gamble,? House Energy and Commerce Committee Chairman Fred Upton, R-MI, and Oversight and Investigations Subcommittee Chairman Tim Murphy, R-PA, said last week. Others who closely scrutinize green energy spending say the Fisker bankruptcy, combined with the other failings, spotlight larger questions about the role of government in financing start-up ventures with public money. ?I think structurally there were challenges right from the outset,? said Doug Koplow, founder of Earth Track, a consulting firm that tracks energy subsidies. For years, Koplow has raised questions about the way DOE allocates taxpayer money. ?I?m not surprised to see some of these things go bankrupt,? he said. ?I think it would be inevitable.? The Center for Public Integrity is a non-profit, independent investigative news outlet. A list of its funders can be found here. For more of its stories on this topc go to publicintegrity.org. Read more at http://www.philly.com/philly/classifieds/cars/Energy_Department_bet_on_Fisker_Automotive_ends_in_bankrupt cy.html#oJQQUm1c22TF5RPk.99 ---------------------------------------------------------------

## Fisker Bankruptcy in dispute Fisker Automotive?s

 proposed sale to a Hong Kong company formed by backers of the bankrupt hybrid vehicle startup appears to have hit a snag, with a competing bid emerging in the final hours from another contender: China?s Wanxiang Group. That?s the news this week from U.S. Bankruptcy Court in Wilmington, Del., where unsecured creditors of Fisker are squaring off against Hybrid Technology, the company formed by Fisker backer and former director

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Richard Li. Hybrid Tech had been set to purchase Fisker?s assets out of bankruptcy as of the new year. According to the Wall Street Journal, unsecured creditors have filed court documents objecting to Hybrid Technology?s proposed purchase and are seeking to pursue legal claims against the company. Hybrid Technology was formed late last year, and in November paid $25 million to purchase Fisker?s defaulted $192 million loan obligation to the Department of Energy, leaving taxpayers on the hook for the remaining $139 million. In the meantime, Fisker?s unsecured creditors are supporting a rival bid by Wanxiang, the Chinese automotive manufacturing giant, which this week offered to pay $25.725 million for the bankrupt company?s assets and to take over some of Fisker?s debts, according to court documents. The bankruptcy court is scheduled to consider Fisker?s sale to Hybrid Tech on Friday, but unsecured creditors are pushing for an alternative auction for the company?s assets later this month, with Wanxiang as the leading bidder. Wanxiang has its own ties to Fisker in the form of A123 Systems, the lithium-ion battery maker that it bought out of bankruptcy in January 2013. A123 made the batteries for Fisker?s Karma luxury hybrid sports car, and Wanxiang was reported to be considering a bid for Fisker in May of last year, before Fisker had filed for bankruptcy protection. Fisker raised $1.2 billion from investors including VC firms Kleiner Perkins Caufield & Byers and NEA, as well as now-defunct investment firm Advanced Equities. It also drew down $192 million from its $528 million conditional loan granted under DOE?s Advanced Technology Vehicles Manufacturing Program (ATVM) to pay for a planned factory to build a lower-cost hybrid sedan in Delaware. But Fisker ran into a series of insurmountable problems on its course toward insolvency. It stopped building its Karma hybrid sports cars in July 2012, and since then has been pummeled by bad reviews and reports of vehicle fires and recalls. Last year?s Hurricane Sandy destroyed a warehouse containing $30 million worth of Fisker?s already-built Karma sports cars. At the same time, DOE cut off Fisker?s access to its loan in 2011 after the startup missed performance targets, and the agency put the balance of Fisker?s loan obligation on the auction block in October. At the time, DOE stated that it would ?require all bids to include a commitment and business plan that promotes domestic manufacturing capabilities and related engineering for advanced technology vehicles here in the United States.? But it?s unclear whether that standard will require bidders to continue renovating the Delaware plant where Fisker had intended to produce its lower-cost Atlantic hybrid sedan. Fisker certainly isn?t the only company that has failed to take on the legacy automotive industry via venture capital investment and government loans. Failed ?green? vehicle companies include Coda Automotive, Think Global and Next Autoworks (formerly V-Vehicle), as well as plug-in EV charging companies Better Place and ECOtality, which both declared bankruptcy this year. Rivals contend for the assets?and debts?of the defunct hybrid sports car maker. Jeff St. John January 3, 2014"/bit-lynxeolg-mention-this-link-to-this-newspaper-and-win-stuff/

the understatement: Five Problems For Tesla Motors      "the understatement: Five Problems For Tesla Motors Five Problems For Tesla Motors Tesla Motors has responded to my ""It's a Brick"" post with a blog post of their own, ""Plug It In


## Senator Charles , Consumers Union and other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker."


"Senator Charles Schumer, The Consumers Union, and a variety of consumer groups call for lithium ion investigation Senator Charles Schumer, The Consumers Union, and a variety of consumer groups across the nation, today, have called for an investigation of lithium ion batteries based on reports of extensive explosions and fires which have, literally, set consumers on fire. Standing in front of a Best Buy, Senator Schumer revealed that research has shown that lithium ion batteries in cars, cell phones and other products are now known to explode for no reason. Asian produced batteries are said to be produced with no OSHA, safety or security standards. Tesla uses these batteries. Andre Deason- Chicago, Ill LITHIUM ION ISSUES Batteries DANGER Batteries BATTERY CHALLENGE BATTERY WARNING PANASONIC TESLA BATTERIES TESLA FIRES

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Eric Holder didn?t send any bankers to jail because his law firm WORKS FOR the bankers. Bank Regulators secretly recorded giving bankers a pass. Holder guilty of criminal conspiracy?

"- CHARGED WITH MORE COVER-UPS THAN ANY OTHER AGENCY HEAD - ""BASICALLY WORKED FOR THE BANKS AND THE SILICON VALLEY CAMPAIGN BACKERS; NEVER FOR THE PUBLIC"" SAYS SENATOR - ""HE NEEDS TO GO TO JAIL FOR LYING TO CONGRESS, COVER-UPS AND FOR TURNING A JUSTICE DEPARTMENT INTO A KICK-BACK PROTECTION RACKET"" - CRUZ STAFFER - ""A CROOK""   - ISSA - OBAMA'S ""DIRECTOR OF COVER-UPS"" - CRUZ - SAYS ANOTHER SENATOR: ""THE REASON OBAMA'S ADMINISTRATION FAILED SO SPECTACULARLY IS THAT HE EITHER PUT CRIMINAL SCUM-BAGS OR INCOMPETENTS IN CHARGE OF ALL OF HIS AGENCIES""   "

Eric Holder didn't send a single banker to jail for the mortgage crisis. Is that justice?

US attorney general?s tenure has proven unhelpful to the five million victims of mortgage abuses in the US

"Holder has a mixed legacy: excellent on civil and voting rights, bad on press freedom and transparency. Photograph: JONATHAN ERNST/Reuters"

"The telling sentence in NPR?s report that US attorney general Eric Holder plans to step down once a successor is confirmed came near the end of the story. ?Friends and former colleagues say Holder has made no decisions about his next professional perch,? NPR writes, ?but they say it would be no surprise if he returned to the law firm Covington & Burling, where he spent years representing corporate clients.? A large chunk of Covington & Burling?s corporate clients are mega-banks like JP Morgan Chase, Wells Fargo, Citigroup and Bank of America. Lanny Breuer, who ran the criminal division for Holder?s Justice Department, already returned to work there. In March, Covington highlighted in marketing materials their award from the trade publication American Lawyer as ?Litigation Department of the Year,? touting the law firm?s work in getting clients accused of financial fraud off with slap-on-the-wrist fines. Covington, American Lawyer says, helps clients ?get the best deal they can.? Holder has a mixed legacy: excellent on civil and voting rights, bad on press freedom and transparency. But if you want to understand what he did for the perpetrators of a cascade of financial fraud that blew up the nation?s economy in 2008, you only have to read that line from his former employer: he helped them ?get the best deal they can.? As for homeowners, they received a raw deal, in the form of little or no compensation for some of the greatest consumer abuses in American history. Before Holder became Attorney General, banks fueled the housing bubble with predatory and at times, allegedly fraudulent practices. As far back as 2004, the FBI warned of an ? epidemic? of mortgage fraud, which they said would have ?as much impact as the Savings & Loan crisis.? They were wrong; it was worse."

"Brian T Moynihan, chief executive officer of Bank of America Corp, one of the banks accused of extensive mortgage abuses. Very little of the money from its settlements has gone to help homeowners. Photograph: Bloomberg via Getty Images And banks and lenders carried through that fraud to every level of the mortgage process. They committed origination fraud through faulty appraisals and undisclosed trickery. They committed servicing fraud through illegal fees and unnecessary foreclosures. They committed securities fraud by failing to inform investors of the poor underwriting on loans they packaged into securities. They committed mass document fraud when they failed to follow the steps to create mortgage-backed securities, covering up with fabrications and forgeries to prove the standing to foreclose. By the time the bubble collapsed, the recession hit and Holder took over the Justice Department, Wall Street was a target-rich environment for any federal prosecutor. Physical evidence to an untold number of crimes was available in court filings and county recording offices. Financial audits revealed large lapses in underwriting standards as early as 2005. Provisions in the Sarbanes-Oxley Act,"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

passed during the last set of financial scandals in 2002, could hold chief executives criminally responsible for misrepresenting their risk management controls to regulators. Any prosecutor worth his salt could have gone up the chain of command and implicated top banking executives. In 2009, Congress passed the Fraud Enforcement and Recovery Act, giving $165m to the Justice Department to staff the investigations necessary to bring those accountable for the financial crisis to justice. Yet, despite the Justice Department?s claims to the contrary, not one major executive has been sent to jail for their role in the crisis. The department has put real housewives in jail for mortgage fraud, but not real bankers, saving their firepower for people who manage to defraud banks, not for banks who manage to defraud people. Most of the ?investigations? of financial institutions over the past six years have swiftly moved to cash settlements, often without holding anyone responsible for admitting wrongdoing or providing a detailed description of what they did wrong. The headline prices of these settlements usually bore no resemblance to the reality of what they cost the banks. The National Mortgage Settlement, for example, was touted by Holder?s Justice Department as a $25bn deal. In reality, banks were able to pay one-quarter of that penalty with other people?s money, lowering principal balances on loans they didn?t even own. Other penalties featured similarly inflated numbers that didn?t reflect the true cost. Banks could satisfy their obligations under the settlements through routine business practices (including some, like making loans to low-income homeowners, that make them money). A recent series of securities fraud settlements with JP Morgan, Bank of America and Citigroup, which DoJ said cost the banks $36.65bn, actually cost them about $11.5bn. And shareholders, not executives, truly bear that cost. Incidentally, the Wall Street Journal found last week that the Justice Department only collects around 25% of the fines they impose. So the banks may have gotten off even easier."

 "The Justice Department has reportedly collected only 25% of the fines it has imposed on banks. Photograph: Petros Giannakouris/AP These settlements have actually perverted the notion of justice, turning accountability into a public relations vehicle. And Holder?s Justice Department has been guilty of cooking the books: they admitted last August to overstating the number of criminal financial fraud charges by over 80%. The DoJ?s Inspector General criticized this in a March report, and also found that DoJ de-prioritized mortgage fraud, making it the ?lowest-ranked criminal threat? from 2009-2011. As for homeowners, the biggest victims of Wall Street misconduct, they received little relief. Victims who already lost their homes got checks in the National Mortgage Settlement for between $1,500-$2,000, compensating people wrongly foreclosed upon with barely enough money for two month?s rent. Despite claims that 1m borrowers still in their homes would get principal reductions under the settlement, when the final numbers came in this March, just 83,000 families received such a benefit, an under-delivery of over 90%. Considering that over five million families experienced foreclosures since the end of the crisis, that relief is a drop in the bucket. For those still eligible for relief, thanks to the expiration of a law called the Mortgage Forgiveness Debt Relief Act, any principal forgiveness will count as earned income for tax purposes, meaning that homeowners struggling to avoid foreclosure will subsequently get hit with a tax bill they cannot afford. The Justice Department only recognized this belatedly, creating a fund in a recent Bank of America settlement to ?partially? defray tax costs. For others without that benefit, the help the Justice Department provided will look more like harm. More important, the settlements didn?t end the misconduct. Homeowners today continue to lose their homes based on false documents. Because the Justice Department just put a band-aid over the fraud, and didn?t convict any of the ringleaders, the problems went unaddressed, and the root causes never got fixed. In fact, the entire banking sector?s get-out-of-jail free card gives them confidence that they could commit the same crimes again, with little if any legal implications. The decision to protect banks instead of homeowners should be laid at the feet of the president and his administration, not one man in the Justice Department. But Holder certainly carried out the policy, even if he didn?t devise it. We?ll soon find out if Holder merely presided over DoJ in a pause between helping corporate clients at Covington & Burling. But the failure to prosecute during his time in office certainly makes it look like Holder?s sympathies were with those clients even while serving as attorney general. "


"YOU HAVE A CARTEL IN DC AND THE BOSS IS ERIC HOLDER, HE WORKS FOR JOHN DOERR"


"We know nothing about the criminal activities of Eric Holder. Posted on June 23, 2012 by JC | 9 Comments ... In this blockbuster report, Attorney General Eric Holder's Record of Corruption, investigative journalist Ron Kolb

THE BOOK OF TESLA - Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

reveals the following:"
  dancingczars.wordpress.com/2012/06/23/we-know-nothing-about-the-crim...
  dancingczars.wordpress.com


  "Eric Holder - Wikipedia, the free encyclopedia"


  "Eric Holder. From Wikipedia, the free encyclopedia. Jump to: navigation, search. Eric Holder; 82nd United
States Attorney General; ... 3.4 Crime and prosecutions; 3.5 Department of Justice Smart on Crime Program; 3.6
Additional actions; 3.7 Opinion of Bush policies;"
  en.wikipedia.org/wiki/Eric_Holder
  en.wikipedia.org


  eric holder is a criminal | THE WAKING GIANT


  "Posts Tagged 'eric holder is a criminal' Eric Holder's DOJ Retaliating Against Journalists and Bloggers For
Exposing Their Diabolical Schemes. December 16, 2011 twg2a PitBull Leave a comment"
  twg2a.wordpress.com/tag/eric-holder-is-a-criminal/
  twg2a.wordpress.com


  Same Issues to Greet Eric Holder's Successor as Attorney ...


  Attorney General Eric Holder's announcement Thursday that he will resign signals an end to a turbulent tenure
as the nation's top law-enforcement official and a potential reset for an ... expanded benefits for same-sex couples
and took on racial disparities in criminal sentencing and ...
  online.wsj.com/articles/u-s-attorney-general-eric-holder...
  online.wsj.com


  Eric Holder is a criminal - Survivalist Forum


  "Eric Holder is a criminal Political News and Discussion ... The thing that really bugs me is that he just called
voter i.d. laws ""poll taxes""."
  survivalistboards.com/showthread.php?t=245043
  survivalistboards.com


  Attorney General Eric Holder announces resignation - CNN.com


  "Attorney General Eric Holder announced Thursday he will resign after six years at the Justice Department
helm. ... ""rooted out corruption and fought violent crime,"" tackled financial fraud and ""attacks on the Voting
Rights Act."""
  cnn.com/2014/09/25/politics/eric-holder-resignati...
  cnn.com


  "Eric Holder, our contemptuous attorney general, must resign ..."


  Attorney General Eric Holder - the first and only sitting Cabinet member in 225 years to be cited for contempt of
Congress ... Holder announced that DOJ would conduct a criminal civil rights investigation. ...
  foxnews.com/opinion/2013/07/18/our-contemptuous-attor...
  foxnews.com


  Eric Holder is a criminal. He should be removed from the ...


  "This is an Awareness Blog to consider the future of your world. Actions are being done now to restore our
world. Watch and become AWARE! Send comments/news to johnmachaffie@gmail.com 55 MILLION VIEWS,

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

3.5 MILLION PER MONTH Use CTRL & MOUSE WHEEL to widen view BACKUP ..."
nesaranews.blogspot.com/2014/07/eric-holder-is-criminal-he-should...
nesaranews.blogspot.com

NBC: Eric Holder signed off on criminal investigation of Fox ...

'It's always the quiet ones': DHS thinks Stephen Hayes might be a terrorist
twitchy.com/2013/05/23/nbc-eric-holder-signed-off-on-...
twitchy.com

America's Top Cop Wages A Long Battle To Dial Back The Drug War

"B efore he started rolling out criminal justice reforms, Holder's tenure had been defined mostly by crises, scandals and criticism. He inherited a Justice Department still reeling from the Bush administration's politicized hiring of career lawyers and its firing of several U.S ..."
huffingtonpost.com/2014/05/20/eric-holder-smart-on-crime_n_5...
huffingtonpost.com

Eric Holder: Organized Crime's Man of the Year | Zero Hedge

This page has been archived and commenting is disabled. Eric Holder: Organized Crime's Man of the Year

zerohedge.com/contributed/2013-03-16/eric-holder-organi...
zerohedge.com

Holder's incorrect claim on the 'Fast and Furious' criminal ...

FACT CHECKER | Attorney General Eric Holder said a U.S. attorney made his own decision not to pursue a criminal prosecution of Holder. But he got that wrong.
washingtonpost.com/blogs/fact-checker/post/holders-incorrect...
washingtonpost.com

Obama And Eric Holder Have Subverted American Freedoms

We know that Eric Holder is a liar and a criminal facilitator based on what we have learned about his conduct in the Fast and Furious crimes.
westernjournalism.com/how-far-barack-obama-and-eric-holder-have...
westernjournalism.com

Eric Holder to Add Fraud to His Other Crimes?

"Home ? Crime ? Eric Holder to Add Fraud to His Other Crimes? Eric Holder to Add Fraud to His Other Crimes? Posted on July 19, 2013 by Dave Jolly. ... By the time Eric Holder is removed or steps down from being America's top cop, ..."
politicaloutcast.com/2013/07/eric-holder-to-add-fraud-to-his-o...
politicaloutcast.com

Eric Holder A Armed Criminal 1970 | Planet Infowars

"1 response to Eric Holder A Armed Criminal 1970. Brian said on May 23, 2013. See this, government is not your friend. Although they will seduce people with free welfare money and section 8 housing, (free house)."

planet.infowars.com/resistance/eric-holder-a-armed-criminal-1970

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

planet.infowars.com

Eric Holder is a criminal thug who abuses his authority .

Posts about Eric Holder is a criminal thug who abuses his authority written by RockwallConservative. Skip to content. Primary Menu Rockwall Conservative Conservative dialog for patriotic Americans. Search for: Close Menu. Home; About;
rockwallconservative.me/tag/eric-holder-is-a-criminal-thug-who-ab...
rockwallconservative.me

Justice Head Eric Holder is to be cited for Contempt of Congress

"Appearing in front of Congress like a common criminal wearing a Brooks Brother's suit, the nation's top law enforcement official Eric Holder, Obama's U.S. Justice Department chief, may be cited for contempt."
allvoices.com/contributed-news/12361057-justice-head-er...
allvoices.com

Eric Holder's Radical Past Uncovered | American Free Press

Attorney General Eric Holder's reluctance to prosecute criminal behavior on the part of the Black Panthers in Philadelphia during the 2008 presidential election apparently has its roots in his own affiliation with the group as far back as 1970. While a freshman at Columbia University that year
americanfreepress.net/?p=6588
americanfreepress.net

Bipartisan House Majority Votes to Hold Holder in Criminal ...

"The House of Representatives voted to hold Attorney General Eric Holder in criminal contempt of Congress. The vote was 255 ayes, 67 nays, and 1 present vote. Seventeen Democrats joined with 238 Republicans to vote for the contempt charges against Holder, while over 100 Democrats did ..."
weeklystandard.com/blogs/bipartisan-house-majority-votes-hol...
weeklystandard.com

Is Eric Holder an Unindicted Felon? | Lubbock Online ...

"... that Attorney General Eric Holder is an accessory to illegal gun purchases, gun smuggling, supplying guns ... It appears more and more likely that Attorney General Eric Holder has been involved in criminal activities, including perjuring himself during his testimony before ..."
lubbockonline.com/interact/blog-post/may/2011-10-09/eric-ho...
lubbockonline.com

"Articles: Eric Holder, 'Hate Crimes,' and 'His People'"

"Instead, those Eric Holder described as ""his people"" seem to get a pass on hate crimes charges when they select whites for their blood sport. But is it unfair to suggest that young black criminals are Eric Holder's people

americanthinker.com/2012/09/eric_holder_hate_crimes_and_his_p...
americanthinker.com

Eric Holder: America is Still a Nation of Racist Cowards

"In Eric Holder's mind, (and in the mind of many other racist black people), the definition of racism is: Being white. Okay, that might be a slight exaggeration, but he has stated that white people cannot be the victims of hate

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

crime because they have not suffered enough."
  tpnn.com/2014/01/25/eric-holder-america-is-still-a...
  tpnn.com

  "Eric Holder is a LIAR, CRIMINAL, WHORE, MURDERER."

  Here's the story: [link to www.youtube.com] Time to arrest him NOW. CONGRESS IS AIDING AND
ABETTING CRIMINAL ACTIVITY IN THE DOJ AND THE BATF AND DHS.
  godlikeproductions.com/forum1/message1725061/pg1
  godlikeproductions.com

  "Eric Holder, Hate Crimes and Double Standards | FrontPage ...OBAMA'S FACADE DIRECTOR"

  "Eric Holder, Hate Crimes and Double Standards. ... The Brooklyn DA says he will not file hate crime charges.
In New Haven, a few days before that, 500 black people attending a party called ""An All Black Affair,""
destroyed property and rioted in a downtown restaurant."
  frontpagemag.com/2013/colin-flaherty/eric-holder-hate-crim...
  frontpagemag.com

  Justice Department Protects Eric Holder From Contempt Charges ...

  "... the U.S. Department of Justice moved quickly Friday to protect Attorney General Eric Holder from criminal
prosecution after the House voted to hold him in criminal contempt of Congress ... ""The Terry family takes no
pleasure in the contempt vote against Attorney General Eric Holder."
  theblaze.com/stories/2012/06/29/justice-department-pro...
  theblaze.com

  Congress Sends a Criminal Referral to Eric Holder

  "Congress Sends a Criminal Referral to Eric Holder. Hans von Spakovsky / @HvonSpakovsky / April 09, 2014 /
Leave a comment. Twitter; Facebook; Google+; LinkedIn; Email; Comments; Print; Photo: AFP
PHOTO/BRENDAN SMIALOWSKI/Newscom."
  dailysignal.com/2014/04/09/congress-sends-criminal-referr...
  dailysignal.com

## Howdy? to the ACTUAL 1% Illuminati ! How they copied the Mafia?s Playbook:

  "Who are the ?Lithium ion VC?s?? Say ""Howdy"" to the ACTUAL 1% Illuminati!

-------------------------------------------------------------------------- ""This matter has absolutely nothing to do with
whether or not you like solar power or electric cars or gasoline or fracking or one technology over another. It has
nothing to do with climate change; not a single thing. This is totally about banking, securities and finance fraud. It
is entirely about organized crime racketeering kickbacks arranged by arrogant frat-boy billionaires who sought to
buy government, buy power, buy ego-trips, kill competitors and monopolize industries for personal gain in
exchange for campaign efforts."" - A U.S. Senate Source
  -------------------------------------------------------------------------

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Watch the 60 Minutes episode: ""The Cleantech Crash"", below, that began the series of 2014 expose events coming over the next 6 months: [wpvideo jMnc6LJb] [wpvideo fARepFlX] The lobbyists called ""Think Progress"" (many of those targeted by investigations work, or worked there) and others, funded by the VC's, have started massive spin to call it a bunch of lies and say that ""No, No, it was really a big success"", but the facts, the criminal investigations and the money trail speak for themselves. It doesn't matter if you are Democrat or Republican, it matters if you want billionaires buying your government and cutting you out of the loop. D- LA Times --------------------------------------------------------------------

Now watch the 60 Minutes episode about how it was done: http://www.youtube.com/watch?v=CHiicN0Kg10
--------------------------------------------------------------------

The Democrats needed cash for the campaign. Democrats are always poor, so they never have enough money. The campaign staff went to the Silicon Valley Vc's and said that if they paid for the campaign costs up front and rigged the search engines to only promote the Democrat candidates, then the campaign would give them $100 Billion of tax money that they would not have otherwise gotten, once the Democrats had control of the DOE slush fund. So they did, but they got caught by their greed, and now they need to go to federal prison. It's as simple as that! E- Heritage ----------------------------------------------------------------

Note From Victims: Multiplereporters/writers have spoken with a number of victims of this series of hits organized by the same group of people. If any major law firms (Multiple firms can file) begin the process of filing a class action RICO or damages action on behalf of the victims: Arrington, Assange, Eberhard, Brown, Conway, DM, Steve, Lakatos, Katie, AL, Etc... It is highly likely that a number of other victims (over 20+) will join the cases once they are filed and publicly noticed. Substantial evidence and testimony now exists and recoverable assets in potential court-ordered awards, from the attackers, exceed $50B+ in possible recoveries for damages caused by their organized efforts against these competitors and reporters. In other words, big class-action law firms, according to many plaintiff candidates: ""if you file it, they will come."" DFG, YY, DS,  SAT/LAT/NYT
---------------------------------------------------------------------------


Seriously... ...Don't get your panties in a knot about saving electric cars or solar panels. They are NOT AT RISK. There are a ton of solar panel companies doing gangbuster business and you can buy all kinds of electric cars, from many companies, right now. Those things are safe. They are doing fine. Don't let the VC media shills play your feel-good heart-strings. By complaining about political corruption you are not going to destroy the planet. You are going to destroy corruption. Got it? Green energy is doing fine but Corruption is also doing fine. Let's stop the corruption and let the green energy keep on keepin' on! Bradley T-  SF Chr
--------------------------------------------------------------------------

Did they break the law? Multiple federal agency & committee probes now asked to look into organized crime charges over kickbacks. The Westly Group (Under Investigation) Ira ""Linguini"" Erenpries (Under Investigation) Firelake Capital  (Under Investigation) John ""Doe"" Doerr  (Under Investigation) Kliener Perkins (Sued for Sexual Abuse)(Under Investigation) Elon ""The MuskRat"" Musk (Sued on multiple charges of fraud by shareholders)Steve ""The Fix"" Westly  (Under Investigation) Ray ""The Sausage"" Lane (Charged with Tax Fraud) Steve Jurvetson  (Under Investigation) The Google Boys  (Under Investigation) Jonathan"" Slippery"" Silver (Fired) (Under Investigation) Tom Perkins (Under Investigation) Tim ""I want-to-run-my-own-state"" Draper (Under Investigation) Draper Fisher (Under Investigation) Vinohd Khosla and Connie Rice (Under Investigation, multiple documentaries) Khosla Ventures (Under Investigation) Tom ""Fettucine"" Styer (Under Investigation) Steven ""The Rat"" Rattner (Indicted) Raj ""I-Am-Untouchable"" Gupta (Indicted) Hey Now? when you look at: their lobby hires, payment disclosures and blind SUPERPAC?s, which lithium ion interests they own or control and when you follow the money, it gets pretty ironic... They are all friends of silicon valley? s ?McKinsey? DOE Secretary of Energy Steven Chu; McKinsey DOE $$ Guy Matt Rogers & McKinsey DOE $$ Guy Steve Spinner (They paid to get them appointed). McKinsey staff have previously been put in Federal prison for rigging things, ie: Rajat Gupta.; and are under investigation world-wide. They contracted a silicon valley

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

consulting company called McKinsey Consulting and told McKinsey to write all these white papers for the White House and Federal Agencies that said: ?lithium ion is the key to the future?. Then they bribed and influenced and ""Revolving Door'd"" to put Chu at DOE (Silicon Valley VC's were the primary nominators of Chu per his nomination file docket) and they invested in all of the Lithium while their guy: Chu, (working with Rahm Emanual, Valarie Jarrett, David Axelrod and Robert Gibbs) handed out all of the taxpayer money to their investment projects. Easy Peasy. Scam. Which Senator did they interact with the most? Which West Wing Chief of Staff?? See the latest Senate investigations and Class Action lawsuits for more. The Pope just hired McKinsey to fix ""Vatican Corruption"".. Maybe not such a good idea? Recordings and emails appearing soon. Many agencies, committees and media groups are now investigating, or have been asked to investigate by senior Congressional staff. Since Reid went ?nuclear?, the gloves are off, it seems. Do your own research. Check out every name mentioned and all of their past connections. Nowadays, it isn?t that hard to research. All of the parts of this have been mentioned in the mainstream press as of now. Reporters asking to FOIA review the original Solyndra case # and case #?s hyphenated off of the Abound, Solyndra, and similar cases case #?s are having the best luck in story leads. ""One is building the new Bohemian Grove on the California coast at Half Moon Bay. One has started a Jr. Illuminati initiation program for young recruits that begins in the Stanford dorm rooms. One has publicly been charged with multiple crimes. One runs the technology suppression team for the NCVA. One has broken the record for hiring local escorts. Come watch the fun! It's non-stop hijinks with those crazy old boys from the Tech Branch of the Illuminati. Stay tuned for each episode of this made-for-tv romp that is guaranteed to be great fun for the whole family."" Elon Musk, and these sorts of ego-maniac billionaires, do not care about regular people or customers. They exist for the joy they get in manipulating power and control and tend to do things like this: [wpvideo 6syz0vNW] [wpvideo h3AixjhD] [wpvideo h3AixjhD] [wpvideo 6syz0vNW] [wpvideo efQDTOLF] [wpvideo fsB9480q] [wpvideo QrKvoUyA] http://www.youtube.com/watch?v=5BYc3PqvBCo http://www.youtube.com/watch?v=XIdprsGvlb8 http://www.youtube.com/watch?v=6PZipwucanc http://www.youtube.com/watch?v=amnwBzcxMAU KL, HJK, H, TH, JKL, PROPU- Denver News, LA Times, WSJ, BB, Susu ---------------------------------------------

## Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt

"Sep 22, 2010 ... While there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't see it and therefore, we forget its there. ... VC investors would be wise to not attract the government with  ... www.techdirt.com/ articles/ 20100921/ 18574611100/ are-silicon-valley-angel-investors-colluding-over-deals.shtml Tim Draper Wants To Split California Into Pieces And Turn ..."
Tim Draper Wants To Split California Into Pieces And Turn Silicon Valley Into Its Own State. Posted yesterday by Gregory Ferenstein (@ ... He says he's submitting a polished version to the state's Attorney General in the form of a ballot proposition proposal within the next 48 ...
techcrunch.com/2013/12/19/tim-draper-six-californias-s...

## "The Arrogant VC: Why VCs are disliked by entrepreneurs, Part ..."

"Thanks to Atlas Venture for supporting Venture Hacks this month. ... including outright lying about the state of the business when refinancing, ... check out Fred's blog and his tweets @fdestin. If you want an intro to Atlas, send me an email."
venturehacks.com/articles/arrogant-vc-2

## Which is more arrogant and elitist? - Page 15

"... is neither ""arrogant"" nor ""eltist."" There are many ... Audacity of Hope"", which skyrocketed when he began his run for the presidency. Compared to what Romney has earned, as a venture capitalist, ... Satanic Church

THE BOOK OF TESLA  Copyright early original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

in Oklahoma Wants to Build Their Own Monument Next to ..."
 sodahead.com/united-states/which-is-more-arrogant-an...

## The Arrogant Venture Capitalist: A View from the Trenches ...

 The Arrogant Venture Capitalist: A View from the Trenches Fred Destin 12/8 ... It seems to me that LPs may
have contributed to the state of VCs today. ... VC board members seem to want to prove they are the smartest in
the room by forcefully suggesting strategy changes during the monthly or ...
 xconomy.com/boston/2009/12/08/the-arrogant-venture-...

## Bay Area Techie Rich: New Arrogant Elitists?Obama Radicals

 "Beware of the arrogant rich from the technology community. ... Silicon Valley's Ultimate Exit,"" Balaji
Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by
technology. ... the venture capitalist, ..."
 capoliticalnews.com/2013/12/15/bay-area-techie-rich-new-arr...

## Charles Dameron: Rick Perry's Crony Capitalism Problem - WSJ.com

 "The Emerging Technology Fund was created at Mr. Perry's behest in 2005 to act as a kind of public-sector
venture capital firm, largely to provide funding for tech ... Mr. Tate invested his own money in ... ""It is
fundamentally immoral and arrogant,"" says state representative David ..."
 online.wsj.com/news/articles/SB10001424052702304760604...

## Dave McClure is ripping VCs again: They're f***ing arrogant ...

 "Dave McClure is not your typical venture capitalist. He wears T-shirts and flip flops, and cusses like a sailor.
The term angel could not be more oxymoronic when applied to McClure. In the course of his 30-minute talk at
the GROW conference in Vancouver, B.C. today, the founder of ..."
 geekwire.com/2012/dave-mcclure-rips-vcs-fing-arrogan...

## Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ...

 "Some of them want to secede from America, ... Silicon Valley's Ultimate Exit,"" Balaji Srinivasan argued that
tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture
capitalist, ..."
 ---------------------------------------------------

## "Steven Lawrence Rattner

 (born July 5, 1952) is an American financier who served as lead adviser to the Presidential Task Force on the
Auto Industry in 2009 for the Obama administration.[1]"

 New York Pension Fund Investigation

 "In 2005, Quadrangle made payments to private placement agent Hank Morris to help Quadrangle raise money

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

for its second buyout fund.[13] Morris had come highly recommended to Rattner from U.S. Senator Charles Schumer.[14] Morris was also the chief political advisor to Alan Hevesi, the New York State Comptroller and manager of the New York State Common Retirement Fund (CRF), which invests in many private equity funds. Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner agreed to pay Morris a placement fee of 1.1% of any investments greater than $25 million from the CRF.[15] In 2009, Quadrangle and a dozen other investment firms, including the Carlyle Group, were investigated by the U.S. Securities and Exchange Commission for their hiring of Morris. The SEC viewed the payments as ""kickbacks"" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.[16] Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.[17]"

Prosecution by Attorney General Cuomo

"The case drew significant media attention when Andrew Cuomo, the New York State Attorney General, demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.[18] Rattner was once a major fundraiser for Democratic Party candidates including Al Gore and Hillary Clinton, but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.[19] In an appearance on the Charlie Rose Show, Rattner asserted that hiring Morris as a placement agent was ""legal then, legal now, and done properly.""[20] He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the ""facts"" of the case and called Cuomo's demands ""close to extortion.""[21] On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.[22] Wikipedia --------------------------------------------------------- "

"Ray Lane Rode Tech Boom Tax-Shelter Wave Broken by IRS By Andrew Zajac & Jesse Drucker The dot-com boom of the late 1990s has come back to haunt former Hewlett-Packard Co. (HPQ) Chairman Ray Lane. Lane?s dispute with the Internal Revenue Service opens a window to a mostly bygone era when accounting and law firms conceived and sold tax-dodging strategies to investors seeking to avoid taxes on outsized gains from the still-swelling tech bubble. A file photo shows Hewlett-Packard Co. former Chairman Ray Lane speaking during the Wall Street Journal ECO:nomics conference in Santa Barbara, California, during March 2011. Photographer: Jonathan Alcorn/Bloomberg The shelters had memorable nicknames, based on acronyms: Son of BOSS, BLIPS, PICO and COBRA. Lane used one called POPS. Then the IRS cracked down, triggering the kind of legal battles with the agency Lane is now embroiled in. ?Most of these types of tax shelters have flushed through the system,? said Bryan Skarlatos, a tax attorney at Kostelanetz & Fink LLP in New York. ?The ones like you?re seeing with Lane are some of the stragglers.? ?It?s not the very last dinosaur caught in the tar pit, but it?s one of the last,? said Skarlatos, who represents clients in disputes with the IRS over POPS transactions. Tax Bill Lane, also the former president of Oracle Corp. (ORCL) and partner emeritus at venture-capital firm Kleiner Perkins Caufield & Byers, used POPS in an attempt to shield $250 million of income through what the IRS ruled were ?sham? transactions. Lane, 66, who left Oracle with more than $1 billion in stock and stock options in mid-2000, has agreed to settle with the IRS on a tax bill that could be as much as $100 million, even as he appeals the agency?s ruling in U.S. Tax Court in Washington. He said he fully paid his tax bill on sale of his Oracle options. ?My tax advisers put me into an investment,? he said in an interview. ?Somewhere along the way I knew these things were being questioned by the IRS.? The investment totaled $25 million, Lane said, and included an $18 million up-front payment used to fund startups. A portion of that went to purchase warrants or stock options in five companies, including RocketGas Inc., Kleptomaniac.com. and Spectrum Target Detection Inc., according to a filing in one of at least five U.S. Tax Court cases involving Lane?s tax shelter investments. Tech Startups RocketGas was described in court papers as a business to ?bring services traditionally available only at a gasoline station to customer?s home or office.? Kleptomaniac.com was an ?e-commerce solutions provider and e-tailing consultant? to brick-and-mortar retailers and Spectrum had developed a traffic radar gun that ?was expected to replace traditional speed measuring devices used by law enforcement agencies.? ?Like most high tech startups which seemed so attractive in 2000, that high risk, high reward portfolio proved worthless within three years and petitioner simply seeks to recognize the real, hard-cash economic loss,? one of Lane?s lawyers argued in a court filing. Losses for the five companies totaled about $17 million, according to another filing. The IRS argued that the investments in the companies ?were payments of fees to promoters of listed and/or abusive tax avoidance

THE BOOK OF TESLA  Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

792

transactions.? Other Investors Lane and other investors didn?t establish the value of stock options or warrants in an ?amount greater than zero,? and as a result, no losses were allowable, IRS lawyers wrote. Lane said the POPS shelter was assembled for him by Sidley Austin LLP, a Chicago-based law firm, the BDO Seidman consulting firm and Deutsche Bank AG, he said. Deutsche Bank, Germany?s largest bank, admitted criminal wrongdoing in 2010 and agreed to pay $553.6 million to avoid prosecution over its participation in 15 fraudulent tax shelters, including POPS transactions. The bank admitted to involvement in at least 1,300 deals, helping more than 2,100 customers evade about $5.9 billion in individual income tax on capital gains and ordinary income, according to a settlement agreement with the Justice Department. Duncan King, a spokesman for Frankfurt-based Deutsche Bank, and Jerry Walsh, a spokesman for BDO, declined to comment on Lane?s remarks. Sidley Austin didn?t reply to phone and e-mail messages requesting comment. Conspiracy Charge BDO, now known as BDO USA LLP, said in June 2012 it would pay $50 million to settle a charge of tax-fraud conspiracy for helping wealthy individuals evade about $1.3 billion in taxes from 1997 to 2003. In 2011, a jury convicted former BDO chief executive officer Denis Field and three others of more than 20 criminal counts including conspiracy and tax evasion. A judge threw out Field?s conviction after finding that a juror lied about her past. A re-trial is pending. POPS stands for Partnership Option Portfolio Securities. Though it has multiple variations, a POPS transaction, in general, worked like this: an accounting firm would set up a series of partnerships, which would typically enter into transactions called straddles using foreign currencies. Straddles involve simultaneously taking long and short positions to offset the investment risks. Offsetting Loss The partnership would sell off the position that generates the gain, which would be attributed to a partner that would be indifferent to the tax, such as a tax-exempt entity. That would leave one of the partnerships with the offsetting loss. An investor with a big gain somewhere else could then buy into the partnership and thus take advantage of the loss. The IRS attacked such transactions for separating out the losses from the gains. The IRS case against Lane?s Vanadium Partners LLC mentions ?a series of meaningless steps,? involving a straddle, a tiered partnership structure and a transitory partner that allowed ?a tax shelter investor to claim a permanent non-economic loss.? Lane?s attorney, Charles Hodges, disputed the IRS contention that Vanadium was a sham that ?lacked economic substance.? In addition to the tech boom, conditions were ripe for tax shelters in the 1990s because the IRS had eased off enforcement under pressure from Congress, said Christopher Rizek, a lawyer at Caplin & Drysdale, a Washington-based law firm that specializes in tax matters. Wealthy Individuals ?They spent about two years re-organizing themselves,? he said. ?They were intimidated.? By the mid-2000s more aggressive enforcement resumed. Wealthy individuals who purchased POPS and other tax shelters were often identified by the IRS and Justice Department in probes of the accounting firms and law firms that sold them. The uproar in Congress over whether the IRS tried to head off conservative groups from getting non-profit status could curb challenges to tax shelters again, Rizek said. Tax lawyers are watching how the agency responds to ?this month?s use as a pinata by Congress,? he said. ?They could be cowed again,? Rizek said. ?We?ll see.? The case is Vanadium Partners Fund LLC v. IRS, 9970-13, U.S. Tax Court (Washington). To contact the reporter on this story: Andrew Zajac in Washington at azajac@bloomberg.net To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net
-----------------------------------------------------------------"


# Vanity Fair tries to link Arrington rape accusation to Silicon Valley's ...

"Nov 1, 2013 ... It claims that the scandal represents ""the dark side of the Internet Age"" ... Maximillian Potter's ?Letter from Silicon Valley? in the December issue of Vanity Fair examines ... And that was with a high profile VC firm to begin with. www.zdnet.com/ vanity-fair-tries-to-link-arrington-rape-accusation-to-silicon-valley s-lack-of-women-in-tech-7000022702/ ------------------------------------------------------------------ How the VC's manipulated Afghanistan for Lithium HERE>>>
-----------------------------------------------------------------"

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# BLOOMBERG: Tom Steyer: The Wrath of a Green Billionaire

By Joshua Green April 25, 2013 The billionaire -- with a jar of tar sand oil Billionaires get frustrated by Washington ineptitude just like everybody else. The difference is that they can afford to do something about it. Tom Steyer, who founded the San Francisco-based hedge fund Farallon Capital Management and retired last year with an estimated $1.4 billion fortune, is one such fed-up billionaire. Steyer?s particular grievance is the lack of government action to combat global warming. ?If you look at the 2012 campaign, climate change was like incest? something you couldn?t talk about in polite company,? he says. ?With the current Congress, the chance of any significant energy or climate legislation that would move the ball forward is somewhere around nil?possibly lower.? So Steyer, 55, a major Democratic contributor, quit Farallon to devote his time and much of his money to changing this reality. In doing so, he?s joined an emerging class of billionaires?including this magazine?s owner, Michael Bloomberg and Facebook (FB) co-founder Mark Zuckerberg?who have forsaken the traditional approach of working through the political parties and instead jumped directly into the fray, putting their reputations and fortunes behind a cause. Some environmental activists are thrilled. ?In a country that?s dominated by billionaires gaming the political system for their narrow self-interest, it?s pretty neat to see a player who?s in it for the common good,? says author and environmentalist Bill McKibben. ?He?s not a greedhead.? Many Democrats, McKibben among them, view Steyer as a liberal analogue of the conservative Koch brothers, the billionaire owners of Koch Industries, whose lavish support of free-market causes and political ruthlessness loom large in the liberal imagination. Steyer?s financial commitment is unquestioned. In 2010 he and his wife, philanthropist Kat Taylor, signed the ?Giving Pledge? begun by Warren Buffett and Bill and Melinda Gates to persuade wealthy people to devote the majority of their fortunes to good causes. That same year he spent $5 million successfully defending California?s greenhouse gas emissions law against a ballot measure, heavily financed by oil companies, to weaken it. He spent an additional $35 million last year on an initiative to close a tax loophole that benefited out-of-state corporations. Voters approved the measure, which will raise $1 billion a year in new revenue for the state, in November. ?He has made a difference in California,? says Representative Henry Waxman, the Los Angeles Democrat. His aptitude for hardball politics is less certain. On March 18, Steyer, a vocal opponent of the proposed Keystone XL pipeline that would pump tar sands oil from Canada to the Gulf Coast, clumsily inserted himself into the Massachusetts Democratic primary race between Representatives Edward Markey and Stephen Lynch for the state?s open Senate seat. Channeling John Wayne, Steyer penned a bullying letter demanding that Lynch renounce his support for the pipeline ?by high noon? a few days later or face the wrath of all the opposition Steyer and his checkbook could muster. Lynch?s campaign dismissed the stunt as ?billionaires issuing ultimatums.? The Boston Globe chastised Steyer for butting into a race in which both candidates had pledged to eschew PAC support. Markey probably doesn?t even need the support: But after the searing defeat in Congress three years ago of legislation to cap carbon emissions, Steyer and many other Democrats preoccupied with climate change are convinced that only a smash-mouth, confrontational style of politics can save the planet. He subscribes to the analysis offered in a recent paper by Harvard sociologist Theda Skocpol that the loss derived from Democrats? naive faith that their best chance at climate legislation was cooperating with polluters on a grand bargain negotiated by Washington power brokers. The strategy failed to account for Republicans? radicalization and use of the filibuster. And because environmental groups had neglected to organize, no grassroots pressure materialized when the legislation stalled. Steyer confidently presents himself as being in the vanguard of a hardheaded new approach. ?The way politics works is by people winning and losing jobs?their own jobs,? he says. ?Until people running for office believe it?s in their own interest, that it will make them popular with their constituents to stand up for good policy, it?s not going to be good politics.? For now, this approach entails rounding up a posse of environmental activists and making blustery threats to keep Democrats in line. Earlier this month, Steyer paid for an airplane to circle a Boston Red Sox game at Fenway Park trailing a banner that read, ?Steve Lynch for Oil Evil Empire.?

---------------------------------------------------------------------------------

# Team Obama Releases List of Campaign Bundlers?

Corrupt Jon Corzine and Solyndra Goons Steve Spinner/Steve Westly Top the List February 1, 2012 by Scotty

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Starnes What a list of corruption. Ex-Democrat Senator Jon Corzine is on the list. Corzine bankrupted MF Global and stole hundreds of billions from investors. Steve Spinner is an Obama bundler who pushed the Solyndra loan and Steve Westly has received billions for corporations he has ties to. Remember, Obama pretended to hate lobbyist as he issued waivers for lobbyists to work in his administration. WASHINGTON (AP) ? President Barack Obama?s re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama?s campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. ?The list includes two fundraisers linked to Solyndra LLC, theCalifornia solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. ?Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant?s government relations operations. Spinner and Westly are lobbyist as well. They bundled money for Obama then lobbied for money to be invested in corporations they have interest in. -------------------------------------------------------

## Obama releases list of top money 'bundlers'

Associated Press By JIM KUHNHENN and KEN THOMAS February 1, 2012 9:32 AM WASHINGTON (AP) ? President Barack Obama's re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term. Among them are embattled former New Jersey Gov. Jon Corzine. Obama's campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. Corzine is no longer raising money for the re-election, campaign officials said.The campaign divided the list into four groups based on how much money donors raised: $50,000-$100,000, $100,000-$200,000, $200,000 to $500,000 and those who raised more than $500,000 apiece. The donors represent a broad network of contributors, many of them longtime Democratic Party stalwarts. The list includes two fundraisers linked to Solyndra LLC, the California solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000. The disclosure came as Obama headed back out on the money trail, speaking Tuesday night at two high-dollar fundraisers in the Washington area where donors paid $35,800 per ticket to see him. At an event at the posh St. Regis Hotel, the president told donors that Republicans have ""the wrong vision for America,"" though he didn't mention any of his opponents by name or reference the voting under way in Florida, where polls were closing in the state's GOP primary. Obama said voters needed to know ""that this is not an abstract ideological argument, that this is a practical concrete argument,"" and that the election is about whether they'll be able to find a good job with a living wage and get health care for their families. ""They've got to feel that we are actively advocating on their behalf."" Obama's campaign ended the year with more than $81 million in the bank, but Republicans are gearing up in the race for the White House. The Republican National Committee collected $27 million during the final three months of 2011, compared with $23 million by the DNC. In December, the RNC raised $11.6 million while the DNC collected $8.8 million. Through the end of 2011, the RNC had $20 million in the bank and $13 million in debt, while the DNC held $12.5 million in cash on hand and $6.5 million in debt. Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government. Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

lobbyist. Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant's government relations operations. California figured most prominently on Obama's roster of big money ""bundlers."" Sixteen are from California and 13 are from New York. Top fundraisers include movie producers Jeffrey Katzenberg and Harvey Weinstein, and Vogue editor-in-chief Anna Wintour. Actress Eva Longoria was in the second highest tier, bundling $200,000 to $500,000 for Obama's re-election. Associated Press writer Erica Werner contributed to this report. ------------------------------------------------------------- D- LAT, GH- WAPO, HJ-HuffPO, Surf Alliance- FGT, -----------------------------------------------------------------

# Trolling the illuminati!

 According to all of these studies, and general consensus, people who drive Tesla's are arrogant pricks. According to all of the studies, and general consensus, about Silicon Valley Billionaires, they, too are arrogant pricks. Arrogant Fraternity House prick boys are the most entitled, egotistical pseudo-macho people on Earth. Ergo, they will defend their sports team, beer brand, stock portfolio and anything that questions their penis-size, to the death. So, if you are trying to drain the illuminati's bank accounts in order to achieve a political advantage, there is no greater gift than Tesla Motors. By Elon Musk's own published admission, Tesla was dead in 2008. It was only kept alive as The Walking Dead by Silicon Valley VC's in order to get battery kickback deals and policy control. Every time the Tesla stock ticker starts dropping like a rock, when real investors realize it is a scam, the Silicon Valley VC's run out and buy a bunch of stock to make it look like Tesla has risen from the stock market dead in spite of the fires, recalls, management walk-outs, employee accidents, fraud charges, lawsuits and all of the other things that would kill any other company in the stock market. (Is that legal?) That is called ""pumping the stock"". Those are fake stock buys from Silicon Valley VC's. The only thing is, the more they pump, the poorer they get. T. C. - BB ---------------------------------------------

 http://www.youtube.com/watch?v=kAO4EVMlpwM

 http://www.youtube.com/watch?v=PFvKQhQzZPI

 http://www.youtube.com/watch?v=i3Z6CsMHeMo

 "You know those secret organizations that form conspiracy cartels to control government and industry. Here are all of the members of one such organization known, among the members, as ""The Omni"" (Or Illuminati-East-Coast). Research them, draw a line between the connections. See what you see:"

 Rockmark Corporation
 Fedmark Corporation
 "EC Holdings, Inc."
 ECW Investor Associates
 Realrock I
 Louis R. Benzak
 John R.H. Blum
 James R. Bronkema Trust
 "Vincent deP. Farrell, Jr."
 Leslie H. Larsen
 Bill F. Osborne
 Portman Family Trust
 William F. Pounds
 David Rockefeller

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"DR & Descendants, L.L.C."
The Estate of Edna B. Salomon
Robert B. Salomon
Ralph B. Salomon
William G. Spears
George M. Topliff


THE EXPOSE ON ""THE SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES"". The Silicon Valley Tech-illuminati hold an event called the ""SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES"" organized by The Singularity University (Which is dedicated to merging people with machines and creating SkyNet, or something like it)(Notice that Google just bought a humanoid robotics company as they infest the entire internet so the actual Terminators must be only a few years away.) At SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES they discuss ""3D printing living hookers on demand"". Imagine, you are horny and you can print up Marilyn Monroe or Angelina Jolie for pleasure and, later, ""reprocess"" your pseudo-flesh pleasure-lifeform into another character. Silicon Valley VC's love disposable people. Ask any H1B engineer from India. They like to get them in, get the code and shoot them back to Bhopal so the VC's don't have to pay them any stock. Already one of the leading employers of escorts and prostitutes in the U.S., disposable 3D printed sex people couldn't be more perfect for Silicon Valley. They discuss the economics of ""In-Vitro Hamburgers"". They claim to have already made, and eaten In-Vitro Hamburgers. Short on cash?, give birth to In-Vitro hamburger patties and sell them to McDonalds to supplement your income. Great! So now the Silicon Valley VC's really can eat their young. While they were at it, they also arranged to have Coca Cola control our last natural resource: Drinking water. The Singularity people made a deal so only Coca Cola can get you fresh water if you are dying from thirst. Evil? People are actually building these things. The Illuminati pay for this crap. How out of touch with reality can these billionaires be? Here the rich and powerful fraternize with their anointed ""inventors"". These ""inventors"" are ivy league college chums that they fund in order to control markets. Pitched as, the ""next generation of technological break-through"", these backers tend to support things that Austin Powers wants more than the average person needs. Closely aligned with the audaciously self-promoting yuppie TED Talk culture, these gatherings are college parties for mutual admiration indulgences. At least with TED Talks you can go online and watch TED Talks to research who the arrogant self-obsessed Silicon Valley hipsters are. With the SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES, it is a bit more stealthy but NPR snuck in and got the goods. Famous scientist Craig Vettner says Singularity hype is all: ""Bu*lSh*t"" in an NPR interview. He, and most credible engineers find that this is all pump and dump stock shilling. AT- University of Los Angeles -------------------------------------------------------- AI or BS??
http://ask.metafilter.com/162790/AI-or-BS

------------------------------------------------------------- See this link for more:
https://www.growvc.com/openTalks/publicBoard/22779

---------------------------------------------------------------------- See this link for other thoughts:
http://37signals.com/svn/posts/1927-the-next-generation-bends-over

----------------------------------------------------------------------


# Here is why they tried to ""KILL"" Micheal Arrington,

Martin Eberhard, Snowden, Assange and the rest: So A Blogger Walks Into A Bar? Michael Arrington Tuesday, September 21st, 2010 Yesterday I was tipped off about a ?secret meeting? between a group of ?Super Angels? being held at Bin 38, a restaurant and bar in San Francisco. ?Do not come, you will not be welcome,? I was told. So I did what any self respecting blogger would do ? I drove over to Bin 38, parked my car and walked in. in the back of the restaurant in a private room was a long oval table. Sitting around the table, Godfather style, were ten

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

or so of the highest profile angel investors in Silicon Valley. These investors, known as ?super angels? because they have mostly moved on to launch small venture funds of their own, are all friends of mine. I knew each person in the room very, very well. "

 "I certainly didn?t think anything was amiss and I expected a friendly hello and an invitation to sit down for a drink or two before being shooed off while they talked about whatever they thought should be kept off record. But instead it went something like this: Me: Hey! Person who was talking: oh, oh no. Me: Hi. I heard you guys were here and I wanted to stop by and say hi. Them: dead silence. Me: so?. Them: Deafening silence. Me: This is usually where you guys say ?sit down, have a drink.? Them: not one sound Me: This is awkward. I guess I?ll be leaving now. I?ve never seen a more guilty looking group of people. But that alone isn?t that big of a deal. Lively conversations often die quickly when I arrive, and I?ve learned not to take it personally. But I did sniff around a little afterwards, and have spoken to three people who were at that meeting. And that?s where things got interesting. This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley,   have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I don?t use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner. According to these souces, the ongoing agenda includes:"

 "Complaints about Y Combinator?s growing power, and how to counteract competitiveness in Y Combinator deals."

 Complaints about rising deal valuations and they can act as a group to reduce those valuations.

 How the group can act together to keep traditional venture capitalists out of deals entirely

 How the group can act together to keep out new angel investors invading the market and driving up valuations.

 "More mundane things, like agreeing as a group not to accept convertible notes in deals (an entrepreneur-friendly type of deal)."

 One source has also said that there is a wiki of some sort that the group has that explicitly talks about how the group should act as one to keep deal valuations down.

 "At least two people attending were extremely uneasy about the meetings, and have said that they are only there to gather information, not participate. So what?s wrong with this? Collusion and price fixing, that?s what. It is absolutely unlawful for competitors to act together to keep other competitors out of the market, or to discuss ways to keep prices under control. And that appears to be exactly what this group is doing. This isn?t minor league stuff. We?re talking about federal crimes and civil prosecutions if in fact that?s what they?re doing. I had a quick call with an attorney this morning, and he confirmed that these types of meetings are exactly what these laws were designed to prevent. I?m not going to say who was at the meeting since at least a couple of the attendees are saying they were extremely uncomfortable with the direction the conversation was going. But like I said, it included just about every major angel investor in Silicon Valley. On a side note, this is a difficult post to write,

THE BOOK OF TESLA: Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

because I call nearly every person in that room a friend. But these actions are so completely inappropriate it has to be called out. ?????????????????????????- Not sure what your sources are, but courts have ruled that parallel action can be sufficient evidence of conspiracy under Section 2 of the Sherman Act. See e.g. American Tobacco v. United States (1946), available here: http://supreme.vlex.com/vid/american-tobacco-v-united-states? The Supreme Court wrote: ?[The conspiracy's] existence was established, not through the presentation of a formal written agreement, but through the evidence of widespread and effective conduct on the part of petitioners in relation to their existing or potential competitors.? If I remember correctly from my anti-trust class last year, the American Tobacco precedent still stands. You don?t need written or audio evidence to get a conviction; anti-competitive behavior in the marketplace is sufficient. ?? dandelany 774 days ago | link Interesting questions? IANAL, but I imagine they?re colluding to bring down the valuations of startups, therefore essentially fixing the ? price? of their money, to be paid for in startup equity. If I, and others, say your company is worth a million dollars, then I?m fixing the price of my $500,000 at 50% of your company. ?? brendonjason 774 days ago | link IANAL(E), but this scenario would seem to be more of a concern if startups in Silicon valley got together over dinner to deny deals that didn?t offer similar terms and prices in dollars for securities of all startups represented at said dinner simultaneously. As for angels fixing the ?price of their money? I don?t understand how antitrust applies to this anymore than it would to, say, how LIBOR is determined. If antitrust applies to colluding on the dollar amount to be paid OUT instead of price asked for money coming in, then if I start a boycott of something (colluding to pay $0) am I guilty of violating antitrust laws? As I understand it (not much, I admit), antitrust applies to goods and services, not cost of money. If antitrust applied to cost of money, the Federal Reserve would not exist since it?s basically an extension of the member banks that make up its institutional board of directors (not board of governers). All they do is get together and fix the price of money to be printed and lent out to member banks. Also, this whole ?I stumbled in on a secret meeting of powerful men conspiring to start a revolution? thing is somewhat suspect; throughout history this gambit, if it actually happened that way, is usually either desperate grab at 15 minutes of fame (which seems unlikely given Michael?s popularity), an attempt to gain instant credibility on some esoteric but useful new subject (?I was the only outsider privvy to what happened there, so you can trust me?) or, unfortunately, a cynical move feigned by the men in the room to inspire hasty and possibly faulty reactionary stances by the supposed target of their ?envy?. I could be wrong though. I just can?t believe guys who are careful enough to get to such a position in life would all simultaneously get so careless. On the same day. In the same place. ?? polynomial 773 days ago | link > if I start a boycott of something (colluding to pay $0) http://j.mp/dividedby0 (Unless of course you actually get them to give it to you for nothing, which is generally not the point of a boycott?) ?? jeromec 774 days ago | link Think of the stock market. That?s certainly a marketplace. It?s made up of investors seeking to earn a return on their money by investing in companies. Think of the illegalities involved in collusion to manipulate the stock market. Now think of Silicon Valley as a less formal/regulated stock market? With Groupon nobody is asked to not buy or otherwise participate in the market unless done through Groupon. Instead, it?s like a grocery store co-op; members pool their money to get more buying power. This doesn?t mean they agree to refrain from shopping elsewhere, as that would be collusion/conspiring to produce a market effect. IANAL ?? brendonjason 774 days ago | link If I have an investing club and we come to define an investment approach, say, what stocks we like and what we think they should be valued at, are we colluding to price fix the market? If I think a company is over priced and I am in charge of executing trades for my investing club, whose members unanimously agreed not to buy the stock in question until it fell down say, $20 more in price ? are we colluding? Yes. Colluding to price fix? No. We?re simply colluding not to participate in the buy side. That may or may not lead to sellers slowly changing their asking price. But that?s a two-way street. I don?t see the illegality according to anti-trust. Now if every major instututional house/hedge/mutual/pension fund that owned that stock got together and colluded to refuse to SELL us any stock until we agreed to their higher price, that I understand is illegal. They are fixing the price literally. But I don?t see how us refusing to participate in a transaction on the buy side is illegal whether we have 5 members or 5 million. Saying that the angels are colluding to price fix buys into Michael?s assertion that ? together, the men in that room account for nearly 100% of all angel deals?. That means that their ?deals? are the commodity in question, and they are free to do as they wish. If it?s their money, then it?s hard to make the claim that their money is the market. There?s certainly more money in the world than theirs. ?? blueben 774 days ago | link ?Look, you and I both know your company is worth $50 million. But I only want to pay $10 million, and I? ve already worked out a deal with my competitors so they won?t bid any more than that either. We own the market for investment, so you can take it or your company can die for lack of funding.? You don?t see a problem

with this kind of artificial market manipulation? This is no longer a market; it short circuits true capitalism and only serves to siphon gains from the seller (in this case, the company?s founders) to the buyer, who will turn around and effectively try to resell (or otherwise exit) the company for profit. Everyone seems to be convinced that price fixing only applies to sellers. That?s wrong. It firmly applies to both selling and buying. It?s fundamentally about market manipulation; taking steps to undermine the economy of the system for direct personal gain. That kind of behavior destroys wealth and erodes confidence in the marketplace. ?? aufreak3 774 days ago | link I?m ignorant enough to have the same question in my mind. ?? SkyMarshal 774 days ago | link Grellas, what?s your take on this Quora comment? In a nutshell, it?s not illegal for collusion on the buy side, only the sell side: Tarun Nimmagadda, Mutual Mobile Co-Founder, COO http://www.quora.com/Who-are-the-Super-Angels-that-Michael-A? ?The article was a fun read, but it is a false claim that this is illegal. Collusion, price fixing, and dividing markets is only illegal on the selling side. Think about how people and groups are able to band together for purchasing power and special treatment when buying goods/services. Its not illegal. Worth noting thought that if this price manipulation happened in relation to a company with over a 100 investors, SEC regulations would begin to apply and this behavior would be illegal? ?? grellas 774 days ago | link That comment was made out of ignorance. Antitrust laws are by no means limited to sellers only. ?? SkyMarshal 774 days ago | link Interesting, thanks. ?? Alex3917 774 days ago | link ?Collusion, price fixing, and dividing markets is only illegal on the selling side.? IANAL, but didn?t Standard Oil got broken up largely for being a monopsony? In fact the first two complaints from the DoJ were about sell-side issues: ?Rebates, preferences, and other discriminatory practices in favor of the combination by railroad companies; restraint and monopolization by control of pipe lines, and unfair practices against competing pipe lines; contracts with competitors in restraint of trade; unfair methods of competition, such as local price cutting at the points where necessary to suppress competition; [and] espionage of the business of competitors, the operation of bogus independent companies, and payment of rebates on oil, with the like intent.? ?? invisible 774 days ago | link I know this was pointed at grellas, but I think this is a misunderstanding when we look at price fixing and collusion. The illegality of collusion is secretly forming agreements to benefit competitors at the expense of other parties. Words like defraud can succinctly help you understand whether it is illegal or not when looking at these agreements. ?? dctoedt 774 days ago | link The Wikipedia summary of Section 1 of the Sherman Act is a decent read: http://en.wikipedia.org/wiki/Sherman_Antitrust_Act#Violation?

?? ?? jon_dahl 774 days ago | link Grellas, would there have to be evidence that the participants were acting anti-competitively, or is being in the room enough? Arrington says that a few of the folks there were uncomfortable with what was going on, and were maybe there just to see what was happening. ?? grellas 774 days ago | link Assuming the meeting had an illegal purpose (which is a major assumption at this point), one might infer that anyone present was complicit in that illegal purpose. In my view, that by itself would not normally be enough to subject someone to liability, especially if the participant disclaims affiliation with the group and thereafter does not act in concert with it. ?? guelo 774 days ago | link Does it matter if the participants have monopoly power over the market? I have a hard time believing Arrington?s claim that ?ten or so? angels control ?nearly 100% of early stage startup deals in Silicon Valley?. If they control lets say only 50% of this market would it still be illegal collusion? ?? grellas 774 days ago | link It is not required that the participants have monopoly power for them to transgress the law on this point. I agree with you that the ?nearly 100% of the early stage deals in Silicon Valley? statement is wildly overstated but this should not affect the fundamental legal analysis here. ??tc 774 days ago | link Congratulations to PG & company. When I first met Paul years ago, he was musing about spam filters and the finer points of a well-designed lisp. Now he apparently has the top 10 angels in Silicon Valley running scared of him. ?? jeromec 774 days ago | link The interesting thing is unlike that group of Angels apparently in the bar PG?s interests are less about helping himself, and more about helping entrepreneurs. From an essay by PG entitled ?Why YC?: The real reason we started Y Combinator is one probably only a hacker would understand. We did it because it seems such a great hack. There are thousands of smart people who could start companies and don?t, and with a relatively small amount of force applied at just the right place, we can spring on the world a stream of new startups that might otherwise have not existed. In a way this is virtuous, because I think startups are a good thing. But really what motivates us is the completely amoral desire that would motivate any hacker who looked at some complex device and realized that with a tiny tweak he could make it run more efficiently. In this case, the device is the world?s economy, which fortunately happens to be open source. http://paulgraham.com/whyyc.html ?? wensing 774 days ago | link YC?s greatest hack is identifying founder material based on technical rather than social proof (the YC app asks for an example of the coolest thing you?ve

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

ever built, not an example of a cool person that thinks you are cool). This hack is possible thanks to a judges panel full of real nerds. How many super angels or VC?s can claim to have the same? ?? gruseom 774 days ago | link I agree that YC are able to identify great hackers and great founders more easily because they are these things themselves. What?s little recognized is how big a difference this is between YC and the other YC-like funds. ?? wensing 774 days ago | link Yes. I had a colleague apply for TechStars and her takeaway from the interview was ? he was really focused on where the business was.? Doesn?t seem in line with what I?ve heard about YC?s primary interest (it?s not the business model). ?? gruseom 774 days ago | link It seems kind of obvious that most successful startups don?t succeed via the business model they started with. And that great founders can change business models more easily than great business models can change founders. Thesethings are so obvious that they?re cliches, in fact, but that doesn?t mean that they?re common practice. ?? qq66 774 days ago | link I don?t think anybody?s stated interests should be taken as an indicator of their true interests. In this case,with PG, I do believe that his stated intentions are sincere. But there is often so little correlation between actual and stated intentions, that I don?t take any such statement at face value. ?? jeromec 774 days ago | link I don?t think anybody?s stated interests should be taken as an indicator of their true interests. I agree. (actually I?d replace ? taken as an indicator? with ?taken as an absolute indicator?) In this case, with PG, I do believe that his stated intentions are sincere. I agree. ?? mhendrick 774 days ago | link Correct me if I?m wrong, but isn?t it likely that the angels involved also make up a strong percentage of the people who invest on Demo Day in post-YC companies? How can it be a ?PG vs Angels? situation when the parties involved are likely some of YC?s portfolio companies biggest ?supporters?? ?? brc 774 days ago | link One of the outputs from the YC process is better educated founders who have a lot more guidance in negotiating through a deal Even if the deal flow was exactly the same, just having the founders suffering less from information assymetry would be a stone in the shoe of the Angels. Think of it this way : if YC did all the same things, but also turned founders into being Angel patsies at dealtime, do you think they would be upset about it? I would guess it?s the information about how to negotiate, and what a good deal looks like is the problem. I?m sure they love the concept of demo-day to go deal shopping, but would prefer it if the products didn?t talk back. ?? MediaSquirrel 774 days ago | link YC is the seller, angels at Demo Day are the buyers. Just cuz you work with someone closely doesn?t mean you won?t or can?t try to screw them. ?? redrobot5050 774 days ago | link Yeah. I mean, look at the JooJoo/CrunchPad Debacle. According the Mike A., that?s exactly what happened. ?? mhendrick 774 days ago | link Agreed. It?s possible they got a bit overconfident in their respective positions because of the easy access to so many well-vetted companies. ?? jeromec 774 days ago | link Correct me if I?m wrong, but isn?t it likely that the angels involved also make up a strong percentage of the people who invest on Demo Day in post-YC companies? Yes, I believe so. How can it be a ?PG vs Angels? situation when the parties involved are likely some of YC?s portfolio companies biggest ? supporters?? That question might be better put to those Angels in the bar? ?? mhendrick 774 days ago | link I?m not defending the angels involved by any means; I actually think it?s a great thing that this has been exposed if it is indeed what?s been going on. The easy access to YC companies may in fact be what emboldened them to act in this manner in the first place. Once this all plays out, I think it?s safe to assume that at least a few of the angels in question are going to have to answer for their actions. Should be interesting to hear what they have to say. ?? brendonjason 774 days ago | link Yes. They are running scared of the growing threat of the Ylluminati. But since they have 100% of all the deals, they also seem to co-invest(?!?). These anxious (yet all-powerful) group of angels and this unstoppable new seed-stage prominence. They form a closed loop. A loop closed off to venture capitalists and angels not at that meeting ? which is basically everybody. Except Michael. He got away with his life intact and lived to warn us all. Actually, I don?t know what?s scarier ? the supposed collusion or the subtle dread that Y Combinator is supposed to evoke in my mind as I ponder the possibility of this event being true. If it is true ? maybe we should be side with these poor angels and help them before it?s too late. To paraphrase Woodrow Wilson, ?Since I entered (angel investing), I have chiefly had (angel investor?s) views confided to me privately. Some of the biggest men in the (Valley), in the Field of (IT) and (Venture Capital), are afraid of something. They know that there is a power somewhere so organized, so subtle, so watchful, so interlocked, so complete, so pervasive, that they better not speak above their breath when they speak in condemnation of it.? That something ? is Y Combinator. Um ? no. The dark side doesn?t suit you, Y Combinator. Please stop. I?m sorry. Maybe I?ve had too many beers tonight. But this is the kind of scenario that only comes out of the mind of a silicon valley PR firm. (please don?t downvote me too much ? I?d like to get above 100 karma points just once for a change! Noooo!) ?? limist 774 days ago | link I upvoted you just for the historical reference. ?? mixmax 774 days ago | link So a blogger gets a tip from a source, knows the people involved, acts on it and smells a rat. He

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

sticks around and talks to a few people he knows, makes a few calls and gets a breaking story. Sounds to me like bloggers are the new journalists and that traditional media is in big big trouble. ?? sachinag 774 days ago | link Felix Salmon does this, and he?s a blogger working for Reuters. Dan Primack does this, and he?s a blogger working for Fortune. It?s not about old/new media ? it?s about hustle. ?? Alex3917 774 days ago | link Read Manufacturing Consent or any of the books that have been written about the MSM since then. It?s very much about old media verse new media. If this were the NYT they?d probably tell Arrington he couldn?t run the story because it?d interfere with either their ad sales or else their access to sources. For example, just look at how/why they covered up their knowledge of the warrantless wiretapping until after Bush got reelected. Whereas with Arrington there?s no one to tell him he can?t do it because it?s his blog, and because he?s not part of some mega corporation the chances of a story like this killing the revenue of some part of his empire are infinitely lower. ?? metamemetics 774 days ago | link >Sounds to me like bloggers are the new journalists

   Journalism used to be considered the fourth branch of government, keeping the other branches and largeinstitutions in check. Blogs are the startups of the journalism world. As America moves from bureaucratic capitalism with large institutions to entrepreneurial capitalism with many small firms & independent players, the responsibility to call out unethical behavior is transferred from news companies to the individual. ?? vaksel 774 days ago | link a breaking story would name names?him not naming names just means he can use this as a hammer to get better terms for Techcrunch(either I get exclusive to every deal you guys do?or your names will be posted) ?? metamemetics 774 days ago | link I would argue it?s more ethical to discourage and prevent crime from ever happening in the first place. Seeking satisfaction from ?catching the bad guy? (naming names) is to setup a market dependent on the need for new crimes. Arrington did the right thing. It?s not about whether he caught a criminal, it?s about whether he prevented someone from becoming one. ?? eavc 773 days ago | link Someone (maybe everyone) in that group knew what they were doing to be wrong. I doubt that they will abandon their ethical choice; they?ll find smarter ways to do what they?d intended all along. One thing that might work is if someone in the group has damning correspondence, everyone will panic and promise to ?never talk about that summer again,? genuinely preventing future problems. ?? jon_dahl 774 days ago | link Maybe. This approach shows some integrity too, though. Not everything has to turn into a scandal (at least if inappropriate behavior stops quickly). Call me soft on crime. ?? mattmaroon 774 days ago | link Him not naming names means that people will continue to give him information in the future. He?d be shooting himself in the foot by naming a source that requested anonymity. ?? SkyMarshal 774 days ago | link There?s an interesting conundrum there too. He can?t name names without either omitting (and hence identifying) his source/s, or including (and inditing) them. Either way he loses that/those source/s for future stories. He did the only thing he could do, besides staying silent. If it happened to be the right thing as well, so much the better. ?? drusenko 774 days ago | link unlikely. business in the valley is not done by extortion. more likely is that he doesn?t want anyone to get in trouble, he?s just putting them on notice. ?? jnoller 774 days ago | link I do hope he?s wrong, or that this a mistake of some sort. The rise of Angel investors has seen a lot of ideas and entrepreneurs get needed money when they might not have under the traditional VC model. Something like this, if true, will cause the government to step in, and probably regulate and change things for the worse for a great many people. It won?t just hurt these few super angels. It will take everyone with it. ?? j_baker 774 days ago | link To be fair, this is Michael Arrington. He?s not above sensationalism to get a few extra clicks. ?? mattmaroon 774 days ago | link This goes well beyond sensationalism. I?m inclined to believe him for three reasons: 1. Mike?s not known for boldly lying. He might publish rumors that Facebook is building a phone too liberally, but I?ve not heard of him saying ?I saw x happen? and it wasn?t true. Assuming the account of what he himself saw was accurate it?s hard to imagine collusion wouldn?t be the purpose. 2. This sounds like something that would happen. VCs do this crap all the time, why not angels? 3. Publishing this might be bad for him, and if it were untrue, it would definitely be really bad for him. ?? cletus 774 days ago | link I believe it too. You succinctly enumerate the reasons. The biggest for me was that (he claims) he saw it happen. That puts his personal reputation at stake, which I think will have to meet a far higher standard than the rumour publishing ?go tos? of ?an anonymous source?. The FB phone was (imho) classic Arrington (the bad side). Posted on the weekend (in the hopes that FB PR would be slow to respond and debunk it), quoting anonymous sources and no substance at all. Basically, link bait. That sort of story does him (or rather his credibility) no favours. ?? swombat 774 days ago | link Add to that that there is no convincing reasons why this group of angels would manufacture this story to lead him on. Unlike with some other TC stories which turned out to be manufactured to discredit TC, in this one, the sources themselves would risk a lot by leaking this ? true or false. ?? Alex3917 774 days ago | link In Arrington?s defense his claims are laid out clearly without any weasel

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

words. Either this is happening or it isn?t. So while I?m pretty meh about TC as a whole, I?m giving him the benefit of the doubt on this one. ?? chc 774 days ago | link He didn?t name a single name. If he really believed this was so certain, he could have. Unless he?s trying to make them do something, the only reason to keep names out of it is because he thinks this might be libel. ?? swombat 774 days ago | link He doesn?t need to expose himself to lawsuits by naming names. The names are pretty obvious to anyone in the field. ?? chc 774 days ago | link Yes, but that?s the thing ? you can?t get sued for ?obvious names.? Even if he?s completely making this up, if one of the obvious suspects sues him, he can just say, ?Oh, no, I didn?t mean him.? The comment I was replying to said, ?his claims are laid out clearly without any weasel words. Either this is happening or it isn?t.? I disagree with that ? Arrington is not laying it all out here as a black-and-white truth. He?s consciously omitting facts in a way that happens to shield him from repercussions if this is false. As a traditional dead-tree newspaper guy, I?m very familiar with the ways reporters fudge their claims to avoid being responsible if it turns out to be crap. That? s what this sounds like to me. ?? eavc 773 days ago | link If he calls them felons and they wind up being acquitted for whatever reason, however technical or stupid, then he would be liable for libel. He clearly wanted to avoid using weasel words. The only way to do that without being reckless is to not refer directly to the objects of the post. ?? techiferous 774 days ago | link ?the only reason? He did mention that they were his friends. Perhaps he wants to nip the illegal activity in the bud with as little collateral damage as possible. ?? jnoller 774 days ago | link I?m not going to disagree with that. As I said, I hope this is a mistake. ?? origoterra 774 days ago | link Arrington is smart, a lawyer himself, and already know is he headed straight to the witness stand. Thanks for blowing this whistle Mike. That?s the TC we like. ?? seldo 774 days ago | link I don?t know if witnessing a table full of people go silent when he turns up proves anything, and the rest is all info that would put his source on the stand, not him. ?? danielnicollet 774 days ago | link If you read the full post, take in account that he was present and saw who was there, and assume he has not chosen to reveal everything about the sources through TC at this time (that?s highly understandable ? protecting his sources and only disclosing what he feels is verifiable), there is definitely a lot here and absolutely enough for a climb to the witness stand! ?? tomjen3 774 days ago | link I am not so sure ? he said that several of the persons there were very uncomfortable with the deal, so being there alone would not be enough. The rest is heresay, which is admissible in no non-kangaroo court that I know of. ?? MediaSquirrel 774 days ago | link I believe the saying that applies is: ?Power corrupts?? ?? cool-RR 774 days ago | link I wouldn?t take anything he says seriously. [Edit: If it wasn't clear, I meant Arrington, not Jesse] ?? lsternlicht 774 days ago | link I think your statement was clear. However, I find it hard to believe Arrington would put some of his best sources at risk if his claims were completely unfounded. ?? onan_barbarian 774 days ago | link Strange how any post that could be construed as being negative about Arrington gets down-modded by about 5 points, regular as clockwork. That being said, I think he?s on the money with this one. This can only be good for YC overall. The suspicion that YC alternatives are all colluding against your startup is likely to make YC seem more attractive still, to the class of startup that would be wavering between YC and a rival. ?? stanleydrew 774 days ago | link Posts that consist of nothing more than subjective statements tend to get a lot of downvotes, not just the ones about Arrington. ?? ori_b 774 days ago | link The reason it?s always exactly 4 points of downvote is because hn caps the visible downvotes at 4, not because there are 4 shills. ?? ericd 774 days ago | link Super angels aren?t really an alternative to YC? they normally step in at the stage a company is at where YC normally ends. ?? gruseom 774 days ago | link I find it fascinating how the very qualities that lead people to call Michael Arrington an asshole are dramatically in evidence here. It takes a staggering immunity to social mores to walk in on a meeting of rich and powerful friends, friends who are connected to his own business in many ways (read: friends with leverage) and behave the way MA says he did, let alone go home and write that article. Very few people could do it. I?m not sure I could, to put it mildly. I particularly doubt if many (any) of Arrington?s competitors ever would. It may take a character disorder to be able to act this way. In an age when journalists grade themselves by which power-brokers deign to have lunch with them (anybody see David Brooks prattling about this on Charlie Rose the other night? lunch and dinner, he said) it?s impressive to see anyone act like this. Especially if what he?s saying

   is true and this really is a matter of right and wrong.

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

""We are invited to deceive ourselves into believing we are playing for the same stakes while worshipping the same ideals, a process labelled ?'aspiration'.' Photograph: Alamy"

"Last week, Tory MP Esther McVey, Iain Duncan Smith's deputy, insisted it was ""right"" that half a million Britons be dependent on food banks in ""tough times"". Around the same time, the motor racing heiress Tamara Ecclestone totted up a champagne bill of œ30,000 in one evening. A rich teenager in Texas has just got away with probation for drunkenly running over and killing four people because his lawyers argued successfully that he suffered from ""affluenza"", which rendered him unable  to handle a car responsibly. What we've been realising for some time now is that, for all the team sport rhetoric, only two sides are at play in Britain and beyond: Team Super-Rich and Team Everyone  Else. The rich are not merely different: they've become a cult which drafts us as members. We are invited to deceive ourselves into believing we are playing for the same stakes while worshipping the same ideals, a process labelled ""aspiration"". Reaching its zenith at this time of year, our participation in cult rituals ? buy, consume, accumulate beyond need ? helps mute our criticism and diffuse anger at systemic exploitation. That's why we buy into the notion that a œ20 Zara necklace worn by the Duchess of Cambridge on a designer gown costing thousands of pounds is evidence that she is like us. We hear that the monarch begrudges police officers who guard her family and her palaces a handful of cashew nuts and interpret it as eccentricity rather than an apt metaphor for the Dickensian meanness of spirit that underlies the selective concentration of wealth. The adulation of royalty is not a harmless anachronism; it is calculated totem worship that only entrenches the bizarre notion that some people are rich simply because they are more deserving but somehow they are still just like us. Cults rely on spectacles of opulence intended to stoke an obsessive veneration for riches. The Rich Kids of Instagram who showed us what the ""unapologetically uber-rich"" can do because they have ""more money than you"" will find further fame in a novel and a reality show. Beyond the sumptuous lifestyle spreads in glossies or the gift-strewn shop windows at Harrods and Selfridges, and Gwyneth Paltrow's Goop website, shows like Downton Abbey keep us in thrall to the idea of moolah, mansions and autocratic power. They help us forget that wealthy British landowners, including the Queen, get millions of pounds in farming subsidies while the rest of us take back to the modest homes, which we probably don't own, lower salaries and slashed pensions. Transfixed by courtroom dramas involving people who can spend a small family's living income on flower arrangements, we don't ask why inherited wealth is rewarded by more revenue but tough manual labour or care work by low wages. Cue the predictable charge of ""class envy"" or what Boris Johnson dismisses as ""bashing or moaning or preaching or bitching"". Issued by its high priests, this brand of condemnation is integral to the cult of the rich. We must repeat the mantra that the greed of a few means prosperity for all. Those who stick to writ and offer humble thanks to the acquisitive are contradictorily assured by mansion-dwellers that money does not buy happiness and that electric blankets can replace central heating. Enter ""austerity chic"" wherein celebrity footballers are hailed for the odd Poundland foray, millionaire property pundits teach us how to ""make do"" with handmade home projects and celebrity chefs demonstrate how to ""save"" on ingredients ? after we've purchased their money-spinning books, of course. Cultish thinking means that the stupendously rich who throw small slivers of their fortunes at charity, or merely grace lavish fundraisers ? like Prince William's Winter Whites gala for the homeless at his taxpayer-funded Kensington Palace home ? with their presence, become instant saints. The poor and the less well-off, subject to austerity and exploitation, their ""excesses"" constantly policed and criminalised, are turned into objects of patronage, grateful canvasses against which the generosity of wealth can be stirringly displayed. The cult of the rich propounds the idea that vast economic inequalities are both natural and just: the winner who takes most is, like any cult hero, just more intelligent and deserving, even when inherited affluence gives them a head start. We are mildly baffled rather than galvanised into righteous indignation when told that the rich are being persecuted ? bullied for taxes and lynched for bonuses. The demonising of the poor is the flip side of the cult of the rich or, as a friend puts it, together they comprise the yin and yang of maintaining a dismal status quo. It is time to change it through reality checks, not reality shows. ----------------------------------------------------------------- Glenn Greenwald and team are seeking top reporters and researchers for the new venture. Contact the usual suspects if you are qualified or: info@omidyargroup.com ----------------------------------------------------------------"

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## "White, male startup companies get funding for being white and male ... "

"Feb 10, 2010 ... When top technology venture capitalist John Doerr decides which ... there are people that look like you that did great evil?no matter what color  ..."

restructure.wordpress.com/ 2010/ 02/ 10/ white-male-tech-startups-get-funding-for-being-white-and-male/ -

## *michael parekh on IT*: ON JOHN DOERR'S CLARION CRY AT ...

"Mar 8, 2007 ... MAKE IT SO John Doerr made one of the most emotional presentations on the need for ""Going Green"" just now, kicking off the second day of  ..."

mp.blogs.com/mp/2007/03/s_7.html -
--------------------------------------------------
http://inthecompanyofgoodandevil.com/In_the_Company_Introduction.Craig_Winn
--------------------------------------------------

## Silicon Valley Is a Big Ole Fraternity - The Wire

"27 Apr 2012 ... Well, creating bros only takes a certain environment that both Silicon Valley and college fraternity houses share. Bro-dom is not about IQ or  ..."

www.thewire.com/ technology/ 2012/ 04/ silicon-valley-big-ole-fraternity/ 51651/ -

## Brogramming: The disturbing rise of frat culture in Silicon Valley ...

30 Apr 2012 ... A new generation of programmers is fostering a culture that's more Animal House than Revenge of the Nerds ? and that's not necessarily a  ...

www.theweek.com/ article/ index/ 227356/ brogramming-the-disturbing-rise-of-frat-culture-in-silicon-valley -

"26 Apr 2012 ... For startups like Path, recasting geek identity with a frat house ... for social-media analytics company Klout: The high-flying Silicon Valley startup  ..."

www.motherjones.com/ media/ 2012/ 04/ silicon-valley-brogrammer-culture-sexist-sxsw -

## Brogrammers Bring Frat-House Ethos to Geek World of Coding ...

"2 Mar 2012... that prevailed when semiconductors ruled Silicon Valley. ... A portmanteau of the frat-house moniker ?bro? and ?programmer,? the term has  ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

www.bloomberg.com/ news/ 2012-03-02/ brogrammers-bring-frat-house-ethos-to-engineers-geeky-coding-world-te ch.html -

## "Michael Arrington, Jenn Allen, and the Dark Side of the Information ... "

"Dec 1, 2013 ... Now he's on the defensive, denying accusations that he raped an ex-girlfriend ... Speakers are a Who's Who of Silicon Valley and in recent years have ... past his prime and the untucked style of a frat-house social chairman."

www.vanityfair.com/ business/ 2013/ 12/ michael-arrington-jenn-allen-relationship

"Journey to the (Revolutionary, Evil-Hating, Cash-Crazy, and Possibly Self-Destructive) Center of Google"

## "You've heard the story. Larry and Sergey drop out of school, start a company in a garage, then become billionaires. But will Larry and Sergey ever grow up

By John Heilemann
Photographs by Ken Probst/Corbis Outline

"It's August 19, Going Public Day for Google, and Larry Page and his comrades are eyeing the lavish breakfast laid out before them at the NASDAQ building: poached eggs perched on tiny pedestals, piles of canap‚s, pots of crŠme fraŒche. In a few minutes, Larry will preside over the ceremonial opening of the market, then he'll troop up the street to Morgan Stanley to watch Google's stock start trading. At 31, Larry is about to cross the threshold into bona fide billionairehood. So you'd think he'd be as high as Courtney Love right now?but he doesn't really look it. Buttoned up in a suit from Macy's, strangled by a stiff white collar, he isn't eating, isn't schmoozing, and is only rarely smiling. Maybe it's the absence of Sergey Brin, his fellow Google founder, who has chosen this morning, unaccountably, to stay back in Silicon Valley. Or maybe he's just exhausted. But even when his elders approach and kiss his ass, Larry's at a loss for words. ""Congratulations, congratulations,"" says NASDAQ president Robert Greifeld. ""This offering is great for all of us. Great for Google, great for the NASDAQ. It's going to be a great success!"" Larry mumbles, ""It will be interesting to see what happens."" A few feet away, Google's CEO, Eric Schmidt, is chatting with John Doerr, one of the company's venture-capital investors and a member of its board. At 49 and 53, respectively, they are senior members of the Silicon Valley patriarchy. Schmidt is the former CEO of the software firm Novell and, before that, was a longtime executive at Sun Microsystems. Doerr, the marquee partner in the VC firm Kleiner Perkins Caufield & Byers, is the financier who bankrolled Netscape, Amazon.com, Compaq, and Sun. Between them, Schmidt and Doerr have spent more than fifty years in the Valley. But as both will attest, they have never encountered a pair of founders quite like Larry and Sergey?or an IPO quite like this one. What started out at the founders' instigation as a grand experiment in popular capitalism has turned into what this morning's Wall Street Journal described as ""a rather messy affair."" There have been inquiries by the Securities and Exchange Commission, acid criticism in the media, and investor skittishness about the price of the stock and about the auction by which it's being sold. (And let us not forget the piŠce d'incompetence: a Playboy interview with Larry and Sergey that came out during the SEC-mandated ""quiet period"" and made the Google PR team look like a bunch of, well, boobs.) So while Schmidt and Doerr must surely be taking comfort in the fact that they're about to make a bundle, they must also be praying silently that nothing else goes wrong. Suddenly, there's a flurry of activity, a scurrying of factotums. Two pretty young women in short black skirts cry out for sparkling water and napkins. Schmidt and Doerr glance around the room,

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

finally clocking the cause of the commotion: Larry has planted his billion-dollar butt in a plateful of crŠme fraŒche. As the young ladies gamely dab his bottom, trying to rid him of his stain, Larry stands stiffly, his face the color of claret. Schmidt turns to me and rolls his eyes. ""These things happen,"" he says. ""We've seen worse."" The rise of Google is a tale often told as a Silicon Valley classic. Two precocious Stanford grad-student nerds swept up in the fever of the Internet boom invent technology that profoundly changes the experience of the Web; they drop out and start a company (in a garage) that achieves iconic status; they stage a historic public offering, achieving vast wealth and fame. This version of events is accurate in all its particulars. If anything, it understates the case. Arguably the most important technology company to emerge in two decades, Google is as ubiquitous as the Internet itself. By the end of 2004, the controversies that plagued its IPO were long forgotten. Its stock was trading at around $190?more than double the offering price?and Larry and Sergey were worth approximately $7 billion each. They'd even made it onto Barbara Walters's list of the year's ""Most Fascinating People."" But beneath these familiar surface details, the Google story is more nuanced and compelling. It's a story about the clash between youth and experience, more a messy ensemble drama than a simple buddy flick?one whose main characters have persistently deviated from any script, resulting in unexpected twists and turns that haven't come to light until now. Through boom and bust, the prevailing plotline in Silicon Valley has revolved around fathers and sons. And despite the caricature of the Valley as a realm where the latter are constantly cudgeling the former, the relationship has often been more traditional than outsiders assume. Like every other precinct of the business world, the Valley has long been in thrall to the Serious American Executive, the seasoned CEO, valued for his maturity and credibility with Wall Street. At the height of the dot-com bubble especially, the importing of bosses with top-heavy CVs became the fashion in the Valley, even as the image of the place was centered on its pizza-munching, Rollerblading tyros. At Netscape, Yahoo, eBay, and many other start-ups, twentysomething founders were soon reporting to executives old enough to be their parents. Netscape phenom Marc Andreessen had CEO Jim Barksdale. Yahoo's Jerry Yang and David Filo first had CEO Tim Koogle and later Terry Semel. Frequently, these executives had no experience in technology. They were typically, however patronizingly, referred to as the ""adult supervision,"" and their job was to engender a semblance of corporate sanity and discipline?in other words, to keep the kids in line. Their presence also highlighted where the real power in the Valley rested: with the venture capitalists who had installed them in the first place. Larry Page and Sergey Brin are, in Silicon Valley terms, of a different generation than Andreessen, Yang, and Filo. Which is to say, they started their company four years later. By then the pair had determined they had no use for many of the Valley's customs. At every stage in their quest to build what Larry describes as ""not a conventional company,"" they have ignored the adamant advice of Google's designated grown-ups. They've accepted a middle-aged CEO but denied him full authority. They've displayed indifference, even contempt, for Wall Street, their stockholders, and the press. And while the Google IPO provided some of the most vivid scenes so far in the company's patricidal drama, those tense enactments weren't the first, and they won't be the last. Michael Moritz, the other venture capitalist behind Google, once told me, ""Most people think that IPOs are the climax of a company's story, but in fact they're just the first chapter."" He went on to say that a company's genetic code gets set in its first eighteen months. ""After that,"" he said, ""companies are impossible to change; their cultures are hardwired in. If the DNA is right, you're golden. If not, you're screwed."" In January 1996, Larry, a reticent midwesterner who had gained renown in college by building an ink-jet printer out of LEGOs, and Sergey, a Muscovite by birth and an amateur trapeze artist, started working together on technology to search the Internet. At the time, most search engines based their results on the number of times a search-for term appeared on a given Web site. Larry and Sergey, both in the midst of pursuing their Ph.D.'s in computer science, surmised that it would be better to base searches on relevance; they believed popularity mattered?that the more often a site was linked to, the more relevant it was likely to be. Using complex algorithms, they devised a system they called Page-Rank, after Larry, and they put it at the heart of their search engine, first dubbed BackRub and soon thereafter, Google. Within two years, Google was the rage among the online cognoscenti, and Larry and Sergey were toying with the idea of starting a company. In August 1998, on a porch in Palo Alto, they delivered a demo to Sun cofounder Andy Bechtolsheim, a legend in the Valley for his engineering prowess and his nose for talent. He took one look at the demo and ambled off toward his car, then came back with a $100,000 check made out to Google, Inc. In Bechtolsheim, Larry and Sergey had found their first big brother. In short order, they found several others, from whom they collected $1 million in seed money. But Larry and Sergey knew that a million bucks wouldn't last long in the boom-era Valley, so they made their way up to Sand Hill Road, where the Valley's venture capitalists cluster in a kind of multimillionaires' ghetto. For the most part, Sand Hill Road proved inhospitable to Google.

The VCs didn't think search was a promising business; the field was already crowded, the leaders (Yahoo and Excite) firmly entrenched. The VCs also recoiled from the price tag on the deal, which valued Google at a brisk $75 million. And they didn't seem to care much for Larry and Sergey, either. ""They really had an attitude,"" one of them recalls. ""It was: We're smarter than you, our stuff is great, everyone else's sucks."" But two VCs felt differently: John Doerr, of Kleiner Perkins, and Mike Moritz, of Sequoia Capital. Doerr was arguably the most important venture capitalist in the Valley, and Moritz was the VC who'd backed Yahoo. With Moritz behind them, Larry and Sergey reasoned, Google would have a line into a company they badly wanted to do business with. Similarly, they saw Doerr and his firm as an avenue into AOL, which Kleiner had financed. For their parts, Doerr and Moritz were as smitten with Google's product as Bechtolsheim had been. The absence of a business plan didn't faze them; nor did the price. Indeed, Doerr was known to advise novice VCs, ""If you like the founders and you like the technology,

  price doesn't matter."" By May 1999, Doerr had decided he wanted to invest in Google, and so had Moritz. Given the connections each could provide, Larry and Sergey were keen, even adamant, about snagging both as backers. There was just one hitch: Neither father was inclined to share custody of his new favorite sons. Before the internet bubble, it was common for venture firms to team up on deals in order to spread risks and defray costs. By 1999, however, the size of many VC funds had swollen to $1 billion or more, and the venture capitalists had more money than they knew what to do with. Not only was collaboration no longer necessary; it wasn't desirable. Nowhere was the every-VC-for-himself ethos more ingrained than at Sequoia and Kleiner Perkins. Two of the oldest venture firms in Silicon Valley, they were also the most powerful and influential. But in outlook and demeanor, they were diametric opposites. Kleiner was flashy, promotional, profligate; Sequoia was low-key, gritty, frugal. In the words of one Kleiner partner, William Randolph Hearst III, ""KP is Athens; Sequoia is Sparta."" Doerr and Moritz were as different as their firms. Doerr: midwestern, Catholic, schooled as an engineer at Rice University. Moritz: Welsh, Jewish, schooled in history at Oxford. Doerr's introduction to Silicon Valley was selling microchips at Intel. Mor-itz's intro was covering the Valley for Time. Where Doerr was an enthusiast prone to hyperbole (""the largest legal creation of wealth in the history of the planet"" was how he famously described the Valley during the boom), Moritz was a skeptic and a cynic (his view of the Valley in 1998: ""There's going to be a lot of flesh on a lot of windshields""). And although no overt animosity existed between them, they were rivals who only rarely worked together. Taking on the task of getting the VCs to commingle were a pair of Google advisers, Ram Shriram and Ron Conway. Shriram, a former Netscape executive and one of Google's seed-money suppliers, had known Doerr for years; and Conway, a Silicon Valley angel investor (one who puts small sums into start-ups before they're ripe for VC funding), was friendly with Moritz. Day after day, Shriram and Conway wheedled and romanced the venture capitalists, all to no avail. ""You had to convince both sides that Larry and Sergey were really serious about wanting two VCs,"" an early Google insider says. ""John and Mike both wanted to do the deal alone. It turned into a fight. They didn't realize how headstrong the founders were."" Larry and Sergey couldn't believe what was happening. Neither could Doerr or Moritz. During the dot-com melee, the VCs were constantly confronted with money-hungry children wanting to be taken care of. But here the kids were saying, ""You guys have to learn to share."" About a month into the standoff, Larry and Sergey called Conway and said, ""Get a list together of your angel friends?we might just do the whole deal with angel money. KP and Sequoia don't get it?. We're gonna give them another couple of days, and then it's over."" Conway and Shriram delivered the message. The next Saturday morning, Conway was sitting in a Starbucks parking lot when he got a call from Shriram. ""The fight is over,"" Shriram said. ""They're both going to invest, and it's going to be fifty-fifty."" On June 7, 1999, Google announced the financing: a $25 million infusion, led by Kleiner Perkins and Sequoia. The VCs each now owned roughly 10 percent of Google, and Google now had all the money it would need to pursue its ambitions. But Larry and Sergey had acquired something more valuable than money, and potentially more problematic: a sense that, unlike so many young founders before them, they could defy the grown-ups' wishes and not be punished for it. Despite their differences, Moritz and Doerr agreed emphatically about one thing: Google needed to hire an A-list CEO, and quickly. Before investing, they had elicited a verbal commitment from Larry and Sergey that they would do just that. But while Larry and Sergey had assured the VCs that they agreed, they did nothing about it. To be fair, they were busy moving Google and its sixty-odd employees into a new headquarters in Mountain View, which they dubbed the Googleplex; they were coping with skyrocketing popularity, to the tune of 4 million queries a day; and they were striking their first major licensing deal, to provide Web search for AOL/Netscape. Still, as months rolled by and 2000 approached with no CEO on the horizon, it was clear that the boys were balking about bringing in someone above them. Eventually, they

began to make the case ardently against adult supervision, citing Bill Gates, Jeff Bezos, and Michael Dell as precedents. ""They saw the founders who had retained control as CEOs as the best, most creative, and most successful,"" says Dave Whorton, a venture capitalist who was then Doerr's prot,g,. ""What they didn't see were all the others who had failed. That wasn't in their data set."" Moritz monitored the situation with mounting frustration. Suspicious by nature, he'd doubted all along that Larry and Sergey would honor their commitment. Confronting them, he threatened to pull Sequoia's money if they refused to yield. ""It was not a pleasant conversation,"" Moritz recalls. ""In the heat of things, I rattled my saber loudly."" Doerr told me at the time that he, too, was contemplating such a threat. But instead he chose a different tack. What Doerr was hearing from Larry and Sergey was a combination of the engineer's demand for logic and the adolescent's impulse to challenge parental authority. ""Because we say so"" or ""because that's how it's done"" would never convince the boys of anything, and that was what the VC's arguments sounded like to them. So Doerr proposed that the boys take a little tour around Silicon Valley. He would arrange for them to meet and discuss the matter with some of the industry executives they had long admired. The names on Larry and Sergey's itinerary comprised a high-tech murderer's row: Intel chairman Andy Grove; Amazon.com's Bezos; Sun chairman and CEO Scott McNealy; Intuit founder and former chairman Scott Cook?the list went on and on. Doerr discreetly kept tabs on the meetings as they stretched out over several weeks. At one point, he asked Bezos what he thought of the boys' obstinacy. ""Hey, some people just want to paddle across the Atlantic Ocean in a rubber raft,"" Doerr recalls Bezos replying. ""That's fine for them. The question is whether you want to put up with it."" The prospect of putting up with it became more palatable when Doerr heard back from Larry and Sergey. Having gotten Socratic with their heroes, they were finally prepared to acquiesce in the hiring of a CEO. Their definition of acquiescence, however, was neither unconditional nor expeditious. ""If Larry and Sergey were given clear instructions by a divine presence, they would still have questions,"" Moritz says. For more than a year, in fact, Doerr and Moritz would continue to tear at their hair. But Larry and Sergey refused to be rushed; they took their own sweet time. ""Most young people starting companies are afraid,"" says Joe Kraus, who at 21 was a founder of Excite. ""They're afraid of failing. Afraid of getting it wrong. Afraid of missing their chance. Afraid, especially, of saying no to John Doerr. But these guys weren't afraid."" When Google announced in early 2001 that Eric Schmidt was becoming its chairman?a move followed a few months later by his installation as CEO?Silicon Valley was puzzled. For the past four years, Schmidt had served as CEO of Novell, and for nearly fifteen before that he was a senior executive at Sun. So his decision, in the midst of the NASDAQ meltdown, to join a dot-com start-up?a search-engine start-up, no less?simply did not compute. Actually, it did. Schmidt's tenure at Novell had been decidedly less than joyful. Novell was a company in steep decline when he arrived, and his labors had only modestly reversed it. Worse, hardly anyone gave a damn if Novell lived or died; its software was boring even to software freaks. For Schmidt, working at Google was an ideal solution to a high-tech midlife crisis. It put him back at the center of the action while letting him kick it with the boys. Describing his attraction to Larry and Sergey, Schmidt says, ""We're not just three random guys. We're all computer scientists with the same interests and backgrounds. The first time we met, we argued for an hour and a half over pretty much everything?and it was a really good argument."" Schmidt met all of Larry and Sergey's stringent criteria. He had a credible name, a Ph.D. (from Berkeley), and he promised not to push the boys aside or dismantle the quirky culture they'd engendered. ""The board members told me, basically, 'Don't screw this thing up!' "" Schmidt says. ""They said, 'It needs some infrastructure, some growing, but the gem here is very real.' "" At a glance, the culture Schmidt pledged not to replace seemed a relic of the just-bygone era: The Googleplex looked like a dot-com wax museum. There were lava lamps, beanbag chairs, an on-site masseuse. But beneath the comically clich,d trappings, Google was becoming something interesting?and powerful. Having cut deals with an array of companies, most critically Yahoo, Google was processing more than 100 million searches a day and indexing an unprecedented 1 billion Web pages. Fueling this growth was a relentlessness about innovation. Larry and Sergey were openly, brutally elitist when it came to hiring engineers. (Job applicants, no matter their age, had to submit their college transcripts.) In software and hardware, Google's innovation was remarkable. Using off-the-shelf components, the company was building what was, in effect, the planet's largest computing system. And its official mission  "to organize the world's information and make it universally accessible and useful""?extended far beyond searching the Internet. ""I did not understand when I came to the company how broad Larry and Sergey's vision was,"" Schmidt says. ""It took me six months of talking to them to really understand it. I remember sitting with Larry, saying, 'Tell me again what our strategy is,' and writing it down."" At the same time, the boys had fostered an environment that was flamboyantly idealistic. Search was all, profit peripheral, ""Don't be evil"" the corporate motto. (Asked later what the slogan meant,

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Schmidt would say, ""Evil is what Sergey says is evil."") In short, Larry and Sergey had already encoded the DNA of the company Schmidt was supposed to run. The character they instilled in Google could be summed up in three phrases: Technology matters. We make our own rules. We'll grow up when we're damn good and ready. The boys' reality took some getting used to for Schmidt. It wasn't just the dot-com fripperies that fazed him or the dogs trotting up and down the halls. It was the squatter in his office. (The interloper was an engineer frustrated with the bustle in his own shared quarters. After first attempting to evict him, Schmidt gave up and endured the situation for several months.) He also found himself frequently occupied with grounding Larry and Sergey's flights of fancy. There was the time the boys suggested having Google enter the business of low-cost space launchings. And the time Larry reportedly tried to ban telephones from a new Google office building. Even so, Schmidt now looks back fondly on the genesis of the relationship. ""Our roles evolved quickly,"" he says. ""Sergey is the master dealmaker, Larry is the deep technologist, and I make the trains run on time."" Seizing on a different analogy, he adds, ""We developed the equivalent of what's known in basketball as a run-and-shoot offense: Larry and Sergey's only goal is to run to the other end of the court as fast as possible, so they're always ahead of everyone else, strategically, technologically, culturally. I'm the not-running-ahead person. I stay back and get the rebounds."" Others, however, viewed the apparent anarchy at Google more skeptically. Stewart Alsop, a venture capitalist and former journalist, recalls interviewing Schmidt onstage at an industry conference. ""I asked him, 'How the hell do you make decisions? From the outside, it seems crazy.' Eric spent forty-five minutes trying to answer, but he couldn't describe it. And the thing was, he was proud of that. He said it was a new way of doing business. There was no hierarchy; they acted as a triumvirate of equals. They were breaking all the rules. I thought it was a disaster in the making."" Doerr's views were less apocalyptic, but he harbored some concerns. ""The company wasn't falling apart,"" says one of his Kleiner partners, ""but it could have been headed in the wrong direction. The situation was unstable."" Seeking to stabilize it, Doerr picked up the phone and sought an intercession from Bill Campbell. Campbell, former CEO and current chairman of Intuit, as well as an Apple board member and Steve Jobs confidant, was one of the most respected executives in Silicon Valley. His nickname was the Coach?a reference both to his past as a college-football field general and his present sideline as an informal management adviser. Now, in late 2001, Campbell started logging hours at Google, visiting the company several times a week, playing mentor to Larry, Sergey, and Schmidt?a relationship that has only grown over time, though it has never been publicly disclosed before in any detail. ""Don't overdramatize my role,"" Campbell urges me. ""I'm just another set of eyes, another person in the room."" Hardly. ""I think John Doerr would say Bill Campbell saved Google,"" says Kleiner partner Will Hearst. ""He coached Eric on what it means to be a CEO?not the CEO of Novell but of a company like Google. He taught Eric it's a lot like being a janitor: There's a lot of shit you have to do. And he spent a lot of time with Larry and Sergey, explaining the difference between being a cool company or a smart company and being a successful company. It didn't happen overnight, but Bill Campbell won."" ""God bless that man"" is what Doerr says. ""I don't know where the company would be without him."" Moritz concurs: ""He is the quiet, behind-the-scenes, unsung hero in this whole epic."" Even Schmidt, who might have felt undermined by Campbell's presence, has nothing but praise for him. ""At first we tried to integrate him just a little bit, but we eventually decided our only goal was to get as much of Bill's time as possible. Our basic strategy is to invite him to everything. He's priceless beyond belief."" Google's embrace of Campbell marked a turning point for Larry and Sergey. It was a symbol of their dawning awareness that they had some things to learn?and that with age occasionally comes wisdom. Campbell's arrival also signaled Google's transition from a glorified research lab into a proper company, one that cared about management and, yes, even making money. Since its founding, Google's financial condition had been, as Moritz describes it, ""lots of cash outgoing, very little incoming, and we were trying to pin the tail on the donkey as to what the business was.""

In 2000, Google started experimenting with advertising. Because Larry and Sergey had long been vehemently opposed to banner and pop-up ads, the company's approach was minimalist: unobtrusive, text-based messages on the right side of the page. Late the next year, the company unveiled a program called AdWords, which let advertisers bid for keywords, with higher bidders getting better placement and being charged a fee only when users clicked on the ads. (In much of this, Google was following a path blazed by rival Overture Services, which later sued for patent infringement. The case is ultimately settled out of court.) In 2003, Google launched AdSense, a program extending its ad system to non-search sites, in effect making Google a media broker for Web operators ranging from The New York Times and AOL to countless humble bloggers. Advertising turned Google into a commercial juggernaut. In 2001 the company had $87 million in revenues and was barely in the black; two

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

years later, its sales had soared to $1.5 billion and its operating profit to more than $340 million. The company had introduced Google Image Search, Google News, and Froogle, and its name made the syntactical leap from noun to verb. The only question now was when, not whether, the company would cross the Rubicon. All eyes in the Valley and on Wall Street turned to the Google IPO. Larry and Sergey were never wild about going public. The main rationale for doing it was to raise money, and Google already had plenty. The boys knew that past IPOs had unleashed tidal forces of greed and envy that wreaked havoc on promising start-ups. They also knew that being a public company meant acquiring a new and demanding set of masters: Wall Street analysts, shareholders, securities regulators, the press. Your ability to keep commercial secrets diminished dramatically. If this was what it meant to be an adult company, who wouldn't prefer perpetual adolescence? But the end of Google's adolescence wasn't optional. The boys had obligations to their investors and underlings. Doerr and Moritz, both sitting on funds that had been hammered by the collapse of the bubble, were keen to cash in their Google chips, while employees who'd been slaving for years were eager for a payday that would put rental housing behind them. On top of that, there was an SEC rule that would require Google (due to the number of shares it had given out) to start publishing its financials in April 2004. Public or private, the veil of fiscal secrecy was about to be lifted. In the fall of 2003, the Google high command began discussing the IPO in earnest. Almost immediately it was apparent that Larry and Sergey had no intention of staging a traditional offering where Wall Street underwriters ran the show?setting the price of the shares and doling them out to favored investors, who could then expect a windfall from a first-day run-up in the stock. Instead, the boys wanted to conduct the IPO through a Dutch auction, a novel process allowing anyone who wanted to own a piece of the company to bid for its newly minted stock in the days before it started trading. They also wanted to issue two classes of shares, giving Larry, Sergey, and Google's executives and directors ten-to-one voting power over ordinary investors. And they wanted to make it clear that Google wouldn't accede to Wall Street's congenital short-termitis. Its executives would focus on the long term, not slaves to quarterly profits. Each of these positions had its virtues. Dutch auctions promised to let small investors in on the IPO action; to reduce the power of underwriters to game the system, as they had done so flagrantly during the bubble; and to maximize the financial return from the offering to Google?as opposed to Wall Street. Dual-class voting structures, too, had advantages, which is why they were used by media giants like The New York Times and by the sainted Warren Buffett's Berkshire Hathaway. With two share classes in place, the chances of a hostile takeover of Google would be virtually nil. As for short-termitis, who could deny that pressure to ""make the quarter"" had led to much corporate mischief? ""None of this was ill-considered,"" says maverick San Francisco banker William Hambrecht, a vocal proponent of Dutch auctions and an underwriter of the Google IPO. ""They had talked to Buffett, talked to Steve Jobs, talked to lots of people. They were trying to do the right thing for the company?to avoid the mistakes of the past."" But taken together, Larry and Sergey's plans sent a different message: They intended for Google to be a public company that operated as if it were private.

They said, 'If we have to go public, we'll go public,' "" says a pre-IPO Google investor. "" 'But we're going public on our terms?we're going to have our cake and eat it, too.' "" The Wall Street bankers who would wind up leading the deal, at Morgan Stanley and Credit Suisse First Boston, privately issued dire warnings about proceeding with an auction. They argued that unsophisticated individual investors might bid up the stock on opening day to a stratospheric level?to a market value as high as $100 billion, they said?only to have it come quickly crashing down, a costly embarrassment. Moritz, who had done an auction IPO previously with Hambrecht, thought these warnings were overblown. But Doerr and others were swayed. The fear that the IPO might ""run away from us,"" as Doerr put it, led to various maneuvers designed to dampen demand from individual investors: an offering in August, when the market was usually slow; a complex registration process for bidders; a high price on the stock. The result was a kind of bastard deal, a compromise between Larry and Sergey's mold-breaking aspirations and the conservative instincts of the grown-ups, forged in an atmosphere suffused with Sturm und Drang. ""We said, 'If you want to do an auction, do a fucking auction,' "" says a partner in one of the VC firms. "" 'But why don't you also try listening to us? We're not new to this, you know. Warren Buffett is your guru? Is this the same Warren Buffett who doesn't want anything to do with tech stocks? Are we talking about the same Warren Buffett?' "" Apparently, yes. Early in the last week of April, just days before Google was set to file its IPO paperwork, Larry told the board he'd decided to write an open letter,  la Buffett, to be included in the document. Nervously, the board consented, but time was running short. The night before the deadline, Doerr drove to the Googleplex. It was after midnight, and Larry was laboring like a college student on speed crashing a term paper. Doerr read Larry's manifesto: "" 'An Owner's Manual' for Google's Shareholders."" And then, as gently as possible, Doerr said, ""We

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

need an editor."" Even after being edited, the letter, like the IPO itself, debuted to mixed reviews. From Wall Street, with its antipathy toward auctions, came a torrent of unattributed sniping. Corporate-governance mavens pilloried the dual-share structure, which seemed starkly at odds with the populist tone of Larry's letter. Then came the news that, of the 24.6 million shares being offered, 10.5 million were being sold by Google insiders, including Larry and Sergey. For the first time in the boys' careers, they were tarred by the brush of greed. By early August, when Larry, Sergey, and Schmidt set off on the IPO road show, the offering was reeling. With the NASDAQ down 15 percent from its January high, the stock price?projected by the company at $108 to $135 a share?looked excessive. Wall Street piled on the criticism; mistakes piled up left and right. Investors attending the road show described the Google troika as unprepared'

http://www.theguardian.com/commentisfree/2013/dec/30/we-need-to-talk-about-ted
"TED, The illuminati self-congratulatory Tony Robbins-esque festival gets reckoned with. Is TED the gentrification of thought? "

# We need to talk about TED

"Science, philosophy and technology run on the model of American Idol ? as embodied by TED talks ? is a recipe for civilisational disaster"

Benjamin Bratton
"theguardian.com, Monday 30 December 2013"

"In our culture, talking about the future is sometimes a polite way of saying things about the present that would otherwise be rude or risky."

"But have you ever wondered why so little of the future promised in TED talks actually happens? So much potential and enthusiasm, and so little actual change. Are the ideas wrong? Or is the idea about what ideas can do all by themselves wrong? I write about entanglements of technology and culture, how technologies enable the making of certain worlds, and at the same time how culture structures how those technologies will evolve, this way or that. It's where philosophy and design intersect. So the conceptualization of possibilities is something that I take very seriously. That's why I, and many people, think it's way past time to take a step back and ask some serious questions about the intellectual viability of things like TED. So my TED talk is not about my work or my new book ? the usual spiel ? but about TED itself, what it is and why it doesn't work. The first reason is over-simplification. To be clear, I think that having smart people who do very smart things explain what they doing in a way that everyone can understand is a good thing. But TED goes way beyond that. Let me tell you a story. I was at a presentation that a friend, an astrophysicist, gave to a potential donor. I thought the presentation was lucid and compelling (and I'm a professor of visual arts here at UC San Diego so at the end of the day, I know really nothing about astrophysics). After the talk the sponsor said to him, ""you know what, I'm gonna pass because I just don't feel inspired ...you should be more like Malcolm Gladwell."" At this point I kind of lost it. Can you imagine? Think about it: an actual scientist who produces actual knowledge should be more like a journalist who recycles fake insights! This is beyond popularisation. This is taking something with value and substance  and coring it out so that it can be swallowed without chewing. This is not the solution to our most frightening problems ? rather this is one of our most frightening problems. So I ask the question: does TED epitomize a situation where if a scientist's work (or an artist's or philosopher's or activist's or whoever) is told that their work is not worthy of support, because the public doesn't feel good listening to them? I submit that astrophysics run on

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

the model of American Idol is a recipe for civilizational disaster."

### What is TED?

"So what is TED exactly? Perhaps it's the proposition that if we talk about world-changing ideas enough, then the world will change. But this is not true, and that's the second problem. TED of course stands for Technology, Entertainment, Design, and I'll talk a bit about all three. I Think TED actually stands for: middlebrow megachurch infotainment. The key rhetorical device for TED talks is a combination of epiphany and personal testimony (an ""epiphimony"" if you like ) through which the speaker shares a personal journey of insight and realisation, its triumphs and tribulations. What is it that the TED audience hopes to get from this? A vicarious insight, a fleeting moment of wonder, an inkling that maybe it's all going to work out after all? A spiritual buzz? I'm sorry but this fails to meet the challenges that we are supposedly here to confront. These are  complicated and difficult and are not given to tidy just-so solutions. They don't care about anyone's experience of optimism. Given the stakes, making our best and brightest waste their time ? and the audience's time ? dancing like infomercial hosts is too high a price. It is cynical. Also, it just doesn't work. Recently there was a bit of a dust up when TEDGobal sent out a note to TEDx organisers asking them not to not book speakers whose work spans the paranormal, the conspiratorial, new age ""quantum neuroenergy"", etc: what is called woo. Instead of these placebos, TEDx should instead curate talks that are imaginative but grounded in reality.   In fairness, they took some heat, so their gesture should be acknowledged. A lot of people take TED very seriously, and might lend credence to specious ideas if stamped with TED credentials. ""No"" to placebo science and medicine. But ... the corollaries of placebo science and placebo medicine are placebo politics and placebo innovation. On this point, TED has a long way to go. Perhaps the pinnacle of placebo politics and innovation was featured at TEDx San Diego in 2011. You're familiar I assume with Kony2012, the social media campaign to stop war crimes in central Africa? So what happened here? Evangelical surfer bro goes to help kids in Africa. He makes a campy video explaining genocide to the cast of Glee. The world finds his public epiphany to be shallow to the point of self-delusion. The complex geopolitics of central Africa are left undisturbed. Kony's still there. The end. You see, when inspiration becomes manipulation, inspiration becomes obfuscation. If you are not cynical you should be sceptical. You should be as sceptical of placebo politics as you are placebo medicine."

### T and Technology

"T ? E ? D. I'll go through them each quickly. So first technology ... We hear that not only is change accelerating but that the pace of change is accelerating as well. While this is true of computational carrying-capacity at a planetary level, at the same time ? and in fact the two are connected ? we are also in a moment of cultural de-acceleration. We invest our energy in futuristic information technologies, including our cars, but drive them home to kitsch architecture copied from the 18th century. The future on offer is one in which everything changes, so long as everything stays the same. We'll have Google Glass, but still also business casual. This timidity is our path to the future? No, this is incredibly conservative, and there is no reason to think that more gigaflops will inoculate us. Because, if a problem is in fact endemic to a system, then the exponential effects of Moore's law also serve to amplify what's broken. It is more computation along the wrong curve, and I don't it is necessarily a triumph of reason. Part of my work explores deep technocultural shifts, from post-humanism to the post-anthropocene, but TED's version has too much faith in technology, and not nearly enough commitment to technology. It is placebo technoradicalism, toying with risk so as to reaffirm the comfortable. So our machines get smarter and we get stupider. But it doesn't have to be like that. Both can be much more intelligent. Another futurism is possible."

### E and economics

"A better 'E' in TED would stand for economics, and the need for, yes imagining and designing, different systems of valuation, exchange, accounting of transaction externalities, financing of coordinated planning, etc. Because states plus markets, states versus markets, these are insufficient models, and our conversation is stuck in Cold War gear. Worse is when economics is debated like metaphysics, as if the reality of a system is merely a bad example of the ideal. Communism in theory is an egalitarian utopia. Actually existing communism meant

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

ecological devastation, government spying, crappy cars and gulags. Capitalism in theory is rocket ships, nanomedicine, and Bono saving Africa. Actually existing capitalism means Walmart jobs, McMansions, people living in the sewers under Las Vegas, Ryan Seacrest ? plus ? ecological devastation, government spying, crappy public transportation and for-profit prisons. Our options for change range from basically what we have plus a little more Hayek, to what we have plus a little more Keynes. Why? The most  recent centuries have seen extraordinary accomplishments in improving quality of life. The paradox is that the system we have now ? whatever you want to call it ? is in the short term what makes the amazing new technologies possible, but in the long run it is also what suppresses their full flowering.  Another economic architecture is prerequisite."

### D and design

"Instead of our designers prototyping the same ""change agent for good"" projects over and over again, and then wondering why they don't get implemented at scale, perhaps we should resolve that design is not some magic answer. Design matters a lot, but for very different reasons.  It's easy to get enthusiastic about design because, like talking about the future, it is more polite than referring to white elephants in the room. Such as? Phones, drones and genomes, that's what we do here in San Diego and La Jolla. In addition to the other  insanely great things these technologies do, they are the basis of NSA spying, flying robots killing people, and the wholesale privatisation of  biological life itself. That's also what we do. The potential for these technologies are both wonderful and horrifying at the same time, and to make them serve good futures, design as ""innovation"" just isn't a strong enough idea by itself. We need to talk more about design as ""immunisation,"" actively preventing certain potential ""innovations"" that we do not want from happening."

### And so?

"As for one simple take away ... I don't have one simple take away, one magic idea. That's kind of the point. I will say that if and when the key problems facing our species were to be solved, then perhaps many of us in this room would be out of work (and perhaps in jail). But it's not as though there is a shortage of topics for serious discussion. We need a deeper conversation about the difference between digital cosmopolitanism and cloud feudalism (and toward that, a queer history of computer science and Alan Turing's birthday as holiday!) I would like new maps of the world, ones not based on settler colonialism, legacy genomes and bronze age myths, but instead on something more ? scalable. TED today is not that. Problems are not ""puzzles"" to be solved. That metaphor assumes that all the necessary pieces are already on the table, they just need to be rearranged and reprogrammed. It's not true. ""Innovation"" defined as moving the pieces around and adding more processing power is not some Big Idea that will disrupt a broken status quo: that precisely is the broken status quo. One TED speaker said recently, ""If you remove this boundary ... the only boundary left is our imagination"". Wrong. If we really want transformation, we have to slog through the hard stuff (history, economics, philosophy, art, ambiguities, contradictions).  Bracketing it off to the side to focus just on technology, or just on innovation, actually prevents transformation. Instead of dumbing-down the future, we need to raise the level of general understanding to the level of complexity of the systems in which we are embedded and which are embedded in us. This is not about ""personal stories of inspiration"", it's about the difficult and uncertain work of demystification and reconceptualisation: the hard stuff that really changes how we think. More Copernicus, less Tony Robbins. At a societal level, the bottom line is if we invest in things that make us feel good but which don't work, and don't invest in things that don't make us feel good but which may solve problems, then our fate is that it will just get harder to feel good about not solving problems. In this case the placebo is worse than ineffective, it's harmful. It's diverts your interest, enthusiasm and outrage until it's absorbed into this black hole of affectation. Keep calm and carry on ""innovating"" ... is that the real message of TED? To me that's not inspirational, it's cynical. In the US the rightwing has certain media channels that allow it to bracket reality ... other constituencies have TED. ? This article first appeared on Benjamin Bratton's website and is republished with permission. It is the text of a talk given at TEDx San Diego --------------------------------------------------------------------

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Let me try to sum up the VC's TED party concept,

in short, per the writer above: """TED Talks and the Techno-Futurist paid Tony Robbins-like EST-ish seminars are Male Bovine Excretion Deliverance Systems For The Enthralled Masses"". Is that what the article is saying? Does it imply that TED is ""vacuous superficial celebratory self-indulgent ideological infomercial fluff for patriotic mythmaking for Silicon Valley elitists  " ""It seems that TED hires preening, vain, egotists with great used car salesman/cable tv news pundit speaking skills who espouse popcorn intellectualism but have little actual engineering background who deliver bite sized tidbits of information, with no actual depth, to the lowest common denominator of wide eyed UFO enthusiasts and hipsters."" ""Charismatic intellectual gurus wrapped in TED showmanship and glitz cause cults full of Kool Aid drinkers to buy into their crap-peddling in order to get in the VC frat funding club. Utopian fake intellectualism is the vat of poo that Silicon Valley Vc's revel in because the rest of society thinks they are such arrogant weasels."" The writer seems to say that TED is a ""festival of self-importance. A waterfall of ego and a back-patting extravaganza of the loud and self-centered telling the masses how much louder and more important they are than the attendees. To talk at TED you have to hire a ghost-writer to write you a book about some amorphous topic that sounds important in a one sentence description but accomplishes nothing nor instructs anyone how to do anything tangible that will have visible non-commercial results outside of pumping a stock portfolio. Almost no speaker leaves TED and does anything tangible. Almost no speaker at TED has, or will, do anything that you can pull metrics on except get their PR agent to book them in more seminars. ?But they inspire us to do great things?, cry some of the middle class attendees?? Do they really? Does that encapsulate the writers point? TOMG- (Note: I am NOT Charlie Sheen)
-----------------------------------------------

http://www.youtube.com/watch?v=mRmFQ3Jm1aw
"

## HOW KLIENER PERKINS TOOK OVER THE WHITE HOUSE

## Investor compares U.S. wealth debate to Nazi Germany - Jan ...

 Venture capitalist Tom Perkins came under fire over the weekend after publicly comparing the experience of wealthy Americans to a deadly Nazi campaign that preceded the Holocaust.
 money.cnn.com/2014/01/26/investing/tom-perkins-nazi-k...

## Tom Perkins's Unhinged Nazi Rant - Bloomberg

 "Let's stipulate one thing upfront: Comparing your problem to the Holocaust is always a bad idea. There was only one, and nothing happening in the U.S. today is comparable to it. Tom Perkins, a founder of the venture-capital company Kleiner Perkins Caufield & Byers, has managed to ..."
 bloomberg.com/news/2014-01-27/tom-perkins-s-unhinged-...

## Tom Perkins Facing Heat Over Top 1%-Nazi Analogy - Businessweek

 "Jan. 27 (Bloomberg) -- Bloomberg West Editor-At-Large Cory Johnson examines comments from Tom Perkins, founding partner at Kleiner Perkins Caufield, equating treatment of the top 1 percent in the U.S. to Nazi Germany on Bloomberg Television's ""Bloomberg West.""
 businessweek.com/videos/2014-01-27/tom-perkins-facing-he...

 "*Capitalist controversy: Billionare Tom Perkins equates ""99 ...*"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"A billionaire and Silicon Valley pioneer, Tom Perkins, warned of a ""dangerous drift"" in American thinking from the left in a letter to the Wall Street Journal. Perkins writes, ""I would call attention to the parallels of fascist Nazi Germany, to its war on its one percent, namely its Jews, to the"
 cbsnews.com/news/capitalist-controversy-billionaire-...

## Billionaire Tom Perkins under-fire for likening criticism of ...

"Billionaire Tom Perkins under-fire for likening criticism of the super-rich to the Holocaust now says the Occupy movement is like Nazism. Thomas Perkins, 82, originally wrote a letter to the Wall Street Journal of the 'parallels of fascist Nazi Germany to [San Francisco's] war on [the ..."
 dailymail.co.uk/news/article-2546326/Tom-Perkins-double...

## Tom Perkins WSJ Letter - Business Insider

"Tom Perkins, the founder of venture capitalist firm Kleiner Perkins Caufield & Byers, wrote a letter to the editor in today's Wall Street Journal in which he compares criticism of the rich to the Nazi persecution of the Jews in the 1930s."
 businessinsider.com/tom-perkins-wsj-letter-2014-1

## VC legend Tom Perkins creates a Nazi problem for himself

"One of the founders of the legendary venture capital shop Kleiner Perkins Caufield & Byers compared the demonization of the wealthy with the Nazi persecution of the Jews. His argument has Greg Baumann, editor of the Silicon Valley Business Journal, predicting it won't be long before ..."
 upstart.bizjournals.com/news/wire/2014/01/27/tom-perkins-commen...

## Investor Tom Perkins likens critics of the rich to Nazis - SFGate

"Tom Perkins, the founder of venture capital firm Kleiner Perkins Caufield & Byers, wrote a letter to the editor in Saturday's Wall Street Journal in which he compares criticism of the rich to the Nazi persecution of the Jews in the 1930s."
 sfgate.com/politics/article/Investor-Tom-Perkins-l...
 http://www.youtube.com/watch?v=_pG67UGqNVU

## EXPOSE!: Failed due diligence metrics discovered in investigations

"EXPOSE!: Failed due diligence metrics discovered in investigations As investigation results and journalism reports continue to emerge, and as FOIA data and third party releases are produced in the open, it has become clear that something was manipulated by DOE and Hill staff to create a theatrically staged process in which only favored insiders could win but which, at first, had the contrived appearance of fair opportunity. One of the most profound elements of these investigations has been the telling evidence that now shows that due diligence items were failed by so called DOE ?Winners?, yet those winners still got their money. A large number of applicant ? losers? actually beat the ?winners? in due diligence comparisons but the evidence was manipulated by certain DOE staff in order to steer resources to a provided pre-approved ?short-list? . Examples such as the fact that Solyndra and Abound?s solar panels catch fire on your roof-top were well known and documented prior to the award but ignored in the award review. Fisker?s batteries were known to blow-up, catch fire and burn the car and

your home to the ground if they get wet or have a wire short. This was well known because DOE funded the company that provided the batteries and the failures were documented by DOE?s own staff. Fisker, Enerdel and A123, all of whom got the same batch of DOE money, failed because of documented errors which were publicly reported in technical materials far in advance of the award of money to either Fisker, Enerdel or A123 (Marketed as the ?premiere?, ?eminent?, ?SHOWCASE?, ?best-of-breed companies? by DOE and Steven Chu in order to sell the market on them) Tesla has batteries which blow up when they get wet, had a horrific debt metric and had a vast number of negative metrics compared to every other applicant, at the time of application, yet they still got a windfall without questions. Thousands of comparative review metrics have now emerged that point to only one conclusion: Someone inside DOE ordered certain companies to get money and certain companies to not get money. Steven Chu stated that the DOE was the largest, most powerful, most well-resourced energy agency ?on Earth?. How could the ?most powerful, most well-resourced energy agency on Earth?, the organization with more money than any other agency anywhere, blow it so bad? How could they have made over 3000 technical and financial mistakes? Is that even possible? The process of reviewing a company for funding is called ?Due Diligence?. Due diligence is the process for reviewing and documenting the technical and financial metrics of a loan investment. A bank or venture capitalist usually has a budget of $10,000.00 and about 5 people to do due diligence on each applicant. DOE staff had millions of dollars, thousands of people, hundreds of millions of dollars of equipment and multiple deeply resourced federal labs. To Repeat? How could the ?most powerful, most well-resourced energy agency on Earth?, the organization with more money than any other agency anywhere, blow it so bad? How could they have made over 3000 technical and financial mistakes? Is that even possible? Steven Chu has said: ?We did all of the usual due diligence?? ?Failures just happen all the time?. Do they? In an analysis of 14 other industries and their financing, not so much. It turns out that the DOE failures are the largest number of failures following the most resourced due diligence in global business history. Let?s say that another way. No industry has had so much money provided, so much checking out of applicants and so many failures, ever! What is the bottom line?: If the due diligence was even performed at all, someone at DOE ordered it all tossed out. It isn?t possible to look at all of the available facts at the times of application and select the current ?winners? based on the available information at the time. It isn?t possible to look at all of the available facts at the times of application and name the other applicants ?losers? when their ACTUAL due diligence metrics beat most of the ?winners?. Why would someone do this? To pay off certain investors for other favors. Stay Tuned? DG Associate to the LA Times Los Angeles, CA

1. techno-utopianism and a willingness to speak out  ...

2. Julian Assange Unmasks  Eric  Schmidt's  Evil  Plans To Enslave The ...

www.techcrunch.com/ 2013/ 06/ 03/ julian-assange-unmasks-eric-schmidts-evil-plans-to-enslave-the-world/  -


"Jun 3, 2013 ... The following  is  my fictionalized story based on a stranger-than-fiction, real life op -ed by Julian Assange, wherein he accuses Google of  ..."

3. The Banality of 'Don't Be  Evil' by Julian Assange - NYTimes.com

www.nytimes.com/ 2013/ 06/ 02/ opinion/ sunday/ the-banality-of-googles-dont-be-evil.html?pagewanted=all  -


"Jun 1, 2013 ... The Banality of 'Don't Be  Evil' ... for technocratic imperialism, from two of its leading witch doctors,  Eric  Schmidt  and Jared Cohen, who construct  ..."

4. Google's  Eric  Schmidt  Calls Julian Assange 'Paranoid' and Says Tim ...

abcnews.go.com/ Business/ googles-eric-schmidt-calls-julian-assange-paranoid-tim/ story?id=25679642  -

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"6 days ago ...  Eric  Schmidt, Google's executive chairman and former chief executive, spoke with ... Larry Page and Sergey Brin, and their motto, ""Don't be  evil."

5. 'Don't Be  Evil' Google CEO  Eric  Schmidt  Laughs Off Petitition To ...

 www.thinkprogress.org/ climate/ 2011/ 12/ 15/ 390629/ dont-be-evil-google-ceo-eric-schmidt-laughs-off-petitition-to-leave-u s-chamber-of-commerce/  -

"Dec 15, 2011 ... During an appearance at New York University on Wednesday, Google CEO  Eric  Schmidt  was asked to respond to a 200000-person petition  ..."

"6. DailyTech - Google's  Eric  Schmidt: ""Don't Be  Evil"" was Stupid"

 www.dailytech.com/ Googles+Eric+Schmidt+Dont+Be+Evil+was+Stupid/ article31544.htm  -  View by Ixquick

1. The Creepy Line

 www.creepyline.com  -

"Erich  Schmidt, January 2011 ú leave a comment ... first place. -  Eric  Schmidt, December 2009 ú leave a comment ...  Evil  is  what Sergey says  is  evil. -  Eric  Schmidt  ..."

2. Google CEO  Eric  Schmidt  Talks About the Do No  Evil  Policy (VIDEO ...

 videos.huffingtonpost.com/ google-ceo-eric-schmidt-talks-about-the-do-no-evil-policy-259733321  -

"Google CEO  Eric  Schmidt  talks about whether the company ever regrets its ""do no  evil"" policy, and how the definition of ""evil"" changes as Google grows."

3. Eric  Schmidt  Thought Google's ?Don't Be  Evil? Rule Was the ...

 www.droid-life.com/ 2013/ 05/ 13/  eric-schmidt-thought-googles-dont-be-evil-rule-was-the-stupidest-thin g-ever/-

"May 13, 2013 ... Way back when Google first launched, the new company came out with a moral stance that stated ?don't be  evil.? A lofty, but noble goal that the  ..."

4. Eric  Schmidt  - Google+

 https://plus.google.com/+EricSchmidt  -

"Eric  Schmidt  - Executive Chairman, Google - Google - Mountain VIew, CA ... our most famous maxims ? ? Don't be  evil? ? in this lively convo with Rebecca Jarvis."

5. The Secret Diary of Steve Jobs : Google  Eric  Schmidt  is  evil

 www.fakesteve.net/2010/03/google-eric-schmidt-is-evil.html  -

"Mar 17, 2010 ... Related Posts ̄ CNBC: ?Steve Jobs hates  Eric  Schmidt? ̄ Schmidt: ... not  evil, while the guy running the operation for them, Squirrel Boy,  is  no  ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

1. Could Facebook Or  Google  Manipulate An Election? | Radio Boston

radioboston.wbur.org/2014/06/06/zittrain-google-election  -

"Jun 6, 2014 ... A man raises his hand at  Google  offices in New York. (AP). Imagine for ... wants and needs. But could these ads be used to swing an election

2. Losing Control: Presidential  Elections  and the ... -  Google  Books

books.google.com/books/about/Losing_Control.html?id=9uATT4rd9VMC  -

"Jan 1, 2007 ... For the past forty years, despite the efforts of reformers, American democracy - particularly concerning presidential  elections  - has been  ..."

3. BBC News - Could  Google  manipulate  elections? - BBC.com

www.bbc.com/news/blogs-echochambers-27785535  -

"Jun 10, 2014 ... Even if  Google  never intentionally tries to influence  elections, he adds, ... and beyond the scrutiny or control of both regulators and candidates."

4. Build Your Organization ?  Google  Politics &  Elections  | Ads Toolkit

https://www.google.com/ads/elections/build-your-organization.html  -

You control your budget and are only charged when someone clicks on your ad; ... in real time to people when they're reading about your candidate or  elections  ...

5. Republicans Remain Slightly Favored To Take Control Of The Senate

www.fivethirtyeight.com/features/republican-gop-senate-forecast/  -

"Aug 4, 2014 ... Republicans Remain Slightly Favored To Take Control Of The Senate ...  Google  search traffic for the term ?midterm  elections? was only about  ..."

6. The Definitive Story of  How  President Obama Mined Voter Data to ...

www.technologyreview.com/ featuredstory/ 509026/  how-obamas-team-used-big-data-to-rally-voters/  -

"Dec 19, 2012 ... Two years after Barack Obama's election as president, Democrats suffered ... swept away in the midterm  elections; control of the House flipped and the ..... It was, in essence, the way Microsoft's Bing approached  Google: trying  ..."

"7. The consequences of consent:  elections, citizen control, and popular ..."

books.google.com/ books/ about/ The_consequences_of_consent.html?id=naaFAAAAMAAJ  -  View by Ixquick

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Why Google Really is Evil. By Steve Tobak. ValleyBeat. Published January 17, 2014. FOXBusiness ""I will spend every penny of Apple's $40 billion in the bank, to right this wrong. I'm going to destroy Android, because it's a stolen product."
foxbusiness.com/technology/2014/01/17/why-google-really-i...
foxbusiness.com


Why has google become very very evil in the year 2011 ...


"You asked what Evil Google has done to make it look ""very very evil"" and I have given you a clear and specific answer. I defy you to doubt this story as you can easily test it yourself at home this very night, using any simple name just as I described in my story."
productforums.google.com/d/topic/websearch/xEO94HAZRR8
productforums.google.com


Is google really evil? - Yahoo Answers


"Yes, terribly evil. Particularly as you say that they can find out where you live and know more about me than National Security. You have now convinced me that all the information that the tax man has on me has come from Google (together with the list of all the people that I owe ..."
answers.yahoo.com/question/index?qid=20090315035842AAWeQ30
answers.yahoo.com


Why Google really is evil - MacDailyNews -


"It os disheartening when you try to explain how google is evil in so many ways they just say?.""come on its just technology, don't get so worked up about it."
macdailynews.com/2014/01/18/why-google-really-is-evil/
macdailynews.com


"Google's Broken Promise: The End of ""Don't Be Evil"""""


"So why are we calling this evil? Because Google changed the rules that it defined itself. Google built its reputation, and its multi-billion dollar business, ... Google has built a very lucrative company on the reputation of user respect."
gizmodo.com/5878987/its-official-google-is-evil-now
gizmodo.com


What Is ' Evil ' to Google ? - Ian Bogost - The Atlantic


"Do Liberals Really Care More About Empathy Than Conservatives? Saving Wukchumni; Police Have a Much Bigger Domestic Abuse Problem Than the NFL; ... For today's Google, evil isn't tied to malevolence or moral corruption, the customary senses of the term."
theatlantic.com/technology/archive/2013/10/what-is-evil-t...
theatlantic.com


"Really, Google is evil now? Let's Get Real. "


"Really, Google is evil now? Let's Get Real. How About Apple? I just came across this story: Google's Broken Promise: The End of ""Don't Be Evil"""""
plus.google.com/107033731246200681024/posts/fWJtC2mb3Eq
plus.google.com


"Google is evil, very evil - comp.os.linux.advocacy"

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Google is evil, very evil. Permalink; Tweet; Email; Follow; Microsoft has never bothered me as much as Google does. ... And I agree with you. Google is becoming evil. I last wrote about it yesterday afternoon < http://tinyurl.com/kjg7t >."
compgroups.net/comp.os.linux.advocacy/google-is-evil-ver...
compgroups.net

Is Google Really Evil 2014 |

"Is Google Really Evil? Or Just Smart? Conference keynote speeches aren't usually very controversial Calacanis proceeded to describe Cutts and Google in terms like, ""liar,"" ""evil,"" and ""a bad partner."""
minecraftpictures.org/s/is-google-really-evil
minecraftpictures.org

Why Google Really is Evil |

"There's an old saying, sooner or later the truth will out. It's also clear that, after Schmidt joined Apple's (AAPL) board of directors, Android magically evolved from a BlackBerry-like device with a physical keypad into essentially an iPhone clone with a virtual keypad and multitouch display."
thetrichordist.com/2014/01/24/why-google-really-is-evil-fox-...
thetrichordist.com

Google is getting very evil - drops IE6 | Jared Heinrichs

I got this email from Google this morning. I hate how Google tries to force most of it's services on you by being annoying. Can anyone say Malware?
jaredheinrichs.com/google-is-getting-very-evil-drops-ie6.html
jaredheinrichs.com

"Don't be evil - Wikipedia, the free encyclopedia"

"""Don't be evil"" is the formal corporate motto (or slogan) of Google. While there have been unsourced allegations that Google dropped this motto, particularly in light of privacy violations, it remains at the head of Google's corporate Code of Conduct. It was first suggested either by Google ..."
en.wikipedia.org/wiki/Don't_be_evil
en.wikipedia.org

Is Google the Devil? | 40Tech - 40Tech | Tech for those

Is Google the devil? Google privacy concerns. Does Google want to rule the world? Who owns your information in Google services. What do you think?
40tech.com/2010/01/07/is-google-the-devil/
40tech.com

Avoiding the very appearance of evil at Google - CNET

"Google has a tremendous amount of power, and it grows daily. Here's what the company should do to guard against its best (and worst) intentions. The Economist has an amazingly good article this week on Google, and its growing influence and power. Rather than ring alarm bells about Google's sometimes"
cnet.com/news/avoiding-the-very-appearance-of-evil...
cnet.com

Google Glass: Let the evil commence | ZDNe

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Google Glass: Let the evil commence. Summary: Glass has now been 'jailbroken' with a well-documented exploit. So what can you (or others) do with a hacked headset?
zdnet.com/google-glass-let-the-evil-commence-700001...
zdnet.com

Is Google Really As Evil As This Video Suggests? | WebProNews

"Yeah, Google is really evil. So evil that Texas opened an antitrust investigation of Google. Google is in big trouble. Search for any product name and you will see either adwords at the top of the organic listings, which screams anti-trust, anti-competitive as they have a monopoly on search and ..."
webpronews.com/google-ceo-eric-schmidt-portrayed-as-evil...
webpronews.com
More Links...

Is-very-evil.org Review

"is-very-evil.org. Safety. Google Safebrowsing Safe. BETA We evaluate the latest social media signals (about is-very-evil.org) from Twitter, Facebook and Google+ to get an idea about the public opinion."
webutations.info/go/review/is-very-evil.org
webutations.info

"Google, Evil or Not: Your Best Arguments"

"They are a profit-driven business of course, and not an altruistic NGO working plainly for world betterment, and so everything they do is tied to making a buck. Anyway, as far as evil corporations go, Google is not very evil!"
lifehacker.com/google-evil-or-not-your-best-arguments-15...
lifehacker.com


"Even though Modern News sites like www.thenewsdaily.org, don?t do what A.L.E.C. AND A.L.I.C.E. tell them to do, you still can?t count on thenewsdaily.org, or any other news source, to tell you what to think! THINK FREELY!"          "- THINK FREELY! - Don't let yourself be DUMBED DOWN by ""Processed Media"" - Never draw an opinion until YOU have gathered all of the facts. - Do not rely on any single source of news to tell you what to think. - ""PROCESSED MEDIA"" comes from a single network, a single publisher, a single studio and/or a single set of investors. - We are only ONE SOURCE of information. Always use many sources. - Always know who the owners and investors are, of each information source. - Know what the A.L.E.C. AND A.L.I.C.E. synchronized thought control and press release coordination process is. - Know what the private agenda, of each billionaire controlling media outlets, is."


Who Owns the Media?

SEE THE FULLY INTERACTIVE VERSION AT: http://www.freepress.net/ownership/chart
"Massive corporations dominate the U.S. media landscape. Through a history of mergers and acquisitions, these companies have concentrated their control over what we see, hear and read. In many cases, these companies control everything from initial production to final distribution. In the charts below we reveal who owns what."


Filter Media Market

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

TV and Radio
Cable and Telecommunications
Print
Internet
All

TV and Radio


Overview
Bain Capital/Thomas H. Lee Partners (Clear Channel)
CBS Corporation
Comcast Corporation
Gannett Co.
News Corp
"Time Warner, Inc."
Tribune Company
Viacom
Walt Disney Company
Washington Post Co.

"Broadcasters make billions in profits while using the public airwaves for free. In return, they are supposed to provide programming that fulfills community needs. Instead, lobbyists have successfully fought to make it easier for broadcast companies to gobble up even more free airspace while doing less to serve the public. Take Action to end the big broadcast swindle."

"2011 Revenue: $6.2 billion Company Overview: These private equity firms own Clear Channel, the largest radio station owner in the country. Approximately half of the company's revenue is generated from radio broadcasting. The remaining half comes from advertising companies and other investments. Radio: 866 radio stations and Premiere Radio Networks (a national radio network that produces, distributes or represents approximately 90 syndicated radio programs, serves nearly 5,800 radio station affiliates and has over 213 million weekly listeners. Programs include the Rush Limbaugh Show, Glenn Beck and the Sean Hannity Show); Fox Sports Radio; Fox News Radio; Australian Radio Network Other: Katz Media (radio advertising broker); American Outdoor Advertising"

"2011 Revenue: $14.2 billion Company Overview: CBS Corporation ""has operations in virtually every field of media and entertainment, including broadcast television (CBS and the CW ? a joint venture between CBS Corporation and Warner Bros. Entertainment), cable television (Showtime Networks, Smithsonian Networks and CBS Sports Network), local television (CBS television stations), television production and syndication (CBS Television Studios, CBS Studios International and CBS Television Distribution), radio (CBS Radio), advertising on out-of-home media (CBS Outdoor), publishing (Simon & Schuster), interactive media (CBS Interactive), music (CBS Records), licensing and merchandising (CBS Consumer Products), video/DVD (CBS Home Entertainment), motion pictures (CBS Films) and socially responsible media (EcoMedia)."" TV: Twenty-nine television stations and CBS Television Studios; CBS Entertainment; CBS News; CBS Sports; CBS television stations; CBS Television Studios; CBS Studios International; CBS Television Distribution; the CW; Showtime; CBS College Sports Network; CBS Television Network; Smithsonian Networks Radio: CBS Radio and 130 radio stations Online Holdings: CBS Interactive; CNET Print: Simon & Schuster; Watch! Magazine; Pocket Books; Scribner; Free Press (publishing house) Entertainment: CBS Films Other: CBS Outdoor; CBS Connections; EcoMedia"

"2011 Revenue: $55.8 billion Company Overview: In 2011, the Federal Communications Commission approved Comcast?s takeover of a majority share of NBCUniversal from General Electric. This merger combines the nation's largest cable company and residential Internet service provider and one of the world's biggest producers of TV shows and motion pictures. Comcast?s media holdings now reach almost every home in America. It serves customers in 39 states and the District of Columbia. In addition to its vast NBCUniversal holdings, Comcast has 23.6 million cable subscribers, 18 million digital cable subscribers, 15.9 million high-speed Internet customers and 7.6 million voice customers. Comcast recently entered into a partnership with Verizon in which each

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

company will market and sell the other's services. TV: NBCUniversal; twenty-four television stations and the NBC television network; Telemundo; USA Network; SyFy; CNBC; MSNBC; Bravo; Oxygen; Chiller; CNBC World; E!; the Golf Channel; Sleuth; mun2; Universal HD; VERSUS; Style; G4; Comcast SportsNet (Philadelphia), Comcast SportsNet Mid-Atlantic (Baltimore/Washington, D.C.), Cable Sports Southeast, Comcast SportsNet Chicago, MountainWest Sports Network, Comcast SportsNet California (Sacramento), Comcast SportsNet New England (Boston), Comcast SportsNet Northwest (Portland, Ore.), Comcast Sports Southwest (Houston), Comcast SportsNet Bay Area (San Francisco), New England Cable News (Boston), Comcast Network Philadelphia, Comcast Network Mid-Atlantic (Baltimore/Washington, D.C.); the Weather Channel (25 percent stake); A&E (16 percent stake); the History Channel (16 percent stake); the Biography Channel (16 percent stake); Lifetime (16 percent stake); the Crime and Investigation Channel (16 percent stake); Pittsburgh Cable News Channel (30 percent stake); FEARnet (31 percent stake); PBS KIDS Sprout (40 percent stake); TV One (34 percent stake); Houston Regional Sports Network (23 percent stake); SportsNet New York (8 percent stake) Online Holdings: MSNBC.com (50 percent stake); Hulu (32 percent stake); DailyCandy; iVillage; Fandango Telecom: Clearwire Communications (9 percent stake) Other: Comcast Interactive Media; Plaxo; Universal Studios Hollywood; Wet 'n Wild theme park; Universal Studios Florida; Universal Islands of Adventure; Philadelphia 76ers; Philadelphia Flyers; Wells Fargo Center; iN DEMAND; Music Choice (12 percent stake); SpectrumCo (64 percent stake)"

"2011 Revenue: $5.2 billion Company Overview: International media company focusing on broadcast TV, print and Web content TV: Twenty-three television stations Online Holdings: CareerBuilder.com; MomsLikeMe.com; ShopLocal.com; Cars.com; Apartments.com; CareerSite.biz; Livestream.com; Metromix.com; Ongo, Inc.; Reviewed.com; SavvyShopperDeals.com; Homefinder.com; BNOT.com; Nurse.com Print: USA Today; over 600 magazines and other non-daily print publications; Clipper Magazine; Mint Magazine; Gannett Government Media; Gannett Education; Newsquest (U.K.) Other: Gannett Healthcare Group; PointRoll; Planet Discover; Schedule Star; Classified Ventures; QuadrantONE; Fantasy Sports Ventures; Captivate; Pearls Review; Gannett Offset"

"2011 Revenue: $29 billion Company Overview: Time Warner is the world's second-largest entertainment conglomerate with ownership interests in film, television and print. TV: One television station and the Warner Brothers Television Group; Warner Brothers Television; Warner Horizon Television; CW Network (50 percent stake); TBS; TNT; Cartoon Network; truTV; Turner Classic Movies; Boomerang; CNN; HLN; CNN International; HBO; Cinemax; Space; Infinito; I-Sat; Fashion TV; HTV; Much Music; Pogo; Mondo TV; Tabi; CNN Espa€ol Online Holdings: Warner Brothers Digital Distribution; TMZ.com; KidsWB.com Print: Time, Inc.; 22 magazines including People, Sports Illustrated, Time, Life, InStyle, Real Simple, Southern Living, Entertainment Weekly and Fortune Entertainment: Warner Brothers; Warner Brothers Pictures; New Line Cinema; Castle Rock; WB Studio Enterprises, Inc.; Telepictures Productions, Inc.; Warner Brothers Animation, Inc.; Warner Home Video; Warner Premiere; Warner Specialty Films, Inc.; Warner Brothers International Cinemas Other: Warner Brothers Interactive Entertainment; DC Entertainment; DC Comics"

"2010 Revenue: $3.2 billion Company Overview: Tribune owns 23 TV stations, one radio station, 12 daily newspapers, numerous magazines and other media properties. TV: Twenty-three television stations and the Food Network (30 percent stake); WGN America; CLTV Chicagoland; Tribune Entertainment Radio: One radio station Online Holdings: Zap2it.com; TribuneDirect.com; MetroMix.com (minority stake); CareerBuilder.com (minority stake); Apartments.com (minority stake); Cars.com (minority stake); ForSaleByOwner.com; HomeFinder.com (minority stake); Healthkey.com; Topix.net (minority stake) Print: Twelve daily newspapers (including the Los Angeles Times, the Chicago Tribune, the Baltimore Sun and the Hartford Courant); Chicago Magazine Other: Tribune Media Services; Classified Ventures (minority stake)"

"2011 Revenue: $14.9 billion Company Overview: Viacom is the world's fourth-largest media conglomerate, with interests primarily in cable television networks, programming production and distribution. Viacom controls over 160 networks that reach more than 600 million people around the globe. TV: Viacom Media Networks (160 cable channels including MTV, VH1, CMT, Logo, Nickelodeon, Comedy Central, TV Land, Spike TV, Tr3s, BET and CENTRIC) Online Holdings: ParentsConnect.com Entertainment: Viacom Filmed Entertainment (produces motion pictures under numerous studio brands including Paramount Pictures, Insurge Pictures, MTV Films and Nickelodeon Movies) Other: Nickelodeon Games Group"

"2011 Revenue: $40.1 billion Company Overview: The Walt Disney Company owns the ABC television network; cable networks including ESPN, the Disney Channel, SOAPnet, A&E and Lifetime; 277 radio stations,

music- and book-publishing companies; film-production companies Touchstone, Miramax and Walt Disney Pictures; Pixar Animation Studios; the cellular service Disney Mobile; and theme parks around the world. TV: Eight television stations and the ABC television network; ESPN; Disney Channels Worldwide; ABC Family; SOAPnet Networks; A&E (42 percent stake); Lifetime Television (42 percent stake); the History Channel (42 percent stake); Lifetime Movie Network (42 percent stake); the Biography Channel (42 percent stake); History International (42 percent stake); Lifetime Real Women (42 percent stake); Live Well Network (42 percent stake) Radio: ESPN Radio Network; Radio Disney Print: ESPN The Magazine; Disney Publishing Worldwide; Juvenile Publishing; Digital Publishing; Disney Music Publishing; Marvel Publishing Entertainment: Marvel Entertainment; ABC Studios; ABC Media Production; Pixar; Walt Disney Pictures; Walt Disney Records; Hollywood Records; Mammoth Records; Buena Vista Records; Lyric Street Records Other: Buena Vista Concerts; Disney Mobile; Disney Theatrical Productions; the Disney Store; Disney theme parks and water parks; Disney English; Disney Interactive Media Group; Disney Games; Playdom, Inc."

"2011 Revenue: $4.2 billion Company Overview: The Washington Post Company is engaged in print and online publishing of newspapers and magazines, television broadcasting and cable television systems. The company also owns Kaplan, Inc., which provides higher education services, test preparation, language instruction and professional training. TV: Six television stations Print: The Washington Post; the Herald; the Washington Post News Service; Post-Newsweek Media; Greater Washington Publishing; the Slate Group (Slate, the Root, Foreign Policy); El Tiempo Latino; Express Publications (Express, ExpressNightOut.com); Social Code; Classified Ventures (17 percent stake) Telecommunications: Cable ONE, Inc. Other: Kaplan (Kaplan Higher Education, Kaplan University, Kaplan Test Preparation, Kaplan International, Kaplan Ventures, Kaplan EduNeering, Kaplan Learning Technologies, the Kidum Group, Kaplan Continuing Education, Kaplan Global Solutions, Colloquy, Kaplan Virtual Education and Kaplan VC LLC); Avenue 100 Media Solutions, Inc.; Bowater Mersey Paper Company (49 percent stake)"

"2011 Revenue: $33.4 billion Company Overview: News Corp?s media holdings include the FOX Broadcasting Company; television and cable networks such as Fox, Fox Business Channel, National Geographic and FX; print publications including the Wall Street Journal, the New York Post and TV Guide; the magazines Barron?s and SmartMoney; book publisher HarperCollins; film production companies 20th Century Fox, Fox Searchlight Pictures and Blue Sky Studios; numerous websites including MarketWatch.com; and non-media holdings including the National Rugby League. TV: Twenty-seven television stations and FOX Broadcasting Company (FOX Network, MyNetworkTV); FOX News; FOX Business; FOX News Radio Network; FOX News Talk Channel; FSN (12 regional sports networks); FX; SPEED; FUEL TV; Fox College Sports; Fox Movie Channel; Fox Soccer Channel; Fox Soccer Plus; Fox Pan American Sports; Fox Deportes; Big Ten Network; National Geographic U.S.; Nat Geo Adventure; Nat Geo Music; Nat Geo Wild; Fox International Channels; Utilisima; Fox Crime; NEXT; FOX History & Entertainment; the Voyage Channel; STAR World; STAR Movies; NGC Network International; NGC Network Latin America; LAPTV; Movie City; City Mix; City Family; City Stars; City Vibe; the Film Zone; Cinecanal; Elite Sports Limited; BabyTV; STAR India; STAR Taiwan; ESPN STAR Sports; Shine Limited Online Holdings: Hulu.com (32 percent minority share) Print: HarperCollins Publishers; the New York Post; the Daily News; News International (the Times; the Sunday Times; the Sun); News Limited (146 newspapers in Australia); Dow Jones (Wall Street Journal, Barron's, SmartMoney, Factiva, Dow Jones Newswires, Dow Jones Local Media, Dow Jones VentureSource) Telecom: Satellite: BSkyB (39 percent minority share); SKY Italia Entertainment: Fox Filmed Entertainment; Twentieth Century Fox Home Entertainment; Twentieth Century Fox Television; Twentieth Television; Fox Television Studios Other: Marketing/advertising: News America Marketing Group; News Outdoor; Fox Library; IGN Entertainment, Inc.; Making Fun, Inc.; Wireless Generation"


Cable and Telecommunications


Overview
AT&T
Cablevision Systems Corporation
CenturyLink
"Charter Communications, Inc."

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Comcast Corporation

Sprint Nextel Corporation

"T-Mobile USA, Inc."

"Time Warner Cable, Inc."

Verizon

"Access to high-speed Internet service ? also known as broadband ? has become a basic public necessity, just like water or electricity. Yet despite its importance, broadband access in the United States is far from universal. Millions of Americans still stand on the wrong side of the ""digital divide,"" unable to tap into the political, economic and social resources of the Web. Meanwhile, cable and phone companies ? which hold virtual monopolies over the infrastructure of the Internet ? often refuse to build out high-speed broadband to regions that need it most, and actively seek to block communities from seeking their own broadband solutions. Take Action to stop their shenanigans."

"2011 Revenue: $126.7 billion Company Overview: AT&T is the second-largest U.S. wireless provider and the largest company providing local phone service in the U.S. AT&T offers its wireless services to over 97 percent of the U.S. population and serves wired customers in 22 states. AT&T offers cable television services in portions of its service teritory under the brand name ""U-Verse."" Online Holdings: Yellowpages.com; YP.com Other: Ingenio, Inc.; Wayport, Inc.; Superclick, Inc.; Xanaboo, Inc.; Plusmo, Inc.; Daniel IT Services, Inc.; Comergent Technologies, Inc."

"2011 Revenue: $6.7 billion Company Overview: Cablevision has 3.3 million cable TV subscribers and 3 million Internet customers. Cablevision?s local media properties include News 12 Networks, MSG Varsity and the Newsday Media Group. Cablevision also owns and operates Clearview Cinemas. TV: AMC; WE tv; IFC; Sundance Channel; News 12 Networks; MSG Varsity; Rainbow Media Holdings; IFC Entertainment; Rush HD; Bresnan Cable Print: Newsday Media Group; am New York; Star Community Publishing Group Entertainment: Clearview Cinemas Other: RASCO; PVI Virtual Media Services"

"2011 Revenue: $18.7 billion Company Overview: CenturyLink is the third-largest telephone company in the U.S. and offers voice, video and data services to customers in 42 states. Other: Savvis, Inc."

"2011 Revenue: $7.2 billion Company Overview: Charter is the fourth-largest cable operator in the United States, with systems serving customers in 26 states."

"2011 Revenue: $55.8 billion Company Overview: In 2011, the Federal Communications Commission approved Comcast?s takeover of a majority share of NBCUniversal from General Electric. This merger combines the nation's largest cable company and residential Internet service provider and one of the world's biggest producers of TV shows and motion pictures. Comcast?s media holdings now reach almost every home in America. It serves customers in 39 states and the District of Columbia. In addition to its vast NBCUniversal holdings, Comcast has 23.6 million cable subscribers, 18 million digital cable subscribers, 15.9 million high-speed Internet customers and 7.6 million voice customers. Comcast recently entered into a partnership with Verizon in which each company will market and sell the other's services. TV: NBCUniversal; twenty-four television stations and the NBC television network; Telemundo; USA Network; SyFy; CNBC; MSNBC; Bravo; Oxygen; Chiller; CNBC World; E!; the Golf Channel; Sleuth; mun2; Universal HD; VERSUS; Style; G4; Comcast SportsNet (Philadelphia), Comcast SportsNet Mid-Atlantic (Baltimore/Washington, D.C.), Cable Sports Southeast, Comcast SportsNet Chicago, MountainWest Sports Network, Comcast SportsNet California (Sacramento), Comcast SportsNet New England (Boston), Comcast SportsNet Northwest (Portland, Ore.), Comcast Sports Southwest (Houston), Comcast SportsNet Bay Area (San Francisco), New England Cable News (Boston), Comcast Network Philadelphia, Comcast Network Mid-Atlantic (Baltimore/Washington, D.C.); the Weather Channel (25 percent stake); A&E (16 percent stake); the History Channel (16 percent stake); the Biography Channel (16 percent stake); Lifetime (16 percent stake); the Crime and Investigation Channel (16 percent stake); Pittsburgh Cable News Channel (30 percent stake); FEARnet (31 percent stake); PBS KIDS Sprout (40 percent stake); TV One (34 percent stake); Houston Regional Sports Network (23 percent stake); SportsNet New York (8 percent stake) Online Holdings: MSNBC.com (50 percent stake); Hulu (32 percent stake); DailyCandy; iVillage; Fandango Telecom: Clearwire Communications (9 percent stake) Other: Comcast Interactive Media; Plaxo; Universal Studios Hollywood; Wet 'n Wild theme park; Universal Studios Florida; Universal Islands of Adventure; Philadelphia 76ers; Philadelphia Flyers; Wells Fargo Center; iN DEMAND; Music Choice (12 percent stake); SpectrumCo (64 percent stake)"

2011 Revenue: $33.7 billion Company Overview: Sprint is the third-largest U.S. wireless provider and serves

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

more than 53 million customers.

2011 Revenue: $20.6 billion Company Overview: T-Mobile is the U.S. subsidiary of German-owned Deutsche Telekom and serves more than 33 million U.S. wireless customers.

"2011 Revenue: $19.7 billion Company Overview: Time Warner Cable is the second-largest cable provider in the United States. The company formally split from its parent, Time Warner, Inc., in 2008. Time Warner now has 12.1 million cable customers and 10.2 million wireless Internet customers. Telecom: Time Warner Cable Media, Inc.; Clearwire (4.7 percent stake); SpectrumCo (minority stake) Other: NaviSite, Inc.; Canoe Ventures LLC"

"2011 Revenue: $110.9 billion Company Overview: Verizon is the largest U.S. wireless provider and the second-largest company providing local phone service in the U.S. Verizon offers its wireless services to over 98 percent of the U.S. population and serves wired customers in 13 states and the District of Columbia. Verizon offers cable television services in portions of its service teritory under the brand name ""FiOS."" Verizon recently entered into a partnership with Comcast, Time Warner Cable, Cox Communications and Bright House Networks in which each company will market and sell the other's services. Other: Terremark Worldwide, Inc."

Print

Overview
Bertelsmann
Gannett Co.
The Hearst Corporation
News Corp
Tribune Company
Washington Post Co.

"Consolidation has contributed to tough times for the newspaper industry. When the industry was swimming in profits in the 1990s, big media companies used 14?27 percent profit margins to buy up other properties rather than invest in the quality of their existing products or innovate for the future. Now they want to make it possible for a given company to own a newspaper and a broadcast station in the same market. Take Action to save the print industry from itself."

"2011 Revenue: $20.7 billion Company Overview: Bertelsmann AG is one of the world?s largest media companies, with substantial holdings in Europe and North America, including book publisher Random House, international radio and television station owner RTL Group and media firm Gruner + Jahr. TV: RTL Group (Europe's largest broadcasting and production company, which controls TV and radio stations in 10 different countries, along with content production) Print: Random House (with over 200 imprints in 15 countries, including the Ballantine Publishing Group, the Bantam Dell Publishing Group, Broadway, the Crown Publishing Group, the Doubleday Broadway Publishing Group, Pantheon, Random House U.K., Transworld, Sudamericana, C. Bertelsmann, Karl Blessing Verlag, Goldmann, Siedler Verlag, Wolf Jobst Siedler Verlag, Plaza & Janes (50 percent), Grijalbo Mondadori (50 percent), the Knopf Publishing Group, the RH Adult Trade Publishing Group, RH Audio, RH Children?s Books, RH Direct, Inc., the RH Information Group, RH International, RH Large Print, RH Value Publishing, and Waterbrook Press; Gruner + Jahr (285 print titles in 20 countries) Other: Avarto (outsourcing provider)"

"2011 Revenue: $5.2 billion Company Overview: International media company focusing on broadcast TV, print and Web content TV: Twenty-three television stations Online Holdings: CareerBuilder.com; MomsLikeMe.com; ShopLocal.com; Cars.com; Apartments.com; CareerSite.biz; Livestream.com; Metromix.com; Ongo, Inc.; Reviewed.com; SavvyShopperDeals.com; Homefinder.com; BNOT.com; Nurse.com Print: USA Today; over 600 magazines and other non-daily print publications; Clipper Magazine; Mint Magazine; Gannett Government Media; Gannett Education; Newsquest (U.K.) Other: Gannett Healthcare Group; PointRoll; Planet Discover; Schedule Star; Classified Ventures; QuadrantONE; Fantasy Sports Ventures; Captivate; Pearls Review; Gannett Offset"

"2009 Revenue: $3.9 billion Company Overview: The Hearst Corporation is a media conglomerate that controls or has ownership stakes in newspaper, magazine, television, cable network and Internet properties. TV: Thirty-one television stations and A&E (42 percent stake); the History Channel (42 percent stake); the Biography Channel (42 percent stake); Lifetime (42 percent stake); the Crime and Investigation Channel (42 percent stake);

THE BOOK OF TESLA. Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Cosmopolitan TV; ESPN Networks (20 percent stake); ESPN Radio (20 percent stake); Current (minority stake); Reed Brennan Media Associates Radio: Two radio stations Online Holdings: Kaboodle.com; Manilla.com; RealAge.com; seattlepi.com; Brightcove.com (minority stake); BuzzFeed.com (minority stake); DoubleFusion.com (minority stake); Drugstore.com; ELNK (minority stake); Gazillion Entertainment (minority stake); Idilia (minority stake); IGG (minority stake); Mobitv (minority stake); the News Market (minority stake); Pandora (minority stake); Suzanne's Files (minority stake); TurnHere (minority stake); Voxpop.tv (minority stake); Wideorbit.com (minority stake); WorldwideBiggies.com (minority stake); Ugo.com; Electronic Engineers Master Print: Twenty U.S. magazines (including Car and Driver, Cosmopolitan, Country Living, ELLE, Esquire, Good Housekeeping, Marie Claire, O, Popular Mechanics, Redbook, Seventeen and Woman's Day); King Features (syndicator of newspaper comic strips including Blondie, Beetle Bailey, Hagar the Horrible, Family Circus, Dennis the Menace, Popeye); Black Book; Hearst Business Media (Electronics Products Magazine; Floor Covering Weekly); IDG/Hearst; Hearst Books; Hearst News Service Entertainment: Hearst Entertainment Other: 1-800-Free-411 (minority stake); Hearst Tower; Hearst Ranch; Hearst Service Center; First Databank; Fitch Ratings; FleetCross; Map of Medicine; MOTOR Information Systems; Stocknet; Veretech; Zynx Health; LocalEdge; Metrix4Media; CDS Global; CMG; COMAG; iCrossing; PPSB"

"2011 Revenue: $33.4 billion Company Overview: News Corp?s media holdings include the FOX Broadcasting Company; television and cable networks such as Fox, Fox Business Channel, National Geographic and FX; print publications including the Wall Street Journal, the New York Post and TV Guide; the magazines Barron?s and SmartMoney; book publisher HarperCollins; film production companies 20th Century Fox, Fox Searchlight Pictures and Blue Sky Studios; numerous websites including MarketWatch.com; and non-media holdings including the National Rugby League. TV: Twenty-seven television stations and FOX Broadcasting Company (FOX Network, MyNetworkTV); FOX News; FOX Business; FOX News Radio Network; FOX News Talk Channel; FSN (12 regional sports networks); FX; SPEED; FUEL TV; Fox College Sports; Fox Movie Channel; Fox Soccer Channel; Fox Soccer Plus; Fox Pan American Sports; Fox Deportes; Big Ten Network; National Geographic U.S.; Nat Geo Adventure; Nat Geo Music; Nat Geo Wild; Fox International Channels; Utilisima; Fox Crime; NEXT; FOX History & Entertainment; the Voyage Channel; STAR World; STAR Movies; NGC Network International; NGC Network Latin America; LAPTV; Movie City; City Mix; City Family; City Stars; City Vibe; the Film Zone; Cinecanal; Elite Sports Limited; BabyTV; STAR India; STAR Taiwan; ESPN STAR Sports; Shine Limited Online Holdings: Hulu.com (32 percent minority share) Print: HarperCollins Publishers; the New York Post; the Daily News; News International (the Times, the Sunday Times; the Sun); News Limited (146 newspapers in Australia); Dow Jones (Wall Street Journal, Barron's, SmartMoney, Factiva, Dow Jones Newswires, Dow Jones Local Media, Dow Jones VentureSource) Telecom: Satellite: BSkyB (39 percent minority share); SKY Italia Entertainment: Fox Filmed Entertainment; Twentieth Century Fox Home Entertainment; Twentieth Century Fox Television; Twentieth Television; Fox Television Studios Other: Marketing/advertising: News America Marketing Group; News Outdoor; Fox Library; IGN Entertainment, Inc.; Making Fun, Inc.; Wireless Generation"

"2010 Revenue: $3.2 billion Company Overview: Tribune owns 23 TV stations, one radio station, 12 daily newspapers, numerous magazines and other media properties. TV: Twenty-three television stations and the Food Network (30 percent stake); WGN America; CLTV Chicagoland; Tribune Entertainment Radio: One radio station Online Holdings: Zap2it.com; TribuneDirect.com; MetroMix.com (minority stake); CareerBuilder.com (minority stake); Apartments.com (minority stake); Cars.com (minority stake); ForSaleByOwner.com; HomeFinder.com (minority stake); Healthkey.com; Topix.net (minority stake) Print: Twelve daily newspapers (including the Los Angeles Times, the Chicago Tribune, the Baltimore Sun and the Hartford Courant); Chicago Magazine Other: Tribune Media Services; Classified Ventures (minority stake)"

"2011 Revenue: $4.2 billion Company Overview: The Washington Post Company is engaged in print and online publishing of newspapers and magazines, television broadcasting and cable television systems. The company also owns Kaplan, Inc., which provides higher education services, test preparation, language instruction and professional training. TV: Six television stations Print: The Washington Post; the Herald; the Washington Post News Service; Post-Newsweek Media; Greater Washington Publishing; the Slate Group (Slate, the Root, Foreign Policy); El Tiempo Latino; Express Publications (Express, ExpressNightOut.com); Social Code; Classified Ventures (17 percent stake) Telecommunications: Cable ONE, Inc. Other: Kaplan (Kaplan Higher Education, Kaplan University, Kaplan Test Preparation, Kaplan International, Kaplan Ventures, Kaplan EduNeering, Kaplan Learning Technologies, the Kidum Group, Kaplan Continuing Education, Kaplan Global Solutions, Colloquy,

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Kaplan Virtual Education and Kaplan VC LLC); Avenue 100 Media Solutions, Inc.; Bowater Mersey Paper Company (49 percent stake)"

Internet


Overview
Apple
Google
Microsoft
Yahoo!
"Giant companies like Apple, Facebook and Google are slowly reconstituting the Internet's walled gardens of old. As these companies try to steer us to their increasingly closed versions of the Internet ? and to marketers who benefit from mining our personal information ? we must fight for policies that protect our rights as Internet users. Take Action to stand up for your online rights."


## Did Tesla bankers at Deutsche Bank order German?s to give Tesla a wave-through on safety review that never actually happened?


"Did Tesla bankers at Deutsche Bank order German's to give Tesla a wave-through on safety review that never actually happened? The United stated NHTSA has sent an extensive review list to Tesla yet we now see that Germany sent no such review list to Tesla and, in fact, the press office of Kraftfahrt-Bundesamt confirms that no tests were conducted by Germany. Karen started a campaign to force the exposure of the falsehoods which can jeopardize the lives of Tesla drivers by asking every to send the following letter to Germany: Please Send This open letter to the German Federal Motor Transport Authority, or Kraftfahrt-Bundesamt (KBA): Regarding: Your recent Tesla ""safety declaration"". Dear German Federal Motor Transport Authority: It is quite surprising to hear that your organization has declared the Tesla completely safe without engaging in full due diligence. It makes it appear like someone got bribed. We certainly hope that Deutsche Bank staff's substantial positions in Tesla held no bearing. We see that Deutsche Bank staff were just indicted for massive securities fraud and we hope that is just a coincidence. Numerous organizations and experts have provided data showing that the car is not safe. The statistics, historical facts about lithium ion, and actual evidence point to the opposite conclusion. Many websites, including: http://lithium-ion.weebly.com and others provide rather contrary evidence. Tesla's own patent documents state that the car is not safe. The Chevy Volt was recalled for far less battery issues with lithium ion. There are over 200 safety concerns that can be provided to you in a documented report. America has not even started their safety investigation and has requested a deep set of technical documents from Tesla. Did your agency request such documents? The members of the public hereby request publication of the identities of the reviewers, the methods and analysis methods they employed, the read-out of their data and the conclusive, specific data that the research was based upon. Here is a link to a much more overt investigation you might want to review: http://wp.me/p2BJXK-g7 Sincerely, XXX Please feel free to send your own version to Kraftfahrt-Bundesamt (KBA) at: pressestelle@kba.de and at this link: http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true and by hard-copy mail to: Kraftfahrt-Bundesamt Stabsstelle (Office of Interdepartmental functions) Mr. Thomas Meyer 24932 Flensburg ki- ggt/ hj-ST- BH ----------------------------------------------------------------

 Per THIS LINK... Lithium ion Apple tablets and cell phones have exploded into flames and burned down the structures they were in as documented when you search the phrase: ""ipad air explodes"". Authorities in Sugar Land, Texas, ruled that the Fisker Karma parked in the attached garage of a newly built home was the origin of a fire in 2012 that completely destroyed the car as well as the garage and a portion of the house, causing hundreds of thousands of dollars? worth of damage. The owner and his family escaped safely. The batteries were the same kind of lithium ion batteries used in the Tesla. This video shows another one just blowing up in flames for no

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

good reason: http://www.youtube.com/watch?v=2yzULEbmguM The website: http://lithium-ion.weebly.com shows quite a number of lithium ion battery disasters where the batteries just took down the structures. Tesla's own patent's, filed with the U.S. Government, state, in their words, that their batteries could spontaneously explode and destroy your home or office. ----------------------------------------------------------------

"Deutsche Bank Says Four Employees, Securities Unit Indicted in ..."

"Aug 22, 2011 ... Four Deutsche Bank AG employees and its South Korean brokerage face a trial over a one-day stock rout in November that wiped $27 billion in  ... www.bloomberg.com/ news/ 2011-08-21/ deutsche-bank-says-four-employees-securities-unit-indicted-in-south-k orea.html

Deutsche Bank Loses Share of Korea Overseas Bond Sales on Ban ...

"Sep 20, 2011 ... Deutsche Bank AG, the world's top manager of foreign-currency debt ... South Korean prosecutors last month charged four Deutsche Bank  ... www.bloomberg.com/ news/ 2011-09-19/ deutsche-bank-loses-on-korea-bond-sales-amid-ban-indictments.html

Indictment Links Deutsche Bank to Tax-Shelter Inquiry - NYTimes.com

"Nov 16, 2008 ... Federal prosecutors have indicted a former Bank One executive, charging that he sold questionable tax shelters through transactions arranged  ... https://www.nytimes.com/2008/11/17/business/17shelter.html

Deutsche Bank Korea Securities Unit Indicted for Market ...

"Aug 21, 2011 ... South Korean prosecutors have indicted Deutsche Bank AG's South Korean securities unit and four Deutsche Bank employees for market  ... online.wsj.com/ news/ articles/ SB10001424053111903596904576521300244040550

Office's decision dated 19 August 2011 to - Deutsche Bank

"Aug 21, 2011 ... Deutsche Bank acknowledges the Seoul Central District Prosecutors' Office's decision to indict four Deutsche Bank Group employees. https://www.db.com/medien/en/content/press_releases_2011_3734.htm

SAC Capital Indicted for Criminal Securities Fraud | Breakout ...

"Jul 25, 2013 ... Even before the one-two punch of civil and criminal charges being ... as Bloomberg reports that several firms, including Deutsche Bank (DB)  ... finance.yahoo.com/ blogs/ breakout/ sac-capital-indicted-criminal-securities-fraud-155459600.html

Four Deutsche Bank employees jailed on Thursday | Reuters

"Dec 13, 2012 ... FRANKFURT (Reuters) - Four of the five Deutsche Bank employees arrested for money laundering or obstruction of justice related to a carbon  ... www.reuters.com/ article/ 2012/ 12/ 13/ us-deutschebank-arrests-idUSBRE8BC12X20121213

BBC News - Deutsche Bank charged in South Korea over stock rout

"Aug 22, 2011 ... Deutsche Bank's South Korean brokerage and four of its employees are charged with illegally manipulating Seoul's stock market last year. www.bbc.co.uk/news/business-14611852

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Indictments issued in fire deaths at NY Deutsche Bank building ...

"Dec 22, 2008 ... A construction company and three supervisors were indicted Monday on manslaughter and related charges in the deaths of two firefighters  ... www.cnn.com/2008/CRIME/12/22/fdny.bank.fire.charges/


Deutsche Bank staff indicted for stock scam - Indian Express

"Aug 21, 2011 ... A report says four employees of Deutsche Bank AG and its South Korean brokerage unit have been indicted on charges of manipulating stock  ... www.indianexpress.com/ news/ deutsche-bank-staff-indicted-for-stock-scam/ 834994/

x-Deutsche Bank Exec Accused Of Stealing $13M - Law360

"Nov 15, 2006 ... A longtime employee of Deutsche Bank AG has been indicted on one count of bank fraud for allegedly stealing over $13 million from the  ... www.law360.com/ articles/ 13608/ ex-deutsche-bank-exec-accused-of-stealing-13m

Banks Mull Relationships With Indicted SAC | FINalternatives

"Jul 25, 2013 ... SAC Capital Advisors has been charged with insider-trading, and appears ... Those banks, including Goldman Sachs and Deutsche Bank, are  ... www.finalternatives.com/node/24289

The Deutsche Bank Tragedy - Eve's Magazine

The fatal tragedy of the Deutsche Bank building fire in New York City on August ... Instead his Grand Jury returned felony indictments against three construction  ... www.evesmag.com/j'accuse.htm -

Indicted Deutsche Bank contractor sues LMDC to recover $20M ...

"Aug 20, 2009 ... Exactly two years after a deadly fire broke out at the Deutsche Bank building in Lower Manhattan a demolition contractor charged with  ... www.therealdeal.com/ blog/ 2009/ 08/ 20/ indicted-deutsche-bank-contractor-sues-lmdc-for-20m-john-galt-corpora tion-bovis-lend-lease-regional-scaffolding-and-hoisting-windham-const ruction/

President of business indicted in Deutsche Bank fire linked to ...

"Jan 5, 2009 ... The contractor charged with manslaughter in the Deutsche Bank fire continues to reel in lucrative public dollars through a complex web of  ... www.nydailynews.com/ news/ president-business-indicted-deutsche-bank-fire-linked-companies-rich- n-y-contracts-article-1.377590

Deutsche Bank Co-CEO J   rgen Fitschen Under Investigation in Tax ...

"Dec 12, 2012 ... Matters are getting even more serious at Deutsche Bank, ... They also arrested five Deutsche Bank employees in the investigation linked to a  ... www.spiegel.de/ international/ business/ deutsche-bank-co-ceo-juergen-fitschen-under-investigation-in-tax-prob e-a-872563.html

German prosecutors widen inquiry into Deutsche Bank - Gulf Times

"Nov 7, 2013 ... The Deutsche Bank headquarters in Frankfurt. ... ?Should this result in an indictment and the opening of court proceedings, then Deutsche Bank  ... www.gulf-times.com/ business/ 191/ details/ 370883/ german-prosecutors-widen-inquiry-into-deutsche-bank

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Deutsche Bank - Securities Fraud Attorney

Shepherd Smith Edwards & Kantas LTD LLP - US Stock Broker Fraud Lawyer - USA Investor Fraud Attorney. www.stockbroker-fraud.com/lawyer-attorney-1219594.html -

"Deutsche Bank, JPMorgan, UBS charged with fraud linked to the ..."

"Mar 17, 2010 ... Deutsche Bank AG, JPMorgan Chase & Co., UBS AG and Hypo Real Estate Holding AG's Depfa Bank Plc unit were charged with fraud linked  ... www.nydailynews.com/ news/ money/ deutsche-bank-jpmorgan-ubs-charged-fraud-linked-sale-derivatives-arti cle-1.164200

Four Deutsche Bank employees charged in S Korea: report - Taipei ...

"Aug 22, 2011 ... South Korean prosecutors have charged four Deutsche Bank employees with illegally manipulating Seoul's stock market last year to earn more  ... www.taipeitimes.com/News/biz/archives/2011/08/22/2003511330

Deutsche Bank seeks US $557 m linked to Bo Xilai money laundering

"Jan 9, 2013 ... Last November, Deutsche Bank sued a company registered in the British ... Chicken noodle soup: Vietnamese man arrested for bad Chinese  ... www.wantchinatimes.com/ news-subclass-cnt.aspx? id=20130109000013 &cid=1101

Will Libor Indictments Fit the Scale of the Rate-Rigging Scandal ...

"Jul 23, 2012 ... Will Libor Indictments Fit the Scale of the Rate-Rigging Scandal? ... Credit Agricole, HSBC and Deutsche Bank are the focus of indictments. https://www.commondreams.org/headline/2012/07/23-1

4 at Deutsche Bank indicted over stock manipulation

2011? 8? 21? ... Four employees of Deutsche Bank AG and Deutsche Securities Korea have been indicted on charges of gaining unlawful profi... www.koreaherald.com/view.php?ud=20110821000222 -

Deutsche Bank > Securities Fraud Case > Breach of Trust

"Deutsche Bank was founded in Berlin in 1870, and is presently the largest bank operating under the euro. In Germany Deutsche Bank's CEO has faced breach  ... www.lawyershop.com/ practice-areas/ criminal-law/ white-collar-crimes/ securities-fraud/ lawsuits/ deutsche-bank

"USDOJ: Former Chairman of Taylor, Bean & Whitaker Indicted for ..."

"Jun 16, 2010 ... Ocala Funding sold asset-backed commercial paper to financial institution investors, including Deutsche Bank and BNP Paribas Bank. www.justice.gov/opa/pr/2010/June/10-crm-703.html

Deutsche contractor indicted for grand larceny - Downtown Express

"Jan 9, 2009 ... To the list of charges levied against John Galt Corp. workers since the fatal fire at the Deutsche Bank building, the district attorney added a new  ... www.downtownexpress.com/de_297/deutschecontractor.html

Federal Tax Crimes: More Swiss Bank Enablers Indicted (12/18/12)

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Dec 19, 2012 ... More Swiss Bank Enablers Indicted (12/18/12) ... 3.and Swiss Bank No. 4. ... In the German language, the umlaut (two dots over certain vowels)  ... federaltaxcrimes.blogspot.com/ 2012/ 12/ more-swiss-bank-enablers-indicted-121812.html

"Money manager, husband plead guilty to defrauding thousands from ..."

"Mar 7, 2012 ... A former AIG and Deutsche Bank managing director and her husband pleaded guilty yesterday in Manhattan federal court for defrauding  ... www.nypost.com/ 2012/ 03/ 07/ money-manager-husband-plead-guilty-to-defrauding-thousands-from-aig-a nd-deutsche-bank/

German police raids Deutsche Bank offices in tax fraud probe ? RT ...

"Dec 12, 2012 ... Police has searched several offices of Germany's biggest bank, Deutsche Bank AG, in connection with a carbon credit tax evasion case. www.rt.com/news/deutsche-bank-tax-fraud-904/

A Shocking Indictment of the Culture of Banks - Forbes

"Jun 28, 2012 ... Credit Suisse also paid $536 million for using Iranian deposits in its US banking operation in violation of international sanctions. So did ABN  ... www.forbes.com/ sites/ robertlenzner/ 2012/ 06/ 28/ a-shocking-indictment-of-the-culture-of-banks/

Steward Indictment - StopFraud.gov

"At times material to this indictment: a. Defendant ..... transfer in the amount of approximately $185,173 from Deutsche Bank in New York, New York, to. Bank One  ... www.stopfraud.gov/news/steward-indictment.pdf

Time to Indict Geithner for Securities Fraud [Goldman Sachs Group ...

"Jan 8, 2010 ... American International Group Inc (NYSE:AIG), Deutsche Bank AG (USA) (NYSE: DB), Goldman Sachs Group Inc (NYSE:GS): Time to Indict  ... www.seekingalpha.com/ article/ 181570-time-to-indict-geithner-for-securities-fraud

# BRIBERY and CORRUPTION revealed to have launched and maintained some car companies.

"BRIBERY and CORRUPTION revealed to have launched and maintained some car companies. Numerous articles have emerged this week showing the facts, metrics, associations and process that created an ""Oceans 11""-type inside team within the DOE who coordinated with certain car company founders to rig the stock market and the auto industry market. Numerous emails, testimony, evidence and first investigation results have now shown that, while any engineering company can build a car, some groups decided to undertake a plan to trick the market in order to leverage their cars into the big-ticket investor pools. Certain car company backers and founders traded cash, election resources, industrial favors, profit avenues and jobs in exchange for actions which would scam the markets into thinking those groups had received extreme due diligence. By creating this false impression, these companies were able to acquire vast sums of investor dollars based on a due diligence effort which never actually took place. Investors invested because they were told the companies had passed extreme DOE review. In fact, all review documents were destroyed, modified or obfuscated in order to hide the reality that those companies never would have been in the top tier compared to all other applicants. The ?Oceans-11? team arbitrarily terminated every single other applicant, of hundreds of qualified applicants, to kill off all possible competitors. Raj Gupta, Steve Rattner, McKinsey and others have already been charged. More are coming. Additional profits were acquired by these backers from tax credits and special creative tax scams. More coming from these articles and new whistle-blowers

THE BOOK OF TESLA - Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Unhappy Tesla Customer at: https://twitter.com/TeslaMotorhead

Forwards a forward from one of his Twitter followers:

"""""

## The Mike Cheiky Story

"Killing Mike Cheiky: Silicon Valley VC?s want total control of ?Green Energy?, but only their version, so they ?kill? off the outsiders     "The Verge published an article,  by a writer who, his targets say, is ?a hired character assassin?, like Adrian Covert and other famous hired   ""Attack Bloggers"". The article covers a prolific inventor who is painted as a ?criminal? because he has invented ?too many things?. The writer clearly set out to do a malicious hatchet job on the guy, including fake post-story blog comments by the same attackers. Let?s look at both sides of the case. While Chieky is still alive. Gary Conley, another attacked CleanTech entrepreneur is dead. Associates and friends of Gary are pleading for help with the case at: http://thegaryconleycase.weebly.com The price of being a creator is high, but the price of conflicting with the Silicon Valley VC?s is PR death.. or, in the case of Gary Connely, Real death (SEE THIS LINK)! (An investigation charges Silicon Valley VC?s with causing, or ordering, his death. The story is almost the same as Chieky except Connely ended up with a bullet in his head) Chieky built and sold a number of things for a few decades; like Edison, Tesla, Marconi, and tens of thousands of other inventors. As with all people gifted with the use of more brain than the rest of us, he was abrupt and had poor social skills, like Facebook?s Mark Zuckerberg, featured in films as a hopeless socio-pariah. The writer had no ability to comprehend the way that Chieky communicates and paints him from an acrimonious perspective without giving Chieky any response outlet or counter-point within the story. The writer clearly didn?t want to hear feedback from Chieky, or his partners, he wanted to ?kill?. Giving the writer the benefit of the doubt: So what if Chieky was a dick in his personality style. Steve Jobs is famous for being a dick. Half of the Google execs are screwing their staff and cheating on their wives in glorious ValleyWag technicolor dick-ness. Larry Ellison is glorified for Dick-hood. Being A DICK IN SILICON VALLEY seems to be the main ingredient to success. So why destroy Chieky for using short sentences and speaking efficiently without platitude embellishment, as autistics do? There are a vast number of pictures of Steve Jobs with an equally bad haircut and eye-glass selection as Chieky. Did Jobs deserve to die for that? Does Chieky? Chieky is autistic, according to his ex employees. Should Ben Popper be destroying the lives of war veterans that have no legs? Should Ben Popper be destroying the life of Mark Zuckerberg because he has Aspergers Syndrome? Do only those in the Frat boy club get a pass on not treating their disability as a sin? What publisher let?s his staff write and deliver stories that tell disabled American?s that they will never be looked at as actually enabled in special ways? Chieky spent his life creating and building things to improve the lives of American?s, and people around the world, and this is how we pay him back? All of his inventions are for the greater good. One article like this ruins one?s life forever. Did Chieky actually deserve it? Where is the counterpoint. If Chieky actually is ?evil? as the article says, then let?s string him up. But if the author is evil, then re-size the noose. Where is the counterpoint from Chieky and his representatives to the charges in the article? Chieky seems to have made the mistake of crossing the path of these ?GREEN ENERGY VC guys (SEE THIS LINK)! and accidentally competing with these particular VC?s grand schemes for controlling ?clean energy resources?. Do Draper, Khosla, Perkins, Doerr and the rest, get to destroy those that are not in ?the frat boy club? with impunity? Chieky is terrifying to the Silicon Valley VC?s because he has 1.) a proven history of inventing things that obsolete their older investments, 2.) a proven history of getting funded and 3.) a proven history of launching products. The three skills that no Stanford frat boy VC can stand? because they can?t do it. The VC?s are little money automatons and not ?creators?. The VC?s can only grub up cash from pension funds and banking groups as they follow each other like sheep. So the article uses these classic takedown ?hit? techniques (HERE) Alas, The Verge published the article in all countries and thus gives Chieky the right to file defamation lawsuits overseas, where there are no SLAPP laws protecting tabloids. Cyber bully laws can now be enforced in a large number of states and countries. Writer Popper may have also violated ADA laws. Let?s see how the story evolves? Chieky is either a crook or a targeted victim but let?s have a trial, with ALL of the evidence, before we lynch him. Shell- HUFFPO"

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"FOR MORE ON THE MIKE CHEIKY ATTACK PROCESS, SEE (THIS LINK) "


" ...and for even more devastating attack examples, see the story on Gary Conley, and others, who went up against the same party..."



# Did White House order ?no more DOE Loans to be funded? in

order to protect campaign financiers other investments?   "Did White House order ""no more DOE Loans to be funded"" in order to protect campaign financiers other investments? No More DOE Advanced Auto Tech Loans Likely Article From:  Automotive Design & Production      AutoBeat Group The U.S. Dept. of Energy is not considering any further loans under its $25 billion Advanced Technology Vehicles Manufacturing program, even though it has agreed to allocate only about $8.4 billion so far. A study by the U.S. Government Accountability Office notes that DOE hasn?t made a loan under the ATVM program in two years. It says most would-be applicants it interviewed believe the cost of the lengthy process, reviews and conditions place on the loan itself outweigh the benefits. DOE says it considers seven pending loans worth nearly $1.5 billion ?inactive? because applicants lack sufficient equity or their technology is not sufficiently ready to commercialize. The six-year-old ATVM program has approved at least six loans to date: $5.9 billion to Ford Motor Co. in September 2009 to upgrade factories in five states to make more fuel-efficient vehicles $1.4 billion to Nissan North America in January 2010 to prepare its factory in Smyrna, Tenn., to make electric vehicles $465 million to Tesla Motors Inc. in January 2010 to launch EV production at its plant in Freemont, Calif., and to set up capacity to make batteries and powertrain components for plug-ins $529 million to Fisker Automotive Inc. in April 2010 to develop two plug-in hybrid models (DOE froze the loan early last year because Fisker didn?t meet performance targets) $50 million to the Vehicle Production Group to develop a six-passenger, wheelchair-accessible vehicle than runs on compressed natural gas $24 million for Tenneco Inc. in 2010 to produce emission control systems for light-duty vehicles (Tenneco withdrew its application in March 2010) ADP
--------------------------------------------------------------------

- Crony Socialism ? House Committee: President Obama Used DOE Loan Money To Help Harry Reid?s 2010 Reelection Campaign ? Emails Show Specific Intent of DOE spending to support Harry Reid?. Posted by sundance For any other President, with any other media, at any other time in our nation, this story alone would lead to impeachment?..    Congressional Oversight Committee has specific fact-based proof that President Obama collaborated with the Dept. Of Energy to steer green energy/stimulus funding money into Nevada to support Harry Reid?s 2010 election.     They openly admit as such. WASHINGTON ? President Obama claims that political considerations did not influence the Energy Department?s green energy loan program, but newly-released internal emails show that his administration subsidized Nevada companies in order to help Senate Majority Leader Harry Reid, D-Nev., win his 2010 reelection campaign. And these are decisions, by the way, that are made by the Department of Energy, they have nothing to do with politics,? Obama said last week when asked about the green companies that have gone bankrupt despite receiving taxpayer support. The House Oversight and Government Reform Committee released DOE emails today that compromise Obama?s position on two counts: one, the emails show that Obama himself was involved in approving loans; two, DOE officials were keenly aware of the political interests at stake, as they regarded the loans as a way for the White House to help Reid by giving him a way to brag about bringing federal money into Nevada. Messages from late in 2010 demonstrate that DOE officials were concerned that President Obama?s personal desire to get DOE loans approved was putting tax payer money at risk. ?I am growing increasingly worried about a fast track process imposed on us at the POTUS level based on this chaotic process that we are undergoing,? Loan Program Office Senior Credit Advisor Jim McCrea wrote to loan program executive director Jonathan Silver in October 2010. ?[B]y designing the fast track

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

process and having it approved at the POTUS level (which is an absolute waste of his time!) it legitimizes every element and it becomes embedded like the 55% recovery rate which also was imposed by POTUS.? Silver was sympathetic to McCrea, but said it was too late to change course. ?While I might agree with you intellectually, that is not where we are,? he wrote back. ?Let?s finish this process and get back to business.? By that point, McCrea might have regretted the political interest in the loan program, but he was quite happy about it only months earlier. In December, 2009, McCrea forwarded one of his colleagues an article about how Reid would struggle in the 2010 campaign along with a comment on how it might affect the DOE loan program. ?Reid may be desperate,? McCrea wrote. ?WH may want to help. Short term considerations may be more important than longer term considerations and what?s a billion anyhow?? That?s a troubling closing question given that the DOE lost over half-a-billion dollars on one company when Solyndra went bankrupt. In that same message, McCrea also speculated that, in light of Reid?s campaign struggles, ?there may be an opportunity to move several transactions simultaneously, allowing LGPO to finish with a trifecta!? A May 2010 email shows that Reid requested a meeting with Jonathan Silver ? the Obama bundler who resigned his post at DOE after the Solyndra bankruptcy ? to discuss green energy projects in Nevada. Silver interpreted Reid?s request in light of the campaign. ?Reid is constantly hit at home for not bringing in the federal dollars,? he wrote. Silver?s task, according to the DOE memo prepared for his meeting, was to assure Reid that ?we anticipate a good number of projects to be approved in the coming months.? ------------------------------------------------------------

# Emails show Obama admin used DOE loan money to help Harry Reid?s 2010 campaign

By JOEL GEHRKE Topics: Beltway Confidential President Obama claims that political considerations did not influence the Energy Department?s green energy loan program, but newly-released internal emails show that his administration subsidized Nevada companies in order to help Senate Majority Leader Harry Reid, D-Nev., win his 2010 reelection campaign. ?And these are decisions, by the way, that are made by the Department of Energy, they have nothing to do with politics,? Obama said last week when asked about the green companies that have gone bankrupt despite receiving taxpayer support. The House Oversight and Government Reform Committee released DOE emails today that compromise Obama?s position on two counts: one, the emails show that Obama himself was involved in approving loans; two, DOE officials were keenly aware of the political interests at stake, as they regarded the loans as a way for the White House to help Reid by giving him a way to brag about bringing federal money into Nevada. Messages from late in 2010 demonstrate that DOE officials were concerned that President Obama?s personal desire to get DOE loans approved was putting tax payer money at risk. ?I am growing increasingly worried about a fast track process imposed on us at the POTUS level based on this chaotic process that we are undergoing,? Loan Program Office Senior Credit Advisor Jim McCrea wrote to loan program executive director Jonathan Silver in October 2010. ?[B]y designing the fast track process and having it approved at the POTUS level (which is an absolute waste of his time!) it legitimizes every element and it becomes embedded like the 55% recovery rate which also was imposed by POTUS.? Silver was sympathetic to McCrea, but said it was too late to change course. ?While I might agree with you intellectually, that is not where we are,? he wrote back. ?Let?s finish this process and get back to business.? By that point, McCrea might have regretted the political interest in the loan program, but he was quite happy about it only months earlier. In December, 2009, McCrea forwarded one of his colleagues an article about how Reid would struggle in the 2010 campaign along with a comment on how it might affect the DOE loan program. ?Reid may be desperate,? McCrea wrote. ?WH may want to help. Short term considerations may be more important than longer term considerations and what?s a billion anyhow?? That?s a troubling closing question given that the DOE lost over half-a-billion dollars on one company when Solyndra went bankrupt. In that same message, McCrea also speculated that, in light of Reid?s campaign struggles, ?there may be an opportunity to move several transactions simultaneously, allowing LGPO to finish with a trifecta!? A May 2010 email shows that Reid requested a meeting with Jonathan Silver ? the Obama bundler who resigned his post at DOE after the Solyndra bankruptcy ? to discuss green energy projects in Nevada. Silver interpreted Reid?s request in light of the campaign. ?Reid is constantly hit at home for not bringing in the federal dollars,? he wrote. Silver?s task, according to the DOE memo prepared for his meeting, was to assure Reid that ?we anticipate a good number of projects to be approved in the coming months.? The House Oversight and Government Reform Committee notes that ?throughout 2010 LPO emails indicate that projects in Nevada were prioritized because they were ?high profile,? ?tied to larger events,? or because they had Senator Reid?s support.? Nevada

Geothermal received a $98.5 million loan guarantee.   Solar Reserve, another Nevada project included Solyndra investors among it?s board, received a $737 million loan guarantee (after Solyndra went bankrupt). LS Power Associations, which used to be known as SWIP, received a $343 million loan guarantee from DOE. (Silver specifically asked for information about the SWIP project as he prepared

  to meet with Reid.) ----------------------------------------------------------------

# Another Obama bundler benefits from DOE loan By JOEL GEHRKE

Abound Solar, given a $400 million Department of Energy (DOE) loan guarantee for a project expected to create 1200 permanent jobs, receives private financial backing through an investment firm founded by a fundraising bundler for President Obama. The Sunlight Foundation notes that Bohemian Companies, which was founded by billionaire and Obama bundler Pat Stryker, participated with other companies in the ""second institutional equity round of financing"" in 2008 for Abound Solar, which recieved $104 million total through that round of financing. Stryker gave $50,000 to Obama's inauguration, according to the Center for Responsive Politics,   and raised a further $87,000 for the inauguration. Stryker has since donated $35,800 to the 2012 Obama Victory Fund, Sunlight reports. One year after Bohemian invested in Abound, and a year before the DOE granted a loan guarantee, Stryker visited the White House. ""The White House did not confirm that the visitor was the Pat Stryker in question and did not provide details about the meeting,"" Sunlight says. When the White House Press Secretary Jay Carney was asked about meetings with George Kaiser (an Obama bundler and financer for Solyndra,which also received a DOE loan guarantee), he indicated that no discussions of the loan program ever took place. Recently-released emails from Kaiser show that he did discuss Solyndra with White House officials, despite earlier denials. You can read more about Abound Solar here."/solyndra-fisker-tesla-abound-were-criminal-operations-you-are-not-supporting-clean-energy-by-buying-their-products-you-are-supporting-corruption/

# Stock Analysts Say Tesla is Doomed.          "Here is one example of the new

perspective on Tesla by the Stock market. Even though Tesla investors cluster-buy stock when there are media reviews, in order to ""pump"", or over-inflate it, the truth is coming out: By John Peterson of Seeking Alpha Over the last few weeks electric vehicle aficionados have been beside themselves with glee over reports that Tesla Motors (TSLA) will report a net profit on both a GAAP and non-GAAP basis for the first quarter of 2013. Since the news broke on March 31st, the stock has gapped up from $37.89 to an all-time high of $52.92. Few commenters and even fewer investors understand that Tesla's Q1 income guidance is little more than an epic April Fools prank, an aberration attributable to the confluence of non-recurring factors that will leave Tesla solidly in the red for the next two years. The two big drivers of Tesla's Q1 earnings will be: A one-time non-cash gain of $11 million arising from the reversal of a derivative warrant liability associated with the acceleration of Tesla's DOE loan; and An estimated $20 million in ZEV credits that have already saturated the market for 2013 and beyond, and effectively destroyed the value of future ZEV credits. When Tesla borrowed $465 million under the Department of Energy's ATVM loan program, it issued a warrant that gave the government a right to buy up to 3.1 million shares of common stock at a price of roughly $8 per share. In accordance with GAAP, it recognized an operating expense for the fair market value of the warrant and booked a related long-term liability. When Tesla amended the terms of its ATVM loan in early March, the acceleration of its payment schedule reduced the estimated value of the DOE's warrant by $11. That reduction of an estimated future liability will be reported as non-recurring income in Q1. Without the warrant liability reversal, there would be no first quarter GAAP net income. A more troubling dynamic is the role of ZEV credits in Tesla's past, current and future operating results. During 2012, Tesla received $40.5 million from the sale of ZEV and GHG credits to automakers. In an April 18th research note Morgan Stanley estimated that Tesla's ZEV credits for Q1 would be over $20 million, but fall in future quarters. Something about the two numbers didn't add up for me. During 2012, Tesla delivered about 2,950 vehicles and received roughly $13,725 per unit in additional revenue from sales of ZEV and GHG credits. In Q1, however, Tesla delivered 4,750 vehicles and Morgan Stanley thinks they'll only receive $4,200 per unit in ZEV and GHG credits. It was enough to make me ask, ""Why are Tesla's expected ZEV and GHG credit values cratering? I found the answer in a 2010 report from the Natural Resources Defense Council titled, ""The Zero Emission Vehicle Program, An Analysis of Industry s Ability to Meet the Standards,"" which used this graph to forecast annual demand for ZEV credits and the available supply of credits over time. While the NRDC did not assign a specific number to aggregate national demand for ZEV credits during the 2012 to 2014 time frame, an

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

eyeball estimate of 50,000 credits per year is pretty close. Through the end of 2012, the graph projected that aggregate demand for ZEV credits would exceed available supplies, creating a robust sellers market. From 2013 onward, the graph projected that supply would exceed demand by a modest to wide margin, creating an anemic buyers market. While Tesla was the primary beneficiary of the seller's market that existed in 2012, the benefits beyond Q1 of 2013 will most likely be limited to non-existent. The most important thing to understand about ZEV credits is that the number of credits per car varies with battery pack size. The following table from the NRDC report summarizes the five credit classes that existed in 2010. Based on the NRDC table, it appears that every car Tesla delivers generates a minimum of four ZEV credits. While I've been told that Tesla earns five ZEV credits when it sells a Model S with an 85 kWh battery pack, I haven't found definitive regulatory confirmation of that number. So I classify it as credible rumor rather than absolute fact. In the first quarter of 2013, automakers other than Tesla sold a total of 13,063 plug-in vehicles that generated something on the order of 30,000 ZEV credits. The 4,750 cars sold by Tesla increased the available supply of ZEV credits by 20,000. Unless there's been a massive surge in ZEV requirements over the last two years, the ZEV credit market for 2013 is already saturated and the ZEV credit revenue that reduced Tesla's 2012 loss by $40.5 million and will turn a large Q1 operating loss into an insignificant GAAP profit will fall to approximately zero in Q2. When you eliminate the combined impact of the warrant liability reversal and the non-recurring ZEV credit sales, Tesla's Q1 net loss from recurring business activity will be about $30 million, as opposed to the anticipated GAAP net income of roughly $2 million. April Fools! In its recent research note, Morgan Stanley predicted that Tesla would report a net loss of $108 million for 2013 followed by a net loss of $43 million for 2014. Investors who are buying Tesla stock for an eye-watering 39.4 times book value are in for a very rude awakening

## Steven Lawrence Rattner            - SUSPECT

- Under investigation for trading federal funds for votes while senior White House official - Under investigation for battering influence for cash while working in White House - UAW conflicts of interest - Indicted for securities fraud - Caught lying on video and audio tapes - Accused of running massive scam from INSIDE WHITE HOUSE

nytimes.com/1998/03/19/business/top-level-lazard-exec...
nytimes.com

Obama Automobile Adviser Rattner Worth At Least $188 Million ...

"Steven Rattner, the Obama administration adviser trying to orchestrate a rescue of the U.S. auto industry, has a net worth of at least $188 million and held shares in an investment fund run by the majority owner of Chrysler LLC, according to his financial-disclosure statement."
bloomberg.com/apps/news?pid=newsarchive&sid=aFnU4WrEzuPk
bloomberg.com
institutionalinvestorsecuritiesblog.com/2011/11/former_us_treasury_secretary_t.html
institutionalinvestorsecuritiesblog.com

Steve Rattner's fall from grace - FierceFinanceIT

"Steven Rattner criticized as ""unethical"" by Quadrangle, probe continues How important is ethics disclosure? Ethics: Harvard MBA takes oath before joining Goldman Sachs . Filed Under. pay to play, private equity, Private Equity Firm, scandal, Steve Rattner, Vanity Fair."
fiercefinanceit.com/story/steve-rattners-fall-grace/2010-08-05
fiercefinanceit.com

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Fruk Steven Rattner - Eat Your Words You Slimy Betrayer of ...

Proof Romney Camp Is Lying About His Leaving Bain in 1999. FULL Disclosure. I have my own personally history with Mitt Romney's Bain and Goldman Sachs.
dailykos.com/story/2012/05/21/1093586/-Fruk-Steven-Rat...
dailykos.com
ssamarine.com/070607.html
ssamarine.com

New York settles fraud charges with ex-Auto Task Force head Steven Rattner...

"...Andrew Cuomo announced a settlement of fraud charges against the Wall Street financier and former head of President Obama's Auto Task Force, Steven Rattner. Among the attendees were JPMorgan Chase CEO Jamie Dimon, Goldman Sachs CEO Lloyd Blankfein, Henry Kravis of the private equity..."
wsws.org/en/articles/2011/01/ratt-j04.html
wsws.org


"""RATBOY"" RATTNER:"

"(born July 5, 1952) is an American financier who served as lead adviser to the Presidential Task Force on the Auto Industry in 2009 for the Obama administration.[1]"

New York Pension Fund Investigation

"In 2005, Quadrangle made payments to private placement agent Hank Morris to help Quadrangle raise money for its second buyout fund.[13] Morris had come highly recommended to Rattner from U.S. Senator Charles Schumer.[14] Morris was also the chief political advisor to Alan Hevesi, the New York State Comptroller and manager of the New York State Common Retirement Fund (CRF), which invests in many private equity funds. Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner agreed to pay Morris a placement fee of 1.1% of any investments greater than $25 million from the CRF.[15] In 2009, Quadrangle and a dozen other investment firms, including the Carlyle Group, were investigated by the U.S. Securities and Exchange Commission for their hiring of Morris. The SEC viewed the payments as ""kickbacks"" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.[16] Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.[17]"

Prosecution by Attorney General Cuomo

"The case drew significant media attention when Andrew Cuomo, the New York State Attorney General, demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.[18] Rattner was once a major fundraiser for Democratic Party candidates including Al Gore and Hillary Clinton, but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.[19] In an appearance on the Charlie Rose Show, Rattner asserted that hiring Morris as a placement agent was ""legal then, legal now, and done properly.""[20] He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the ""facts"" of the case and called Cuomo's demands ""close to extortion.""[21] On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.[22] Wikipedia --------------------------------------------------------"

Steve Rattner Agrees to $10 Million Settlement in Kickback ...

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Financier Steven Rattner agreed to pay $10 million to put behind him pension-kickback lawsuit filed by the attorney general in New York. ... Goldman Sachs Bonuses at Near-Record Lows?
blogs.wsj.com/deals/2010/12/30/steve-rattner-agrees-to-...
blogs.wsj.com

steven rattner | FT Alphaville

"The New York State Attorney has posted its two lawsuits against former Quadrangle founder and car czar Steven Rattner: From the statement She now covers big US banks for the FT paper, including Goldman Sachs and Morgan Stanley."
ftalphaville.ft.com/tag/steven-rattner/
ftalphaville.ft.com

Steven Rattner :: Writings by FoC - The Future of Capitalism

"Steven Rattner :: Writings by FoC. Home: Archives: About: How to Help: Go to Mobile Site. Writings by Topic: Steven Rattner Title: Date : Delphi's Tax Inversion: August 6, 2014: WSJ on Auto Bailout (1 comment) April 3, 2014: What Did the Car Czar Know and When? March 18, 2014: Rattner's Real ..."
futureofcapitalism.com/topics/55/steven-rattner
futureofcapitalism.com

Steven Rattner | Wall Street Folly

"BofA Beats; Goldman Sachs Director eyed in by prosecutors over Raj Rajaratnam conversations won't stand for reelection; Ex-auto czar Steve Rattner thrown under the bus by his former firm, Quadrangle; LBO firms paying themselves dividends; New accounting rules may curb ""Liquidity Puts"""
files.wallstreetfolly.com/wordpress/tag/steven-rattner/
files.wallstreetfolly.

Dark Money | Mother Jones

Michigan Gov. Rick Snyder Will Shutter His Dark-Money Fund. By. Andy Kroll ... Liberal Group to Fight Dark Money?by raising $40 Million of It. By. Andy Kroll. www.motherjones.com/topics/dark-money -

Follow the Dark Money | Mother Jones

"""There are two things that are important in politics. The first is money and I can't remember what the second one is.""?Mark Hanna, 19th-century mining tycoon  ... www.motherjones.com/politics/2012/06/history-money-american-elections

Experts: 'Dark money' here to stay | TheHill

4 days ago ... Treasury's move to limit nonprofit groups is unlikely to drive big donors out into the open. www.thehill.com/ blogs/ ballot-box/ fundraising/ 191537-experts-dark-money-here-to-stay -

Obama Targets Dark-Money Groups | TIME.com

5 days ago ... The Treasury Department and the Internal Revenue Service announced a proposed revision to federal tax code that would disrupt the loosely  ... swampland.time.com/2013/11/26/obama-targets-dark-money-groups/ -

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The IRS Moves to Limit Dark Money ? But Enforcement Still a ...

"5 days ago ... The proposed regulations could dramatically limit how nonprofits spend money. But the proposals aren't a done deal, and it's not clear whether  ... www.propublica.org/ article/ the-irs-moves-to-limit-dark-money-but-enforcement-still-a-question

The Treasury Department's New Crackdown on Dark Money Groups

"3 days ago ... Anonymous donors, disclosure reports filed late, activities shrouded in secrecy? and it's all legal. But now the Treasury Department is moving  ... www.thedailybeast.com/ articles/ 2013/ 11/ 27/ the-treasury-department-s-new-crackdown-on-dark-money-groups.html

'Dark Money' Nonprofit Political Spending Restricted In Proposed ...

4 days ago ... WASHINGTON -- The Treasury Department and Internal Revenue Service announced on Tuesday new guidelines clarifying the definition of  ... www.huffingtonpost.com/ 2013/ 11/ 26/ dark-money-political-spending_n_4345057.html -

Dark Money - Huffington Post

What You Need To Know About Obama's Proposed 'Dark Money' Rules ... Here's How One Dark Money Group Keeps Its $22 Million Donor Secret. www.huffingtonpost.com/news/dark-money -

"Posts tagged ""Dark Money"" - Sunlight Foundation Blog"

"4 days ago ... We applaud states that are willing to take on the issue of dark money but urge them to focus their energies on disclosure, the only state-level  ... www.sunlightfoundation.com/blog/tag/dark-money/

Will Obama's rule stem tide of dark money? | MSNBC

4 days ago ... The Obama administration unveiled a new rule aimed at making it harder for groups like Karl Rove's to pour money into elections. But the  ... www.msnbc.com/msnbc/obama-vs-dark-money -

IRS sets its sights on political 'dark money' | Center for Public Integrity

4 days ago ... The Internal Revenue Service is proposing new rules that could curb the ability of social welfare nonprofits to influence elections. www.publicintegrity.org/ 2013/ 11/ 27/ 13819/ irs-sets-its-sights-political-dark-money -

Progressive Group Comes Out Against New Proposed Rules For ...

"2 days ago ... So-called dark money groups are organized as tax-exempt ""social welfare"" organizations under section 501(c)4 of the Internal Revenue Code. www.talkingpointsmemo.com/ livewire/ em-progressive-em-group-comes-out-against-new-proposed-rules-for-dark -money

Stop Dark Money

Stop Dark Money Montana is a ballot initiative that will require disclosure of donors in campaign spending activity. www.stopdarkmoney.com -

Koch-Linked Dark Money Group Spent $137 Million In 2012

"2 days ago ... The Center to Protect Patient Rights (CPPR), the secretive Arizona dark money group that has

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

been tied to the movement of millions of dollars  ... www.talkingpointsmemo.com/ livewire/ koch-linked-dark-money-group-spent-137-million-in-2012

Mediaite Morning Reading List: Obama Goes After 'Dark Money ...

"4 days ago ... Every a.m., Mediaite publishes a primer of what the interweb machine is writing, talking, tweeting, and blogging about, so that you may fool  ... www.mediaite.com/ tv/ mediaite-morning-reading-list-obama-goes-after-dark-money/

"Morning Reads: Obama Takes on Dark Money, NSA Spied On Porn ..."

2 days ago ... Here are some of the stories you might have missed. www.crooksandliars.com/ susie-madrak/ morning-reads-obama-takes-dark-money -

CRP Presents Panel on Dark Money -- Save the Date ...

"5 days ago ... Political activity by nondisclosing nonprofits, often referred to as ""Dark Money,"" has become a major point of contention - as well as confusion  ... www.opensecrets.org/ news/ 2013/ 11/ crp-presents-panel-on-dark-money----save-the-date.html

US Seeks to Stem Flood of Political ?Dark Money? - Inter Press Service

4 days ago ... The U.S. government has proposed strengthening an obscure tax-status designation that supporters say could significantly impact upon the  ... www.ipsnews.net/2013/11/u-s-proposes-crackdown-political-dark-money/ -

Obama Administration Moves To Squeeze Dark Money Groups

"5 days ago ... Dark money groups, which can raise unlimited amounts of money without disclosing their donors, are organized as tax-exempt ""social welfare""  ... www.talkingpointsmemo.com/ muckraker/ obama-administration-proposes-new-limits-to-dark-money

Obama's Plan to Crackdown on Political Dark Money - The Wire

"4 days ago ... In an effort to bring secret political spending to light, the Obama Administration on Tuesday announced new rules limiting how tax-exempt  ... www.thewire.com/ politics/ 2013/ 11/ obamas-plan-crackdown-political-dark-money/ 355548/

Dark Money - Definition - US Politics - About.com

Learn about the influence of dark money in politics. Read a definition of dark money. See some example of dark money contributions to campaigns. uspolitics.about.com/od/Money-In-Politics/a/What-Is-Dark-Money.htm -

IRS to target 'Dark Money' non-profits - Philly.com

5 days ago ... The surprise announcement Tuesday that the Internal Revenue Service intends to take aim at campaign spending by so-called social welfare  ... www.philly.com/ philly/ news/ politics/ IRS_to_target_Dark_Money_campaign_non_profits_Sunlight_Foundation.htm l -

"California exposes, fines dark-money scheme - The Washington Post"

"Oct 27, 2013 ... California exposes and fines those who moved millions to influence the 2012 campaign. www.washingtonpost.com/ opinions/ california-exposes-fines-dark-money-scheme/ 2013/ 10/ 27/ efe25ed6-3da3-

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

11e3-a94f-b58017bfee6c_story.html

Inquiry sheds light on 'dark money' in 2012 election - Los Angeles ...

"Nov 4, 2013 ... Tony Russo had a multimillion-dollar problem.The Republican consultant and his team had raised piles of cash to use in California politics as  ... articles.latimes.com/2013/nov/04/local/la-me-secret-money-20131104

dark money | BillMoyers.com

The senator has put a hold on the confirmation of the new FCC chief until he's promised the agency won't follow the law and disclose the real funders of dark  ... www.billmoyers.com/tag/dark-money/ -

Dark Money Politics - NYTimes.com

"Jun 12, 2013 ... How corrupt are we willing to allow our campaign finance system to become? opinionator.blogs.nytimes.com/2013/06/12/dark-money-politics/

Dark Money: Will Secret Spending by a Group of Billionaires Decide ...

"Jun 22, 2012 ... The 2012 presidential election is set to become the most expensive race in history, with spending projected to top $11 billion ? more than  ... www.democracynow.org/2012/6/22/dark_money_will_secret_spending_by

## Secret Tapes reveal Tesla's Goldman Sachs i-bank is in Bed with Obama Administration.

Sachs made exclusive profit on almost every DOE Deal   "- As Revealed in THE BIG FIX. Goldman Sachs Was Coddled with insider profit routes in exchange for campaign support - Elizabeth Warren demands investigation - Public on war path - NSA has EVEN MORE INCRIMINATING tapes - Why the big kickback scheme? - Glenn Greenwald, Matt Tabaii say: ""We told ya so"" - Is this one of the biggest corruption cases in history  - Did Holder resign because he knew this was coming out and he is implicated in the cover-up?

## Tapes showing meek oversight of Goldman are about to rock Wall  Street

By Post Staff Report

Carmen Segarra Photo: Adam Lerner/AP Images

Wall Street is about to be rocked by secretly recorded audio tapes that purport to show a too-cozy relationship between the New York Federal Reserve Bank and the financial institutions it is supposed to regulate. The 45 hours of tapes, made by Carmen Segarra, a former NY Fed worker, capture former co-workers, whose job was to keep banks like Goldman Sachs in line, instead deferring to the banks, being unwilling to take action and being

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

extremely passive, according to public radio?s ?This American Life,?  and ProPublica  which obtained the tapes and is scheduled to air a program about the matter Friday night. Segarra, ironically, was hired by the NY Fed in October 2011 to help toughen up their oversight. She was fired in 2013 after, she claims in a lawsuit, she tried to get Goldman to toe the line on regulations. The NY Fed has regulators embedded at each of the large banks it oversees. On her first day on the job, Segarra was assigned to Goldman. The pushback from Goldman started right away. At one of her first meetings, a senior compliance officer at Goldman said certain consumer laws didn?t apply to the bank?s wealthier clients."

 "?I was shocked,? Segarra tells a reporter for the show, adding that her notes on the meeting had that exact line.Goldman, through a more seasoned Fed regulator also embedded at the Wall Street bank, told Segarra her notes were wrong. Segarra said they weren?t. Her more senior colleague asked her to change the notes. She refused. That senior colleague would later tell Segarra, according to a transcript of the program, that ?credibility at the Fed is about subtleties and about perceptions, as opposed to reality.? Said Segarra: ?I found it to be completely incredible.? Goldman and the NY Fed, as an answer to her lawsuit, have denied the charges. David Beim, the Columbia University business professor whose 2009 report on how the NY Fed could improve its oversight of banks ? a report which led to Segarra?s hiring ? called the ability of banks to co-opt and tame NY Fed workers ?regulatory capture.? Michael Lewis, best-selling author of ?Flash Boys: A Wall Street Revolt? and ?Liar?s Poker,? said after listening to the tapes: ?The Ray Rice video for the financial sector has arrived.? "

## Warren Calls for Hearings on New York Fed Allegations

By Matthew Boesler and Kathleen Hunter

Related

AUDIO: The Hays Advantage: ProPublica's Bern

 "U.S. Senator Elizabeth Warren called for congressional hearings into allegations that the Federal Reserve Bank of New York has been too deferential to the firms it regulates. A radio program about the regional Fed bank raised ?disturbing issues? and ?it?s our job to make sure our financial regulators are doing their jobs,? Warren, a Massachusetts Democrat and member of the Senate Banking Committee, said in a statement yesterday. The program ?This American Life? released the transcript of a broadcast that includes excerpts of conversations it said were secretly recorded by Carmen Segarra, a former New York Fed bank examiner who was fired in 2012, with some of her colleagues and her supervisor. In the transcript, Segarra described how she felt that her Fed colleagues were afraid of Goldman Sachs Group Inc. and handled it with kid gloves. ?What I was sort of seeing and experiencing was this level of deference to the banks, this level of fear,? she said. The New York Fed said it ?categorically rejects? Segarra?s allegations. ?The New York Fed works diligently to execute its supervisory authority in a manner that is most effective in promoting the safety and soundness of the financial institutions it is charged with supervising,? it said in a statement posted on its website. Senator Sherrod Brown, an Ohio Democrat who?s also on the banking committee, backed Warren?s call for a probe."

 Investigation Sought

 "?These allegations deserve a full and thorough investigation, and American taxpayers deserve regulators who will fight each day on their behalf,? he said in a statement. The Fed is already under fire from lawmakers who have called for it to be more closely audited. The central bank has aroused public anger over its involvement in the rescue of Wall Street banks during the financial crisis. The transcript of the radio broadcast includes excerpts

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

of discussions between Segarra and another official, Michael Silva, who was then a senior Fed supervisor with oversight responsibilities for Goldman Sachs. Segarra told Silva that Goldman Sachs had no policy governing conflicts of interest, while Silva said the bank did have such a policy."

Segarra Response

"Silva declined to comment. Segarra?s lawyer, Linda Stengle, said her client isn?t backing down. ?Carmen stands by her allegations against the New York Fed,? Stengle said in an emailed statement. ?The audio on the tapes speaks for itself.? Segarra sued the New York Fed last October, alleging she was fired in May 2012 after refusing to change her findings on the conflict-of-interest policy. U.S. District Judge Ronnie Abrams in Manhattan dismissed the case in April, ruling that Segarra failed to make a legally sufficient claim under the whistle-blower protections of the Federal Deposit Insurance Act. Segarra is appealing the dismissal of her suit. ? Goldman Sachs has long had a comprehensive approach for addressing potential conflicts,? the New York-based bank said in a statement. It said a ?quick Google search? shows ?publicly available Goldman Sachs documents outlining the management of conflicts.

Conflict Change

"Separately, Goldman Sachs has decided to change its conflict-of-interest policy to bar investment bankers from trading individual stocks and bonds, a person with direct knowledge of the matter said. In its statement, the New York Fed said Segarra had worked at the bank for less than seven months and had no previous experience as an examiner. ?Further, she demanded $7 million to settle her complaint,? according to the statement. ?The decision to terminate Ms. Segarra?s employment with the New York Fed was based entirely on performance grounds, not because she raised concerns as a member of an examination team about any institution.? In 2009, New York Fed President William C. Dudley commissioned a probe into his own institution?s practices by David Beim, a finance professor at Columbia Business School. In a report submitted that year and released by the Financial Crisis Inquiry Commission in 2011, Beim wrote that a number of people he interviewed at the reserve bank ?believe that supervisors paid excessive deference to banks and as a result they were less aggressive in finding issues or in following up on them in a forceful way.? To contact the reporters on this story: Matthew Boesler in New York at mboesler1@bloomberg.net; Kathleen Hunter in Washington at khunter9@bloomberg.net To contact the editors responsible for this story: Chris Wellisz at cwellisz@bloomberg.net Alister Bull"

Goldman Sachs Said to Prohibit Bankers From Buying Stocks

By Michael J. Moore
Photographer: Ron Antonelli/Bloomberg
"Photographer: Ron Antonelli/BloombergGoldman Sachs Group Inc. headquarters in New York, on Jan. 13, 2014"
"Goldman Sachs Group Inc. (GS), the top adviser on corporate takeovers, is changing a policy addressing conflicts of interest to bar investment bankers from trading individual stocks and bonds, a person with direct knowledge of the matter said. Employees at the New York-based firm were notified yesterday of the change, which takes effect immediately, said the person, who requested anonymity because the matter isn?t public. They also aren?t allowed to invest in activist or event-driven hedge funds, the person said. Previously, bankers needed approval before they could invest in individual stocks. The change came on the same day that a former Federal Reserve Bank of New York examiner?s recordings of her ex-colleagues? dealings with Goldman Sachs were featured in reports by public radio and ProPublica. The former examiner, Carmen Segarra, sued the New York Fed last year, alleging that she was fired in 2012 because she refused to change her finding that Goldman Sachs didn?t have a conflict-of-interest policy. Her case was dismissed in April and she?s appealing. The radio

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

program ?This American Life? released a transcript of a broadcast that includes excerpts of conversations it said were secretly recorded by Segarra. In the transcript, Segarra described how she felt that her Fed colleagues handled Goldman Sachs with kid gloves. ?What I was sort of seeing and experiencing was this level of deference to the banks, this level of fear,? she said. The New York Fed said it ?categorically rejects? Segarra?s allegations."

Financial Safety

"?The New York Fed works diligently to execute its supervisory authority in a manner that is most effective in promoting the safety and soundness of the financial institutions it is charged with supervising,? it said in a statement posted on its website. U.S. Senator Elizabeth Warren, a Massachusetts Democrat, called for a congressional investigation into allegations that the New York Fed was too deferential to the institutions it regulated. Senator Sherrod Brown, an Ohio Democrat who?s also on the banking committee, backed Warren?s call for a probe. In 2012, a Delaware judge rebuked Goldman Sachs over its ?incomplete and inadequate? handling of a conflict of interest in pipeline operator Kinder Morgan Inc.?s $21.1 billion purchase of El Paso Corp., the investment bank?s biggest takeover assignment the previous year. Stephen D. Daniel, a former Goldman Sachs partner who was lead banker on the deal, failed to disclose ownership of about $340,000 in Kinder Morgan stock, the judge said."

Protecting Reputation

"Yesterday?s change had been discussed for months and tightens a policy that was adjusted after the Kinder Morgan deal, the person said. The move is intended to reduce potential conflicts with clients and protect the firm?s reputation, the person said. The new restrictions at Goldman Sachs also will apply to some employees outside of investment banking, including those who could have access to confidential information as part of their roles, the person said. Spokesmen for Bank of America Corp., Citigroup Inc. and Morgan Stanley declined to comment on the policies at their companies. A spokesman for JPMorgan Chase & Co. (JPM), the biggest U.S. bank by assets, didn?t respond to phone and e-mail messages sent after regular business hours. The case is In re El Paso Corp. Shareholder Litigation, Consolidated 6949-CS, Delaware Chancery Court (Wilmington). To contact the reporter on this story: Michael J. Moore in New York at mmoore55@bloomberg.net To contact the editors responsible for this story: Peter Eichenbaum at peichenbaum@bloomberg.net Steven Crabill, Dan Reichl"

## Secret  Goldman  Sachs  Tapes Reveal Culture Of  Corruption  At ...

news.firedoglake.com/ 2014/ 09/ 26/ secret-goldman-sachs-tapes-reveal-culture-of-corruption-at-federal-re serve/  -

1 day ago ... Segarra reveals a culture of  corruption  where the Federal Reserve participated in covering up malfeasance by  Goldman  Sachs. She was later  ...

## How Corrupt is  Goldman  Sachs? - Wealth Daily

www.wealthdaily.com/articles/how-corrupt-is-goldman-sachs/3994  -

"Feb 20, 2013 ... Something similar is probably in play with  Goldman  Sachs. Everyone knows  Goldman  will cross any ethical boundary if there's a profit on the  ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Goldman  Sachs  tears apart another European government - Daily Kos

www.dailykos.com/ story/ 2014/ 02/ 03/ 1274745/ -Goldman-Sachs-brings-down-another-European-government -

"Feb 3, 2014 ... How  Goldman  Sachs  Helped Tear Denmark's Government Apart .... They may even be more corrupt than  Goldman  Sachs  and JP Morgan  ..."

## The People vs.  Goldman  Sachs  | Rolling Stone

www.rollingstone.com/ politics/ news/ the-people-vs-goldman-sachs-20110511  -    -Highlight

"May 11, 2011 ...  Goldman  Sachs  CEO Lloyd Blankfein tesifies before the Senate in April ... What's more, many of the earlier criminals in the chain of  corruption  ..."

## How Many Corrupt Ways Does Goldman Sachs  Make Money? Let's

www.goldmansachs666.com/ 2013/ 09/ how-many-corrupt-ways-does-goldman.html  -

"Sep 21, 2013 ... Way back in 1999, several eras of  corruption  ago,  Goldman  serially engaged in manipulation of the IPO markets, including illegal tactics like  ..."

## Finally, a  Goldman  Sachs  Executive Speaks the Truth | John R. Talbott"

www.huffingtonpost.com/ john-r-talbott/ finally-a-goldman-sachs-e_b_1344775.html  -    -Highlight

"Mar 14, 2012 ... Now when I am asked for a short bio, I often leave out mention of  Goldman  Sachs  . I find it stereotypes me as supportive of a corrupt system that,  ..."

7. Carmen Segarra Confirms  Goldman  Sachs  and NY Fed Collusion

https://www.cryptocoinsnews.com/ carmen-segarra-releases-secret-tapes-federal-reserve-corruption/  -

"23 hours ago ... Moral hazard runs rampant as clearly,  Goldman  Sachs  still does not have a conflict of interest policy that would stand up to Fed criticism, if the  ..."

## Goldman  Sachs  underwrites US$1.6 billion of 'under the radar ...

www.globalwitness.org/ library/  goldman-sachs-underwrites-us16-billion-%E2%80%98under-radar %E2%80%99- bonds-corrupt-sarawak-regime-and-wins  -

"May 1, 2013 ... US investment bank  Goldman  Sachs  appears to have turned a blind eye to glaring corruptionrisks and conflicts of interest in order to  ..."

THE BOOK OF TESLA, Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

### *11 Reasons Why America Would Be A Better Place Without ...*

www.theeconomiccollapseblog.com/ archives/ 11-reasons-why-america-would-be-a-better-place-without-goldman-sachs  -

"Mar 14, 2012 ... Unfortunately,  corruption  is so endemic on Wall Street that  Goldman  Sachs  really does not seem out of place. The truth is that a lot of the things  ..."

"10. /r/news thread on Fed/Goldman  Sachs  corruption, was at number 2 ..."

www.reddit.com/ r/ conspiracy/ comments/ 2hjxm1/ rnews_thread_on_fedgoldman_sachs_corruption_was/  -

"23 hours ago ... /r/news thread on Fed/Goldman  Sachs  corruption, was at number 2 set to hit the front page, removed and tagged as ""already front page."

## I'm Doing God's Work CEO of World's Most Evil and Corrupt Bank ...

www.texemarrs.com/042010/doing_gods_work.htm  -

"Lloyd Blankfein, Chairman and Chief Executive Officer for  Goldman  Sachs, lackey for Lord Rothschild. Rothschild is cryptic holder of the title, ""King of the Jews."" ..."

## Jon Corzine - Wikipedia, the free encyclopedia"

en.wikipedia.org/wiki/Jon_Corzine  -

He also worked as CEO of  Goldman  Sachs  during the 1990s and was CEO of MF Global from 2010 to 2011. He was charged by the Commodity Futures Trading  ...

## CORRUPT ACROSS THE GLOBE: How  Goldman  Sachs  Helped ...

www.dailybail.com/ home/ corrupt-across-the-globe-how-goldman-sachs-helped-greece-hid.html  -

"Feb 10, 2010 ... CORRUPT ACROSS THE GLOBE: How  Goldman  Sachs  Helped Greece Hide It's National Debt. Flashback in light of recent events in Cyprus."

## Secret  Goldman  Sachs  Tapes Reveal Culture Of  Corruption  At ...

www.lockerdome.com/6539155253512001/7008052872216852  -

"1 day ago ... EDITOR'S NOTE: See also Peterr's Bill Black, Carmen Segarra, and the Regulatory Failure That Is the Federal Reserve Bank of New York from  ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# How  Goldman  Sachs  Helped Corrupt Politicians to Screw the Greek ...

www.washingtonsblog.com/ 2012/ 02/ how-goldman-sachs-helped-corrupt-politicians-to-screw-the-greek-peopl e.html  -

"How  Goldman  Sachs  Helped Corrupt Politicians to Screw the Greek People. Posted on February 28, 2012 by WashingtonsBlog  ..."

## HRC: Corrupt CEOs Are Not Spokespeople for Equality ...

www.change.org/ p/ hrc-corrupt-ceos-are-not-spokespeople-for-equality-drop-goldman-sachs  -ceo-lloyd-blankfein  -

"HRC: Corrupt CEOs Are Not Spokespeople for Equality, Drop  Goldman  Sachs  CEO Lloyd Blankfein. Janine ""Jay"" Carmona. Petition by. Janine ""Jay"" Carmona."

## Hours Of ""The Secret  Goldman  Sachs  Tapes ... - Zero Hedge"

www.zerohedge.com/ news/ 2014-09-26/ how-goldman-controls-new-york-fed-475-hours-secret-goldman-sachs-tape s-explain  -

"1 day ago ... In early 2012, Segarra was assigned to regulate  Goldman  Sachs, and so .....  Corruption  is why you and I are prancing around in here instead of  ..."

## Goldman  link to China  corruption  probe - FT.com

www.ft.com/cms/s/0/baa9c1c8-3006-11e3-80a4-00144feab7de.html  -

"Oct 8, 2013 ... An education company co-founded by  Goldman  Sachs  is at the centre of a  corruption  probe that has ensnared the head of a leading Chinese  ..."

## Goldman  Sachs  Drops a Bombshell on Wall Street

www.wallstreetonparade.com/ 2014/ 04/  goldman-sachs-drops-a-bombshell-on-wall-street/  -

"Apr 9, 2014 ... Yesterday, the Wall Street Journal reported that  Goldman  Sachs  is .... to help the investing public better understand systemic  corruption  on Wall  ..."

## Goldman  Secret Greece Loan Shows Two Sinners as Client ...

www.bloomberg.com/ news/ 2012-03-06/  goldman-secret-greece-loan-shows-two-sinners-as-client-unravels.html  -

"Mar 5, 2012 ... Greece's secret loan from  Goldman  Sachs  Group Inc. was a costly mistake from the start."

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

## Why I Am Leaving  Goldman  Sachs  - NYTimes.com

www.nytimes.com/ 2012/ 03/ 14/ opinion/ why-i-am-leaving-goldman-sachs.html?pagewanted=all  -

"Mar 14, 2012 ... TODAY is my last day at  Goldman  Sachs. After almost 12 years at the firm ? first as a summer intern while at Stanford, then in New York for 10  ..."

## Heist of the century: university  corruption  and the financial crisis ...

www.theguardian.com/ education/ 2012/ may/ 21/ heist-century-university-corruption  -      -Highlight

"May 21, 2012 ... In November 2004 Hubbard co-authored an astonishing article, jointly with William C Dudley, then chief economist at  Goldman  Sachs."

## Occupy  Goldman  Sachs  | Facebook

https://www.facebook.com/OccupyGoldmanSachs  -

Occupy  Goldman  Sachs. 12645 likes ú 42 talking about this. Occupy  Goldman  Sachs  is to financial and political  corruption  what sunlight is to shadows.

## Big Banks Conspiracy is destroying America - MarketWatch

www.marketwatch.com/ story/ big-banks-conspiracy-is-destroying-america-2013-08-07  -

"Aug 7, 2013 ... (MarketWatch) ? Imagine 100  Goldman  Sachs  banks running America and the world. It's happening. Forget politicians, Big Banks rule the  ..."

## Is  Goldman  Sachs  corrupt, honest, or somewhere in between? - Quora"

www.quora.com/Is-Goldman-Sachs-corrupt-honest-or-somewhere-in-between  -      -Highlight

Answer 1 of 8: Without reading the seven answers before mine (only because I did not want to be prejudiced) and after having had only very peripheral dealing...

## The Firestorm Over  Goldman  Sachs  - NYTimes.com

www.nytimes.com/ 2012/ 03/ 15/ opinion/ the-firestorm-over-goldman-sachs.html?pagewanted=all  -

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Mar 14, 2012 ... While some may chastise him for not leaving  Goldman  Sachs  ... no lack of barely short-of-illegal  corruption, practices well known even at the  ..."

## Code of Business Conduct and Ethics -  Goldman  Sachs

www.goldmansachs.com/ investor-relations/ corporate-governance/ corporate-governance-documents/ revise-code-of-conduct.pdf  -

"corruption. Detailed rules regarding applicable laws are included in the Compendium. Generally, if you are aware of material nonpublic information relating to  ..."

## Massive government  corruption  hidden by focus on  Goldman-Sachs  ...

www.examiner.com/ article/ massive-government-corruption-hidden-by-focus-on-goldman-sachs  -

"Apr 21, 2010 ... As the country's attention is directed to the  Goldman-Sachs  scandal, a much ... beneath the surface involving massive government  corruption  that."


Lorna Shannon
# The FED IS Wall Street! It's time to Federalize the Federal Reserve and fix our nation?s broken privatized money system. It's time to bail out Main Street and end the global economic crises. There is a way, a necessary first step, to address all of the interconnected issues of inequality and destruction our planet and society faces. HR 2990 of the 112th Congress, The National Emergency Employment Defense (NEED) Act. Occupy The NEED Act, an educational direct action oriented coalition educates the public on how we can end the private money/public debt system and create a Green New Deal for the 99% instead of Wall Street. The NEED Act is our system change! We meet every Monday at 6:00 pm in front of the NY FED 33 Liberty Street, New York, NY 10045. Join the weekly Peace Vigil to learn more about the NEED Act and how to federalize the U.S. Federal Reserve Banking System and create a Green New Deal for America using the US Treasury and a new debt free sovereign curency that The People will then spend into existeence rather than borrowing money from the Fed at interest, to fund infrastructure, green energy initiatives, completely wipe out student debt, fund a single payer health care system, publicly financed elections, universal basic income, pay the Natioanl deficit as it comes due, and stop funding war!!!! Bring your ideas for solutions for peace as well! Facebook: https://www.facebook.com/occupytheneedact Twitter: @OccupyNeedAct American Monetary Institute (AMI): http://www.monetary.org/ To identify, contact and demand that your representative sponsor HR 2990 of the 112th Congress, The National Emergency Employment Defense Act Go to: www.house.gov/representatives/find/"

Mick Russom 5ptsFeatured 1 hour ago
"  Fedzilla and FedGov , the criminal police state that has taken over the USSA, are colluding with oligarchical banks ? Wow, big effin surprise."


Robert What? 5ptsFeatured 1 hour ago
"These are people who have accumulated massive amounts of wealth - but it's still not enough. They need to swindle even the middle and upper middle class. Maybe they need that tenth villa instead of just nine. Maybe they need three yachts instead of two. Like Johnny Rocco in Key Largo: ""What do you want, Johnny  " ""I want more."" ""Will it ever be enough, Johnny  " ""I don't think so."""


recalcitrant patriot 5ptsFeatured 2 hours ago

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press Rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"""Meek oversight of new world order/globalist mafia/dual citizen Zionist Israelis-Goldman"" Understatement of the century, but they know that."
FlagShare
LikeReply


Cecil Henry 5ptsFeatured 2 hours ago
"When, when will they all be punished with JAIL and heavy fines?? Wall street is a cartel of thieving jackals. Root them OUT. Parasites OUT,   OUT!!!!!"
FlagShare
LikeReply


Monte Simpson 5ptsFeatured 2 hours ago
"I wish someone would steal that bronze Wall Street Bull in the middle of the night and recast it into a giant statue of Carmen Segarra. I?d love to see those Fed and Wall Street jacka$$e$ wake up to that one morning, as a reminder of what real bravery, courage, and strength looks like."
FlagShare
1

LikeReply


William G 5ptsFeatured 2 hours ago
Hope and Change
FlagShare
LikeReply


Mahomed Saleem Moorad 5ptsFeatured 3 hours ago
"if we had to have a close look at those 'wealthier clients"" that Goldman Sachs says some laws dont apply to, im sure we would find almost all to be Zionist Jews."
FlagShare
LikeReply


Glock_10 5ptsFeatured 3 hours ago
@Mahomed Saleem Moorad   God Bless Israel.......
FlagShare
2

LikeReply


William G 5ptsFeatured 2 hours ago
"@Mahomed Saleem Moorad I am going to eat a ham sandwich right now, and think of you."
FlagShare
LikeReply
This comment has been deleted


Mat Helm 5ptsFeatured 2 hours ago
@Mahomed Saleem Moorad Jealous?
FlagShare
LikeReply


Bill Jackman 5ptsFeatured 2 hours ago
@Mahomed Saleem Moorad    They work hard and earn their money.   You beat your wife and fall on the ground facing Mecca five times a day.   No wonder you don't succeed.
FlagShare

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

LikeReply

Hilary .Poitiers 5ptsFeatured 2 hours ago
"@Mahomed Saleem Moorad They probably are, a disproportionately powerful force driving the US economy, just as they are in every cultural sphere. Consider this: 1.5 billion Muslims in the world, & we liberally estimate 15 million Jews (prob. closer 10 mil), far more than one thousand times as many Muslims as Jews. Yet as of 2013, 193 Jews have received the Nobel Prize. Since the first Nobel Prize was awarded in 1901, Muslims have received 10. In 2013 alone, 6 Jewish recipients in the sciences, three times as many, in a single year, as Muslims have received over the entire history of the Prize. Federal oversight scandals are one thing. Nothing more need be said of or to the Jews, except thank you."
FlagShare
LikeReply

Joe Zingher 5ptsFeatured 3 hours ago
"The setting:   A fancy steakhouse in Washington DC:   A powerful Congressman and a junior bank lobbyist are having dinner.   The bank lobbyist speaks: ""If you defy us on this issue, we will not only donate to your opponent in the general election, we will fund a challenger in your primary and give him all the dirt there is on you.   If you manage to survive, then congratulations.   But, we're also going to do the same thing to your 10 closest allies and we will make sure they know YOU are the reason we are punishing them.   If you defy us, you will never see another bill of yours go through.   All other issues you care about will die on the vine.   We can remain friends, but you have to make us believe you want to.   You can signify you understand by paying for my dinner.   And remember, I'm a big tipper and I have an image to maintain, 40% at least.   CORPORATIONS ARE PEOPLE MY FRIEND."
FlagShare
LikeReply

A Friend Of Yours 5ptsFeatured 2 hours ago
"@Joe Zingher More likely the Congressman threatens the bank lobbyist with audits and jail time.   In your scenario, the Congressman could do that in response to the lobbyists threats.   Government has the power to ruin lives without threat of the law, anyone in the private sector does not.   Those people have to get government officials in their back pocket in order to carry out things that they wish."
FlagShare
LikeReply

man app 5ptsFeatured 2 hours ago
@Joe Zingher If the powerful congressman has dirt that can be used against him then it should come out anyway. A person cannot be bribed if they have no dirt.
FlagShare
LikeReply

Jake 5ptsFeatured 3 hours ago
Reinstate the  Glass Steagull Act. Keep it simple!
FlagShare
2

LikeReply

DARYL MONTGOMERY 5ptsFeatured 4 hours ago
"The big banks (and Goldman requested to become a bank during the 2008 Credit Crisis) obviously do whatever they want, which is why there was the 2008 Credit Crisis in the first place and taxpayers had to bail the banks out for their screw ups. NOTHING has changed to improve things. If anything, the situation has become much worse under the Obama administration. Yet, Attorney General Eric Holder couldn't find any criminal activity in Wall Street to prosecute, even though he was given the evidence to do so from congress. The Fed, for its part, is one of

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the most corrupt institutions in the United States. It doesn't tell the banks what to do, the banks tell it what to do. It's money printing and super low interest rate policies are gifts to the banks and funnel money from the middle class to the rich. Maybe after the next financial collapse -- and there will be one -- the public will start to wise up and realize that they're being robbed blind by the Fed and that almost every important elected official has been bought and paid for by Wall Street."

FlagShare
1

LikeReply

ted bare 5ptsFeatured 4 hours ago
This   aint no surprise..The Feds own us
FlagShare
1

LikeReply
This comment has been deleted

T L 5ptsFeatured 4 hours ago
"Ron Paul was right, AUDIT THE FED!!!"
FlagShare
2

LikeReply

Zibby Notsworth 5ptsFeatured 4 hours ago
Oh I am so surprised!   Isn't it interesting for all bank industry transgressions there might fines and very large ones but one never reads about bank employees going to the Grey Bar Inn for the transgressions.
FlagShare
LikeReply

Obamaroid Ointment 5ptsFeatured 4 hours ago
"Bubble, bubble, toil & trouble. This will not not end well."
FlagShare
2

LikeReply

Dave Hazelwood 5ptsFeatured 5 hours ago
The United States is now a subsidiary of Goldman Sachs !!!
FlagShare
2

LikeReply

Fred Fender 5ptsFeatured 5 hours ago
The late Duke University professor Thomas Havrilesky published some interesting studies on the politics of the Federal Reserve.   http://goo.gl/O0JFxx
FlagShare
LikeReply

Moish 5ptsFeatured 5 hours ago
"GS is the government. Look at the players that rotate between government ""service"" and GS. Follow the

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

money in carbon tax credits as an example."
 FlagShare
 3

 LikeReply

 Larry Brautigam 5ptsFeatured 6 hours ago
 "The moneychangers have BECOME the temple. Here is a free market redress: tot up all the auditors who blew
thee investigations - Wall street, mortgage houses, Madoff - list their schools, and employment history. Then let
those companies' customers decide."
 FlagShare
 1

 LikeReply

 Reggie Millhouse 5ptsFeatured 9 hours ago
 "In the words of Hillary Clinton ""What difference does it make"" the fed will cover this up and blame some low
level dummy, or say it's all fabricated."
 FlagShare
 LikeReply

 Bill Norton 5ptsFeatured 10 hours ago
 audit the fed corruption from weak oversight audit the fed corruption from weak oversight dental plan Lisa needs
braces dental plan Lisa needs braces
 FlagShare
 1

 LikeReply

 barb56 5ptsFeatured 10 hours ago
 "What we need in this country is eliminate the FED, the IRS, the CIA, Lobbyist, Charge all members on the
banking and finance committee with high crimes, arrest those who have committed treason. We need to get out of
the United Nations period as they are a threat to our country and it's values.   The path to determine who was
involved can go right through Eric Holder's office United States Attorney General. HSBS laundered 7.5 billion of
the drug cartel's money and were never criminally charged for the treason they committed. Fast and Furious
armed the Mexican Drug Cartel, our southern borders are wide open. Why on earth are we spending money and
using our Military for the purpose of the criminal bankers. They knew they were criminals in 2008 when they told
congress to bail them out or there would be martial law. I say our congress needs to get up off their assess and
begin   impeachment and convene a grand jury for the criminal offenses, war crimes, and crimes against humanity
these traitors have committed. We need to follow Iceland's example and JAIL not BAIL!!!!"
 FlagShare
 5

 LikeReply

 John Kuris 5ptsFeatured 12 hours ago
 Wow . thieving joouws! Who would have thunk it
 FlagShare
 2

 LikeReply

 Democrats LIE 5ptsFeatured 12 hours ago

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The people at the top of Goldman are obama voters and obama donors.   This is Obama's government.   Obamas regulatory body...Barack's ""back door buddy"" policies had her fired of course...like the IRS and the DOJ barack has brought corruption fully to DC.   Barack has 'friends' and ""kickbacks' that he gives to his supporters...this is the chicago way.   All Barack has to do is dupe the millions of low IQ Jelly minds into thinking he is for the ""little guy"" when in reality he is for his own self and his backdoor elitist buddies."
  "All the while Tim Geithner prances around New York collecting his payoff in the form of a financial industry ""job"".   He turns a blind eye to criminal behavior as head of the NY Fed, he gets promoted to be Secretary of Treasury -- we won't know about his corruption there until those tapes materialize -- and then get his payoff when he leaves for a multimillion dollar a year job in the very industry he was supposed to be overseeing.   It is remarkable in its brazenness."
  www.bloomberg.com/ news/ 2012-03-06/  goldman-secret-greece-loan-shows-two-sinners-as-client-unravels.html  -


  "Mar 5, 2012 ... Greece's secret loan from  Goldman  Sachs  Group Inc. was a costly mistake from the start."


  2. Why I Am Leaving  Goldman  Sachs  - NYTimes.com

  www.nytimes.com/ 2012/ 03/ 14/ opinion/ why-i-am-leaving-goldman-sachs.html?pagewanted=all  -


  "Mar 14, 2012 ... TODAY is my last day at  Goldman  Sachs. After almost 12 years at the firm ? first as a summer intern while at Stanford, then in New York for 10  ..."

  3. Heist of the century: university  corruption  and the financial crisis ...

  www.theguardian.com/ education/ 2012/ may/ 21/ heist-century-university-corruption  -      -Highlight

  "May 21, 2012 ... In November 2004 Hubbard co-authored an astonishing article, jointly with William C Dudley, then chief economist at  Goldman  Sachs."

  4. Occupy  Goldman  Sachs  | Facebook

  https://www.facebook.com/OccupyGoldmanSachs  -

  Occupy  Goldman  Sachs. 12645 likes ú 42 talking about this. Occupy  Goldman  Sachs  is to financial and political  corruption  what sunlight is to shadows.

  5. goldman  sachs  on Tumblr

  www.tumblr.com/tagged/Goldman-Sachs  -

  Find and follow posts tagged  goldman  sachs  on Tumblr. ... converginginterests ú #goldmansachs#banksters#corruption#wall street#occupy#ows ú 144 notes.

  6. Big Banks Conspiracy is destroying America - MarketWatch

  www.marketwatch.com/ story/ big-banks-conspiracy-is-destroying-america-2013-08-07  -

  "Aug 7, 2013 ... (MarketWatch) ? Imagine 100  Goldman  Sachs  banks running America and the world. It's happening. Forget politicians, Big Banks rule the  ..."

  "7. Is  Goldman  Sachs  corrupt, honest, or somewhere in between? - Quora"

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.quora.com/Is-Goldman-Sachs-corrupt-honest-or-somewhere-in-between -       -Highlight

Answer 1 of 8: Without reading the seven answers before mine (only because I did not want to be prejudiced) and after having had only very peripheral dealing...

8. The Firestorm Over  Goldman  Sachs  - NYTimes.com

www.nytimes.com/ 2012/ 03/ 15/ opinion/ the-firestorm-over-goldman-sachs.html?pagewanted=all  -

"Mar 14, 2012 ... While some may chastise him for not leaving  Goldman  Sachs  ... no lack of barely short-of-illegal  corruption, practices well known even at the  ..."

9. Code of Business Conduct and Ethics -  Goldman  Sachs

www.goldmansachs.com/ investor-relations/ corporate-governance/ corporate-governance-documents/ revise-code-of-conduct.pdf  -

"corruption. Detailed rules regarding applicable laws are included in the Compendium. Generally, if you are aware of material nonpublic information relating to  ..."

10. Massive government  corruption  hidden by focus on  Goldman-Sachs  ...

www.examiner.com/ article/ massive-government-corruption-hidden-by-focus-on-goldman-sachs  -

"Apr 21, 2010 ... As the country's attention is directed to the  Goldman-Sachs  scandal, a much ... beneath the surface involving massive government  corruption  that."

1. Obama &  Goldman  Sachs: Wall Street  Corruption  Ad - YouTube

www.youtube.com/watch?v=Px_qv_ygWeg  -

"Apr 30, 2010 ... Obama and the Democrats think they can fool you into believing theyre tough on Wall Street when in fact most Wall Street money goes to  ..."

"2. Libya suit against Societe General,  Goldman  Sachs  spotlights ..."

www.acfcs.org/ libya-suit-against-societe-general-goldman-sachs-spotlights-corruptio n-in-sovereign-wealth-funds/  -

"Apr 2, 2014 ... Libya suit against Societe General,  Goldman  Sachs  spotlights  corruption  in sovereign wealth funds. Libya suit against Societe General,  ..."

3. Wolfsberg Anti-Corruption  Guidance - Wolfsberg Group

www.wolfsberg-principles.com/ pdf/ standards/ Wolfsberg%20Anti%20Corruption%20Guidance%20Paper %20August%2018-2011%2 0(Published).pdf  -

"This Guidance replaces the Wolfsberg Statement against  Corruption  issued by the ... UFJ, Barclays, Citigroup, Credit Suisse, Deutsche Bank,  Goldman  Sachs,  ..."

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

4. Goldman  Sachs  confirms investigations | America's Markets

americasmarkets.usatoday.com/ 2014/ 05/ 09/  goldman-sachs-confirms-investigations/  -

"May 9, 2014 ...  Goldman  Sachs  Friday confirmed the investment bank is under examination ... The Foreign Corrupt Practices Act bars companies from making  ..."

5. Con Job #5: Carbon Credits | AntiCorruption Society

www.anticorruptionsociety.com/ anatomy-of-a-con-job/ con-job-5-carbon-credits/  -      -Highlight

"Pass laws that ?disincentivize? the production of carbon dioxide by taxing its use. Oh, and turn the tax into derivatives so  Goldman  Sachs  and friends can pig out."

6. 'This American Life' just drop-kicked  Goldman  Sachs  | Death and ...

www.deathandtaxesmag.com/ 228691/ this-american-life-just-drop-kicked-goldman-sachs/  -

19 hours ago ... Every once in a while ?This American Life? breaks a major news story?the 2010 story of Adrian Schoolcraft exposed  corruption  in the NYPD  ...

7. Secret  Goldman  Sachs  Tapes Reveal Culture of  Corruption  at ...

left.gotnewswire.com/ news/ secret-goldman-sachs-tapes-reveal-culture-of-corruption-at-federal-re serve  -

"1 day ago ... Secret  Goldman  Sachs  Tapes Reveal Culture of  Corruption  at Federal Reserve. EDITOR'S NOTE: See also Peterr's Bill Black, Carmen Segarra  ..."

8. SEC Probes  Goldman  Over Libya Deals -  Corruption  Currents - WSJ

blogs.wsj.com/  corruption-currents/ 2011/ 08/ 10/ sec-probes-goldman-over-libya-deals/  -

"Aug 10, 2011 ...  Goldman  Sachs  Group Inc. said in a securities filing regulators are investigating whether the firm violated U.S. foreign bribery laws."

9. Goldman  Sachs  more corrupt than ever - Wake Up From Your Slumber

www.wakeupfromyourslumber.com/ blog/ andie531/  goldman-sachs-more-corrupt-ever  -

"Goldman  Sachs  more corrupt than ever. published by andie531 on Fri, 2012-03- 16 03:37. We Speak on RT TV About  Goldman's Predatory Culture and the  ..."

10. Why  Goldman  Sachs  Is Committing Treason - bgamall - HubPages

bgamall.hubpages.com/hub/Why-Goldman-Sachs-Is-Committing-Treason  -

Goldman  Sachs  and Other Investment Banks are Soaking Governments. ... I would be surprised if our sleazy corrupt government would ever prosecute these   ...

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

1. Human Rights Group Lambasts  Goldman  Sachs  Over Russia - Forbes

www.forbes.com/ sites/ kenrapoza/ 2013/ 02/ 13/ human-rights-group-lambasts-goldman-sachs-over-russia/  -

"Feb 13, 2013 ... Humran Rights Foundation goes after  Goldman  Sachs  for relationship with "" corrupt"" Russia."

2. these fucking guys - The Daily Show with Jon Stewart - Comedy ...

thedailyshow.cc.com/search?keywords=Goldman+Sachs  -

3. Corruption  and Policy Vacillation: Two Sides of the  Goldman  Sachs  ...

www.alternet.org/ story/ 154564/  corruption_and_policy_vacillation%3A_two_sides_of_the_goldman_sachs_problem  -

"Mar 15, 2012 ... The biggest PR headache for the powerful Wall Street bank  Goldman  Sachs  right now is likely Greg Smith, an insider who resigned  ..."

"4. Holder to go to Citigroup,  Goldman  Sachs, JPMorgan or Bank of ..."

election.democraticunderground.com/10025584815  -

"Holder to go to Citigroup,  Goldman  Sachs, JPMorgan or Bank of America? ( Original post).  Corruption  Inc, 14 min ago, OP. Line New Reply  ..."

5. HSBC And  Goldman  Sachs  Held $335m Of Libyan State Oil Money ...

www.financialtransparency.org/ 2011/ 05/ 25/ hsbc-and-goldman-sachs-held-335m-of-libyan-state-oil-money/  -

"May 25, 2011 ... LONDON and WASHINGTON, DC ? HSBC and  Goldman  Sachs  are ... and anti-corruptionprocedures in place across all of its businesses."

6. THE EXILED ? MANKIND'S ONLY ALTERNATIVE ¯  Goldman  Sachs

www.exiledonline.com/tag/goldman-sachs/  -

The War Nerd Vs. Darrell Issa's  Goldman  Sachs  Staffer: A Brief History Of ... How a Corrupt Outfit Called MERS Is Destroying Our System of Property Rights.

7. Corzine's Re-Election Woes Amid New Jersey  Corruption  - TIME

"content.time.com/time/politics/article/0,8599,1913871,00.html  -        "

"Jul 31, 2009 ... The  corruption  arrests are just the latest boon to Chris Christie's ... In the midst of a recession, Corzine, a former  Goldman  Sachs  CEO, would  ..."

8. GOLDMAN  SACHS  OF SHIT | VICE United States

www.vice.com/read/goldman-sachs-of-shit  -

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"May 19, 2011 ...  goldman-sachs-vampire-squid .... However, as it turned out it was very similar to a Russiancorruption  story I covered for The Exile in the 90s."

9. The World's Most Evil Corporation Issues A Dire Warning | Dave ...

www.thecommonsenseshow.com/ 2013/ 09/ 19/ the-worlds-most-evil-corporation-issues-a-dire-warning/  -

"Sep 19, 2013 ...  Goldman  Sachs  is the epitome of the word ?evil.? If one wants to know what the evil central bankers are up to, one only needs to pay attention to  ..."

10. Bribery blocks the potential of emerging economies | space for ...

blog.transparency.org/ 2013/ 07/ 09/ bribery-blocks-the-potential-of-emerging-economies/  -

"Jul 9, 2013 ... According to Transparency International's Global  Corruption  .... all come from  Goldman  Sachsthen let's talk about how corrupt  Goldman  Sachs  ..."

1. $15 Trillion Scam ?  Corruption  ? Obama Collusion | We the People ...

wtpotus.wordpress.com/ 2010/ 04/ 28/ 15-trillion-scam-corruption-obama-collusion/  -      -Highlight

"Apr 28, 2010 ...  Corruption  Story of the Century Posted by Bridgette Scandal: ...  Goldman  Sachs  owns ten percent of the CCX and its 10 Trillion a year potential."

2. Anti-Corruption  Campaign Is Positive For China's Future

www.chinamoneynetwork.com/ 2014/ 08/ 07/ anti-corruption-campaign-is-positive-for-chinas-future  -

"Aug 7, 2014 ... China's anti-corruption  campaign has some negative impact on activity ... Estimating the size of the impact is tricky, but  Goldman  Sachs  says  ..."

"3. Groundbreaking Studies by the United Nations,  Goldman  Sachs  and ..."

https://www.unglobalcompact.org/ newsandevents/ news_archives/ 2007_07_05d.html  -

"Jul 5, 2007 ... A report released by  Goldman  Sachs  , one of the world's leading ... in the areas of human rights, labour, environment and anti-corruption."

4. Goldman  Sachs  ® FCPA Professor

www.fcpaprofessor.com/category/goldman-sachs  -

"Archive for the 'Goldman  Sachs' Category. ® Older Entries ....  Corruption  tends to occur at companies with loose control environments. While I was at DOJ, we  ..."

5. Wikileak GS Quote of the Day | The Big Picture

www.ritholtz.com/blog/2010/12/wikileak-gs-quote-of-the-day/  -

"Dec 3, 2010 ... They're confused by the corrupt excesses of capitalism. ?If  Goldman  Sachs  executives can make $50 million a year and then run America's  ..."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

6. Goldman  Sachs  Being Investigated Over Foreign Corrupt Practices Act

 www.truthtechnologies.com/ articles/ display/  goldman-sachs-being-investigated-over-foreign-corrupt-practices-act  -

 "May 14, 2014 ...  Goldman  Sachs  Being Investigated Over Foreign Corrupt Practices Act.  Goldman Sachsdisclosed in its latest 10Q that it is under investigation  ..."

7. Goldman  Sachs  exec leaves sinking ship in disgust ? RT USA

 www.rt.com/usa/goldman-sachs-smith-times-571/  -

 "Mar 14, 2012 ... Greg Smith, most recently a top exec at the London office of  Goldman  Sachs, writes in the Times on Wednesday that moral  corruption  behind  ..."

8. Goldman  Sachs: The bank that rules the world - Special series - Al ...

 www.aljazeera.com/ programmes/ specialseries/ 2014/ 06/  goldman-sachs-bank-rules-world-2014613175932453607.html  -

 "Jun 14, 2014 ... Lloyd Blankfein, CEO of  Goldman  Sachs, walks by the New York Stock ... were implemented amidst government  corruption  allegations."

 "9. Can Anti-Corruption  Laws Help Combat Terrorists, Tyrants and Their ..."

 knowledge.wharton.upenn.edu/ article/ can-anti-corruption-laws-help-combat-terrorists-tyrants-and-their-corporate-supporters/  -

 "Dec 5, 2012 ... Terrorists and criminal organizations rely on  corruption, coupled with ... and Managing Director at  Goldman  Sachs, and formerly served as  ..."

10. Jeffrey  Sachs: ?We have a corrupt politics to the core? | Occasional ...

 www.occasionalplanet.org/ 2013/ 04/ 26/ jeffrey-sachs-we-have-a-corrupt-politics-to-the-core/  -

 "Apr 26, 2013 ... Paulson worked together with  Goldman  Sachs  to defraud [on a massive scale] many European banks, which had bought the toxic mortgages  ..."

 See your ad here...Ads related to  goldman sachs corruption

 1. ?Trans-Pacific Partnership? is Washington Speak for  Corruption  and ...

 www.cepr.net/ index.php/ op-eds- &-columns/ op-eds- &-columns/ trans-pacific-partnership-is-washington-speak-for-corruption-and-thef t  -

 "Aug 27, 2012 ... ?Trans-Pacific Partnership? is Washington Speak for  Corruption  and Theft ... The top executives at General Electric,  Goldman  Sachs, and Pfizer  ..."

 2. Secret  Goldman  Sachs  Tapes Reveal Culture Of  Corruption  At ...

 politics.rawsignal.com/ news/ Story.aspx?mode=2 &id=163489725 &aId=29643794 &d=140926  -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

1 day ago ... Link To The Full Story: http://news.firedoglake.com/2014/09/26/secret-goldman- sachs-tapes-reveal-culture-of-corruption-at-federal-reserve/.

3. The Most Corrupt Professions - The Daily Beast

www.thedailybeast.com/ articles/ 2010/ 04/ 28/ the-most-corrupt-professions.html -      -Highlight

"Apr 27, 2010 ... Following  Goldman's Capitol Hill grilling, The Daily Beast crunched the numbers ... Wall Street had a rough day yesterday, with  Goldman  Sachs  ..."

4. Financial Investor Bill Browder Takes on the Putin Regime in Russia ...

www.spiegel.de/ international/ world/ financial-investor-bill-browder-takes-on-the-putin-regime-in-russia-a - 845132.html  -

"Jul 20, 2012 ... ... investment bank  Goldman  Sachs  and wealthy private individuals. ... and then seek outcorruption  and mismanagement within the company."

5. Profitable Depopulation Plot Links JP Morgan-Chase And  Goldman  ...

www.dprogram.net/ 2010/ 04/ 30/ profitable-depopulation-plot-links-jp-morgan-chase-and-goldman-sachs- to-vaccination-contaminations-and-bigpharma-corruption/  -

"Apr 30, 2010 ... ?Corruption  in the drug industry is rampant and transparent,? Dr. Horowitz ... Lloyd Blankfein, the CEO of  Goldman  Sachs, became a major  ..."

6. Beware of Greeks Bearing Bonds | Vanity Fair

www.vanityfair.com/ business/ features/ 2010/ 10/ greeks-bearing-bonds-201010  -      -Highlight

"Oct 1, 2010 ... ... tax evasion, bribery, and creative accounting spurred on by  Goldman  Sachs, Greeks are sure of one thing: they can't trust their fellow Greeks."

7. Instapundit ˉ Blog Archive ˉ CULTURE OF  CORRUPTION: Tapes ...

www.pjmedia.com/instapundit/195672/  -

"1 day ago ... Hey, they don't call him President  Goldman  Sachs  for nothing. Tweet. 20 Comments ..... Over-regulation leads to  corruption  like this. When a  ..."

8. Goldman  Sachs  wants to raise funds for Bangladesh | New Age

www.newagebd.net/ 42349/  goldman-sachs-wants-to-raise-funds-for-bangladesh/ -      -Highlight

"Aug 22, 2014 ...  Goldman  Sachs  on Thursday expressed willingness to raise funds for ... to Padma Bridge project in 2012 following allegation of  corruption  in  ..."

9. Goldman  Sachs  Archives | SilverDoctors.com

www.silverdoctors.com/tag/goldman-sachs/  -

"2 days ago ... CON: The New Poster Child of Bankster  Corruption  ... picks up the phone call from their broker at those two firms, the fact that  Goldman  Sachs,  ..."

THE BOOK OF TESLA. Copyright, sole original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"1. NYPD Receives 4.6 Million From  Goldman  Sachs, Then Arrests 700 ..."

 wireofinformation.wordpress.com/ 2011/ 10/ 05/ nypd-receives-4-6-milllion-usd-from-goldman-sachs-then-arrests-700-pe aceful-protestors-at-occupywallstreet/  -

 "Oct 5, 2011 ... After receiving a ""donation"" from  Goldman  Sachs, the NYPD kettle the Peaceful Protestors of ... protestors. Does that sound like  corruption  to you

 2. Goldman  Sachs' Anti-Money Laundering Expert Joins Regulatory ...

 www.rdc.com/ news/ archive/  goldman-sachs-anti-money-laundering-expert-joins-regulatory-datacorp- chief-compliance-officer/ 031709  -

 "Mar 17, 2009 ... Mr. Ford spent 10 years with  Goldman  Sachs, most recently as ... of the international anti-corruption  NGO and a member of Interpol's Group of  ..."

 3. Goldman  Sachs  related humor - Softpanorama

 www.softpanorama.org/ Skeptics/ Financial_skeptic/ Casino_capitalism/ Systemic_instability_of_financial_sector/ TBTF/  Goldman_Sachs/ humor.shtml  -        -Highlight

 "News, In  Goldman  Sachs  we trust, Recommended Links, Quotes,  Corruption  of SEC ... How Lou Lucido Let AIG Lose $35 Billion With  Goldman  Sachs  CDOs -  ..."

 4. Totally Busted: The Truth About  Goldman's Bailout by the Fed

 www.economicpolicyjournal.com/ 2010/ 12/ totally-busted-truth-about-goldmans.html  -

 "Dec 15, 2010 ... Based upon contemporaneous public disclosures,  Goldman  Sachs  was .... read regarding the chicanery and  corruption  of the money masters."

 5. Instagram photos for tag #goldmansachs | Iconosquare

 www.iconosquare.com/tag/goldmansachs  -

 Browse all Instagram photos tagged with #goldmansachs. View likes and comments.

 6. Massive Fed coverups revealed in hours of tapes with  Goldman  Sachs

 prorevnews.blogspot.com/ 2014/ 09/ massive-fed-coverups-revealed-in-hours.html?utm_source=feedburner &utm_medium=feed &utm_campaign=Feed%3A+prorevfeed+(UNDERNEWS)  -        -Highlight

 18 hours ago ... Segarra reveals a culture of  corruption  where the Federal Reserve participated in covering up malfeasance by  Goldman  Sachs. She was later  ...

 "7. Don't Be A Dissatisfied Customer Of  Goldman  Sachs, Obama Might ..."

 www.floppingaces.net/ 2011/ 06/ 01/ dont-be-a-dissatisfied-customer-of-goldman-sachs-obama-might-just-lig ht-you-up/  -

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Jun 1, 2011 ... Don't Be A Dissatisfied Customer Of  Goldman  Sachs, Obama Might Just ... reputation of a company like GS pristine and untainted by  corruption."

8. 17 Most Corrupt Industries - Newser

www.newser.com/story/87322/17-most-corrupt-industries.html  -

"May 2, 2010 ...  Goldman  Sachs  got you convinced Wall Street is the most corrupt place to work? Not quite: The Daily Beast worked with an anti-corruption  ..."

9. LiveLeak.com - 2013  Goldman  Sachs  Hunting Season is Now Open.

www.liveleak.com/view?i=ad2_1385707934  -

"Nov 29, 2013 ... Some of the elite from this disgrace of a company are showing up next week for their annual company party. According to an article from last  ..."

10. Dylan Ratigan Show Explains The  Goldman  Sachs  SEC ... - MetaTube

www.metatube.com/ en/ videos/ 32325/ Dylan-Ratigan-Show-Explains-The-Goldman-Sachs-SEC-Investigation-and-C orruption/  -

"Apr 18, 2010 ... Dylan Ratigan talks about SEC suit against  Goldman  Sachs  and the investigation into itscorruption. And how Paulson and the Obama  ..."

## HOLDER: OUT! What is the REAL Reason he is getting out of Dodge?

How Holder kept Musk's scams from getting investigated and the financial connections between Holder and Musk's partnerd

"You won't believe it, at first. I was one of the hundreds of reporters tracking THE BIG FIX peer-to-peer collaborative investigation on government corruption. (See This Link) I witnessed the presentation of incriminating evidence, on this case, to Steve Rattner, Bill Daley, David Axelrod, Rahm Emanual, Jay Carney and Robert Gibbs while they were working in the White House. I witnessed their sudden departure from the White House, immediately afterwards, at the height of their careers. They left in a bad economy when there was not a better job offer on the table. I say they left because they knew they were caught. I witnessed Eric Strickland's warning documents go out to him and his resignation as head of the National Auto Safety agency within 48 hours of receipt of those documents, disclosing knowledge of his complicity in the same matter. I witnessed Steven Chu and much of his staff receive the same disclosures, and quit. Within the last few days I witnessed a whistle-blower disclose the same information to federal investigators regarding Eric Holder. You have now all seen the headlines today! I voted Democrat in the last election and it is certainly my duty to be irked when Darryl Issa calls Eric Holder a ""criminal"" and the ""Director of Cover-ups"" but....In this case, he may have a point. I have spoken with Whistle-Blowers at Covington and Burling, The law firm that coordinated Eric Holder's nomination packet. I have spoken with lower level DOJ officials who are breathing a deep sigh of relief today. In our opinion: HOLDERS JOB WAS TO PROTECT OBAMA'S CRONY CAMPAIGN FUNDERS FROM GETTING CAUGHT! No matter which party you are with: That is Just A CRIME all the way around! That's not even the main part of the ""October Surprise"" aspect of all this... I, and three other reporters are working on our own book about ""the situation"". While this may all sound crazy today, I guarantee you: In 4 years you will look back and say: ""OMG, They were Right All Along!"" As much as everyone is worried about political corruption, there is one breath of hope: Corrupt politicians can run, but they can't hide... and nowadays, it is even harder to hide! More to come... T - "

THE BOOK OF TESLA: Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Your Revelation

"Attorney General Eric Holder speaks during a news conference at the Justice Department in Washington, Sept. 4, 2014, to announce the Justice Department's civil rights division will launch a broad civil rights investigation in the Ferguson, Mo., Police Department."
abcnews.go.com/Politics/attorney-general-eric-holder-res...
abcnews.go.com

Attorney General Eric Holder announces resignation - NY Daily ...

"Attorney General Eric Holder announces resignation The country's first black attorney general plans to announce his resignation once a successor is chosen, according to an NPR report."
nydailynews.com/news/politics/attorney-general-eric-holde...
nydailynews.com

"Attorney General Eric Holder to resign, White House official ..."

"Attorney General Eric Holder is resigning after heading the Justice Department for six years. A White House official says President Barack Obama will announce Holder's departure later Thursday. Holder is the first black attorney general, and his tenure is the fourth longest on the job ..."
nola.com/politics/index.ssf/2014/09/attorney_eric_...
nola.com

Demand Attorney General Eric Holder's Resignation

The House of Representatives is investigating Attorney General Eric Holder for perjury.
aclj.org/us-constitution/demand-attorney-general-e...
aclj.org

Attorney General Eric Holder reportedly to resign - MarketWatch

"WASHINGTON (MarketWatch) - Attorney General Eric Holder on Thursday reportedly will announce plans to resign, capping a controversial five-and-a-half year run as the nation's top law-enforcement officer."

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

secure.marketwatch.com/story/attorney-general-eric-holder-report...
secure.marketwatch.com

Report: Eric Holder to resign as Attorney General | theGrio

"U.S. Attorney General Eric Holder will step down , according to multiple reports. Holder, the country's first black attorney general, will announces his plans to resign Thursday a Justice Department official told NBC News' Pete Williams. NPR's Carrie Johnson, who first reported ..."
thegrio.com/2014/09/25/eric-holder-resign/
thegrio.com

US attorney general Eric Holder to announce resignation ...

"Eric Holder, the first black attorney general in the United States, will announce later on Thursday that he is to step down. House minority leader Nancy Pelosi confirmed Holder's resignation during a meeting of the Congressional Black Caucus, where he had been due to speak. The news ..."
theguardian.com/world/2014/sep/25/eric-holder-stand-down-...
theguardian.com

DOJ Disputes Report That Holder Will Resign

"This post has been updated. The New Yorker reported that U.S. attorney general Eric Holder plans to step down this year, but the U.S. Justice Department is pushing back on that report."
talkingpointsmemo.com/livewire/eric-holder-resign
talkingpointsmemo.com

DOJ Disputes New Yorker Report That Attorney General Eric ...

"You are here: Home"" Today's Headlines"" DOJ Disputes New Yorker Report That Attorney General Eric Holder Plans to Resign"
hinterlandgazette.com/2014/02/doj-disputes-new-yorker-report-at-...
hinterlandgazette.com

Eric Holder Will Resign as Attorney General - NationalJournal.com

"Eric Holder Will Resign as Attorney General Holder, who has been attorney general for the entirety of Obama's presidency, is expected to leave office once a successor is confirmed."
nationaljournal.com/white-house/eric-holder-will-reportedly-r...
nationaljournal.com

U.S. attorney general Holder says he will stay on well into ...

"United States Attorney General Eric Holder speaks during the Human Rights Campaign's 13th annual Greater New York Gala in the Manhattan borough of New York, February 8, 2014. ... Although resignation rumors have followed Holder for years, ..."
reuters.com/article/2014/02/10/us-usa-justice-holder-...
reuters.com

"Eric Holder, our contemptuous attorney general, must resign ..."

Attorney General Eric Holder - the first and only sitting Cabinet member in 225 years to be cited for contempt of Congress - has politicized the United States Department of Justice to the breaking point.
foxnews.com/opinion/2013/07/18/our-contemptuous-attor...

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

foxnews.com

Report: Attorney General Eric Holder to Announce His Resignation

"U.S. Attorney General Eric Holder will announce his resignation on Thursday, NPR's Morning Edition reported. This just in - Eric Holder about to announce his resignation."
theblaze.com/stories/2014/09/25/report-attorney-genera...
theblaze.com

Report: Eric Holder Has No Plans to Resign This Year

"Attorney General Eric Holder has made no plans to leave the Justice Department during 2014, The Hill reported. In a lengthy interview he gave the New Yorker last year ? published this week ? the magazine identified voting rights as the top priority of Holder's tenure and quoted him as saying he"
newsmax.com/Newsfront/eric-holder-not-resigning-new/2...
newsmax.com

"Goodbye, Eric Holder ? | FrontPage Magazine"

"Is the attorney general's reign of corruption coming to an end? The Point; ... Embattled Attorney General Eric Holder told the New Yorker magazine he plans to step down from his post later this year, ... Holder's resignation announcement, ..."
frontpagemag.com/2014/matthew-vadum/goodbye-eric-holder/
frontpagemag.com

Reince Priebus Calls For Eric Holder's Resignation Over ...

"Republican National Committee Chairman Reince Priebus called for Attorney General Eric Holder's resignation Tuesday, saying Holder had ""trampled on the First Amendment."" Holder was caught in controversy Monday when it was revealed the Justice Department had secretly obtained two ..."
huffingtonpost.com/2013/05/14/reince-priebus-eric-holder_n_3...
huffingtonpost.com

Hartzler calls for Attorney General Eric Holder to resign ...

Contact Congresswoman Hartzler. Welcome to the on-line office for Congresswoman Vicky Hartzler. Please visit the Contact Me page to contact Vicky electronically or click on the office location nearest you for details.

hartzler.house.gov/press-release/hartzler-calls-attorney-gen...
hartzler.house.gov

"Obama Attorney General, Eric Holder, resigns post."

"Obama Attorney General, Eric Holder, resigns post. Follow @OpposingViews. By SolarSanitizer, Thu, April 01, 2010 . Shaken Attorney General Resigns After Learning What Murder Is ."
opposingviews.com/i/obama-attorney-general-eric-holder-resi...
opposingviews.com

AG Eric Holder Says He Will Resign This Year - And What's ...

"In a New Yorker interview with Jeffrey Toobin, President Obama's Attorney General Eric Holder announced that he plans to step down sometime this year."
joshuapundit.blogspot.com/2014/02/ag-eric-holder-says-he-will-resig...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

joshuapundit.blogspot.com

NEW SURVEY: Should Eric Holder Resign as Attorney General?

"I do not understand this survey, it seems the results are backward to all other surveys I have seen on this subject. I cannot imagine anyone thinking he has done an outstanding job and yet that is the highest result."
tpnn.com/2014/02/12/new-survey-should-eric-holder-...
tpnn.com

U.S. Attorney General Eric Holder to resign

U.S. Attorney General Eric Holder to resign. Attorney General Eric Holder is resigning after heading the Justice Department for six years.
wwltv.com/story/news/nation-now/2014/09/25/eric-hol...
wwltv.com

Report: Attorney General Eric Holder to announce resignation ...

Latest News. Report: Attorney General Eric Holder to announce resignation; Dash cam captures South Carolina trooper shooting unarmed man during traffic stop
kdvr.com/2014/09/25/report-attorney-general-eric-h...
kdvr.com

Attorney General Holder to announce resignation today

"Attorney General Holder to announce resignation today. Attorney General Eric Holder will announce his resignation at a formal event Thursday afternoon, a Justice Department source says."
lohud.com/story/news/politics/2014/09/25/eric-holde...
lohud.com

Justice Department scandal: Will Obama toss Eric Holder ...

"Attorney General Eric Holder has ties to several controversial issues, ... Republicans and now some on the left are calling for Holder to resign. So far, President Obama is sticking with his man. DC Decoder; Security Watch; World. All World; Africa. Africa Monitor; Americas. Latin ..."
csmonitor.com/USA/DC-Decoder/2013/0601/Justice-Departme...
csmonitor.com

Why Attorney General Eric Holder Needs to Resign or Be ...

"Simply put, it is an awful feeling when you can't trust your government's elected and appointed officials ? Here we have the Deputy Attorney General Eric Holder bypassing his colleagues at the Justice Department and going directly to the Clinton White House to obtain a pardon for two ..."
onecitizenspeaking.com/2014/09/why-attorney-general-eric-holder-...
onecitizenspeaking.com
More Links ...

Cornyn Calls On Holder To Resign ?Over Fast & Furious - ABC News

"John Cornyn, R-Texas, called for Attorney General Eric Holder to resign today over the Fast and Furious gun scandal. ""I'm the attorney general that put an end to the misguided tactics that were used in Fast and Furious,"" Holder said."
abcnews.go.com/blogs/politics/2012/06/cornyn-calls-on-ho...

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

abcnews.go.com

"Holder Flack, DOJ Spokeswoman Resigns from DOJ"

"Tracy Schmaler, Attorney General Eric Holder's top press defender, will resign her position on March 8. This reporter recently caught Schmaler colluding with far leftwing advocacy organization Media Matters for America to attack the reputations of whistleblowers, members of Congress..."
breitbart.com/Big-Journalism/2013/02/15/Holder-flack-re...
breitbart.com

Eric Holder and the politicized Justice Department

Eric Holder's liberal racism: Attorney General Eric H. Holder Jr. should resign. He is a disgrace to his office and to his country. ... Mr. Holder is the nation's top law enforcement officer. President Obama's supporters should hope Attorney General Eric Holder resigns.
akdart.com/eh.html
akdart.com

Latest Eric Holder Attorney General Resigns videos at PopScreen

Jay Sekulow appeared on Fox News discussing the many reasons Attorney General Eric Holder must resign from the Department of Justice.
popscreen.com/tagged/Eric-Holder-Attorney-General-Resigns
popscreen.com

GOP members call on Eric Holder to quit - Mackenzie Weinger - POLITICO.com

"Labrador, an Idaho Republican, said the attorney general should resign for his role in the controversial operation. ""Attorney General Eric Holder cannot avoid responsibility for his involvement with a government program that directly led to the tragic death of a decorated Border Patrol agent..."
politico.com/news/stories/1111/68421.html
politico.c
The problem with Elon Musk?s Women "One wife claims he cheated on her and her kids and now has a reality TV show about how she got screwed by Musk. Another ""wife"" was a bar pick-up and now claims he uses high-end Los Angeles escorts. A high end Los Angeles escort is now shopping an article and camera phone video. Another Silicon Valley ""special friend"" is shopping a competing tell-all interview. With one wife claiming he ""picked her up in a bar"" and another blogging all of his inside dark secrets, one wonders if Musk has any people sense at all. Who will win? Not Musk, apparently. Watch ""DIVORCE WARS"" (CLICK HERE). Read ""Valley Wag"" (CLICK HERE) See the psych STUDY Here.
--------------------------------------------------------------------------------

# Elon Musk spends billions on research and PR companies to confirm that he is the most Interesting, Most Important Individual On Earth!

(Apologies to The Onion) Dear Mr. Musk: Thank you for hiring us. As you suspected, the results substantiate your theorem: We have confirmed, as you stated, that the widely held assumptions that you are the most significant and interesting person currently inhabiting the earth are true. Drawing from the results of a six-year study that carefully analyzed thousands of hours of your actions and conversations, the 220-page report concluded that your ideas and opinions far surpass those of the other 7.1 billion people on the planet in terms of substance, depth, and general importance to the world. ?Throughout our study, we found clear and overwhelming evidence that you are not only the most compelling member of the human race, but also the most important, and by a wide margin,? said the study?s lead author Samuel Lerman, who noted that you are also far more noteworthy than all individuals who have ever previously existed in human history. ?There is a statistically significant gap between

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

what you and the rest of humanity have to offer in terms of wit, charm, intelligence, creativity, and observational ability. Indeed, we found that the dynamic nature of your personality is of immeasurable value to society.? ?Our findings also confirm that your insights on everything from politics to entertainment to social issues to religion are the most notable and well-thought-out,? continued Lerman, adding that your viewpoints roundly trump the countless competing beliefs offered by the rest of the world?s population. ?You are, in short, the only person who matters. The rest of us do not matter.? The report stated that people crave to hear from you at all times, asserting that your thoughts are the most profound, your stories the most gripping, and your approval the most desired. The study also demonstrated that no one else alive today has anything as perceptive and as consequential to say as you do, with researchers noting that when you choose to speak you are exceedingly captivating and enjoyable to listen to in a way that no other human being could ever approach. Furthermore, clinical observations showed that when you are not around, conversations among others invariably revert to speculation about what you are currently doing and what you would say about the discussion at hand. The report also confirmed that your words serve as a highly desired and desperately needed reprieve from the monotony and meaninglessness of what everyone else has to say. You are the center of everything, the report added. ?We found that what other people think or experience is completely irrelevant when compared to even the most minor thoughts and experiences in your everyday life,? said Lerman, noting that only the things you see, do, say, and learn have any significance at all. ? The data clearly show that your feelings are the most authentic, your experiences are the richest, and your perspectives are the most unique. Frankly, the world only wants to hear about you and your life and nothing else. Indeed, that?s what we all long for at every moment.? The sociologist affirmed that all other humans on earth define their lives largely in relation to you and your existence, and reiterated the report?s recommendation that you continue to make your views and ideas known as loudly and frequently as possible to eliminate any lingering doubts among the global populace regarding your supreme importance. ?The evidence conclusively shows that you, and you alone, provide meaning to everyone else in your workplace, your social network, and your family, as well as to all the strangers that you interact with only momentarily each day,? said Lerman, who highlighted data indicating that others? sense of fulfillment is derived solely from the opportunity to work, live, and exist alongside you. ?Without you, these groups and individuals?as well as society in general?would just drift aimlessly, feeling empty and incomplete.? Lerman went on to state that you were and have always been the primary figure on the planet, noting that the worth and merit of every person, institution, and cultural phenomenon on earth hinged wholly on your personal perceptions and judgments about them. ?Our research definitively proves that when you go to sleep each night, the world?s entire narrative stops, and that it then restarts again as soon as you wake up,? Lerman said. ?And according to our findings, when you die, all of this?the whole universe and everything in it?will end.? ?It is scientifically indisputable that you are the single most important and fundamental being in existence,? Lerman added. ?You are commensurate with the sun, the moon, the stars. In fact, you are the sum of all of these and more.? The report summarized its results by concluding, ? You, you, you, you. The profiles that you hired us to write about how perfect you are, in all of those magazines, will pale alongside this report.? --------------------------------------------------------------------------------

## Elon- not so nice? We received this letter from Donald who has been working on the line at Tesla until recently, he asked us to pass his thoughts along- "" I am getting so sick of reading about how Elon Musk is a 'god among men', he is the 'living embodiment of Iron Man', 'he is the greatest humanitarium the world has ever known...BS! Elon MUsk spends massive amounts of money on two different PR firms and SEO services with orders to make him look as close to a second Jesus as possible. His insane ego is beyond words. These PR firms pay editors and writers, with Musks's money to write this crap. The backers of Tesla made him go stay in Los Angeles because he is rude, insulting, abusive, paranoid and anal to every employee at Tesla. Tesla has hired great people but the good ones all left once they got a whiff of Musk madness. He is only allowed up here once a week. Everyone at the company thinks he is the biggest prick in history. Musk is only where he is because he was lucky enough to get an un-earned windfall from Paypal. Now he has too much money and even after spending all the money you could possibly imagine on parties, hookers and buying time with celebrities he has too much money so he told his PR people to buy him an image. Speaking of image, he and two of his investors have such ego problems that they would rather lie to the public, the media and investors about how broken the cars are, how few people want them and how under-used the most expensive non-functional car factory in the world is! They need to tell people that Tesla is bombing and not let people labor under these wrong ideas from his PR blitz.""

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Understanding Tesla?s Life Threatening Battery Decisions

"Understanding Tesla's Life Threatening Battery Decisions SEEKING ALPHA- John Peterson Nov 22 2013 In the last couple of months, electric cars from Tesla Motors (TSLA) have had three collision-related battery fires that were widely covered by the media. Last week, the NHTSA decided to conduct a formal investigation of these incidents. While Tesla's CEO Elon Musk immediately went on the offensive arguing that Tesla's BEVs have a lower fire risk than gasoline powered cars, the question an increasing number of investors are asking is ""Why has Tesla had three battery fires in a fleet of 17,000 BEVs while Nissan hasn't had any fires in its fleet of over 90,000 BEVs  " The answer is simple. Tesla's battery decisions significantly increased battery risks for both the customer and the company. My primary resource for the discussion in this article is a 2012 study published by the National Renewable Energy Laboratory titled ""Vehicle Battery Safety Roadmap Guidance."" Since the roadmap provides far more scientific detail than most investors need or want, I'll focus on the general themes that impact investment risk and leave the electrochemical and engineering minutiae for professionals. The generic term ""lithium-ion battery"" includes at least a half-dozen varieties that range from relatively safe iron phosphate formulations to relatively unstable cobalt oxide formulations. I use the word relatively because no lithium-ion battery is 100% safe. All lithium-ion batteries will burn if the cell is punctured. In general, fires resulting from a punctured cell are the least violent. Lithium-ion batteries can also ignite spontaneously if debris left over from the manufacturing process pierces a 15- to 25-micron separator and creates an internal short circuit. In those cases, which are referred to as ""field failure events,"" the internal short circuit ignites materials inside the cell and causes internal temperatures to spike to a few hundred degrees centigrade in seconds. At that point, the cell ruptures feeding additional oxygen to the fire. In rare unexplained cases, internal temperatures to spike to a couple thousand degrees centigrade in seconds, which suggests that thermite reactions might be taking place. The failure mechanisms in lithium-ion batteries are not well understood because it's darned near impossible to extinguish a lithium-ion battery fire. In the event of a fire, the best first responders can do is try to cool the surrounding pack to keep the fire from spreading. What we do know is that punctured cells react less violently than cells that have a field-failure event and that field failure events are less violent than other failures that some experts attribute to thermite reactions. Since the thermal energy released by a burning lithium-ion battery is up to three times greater than the electrical energy the battery could release in a normal discharge cycle, cell punctures and field failure events can be a very big deal as increased temperatures in one cell propagate to adjacent cells causing them to go into thermal runaway. The phenomenon is like lighting one side of a matchbook on fire. Once the first one goes, the others are sure to follow. One recent Tesla fire in Yucatan Mexico was captured in a YouTube video that shows how the process of lithium-ion battery fratricide unfolds in a large battery pack. The video begins with what appears to be a modest fire in a couple of punctured battery modules. As the temperature builds, other modules reach the thermal runaway point and explode. During the grand finale, several modules join the party and explode at the same time. If the incident didn't involve a $100,000 car and a real life accident, it would be a great special effect for Hollywood. Tesla's first risky battery choice was picking cells with high energy density and a less desirable safety profile than the low energy density cells chosen by all of the other automakers. Its second risky battery choice was ignoring the laws of large numbers. Field-failure events are very rare and while I haven't been able to find detailed statistics for the 18650 cells Tesla buys from Panasonic, the NREL report noted: ""Field failures arising from manufacturing defects that cause internal short circuits have very low probabilities of occurrence (estimates for 18650-size cells that fail catastrophically are 1 in 10 million cells to 1 in 40 million cells). While this may be reassuring for manufacturers of portable electronics, EV and HEV battery packs may have thousands of cells and up to 1,000 times more stored energy, making even this small failure rate unacceptable."" The battery pack in a Tesla Model S uses about 7,000 high-energy 18650 cells that are more prone to field-failure events than safer lithium-ion chemistries. Since each cell in the battery pack represents an independent field failure risk, the risk of a catastrophic field failure event at the battery pack level is: ?One in 1,429 if you assume a 1 in 10 million risk at the cell level; ?One in 2,857 if you assume a 1 in 20 million risk at the cell level; and ?One in 5,714 if you assume a 1 in 40 million risk at the cell level. Nissan, in contrast, uses 192 large format lithium-ion battery cells in the Leaf. That factor alone reduces its catastrophic battery pack failure risk by about 98%. Some of the more troubling aspects of the NREL report included observations that: ""When discussing battery safety, it is important to understand that batteries contain both an oxidizer (cathode) and fuel (anode as well as electrolyte) in a sealed container. Combining fuel and oxidizer is rarely done due to the potential of explosion (other examples include high explosives and rocket propellant), which is why the state of charge

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

(SOC) is a very important variable. Lower SOCs reduce the potential of the cathode oxidizing and the anode reducing. Under normal operation, the fuel and oxidizer convert the stored energy electrochemically (i.e., chemical to electrical energy conversion with minimal heat and negligible gas production). However, if electrode materials are allowed to react chemically in an electrochemical cell, the fuel and oxidizer convert the chemical energy directly into heat and gas. Once started, this chemical reaction will likely proceed to completion because of the intimate contact of fuel and oxidizer, becoming a thermal runaway. Once thermal runaway has begun, the ability to quench or stop it is nil."" ""Although much study has gone into understanding and modeling the lifetime of cells with aging, little work has been done on the effects of aging on thermal stability and abuse tolerance."" ""USABC goals, in line with the DOE research program for HEVs, are a calendar life of 15 years for HEVs and 10 years for EVs. A cycle lifetime of up to 1,000 cycles at 80% depth of discharge is also required. Little or no safety testing has been performed on cells approaching these lifetime limits. There are valid concerns about the stability of the active materials, separators, and possible reactions involving new degradation or contamination products."" ""(H)igher energy cells have a stronger response to abuse events and usually have poorer safety performance."" Batteries in an electric car are maintained at a high state of charge to maximize driving range. Unfortunately, that practice also maximizes the potential for a field failure event. Since Tesla wanted its cars to have the longest possible driving range with the lowest possible battery weight, it chose a relatively unstable high-energy battery chemistry while its competitors who make electric cars with shorter ranges chose safer and more stable chemistries. Since Tesla wanted to keep its battery costs low and take advantage of a global capacity glut for 18650 cells, it decided to use 7,000 small format cells in its battery pack while more experienced automakers paid premium prices for large format automotive grade cells that reduce the impact of the law of large numbers. All of Tesla's public talking points on the three fires focus on the collision-related nature of the battery pack failures. The statistics in the NREL report indicate that a catastrophic pack failure rate of 1 in 6,000 would be just about right if Tesla was using a safer low-energy chemistry like lithium iron phosphate. If the NHTSA concludes that the fires were attributable to Tesla's risky choices of high energy density batteries in 7,000 cell packs instead of road debris, the impact on Tesla will be life threatening. The current market price of Tesla's common stock does not, in my opinion, reflect this real and substantial short-term survival risk. Source: Understanding Tesla's Life Threatening Battery Decisions Additional disclosure: I am a former director of Axion Power International and hold a substantial long position in its common stock. I currently serve as executive vice president of ePower Engine Systems, a privately held company that's developing an engine-dominant series hybrid drivetrain for heavy trucking.

# Tesla hacked to broadcast occupants conversations to all nearby cars

"Tesla hacked to broadcast occupants conversations to all nearby cars A Stanford University student in Mountain View, California has hacked a Tesla electric car so that it broadcasts all of the occupants conversations to the FM radios of any car driving near a Tesla. In the, now famous, fight between Elon Musk and the NY Newspaper over the range of a Tesla in a road test, Musk revealed that he has circuitry built into each Tesla that allows him to watch you from each car from anywhere in the world. The new deal Tesla has announced with AT&T will make the Tesla even more wired up and allow greater hacking potential says the student. He says that he undertook the experiment to show the risks so that they could be resolved before it becomes a bigger problem. Musk famously spied on his staff by staying up one night and writing each one an email with a slightly different phrase in each email to try to catch a whistleblower in his company. Better safe than sorry. Weston- -------------------------------------------------------------------

# Will the Real Government Motors Please Stand Up?

Tesla is going to have to earn more dollars selling the cars it makes. From the December 2013 Issue of Car and Driver A friend in Southern California recently texted me the following: ?Have they sold 500k of the Tesla Model S? They are everywhere! It seems like all the dr., lawyer, millionaire small business types are driving them. I see 5 to 10 a day easy.? I responded that if he lived in Kansas, we wouldn?t be having this conversation. But it?s true; suddenly, Tesla is bigger than John Lennon saying the Beatles are bigger than Jesus. The company?s early repayment of its $465 million federal loan and its profitable first-quarter result startled analysts. Tesla is rightly considered the longest of long shots: It?s both a new car company and a clean-technology startup. Elon Musk might as well be in the business of anti-gravity belts, and most people were expecting black ink no sooner than the Miley Cyrus

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Administration. After a good May, Tesla celebrated Christmas in August. A five-star federal crash ?rating immediately followed a second-quarter profit report, and that strapped Tesla?s stock to a comet. It had already Hyperlooped from $33 in January to $138, and as of this writing, TSLA trades on the NASDAQ for $178 a share. By comparison, over on the old New York, GM bumps along at $37 and Ford at $18?numbers that aren?t expected to change dramatically before the next ice age. Currently, Musk (who offered that his car would earn six or seven stars if the safety rating system went that high) has cajoled enough angels to boogie on a pinhead such that somewhere around 500 Model S sedans per week are rolling out of Tesla?s Fremont, California, plant. He figures the company could actually sell 500,000 vehicles annually once the planned Model X crossover and a compact sedan arrive. And it is theoretically possible, if you assume that all trends are permanent. But Musk is a man of the moment, thriving in the heat and light of present government policy the way some strange organisms live next to volcanic vents at the bottom of the ocean. If things change, the coldness may close in fast. Let?s start where Tesla?s latest chapter began, with that 2010 loan from the Department of Energy. The Treasury wasn?t handing out money when Henry Ford hung out his shingle. Nor did the government bribe Ford?s customers to buy his cars, but right now the IRS allows you a $7500 credit for purchasing a Tesla, and California issues its residents an additional $2500 cash rebate. GM?s Alfred P. Sloan famously said: ?We don?t make cars, we make money.? Tesla makes pollution credits?up to seven credits for each Model S sold under California?s carbon-reduction scheme. The credits are for sale to any company needing to buy its way out of the state?s zero-emissions vehicle mandate. Tesla won?t say what it charges for a credit, but it did say that it made $51 million in the second quarter off credit sales. The government doesn?t want to be in the electric-car business any more than it wants to be in the jet-fighter business, but it?s willing to help energetic people like Musk do it for them. The government loaned Tesla startup money, it helps bring customers in with tax incentives, and it guarantees Tesla at least some return through the emissions-credit system. Short of sending Congress to the factory to bolt together the cars, there?s not much more government can do for Tesla. This isn?t really a knock against Musk or Tesla. The Land of Opportunity works best when opportunists perceive and take advantage of opportune moments, even ones created by government. But being the talk of the moment won?t push Tesla through the granite barrier separating it from more-enduring success: the fact that electric cars are still luxury novelties serving as the second or third (or fifth) vehicles in the household. And it won?t ensure that Tesla outlives the current political fashions. The tax credit phases out once Tesla hits 200,000 cumulative sales, and the California emissions credit window is also closing. All of which means that the company is going to have to earn more dollars making cars that currently don?t generate profits on their own. Tesla has other issues. Some state legislatures not in California?s mental orbit, including ones in Texas and Virginia, have blocked bills allowing exemptions to existing state franchise laws that would clear the way for Tesla?s factory-owned stores. You may not like car dealers, but state lawmakers generally do. Car dealers pay local taxes, employ local people, advertise with the local media, sponsor the local softball teams, and contribute to local candidates. Tesla is just an outsider. Rebuffed in some key markets, Tesla recently hinted that it would seek a solution at the federal level to clear the way for its factory-store plan. Hey, why not return to the well that has yielded so much? But as the warm glow of government largesse flickers, Tesla will soon have to swim on its own as a car company that makes money one sales contract at a time. Anybody holding on to their Tesla stock at that point will be brave indeed

## Silicon Valley CLEANTECH billionaire Vinod Khosla loses lawsuit in ...

"Khosla bought the 89-acre Martins Beach property for $32.5 million in 2008 and erected gates, no trespassing signs and posted armed guards, shutting public access to the beach from Highway 1. The Surfrider Foundation had sued Khosla in March 2013, saying the obstacles were illegal."
bizjournals.com/sanfrancisco/blog/real-estate/2014/09/sil...
bizjournals.com

Billionaire Vinod Khosla Dodges Questions in Private Beach ...

"Billionaire venture capitalist Vinod Khosla leaned heavily on one favorite line in court on Monday: ""I do not specifically recall."" Attorneys and environmentalists have spent years outraged that Khosla shut off public access

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

to Martin's Beach, a beloved cove near Half Moon Bay, Calif ..."
  forbes.com/sites/ellenhuet/2014/05/13/billionaire-vi...
  forbes.com

  Vinod Khosla Loses Beach Suit - Business Insider

  "REUTERS/Stephen LamKhosla exits San Mateo County Superior Court in May. San Mateo County Court
Judge Barbara Mallach has ruled against Silicon Valley billionaire Vinod Khosla in a lawsuit over public access to
Martin's Beach. According to the ruling, Khosla will be required to seek a permit from the"
  businessinsider.com/vinod-khosla-loses-beach-suit-2014-9
  businessinsider.com

  Billionaire Loses Battle to Keep Cali. Beach Private

  Billionaire Loses Battle to Keep Cali. Beach Private A judge has ruled that Sun Microsystems co-founder Vinod
Khosla can't block access to a beach he bought in 2008.
  nbclosangeles.com/news/national-international/Silicon-Valle...
  nbclosangeles.com

  "Billionaire 0, Surfers 1: Khosla Loses Bid To Block Surfers ..."

  "Students walk to the beach with their surfboards as their school day begins with surf class in Encinitas,
California September 9, 2014. Pic: Reuters SAN FRANCISCO: Billionaire Vinod Khosla, the co- founder of Sun
Microsystems Inc, lost his bid to block the public from using a northern California ..."
  malaysiandigest.com/world/520095-billionaire-0-surfers-1-khos...
  malaysiandigest.com

  Billionaire And Millionaire World News

  "Billionaire and Millionaire Daily News - Money, Mansions, Divorce, Donations, Buyouts, Scandals, Secrets,
Worth and Wealth"
  billionaireworldnews.com
  billionaireworldnews

  "Vinod Khosla, Silicon Valley Billionaire, Loses Legal Battle ..."

  "Vinod Khosla, Silicon Valley Billionaire, Loses Legal Battle to Keep Martin's Beach Private A judge has ruled
that Sun Microsystems co-founder Vinod Khosla can't block access to a beach he bought in 2008."
  nbcbayarea.com/news/local/Silicon-Valley-Billionaires-Fa...
  nbcbayarea.com

  Silicon Valley billionaire Vinod Khosla loses lawsuit in ...

  A San Mateo County judge ruled that Silicon Valley billionaire Vinod Khosla illegally blocked access to a
popular Bay Area surfing spot and must open it to the public. Judge Barbara Mallach ruled Wednesday that
Khosla will be required to seek a permit from the California Coastal ...
  bizjournals.com/sanfrancisco/blog/real-estate/2014/09/sil...
  bizjournals.com

  Billionaire Khosla Loses Bid to Block Public & Surfers' Use of Pacific Ocean ...

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Billionaire Vinod Khosla, the co-founder of Sun Microsystems Inc., lost his bid to block the public from using a northern California beach on a 53-acre plot he bought for $32.5 million."
bloomberg.com/news/2014-09-24/billionaire-khosla-loses-...
bloomberg.com

Vinod Khosla Loses Beach Suit - Business Insider

"REUTERS/Stephen LamKhosla exits San Mateo County Superior Court in May. San Mateo County Court Judge Barbara Mallach has ruled against Silicon Valley billionaire Vinod Khosla in a lawsuit over public access to Martin's Beach. According to the ruling, Khosla will be required to seek a permit from the"
businessinsider.com/vinod-khosla-loses-beach-suit-2014-9
businessinsider.com

"Billionaire 0, Surfers 1: Khosla Loses Bid To Block Surfers ..."

"SAN FRANCISCO: Billionaire Vinod Khosla, the co- founder of Sun Microsystems Inc, lost his bid to block the public from using a northern California beach on a 53-acre plot he bought for US$32.5 million (RM105.381 billion)."
malaysiandigest.com/world/520095-billionaire-0-surfers-1-khos...
malaysiandigest.com

"Vinod Khosla: Latest News on Vinod Khosla, Vinod Khosla .."

"Vinod Khosla:, Get Latest News and Updates on Vinod Khosla"
moneycontrol.com/news-topic/vinod-khosla/
moneycontrol.com

Billionaire Loses Battle to Keep Beach Private :: Ad Hoc News

BILLIONAIRE LOSES BATTLE TO KEEP BEACH PRIVATE 25.09.14 | 04:12 Uhr | 1 mal gelesen | So gefunden auf nbcnews.com Venture capitalist Vinod Khosla must reopen gate be built to block popular Northern California beach.
ad-hoc-news.de/billionaire-loses-battle-to-keep-beach-pr...
ad-hoc-news.de

Silicon Valley billionaire Vinod Khosla forced to allow ...

"Billionaire Khosla Loses to Surfers in Beach Access Fight. Billionaire Vinod Khosla, the co-founder of Sun Microsystems Inc., lost his bid to block the public from using a northern California beach on a 53-acre plot he bought for..."
article.wn.com/view/2014/09/25/Silicon_Valley_billionair...
article.wn.com

Vinod Khosla loses two cleantech experts as partners | Reuters

"Vinod Khosla, founder of Khosla Ventures, speaks at the Reuters Environmental Summit 2008 in San Francisco, California October 7, 2008. Partners Jim Kim and Alex Kinnier will depart Khosla Ventures Aug. 15, leaving the firm short of two partners just months after it said it was ..."
in.reuters.com/article/2011/08/09/idINIndia-58702220110809
in.reuters.com

Khosla loses two cleantech experts as partners - CIOL

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Khosla loses two cleantech experts as partners Khosla loses two cleantech experts as partners. Email; Print; Previous Story BOLT mobile browser surpasses 20 mn downloads. Previous Story Regression Testing: Effort and cost estimation tool.
 ciol.com/ciol/news/68081/khosla-loses-cleantech-ex...
 ciol.com

Has cleantech investing lost its glamour? Khosla Ventures ..

 "Two partners are leaving storied cleantech investment firm Khosla Ventures, as excitement has started to peter out in the once-buzzing clean technology space."
 venturebeat.com/2011/08/10/khosla-ventures-kim-kinnier/
 venturebeat.com

Vinod Khosla -

 "Vinod Khosla (Gurmukhi- ????? ?????) (born 28 January 1955, from Wikipedia) is an Indian-born American businessman and venture capitalist. Khosla was one of ..."
 quora.com/Vinod-Khosla-1
 quora.com

FBI Files Vinod Khosla HUB ‾ Reuters Exclusive: Khosla Loses 2 Partners; Alex ..

 "Reuters Exclusive: Khosla Loses 2 Partners; Alex Kinnier to Do Startup, Jim Kim's Plans Unknown. By Reuters News; Followers; More Posts; Friends (0) ... Kinnier will start his own company, a move founding partner Vinod Khosla called ""standard."""
 pehub.com/2011/08/reuters-exclusive-khosla-loses-2-...
 pehub.com
 "BREAKING NEWS: Federal Criminal Prosecuters charge Tesla, Subpeonas received by Tesla" "The Wall Street Journal reports that Federal prosecutors have launched a criminal investigation into the misuse, by corporate directors of a government sanctioned trading plan. The U.S. attorney is opened a broad reaching investigation in to stock false-hoods against Tesla.

## HOW THE PUBLIC GETS INFO:

 "Pundits and talking heads must NOT be America's only source of perspective. We need a much more open dialogue about the shift in global dynamics. Peter Bergen and Fran Townsend need to clearly disclose that they are lobbyists, for special interest groups, each time they write or chat to the public on the tube. Peter works for Eric Schmidt's interests in White House control via his New America Foundation and Fran works for defense contractors. They both get paid the big bucks to push the agenda's of those people. They are both hot-looking, charismatic, highly knowledgeable folks but they must not use their media cache' to influence the dummer, uglier members of the public without full disclosure. TIM A.- NYU (Public Reporter)"

## Deadly fires. Deadly vapors released by Tesla Fires. Lithium Ion cars burn homes down.

Spontaneous Combustions. Overseas workers die from making Tesla batteries. Fisker Cars Lithium Ion Explodes one-after-the-other. Multiple Tesla Fires Unreported. Boeing 787 proves Lithium Ion is unfixable. Where will it end? Multiple TESLA cars bursting into flames as batteries turn into potential DEATHBED of lithium explosives

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

and brain damaging, cancer causing dust particle combustion clouds, as predicted: Fisker already gone because of vast number of fires. COVER UP. Tesla not reporting all incidents. According to transportation group investigators: "" the fire immediately filled the cockpit and passenger area of the car with toxic post-combustion lithium particles and plastic fire vapors which are known to cause cancer, lung damage and brain damage."" All this death and destruction so some silicon valley VC's can get their quick profits at the expense of the lives, safety and homes of the public and workers. --------------------------------------------------

# Tesla Motors Inc (NASDAQ:TSLA) Faces Tough Time With Flawed Car Design

 "Dallas, Texas, 10/07/2013 (ustrademedia) ? Leading automobile company, Tesla Motors Inc (NASDAQ:TSLA) has been in the news for the wrong reasons because some of its cars were involved in battery fires. Tesla may face some major liabilities, if such accidents occur again. They are mainly happening because of flawed design. The cars were termed as ?safest on the road? and it is rather ironical that the cars have been catching fires. There has been speculation regarding whether Tesla needs to recall the vehicles with flawed design. There are a lot of different factors and parameters that will be analyzed before any such decision will be taken."

 "It is likely that the improper location of the battery and the poor design that has been used in making the Tesla cars is the cause of such accidents. It is still unknown as to what would be the long term impact of using such cars and it is likely that the federal government will set up a committee for investing the same. This news of fires in automobiles has created a major setback for Tesla and it has the potential to mar the reputation of the company. The company is not sure about opting for an automobile recall; however should they decide to do so, it is a proof that the company is more bothered about the safety of its users rather than focussing on how it can impact the reputation of the company. If the number of such cases keeps on increasing, Tesla can face an extremely tough time and the right action must be taken to sort out the different problems. It is up to Tesla to decide the right course of action that must be taken. Despite being such a giant in the field of automobile, the recent news has taken the sheen away from the company and it can have huge repercussion on reputation, sales and overall output as well.  Tags:  NASDAQ:TSLA, Tesla Motors Inc (NASDAQ:TSLA) -Sally Murdock:   a former newspaper section editor and reporter and is now contributing at UStrademedia. Her work has been published in national business trade magazines, and can be found on wire services, in daily newspapers, in university alumni magazines, on the web, in newsletters. ---------------------------------------------------------------------- "


***Elon Musk says his batteries are* ""*safer than gasoline*"" *but he lies*!** His batteries explode, burn and give off lethal powder vapors simply by coming in contact with WATER, AIR or CRASHES! (Cuz no cars are ever exposed to those most basic aspects of being a car!) Musk was offered other safer energy storage systems when the car was designed by Martin Eberhard but Musk turned them down in order to provide kickbacks to investors who also got DOE money for their battery companies, both of which deals the notoriously corrupt Goldman Sachs packaged up. Toyota and ZAP have been selling more electric cars than Tesla ever will and they told Musk not to use those kinds of batteries but he has his kickback deals he wanted to run. It is Ok to buy a Tesla but it is ESSENTIAL that you live in an area without one single pothole or bump in the road or anything that you might drive over, or water, or air or anybody else that drives a car, IF YOU OWN A TESLA, in order to avoid having yourself, your family, your car and your house not go up in flames and spew dangerous vapors. --------------------------------------------------

# UNCOVERED:! Tesla's own government documents, which Tesla authored, which disclose the horrifying reality of their batteries in Tesla Motors own words: """*Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close*

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

*proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked.* -Tesla Motors, Filed. U.S. Patent Office"""""

---------------------------------------------------

## Tesla batteries combined with fire and tesla plastics = slow death sentence.
When the lithium ion batteries catch on fire they set the rest of the car on fire. When the batteries are on fire they release deadly chemicals all by themselves. When the Tesla batteries AND the Tesla car are on fire they release a vast deadly cocktail of chemicals that instantly invade your body via your lungs, skin, hair, tear ducts and stay in your clothes. You, your baby in the back seat, nearby observers, first responders and everybody nearby are instantly toxified with a time bomb of poison that make take years to kill you or destroy your health but they will. Do you enjoy breathing N-methyl pyrrolidinone, ethylene carbonate, ethyl methyl carbonate, dimethyl carbonate, cyanide, and biphenyl and having your brain cells eaten away? Ask Elon Musk on live TV to WARRANT that a burning Tesla does not instantly releases severely toxic chemical vapors! He won't say it because he knows that the car is a deadly design. DD-

---------------------------------------------------------------------------------------

## At the Tesla Factory in Fremont California,
Tesla assembles and tests in battery packs, which cover the entire floor of the passenger section, in a military-class ballistic ""BLAST CHAMBER"" as shown in photos at: http://lithium-ion.weebly.com Tesla had previous published requests for patents, now uncovered and published publicly, which state that Tesla felt its batteries had a severe explosion risk and a suspected ability to burn your home down. In spite of Telsa's knowledge of this hazard, it never adequately disclosed this to buyers. http://static3.businessinsider.com/image/524c7d5369bedd842edc40a0-482-361/tesla-58.jpg"

## "Firefighters have now confirmed that the Tesla SIMPLY HIT A BUMP IN THE ROAD and the deadly LITHIUM ION Batteries in the TESLA exploded into flames,
then, when firefighters tried to put out the fire, the lithium ion batteries which explode in water, blew up some more as the water turned them into a deadly inferno which melted the very metal of the car, as they did with millions of dollars of Fisker cars. It has been charged that Tesla bribed consumer reporting officials to get their ""high safety rating"" when Boeing Jets had already proven that the batteries that Tesla uses make Tesla's deathtraps waiting to happen. Share this story with this link: http://wp.me/p2BJXK-b2 Watch this movie, one of many of Tesla Cars On Fire: http://www.youtube.com/watch?v=uFl8v1lxH0k http://www.youtube.com/embed/q0kjI08n4fg http://www.youtube.com/embed/q0kjI08n4fg Many news articles such as: http://lithium-ion.weebly.com ...pointed out that Tesla batteries are warned to explode in Tesla's own patent filings, FAA investigations, university studies and more. PT- AskNews ------------------------------------------

## Tesla COVERING UP regular fires
with its cars. Even fires breakout with it's batteries at it's own factory: http://forums.mtbr.com/california-norcal/smokes-coming-out-tesla-757766.html

-----------------------------------------

Video of Model S on fire takes down Tesla stock October 2, 2013, 4:27 PM Tesla Motors Inc. TSLA shares

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

tanked after a video of a Model S on fire circulated on the web, prompting the electric car company to move quickly to douse the flames of bad publicity. Elizabeth Jarvis-Shean, director of global communications at Tesla, confirmed that the vehicle engulfed in flames was indeed a Tesla but stressed that the driver walked away without injuries. ------------------------------------------------

Tesla Issues Statement On Fiery Car Crash That Caused The Stock To Tank ?Mamta Badkar Oct. 2, 2013, tesla Aj Gill via YouTube Tesla's stock was down over 7% to a low of $175.40 today, but pared some of its losses to close down 6.24% at$180.95. It appears that shares began to tumble in the last half hour on reports that a Tesla Model S car caught fire on Washington State Route 167. Some speculated that the video highlights problems with the car's battery. Though others rushed to point out that the battery is located in the back of the car.
--------------------------------------------------

Here is yet ANOTHER Tesla fire danger, Tesla has publicly stated they have had no fire incidents but the many incidents shown on this page, all different incidents, prove that is a lie:
http://www.engadget.com/2010/10/04/tesla-recalls-439-roadster-2-0-and-2-5-electric-cars-due-to-fire/
-----------------------------------------

# Engineer Mark Schrader calls Tesla: ""Liars"". Challenges them to live debate on CNN. Schrader charges that ""Tesla knew that Fisker Lithium Ion batteries were spontaneously exploding and nearly always explode when they get wet and that Tesla batteries explode too when wet or damaged in a wreck, releasing deadly toxic materials during combustion or explosion."" Schrader shows that Tesla filed patents, in Tesla's own name, stating as fact that their batteries could explode with devastating results. Scrader shows extensive U.S. Department of Energy tests and studies from 5 different DOE national labs which clearly show the toxic, explosive, water-exploding, crash-exploding nature of the particular size, type and use of Lithium Ion batteries in a vehicle traveling more than 2 miles an hour: Deadly consequences were known, and documented before Tesla even got funding. Mr. Schrader says ""Tesla has been using every spin technique in the book and is constantly changing their story on what is happening but the bottom line is: they lied to the public and the stock ""analysts"", who are helping them break SEC laws, are telling felony-grade lies too."" Schrader notes that ""even though Tesla has had multiple recalls and other fire-on-board incidents, and that Tesla knew of these dangers, they kept selling themselves the batteries because their investors have kickback schemes in the associated battery business."" THE QUESTIONS ELON MUSK REFUSES TO ANSWER ON LIVE TV- Some of Schrader's questions for CNN to ask Tesla during the debate: ""1. How many customers have ever been in a wreck in a Tesla? 2. How many of those cars show burn damage? 3. Was there ever a fire at any of the Tesla plants? How many fires? 4. Why does your patent say your battery's can cause death and the destruction of a family home yet you still sell them? 5. Why are your batteries assembled and tested in a military grade blast chamber in Fremont? 6. What happens to any of your employees who inhales lithium ion powder? How does your insurance cover them? When factory workers assemble the batteries from raw materials, what insurance covers them? Can these batteries be built from the ground up in California or is that still ILLEGAL because of how toxic they are? These batteries are not out-sourced to China (where you can kill factory workers in the factory process) are they? 7. What happens to any of your customers or fire fighters that inhale lithium ion powder or burning powder combined with burning plastic and aluminum residue? How does your insurance cover them? 8. Did you have any movies or technical white papers about lithium ion battery danger that you viewed prior to applying for taxpayer funding? 9. Which of your investors have a business interest in your battery and battery parts suppliers? Did they file campaign disclosure documents with the FEC? Which of them have a business relationship with EPRI? 10. When you reviewed the Northwest Labs and Battelle lithium ion studies in 2007, why did you not follow their recommendations? When you were told that ""the most dangerous thing you can possibly do with lithium ion is pack it in a dense box in a high mass large moving object"", why did that not resonate  " TD-WashPo -----------------------------------------------------------------------

See Fisker Exploding Electric Lithium Ion in their cars at:
http://lithium-ion.weebly.com/uploads/1/1/1/4/11141100/1358714100.png
--------------------------------------------------

THE BOOK OF TESLA Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The way Tesla has the batteries made is WORSE than Apple's Foxconn disaster. Workers are suffering deadly toxic poisoning effects that Tesla tries to hide offshore. The lithium ion in the batteries is NOT the same kind of lithium the drugstore has. The Tesla version in the batteries is a deadly toxic mix of chemicals in a fine powder and gas. Workers inhale this and get it on their clothes and die about 10 to 15 years later. Making Lithium Ion cores overseas: it's the problem that solves itself!. The evidence dies off rapidly. Sad. Robert- National Geographic Researcher -------------------------------------------------

OH LOOK, OTHER, DIFFERENT-THAN SEATTLE FIRES IN TESLA CARS. And MUSK said there have never been fires.... -------------------------------------------------

http://nlpc.org/stories/2013/10/04/tesla-fire-about-rushing-subsidizing-immature-technology-not-stock-price"

## Tesla Fire is About Rushing, Subsidizing Immature Technology, Not Stock Price"

"Submitted by Paul Chesser on Fri, 10/04/2013 - 08:41"
"Printer-friendlyEmail to friendA fire (screen capture from Jalopnik.com) that torched a Model S from the formerly Teflon Tesla Motors on Tuesday blackened its front end, lowered its stock price, and (further) revealed a corporate arrogance not seen since Fisker Karmas were alight. But CEO Elon Musk saw to it that taxpayers were fully paid back their $465 million Department of Energy loan, so as watchdogs over the public purse we can forget all about it and just go on about our business ? right? Wrong. The incident near Seattle still should be of great concern because Tesla still heavily depends on tax breaks (like the consumer?s $7,500 federal credit) and the sale of emissions credits (mainly from California) to partially subsidize the costs of their electric cars. Moreover, the government has invested billions of dollars in the research and development of new battery technology, all in the name of energy efficiency in order to save the world from global warming. Those based on lithium have gone up in flames in planes, plants and automobiles. One of these days there   will be a fatality, but until then manufacturers dismiss the incidents. The statement Tesla issued about the fire in Kent, Wash. was matter-of-fact and lacked any expression of concern for the vehicle?s owner. ?Yesterday, a Model S collided with a large metallic object in the middle of the road, causing significant damage to the vehicle,? the company response said. ?The car?s alert system signaled a problem and instructed the driver to pull over safely, which he did. No one was injured, and the sole occupant had sufficient time to exit the vehicle safely and call the authorities. Subsequently, a fire caused by the substantial damage sustained during the collision was contained to the front of the vehicle thanks to the design and construction of the vehicle and battery pack. All indications are

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

that the fire never entered the interior cabin of the car. It was extinguished on-site by the fire department.? It almost sounds like Tesla wants an ?attaboy? for the brilliance of its safety features and battery design, rather than express how grateful that the driver was not hurt. Whether there actually was a ?large? chunk of metal that was struck still isn?t clear from the evidence, but if there was, it?s not a reason for Tesla to be absolved of responsibility. After all, debris is struck in roadways regularly around the country and it doesn?t cause episodes like this. What, for instance, if the Model S had actually collided with an object in the road and it rendered the driver unconscious? Then we?d be talking about a much different result. Back when Fisker Automotive was still alive and stumbling, their public relations department handled mishaps in a similar fashion. In May 2012 a Fort Bend County, Texas fire marshal attributed a garage blaze to the homeowner?s Fisker Karma, which he had parked shortly before he started smelling burning rubber and discovered the fire. Nevertheless Fisker issued a statement that said, ?As of now, multiple insurance investigators are involved, and we have not ruled out possible fraud or malicious intent. Based on initial observations and inspections, the Karma?s lithium ion battery pack was not being charged at the time and is still intact and does not appear to have been a contributing factor in this incident.? The owner was not pleased by the challenge to his integrity. And after a California Karma fire in August last year, the company said, ?We have more than 1,000 Karmas on the road with a cumulative 2 million miles on them. There are more than 185,000 highway vehicle fires in the US every year?No injuries were reported; the vehicle was parked; and the fire was extinguished safely by the emergency services.? The arrogance isn?t limited to the automotive realm. In April this year Boeing, after a series of ?thermal runaway? incidents on its lithium-ion battery-powered Dreamliner, officials announced they gave up trying when it couldn?t find the source of the problem. Instead the manufacturer said they came up with a solution that would both contain a potential fire and vent its heat outside the airplane if another fire happened. ?In some ways it almost doesn?t matter what the root cause was,? said Michael Sinnett, Boeing?s top engineer. Undoubtedly there are a lot of very smart people who have worked very hard on developing these new technologies. But likewise there have been equally brilliant individuals warning these engineers and entrepreneurs that they are dealing with dangerous materials and chemistry, and that just because someone hasn?t been hurt yet, doesn?t mean it can?t happen. Lewis Larsen of Chicago-based Lattice Energy LLC has consistently called attention to the problems with lithium ion technologies and their tendencies to thermally run away ? or, in other words, burn uncontrollably. The practicality problem (other than their immense cost) with the batteries is that when they experience stress ? for any number of reasons ? it?s almost like unleashing hell. ??A battery cell?s electrochemical reactions can suddenly start running at greatly elevated rates that create more process heat than normal thermal dissipative mechanisms can easily handle,? Larsen wrote, ?which then starts raising the temperature of battery cell contents out beyond their ideal safe operating range?(eventually) a dangerous feedback loop is created?thermal runaways are thus born?.? For many ? perhaps most ? people that isn?t the kind of risk you want in your ?mobile platform,? as Larsen put it. But rather than emphasize those challenges, most of the media coverage has emphasized what the incident has done to Tesla?s stock price, which irrationally skyrocketed upward this year. Part of the bombastic investor enthusiasm stemmed from other superlatives bestowed upon the Model S, such as the National Highway Traffic Safety Administration?s top score of five stars, which spurred Musk to make sure the media was told the car scored even higher on some safety aspects. And then in May Consumer Reports? announced the Model S scored 99 out of 100 ? almost perfect! It was all too much too soon for the electric car with a minimal track record. The doubts and questions about lithium ion batteries used in vehicles and planes ? and the massive taxpayer subsidization of them ? are still valid. Paul Chesser is an associate fellow for the National Legal and Policy Center and publishes CarolinaPlottHound.com, an aggregator of North Carolina news.
--------------------------------------------------------------------------------------------------------"

# How Safe are Lithium-Ion Batteries?

"October 4, 2013 Miles Budimir :"
 The recent incident of a Tesla Model S all-electric vehicle catching fire is renewing questions about the safety of lithium-ion batteries and their use in transportation applications.
 "The Tesla story is the second high-profile case this year, the other involving Boeing?s 787 Dreamliner, both of which involve incidents with lithium-ion batteries. The cases are shining a spotlight on the use of lithium-ion batteries in transportation and the challenges designers face in minimizing the risks of battery failure.  Is this

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

technology robust and mature enough to be used extensively in transportation applications (such as airplanes and automobiles) while not posing any elevated safety risks? For right now, the main strategy appears to be one of recognizing the underlying failure mechanism of lithium-ion battery cells and dealing with this possible failure through containment ---------------------------------------------------------------------------"

## Does Tesla?s Battery Fire Tempt Boeing to Schadenfreude?

"Thursday, October 3, 2013 by:Christine Negroni"

 The joke about the mixed emotions when ones' mother-in-law drives off a cliff in your brand-new-car surely must describe how Boeing feels today watching Tesla defend the lithium ion batteries powering its cars.
 "Tuesday (while I was writing a nice little feature   for the Times about a Tesla S as wedding coach) a similar sedan caught fire in Washington state, a roaring blaze captured on video by a passing motorist who spontaneously opined ""Oh, s--t dude, that's a brand new car!"""
 "[youtube http://www.youtube.com/watch?v=OYepYYj6wpM] He then adds, ""Wow, I can feel the heat in here."" That may be the more significant statement which I will get to in a moment. For now, I want to remind readers that when Boeing experienced two thermal events on Dreamliner batteries in January, prompting safety regulators to ground the airplane for four months, Tesla's boss, Elon Musk told FlightGlobal that the planemaker's design was ""inherently unsafe."" Along with others, I've been saying that as well. The difference here is that Musk believes his company figured out the secret sauce; more, smaller and more widely separated cells while Boeing was using large, more closely-spaced cells in the Dreamliner."

Lewis Larsen about whom I have written in the past, is already overheated about the Tesla fire. In a mailing to me today, he writes that the fire ""is really a form of thermal runaway"" and that far from being the smartest folks in the room regarding lithium ion batteries, the Tesla folks have just been the luckiest."

 "He wasn't there of course, but Larsen is concerned that the battery may have caught fire spontaneously because Tesla hasn't solved the problem thermal runaway problems, nor has anyone else. Tesla, however, is telling reporters ""a large metal object"" hit one of the modules on the battery triggering the blaze. This is not a minor distinction as far as Larsen is concerned because he's telling anyone who will listen that these battery cells go bad without notice and that when they do, they can heat up to nuclear-reaction-like temperatures. Now, the comment of our citizen videographer, who driving by the flaming $70,000 sedan says, ""Wow, I can feel the heat in here,"" begins to sound more ominous. Which is why, Boeing executives may be tempted to feel a bit of schadenfreude now that the negative news spotlight has turned from their airplane to Musk's fancy car. But that's going to be fleeting. There's no reveling in Tesla's discomfort because when it comes to lithium ion batteries, the heat goes both ways. ------------------------------------------------------------------------------------------ See Lewis Larsen's whole presentation and contact him for interviews, below: "

 http://www.slideshare.net/lewisglarsen/lattice-energy-llcon-oct-1-tesla-model-s-caught-fire-on-highwayhas-companys-luck-run-outoct-3-2013

 Lattice Energy LLC-On Oct 1 Tesla Model S Caught Fire on Highway-Has Companys Luck Run Out-Oct 3 2013H from Lewis Larsen

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Silicon Valley College 'sugar babies' date Tesla executives for cash

"By Stephanie Goldberg, CNN"

Serena is one of many college students who've sought out sugar daddies in a time of need
"SeekingArrangement.com: Average monthly allowance for sugar babies is $3,000"
SeekingArrangement.com: Students made up 44% of the site's users in 2012
"Go inside the ""sugar daddy/sugar baby"" dating scene on ""This is Life with Lisa Ling"""

"Go inside the ""sugar daddy/sugar baby"" dating scene on the premiere episode of ""This is Life with Lisa Ling,"" Sunday, September 28, at 10p ET/PT on CNN."

(CNN) -- Serena Cervantes has been struggling to earn her bachelor's degree for seven years.

"With tuition for two courses at her California university demanding $2,300, it's not the workload that has her putting off the final class she needs to graduate in May."

Money is tight.

"The 25-year-old has worked as a maid and retail clerk to make ends meet, but she says that dating the men she encounters on Sugardaddie.com has proved to be a more lucrative endeavor."

"""I've had a hard time finding jobs and keeping jobs,"" she said. ""I thought this would be a good way for me to have a relationship with someone and also make it, as these sites all say, mutually beneficial."""

"Cervantes is just one of many students who've sought out sugar daddies online in a time of need. Dating site SeekingArrangement.com, which connects wealthy men with women looking for financial support, reports that female college students made up 44% of the site's total users in 2012. With tuition on the rise, that number will likely continue to climb."

"While some may compare the practice to prostitution or question the morality of trading money and gifts for affection, the people who use these sites contend that they're merely a conduit for both parties getting what they want."

What's the draw?

"Men who engage in such relationships, many of whom are older and married, enjoy taking care of young women and assuming a mentor role in their lives, said Steven Pasternack, who launched Sugardaddie.com in 2002."

He helps women meet rich men

She's got a sugar daddy twice her age

'Sugar daddy' helped pay for college

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"""You have some guys who like to spoil and pamper their women by taking them out to nice dinners, buying them gifts. Some maybe help with the utility bills or take them on trips,"" Pasternack added. ""And there are other guys that will have an ongoing relationship in which they'll say, 'OK, I'll give you an allowance and you can put this toward whatever your needs are.' """

"The average monthly ""allowance"" sugar daddies on the site said they shell out is $3,000, according to SeekingArrangement.com."

"So what do these ""sugar daddies"" get in return for all their generosity? Surprisingly, sex isn't a given. It's obviously on the table, says Cervantes, but there are other motivations."

"""Some of them just wanted to go out to eat,"" she said. ""Some of them just wanted someone to talk to. Some of them just said outright, 'Can we (have sex) for this amount of money?' And I've said no."""

"But she admits that sex ups the ante -- if a sugar baby consents to an intimate relationship, she's likely to get more gifts out of her benefactor."

"""If you look at the language of various state statutes, the terms of many of the relationships fall under the definition of prostitution,"" said New Jersey attorney Alex Miller, who has studied ""sugar dating."""

"Authorities shy away from prosecuting sugar websites and their users because the relationships can mirror a typical romance, Miller said. Plus, users are savvy enough not to broadcast online whether they're trading sex for cash."

"Sex isn't the only motivator for sugar daddies, according to Brandon Wade, the founder and CEO of SeekingArrangement.com. Some also want to help a struggling young woman."

"Wade, 42, (who met his wife, 27, on the site) said most of the men on the site begin communication with potential sugar babies by asking them why they're looking for a sugar daddy."

"He's found that women who say they need money to pay for school get asked out more often than those who admit they want cash for breast implants, for instance."

"While most of the sugar daddies Cervantes has met through the website prefer to arrange a per-date per diem, one married man wrote her a check for $1,600 to go toward her tuition and rent after their monthlong courtship."

She said she prefers dating married men because they tend to be more paternal and offer a steadier source of income than single men.

Is it prostitution by another name?

SeekingArrangement.com's Wade said the men who subscribe to his site are discouraged from offering money on a per-date basis to avoid operating like an escort service.

"By crosschecking users' photos with those on Craigslist.com and Backpage.com, as well as monitoring conversations between members, Wade says he is able to weed out the escorts posting on his site."

Atlanta-based criminal defense attorney Bernard Brody said there's no crime in paying someone solely for his or her companionship.

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"""The crime is when you pay someone to engage in sexual conduct,"" he added."

Read more: Pimps hit social networks to recruit underage sex workers

"Kimberly Mackey, who attends college in the South, says she had one Sugardaddie.com suitor pay her $500 to have lunch with him. She said she doesn't consider herself a prostitute because she doesn't have sex with most of the men she meets through the site."

"The 23-year-old started engaging in relationships with older, wealthy men after moving away from home at 18. An older colleague saw she was having trouble supporting herself, so he started inviting her on golf trips with his friends and buying her gifts."

"The man told her, ""You're only going to be young and hot for so long. Take advantage of it while you can."""

"Mackey got used to the perks. She said sugar daddies have offered her cars, vacations and apartments, but she prefers cash."

Why go the sugar route?

Atlanta-based licensed mental health therapist Harrison Davis said sugar relationships are all about power and youth.

"On one hand, he said, these relationships remind the men of a more carefree time in their own lives. On the other hand, there's a great sense of control."

"""They can take things away and limit the amount of money they're going to spend on the young lady. They can steer (the relationship) into any direction they want to."""

Stay in touch!
Don't miss out on the conversation we're having at CNN Living. Follow us on Twitter and Facebook for the latest stories and tell us what's influencing your life.

"Though Mackey says she's not ashamed of her unconventional part-time job, she doesn't make a habit of telling everyone about it."

"When her mother asks how she can afford to not work, she says her ex-boyfriend helps her pay her credit card bills, which some people might consider a sugar relationship in its own right."

"Cervantes, on the other hand, said her relationship with a family member suffered after she opened up about her experience dating sugar daddies: ""He said, 'You're selling your body online.'"""

"Despite Cervantes' qualms about accepting money in exchange for her companionship, she has no plans to deactivate her account anytime soon."

"She said she doesn't have parents who can help her pay for school, so she relies on the kindness of wealthy men out of desperation."

"Without the extra income, Cervantes said she'd be back at the homeless shelter she lived in for three months in 2009."

"""In my heart of hearts I don't really like the situation,"" Cervantes said. ""Right now it's a survival

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

mechanism.""""

 Sugardaddie.com's Pasternack said the relationship between a sugar baby and sugar daddy is all about
perspective.

 """"I helped my wife get through school, I pay for the bills, take her on trips, buy her nice gifts,"" he said. ""I
guess you could say a lot of married guys are sugar daddies without them realizing it. I think you can say
basically any guy who wants to impress a woman is a sugar daddy.""""


## Tesla's buddies at Kleiner Perkins have a sex discrimination case that will stay in public eye

 By Sarah McBride
 "SAN FRANCISCO,   (Reuters) - A high-profile Silicon Valley sex discrimination lawsuit moved closer to trial
Wednesday after California's highest court rejected an effort by venture firm Kleiner Perkins Caufield & Byers to
take a former partner's case against it to arbitration. The suit, which pits former partner Ellen Pao against one of
Silicon Valley's most storied venture capital firms, alleges harassment, discrimination and retaliation. It became
the talk of the Valley last year with its references to an affair and its allegations - denied by the firm - of sexual
advances and sexist behavior. ""I'm glad the court moved quickly after this series of delays from Kleiner, and that
we're back on track to getting our day in court,"" Pao said in an email after the Supreme Court of California
denied Kleiner's petition to review a lower court decision rejecting Kleiner's earlier attempt at arbitrating the case.
Kleiner said it believed the case was without merit. ""We intend to vigorously defend the matter and are confident
we will prevail,"" said spokesperson Christina Lee in an email. The firm had argued that Pao's suit, filed in May
2012, should move to the private process of arbitration because Pao signed operating agreements for the venture
funds in which she was involved that had mandatory arbitration clauses. Pao's lawyer, Alan Exelrod, has argued
that the agreements did not apply because Pao was suing Kleiner itself - not its funds. Pao never signed any
arbitration agreement with the firm itself, Exelrod has maintained. Kleiner could still appeal the decision to the
U.S. Supreme Court. If it does not, the case will return to San Francisco Superior Court to start the discovery
phase, said Exelrod. The case in Supreme Court of the State of California is Ellen Pao v Kleiner Perkins Caufield
& Byers LLC and Does 1-20, case no. S212557.   Ellen Pao has since gone on to expose the entire Silicon Valley
flesh-pit and abuse of women story..."


## *Bob Winston: <u>Elon Musk, I say you are a mobster, so SUE ME!</u>*          Bob is
betting on the U.S. Constitution and federal law to keep him in one piece

 "It is not always a good idea to rattle the cage of a multi-billionaire with an ego but ole' Bob has let her rip on
Mr. Musk. Says Bob: ""He has to sue me now, he has to spend the millions of dollars to set-up a federal lawsuit
and sue. Then, all I have to do is file a cross-complaint. That will cost much less than setting up the initial lawsuit,
I will stick it to Musk to do that. He will inadvertently also get all of the free publicity for this too."" When asked
if he is a little bit worried, Bob replied: ""Nope, I know how this is going to shake out. We have vast amounts of
very hard evidence and a large number of witnesses that will verify to the court, beyond a shadow of a doubt, that
Tesla and other holdings were part of a criminal kickback scheme. We will name Senators, show phone calls and
emails and subpoena NSA recordings and files. We know how this will end up. I say he is a mobster because he is
not only legally qualified to be called a mobster, under Federal RICO statutes, but, aside from being qualified, the
law requires him to be named as such."" There have been quite a large number of lawsuits filed against Mr. Musk
for Fraud. The existing lawsuits were filed by shareholders, customers, ex-wives, families of death victims,
Lemon Law attorneys, and business partners. This new approach, though, has novel aspects. In a day, and age,
where the rumor that you ""can't sue The President"" has been shown to be a wrong assumption. Old Bob
Winston may be on to a new form of civic service. Mr. Winston went on to taunt Musk: ""Here is the bet Musk is

THE BOOK OF TESLA - Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

going to have to make; today Matt Drudge exposed the existence of 'StingRay' interception cell phone towers around Washington DC that have picked up and recorded every cell call in DC for a number of years. It is very clear that multiple federal security agencies have been operating these. Is Mr. Musk willing to bet that no incriminating conversation between NASA officials, Department of Energy officials, White House officials, corrupt Senators and/or Musk, or his bag men, ever got recorded... Well Mr. Musk? Are you feelin' Lucky? Are you 'Punk'? Make my Day, Mr. Musk!'" Chided Winston. Winston feels that law enforcement and spy agencies will support a case against a criminal operation and, thus, expects unusual access to recordings. He indicated that some Senate staff have already produced such evidence. Time will tell. A Conners - Denver, CO (Public Reporter)"

## Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

"This start-up scam is going to die and we all know it. Unless they get folded into American-Leyland. Login to reply: montgomery burns. ... Again, I'm no fan of Tesla or Elon Musk. But I see no fraud here. And Tesla is delivering Roadsters that work. Give them that much credit."
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...
thetruthaboutcars.com

## Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community."
wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j...
wallstreetoasis.com

## Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
crazyontap.com/topic.php?TopicId=241832
crazyontap.com

## TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, Elon Musk has set off to build things that most little boys only dream of: ..."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
seekingalpha.com

## Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Quote Category: Quotes, Pseudoscience; Source Type: Sources - Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam - Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything ..."

quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk...
quote.bitprox.com

## Tesla CEO Elon Musk Takes on Car Dealers - Corporate ...

"Tesla Motors Inc. CEO Elon Musk has achieved fame and fortune by disrupting industries from electronic payments to space travel. Now, he's tangling with folks who eat Silicon Valley entrepreneurs for breakfast: Car dealers."
blogs.wsj.com/corporate-intelligence/2012/10/22/tesla-c...
blogs.wsj.com

## Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ..."

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, ... Elon Musk Companies, are they are just scams? | Wall Street Oasis."
teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar...
teslainvestigation.wordpress.com

## News | Scams & Rip-Offs - Clark Howard

The scams in the relocating business are well known. Clark delivers the cautions you need to know when hiring a mover. Moving soon? Watch out for this scam.
clarkhoward.com/feeds/categories/scams-ripoffs/
clarkhoward.com

## Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ...

Tesla shareholder suit claims Elon Musk and other board members lied about car safety - DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.
somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h...
somosnark.wordpress.com

## AT&T's NEXT ripoff, Elon Musk's Hyperloop, and Apple's Kinect .."

"AT&T's NEXT ripoff, Elon Musk's Hyperloop, and Apple's Kinect-ion: 90 Seconds on The Verge. By Ross Miller on July 16, 2013 07:30 pm"
theverge.com/2013/7/16/4529840/att-next-elon-musk-hype...
theverge.com

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Elon Musk ? Obama's Triple Dipper [Reader Post ..

"I am not as critical on Elon Musk as I am on many others in the Green Scam Economy. A. He is a true venture, risk taker having rolled over much of his own money (from the sale of PayPal) in every venture."
floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper...
floppingaces.net

# Elon Musk | Switch

Posts about Elon MUsk written by EDITORS. Switch to: http://www.dailynewsglobal.org FACT-SWARMING WIKI Menu. Skip to content. ... TESLA investors sue Tesla claiming Tesla is EPIC FRAUD SCAM; The Character Assassination of Martin Eberhard by Elon Musk; TSLA Tesla Stock.
boycotttesla.wordpress.com/tag/elon-musk/page/2/
boycotttesla.wordpress.com

# Elon Musk on 60 Minutes: ""I didn't really think Tesla would ..."

"Elon Musk on 60 Minutes. ... Tesla is all a BIG Scam-They will run up the Stock, and sell out just before it crashes. Moving the emissions from the tailpipe to the power plant smokestack is hardly ""Clean""-like sweeping dirt under the rug."
siliconbeat.com/2014/03/30/elon-musk-on-60-minutes-i-didn...
siliconbeat.com

# Does Elon Musk Think We're All Complete Fools? - TheStreet

Does Elon Musk Think We're All Complete Fools? BY Rocco Pendola | 04/03/13 - 05:35 PM EDT | Tweet. Comment. ... I'll stop just short of calling Tesla's new the best of the both worlds' lease/finance option for its Model S a scam. It's not. Upside exists.
thestreet.com/story/11886983/1/does-elon-musk-think-wer...
thestreet.com

# Sherman: Elon Musk, Welfare Queen - blogspot.com"

"Elon Musk, Welfare Queen ... There are other and worse government leeches, but Musk feels especially slimy due to the Tesla scam of what 20K cars on the road but a 12 bil stock value? A space launch leading to what? We going back to the moon, Elon
28sherman.blogspot.com/2013/07/elon-musk-welfare-queen.html
28sherman.blogspot.com

# Elon Musk's Brilliant, Paradoxical, and Ultimately Crazy .."

"The Law-School Scam; The Escape Artist; Subscribe; Renew; Give a Gift; Digital Editions; Subscribe; Events; Newsletters; Books; Apps; Features; In Focus; ... Elon Musk's Brilliant, Paradoxical, and Ultimately Crazy Financing Scheme for the Tesla Model S. It would take a rocket scientist ..."

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

theatlantic.com/business/archive/2013/04/elon-musks-brill...
theatlantic.com

El Rrun Rrun: Boca Chica in The Days Before the Spacex Scam

"(Ed.'s note: As the entire city, county, and state leadership bends over backwards to give control of Boca Chica beach to billionaire Elon Musk so he can set up his commercial launch pad within view of Boca chica Beach, it might be instructive to go back a few years when this was ..."
rrunrrun.blogspot.com/2014/05/boca-chica-in-days-before-spacex-...
rrunrrun.blogspot.com

## Elon Musks Wealth | Celebrity Net Worth

"May 28, 2013 - Entrepreneur Elon Musk's personal wealth grew by $2.9 billion this year as his ventures including Tesla and SolarCity continue to grow."
celebritynetworth.com/dl/elon-musks-wealth/
celebritynetworth.com

## Elon Musk | DOE Manipulated Funding Investigation: A project ...

"Elon Musk, a tycoon who has reaped millions of dollars from government for schemes for EVs, ... The ""Grease and Slip"" Scam Tactic; CODA Automotive; Was the ""massive due diligence"", that was said to have been performed, all bottom-drawered
atvmdoe.wordpress.com/2012/11/01/elon-musk/

## Elon Musk Gets Government Loans, Buys $17 Million House

Who is Elon Musk? He struck it rich with the invention of PayPal. Nationwide foreclosure scam leads to 35-year sentence; brother stole 300 home titles.
breitbart.com/Big-Government/2013/01/15/elon-musk-poste...
breitbart.com
"By Driving a Tesla you are supporting, and involved in, ORGANIZED CRIME."        "By Driving a Tesla you are supporting, and involved in, organized crime. By Stanly W., Former Tesla Employee, Fremont California As the weekly revelations emerge on the rigging of the DOE funding by the backers of a few insider car companies, any Tesla owner needs to make a decision. As the owner of a Tesla, you must now be aware of the nearly ten thousand news stories over the last 5 years documenting the cronyism, insiders, organized crime manipulations to acquire the tax dollars of the American public and artificially control the market via bribery and influence trading. There is nothing novel or new about the electric car, it has been around since the 1800?s and Detroit Electric, GM and many companies have been selling far more novel electric cars for nearly a century. The only point you are making by driving a Tesla is that you are either rich and too stupid to read the news or you are corrupt and part of the crime. (Many Tesla investors were told to buy Tesla?s to create a fake volume of orders). It has taken Tesla ten years to sell a few thousand electric cars, ZAP Motors in Santa Rose has sold many, many times more electric cars in a vastly shorter time with vastly, vastly less money in investments. Tesla, and Tesla owners, should be ashamed of how few cars have been sold, after so many years, and so much money of trying, ""YOUR"" taxpayer money given to a billionaire, who did not need it, in order to trick the stock market into thinking there was something there. A number of consumer groups have national and international campaigns underway to inform every Tesla owner in the world about what Tesla really is. Tesla spends millions of dollars a month buying reporters, bloggers and news stories. Elon Musk spends over $320,000.00 a cycle buying PR services, GQ

THE BOOK OF TESLA. Copyright: only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

articles, 60 Minutes glory stories, etc. about himself, personally. Do you want to be told what to think by a PR machine or can you think for yourself? Can you look at the vast set of facts on this site, and hundreds of other of sites, and see the plain truth? You saw the FBI kick in the doors at Solyndra on national TV, down the street from Tesla. You know that much, much more is going to come out. What has already come out is obvious to the prudent observer. Federal investigators have been stonewalled, or ordered to put their investigations into slow-motion, in order to avoid embarrassing certain people. This is no longer tolerable. Buying justice or buying a lack-of-justice is really not how America was set-up. You can buy many lower cost, more dependable, less likely-to-catch-on-fire electric cars than the Tesla, today, right now. You can buy cars from Ford, KIA and many other big companies that look just like a Tesla for $100K less. The only reason to buy a Tesla, now, is to tell the world that you are rich and crooked or rich and really, really ignorant of the news. What is the solution: Give your car back.      Nevada pushes back on Tesla Tax/Kickback scheme      "- In the entire history of battery factories, it is almost impossible to find one which did not end up killing many people in nearby regions and have to be shut down and sued! China has pretty much outlawed them, so they are trying to move to Nevada because ""anything goes in Nevada"" (ie: hookers, gambling, neighborhood toxicity!) - Deadly mix for cheap labor. Most factory workers in China got cancer. - Political kickback scheme to fund 2016 Democratic candidate?

## Can megaresorts scam Tesla-style freebies?

By Andrew Barbano

  "Nevada got Musked, according to the Wall Street Journal. And he didn?t even kiss us afterward. We weren?t allowed so much as a calming cigarette because Tesla guru Elon Musk booked a non-smoke filled room to deflower Nevada."

  "Testing giga-interruptus reaction, I distributed an e-mail bulletin. Recent uploads have brought surprisingly few angry requests for list deletion, even from confirmed moonhowlers. I must be getting soft in my old age. Herewith, pertinent points. TESLA SPARKS THE STRIP. Tesla?s $1.3 billion tax freebie will drive a government-subsidized building boom up the Las Vegas Strip. According to the new corporate welfare law, any construction project of $3.5 billion or more can qualify, barely par for the course in Gomorrah South. Is subsidizing the creation of thousands of new gambling industry jobs a good idea? Barbwire Confidential subscribers will have definitive research contrasting manufacturing vs. gambling, Electric Cars vs. Eclectic Neon. Is one better than the other? Barbwire subscribers will know for sure. Nevada taxpayers will be forced to fund Tesla?s upfront impacts on schools, parks, roads, police and fire protection and all public services. For years. A few new megaresorts would supercharge some long-hurting segments (like construction) of the Las Vegas area?s ongoing economic recovery. Like Tesla, the upfront costs on other taxpayers would be humongous. ?State Sen. Tick Segerblom, D-Las Vegas, in comments on the Senate floor, said growth does not pay for itself,? the Las Vegas Review-Journal reported. (Sen. Joe Neal, call your office.) ?Businesses need to be forced to pay more and (Segerblom) advocated for the passage of the margins tax on the November ballot to raise money for public education,? the RJ noted. UPDATE: I got a surprising response from a very high officeholder who said gamblers cannot not score Tesla-style billions because casinos are not included in ?the economic development plan.? I read it and it says nothing about who?s in or out. I?ve reviewed the law and talked to some very defensive people. I also asked if gambling megaresorts are exempt, then what about non-gambling megaresorts, of which there are several on the Strip? Silence. Stay tuned. D   J? VU ALL OVER AGAIN? As Tribune alumnus Dennis Myers points out in the current Reno News & Review, awhile back, a Strip hotel completely consumed a green energy tax break originally intended for businesses statewide. TOMORROW?S NEWS TODAY. The Reno Gazette-Journal did a big Sept. 14 spread on NV Energy smart meter fires. Welcome aboard. Barbwire readers were two years ahead on the fire meter issue. (?Touch a Smart Meter, Go to Jail? 11 October 2012) SCOTCH ON ICE. Perhaps the Scots missed a golden opportunity. In 1984, legendary urban socio-economist Jane Jacobs advanced a curious theory that the best path toward prosperity lay with small countries breaking away from larger ones. She could give only Norway and Singapore as examples back then. There have since been many. Be well. Raise hell. Est, bien. Haga infierno. Andrew Barbano is a 45-year Nevadan and editor of NevadaLabor.com.   E-mail

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

barbano@frontpage.reno.nv.us. Barbwire by Barbano has originated in the Tribune since 1988. "

## GIGa-Factory  A Fact-Swarming Wiki

"Tesla Motors ""giga-factory"" is an ill-considered profiteering scam designed to help billionaires profit on the bodies of migrant workers. The old tactic of: ""let's put the lethal factory where only poor people will come to work because they can't afford good lawyers""-concept is ..."
somosnark.wordpress.com/tag/giga-factory/
somosnark.wordpress.com

## Tesla Gigafactory Incentives Being Reviewed by Nevada - Yahoo ...

"Nevada lawmakers are holding a special legislative session in Carson City to review a tax incentive of $1.3 billion for the construction of Tesla Motors, Inc.'s $5 billion Gigafactory in the state."
finance.yahoo.com/news/tesla-gigafactory-incentives-being-r...
finance.yahoo.com

## Is Tesla's Gigafactory Really Just Too Ambitious? - Tesla ...

"The Gigafactory, projected as a $4 billion to $5 billion investment, is the key. The problem is that the expectations of the Gigafactory may be too ambitious to finish by 2020, and they may simply be too ambitious period."
247wallst.com/autos/2014/03/31/is- Tesla's-gigafactory-re...
247wallst.com
scamreviewx.net/green-products/energy-by-tesla-scam/

## Tesla Hit By Another Harsh Review - The Huffington Post

"Tesla just got another dent. ""Tesla Model S has more than its share of problems,"" read the headline of Consumer Reports' review, which was posted online Monday."
huffingtonpost.com/2014/08/12/tesla-consumer-reports-review_...
huffingtonpost.com

"Even FORBES admits Tesla is a Scam! |By Patrick Michaels, FORBES MAGAZINE I write about the interface of public science and public policy If Tesla Would Stop Selling Cars, ... TESLA investors sue Tesla claiming Tesla is EPIC FRAUD SCAM; The Character Assassination of Martin Eberhard by Elon Musk; TSLA Tesla Stock."

## Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

"This start-up scam is going to die and we all know it. Unless they get folded into American-Leyland. Login to reply: montgomery burns. ... Again, I'm no fan of Tesla or Elon Musk. But I see no fraud here. And Tesla is delivering Roadsters that work. Give them that much credit."
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

thetruthaboutcars.com

## Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community."
wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j...
wallstreetoasis.com

## Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
crazyontap.com/topic.php?TopicId=241832
crazyontap.com

## *TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn* ...

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, Elon Musk has set off to build things that most little boys only dream of: ..."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
seekingalpha.com

## Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

"Quote Category: Quotes, Pseudoscience; Source Type: Sources - Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam - Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything ..."

quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk...
quote.bitprox.com

## Tesla CEO Elon Musk Takes on Car Dealers - Corporate ...

"Tesla Motors Inc. CEO Elon Musk has achieved fame and fortune by disrupting industries from electronic payments to space travel. Now, he's tangling with folks who eat Silicon Valley entrepreneurs for breakfast: Car dealers."
blogs.wsj.com/corporate-intelligence/2012/10/22/tesla-c...
blogs.wsj.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ...

Tesla shareholder suit claims Elon Musk and other board members lied about car safety - DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.
somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h...
somosnark.wordpress.com

## El Rrun Rrun: Boca Chica in The Days Before the Spacex Scam

"(Ed.'s note: As the entire city, county, and state leadership bends over backwards to give control of Boca Chica beach to billionaire Elon Musk so he can set up his commercial launch pad within view of Boca chica Beach, it might be instructive to go back a few years when this was ..."
rrunrrun.blogspot.com/2014/05/boca-chica-in-days-before-spacex-...
rrunrrun.blogspot.com

## Elon Musk | DOE Manipulated Funding Investigation: A project ...

"Elon Musk, a tycoon who has reaped millions of dollars from government for schemes for EVs, ... The ""Grease and Slip"" Scam Tactic; CODA Automotive; Was the ""massive due diligence"", that was said to have been performed, all bottom-drawered
atvmdoe.wordpress.com/2012/11/01/elon-musk/
atvmdoe.wordpress.com
More Links ...

## Elon Musk Gets Government Loans, Buys $17 Million House  "

Who is Elon Musk? He struck it rich with the invention of PayPal. Nationwide foreclosure scam leads to 35-year sentence; brother stole 300 home titles.
breitbart.com/Big-Government/2013/01/15/elon-musk-poste...

## Did WSJ Energy Journalist David Bird know too much  about Elon Musk?

- Had deep knowledge of Department of Energy indiscretions - Highly respected reporter - Hard to make a whole reporter disappear when all of his friends are top investigators - A most bizarre mystery - Even FBI can't find him - Family asks Tipsters to come forward   /wsj-energy-journalist-david-bird-know-much-david-bird/
Credit card belonging to missing Wall Street Journal reporter ...

Credit card belonging to missing Wall Street Journal reporter David Bird used in Mexico: report Sources close to 55-year-old David Bird's family told NBC New York that his credit card was used across the border on Wednesday night.
nydailynews.com/news/national/credit-card-missing-wsj-rep...
nydailynews.com

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

**"Credit card of missing David Bird, Wall Street Journal ..."**

Wall Street Journal reporter David Bird has been missing from his New Jersey home for a week but his credit card was used for a purchase in Mexico last night.
dailymail.co.uk/news/article-2540825/Mystery-credit-card-...
dailymail.co.uk

**FBI joins search for missing Wall Street Journal reporter ...**

"The FBI is assisting in the search for missing Wall Street Journal reporter David Bird, who was last seen leaving his northern New Jersey home more than a week ago."
foxnews.com/us/2014/01/20/fbi-joins-search-for-missin...
foxnews.com

**"David Bird, Wall Street Journal Reporter, Goes Missing After ..."**

"By Pam Martens: January 20, 2014 David Bird, a reporter who covers energy markets for the Wall Street Journal, has been missing for nine days. Bird, who ha"
wallstreetonparade.com/2014/01/david-bird-wall-street-journal-re...
wallstreetonparade.com

**Wall Street Journal reporter David Bird disappeared Saturday ...**

"Wall Street Journal reporter David Bird left his New Jersey home Saturday evening, hoping to take a quick walk before it rained. He hasn't been seen since."
cnn.com/2014/01/16/us/wall-street-journal-reporte...
cnn.com

**Reporter missing in New Jersey - USA Today**

Reporter missing in New Jersey. Journalist and marathoner David Bird of New Jersey has been missing since Jan. 11.
usatoday.com/story/news/nation/2014/01/16/david-bird-m...
usatoday.com

**Missing WSJ reporter David Bird's fund-raising page is a ...**

"A callous fraudster created a fund-raising page to help find missing Wall Street Journal reporter David Bird ? but likely planned to pocket the cash, New Jersey cops said."
nydailynews.com/news/national/online-fundraiser-missing-w...
nydailynews.com

**"David Bird Still Missing, Search Continues in New Jersey ..."**

"MILLINGTON, NJ - David Bird is still missing. New Jersey State Police TEAMS Unit continued to search the Passaic river today. The reported credit card use remains unconfirmed. Acting Morris County Prosecutor Fredric M. Knapp announced today that a multi-agency search is continuing for ..."
thealternativepress.com/articles/david-bird-still-missing-search-...
thealternativepress.com

**"Police search for David Bird, of Millington, missing since ..."**

"MILLINGTON - Police are asking for the public's help in looking for a missing Millington man. David Bird,

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

55, was last seen around 4 p.m. on Saturday, when he left his house to take a walk."
  newjersey.news12.com/news/police-search-for-david-bird-of-mill...
  newjersey.news12.com

### Wall Street Journal Reporter Missing For Five Days

  "Wall Street Journal reporter David Bird has been missing for five days, the newspaper reported Wednesday.
Bird's wife Nancy said that he left their home in Long Hill, New Jersey, for a short walk Saturday afternoon, and
never returned."
  huffingtonpost.com/2014/01/16/david-bird-missing-wall-street...
  huffingtonpost.com

### Pam Martens on David Bird (Missing) and his Writing | Zero Hedge

  "Here's an interesting article by Pam Martens about a missing David Bird, a WSJ reporter covering energy, and
the US oil market he has been writing about."
  zerohedge.com/contributed/2014-01-20/pam-martens-david-...
  zerohedge.com

### Wall Street Journal Reporter David Bird Missing Since ...

  "David Bird, a 55-year-old energy reporter at the Wall Street Journal, has been missing since Saturday afternoon
the paper says. Hundreds of volunteers, law enforcement officers and others are searching for Bird."
  nation.time.com/2014/01/15/wall-street-journal-reporter-d...
  nation.time.com

### Fellow Scout leader says Millington's David Bird a strong ...

  "The David Bird Search Fellow Scout leader says Millington's David Bird a strong hiker, camper, Scout leader.
Detectives follow up on leads, but so far nothing new found"
  newjerseyhills.com/echoes-sentinel/news/fellow-scout-leader-...
  newjerseyhills.com

### Wall Street Journal Reporter Goes Missing in New Jersey ...

  "The Journal said 55-year-old David Bird covers energy markets for the paper. He has also worked for The
Associated Press and the Trenton Times. Bird was last seen wearing a red jacket, jeans and sneakers, and left his
home without his phone ""for a short walk,"" according to the Journal."
  nbcnewyork.com/news/local/Missing-Wall-Street-Journal-Re...
  nbcnewyork.com


Interesting: Steve Rattner, Robert Gibbs, David Axelrod and Rahm Emanual all quit their jobs at the White
House, at about the same time, in a recession, when you already had the highest job in the nation, why would they
do that unless Federal investigators had questioned them and they knew the truth was going to eventually come
out!?

# Tesla suddenly announces new funding raise but lies about what it is for: "Tesla suddenly announces new funding raise but lies about what it is for: Only a week
after Elon Musk told the market on a live global phone-cast that Tesla did not need to raise more money, they
suddenly need to raise massive amounts of money. Using the pretext that it is ""just so we can pay back the loan""
('Public give us your money again so we can give you your money back that we got by lies') Can you say: IT

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

DOESN'T WASH? In the usual Elon Musk ""It's not a tornado, it is lovely spinning air"" spin on bad news he hypes the hype. Just like when he said he would ""guarantee resale value"" when all of the cheap KIA's and Fusions came out looking just like a Tesla and when he said ""here's a new battery warranty"" when the investigations showed that his batteries burn your family alive when they get wet. Tesla may realize the jig is up and be in fire-drill mode... Sindi Poflin Bakersfield, CA"

## U.S. reports $9.7 billion loss on General Motors car bailout

"U.S. reports $9.7 billion loss on General Motors car bailout Tue, Oct 29 DETROIT, Oct 29 (Reuters) - The U.S. government has booked a loss of $9.7 billion on the nearly $50 billion bailout of U.S. automaker General Motors Co, according to a quarterly report to Congress on Tuesday. In 2009, the U.S. Treasury extended $49.5 billion in loans to GM in exchange for $2.1 billion in preferred stock and a 60.8 percent equity stake. Treasury has since whittled down its stake in GM through a series of stock sales. Those sales have all taken place below the price Treasury needed to break even on its GM investment, resulting in the loss, according to Tuesday's report from the Special Inspector General overseeing the $700 billion Troubled Asset Relief Program. Treasury has sold its preferred stock and reduced its equity stake to 7.3 percent. Treasury owns 101.3 million GM shares as of Sept. 26, the most recent date available. The U.S. government has said it plans to sell its remaining GM shares by April 2014. Some analysts said Treasury could even unwind its position by year end. The exit of Treasury will eliminate the stigma of government ownership that has hovered over the automaker since the bailout, which prompted some critics to dub the company ""Government Motors."" White House Senior Staffers Steve Rattner and Rahm Emanual are under investigation for mishandling of the deal structure for this loss and possible cash-for-votes considerations from unions and silicon valley venture capitalists. The total loss from DOE and TARP primary and secondary mishandling now exceeds many tens of billions if calculated from all losses."

## Google Kickbacks. Tesla Connected?

"Google Kickbacks Google investors paid for the national election expenses and outside services and manipulated Google searches so they got: patent laws changed that benefit them, business tax laws changed that benefit them, free jet gas and free money for Google's car company -Tesla. Tesla is owned and controlled by the owners of Google and their investors. Sweet Deal! A former Google staffer, who had to leave to go overseas, has started spilling the beans. He has stated that Steven Chu was best friends with all of the Google and Kliener investors before he was ""picked"" (slid into place) to head DOE where he could conduit money. Google bosses shouldn't sleep with Google employees girlfriends, apparently. Senator halts Google's taxpayer-subsidized executive jet fuel deal Your tax dollars at work By Iain Thomson, 13th September 2013 A year-long investigation by US senator Chuck Grassley (R-IA) into Google's use of NASA's Silicon Valley airport has shown that the company benefitted from buying cheap aviation fuel from NASA at a discounted price arranged by the Pentagon. ""Are some executives getting a special deal on fuel that isn't available to other businesses  " said the Republican Senator Glassley, who will be conducting an audit into the arrangement. He added that the Google/NASA deal raises concerns about the government being a ""fair broker with businesses and responsible steward of tax dollars."" Google currently has a Boeing 767, Boeing 757, four Gulfstream V's, two helicopters, and an 1982 Dornier Alpha Jet based at Moffett Field, which is handily right next door to the Chocolate Factory's campus. The arrangement is part of a 2007 deal between NASA and Google that allows Google to rent space at the airport, with the space agency getting to use Google aircraft for experiments as the quid pro quo. But, according to The Wall Street Journal, Google's air force (managed by holding company H211) has also been benefitting financially by buying its aviation fuel cheap from NASA, which is supplied by the Pentagon. Documents obtained by Senator Grassley show that since 2009, H211 has bought 2.3 million gallons of jet fuel at an average price of $3.19 per gallon. ""I don't see how in the hell anybody can buy it that cheap,"" said Fred Fitts, president of the Corporate Aircraft Association, adding that the average price his members were paying was $4.35 per gallon. According to FAA records, Google aircraft have flown from Moffett 710 times since 2007, which includes 20 flights to the luxurious

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Caribbean island of Tortola, 17 to Hawaii, and 15 to Tahiti. New York and Los Angeles are also frequent destinations, and many flights also go to Europe. The FAA reports that three of Google's jets, including the 767, flew from Moffett last year to Croatia, where CEO Larry Page was a groomsman at his brother?in-law's wedding, and bought 24,000 gallons of fuel for the trip at a price of $3.33 per gallon, more than a dollar less than the going rate. According to H211's contract, fuel bought at Moffett should be used ""for performance of a U.S. government contract, charter or other approved use."" Kenneth Ambrose, an executive with H211, said that it bought ""the only fuel available at Moffett"" and pays ""full retail for hangar space that includes none of the ground support typically included at business aircraft hangars."" NASA does, of course, get the use of the aircraft for science, and collects $1.3m a year in rent from Page's people. According to Grassley, NASA has used Google's aircraft 115 time for atmospheric testing flights, but all but 11 of these flights have used the Chocolate Factory's Alpha Jet, rather than its much more thirsty Boeings or Gulfstreams. ""NASA is always looking for innovative, public-private partnerships to help advance our mission and provide benefit to the American taxpayer,"" a spokeswoman for NASA told the WSJ. Now that the sweetheart deal with Google has been stopped, its fleet has to buy its fuel elsewhere at market prices. But the Moffett deal could soon end anyway, as Google is planning to build a $82m private terminal at Mineta San Jos, International Airport, so that its execs can continue to fly without encountering the hoi polloi. ----------------------------

### *US senator Chuck Grassley has now been targeted by an elite programming team at Google*. Senator staff ordered the inside team at Google to ""pull a Santorum"" on US senator Chuck Grassley. This involves programming the Google search engine to hold negative search finds about Senator Grassley at the top of search engine results. Google is not happy about his findings. Google had previously targeted Sen. Rick Santorum as a ""political enemy"" and ordered his name placed at the top of Google searches associated with a horrific sex term. Sen. Rick Santorum went to great lengths to attempt to have the attack on Google, by Google, removed. Google has denied that they manipulate search engine results but analysis of their algorithms and interviews with their staff have confirmed otherwise."

## TESLA PR Manipulation BS!-

Some of the more outstanding lies?          "TESLA PR Manipulation BS!- Some of the more outstanding lies... - Musk misrepresents status of Tesla in DOE application. - Tesla says ""Germany passed Tesla as safe"" after NO credible safety study conducted by Germany, while trying to hide fact that U.S. Investigators published huge demand letter for safety data, online in U.S.A. and actual investigation is only getting started. - Tesla avoiding any public comment on massive number of fraud lawsuits underway. - Tesla avoiding any public comment on OSHA investigations underway and multiple injured workers. - Musk said ""he"" started NHTSA investigation when NHTSA said he lied about that. - Musk said Tesla exceeded NHTSA safety test when NHTSA says he made up numbers. - Musk says staff and VC's ""retiring"" when they actually quit! - Tesla avoiding any public comment on media charges of manipulation of books via credits-faked -as-revenue. - Tesla avoiding commenting on the Tesla driver charged with Manslaughter in 2 killed with Tesla. - When all other car makers did voluntary recalls for fires, Tesla refused. - No comment from Tesla on charges of booking dealer show-cars and investor perk-cars as ""sales"". - Tesla ordering paid stock bloggers to shill up stock without any comments on outstanding issues. (Others can keep adding to this list)... Emery- ChiTri --------------------------------------------------------

 Carlos Wetherby reported today that Tesla released it's financial reports but refused to disclose key information. Tesla has now refused to disclose: 1. How many ""owners"" of Tesla are it's own investors and associates in order to artificially increase volume numbers. 2. How many reservations have been cancelled. 3. Why Tesla forecasts a loss in the immediate future. 4. Why Tesla SEC reporting shows that orders will DECREASE. 5. How many repair requests have been submitted. 6. How they calculated indexed tax credits by using unused credits. 7. What % of calculated revenue was based on one-time tax credits from a deal that was made with a compensated government official in Sacramento? ====================================

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

CHALLENGE: TO ALL REPORTERS AND MEMBERS OF THE PUBLIC WITH A STREAMING SMARTPHONE: Catch Elon Musk on camera and make him answer the above questions. Find the next call-in show he is going to be live on, or the next convention or other PR gig he has his PR company promote him on and put these questions to him point-blank on camera. The first reporter, or private individual, to pull this off gets 10 T-shirts. The smoke is in the wind..."

## IS SPACE X NASA CONTRACT ANOTHER PAYOFF FOR CAMPAIGN BACKERS?

"- Musk and his Silicon Valley/Google billionaire cartel were all Obama campaign cash backers - Obama shut down the portion of NASA that Musk is now doing privately. Funny coincidence. - NASA gave campaign billionaires free gas for their private jets under Obama Administration approval. Funny coincidence. - NASA gave campaign billionaires cheap use of NASA airfields for billionaires private jets under Obama Administration approval. Funny coincidence. - Obama Administration carved out exclusive NASA, SOLAR and ELECTRIC CAR CASH AND CREDITS DEALS for Musk Cartel THAT NO OTHER Groups has ever gotten in history AND Cartel JUST HAPPENS to be the biggest CAMPAIGN CASH BACKERS.. ANOTHER FUNNY COINCIDENCE! "

## Elon Musk ? Obama's Triple Dipper [Reader Post ...

"Its Chairman, Elon Musk, is an Obama supporter who has used taxpayer funds, not once, not twice but three times to enrich himself. ... Spacex is a real political donor kickback company, government funded, ..." floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper...

## ELON MUSK sues U.S. Taxpayers for not giving him more ...

ELON MUSK sues U.S. Taxpayers for not giving him more campaign kickback $$ for spy satellites! Elon Musk is known as a scavenger for Silicon Valley illuminati VC's.
somosnark.wordpress.com/2014/04/27/elon-musk-sues-u-s-taxpayers-f...
somosnark.wordpress.com

## Crazy On Tap - Who's right, Musk or NASA

"Who's right, Musk or NASA? ... Musk has absolutely TOP aerospace engineers and materials scientists working for him, ... he's obviously compromised as well, getting kickbacks from SpaceX's rivals probably who don't like SpaceX. With this stuff there are all these profit and allegiance agendas."
crazyontap.com/topic.php?TopicId=306264
crazyontap.com

## Tesla's Kickback Program | THE TESLA INVESTIGATION

Tesla's Kickback Program; Tesla's Dark Money; Tesla's Blogger Shills - Pundits or Secret Salesmen? How F**KED Over By Your Own Representatives Do you Need To Get Before You Get Upset? How Tesla's VC's Are

THE BOOK OF TESLA. Copyrights, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

Targeting Activists; TOP OVERALL ARTICLES.
teslainvestigation.wordpress.com/topic-1-doetarp-manipulations/topic-11-ki...
teslainvestigation.wordpress.com

## Feds indict Obama friend Eric Whitaker's former chief of ...

"Feds indict Obama friend Eric Whitaker's former chief of staff ... The money from the kickback scheme began flowing to Golden in July 2007, when Whitaker headed the Illinois Department of Public Health, and Golden was his chief of staff, ..."
suntimes.com/news/21792550-418/feds-indict-obama-frien...
suntimes.com

## anti-kickback | The Cornell Journal of Law & Public Policy

"Tag Archives: anti-kickback The Rising Cost of Cheaper Prescription Drugs. ... Mark on Are State Franchise Laws Stunting Elon Musk's Brainchild, Tesla Motors? Anonymous on Rebuttal: A Stronger Case for SeaWorld; Categories. Blog News; Interviews; Notes;"
jlpp.org/tag/anti-kickback/
jlpp.org

## EL AZOTE DE DIOS: Elon Musk is perhaps a thief??, "

"ELON MUSK, PAYPAL Y UBER, They are SCAMMERS, SON E... mayo (1) abril (2) Plantilla Simple. Con la tecnolog¡a de Blogger. ..."
mussa2015.blogspot.com/2014/06/elon-musk-is-perhaps-thief-acaso-...
mussa2015.blogspot
en.wikipedia.org/wiki/Elon_musk
en.wikipedia.org

## Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

"THis start-up scam is going to die and we all know it. Unless they get folded into American-Leyland. Login to reply: montgomery burns. ... Again, I'm no fan of Tesla or Elon Musk. But I see no fraud here. And Tesla is delivering Roadsters that work. Give them that much credit."
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...
thetruthaboutcars.com

## Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community."

THE BOOK OF TESLA: Copyright; the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j...
wallstreetoasis.com

## Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
crazyontap.com/topic.php?TopicId=241832
crazyontap.com

## TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, Elon Musk has set off to build things that most little boys only dream of: ..."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...
seekingalpha.com

## Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

"Quote Category: Quotes, Pseudoscience; Source Type: Sources - Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam - Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything ..."

quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk...
quote.bitprox.com

## Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ...  "

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, ... Elon Musk Companies, are they are just scams? | Wall Street Oasis."
teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar...
teslainvestigation.wordpress.com

## Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ...

Tesla shareholder suit claims Elon Musk and other board members lied about car safety - DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.
somosnark.wordpress.com/2014/07/08/tesla-shareholders-sue-tesla-h...
somosnark.wordpress
"Tesla Breaks Automotive History Record for Wasted Money, It?s Official"        "Never in automotive history, in

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press Rights, UN Press Rights, and associated rights, claimed and enforced. This is a

the recorded history of the world, has a car company spent so much money over such a long period of time to only sell so few cars! Only Tesla rich Frat boy Stanford yuppie school-chums and Tesla's own investors are buying the cars and that stream has now run dry. The few thousand cars Tesla has sold to it's insiders is so nothing, so small, so insignificant that Honda and GM executives refer to a low meeting turn-out as ""pulling a Tesla"". Tesla still has a few hundred million dollars left to keep buying it's own cars from itself on behalf of its investors in order to fake-up sales but the trick is becoming transparent. Elon Musk spends all of his money on hype and PR to cover the dirty reality. Pull back the shiny fa‡ade and you find a nasty set of truths. This is a car company that has admitted that it was over $100,000.00 OFF on the calculation of the BOM of their car!!!! The warrants that Tesla's insider friends inside DOE gave Tesla instead of cutting them off like Fisker, like they should have done, is a crime. People are ashamed to drive a Tesla so only as many Tesla's have been sold in TEN YEARS as Toyota sells in A WEEK!

### *U.S. Senator: Tesla money came from ?one of the most disastrously mismanaged and corrupt programs in U.S. history*,           "Rep. Jim Jordan, R-Ohio, chairman of the House Oversight subcommittee where Whitcombe testified, has called the loan program ?one of the most disastrously mismanaged and corrupt programs in U.S. history,? and said during that Fisker hearing, ?The Obama administration owes the American taxpayer an explanation as to why this bad loan was made in the first place.? He might also want an explanation why DOE's Whitcombe and Chu hid the truth about VPG while under oath before his subcommittee. Tesla owners, investors and their search engine owners paid Washington staff to get false stock impressions and taxpayer funds in order to unfairly and unethically fund Tesla. So besides the fact that it has now been revealed that Tesla cars spy on their owners while you are driving one, the company was acquired in a hostile takeover, each car has constant mechanical problems, the door handles can lock you in the car, Solyndra and Tesla buildings were corrupt real estate deals, the batteries have to be assembled in a blast chamber because they could explode, and the Tesla people paid to sabotage Fisker and other competitors... the list of bad Tesla things now seems to be record-breaking

  "Spying Controversy Blowback, The Rebekah Brooks Trial and Dianne Feinstein"           "SHOCKER: Guardian and Daily Mail researchers now believe that the Brooks hacking trial in England will expose that the Prime Minister's Communications Director, Coulsen was trading tabloid tips for character assassinations against the Prime Ministers opponents, at the direction of the PM, while in office, and that a duplicate program run by U.S. Communications Director's Robert Gibbs and Jay Carney exists in the USA. The USA team taught the British office how to do it. Watch the testimony in the trail unfold at: http://www.theguardian.com/uk/rebekah-brooks-trial --------------------------------------------------------------------------

Spying Controversy Blowback Now that the entire planet knows that spy doors are embedded in every computer, mobile device, electronic system, network, credit card and you-name-it; the realization has created some additional secondary blowback for bad guys including those who ran the TARP/DOE scam. In addition to the regular spies, journalists world-wide are reporting on black-market spies that you hire through sites like the (now closed) Silk Road and many clones and pay with cloudy transactions like Paypal, Bitcoin, Omni dollars and other fuzzy currency. There are over 150,000 of these hacker spies working out of China, Malaysia, the Ukraine and other exotic locations. They are able to get into the not-so-secret back-doors built into Cisco and other famous networking hardware, just as well as the regular spies. They steal and sell secrets. Most spying is used to target people who are saying things unfriendly about the group in power in each country and to sabotage business interests who compete with the business interests of those in power.   Only a portion of spying is used to catch actual criminals. Some spies work really hard to do the right thing and stop bad guys while other spires work really hard to do the wrong thing and make profits for their handlers. Now, many of them are stealing secrets on other bad guys and selling them to law enforcement. The growth of the networked world is endless, bad guys are endless; thus, some of them work together. In the course of this, great fun has been had by these hackers in uncovering huge corruption scams. It seems that some of them had sourced up information and leaked it to various world-wide publications about exact and specific documentation regarding big car companies buying intelligence in order to damage competing interests and control the market. Here is an example of a ?bad use? of spying: Example: Big Car or Big Oil company sees that some journalist has found out that they bribed many

people to hide a massive corruption effort in Mexico or Ecuador. The big company tells it?s ?data development office? to ?kill the journalist?. They don?t mean kill him dead, that would be gauche, they mean wipe out his credibility and resources.   So the DD department calls the senior aides of the top 5 Senators that they most often bribe (err, I mean contribute to) and say: ?hey, we have some information that so-and-so journalist might be a threat so we need to verify that, can you pop up a backgrounder so we can ?prepare a report for your committee?? So the aide tells the Senator to make an agency request and the info comes back and gets passed to the corporation and they hit that Journalist hard with the inside info they got? So you see how some corporations might enjoy all of the spying. So you have good spies, bad spies and hacker spies. Which is which? Who knows. But the who-bribed-who-and-what-did-they-get-out-of-it issue has been getting cleared up lately. Very detailed info seems to be available about how the crimes worked from start to finish. So there might be some positive upside from all of the negative spying. These TARP and CAR money guys will soon find out that they didn't even come close to covering their tracks. TA- LA Times ( I don?t think the bosses are going to let me release this one so you guys get it)

# Who is Dianne Feinstein? If you were in the Senate and you had been involved in corruption things, you would want to try to get yourself on the Senate Intelligence Committee so you could use, and monitor, agency information and resources to make sure nobody found out about the corruption things you and your husband were doing. Let's take Dianne Feinstein and her husband Richard Blum and his CBRE and vast other stealth companies and funds. When she was mayor of San Francisco, the San Francisco newspapers were rife with charges of corruption and cronyism about her. Her associate, Roger Boas, went to federal prison for corruption in City Hall AND for child prostitutes. Police reports show that he used child prostitutes plus sent prositutes out to buy favors for City Hall corrupt winner/loser rigged selections. She personally interceded in getting Solyndra funded from taxpayer dollars and getting them to build the Solyndra buildings where it benefited her husbands business connections. Her Family made profits off of Solyndra getting picked as a DOE funding ""winner"". She personally interceded in getting Tesla funded from taxpayer dollars, and getting them to acquire buildings (physically next to Solyndra in the boondocks of Fremont, California) and equipment where it benefited her husbands business connections. Her Family made profits off of Tesla getting picked as a DOE funding ""winner"". Guardian staff report that her husband has made multiple trips to Mongolia transporting cash for deals and now holds business interests there on mining companies that make materials for electric car batteries and other interests that she fought for bill or budget passage on. They have airport records, travel expense reports and photographs of him in Mongolia meeting with sketchy Chinese and Asian Business men.

   They state that he took suitcases full of cash to Mongolia. Why did Feinstein not properly document this in her disclosures? What intelligence did Blum get near, or to, China? Richard Blum got a group of Silicon Valley VC's to buy votes, get out the vote for her and push votes to get her on Committee when she was hanging by a thread from previous near-catches of their misdeeds according to a former reporter from ValleyWag. Feinstein wrote laws regarding the Regents of California which benefited her husband. If you web search their names and ""Corruption"" or ""Crony"" you will find a vast number of stories about all kinds of kickbacks that the Feinstein/Blums have been charged with. And a person like this has acess to all the secret files? When you chart out all of the front companies, fake family trusts under other trusts, Blum offshore accounts in Belize, The Caymans and other interesting places, companies behind other companies between her and Mr. Blum, you have a facade of misdirection and phoney business names that would make any spy envious. Feinstein's bills and budgets tie back to more false front organizations that benefit her family interests than almost any other person in the Senate per the latest research from The Guardian. If you were someone like that you would certainly try to get yourself on the intelligence committee so you could have the first clue when you were about to get caught and to steer investigations away from your crony deals. You would certainly support domestic phone-tapping because you would order such taps on your public-interest agency enemies like the ACLU and BigGovernment.com and The Schweizer team in order to keep an eye on them. Of course she is fighting on behalf of ongoing domestic spying. It is how she covers her ass. UPDATE: Here is a teeny, tiny selection of the many corruption charges against Feinstein:


https://www.sodahead.com/united-states/dianne-feinstein-the-most-corrupt-person-in-congress-routes-even-more-money-to-husbands-firm/question-3651127/

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Page 904  EXHIBIT 91 – Case # 22-cv-1107-TSH, Norcal 9th District

http://capoliticalnews.com/2013/06/03/more-dianne-feinstein-corruption-husband-given-exclusive-to-sell-56-post-offices-6-commission/
http://www.blacklistednews.com/Senator_Feinstein%E2%80%99s_Husband_Stands_to_Make_Millions_from_USPS_Contract/26454/0/38/38/Y/M.html

https://vidrebel.wordpress.com/2013/01/06/dianne-feinstein-thy-name-is-corruption/

http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/

http://www.activistpost.com/2013/06/keeping-it-in-family-senator-feinsteins.html

http://www.libertynewsonline.com/article_301_33364.php

http://newsbusters.org/node/12481

http://foundsf.org/index.php?title=Richard_C._Blum_and_Dianne_Feinstein:_The_Power_Couple_of_California

http://www.truth-out.org/opinion/item/19023-sen-feinstein-wants-to-strip-independent-journalists-rights

http://www.thenewamerican.com/usnews/crime/item/15579-snopes-misses-larger-story-on-sales-of-post-offices-by-california-sen-feinstein-s-husband-s-company

http://ridgecrest.blogspot.de/2007/04/feinstein-corruption-scandal.html

http://littlecountrylost.blogspot.de/2007/12/diane-feinstein-corrupt-war-profiteer.html

https://spotlightoncorruption.wordpress.com/tag/dianne-feinstein/

http://www.conservapedia.com/Dianne_Feinstein

http://dcclothesline.com/2013/01/25/why-america-can-not-trust-the-motives-of-dianne-feinstein/

and thousands more... How is it even remotely possible that this person is in a public office? D. - Portland Obs.
-----------------------------------------------------------------

*Who do we trust anymore?* Didn't we hire these people to go Washington to serve each individual living in America? Am I confused on the concept? I thought getting elected was like winning the best student award so you could go impress us with great deeds as opposed to winning American Idol where you can go impress us with great greed! Debbie K.


"*GLENN GREENWALD:* I think Dianne Feinstein may be the most Orwellian political official in Washington. It is hard to imagine having a government more secretive than the United States. Virtually everything that government does, ..."
democracynow.org/2013/6/7/a_massive_surveillance_state_g...
Glenn Greenwald
-----------------------------------------------------------------
"*Now Feinstein is trying to cover her tracks* and act like she thinks spying on American's who were trying to end cronyism was ""unacceptable"". Don't buy her sudden change of tone. It is all a cover, just like all of her husbands vast network of cover organizations and secret VC kickback networks. If you want to do really big crimes in Washington, you get Feinstein to watch the databases to make sure nobody gets wind of it. It is like the one bank robber that sits in the car to listen to the police scanner during the bank robbery."

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

GG
--------------------------------------------------------------------------
**"If Feinstein's husband turns out to be a spy for China,** wouldn't that just suck the big one? How can she have so many nasty news articles about her online in very detailed stories by very famous journalists and Washington has never held an investigation on her
Julie Lentin
--------------------------------------------------------------------------
### Husband's Business Ties to China Dog Feinstein - Los Angeles ...
"For years, international financier Richard C. Blum's vast business portfolio has persisted as a nettlesome issue for his wife, Sen. Dianne Feinstein (D-Calif.), a vocal proponent of increased China trade. Three years ago, he vowed to turn over any profits from his China investments to ..."
articles.latimes.com/2000/oct/20/news/mn-39450
http://articles.latimes.com/2000/oct/20/news/mn-39450
--------------------------------------------------------------------------

## "Ok, Here is the most extreme theory ever, but it is amusing:"

"""Google, Twitter and Facebook are actually spy agency sting operations and were originally created as such. They conduited the money through Kleiner Perkins offices to launder it. They paid Kleiner's people off by giving them monopolies on the electric car and battery industries and associated mining interests."""
"I saw that on a blog and just had to repost it. How about them Apples? One of the original founders of Twitter is running around saying it wasn't what he had in mind. Even though they are supposed to be competitors you usually see their ""join"" or ""login as"" buttons clumped together on other sites and they sell ads for each other secretly. Those ""Google Barges"" could just be international waters scrutiny evasion systems. While it sounds crazy, with all the related news coming out this week, it could almost be true.   ;-)"
H.T. -------------------------------------------------------------------------
See more Feinstein updates HERE
--------------------------------------------------------------------------------

### Credits fueled Tesla stock sale? Tesla manipulating stock reports?
"MONEY How Investors May Be Getting Fooled by Buybacks NEW YORK March 11, 2014 (AP) By BERNARD CONDON AP Business Writer If you're puzzled why the U.S. stock market has risen so fast in a slow-growing economy, consider one of its star performers: DirecTV. The satellite TV provider has done a great job slashing expenses and expanding abroad, and that has helped lift its earnings per share dramatically in five years. But don't be fooled. The main reason for the EPS gain has nothing to do with how well it runs its business. It's because it has engaged in a massive stock buyback program, halving the number of its shares in circulation by purchasing them from investors. Spreading earnings over fewer shares translates into higher EPS ? a lot higher in DirecTV's case. Instead of an 88 percent rise to $2.58, EPS nearly quadrupled to $5.22. Companies have been spending big on buybacks since the 1990s. What's new is the way buybacks have exaggerated the health of many companies, suggesting through EPS that they are much better at generating profits than they actually are. The distortion is ironic. Critics say the obsessive focus on buybacks has led companies to put off replacing plant and equipment, funding research and development, and generally doing the kind of spending needed to produce rising EPS for the long run. ""It's boosted the stock market and flattered earnings, but it's very short term,"" says David Rosenberg, former chief economist at Merrill Lynch, now at money manager Gluskin Sheff. He calls buybacks a ""sugar high."" Over the past five years, 216 companies in the S&P 500 are just like DirecTV: They are getting more of a boost in EPS from slashing share count than from running their underlying business, according to a study by consultancy Fortuna Advisors at the request of The Associated Press. The list of companies cuts across industries, and includes retailer Gap, supermarket chain Kohl's, railroad operator Norfolk Southern and drug distributor AmerisourceBergen. The stocks of those four have more than tripled, on average, in the past five years. Companies insist that their buybacks must be judged case by case. ""The vast majority of our shareholders are sophisticated investors who not only use EPS growth but other important measures to determine the success of our company,"" says Darris Gringeri, a spokesman for DirecTV. But Fortuna CEO Gregory Milano says buybacks are a waste of money for most companies. ""It's game playing ? a legitimate, legal form of manufacturing

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

earnings growth,"" says Milano, author of several studies on the impact of buybacks. ""A lot of people (focus on) earnings per share growth, but they don't adequately distinguish the quality of the earnings."" So powerful is the impact, it has turned what would have been basically flat or falling EPS into a gain at some companies over five years. That list includes Lockheed Martin, the military contractor, Cintas, the country's largest supplier of work uniforms, WellPoint, an insurer, and Dun and Bradstreet, a credit-rating firm. It's not clear investors are worried, or even aware, how much buybacks are exaggerating the underlying strength of companies. On Friday, they pushed the Standard and Poor's 500 stock index to a record close, up 178 percent from a 12-year low in 2009. ""How much credit should a company get earning from share buybacks rather than organic growth  " asks Brian Rauscher, chief portfolio strategist at Robert W. Baird & Co, an investment company. ""I think the quality of earnings has been much lower than what the headlines suggest."" And it could get worse. Companies in the S&P 500 have earmarked $1 trillion for buybacks over the next several years. That's on top of $1.7 trillion they spent on them in the previous five years. The figure is staggering. It is enough money to cut a check worth $5,345 for every man, women and child in the country. There is nothing necessarily nefarious or wrong about buybacks per se. It doesn't seem that managements are trying to cover up a poor job of running their businesses. Even without factoring in a drop in share counts, earnings in the S&P 500 would have risen 80 percent since 2009. The problem is that many investors are pouring money willy-nilly into companies doing buybacks as if they are always a good thing, and at every company. A fund that tracks companies cutting shares the most, the PowerShares Buyback Achievers Portfolio, attracted $2.2 billion in new investments in the last 12 months. That is nine times what had been invested at the start of that period, according Lipper, which provides data on funds. For their part, the companies note there are all sorts of reasons to like them besides EPS. WellPoint points out that it has increased its cash dividend three times since 2011, a big draw for people looking for income. Cintas says that it's timed its buybacks well, buying at a deep discount to stock price today. And DirecTV says investors judge it also by revenue and cash flow, both of which are up strongly. What's more, companies seem to genuinely believe their shares are a bargain and they'd be remiss for not buying, though their record of choosing the right time is poor. The last time buybacks were running so high was 2007, right before stocks fell by more than half. There are signs the next $1 trillion in buybacks for S&P 500 companies could also prove ill-timed. Stocks aren't looking so cheap anymore. After a surge of nearly 30 percent last year, the S&P 500 is trading at 25 times its 10-year average earnings, as calculated by Nobel Prize winning economist Robert Shiller of Yale. That is much more expensive than the long-term average of 16.5. Many investors assume shrinking shares automatically make remaining shares more valuable. The math is seductive. A company that has $100 in earnings and 100 shares will report $1 in earnings per share. But eliminate half the shares and the same $100 is spread over 50 shares, and EPS doubles to $2. But that doesn't make the shares more valuable. Shares aren't just a claim on short-term earnings. They are an ownership stake in an entire company, including R&D programs and its capital stock ? the plants, equipment and other assets needed to boost productivity long into the future. Critics say the lavish spending on buybacks has ""crowded out"" spending on such things, which is at its weakest in decades. ""It's just like your car depreciating or your home depreciating ? you have to invest,"" says Gluskin Sheff's Rosenberg, ""The corporate sector has barely preventing the capital stock from becoming obsolete."" One result: U.S. productivity, or output per hour, increased just 0.5 percent last year, a pitiful performance. It has grown by an average 2 percent a year since 1947. If not reversed, history suggests stocks will suffer. In a 2010 study, Fortuna's Milano found that stocks of companies that spent the most on buybacks vastly underperformed stocks of those that spent the least on them ? at least over five years. It's unclear whether the kind of investor who dominates stock trading now cares about the long-term, though. Buybacks are one of the few sure-fire ways to push a stock higher in the short term, and investors these days are very short term. They ""don't care what happens in three or five years,"" laments Rauscher, the Baird strategist. ""The market has become less of an investor culture, more of a trading one."" ??? Follow Bernard Condon on Twitter at http://twitter.com/BernardFCondon.

### #Credits fueled Tesla stock sale?

By The Bakersfield Californian Concerning your May 31 editorial (""Some clean energy bets pay off nicely"") on Tesla Motors paying off the government loan: In 2010, Tesla was awarded a milestone-based loan, requiring matching private capital obtained via public offering, by the Department of Energy as part of the Advanced Technology Vehicle Manufacturing Loan Program. This program was signed into law by President George W. Bush in 2008, and then awarded under the Obama administration in the years that followed. The loan payment was made using a portion of the approximately $1 billion in funds raised in the previous weeks concurrent offerings of common stock and convertible senior notes. According to a May 8 USA Today report by James R. Healey and Fred Meier, Tesla made a first-quarter profit of $11 million on

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

revenues of $562 million. But Tesla gets government zero-emission-vehicle (ZEV) credits for each car it builds, credits that can then be auctioned to other automakers to offset their non-zero-emission vehicles. The company income from sales of ZEVs came to about $68 million in the quarter, or 12 percent of revenue. So, if you take away the ZEVs, Tesla lost $57 million. It sounds to me like the first-quarter profit allowed Tesla to make a stock offering to which the government loan was paid from. The profit was from government money in the way of ZEVs. Would the stock sale have been as good if Tesla had shown a $57 million loss? It's interesting how you tied Bush to the failed Solyndra loan and President Obama to the Tesla loan, when in fact the Obama administration made both loans.

The Mirror

# Department Of Justice, Media Matters Coordinate To Attack Reporter"

Betsy Rothstein

"  U.S. Attorney General Eric Holder provides an update on the Justice Department?s efforts in Ferguson, Missouri, during a news conference with Acting Assistant Attorney General for the Civil Rights Division Molly Moran and Office of Community Oriented Policing Services Director Ronald Davis at the department's headquarters September 4, 2014 in Washington, DC. Holder announced a federal civil rights investigation of the Furguson, Missouri, police department after white officer Darren Wilson from shot and killed unarmed black teenager Michale Brown lastSince when does the Department of Justice coordinate with an obviously liberal media organization to go after a conservative reporter? It?s official: At least since 2011."

"In email exchanges obtained by The Daily Caller in two separate FOIA requests, a coordinated effort to slam Breitbart News reporter Matthew Boyle emerged.  To be sure, Boyle is not a reporter who is beloved by other reporters and he?s been critiqued on any number of matters that include his youthful chipmunk cheeks, his previously questionable Twitter avatar and his TV skills. But his beat was DOJ and Eric Holder  and shouldn?t a reporter be commended for going after an enterprising story or two on his beat? Even Slate?s Dave Weigel agreed with that sentiment. ?I see Media Matters giving Holder a huzzah for calling the Caller out,? he wrote in November 2011. But calling it out for what? Are news organizations not allowed to enterprise stories by asking people whether they think someone should resign? News organizations do this all the time. The Caller?s ?sin? seems to be doing it with no back-up from the rest of the press.? And yet, all this media scheming from the Department of Justice."

"As revealed in the FOIA docs, Media Matters  Deputy Research Director  Matt Gertz sent a post concerning Holder NRA?s growing contributions to Holder?s critics to DOJ spokeswoman  Tracy Schmaler, Holder?s top press flak who resigned in March, 2013. She replied, ?Thanks, you know boyle has been doing robo calls to top members right? This is campaign mounted by daily caller. He has called 60 offices and gotten to 8 last week.? Gertz replied, ?Yeah, that was what my original piece on the story was about.?At the time of the exchange, Boyle worked for The Daily Caller.  Years later in February, 2013, Boyle wrote a story for Breitbart News about Schmaler?s ?colluding? with ?far left wing? Media Matters to attack him, lawmakers and other members of the media. Funny enough, Boyle attempted to seek comment from Schmaler on why she resigned. He wrote, ? Schmaler has not answered when asked by Breitbart News whether her resignation has anything to do with the coming hearings on DOJ collusion with groups like Media Matters.?Weirdly, it takes two years (or longer) for DOJ to respond to FOIA requests."

"  Further perplexing: TheDC FOIA?d the Justice Department for all mentions of Matthew Boyle in agency communications: The specific request was  ?All records relating to and about Matthew Boyle.? Carmen Mallon, chief of staff for DOJ, replied in a formal letter saying that no such records existed despite the above exchange between Schmaler and Gertz."

"?For your information, neither this Office nor any of these senior leadership offices of the Department typically maintain records on individuals,? she wrote. ?As such, this office would not maintain the type of records you are seeking. ?However, in an effort to be of assistance, please be advised that a search has been conducted of the

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

electronic database of the Departmental Executive Secretariat, which is the official records repository for the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney General, and no records subject to FOIA were located. A search has also been conducted in the Office of Information Policy and no records subject to the FOIA were located.? Gee, thanks Carmen. Except that the records concerning DOJ and Boyle were maintained, located and sent. Please be advised. If you?re the DOJ and want to get some bad press out there on a reporter who may or may not be a thorn in your side, Media Matters is on speed dial."

SEE: http://dailycaller.com/2014/09/14/bombshell-emails-white-house-coordinated-with-department-of-labor-to-hide-illegal-obama-fundraiser-hilda-solis-schedule/

Will Lois Lerner Finally Fess Up?

"   Christopher Eutaw, Managing Editor "

"Lois Lerner, former director of the IRS? Exempt Organizations Unit, probably wishes that the IRS targeting scandal would come to an abrupt end. But fortunately for the rest of America? it seems to be here to stay. The government watchdog group, Judicial Watch, initiated the investigation into the scandal? and in May, they released incriminating emails showing that the IRS had unfairly targeted Tea Party groups applying for tax-exempt status. But after seeking out a more complete collection of Lerner?s emails through a Freedom of Information Act request, Judicial Watch hit a stone wall. Essentially, the IRS said that the emails were gone. Lerner?s hard drive had ? in a coincidence of epic proportions ? crashed in 2011, erasing nearly all of the emails related to the Tea Party scandal. Worse yet, they were totally unrecoverable. Judicial Watch sued in response, and last week, a federal judge ordered the IRS to explain, under oath, how it lost nearly two years? worth of emails from Lerner?s hard drive."

Perfectly Corrupt

"Up to this point, no punishment has been handed down for the IRS? actions. On the contrary, Lerner was paid a substantial pension to retire early! So why can?t the DOJ get any answers or hold anyone responsible? Part of the problem is that Lerner has refused to testify in court and has repeatedly exercised her Fifth Amendment rights. She made one brief statement, saying that she?d done nothing wrong, and has since remained silent. Complicating the matter further is the fact that Lerner sought out means of communication other than email to discuss the scandal ? in particular, ones that didn?t record or save conversations. Forbes reported that, in 2013, Lerner asked an IT specialist if the IRS saved texts. The specialist warned that text messages could be saved, though they?re not automatically recorded. Lerner responded with a single word: ?Perfect.? Judicial Watch will doubtless want to obtain a record of the text messages from the ensuing period. Their perceived anonymity may mean that they contain even more unfiltered details about the scandal than any remaining emails? But if the investigation?s progress thus far is any indication, the watchdog group will have a tough row to hoe in pursuing the texts."

"Go Directly to Jail, Do Not Pass Go"

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"In the meantime, some members want to find Lerner in contempt of Congress and even have her put in jail. As reported by The Huffington Post, Texas Representative Steve Stockman filed a resolution last week asking the House Sergeant at Arms to seek out Lerner and arrest her on charges of contempt of Congress. Stockman has clearly had enough of Lerner?s Fifth Amendment pleas, and he spoke his mind bluntly, saying that ?asking the Justice Department to prosecute Lois Lerner? is a joke.? At this point, it?s unclear whether Stockman?s resolution will actually get a vote ? but he remains adamant that ?Ms. Lerner will be held in D.C. jail.? Whether he?s right or not, the investigation into the Tea Party scandal continues. We can only hope that in time, the perpetrators are brought to justice. In Pursuit of the Truth, Christopher Eutaw"

"Christopher Eutaw's love of all things politics ? paired with his passion and burning desire to uncover the truth ? make him the perfect fit to run Wall Street Daily?s politics division. His unmatched drive and political expertise ensures that all content on the website is honest, insightful and provocative."

## GOOGLE IS TESLA'S PARTNER IN COVERING UP TESLA DIRT AND HYPING TESLA STOCK PUMPS

"- Multiple privacy, data abuse, defamation lawsuits filed against Google.. and now by WHOLE NATIONS! "

"- Charges by multiple whistle-blowers:   ""Google is something insidious run by people with insidious Machiavellian plans"" "

"- Assange Book, and interviews, detail Google abuses and twisted, tone-deaf, tunnel-vision, global control attempts "

"- Implies Eric Schmidt is an ego-maniacal, sex crazed, billionaire madman who now dictates White House policy! "

"- Eric Schmidt's ""New America Foundation"" seen as public policy manipulation ""think tank"" secret lobby group "

Assange: Google should be of concern to people all over the world

"In his new book, Wikileaks leader speaks about the politics of web giant executives on personal data. And he warns: ""They believe they are doing good, but they are  now aligned with US foreign policy. This means that Google can intervene on behalf of US interests, for example, it can end up compromising the privacy of billions of people, it can use its advertising power for propaganda""."

di Stefania Maurizi
"He lost his freedom four years ago and since then has been living in confinement. First in a beautiful Georgian country house in the heart of the old green England, Ellingham Hall, where he remained under house arrest for a

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

year and a half. Then in the glamorous Knightsbridge district in London, where he is currently holed up in the embassy of Ecuador, which granted him political asylum two years ago. Uncertainty is still the keyword in the life of Julian Assange. Four years on, no one knows how his incredible story will end up. Endless times Assange and his organisation have been considered over and done with."

  "In recent months, Julian Assange has been working on a book about the internet giant Google. Titled "" When Google Met WikiLeaks "" (Or Books, New York), it is set to be released today. It is a brilliant book, in which Assange tells the story of his meeting with the chairman of Google, Eric Schmidt, and with the director of ""Google Ideas"", Jared Cohen, at Elligham Hall, in 2011. A meeting of men and minds who are poles apart. Their visions for the future of the internet are poles apart as well. For Assange, ®the liberating power of the internet is based on its freedom and statelessness¯. For Schmidt, ®emancipation is one with US foreign policy¯, writes Assange. People like Schmidt and Cohen ®will tell you that open-mindedness is a virtue, but any perspective that challenges the exceptionalism at the heart of American foreign policy will always be invisible to them. That is the impenetrable banality of 'don't be evil'. They believe they are doing good. And that is the problem¯¯. In ?When Google Met WikiLeaks? there are flashes of Assange's humour. Like when the founder of WikiLeaks recounts how, back in 2011, before the full release of the US diplomatic cables, his staff called the State Department saying that Assange wanted to talk to Hillary Clinton. ®Predictably, this announcement was initially greeted with bureaucratic disbelief¯, Assange writes, adding how they soon found themselves ®in a re-enactment of that scene in 'Dr. Strangelove', where Peter Sellers cold-calls the White House to warn of an impending nuclear war and is immediately put on hold¯. We asked Julian Assange about his book and his current situation. Let's start from the meeting you had with Eric Schmidt and Jared Cohen. In your book, you write that on a personal level they are perfectly likable people, however if the future of the internet is to be Google, that should be of concern to people all over the world. Why? ®In the last 15 years Google has been growing inside the internet like a parasite. Web browsing, social networks, maps, satellites, drones. Google is inside your phone, on your desktop, it is invading every aspect of people's lives: the personal relationships and the commercial relationships. At this point Google has real power over all people who use the Internet: basically everyone in modern life. At the same time as Google was getting big, it was also getting bad. I show in the book how Google is now aligned with US foreign policy. This means that Google can intervene on behalf of US interests, for example, it can end up compromising the privacy of billions of people, it can use its advertising power for propaganda. Countries like Russia and China - you can see this on our cables - already regarded Google as an arm of the United States as far as back in 2009. Unfortunately their own [Russia and China] solution is to create local state monopolies. Google hoovers up the personal data of every single person: it is constructing a vast reservoir of personal data that is extremely attractive to state power within the United States. As a result, state power has entered into a relationship with Google to access all the information it collects. Google will never change its way, because its business model is to collect as much data on as many people as possible, centralizing those data, finding all the relationships to have a model of prediction for advertising, almost exactly the same as the NSA does¯. You describe Eric Schmidt as fitting ""perfectly where the centrist, liberal and imperialist tendencies meet in American political life"". What kind of world are Schmidt and Cohen building for us? ®Schmidt and Cohen published a book which is largely overlooked but which is extremely revealing. It is called ""The New Digital Age"" and it is a blueprint for their vision of the future: a world of endless consumerism and distraction, where the ideal consumer goes around with Google gadgets, ""swiping"" and ""sharing"", and everything is marvelous. Schmidt and Cohen believe that privacy is no longer needed in the West at all, because western governments are inherently ""good"" and responsive and use the information they collect in order to better manage the people in those states¯. You write that Google started as an expression of independent Californian graduate student culture- decent, human, playful, but finally became a ""don't be evil empire"". What made Google to grow so bad? ®Google started as an expression of that decent, playful and politically naive Californian graduate student culture around Stanford and Berkeley universities, but due to ultimately becoming the second largest company in the US, Google has grown bad. As with many other US companies, Google attempted to expand into foreign markets, thus becoming dependent on advice and lobbying from the US State Department and other US government actors. That dependency resulted in extensive social contacts and personal alliances between Google management, including Eric Schmidt, and the US power¯. Don't you think that geopolitical actors like China and Russia will fight hard against the Google empire? ®Yes, they are slow, but local people are shocked when they realise what is happening. Because it doesn't need to physically annex a country; if you control information and can influence

international trade deals you are able to influence domestic legislation. The dominance of Google on the internet is seen as a national sovereignty issue by countries like China or Russia. In China we can see the construction of domestic server services. You may take the view that Russia and China are bad, however just one power having an extreme dominance leads to the extreme abuses that we have seen with the NSA. The interplay between Google and US foreign policy and the intelligence establishment is largely mutual and is backed up through the use of coercive forces, when voluntary cooperation is not maintained. A case has just been revealed that in 2008 Yahoo was pressured by the National Security Agency to give access to users data or face a fine of 250,000 dollars a day⁻. How do you reply to those who object: well, Google might be a don't be evil empire, but China and Russia are definitely not champions of the internet freedom?  ®China was the first country to censor WikiLeaks and was doing this in 2007. It is a political country and is scared about what its people believe. But in some sense that is an optimistic side because China thinks that what people believe is important⁻, whereas in many western countries free speech is the result of the fact that it doesn't matter what you say. The dominant ,lite doesn't have to be scared of what people think, because a change in political views is not going to change whether they own their company or not. The problems with China and Russia are completely domestic⁻. And how do you reply to those who say that we need NSA mass surveillance achieved through partnerships between Google and the Nsa, because Isis fanatics are the perfect demonstration that our democracies are in mortal danger?  ®Our democracies are in mortal danger as a result of mass surveillance-enabled totalitarian government: one dominant power faction seizing nearly every significant form of economic and social interaction⁻. By the way, it seems that though they are intercepting billions of people, they are unable to prevent any major attack and even the rise of Isis... ®The primary purpose of mass surveillance is geo-strategic advantage, in fact it is called 'strategic surveillance' internally. The NSA is involved in the interception of entire continents in the same way as in the last 70 years there has been a great game to control the resource of oil and countries involved in it. You can see that recently in Ukraine⁻. You and your staff were able to resist all sorts of pressures: death threats, massive investigations, extrajudicial banking blockade. In your book you tell how you were able to ease the economic pressure resulting from the banking blockade thanks to a strategic investment in Bitcoin. And though confined in the Embassy, you were able to assist Edward Snowden, sending Sarah Harrison to Hong Kong to help him to get asylum. However, you are still in the embassy, Sarah Harrison is in exile, Chelsea Manning is in prison, Edward Snowden has no place to hide, a part from Russia. Do you think we are going to have new Mannings and Snowdens, given these huge prices paid by whistleblowers and by you and your staff? ®Yes, I am quite certain. We intervened and organized an operation to assist Snowden, rescuing him from Hong Kong, because we wanted to set an example that you could reveal such information and keep most of your freedom: that certainly encourages and incentives other whistleblowers⁻. In your book you explain why it is not easy to do a WikiLeaks. How do you look at the attempts by the Guardian and the Washington Post to establish a platform to submit secret leaks? ®I consider a victory that organisations are trying to follow some parts of our model. I don't find those organisations particularly interesting. There are a variety of more interesting smaller players, such as ? BalkanLeaks?, that are trying to use encrypted communication technologies in innovative ways. But the big problem has always been to publish and unfortunately the adoption of encrypted communications does nothing to solve that problem. We have seen the very little that the Washington Post and the Guardian have published of the material they received. The Guardian's editor, Alan Rusbridger, even stated that in the Snowden files there is stuff about Iraq and Afghanistan and they are not even going to read it⁻. The New York Times has the Snowden material, but didn't publish it so far... ®Yes. In total, only some 2 percent of the material has been published. And that is the true problem: encrypted communications

are fine, but you need an organisation that is able to publish with more serious methods: this is a complex multi-jurisdictional technical, legal, sociological endeavour and that is the reason why there is no organisation, unfortunately, that is able to publish in a way that WikiLeaks does. It is still hard to do a WikiLeaks⁻. You dedicated your book to your family ""whom I love and miss very much"". Did you meet them, recently? ®For security reasons I do not comment on this sort of thing; there have been threats against my family⁻. You said: ""What is to be done? The answer is easy.  It has always been easy.  Stop saying ""not in my name"" and start saying ""over my dead body"". That is what we did. It works. Do it"". Looking back, was this worthwhile? ®If you have ideals and want to realise them, you must pay a price, just like if you buy a car, you pay a price for it. To live a purposeful life you need to pay a high price. In terms of my own life, I believe the price paid for things I want to achieve, while not insignificant, is very small compared to the satisfaction that it has given me to achieve something⁻.""

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

FROM THE NEW YORK TIMES:

""" In a letter to the departing European antitrust chief, Joaqu¡n Almunia, News Corporation, whose publications include The Wall Street Journal and The Times of London, said that it was against the proposed antitrust settlement between European authorities and Google."

"?The company has evolved from a wonderfully feisty, creative Silicon Valley start-up to a vast, powerful, often unaccountable bureaucracy,? Robert Thomson, News Corporation?s chief executive, said in a letter to the European Commission. ?This development reflects the exponential evolution from a company that is open to one that is selectively closed and willing to exploit its dominant market position to stifle competition.

"The settlement, which the European Commission said this month did not go far enough to resolve antitrust concerns, was an effort to give Google?s rivals greater prominence in search engine results."

The name-calling between News Corporation and Google follows criticism from several European publishers that say the search engine holds too much power over how information is found online.

"Publishers including LagardŠre Active of France and search engines including Microsoft, whose Bing product holds a small market share in Europe, have demanded that Europe?s antitrust authorities rethink the proposed settlement with Google that has been in the works for five years."

"?We are afraid of Google,? Mathias Dpfner, chief executive of Axel Springer, a German publishing giant, said in a letter to Google?s executive chairman, Eric Schmidt, earlier this year. ?I must state this very clearly and frankly, because few of my colleagues dare do so publicly.

Is Google Evil? 12 Incriminating Facts - MainStreet

"Evil Phone Company When Google Voice came out, many hailed it as a wonderful innovation for phone technology. But one problem with Voice is that it also blocks calls to so-called ""out of network"" areas - usually rural locales which are more expensive to call."
mainstreet.com/slideshow/smart-spending/technology/googl...
mainstreet.com

Why Google Really is Evil |

"Forget the NSA - it's Google you should be worried about. Fox News; Fox Business; Fox News Latino; Fox Business Go; Fox News Radio; Fox Nation; Fox News Insider; ... there's even more evidence that Google is the most evil tech company since Microsoft was, ..."
foxbusiness.com/technology/2014/01/17/why-google-really-i...
foxbusiness.com

Google Is Evil | WIRED

Google's history of anti-social social networks and anti-trust trust relations that deceptively breach online consumer privacy and trust has already begun to threaten its longstanding web hegemony and its vaunted brand.

wired.com/2012/06/opinion-google-is-evil/

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

wired.com

"Google, Evil or Not: Your Best Arguments - GOOGLE IS PAID FOR BY THE CIA AND NSA   Lifehacker"


"Not Evil: As a Big Company, They're Always Going to Offend Someone. One thing many of you pointed out is that Google's come under more scrutiny about the evil banner because they've gotten a lot bigger since they made that original motto."
lifehacker.com/google-evil-or-not-your-best-arguments-15...
lifehacker.com

Why Google Is Evil | Ira Israel - The Huffington Post

"Google had a wonderful search engine but unfortunately has become some sort of perverse game that we are all forced to play. And while the people at Google and their shareholders continue to earn billions, small businesses like mine suffer...."
huffingtonpost.com/ira-israel/why-google-is-evil_b_3716786.html
huffingtonpost.com

What Is 'Evil' to Google? - Yahoo Finance

"From Yahoo Finance: Employees enjoying lunch at the Google headquarters in Mountain View, California Last week, another distasteful use of your personal information by Google came to light : The company plans to attach your ..."
finance.yahoo.com/news/evil-google-181200089.html
finance.yahoo.com

"Lorem Ipsum: Of Good & Evil, Google & China ? Krebs on Security"

"This should have been saved for April Fools, bk. Google uses a scraping engine to feed the machine translation database and what do you think many websites use as placeholders on internationalized pages until translation text is ready
krebsonsecurity.com/2014/08/lorem-ipsum-of-good-evil-google-c...
krebsonsecurity.com

"Don't be evil - Wikipedia, the free encyclopedia"

"""Don't be evil"" is the formal corporate motto (or slogan) of Google. While there have been unsourced allegations that Google dropped this motto, particularly in light of privacy violations, it remains at the very head of Google's Code of Conduct. It was first suggested either by Google employee ..."
en.wikipedia.org/wiki/Don't_be_evil
en.wikipedia.org

What Is 'Evil' to Google? - Ian Bogost - The Atlantic

"Employees enjoying lunch at the Google headquarters in Mountain View, California. Last week, another distasteful use of your personal information by Google came to light: The company plans to attach your name and likeness to advertisements delivered across its products without your permission."
theatlantic.com/technology/archive/2013/10/what-is-evil-t...
theatlantic.com

Why Google really is evil - MacDailyNews -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Google is an ad company with a ubiquitous search engine. They are ruthless and will do whatever it takes to preserve and expand their business.
macdailynews.com/2014/01/18/why-google-really-is-evil/
macdailynews.com

Can We All Just Admit Google Is An Evil Empire? ? Co.Labs ...

"In fact, the notion of what is meant by that phrase has always been a slippery one when used in discussion about Google, but to Google itself, what constitutes as ""evil"" has always been clear: Evil is what Google says it is."

fastcolabs.com/3024789/can-we-all-just-admit-google-is-a...
fastcolabs.com

Is Google Evil?

"When Google went public a year ago, it famously said in the papers accompanying its offering that its motto would be ""Don't do evil."" Here is a company, it publicly proclaimed, that will not only create great technology and deliver big profits to investors, but will do so with a sense of ..."
archive.oreilly.com/pub/post/is_google_evil.html
archive.oreilly.com

BBC - Future - Is Google autocomplete evil ?

"The way Google finishes our sentences during internet searches is corrupting our thoughts, says Tom Chatfield."
bbc.com/future/story/20131106-is-google-autocompl...
bbc.com

"Google's Broken Promise: The End of ""Don't Be Evil"""

"In a privacy policy shift, Google announced today that it will begin tracking users universally across all its services?Gmail, Search, YouTube and more?and sharing data on user activity across all of them. So much for the Google we signed up for. The change was announced in a blog post today"
gizmodo.com/5878987/its-official-google-is-evil-now
gizmodo.com

Is Google Evil? | Mother Jones

"That obsession with privacy may explain Google's puzzling reaction last year, when Elinor Mills, a reporter with the tech news service cnet, ran a search on Google CEO Eric Schmidt and published the results: Schmidt lived with his wife in Atherton, California, was worth about $1.5 billion, had"
motherjones.com/politics/2006/10/google-evil
motherjones.com

Opinion: Is Google redefining 'don't be evil'? - CNN.com

Google recently acquired military robot maker Boston Dynamics; Douglas Rushkoff: Evil is in the eyes of the beholder; people question what Google is up to
cnn.com/2013/12/19/opinion/rushkoff-google-roboti...
cnn.com

David Byrne - Google is Evil - Todomundo!

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Other forums suggest Google is ""forcing"" us to store stuff in the Cloud, presumably where they can get at all our data and then market it to advertisers."
davidbyrne.com/google-is-evil
davidbyrne.com

Don't Be Evil? Google Funding a Slew of Right-Wing Groups ...

"Google, the tech giant supposedly guided by its ""don't be evil"" motto, has been funding a growing list of groups advancing the agenda of the Koch brothers."
billmoyers.com/2013/12/04/dont-be-evil-google-funding-a-...
billmoyers.com

"Is Google evil? - NY Daily News - Breaking, World, US & Local ..."

"Is Google evil? In 2001, just a few years after Sergey Brin and Larry Page formed Google out of a garage, company brass adopted the phrase ""Don't Be Evil"" as a corporate motto and philosophy."
nydailynews.com/news/google-evil-article-1.362384
nydailynews.com

Is Google Really Evil 2014 | Mine Craft Online Resource

"Is Google Really Evil? Or Just Smart? Conference keynote speeches aren't usually very controversial Calacanis proceeded to describe Cutts and Google in terms like, ""liar,"" ""evil,"" and ""a bad partner."""
minecraftpictures.org/s/is-google-really-evil
minecraftpictures.org

Google I/O 2014 Preview: The truth about Google and Evil | BGR

The truth about Google and evil Why the company doing more good for society than any of its rivals can't help but be evil
bgr.com/2014/06/24/google-io-2014-preview-evil/
bgr.com

Google is evil or not?

What have you discovered about google? Post it here for everyone else to read.
google-is-evil.com
google-is-evil.com

Google? Evil? You have no idea | Cringely - InfoWorld

Brace yourself for an exhaustive rundown of Google's master plan and the company's ultimate goal
infoworld.com/t/cringely/google-evil-you-have-no-idea-2...
infoworld.com

"Really, Google is evil now? Let's Get Real. How About Apple ..."

"Really, Google is evil now? Let's Get Real. How About Apple? I just came across this story: Google's Broken Promise: The End of ""Don't Be Evil"""
plus.google.com/107033731246200681024/posts/fWJtC2mb3Eq
plus.google.com
More Links ...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Is Google Desktop Evil?

"But they're stringing up Google like a digital pinata, telling the world that Google Desktop software is evil, in order to get publicity for their cause. Some might even say it's evil."
askbobrankin.com/is_google_desktop_evil.html
askbobrankin.com

"14 ""Is Google Evil  " Tipping Points Since 2001"

"The spin that this ensures many people have access to at least lots of information still doesn't wash in many quarters, especially when Google is self-admittedly evil using its own EvilRank scale."
searchengineland.com/14-is-google-evil-tipping-points-since-20...
searchengineland.com

New Statesman | Is Google evil?

Is Google evil? The online search giant is the internet's greatest success story. But as ever more data is amassed

newstatesman.com/scitech/2009/08/online-search-google-data
newstatesman.com

Is Google Evil 3.0

Is Google Evil 3.0 Presentation Transcript. Is Evil?Joe BuzzangaOct. Google destabilizes governments 22. Evil Empire? 23. Google On Google We're the Good Guys?.
slideshare.net/joebuzz1/is-google-evil-20
slideshare.net

Is Google evil ?

"TechNewsWorld. RANT Let's Just Admit That Google Is Evil Now, Okay. NSA Spying Denials Prove That Google is Truly Evil SiliconANGLE."
softpanorama.org/Security/Internet_privacy/is_google_evil....
softpanorama.org

"Author Asks the Question, Is Google Evil? | "

"""You can make money without doing evil,"" states Google. ""But I don't think Google is a company which is intending to take over the world in some sort of negative sense."""
foxnews.com/tech/2011/05/04/google-evil-author-claims/
foxnews.com

Google: Is Google evil? - Quora

"This is based on Google's famous informal motto, ""Don't be evil"", which some people have said they are now breaking. This is a follow-up question to Is Google a monopoly?."
quora.com/Google/Is-Google-evil
quora.com

Google is evil

"The more people, the more evil. Greater the trickery, eviler still. As I opined in December 2010: ""If there is a devil, a Great Satan of modern technology companies, Google is it""."

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

betanews.com/2012/04/13/google-is-evil/
betanews.com


"RANT: Let's Just Admit That Google Is Evil Now, Okay? - Business Insider"

Similarly evil: Google's attempt to put results from its Google+ social network in search. That wasn't evil so much as a waste of space.
businessinsider.com/google-evil-2012-5
businessinsider.com


Google Is Evil | Facebook

"To connect with Google Is Evil, sign up for Facebook today. Google Trends Dominated By Google Evil, Spying on Drudge, and Prisonplanet.com Censored | Philly2Phi."
facebook.com/GoogleIsEvil
facebook.com


Is Google Evil? | Belinda Pepper

"I didn't know it at the time, but Google is a raging psychopath, particularly adept in the art of emotional abuse. No? Don't agree with me? Hear me out. ""Do No Evil""."
belindapepper.com/is-google-evil/
belindapepper.com


Is Google Evil? The Great Debate

"If Google is evil, then the standard is too high and we are all evil. Why Google acts is more important than how Google acts, and Google acts out of the belief that they are trying to do good."
thenoisychannel.com/2009/02/01/is-google-evil-the-great-debate
thenoisychannel.com


Google mail is evil - privacy advocates ? The Register

"Google has previously responded to privacy concerns by saying, ""we're nice, trust us"" or pointing users to the company's mission statement of ""do no evil""."
theregister.co.uk/2004/04/03/google_mail_is_evil_privacy/
theregister.co.uk


"One policy, one Google experience, even more declarations of evil..."

But I would not base your decision on something as impractical and immeasurable as whether Google is somehow evil.
techrepublic.com/blog/google-in-the-enterprise/one-policy-...
techrepublic.com


Google Is Evil

How evil is Google? Your Senators want to know. Summary: Is Google evil? That's essentially what the United States Senate is going to be trying to figure out over the next few days.
flyingsnail.com/google_is_evil.html
flyingsnail.com


Is Google getting evil? - CNET

"CNET Conversations: Is Google getting evil? 3:32 / November 12, 2009. Google CEO Eric Schmidt talks about whether the company ever regrets its ""do no evil"" policy..."
cnet.com/videos/is-google-getting-evil/
cnet.com

Is Google Evil?

"Right! If Google is Evil, then it will not crawl our sites pages. Infact, since Google was created, lots of people in different countries got a Job."
v7n.com/forums/google-forum/177497-google-evil.html
v7n.com

"What Does Google Mean by ""Evil""? (Aaron Swartz's Raw Thought)"

Evil is a really strong term! Now part of the joke is that Google seems to be using it rather loosely. If you look at their examples of evil deeds...
aaronsw.com/weblog/googevil
aaronsw.com

The Evil Side of Google? Exploring Google's User Data Collection - Moz

Permanent Backup - The final resting place for data at Google is likely in permanent storage. However my head is spinning now around all sorts of different ways to use this data for evil (money...
moz.com/blog/the-evil-side-of-google-exploring-go...
moz.com

How evil is Google? Your Senators want to know.

Summary: Is Google evil? That's essentially what the United States Senate is going to be trying to figure out over the next few days.
zdnet.com/blog/government/how-evil-is-google-your-s...
zdnet.com

Why Google's Driverless Car Is Evil -

"Why Google's Driverless Car Is Evil. We've surrendered out digital lives to Google. Now, with its self-driving program, Google is inviting us to step inside those cars powered by similar technology."
readwrite.com/2013/12/11/google-driverless-car-evil?_es...
readwrite.com

Is Google evil? by Steve Kimmens | Ignite Talk Videos

"An improvised Ignite presentation, made up live based on unseen slides. The audience was asked to choose the topic of this talk, which was ""Is Google Evil  ". Steve Kimmens then made up this 5 minute..."
igniteshow.com/videos/google-evil
igniteshow.com

Inside Eric Schmidt's Lavish Sex Palace -- NYMag

"To be fair, nobody knows for sure exactly what goes on in Eric Schmidt's $15 million penthouse at 31 W. 21st Street. For all we know, the Google chairman ? who is separated from his wife ? just sits there by himself and reads books late into the night."

nymag.com/daily/intelligencer/2013/07/eric-schimdt-...
nymag.com

Google CEO and serial womanizer Eric Schmidt spends 15 ...

"Google CEO and serial womanizer Eric Schmidt spends $15 million on private, no doorman Manhattan penthouse and then has it totally soundproofed"
dailymail.co.uk/news/article-2377785/Google-CEO-serial-wo...
dailymail.co.uk

Google Executive Chairman Eric Schmidt Buys Sex Penthouse ..

"He needs to be dropped out of his sex penthouse window onto his head. Hopefully it is a long, long drop."

eteknix.com/google-executive-chairman-eric-schmidt-bu...
eteknix.com

Eric Schmidt sex penthouse  A Fact-Swarming Wiki

Posts about Eric Schmidt sex penthouse written by Any_Qualified_Editor_Or_Reporter
somosnark.wordpress.com/tag/eric-schmidt-sex-penthouse/
somosnark.wordpress.com

"Married Eric Schmidt, CEO of Google, has sex penthouse in NYC ..."

"Married Eric Schmidt, CEO of Google, has sex penthouse in NYC, seeks 'bikini babes' on Instagram. (Original post)"
democraticunderground.com/10023340965
democraticunderground.com

"Eric Schmidt, Google CEO, owns $15m sex penthouse - YouTube"

"Google CEO Eric Schmidt, the guy you entrust your online privacy to, is clearly a man of passion. Among his interests, the 58-year-old's apparently particularly fond of banging. In addition to the roster of attractive and accomplished women in his life, he reportedly invites just the ..."
youtube.com/watch?v=SmFU9PGeoQc
youtube.com

Google Boss Enjoys $15 Mil Manhattan Sex Penthouse - Valleywag

"Google's chairman Eric Schmidt has a new girlfriend, ... Google Boss Enjoys $15 Mil Manhattan Sex Penthouse. 184,095. 3. Sam Biddle Profile Follow Unfollow. Pending approval Sam Biddle. Filed to: eric schmidt. google; new york; cribs; 7/25/13 10:47am 7/25/13 10:47am."
valleywag.gawker.com/google-boss-enjoys-15-mil-manhattan-sex-p...
valleywag.gawker.com

Here's Google's Eric Schmidt's Sex Pad | The Blemish

Wendy Schmidt has somewhat accepted an open marriage with Google exec Eric Schmidt and he's taken full advantage of that fact with a $15 million sex pentho
theblemish.com/2013/07/heres-googles-eric-schmidts-sex-pad/
theblemish.com

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Wall Street 2 Apartment Now Google Boss's Sex Penthouse ...

"According to a report from the Post, the 31 West 21st Street penthouse that once played the role of Shia LaBeouf's character's apartment in Wall Street sequel Wall Street: Money Never Sleeps, which was purchased in 2011 by Google executive chairman Eric Schmidt for $14.6 million, now ..."
ny.curbed.com/archives/2013/07/25/wall_street_2_apartme...
ny.curbed.com

On the Market: Toll Brothers' Park Avenue Development ...

On the Market: Toll Brothers' Park Avenue Development Revealed At Last; Eric Schmidt's So-called Sex Penthouse; Buyers Demand Apartments Fully Stocked
observer.com/2013/07/on-the-market-toll-brothers-park-...
observer.com

"Google chairman Eric Schmidt: Instagram girls, yachts and a ..."

"Google chairman Eric Schmidt's penthouse, his arguments with Steve Jobs and relationship with Obama"

gq-magazine.co.uk/comment/articles/2014-01/06/eric-schmidt-...
gq-magazine.co.uk

Google Boss Has Amazing $15 Million Sex Fortress: Gothamist

"Hey ladies, let go of your panties and step inside Google boss Eric Schmidt's fully soundproofed $15 million penthouse at 31 W. 21st St., where he keeps up several high-profile affairs, according to The Post."

# Adding up the Lies in The Tesla Department of Energy application:

"Adding up the Lies in Tesla's DOE application: - Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal. - Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for this lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal. - Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal. - Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla was $100,000.00 off on their BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption? - Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With Tesla's at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives. One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead from ""natural causes"". The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as ""deciders"" for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption? - DOE had IBM consulting, in Virginia, do Tesla's ""due

THE BOOK OF TESLA - Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

diligence""". IBM consulting was a contractor to Tesla. IBM Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption? - At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through? Corruption? - Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of Tesla's investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption? - The cost, BOM, time-to-market, range and domestic jobs metrics was lower in Tesla's application than most other applicants. When better ratings got other applicants declined, how did Tesla get through? Corruption? - DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla has sent out PR saying they are repaying their loan many years in the future in order to stop investigations. They have NOT paid off their loan and the facts of sales show no possibility that they will. - Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla hired multiple ""famous auto people"" who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla said they were going to build and sell over 500,000 cars as of today's date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption? More coming, outside investigators and crowd-review people, send in yours

 the life-time of consequences you have to live with if your opposition finds out you did it! D-LA Times"

 --------------------------------------------------------------

# Omerta? : Keeping the Dark Secrets of Dark Money!!!

 "Today's new word is: Omerta' Let's learn: Omerta' https://en.wikipedia.org/wiki/Omerta' The origin of the word is traced (by the OED) to the Spanish word hombredad, meaning manliness, modified after the Sicilian word omu for man. According to a different theory, the word comes from Latin humilitas (humility), which became umirt and then finally omert in some southern Italian dialects.[5] Omert is a code of silence, according to one of the first Mafia researchers Antonio Cutrera, a former officer of public security, that seals lips of men even in their own defense and even when the accused is innocent of charged crimes. Cutrera quoted a native saying first uttered (so goes the legend) by a wounded man to his assailant: ""If I live, I'll kill you. If I die, I forgive you"".[6] The basic principle of omert is that it is not ""manly"" to seek the aid of legally constituted authorities in order to settle personal grievances. The suspicion of being a cascittuni (an informant) constituted the blackest mark against manhood, according to Cutrera. Each wronged individual had the obligation of looking out for his own interests by either avenging himself, or finding a patron?but not the state?who will see to it that the job is done.[6] Omert is an extreme form of loyalty and solidarity in the face of authority. One of its absolute tenets is that it is deeply demeaning and shameful to betray even one's deadliest enemy to the authorities. For this reason, many Mafia-related crimes go unsolved for decades. Observers of the Mafia debate whether omert should best be understood

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

as an expression of social consensus surrounding the Mafia or whether it is instead a pragmatic response based primarily on fear, as implied by a popular Sicilian proverb Cu Š surdu, orbu e taci, campa cent'anni 'mpaci (""He who is deaf, blind, and silent will live a hundred years in peace""). The Italian-American mafioso Joe Valachi famously broke the omert code when in 1963 he publicly spoke out about the existence of the Mafia and testified before the United States Congress.[7][8] In Sicily, the phenomenon of pentito (Italian he who has repented) broke omert. Among the most famous Mafia pentiti is Tommaso Buscetta, the first important state witness who helped Judge Giovanni Falcone to understand the inner workings of Cosa Nostra and described the Sicilian Mafia Commission or Cupola, the leadership of the Sicilian Mafia. Let's use it in a sentence, ie: ""Venture Capitalists and Some Senators practice an Omerta' regarding disclosures about the car money scam"" Omerta
----------------------------------

As Steve Kroft said on 60 Minutes: ""The mafia charges 18%"" on loan scams. For the car loan scam, the bundlers, Venture Capitalists, Sachs and the rest of the insiders charged 20% to 54% ""finders fees"", ""helper fees"", Kickbacks and took it off the top right out of your tax dollars. Even though the car company may have gone broke; John Doerr, and the investment banks grabbed their cash first and took off (after giving part of it back to the Senators that rigged the deal for them in hidden PAC ""donations"") See More on 60 Minutes online: Washington's open secret: Profitable PACs, Episode First Airs: October 20, 2013 http://www.cbsnews.com/video/watch/?id=50157523n and stay tuned for follow-up story in a few months.

### *The Dark Side Of Tesla?s Masterful Short Squeeze* "The Dark Side Of Tesla's Masterful Short Squeeze by: John Petersen | about: TSLA Over the last month and a half I've watched in awe as Tesla Motors (TSLA) pulled off a masterful short squeeze and follow-on financing that has supporters dancing in the streets and fanboy bloggers making all manner of preposterous forecasts. Now that the dust has settled and the irrational exuberance has cooled a bit, it's time to take a calm and objective look at some of the dark clouds that host the silver lining. The Light and Fluffy Q1 Profit Anybody who can read a disclosure document knows that Tesla's Q1 net income of roughly $11 million was a fluke that's not likely to be repeated. Tesla lost about $91 million on its principal business activity of making and selling cars. Its reported net income was solely attributable to events and payments that are unlikely to be a reliable source of recurring future revenue including: ? $68 million in ZEV credit sales; ? $17 million in GHG credit sales; ? $11 million in warrant liability reversals; and ? $7 million in foreign currency adjustments The demand for ZEV and GHG credits arises from laws and regulations. As long as demand exceeds supply, the credits have significant value to automakers that need them. Once supply exceeds demand, however, the credits become worthless. The following 2010 graph from the Natural Resources Defense Council shows that a crossover point between ZEV credit supply and demand will occur this year. While Tesla expects to report additional credit sales in Q2 and Q3, it has clearly stated that the game will be over by Q4 because Tesla and all the other automakers that are building zero emission vehicles will saturate the ZEV credit market. The Whispy Financing Scheme The issue fanboy bloggers have overlooked or chosen to ignore is the negative if not disastrous income statement impact of Tesla's new financing scheme. It's a great deal for consumers who want to drive a Model S and can't afford to write a check. It's a brutal deal for stockholders because all financed vehicle deliveries will be accounted for as operating leases. In its discussion of the financing plan, Tesla's recent Form 10-Q says: ""As a result of the residual value guarantee, we expect to apply lease accounting to these sales which would defer the recognition of the associated revenues over time instead of full recognition at delivery."" The layman's translation follows. When Tesla sells a car for cash it recognizes a $90,000 sale, deducts its cost of goods sold and reports the entire gross margin in the current period. When a new car is financed, the difference between the sale price and the residual value will be spread over the 36-month contract term along with the associated cost of goods sold. So instead of recognizing a $90,000 sale on day one, Tesla will recognize about $3,450 per quarter for a period of three years. Just for grins, let's assume total shipments of 5,000 cars per quarter, an average sales price of $90,000, a gross margin of 25%, and combined R&D, SG&A and interest expenses of $100 million per quarter. The column on the left is stated in thousands and shows how the revenue and expenses would be reported if all buyers paid cash. The column on the right shows how the revenue and expense will be reported if 20% of buyers take advantage of Tesla's financing option. If a 20% financing take rate converts a $12.5 million profit into a $9.1 million loss can you imagine the impact of a 30% to 40% financing take rate? I can't speak for anybody else, but a financing scheme that sells a few more cars but savages current revenues and net income doesn't strike me as all that wondrous. I'm sure that Tesla will do its

THE BOOK OF TESLA. Copyright: original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

level best to draw attention to its balance sheet and cash flow statements which may look OK if Tesla can meet its ambitious cost reduction and gross margin goals, but the ugly income statement headlines will be the first thing investors see and the first thing the market responds to. An even thornier issue arises from the magnitude of the residual value guarantee. Under the announced plan Tesla is guaranteeing a 50% residual value on the first $70,000 of a car's price plus a 43% of any upgrades. For a $90,000 Model S-85 the residual value guarantee works out to $43,600, which strikes me as quite a stretch for an entirely new product class that has no meaningful residual value history. I've heard the arguments about EVs retaining their value better than conventional vehicles despite battery degradation issues. Those arguments generally come from ideologues that are also quick to explain why EV technology will progress by leaps and bounds in coming years while prices plummet. In my mind, the two arguments are mutually exclusive and you can't possibly have it both ways. If the 2016 product offerings from Tesla are significantly better and cheaper than its current Model S, I have a hard time imagining anyone paying a premium price for a three-year old used car with antiquated first generation technology. Since I have a long history of changing out my computer systems every three or four years I know the pain of trying to sell the last generation so I can buy the latest upgrade. Over the short term Tesla can assume whatever it wants with respect to resale value. When a meaningful resale market develops, as it must, Tesla's auditors will have to rely on independent evidence of residual value instead of management's estimates. If the residual value reality proves current estimates overly optimistic, the resulting write-downs to bring Tesla's balance sheet accounts into line with market realities could be huge. The Turbulent Short Squeeze The short squeeze began in earnest on April 1st after Tesla said it would report a first quarter profit without telling anyone that the profit was all nonrecurring fluff. The total short position was 31.3 million shares. Since April 1st an astounding 358.8 million shares have traded as short sellers closed out losing trades and opened new short positions at higher prices. In a frothy market like the one we've seen over the last several weeks, it's highly unlikely that the overall short position has changed significantly. The shorts have simply reloaded at a higher price. At March 30, 2012 Tesla's stockholders equity was $168.6 million, or roughly $1.46 per share. The recent stock offering increased net equity to $532 million, or roughly $4.45 per share. The $85 spread between net equity per share and market value per share represents prevailing expectations that Tesla will be a stellar performer on a go forward basis. As near as I can tell, those expectations do not account for the ugly reality that the ZEV and GHG credit cornucopia is darned near empty and Tesla's magic financing scheme will savage future revenue and earnings. The Ominous Hype Cycle One of my favorite market behavior graphs comes from the Gartner Group and shows the typical market value performance curve for a company like Tesla that's introducing an exciting new product to the market. Gartner calls the phenomenon the Hype Cycle. The process begins when a company emerges from the R&D phase and values climb through the early launch and glowing reports from early adopters. Within a short period of time expectations build to a point where they become irrational. Then the little failures and disappointments start cropping up and the market starts to take a closer look at the substance behind the excitement. In most cases it's a long downhill slide from the peak of inflated expectations. In February of this year I wrote, ""At $4 a share, Tesla would be an interesting speculative stock. At prices approaching $40 a share it's a sucker's bet with limited upside and unlimited risk."" Frankly I was amazed at both the strength of the short squeeze and Tesla's ability to strike while the iron is hot to capitalize on the event. I guess it just goes to show that some suckers bets pay off, but only if the sucker is smart enough to realize that he dodged a bullet and quit while he's ahead instead of going for the double or nothing bet. In light of Tesla's recent financing transaction, I have to update my prior conclusion. I now believe that Tesla would be an interesting speculative stock at a price of $10 to $15 per share. At prices in the $90 range it remains a sucker's bet with limited upside and unlimited risk. Disclosure: I have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article."

## Treasury abd OMB letters and documents reveal Tesla got ""UNJUST REWARDS"".

Taxpayer lawsuit to demand return of all money from Tesla. Senate investigations were revealed in major media nationwide today, disclosing that the Treasury Department and OMB had recorded in documents that Tesla's DOE loan was rigged and that the loan Tesla received ""UNJUST ENRICHMENT"". Multiple taxpayer groups announced plans to file charges in order to have all of the money

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

returned by Tesla, to the taxpayers. For more on this Google: ""Solyndra unjust enrichment investigation""   "

## "1. Elon  Musk  Companies, are they are just scams? | Wall Street Oasis"

www.wallstreetoasis.com/ forums/  elon-musk-companies-are-they-are-just-scams  -      -Highlight

"I have been interested in some of the ideas that  Elon  Musk  has, so I have l been looking into his companies. I have come to the conclusion that  ..."

## 2. Tesla - Capitalism and Carmageddon - Death by Car

www.deathbycar.info/tag/tesla/  -

"Aug 12, 2014 ... Tesla CEO  Elon  Musk  said last month the company continues to review ... A few weeks ago, the publicly maintained  scam  artist  Elon  Musk  ..."

## "3. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes"

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/  -

"May 27, 2013 ... Next, let's congratulate  Elon  Musk  on paying off his half-billion dollar federal loan ahead of time. Finally, thanks to everyone in the country for  ..."

## 4. Elon  Musk  on 60 Minutes: ?I didn't really think Tesla would be ...

www.siliconbeat.com/ 2014/ 03/ 30/  elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/  -

"Mar 30, 2014 ... 1  Elon  Musk  is worth more to the world than a thousand Donald Trumps ...... Tesla is all a BIG  Scam?They will run up the Stock, and sell out just  ..."

## 5. Video:  Elon  Musk  Tells Fox Business That ?Tsunami of Hurt Coming ...

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon-musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/  -

"Sep 13, 2012 ...  Elon  Musk  of Tesla, never one to pull punches, really let loose on this interview that Fox Business just ... How is he getting away with this  scam

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

### 6. Elon  Musk  Is Playing With Fire ? and Tesla May Get Badly Burned ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html  -

"Nov 19, 2013 ... Shareholders have applauded Tesla (TSLA) CEO  Elon  Musk  for ... owners who set their own cars on fire to  scam  insurance companies.  Musk's  ..."

### 7. Tesla's  Elon  Musk  posts data from disastrous New York Times test ...

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review  -      -Highlight

"Feb 14, 2013 ... After a spat with Top Gear,  Elon  Musk's Tesla made sure that it ... of lying and fraud and a rapidly ballooning media and technology scandal."

### 8. Elon  Musk  Replies To Sarah Palin Insult - Business Insider

www.businessinsider.com/  elon-musk-replies-to-sarah-palin-insult-2013-4  -

"Apr 8, 2013 ... Here's What  Elon  Musk  Had To Say About Sarah Palin Calling Tesla A .... fraud and profiteering has got to be at least in the triple-digit billions."

### 9. Tesla's  Elon  Musk  & NY Times: Disturbing Discrepancies On Model ...

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting  -

"Feb 14, 2013 ... 'Revenge of the Electric Car' premiere:  Elon  Musk  arrives in a Tesla ...... shut down tesla motors  scam, before the hydrogen fuel cell vehicles  ..."

### 10. Elon  Musk  Unveils His Latest Taxpayer Boondoggle - Minx.cc

www.minx.cc/?post=342411  -

"Aug 11, 2013 ... But  Elon  Musk  has a big heart, and he will generously make this project .... 29 Space-X is ascam  that hires some clever engineers but Burt  ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

# Pomerantz Law Firm Has Filed a Class Action Against Tesla Motors, Inc. and Certain

Officers -- TSLA Pomerantz Grossman Hufford Dahlstrom & Gross LLP has filed a class action lawsuit against Tesla Motors, Inc. (""Tesla"" or the ""Company"") TSLA -2.22% and certain of its officers. The class action, filed in United States District Court, Northern District of California, and docketed under 3:13-cv-05216, is on behalf of a class consisting of all persons or entities who purchased or otherwise acquired Tesla securities between May 10, 2013 and November 6, 2013 both dates inclusive (the ""Class Period""). This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. If you are a shareholder who purchased Tesla securities during the Class Period, you have until January 7, 2013 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com . To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased. Tesla designs, develops, manufactures, and sells electric vehicles, including its flagship Model S, and electric vehicle powertrain components. The Complaint alleges that throughout the Class Period, Defendants made false and misleading statements and failed to disclose material adverse facts about the Tesla's business, including: (1) Tesla's statements about the Model S's highest safety rating and its lack of prior fire incidents were materially misleading, due to undisclosed puncture and fire risks in its undercarriage and lithium ion battery pack; (2) the Model S suffered from material defects which caused the battery pack to ignite and erupt in flames under certain driving conditions; (3) Tesla's future sales, its next generation Model X introduction, and its stock price were extremely vulnerable to the inherent risk posed by the Model S's undercarriage and battery pack design flaws; (4) Tesla was unable to maintain a level of automobile deliveries sufficient to satisfy analyst concerns and compensate for other declining revenue streams; and, (5) as a result of the foregoing, Tesla's public statements were materially false and misleading at all relevant times. On October 2, 2013, a video of a Model S burning on the roadside was widely circulated, which Tesla attributed to a collision with road debris. The same day, Tesla was downgraded by an analyst who pointed to significant execution risks it faced. On this news, Tesla shares declined $12.05 per share, or more than 6%, to close at $180.95. On October 28, 2013 a second Model S fire occurred in Mexico, which Tesla blamed on the car's rate of speed and its crash into a tree. On this news, Tesla shares fell $7.32 per share, or more than 4.3% to close at $162.86 on October 28, 2013. Tesla's stock closed at $176.81 on November 5, 2013. That day, after hours, Tesla announced its Q3 2013 results, which failed to meet analyst expectations on key metrics, including rate of vehicle deliveries. On November 7, 2013, Tesla confirmed a third Model S fire, caused by impact with road debris during normal driving conditions. On this news, Tesla shares opened at $154.81 on November 6, 2013 - $22.00 per share (12.44%) lower than the prior day's closing price, and declined on November 6-7, 2013 to $139.77. The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com ."

### *WHY WE NEVER GOT OUR JETPACKS!*

"- Special Interest Groups Always Kill The Great New Technologies - Organized ""Suppression"" Counter-lobbyists and ""Hit Crews"" exist in each industry that makes billions off of consumers. ie: Oil spends billions killing electric cars; battery industry spends billions killing fuel cells, railroad industry spends tens of millions killing suppliers not in ""the group"", etc... - Many ""THINK TANKS"" are actually ""CONTROL-THE-MARKET-TANKS"" as revealed in this NY TIMES Article. IE: The EPRI ""THINK TANK"" controls what gets into (AND STAYS OUT OF) the Energy Industry. Free Geo-magnetic energy for all? FAH-GED-ABOUT IT! - Many inventors killed in the media and by actual bullets and poison. Too many to be a coincidence; Chiely, Conley, etc... - One investigation details group hit: first for video innovation, then cheap homes innovation, then energy innovation, then free internet innovation. Same attackers in each case - Another investigation reveals the actual communications and deals between 3 Silicon Valley VC's who planned the execution of a technology company that competed with their portfolios. - ""Technology

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g...

Suppression"" is an actual thing - Silicon Valley billionaire cartel sought to shut down patent system in order to halt independent inventors - Banks, Insider Trading Senators, VC's & Special Interest Groups do the suppressing to monopolize profit chain - They killed U.S. innovation and removed world-improving products from market - Government grants and ""loan programs"" kill more new technologies than help them because they are rife with cronyism - Biggest loser: Citizens. All voters encouraged to write their representative and demand ""REAL SUPPORT"" for small American Innovators. Demand felony charges for acts of suppression


# Dianne Feinstein Husband rail industry stops technology to prevent derailments


By Robert J. Ahern        Stage 8


 "The screech of a train derailment shattered the silence in the woods near New Unionville, Ind., last October. Fourteen cars filled with coal, weighing 140 tons each, went off the rails, another victim of a failed wheel bearing. Two years earlier, failed bearings caused a much larger accident near Portland, Ore. Derailed freight cars shredded 2 « miles of track before smashing into two parked fuel tankers carrying ethanol, which ignited and forced a community evacuation. Failure of wheel bearings ? the round, metal rods inside a railcar?s wheel assembly that help the wheels roll smoothly ? are the nation?s third-largest cause of train derailments, according to a 2012 University of Illinois study. Only broken rails and track irregularities cause more accidents each year. Rail travel, for both freight and passengers, is safer now than it has ever been. Yet problems persist. Bearing failure is one; accidental uncoupling is another. Innovative companies have devised solutions. Unfortunately, the railroad industry has been hostile to remedies that come from beyond its closed culture. This stonewalling puts American lives and freight at risk. Companies such as Stage 8 Locking Fasteners of San Rafael, Calif., and Columbus Castings of Columbus, Ohio, have promising technologies and are hoping the federal government can help clear the way for them. Legislation is pending in Congress that would require the Federal Railroad Administration ? the government agency that oversees the rail industry ? to adopt and enforce mandatory safety standards that would ensure bearing failures, decoupling and other accidents do not happen. This would permit railroads to use any technology ? from inside or outside the industry -- that meets the standards. In the strange case of Columbus Castings, the Ohio firm ? a railroad industry outsider, despite being the nation?s largest steel foundry ? created a product called the Z-Knuckle, which prevents accidental uncoupling. The Z-Knuckle met the railroad industry?s newly created standard for such devices. But in an remarkable twist, because the Z-Knuckle was the only device that met the standard, the industry refused to authorize its use. Instead, it chose not to enforce its own standard. Bearing failure caused 257 U.S. derailments between 2001 and 2010, with more than 1,700 cars skipping the tracks, the University of Illinois researchers found. This led to millions of dollars in lost freight, cleanup and track repair costs, not to mention the tragic loss of life. These derailments happen because the screws holding the bearing end caps -- which maintain proper tension in the bearing -- vibrate loose after thousands of miles of service. The rail industry has tried for 50 years to devise a reliable screw-locking technology of its own, but to no avail. The best locking system the rail industry has been able to come up with still allows a failure rate of 23 percent, which means that nearly one out of every four wheel problems is caused by loosened screws. In 2009, Stage 8 invented the Cap Screw Locking System designed to keep rail car wheel screws from vibrating loose. But then it ran into the rail-industry bureaucracy. All new products that companies want to market to the nation?s rail carriers must be approved by the American Association of Railroads (AAR), the freight rail industry?s powerful trade group. The organization withheld approval for years, blocking the new product that would threaten the revenue stream of bearing-replacement suppliers. Stage 8 continued to hack through the red tape until the AAR set up another hurdle: A field test intended to prove the device?s flaws. But after 150,000 miles of the AAR?s own testing on rail cars, the locking device showed no failures. It was a complete success. In 2010, the railroad industry spent $223 million to repair and replace wheel sets because of screw loosening. The Stage 8 device would not only wipe out that expense, if it were installed on every freight car in the U.S. over a seven-year roll-out period, a reliable analysis shows that the rail industry would save nearly $1.1 billion. Many companies

THE BOOK OF TESLA - Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

have created groundbreaking solutions to problems that have dogged the railroad industry for years. Congress should act on their behalf ? and on behalf of the railroads themselves and their many users ? to help make America?s railroads safer. Passage of legislation would repair the railroad?s broken system. Ahern is director and executive vice president of Stage 8 Locking Fasteners Inc. "

# Killing Mike Chieky: Silicon Valley VC's want total control of ''Green Energy", but only their version, so they ?kill? off the outsiders!"

"The Verge published an article, today, by a writer who, his targets say, is ?a hired character killer?. The article covers a prolific inventor who is painted as a ?criminal? because he has invented ?too many things?. The writer clearly set out to do a malicious hatchet job on the guy, including fake post-story blog comments by the same attackers. Let?s look at both sides of the case. The price of being a creator is high, but the price of conflicting with the Silicon Valley VC?s is PR death.. or, in the case of Gary Connely, Real death (SEE THIS LINK)! (An investigation charges Silicon Valley VC?s with causing, or ordering, his death. The story is almost the same as Chieky except Connely ended up with a bullet in his head) Chieky built and sold a number of things for a few decades; like Edison, Tesla, Marconi, and tens of thousands of other inventors. As with all people gifted with the use of more brain than the rest of us, he was abrupt and had poor social skills, like Facebook?s Mark Zuckerberg, featured in films as a hopeless socio-pariah. The writer had no ability to comprehend the way that Chieky communicates and paints him from an acrimonious perspective without giving Chieky any response outlet or counter-point within the story. The writer clearly didn?t want to hear feedback from Chieky, or his partners, he wanted to ?kill?. Giving the writer the benefit of the doubt: So what if Chieky was a dick in his personality style. Steve Jobs is famous for being a dick. Half of the Google execs are screwing their staff and cheating on their wives in glorious ValleyWag technicolor dick-ness. Larry Ellison is glorified for Dick-hood. Being A DICK IN SILICON VALLEY seems to be the main ingredient to success. So why destroy Chieky for using short sentences and speaking efficiently without platitude embellishment, as autistics do? There are a vast number of pictures of Steve Jobs with an equally bad haircut and eye-glass selection as Chieky. Did Jobs deserve to die for that? Does Chieky? Chieky is autistic, according to his ex employees. Should Ben Popper be destroying the lives of war veterans that have no legs? Should Ben Popper be destroying the life of Mark Zuckerberg because he has Aspergers Syndrome? Do only those in the Frat boy club get a pass on not treating their disability as a sin? What publisher let?s his staff write and deliver stories that tell disabled American?s that they will never be looked at as actually enabled in special ways? Chieky spent his life creating and building things to improve the lives of American?s, and people around the world, and this is how we pay him back? All of his inventions are for the greater good. One article like this ruins one?s life forever. Did Chieky actually deserve it? Where is the counterpoint. If Chieky actually is ?evil? as the article says, then let?s string him up. But if the author is evil, then re-size the noose. Where is the counterpoint from Chieky and his representatives to the charges in the article? Chieky seems to have made the mistake of crossing the path of these ?GREEN ENERGY VC guys (SEE THIS LINK)! and accidentally competing with these particular VC?s grand schemes for controlling ?clean energy resources?. Do Draper, Khosla, Perkins, Doerr and the rest, get to destroy those that are not in ?the frat boy club? with impunity? Chieky is terrifying to the Silicon Valley VC?s because he has 1.) a proven history of inventing things that obsolete their older investments, 2.) a proven history of getting funded and 3.) a proven history of launching products. The three skills that no Stanford frat boy VC can stand? because they can?t do it. The VC?s are little money automatons and not ?creators?. The VC?s can only grub up cash from pension funds and banking groups as they follow each other like sheep. So the article uses these classic takedown ?hit? techniques (HERE) Alas, The Verge published the article in all countries and thus gives Chieky the right to file defamation lawsuits overseas, where there are no SLAPP laws protecting tabloids. Cyber bully laws can now be enforced in a large number of states and countries. Writer Popper may have also violated ADA laws. Let?s see how the story evolves? Chieky is either a crook or a targeted victim but let?s have a trial, with ALL of the evidence, before we lynch him. Shell- HUFFPO ????????

THE BOOK OF TESLA- Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# HOW THEY KILLED THE ELECTRIC CARS

"By AW ""Summary - These people really, actually, killed the electric cars (AKA: ?The Dirty 7?): - Senators with Insider Trading Deals -              Campaign Financiers with Investments in Competing Areas - Venture Capitalists with Competing Investments -              The Steel Industry (because electric cars avoid using steel) -              The Unions (Because they have certain deals with the ?old? car companies) - The Oil Cartel -              The Detroit Auto Cartel   "

 The steel industry has a kick-back scheme with Detroit and a large number of Senators
 The oil industry has a kick-back scheme with Detroit and a large number of Senators
 The auto unions have a kick-back scheme with Detroit and a large number of Senators and Party Officials

 "Chrysler, Ford & GM have kick-back schemes between a large number of Senators, The oil industry and the steel industry"
 None of them make any money with electric cars so they don?t want any electric cars

 "GM, Ford & Chrysler manipulate funding, marketing, laws and politicians to hold off the electric car market on behalf of themselves and their steel and petro-chemical cartel partners."
 "Electric cars don?t use much, if any, steel so the steel industry feels it can keep billions of dollars for itself if it stops electric cars. The steel industry gets billions of dollars of contracts from Detroit which it pays back to some Detroit boards in repercussive stock and supplier arrangements."
 "Electric cars don?t use petroleum products so the petroleum industry feels it can keep hundreds of billions of dollars, for itself, if it stops electric cars. The  petroleum industry gets hundreds of  billions of dollars of contracts from Detroit which it  pays back to some Detroit boards in covert ways."
 "Using a complex series of tactics deployed by hundreds of hired operatives, ?consultants? and shills and costing Detroit over $16 million per year, this ongoing strategic interdiction plan has been very effective; until the internet came along."
 "Here is their playbook. Here are the details about how they do it. If you think it is how your world should work then you do not need to do anything, If you think it is wrong then you need to use all of the same techniques that they use to end it. If you think this is over-the-top or not credible then you need to think about what you think people might do to control trillions of dollars of profit and political power. Since you probably cannot even imagine that world, yet you know it exists, then you might want to help fix it:"

 "   THE DIRTY 7?S PLAYBOOK: Targeted Blockade Efforts  ? All of the groups at the top of this report get together, via their lobbyists, and undertake coordination of all of the efforts listed below? Department of Energy Manipulations  ? Documents have been uncovered which show that the Detroit Big 3 co-authored and lobbied the laws and decision process for DOE funding. The Big 3 represent that they are ?competitors? but they conspire to direct all money to only themselves in auto funding efforts with tax dollars. Rahm Emanual, while working as head of the White House, is said to have given Steven Chu a  ?do Not Fund?  list prepared by Detroit and Campaign Backers. Lobbyists  ? It costs $50,000.00 to $150,000.00 to buy any politician in Washington. There are only 32  people, at a time,  you need to buy in Washington to change policy and laws that affect hundreds of millions of citizens. Buying is accomplished with cash, sex, tickets, plane trips, meals, after-Washington (?private sector?) kick-back jobs , lawyers, access, mortgages  and other secret trades. Tucker-izing  ? The Tucker incident was a grand example of a car company ?take-down?. See the Francis Ford Coppola Movie: ?A Man and His Dream? for a set of classic playbook tactics Fake ?White Papers?  ? Lobbyists write white-papers or hire McKinsey Consulting to write white-papers that are made to look academic but are really a series of shill documents skewed to try to trick politicians into voting for kickback schemes to campaign backers and Detroit Staged Venture Capitalists  ? Silicon Valley and NY VC groups organize to agree to not fund any but a few select companies that they control. They still take pitches from all of the other players so they can steal ideas and technology Shill Pundits  ? Lobbyists who pretend to be subject experts and appear on TV and radio to say the

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

same sales pitch/mantra over and over to embed falsehoods in the mind of the public Shill Bloggers  ? Lobbyists who pretend to be subject experts and advance on blogs to say the same sales pitch/mantra over and over to embed falsehoods in the mind of the public Corporate Saboteurs, Moles, Honey Traps & Spies  ? Over 500 Corporate Saboteurs, Honey Traps & Spies work in Silicon Valley alone. They are actually escorts, private eyes and undercover lobbyists. They are hired to infiltrate a competing company and cause a staff ruckus, prep a hostile take-over or get the CEO in a lawsuit. They try anything to slow-down or sabotage the new technology that is competing with the ?Dirty 7? above. Controlling the Battery Industry  ? VC?s bought control of the battery industry and ore supplies in order to create their own cartel Goldman Sachs  ? False front organizations which appear to be one thing are actually manipulating funding, public policy and media coverage, ie: McKinsey, EPRI, Goldman Sachs, Lobby Groups, Banking Groups, Venture Capital Groups Shill ?Reporters?  ? The key tactic is to make the public think that the EV market is  crashing or is not being accepted by the public. This is accomplished by making sure every car is too expensive or too hard to fuel so that the public will not  want one, under the current synthetically generated limits. Trade Industry Blockades - (SEE THIS STORY) Penalty & Discouragement Laws created by Detroit Lobbyists  ? Making laws that only Detroit Cartel members can meet. Green-Washing  ? A thing that is very deadly, explosive, toxic, impossible to dump safely, etc. (ie: Lithium ion) is branded and PR-hyped as a ?green?-thing or ?Cleantech?. Ie: Detroit said they needed more money because nobody was buying their cars so they told DOE to say they would give them free tax money to make ?green cars? they never intended to market. Building ?See-It-doesn?t work? anti-EV?s  ? Car companies, who really don?t want to build electric cars, will build a few and either price them out of market interest or create a failure point so that they can say: ?oh well, we tried, see it doesn?t work, back to gasoline then!? Manipulating the stock market  ? By having the same investors in the Dirty 7 also be the same investors in the media companies and internet companies who control public information, the 7 can delete any negative news and push only positive news about their cartel products (ie: Tesla/Google) White House ?Consultants?  ? Steve Rattner (Indicted), Steven Chu (Under Investigation) or certain ?Expert Executives? that are part of a cartel get ?appointed? as ?advisers? so they can manipulate the taxpayer money from within the system Controlling the Unions and their Votes  ? Senior Washington Executive Staff go to the unions and say? If we give your associated companies, that hire your members, a bunch of money will you make all of your members vote for our party/candidate/bill?? The GM EV1 ? Ahead of it?s time, consumer raves, killed off because it was too successful Fake science papers  ? Lobbyists write papers or hire McKinsey Consulting to write white-papers that are made to look academic but are really a series of shill documents skewed to try to trick news editors into creating articles and news stories which skew to support kickback schemes to campaign backers and Detroit Anti-Advertising  ? An example of this is the Chevy Volt ad showing the Volt being driven into a gas station for the owner to use the bathroom and then the owner getting abused and harassed by the other customers. For millions of dollars of ad buys and video production, the main subliminal message is that you will get harassed if you buy the car and you associate it with bathroom urges. Chevy and Madison Avenue knew EXACTLY what they were doing. You don?t spend millions on ?focus group ad response research?, as shown in the UI/UX research budget for this ad, without knowing it will have a negative effect ahead of time. Manipulation Front Organizations  ? False front organizations which appear to be one thing are actually manipulating funding, public policy and media coverage, ie: McKinsey, EPRI, Goldman Sachs, ? Plug-in America?, Lobby Groups, Banking Groups, Venture Capital Groups"""


# GRANTS AS CAMPAIGN KICKBACKS: Companies run by biggest donors have won millions in state grants: records

"EXCLUSIVE: At least seven companies that received a total of $15.25 million in grants from state Regional Economic Development Councils are linked to $1.25 million in donations to Cuomo?s campaign treasury since 2010, the records show."

"BY Glenn Blain , Kenneth Lovett "
NEW YORK DAILY NEWS
"ALBANY ? Several companies run by big-time donors to Gov. Cuomo have won millions of dollars in state

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

economic development grants since he took office, state records show. At least seven companies that received a total of $15.25 million in grants from state Regional Economic Development Councils are linked to $1.25 million in donations to Cuomo?s campaign treasury since 2010, the records show. One of those companies, Taylor Biomass LLC in Orange County, was awarded $1 million in 2013 to build a waste-to-energy facility. Its president, James Taylor, gave Cuomo?s campaign more than $100,000 since 2010, including $34,000 this year, campaign finance records show. And the company and its affiliates gave Cuomo another $50,000, including $12,500 this year. In another case, BFC Partners, of Brooklyn, won $3.5 million in 2013 to construct Empire Outlets, a planned development on Staten Island featuring 100 designer outlets and a posh hotel just steps from the ferry terminal. BFC donated $25,000 to Cuomo?s campaign in 2014, the year following the grant. And three of the company?s partners, Donald Capoccia, Joseph Ferrara, and Brandon Baron, have ponied up a combined $81,500 since 2010."

 New York Daily News; Photo by Chester Higgins Jr./The New York Times

 "Cuomo aides said the grants cited by the Daily News represent a fraction of the more than 2,600 projects awarded $2.2 billion in funding since2011 under the Regional Economic Development Council program. The aides also said the governor?s office has no formal role in selecting who receives the awards. The projects, they pointed out, are recommended by the 10 regional councils, under a system Cuomo established in 2011 to create competition for the hundreds of millions of dollars in state funding distributed each year. The Cuomo-controlled Empire State Development Corp. scores the recommendations and picks the winners, which Cuomo typically announces in a public ceremony. Cuomo aides said the process is far better than the old ?member item? system in which state legislators picked projects in their districts to fund, without much vetting. The aides also argued that some donors to the governor applied for project funding but did not receive grant money. ?To suggest any conflict or connection here is absurd as the recommendations for all of these projects are made by local community representatives,? said Cuomo aide Melissa DeRosa."

 "http://bfcnyc.com/ In another case, BFC Partners, of Brooklyn, won $3.5 million in 2013 to construct Empire Outlets, a planned development on Staten Island featuring 100 designer outlets and a posh hotel just steps from the ferry terminal."

 "Cuomo aides said several of the companies cited by The News, including Taylor Biomass, received state and federal funding for other projects in the past. Some of the grants, they said, funded projects that already were under way before Cuomo even became governor. In one case cited by The News, a $2 million grant for the Dover Knolls Development, a plan to renovate an abandoned psychiatric hospital in Dutchess County, was withdrawn when the developer sold the project. The company, its parent, Benjamin Millennium Group, and assorted affiliates contributed a combined $271,700 to Cuomo, and the company?s president at the time, Alvin Benjamin, gave $25,000 in 2011. Bill Mahoney, of the New York Public Interest Research Group, said the awarding of grants tied to donors raises questions. ?Businesses rarely contribute to candidates for purely altruistic reasons - in most cases, they're hoping to help their bottom lines,? Mahoney said. ?If Gov. Cuomo had fulfilled his promises to overhaul the campaign finance system, perhaps there wouldn't be concerns over decisions like these."


 **"ALL OF THE ""WINNERS"" OF THE DEPARTMENT OF ENERGY FUNDING UNDER OBAMA'S STEVEN CHU WERE THE BIGGEST OBAMA CAMPAIGN DONORS AND FRIENDS OF CHU. ALL OF THEIR BUSINESS COMPETITORS WERE KICKED OUT OF THE PROGRAM. "**


 "The system is rigged against the little guy. A true technical innovation company, who has not signed onto the bribe programs, will never have a chance."

 "That is why you always see the ""same old crap"" from the same old-boys clubs getting the grants, and ""never any new technology that would actually make a difference"""", Said Arnold Wester of The Inventors Alliance The FIX IS EASY! WRITE YOUR ELECTED OFFICIALS, HERE (AT THIS LINK) and DEMAND a law in EVERY STATE that makes it illegal for any group who has a connection to campaign funding to receive a state or federal grant! Easy!, DONE!   "

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**Recognizing the problem**

**The problem is easy to recognize.**

"Step one: Does your City, State or Federal group offer a grant program, application-based funding program or other program which gives tax dollars to outside entities? Step two: Have you had this, or a similar program, in operation for more than a year? Step three: When you line up a list (LIST A) of the past ?winners? alongside a list (LIST B) of their campaign contributions, lobbying expenditures, gifts and incentives; are the curves of each of those lists ?strangely? the same? If the answer is Yes: THEN YOU HAVE THE PROBLEM!   "

**The General Process Issues**

"  Over 30 ?green?, ?cleantech? companies were put out of business by the DOE ATVM/LGP program. Many more companies, in each state, were terminated by the ?efforts? of the officials of those states. Some were intentional terminations because they competed with contributor?s business interests and some were terminations caused by mismanagement of the grant process. :: Most grant programs ostensibly seek innovation and better solutions. BUT: Most ?winning applicants? end up being big old companies who supply the same old thing who generally usually ?win? the ?contests?. :: True innovators are scientists, chemists, physicists and engineers. They do not know about, have the skills for or have the aptitude for generating political documents. BUT: Big old campaign contributor companies have rooms full of grant writers and spin doctors who can conveyor-belt out, political grant document-after-grant document, with all of the checklist items in carefully mnemonically metricized catch-phrases, but they offer no innovation. :: Big campaign contributor ?winners? have big teams of people that go around and ?work the system? (promise or imply incentives). These teams are smiley, golden-ratio faced, out-going personality-type PR people. BUT: True innovator scientists, chemists, physicists and engineers are, more often than not, socially awkward and uncomfortable with that sort of PR pretension and they avoid working the system. :: If one wants to pay off campaign contributors then these ?contests?/?grant programs? they actually are a great way to provide ?kickbacks in plain sight?. BUT: In the age of the Everybody-Can-See-Everything internet, the public is now pretty much aware that this is what is going on, ie: http://www.youtube.com/watch?v=CHiicN0Kg10 http://youtu.be/CHiicN0Kg10 Reality: If a City, State, Federal or NGO group wants true innovation solutions to public problems and issues, then they need to recognize that their grant programs, award programs and public funding programs are, in most cases, set-up to accomplish exactly the opposite!"

**One Perspective- From Tesla's Former Marketing Head**

"  ?Siry Slams DOE Loan Program For ?Stifling Innovation? By Edward Niedermeyer   in ?THE TRUTH ABOUT CARS? Former Tesla PR honcho Daryl Siry lays into the Department of Energy?s Advanced Technology Vehicle Manufacturing Loan program (ATVML) at Wired?s Autopia blog, taking the $25b program to task for ?stifling innovation.? At its core, his argument is a simple one: Startup companies that enjoy DOE support, most notably Tesla Motors and Fisker Automotive, have an extraordinary advantage over potential competitors since they have secured access to capital on very cheap terms. The magnitude of this advantage puts the DOE in the role of kingmaker with the power to vault a small startup with no product on the market -? as is the case with Fisker ? into a potential global player on the back of government financial support. As a result, the vibrant and competitive market for ideas chasing venture capital that has been the engine of innovation for decades in the United States is being subordinated to the judgments and political inclinations of a government bureaucracy that has never before wielded such market power. All of which sounds very TTAC? in fact, our lengthy Bailout Watch series began with a similar analysis of the ATVML program (albeit with a Detroit-focused twist). Unfortunately, Siry?s intentions in this case are questionable? as are his conclusions. At the very bottom of his editorial, Siry reveals himself to be a ?special advisor to Coda Automotive,? the EV startup born from the ashes of Miles Electric Vehicles. That Coda has not sought an ATVML handout (because all its manufacturing is done in China) is presumed to give Siry a free pass on conflict-of-interest questions, but Siry?s critique relates directly to the private capital market as well. Siry writes: The proposition is so irresistible that any reasonable person would prefer to back a company that has received a DOE loan or grant than a company that has not. It is this distortion

THE BOOK OF TESLA... Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

of the market for private capital that will have a stifling effect on innovation, as private capital chases fewer deals and companies that do not have government backing have a harder time attracting private capital. This doesn?t mean deals won?t get done outside of the energy department?s umbrella, but it means fewer deals will be done and at worse terms. Translation: Coda can?t raise funds without DOE backing, a reality the company petulantly hinted at in the most recent post on its corporate blog. There, the company lashed out at analyst suggestions that DOE loans would be best spent on established automakers, and now Siry is bashing the DOE?s ?kingmaking? of ?small startups with no product on the market.? So which is it? The answer can be found in Siry?s conclusion: A potential solution to this problem may seem counter-intuitive. The best way to avoid market distortion would be for the DOE to cast the net more broadly and provide loans and grants to a larger number of companies ? which ironically means being less selective. Subject to the existing equity matching requirement, this would allow the private markets to function more effectively in funding a broader range of companies and driving more innovation. Several innovative companies with great potential have been in the DOE pipeline for many months. Perhaps it is time for the DOE to stop playing favorites and start spreading the love. Give out money to more firms, less selectively. What a plan. But if Siry is suggesting that Coda Automotive represents the kind of ? innovation? being ?stifled? by the ATVML program, he?s able to see far more innovation in selling an electrified Chinese Hafei sedan with 100 miles of range for $45k than we do (he doesn?t explicitly, preferring Aptera as a poster child for stifled innovation). The reality is that the EV sector is crammed with as many hucksters and wannabes as legitimate innovators, and ?spreading the love? is more likely to result in wasted investments. In theory we agree that DOE ?kingmaking? distorts the market, and elevated some questionable firms to near-player status? but interpreting those results as a reason for the DOE to be ?less selective? with its lending makes even less sense. Unless, of course, you work for a firm that might benefit from lowered loan standards. As a lesson in the ATVML?s unintended consequences, Siry?s editorial is dead-on. As a roadmap for future DOE policy, however, it comes up way short. Posted in Electric Vehicles, Government, Green, News Blog Tagged as ATVML, Coda, DOE, electric car, EV, Fisker, Tesla ?   "

**The Solutions- Part 1**

 1. Go to greater lengths to find the small innovators and let them know about the program. Sending a general email out to ?the usual suspects? doesn?t cut it.

 "2. Provide a dedicated small innovator advocate, in each funding program who is missioned to assist the small innovator companies. Make them call, and email, each one personally."

 3. Fire that advocate if more than 3 small business groups prove that they are compromised.

 "4. For any applicant with less than 10 staff, YOU, verbally interview them and fill out the forms for them. They do not have the staff to do it. You place them in a ?no win? situation by even offering these grant opportunities, they all know it by now and so almost none of them apply any more unless they just formed their company. After the first burn, when they realize the cards are stacked against them, they won?t waste their time again."

 "5. Make the application as simple as possible. One of the richest people in the world: Bill Gates, and his wife Melinda, decided to give away quite a lot of money in grants. They had the resources to test, validate and prove what the best kind of grant application is. What did they figure out for the Grand Challenge: That they just needed a TWO PAGE APPLICATION. They have used this for years, it works great and has funded some of the greatest innovations in the world."

 "6. Announce who your reviewers are, by name and affiliation. Just like the law now requires for financial writers. State ANY positions your reviewers have in any companies related to the industry involved in the grant."

 "7. Post the reviewer results online. Allow the transparency to have their assumptions, or comments challenged to prove the game isn?t rigged."

 "8. Does the world seem to be in disarray? Does every news cycle seem like there are more and more problems and more and more people complaining? IT ISN?T TRUE! The same amount of disarray and problems exist today as have existed over the last few centuries. BUT NOW EVERY VOTER CAN SEE EVERYTHING. While the internet has brought us awful things like cyber-bullying child suicides and the hacking of everything, it has created a transparency that will never go away. The toothpaste is out of the tube. Organizations need to accept the

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

fact that corruption only works in darkness and the internet has lit up everything. If old systems of reward exist to pay back donors, it can now be found out by a bored soccer mom or an out of work construction worker with a notebook computer, and there are millions of them. Change up any systems that could be rigged because we live in an age where those sorts of things can come back and bite you during your current career cycle. The FBI is much tougher on these sorts of things these days."

"9. News Media now have databases equal to those of the NSA. New online media outlets have been starting up in great quantities, lately, using ?big data? story research engines. They can track every connection of every applicant, executive and associate and other party in a very short period of time. Just read the detail they have gone into about CGI Federal, the company that screwed up Obamacare, and their staff, ownerships, personal relations, etc. Plan on transparency in the new world. It has arrived."

"10. To repeat, however efficiently you think your application is written: YOUR APPLICATION PAPERWORK IS TOO LONG. The DOE spent more money and resources on due diligence and had more application paperwork for their ATVM/LG and other loan programs THAN ANY COUNTRY HAD DEVOTED IN HUMAN HISTORY! Yet we had the stunning failures of Abound, A123, Fisker, Solyndra, etc.. etc

"11. Hold three online web conference for 1.) Under 10 person companies 2.) Under 20 person companies 3.) The big guys. Give each segment a chance to comment, ask questions and get informed within their peer group."

12. Publicly identify revolving door staff.

"13. Allow for a challenge process for any member of the media or applicant groups to challenge a decision and correct, or comment on, erroneous data."

14. Don?t rig the stock market or investor market by setting up financing that makes your organization cause outside investors to wait until they see your term sheet like DOE did.

"15. Provide a CrowdFunding support resource in all new funding from now, forward. The SEC has made CrowdFunding fully legal now. Allow Crowdfunded offsets and co-promote them using your agency PR resources."

16. Don?t use the ?delayed review? tactic to try to put contributors competitors out of business by stringing them along until they run out of cash. The media has covered this tactic in great detail and new laws allow those who got strung out to sue you and win if they catch you.. and it is easier to catch people these days.

17. More Solutions coming?


## "Is the US system rigged for the rich? (Canada, dollars, high ..."


"... the federal government naturally favors those who pay the most taxes ... The only specific information I have on these programs is regarding the Pell grant due to looking it up for another thread ... do you really think the government is rigged for the rich?, Politics and Other ..."
city-data.com/forum/politics-other-controversies/116014...
city-data.com


## COPS Reform: Why Congress Can't Make the COPS Program Work


But the game is rigged. Rather than crafting COPS 2.0 to ensure that COPS ... The Politics and Implementation of Intergovernmental Grants. Federal programs based on seemingly sensible ... The Heritage Foundation evaluations have uni?formly found that federal COPS grants had little to ...
heritage.org/research/reports/2008/09/cops-reform-why-...
heritage.org

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Public Group Requests Audit of Federal Grants to Department ...

Programs; Schedule. AM 670 Schedule; FM 89.9 Schedule; About Us. About KDLG; KNSA Unalakleet; Staff; Awards; Bristol Bay; Dillingham Schools; ... Public Group Requests Audit of Federal Grants to Department of Fish and Game. Share. Tweet. E-mail. Print. By Thea Card
kdlg.org/post/public-group-requests-audit-federal-...
kdlg.org

## Commissioners reject Sustainable Communities initiative

"""Gentlemen, that is the most rigged group of screws I have ever seen in my life,"" Rogers said. ... O'Connor has often criticized state and federal grant programs and reliably voted against the county's acceptance of grants, ..."
blueridgenow.com/article/20120226/ARTICLES/120229806
blueridgenow.com

## Controversies - Homeland Security Grants Rigged to Favor ...

"Homeland Security Grants Rigged to Favor Religious Groups. Back to News - Tweet. Wednesday ... -oriented groups have the best shot of receiving funding from the Urban Areas Security Initiative Nonprofit Security Grant Program, ... Federal Election Commission, with 3-3 Votes, ..."
allgov.com/news/controversies/homeland-security-gran...
allgov.com

## Hawaii Loses Federal Grant For Early Childhood Learning ...

"Hawaii is one of only ten states that does not fund preschool programs. And budget cuts in recent years, have made ... Hawaii Loses Federal Grant For Early ... are you surprised? Watch this video for all the proof you need that some of your favorite shows are rigged. Rating: 5. Views ..."
bing.com/videos/watch/video/hawaii-loses-federal-g...
bing.com

## "Proposed giant EPA land-grab is rigged, conflicted and corrupte"

"What happens when Washington's top environmental policymaker packs a government advisory board with federal grant recipients so she can regulate ... Don't expect any of that because the reality is the SAB is rigged, biased, and riddled ... Ad Share Program; Alerts; CAA Live; Collections;"
conservativeactionalerts.com/2013/10/proposed-giant-epa-land-grab-is-r...
conservativeactionalerts.com

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## What Is Qui Tam | Definition | Waters & Kraus

"What Is Qui Tam? Our attorneys work with whistleblowers to fight for justice. With every false Medicare claim, rigged government bid, or unauthorized use of grant money, the integrity of various federal and state programs is compromised ? leaving taxpayers to pay the price."
myquitamlawsuit.com/index.aspx?id=whatisquitam
myquitamlawsuit.com

## Reason Foundation - Insights on the Federal Transit ...

"Insights on the Federal Transit Administration's New Starts, Small Starts Program Why the FTA should reassess its newly proposed rules for approving major capital grants"
reason.org/news/show/insights-on-the-federal-transit...
reason.org
More Links ...

smallbusinesses.blogspot.com/Grant me a wish Presentation.ppt
smallbusinesses.blogspot.com

## "Winners, Losers and Competitive Grants | National Opportunity ..."

"... through the competitive grants programs students compete with each other for test scores to let a few of them win back some of the same programs ... Of the 677 school districts in the state, ... Rigged competitions, rather than policies that give everyone a fair shot at succeeding, aren't ..."
otlcampaign.org/node/2980
otlcampaign.org

## Commissioners reject Sustainable Communities initiative

"""Gentlemen, that is the most rigged group of screws I have ever seen in my life,"" Rogers said. ... O'Connor has often criticized state and federal grant programs and reliably voted against the county's acceptance of grants, ..."
blueridgenow.com/article/20120226/ARTICLES/120229806
blueridgenow.com

## HHS Sends $5.9 Million to Program Run by Obama Buddy | The ...

"HHS Sends $6 Million to Program Run by Obama Buddy ® Investment Watch Blog May 14, ... which received an additional half a million dollars in state grants from other agencies. ... which allowed it to be rigged with 5 votes."
whitehousedossier.com/2012/05/14/hhs-sends-59-million-program-r...
whitehousedossier.com

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Minor parties silenced by funding laws - New Haven Register

"... has tried to fix the constitutionally flawed Citizens' Election Program and award an additional $3 million grant to each of the two major party gubernatorial candidates' original CEP grants. The state legislature, ... The Connecticut Citizens' Election Program is a rigged, ..."
  nhregister.com/general-news/20100817/minor-parties-silen...
  nhregister.com

### this link

"Jackie Bodnar from FreedomWorks announces the launch of a new FreedomWorks initiative to expose corporate welfare and cronyism. Grassroots activist will start targeting crony corporations like General Electric, by exposing their relationships with big-government and the 'stimulus' funds they ..."
  cronychronicles.org/tag/grants/
  cronychronicles.org

## Government Grant | Crony Chronicles

"Content tagged with Government Grant. ... Carol D. Leonnig writes an article in the Washington Post about three solar companies that received hundreds of millions in government favors, and are now undergoing investigations after their IPO:"
  cronychronicles.org/tag/government-grant/
  cronychronicles.org

## "Crony capitalism - Wikipedia, the free encyclopedia"

Crony capitalism is a term describing an economy in which success in business depends on close relationships between business people and government officials.
  en.wikipedia.org/wiki/Crony_capitalism
  en.wikipedia.org

## """For profit"" colleges are crony capitalism at its worst ..."

"""For profit"" colleges are crony capitalism at its worst. ... which receive roughly 90% of their revenue from Federal student aid, mainly in the form of Pell grants (which aren't paid back by students)."
  rare.us/story/for-profit-colleges-are-crony-capit...
  rare.us

## Eliminate Community Development Block Grants | RealClearPolicy

"When it comes to crony capitalism in Washington, there are the usual suspects: farm subsidies, housing finance, the U.S tax code. But crony capitalism exists in the small ways the government distributes money, too."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

realclearpolicy.com/articles/2013/07/11/eliminate_community_d...
realclearpolicy.com

## Government handout critic Marilinda Garcia authored NH law ...

"Republican congressional candidate Marilinda Garcia of Salem is an unapologetic, free-market conservative
who says it's not government's role to ""pick winners and losers"" and says she abhors the ""crony capitalism""
that marked some federal job incentive programs. ""Outside ..."
nashuatelegraph.com/news/politics/1044459-476/story.html
nashuatelegraph.com

## PDF Crony Capitalism and Community Development Subsidies

crony capitalism and community development Subsidies 6 Reason Foundation ? www.reason.org state non-
entitlement CDBG funds in 2012.19 The formula used to determine which cities and
reason.org/files/cronyism_community_development.pdf
reason.org

The sure sign of a great idea is when some big gorilla steals it from you.
"   Inventors+ Who Changed the World and Got Screwed in Return By  Karl Smallwood,  As we?ve  discussed
before, just because your hard work and perseverance led you to create something that changes the world, it
doesn?t mean that you?ll get fame, fortune, or the slightest bit of recognition out of it. In fact, some inventors get
so little credit that we completely forgot about them in our previous article, and since we really don?t like
angering the  ghosts  of people who could probably invent a way to punch us from beyond the grave, here they
are. #6. Siegel and Shuster, Superman?s Creators Jerry Siegel and Joe Shuster  created Superman, the most
famous superhero ever, perhaps with the exception of Spider-Man or that kid who changes the channel with his
eyes in  X2. Debuting in 1938, Superman was an instant success. DC Comics soon followed up the ?man in
underpants punches criminals? concept with Batman, and that was it, there was no turning back: Siegel and
Shuster?s creation had started a multibillion-dollar industry that is still going strong today, spawning toys, T-
shirts, and, oh yeah, some of the highest-grossing movies of all time. Nice one, Siegel and Shuster! Alan Light  ?
Take it from us, kids: Work hard, change the world, and you too can see  absolutely no reward  from it!? But Then
They Got Screwed ?Nice one, Siegel and Shuster? is exactly what DC must have said, in a sarcastic tone, when
the duo famously sold them all rights to Superman for a measly $130, a check that?s now ironically worth
hundreds of thousands of dollars. At the time, no one suspected that the guy in blue pajamas that they?d been
drawing would turn into a cultural icon ? so when he did, and Siegel and Shuster continued getting squat, the pair
embarked on perhaps the longest clusterfuck in copyright history. The duo spent the better part of their lives
unsuccessfully trying to reclaim some part of their creation, only to be rebuffed time and time again. While DC
raked in billions from Superman alone, Siegel and Shuster lived the  lives of paupers. They were given a yearly
pension in the late 1970s by Warner Bros. (which had purchased DC), but only because the studio couldn?t afford
the bad publicity with a Superman movie on the way. In 1999, three years after Siegel died, his family
successfully won the rights to his half of his creation. A happy ending, right? Nope! This meant dick to Warner
Bros., who still refused to pay them a penny, leaving them to fight in court for another 10 fucking years. And the
superdickery continues: More recently,  documents disappeared  from Siegel?s daughter?s attorney?s office and
somehow wound up in the hands of Warner Bros. executives. #5. Philo T. Farnsworth, the Farm Boy Who
Invented Television Philo Farnsworth, besides having the supreme honor of inspiring a  Futurama  character, was
a serial inventor with a list of credited  patents  longer than his forehead. Among those patents was the one that
made television possible: an ?image dissector? that could capture images as a series of lines to be displayed
electronically. If that isn?t impressive enough for you, consider the fact that Farnsworth came up with the idea  at
age 14, while growing up on a farm in Idaho, and first demonstrated it at 21, in 1927. If that didn?t make you feel

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

bad about yourself, it should have. But Then He Got Screwed When the young inventor applied for a patent at age 20, David Sarnoff of the Radio Corporation of America took notice. Radio had a pretty cozy spot at the center of the American living room at this point, and Sarnoff wasn?t interested in letting that change. And if it did, then he would at least make sure that RCA would be the one getting rich from it. Sarnoff kept Farnsworth tied in a series of legal battles over the next decade using a number of bullshit tactics, likehiring a Russian inventor to spy on him  or using said inventor?s earlier patents (which they could never get to work) to argue that  he  had invented TV. At one point Sarnoff just said ?Fuck it? and started making TVs without paying Farnsworth. RCA was eventually forced to pay him a one-time $1 million licensing fee, but it wasn?t worth the emotional stress that had left the man crippled. Then the whole television business was put on hold when the ?40s rolled around and the government told everyone to focus on building things that could kill Germans. The final blow came when Farnsworth?s patents expired just as World War II ended ? and, what do you know, television sales skyrocketed. RCA, or anyone else for that matter, no longer had to even pretend to give a shit about paying Farnsworth for his invention. It wasn?t until 20 years after his death that the government decided that Farnsworth probably deserved some recognition. No shit. Following Farnsworth?s final wishes, his statue is about to insert something into Sarnoff?s anus. #4. Edwin H. Armstrong, the Father of FM Radio When is the last time you listened to AM radio? Intentionally? The sound quality is so bad that most of the programming is reduced to things that already sound like shit, like conservative talk radio or a single, never-ending religious sermon in Spanish. The much superior FM was invented by  Edwin Armstrong, who created a system to reduce interference across radio bands in the 1910s. He continued his lifelong vendetta against crappy sound in the ?20s, when he came up with frequency modulation (FM) as a way to reduce static. We will now reiterate that he developed all this technology nearly 100 years ago, and it?s still present in all modern radios. But Then He Got Screwed Things seemed to be going swimmingly for Armstrong for a while, but it was at this point that a remarkably smug asshole came into the picture. Yes, David fucking Sarnoff from RC-fucking-A proceeded to mess with the life of yet another world-changing inventor. Sarnoff had built his empire with AM radio, so he decided that if FM was the way of the future, then he?d do anything possible to pull a John Connor on that future. Since Armstrong wouldn?t relinquish his patent, Sarnoff made sure that RCA not only stopped supporting the development of the new technology, but actively tried to stop it. In 1937, Armstrong used money from his own pocket to build the  very first FM radio station. Another followed, then another, until by the mid ?40s a string of stations known as the  Yankee Network were busy convincing everyone of the superiority of FM, just by existing. And then it all stopped. In a dick move of epic proportions, Sarnoff  successfully lobbied the FCC  to move the FM band to a different place on the dial, from 42 to 50 MHz to 88 to 108 MHz. While there were somewhat valid technical reasons for this, a happy side effect for RCA was that it made all of Armstrong?s stations instantly obsolete. It took decades for FM radio to recover. In the late ?70s, it finally surpassed AM, but Armstrong was long gone by then, having committed suicide in 1954 by jumping from the 13th floor of his office building, presumably screaming ?FUCK SARNOOOOOOFFFF? all the way down. #3. John Walker, Inventor of the Match About  500 billion matches are used every year  in the United States ? that?s the kind of volume you can do when your product sets itself on fire with every use. Before the invention of self-igniting friction matches, people simply used sticks that caught on fire when you, y?know, put them near fire. This changed when  John Walker, an English chemist born in 1871, began coating sticks in a number of dangerous-sounding chemicals until he happened upon one that, when struck against a surface, erupted in flames. Other self-igniting matches had been tried before, but they were extremely impractical, by which we mean that a lot of people probably lost their eyebrows or worse using them. And clearly, eyebrows were very important to this man. Walker?s invention caught on fire, both literally and figuratively, and we still keep matches around today, despite the fact that we?ve all heard of lighters. But Then He Got Screwed Walker, unaware of the potential of his invention, worked on these new ?friction lights? for about a year, then promptly forgot about the whole thing and stopped selling them. People close to him implored Walker to  patent his friction light, since he?d just revolutionized the creation of fire and all. Walker declined, believing that his invention could better benefit mankind without a patent. Others, however, believed that Walker?s invention could better benefit mankind by making them rich. Getty-  ?How does fire help humanity if it doesn?t allow me to buy prostitutes?? In 1829, another inventor named Isaac Holden independently came up with an improved version of Walker?s friction matches. Like Walker, Holden  neglected to patent his idea  ? and that?s where one Samuel Jones came in. Jones, realizing that Walker and Holden had effectively created one of the most useful inventions in the history of civilization and weren?t making money from it, decided to do it on their behalf, because he was nice like that. Almost immediately, Jones patented  the exact same thing  and began selling it under the name ?

THE BOOK OF TESLA : Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Lucifers,? because fuck it ? if you?re gonna be evil, you might as well go to the source. Soon other brands began offering improved versions of the same thing, all for a price, of course. It wasn?t until they were all dead that Walker was credited for his invention, and Jones for being a douchebag. #2. Stephen Foster, the Father of American Music There are some tunes that you?re just born knowing. If we somehow forced you to hum a melody right now, chances are that a great number of you would go with something like ?Oh! Susanna?: Or ? Camptown Races? (you know, the one that goes ?doo-da, doo-da?): Or maybe something more nostalgic, like ? Old Folks at Home?: Man, can you imagine if all these songs had been written by the same guy, and that
  he?d been actively trying to get money from them? That dude would have been richer than Madonna and Bono combined. Actually, all those songs and more  were  written by the same person, and he  did  try to cash in on them ? the keyword being ?try.? Then ?she? came around the mountain and snatched up all his royalties. But Then He Got Screwed In the 1800s,  Stephen Foster  wrote classics like ?My Old Kentucky Home? and ? Beautiful Dreamer? and  over 200 other songs. Foster was a professional songwriter before those existed. Seriously: The profession literally  did not existbefore Foster trailblazed it like a motherfucker. Of course, the problem with being the first in his profession was that there were no such things as ?enforcing copyright? or ?not screwing over songwriters? back then. Today, Foster would have earned obscene amounts of money from ?Oh! Susanna? alone, but in 1848,  he got exactly $100  for the rights to publish the sheet music, while the publisher made $10,000 selling his work. Even when Foster became a minor celebrity, he continued getting nothing but pennies for every copy of his work that was sold. For his dozens of hit songs, he saw around $15,000 in royalties in his whole life. In the 1860s, he was dumped by his wife, who had probably had enough of sticking around with this dude who  wrote  like a rock star, anddrank  like a rock star, but was not  rich  like one. He died at the age of 37 after hitting his head on a washbasin, with around 40 cents in his pocket. Some of which were melted down to make this statue. His contributions can?t be overstated. Not only did he create most of the conventions of popular songwriting as we know them today, but he also demonstrated the need for intellectual property laws by getting repeatedly screwed. #1. Gary Kildall, the Father of the Operating System Gary Kildall  is one of the guys we have to thank for the fact that you don?t need to be a genius to use the ultra advanced computer you are looking at right now to search for porn. Thank you, Gary. In 1973, Kildall made life a lot easier for nerds everywhere when he created CP/M, a groundbreaking operating system for microcomputers (which is what they called any computer smaller than a semi truck back then). The program became the industry standard for the next decade. This guy was basically Bill Gates before Bill Gates was Bill Gates. Michael Ochs Archives / Getty ?It?s cool, I?ll just donate a bunch of money to charity someday when I?m all old and prune-faced.? But Then He Got Screwed Of course, at the same time, Bill Gates was busy trying to become Bill Gates, and he eventually achieved that at Kildall?s expense. In 1980, IBM was getting ready to launch its first personal computer and needed an operating system to operate the shit out of it. They first knocked on Microsoft?s door, but Microsoft wasn?t really into the OS-making business at that point, so they directed the IBM suits to Gary Kildall?s company. However,  as nerd lore has it, Gary picked that day to go flying (he was an amateur pilot), blowing off IBM and his chance at history. Accounts differ on whether Kildall met the IBM suits that day or not, but either way, the company went back to Microsoft, totally forgetting the whole ?We don?t make OS?s here? part. Not one to miss out on an opportunity, Bill Gates turned to local programmer  Tim Paterson, who had built a CP/M clone he called QDOS (for ?Quick and Dirty Operating System?), bought it for a paltry 50 grand, then turned around and sold it to IBM under the name PC-DOS. The term ?user-friendly? meant something very different back then. PC-DOS, later renamed MS-DOS, was included in every computer IBM made, and, long story short, that?s why roughly 90 percent of you are using Microsoft Windows right now. Today, Kildall?s name is  barely known, while Bill Gates will be a household name in the fucking 25th century. Most of Kildall?s innovations ended up being credited to other people ? and he can?t even defend himself, having died in 1994 after falling down in a tavern, which pretty much just seems like his luck. Today?s lesson is, if you?re an inventor, wear a freaking helmet. Karl Smallwood wrote a book (yes, a real one), which you can read  all about here. If you want to read words he?s written for free, feel free to follow him  on Twitter. Mike Floorwalker has a  website  that?s like ? whoa. Like, seriously, dude ? whoa. Robert William Kearns  (March 10, 1927 ? February 9, 2005) was an American inventor who invented the intermittent windshield wiper systems used on most automobiles from 1969 to the present. His first patent for the invention was filed on December 1, 1964. Kearns won one of the best known patent infringement cases against Ford Motor Company (1978?1990) and a case against Chrysler Corporation (1982?1992). Having invented and patented the intermittent windshield wiper mechanism, which was useful in light rain or mist, he tried to interest the ?Big Three? auto makers in licensing the technology. But then he got screwed. They all rejected his proposal,

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

yet copied his idea and began to install intermittent wipers in their cars, beginning in 1969. march Abraham made the film: ? Flash of Genius? about him. Preston Tucker  was a car-crazy kid who hung around auto speedways and grew up to create an automobile?the Tucker?that was years ahead of its time. He was a man of pioneering spirit, ingenuity and daring, who revolutionized Detroit in the 1940s with his stunning ?Car of Tomorrow.? It was streamlined, futuristic and fast?the car every American dreamed of owning, at a price most people could afford. A man of endless enthusiasm, Tucker publicized his model all over the country to wild acclaim. He sold stock, set up a factory . . . But then he got screwed. ?and then the auto industry launched a devastating anti-Tucker campaign in order to character assasinate, industrially spy on and sabotage his car. Francis Ford Coppola made a movie: ?The Man and His Dream? about him. Nikola Tesla  helped established robotics, radar, remote control, and he helped expand ballistics, nuclear physics, and theoretical physics. But then he got screwed. Practically no one?s heard of him. Why? Because of a man named Thomas Edison, who is widely credited with the invention of the light bulb. Edison was an all-around pretentious ass, who totally tried to steal Tesla?s credit? which kinda worked, considering everyone remembers him and not Tesla. Anyway, the two men had initially worked together ? well, Tesla worked for Edison ?and this is where Tesla was first screwed over by the man. Edison had offered $50,000 ? over a million bucks, adjusted for inflation ? to someone who could fix his crappy and inefficient motors. When Tesla did (probably by staring them down until they worked harder), Edison wrote his deal off as a joke, and continued to pay Tesla $18 per week. Keep in mind, Tesla was one of the most brilliant humans to have ever lived; it didn?t take long for him to flip Edison the bird and get his ass outta there to start his own company. Soon enough, Edison?s electricity, direct current (DC) was competing with Tesla?s far superior electricity, alternating current (AC). Edison actually tried to discredit Tesla?s AC by having the first electric chair run on it; this was supposed to discourage people from putting it in their home. There are a few movies based on Nikola, one is: ?The Prestige?."

# Silicon Valley lobbyists trying to get out of paying inventors!

Tries to create law to make intellectual property theft OK! Technology Suppression by Billionaire Cartel.
Proposed Bill Is Anti-Innovation and Serves Only Billionaire Special Interest Groups

"http://www.aminn.org New York, N.Y. ? American Innovators for Patent Reform (AIPR), an industry group representing small patent owners ? start-ups, R&D companies, universities and independent inventors ? as well as patent practitioners, is opposed to the ""Trade Protection Not Troll Protection"" bill introduced last month by Rep. Blake Farenthold (R-TX). ""This is yet another misguided 'anti-troll' legislative proposal that misses the point entirely, and shows a fundamental lack of understanding by Rep. Farenthold of what a patent really is,"" says Alexander Poltorak, founder and President of American Innovators for Patent Reform. ""Non-practicing entities ? what Rep. Farenthold calls 'patent trolls' ? are no different from any other patent holder because practicing a patented technology has no relevance in patent law. A patent is a quid-pro-quo for invention disclosure, not for practice of the patent,"" explains Dr. Poltorak. ""Our Founding Fathers were very clear when they included the 'patent and copyright' clause in the U.S. Constitution,"" adds Alec Schibanoff, Executive Director of AIPR. ""Article I, Section 8, Clause 8 establishes the purpose of patents and copyrights to be to '...promote the Progress of Science and useful Arts...' There is no reference in the Constitution to inventors practicing their inventions or song-writers singing their songs."" The sharp rise in the use of the International Trade Commission (ITC) for patent disputes is not a sign of litigation abuse, but a direct consequence of the eBay Supreme Court Decision, which muddled the definition of a patent as the 'right to exclude' and made it practically impossible for an NPE to obtain an injunction against an infringer of the patent-at-suit. The ITC has the mandate to issue an exclusion order, which is not available to non-practicing entities in a Federal Court. Hence, the ITC has become the battleground of choice for patent litigation,"" elaborates Dr. Poltorak. American Innovators for Patent Reform calls on every engineer, researcher, inventor and entrepreneur ? and every U.S. citizen who values American innovation ? to write to Rep Farenthold and urge him to withdraw this misconceived bill! About American Innovators for Patent Reform Headquartered in New York City, American Innovators for Patent Reform (AIPR) represents a broad constituency of American innovators and innovation stakeholders, including inventors, engineers, researchers, entrepreneurs, patent owners, small businesses, universities, investors, and intellectual

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

property professionals such as patent attorneys, patent agents, tech transfer managers and licensing executives. AIPR opposes any patent legislation that makes it more difficult to enforce patents because such legislation ultimately weakens the U.S. Patent system and decreases the value of patents. AIPR advocates patent reform that creates a multi-tier patent system, strengthens U.S. patents, and provides full funding for the U.S. Patent and Trademark Office. For more information about AIPR, please visit www.aminn.org"

http://lithium-ion.weebly.com exposes Fisker and Tesla Danger  "http://lithium-ion.weebly.com shows over 1000 reasons why lithium is biologically, economically and politically

# Taxpayers? loss on GM bailout looks to be over $10 billion

"Taxpayers' loss on GM bailout looks to be over $10 billion By Jerry Hirsch The U.S. Treasury?s deal to sell 30 million shares of General Motors Co. will recoup taxpayers another $1 billion of the bailout money the government put into the automaker back in 2009. All told, taxpayers have recovered $32.5 billion of the $49.5 billion used to restructure the nation?s biggest automaker. The government also still owns 189 million GM shares, worth about $6.5 billion at the $34.41 share price that the Treasury got for the batch of stock it sold this week. If the Treasury is able to liquidate its remaining stock, as it plans to do over the next 15 months, at that price or above, the government will still be short about $10 billion on its GM investment

### *Another Rich Douchebag Car Company charged with bribing government officials re: crony kickbacks*. Global investigation. Jail time expected.

Another Rich Douchebag Car Company charged with bribing government officials re: crony kickbacks. Global investigation. Jail time expected.http      Rolls-Royce Holdings Says SFO Opens Corruption Probe - WSJ.com

### *Rolls-Royce Holdings said the U.K.'s Serious Fraud Office* has opened a formal investigation into bribery and corruption allegations involving employees of ... in January to take charge of the internal inquiry and report findings.

online.wsj.com/ article/ SB10001424052702303290904579275781908599874.html -

## Rolls-Royce Says SFO Opens Formal Probe into Corruption ...

"  Rolls-Royce hired David Gold, the British peer and veteran lawyer, in January to take charge of the internal inquiry and report findings."

online.wsj.com/article/BT-CO-20131223-702856.html -

## Rolls-Royce may face prosecution over corruption charges ...

Aircraft engine maker Rolls-Royce today said it may be prosecuted over alleged ? malpractice? in Indonesia and China after passing on  ...

www.thehindubusinessline.com/ companies/ rollsroyce-may-face-prosecution-over-corruption-charges/ article4171131.ece -

### *Rolls-Royce faces prosecutions and fines in Asia corruption probe* …

"Dec 6, 2012 ... Rolls-Royce faces the threat of a multimillion pound fine on both sides ... particularly of US companies charged with bribing overseas officials."

www.theguardian.com/ business/ 2012/ dec/ 06/ rolls-royce-faces-prosecutions-fines-asia -

## SFO launches formal bribery investigation at Rolls-Royce - Telegraph

"8 hours ago ... Rolls-Royce says Serious Fraud Office is investigating allegations of bribery and ... concerns about bribery and corruption in overseas markets, we have been informed by the ... Rolls-Royce faces charges in SFO bribery probe."

www.telegraph.co.uk/ finance/ newsbysector/ epic/ rrdot/ 10534406/ SFO-launches-formal-bribery-investigation-at-Rolls-Royce.html -

## "Rolls-Royce Faces Corruption, Bribery Allegations | InvestorPlace "

## "Rolls-Royce Faces Corruption, Bribery Allegations. It's CEO says the company and executives could face charges."

www.investorplace.com/ 2012/ 12/ rolls-royce-faces-corruption-bribery-allegations/
"---------------------------------------------------------------

## For Sale: Deadbeat Fisker electric-car loan Joseph N. DiStefano The

Department of Energy is selling rights to collect the defaulted $168 million it lent electric carmaker Fisker Automotive Inc. to restart a former General Motors plant on Boxwood Road in Vice President Biden's home state of Delaware. Fisker did make some cars in Finland, hired (then laid off) dozens of Delaware managers, workers and contractors, and collected $21.5 million in additional Delaware state subsidies, but hasn't made any cars there. The loan sale may result in investors trying to revive Fisker, though the company owned few of its own patents. More at GoveSale.gov, and from Reuters, which notes an earlier sale of another failed ""green"" car loan, to Vehicle Production Group LLC, raised just $3 million vs a taxpayer loss of $50 million. Excerpts from the loan sale announcement : ""The Department of Energy plans to sell by competitive auction, to be held on October 11, 2013, the future advance promissory notes issued by Fisker Automotive, Inc. in connection with a secured loan under the Advanced Technology Vehicles Manufacturing Program in respect of which approximately $168,000,000 is outstanding. ""The loan is presently not performing. Persons interested in purchasing the notes should promptly contact the Advanced Technology Vehicles Manufacturing Program at portfolio.fisker@hq.doe.gov to learn how qualified prospective purchasers may obtain additional information about the auction, including requirements for submitting an initial bid... The deadline for submitting initial bids is October 7, 2013 at 5:00 PM EDT. Bidders will have an opportunity to conduct due diligence prior to the bid deadline. Inquiries should include the sender?s name, business name, postal, street and email addresses, and telephone numbers

## "What are the things the media has said, that Tesla did, that

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**was _bad_**    "By Tom Terry- Investigator    *  ""They bribed White House staff in order to get nearly free taxpayer funding. * The investors for Tesla paid McKinsey Consulting to write manipulated white papers, for the White House, saying that Tesla was the way to go and then they got McKinsey to staff the Dept. of Energy with their investor's friends, from McKinsey, so that they would make sure they favored the schemed-up deal through the process. ie: Matt Rogers, etc. * White House Staff: Gibbs, Rattner, Emanual, Axelrod et al,: All took off from the White House at nearly the same time for fear of getting caught, knew about this. * DOE staffers: Lachlan Seward and Matt Rogers were ordered, by Tesla investors, to destroy documents at DOE that documented the Tesla transaction. * The Section 136 law and Federal Procedural Protocol stated that applicants would be reviewed in the order they applied. DOE issued 42 documents stating that applicants would be reviewed and processed in the order they applied. Suddenly, in March of the application process, year, Matt Rogers & Lachlan Seward ordered a DOE press releases sent out which changed the law (illegally) to remove the first-come-first-served requirement in order to attempt to allow them to move Fisker and Tesla to the front of the line. This was done on orders from Tesla's investors at Kleiner. * People who already have Tesla cars say the battery packs overheat and the cockpit gets too hot and the car is noisy as all get out. * When Tesla applied to DOE, they were hand-walked through the process by DOE staff when no other applicants got the same ""personal valet service"" treatment. This fact helps prove bribery and collusion. Many, many other facts prove this too. * In a meeting with one of the law firms Tesla hired to leverage the loan, the law firm said: ""don't worry, we control 14 agencies in DC!"" That firm paid themselves millions of dollars for a small amount of work. * When Tesla applied to DOE, they had no actual engineering or factory plans done for the car and showed fake plans, none of which have been used in the factory that exists today. They said they were going to build a factory in San Jose, California when they knew they did not even need one but Goldman Sachs had said they could get ""all the money they wanted because the deal was rigged for favors"" so ""just go for it"". * Tesla has announced a number of ""showcase"" famous people hires but once those people did get hired and started working at Tesla, they saw what a rigged company it was, and quit or suddenly ""left to pursue other interests"" * Two well known Tesla staff were starting to whistle-blow about Tesla but they were killed in a plane crash right next to Tesla's offices. Their notes have been distributed to the media, though, by their co-workers. * Tesla got thousands of order requests from Tesla nvestors and their business friends at Stanford in order to prop up the appearance of orders but, in reality, not so much! * Tesla investors ordered Chu to rig the tests done by Argonne labs about Tesla to make the results look better than they were. * Tesla changed the prices on customers AFTER they had left deposits. This is extremely unethical. * Tesla's books showed that they have wasted over $40M on ""expenses of no value or engineering that had to entirely thrown away"". * Tesla's CEO bugged his own employees because of his extreme paranoid personality. * An ex-co-founder has a copy of the CEO's hard drive. * Tesla's CEO paid the producers of Iron Man to refer to him in the movie in order to manifest his delusional image of himself. He paid 60 minutes to do a story about him. * Kleiner Perkins put Steven Chu in office by manipulating campaign funding so that Chu could make sure Fisker & Tesla got their funding so the kick-backs would come around into the 360 deal that was set-up. Kleiner staff hid contributions via law firms but ""bundled"" millions of dollars of contributions and received over $1B in profit options. * The number of people Tesla said they were going to hire at the NUMMI plant and the number of people that are hired are not quite what we expected. If you look at the cost to the taxpayer per new job created by Tesla you could have paid the mortgage for some taxpayers homes for what it cost the taxpayer per new job at Tesla after they got the DOE money. * A man named Marty invented the Tesla, Elon Musk took it away from him so Kleiner could use it as an industry manipulation bull dozer. * They bribed DOE staff in order to get nearly free taxpayer funding by bundling campaign funds via third parties and PAC's. * 16 Tesla investor law firms, most with primary offices in Washington, DC managed the hiding, conduiting, bundling and re-cloaking of the money movements in this whole scam guided by staff from Goldman Sachs. * They took our money and built multiple bragging cars for rich middle-age-crisis males that no family can afford nor that have any value for the average American. There is nothing novel or special about either Tesla car. * The CEO screwed his ex wife over, his co-founders over and the public over. He paid millions to shut them up but her never paid their friends to shut up so, it is all going to come out now. * You can buy an electric car that does much more than a Tesla for many, many, many times less money. There is no need for Tesla. * Foreigners from the middle east own parts of Tesla. * Tesla staff bribed DOE reviewers to give Tesla good fake reviews in the loan due diligence, when, in fact, in a public side-by-side comparison, Tesla would have failed miserably against all other applicants. * The amount of money Tesla needs to make compared to the amount of money Tesla has had invested in it compared to the other companies selling electric cars compared to the world car market shows numbers that

THE BOOK OF TESLA- Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

clearly show today, and at the time of application to DOE, that Tesla had the worst financial upside metrics of any car company in the world. SO why did they get the Loan? * The Tesla investors worked with Goldman Sachs and LIBOR rigging of loans to get the finders and intermediaries sweetheart fees. * Intermediaries and ""finders"" who were friends of the CEO, took huge amounts of public dollars as "" upfront fees"" and ran. * Senators and their husband's business ownerships got favors from the associated real estate deals from the NUMMI plant for Tesla. * Tesla took our tax money yet posted numerous job openings on Linkedin, and other sites, to hire ""Immigration Paralegals"" to hire H-1B foreigners to work for them. * Tesla is run by the 1% for the 1%. * Steve Westly is the bundler who threatened Washington officials with campaign fund cut-offs if they did not give his company: Tesla, a nearly free loan. * Tesla manipulated their books when they applied for the loan in order to look like they met the DOE requirements but a true forensic examination of their books from that time shows that they did not meet the requirements. * The CEO lied to the City of San Jose about building a factory there. * The CEO of Tesla has been sued by his ex wife for cheating on his wife and children with loose women. * It is a Ponzi scheme of a company. * The CEO has been sued by his Tesla co-founders for engaging in civil criminality. Those co-founders and Tesla staff provided almost all of the data in this website. * The CEO paid GQ magazine to write an article about how wonderful girls should think he is so he could get more silicon valley hook-ups. * It was a scam to launder and conduit campaign cash * The two models of the cars have had multiple EMF meters placed in them at different states of operation and been found to have enough EMF to cause cancer. The cars were measured with isotropic broadband EMF meters, Agilent Technologies portable spectrum analyzers, Aaronia calibrated broadband antenna's and spectrum sweeping multiplex antennas while charging and driving at increments of 20 MPH up to 110MPH. Drivers have reported experiencing sleep problems, heart problems, depression, migraines, seizures, and changes in neurological chemistry. Thousands of peer reviewed scientific papers prove that these EMF ranges do cause these health issues as well as triggering cancer cell growth per cell. Tesla engineers advised that the car should be shielded but Tesla executives said it wasn't worth the cost and that nobody would find out. * Steve Spinner, was put in the DOE by McKinsey under orders from Kleiner. He was a liaison for Solyndra, his wife worked for Solyndra, and he was an ""early warning system"" watchdog for Tesla at DOE and notified Tesla if anybody not in the "" inside group"" came snooping around at DOE. * They were so screwed up in planning to build the car that they were over $100,000.00 IN ERROR, on the cost per car. With engineering this bad, they still got their federal loan and this shows that bribes took place. * If law enforcement interviews all past and current Tesla staff and investors, they will find multiple validation evidence for every statement on this site. * The CEO stays up at night writing different fake emails to each of his employees with a few words different in each email to see which employees might be spying on him. Many Tesla staff collect these spy emails as a hobby. * The CEO has stated that he hates unions and wants to come up with as many robots as possible to AVOID using people in jobs. More coming

# Deaths, so far, In These Cleantech Scandals! Murders and Acquisitions   "Are you a ""Trouble-maker""? Then you might get Shot, ""Cardio-Vapored"", EMF ""Heart-Pulsed"", or Potassium overloaded in the middle of the night....Or your plane might suddenly crash... So: Don't be a troublemaker.    STRANGE PASSINGS: More than coincidence? Lot's of bodies piling up

- "James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances
- "Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ""Boston Brakes""
- One Birth Certificate certifier- Heart attack AND plane crash at the same time?
- Rajeev Motwani- Taught Google Engineers How To Make Bulk Privacy Harvesting Search Engine. Found floating face down in pool.- Murder or Suicide?
- "Investigative Reporter Michael Hastings fiery crash- ""Boston Brakes""? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. Rory Johnson- Targeted by DOE for his novel engine patent- Dead!"
- Stanley Meyer- Hydrogen car promoter- Murder by poisoning?
- JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building.
- "William ""Bill"" Broeksmit Deutsche Banker , Tesla German ""safety inspection fixer"" who got a free-pass for Tesla on safety report in Germany- Hanged at home!"
- "Danny Lewin, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

System- Plane Crash 9/11
- "Ravi Kumra- Founder, Tesla Capital- Murdered!"
- "Gary D. Conley- Hydrogen Energy Investor/Entrepreneur/whistleblower. Reknown, award-winning, green energy CEO found shot in head in back of military base after complaining of industry corruption. Disliked John Doerr & his buddies.- Murder or Suicide
- Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?
- "One Senator's Son- Accidental Plane Crash or ""Boston Brakes""?
- White House liason's wife- Burned to Death in Parked Car/Murder?
- "John Wheeler- Washington DC- Drugged, escaped, recaptured, murdered
- Two Guys from McKinsey Consulting- Questionable Circumstances?
- The electric rail systems in most major cities across the U.S.- Killed by GM?
- "Top DC Madam's and Escorts, including ""THE"" DC Madam herself- Suicides
- "Three ""Consultants""- Questionable Circumstances
- The Husband of a well known politician- Suicide?
- Tata Motors Head Karl Slym dies in fall from hotel- Suicide or Push?
- Wall Street Journal DOE/Oil Investigative Writer David Bird Missing- ???
- "Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states
- "https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C."
- Four lobbyist Lawyers- Suicide?
- Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder?
- One Senator- Accidental Plane Crash?
- Senior DB family members- Accidental Plane Crash?
- "Two people were killed in a head-on crash by a Tesla driver- Traumatic Death, ""Boston Brakes  ""

- And the list keeps on growing........ DETAILS BELOW and ONLINE:

 "Associates and friends of Gary Conley are pleading for help with the case at: http://thegaryconleycase.weebly.com   Do a connection chart using social relationship software   (ie: http://www.smrfoundation.org) for every death of a prominent Washington DC official from 2000 to 2013 and notice the curves, relationships and spike points. It is a bit frightening. Plane crash, heart attack, hanging and jump are the most untraceable kill-types per Brazilian secret police. Per Tom Clancey: first you ""taint"" the subject with a sex or money scandal then you whack them, then you get an erroneous toxins report filed, so people will think it was the ""victims fault"" and not pay too much attention. TDS- Boston G
-----------------------------------------------

Gary D. Conley The big VC's didn't like the maverick approaches that Gary took. He did not play the Silicon Valley Frat boy brogrammer game. Unlike Silicon Valley, he treated women executives as equals and not as reception room eye candy like the other VC's. But Gary's biggest indiscretion was that he got past the VC's technology suppression and control system in the Valley. Time after time he created, launched and got funded one amazing new energy technology company after another. The Big VC's only want things funded that support their portfolio and they stop anything that is going to compete with it. As an example: The Valley VC's decided that they wanted a chemical called ""lithium Ion"" to be the main chemical to power electric cars. Even though many other options existed, they picked this one chemical because they had configured their investment plays in lithium mining, lithium processing, lithium cars and lithium batteries in each of their portfolios and then, even though they were billionaires, they made Congress give them many more billions of tax money just for this one chemical because they had monopolized it globally. Alas, Gary promoted a technology that competed with the Silicon Valley VC's at Solyndra and with all of their lithium plays. He had the metrics, working proof and opportunity to exceed their technology. First they tried putting a FULL MONTY on him but that didn't work out. It is now almost impossible to kill reporters and whistle-blowers without it getting recorded. Glenn Greenwald, and people

THE BOOK OF TESLA - Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

like him, are now under so much surveillance that, if anybody did try to whack Mr. Greenwald, it would be caught on so many drones, microphones, laser scanners, cameras, tracking chips, window vibrators, IR chipcams, cell phones, bugs and other gadgets that the killers could never get away with it. Watch the TV show: Person of Interest. Everything in that show already exists today. Private investigators, taking another look at the case, have been sourcing new surveillance data sources to try to find out what really happened to Mr. Conley in the time period leading up to, and at, the shooting. History has proven:  1.) That Solyndra panels self-ignited and Lithium ion blows up when it gets banged, 2.) That Gary had better plans. 3.) That Gary's efforts conflicted with the plans of the Silicon Valley VC's. 4.) That Silicon Valley VC's will stop at nothing to get their way; politically, egotistically and industrially. Did he pay the ultimate price for his innovations and for speaking out? Ironically, Ford has announced that their new electric car will use the same type of solar optical concentrator on the roof of the car, as Gary's SolFocus developed, although Gary is no longer alive to participate in the profits. Many reporters find it ""strange"" that Steven Chu, the Secretary of Energy, who openly hated Hydrogen energy, was nominated and lobbied into office by opponents of hydrogen energy (who were investors in competing technologies) and that during Steven Chu's reign, a record number of hydrogen executives and companies died. Of course, it could all just be a coincidence. Forced suicide? Murder? Cover-up? Unusual number of coincidences? What do you think? ghj-de, sdLAT, rf-Den Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot Wound A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known Silicon Valley entrepreneur and clean energy pioneer, according to base officials. Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon, India, was one of several energy-related companies he founded, was discovered by a Beale resident at about 1 p.m. Sunday. His body was found outside a parked car near the Vassar Lake Gate with a gun in close proximity, according to Brian Wagner, 9th Reconnaissance Wing spokesman. According to officials at the Air Force Office of Special Investigation, no foul play was involved. Conley's brother, who lives in Oklahoma, said he and other family members are mystified by details surrounding the body's discovery. ""It's very perplexing,"" said Mark Conley, 55. ""The circumstances don't seem to make much sense."" Gary D. Conley served in the US Air Force from 1979-83, as did Mark Conley and their father before them, according to Mark Conley. ""We're an Air Force family,"" said his sister, Michele Conley, 59, of Paradise Valley, Ariz., who said her brother was born at McClellan Air Force Base, about a half-hour south of where his body was found. B2u Solar frequently negotiated military and other government contracts, she said, which would explain his presence in the area. The energy entrepreneur was named Clean Energy Entrepreneur of the Year in 2005 by the National Renewable Energy Laboratory Growth Forum. He is credited with having founded SolFocus in 2005 in order to commercialize products created through its predecessor, a research company called H2Go. That firm, also founded by Conley, began with hydrogen-related energy projects and later switched focus to solar energy. ""He was a genius,"" Mark Conley said. ""He did some really amazing stuff."" According to Michele Conley, he also was a gourmet cook. Christmas Eve featured an elaborate meal he prepared in their Saratoga home for his wife, Grace, and their two teenage sons. Gary D. Conley's profile on LinkedIn, an online professional networking site, lists flying, skiing, food, several branches of science, economics and hydroponics among his interests. B2u Solar, a small startup he founded in 2010, had solar demonstration projects in the works in China, and at the NASA Ames Research Center at Moffett Field in Mountain View, according to GigaOM, a technolgy news website. Michele Conley said her brother had been expected to meet a friend at the former Castle Air Force Base outside Merced this week to help with a solar project there. She last saw him a month ago, she said. ""He was having so much fun, traveling and doing so well,"" Michele Conley said. He recently bought a new car, which he did pretty regularly, she said. The three siblings had been raised by their mother, primarily in Ohio, according to Mark Conley. Their father had been killed when his Air Force fighter jet was shot down over Vietnam in 1967, he said. ""We didn't have any money,"" said Michele Conley of their upbringing. ""Gary was always the whiz kid -- the braniac."" She described her brother as a self-made man. His suspected suicide, she said, is implausible to her. ""He was not depressed. He was like a big kid -- always excited about everything. It just makes zero sense,"" Michele Conley said. CONTACT Nancy Pasternack at npasternack@appealdemocrat .com or 749-4781. Find her on Facebook at /ADnpasternack or on Twitter at @ADnpasternack. Chairman & CEO at b2u Solar, Inc San Jose, California  (San Francisco Bay Area)     Renewables & Environment Gary Conley's Overview: Current Chairman & CEO at B2U Solar, Inc; Chairman & CEO at  H2Go, Inc.; Past Chairman, founding CEO at SolFocus; boardmember at Glacier Bay; Chairman at  EnergyConnect; CEO at GuideTech; President & CEO at  FlyteComm; Managing Director, co-founder at  Engage Electronics; Senior Vice president at  Credence; President & CEO at EPRO;

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

winner of multiple prestigious green-tech awards. Gary Conley's Experience Chairman & CEO B2U Solar, Inc (A ground breaking Solar Technology Company) January 2010 ? Present (4 years) San Jose, CA & Gurgaon, India Chairman & CEO H2Go, Inc. (A ground breaking hydrogen car and energy company) January 2004 ? Present (10 years) Saratoga Chairman, founding CEO SolFocus (A ground breaking Solar Technology Company) November 2005 ? May 2012 (6 years 7 months) San Jose, CA Boardmember Glacier Bay 2007 ? 2011 (4 years) Chairman EnergyConnect January 2005 ? June 2011 (6 years 6 months) Campbell CEO GuideTech 2002 ? 2004 (2 years) President & CEO FlyteComm January 1999 ? March 2001 (2 years 3 months) Mountain View, CA Managing Director, co-founder Engage Electronics January 1991 ? January 2001 (10 years 1 month) Singapore Senior Vice president Credence March 1993 ? November 1995 (2 years 9 months) Fremont President & CEO EPRO April 1984 ? November 1995 (11 years 8 months) Santa Clara ------------------------------------------------------------- Stanley Meyer Hydrogen Car promoter- Murder by Poison http://www.youtube.com/watch?v=h0dhwlhTs9M"


**MURDER of STAN Meyers for his Water Powered CAR - YouTube**

 "Dec 2, 2010 ... Stan Meyers was MURDERED to keep him from putting his conversion kit on the open market after he refused $1 billion dollar sale for all rights  ..."

 https://www.youtube.com/watch?v=WEp6ckvRtj0 -

**What happened to the water powered car? - New York ...**

 In the 1980's an inventor named Stan Meyer built the first Water Powered Car. Unfortunately he died shortly after suddenly at age 57 and.

 www.examiner.com/article/what-happened-to-the-water-powered-car -

**Harassed Stanley Meyers Associate Steps Forward - PESN.com**

 "Aug 5, 2011 ... Mr. X claims to have been the individual that received the call at Aviation Development's shop that Stanley Meyers had been murdered, and he  ..."

 "www.pesn.com/ 2011/ 08/ 05/ 9501884_Harassed_Stanley_Meyers_Associate_Steps_Forward/ ----------------------------------------------------------

Call me old fashioned, but isn't killing taxpayers, and their companies, because they won't join your business monopoly, considered to be a bad thing these days? As of Jan. 1, 2014, Steven Chu's actions, and those of his staff, have put over 118 companies out of business that might have otherwise survived, and every single one of those companies competed with Steven Chu's Silicon Valley venture capital sponsors/buddies. Now there is an interesting coincidence! MT- MJ ------------------------"

Huffington Post discloses the biggest assassination in these scandals: Journalistic Freedom!

# Suppression and Termination Technologies While this used to be all hush-hush, the glut of ex spies that have retired and authored spook books (see the vast number of examples on Amazon.com), along with the research for their own books conducted by Tom Clancy, Robert Ludlum and other authors, has put the whole ""Distinct Interdiction"" (""DI"" in the biz) industry out in public view. The main reasons people are ""off'd"" in a scandal are: Suppression- To shut them up. Guilt- They kill themselves because they realize the horrible thing they did is about to be revealed. Frame-Ups- They are killed to make it look like they suicided out of guilt in order to steer suspicion away from the actual criminals. Secondary Intimidation- If a key player is suspected of considering leaking or confessing, a close member of their family is eliminated to break their will. During the Cold War the Russian spies mastered the craft of ""Distinct Interdiction"" with acidic vapors that you could spray under a persons nose in a crowd (still in use today), hidden in a rolled up newspaper,

THE BOOK OF TESLA- Copyright orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

and cause an undetectable heart attack; polonium or heavy metal poisoning which causes slow cancer-like death; and electromagnetic pulse waves which also caused an undetectable heart attack by interrupting the heart beat impulses. Suddenly withering away, over a matter of months, or unexpected heart attacks are good indications of foul-play in these sorts of cases. Until recently, all of these kill methods were undetectable, but modern medicine has thrown a wrench in the works. All of the previously known kill methods leave nano-evidence, micro-cellular traces and biological degradation effects which new genome science, DNA processing equipment, molecular imaging and other recent science advances can, now, detect and document. These techniques are still used in third-world countries but modern science labs, that even consumers can contract, can too easily source the culprits. In the developed world; hair, tissue, saliva and blood samples of the deceased can now tell the true cause of death. Planes are easy for spies to crash by manipulating GPS and landing instrumentation, Tom Clancy has told listeners at book readings. A plane is a device constantly fighting gravity. Bad guys help gravity along and much of the evidence is lost at sea or in a fireball in a farmers cornfield. The plane crash scenario is becoming passe, though, and is now frowned upon by most spy groups as it, too, has become more detectable. A- NY Times
------------------------------------------------"

### John Wheeler murder: Last sighting of top White House aide found ...

"Jan 5, 2011 ... 'Disorientated and wearing just one shoe': Bizarre last sighting of top ... Vietnam Veterans Memorial wall in Washington DC, was discovered on ... www.dailymail.co.uk/ news/ article-1344347/ John-Wheeler-murder-Last-sighting-White-House-aide-dumped-landfill.ht ml http://www.youtube.com/watch? v=G041ho8nnZU"

### "Category:Politicians who committed ''suicide'' - Wikipedia, the free ..."

"... who committed suicide. From Wikipedia, the free encyclopedia. Jump to: navigation, search. Politicians and national rulers who committed suicide. https://en.wikipedia.org/ wiki/ Category:Politicians_who_committed_suicide

### The Political Graveyard: Politicians Who Committed Suicide

"En route to New York City aboard the Benjamin Franklin, he apparently committed suicide by jumping from the ship and drowning, in Long Island Sound, June 9, ... www.politicalgraveyard.com/death/suicide.html

### Lobbyist Ashley Turton found dead in vehicle at ... - Washington Post

"Jan 10, 2011 ... Video. D.C. lobbyist found dead inside burning car. A Washington lobbyist who was the wife of a White House adviser was found dead inside a ... www.washingtonpost.com/ wp-dyn/ content/ article/ 2011/ 01/ 10/ AR2011011006927.html --------------------------------------------------"

### "Ashley Turton, wife of White House liaison Daniel Turton, found ..."

"Jan 10, 2011 ... A woman found burned to death in a car in Washington was the wife of a White House liaison. ... Monday, where the Washington lobbyist was found dead. ... killed in a car fire in the couple's home in Washington, D.C.. www.nydailynews.com/ news/ national/ ashley-turton-wife-white-house-liaison-daniel-turton-found-dead-burni ng-car-report-article-1.149161

### "DC lobbyist, wife of White House adviser dies | New York Post"

"Jan 10, 2011 ... WASHINGTON ? A Washington lobbyist who was the wife of a White House adviser has been found dead inside a burning car in southeast ... www.nypost.com/ 2011/ 01/ 10/ dc-lobbyist-wife-of-white-house-adviser-dies/ --------------------------------------------------------------------"

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**"Craig J. Spence - Wikipedia, the free encyclopedia"**

Contents. 1 Background; 2 Washington Call-Boy Scandal; 3 Death; 4 External links; 5 References .... Lobbyist Linked to Sex Case Is Found Dead. The New York  ... en.wikipedia.org/wiki/Craig_J._Spence
---------------------------------------------------------------------

**'Little Tony' found guilty in Boulis murder trial - Collections - Sun** ...

"Oct 25, 2013 ... Anthony ""Little Tony"" Ferrari is guilty of first-degree murder and ... and the buyers who emerged were Washington, D.C., lobbyist Jack Abramoff  ... articles.sun-sentinel.com/ 2013-10-25/ news/ fl-boulis-trial-verdict-watch-20131025_1_boulis-murder-trial-suncruz- casino-boat-fleet-james-pudgy-fiorillo
-----------------------------------------------------------------------------"

**"David Werner, Former Member of the Capitol Steps, Found Dead ..."**

"Aug 26, 2013 ... David Werner. Photograph courtesy of Leading Authorities. David L. Werner, a popular local singer, comedian, and former member of the  ... www.washingtonian.com/ blogs/ capitalcomment/ local-news/ breaking-david-werner-a-former-member-of-the-capitol-steps-was-found- dead-over-the-weekend.php
------------------------------------------------------------------------------"

**Lobbying - Salon.com**

Lobbying. ... Will Bezos' Washington Post be a mouthpiece? Amazon's ranking .... D.C. Cop Charged With Making Child Porn Found Dead In Potomac River. www.salon.com/topic/lobbying
------------------------------------------------------------------------------------

**sex and crime in DC - Progressive Review**

"For example, one way to keep a congress member bought is for a lobbyist to provide ... RELIABLE SOURCE, WASH POST New stop on D.C.'s sex scandal tour: .... Spence was found dead in a Boston hotel room last fall, and authorities ruled  ... www.prorev.com/sexindc.htm
-----------------------------------------------------------------------------------"

**ACLU figure Larry Frankel found dead in Washington creek - Philly ...**

"Aug 31, 2009 ... If Larry Frankel, past executive director and longtime lobbyist for the ... counsel for the ACLU's Washington office, was found dead in the stream that gives ... brothers to the D.C. Medical Examiner's Office to identify his body. articles.philly.com/ 2009-08-31/ news/ 24986542_1_lobbyist-aclu-s-washington-body
---------------------------------------------------------------------------------------------"

**Victims in crash that killed Stevens identified | Politics | McClatchy DC**

"Aug 10, 2010 ... The conditions of the other two, lobbyist Jim Morhard, 53, of Alexandria, Va., and Willy Phillips, 13, of the Washington, D.C., area, were not made public. ... ""And it was at that point that they found out that the group never arrived  ... www.mcclatchydc.com/ 2010/ 08/ 10/ 98911/ eight-aboard-plane-that-crashed.html ------------------------------------------------------------------------------------------"

**Well-Known Washington Transportation Planner Killed - Governing**

"Nov 12, 2013 ... A well-known transportation planner in the Washington, D.C-region was found killed in his Alexandria, Va. home, police said Tuesday. www.governing.com/ topics/ transportation-infrastructure/ Well-Known-Washington-Transportation-Planner-Killed.html
------------------------------------------------------------------------------"

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**"Josh Burdette, 9:30 Club manager, dead | WJLA.com"**

"Sep 3, 2013... the well-known and well-liked manager and crew chief of D.C.'s 9:30 Club. ... WASHINGTON (WJLA) - Nearly two days after his passing, family ... Burdette was found dead inside his Kensington home early Sunday evening. www.wjla.com/ articles/ 2013/ 09/ josh-burdette-9-30-club-manager-dead-93491.html
----------------------------------------------------------------------------"

**THE CLINTON BODY-COUNT - What Really Happened**

"That means that the killers included at least one person known to the victims. ... Found dead in Ft. Marcy Park in Washington, DC, of a supposed suicide by ... Colby had old enemies as well as new, with plenty of motives for his extermination. www.whatreallyhappened.com/RANCHO/POLITICS/BODIES.html

**Crossing Obama Can Be Deadly! | A Sheep No More**

"2 days ago ... Kam Kuwata - was found dead inside his Venice home after friend ? concerned that they ... or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., ... They were well known for their work. www.asheepnomore.net/2013/12/13/crossing-obama-can-deadly/

**"Sheila Stewart, Radio One Personality, Killed in ... - NBC Washington"**

"Oct 31, 2013 ... A local radio personality was killed in a car accident in Atlanta, Georgia ... Stewart , who worked for D.C.'s Radio One stations, had been staying  ... www.nbcwashington.com/ news/ local/ Sheila-Stewart-Radio-One-Personality-Killed-in-Car-Accident-229100381 .html

**D.C. Madam Found Dead of ''Apparent'' Suicide - ABC News**

"May 1, 2008 ... A jury in Washington, D.C. found Palfrey guilty of money laundering, ... Several well-known men were reportedly clients of her service, including  ... abcnews.go.com/Blotter/story?id=4765743

**Prison Planet.com ‾ 'Mancow' Muller: Breitbart Was Murdered**

"Mar 7, 2012 ... Mancow Muller: Breitbart Was Murdered. Contrary to today's release of edited and seemingly innocuous footage that shows Barack Obama  ... www.prisonplanet.com/mancow-muller-breitbart-was-murdered.html

**Was Andrew Breitbart Murdered? | RedState**

"Mar 5, 2012... Because knowing the malicious temperament of the radical left in America that hated Breitbart, we should not rule out that they killed him. www.redstate.com/nikitas3/2012/03/05/was-andrew-breitbart-murdered/

**25 People Who Think President Obama Killed Andrew Breitbart**

"Mar 1, 2012 ... A bunch of people seem to believe there's a conspiracy behind Andrew Breitbart's death. The theory is that Breitbart had a video from... www.buzzfeed.com/ mjs538/ people-who-think-president-obama-killed-andrew-bre

**Who killed Andrew Breitbart? - Save America Foundation**

"Apr 29, 2012 ... We hear today of yet another very strange death in the saga of the sudden death of Andrew Breitbart, a man I was shocked had a sudden major  ... www.saveamericafoundation.com/ 2012/ 04/ 29/ what-or-

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

who-killed-andrew-breitbart-now-the-coroner-is-dead-what-did- he-know-by-fred-brownbill/

### Now a witness to Breitbart's death vanishes - WorldNetDaily

"May 7, 2012 ... Corsi's latest book is ""Who Really Killed Kennedy  " rss feed ... On the day the Los Angeles County coroner released Breitbart's autopsy report,  ... www.wnd.com/2012/05/now-a-witness-to-breitbarts-death-disappears/ -----------------------------------------------------------------"

### The Mysterious Death of Karen Silkwood | Legacy.com

"Nov 13, 2010 ... Thirty-six years ago, union activist and plutonium plant worker Karen Silkwood was found dead in what police ruled a single-car accident. www.legacy.com/ news/ legends-and-legacies/ the-mysterious-death-of-karen-silkwood/ 135/

### The Life and Mysterious Death of Karen Silkwood -- on truTV's ...

"Controversial nuclear safety whistleblower Silkwood died before she had her day in court. An examination of her life, the case and her suspicious death. www.trutv.com/ library/ crime/ criminal_mind/ forensics/ karen-silkwood/ martyrdom.html

### Who Killed Karen Silkwood? a $10.5 Million Verdict Still Leaves a ...

"Jun 4, 1979 ... For Karen Silkwood's parents, the last four and a half years have been ... a state trooper knocked **on the door to notify them of Karen's death. www.people.com/people/archive/article/0,,20073789,00.html**

### Drath murder case exposes bizarre lifestyle of Georgetown couple ...

"Apr 24, 2012 ... Drath murder case exposes bizarre lifestyle of Georgetown couple ... On Wednesday, Mr. Muth, 47, is scheduled to appear in D.C. Superior Court for his ... Drath worked in Washington as a journalist and college professor. www.washingtontimes.com/ news/ 2012/ apr/ 24/ drath-murder-case-exposes-bizarre-lifestyle-of-geo/ ?page=all

### Clara Schwartz: A Deadly Game ? Murder ? Crime Library on ...

Murder. December 2001 was a difficult month for the DC area. While the ... shot in his car in front of his two children on Christmas Eve in northwest Washington. ... his bizarre confession and the reasons he gave initially pushed investigators in  ... www.trutv.com/library/crime/notorious_murders/family/clara_schwartz/ -

### The Bizarre Case Of A Murdered DC Socialite Is ... - Business Insider

"Mar 22, 2013 ... WASHINGTON (AP) ? The already-bizarre criminal case of a slain German socialite and journalist has been brought to a virtual standstill by  ... www.businessinsider.com/albrecht-muth-is-fasting-2013-3

### Another bizarre murder of special forces veteran. Chris Kyle dies at ...

"Feb 3, 2013 ... Another bizarre murder of special forces veteran. .... Washington D.C. Now granted the freeloader living there is a spineless b! tch and would  ... www.examiner.com/ article/ another-bizarre-murder-of-special-forces-veteran-chris-kyle-dies-at-g un-range

### Disappearing Witnesses - Mae Brussel

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Over 100 murders, suicides, mysterious deaths--the strange fate of those who ... the meeting while testifying in Washington on April 22, 1964, since Bill Hunter, ..... when no penicillin could be located in Washington, D.C. in September 1971. www.maebrussell.com/ Disappearing%20Witnesses/ Disappearing%20Witnesses.html

**Case of slain socialite in DC takes bizarre turns | Fox News**

"Feb 27, 2012 ... Case of slain socialite in DC takes bizarre turns ... WASHINGTON ? She was a 91 -year-old expatriate journalist with a deep fluency in foreign affairs ... Her husband, who reported finding her body, was charged with murder. www.foxnews.com/ us/ 2012/ 02/ 27/ case-slain-socialite-in-dc-takes-bizarre-turns/

**Was Michael Hastings Murdered? Internet Conspiracy Theories Are ...**

"Jun 25, 2013 ... Fourth, the car accident itself was pretty bizarre. ... As a junior at Georgetown University in Washington DC, I'm studying Government, Women's  ... www.policymic.com/ articles/ 50533/ was-michael-hastings-murdered-internet-conspiracy-theories-are-rife

**The Story Of A Failed Startup And A Founder Driven To Suicide**

"Apr 4, 2013 ... A few months ago, on Sunday, January 27, an entrepreneur named Jody Sherman had plans to see a movie with a friend. But that afternoon  ... www.businessinsider.com/jody-sherman-ecomom-2013-4

**Suicide in Silicon Valley - ToobBox.com**

"Jul 14, 2013 ... The recent suicides of Jody Sherman, Aaron Swartz and Ilya Zhitomirskiy are tragic but all too familiar stories. Some might also recall the  ... www.toobbox.com/blog/suicide-in-silicon-valley/

**Suicide in the Silicon Valley | Male Success Norms Bad for Men Too ...**

"Feb 24, 2013 ... Judging men or women playing zero-sum games based on out-dated and harmful gender stereotypes is not good for business, not good for  ... www.forbes.com/ sites/ shenegotiates/ 2013/ 02/ 24/ male-success-norms-are-bad-for-the-guys-too/

**Modern Luxury | San Francisco Magazine | Dark side of the boom**

"Feb 17, 2012 ... Then 22-year-old cofounder Ilya Zhitomirskiy committed suicide. ... In the unforgiving environment of the newly booming Silicon Valley, though, ... burn in the Valley, the lore goes, and still have venture capitalists lining up to  ... www.modernluxury.com/san-francisco/story/dark-side-of-the-boom

**"Silicon Valley CEO?s asked to come before Congress:** Explain, in detail, which Silicon Valley jobs no American can fill? Clarify Cheap Labor Vs. ?Immigration? reform          "- 92 Million Jobless Americans shocked by Silicon Valley argument - Zuckerberg called on Carpet to debate Ingrahm on live broadcast - Citizens groups call BS on claims by Billionaires. Scam charged! - Congressional hearing demanded - Senators call Silicon Valley Billionaires: ""Sanctimonious Idiots""    Last year, Nancy Pelosi and other members of Congress met with Facebook co-founder and CEO Mark Zuckerberg. Pelosi praised Zuckerberg as ?a strong voice in our efforts to pass immigration reform.? Laura Ingraham, citing a story about Zuckerberg spending $30 million to buy up surrounding properties so he can control who lives around him, noticed that Zuckerberg seems to have more of an interest in securing his own borders than the nation?

Top Obama Crony Capitalist Deserts Zuckerberg Immigration Scam

"Top Obama Crony Capitalist Deserts Zuckerberg Immigration Scam. May 12, 2013 by Daniel Greenfield 10 Comments. Daniel Greenfield, a Shillman Journalism Fellow at the Freedom Center, is a New York writer

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

focusing on radical Islam."
  frontpagemag.com/2013/dgreenfield/top-obama-crony-capitali...
  frontpagemag.com


immigration reform | Marketplace.org

"Posted In: Immigration, scams, immigration reform. Can Zuckerberg's FWD.us help immigration reform?
Interview with. Queena Kim. Nov 21, 2013. ... Activists on both sides of the immigration debate use the
Congressional recess to pressure lawmakers."
  marketplace.org/tags/immigration-reform
  marketplace.org


Why Mark Zuckerberg Is Pushing for U.S. Immigration Reform ...

"Instead off Zuckerberg advocating immigration reform so giant tech companies can get science graduates from
other countries on a temporary visa, why not advocate for educational reform here in the U.S.
  business.time.com/2013/04/12/why-mark-zuckerberg-is-pushing...
  business.time.com


Facebook's Mark Zuckerberg: Tech's new champion for ...

"Mark Zuckerberg. (Photo by Robert Scoble via Flickr.) When Facebook founder Mark Zuckerberg announced
his position on immigration reform in a Washington Post op-ed on Wednesday, no one was surprised to hear that,
like many Americans, Zuckerberg found the system flawed."
  geekwire.com/2013/facebooks-mark-zuckerberg-techs-cham...
  geekwire.com


Zuckerberg-backed Group Spins Immigration

"The group behind the ad, Americans for a Conservative Direction, is part of Zuckerberg's FWD.us, a nonprofit
group formed to back policies important to the technology sector, which the website identifies as
""comprehensive immigration reform and education reform."""
  factcheck.org/2013/05/zuckerberg-backed-group-spins-imm...
  factcheck.org


Fraud: Leftist Activist/Facebook Founder Mark Zuckerberg ...

"Home ¯ Immigration ¯ Fraud: Leftist Activist/Facebook Founder Mark Zuckerberg Funds 'Conservative' Group
To Push Gang Of 8 Bill. ... Americans for a Conservative Direction will spend seven figures to run ads in more
than half a dozen states, ..."
  patdollard.com/2013/04/fraud-leftist-activistfacebook-fo...
  patdollard.com


Visa Mills Scam Profitably in Silicon Valley | national ...

"Visa Mills Scam Profitably in Silicon Valley . ... ""Why are we putting immigration authority into (these) "" ...
Tri-Valley demonstrates the riches that can be made from turning a school into a visa mill."
  limitstogrowth.org/articles/2011/07/17/visa-mills-scam-profi...
  limitstogrowth.org


Work Visas Archives: Silicon Valley Immigration Lawyer Blog

"As a Silicon Valley immigration lawyer, ... Although the report is dated October 2009, it discusses fraud trends

THE BOOK OF TESLA. Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

from certain regions in India, and the steps that ""Mission India"" takes to combat fraud. Indians make up the highest number of H and L visa applicants in the world."
  siliconvalleyimmigrationlawyer.com/work-visas/
  siliconvalleyimmigrationlawyer.com


Silicon Valley university CEO indicted on charges of visa fraud


"SUNNYVALE -- Striking a blow at a Silicon Valley school that attracted foreigners with student visas, federal agents on Thursday raided Sunnyvale's Herguan University and charged its CEO with visa fraud."
  insidebayarea.com/oakland-tribune/ci_21224593/silicon-valle...
  insidebayarea.com


silicon valley immigration scandal | SNARK


Posts about silicon valley immigration scandal written by EDITORS
  boycotttesla.wordpress.com/tag/silicon-valley-immigration-scandal/
  boycotttesla.wordpress.com


- Silicon Valley's immigration argument. Is it a lie? Do ...


"Silicon Valley's immigration argument. Is it a lie? Do they just want cheap overseas labor and say ""screw paying those pricey jobless Americans""?."
  somosnark.wordpress.com/2014/06/04/silicon-valleys-immigration-ar...
  somosnark.wordpress.com


Silicon Valley businessman charged with visa fraud - Rediff ...


"B alarkishan Patwardhan, a Silicon Valley-based businessman was arrested on Wednesday, March 27, on visa fraud charges. He made an initial appearance in federal court, Northern District of California, on Friday and has been charged with 19 counts of visa fraud."
  rediff.com/money/report/silicon-valley-businessman-c...
  rediff.com


Consumer Complaints for Business & Immigration Service ...


"BBB's Consumer Complaints for Business & Immigration Service, Consumer Complaints for Business & Immigration Service in Los Angeles, CA."
  bbb.org/losangelessiliconvalley/business-reviews/...
  bbb.org


Immigration fraud: Indian consulate comes to rescue duped ...


"The university, which faces charges of massive immigration fraud, had around 1,500 students on its rolls, 95% of whom were Indians. ... Silicon Valley-based immigration attorney and legal advisor to the Indian consulate in San Francisco."
  articles.economictimes.indiatimes.com/2011-01-28/news-by-industry/28424249_1_st...
  articles.economictimes.indiatimes.com


Disaster: Massive Immigration Scam Exposed | Immigration


"These commercials are funded by a Silicon Valley group calling itself ""Americans for a Conservative Direction,"" though conservatism isn't evident ... http://www.westernjournalism.com/disaster-massive-immigration-scam-exposed/ Get FREE private and secure Email and Messaging ..."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

beforeitsnews.com/immigration/2013/06/disaster-massive-immi...
beforeitsnews.com

Immigration Scam Exposed | CNS News- Vinohd Khosla

"Immigration Scam Exposed . June 19, 2013 - 12:13 PM . By M. Stanton Evans. Subscribe to M. Stanton Evans RSS. ... These commercials are funded by a Silicon Valley group calling itself ""Americans for a Conservative Direction,"" though conservatism isn't evident otherwise in Silicon Valley ..."
cnsnews.com/blog/m-stanton-evans/immigration-scam-exp...
cnsnews.com

Goodlatte to Fundraise in Silicon Valley as Tech Community ...

"This story is about an aspect of the immigration scam. There are the unskilled lettuce pickers and drug mules. Which comprises anywhere from 12 to 32 million international trespassers. But, this is about another: the H1-B scam. That's why it's in Silicon Valley."
amren.com/news/2014/03/goodlatte-to-fundraise-in-si...
amren.com

The Immigration Marriage Fraud Interview | San Francisco ...

"Te film 'The Immigration Fraud Interview' from the Shah Peerally Productions can be a chilling account ... Silicon Valley and Southern California including: San Jose, Fremont, San Francisco, San Rafael, San Mateo, Millbrae, San Bruno, South San Francisco, Oakland, Berkeley, ..."
peerallylaw.com/the-immigration-marriage-fraud-interview/
peerallylaw.com

US Immigration Officials Arrested University CEO on Visa Fraud

"US Immigration Authorities arrested the CEO of a University in Silicon Valley area on charges of visa fraud, on Thursday August 2nd, 2012. Jerry Wang, the CEO of Sunnyvale's Herguan University, was arrested on multiple charges including visa fraud by the federal authorities in a raid at..."
news.visato.com/united-states/us-immigration-officials-ar...
news.visato.com

H-1B Visa Immiagration Fraud Arrest - Silicon Valley 411 | SV411

"Robert X. Cringely writes this week about the case of immigration attorney Marijan Cvjeticanin, 49, of St. James, N.Y., who is under federal indictment for H-1B visa fraud."
sv411.com/index.php/2013/07/feds-bust-alleged-immig...
sv411.com

Immigration fraud: Hundreds of Indian students may be ...

"Washington: Hundreds of Indian students , mostly from Andhra Pradesh , face the prospect of deportation from the US after authorities raided and shut down a university in the Silicon Valley on charges of a massive immigration fraud ."
in.finance.yahoo.com/news/Immigration-fraud-Hundreds-yahoofina...
in.finance.yahoo.com

# Outing SHILL REPORTERS who are compensated for rigged

THE BOOK OF TESLA - Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# stories

"We have received a number of emails from readers who are disclosing reporters who are ""shills"". A ""shill"" is a reporter who writes a story that is unusually favorable to another party when all of the current forensic, law enforcement, majority media, public disclosure and evidence says the opposite. These reporters are compensated by the car company's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Please send us your disclosures of which reporters are trying to spin the story to help cover up the truth: Andrea K. says- ""Max Greenberg at Media Matters is a Tesla Punch Drinker"" Paul T. Says- ""John Volker at Green Car Reports is a 100% cheerleader and never covers negatives"". Angie H says- ""Tamara Rutter on Motley Fool seems to be obviously in bed with these guys"". Pam K writes- ""Most everybody at the San Jose Mercury News writing about Tesla specifically avoids discussing or investigating any of the issues that have come to light. The owners must be friends with Musk."" Rogers L.- ""On CNN Paul Lamonica is very biased on Tesla and never discusses the sour news facts on them."" Barnie writes- ""John Rosevear at the Fool shows that he is a fool for shilling for Tesla"" Pam C- ""Anything published by Hearst Publishing is in bed with Tesla"" Embry writes- ""Think Progress pretty much works for Tesla"" Carl says- ""Leilani Munter AKA Carbon Free Girl posts as a blogger but is a shill for Tesla"" Sam J. provides- ""Kevin Bullis at MIT Technology Review is so obviously working for Tesla in his shill reporting of them!"""/outing-shill-reporters-who-are-compensated-for-rigged-stories-on-tesla/   9/12/2014      THE EDITORS & WIKI MEMBERS    "HOT TOPIC, Uncategorized"
  "60 minutes investigation, auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Carbon Free Girl, Corruption, diane feinstein, Dianne FEinstein, Elon MUsk, fisker failure, gao investigation, grassley, Iron Man, Issa, John Doerr, John Rosevaar, John Voelker, Kevin Bullis, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, Max Greenberg, mitt romney, Outing SHILL REPORTERS who are compensated for rigged stories, outsource, Paul Lamonica, Sen. Grassley, Senator Upton, shill reporters, solyndra, solyndra = fisker, solyndra = tesla, Solyndra scandal, solyndramobile, Steve Spinner, Steve Westly, Steven Chu, Tamara Rutter, Tesla immigration, Tesla investor spin, tesla kleiner, Tesla motors, Tesla shills, The Hill, Think Progress, wall street journal investigation, washington, washington corruption, washington corruption investigation"

## BIG TROUBLE FOR A LITTLE COMPANY CALLED TESLA:

This glut of news articles shows Tesla in Big Trouble-

http://online.wsj.com/article/PR-CO-20130417-911900.html?mod=googlenews_wsj #

http://lithium-ion.weebly.com

http://www.iconoclast-investor.com/2010/07/27/the-truth-about-tesla-motors/

http://youtu.be/cTqnP0McPcs

http://tinypic.com/r/7295hs/6

http://seekingalpha.com/instablog/239719-james-quinn/80801-tesla-motors-another-wall-street-scam

http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design

https://www.consumeraffairs.com/automotive/tesla_motors.html

THE BOOK OF TESLA Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.ihatethemedia.com/tesla-motors-devastating-design-problem

http://ecomodder.com/blog/tesla-motors-environmental-fail/

https://anonfiles.com/file/8da2ce24879ee054dcd06a8bf21a6e14

http://justinemusk.com

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/

http://amerpundit.com/2011/04/11/obama-supported-taxpayer-funded-tesla-sues-critics/

http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/

http://sadhillnews.com/2012/12/29/bankrupt-tesla-ceo-buys-17-million-mansion-after-receiving-465-million-taxpayer-funded-bailout

http://www.americanclarion.com/3503/2012/02/29/driving-taxpayer-subsidized-100k-brick/

http://blog.tmcnet.com/blog/rich-tehrani/green/tesla-motors-in-trouble-paradox-of-a-lifetime.html

https://anonfiles.com/file/bd21a3e1b2edbb6a880f52e72ade50de

http://nlpc.org/category/keywords/tesla

http://davianletter.com/blog/2010/6/29/tesla-motors-risky-fendi-bag-highways

http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/

/big-trouble-for-tesla/

Did White House staff order protection of Tesla at all costs?

 to protect image (and maybe $ Scheme?)          "White House staff order protection of Tesla ""at all costs"" to protect DOE's image and the image of those associated in Washington. By Public Team Aslam Analysts that are in the pockets of Tesla investors market stock values that have no basis in reality. Using manipulated Google stories that are rigged into search engine output to make them look like they are the main opinion rather than the exception that they are. The persons backing this effort are the exact same people who were campaign bundlers and contributors. Fake Tesla financial reports use Federal and State tax credits to magically show as revenue upside when, in fact, the company is bleeding money and desperately trying to reconfigure its NUMMI building contract. Tesla is still getting taxpayer money to keep it operating by getting kickbacks from State and Federal agencies on orders from those agency bosses. State kickbacks and DC kickbacks got Tesla where it is and nothing more. Tesla cars turn out to be NOT ""the best built car ever built"" as stated in paid-for ""consumer reports"" but, rather full of electronic problems, door handle lock-ins, overheating, range issues, shock absorber failures, mounting bolt failures, and DEADLY FIRES THAT WATER MAKES EVEN WORSE AND TOXIC GASES FROM BATTERY FIRES COMBINED WITH BURNING PLASTIC. When Fisker died, the orders went out from on high: ""Never Let Mitt Romney's call   that Tesla AND Fisker were losers"" become verifiable"". Cover up anything that makes Tesla look bad. The order from The Hill was given to protect Tesla as a DOE ""success Story"" ""no matter what"".   See ""THROW THEM ALL OUT- PART 2: The Fix is In."" Asta Lee- Denver CL CITIZENS INTERNIED CHARGES ""TESLA & SOLYNDRA WERE CAMPAIGN MONEY LAUNDERING

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

SCAMS"" ---------------------------------------------------------------------------------------------

Tesla-specific ""analysts"" and ""financial bloggers"" pushing Tesla stock online all have paid relationships, positions and Tesla investor connections per MarketWatch tracking and Disclosure filings. Using fake ""trade publications"" like EV WORLD and others, the ""amazing perfection of Tesla"" is always trumpeted by them like fanboys talking about MAC's or Wolverine comics. It helps that Googles executives are secret backers of Tesla and make all of the Google products push Tesla (kind of against the law, per SEC, but nobody seems to care about that anymore) TL- LA Times Stringer
--------------------------------------------------------------------------------------------

Steven Chu was practically married to each and every silicon valley investor DNC bundler/contributor recipient of DOE manipulated funding before he was suggested as Secretary of Energy. Once he got thrown out of DOE for being such an obvious shill, he couldn't even get a job except at the VC's own college campus: Stanford, where the VC's can keep an eye on him. Alas, so can the authors and researchers of: THROW THEM ALL OUT, too. Now they are trying to train Moniz to be their bitch but it isn't going as fast as they like and actual facts are starting to slip out as the few honest DOE staff have had enough and are now whistleblowing. We got Chu and a bunch of his corrupt staff terminated..THROW THEM ALL OUT actually DOES work, Let's roll... PK
--------------------------------------------------------------------------------------------

Tesla could sell cars with dead bodies in the back seat painted in pink paint and the shills would still write that they were the greatest thing since god and that no other car on Earth is as wonderful, perfect, excellent, pristine, angelic and otherwise a total work of bullshit spin. Tesla is the Miley Cyrus Twerk of the Hill! Tesla exists entirely out of hundreds of paid bloggers and paid reviewers; paid search engine hype; paid off analysts; exclusive one-of-a-kind just-for-tesla tax dodges and free taxpayer loans. Elon Musk is the P.T. Barnum-Madoff of the investment world. Musks insane plan to built a Libertarian Cult on Mars, with him as the head priest, shows what kind of a whack he is. They have their dealers park their cars in rich neighborhoods during commute hours so people think there are more of them around than have actually been purchased. They made all of their investors buy them and buy them and put them in their friends and families names to trump up volume appearances.
--------------------------------------------------------------------------------------------

""One of our neighbors showed up with a Tesla the other week. We knew, as a retail salesperson, he could never afford it. We all started asking him about it and found out that one of the Tesla reps loans it to him as long as he drives it back and forth over the Golden Gate Bridge during commute hours so it looks like rich people with nice jobs are driving Tesla's. I bet a bunch of Tesla's you see are in certain situations just for show

   2. Tesla - Capitalism and Carmageddon - Death by Car

   www.deathbycar.info/tag/tesla/  -

   "Aug 12, 2014 ... Tesla CEO  Elon  Musk  said last month the company continues to review ... A few weeks ago, the publicly maintained  scam  artist  Elon  Musk  ..."

   "3. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes"

   www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/  -

   "May 27, 2013 ... Next, let's congratulate  Elon  Musk  on paying off his half-billion dollar federal loan ahead of time. Finally, thanks to everyone in the country for  ..."

   4. Elon  Musk  on 60 Minutes: ?I didn't really think Tesla would be ...

   www.siliconbeat.com/ 2014/ 03/ 30/  elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/  -

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Mar 30, 2014 ... 1  Elon  Musk  is worth more to the world than a thousand Donald Trumps ...... Tesla is all a BIG  Scam?They will run up the Stock, and sell out just  ..."

5. Video:  Elon  Musk  Tells Fox Business That ?Tsunami of Hurt Coming ...

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon-musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/  -

"Sep 13, 2012 ...  Elon  Musk  of Tesla, never one to pull punches, really let loose on this interview that Fox Business just ... How is he getting away with this  scam

6. Elon  Musk  Is Playing With Fire ? and Tesla May Get Badly Burned ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html  -

"Nov 19, 2013 ... Shareholders have applauded Tesla (TSLA) CEO  Elon  Musk  for ... owners who set their own cars on fire to  scam  insurance companies.  Musk's  ..."

7. Tesla's  Elon  Musk  posts data from disastrous New York Times test ...

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review  -       -Highlight

"Feb 14, 2013 ... After a spat with Top Gear,  Elon  Musk's Tesla made sure that it ... of lying and fraud and a rapidly ballooning media and technology scandal."

8. Elon  Musk  Replies To Sarah Palin Insult - Business Insider

www.businessinsider.com/  elon-musk-replies-to-sarah-palin-insult-2013-4  -

"Apr 8, 2013 ... Here's What  Elon  Musk  Had To Say About Sarah Palin Calling Tesla A .... fraud and profiteering has got to be at least in the triple-digit billions."

9. Tesla's  Elon  Musk  & NY Times: Disturbing Discrepancies On Model ...

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting  -

"Feb 14, 2013 ... 'Revenge of the Electric Car' premiere:  Elon  Musk  arrives in a Tesla ...... shut down tesla motors  scam, before the hydrogen fuel cell vehicles  ..."

10. Elon  Musk  Unveils His Latest Taxpayer Boondoggle - Minx.cc

www.minx.cc/?post=342411  -

"Aug 11, 2013 ... But  Elon  Musk  has a big heart, and he will generously make this project .... 29 Space-X is ascam  that hires some clever engineers but Burt  ..."

# Solyndra just the tip of the iceberg in $300B U.S. Treasury

THE BOOK OF TESLA. Copyrights: original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# embezzlement cover up! The Big Fix.

"Is the Tesla GigaFactory a ""FRONT"" to conduit cash to the 2016 Presidential Campaign like Tesla was for the Obama campaign? Is Tesla getting Taxpayer money from Nevada to kick back to campaigns

Detroit Free Press busts Tesla?s Musk?s BIG LIE!        "In recent interviews Elon Musk refused to say how many cars had been built by Tesla. Elon Musk, after scamming a number of other cities about their factory, bought the NUMMI car factory in Fremont. NUMMI was built by Toyota and General Motors and operated as the premiere showcase car factory in the world. GM was using it to learn how Toyota builds cars so good. It was built to deliver 500,000 CARS PER YEAR!! 500,000 CARS PER YEAR IS WHAT NUMMI WAS FULLY EQUIPPED TO BUILD!! NUMMI could rapidly shift from one new car design to the next if people knew what they were doing. NUMMI switched out between the Chevy Nova, The Geo Prizm, The Chevy Prizm, The Hilux, The Voltz, The Vibe, Tacoma Pick-up Trucks, The Matrix and could change up to a whole new car within 19 days. This was a ready-to-go car factory. There should have been no learning curve, no ""build-a-new-car factory"" delays, it should have been all up and running per the notarized written assurances Tesla gave to the DOE, In WRITING! So Musk got it and fired all of the car builders. Tesla has been trying to get people to buy a non-hand-built version of their car since 2003!!! That is a LONG TIME. GM AND TOYOTA built a ton of new car designs in the same factory in the same time-span!! SO... after spending HUNDREDS AND HUNDREDS AND HUNDREDS of MILLIONS of YOUR TAX DOLLARS and beating their awful car design for a decade, how many cars have they built?: 255 CARS!!! They are still hand building the cars. The factory turns out to be almost unused except as a very expensive roof. In a 500,000 car capacity ready-to-go, state-of-the-art car factory after spending hundreds and hundreds of millions of dollars for a factory that GM AND Toyota had already tuned up they find that EVERYBODY thinks their car is a narcissistic Stanford yuppie Sandhill Road rich frat-boy meat-head man-toy! Nobody wants it!!!"

"1. Elon  Musk  Companies, are they are just scams? | Wall Street Oasis"

www.wallstreetoasis.com/ forums/  elon-musk-companies-are-they-are-just-scams -      -Highlight

"I have been interested in some of the ideas that  Elon  Musk  has, so I have l been looking into his companies. I have come to the conclusion that  ..."

2. Tesla - Capitalism and Carmageddon - Death by Car

www.deathbycar.info/tag/tesla/  -

"Aug 12, 2014 ... Tesla CEO  Elon  Musk  said last month the company continues to review ... A few weeks ago, the publicly maintained  scam  artist  Elon  Musk  ..."

"3. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes"

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/  -

"May 27, 2013 ... Next, let's congratulate  Elon  Musk  on paying off his half-billion dollar federal loan ahead of time. Finally, thanks to everyone in the country for  ..."

4. Elon  Musk  on 60 Minutes: ?I didn't really think Tesla would be ...

www.siliconbeat.com/ 2014/ 03/ 30/  elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/  -

"Mar 30, 2014 ... 1  Elon  Musk  is worth more to the world than a thousand Donald Trumps ...... Tesla is all a

THE BOOK OF TESLA - Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

BIG  Scam?They will run up the Stock, and sell out just  ..."

5. Video:  Elon  Musk  Tells Fox Business That ?Tsunami of Hurt Coming ...

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon-musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/  -

"Sep 13, 2012 ...  Elon  Musk  of Tesla, never one to pull punches, really let loose on this interview that Fox Business just ... How is he getting away with this  scam

6. Elon  Musk  Is Playing With Fire ? and Tesla May Get Badly Burned ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html  -

"Nov 19, 2013 ... Shareholders have applauded Tesla (TSLA) CEO  Elon  Musk  for ... owners who set their own cars on fire to  scam  insurance companies.  Musk's  ..."

7. Tesla's  Elon  Musk  posts data from disastrous New York Times test ...

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review  -        -Highlight

"Feb 14, 2013 ... After a spat with Top Gear,  Elon  Musk's Tesla made sure that it ... of lying and fraud and a rapidly ballooning media and technology scandal."

8. Elon  Musk  Replies To Sarah Palin Insult - Business Insider

www.businessinsider.com/  elon-musk-replies-to-sarah-palin-insult-2013-4  -

"Apr 8, 2013 ... Here's What  Elon  Musk  Had To Say About Sarah Palin Calling Tesla A .... fraud and profiteering has got to be at least in the triple-digit billions."

9. Tesla's  Elon  Musk  & NY Times: Disturbing Discrepancies On Model ...

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting  -

"Feb 14, 2013 ... 'Revenge of the Electric Car' premiere:  Elon  Musk  arrives in a Tesla ...... shut down tesla motors  scam, before the hydrogen fuel cell vehicles  ..."

10. Elon  Musk  Unveils His Latest Taxpayer Boondoggle - Minx.cc

www.minx.cc/?post=342411  -

"Aug 11, 2013 ... But  Elon  Musk  has a big heart, and he will generously make this project .... 29 Space-X is ascam  that hires some clever engineers but Burt  ..."

## Running the Scam
"What happens when you get: Free ""loans"" from taxpayer money acquired by submitting manipulated applications. Competitors artificially blocked using taxpayer resources. Tax credits from taxpayers to artificially reduce the price of your goods when your competitors do not get it. Tax credits from taxpayers to build your factory cheaper when your competitors do not get it Tax credits from each taxpayer for each car sold to be paid back to you for being green when your competitors do not get it. Inflated

THE BOOK OF TESLA. Copyrights: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

stock scores on the taxpayer supported public stock exchange created by inflating results using tax credits and investors-acting-as-buyers. Tax loss postings in annual tax filings for investors of the company who gain profits by reporting losses. Personal manipulation of the process in disfavor to the taxpayer and in unjust reward to the manipulating entity. ?? You get a liability situation in which any taxpayer can sue for just cause, any company can sue for just cause, any state can sue for just cause or any citizens group can sue for just cause.. and win. Tesla, Nissan & Ford are now at HUGE risk to be caught and reamed according to Detroit News Reporter

## 9 questions for Tesla?s Elon Musk; Reporters embrace the ?jump Musk? tactic to expose him        "9 questions for Tesla's Elon Musk By Alex Taylor III, senior editor-at-large elon musk (Fortune) At about $90,000 apiece, Tesla's zero emission cars have become a symbol for those in the moneyed class who want to show a commitment to the environment. At the same time, billionaire CEO Elon Musk has emerged as the company's chief spokesman and cheerleader, encouraging optimistic sales projections and batting away doubters and naysayers who say the company's shares are overpriced and the cars are overrated. In recent weeks, he's battled both the New York Times and Barron's over what he perceived to be negative coverage about the company's prospects. ""I have no interest in an article that debates what we consider to be an obvious point -- which is that there is a dramatic reduction in battery costs,"" Musk told the Barron's reporter. ""You clearly do not understand the business."" Then he terminated the interview. Is Musk the next Henry Ford -- or Preston Tucker? By getting Tesla (TSLA) into production with a saleable car designed from the ground up, he's already gone further in the auto business than many people expected (see Henrik Fisker), but Tesla's stratospheric rise has generated heated debate on websites like Seeking Alpha and Motley Fool as to whether it can continue to expand at its current rate. Here are nine questions for Tesla and Musk: 1. Is Tesla's stock price the result of irrational exuberance? As numerous commentators have pointed out, your company's finances look more like an Internet startup's in 1999 than those of a traditional automaker. Tesla has made money in only one quarter during its 10-year history, is expected to only break even this year, and make a buck a share in 2014. That works out to a forward p/e of roughly 100. Tesla could possibly make 35,000 vehicles per year by 2015, but GM (GM, Fortune 500) and Ford (F, Fortune 500) respectively produced 252,894 and 246,585 vehicles during the month of May in the U.S. alone. GM has a trailing p/e of 11.9 and Ford 10.7. Investors have to decide where the best value lies. 2. Can you make money selling cars without air pollution credits? Behind Tesla's $11 million first-quarter profit, analysts figure there is nearly $100 million in one-time or otherwise unsustainable items, including $68 million in zero emission credits that you've said will disappear by the end of the year. That will leave a big hole in your operating statement. How will you be able to fill it? 3. AutoData reports that Tesla sales declined 14.7% in May. Is this a one-month blip or a sign that the immediate demand by early adopters has been satisfied? Part of the auto business is fashion; cars with flashy designs or novel concepts get a big initial boost but have a faster decay in their sales curve than more conventional cars with steadier demand.  Tesla's are high fashion: eye-catching designs combined with unusual powertrains. The sales slump could also be a sign that your company is exhausting the market for super-premium priced cars. The number of people shopping for Porsches and higher-priced Mercedes and BMWs is thin and essentially finite, and Tesla may have already gotten its share. It is also worrisome that you used to brag about your order backlog, but now you won't release that information any longer. What is going on? Elon Musk: Electric car competition is key Elon Musk: Electric car competition is key 4. Can you continue to roll out your distribution model nationwide, given the opposition of local dealers and the barriers of state franchise laws? Instead of using franchised dealers, Tesla is distributing its cars through company-owned outlets. You argue, reasonably, that ""existing franchise dealers have a fundamental conflict of interest between selling gasoline cars, which constitute the vast majority of their business, and selling the new technology of electric cars."" But that puts you in opposition to state franchise laws enacted in the 1920s to protect independent dealers. Tesla has won court decisions in Massachusetts and New York but suffered setbacks in Virginia and Texas. Advocates of the franchise system argue that independent dealers are essential to provide inventory buffers and to interface directly with customers. 5. Does it really make sense to build a nationwide recharging network? Since electric cars have limited ranges, everyone agrees that a network of charging stations is essential to their widespread adoption. Supercharger stations can return most of a vehicle's range in 25 minutes but cost $150,000 apiece. You currently operate eight supercharger stations, including six in California, one in Connecticut, and one in Delaware, and you have promised to install 200 coast-to-coast by the end of 2014. Won't the supercharger attendant in Nevada or Kansas be as lonely as the Maytag repairman? 6. Is guaranteeing the residual value a smart business decision? In May, you announced that you will guarantee to anyone who leases a Tesla that it will have a

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

higher residual value after three years than any other luxury car on the market. That's nice, but who knows what a Tesla will be worth three years from now? As analysts have pointed out, that just shifts the risk from car owners to shareholders. You could be stuck with a lot of vehicles that are worth less than expected 7. Can you bring down the price of batteries far enough to build a $40,000 car? You have said you will launch a small electric sedan in late 2016 with a range of at least 200 miles and a price point ""half"" that of the flagship Model S. That means it will start at about the same price as the Nissan Leaf -- around $30,000 -- but have triple the range. You said you were ""pretty optimistic"" that the necessary advances in battery technology are achievable without ""any miracles happening."" There aren't many who are equally optimistic. 8. Every other EV manufacturer is struggling. Are you really that much better? GM just cut the price of the 2013 Chevrolet Volt by $4,000 to boost stalling sales. Nissan sold only 2,138 Leafs in May. The only electric car that has been made so far that could compete with the Model S was the Fisker Karma, which looked attractive, was powerful, and had a high range. Unfortunately, the Karma was not a success, and Fisker is now defunct. 9. Are you in danger of overreaching? Google (GOOG, Fortune 500) founders Larry Page and Sergey Brin were both investors in Tesla before its 2010 initial public offering, and that's pretty intoxicating company. So perhaps we shouldn't be surprised that you are talking with Google about adding driverless technology to your cars. ""Autopilot is a good thing to have in planes,"" you said in an interview, ""and we should have it in cars."" Personally, I'd be happy if you just continue to develop your cars, bring your prices down, and blanket the East and West Coasts with service centers and charging stations. That way, if you don't become the next Henry Ford, at least you would be the next Walter Chrysler.

## Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

"This start-up scam is going to die and we all know it. Unless they get folded into American-Leyland. Login to reply: montgomery burns. ... Again, I'm no fan of Tesla or Elon Musk. But I see no fraud here. And Tesla is delivering Roadsters that work. Give them that much credit."
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...
"Elon Musk Companies, are they are just scams? | Wall Street Oasis"

"Read forum discussions about Elon Musk Companies, are they are just scams? on Wall Street Oasis, the largest finance industry social network and web community."          wallstreetoasis.com/forums/elon-musk-companies-are-they-are-j...
wallstreetoasis.com

"Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist"

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
crazyontap.com/topic.php?TopicId=241832

## TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ..

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, Elon Musk has set off to build things that most little boys only dream of: ..."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...

Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

"Quote Category: Quotes, Pseudoscience; Source Type: Sources - Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global

Warming Scam - Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything ..."

  quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk...

  "Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ..."

  "Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, ... Elon Musk Companies, are they are just scams? | Wall Street Oasis."
  teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar...

  -Tesla Shareholders SUE TESLA. Have FACTS proving EPIC FRAUD ..

  Tesla shareholder suit claims Elon Musk and other board members lied about car safety - DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS.

  Elon Musk ? Obama's Triple Dipper [Reader Post ...
  "I am not as critical on Elon Musk as I am on many others in the Green Scam Economy. A. He is a true venture, risk taker having rolled over much of his own money (from the sale of PayPal) in every venture."
  floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper...

  Does Elon Musk Think We're All Complete Fools? - TheStreet

  Does Elon Musk Think We're All Complete Fools? BY Rocco Pendola | 04/03/13 - 05:35 PM EDT. Tweet. Comment. ... I'll stop just short of calling Tesla's new the best of the both worlds' lease/finance option for its Model S a scam. It's not. Upside exists.
  thestreet.com/story/11886983/1/does-elon-musk-think-wer...
  thestreet.com

  "Elon Musk on 60 Minutes: ""I didn't really think Tesla would ..."

  "Elon Musk on 60 Minutes. ... Tesla is all a BIG Scam-They will run up the Stock, and sell out just before it crashes. Moving the emissions from the tailpipe to the power plant smokestack is hardly ""Clean""-like sweeping dirt under the rug."
  siliconbeat.com/2014/03/30/elon-musk-on-60-minutes-i-didn...
  siliconbeat.com

  "28 Sherman: Elon Musk, Welfare Queen - blogspot.com"

  "Elon Musk, Welfare Queen ... There are other and worse government leeches, but Musk feels especially slimy due to the Tesla scam of what 20K cars on the road but a 12 bil stock value? A space launch leading to what? We going back to the moon, Elon
  28sherman.blogspot.com/2013/07/elon-musk-welfare-queen.html
  28sherman.blogspot.com
  ..

  "Elon Musk Gets Government Loans, Buys $17 Million House"

  Who is Elon Musk? He struck it rich with the invention of PayPal. Nationwide foreclosure scam leads to 35-year sentence; brother stole 300 home titles.
  breitbart.com/Big-Government/2013/01/15/elon-musk-poste...
  breitbart.com

"With The Tesla Model S, Elon Musk Has Created A Nice Fossil Fuel Car - Forbes"

"Elon Musk, you've created a great coal car. Don't stop others from creating a great coal life. Postscript: For more on this issue, including my response to the most common anti-fossil-fuel arguments..."
forbes.com/sites/alexepstein/2013/08/21/with-the-tes...
forbes.com

Elon Musk's Data Doesn't Back Up His Claims of New York Times Fakery...

Elon Musk's long-awaited blog post take-down has arrived with what he claims is the data to prove New York Times reporter John M...
thewire.com/technology/2013/02/elon-musks-data-doesnt...
thewire.com

Can Elon Musk code? - Quora

"What does Elon Musk's daily routine look like? Bruce Hillman, hedonist, liar, cheat, and aspiring scam artisthedonist, liar, cheat, and aspiring scam artist."
quora.com/Elon-Musk/Can-Elon-Musk-code

Elon Musk: Visionary or Rent-Seeker? - Bloomberg View

"Elon Musk: Visionary or Rent-Seeker? 90 Feb 28, 2014 8:50 AM EST. Which brings us back to professor Pirrong. What was so galling about Musk to him
bloombergview.com/articles/2014-02-28/elon-musk-visionary-o...
bloombergview.com
thetruthaboutcars.com/2009/02/siry-departed-tesla-on-deposit-fr...
thetruthaboutcars.com

"Crazy On Tap - Car & Driver: Tesla a scam, Musk a con artist  "

"Car & Driver: Tesla a scam, Musk a con artist. http://blog.caranddriver.com/ Tesla's-model-s-lease-and-financing-program-expensive-misleading/ Idiot April 8th, 2013 12:45am ... ELON MUSK April 8th, 2013 12:50am Light skinned much? Shylock, ..."
crazyontap.com/topic.php?TopicId=241832


TESLA MOTORS - ANOTHER WALL STREET SCAM - James Quinn ...

"TESLA MOTORS - ANOTHER WALL STREET SCAM 0 comments. Jul 8, 2010 5:42 PM ... Will Elon Musk be able to retain control? As almost every article on Tesla notes, it is led by quite the colorful CEO. A co-founder of PayPal, ..."
seekingalpha.com/instablog/239719-james-quinn/80801-tesla-...

Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam

"Quote Category: Quotes, Pseudoscience; Source Type: Sources - Website; Elon Musk; 2013; Elon Musk Interview by Rory Carroll, The Guardian; Article: Elon Musk Begs for Carbon Tax by Promoting Global Warming Scam - Important Quotes, Famous Quotes Documenting Ideas, Events, Facts and Everything ..."

quote.bitprox.com/en/quotes/pseudoscience/item/32/elon-musk-...

Am I being scammed ? - Page 4 - ADVrider

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

Am I being scammed ? Australia ... ADVrider > Riding > Regional forums > Australia: Am I being scammed ?

advrider.com/forums/showthread.php?t=744542&goto=newpost



Tesla Motors another big scam? - Stormfront

"Tesla Motors another big scam? Money Talks Stormfront > General > Money Talks: Tesla Motors another big scam? User Name: Remember Me? Password ... And so what if Tesla admits that CEO Elon Musk (pictured, with Model S) ""does not devote his full time and attention"" to the company."
stormfront.org/forum/t724957/
stormfront.org

Elon Musk ? Obama's Triple Dipper [Reader Post ...

"I am not as critical on Elon Musk as I am on many others in the Green Scam Economy. A. He is a true venture, risk taker having rolled over much of his own money (from the sale of PayPal) in every venture."
floppingaces.net/2012/12/23/elon-musk-obamas-triple-dipper...
floppingaces.net

Does Elon Musk Think We're All Complete Fools? - TheStreet

Does Elon Musk Think We're All Complete Fools? BY Rocco Pendola | 04/03/13 - 05:35 PM EDT. Tweet. Comment. ... I'll stop just short of calling Tesla's new the best of the both worlds' lease/finance option for its Model S a scam. It's not. Upside exists.
thestreet.com/story/11886983/1/does-elon-musk-think-wer...
thestreet.com

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing ..."

"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim
teslainvestigation.wordpress.com/2014/07/16/is-elon-musk-a-sociopathic-nar...
teslainvestigation.wordpress.com

"28 Sherman: Elon Musk, Welfare Queen - blogspot.com"

"Elon Musk, Welfare Queen ... There are other and worse government leeches, but Musk feels especially slimy due to the Tesla scam of what 20K cars on the road but a 12 bil stock value? A space launch leading to what? We going back to the moon, Elon
28sherman.blogspot.com/2013/07/elon-musk-welfare-queen.html
28sherman.blogspot.com

Even FORBES admits Tesla is a Scam! | Switch to: http://www ...

"TESLA investors sue Tesla claiming Tesla is EPIC FRAUD SCAM; The Character Assassination of Martin ... For-Profit ""College"" Scams and Corruption ... let's congratulate Elon Musk on paying off his half-billion dollar federal loan ahead of time. Finally, thanks to ..."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## The Strange Death Of Tesla's investor's buddy: Karl Slym

"You lay back on your long-tail boat, totally relaxed, as it winds its way down the Chao Phraya River towards your destination - Shangri-La Hotel, Bangkok. Your boat arrives at the hotel. With a warm smile, the porter leads you to your room. You are enchanted by what you see. The luxurious room has a Thai-inspired d,cor with high ceilings, chandeliers and spacious balconies offering memorable views of the Chao Phraya River. Silk and teak finishings add an elegant touch. Your eyes close gently in the relaxing whim of the boat and you recall all the day?s wonderful activities. Shopping at shiny malls, charming boutiques and open-air markets. Visiting the Grand Palace and marvelling at its magnificent architecture and intricate designs. Breathing in the aroma of street food as tuk tuks zoom around you. Watching saffron-robed monks bow low before giant Buddhas in serene temples. It is time for dinner and you head back to the hotel?s Salathip Restaurant, where you settle into a traditional Thai teak pavilion. Graceful Thai dancers perform while you enjoy cuisine prepared with fragrant spices. Now for something which you?ve been looking forward to all day. YOUR DEATH! Managing Director Karl Slym, head of Tata Motors? domestic operations, walked to the edge of the roof of the Shangri-La Hotel, took one last look at the lovely skyline and then turned himself into a stain on the sidewalk below. He fell to his death at the Shangri-La Hotel in Bangkok, where he was attending a company meeting, and police are investigating the case as an apparent suicide. The Dynasty told Karl to take a hike, right off the top of the building, and he did. Because they are THAT powerful. The Nano, conceived by the Tata Motors Ltd. (TTMT) chairman as the world?s most ground breaking car and whose sales plunged and never fully recovered after they caught fire, had a little bit to do with it but not all. The Nano, which starts at 141,898 rupees ($2,565) was developed as an upgrade option for millions of Indian motorcycle owners. First introduced in 2009, demand fell to a record low of 509 units in November 2010 after the cars caught fire. (http://www.bloomberg.com/news/2012-08-21/chairman-tata-seeks-to-salvage-world-s-cheapest-nano-car.html) The Indian family dynasty had plans for cars that drove straight into Silicon Valley. Dynasties like the Tata, Mahindra and Vinohd Khosla conneced clans are one part of the core of the Silicon Valley VC's dynasties. Elon Musk, whose cars also grapple in flames, exists because of his connection to European and Russian dynasties and funding from Stanford dynasties. Neelam Raaj, writes about how Dynasty dominates India in his work on ""The Great Indian family"". The Badals of Punjab, the Bachchans of Bollywood, the Yadavs of Bihar, the Karunanidhis of Chennai, the Gandhis, the Deols of Mumbai, the Pawars of Maharashtra and the Gavaskars are part of the systems of power in India. ""It is undemocratic that the Congress is still led by a Gandhi...But it is a fact of life in India that success in politics depends on who you know or are related to. I want to change the system"", said Rahul Gandhi. This is entirely the case in Silicon Valley. Who better than dynasty's child to turn the spotlight on the blood ties that course through Indian politics? If proof was needed, it came on results day - the roll call of famous political surnames came attached to different, usually younger faces. By one rough count, 27 MPs in the 15th Lok Sabha belong to prominent political families. Sons, siblings, wives, cousins...Indian politics appears to be a family business, with a parliamentary seat almost an heirloom to pass on. But while much fuss is made about money's influence on politics, another form of privilege - blood or marriage - is taken for granted. Like money, blood is not enough to guarantee victory, but it improves the odds. In Bollywood, it can help you get that all-important first break (and a second and a third chance if you don't make it). ""A star son or daughter does have a better chance of getting their calls returned than average Joe from Patna who has moved to Mumbai to knock on the doors of directors,"" says film critic Anupama Chopra. The audience, too, extends existing goodwill for the parents to Gen Next. But then, it's over to the box office. The failure of some recent films starring Sonam Kapoor, Sikander Kher, Adhyayan Suman and Mimoh is testimony to the fact that the audience often rejects the brat pack. But hit or flop, the great Indian family is always in the picture. And what's family, without the drama? Tamil Nadu's first family provided more than its share before the new Cabinet was sworn in. The spat that hit primetime had as much melodrama as an Ekta Kapoor soap and as many characters: sons, daughters, wives, nephews and grandnephews. The ties that bind had become the ties that strained. Strain over succession has often been the reason India's business dynasties, which dominate the country's corporate landscape, have hit the headlines. Be it the Ambanis, Birlas or Bajajs, fortunes have been fought over. Family has always been a great source of strength and support in India but clans also spell the end of transparency and professionalism. ""At their best, they are minor ecologies of creativity like the Kapoors in Bollywood. But they can also be the worst of nepotism,"" says sociologist Shiv Vishwanathan. But those who have the right surname don't have it easy. If they seize what has been held up as a birthright, they must also accept the inevitable comparisons with the giants whose shoes they aim to fill. So why does the family business still beguile and

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

beckon many to live under relentless scrutiny and the pressure of great expectations? Is it noblesse oblige or a sense of divine right? Do they represent the last gasp of an old order, or the first breath of a new one? Sometimes, it's the old order that brings forth the new. The push to change the yardstick of selection of candidates from ""loyalty"" to ""potential"" came from Rahul Gandhi himself, says Ashok Tanwar, president of the Youth Congress who won the Sirsa seat in Haryana. One of only two first-time young MPs who does not have a grand political legacy - the other is Meenakshi Natarajan - Tanwar says the gates have now opened for people from non-political backgrounds. But it wasn't always like that, says the 33-year-old. ""When I decided not to sit the civil services exam and continue full-time with politics, my family and friends kept discouraging me. I had no connections and even they wrote me off."" But now, with the democratization of Youth Congress continuing apace, he sees the stranglehold of lineage loosening. So does Meera Sanyal, an independent candidate who contested against the Congress' Milind Deora (son of petroleum minister Murli Deora) from Mumbai South. ""Political lineage is certainly a factor but now, those with merit are willing to step forward into an area where the barriers to entry are high for those not from a political dynasty,"" says Sanyal. She cites professionals who unsuccessfully contested the polls, such as Capt Gopinath and Mallika Sarabhai as examples. South Asia has always had its share of dynasties - the Gandhis in India, Bhuttos in Pakistan and Sheikh Hasina in Bangladesh - but the US is no stranger to them either. The Adamses and Harrisons, and in the last century, Roosevelts, Kennedys and Bushes. The Clintons almost started another. So why does the magic of the pedigree still work? Management experts put it down to brand extension because an established name is the political equivalent of a commercial brand. Call it covert dynasticism, but from America to India, everyone falls under its spell. Sometimes dynasties produce great leaders. Some of India's new MPs boast impressive CVs. A childhood or marriage steeped in politics may be good training for a demanding career. But a political inheritance mocks the aspiration of equal opportunity. Surely anyone can grow up to lead a country? Yes, they can."" Rajeev Motwani was found dead in Silicon Valley. Floating face down in his swimming pool. He had no health problems. He created Google. Some say Silicon Valley elites had him killed to cover their take-over of Google. No one may ever know for sure. Silicon Valley's Vinohd Khosla is featured in 60 Minutes, CNN, MSNBC, FOX and other documentaries as a two faced billionaire manipulator who hides behind a ""green energy facade"" in order to get huge federal taxpayer grants that he rolls back into buying lobbyists in Washington DC. He is now under fire for buying up the most beautiful parts of California and throwing the public off of them in order to create an exclusive coastal Bohemian Grove dynastic encampment. Organized rape gangs are so extensive and on-going, in India because the family dynasties not only tolerate it, but participate in it. Dynasties love their cover-ups."


## But this story isn't about Indian Elitists...


"It is about family dynasties, of every nationality, from around the world who tried to create a system to control the FUNDING OF EVERYTHING via a little path called SANDHILL ROAD in Palo Alto.. The Skull and Bones Stanford and Yale Contingent, The Asian Family Contingent, The Rothchildian Euro-scum contingent and the Indian Contingent all join hands to decide who lives and who dies, which technology survives and which one must be destroyed, because it competes with their portfolio. (See the Mike Chieky story online: ""Killing Mike Chieky"") Using database sharing sites like GUST.COM and other deep-web databases, they cull and conspire, deciding who in the herd of entrepreneurs to breed and who to slaughter. When Tech-Crunch Founder Michael Arrington outed some of this, they attacked him voraciously. Dynasties are almost all male. Hence the sex abuse of entry level receptionists, horrific misogyny, hooker malls, Rosewood Hotel ""Mistress Suites"", Standford Shopping Center girlf-friend hunts and extra-low glass ceilings that Silicon Valley is famous for. When you draw the big chart of every VC and funded entrepreneur in Silicon Valley, you see they are all ""connected"" (Yes, not unlike the ""connected men"" in the mafia). Non connected entrepreneurs don't get funded unless they agree to let the dynasties place their people in controlling positions in their companies. Those dynasty insiders eventually perform the standard hostile take-over and the non-connected entrepreneur is out on the curb. But these dynasty VC's don't like to just take-over technologies and companies, they like to take over governments. (Stay Tuned)....
"

ft.com/cms/s/0/a9d3bd90-c157-11e2-b93b-00144feab...

THE BOOK OF TESLA - Copyright - original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Silicon Valley Meddles in India's Elections | VICE United States

"As Indian voters head to the polls, the country's upstart anti-corruption party is getting a surprising assist from Silicon Valley."   vice.com/read/silicon-valley-is-meddling-in-indias...

**Is Silicon Valley the New Wall Street? - The Atlantic**
"Silicon Valley isn't in the same ballpark as Wall Street when it comes to systemic corruption and manipulation, however."        theatlantic.com/technology/archive/2014/07/is-silicon-val...

**How serious is the current imbroglio involving Silicon Valley ...**
Political Corruption: How serious is the current imbroglio involving Silicon Valley pol George Shirakawa?
quora.com/Political-Corruption/How-serious-is-the-c...

**Santa Clara University - Silicon Valley Business Ethics Dialogue**        "Markkula Center for Applied Ethics ¯
Ethics Blog ¯ Silicon Valley Business Ethics Dialogue Cases in Business Ethics. Back to Blog. ... you say
nothing."" Jenny was absolutely shocked; not only by the corruption, but that it was deliberately being swept
under the rug."   scu.edu/r/ethics-center/ethicsblog/silicon-valley...

**Transparency International - Country Profiles**
Transparency International is the global civil society organisation leading the fight against corruption.
transparency.org/country

## The Silicon Valley Lithium Connection: "Medvedev tours Twitter , Silicon Valley - SFGate"

"Russian President Dmitry Medvedev met with Silicon Valley leaders Wednesday, sent his first Twitter message and told an audience at Stanford University that his nation, despite its bureaucracy and corruption, aims to emerge as a global leader in technology. On the final day of his two-day visit to"
sfgate.com/business/article/Medvedev-tours-Twitter-S...**Indian outsourcing scandal shakes Silicon Valley ...**
"The massive fraud that threatens Indian outsourcing giant Satyam Computer Services has sent tremors 9,000 miles to Silicon Valley, long an investor, partner and promoter of the South Asian country's rising tech industry."
siliconvalley.com/ci_11419460

## "In Silicon Valley, Medvedev Looks For Investment Possibilities for Afghan lithium mining deals"

"From Silicon Valley To Skolkovo If all goes according to plan, ... Transparency International's corruption index ranks Russia near the bottom. During his California trip, Medvedev will not meet Google co-founder Sergey Brin, ..."
rferl.org/content/In_Silicon_Valley_Medvedev_Looks_...
**"Danielle Brian on Legalized Corruption | Blog, Perspectives ..."**
"The ideological gridlock that grips Congress might make you angry. But as Lofgren points in his professorial manner, what should really get your blood pumping are the strings being pulled by the real decision makers: the executives on Wall Street, in Silicon Valley and in the military ..."billmoyers.com/2014/02/21/danielle-brian-on-corruption/

## San Francisco FCPA Team to Focus on Silicon Valley | Just ...

The Securities and Exchange Commission's San Francisco Foreign Corrupt Practices Act team will be led by Assistant Regional Director Tracy L. Davis.mainjustice.com/justanticorruption/2010/05/21/san-fransis...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press rights, and associated rights, claimed and enforced. This is a

## Why Dmitry Medvedev wants a Russian Silicon Valley - SmartPlanet

"On a Silicon Valley tour, he answered tough questions from both Russians and Americans. ... Corruption is a way of doing business, and the bosses get there by who they know, not how good they are at their jobs. If Medvedev's really serious, ..."
 smartplanet.com/blog/thinking-tech/why-dmitry-medvedev-wa...


**Medvedev in Silicon Valley: Luring investors will be harder ...**
 "Today, he's visiting the phone's birthplace, California's Silicon Valley, ... Russians are not investing at home for the same reasons outsiders aren't: rampant lawlessness and corruption, ..."
 csmonitor.com/Commentary/the-monitors-view/2010/0623/Me...
 csmonitor.com


"San Jose Whistleblower Lawyer | Silicon Valley, CA"

"If you have firsthand knowledge of fraud or corruption involving public funds in the San Jose area, call The Whistleblower Law Firm today to discuss a potential qui tam case."
 federalwhistleblowerlawyers.com/California-Whistleblower-Attorney/San-Jose/
 federalwhistleblowerlawyers.com


PDF Anti-Bribery and Corruption Law Multi-Jurisdictional Client GuideY

"New York Paris Orange County Rome Seoul Silicon Valley Washington, D.C. Strategic alliance with MWE China Law Offices (Shanghai) Anti-Bribery and Corruption Law Multi-Jurisdictional ... Anti-Bribery and Corruption Law Multi-Jurisdictional Client Guide"
 mwe.com/files/Uploads/Documents/Pubs/Anti-Bribery...
 mwe.com
 More Links ...


'Russian Silicon Valley' Skolkovo Falls Victim To Corruption

"Two representatives of the Skolkovo Innovation Centre, the Russian answer to the Silicon Valley, have been accused of misappropriating around œ514,000."
 techweekeurope.co.uk/news/skolkovo-falls-victim-to-fraud-107360
 techweekeurope.co.uk


Apple CEO Advises Medvedev to Change Russian Mentality | Business...

"But with a business culture where corruption and bureaucracy are rampant, Russia poses a huge risk for U.S. companies, said the U.S. congresswoman whose California district includes Silicon Valley."
 themoscowtimes.com/business/article/apple-ceo-advises-medved...
 themoscowtimes.com


"Economic Gangsters: Corruption, Violence and the Poverty of Nations..."

...solutions that can range from cash infusions to diffuse violence in times of drought to guiding the World Bank away from programs most susceptible to corruption.
 research.microsoft.com/apps/video/dl.aspx?id=103574
 research.microsoft.com


Silicon Valley boosts the fortunes of India's most exciting political party

Summary: The Aam Aadmi Party's promise to clean India up of its rampant corruption has drawn a number of

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

Silicon Valley engineers to its cause.
zdnet.com/silicon-valley-boosts-the-fortunes-of-ind...
zdnet.com

SiliconBeat

"About SiliconBeat. Sign up for the Good Morning Silicon Valley newsletter. ""The chances of any startup
working are already low, and if you add up the corruption risk and legal and political risk, it's..."
siliconbeat.com
siliconbeat.com

Silicon Valley dreams of secession - Salon.com

Silicon Valley dreams of secession. You won't find a more brazen declaration of techno-utopian Darren Wilson's
former police force was disbanded for excessive force and corruption Prachi Gupta.
salon.com/2013/10/28/silicon_valley_dreams_of_seces...
salon.com

## How many cities are claiming Tesla defrauded them?

"Supervisors, real estate groups, job councils and others ranging from San Jose, California to New Mexico to
Downey, California to Detroit are now claiming Tesla made promises to put their factory in their locations and
then backed out after due diligence discovered Tesla to be engaged in crooked real estate kick-backs via their
investors and certain officials. SF GATE quotes Tesla executives public stating that The NUMMI plant was
dysfunctional for building their car yet they took it, after screwing over a number of cities, so that investors, and
friends of investors could get real estate upsides. Now the lawsuits are starting. The first is from New Mexico.
The developer that was going to build a 150,000 square foot facility in New Mexico that was going to produce the
Model S. The developer, Rio Real Estate Investment Opportunities, has now filed a law suit against Tesla for
fraud, breach of contract, negligent misrepresentation and negotiating in bad faith, over Tesla?s decision to
abandon the deal and is seeking damages and attorney fees. The complaint, filed back in May, says that Tesla was
going to lease a building that Rio Real Estate Investment Opportunities was going to build for $1.35 million per
year for ten years, plus a 2 percent annual increase. The developer says it spent money on creating environmental
reports, obtaining government approvals, and developing engineering designs for the site. Rio Real Estate says it
entered into a binding development agreement with Tesla on February 19, 2007, and as a result of the lost deal,
they?ve suffered financially. In tracking all of the finders, intermediaries, real estate bundlers and investors of
Tesla.. some interesting links are now emerging in the Tesla and Solyndra real estate connections. Each city is
saying that jobs, revenue, tax fees, property valuation upgrades and other losses were caused by Tesla's actions.
Watch the fireworks...    FGH- Bost"/how-many-cities-are-claiming-tesla-defrauded-them/        9/7/2014
THE EDITORS & WIKI MEMBERS    Uncategorized   "60 minutes investigation, barack obama, Bob
Woodward, Bribery, Dept. of energy, Dianne FEinstein, DOE Corruption, grassley, Kleiner, Kleiner Perkins,
kleiner perkins lawsuit, LIBOR SCANDAL, solyndra, Solyndra Real Estate, Steve Spinner, Steve Westly, Throw
Them All Out, wall street journal investigation, washington corruption"   publish reddit: Array
original_post_id: 101   OPH_original_pub_date: 2012-07-31 22:20:12
DOE Corruption Ran Deep        "DOE misdeeds screw up new DOE staff beyond belief. So the DOE has billions
of dollars stuck in this bank account. The federal law says you can only use the money to build green alternative
energy cars. It is taxpayer money and many people were concerned that someone would try to steal it (even
though they did, ie: Fisker, etc.) that they made the law really, really good. They MUST use the money to help
American companies who want to build alternative energy cars. Everybody keeps trying to swipe the cash for
their other private kickback schemes but each time they get close they realize they can get sued for
misappropriation. So... since the only way to use the taxpayer money is to, you know, use it for what it was
originaly intended for, they have to use it for that. Ahh but here is the amazing rub. They offered it to every
company in America who could possibly have used it ONCE ALREADY. All of those companies said: ""Yes, we
really need it!"" and applied for it. But every one of them had their applications manipulated by DOE staff so that

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

they got screwed, lied to, stone-walled, blockaded, and shut out, EXCEPT FOR a handful of insider companies who happen to have been the biggest campaign contributors. So, only those few got the money and all of their potential competitors got killed off. BUT... Now DOE insiders are trying to use that money because it is, just sitting there, BUT, the only people that they can legally give it to ARE THE VERY COMPANIES THEY SCREWED IN THE ASS! They already had everybody who was qualified apply the first time. The CEO's and founders of those companies, ie: Bright Automotive, have published very public denouncements of the DOE sham. So in order to make things right, DOE needs to call each of those past applicants back, apologize, and make things right. It isn't good to screw with taxpayers and American business owners. DOE owes a make-up kiss to the 168 original applicants who applied and got shafted or they are NEVER, EVER getting that money out of there without careers evaporating. Let's see how Moniz plays this. Will he Money up or Chu Down? ""Show me the Moniz"", says Bright Automotive. P.B- Wall Street Journal


## "Tesla Selling cars? ?No Way?, says Industry Expert"     "A

major industry operations lead from GM has now been in the news reporting that ""GM makes and sells 2,000 cars a day"". Tesla spent thousands of times more making each car to only sell a few thousand cars after ten years and nearly a billion dollars.. hmm... What doesn't add up

How Google's Search Rankings Could Manipulate Elections and ...

How Google Could End Democracy Research suggests that Google has the power to manipulate elections around the world. Search rankings can have a powerful effect on voters.
usnews.com/opinion/articles/2014/06/09/how-googles-s...
usnews.com

Could Facebook Or Google Manipulate An Election? | Radio Boston

"Could Facebook Or Google Manipulate An Election? Sacha Pfeiffer June 6, 2014 ... say, a politically interested person at Facebook or Google ? supporting McCormick or some other candidate. We see this all the time on the Internet: ads tailored exactly to our wants and needs."
radioboston.wbur.org/2014/06/06/zittrain-google-election
radioboston.wbur.org

BBC News - Could Google manipulate elections?

"A psychologist uses a customised search engine to influence voters in India's elections, Vietnam as a nuclear power, football as the opiate of the masses."
bbc.com/news/blogs-echochambers-27785535
bbc.com

Study: Google Search Can Swing Elections

"Altering Google search results can pose a real threat to democracy as it has a major impact on the voting preferences of undecided voters and could swing a close election, according to a new landmark study analysing the just concluded Lok Sabha polls in India."
ndtv.com/elections/article/election-2014/google-se...
ndtv.com

Google search manipulation can swing votes in Indian ...

"WASHINGTON: Altering Google search results can pose a real threat to democracy as it has a major impact on the voting preferences of undecided voters and could swing a close election, according to a new landmark study

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

analysing the just concluded Lok Sabha polls in India."
 timesofindia.indiatimes.com/news/Google-search-manipulation-can-swing...
 timesofindia.indiatimes.com


 Google's Secret Search Algorithm Could Manipulate the Results ...


 A study indicated that manipulating Google results could influence how people view political candidates. Does this threaten the very structure of democracy?
 mic.com/articles/49035/google-s-secret-search-alg...
 mic.com


 Can Google swing an election? - Financial Review


 "Google long ago went from being a mere directory of the internet to a shaper of online reality, helping determine what we see and how. But what power does Google have over the 'real' world - and especially the volatile one of closely contested elections? Psychologist Robert ..."
 afr.com/p/technology/can_google_swing_an_election...
 afr.com


 Could Google tilt a close election? - The Washington Post


 "Google's motto is ""Don't be evil. ... compared with 50 percent among a control group that saw impartial search results, ... Yet, even those who think that search engines can have potent effects on elections differ on what kind of regulation, ..."
 washingtonpost.com/opinions/could-google-tilt-a-close-electi...
 washingtonpost.com


 "Getting The US Election Results From Google, Bing & Yahoo"


 "Who's winning in today's US presidential election between Barack Obama and Mitt Romney? Who's ahead for the many House of Representatives and US Senate seats that are up for grabs? Who won in the many state and local elections happening? The major search engines of Google, Bing and Yahoo have"
 searchengineland.com/us-election-results-google-bing-yahoo-138963
 searchengineland.com


 Can Google Influence an Election? | Eric K. Clemons


 "Google's ability to influence an election is scary because they have an agenda, they already have power, and they already have used their power. We should harbor no illusions about whether or not they are using influence for their own benefit, ..."
 huffingtonpost.com/eric-k-clemons/google-election-2012_b_195...


 "Guns, Gun Control, and Elections: The Politics and Policy of ..."


 "Gun-related violence remains an intractable problem despite a decline in the past decade. Some believe the solution lies in stricter gun control laws while others these measures would be ineffective or counter-productive. Guns, Gun Policy, and Elections examines current gun control policy ..."
 books.google.com/books/about/Guns_Gun_Control_And_Election...
 books.google.com


 Can Google Predict the Impact of Racism on a Presidential ...


 A provocative new study argues that Google searches for racial epithets can be synced with election results to

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

reveal what Americans truly think.
theatlantic.com/politics/archive/2012/06/can-google-predi...
theatlantic.com

US elections: are Google results biased? | TG Daily

"US elections: are Google results biased? Posted November 6, 2012 ... 'abortion', 'gun control' - and even 'iPhone' and 'sports'. ... The difference in search results was first spotted by 'tracking-free' search engine DuckDuckGo."
tgdaily.com/software-features/67325-us-elections-are-...
tgdaily.com

New Share Class Gives Google Founders Tighter Control ...

"Google's creation of a class of nonvoting shares that will be issued for employee stock incentive plans, acquisitions and other stock sales will allow the founders, Sergey Brin and Larry Page, to maintain control."

dealbook.nytimes.com/2012/04/13/new-share-class-gives-google-f...
dealbook.nytimes.com

# PLUG-IN AMERICA? is a shill organization funded by Silicon Valley VC?s, Tesla and their battery companies" "'PLUG-IN AMERICA'" is a shill organization funded by back-door money pass-longs and blind front ""donations"" from Silicon Valley VC's, Tesla and their battery companies. They exist to push out fake, biased, slanted media hype which supports A123, Exide, Enerdel and other bankrupt battery companies which the Silicon Valley cartel invested in and bribed Congress to only support.

# "Bankrupt solar panel firm took DOE stimulus money, left a toxic mess, says report"        "Bankrupt solar panel firm took DOE stimulus money, left a toxic mess, says report A Colorado-based solar company that got hundreds of millions of dollars in federal loan guarantees before going belly-up didn't just empty taxpayers' wallets - it left behind a toxic mess of carcinogens, broken glass and contaminated water, according to a new report. The Abound Solar plant, which got $400 million in federal loan guarantees in 2010, when the Obama administration sought to use stimulus funds to promote green energy, filed for bankruptcy two years later. Now its Longmont, Colo., facility sits unoccupied, its 37,000 square feet littered with hazardous waste, broken glass and contaminated water. The Northern Colorado Business Report estimates it will cost up to $3.7 million to clean and repair the building so it can again be leased. ?As lawyers, regulators, bankruptcy officials and the landlord spar over the case, the building lies in disrepair, too contaminated to lease,? the report stated. ""If a coal, oil or gas company pulled something like that the EPA would send out SWAT teams and the U.S. Marshals to track down the offenders, bankrupt or not."" - National Legal and Policy Center, a think tank The owner of the property tried to force a bankruptcy trustee to clean the facility, but the report said it would ""place humans at imminent and significant health risk."" One of the hazards is the presence of cadmium, a cancer-causing agent that is used to produce the film on the solar panels, the report said. While the loan guarantees exposed taxpayers to hundreds of millions of dollars, the federal government lost a total of $70 million backing the failed company. Unsold inventory which should have been used to offset those losses, including 2,000 solar panels, mysteriously disappeared, according to the National Legal and Policy Center. ""If a coal, oil or gas company pulled something like that the EPA would send out SWAT teams and the U.S. Marshals to track down the offenders, bankrupt or not,"" the center said in a report of its own. President Obama touted Abound in a July 3, 2010 announcement of a $2 billion ?investment? in green energy projects. ""The second company is Abound Solar Manufacturing, which will manufacture advanced solar panels at two new plants, creating more than 2,000 construction jobs and 1,500 permanent jobs,"" Obama said. ""A Colorado plant is already underway, and an Indiana plant will be built in what?s now an empty Chrysler factory. When fully

THE BOOK OF TESLA - Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

operational, these plants will produce millions of state-of-the-art solar panels each year."" But less than two years later, the company laid off half of its 400 workers, and then, in the summer of 2012, filed for bankruptcy. It became the third clean-energy company to seek bankruptcy protection after receiving a loan from the Energy Department under the economic stimulus law. California solar panel maker Solyndra and Beacon Power, a Massachusetts energy-storage firm, also declared bankruptcy. Solyndra received a $528 million federal loan, while Beacon Power got a $43 million loan guarantee. While solar energy is touted as clean, The Associated Press reported that many panel makers are grappling with a hazardous waste problem. Fueled partly by billions in government incentives, the industry is creating millions of solar panels each year and, in the process, millions of pounds of toxic sludge and contaminated water. To dispose of the material, the companies must transport it by truck or rail far from their own plants to waste facilities hundreds and, in some cases, thousands of miles away. The fossil fuels used to transport that waste, experts say, is not typically considered in calculating solar's carbon footprint, giving scientists and consumers who use the measurement to gauge a product's impact on global warming the impression that solar is cleaner than it is. After installing a solar panel, ""it would take one to three months of generating electricity to pay off the energy invested in driving those hazardous waste emissions out of state,"" said Dustin Mulvaney, a San Jose State University environmental studies professor who conducts carbon footprint analyses of solar, biofuel and natural gas production. The waste from manufacturing has raised concerns within the industry, which fears that the problem, if left unchecked, could undermine solar's green image at a time when companies are facing stiff competition from each other and from low-cost panel manufacturers from China and elsewhere. The Associated Press contributed to this report
------------------------------------------------------------------------ Solyndra and Tesla have left toxic waste on, and around their plants too. DA- ----------------------------------------------------------------------------"

## Far more serious charges against Feinstein & Blum, Considered #1

""Corrupt Couple"" by Daily Caller. Most overt kickback schemes ever! - CRUZ: Holder better not ""puss out"" on this just because he knows them - Has the broken-ness of Washington exceeded even the tolerance of slacker Politicians? - Greenwald has much to say about Feinstein. ""The First Lady of Corruption"" - Media says Gov. Bob McDonnell and wife Maureen multiple indictments are a ""sign of things to come"" - Washington said to have destroyed itself by ignoring such blatantly obvious criminal efforts as this. ""Bust them or lose the last bit of public trust"", say Readers Group - Real Estate Deals, Post Office Deals, Berkeley Regents Deals, Tesla Deals, Solyndra Deals, Staffing Deals, Revolving Door Deals, Rail Contract Deal, and more.. ""ALL STINK"" Says FBI Agent - Sunshine Research shows very telling financial trails - NSA, GAO and Senate Investigators have TAPES! Feinstein likely to get busted by the very telephone spy program she thought she was guarding from watching HER! Senate staff say she put herself on spy committee in order to get heads-up before she got caught!   "

## WhitePages.com/Dianne Feinstein

Senator Dianne Feinstein Corruption Burried by Major Media ...

"Mick Gregory Feinstein's Corruption Hidden by the SF Chronicle, LA Times and NY Times Appropriations Committees Chairs control billions of dollars that pass through their hands. California U.S. Senator Dianne Feinstein (D) chairs the Senate Rules Committee, but she's also a Cardinal."
sadbastards.wordpress.com/2007/05/02/senator-dianne-feinstein-corru...
sadbastards.wordpress.com

## Dianne Feinstein: Thy Name Is Corruption | Video Rebel's Blog

"Dianne Feinstein and her husband Richard Blum currently own a private jet, a Gulfstream G650, worth $55 million in 2008. Blum and Feinstein also own The Carlton hotel in San Francisco."
vidrebel.wordpress.com/2013/01/06/dianne-feinstein-thy-name-is-c...
vidrebel.wordpress.com

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## *Diane Feinstein - Open Corruption at The Highest ...*

"SENATOR DIANE FEINSTEIN - OPEN CORRUPTION AT THE HIGHEST LEVELS OF GOVERNMENT 05-31-2013 12:03 pm - John W. Wallace - NY OathKeeper ... Back in 2009, reports that Senator Dianne Feinstein (D-CA) ..."

libertynewsonline.com/article_301_33364.php
libertynewsonline.com

## "Dianne Feinstein's ""espionage"" - Salon.com"

"Dianne Feinstein's ""espionage"" ... Nobody embodies this species of blatant corruption more purely than the senior Democratic Senator from California and Intelligence Committee Chairwoman, Dianne Feinstein, ..."

salon.com/2012/07/24/dianne_feinsteins_espionage/
salon.com

## "DIanne Feinstein, the Most Corrupt Person in Congress, Routes .."

"Dianne Feinstein, the Most Corrupt Individual in Congress, Routes Even More Government Money to Firm Owned by Her Husband Posted at 9:28 am on April 21, 2009"
sodahead.com/united-states/dianne-feinstein-the-most-c...
sodahead.com

## Sen. Dianne Feinstein's husband wins CA rail contract ...

"If I didn't witness the insanity and corruption in politics every day, ... Sen. Dianne Feinstein's husband wins CA rail contract ? California Political Review. Reply. Enter Your Email Address To Get A Free Subscription To The CPR Newsletter"
capoliticalreview.com/blog/sen-diane-feinsteins-husband-wins-ca...
capoliticalreview.com

## The Dianne Feinstein investigation - YouTube

Dianne Feinstein Still Dogged by Allegations of Conflicts of Interest - http://www.breitbart.com/Big-Governme... Is UC regent's vision for higher education clouded by his investments? - http://articles.latimes.com/2010/jul/... The Rich Get Richer: Dianne Feinstein's Husband Also ...
youtube.com/watch?v=-r6qsQNURow
youtube.com

## Dianne Feinstein Corruption

"Dianne Feinstein Corruption Dianne Feinstein Husband Made Millions, , Dianne Feinstein Husband Scandal, Feinstein Blum Corruption, Post Office for Sale Feinstein"
haanhvu.com/photographqjvw/Dianne-Feinstein-Corruptio...
haanhvu.com

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Dianne Feinstein Corruption Images | TheCelebrityPix

"Pictures, photos and wallpaper of dianne feinstein corruption. Show search results of dianne feinstein corruption"
thecelebritypix.com/Dianne-Feinstein-Corruption.html
thecelebritypix.com

## "Feinstein-Blum Corruption, War Profiteering & The cover-Up ..."

"Feinstein-Blum Corruption, War Profiteering & The cover-Up, An Interview with Peter Byrne
http://laborvideo.blip.tv/#1971016 Labor On The Job Host Steve Zeltzer does an in depth interview with investigative journalist Peter Byrne about the corruption and"
indybay.org/newsitems/2009/04/05/18586270.php
indybay.org

## Culture of Corruption: Mainstream Media Ignore Feinstein's ...

Dianne Feinstein (D-Calif.) is involved in a scandal that so far the media has completely ignored. David Keene reports: Anyone who knows much about real power in Congress knows that almost every member of the House and Senate lusts after a seat on the Appropriations Committee and hopes one day to
newsbusters.org/node/12481
newsbusters.org

## News & Culture in CA | Dianne Feinstein resigns

"SEN. Dianne Feinstein has resigned from the Military Construction Appropriations subcommittee. As previously and extensively reviewed in these pages, Feinstein was chairperson and ranking member of MILCON for six years, during which time she had a conflict of interest due to her husband Richard C"
metroactive.com/metro/03.21.07/dianne-feinstein-resigns-0...
metroactive.com

## CALIFORNIA in MELTDOWN: California Sen. Dianne Feinstein's ...

California Sen. Dianne Feinstein's Corruption - Agent for LA RAZA Fascist? Agent for RED CHINA? Or Simply Agent for her Husband Richard Blum?
californiainmeltdown.blogspot.com/2013/02/california-sen-dianne-feinsteins....
californiainmeltdown.blogspot.com

## Michelle Malkin | ¯ Naturally: California awards billion ...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Naturally: California awards billion-dollar high speed rail contract to firm partly owned by Dianne Feinstein's husband
michellemalkin.com/2013/04/27/firm-dianne-feinstein-husband/
michellemalkin.com


## Dianne Feinstein corrupt | Bloviating Zeppelin

"Tag Archives: Dianne Feinstein corrupt DC corruption displayed once again by Demorats ? and no one cares or investigates. Posted on Tuesday, ... Richard Blum is the husband of Democrat Senator Dianne Feinstein and is shown with her in the picture above."
bloviatingzeppelin.net/tags/dianne-feinstein-corrupt
bloviatingzeppelin.net

### *The Dianne Feinstein War Profiteering Scandal - The Rush* …

"BEGIN TRANSCRIPT. RUSH: Here's the Dianne Feinstein story, and this is from a website that is in suburban San Francisco. It actually has not been picked up by the Drive-By Media yet, which is fascinating in and of itself."
rushlimbaugh.com/daily/2007/03/29/the_dianne_feinstein_war...
rushlimbaugh.com


## "Dianne Feinstein - Wikipedia, the free encyclopedia"

"Dianne Goldman Berman Feinstein, born Dianne Emiel Goldman ? f a? n s t a? n /; born June 22, 1933) is the senior United States Senator from California."
en.wikipedia.org/wiki/Dianne_Feinstein
en.wikipedia.org


## The View-Point: News: The Corruption of Dianne Feinstein

"Dianne Feinstein Resigns (metroactive.com via MichaelSavage.com, 3/28/2007) NEWS: ""Sen. Dianne Feinstein has resigned from the Military Construction Appropriations subcommittee... she had a conflict of interest due to her husband Richard C. Blum's ownership of two major defense contractors, who ...""
theview-point.blogspot.com/2007/03/news-corruption-of-dianne-feinste...
theview-point.blogspot.com


## Feinstein's Corruption Ignored | Flopping Aces

"Well, at least SOMEONE is writing about the corruption charges against Diane Feinstein. If nothing else proves to you that there is a huge bias involved in our MSM this incident should."
floppingaces.net/2007/05/02/feinsteins-corruption-ignored/
floppingaces.net

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Feinstein: 'Wiped out' by scandal - John Bresnahan and ...

"Sen. Dianne Feinstein (D-Calif.) said she was ""wiped out"" by Kinde Durkee, a well-connected California Democratic political operative who served as treasurer for hundreds of state, local and federal campaign committees."
politico.com/news/stories/0911/63299.html
politico.com

## Crazy Bitch Dianne Feinstein & Brain Dead Democrats To Try ..

Crazy Bitch Dianne Feinstein & Brain Dead Democrats To Try Taking Away Legal Handguns Stand Up To Government Corruption and Hypocrisy - usbacklash.org
usbacklash.org/crazy-bitch-dianne-feinstein-brain-dead-d...
usbacklash.org

## The Dianne Feinstein Investigation | Switch to: http://www ...

"Who is Dianne Feinstein? If you were in the Senate and you had been involved in corruption things, you would want to try to get yourself on the Senate Intelligence Committee so you could use, and monitor, agency information and resources to make sure nobody found out about the ..."
boycotttesla.wordpress.com/2013/10/31/the-dianne-feinstein-investiga...
boycotttesla.wordpress.com

## Dianne Feinstein's Post Office Scandal ¯ FITSNews

"Dianne Feinstein's Post Office Scandal. ... Yet another example of the sort of self-serving corruption by the ruling elite that's killing our country. Written by fitsnews. 10:11AM on Monday, Dec 16th 2013 ..."
fitsnews.com/2013/12/16/dianne-feinsteins-post-office-...
fitsnews.com

## "ATF Abuse, Corruption Evidence Ignored by Feinstein ..."

"See corruption, look the other way, unless it can damage the Republican Party. ... Veteran agent: Feinstein did not act on ATF abuse, corruption evidence. Senator Dianne Feinstein, D-Calif., was informed of management corruption and abuse issues at the Bureau of Alcohol, ..."
1idvet.com/2012/03/15/atf-abuse-corruption-evidence-...
1idvet.com

## "Government corruption, Feinstein's husband, & the Post office ..."

"Government corruption, Feinstein's husband, & the Post office - posted in Politics: Still Going Postal March 20, 2014 Last September, investigative reporter Peter Byrne published an e-book titled Going Postal: U.S. Senator Dianne Feinstein's husband sells post office to his friends cheap."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

enterthefray.org/community/topic/49172-government-corrupti...
enterthefray.org
More Links ...

## News & Culture in CA | Dianne Feinstein resigns

Dianne Feinstein has resigned from the Military Construction Appropriations subcommittee. As previously and extensively reviewed in these pages...
metroactive.com/metro/03.21.07/dianne-feinstein-resigns-0712
metroactive.com

## The Jawa Report: Culture of Corruption: Dianne Feinstein Edition?

Dianne Feinstein has resigned from the Military Construction Appropriations subcommittee. The Culture of Corruption has 'returned' - bigger and better than ever before!
mypetjawa.mu.nu/archives/187158.php
mypetjawa.mu.nu

## "Veteran agent: Feinstein did not act on ATF abuse, corruption evidence..."

"Senator Dianne Feinstein, D-Calif., was informed of management corruption and abuse issues at the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) before allegations of ""gunwalking"" surfaced..."
examiner.com/article/veteran-agent-feinstein-did-not-a...
examiner.com

## Feinstein Wants to Define Who Is A Journalist Under Shield Law in order to destroy Matt Drudge Forever

"...people to know the truth about what they government is doing and exposing the corruption that exists inside it. Once again, Dianne Feinstein rears her head and shows us the ugly face of tyranny."
freedomoutpost.com/2013/09/feinstein-wants-define-journalist/
freedomoutpost.com

## EXCLUSIVE: Senator's husband's firm cashes in on crisis - Washington Times

Dianne Feinstein introduced legislation to route $25 billion in taxpayer money to a government agency that had just awarded her husband's real estate firm a lucrative contract to sell foreclosed properties at...
washingtontimes.com/news/2009/apr/21/senate-husbands-firm-cas...
washingtontimes.com

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Metro Newspapers | Sen. Dianne Feinstein Military Appropriations

"Dianne Feinstein's husband was a major beneficiary of military appropriations blessed by a subcommittee that she headed, Metro Newspapers reports this week."
metronews.com/feinstein.html
metronews.com

## Dianne feinstein ¯ David Icke

Is there intelligent life on Dianne Feinstein? media outlets are able to keep the government in check and act as whistleblowers when necessary to shine the light on corruption.
davidicke.com/headlines/tag/dianne-feinstein/
davidicke.com

## How Dianne Feinstein's Husband Sells Post Office Real Estate to His Friends...

"Dianne Feinstein is one of the most shameless, authoritarian, undemocratic Senators we have, so it is
""Shocking as this information is, it is not surprising because we have seen a pattern of corruption at..."
libertyblitzkrieg.com/2013/09/25/how-dianne-feinsteins-husband-...
libertyblitzkrieg.com

## U.S Senator Dianne Feinstein's Husband Selling Post Offices to Friends...

"Escorted by police on motorcycles, they marched downtown to U.S. Senator Dianne Feinstein's office. JOHN P. BOSWELL March 16, 2014. The corruption is rampart throughout..."
projectcensored.org/u-s-senator-dianne-feinsteins-husband-sel...
projectcensored.org

## Dianne Feinstein Accidentally Confirms That NSA Tapped The Internet...

Dianne Feinstein should be recalled. Re: corruption==diane feinstein. you people are complaining that a public servant is exposing government misdeeds??!!??
techdirt.com/articles/20130927/13562624678/dianne-fein...
techdirt.com

## Flashback: Sen. Dianne Feinstein Has Conceal Carry Permit

"Senator Dianne Feinstein (D - CA), author of the 1994 Assault Weapons Ban, is leading the charge on Capitol Hill to bring back the legislation since it expired in 2004."

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

breitbart.com/Big-Government/2012/12/19/Flashback-Diann...
breitbart.com

## Dianne Feinstein & NSA : conspiracy

 The best case scenario is that either agency is actively looking into some kind of corruption. Dianne Feinstein's New NSA Bill Will Codify and Extend Mass Surveillance of Americans.
 reddit.com/r/conspiracy/comments/20f9xh/dianne_feins...
 reddit.com

### Dianne Feinstein Facts

 "Politician and public official, Dianne Feinstein (born 1933) was elected San Francisco's first female mayor in 1979 and became one of the nation's most visible and publicly recognized leaders."
 biography.yourdictionary.com/dianne-feinstein
 biography.yourdictionary.com

## The Silence On The Feinstein Corruption Story | Flopping Aces

 Dianne Feinstein (D-Calif.) stepped down from a military appropriations subcommittee at a time questions were being asked billions of Feinsteins corruption eclipses Reids by leaps and bounds.
 floppingaces.net/2007/04/02/the-silence-on-the-feinstein-c/
 floppingaces.net

## Dianne Feinstein's Husband Brokering Post Offices-Truth!

 "The Truth: The postal facilities are being sold by the firm CBRE group whose Chairman of the Board is Richard Blum, the husband of Senator Dianne Feinstein."
 truthorfiction.com/rumors/b/Blum-Post-Office-Sale-061013.htm
 truthorfiction.com

## "The religion of Dianne Feinstein, Senator from California"

 "Dianne Feinstein is a Democratic U.S. Senator from California. In her public and political life, Feinstein has long identified herself as Jewish."
 adherents.com/people/pf/Dianne_Feinstein.html
 adherents.com

## Dianne Feinstein CIA Separation Powers | Video | C-SPAN.org

 "People in this video. Feinstein, Dianne U.S. Senator [D] California. Leahy, Patrick J. U.S. Senator [D] Vermont."

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

c-span.org/video/?c4486741/dianne-feinstein-cia-sepa...
c-span.org


## "FEINSTEIN, Dianne - Biographical Information"

"FEINSTEIN, Dianne, a Senator from California; born in San Francisco, Calif., June 22, 1933; attended the San Francisco public schools and graduated from the Convent of the Sacred Heart High School..."
bioguide.congress.gov/scripts/biodisplay.pl?index=f000062
bioguide.congress.gov


## Dianne Feinstein's War On Free Press 'Law'

Dianne Feinstein: Thy Name Is Corruption | Video Rebel's Blog. vidrebel.wordpress.com/2013/01/06/dianne-feinstein-thy
fromthetrenchesworldreport.com/dianne-feinsteins-war-on-free-press-law/5...
fromthetrenchesworldreport.com


## Senator Dianne Feinstein Quotes - The Quotations Page

Senator Dianne Feinstein (1933 - ) US Democratic politician [more author details]. Showing quotations 1 to 2 of 2 total.
quotationspage.com/quotes/Senator_Dianne_Feinstein
quotationspage.com


## Sen. Dianne Feinstein: Continue NSA call-records program

"Dianne Feinstein 6:22 p.m. EDT October 20, 2013. Sen. Dianne Feinstein, D-Calif., is chairman of the Senate Intelligence Committee."
usatoday.com/story/opinion/2013/10/20/nsa-call-records...
usatoday.com


## Dianne Feinstein emerges as defender of spy agencies - LA Times

"WASHINGTON ? Dianne Feinstein got out of her chair, grabbed a 54-page federal court opinion and poked her finger at the bullet points buried inside..."
latimes.com/nation/la-na-adv-feinstein-profile-201401...
latimes.com


## Dianne Feinstein quotes

"Dianne Feinstein quote. Similar Quotes. Add to Chapter... ""Toughness doesn't have to come in a pinstripe suit."" Dianne Feinstein quote."
thinkexist.com/quotes/dianne_feinstein/

THE BOOK OF TESLA: Copyright sub-original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

thinkexist.com

## "RealClearPolitics - Articles - Trent Lott, Dianne Feinstein, Sharon Eubanks..."

"DIANNE FEINSTEIN (D), CALIFORNIA: Thank you. FEINSTEIN: Thank you. Six out of the seven of them were involved in public corruption cases."
realclearpolitics.com/articles/2007/03/trent_lott_dianne_feinst...
realclearpolitics.com

## Dianne Feinstein Introduces Federal Bill to Confiscate Guns! - Video Dailymotion

"Once again, politicians will do anything and use any excuse they can to push for their own agendas to get out there. Thanks to Atticus for asking to..."
dailymotion.com/video/x1ytpys_dianne-feinstein-introduces...
dailymotion.com

## Snowden accuses Senate intelligence chair of hypocrisy over CIA disclosures...

## NSA whistleblower accuses Dianne Feinstein of double standards, pointing out her lack of concern about widespread surveillance of ordinary citizens."

theguardian.com/world/2014/mar/11/edward-snowden-dianne-f...
theguardian.com

## Lithium ion danger warning site raises huge red flags! Warnings ignored?

"The industrial issues website at THIS URL has the following information posted: http://lithium-ion.weebly.com (A mirror of that site is shown below:) The lurking threat in your car and home   ""over a million failures of this chemistry and these batteries.."" Go to http://www.ntsb.gov/ and demand action: ""LITHIUM ION BATTERIES ARE MADE OVERSEAS BY CHEAP LABOR WHERE OSHA CAN'T WATCH. POOR PEOPLE MAKE LITHIUM ION BATTERIES OFF SHORE WHERE THEY ARE NOT TOLD ABOUT THE TOXIC CANCER, LIVER AND LUNG DISEASES THEY GET FROM THE MANUFACTURING PROCESS. SILICON VALLEY VC'S PUSH LITHIUM ION BECAUSE THEY CAN MAKE A HUGE PROFIT ON THE CHEAP LABOR BUILDING A BATTERY THAT SELF DESTRUCTS BUILT BY WORKERS WHO DIE FROM TOXIC POISONING. CHINESE, MALAY, MEXICAN AND OTHER WORKERS, SHOULD FILE CLASS ACTION LAWSUITS AGAINST SILICON VALLEY VC'S WHO PUSH THESE BATTERIES."" TESLA EXPLODE IN FLAMES:
http://static3.businessinsider.com/image/524c7d5369bedd842edc40a0-482-361/tesla-58.jpg
http://www.youtube.com/watch?v=uFl8v1lxH0k -----------------------------------------

*shares tanked after a video of a Model S on fire circulated on the web*, prompting the electric car company to move quickly to douse the flames of bad publicity. Elizabeth Jarvis-Shean,

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

director of global communications at Tesla, confirmed that the vehicle engulfed in flames was indeed a Tesla but stressed that the driver walked away without injuries. -------------------------------------------------

Tesla Issues Statement On Fiery Car Crash That Caused The Stock To Tank ?Mamta Badkar Oct. 2, 2013, 3:45 PM    13,469   11 tesla Aj Gill via YouTube Tesla's stock was down over 7% to a low of $175.40 today, but pared some of its losses to close down 6.24% at$180.95. It appears that shares began to tumble in the last half hour on reports that a Tesla Model S car caught fire on Washington State Route 167. Some speculated that the video highlights problems with the car's battery. Though others rushed to point out that the battery is located in the back of the car. -------------------------------------------------

## ""Media finds that ""Safety Investigators"" (read ""SHILLS"") are bribed by VC's and lithium holding companies to say ""nothing to see here"",

""lithium batteries are probably ok"". Beware of NTSB ""consultant's"" and ""investigators"" who are being bribed, offered after-politics high pay jobs, called up by bribed congressional staff with ""suggestions"", given sports tickets, handed stock in certain ventures and other bribes. Many of the ""investigators"" need to be put under investigation themselves!!!! When you see an investigator talking about how lithium ion is a wonderful thing, investigate them!"" The following are a variety of quotes, from across the web, demonstrating the critical nature of this public safety issue: ?Lithium ion batteries are blowing up, starting fires and, generally, destroying people?s homes, cars, electronics and physical health. Boeing was just ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously."" ""A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don?t have these problems. They knew about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too."" ""Here is the Fisker Karma after it got wet and the batteries blew up. These batteries blow up JUST FROM GETTING WET! ALL of these burned up hulks are brand new $100,000.00+ cars that just blew up and torched everything around them just because they got wet! How bad do you want a Fisker or Tesla now? Fisker's insurance company is balking at paying for this saying: ""You knew this would happen"".

## These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET:

http://updates.jalopnik.com/post/34669789863/more-than-a-dozen-fisker-karma-hybrids-caught-fire-and

http://green.autoblog.com/2012/08/12/fisker-flambe-second-karma-spontaneously-combusts-w-video/

http://www.autoblog.com/2012/11/05/how-sandy-may-have-set-17-plug-in-hybrids-on-fire/

http://www.digitaltrends.com/cars/fisker-karma-spontaneously-combusts/

http://cbdakota.wordpress.com/2012/11/07/fisker-karmas-catch-fire-following-inundation-by-sandy/

http://www.engadget.com/2012/08/12/fisker-karma-hyrbid-ev-second-fire/

http://www.techfever.net/2012/08/fisker-karma-hybrid-ev-ignites-while-parked/

http://evmc2.wordpress.com/2012/11/04/fisker-karma-fire-report/

http://fellowshipofminds.wordpress.com/2012/05/12/karma-burns-owners-mansion

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Http://www.carbuzz.com/news/2012/11/1/Karmas-Ignite-After-Hurricane-Floods-Newark-Port-7711437

/ There are vast sets of other links proving the point. Look at this: We were just sent a link that our website showed up in this movie: Here is another link to the move at:   http://tinypic.com/r/7295hs/6 Picture HERE IS THE BATTERY YOU COULD HAVE BEEN SITTING ON TOP OF IN A TESLA Picture THIS IS THE TESLA MAGIC CARPET OF DOOM. THIS WHOLE THING IS FULL OF LITHIUM. YOUR WHOLE FAMILY IS SUPPOSED TO SIT ON TOP OF THIS!!! TESLA HAS TO TEST THEIR BATTERIES IN a BLAST CHAMBER!!!!!!!: Picture IF TESLA SAYS THIS THING IS SO SAFE WHY DO THEY TEST IT IN A STEEL ENCLOSED EXPLOSION ROOM WITH WIRES COMING IN THROUGH BLAST HOLES!!!!??????
""TESLA ELECTRIC CARS HAVE 6800 CHANCES OF ""GOING THERMAL"". ""TESLA ELECTRIC CAR BATTERIES ARE MORE LIKELY TO BLOW UP."" SAYS STANFORD ENGINEER, ""USING LITHIUM ION IN AN ELECTRIC CAR DOUBLES THE CHANCES IT WILL EXPLODE OR GO THERMAL BECAUSE AN ELECTRIC CAR PUSHES IT FURTHER THAN ANYTHING ELSE. BOEING HAD MANY SAFETY CIRCUITS AND EVEN THOSE FAILED. THERE IS NO WAY THE TESLA SAFETY CIRCUITS WILL NOT EVENTUALLY FAIL"" ""Tesla Electric cars have 6800 lithium ion batteries wedged into a box. This can create a repercussive thermal event that can set the whole car off. The TESLA 18650 batteries can be seen exploding in multiple YOUTUBE videos. It is NOT TRUE that they are ""an entirely different battery"" they are the same chemical compound that blows up."" ""A direct quote from Tesla's patent application, below. Tesla KNEW this was going to happen and never adequately warned anybody. Tesla wrote these words in the federal papers they filed yet they never showed these words to any buyers : ""Thermal runaway is of major concern since a single incident can lead to significant property damage and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked."" ""WTF!!!!!! Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa?s own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental.   Tesla has 6800 lithium ion batteries, any one of which can ?go thermal? and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode."" ""Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid.. OMG!! And then if, in that same accident the other car is a gasoline car? getting burned alive sounds ?BAD?! Telsa is covering up the problems with its batteries."" ""Lithium ion batteries have already crashed a UPS plane and killed people. Look here: http://washingtonexaminer.com/dreamliner-fires-spark-new-doubts-about-a-green-energy-technology/article/2519353


More Lithium Ion Battery disasters: http://www.forbes.com/sites/petercohan/2013/01/24/is-787s-lithium-ion-battery-hazardous-to-boeings-health/

# ""AS A DEMONSTRATION OF HOW DANGEROUS LITHIUM IS,

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# NASA IS GOING TO MAKE IT BURN IN OUTER SPACE:

""If you're along the Eastern Seaboard tonight, it might be worth your while to look at the sky this evening.  NASA's Wallops Flight Facility is scheduled to launch a sounding rocket that will release ""two red-colored lithium vapor trails in space."" As Space.com reports, those trails might be seen   across the Mid-Atlantic and perhaps as far north as Canada and as far south as northern Florida.   Space.com explains how these trails will produce a ""night sky show:"" ""The sounding rocket that will be used to create the two NASA-made glowing cloud trails will be a Terrier-Improved Orion.In this technology test launch, two  canisters in the   rocket's payload section will contain solid metal   lithium rods or chips embedded in a thermite cake. The thermite is   ignited and produces heat to vaporize the lithium. ""Once the   vapor is released in space, it can be detected and tracked optically.   The rocket will eject two streams of lithium which will be illuminated   at high altitudes by the sun (which will be below the local horizon at   ground level)."" In a statement, mission project manager Libby West said the launch is a test flight for two upcoming missions. It'll give scientists a view of two different   methods for creating lithium vapor trails.   By the way, NASA says the ""lithium combustion process poses no threat to the   public during the release in space."" If lithium is so dangerous it will even burn in space, why are we putting it in our airplanes and cars??????? Lithium Ion batteries blow up and burn down commercial building: http://westhawaiitoday.com/sections/news/nation-world-news/787-battery-blew-%E2%80%9906-lab-test-burned-down-building.html ""Tesla and Fisker have only sold a few hundred cars, (thank god) because nobody but dicks want these overpriced eliteist toys. A regular car company sells hundreds of thousands of cars per model. Every single Tesla or Fisker sold increases the likelihood of a burn up. Those burn-ups will affect the homes, cars and lives of the people next door who never even bought one."" ""Go to http://www.youtube.com and type into the search window: ?Lithium ion explosion?   or ?lithium battery and water? or ?lithium ion water? and any related derivation and you will hundreds of videos about how dangerous these batteries are. There are numerous videos of Tesla's 18650 batteries blowing up."" ""This article in the LA Times sheds more light of the horrors of Lithium Ion: http://articles.latimes.com/2013/jan/18/business/la-fi-dreamliner-battery-20130119   "" ""Lithium Ion batteries ?go thermal? in peoples pockets, in your notebook, especially in your Tesla and Fisker car and everywhere else. There are thousands and thousands of articles documenting this and there is a cover-up by the VC?s that fund these things to keep this fact out-of-sight. Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product. Each time the workers, particularly in Asia, realize they are being poisoned by the factory, they jack up the product. Outlaw lithium ion batteries. Demand a recall.? There are PLENTY of other energy storage solutions that do not involve the highly compromised Lithium Ion chemistry!"" ""Below are a few samples of HUNDREDS of videos proving that Lithium Ion Batteries JUST BLOW UP. This is why TSA does not want them, or liquid, on planes."" Report:   Lithium Explosion Burns Hong Kong Home To The Ground: By Stephanie Mlot July 30, 2013 A Hong Kong couple have been displaced after an exploding Samsung Galaxy S 4 smartphone burst into flames, burning their house to a crisp. The man, identified in the original Xianguo.com report only as Mr. Du, claims that his phone, battery, and charger were all legitimate Samsung products, but that's now difficult to confirm since his home and everything in it were destroyed. According to the translated report, Du sat on the living room sofa playing the game ""Love Machine"" on his charging GS4 when it suddenly exploded. In the heat of the moment, he threw the device onto the couch, which caught fire. The flames then spread to the curtains and the rest of the house, ""out of control,"" Xianguo said. Du, his wife, and his dogs managed to escape the house unscathed; neighbors were temporarily evacuated as firefighters fought the flames. Almost all of the couple's furniture and appliances burned to ash, the news site said, adding that their Mercedes parked outside was also damaged. Whether or not the true cause of an entire house fire was a singular 5-inch smartphone remains to be seen, though a fire department investigation initially resulted in a report of ""no suspicious circumstances."" Samsung did not immediately respond to PCMag's request for comment, but told Xianguo that it will ""carry out detailed investigations and tests to determine the cause of the incident.""Last year, a Galaxy S III owner in Dublin was driving in his car when the device caught fire. Cell phone safety is increasingly becoming an issue in Asia, where two cases of iPhone shock occurred within a week of each other this month. On July 11, a 23-year-old flight attendant with China Southern Airlines was allegedly electrocuted when she took a call on her Apple device while it was charging. She was reportedly using the original charger when she was killed. Here is what the Lithium Ion Batteries did to their home: Picture Boeing 787 Dreamliner woes put spotlight on lithium ion battery risks BY KEN BENSINGER,Los Angeles Times Chances are the same kind of battery that twice caught fire in Boeing 787 Dreamliners in recent weeks is in your pocket at this very moment. Lithium ion batteries, small and powerful, have become the electricity storage device of choice. They

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

are everywhere ? in cellular phones, laptops, power tools, even cars. They allow us to talk, email and drill longer than ever possible in the past. But the incidents that led to the grounding of the 787 fleet worldwide, and the decision by Boeing on Friday to temporarily halt all deliveries of the plane, have highlighted a troubling downside of these energy-dense dynamos: their tendency to occasionally burst into flames. FOR THE RECORD: Dreamliner batteries: An article in the Jan. 19 Section A on lithium ion battery safety and the grounding of the Boeing 787 incorrectly described a fire in a Chevrolet Volt automobile. The battery did not ignite spontaneously; instead it burned after a crash test damaged the vehicle's cooling system and the test car was left parked with the battery fully charged, eventually causing it to overheat. With investigators now working to determine the cause of the incidents, one on a Dreamliner on a Boston runway, the other forcing an emergency landing of a 787 in western Japan, the larger question of lithium ion safety has snapped into focus. ""Every battery can burn and every battery can be flammable,"" said Mike Eskra, a Milwaukee-based battery development scientist who also works as a battery fire investigator for insurers. ""But lithium ion batteries are more dangerous because they store more energy. It's like a firecracker instead of a stick of dynamite."" The casualty list is long. In recent years, tens of thousands of laptop batteries have been recalled due to the risk of fire or explosion. The 400-pound lithium ion battery on General Motors' cutting-edge electric car, the Chevrolet Volt, burst into flames seemingly spontaneously while parked in 2011. And investigators blamed a cargo hold full of lithium ion batteries for a fire that caused a UPS-operated 747 to crash shortly after takeoff from Dubai in late 2010. That crash, which killed both pilots, is one of more than 100 incidents recorded by the Federal Aviation Administration linking lithium ion batteries to onboard fires over the last two decades. This month, new rules took effect limiting the transport of lithium ion batteries in aircraft. And the FAA had long prohibited use of the technology in commercial airplanes. That changed in 2007, when it granted Boeing permission to use the batteries in the 787 under a number of conditions to ensure safety. For Boeing the lithium ion advantage was clear. Thanks to their chemistry, the rechargeable batteries can store as much energy as a nickel metal hydride pack that's 50% heavier, while charging and discharging faster than other battery types. That's made them attractive for military applications such as the B-2 bomber and also for use on the International Space Station and the Mars Rover. Lithium ion batteries enabled Boeing to swap out heavy hydraulic systems in the airframe for lightweight electronics and electric motors to operate systems like wing de-icers. That's a key reason the Dreamliner burns 20% less fuel than other   wide-body aircraft. The weight and power savings are exactly what made lithium ion batteries popular in other applications. In excess of 95% of mobile phone batteries worldwide are lithium ion, and without lithium ion, laptops couldn't run anywhere near as long as they do without a recharge. ""They completely dominate the consumer market,"" said Vishal Sapru, energy and power systems research manager at consulting firm Frost & Sullivan in Mountain View, Calif.. He estimates that global sales of lithium ion batteries reached $14.7 billion last year, up from $9.6 billion in 2009, a 53% increase. Sapru   expects the market to soar to $50.7 billion by 2018. ""No other battery chemistries are growing at that rate."" But   lithium ion also has downsides. The batteries tend to have shorter life spans than older, more proven battery technologies. And although the price is falling, lithium ion is still more expensive than other batteries. Although some carmakers have embraced the technology, others, such as Toyota, have decided against it. Several makers of lithium ion auto batteries for electric vehicles have filed for bankruptcy last year because of weak demand. Safety   experts also have concerns. Because lithium ion batteries can store more energy, and discharge it more quickly, than other batteries, lithium ion cells can get  much hotter than other technologies in the event of an overcharge or the external application of a heat source. Larger applications, such as the 63-pound batteries on the 787, incorporate multiple cells and the heat can spread rapidly from cell to cell, a chain reaction called ""thermal runaway."" And while other types of batteries use a water-based electrolyte in each cell,   lithium ion relies on a highly flammable solvent. When heated up, that solvent   tends to vaporize, spraying the burnable gas into the surrounding air. As a result, lithium ion battery fires burn extremely hot, as high as 2,000 degrees Fahrenheit. Those conditions were blamed for an explosion at a General Motors battery testing lab last April that caused $5 million in damage and sent one person to the hospital.   GM said flammable gas had vented from an experimental lithium ion battery that   heated up during extreme testing. ""Lithium ion is very controversial in the safety engineering space,"" said Brian Barnett, vice president for battery technology at Tiax, a technology firm in Lexington,   Mass. He spoke last month at a conference on battery safety in Las Vegas, where more than three-quarters of the presentations focused on lithium ion batteries. The cause of the fires in the two Dreamliners has still not been determined and neither Boeing nor the Japanese company that made the batteries, GS Yuasa, have publicly commented on likely factors. Boeing subjected the batteries on the   plane to thousands of hours of testing and installed numerous safety systems specific to the batteries. ""We have high

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

confidence in the safety of the 787 and stand squarely behind its integrity as the newest addition to our product family,"" Boeing Chief Executive im McNerny said Friday. Barnett and others emphasize that it's not uncommon to see problems in relatively new technologies. But they add that most lithium ion fires are caused by an external problem, such as a bad circuit or a software glitch that leads to overcharging.   Another common problem in consumer electronics is the use of low-cost wiring and other components that can overheat and spark or catch fire next to the battery itself. Eskra,   the battery fire investigator, said he's seen fires started by Chinese-made toys that use lithium ion batteries hooked up to chargers designed for nickel cadmium r nickel metal hydride batteries. Manufacturing errors, including allowing tiny metal particles to contaminate cells, can cause dangerous shorts, although they are exceedingly rare. ""Somebody tried to cut corners somewhere,"" he said, noting that most lithium ion fires are caused by a tiny part that malfunctioned somewhere along the line and are easily resolved. ""It's a $2 fix, but it takes half a million dollars in research to figure out what it is."" Sometimes   the problem is more persistent. In 2006, Sony announced a global recall of more than 10 million lithium ion laptop batteries used in a variety of laptop computers after more than a dozen fires, and two years later issued a second   recall. ""This is a battery type that is only one of hundreds of possible batteries but this particular type was pushed by a few companies and investors so they could make money off it at the risk of public injury or death..."" Picture THIS IS AN ACTUAL BOEING BATTERY ""2006 fire under NTSB scrutiny Carli Brosseau Arizona Daily Star When a test of a lithium-ion battery charger turned into an inferno at Securaplane Technologies Inc. in 2006, temperatures reached as high as 1,200 degrees and three waves of firefighters failed to save the building.   An employee of the Oro Valley company blasted the flaming battery with a fire extinguisher to no effect.   Two hours later, the galvanized metal roof collapsed, and the 10,000 square-foot building was a total loss. It's a fire that federal safety regulators are taking another look at now,   since Securaplane provides two key battery components to the Boeing 787 Dreamliner, the start-power and battery-charger units. Records from local Golder Ranch Fire Department, the first of three fire departments to respond to   the blaze, describe ""an uncontrolled thermal reaction (that) caused the battery   to vent and this venting caused the ignition to various items and fixtures   throughout the test lab area."" ""The electrical technician who was performing a test on the battery when it exploded likened the experience to being near a jet after-burner. Electrolytes from inside the battery were shooting 10 feet into the air, the former Securaplane employee, Michael Leon, said in an interview Friday. ""The magnitude of that energy is indescribable."" ""The fire stands as a graphic illustration of the power stored within energy-dense lithium-ion batteries and the potential consequences if something goes awry.   It also highlights the importance and delicacy of the quality-control measures applied to a novel - and potentially explosive - technology, a technology now allowed, under special conditions, to be used as the main and auxiliary power source of certain aircraft. The Boeing 787 Dreamliner, the company's newest and most energy-efficient plane, uses two lithium-ion batteries. After two battery-related incidents in the past month, the 50 Dreamliners distributed so far have been grounded."" ""Whistleblower: Dreamliner LITHIUM ION Batteries Could Explode He says he was fired after warning about battery problems By Christopher Freeburn, InvestorPlace Writer Boeing?s (NYSE:BA) new 787 Dreamliner could end up being a nightmare for the aircraft giant. A former senior engineering technician at Securaplane Technologies, which makes the charging system for the lithium-ion batteries used in 787 Dreamliners, told CNBC that the batteries are defective and liable to explode if they overheat."" "" Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with... Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with their technology. ""Too much heat on those things, they will go into a thermal runaway, they will explode."" The informant, a former senior engineering technician of Securaplane Technologies, was fired in 2007 for repeated misconduct, but he says it was in retaliation for voicing concerns about the batteries. The NTSB acknowledges that the lithium-ion batteries in Boeing's (BA) Dreamliner experienced a thermal runaway, but insists there's no connection between the incident and the whistleblower's claims. "" ""The Japan Transport Safety Board makes a number of interim points. This battery, unlike one that burst into flames in a Japan Airlines 787 earlier in January, did not actually ignite. It experienced a thermal runaway, as a result of a build up of heat, yet the materials affected did not start burning. While the semantics might escape the casual observer the safety investigator   said:- ?The battery was destroyed in a process called thermal runaway, in which the heat builds up to the point where it becomes uncontrollable. ?But it is still not known what caused the uncontrollable high temperature?. In simple language, uncontrollable rises in temperature will if uncontrolled most likely result in a fire, including one that can burn through structural composites and alloys, and prove almost uncontrollable by fire fighters,   even on the ground. It took a Boston airport fire brigade detachment 99 minutes to put out the Japan Airlines fire using equipment unavailable if the airliner was hours

away from an emergency landing strip in the high arctic or north Pacific, which that particular flight had only recently traversed before the fire broke out after landing. he Japan air safety investigator said the wire supposed to ground or discharge static electricity build ups in the battery had been severed meaning it had experienced abnormal levels of current. However as also confirmed by the early stage of the US incident investigation into the Japan Airlines fire, this large lithium-ion battery had not experienced a voltage surge, and had so far as flight data recordings could tell, had been   operating normally immediately before the emergency landing. Expect the news release in Japan to cause more tension between those who want the 787s to fly again pending a full understanding of the causes and cures in these incidents, and independent safety investigators who will recommend to   safety regulators like the FAA a continuation of the grounding"" ""One aspect that may confuse some people relates to the decision to use this particular type of battery. The danger posed by it has been evident by a lengthy and documented list of disturbing events in recent years. They include many thousands of batteries used in laptops being recalled, because of determined risks of fire or explosion. General Motors were also placed in the battery limelight. In 2011, the 400 pounds Lithium ion battery in their Chevrolet Volt apparently was subject to spontaneous combustion when it burst into flames, while reportedly in a parked vehicle. In 2010, a UPS-operated Boeing 747 crashed just after take-off from Dubai. Investigators placed the blame on a cargo hold that contained Lithium ion batteries, for a fire that caused the incident."" A number of incidents of cell phones   with lithium ion batteries blowing up in peoples pockets, notebook computers blowing up in peoples briefcases and other shocking fires have been deeply documented. Picture LITHIUM ION BATTERIES BLOWING UP ON THEIR OWN Picture FISKERS CARS THAT BLEW UP AND BURST INTO FLAMES JUST BECAUSE THEIR LITHIUM ION BATTERIES GOT WET ""Here is where they make some of these batteries, in forced labor camps: http://www.thedailybeast.com/newsweek/2013/01/13/china-s-labor-pains.html         Because, as we all know, chinese prostitutes are the best choice to make the things that keep our airplanes in the air and
  our cars on the road. The silicon valley venture capital guys front these batteries because they have such cheap labor to give them great profits.. quality control? not so much


# TESLA PARTNER: GOOGLE, IS A CRIMINAL ORGANIZATION""- Study Results by Investigative Reporters Group"


From The Report By The Alliance of Investigative Reporters:

 """Summary- Google is a criminal organization operating in felony violation of numerous City, State, Federal and Constitutional laws. They are protected from prosecution because The Beneficiary of their crimes: The White House, appointed the heads of the major law enforcement agencies with orders to leave Google alone. Additionally, The White House has hired and appointed Google staff to major federal positions in order to protect Google's interests. Google operates as a front for the CIA, NSA and DNC interests in order to harvest taxpayers intents and subliminally direct their political and buying interests via their page-ranking mood manipulation technology. Google conduits campaign and issue funding from the U.S. Treasury to White House approved political campaigns via tens of millions of dollars of cash Google receives from the U.S. Treasury, at regular intervals as ""service fees"". When confronted, Google claims it is ""charging the U.S. for documentation services"". In a U.S. Federal Court, Investigators recently uncovered Google's attempt to delete court records of it's carte blanche opening of the public's emails, in advance of the public even reading their emails. While the low level workers at Google believe they are working on ""wonderful technologies for the future"", The Board of Directors at Google is directing them with the purpose of using those technologies for nefarious purposes. A higher than normal incident of over-the-top sex scandals, sex clubs, deaths-by-hooker, and escort services incidents are documented around Google, indicating a failed ethics compass within the organization. Rajeev Motwani, the man who taught Google's founders the code, was found floating dead in his Silicon Valley swimming pool from ""an unexpected heart attack"". Some say he was killed to shut him up. Over 23 unexpected, convenient deaths are associated with Google. Google staff have had over 120 meetings with White House and DNC staff to coordinate page ranking that benefits White House favored issues and harms White House dis-favored issues and persons. Google Works with Gawker Media to lock Gawker Media attacks in top page position

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

if those attacks are against White House enemies. Said one Google Whistle-blower: ""Gawker loads the bullet and Google fires the gun...over, and over and over...""" Eric Schmidt runs a stealth organization called: The New America Foundation. This group is an Illuminati-like political policy direction manipulation organization to conduit billionaires cash into Washington decisions benefiting their business's and egos. Google manipulates the news and rankings of the internet in order to improve the appearance of the stock value of it's associated Silicon Valley VC's and down-grade the public perception of their enemies. Google is a monopoly. Google violates Monopoly laws but the White House orders them protected. Google uses their control of internet perceptions to target and character assassinate reporters, activists and politicians that speak out against them or their VC's interests. Because all traditional law enforcement routes against Google have been compromised. The only U.S. Option left is for the public to demand the appointment of A Special Prosecutor. The public should send this report to every elected official and newsdesk and make this demand in writing, in volume."" ORDER YOUR POLITICIAN TO ORDER THE U.S. TO CEASE ALL PAYMENTS TO GOOGLE! DEMAND REMOVAL OF GOOGLE'S DNS REGISTRATION FROM THE WEB, OR AT LEAST IN VOLUMES EQUAL TO ANY OTHER COMPANY. NOTE: The full report has been provided to the U.S. GAO and can be acquired from them at http://www.gao.gov. It is also hoped to be available on THE INTERCEPT, soon."

 Is Google corrupt? Search me | Search engines - InfoWorld


# How A Car Company Embezzlement Scheme Might Theoretically Work?
Note: Any resemblance to actual characters or events is entirely coincidental -

 "- Harry Reid: Department of Energy ""KickBack King"" got more crony US tax dollars in his investment portfolio than any other Senator besides Feinstein. - Nevada Residents horrified by toxins danger, and existing charges against Tesla and Panasonic. ""Harry, How could you do this to us  ", cry Residents - Major financial analysts say the Tesla Toxic-Factory has no market demand; they say it is just a stock manipulation deal - Nevada tired of being the guinea pig for Toxic federal tests and ""dumping ground"" for lethal projects - Factory ""Guaranteed to kill"" nearby towns via ground contamination, air toxins and surface particulants, say safety experts - Just another greedy political taxpayer abuse scam? "
 "The shocking Video above can be found at: http://wp.me/p4e1uX-2sV and the related background videos at: https://www.dropbox.com/sh/lt4wyz4bu4bcinw/AADVaWCHEodfoYoSxfs0_A4ia    ?Said local, Andrew Schwartz: ?this is another one of those politician kick-back schemes where they promise unicorns and then kill the air, water and really, THE PEOPLE, of a whole region and, later, shrug their shoulders and say..uh, uh, well, we didn?t know,,?? Mr. Schwartz went on to say that he had researched the battery factory disasters in Asia and found that there was ?vast documentation about the extensive deaths and permanent toxic poisonings? from regions where lithium, and similiar, battery factories existed in the past. He claims Tesla is fully aware of the lethal nature of their Task but that Elon Musk just wants to maximize his stock value without any care for the potential loss of life and the potential for toxic ?lithium babies?. ?Those things will come much later, after Mr. Musk has cashed out his stock?, said Schwartz. Said Mr. Schwartz: ?When it now only takes $50,000.00 to buy a Senator, and over 20 Senators have personal insider trading investments in these Tesla batteries, how can the public even have a chance at fair treatment??, he continued,   ?we can?t have these billionaires raping our communities for profit and then walking away from the dead poisoned towns they leave behind. Tesla has been proven to have lied, over and over again, nobody in their right mind can trust them to build this.? This battery factory is so toxic that EVEN CHINA WON?T BUILD IT!!! "

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# OVER 40 TOXIC CHEMICALS ARE USED IN ALL 5 OF THE TOXIC BATTERY TYPES TESLA AND PANASONIC ARE TRYING TO PUSH OFF ON SOME HAPLESS RUSTIC AMERICAN TOWNS.

 ALL 40 OF THESE CHEMICALS CAN GIVE YOU CANCER, LIVER DISEASE, DEFORMED BABIES & BRAIN DAMAGE. Panasonic has killed vast numbers of workers in Asia, is charged with ?cover-ups?, has been sued for organized crime price fixing and dumping and you trust them to do this right? The controversy also involves the abuse of migrant workers in a part of the immigration/cheap labor scandal. "

 "Panasonic ?covered up? poisoning at battery factory, report claims ? "

 "Apr 28, 2007 ? Panasonic hid evidence that workers were poisoned at a battery factory, a report in a Chinese newspaper claims. Even pregnant women were

 http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

 Air Quality Officials Sue Vernon Battery Recycling Plant Over ?Toxic ?

 "Jan 16, 2014 ? The South Coast Air Quality Management District filed a lawsuit in Los Angeles Superior Court Thursday against Exide Technologies."
 losangeles.cbslocal.com/ 2014/ 01/ 16/ air-quality-officials-sue-vernon-battery-recycling-plant-over-toxic-e missions/ ?

 "Fate Of Vernon Battery Factory Shut Down Over Lead, Arsenic ? "

 "May 29, 2013 ? The state Department of Toxic Substances last month issued an emergency order against the Exide Technologies plant on 2700 South Indiana
 losangeles.cbslocal.com/ 2013/ 05/ 29/ fate-of-vernon-battery-factory-shut-down-over-lead-arsenic-emissions-subject-of-hearing-thursday/ ?

 Plea Agreement : U.S. v. Panasonic ? Department of Justice

 "Aug 5, 2013 ? organized and existing under the laws of Japan, hereby enter into the following ? to plead not guilty to any criminal charges brought against it;
 http://www.justice.gov/atr/cases/f299900/299987.pdf ?

 Panasonic woes continue as it posts $7.5-B net loss | ABS-CBN News

 "May 10, 2013 ? TOKYO ? Panasonic said Friday it had logged another eye-watering ? Skyway 3 to charge P10 per kilometer ? was tagged by the Presidential Anti-Organized Crime Commission (PAOCC) as an leader of a gun-for-hire group."

 http://www.abs-cbnnews.com/ business/ 05/ 10/ 13/ panasonic-woes-continue-it-posts-75-b-net-loss ?

 Vernon Battery Recycling Plant Maybe Poisoned ?Hundreds of ?

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Sep 13, 2013 ? The state Department of Toxic Substances Control tried to temporarily suspend plant operations, but Exide, now seeking bankruptcy protection
la.curbed.com/ archives/ 2013/ 09/ vernon_battery_maker_might_have_poisoned_their_neighbors_with_lead.php ?

Regulators close Exide Technologies car battery recycler in Vernon ?

"Apr 24, 2013 ? The California Department of Toxic Substances Control has shut down a battery recycling plant in Vernon whose own investigation revealed

http://www.scpr.org/ blogs/ environment/ 2013/ 04/ 24/ 13431/ regulators-close-car-battery-recycler-in-vernon-ci/ ?

Exide ordered to clean up toxic substances near Vernon plant ? Los ?

"Dec 18, 2013 ? The state Department of Toxic Substances Control has issued an emergency order directing a Vernon battery recycler to clean up lead and

articles.latimes.com/2013/dec/18/local/la-me-exide-20131219 ?

High lead levels in soil near battery plant prompt health warnings ?

"Mar 10, 2014 ? High lead levels in soil near battery plant prompt health warnings ? State toxic waste regulators said the initial results from 39 homes as well as

articles.latimes.com/2014/mar/10/local/la-me-exide-20140311 ?

HowStuffWorks ?Pollution Caused By Building a Hybrid Car?

"This type of manufacturing process requires tremendous inputs of energy, particularly ?. Also the manufacturing of the battery puts much more dangerous toxic

science.howstuffworks.com/ science-vs-myth/ everyday-myths/ does-hybrid-car-production-waste-offset-hybrid-benefits1.htm ?

Task Force to Fight Battery Plant Pollution | NBC Southern California

"Mar 11, 2014 ? A task force has been set up to study closing a battery recycling plant in Vernon that recently tested for elevated levels of toxins."
http://www.nbclosangeles.com/ news/ local/ Task-Force-Fight-Battery-Plant-Pollution-249632181.html ?

Battery recycling plant exposes Boyle Heights residents to ?

"Mar 28, 2013 ? A battery recycling plant bordering Boyle Heights has been ordered to lower ? which requires companies that emit toxic air pollutants to assess
http://www.boyleheightsbeat.com/ battery-recycling-plant-exposes-boyle-heights-residents-to-dangerous-

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

emissions-2254 ?

Safety and Health Topics | Battery Manufacturing ? OSHA

"Exposure to lead is the primary health concern in battery manufacturing, and ? is comparable to the zinc protoporphyrin (ZPP) test for determining lead toxicity."

https://www.osha.gov/SLTC/batterymanufacturing/ ?

Vernon Plant Closed Over Toxics ? Los Angeles Times

"Apr 25, 2013 ? Battery recycler has tainted soil and ?poses an unacceptable risk to ? releasing hazardous waste into the soil beneath its plant because of a

articles.latimes.com/2013/apr/25/local/la-me-exide-arsenic-20130425 ?

Vernon Car Battery Recycling Plant Shut Down for Leaking Toxins ?

"Apr 25, 2013 ? Exide Technologies in Vernon was shut down Wednesday by state regulators for leaking toxins through corroded pipes into the soil. The plant
http://www.nbclosangeles.com/ news/ local/ Leaky-pipes-contaminate-soil-in-around-Vernon?204596661.html ?

"L.A. Battery Recycling Plant is a Bad Neighbor, Residents and ? "

"Sep 2, 2013 ? Results of tests for lead and other toxins will be available in December. ? As state-ordered testing of the soil around a battery recycling plant

http://www.healthycal.org/archives/13465 ?

Remediation of Thomas Edison Battery Factory Brownfields

Mercury is a highly toxic metal ? Mercury is a highly toxic metal used in many ? This 21 acre property once housed Thomas Edison?s Battery Factory and  ?
http://www.eci-nj.com/projects.asp?page=2 ?

Film Description | Maquilapolis | POV | PBS

"Where factory workers find bathroom breaks are few, toxins are many, and the ? of a toxic waste left behind by Metales y Derivados, a battery-recycling factory."

http://www.pbs.org/pov/maquilapolis/film_description.php ?

"Bhopal disaster ? Wikipedia, the free encyclopedia "

Bhopal memorial for those killed and disabled by the 1984 toxic gas release ?.. The area around the plant was used as a dumping area for hazardous  ?
en.wikipedia.org/wiki/Bhopal_disaster ?

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Lead Free Frisco | A Community Dedicated to Ending Exide?s Lead ?

CBS Dallas/Fort Worth Potentially Hazardous Waste From Exide Plant Missing In ?. EDITORIAL ? Vernon?s Exide battery plant: An environmental wake-up call.

http://www.leadfreefrisco.com ?

Laws and Regulations | Mercury | US EPA

"The statute applies to battery and product manufacturers, battery waste ? to protect American families from power plant emissions of mercury and toxic air

http://www.epa.gov/hg/regs.htm ?

Red Dust ? documentary on cadmium poisoning in Chinese women ?

"Aug 6, 2010 ? Red cadmium dust drifted freely in China?s nickel-cadmium battery factories owned and operated by GP BATTERIES (GP), one of the world?s
http://www.goodelectronics.org/ news-en/ red-dust-documentary-on-cadmium-poisoning-in-chinese-women-battery-wo rkers ?

Section 5 ? V. Health Effects ? OSHA

The earliest form of cadmium toxicity occurs in the proximal portion of the tubule. ?. study of kidney dysfunction among 240 workers in a Swedish battery factory.
https://www.osha.gov/ pls/ oshaweb/ owadisp.show_document?p_table=preambles &p_id=819 ?

Follow the Things | Electrical | Red Dust

"Poisoned by the carcinogen cadmium in the battery factories where they worked, Ren and her comrades engage in a desperate struggle for justice. RED DUST

http://www.followthethings.com/reddust.shtml ?

1. China Lead Poisoning: Over 600 Sickened In Latest Incident ?

"Jun 12, 2011 ? Yesterday Health Canada proposed a guideline to limit cadmium in ? BBC News ? China shuts battery factories due to lead poisoning."

http://www.huffingtonpost.com/ 2011/ 06/ 12/ china-lead-poisoning-over_n_875605.html ?

"2. Literature Reviews ? Neurology,Toxicology, Medical Consulting ? "

The effects of chronic mercury intoxication on urinary markers in workers from ?.. A cross-sectional study of 11 battery factory workers (mean 10 yrs exposure) and 11 ?.. exposure to Cadmium from working in a nickel-cadmium battery factory.

http://www.jonathanrutchik.com/ Literature_Reviews_Neurolgy_Neurologist_Sacramento_SF_CA.html ?

THE BOOK OF TESLA; Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

3. China is suffering from intense soil pollution | The World of Chinese

"Jun 4, 2014 ? ? a poisonous chemical agent that was spilled by a battery factory across the road ? Cadmium poisoning can cause liver, kidney, and other vital organ ? Soil pollution occurs most often when industrial factories producing or

http://www.theworldofchinese.com/2014/06/deadly-dirt/ ?

"4. Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals "

"battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."
http://www.annclinlabsci.org/content/31/1/3.full.pdf ?

5. Heavy Metal Poisoning | EDTA Chelation Therapy

"We need many of these heavy metals in our system, such as zinc, copper, chromium ? been poisoned because they live near battery factories or metal smelters."

http://www.cardiorenew-europe.com/heavy-metal-poisoning/ ?

6. Is Cadmium a Cause of Human Pancreatic Cancer?

"Conversely, cadmium is a toxic element for which there is no known human ?.. among cadmium and nickel-exposed workers in a Swedish battery factory."
cebp.aacrjournals.org/content/9/2/139.long ?

7. Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO

"vol.17 issue1 Cadmium toxicity in plants Phytoremediation: green ? Excess Pb causes a number of toxicity symptoms in plants e.g. stunted growth, chlorosis ? chimneys of factories using Pb, effluents from the storage battery, industry, mining
http://www.scielo.br/ scielo.php?pid=S1677-04202005000100004 &script=sci_arttext ?

8. cadmium and cadmium compounds ? IARC Monographs on the ?

Cd batteries and manufacturing scrap) and some. 121 ?. mainly due to concerns over the toxicity of cadmium ?. Ni?Cd battery factory in the People?s Republic.
monographs.iarc.fr/ENG/Monographs/vol100C/mono100C-8.pdf ?

9. INFORM ? Fact Sheet ? Community Waste Prevention Toolkit: Battery ?

"All batteries contain toxic substances, but certain battery chemistries are considered ? While battery manufacturers have largely moved away from batteries containing ? Nickel-cadmium (Ni-Cd) and lead-acid batteries have been targeted for

http://www.informinc.org/fact_CWPbattery.php ?

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

10. Lead poisoning in China?s battery factories ? Jason Gooljar | WFPman

"May 30, 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports
http://www.jasongooljar.com/ 2011/ 05/ 30/ lead-poisoning-in-chinas-battery-factories/ ?

Medical findings in nickel-cadmium battery workers.

"Medical findings in nickel-cadmium battery workers. ? Thirty-eight workers from a factory producing nickel-cadmium and other types of batteries came ? Adult; Cadmium Poisoning/etiology*; Chronic Disease; Dermatitis, Occupational/ etiology

http://www.ncbi.nlm.nih.gov/pubmed/1428813 ?

China Factories Story 5 ? Deadly Dust ? The Salt Lake Tribune

"Ltd., is one of 13 battery factories Gold Peak owns in China. ? In the U.S., evidence of cadmium?s toxicity in 1992 led the Occupational Health and Safety
extras.sltrib.com/china/printstory5.htm ?

BBC News ? China shuts battery factories due to lead poisoning

"May 30, 2011 ? Battery factories across China have been closed amid fears about poisoning ? than 100 people were affected by lead and cadmium poisoning."
http://www.bbc.com/news/business-13594890 ?

Toxic Factories Take Toll On China?s Labor Force ? WSJ

"Jan 15, 2008 ? Toxic Factories Take Toll On China?s Labor Force. Email; Print; Comments ? The nickel-cadmium battery illustrates this trend. Once widely

online.wsj.com/news/articles/SB119972343587572351 ?

Nickel-Cadmium Batteries ? Red Dust ? A Documentary Film

"Nickel-cadmium batteries are a type of rechargeable battery used in toys, cordless ? but the cadmium oxide used to produce them is a carcinogen as toxic as lead. ? GP BATTERIES is the largest consumer battery manufacturer in China."
http://www.reddustdocumentary.org/NickelCadmium.asp ?

The Epoch Times | Behind the Cadmium Poisoning of Guangdong ?

"Apr 7, 2005 ? Cadmium poisoning at Chinese battery factories has resulted in worker lawsuits."
http://www.theepochtimes.com/news/5-4-7/27690.html ?

"1. Lead poisoning near Huaqiang Battery Factory, China | EJAtlas "

"15 Apr 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? 74 criminal charges against those connected with lead & cadmium poisonings."

http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

2. Business & Human Rights : GP Batteries (part of Gold Peak)

"[part of Matsushita] cadmium-battery plant in Wuxi were found to have elevated levels of the toxin, and two were diagnosed as poisoned. In 2005, 1,000 workers
http://www.business-humanrights.org/ Categories/ Individualcompanies/ G/ GPBatteriespartofGoldPeak ?


3. Heavy Metal Poisoning | Doctor | Patient.co.uk

"16 Oct 2012 ? FBC and film ? basophilic stippling with lead and arsenic poisoning, ? poisoning from pollution from a local factory (Minamata disease). ?Mad as

http://www.patient.co.uk/doctor/heavy-metal-poisoning ?

4. The toxicity of cadmium and resulting hazards for human health

"10 Sep 2006 ? The major source of inhalative cadmium intoxication is cigarette smoke. ?. Individuals included in this study were either battery plant workers,
"http://www.occup-med.com/content/1/1/22 ?     [caption id=""attachment_1643"" align=""alignnone"" width=""640""]"

GIGAFACTORIES: ARE THEY SOLYNDRA SCAMS?[/caption]


5. Heavy metal poisoning ? House Wiki

"Heavy metal poisoning, or more properly metal toxicity is the toxic effect of certain ? as a janitor in a battery factory, House suspected cadmium poisoning."

house.wikia.com/wiki/Heavy_metal_poisoning ?

"6. Cadmium poisoning ? Wikipedia, the free encyclopedia "

Cadmium is an extremely toxic metal commonly found in industrial workplaces. ? Cadmium is also present in the manufacturing of some types of batteries.
en.wikipedia.org/wiki/Cadmium_poisoning ?


7. Report on the Gold Peak Cadmium 4 Poisoning Case

these have broken out serious cases of cadmium poisoning: Huizhou Power ?. battery factory workers adversely affected by cadmium has steadily increased.

http://www.globalmon.org.hk/ en/ wp-content/ uploads/ 2009/ 01/ 200703report_on_gp_case.pdf ?

"8. Panasonic ?covered up? poisoning at battery factory, report claims ? "

"28 Apr 2007 ? Panasonic ?covered up? poisoning at battery factory, report claims ? at a factory ( photo) manufacturing rechargeable Nickel-Cadmium batteries

http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

THE BOOK OF TESLA: Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

9. Background information on cadmium poisoning in support of a ?fact ?

"Industries Associated with Cadmium Exposures. 1. Nickel-cadmium battery manufacturing [1, 36, 75]. Significant exposures to cadmium dusts appear to be

http://www.canoshweb.org/sites/canoshweb.org/files/odp/html/cadmium.htm ?

"10. Gold Peak ? Wikipedia, the free encyclopedia "

"Gold Peak Group (GP) is an Asian battery manufacturer established in 1964 and ? China?s GP Batteries factory, after suffering years of cadmium poisoning."
en.wikipedia.org/wiki/Gold_Peak ?

1. Case studies: Occupational exposures and solutions

"Mercury: ? Mercury was used by hat makers and caused serious poisoning. ? Cadmium used in battery factories is causing serious occupational diseases, for."

http://www.who.int/ifcs/documents/forums/forum5/eriksson.pdf ?

2. The Nephropathy of Chronic Cadmium Poisoning ? Springer

In 1950 Friberg presented extensive data on investigations of workers exposed to cadmium oxide dust in an alkaline battery factory. The main findings were  ?
link.springer.com/chapter/10.1007%2F978-3-642-70856-5_6 ?

3. Individual Susceptibility to Cadmium Toxicity and Metallothionein ?

"threatening cadmium poisoning. ? cadmium levels compared to non-paint factory workers, and their ? among workers employed in the nickel-cadmium battery."
http://www.jniosh.go.jp/en/indu_hel/pdf/IH_47_5_487.pdf ?

"4. Workplace poisoning killing millions of Asians each year, says new ? "

26 Apr 2012 ? Xiao Hong is another victim of the battery factories. The former supervisor has now been diagnosed as suffering excessive cadmium levels.

http://www.theguardian.com/ world/ 2012/ apr/ 26/ workplace-poisoning-killing-millions-of-asians ?

5. A review on occupational and environmental intoxication ? Bioline ?

"Occupational copper intoxication ? Environmental copper intoxication, as reported for humans, ?. cadmium in an alkaline storage battery manufacturing and."

http://www.bioline.org.br/pdf?oe08031 ?

6. Toxicological Profile for Cadmium ? ATSDR ? Centers for Disease ?

dust in a battery factory. ? A nine-year chronic toxicity study of cadmium in monkeys. II. ?. Cadmium poisoning from a refrigerator shelf used as an improvised.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.atsdr.cdc.gov/toxprofiles/tp5-c9.pdf ?

"7. Lead Poisoning News from China, January 2010 "

"22 Jan 2012 ? China?s poor track record of lead poisoning due to factory pollution ? The village is situated close to a lead-acid battery factory; there ?. cadmium, mercury, chromium and arsenic) in production, storage or transport processes."
  http://www.lead.org.au/lanv10n3/lanv10n3-2.html ?

8. China Shuts Battery Factories Due to Lead Poisoning ? China Digital ?

30 May 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports  ?
  http://www.chinadigitaltimes.net/ 2011/ 05/ china-shuts-battery-factories-due-to-lead-poisoning/ ?

9. Lead Poisonings Prompt Nationwide Shut Down Of Battery Factories ?

"30 May 2011 ? These are likely to be both children living nearby and factory workers. ? Tagged as Battery Makers, Cadmium poisoning, China, Industrial

chinabystander.wordpress.com/ 2011/ 05/ 30/ lead-poisonings-prompt-nationwide-shut-down-of-battery-factories/ ?

10. Health Concerns with Batteries ? Battery University

Workers at NiCd manufacturing plants in Japan have been experiencing ? Nickel -metal-hydride is considered non-toxic and the only concern is the electrolyte.
  www.batteryuniversity.com/learn/article/health_concerns ?

"1. Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals "

"battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."

http://www.annclinlabsci.org/content/31/1/3.full.pdf ?

2. CAS 7440-43-9 ? SCOEL Recommendation adopted in 2010

humans but causes acute injury to the lungs and cumulative toxicity to the ?? recent cohorts of workers from a nickel-cadmium battery plant (where arsenic is  ?

ec.europa.eu/social/BlobServlet?docId=6509&langId=en ?

3. Heavy Metal Poisoning ? National Organization for Rare Disorders

"Individuals with cadmium poisoning may also experience improper functioning of ? Lead production workers, battery plant workers, welders and solders may be

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://www.rarediseases.org/ rare-disease-information/ rare-diseases/ byID/ 669/ printFullReport ?

4. The Health Dangers of Cadmium ? Global Healing Center

9 Jan 2013 ? Cadmium is a toxic metal that occurs naturally in the environment. Humans are exposed to cadmium mostly through plant-derived food.

http://www.globalhealingcenter.com/natural-health/health-dangers-of-cadmium/ ?

5. Poison: The High Cost Of Cheap Batteries ? Consumerist

15 Jan 2008 ? The WSJ article details her lawsuit against the manufacturer as well as the history of cadmium battery production in the U.S. and the resulting  ?

http://www.consumerist.com/ 2008/ 01/ 15/ poison-the-high-cost-of-cheap-batteries/ ?

6. Low level exposure to cadmium and early kidney damage: the ?

OBJECTIVES To study the dose-response relation between cadmium dose and ? and in cases of severe cadmium poisoning osteoporosis and osteomalacia with the ?. The lower response rate among the battery plant workers might have  ?
oem.bmj.com/content/57/10/668.full ?


7. Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO

"vol.17 issue1 Cadmium toxicity in plants Phytoremediation: green ? Excess Pb causes a number of toxicity symptoms in plants e.g. stunted growth, chlorosis ? chimneys of factories using Pb, effluents from the storage battery, industry, mining

http://www.scielo.br/ scielo.php?pid=S1677-04202005000100004 &script=sci_arttext ?

"8. symptoms lead poisoning, heavy metal poisoning, heavy metals ? "

"Heavy Metal Symptoms | Arsenic, Lead,. Mercury ?.. Poisoning occurs in the battery manufacturing industry where it is used to produce batteries. It is often found

http://www.livelongercleanse.com/heavy-metal-sources.html ?

9. Biological Monitoring of Cadmium Exposed ? ? ResearchGate

"a Chinese Ni-Cd battery factory is reported in this paper. The present ? oxide dust in a battery factory were investigated1), and it ?.. cadmium poisoning."
http://www.researchgate.net/ publication/ 237906342_Biological_Monitoring_of_Cadmium_Exposed_Workers_in_a_Nicke l-Cadmium_Battery_Factory_in_China/ file/ 9c96052ce7fb339223.pdf ?


10. Cadmium babies | ThinkingShift

3 May 2007 ? The GP group has a dozen battery factories in China and three of these factories have experienced an outbreak of cadmium poisoning.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

thinkingshift.wordpress.com/2007/05/03/cadmium-babies/ ?


1. Hybrid Battery Toxicity ? HybridCars.com

"Apr 8, 2006 ? While batteries like lead acid or nickel cadmium are incredibly bad for the ? tons are released in the lead mining and manufacturing process."
http://www.hybridcars.com/battery-toxicity/ ?

2. Summary of Mass Lead Poisoning Incidents ? Occupational ?

"Mar 27, 2006 ? cadmium spill in a river caused local authorities to order all smelters in ? All employees of the lead battery plant were tested after a pregnant

http://www.okinternational.org/ docs/ Mass%20Lead%20poisonings%20July%202012.pdf ?

3. Heavy Metal Poisoning ? Medical Dictionary ? The Free Dictionary

Cadmium toxicity is generally indicated when urine levels exceed 10 ug/dL of ?. China battery plant manager held in lead poisoning case by Times of Oman  ?

medical-dictionary.thefreedictionary.com/Heavy+Metal+Poisoning ?

4. Heavy Metal: 12 Million Tons of Chinese Rice Contaminated | TIME ?

"Feb 23, 2011 ? In January, to name one example, a battery factory was forced to close ? serious consequence of chronic cadmium poisoning is cancer (lung

science.time.com/ 2011/ 02/ 23/ heavy-metal-millions-of-tons-of-chinese-rice-contaminated/ ?

5. Lead Nephropathy ? Medscape Reference

"Aug 14, 2013 ? In a study of exposure to a lead pollutant in a battery factory, renal ? in the renin- angiotensin axis are also described with lead poisoning."
emedicine.medscape.com/article/242605-overview ?


6. Cadmium Compounds RfC

"based on the same systemic toxicity, renal excretion, as the RfD and there are no portal-of-entry effect, ?.. population living near a cadmium battery plant. Occup."

ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=4593 ?

7. nickel iron battery information

Nickel Iron battery manufacturers or suppliers are welcome to list links to their websites. ?. Jungner experimented with substituting iron for the cadmium in varying ?. However the Nickel Iron chemistry contains no poisons for the platinum  ?
http://www.nickel-iron-battery.com ?

8. General Principles of Poisoning: Poisoning: Merck Manual ?

THE BOOK OF TESLA. Copyright, orig original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Poisoning is contact with a substance that results in toxicity. ? Dry cell battery ( alkaline ) ? Plant food (household) ?.. For certain poisonings (eg, due to iron, lead, arsenic, other metals, or to packets of cocaine or other illicit drugs ingested by

http://www.merckmanuals.com/ professional/ injuries_poisoning/ poisoning/ general_principles_of_poisoning.html ?

9. Changes in Permissible Exposure Levels of Toxic Substances and ?

"Nov 1, 2004 ? (a) All cases of definite or suspected poisoning and excessive ? (a) Nickel- cadmium battery manufacturing (tabletting and assembly of Cd."

http://www.mom.gov.sg/ Documents/ safety-health/ factsheets-circulars/ Changes-in-Permissible-Exposure-Levels.pdf ?

10. Cadmium Toxicity Summary. ? The Risk Assessment Information ?

"Aug 29, 1997 ? The target organ for cadmium toxicity via oral exposure is the kidney (Goyer, ?.. á 2-microglobulin excretion among workers in a battery factory."

rais.ornl.gov/tox/profiles/cadmium.html ?

1. BBC News ? China shuts battery factories due to lead poisoning

"May 30, 2011 ? A Chinese child waits to be tested for lead poisoning in January ? Battery factories across China have been closed amid fears about poisoning

http://www.bbc.com/news/business-13594890 ?

2. Lead Poisoning in China ? The Hidden Scourge ? NYTimes.com

"Jun 15, 2011 ? Sun Guotai, 5, was among children living close to a battery factory in ? up to seven times the level deemed safe by the Chinese government."
http://www.nytimes.com/2011/06/15/world/asia/15lead.html?pagewanted=all ?

"3. Gold Peak ? Wikipedia, the free encyclopedia "

"Gold Peak Group (GP) is an Asian battery manufacturer established in 1964 and ? China?s GP Batteries factory, after suffering years of cadmium poisoning."

https://en.wikipedia.org/wiki/Gold_Peak ?

4. Battery factory poisons 24 children in China | World news ?

"Jan 5, 2011 ? Two battery factories in Huaining closed after tests found that at least 200 local ? the toll pollution is taking on the health of rural Chinese."

http://www.theguardian.com/ world/ 2011/ jan/ 06/ battery-factory-children-poisoned-china ?

"5. Lead poisoning near Huaqiang Battery Factory, China | EJAtlas "

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Apr 15, 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? A 2007 World Bank study reports that 460,000 Chinese have died from water and air

http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

6. Chinese factory blamed for lead poisoning ? CNN.com

"Jan 6, 2010 ? NEW: Government will investigate and require factory to move, Xinhua reports; Authorities have linked the cases to a battery factory in Jiangsu
http://www.cnn.com/2010/WORLD/asiapcf/01/05/china.lead.poisoning/ ?

7. Are you living next to a lead-acid battery factory? | Greenpeace East ?

"Nov 15, 2011 ? And hopefully help eliminate any future instances of lead poisoning. ? View larger map: Chinese lead-acid battery assembly and recycling

http://www.greenpeace.org/ eastasia/ publications/ reports/ toxics/ 2011/ lead-acid-battery-map/ ?

8. Chinese children suffer failure to tackle lead poisoning | Zhang ?

"May 8, 2013 ? ?China accounts for such a huge proportion of lead production as it has so many battery-making factories ? particularly lead-acid batteries,

https://www.chinadialogue.net/ article/ show/ single/ en/ 5974-Chinese-children-suffer-failure-to-tackle-lead-poisoning ?

9. BBC NEWS | Asia-Pacific | China probes child lead poisoning

"Sep 27, 2009 ? Chinese state media say a battery plant has been closed after more than 120 children living nearby were found to have lead poisoning."
news.bbc.co.uk/2/hi/asia-pacific/8277327.stm ?

10. Battery plant boss detained for E China lead poisoning ? People?s ?

"May 17, 2011 ? Battery plant boss detained for E China lead poisoning ? May 12, Wenchuan Reconstruction: ? Chinese miracle? impresses world

english.peopledaily.com.cn/90001/90776/90882/7381869.html ?

"Lithium Ion Giga-Factories Kill Workers! Contact with, and breathing the chemicals causes Cancer, Lung Damage, Brain Damage!In ""Brain Damage"""

"Tesla Fire Victims' and relatives demand answers from Tesla over hidden 'death trap' toxic smoke from Tesla car batteries.In """"blood for batteries"""""

"'Lemon Law King' sues Tesla MotorsIn ""'Lemon Law King' sues Tesla"" "

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## The 500 trolls of Tesla Motors!

"Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, lawsuits, staff departures, investor departures, criminal charges, cartel charges, toxic smoke, cancer causing chemicals, DOE application fraud, factory workers on fire, ex-wife & girlfriend abuse stories, battery factory worker deaths, buyer homicide charges, Lemon Law litigation, Billionaire sex clubs,Tesla patents disclose lethal & conflagration potential, Mexican worker battery factory ""death camps"" plans, dangerous chemicals, political corruption and hundreds of other issues are ""keep walking, nothing to see here"" issues. "

"Ex-Tesla staff say that, in addition to the hundreds of hired ""meat puppet"" trolls that Musk has hired, in India, to watch the internet 24/7 for any mention of the word Tesla"", (so they can instantly bombard the comment section with ""A Tesla is Christ in the form of a car"" messages), Musk has 4 news scanning services that email him, and the trolls, any mentions of the company so that their greasy troll-like knobby fingers can leap into action in their dark little troll caves. Every comment section of every article about Tesla has been IP and sequence-route traced backed to the same Tesla-hired shills and trolls who login, comment after comment, under a massive number of fake accounts and identities. There is NO massive Tesla fanboy acclaim by millionaires sitting around blogging about the orgasmic joy of even thinking about a Tesla. There are only dour 17 year old bloggers in basements in Idaho and India collecting $5.00 per post. But the biggest, hairiest, most wart-ridden Tesla troll of all, the one that towers above all trolls, is Tesla investor: Google. Google scrapes any negative Tesla press off of the internet and manually moves all positive troll Tesla press to the top of its search and news engine. This is cartel-level falsification of the stock market via coordinated manipulation of false information about a stock. It is an SEC felony, but federal executives, who arranged the scam, won't allow the SEC or FBI to go after these people because it will be politically embarrassing to ""Senior People"". "

"It will be politically embarrassing because certain Washington, DC politicians gave a ""massively unqualified"", ""bankrupt"" (Per Elon Musk himself), ""failing"", ""lethally debt-ratio'd"", ""no-demand"", ""technically old-school"" Tesla a free gift of Taxpayer money as a pass along kickback to Tesla investors in exchange for billions of dollars of campaign financing. Submit your links. Let's discuss... T- LA Times [wpvideo Az6PiFCv]"

-------------------------------------------------------------

"HA! See this article: http://www.bbc.com/news/technology-27741041 BBC News - Tesla boss Elon Musk hints at technology giveaway Ever since 1745, horses considered, and then, actually, began giving away their horse-shit. Nobody was excited about it then. Nobody is excited about it today. Horse-shit is still just horse-shit. Musk's patents disclose that Tesla knew that their cars energy system could ""kill you"" and ""burn down your home or office"". It says it right in the very papers that TESLA MOTORS wrote and filed with the U.S. Patent office. They posted on the public U.S. Government servers, where they can never be removed, the awful truth: Tesla's WILL burn you, your family, your house, your office.   Tesla's own engineers wrote this! They should give them away because they are worthless! Danny- Times"

------------------------------------

[wpvideo GtIooEG6]

## 1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ...

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Jan 8, 2013 ... A man blows the whistle on his work as an internet shill, his shadowy employer, ... Internet TROLLS Exposed ? who ARE these guys? .... But the things I mentioned differ from simply hiring a PR firm on a short term basis for  ..."

www.consciouslifenews.com/ paid-internet-shill-shadowy-groups-manipulate-internet-opinion-debate / -

## 2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot

"Nov 20, 2013 ... ... Gulf of Mexico. The oil firm hired the international PR comp... ... Re:And yet the shills say this never happens (Score:4, Insightful). by madprof  ..."

tech.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -

## 3. BP Hired Company To Troll Users Who Left Critical ... - Technology

"Nov 20, 2013 ... ... in the Gulf of Mexico. The oil firm hired the international PR comp. ... And yet the shills say this never happens (-1, Troll). Anonymous Coward  ..."

tech-beta.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -

## "4. Federal government routinely hires internet trolls, shills to monitor ... "

"Sep 17, 2013 ... Federal government routinely hires internet trolls, shills to monitor chat ... 10 other companies that use the same Subway yoga mat chemical in  ..."

www.naturalnews.com/ 042093_internet_trolls_chat_rooms_federal_government.html -

## 5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones ...

It's an admitted fact that governments around the world hire armies of shills to troll comment sections of news websites and social media with pro-establishment  ...

www.infowars.com/governments-hire-web-trolls-to-sway-public-opinion/ -

## 6. The federal government of america employ trolls and shills to sway ...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mar 16, 2014 ... The federal government of america employ trolls and shills to sway ... the government actually hire people to troll topics of ""national interests"", ...show more ... How do corporations and banks influence government and politics

https://answers.yahoo.com/question/index?qid=20140316180153AAzxcxp -

### 7. Federal government of America actually employ trolls and shills to ...

"Mar 16, 2014 ... They actually do this to sway public opinions about what they want the public to believe and not to ..."

https://au.answers.yahoo.com/question/index?qid=20140316184247AAiFP96 -

### 8. BP hires trolls to harass critics - Daily Kos

"Nov 20, 2013 ... Accusing someone of being a paid shill of a mega-corporations or the ... For instance, Samsung recently got fined for hiring trolls to diss rivals  ..."

www.dailykos.com/ story/ 2013/ 11/ 20/ 1257186/ -BP-hires-trolls-to-harass-critics -

### "9. CTV Confirms Governments employing Internet Trolls, Shills & PR ... "

"Federal government routinely hires internet trolls, shills to monitor chat ... or private intelligence firms to do the dirty work behind closed doors."

www.godlikeproductions.com/forum1/message2531145/pg1 -

### "10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... "

"Wouldn't you use trolls and shills if you ran a huge corporation? ... Cripes, companies even hire people to make false reviews all over the world."

www.abovetopsecret.com/forum/thread1015730/pg1 -

### "Does BP Hire Online ""Trolls""? - Godlike Productions ..."

"BP is a trustworthy company that only has the best interest of its' valued customers in mind. ... They not only hire trolls, they hire entire armies to invade the middle east. Quoting: ... If the shills and trolls here lately are any indication, ..."

godlikeproductions.com/forum1/message2385647/pg1

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## "CTV Confirms Governments employing Internet Trolls, Shills ..."

"CTV Confirms Governments employing Internet Trolls, Shills & PR Agents to 'correct misinformation' Tweet. Chugiakian. User ID: 53604407 United States ... I've caught a few of these assholes on game forums. A lot of game companies have been hiring PR firms to write good things about their games."
  godlikeproductions.com/forum1/message2531145/pg1

## "Documents Show How Russia's Troll Army Hit America, page 1"

"Wouldn't you use trolls and shills if you ran a huge corporation? Of course you would have to be discrete about it. Cripes, companies even hire people to make false reviews all over the world. Russia is just playing the game, ..."
  abovetopsecret.com/forum/thread1015730/pglastpost

## BUSTED Governments Hire Web Trolls Are You Sick Of Them YET ...

"BUSTED Governments Hire Web Trolls Are You Sick Of Them YET. Thursday, ... Federal government routinely hires internet trolls, shills to monitor chat rooms, ... private companies and non-government organisations to do the same."
  beforeitsnews.com/watercooler-topics/2014/01/busted-governm...

## Regarding trolls and paid shills... - Daily Kos :: News ...

Protesters accuse Putin supporters of being trolls and shills paid by the Kremlin. ... and after HBGary's CEO was fired and the other two companies ... They have the money and the motivation to be disruptive and they are not likely to hire incompetents.
  dailykos.com/story/2012/02/07/1062405/-Regarding-troll...

## Practical Steps for Dealing With Government Shills in Social ...

"One slide from a GCHQ presentation explains to the shills they will hire that the following ... US intelligence community equipped with the latest in information technology by investing in innovative high-tech companies ... Federal government routinely hires internet trolls, shills to ..."
  academia.edu/6328710/Practical_Steps_for_Dealing_With_...

## List of companies who hire shills to promote their products ...

List of companies who hire shills to promote their products online. (waggeneredstrom.com) submitted 17 minutes ago by roadbike02. 1 comment; share cancel; all 1 comments. sorted by: best. hot. new. controversial. top. old
  reddit.com/r/business/comments/svwsu/list_of_compani...

## PCWorld Forums: Paid Shills In Forums (online Reputation ...

"Paid Shills In Forums (online Reputation Management) ... It's become a common enough practice that lots of shady companies (especially Microsoft, who kept getting CAUGHT) to hire them. After all, ... Companies also

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

pay ..."
  forums.pcworld.com/index.php?/topic/127381-paid-shills-in-fo...

## "Are there shills for the Morge, Comex and TPTB on message ..."

  "Probably. I know some private companies that hire people to troll message boards on their behalf, marketing for them, downplaying criticisms about their products, ... They are obvious shills probably paid by acorn of some such pro regime group."
  goldismoney2.com/showthread.php?14333-Are-there-shills-for...

## Governments Hire Web Trolls to Sway Public Opinion - General ...

  Governments Hire Web Trolls to Sway Public Opinion - posted in General Discussions: ... I feel sorry for these shills and trolls. ... The network was built using shell companies and financed through a foreign bank to hide their connection to Washington.
  greenenergyinvestors.com/index.php?showtopic=18276

## Who's Tesla's Bitch? THE LIST:

  "(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

  - etc...

  -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review


 TV Investigation blows lithium ion dangers out into the open!

   SEE: http://www.ktvu.com/news/news/local/lab-test-video-dangers-lithium-batteries/nfzcS/

 2 Investigates: Government tests show lithium batteries in flames

   By Tom Vacar

 KTVU.com

  "Though lithium batteries are lightweight, hold a charge longer and deliver six times more energy than traditional lead batteries, the US Federal Aviation Administration banned the carrying of any commercial shipments of lithiums in the cargo holds of passenger aircrafts, because they can start fires. ""Safety is a major concern within the lithium ion battery industry,"" said battery expert Elton Cairns, who is an Engineering Professor at UC Berkeley, and a senior scientist at Lawrence Berkeley National Lab, long specializing in battery technology. Cairns says though he believes the overwhelming majority of lithiums are safe, they are far from fault free. ""We're still learning how to make lithium batteries safer,"" he said. Thirteen months ago, KTVU asked the U.S. Department of Energy to show us video of tests it had been conducting on lithium batteries. When it said no, KTVU used the Freedom of Information Act and obtained what the Energy Department did not want the public to see."

  Watch the video of the tests here

  "The tests make the batteries fail by doing what has made them fail in real operation - overcharging them, over heating them, draining them too quickly and damaging them. One common failure was batteries spewing highly flammable and toxic gases. In another failure, the batteries catch fire. In yet another test, a build-up of pressure led to an explosion. It gets even more dangerous when you have a cluster of lithiums that fail like a row of

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

dominoes. ""And that is a situation where it feeds on itself. The faster the reaction, the more heat is released. The more that gets released causes the reaction to go faster,"" said Cairns. That's the small batteries that consumers can still bring on board. But what about big shipments, and what about lithiums to power up passenger planes? For the last six years in the U.S., only cargo planes have been permitted to carry commercial shipments of lithiums. Even so, Investigators blamed lithiums, at least in part, for the destruction of three cargo planes since 2006 - two of which crashed. All three were carrying large amounts of lithium batteries. Meanwhile, the current missing Malaysian airliner was carrying 2.5 tons of lithiums in its cargo hold.   Many foreign air carriers have no restrictions. Shortly after the first 787 battery failure early last year, the Federal Aviation Administration undertook a series of full scale tests to document the characteristics of large battery fires and how to suppress them on a real, but retired cargo jet. The tests illustrate the potential for a fire to rapidly gain size and strength. In one case, toxic smoke kept thickening throughout the plane including the pilots' flight deck. Eventually, the smoke got so thick, it's doubtful a pilot could see the instrument panel, let alone look out the window. In another case, pressure released from the burning batteries did internal damage to the aircraft's structure. In some cases, the tests were terminated because the fuselage got too hot - in excess of 1,700 degrees. Many of the lessons learned have been and are being incorporated into aircraft systems design as well as how the batteries themselves are being packaged. ""It's a very, very small fraction of lithium ion batteries that fail,"" said Cairns. The world's newest airliner, the 787, had an original design, according to Cairns, of its lithium batteries sitting right next to each other with no space between them for cooling. The FAA approved a redesign, separating the batteries, enclosing all of them in a stainless steel box with venting so they cool with air. Cairns isn't sure that air cooling is the best solution, ""I think a much better design would be to have a liquid cooling system that is insensitive to altitude and can provide a much greater rate of heat removal so that if any one of the cells begins to overheat, for whatever reason, that overheating will not be transferred to adjacent cells."" Four months ago, a Japan Airlines 787, with the approved fix, suffered a battery leak and smoke which temporarily grounded that plane. It is now flying again. http://www.ktvu.com/videos/news/2-investigates-dangers-of-lithium-batteries/vCbbYP/ http://www.ktvu.com/videos/news/raw-video-lithium-battery-test/vCbZdQ/ http://www.ktvu.com/videos/news/faa-lithium-battery-tests/vCbbcq/"

------------------------------------

NOBODY WANTS TO PLAY WITH TESLA ANY MORE SINCE BATTERY FACTORY WORKER DEATH REPORTS: http://investorplace.com/2014/05/tesla-stock-tsla-gigafactory/

-------------------------------------------

[wpvideo quTdL0Qf] [wpvideo LawOt7hw] [wpvideo VJMkJPg9] [wpvideo KI2DM6bx] [wpvideo lWVAQdmj] [wpvideo 6Uyn2vPy] [wpvideo 8TD8d8iK] [wpvideo gLiazbtP] [wpvideo S833Y9ji] [wpvideo uTGKHhrZ]

[wpvideo xLJfcI3V] [wpvideo fqujjwi1]

BATTERY FACTORIES KILLING FOREIGN WORKERS AND NEARBY CITIES.

THE DEADLY BATTERY FACTORY IMMIGRATION COVER-UP COMING TO THE U.S.

"Lithium-ion batteries are made in ""concentration camp-like"" fenced-in compounds where low income workers are exposed to poison gas and powders from the lithium-ion manufacturing process. A dramatically large group of these workers die from the cancers and toxic poisoning from these factories. They have always been made in overseas, impoverished, regions because there is little or no occupational safety regulation there. Now they are trying to build these factories in the American southwest to try to exploit Mexican workers like they do overseas. Some argue that large ?white man owned? corporations ?fighting for immigration rights? are really fighting to relax laws to allow cheap labor into these kinds of camp-factories in the desert. Some of the factory

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

owners have even purchased multiple lots, in multiple southern states, and told investors that they will ?build on the one where we can buy control of the most local politicians?. When even towns in China are rioting to shut down these ""death-factories"", you know it is a bad thing! [wpvideo Az6PiFCv] Tesla Motors ""giga-factory"" is an ill-considered profiteering scam designed to help billionaires profit on the bodies of migrant workers. The old tactic of: ""let's put the lethal factory where only poor people will come to work because they can't afford good lawyers""-concept is running dry. The last 4 Lithium Ion battery factories in the U.S. gave campaign cash and stock to the politicians in charge of the areas where those factories were built. Most of those factories are now bankrupt. Now they are doing it again with the plans for the new factories. Also see THIS report on the TOXIC DETAILS (CLICK HERE>>>) See the Film: ""WORKED TO DEATH: THE TESLA BATTERY COVER-UP"": [wpvideo KI2DM6bx] [wpvideo 6b7UYYgJ] [wpvideo JBbJM8ub] [wpvideo tO5TROjP] [wpvideo PrmIZbSb] [wpvideo VJMkJPg9] [wpvideo dA40NCCC] [wpvideo LawOt7hw]     "


  "Tesla Lithium Ion Giga-Factories Kill Workers! Contact with, and breathing the chemicals causes Cancer, Lung Damage, Brain Damage!"

  "That is why all of the batteries are made overseas. Because they can make them in Asia where there are almost no safety regulations! Share this page with this link:   http://wp.me/p4e1uX-2lo Dead Asian factory workers tell no tales. Will this hold true for a USA operation? Slow death from toxic poisoning is not an immediate problem, it is, for Tesla, a ""post-profit problem"" to be dealt with later, after the money is grabbed. Musk is looking to position the factories in states near Mexico so that cheap Mexican labor can be used to build the batteries but Mexican labor leaders say that ""the time has come to stop looking at workers from Mexico as having less valuable lives, and less important health needs then white workers."" OSHA just fined Tesla's factory for setting workers ""ON FIRE"". Battery suppliers have cut Elon Musk off because of the dangerous way he uses batteries. The dangerous way is that he uses batteries in cars that were never designed to be used in cars. That is why they blow up, release toxic smoke and are hard to get! Monolithic factory-like encampments in the dessert where ""undesirable"" foreigners are exposed to poison gas doesn't sound Auschwitz-like at all. Nobody body has done that before. Tesla is famous for taking taxpayer money and then using it to hire offshore H1-B workers. Tesla and the Silicon Valley companies ""support immigration"" because they want cheap workers, not because they ""uphold the American dream"". Is Tesla working both ends of the deal: Grab all the cheap ones and kill off all the rest? Ask Elon Musk, the Head of the EPA, The head of the CDC, the head of OSHA and the head of MSDS to confirm, or deny, these facts! If any of them deny that they have the reports that show these facts, we will show you the data that proves who is lying. If the Giga-Factory blows up or catches on fire, it will poison the towns nearby. Where will the toxic waste from these factories go? The factories are a result of the DOE funding, yet Tesla had to GUARANTEE AND WARRANT, in their federal contract that they would NEVER violate the NEPA laws. These factories will violate the NEPA agreements Musk signed. Let's look at why these chemicals, that Musk uses, are so dangerous. Below you will find a chemical analysis break-down and a partial list of hundreds of manufacturer, corporate and government reports confirming the danger:"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Tesla Fire Victims' and relatives demand answers from Tesla over hidden 'death trap' toxic smoke from Tesla car batteries.

 - Over 1000 scientific papers on chemical analysis now confirm the known danger...

"- Many reporters are calling ""BULLSHIT"" on the NHTSA Tesla studies.  "

"- It's not ""Green"" to buy a Tesla, It's Toxic! Workers overseas DEAD! Drivers in fires POISONED! "

"- Detailed State-of-the-art laboratory ""smoke room"" spectrograph chemical analysis proves lethal toxins"


"- Hair, blood & tissue analysis can prove if you were exposed by being near a Tesla fire "

"- Chemical ""cancer-cocktail"" from Tesla smoke detailed in element-by-element breakdown"

"- Firefighters warned: ""Burning lithium ion batteries can produce toxic fumes including HF, oxides of carbon, aluminum, lithium, copper, and cobalt. Volatile phosphorus pentafluoride may form..."""

"- Tesla ""GIGA-FACTORY"" a deathplant for Mexican workers?   Economically & biologically ""Fatal"" to closest town if a fire erupts? "

 - Tesla lobbyists & campaign backers force NHTSA to close investigation rather than complete it and reveal the depth of the cover-ups and extensive safety defects. Tesla coddled BECAUSE OF TESLA'S INVESTORS CAMPAIGN FINANCING AND AFGHANI_SCAM INVOLVEMENT!

 "Link to this page: http://wp.me/p4e1uX-2a8 Owners, Family members and BYSTANDERS whose loved ones were poisoned in auto accidents linked to a defect in Tesla cars demanded answers -- and accountability from Tesla in light of safety cover-ups Congress has exposed by GM and Toyota. The implication of corruption involving federal funding has arisen. Many reporters are calling ""BULLSHIT"" on the NHTSA Tesla studies. First the head of NHTSA quits over revelation of Tesla safety cover-ups, then the new staff state that there are no ""actual defects"" even though the numbers of cars-in-flames vs. cars produced exceeds every other car company. They ignore the proven toxic gas charges in the same week that the EPA is being investigated for exposing citizens to 10 times less toxic vapors in laboratory ""test chambers"", without full consent. These are gasses that 8 different federal agencies say are ""lethal in exposure effect."" They ignore the fact that the Tesla battery pack is exposed on every edge and across the bottom and state that ""no complex engineering studies have been performed"". NHTSA ignores the review of a rolled-over Tesla with burning lithium above you and dripping molten metal and plastic dripping down on you. NHTSA ignores the recommended fully charged battery shock and moisture tests recommended by experts and fails to publish all FOIA materials. Very clearly White House staff and campaign investors have ordered NHTSA to wave Tesla through at a time when GM and Toyota are undoing federal hearings and billion dollar fines for equally dangerous circumstances. One has to wonder of NHTSA staff will lose their pensions if they go to Federal prison for rigging safety reviews. If even one battery goes off, poisonous gases and vapors are released. At least one of the thousands and thousands of batteries under your seats in a Tesla will eventually vent toxic gas even if you do not get caught in one of the catastrophic Tesla or Fisker fireball explosions. The odds are not in your favor with over 7000 possible battery failures in each car. These are gasses that 8 different federal agencies say are ""lethal in exposure effect."" Tesla is being coddled for campaign favors."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"The burning Tesla battery chemicals are known to CAUSE: Neurological dysfunction, cancer, lung damage, liver damage and other long-term fatality repercussions."

"If you were within 800 feet of a Tesla on fire, you need to see your doctor, even if you were only driving, or a neighbor to a home where a Tesla fire took place, or walking or by-standing nearby. Tesla has been fully aware of this per a report from their battery team, including Bernad Tse, of Tesla, for over 10 years ago. Certain elected officials and DOE staff have personal investments in Lithium Ion profiteering, thus certain federal officials are resistant to regulating these batteries. These facts can now be proven via multiple federal investigations and liability lawsuits are certain to follow. The head of the NHTSA, A Mr. Strickland, recently quit over these charges. Calling the Tesla cars a ""death trap,"" they said the company knew for years the vehicles were dangerous -- but their sons, daughters and relatives are potentially dying ""because they were a cost of doing business Tesla's and Elon Musk's way."" Said one concerned owner: ""The GM defect kills you fast but the Tesla defect kills you slowly over time, it isn't right that Tesla never fully disclosed this to owners and the public. I have a baby and a teenager. What will happen to them from exposure to this stuff  " "

"For years, Elon Musk, and Tesla executives, have adopted a: ""Nothing to see here, move along, move along"" approach when confronted with the dangers. Now the proof is irrefutable, GM and Toyota have been busted doing similar cover-ups of potentially lethal defects, Congress is investigating and the public are demanding answers! A report submitted to Congress discloses: ""A fellow CPF?r whom I hold in high regard for his experience and knowledge for guidance. Unfortunately, he was unavailable. OH wait, here it comes again!! another episode, this time though without the chest pain and not as severe as the first one. We rushed to the hospital, wife driving me, and into the emergency room and to the doctor. We explained what had happened, and surprisingly the doctor was well versed in this type of poisonous inhalation. He could relate to all the symptoms, and concluded I had inhaled dangerous Hydrofluoric acid vapor. The delayed reaction, he said, was due to the bloodstream absorbing the vapor and hence the shortness of breath, chest pain,and weak limbs. A third episode took place while in the emergency room but this time it was much less than the first or second episodes. It has been about 14 hours since this incident, I did not get much sleep last night but not because I felt bad, only very scared. Hydrofluoric acid will, with a possible delayed effect, affect the nervous system, respiratory tract, lungs, and impair the cardiovascular system. Those effects are from inhalation only, more severe effect including weakening of the bones and a host of other things if ingested or from wounds such as LunarModules. i.e. skin contact."

WHAT I LEARNED AND MY DOCTOR SAID TO ME:

"1) DO NOT DELAY a trip to the emergency room in the hospital if you have inhaled, ingested, or came into skin contact with Lithium battery venting. 2) Have someone else drive you to the hospital if possible. You could become quickly and without warning completely impaired. Oxygen and emergency treatment by qualified personel are your only chances of survival after cardiac arrest or if you are unable to breathe. 3) DO NOT ASSUME you are OK if you as much as think you?ve been exposed to battery fumes, EVEN IF the battery seems to be OK and explosions are not a requisite. 4) Keep handy antidote in the form of calcium gluconate saline solution for inhalation or in gel form for skin cuts or burns. Intravenous solutions are a possibility and must be administered by hospital personnel. This incident was very mild compared to other cases, but I assure you fellow CPF?rs, it is very scary and dangerous. A battery can start to vent if mishandled or dropped as in my case, it does not have to explode. It happened to a name brand chinese made CR123, it does not have to be a ""cheap battery"", this one cost me $2.00 a piece. Don?t ever pull the vent holes in the positive end of the battery up close to your face or nose like I very stupidly did. If you suspect a battery is venting, just toss it aside."""

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"ABOVE: A TESLA ON FIRE RELEASES TOXIC SMOKE WHICH CAN AFFLICT FIREMEN, PASSENGERS, PASSERS-BY, PEDESTRIANS, NEIGHBORS AND ANYONE ELSE NEARBY."

_____

"Even then, Sony and Dell had millionaire recalls of laptop computers with defective batteries. The department of transportation has prohibited the carriage of Lithium cells aboard passenger aircraft   Hydrofluoric acid is indeed a dangerous chemical, both as a fume and in liquid form. IMO, as a chemist it should not be allowed in consumer products."

_____

"ABSTRACT Wang, Q., Sun, J. and Chu, G., 2005. Lithium Ion Battery Fire And Explosion. Fire Safety Science 8: 375-382. doi:10.3801/IAFSS.FSS.8-375"

"With the extensive applications of lithium ion batteries, many batteries fire and explosion accidents were reported. Base on the combustion triangle theory, the combustion triangle contributions of lithium ion battery were analyzed. By using C80 micro calorimeter, the thermal behavior studies on the materials show that the flammable electrolyte, oxygen generated by charged cathode and anode decomposition, and exothermic reaction heats form the combustion triangle together. The thermal runaway of working materials in lithium ion battery system was studied with common used battery materials, and the no return temperature TNR was calculated is 75oC and the self-accelerating decomposition temperature (SADT) is 66.5oC. Further analysis shows that the lithium ion battery reaction chain according with Domino effect, therefore, the lithium ion battery fire and explosion developing sequences was drawn by ""Domino chain."""

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"In the related GM Death investigation, General Motors' new CEO, Mary Barra, and the head of the nation's auto safety watchdog are set to testify before Congress Tuesday afternoon about the defect in small cars that is linked to 13 deaths. In written testimony released ahead of the House subcommittee hearing, acting National Highway Traffic Safety Administration chief David Friedman said GM had information connecting defective ignition switches to the non-deployment of air bags, but didn't share it until last month. Committee members will press Barra and Friedman to explain why neither the company nor the safety agency moved to recall millions of small cars with a defective ignition switch, even though GM knew of the problem as early as 2001. ""Sitting here today, I cannot tell you why it took years for a safety defect to be announced in (the small car) program, but I can tell you that we will find out,"" Barra said in prepared testimony submitted to the subcommittee. Barra plans to apologize to family members of victims, according to her prepared testimony. But the family members, appearing alongside lawmakers, aired their frustration and grief Tuesday morning. Ken Rimer, whose teenage stepdaughter was killed in a 2006 crash in Wisconsin, recalled how she died. ""What was to be a simple shopping excursion turned into a death trap as their vehicle, without any warning, lost power,"" he said. ""The steeringwheel lock, power breaks, no longer worked and the safety airbags were turned off. When all of this happened the car followed a path off the road, went airborne over an adjoining driveway, crushed a phone box, and tragically collided with a group of trees."" He added: ""Would fixing the problem when it was discovered saved these two girls' lives and the lives of many others? Yes. Should GM be able to hide behind their bankruptcy and not accept the responsibility and liability of these young lives? No. Please help us in standing up for what is right. GM knew it was wrong. GM hid it during their bankruptcy proceedings. GM is liable for these young deaths."" "

"Tesla is accused of also knowing and hiding the threats, as disclosed in internal Tesla documents, Tesla patent filings and by former Tesla staff. GM has recalled 2.6 million cars for the faulty switch. That recall prompted GM to name a new safety chief and review its recall processes. GM continued its efforts to show regulators and consumers that it is more focused on safety, announcing the recall of 1.5 million more vehicles on Monday for a power steering problem. With Monday's recall, GM has now recalled 6.3 million vehicles since February. GM estimates the actions will cost it $750 million. The House hearing -- and a separate one Wednesday before a Senate subcommittee -- will likely be tense and emotional. At least a dozen family members of victims will attend, wearing blue shirts featuring a photo of 16-year-old Amber Marie Rose, who was killed in a 2005 Cobalt crash, and the words ""Protect Our Children."" Barra may try to limit her answers to Congress, citing an ongoing internal review and government investigations. ""When we have answers, we will be fully transparent with you, with our regulators, and with our customers,"" she said in the prepared testimony. That could test the patience of committee members, who will want to know immediately why GM failed to protect its customers in this case. Laura Christian, birth mother of Amber Marie Rose, a teenager who died in a 2005 Maryland crash involving a Chevrolet Cobalt, said about 30 family members met with Barra and two GM attorneys Monday night. All got a chance to tell their stories to GM's new CEO, but Christian said they got little reaction. ""A lot of, `I'm so sorry, I'm so sorry,' "" Christian said. GM would not comment on details of the meeting. Congress also wants to know if it needs to strengthen a 2000 law intended to improve communication between automakers and the government. The information  found leads one to believe that fumes from lithium batteries are very dangerous. According to Energizer ?Fire fighters should wear self-contained breathing apparatus. Burning lithium ion batteries can produce toxic fumes including HF, oxides of carbon, aluminum, lithium, copper, and cobalt. Volatile phosphorus pentafluoride may form at a temperature above 230ø F.? http://data.energizer.com/PDFs/lithiumion_psds.pdf Hydrofluoric acid is mentioned because if the battery _burns_ then one of the ingredients (the lithium trifluromethanesulfonate) can produce hydrofluoric acid. This only happens if the battery burns or ""vents with flame"". An analogous material would be the Teflon that is used to make non-stick cooking pans - if it burns it too will emit hydrofluoric acid. Here is the MSDS sheet for a very common LG 18650 Li-Ion cell: http://www.hp.com/hpinfo/globalcitiz...s_lg_liion.pdf Molicel: http://www.tek.com/Measurement/cgi-b...ameSet=service Battery Space Li-Ion: http://www.batteryspace.com/prod-specs/MSDSLiion.pdf International Battery Li-Ion: http://www.internationalbatteryinc.c...SDS_090105.pdf As you get more recent MSDS sheets for Li-ion cells you will find the following standard disclaimer: ""Hydrofluoric Acid Exposure During Fire Fighting This information is given for use of professional fire fighters responding to a warehouse fire where fire from other materials may incinerate battery. This section is provided solely in case of exposure, during fire fighting, to the combustion by-products. Hydrofluoric acid is not present in the product. Contact with battery causes none of the following symptoms. Hydrofluoric acid is extremely corrosive. Contact with hydrogen fluoride fumes is to be

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

avoided. Permissible exposure limit is 3 parts per million. In case of contact with hydrogen fluoride fumes, immediately leave the area and seek first aid and emergency medical attention. Symptoms may have delayed onset. Fluoride ions penetrate skin readily causing destruction of deep tissue layers and even bone. Fluoride interferes with nerve impulse conduction causing severe pain or absence of sensations. Immediately flush eyes or skin with water for at least 20 minutes to neutralize the acidity and remove some fluoride. Remove and destroy all contaminated clothing and permeable personal possessions. Before re-use, impermeable possessions should be soaked in benzalkonium chloride after washing. Following flushing of the affected areas, an iced aqueous solution of benzalkonium chloride or 2.5 % calcium gluconate gel should be applied to react with the fluoride ion. Compresses and wraps may be used for areas where immersion is not practical. Medicated dressing should be changed every 2 minutes. Exposure to hydrofluoric acid fumes sufficient to cause pain requires immediate hospitalization for monitoring for pulmonary edema."" So, where does this hydrofluoric acid come from? Reviewing MSDS (Material Safety Data Sheet) for many of the cell layer separators (you can find a foot or two of it wrapped inside the Lithium Ion cell) show the generation of HF (Hydrogen Fluoride) and PFIB (Perfluoroisobutylene) from heat decomposition (such as a cell venting/explosion). HF, is a clear gas, will become Hydrofluoric Acid upon contact with even minute amounts of moisture (such as humidity). The United States Army Medical Research Institute of Chemical Defense has classified PFIB, also a clear gas, as a pulmonary agent. Usually, items like this get glossed over in MSDS sheets. Another item found in Lithium Ion cells that has flourine in it is the Lithium Hexafluorophosphate or LiPF6. This can also break down during venting/explosion and contribute to the generation of hydrofluoric acid. A MSDS for LiPF6: http://www.gfschemicals.com/Search/MSDS/2534MSDS.PDF One company gives a better breakdown of what is in their product, instead of calling it proprietary:"

"TESLA Lithium Ion Batteries Contain, at least, (but there may be more):"

 Acetylene Black (CAS# 1333-86-4) 0-2% Biphenyl (CAS# 92-52-4) 0-15% Diethyl Carbonate (CAS# 105-58-8) 0-15% Dimethyl Carbonate (CAS# 616-38-6) 0-15% Ethyl Methyl Carbonate (CAS# 623-53-0) 0-15% Ethylene Carbonate (CAS# 96-49-1) 0-15% Graphite (CAS# 7782-42-5) 7-22% Lithium Cobalt Oxide (CAS# 12190-79-3) 15-30% Lithium Hexafluorophosphate (CAS# 21324-40-3) 0-5% Lithium Tetrafluoroborate (CAS# 14283-07-9) 0-5% n-Methyl Pyrrolidinone (CAS# 872-50-4) 0-1% Oxalic Acid (CAS# 144-62-7) 0-1% Propylene Carbonate (CAS# 108-32-7) 0-15%

 ...and BURNING lithium ion combined with burning Tesla plastic and Chassis metal DOUBLES the amount of toxins!

 "One of our erstwhile cpf'ers showed me a link to some testing that was done with Li-Ion cells: http://www.pcpitstop.com/pcsafety/video.asp Hydrofluoric acid is very dangerous, here is the MSDS for hydrofluoric acid http://www.bu.edu/es/labsafety/ESMSD...l#anchor888417"

 Breaking out the Li-Ion chemicals:

 "Energizer Lithium Ion: Acetylene Black (CAS# 1333-86-4) 0-2% http://www.itcilo.it/english/actrav/...ic/1333864.htm Biphenyl (CAS# 92-52-4) 0-15% Synonyms: Diphenol;

THE BOOK OF TESLA Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

1,1'biphenyl; phenylbenzene 3. Hazards Identification Emergency Overview -------------------------- QUOTE: ""WARNING! HARMFUL IF SWALLOWED, INHALED OR ABSORBED THROUGH SKIN. CAUSES IRRITATION TO SKIN, EYES AND RESPIRATORY TRACT. MAY AFFECT LIVER, CENTRAL AND PERIPHERAL NERVOUS SYSTEMS. MAY CAUSE ALLERGIC SKIN REACTION."

Potential Health Effects ----------------------------------

"Inhalation: Inhalation of dust or vapors can irritate the mucous membranes and respiratory tract. Other symptoms may parallel those from ingestionexposure. Ingestion: Exerts toxic effects on the central nervous system and liver. Symptoms may include headache, diffuse gastro-intestinal pain, nausea, numbness,body aches, and general fatigue. Skin Contact: May cause irritation. May be absorbed through the skin with symptom paralleling those from ingestion exposure. May cause allergic reaction insensitive individuals. Eye Contact: Vapors and dust cause eye irritation. Chronic Exposure: Chronic exposure may cause peripheral nerve damage and liver injury. Aggravation of Pre-existing Conditions: No information found. (additional disclosures required) http://www.jtbaker.com/msds/englishhtml/b2347.htm Diethyl Carbonate (CAS# 105-58-8) 0-15% ""EXPOSURE- PREVENT GENERATION OF MISTS! INHALATION Cough. Nausea. Sore throat. ?SKIN- Protective gloves. Rinse and then wash skin with water and soap. ?EYES Redness. Pain."" http://www.cdc.gov/niosh/ipcsneng/neng1022.html"

"See effects on animal testing, tumors and reproductive http://www.cdc.gov/niosh/rtecs/ff958940.html"

Dimethyl Carbonate (CAS# 616-38-6) 0-15% ?INHALATION Cough. ?SKIN Protective gloves. ?EYES Redness. http://www.cdc.gov/niosh/ipcsneng/neng1080.html

ACUTE TOXICITY DATA AND REFERENCES: see 50% mouse kill levels http://www.cdc.gov/niosh/rtecs/fg6ddd0.html

"Ethyl Methyl Carbonate (CAS# 623-53-0) 0-15% Ethylene Carbonate (CAS# 96-49-1) 0-15% Information pertaining to particular dangers for man and environment R36 Irritating to eyes Primary irritant effect: -on the skin: Irritant to skin and mucous membranes. -on the eye: Irritating effect Ethylene Carbonate is irritating to the skin, eyes, mucous membranes and upper respiratory tract. http://www.alfa.com/MSDSPDF/English/A15735.pdf Graphite (CAS# 7782-42-5) 7-22% Lithium Cobalt Oxide (CAS# 12190-79-3) 15-30% Information pertaining to particular dangers for man and environment R 40 Limited evidence of a carcinogenic effect. R 43 May cause sensitization by skin contact. Substance is listed in Toxic Substance Control Act (TSCA) inventory. Acute toxicity: Primary irritant effect: on the skin: Irritant to skin and mucous membranes. on the eye: Irritating effect. Sensitization: Sensitization possible through skin contact. Subacute to chronic toxicity: Cobalt is an experimental neoplastigen and tumorigen. It is an experimental carcinogen of the connective tissue and lungs. Cobalt metaland inorganic compounds are classified as an animal carcinogen by the ACGIH. Ingestion may cause burning in the mouth, esophagus, and stomach. Inhalation of dusts and fumes may cause irritation of the respiratory tract and labored breathing and coughing. Sensitization, nausea, flushing of the face and ringing in the ears is also possible. http://www.alfa.com/MSDSPDF/English/14049.pdf Lithium Hexafluorophosphate (CAS# 21324-40-3) 0-5% 3. HAZARDS IDENTIFICATION Designation HARMFUL ~ IRRITANT Risk Phrases R20/21/22 Harmful by inhalation, in contact with skin and if R36/37/38 Irritating to eyes, respiratory system and skin. Hazardous Products of Combustion may include : hydrogen fluoride (hydrofluoric acid), phosphorus pentoxide, phosphoric acid. 6. ACCIDENTAL RELEASE MEASURES Personal Protection Avoid inhalation or contact of spilled material with skin or clothing. Wear protective equipment including rubber gloves, andeye protection. Keep unprotected persons away. http://www.alfa.com/MSDSPDF/English/B20964.pdf 11. Toxicological information: Fluorides may cause salivation, nausea, vomiting, diarrhea and abdominal pain, followed by weakness, tremors, shallow respiration, convulsions and coma. May cause brain and kidney damage. Chronic fluoride poisoning can cause severe bone changes, loss of weight, anorexia, anemia and dental defects. Inorganic phosphorus compounds may cause irritation and hemorrhages in the stomach as well as liver and kidney damage. Bone structure may be attacked, especially the jaw and teeth. http://www.alfa.com/MSDSPDF/English/11529.pdf Lithium Tetrafluoroborate (CAS# 14283-07-9) 0-5% 3. HAZARDS IDENTIFICATION Designation HARMFUL ~

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

IRRITANT Risk Phrases R20/21/22 Harmful by inhalation, in contact with skin and if swallowed. R36/37/38 Irritating to eyes, respiratory system and skin. 10. STABILITY AND REACTIVITY Specific Hazard Incompatibilities Strong oxidising agents. Strong acids. Decomposition Hazardous products of decomposition may include : hydrogen fluoride (hydrofluoric acid). http://www.alfa.com/MSDSPDF/English/A10607.pdf Eye Contact: Immediately flush eyes with plenty of water for at least 20 minutes. Assure adequate flushing of the eyes by separating the eyelidswith fingers. Get immediate medical attention if irritation persists, or symptoms of overexposure become apparent. Skin Contact: Immediately wash skin with plenty of water for at least 20 minutes, while removing contaminated clothing and shoes. Get medicalattention especially, if irritation develops, persists, or symptoms of overexposure become apparent. http://www.alfa.com/MSDSPDF/English/L16800.pdf n-Methyl Pyrrolidinone (CAS# 872-50-4) 0-1% EXPOSURE PREVENT GENERATION OF MISTS! ?INHALATION Headache. ?SKIN MAY BE ABSORBED! Dry skin. Redness. ?EYES Redness. Pain. Blurred vision. CHEMICAL DANGERS: The substance decomposes on heating or on burning producing toxic fumes including nitrogen oxides, carbon monoxide EFFECTS OF SHORT-TERM EXPOSURE: The substance irritates the eyes and the skin. If this liquid is swallowed, aspiration into the lungs may result in chemical pneumonitis. http://www.cdc.gov/niosh/ipcsneng/neng0513.html MUTATION DATA AND REFERENCES: sex chromosome loss and nondisjunction REPRODUCTIVE EFFECTS DATA AND REFERENCES: Numerous present, see link below: http://www.cdc.gov/niosh/rtecs/uy585930.html Oxalic Acid (CAS# 144-62-7) 0-1% FIRE Combustible. Gives off irritating or toxic fumes (or gases) in a fire. EXPOSURE AVOID ALL CONTACT! IN ALL CASES CONSULT A DOCTOR! ?INHALATION Sore throat. Cough. Burning sensation. Shortness of breath. Laboured breathing. Symptoms may be delayed (see Notes). ?SKIN Redness. Skin burns. Pain. Blisters. First rinse with plenty of water, then remove contaminated clothes and rinse again. Refer for medicalattention. ?EYES Redness. Pain. Loss of vision. Severe deep burns. ?INGESTION Sore throat. Burning sensation. Abdominal pain. Vomiting. Drowsiness. Shock or collapse. Convulsions. CHEMICAL DANGERS: On contact with hot surfaces or flames this substance decomposes forming formic acid and carbon monoxide. The solution in water is a medium strong acid. Reacts violently with strong oxidants causing fire and explosion hazard. EFFECTS OF SHORT-TERM EXPOSURE: Corrosive. The substance is corrosive to the eyes, the skin and the respiratory tract. Corrosive on ingestion. Inhalation of aerosol may cause lung oedema (see Notes). The substance may cause effects on the kidneys. Exposure far above the OEL may result in death. Medical observation is indicated. The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort. Rest and medical observation are therefore essential. Immediate administration of an appropriate spray, by a doctor or a person authorized by him/her, should be considered. Do NOT use in the vicinity of a fire or a hot surface http://www.cdc.gov/niosh/ipcsneng/neng0529.html Additional effects: http://www.cdc.gov/niosh/rtecs/ro256250.html Propylene Carbonate (CAS# 108-32-7) 0-15% Primary irritant effect: on the skin: irritant to skin and mucous membranes. on the eye: irritating effect Subacute to chronic toxicity: Internal exposure to propylene carbonate may cause somnolence or alteredsleep time. http://www.alfa.com/MSDSPDF/English/L06006.pdf These are just a few links and is not at all inclusive, but just to show some of the items about the chemicals present in the Tesla Li-Ion cells. There are over a thousand technical documents about these lithium ion smoke dangers published."

 WARNING: THIS CHEMICAL DATA DOES NOT INCLUDE the ADDITIONAL TOXINS created from the COMBINATION of the above chemicals COMBINED with BURNING TESLA Car Body Plastic and CHASSIS METALS!!!

 "Ingestion of internal material from Tesla batteries will kill you, your children or your pets."

 "Tesla batteries are made overseas because workers who make them die from exposure to the chemicals. Good luck to Tesla with their GIGA-FACTORY death warehouse for Mexican workers in New Mexico. Tesla, already under investigation by OSHA, has found a new way to tell OSHA to screw themselves!"

 "They KNEW: Laptops draw scrutiny from airline-safety officials August 15, 2006 12:00 AM By Corey Dade The Wall Street Journal Passengers aboard Lufthansa Flight 435 at Chicago O'Hare International Airport on May 15 were settling in for the nine-hour haul to Munich, Germany, when a burning odor floated into the first-class cabin. According to witnesses, the luggage bin above seat 2A was burping smoke. Flight attendants evacuated

first class just before a computer case in the compartment began to spit fire. The crew grabbed extinguishers and sprayed the bin. Someone swung open a cabin door, snatched the case and tossed it onto the ramp. The case erupted in flames. As passengers watched, fire trucks -- then the bomb squad -- roared to the scene and put out the blaze. But they found no terrorist device. Instead, authorities discovered a charred laptop computer and a six-pack of melted lithium-ion batteries. Long before last week's foiled plot to blow up airlines using material secreted in carry-on luggage, a growing number of transportation and product-safety officials had expressed concerns that batteries in laptops and other electronics pose a serious risk to airplanes -- for reasons completely unrelated to global terror. Although the risk is small, the Consumer Product Safety Commission has documented 339 cases of lithium and lithium-ion batteries for portable electronics overheating, emitting smoke and fumes or exploding since 2003. There is no record of a serious injury or death, but the Federal Aviation Administration has logged 60 incidents since 1991. In the past two years, six incidents have occurred on aircraft, including five fires and an overheated flashlight that had to be handled with oven mitts. In February, a United Parcel Service Inc. plane full of packages -- including lithium-ion batteries -- was engulfed in flames while landing in Philadelphia. Investigators haven't reached a final ruling on the cause but continue to closely examine the melted shipment of batteries. In October 2004, a plane carrying Vice Presidential candidate John Edwards made an emergency landing after a lithium-ion battery exploded in the hand of a television newsman. Worries about the possible dangers are serious enough that the National Transportation Safety Board held a two-day hearing in July in Washington to discuss the safety of lithium-ion batteries on passenger and cargo planes and the investigation into the UPS fire. No formal proposal for new regulations has yet been put forward, but regulators are discussing options ranging from tightening manufacturing guidelines for the batteries to potentially restricting their use on passenger jets. A series of fires dating back to 1999 led to a federal regulation in 2004 banning cargo shipments of an earlier generation of batteries from the bellies of passenger aircraft. These batteries, known as lithium batteries, differ from lithium-ion models in that they can't be recharged. The rule called lithium batteries on commercial airliners ""an immediate safety risk"" but did not prohibit them from carry-on or checked luggage. Today, the more-advanced lithium-ion batteries account for the majority of battery incidents. There are currently no controls on them in carry-on or checked bags, nor when they are shipped in the cargo holds of passenger planes. Major airlines say they will comply with whatever safety regulators determine. ""It's too early to weigh in on the issue,"" says Victoria Day, a spokeswoman with the airline trade group Air Transport Association. ""We understand the experts are working on the matter, and we'll just have to wait and see what they say."" No action is expected in the near future until the Federal Aviation Administration completes its testing of lithium-ion batteries, which it began in 2004. A trade group representing battery makers has defended the manufacturing practices of its member companies. ""Based on the millions of lithium-ion batteries in use today and the exceptionally small number of cases in which a battery malfunction has occurred, we believe these batteries are safe and reliable when used according to manufacturers' guidelines,"" said Norm England, president and chief executive of the Portable Rechargeable Battery Association, on the group's Web site. The U.K. last week banned laptops and all other electronics in the cabins of flights from or through the U.K. after information surfaced that the alleged plotters planned to use an electronic device to detonate bombs. The ban, which British Airways extended to its flights into the U.K., was excruciating to many fliers. ""I feel naked,"" said Jon Thompson last week, after being told to check his laptop at the British Airways ticket counter at Atlanta's Hartsfield-Jackson International Airport. About to board a flight to London, he hastily wrapped a shirt around his computer for extra cushioning and jammed it into his suitcase. Capable of storing an enormous amount of energy in a small package, the lithium-ion battery is perhaps the most popular power source for notebook computers, MP3 players and high-performance cellular phones. The nickel-metal-hydride battery is the closest competitor on the laptop and mobile phone markets but requires more care to prolong battery life and generates less power. The lithium-ion model holds a charge longer, is more powerful and has the capacity to produce ever-greater power as manufacturing technology advances. But its fragile chemistry requires circuitry to control peak voltage. Product-safety officials say that as technology enhancements produce models packed with more power, more of them are overheating or blowing up. The hazards have prompted dozens of manufacturers to recall more than two million rechargeable batteries for cellphones, laptops, portable DVD players and digital cameras since 2003. Major U.S. computer makers Hewlett-Packard Co., Apple Computer Inc. and Dell Inc. each cited reports of overheating and fire risk as reasons for recalling a total of 300,700 units of laptop batteries world-wide since May 2005. ""The affected batteries could overheat, posing a fire hazard to consumers,"" said an Apple statement posted on its Web site detailing a program in which consumers can exchange their recalled batteries for new ones. The three companies say the recalled

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

batteries were made by suppliers based in Asia, and that batteries now for sale are safe. ""It's safe to assume that, yes, we are selling a safe product,"" says Hewlett-Packard spokesman Ryan Donovan. Dell said the defects discovered in the cells of its batteries have been corrected. An Apple spokeswoman declined to comment beyond the company's online statement. Cellphones are of less concern in the air because their use is barred during flights. In general, they also operate at lower energy levels than computers and thus pose less of a fire risk. The problem, experts say, is ""thermal runaway"" -- a chemical reaction inside a battery cell that generates intense heat so rapidly that it flares out of control. Most of the failures are traced to a short circuit in the cell or the wires that connect the cell to contact points on the battery pack. Richard L. Stern, associate director of compliance at the Consumer Product Safety Commission, says tiny metal shards can contaminate the battery pack during assembly and later pierce the insulation separating the positive and negative terminals. The opposite poles touch and create an electrical spark. A defective or damaged battery that is vigorously jostled -- like a laptop rattling around in a luggage compartment -- can trigger a flare. Many of the airplane incidents involved batteries purchased separately from the computer. ""The trend with smoke or fires would be some type of after-market use, like with spare batteries,"" says Bill Wilkening, who enforces hazardous-materials regulations at the Federal Aviation Administration. Product regulators say replacements marketed as compatible with many different devices frequently aren't. Some of them, including a significant number of counterfeits, lack circuitry that protects the battery cell from overcharging. ""That's where you tend to see a lot more allegations of fire or explosions,"" Mr. Stern says. ""It's difficult for consumers to know which are good and which aren't, unless you're an electrical engineer."" The passenger whose case caught fire on the Lufthansa flight, Dana Smith, told officials the batteries were bought on eBay and possibly were ""not built to the original specifications,"" according to the incident report filed with federal regulators. Mr. Smith couldn't be reached at his Munich address. Lufthansa, in Frankfurt, Germany, said it has no position on whether lithium batteries should be further restricted, but will comply with any government regulations. But sometimes, batteries seem to blow up for no clear reason. A sound technician with ABC News had just decided to change a battery as the Edwards' campaign's chartered Boeing 727 lifted off from Raleigh-Durham International Airport four days before the 2004 election. In the rear of the cabin, the sound man pulled a nine-volt battery from his equipment and it burst into flames. Someone screamed ""fire!,"" according to official accounts of the incident and witnesses. Within a few seconds, Secret Service agents barreled into the cabin and extinguished the fire. The plane immediately returned to the airport. ""It was a little scary. It was dark, it was smoky,"" Mr. Edwards said in a recent interview. He was in the front of the cabin with his wife and two children and campaign staff. ""It got people worked up."" Nearly three months earlier, a box of batteries caught fire aboard a FedEx Corp. cargo plane in Memphis, Tenn., moments before it departed for Paris. The fire damaged most of the other boxes packed in the huge freight container. FedEx

and Memphis firefighters put out the blaze on the ground. Marvin Sudduth, a safety manager in FedEx's dangerous goods section, examined the container of 64 batteries more than three hours later-and they were still sparking. ""I had to jerk my hand back pretty quick,"" he says. ""Not one of my top 10 things to experience."" FedEx says the shipper violated federal guidelines requiring the batteries be packaged in a plastic sheath to protect them from making contact with other objects. Instead they were rolled in cardboard wrapping and placed in a cardboard box with metal tools used to install the batteries. Mr. Sudduth said the tools probably shifted during transit and struck the batteries, causing sparks. The Memphis-based air cargo carrier says it has tightened standards to exceed federal requirements. It now refuses to carry hazardous materials without first confirming they have been packaged according to federal standards. The potential danger to airlines first surfaced in 1999 involving the lithium ""primary"" battery that preceded the rechargeable lithium-ion version. After two pallets holding 120,000 of those batteries unloaded from a passenger plane went up in flames at Los Angeles International Airport, the NTSB requested an investigation of the products by the FAA. In 2004, the federal agency that regulates the transport of dangerous substances, now called the Pipeline and Hazardous Materials Safety Administration, ended the transport of those batteries in the cargo holds of passenger carriers. After the FedEx incident earlier in 2004, the FAA began a still-ongoing investigation into lithium-ion batteries. The most dramatic mishap so far involved the UPS jet descending on Philadelphia International Airport from 31,000 feet the night of Feb. 7. ""Smells like wood burning. Smell that " the co-pilot told his two fellow crew members about 25 minutes before landing, according to the flight cockpit recording. The flight engineer left his seat and entered the cargo hold to check for smoke. He later told investigators that nearly every inch was filled with freight, and he had no path to walk through the holding area for a closer look. So he aimed a flashlight at the upper cargo deck and ran it the length wall. He smelled smoke but found no fumes and returned to the cockpit. At about 4,000 feet

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

and a few minutes before landing, the warning light for smoke on the main deck flashed on. ""Alright,"" the first officer said, ""I'm turning into the airport then."" Air traffic control cleared the plane to land. Then the fire warning indicator for the lower rear cargo area lit, and the captain ordered his crew to put on their oxygen masks. On final approach some functions on the instrument panel began to fail, and smoke streamed into the cockpit. The captain landed the plane and opened his window to breathe but inhaled a thick plume of smoke. The co-captain leaned out his window and was choked with smoke. In a raspy voice, he managed to radio the tower: ""UPS Flight 1307 evacuating the aircraft."" One by one, they disappeared in the haze through the back of the cockpit and made their way off the plane. The fire raged for four hours, with the DC-8 sitting on the tarmac, destroying the cargo and burning two gigantic holes through the top of the fuselage. In the months since then, investigators have methodically excluded possible causes of the fire. They say there is no sign that airplane wiring or systems were the culprit. Containers of hazardous material being shipped on the plane don't appear to be the cause. Several partially burned lithium-ion computer batteries are still undergoing tests. ""It is not known at this time the role that these types of batteries may have played in the fire,"" NTSB lead investigator Frank Hilldrup said at the federal hearing in July. ""Nevertheless, secondary lithium batteries, as well as primary, can present fire hazards. Several lithium battery incidents have occurred in recent years."" Of the more than 60 incidents of batteries overheating since 1991: Short circuits appear to be the primary cause Unexplained fires/explosions usually involve lithium-based batteries Almost all incidents involve unlabeled ""nonregulated"" or ""excepted"" batteries No incident involved batteries in retail packaging Almost all incidents detected on the ground Source: Federal Aviation Administration Read more: http://www.post-gazette.com/business/technology/2006/08/15/Laptops-draw-scrutiny-from-airline-safety-officials/stories/200608150233#ixzz2xetLkzkW "


[wpvideo uTGKHhrZ]
[wpvideo Y8ze9AmL]
[wpvideo ZcaXdUEu]
[wpvideo 54sNvMU6]
[wpvideo VwIyoJ3H]
[wpvideo 8TD8d8iK]
[wpvideo gLiazbtP]
[wpvideo S833Y9ji]
[wpvideo WVpQcDnC]
[wpvideo AVFAIJQp]
[wpvideo 8M7Xdj8f]
[wpvideo 6Uyn2vPy]
"For more TESLA SAFETY REVIEW DATA, CLICK HERE>>> Tesla lobbyists & campaign backers force NHTSA to close investigation rather than complete it and reveal the depth of the cover-ups and extensive safety defects. "


 "Here is how this is going to happen: In a few years there will be a number of consumer lawsuits in court, Tesla will say ""we didn't know that"", then all of these documents will come out, then it will become absolutely clear that Tesla knew about this danger for ages and covered it up. Then Tesla will lose the lawsuits and either go out of business or have to pay billions of dollars like Toyota and soon, GM. Those politicos and administrators who covered up will fry and lose their pensions. That's all there is to it. FG- LAT"

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

------------------------------------

"Tesla battery plant faces skepticism from stakeholders, analysts"

"It's all about the numbers: If Tesla Motors intends to sell more of its electric cars, it'll need more batteries to power them. And while the company has ambitious plans for its own battery manufacturing plant, some of Tesla's backers aren't yet committed to the project."

"By John Voelcker,  Guest blogger / April 6, 2014"

"A man looks around Tesla Motors' Model S P85 at its showroom in Beijing. Panasonic is considering investing in a U.S. car battery plant planned by Tesla Motors, with total investment estimated by one source at around $979 million."

Kim Kyung-Hoon/Reuters/File

Enlarge
Share on facebook Share on twitter
[googlemaps https://apis.google.com/_/+1/fastbutton?usegapi=1&size=standard&annotation=none&hl=en-US&origin=http%3A%2F%2Fwww.csmonitor.com&url=http%3A%2F%2Fwww.csmonitor.com%2FBusiness%2FIn-Gear%2F2014%2F0406%2FTesla-battery-plant-faces-skepticism-from-stakeholders-analysts&gsrc=3p&jsh=m%3B%2F_%2Fscs%2Fapps-static%2F_%2Fjs%2Fk%3Doz.gapi.pl.xR4v9AYZqyc.O%2Fm%3D__features__%2Fam%3DAQ%2Frt%3Dj%2Fd%3D1%2Fz%3Dzcms%2Frs%3DAItRSTOFoqv3U7JGXpSKf-WcCvYckw3cWQ#_methods=onPlusOne%2C_ready%2C_close%2C_open%2C_resizeMe%2C_renderstart%2Concircled%2Cdrefresh%2Cerefresh&id=I0_1396893058536&parent=http%3A%2F%2Fwww.csmonitor.com&pfname=&rpctoken=33257067&w=100&h=150]
Share on stumbleupon Share on email
"Elon Musk, CEO of startup electric-car maker Tesla Motors, is no doubt used to skepticism."

"GreenCarReports The website focuses on the auto industry?s future, the evolution of cars beyond fossil fuels, and the green movement's relevance to car shoppers today. For more stories on green cars, click here."
Related stories

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Now he faces new doubts over the company's plans for a massive ""gigafactory"" costing as much as $5 billion to manufacture more lithium-ion cells than any other plant in the world. Having mostly convinced disbelieving analysts, journalists, and industry colleagues that Tesla can at least design, engineer, build, and sell good-looking high-performance all-electric luxury sedans, Musk may not pay a lot of attention to ""You can't"" noises from critics."

Panasonic: large risk

"But even Tesla's lithium-ion cell supplier Panasonic--which owns a small share of the company--hasn't yet committed to participating in the gigafactory plan. Bloomberg noted last week that the Japanese electronics giant's president, Kazuhiro Tsuga, told reporters the project would pose an ""investment risk [that] is definitely larger"" than the company prefers. Panasonic prefers to ""make investments step by step,"" he said, adding that he ""would like to cooperate"" with Musk's plans. He also noted that Panasonic's battery production ""depends"" on Tesla sales, which it monitors closely. Tsuga's comments may reflect the slow pace of building consensus for such a major investment on Panasonic's part. VW, Daimler perplexed But it is hardly the only voice saying the gigafactory plan could be too large, and too much for Tesla to bite off. An article yesterday in The Wall Street Journal quoted Harald Kroeger, the head of Daimler's electric-vehicle efforts, who noted that the gigafactory plan had ""some huge disadvantages"" to go along with its benefits. (Daimler, which makes Mercedes-Benz and Smart cars, owns a small stake in Tesla Motors too, as does Toyota.) And Volkswagen CEO Martin Winterkorn said he didn't ""quite get it,"" noting that VW would not consider opening its own battery plant, as it had enough suppliers for its needs. Few details Musk announced a handful of high-level details about the proposed plant, which could be the world's largest single factory, in late February. The need is clear: Even at a production rate of about 25,000 cars a year, Tesla used one-third of the world's electric-car batteries. To scale up to 100,000 Model S sedans and Model X crossovers by 2016, he needs to quadruple that supply--which Panasonic and Tesla together expect to happen. But if the company starts production of its next model, a lower-cost sedan often dubbed the ""Model E,"" it will need multiples of its current battery supply. And to hit the target price of $35,000 or less for the new car, which is expected to offer at least 200 miles of rated range, Tesla will need every bit of the 30-percent cost reduction it says it can achieve with the gigafactory. Can Tesla sell 500,000 cars? In the end, as investment journal Barron's notes, the gigafactory will only pay off if Tesla can reliably sell half a million cars a year. (The Barron's article also noted that Tesla has not responded to any of its inquiries since Musk hung up on its reporter a year ago.) If Tesla can sell that many cars by 2020, it is likely to become one of the top three plug-in electric car makers in the world--along with Nissan and General Motors. Meanwhile, rivals say they will keep pace with its cost reductions--although they are likely banking on far lower volumes of electric-car sales that Musk and Tesla anticipate. More details are likely to emerge about the Tesla gigafactory, perhaps including a site selection. The candidates are Arizona, Nevada, New Mexico, and Texas, each of which putting together incentives to offer to Tesla. "

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

Tax Analysts

"The leading global publisher of tax news, analysis and commentary"

Taxes 4/07/2014

"Tesla, Taxes, And Free-Market  Hypocrisy"

"David Brunori,  Contributor "

TTesla Model S

1 of 18
Photos courtesy Tesla Motors

Tesla Model S

The all-electric Tesla Model S sedan.

 "Tesla Motors TSLA -3.31% Inc. makes electric cars ? and they must be pretty good cars because they cost $70,000. Despite selling really expensive cars, Tesla has long been the darling of the left. Nothing says ?I am committed to saving the polar bears? better than driving a luxury, battery-powered car."

 "For several years, Tesla has been in a fight with the states. Tesla does not use dealerships. It sells its cars on its website and in showrooms. Almost every state bans or limits the sale of automobiles directly to customers, which is terrible and reflects the power of auto dealerships. The dealerships want you to buy your car from them because, well, that?s how they make money. And because they are wealthy and connected, they have persuaded many states to make it hard for automakers to sell directly to people. After all, if you were buying a car directly from a manufacturer, who would sponsor the local Little League teams"

 "The auto dealers argue that direct sales will result in massive layoffs, disruptions in the community, and less odious car-selling techniques. Actually, they?re not making the last argument, but they?re saying that without

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

dealerships, customers will never figure out where or how to get their cars repaired. By the way, the dealerships pay lawmakers with campaign contributions and promised future support if the lawmakers keep Tesla out of their states."

  "Tesla?s response is that the car dealerships? position violates every notion of free markets. Tesla argues that prohibiting direct sales protects only the dealerships and harms the consumer. Tesla is right. There?s no reason to prohibit a consumer from buying directly from the manufacturer. Cutting out the middleman is generally a good thing ? unless you?re the middleman. So Tesla is right ? but few companies owe their existence to the government and the public dole as Tesla does. The idea that Tesla can enter a legislature and sing the praises of free markets with a straight face is rich. In 2010 the company received a $500 million loan from the U.S. Department of Energy. It prospers because of the federal tax credit of up to $7,500, plus $2,500 in California credits for each new purchase. It receives credits from the California Air Resources Board, which it sells for a large profit. Last year the company received $34 million in tax breaks from California as an incentive to build a plant in the San Francisco area. Tesla has the gall to encourage consumers to ask state lawmakers to subsidize the purchase of their vehicles. Free markets, indeed."

  "Tesla wants to expand its operations and is considering investing up to $5 billion for a new plant in Nevada, Arizona, New Mexico, or Texas, all of which ban direct sales except Nevada. Tesla wants Texas to repeal its direct sale prohibition, but while the Lone Star State is offering infrastructure money, it?s not budging on the direct sale issue. Arizona has already introduced a bill to lift its ban on direct sales and Gov. Jan Brewer (R) is promising tax breaks. New Mexico Gov. Susana Martinez (R) has promised that the state will do whatever is necessary to land the expected 6,500 jobs. Rumors are that in lieu of tax breaks, Nevada is willing to purchase all the land Tesla needs for the plant. You can be sure the free-market-loving Tesla lobbyists are in the middle of the fight."

  ----------------------------------

  "Why would Tesla do something so dangerous, thinking nobody would notice? Greed! Tesla can play all the ""ignore the facts"" games they want, but when the lawsuits start, Tesla will lose in a very big way!"


  Millenials have over-thrown America?and nobody noticed! Massive American Revolution taking place in silence.  "- Last two generations, and Millenials, so disconnected, neither sees what the other is doing. - New studies show Millenial generation avoiding marriage, government, banks and other mass marketing institutions - Millenials NOT reflected in Polls. Gallup, Pew, CNN, etc. Off-base on results. Millenials don't talk to Pollsters. Don't trust them. Privacy concerns. Surprise election results ahead? - More savvy. They hate subliminal manipulation and now know how it works - Enough of them now legal to vote to cause one of the most Tectonic shifts in political history, in one of the next three election cycles. - ""Old White Man"" club ignorant of power of new Millenials. OWM hated by Millenials - The two most hated things, by Millenials: ""Mass Marketing"" & ""Washington, DC"" - OWM supporters just died in huge numbers; from old age - November campaigns ignoring Millenials likely to be in for a shock. Totally non-crooked candidates have better chances. - They now understand how politics ACTUALLY work and are prepared to uproot it all. End of ""Revolving Doors"", ""Crony Contracts"", ""Kickbacks""? - ""World Coming Apart"" In the News-effect is actually Millenials waking up - All caused by Internet and free speech. Damn that First Amendment! Even hacker and NSA tactics didn't scare them off of it! - They are here! DEAL WITH IT! (Public News Team- DF, FG, GH, HG, HJ, K)   "/millenials-thrown-america-nobody-noticed-massive-american-revolution-taking-place-silence/      9/4/2014      THE EDITORS & WIKI MEMBERS      Uncategorized   "Millenials, Millenials have over-thrown America...and nobody noticed! Massive American Revolution taking place in silence., studies on millenials"      publish
  ccft_post_comment_title:      panels_data: Array      kopa_fastnewslight_total_view: 1

  A Millennial On Why We Hate Millennials - The Interrobang

  "Nobody likes Millenials. TIME magazine even dedicated their June 2013 cover to them: ""The ME ME ME

Generation: Millennials are lazy, entitled narcissists who still live with their parents.""""
  theinterrobang.com/we-love-to-hate-millenials/
  theinterrobang.com

"Sorry Banks, Millennials Hate You | Fast Company | Business .."

"When Scratch polled 10,000 millennials to find out which industry was most prime for disruption, the results were clear: Not only did banks make up four of their top 10 most hated brands, but millennials increasingly viewed these financial institutions as irrelevant."
  fastcompany.com/3027197/fast-feed/sorry-banks-millennials...
  fastcompany.com
"EXCLUSIVE: At least seven companies that received a total of $15.25 million in grants from state Regional Economic Development Councils are linked to $1.25 million in donations to Cuomo?s campaign treasury since 2010, the records show."

"BY Glenn Blain , Kenneth Lovett "
  NEW YORK DAILY NEWS
  "ALBANY ? Several companies run by big-time donors to Gov. Cuomo have won millions of dollars in state economic development grants since he took office, state records show. At least seven companies that received a total of $15.25 million in grants from state Regional Economic Development Councils are linked to $1.25 million in donations to Cuomo?s campaign treasury since 2010, the records show. One of those companies, Taylor Biomass LLC in Orange County, was awarded $1 million in 2013 to build a waste-to-energy facility. Its president, James Taylor, gave Cuomo?s campaign more than $100,000 since 2010, including $34,000 this year, campaign finance records show. And the company and its affiliates gave Cuomo another $50,000, including $12,500 this year. In another case, BFC Partners, of Brooklyn, won $3.5 million in 2013 to construct Empire Outlets, a planned development on Staten Island featuring 100 designer outlets and a posh hotel just steps from the ferry terminal. BFC donated $25,000 to Cuomo?s campaign in 2014, the year following the grant. And three of the company?s partners, Donald Capoccia, Joseph Ferrara, and Brandon Baron, have ponied up a combined $81,500 since 2010."
  New York Daily News; Photo by Chester Higgins Jr./The New York Times
  "Cuomo aides said the grants cited by the Daily News represent a fraction of the more than 2,600 projects awarded $2.2 billion in funding since2011 under the Regional Economic Development Council program. The aides also said the governor?s office has no formal role in selecting who receives the awards. The projects, they pointed out, are recommended by the 10 regional councils, under a system Cuomo established in 2011 to create competition for the hundreds of millions of dollars in state funding distributed each year. The Cuomo-controlled Empire State Development Corp. scores the recommendations and picks the winners, which Cuomo typically announces in a public ceremony. Cuomo aides said the process is far better than the old ?member item? system in which state legislators picked projects in their districts to fund, without much vetting. The aides also argued that some donors who applied for project funding but did not receive grant money. ?To suggest any conflict or connection here is absurd as the recommendations for all of these projects are made by local community representatives,? said Cuomo aide Melissa DeRosa."
  "http://bfcnyc.com/ In another case, BFC Partners, of Brooklyn, won $3.5 million in 2013 to construct Empire Outlets, a planned development on Staten Island featuring 100 designer outlets and a posh hotel just steps from the ferry terminal."
  "Cuomo aides said several of the companies cited by The News, including Taylor Biomass, received state and federal funding for other projects in the past. Some of the grants, they said, funded projects that already were under way before Cuomo even became governor. In one case cited by The News, a $2 million grant for the Dover Knolls Development, a plan to renovate an abandoned psychiatric hospital in Dutchess County, was withdrawn when the developer sold the project. The company, its parent, Benjamin Millennium Group, and assorted affiliates contributed a combined $271,700 to Cuomo, and the company?s president at the time, Alvin Benjamin, gave $25,000 in 2011. Bill Mahoney, of the New York Public Interest Research Group, said the awarding of grants tied to donors raises questions. ?Businesses rarely contribute to candidates for purely altruistic reasons - in most cases, they're hoping to help their bottom lines,? Mahoney said. ?If Gov. Cuomo had fulfilled his promises to overhaul

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the campaign finance system, perhaps there wouldn't be concerns over decisions like these.


"ALL OF THE ""WINNERS"" OF THE DEPARTMENT OF ENERGY FUNDING UNDER OBAMA'S STEVEN CHU WERE THE BIGGEST OBAMA CAMPAIGN DONORS AND FRIENDS OF CHU. ALL OF THEIR BUSINESS COMPETITORS WERE KICKED OUT OF THE PROGRAM."


"The system is rigged against the little guy. A true technical innovation company, who has not signed onto the bribe programs, will never have a chance."

"That is why you always see the ""same old crap"" from the same old-boys clubs getting the grants, and ""never any new technology that would actually make a difference"", Said Arnold Wester of The Inventors Alliance The FIX IS EASY! WRITE YOUR ELECTED OFFICIALS, HERE (AT THIS LINK) and DEMAND a law in EVERY STATE that makes it illegal for any group who has a connection to campaign funding to receive a state or federal grant! Easy!, DONE!  "


Recognizing the problem

The problem is easy to recognize.

"Step one: Does your City, State or Federal group offer a grant program, application-based funding program or other program which gives tax dollars to outside entities? Step two: Have you had this, or a similar program, in operation for more than a year? Step three: When you line up a list (LIST A) of the past ?winners? alongside a list (LIST B) of their campaign contributions, lobbying expenditures, gifts and incentives; are the curves of each of those lists ?strangely? the same? If the answer is Yes: THEN YOU HAVE THE PROBLEM!  "

The General Process Issues

"  Over 30 ?green?, ?cleantech? companies were put out of business by the DOE ATVM/LGP program. Many more companies, in each state, were terminated by the ?efforts? of the officials of those states. Some were intentional terminations because they competed with contributor?s business interests and some were terminations caused by mismanagement of the grant process. :: Most grant programs ostensibly seek innovation and better solutions. BUT: Most ?winning applicants? end up being big old companies who supply the same old thing who generally usually ?win? the ?contests?. :: True innovators are scientists, chemists, physicists and engineers. They do not know about, have the skills for or have the aptitude for generating political documents. BUT: Big old campaign contributor companies have rooms full of grant writers and spin doctors who can conveyor-belt out, political grant document-after-grant document, with all of the checklist items in carefully mnemonically metricized catch-phrases, but they offer no innovation. :: Big campaign contributor ?winners? have big teams of people that go around and ?work the system? (promise or imply incentives). These teams are smiley, golden-ratio faced, out-going personality-type PR people. BUT: True innovator scientists, chemists, physicists and engineers are, more often than not, socially awkward and uncomfortable with that sort of PR pretension and they avoid working the system. :: If one wants to pay off campaign contributors then these ?contests?/?grant programs? they actually are a great way to provide ?kickbacks in plain sight?. BUT: In the age of the Everybody-Can-See-Everything internet, the public is now pretty much aware that this is what is going on, ie: http://www.youtube.com/watch?v=CHiicN0Kg10 http://youtu.be/CHiicN0Kg10 Reality: If a City, State, Federal or NGO group wants true innovation solutions to public problems and issues, then they need to recognize that their grant programs, award programs and public funding programs are, in most cases, set-up to accomplish

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

exactly the opposite!"

One Perspective- Siry

"  ?Siry Slams DOE Loan Program For ?Stifling Innovation? By Edward Niedermeyer   in ?THE TRUTH ABOUT CARS? Former Tesla PR honcho Daryl Siry lays into the Department of Energy?s Advanced Technology Vehicle Manufacturing Loan program (ATVML) at Wired?s Autopia blog, taking the $25b program to task for ? stifling innovation.? At its core, his argument is a simple one: Startup companies that enjoy DOE support, most notably Tesla Motors and Fisker Automotive, have an extraordinary advantage over potential competitors since they have secured access to capital on very cheap terms. The magnitude of this advantage puts the DOE in the role of kingmaker with the power to vault a small startup with no product on the market -? as is the case with Fisker ? into a potential global player on the back of government financial support. As a result, the vibrant and competitive market for ideas chasing venture capital that has been the engine of innovation for decades in the United States is being subordinated to the judgments and political inclinations of a government bureaucracy that has never before wielded such market power. All of which sounds very TTAC? in fact, our lengthy Bailout Watch series began with a similar analysis of the ATVML program (albeit with a Detroit-focused twist). Unfortunately, Siry?s intentions in this case are questionable? as are his conclusions. At the very bottom of his editorial, Siry reveals himself to be a ?special advisor to Coda Automotive,? the EV startup born from the ashes of Miles Electric Vehicles. That Coda has not sought an ATVML handout (because all its manufacturing is done in China) is presumed to give Siry a free pass on conflict-of-interest questions, but Siry?s critique relates directly to the private capital market as well. Siry writes: The proposition is so irresistible that any reasonable person would prefer to back a company that has received a DOE loan or grant than a company that has not. It is this distortion of the market for private capital that will have a stifling effect on innovation, as private capital chases fewer deals and companies that do not have government backing have a harder time attracting private capital. This doesn?t mean deals won?t get done outside of the energy department?s umbrella, but it means fewer deals will be done and at worse terms. Translation: Coda can?t raise funds without DOE backing, a reality the company petulantly hinted at in the most recent post on its corporate blog. There, the company lashed out at analyst suggestions that DOE loans would be best spent on established automakers, and now Siry is bashing the DOE?s ?kingmaking? of ?small startups with no product on the market.? So which is it? The answer can be found in Siry?s conclusion: A potential solution to this problem may seem counter-intuitive. The best way to avoid market distortion would be for the DOE to cast the net more broadly and provide loans and grants to a larger number of companies ? which ironically means being less selective. Subject to the existing equity matching requirement, this would allow the private markets to function more effectively in funding a broader range of companies and driving more innovation. Several innovative companies with great potential have been in the DOE pipeline for many months. Perhaps it is time for the DOE to stop playing favorites and start spreading the love. Give out money to more firms, less selectively. What a plan. But if Siry is suggesting that Coda Automotive represents the kind of ? innovation? being ?stifled? by the ATVML program, he?s able to see far more innovation in selling an electrified Chinese Hafei sedan with 100 miles of range for $45k than we do (he doesn?t explicitly, preferring Aptera as a poster child for stifled innovation). The reality is that the EV sector is crammed with as many hucksters and wannabes as legitimate innovators, and ?spreading the love? is more likely to result in wasted investments. In theory we agree that DOE ?kingmaking? distorts the market, and elevated some questionable firms to near-player status? but interpreting those results as a reason for the DOE to be ?less selective? with its lending makes even less sense. Unless, of course, you work for a firm that might benefit from lowered loan standards. As a lesson in the ATVML?s unintended consequences, Siry?s editorial is dead-on. As a roadmap for future DOE policy, however, it comes up way short. Posted in Electric Vehicles, Government, Green, News Blog Tagged as ATVML, Coda, DOE, electric car, EV, Fisker, Tesla ?          "

The Solutions- Part 1

  1. Go to greater lengths to find the small innovators and let them know about the program. Sending a general email out to ?the usual suspects? doesn?t cut it.

THE BOOK OF TESLA. Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"2. Provide a dedicated small innovator advocate, in each funding program who is missioned to assist the small innovator companies. Make them call, and email, each one personally."

3. Fire that advocate if more than 3 small business groups prove that they are compromised.

"4. For any applicant with less than 10 staff, YOU, verbally interview them and fill out the forms for them. They do not have the staff to do it. You place them in a ?no win? situation by even offering these grant opportunities, they all know it by now and so almost none of them apply any more unless they just formed their company. After the first burn, when they realize the cards are stacked against them, they won?t waste their time again."

"5. Make the application as simple as possible. One of the richest people in the world: Bill Gates, and his wife Melinda, decided to give away quite a lot of money in grants. They had the resources to test, validate and prove what the best kind of grant application is. What did they figure out for the Grand Challenge: That they just needed a TWO PAGE APPLICATION. They have used this for years, it works great and has funded some of the greatest innovations in the world."

"6. Announce who your reviewers are, by name and affiliation. Just like the law now requires for financial writers. State ANY positions your reviewers have in any companies related to the industry involved in the grant."

"7. Post the reviewer results online. Allow the transparency to have their assumptions, or comments challenged to prove the game isn?t rigged."

"8. Does the world seem to be in disarray? Does every news cycle seem like there are more and more problems and more and more people complaining? IT ISN?T TRUE! The same amount of disarray and problems exist today as have existed over the last few centuries. BUT NOW EVERY VOTER CAN SEE EVERYTHING. While the internet has brought us awful things like cyber-bullying child suicides and the hacking of everything, it has created a transparency that will never go away. The toothpaste is out of the tube. Organizations need to accept the fact that corruption only works in darkness and the internet has lit up everything. If old systems of reward exist to pay back donors, it can now be found out by a bored soccer mom or an out of work construction worker with a notebook computer, and there are millions of them. Change up any systems that could be rigged because we live in an age where those sorts of things can come back and bite you during your current career cycle. The FBI is much tougher on these sorts of things these days."

"9. News Media now have databases equal to those of the NSA. New online media outlets have been starting up in great quantities, lately, using ?big data? story research engines. They can track every connection of every applicant, executive and associate and other party in a very short period of time. Just read the detail they have gone into about CGI Federal, the company that screwed up Obamacare, and their staff, ownerships, personal relations, etc. Plan on transparency in the new world. It has arrived."

"10. To repeat, however efficiently you think your application is written: YOUR APPLICATION PAPERWORK IS TOO LONG. The DOE spent more money and resources on due diligence and had more application paperwork for their ATVM/LG and other loan programs THAN ANY COUNTRY HAD DEVOTED IN HUMAN HISTORY! Yet we had the stunning failures of Abound, A123, Fisker, Solyndra, etc.. etc

"11. Hold three online web conference for 1.) Under 10 person companies 2.) Under 20 person companies 3.) The big guys. Give each segment a chance to comment, ask questions and get informed within their peer group."

12. Publicly identify revolving door staff.

"13. Allow for a challenge process for any member of the media or applicant groups to challenge a decision and correct, or comment on, erroneous data."

14. Don?t rig the stock market or investor market by setting up financing that makes your organization cause outside investors to wait until they see your term sheet like DOE did.

"15. Provide a CrowdFunding support resource in all new funding from now, forward. The SEC has made CrowdFunding fully legal now. Allow Crowdfunded offsets and co-promote them using your agency PR resources."

16. Don?t use the ?delayed review? tactic to try to put contributors competitors out of business by stringing them along until they run out of cash. The media has covered this tactic in great detail and new laws allow those who got strung out to sue you and win if they catch you.. and it is easier to catch people these days.

17. More Solutions coming?

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Is the US system rigged for the rich? (Canada, dollars, high ..."

"... the federal government naturally favors those who pay the most taxes ... The only specific information I have on these programs is regarding the Pell grant due to looking it up for another thread ... do you really think the government is rigged for the rich?, Politics and Other ..."
 city-data.com/forum/politics-other-controversies/116014...
 city-data.com

COPS Reform: Why Congress Can't Make the COPS Program Work

 But the game is rigged. Rather than crafting COPS 2.0 to ensure that COPS ... The Politics and Implementation of Intergovernmental Grants. Federal programs based on seemingly sensible ... The Heritage Foundation evaluations have uni?formly found that federal COPS grants had little to ...
 heritage.org/research/reports/2008/09/cops-reform-why-...
 heritage.org

Public Group Requests Audit of Federal Grants to Department ...

 Programs; Schedule. AM 670 Schedule; FM 89.9 Schedule; About Us. About KDLG; KNSA Unalakleet; Staff; Awards; Bristol Bay; Dillingham Schools; ... Public Group Requests Audit of Federal Grants to Department of Fish and Game. Share. Tweet. E-mail. Print. By Thea Card
 kdlg.org/post/public-group-requests-audit-federal-...
 kdlg.org

Commissioners reject Sustainable Communities initiative

 """Gentlemen, that is the most rigged group of screws I have ever seen in my life,"" Rogers said. ... O'Connor has often criticized state and federal grant programs and reliably voted against the county's acceptance of grants, ..."
 blueridgenow.com/article/20120226/ARTICLES/120229806
 blueridgenow.com

Controversies - Homeland Security Grants Rigged to Favor ...

 "Homeland Security Grants Rigged to Favor Religious Groups. Back to News - Tweet. Wednesday ... -oriented groups have the best shot of receiving funding from the Urban Areas Security Initiative Nonprofit Security Grant Program, ... Federal Election Commission, with 3-3 Votes, ..."
 allgov.com/news/controversies/homeland-security-gran...
 allgov.com

Hawaii Loses Federal Grant For Early Childhood Learning ...

 "Hawaii is one of only ten states that does not fund preschool programs. And budget cuts in recent years, have made ... Hawaii Loses Federal Grant For Early ... are you surprised? Watch this video for all the proof you need that some of your favorite shows are rigged. Rating: 5. Views ..."
 bing.com/videos/watch/video/hawaii-loses-federal-g...
 bing.com

"Proposed giant EPA land-grab is rigged, conflicted and corrupte"

"What happens when Washington's top environmental policymaker packs a government advisory board with

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

federal grant recipients so she can regulate ... Don't expect any of that because the reality is the SAB is rigged, biased, and riddled ... Ad Share Program; Alerts; CAA Live; Collections;"
conservativeactionalerts.com/2013/10/proposed-giant-epa-land-grab-is-r...
conservativeactionalerts.com

What Is Qui Tam | Definition | Waters & Kraus

"What Is Qui Tam? Our attorneys work with whistleblowers to fight for justice. With every false Medicare claim, rigged government bid, or unauthorized use of grant money, the integrity of various federal and state programs is compromised ? leaving taxpayers to pay the price."
myquitamlawsuit.com/index.aspx?id=whatisquitam
myquitamlawsuit.com

Reason Foundation - Insights on the Federal Transit ...

"Insights on the Federal Transit Administration's New Starts, Small Starts Program Why the FTA should reassess its newly proposed rules for approving major capital grants"
reason.org/news/show/insights-on-the-federal-transit...
reason.org
More Links ...

smallbusinesses.blogspot.com/Grant me a wish Presentation.ppt
smallbusinesses.blogspot.com

"Winners, Losers and Competitive Grants | National Opportunity ..."

"... through the competitive grants programs students compete with each other for test scores to let a few of them win back some of the same programs ... Of the 677 school districts in the state, ... Rigged competitions, rather than policies that give everyone a fair shot at succeeding, aren't ..."
otlcampaign.org/node/2980
otlcampaign.org

Commissioners reject Sustainable Communities initiative

""""Gentlemen, that is the most rigged group of screws I have ever seen in my life,"" Rogers said. ... O'Connor has often criticized state and federal grant programs and reliably voted against the county's acceptance of grants, ..."
blueridgenow.com/article/20120226/ARTICLES/120229806
blueridgenow.com

HHS Sends $5.9 Million to Program Run by Obama Buddy | The ...

"HHS Sends $6 Million to Program Run by Obama Buddy ® Investment Watch Blog May 14, ... which received an additional half a million dollars in state grants from other agencies. ... which allowed it to be rigged with 5 votes."
whitehousedossier.com/2012/05/14/hhs-sends-59-million-program-r...
whitehousedossier.com

Minor parties silenced by funding laws - New Haven Register

"... has tried to fix the constitutionally flawed Citizens' Election Program and award an additional $3 million grant to each of the two major party gubernatorial candidates' original CEP grants. The state legislature, ... The

Connecticut Citizens' Election Program is a rigged, ..."
  nhregister.com/general-news/20100817/minor-parties-silen...
  nhregister.com


  this link


  "Jackie Bodnar from FreedomWorks announces the launch of a new FreedomWorks initiative to expose
corporate welfare and cronyism. Grassroots activist will start targeting crony corporations like General Electric,
by exposing their relationships with big-government and the 'stimulus' funds they ..."
  cronychronicles.org/tag/grants/
  cronychronicles.org


  Government Grant | Crony Chronicles


  "Content tagged with Government Grant. ... Carol D. Leonnig writes an article in the Washington Post about
three solar companies that received hundreds of millions in government favors, and are now undergoing
investigations after their IPO:"
  cronychronicles.org/tag/government-grant/
  cronychronicles.org


  "Crony capitalism - Wikipedia, the free encyclopedia"


  Crony capitalism is a term describing an economy in which success in business depends on close relationships
between business people and government officials.
  en.wikipedia.org/wiki/Crony_capitalism
  en.wikipedia.org


  """For profit"" colleges are crony capitalism at its worst ..."


  """For profit"" colleges are crony capitalism at its worst. ... which receive roughly 90% of their revenue from
Federal student aid, mainly in the form of Pell grants (which aren't paid back by students)."
  rare.us/story/for-profit-colleges-are-crony-capit...
  rare.us


  Eliminate Community Development Block Grants | RealClearPolicy


  "When it comes to crony capitalism in Washington, there are the usual suspects: farm subsidies, housing finance,
the U.S tax code. But crony capitalism exists in the small ways the government distributes money, too."
  realclearpolicy.com/articles/2013/07/11/eliminate_community_d...
  realclearpolicy.com


  Government handout critic Marilinda Garcia authored NH law ...


  "Republican congressional candidate Marilinda Garcia of Salem is an unapologetic, free-market conservative
who says it's not government's role to ""pick winners and losers"" and says she abhors the ""crony capitalism""
that marked some federal job incentive programs. ""Outside ..."
  nashuatelegraph.com/news/politics/1044459-476/story.html
  nashuatelegraph.com


  PDF Crony Capitalism and Community Development Subsidies


  crony capitalism and community development Subsidies 6 Reason Foundation ? www.reason.org state non-
entitlement CDBG funds in 2012.19 The formula used to determine which cities and

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

reason.org/files/cronyism_community_development.pdf
reason.org

FACEBOOK Users Leaving Facebook In Droves- Telegraph      /facebook-users-leaving-facebook-droves-
telegraph/        9/4/2014        THE EDITORS & WIKI MEMBERS    Uncategorized   FACEBOOK Users
Leaving Facebook In Droves- Telegraph  publish ccft_post_comment_title:        panels_data: Array
kopa_fastnewslight_total_view: 3

What happens when your friends start leaving Facebook?

"Theo Merz followed his friends onto the social networking site, and now he?s following them out. How did it come to this

FOMO: 'It now feels like the party is happening away from Facebook'  Photo: Alamy

By Theo Merz For THE TELEGRAPH

"I logged in north, south, east and west. I checked it at work and during Sunday rest. I liked and commented, posted status and song. I thought Facebook would last forever: I was wrong."
"Apologies if that feels like a bit of a heavy introduction for a piece on the decline of Facebook amongst my peers but ? like Auden?s love ? I had always assumed the network would be constant presence in my life. A couple of times at university I wondered what would happen if people stopped using the site, or if it disappeared. I would have no physical photos of my college friends, like those of my parents? that we sometimes unearthed at home; I would be stripped of the wall-to-wall messages we had built up over the years and left with only a handful of letters and cards."
"Sometimes I thought about printing out pictures or saving some of the more memorable messages to computer, but I never did. Just like three-month summer holidays and the ability to function after four hours' sleep, I reasoned that Facebook would always be there."
"But two years after graduation, to continue in the mournful vein in which I began, the site is crumbling before my eyes. There?s nothing new about predicting the demise of world?s most popular social networking site: articles in 2010 told us that ?everyone was quitting Facebook?, 2013 was the year of ?virtual identity suicide? and figures released earlier this year suggested some 600,000 people in the UK had ?disappeared?from the site last December (a claim the California-based company denies)."
"On the other hand, Facebook has more users and is more profitable than ever before. As it celebrated its tenth anniversary earlier this year, the site which was famously launched by Mark Zuckerberg from his Harvard dorm room boasted 1.23 billion monthly active users and 757 million daily users. Despite a shaky initial public offering, the network is now worth $135bn, generating a profit of $1.5bn in 2013."

Related Articles

How Facebook was able to manipulate your emotions 01 Jul 2014

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Why Zuckerberg still wants to be our friend 03 Feb 2014
Young people are lonely - but social media isn?t to blame 25 Jul 2014
Facebook goes down for some US users 04 Sep 2014

"The problem with these death of Facebook/triumph of Facebook headlines is that they refer to the site or the company as a whole, whereas anyone who uses it knows that it?s only as good as the content your friends are posting and that you are interacting with. If my notifications are all from friends and family sharing stories they know I?ll like or laugh at, it?s a good site; if my newsfeed is full of people I met on my gap yah throwing buckets of ice over their head, it?s rubbish. It doesn?t matter that technology websites are telling us that ?everyone who?s anyone? is deleting their profiles ? whether out of concerns about privacy or after learning that Facebook is trying to manipulate users? moods. It?s when the people we?re interested in start leaving that it?s over for us. And, for me, they are. Last month a close friend from university, now working in the arts and one of the heavier Facebook users I know, decided to go cold turkey. For a couple of years she had mainly been posting to promote projects she was working on, and decided this was coming across as bragging and unpleasant. Inspired by her example, another friend permanently logged out, explaining the decision thus: ?It makes me depressed to look through other people?s pictures even though I know they curate their profiles. But mainly I don?t like living my life in a way that?s hyper-aware of how it looks to other people who ? actually ? I don?t care about. So I?d rather cut it out.? So two fewer reasons to log on, and six years worth of photos and public messages between the three of us taken off the site. Others I know are using it less and less, either because they?re worried about what their employers might see, or just because they don?t feel the need to update 500 people they studied with on where they?ve been on holiday. Whereas a couple of years ago I would have been surprised to find that someone my age didn?t have a profile (a fact generally announced in the same smug tone as someone revealing they never watch TV), now it?s hardly worthy of comment. And so I care about Facebook less, and check notifications less often. It?s lemming-like, I know, to have followed my friends into the social network and then follow them out in this way. But the thing about social networks is that they only work when everyone?s there and everyone?s active. It was Facebook that gave us FOMO, or Fear Of Missing Out. Despite the record-breaking number of users and profits, it increasingly feels like the party is happening elsewhere."

USA TODAY exposes Google Conspiracy Attempt        /usa-today-exposes-google-conspiracy-attempt/
9/4/2014        THE EDITORS & WIKI MEMBERS    Uncategorized   "Conspiracy, Google, spying, USA
TODAY exposes Google Conspiracy Attempt"    publish ccft_post_comment_title:        panels_data: Array
kopa_fastnewslight_total_view: 2

Thomas R. Burke and Jonathan Segal

"Once the fact was out, the internet giant tried to get a judge to help them hide it again."

"(Photo: Jefferson Graham, USAT)"

"Back in February, in a San Jose courtroom, a bombshell was dropped that could have been erased from the public record. It turns out that Google, which bases its business on collecting and analyzing huge reams of data for advertising purposes, has been scanning users' emails even before users have a chance to open or read them, including email messages that are deleted without being opened. Google knows what's in your email before you do. The revelation came in a now-settled legal dispute over Google's Gmail service. Dozens of the nation's largest newspapers and media companies fought to make sure that the case ? and its wide-ranging implications for

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Internet users ? received a full public airing. It has been an unfolding drama ever since, affecting what analysts estimate are 500 million Gmail users worldwide. Google tried, and failed, to redact information about its email scanning process from a transcript of a public court hearing. Last month, the judge in the case ruled that portions of the transcript from that February hearing could not be redacted retroactively, since that would be tantamount to closing a public courtroom. The company's attempt ? akin to putting toothpaste back into a tube ? was a reversal of its previous position in the lawsuit, a pledge that there would be a ""fully public airing of the issues raised by plaintiffs' motion for class certification."" The NSA recently used the very same tactic when it tried to secretly delete portions of a public court transcript in a lawsuit filed against its surveillance practices. As a result, we now know much more about how Google collects personal information from users of Gmail and Google Apps and, in this case, how it plugged a critical gap in its data mining operation to sweep up even more of your information. Here's what happened: Back in 2010, Google was facing a vexing problem. It was losing out on a treasure trove of personal information from millions of Gmail users who were slipping through its chief analytical tool, known as ""Content OneBox."" Anytime they accessed their email through Outlook or on their iPhone, Google's data machine wasn't there to capture it all. So it needed a way to sidestep the problem. Within a matter of months, the company shrewdly moved the Content OneBox from Gmail's storage area to the ""delivery pipeline"" ? meaning that it could now scan messages before they were received. As the plaintiffs explained: ""Google made a choice. They said, you know what, when people are accessing emails by an iPhone, we are not able to get their information. When people aren't opening their emails or they are deleting them, we are not able to get their information. When people are using Google Apps accounts where ads are disabled, we are not able to get that information. When people are accessing Gmail through some other email provider, we are not able to get that information. So what they did is they took a device that was in existence already and operating just fine back in the storage area, and they moved it to the delivery pipeline."" This move has sweeping consequences, as Chris Hoofnagle, director of privacy programs at Berkeley's Center for Law & Technology, has described: ""Hiding ads while analyzing data takes advantage of a key deficit users have around internet services: users only perceive profiling if they receive ads. The content one box infrastructure would allow Google to understand the meaning of all of our communications: the identities of the people with whom we collaborate, the compounds of drugs we are testing, the next big thing we are inventing, etc. Imagine the creative product of all of Berkeley combined, scanned by a single company's 'free' email system."" Google's stated goal is to ""organize the world's information,"" but they fought to avoid disclosing how and why they've done it. Now we know. Thomas R. Burke and Jonathan Segal of Davis Wright Tremaine represented media companies, including the corporate parent of USA Today, Gannett Co. Inc, in the Google Gmail litigation.      "

 Was Tesla The Obama-Car? Was taxpayer money used to pay-off Tesla Silicon Valley VC?s for funding Obama?s campaign?       "- Elon Musk refuses to answer key questions (SEE THIS LINK) - Multiple fraud lawsuits now filed against Musk & Tesla - Lemon Law action filed against Tesla - Holder charged with refusing to prosecute in order to protect campaign backers - Former employees whistle-blow - Obamacare for Silicon Valley Vc's? - Was Steven Chu in Tesla's and Silicon Valley VC's pocket? - Newly released documents prove illicit relationship between DOE staff, Chu, Tesla, Senator and Silicon Valley VC's!    Why Won't Musk answer these questions on CNN or in front of Congress?  "/tesla-obama-car-taxpayer-money-used-pay-tesla-silicon-valley-vcs-funding-obamas-campaign/      9/4/2014      THE EDITORS & WIKI MEMBERS    Uncategorized   "RICO Charges against Elon Musk, Tesla charged with fraud, Tesla sued, Was Tesla The Obama-Car? Was taxpayer money used to pay-off Tesla Silicon Valley VC's for funding Obama's campaign      publish ccft_post_comment_title:
 panels_data: Array      kopa_fastnewslight_total_view: 3
 washingtonpost.com/business/economy/firms-can-be-sued-over-w...
 washingtonpost.com


Tesla Sued by Wisconsin's 'Lemon Law King'


 "Wisconsin's self-proclaimed ""lemon law king" filed a lawsuit Monday against direct-order car maker Tesla Motors, accusing the company of refusing to give"
 claimsjournal.com/news/midwest/2014/04/09/247181.htm
 claimsjournal.com


Tesla Sued Over New Mexico Model S Factory That Never Was ...

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Tesla Sued Over New Mexico Model S Factory That Never Was. August 13, ... Rio Real Estate Investment Opportunities, filed a law suit back in May against Tesla for fraud, breach of contract, negligent misrepresentation and negotiating in bad faith."
tellersteps.org/autos/tesla-sued-over-new-mexico-model-s-...
tellersteps.org

Tesla Motors Inc sued by Chinese businessman for trademark ...

U.S. electric car maker Tesla Motors Inc ( NASDAQ: TSLA ) is being sued in China for trademark infringement

business.financialpost.com/2014/07/08/tesla-motors-inc-china-trademark/
business.financialpost.com

Car maker Tesla sued in China for trademark infringement ...

"SHANGHAI (Reuters) - U.S. electric car maker Tesla Motors Inc is being sued in China for trademark infringement, a surprise development that casts a shadow over CEO Elon Musk's ambition to expand rapidly in the world's biggest auto market."
ca.finance.yahoo.com/news/car-maker-tesla-sued-china-trademark...
ca.finance.yahoo.com

Multiple Fraud and Malfeasance Lawsuits Against Tesla ...

Active Tesla Fraud-Related Lawsuit Countdown Score-Card ----- - Wohl & Fruchter LLP Tesla Fraud Case - Morgan & Morgan Tesla Fraud Case - The Law Offices of Howard G. Smith Tesla Fraud Case - Brower Piven Tesla Fraud Case ...
boycotttesla.wordpress.com/investigations/the-tesla-investigation/in...
boycotttesla.wordpress.com

Tesla Sued by Auto Dealers Association ¯ AutoGuide.com News

"Tesla is facing lawsuits in both Massachusetts and New York from members of the Automotive Trade Association, saying that the electric-car maker is operating illegal dealerships in those states."
autoguide.com/auto-news/2012/10/tesla-sued-by-auto-deal...
autoguide.com

Tesla Sued by New Mexico Real Estate Developer | Autopia | WIRED

"Tesla Sued by New Mexico Real Estate Developer. By Damon Lavrinc ; 08.01.12 | 4:12 pm | Permalink; Share on Facebook. 0. Tweet; ... The real estate group's lawsuit - filed earlier this year - takes Tesla to task for fraud, ..."

wired.com/2012/08/tesla-sued-nm/
wired.com

Tesla sued by developer for breaching contract to build ...

"Tesla is sued for damages, attorney fees for allegedly reneging on contract to build factory in New Mexico."

leftlanenews.com/tesla-sued-by-developer-for-breaching-con...
leftlanenews.com

Tesla sued under Wisconsin Lemon Law - Page 5

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Tesla Motors Inc (TSLA) Sued Under Wisconsins Lemon Law Anyone, has more info
teslamotorsclub.com/showthread.php/29662-Tesla-sued-under-Wis...
teslamotorsclub.com

Tesla Motors sued in Massachusetts and New York - Car News ...

"Tesla Motors is facing quite a storm this month. The legitimacy of its factory outlets (mostly in shopping malls)
came into question, and now dealer associations in Massachusetts and New York are suing the electric car
manufacturer for operating illegal stores."
auto123.com/en/news/tesla-motors-sued-in-massachusett...
auto123.com

White Collar Fraud: Did Tesla violate S.E.C. rules by failing ...

"George Blankenship's LinkedIn profile says he was ... and class action plaintiff's lawyers who investigated,
prosecuted, and sued me, I would still ... I've helped the AICPA Fraud Task Force develop better methods for
detecting fraud. I do not own any Tesla securities long or short ..."
whitecollarfraud.blogspot.com/2013/11/did-tesla-violate-sec-rules-by-fa...
whitecollarfraud.blogspot.com

Why Tesla is sued for fatal bike crash? | Forums | Tesla Motors

"Why Tesla is sued for fatal bike crash? Tam | 6 Febbraio 2014. ... As a physician, I've been sued for a number of
frivolous reasons. Whether cases were dropped, dismissed, or found in my favor by jury, I've never been able to
recoup for time lost or legal fees."
teslamotors.com/it_IT/forum/forums/why-tesla-sued-fatal-b...
teslamotors.com

China: Tesla sued over rights to name - Worldnews.com

"Tesla Motors, the electric car marker led by Elon Musk, has been sued in China for trademark infringement in
the latest example of the difficulties foreign companies face doing business in the country."
article.wn.com/view/2014/07/09/China_Tesla_sued_over_rig...
article.wn.com

Tesla Sued in China for $3.85 Million Over Trademark ...

"Electric car-maker Tesla is being sued in China for trademark infringement. Chinese businessman Zhan
Baosheng is suing the company over Tesla's trademark, wh..."
youtube.com/watch?v=Kwii68y1TL0
youtube.com

Will entry into another foreign war vaporize the American economy? Is ISIS baiting for a financial collapse.
"- Have Washington leaders listened to the dire warnings of economists? - Have they understood the warnings? -
Has there ever been an incident that didn't escalate? - Can we afford it, again? - Are the media and technology
advancements and plans of ISIS really bred in the deserts of Iraq..or in the bunkers of Iran? - Who is baiting who?
To set who up for failure in the U.S. , and overseas?   Will entry into another foreign war vaporize the American
economy? Is ISIS baiting for a financial collapse.\\"/will-entry-another-foreign-war-vaporize-american-economy-
isis-baiting-financial-collapse/   9/4/2014        THE EDITORS & WIKI MEMBERS   Uncategorized  "Profits
of War, US Economy"   publish ccft_post_comment_title:        panels_data: Array
kopa_fastnewslight_total_view: 5

THE BOOK OF TESLA, Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The Current U.S . Economy and 2014 Outlook - T. Rowe Price

"The Current U.S. Economy and 2014 Outlook ... the U.S. economy marked five years since the Lehman Brothers collapse that was a low point of the Great Recession, ... mainly due to the drag of sequestration cutbacks. The effect of sequestration will lessen over time, ..."
 individual.troweprice.com/public/Retail/Planning-&-Research/T.-Rowe...
 individual.troweprice.com

U.S. Economy 2014 - Daily Gains Letter

"U.S. economy 2014, economic analysis means looking at the interconnected effects of global events. Home; About Us; Our Company. Privacy Policy; Whitelist; ... When the U.S. economy was on the verge of collapse after the financial crisis of 2008, ..."
 dailygainsletter.com/economy/
 dailygainsletter.com

"Economy of the United States - Wikipedia, the free encyclopedia"

"A central feature of the U.S. economy is the economic freedom afforded to the private sector by allowing the ... a phenomenon that is both cause and effect of almost constant economic expansion. Until shortly after ... In 2014, the International Trade Union ..."
 en.wikipedia.org/wiki/Economy_of_the_United_States
 en.wikipedia.org

7 Potential Economic Effects Of A War With Iran

"What do you think that would do to the U.S. economy? ... There is an eight potential effect of war with Iran and that is a world wide reprisal(Jihad?) against Jews, ... America is not in any kind of shape to fight another war, ..."

 theeconomiccollapseblog.com/archives/7-potential-economic-effects-of-...
 theeconomiccollapseblog.com

War and Economic History - Joshua Goldstein

"Several specific economic effects of war recur across historical eras and locales. ... and that is to increase taxes."" Another way to pay for war is to borrow money, which increases government debt, ... Inflation also accompanied the U.S. Civil War, World War II, and the Vietnam War, among others."
 joshuagoldstein.com/jgeconhi.htm
 joshuagoldstein.com

United States Economy - News - Times Topics - The New York Times

Commerce Department reports United States economy shook off negative effects of ... International Monetary Fund says United States economic growth in 2014 will probably ... contends that there is ultimately no way of knowing whether 'too big to fail' will happen again until another ...
 topics.nytimes.com/top/reference/timestopics/subjects/u/unit...
 topics.nytimes.com

What effect does a war have on a country's economy. Is it ...

"What effect does a war have on a country's economy. ... this is what happened during the Second World War, the best examples of which are France and the United States. The US joined the war, but, ... If through still another similar law Votership is implemented, ..."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

answers.yahoo.com/question/index?qid=20070416062200AAmAxTZ
answers.yahoo.com

"Crimea Russia Conflict, Global Economy Effect, Sanctions ..."

"4 thoughts on "" Crimea Russia Conflict, Global Economy Effect, Sanctions, Energy ... US Ukraine Coup, Israel Gaza Conflict, War July 13, 2014; Federal ... Kenya, the Philippines, and [Redacted] SOMALGET, MYSTIC May 20, 2014; United States' Plutocracy, Economic Elite, Impact on ..."
usnewsghost.wordpress.com/2014/03/18/crimea-russia-ukraine-us-confl...
usnewsghost.wordpress.com

"chycho: The Next Phase of the Economic Collapse Has Begun, Be ..."

"The Next Phase of the Economic Collapse Has Begun, Be Prepared: ... The Business of War; Interest Rates and the Nortel Effect; Trading Revenue Drops ; ... - An example of how the surveillance state is hurting the U.S. economy: ..."
chycho.blogspot.com/2014/03/the-next-phase-of-economic-collap...
chycho.blogspot.com

Wartime Prosperity? A Reassessment of the U.S. Economy in the ...

"34. Vatter, The U.S. Economy, pp. 114-15; Polenberg, War and Society, pp. 138-45; and U.S. War Production Board, ... The Effect of the War on the Industrial Economy (Washington, DC, 1945). Vatter, Harold G., ... Copyright 2014 The Independent Institute ..."
independent.org/newsroom/article.asp?id=138
independent.org

Economic Cost Summary | Costs of War

Economic Cost Summary; US Economy >> Lost Jobs; ... Opportunity Costs of War Spending: What could the economy look like if we had not spent that money on war? ... (NPV) for future spending for Veterans obligations incurred through 2014.
costsofwar.org/article/economic-cost-summary
costsofwar.org

Why Russia Can't Afford Another Cold War - NYTimes.com

"U.S. ... Russia's economy may be an example of crony capitalism, but it is capitalism. ... 2014, on page B1 of the New York edition with the headline: Why Russia Can't Afford Another Cold War: Now It's Part of the Global Economy. Order Reprints | Today's Paper | Subscribe."
nytimes.com/2014/03/08/business/why-russia-cant-affor...
nytimes.com

Economic Problems Facing the U.S. | Economy In Crisis

"The United States is facing economic disaster on a scale few nations have ever experienced. ... September 01, 2014 By James Moreland ... ? 2014 Economy In Crisis. All Rights Reserved."
economyincrisis.org/content/major-economic-problems-facing-un...
economyincrisis.org

2013-2014 Great Recession or Great Depression to Collapse U.S ...

Be very worried about 2013 and be very worried about 2014 because that's when the next Recession or

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Depression will Collapse the U.S. Economy.
  worststockmarketcrashes.com/featured/2013-2014-great-recession-or-gre...
  worststockmarketcrashes.com

  How the Middle East Crisis Will Impact the U.S. Economy ...

  "... The world has been watching and waiting to see what would happen with the Middle East Crisis for the past
few weeks now, ... Looking at another Arab country, ... what does this mean for the economy in the United States

  ftmdaily.com/commodities/how-the-middle-east-crisis-wi...
  ftmdaily.com

  Economy | The White House

  "Tell us your story. The Administration. We the People. Create and Sign Petitions Now. ... Jobs & The Economy:
... July 23, 2014 2:20 PM. White House White Board: Vice President Biden on Rebuild America; February 08, ..."

  whitehouse.gov/economy/
  whitehouse.gov

  Understanding the real factors behind the American economy

  "... frustrated by our persistent bullying and disgusted with having their own government bought and controlled
by the United States, ... that is the only way to maintain the economy. By being at war it gives American agencies
access to the ... do it to some degree or another."
  rationalrevolution.net/war/understanding_the_real_factors_b.htm
  rationalrevolution.net

  Are Wars Good for the Economy? - Myths and Facts

  "... Let's suppose that the economy is in the low end of the business cycle, ... The standard ""a war gives the
economy a boost"" argument goes as follows: ... About Education Follow us: We deliver. Get the best of"
  economics.about.com/od/warandtheeconomy/a/warsandeconomy.htm
  economics.about.com

  "United States Economy 2014, CIA World Factbook"

  "United States Economy 2014
http://www.theodora.com/wfbcurrent/united_states/united_states_economy.html ... their advantage has narrowed
since the end of World War II. ... Oil prices climbed another 50% between 2006 and 2008, ..."
  theodora.com/wfbcurrent/united_states/united_states_ec...
  theodora.com

  Another false start for the U.S. economy? | MacroScope

  "February 4, 2014. Print; economy | emerging markets ... There are some disturbing signs another false start is
afoot, but it has become almost taboo to even raise the issue that the U.S. economy, ..."
  blogs.reuters.com/macroscope/2014/02/04/another-false-start...
  blogs.reuters.com

  9/11 Attacks Economic Impact - About

  "The 9/11 attacks had long-ranging economic impacts. ... US Economy Expert. Thanks for signing up! There

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

was a problem registering. ... the head of the al Qaida organization that master-minded the 9/11 attacks. The Afghan War did not cost much initially -- $20 billion, ..."
 useconomy.about.com/od/Financial-Crisis/f/911-Attacks-Economi...
 useconomy.about.com

 Ukraine crisis: Why it matters to the world economy -

 "While the world watches the escalating crisis in Ukraine, investors and world leaders are considering how the instability could roil the global economy. The political turmoil is rooted in the country's strategic economic position. It is an important conduit between Russia and major ..."
 money.cnn.com/2014/03/02/news/economy/ukraine-economy/i...
 money.cnn.com

 Ukraine mobilizes after Putin's 'declaration of war' | Reuters

 ... Ukraine (Reuters) - Ukraine mobilized for war on Sunday and Washington threatened to isolate Russia ... behave in 19th century fashion by invading another country on a completely trumped-up ... Analysts said U.S. economic sanctions would likely have little impact on ...
 reuters.com/article/2014/03/02/us-ukraine-crisis-idUS...
 reuters.com

 United States GDP Growth Rate | 1947-2014 | Data | Chart ...

 ... in the United States expanded by a seasonally adjusted annual rate of 4.2 percent in the second quarter of 2014 over the previous quarter. GDP Growth Rate ... GDP Growth Rate in the United States is reported by the U.S. Bureau of Economic ... Retail and wholesale trade creates another 12 ...
 tradingeconomics.com/united-states/gdp-growth
 tradingeconomics.com
 More Links ...

 Economic Effects of World War II

 The economic effects of the war were: Many men went to fight - women did their work. It also adopted a new way of running the economy (called Keynesian economics) which promised full employment (compare life during the Depression before the war).
 johndclare.net/wwii1_economic_effects.htm
 johndclare.net

 What Effect Would Ebola Have On Our Economy? Washington's Blog

 "What Effect Would Ebola Have On Our Economy? Posted on August 19, 2014 by WashingtonsBlog. The Economic Effects of Ebola. Another immediate consequence of the Black Death was dislocation of the demand for goods."
 washingtonsblog.com/2014/08/effect-ebola-economy.html
 washingtonsblog.com

 ...to Save the Economy Alex Jones' Infowars: There's a war on for your mind!

 "(Another) Idiot Economist Says We Need ""Major War"" to Save the Economy. by George Washington's blog | July 2, 2014. [Indeed, WWII was different from current wars in many ways, and so its economic effects are not comparable to those of today's wars.]"
 infowars.com/another-idiot-economist-says-we-need-majo...
 infowars.com

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Every Major Retailer has now been hacked, say security researchers. Only use ?special load ATM and credit cards? for now." "- Hackers using Zero Day, Cisco backdoor and Phishing to throw retail and medical computers wide open - Only buy online, or retail, with ""Special Load"" disposable credit cards or ATM account with no more than $200.00 in it, to protect your accounts - Retail buyer's personal data now offered up for sale, globally, on black market dark web sites - Experts examine to see if this is the Russian or ISIS Sept. Cyber Attack we were warned about - Ebay and FACEBOOK go down for ""Repairs"" but is it more than that? - APPLE shares fall like rock as iCloud shows itself to be very hackable"/every-major-retailer-now-hacked-say-security-researchers-use-special-load-atm-credit-cards-now/      9/3/2014      THE EDITORS & WIKI MEMBERS    "HOT TOPIC, Uncategorized"   "hackers, ISIS hack attack, major retailers hacked"        publish ccft_post_comment_title: panels_data: Array        wp-mm-fb-likes-enabled:        wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:    wp-mm-fb-likes-weekends:        wp-mm-fb-shares-enabled:        wp-mm-fb-shares-num: wp-mm-fb-shares-duration:wp-mm-fb-shares-weekends:    wp-mm-google-plus-enabled: 1 wp-mm-google-plus-num: 89    wp-mm-google-plus-duration: 40    wp-mm-google-plus-weekends: 60        wp-mm-twitter-tweets-enabled: 1    wp-mm-twitter-tweets-num: 50 wp-mm-twitter-tweets-duration: 50        wp-mm-twitter-tweets-weekends: 90 snap_MYURL: snapEdIT: 1

Home Depot's Suspected Breach Looks Just Like the Target Hack

"A new trove of stolen credit card data, likely from Home Depot, has appeared on the black-market website that sold Target's stolen data"
businessweek.com/articles/2014-09-02/home-depots-credit-ca...
businessweek.com

Home Depot reportedly hacked by data thieves who hit Target ...

"The data hackers could be the same ones behind Target's breach, according to the security expert who most recently revealed a potential data breach at Dairy Queen."
bizjournals.com/twincities/blog/banking/2014/09/home-depo...
bizjournals.com

Target Missed Warnings in Epic Hack of Credit Card Data ...

"The biggest retail hack in U.S. history wasn't particularly inventive, nor did it appear destined for success. In the days prior to Thanksgiving 2013, someone installed malware in Target's security and payments system designed to steal every credit card used at the company's ..."
businessweek.com/articles/2014-03-13/target-missed-alarms-...
businessweek.com

Target hacked: news and updates on the massive retail breach ...

"Between November 27th and December 15th, 2013, retail giant Target fell victim to a sophisticated hack that compromised data on tens of millions of its shoppers. Information on approximately 40 million credit and debit card accounts was stolen during the breach, and this sensitive ..."
theverge.com/2014/1/16/5316006/target-hacked-news-and-...
theverge.com

"Target hack: Tips for all customers - Jan. 10, 2014"

The Target holiday hack stole 40 million credit and debit cards. But it also broke into Target's massive database of information on 70 million customers. Here's what to do.
money.cnn.com/2014/01/10/technology/security/target-hac...
money.cnn.com

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Target Hacked - The Huffington Post

"Following criticism that Target and other retailers have been slow to publicly report attacks, Attorney General Eric Holder on Monday pressed for a ne..."
huffingtonpost.com/tag/target-hacked
huffingtonpost.com

Security firm traces Target malware to Russia - CNN.com

Independent security researcher Brian Krebs earlier reported that other code in the Target hack pointed to a Ukraine resident. Homeland security warns retailers. Target breach may be tied to Russian mob. Target 'grinched' for Christmas.
cnn.com/2014/01/20/us/money-target-breach/index.html
cnn.com

"Target Hacked, Credit Cards and Private Data for 40 Million ..."

"Earlier this week, word came out that Target was the victim of a massive hack that exposed the credit card numbers and other personal, private data for over 40 million customers at its brick-and-mortar stores. Now, Target has confirmed the breach."
lifehacker.com/target-hacked-credit-cards-and-private-da...
lifehacker.com

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

How was Target hacked? Security expert explains | BGR

"More unofficial details about the late 2013 Target hack that exposed up to 40 million credit and debit cards and personal data for up to 70 million customers have started to surface, Krebs on Security reports, revealing that a piece of malware that's ""nearly identical"" to a ..."
bgr.com/2014/01/16/how-was-target-hacked/
bgr.com

Target Hackers Broke in Via HVAC Company ? Krebs on Security

"Last week, Target told reporters at The Wall Street Journal and Reuters that the initial intrusion into its systems was traced back to network credentials that were stolen from a third party vendor. Sources now tell KrebsOnSecurity that the vendor in question was a refrigeration, heating and air"
krebsonsecurity.com/2014/02/target-hackers-broke-in-via-hvac-...
krebsonsecurity.com

Ultimate Target 2 Hacked at Hacked Arcade Games.com

Play Ultimate Target 2 Hacked. Enemy soldiers have taken control of a disused warehouse and they are heavily armed and ready to fight so from your vantage point see if you can pick them all off and kill them. - Keyhacks: Press [1] - Toggle Health [2] - Toggle Ammo
hackedarcadegames.com/game/19452/Ultimate-Target-2.html
hackedarcadegames

"Three more major U.S. retailers hacked, link to Target ..."

"Hardly a day went by since we heard that the big Target hack of December 2013 actually affected as many as 110 million people and that upscale retailer Neiman Marcus was also hacked that the cybercrime news has gotten even more interesting. According to a report from Reuters, three additional major"
siliconangle.com/blog/2014/01/13/three-more-major-u-s-reta...
siliconangle.com

List of Retailers Hacked Grows | Video - ABC News

Three additional major U.S. retailers were hacked this holiday shopping season
abcnews.go.com/WNT/video/list-retailers-hacked-grows-215...
abcnews.go.com

Exclusive: More well-known U.S. retailers victims of cyber ..

"BOSTON/WASHINGTON (Reuters) - Target Corp and Neiman Marcus are not the only U.S. retailers whose networks were breached over the holiday shopping season last year, according to sources familiar with attacks"

reuters.com/article/2014/01/12/us-target-databreach-r...
reuters.com

Other Major U.S. Retailers Were Also Reportedly Hacked During ...

"Back in December it was reported that Target had been the victim of a massive security breach which resulted into personal information of more than 40 million customers being compromised. The retailer did acknowledge that it was attacked, but assured customers that their bank PINs were safe and"
ubergizmo.com/2014/01/other-major-u-s-retailers-were-al...
ubergizmo.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

9 major U.S. retailers hacked... - On the web - SpywareInfo Forum

"9 major U.S. retailers hacked... - posted in On the web: FYI ... ""The Department of Justice announced Tuesday that it had charged 11 people in connection with the hacking of nine major U.S. retailers and the theft and sale of more than 40 million credit and debit card numbers."
spywareinfoforum.com/topic/118733-9-major-us-retailers-hacked/
spywareinfoforum.com

Report: Holiday Hackers Attacked At Least Three Other Major ...

"If you thought you dodged a bullet during Target and Neiman Marcus' holiday data breaches, you might want to sit down. According to a Reuters report published early this morning, at least three other well-known U.S. retailers were hacked, too. After yesterday's rumors that hackers had swiped Target"
gizmodo.com/report-holiday-hackers-attacked-at-least-...
gizmodo.com

6 More Stores Attacked By Same Hack As Target: Firm

"Next Top Stories For Tuesday, September 2; Next Ferguson And The Black Vote; Coming Up #WorldBrief with @joshzepps; ... Target and Neiman Marcus Weren't The Only Retailers To Get Hacked Around ... Conversations. Most Popular. 11 Lies About ..."
huffingtonpost.com/2014/01/17/six-other-stores-are-bein_n_46...
huffingtonpost.com

"Target and Neiman Marcus hacks: The latest - Jan. 13, 2014"

"Many questions remained unanswered Monday after Target said its holiday shopping hack was worse than first believed, and another major retailer said it too had been breached. Neiman Marcus said over the weekend that cards of some customers had been used fraudulently, but provided ..."
money.cnn.com/2014/01/13/news/target-neiman-marcus-hack...
money.cnn.com

More retailers reportedly hit by cyber attacks | Fox News

At least three other well-known retailers in addition to Target and Neiman Marcus were apparently hit by cyber attacks over the holiday shopping season that have not been publicly disclosed.
foxnews.com/tech/2014/01/12/more-retailers-reportedly...
foxnews.com

List of Retailers Hacked Grows | Watch the video - Yahoo News

Watch the video List of Retailers Hacked Grows on Yahoo News . Three additional major U.S. retailers were hacked this holiday shopping season.
news.yahoo.com/video/list-retailers-hacked-grows-0038327...
news.yahoo.com

Target breach helps usher in new world of data security

"After Target announced that its credit and customer records had been hacked, ... Target breach helps usher in new world of data security. ... Here are the major retailers and a lodging company affected by large data breaches in just the past three months."
usatoday.com/story/money/business/2014/02/22/retail-ha...

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

usatoday.com

Major US clothing retailer hacked potentially affecting ...

A major clothing retailer announced Wednesday that hackers accessed its network and stole an unknown amount of credit card information.
"itnews.com.au/News/71582,major-us-clothing-retailer-hac..."
itnews.com.au

More major retailers hacked | Home to the MSN Refugees

Welcome! Click here for the How-To Section. HOW DO I... Code of Conduct (CoC)
notmsnmoney.proboards.com/thread/37937/more-major-retailers-hacked
notmsnmoney.proboards.com

Multiple Retailers Hacked During Holidays - The State of Security

"Reuters is reporting that several major retailers were the victims of data consumer losses over the holiday season in addition to Target and Neiman Marcus, though the breaches have yet to be publicly disclosed."
tripwire.com/state-of-security/top-security-stories/se...
tripwire.com

Goodbye Internet Freedom: 4 More Major Retailers Hacked ...

"Goodbye Internet Freedom: 4 More Major Retailers Hacked, Names Of Companies Being Withheld"
godlikeproductions.com/forum1/message2458012/pg1
godlikeproductions.com

Target and Neiman Marcus Weren't The Only Retailers To Get ...

"Target and Neiman Marcus Weren't The Only Retailers To Get Hacked Around Christmas. Jim Finkle and Mark Hosenball, Reuters; Jan. 12, 2014, 9:02 AM; ... Retailers are often reluctant to report breaches out of concern it could hurt their businesses."
businessinsider.com/target-hack-2014-1
businessinsider.com

US government warns retailers of techniques used by Target ..

"The United States government has sent a confidential, 16-page document to major retailers that outlines how hackers infiltrated Target's data systems late last year and made off with sensitive..."
theverge.com/2014/1/16/5316508/government-warns-other-...
theverge.com

"Target, Neiman Marcus not only victims of cyber attacks ..."

"Target, Neiman Marcus not only victims of cyber attacks: sources Retailers with outlets in malls were also victims of breaches during the holiday shopping season."
nydailynews.com/news/national/stores-cyber-hacked-holiday...
nydailynews.com

More retailers hit by security breaches; malware found on ...

"It looks like Target isn't alone in suffering a major data breach recently. There may be several other retailers

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

besides Target and Neiman Marcus that were hit by hackers over the holiday season, according to Reuters. The full extent of a recent round of attacks on US retailers' IT ..."
  zdnet.com/more-retailers-hit-by-security-breaches-m...
  zdnet.com


U.S. Stores Hacked; 40 Million Card Numbers Stolen : NPR

 The Justice Department has filed criminal charges against 11 suspects in what officials are calling the largest hacking and identity theft case the department has ever prosecuted. The government alleges that the ring hacked the computer systems of major retailers and stole credit and ...
  npr.org/templates/story/story.php?storyId=93329945
  npr.org
  SHOCKER: Humans Tired of Being Used Like Cattle. Cramped Seat Syndrome just one of the signs.
  "SHOCKER: Humans Tired of Being Used Like Cattle. Cramped Seat Syndrome just one of the signs. - Huge surge in jetliner emergency landings from abused passenger revolts resulting from jamming as many humans into a box as possible - Huge consumer rejection of internet companies using them for ""mood manipulation"" brain-washing, to get them to buy mass-market goods - Consumers reject banks for using them as ""fee tools"" on loans and credit cards in volume billing scams. DOJ has filed multiple charges. Bank revenue falling like rock - Millennials got the internet, got aware and realize the BS of cattle-marketing ploys - The New World cluster-f**k is not a ""New World Order"" it is a New World Re-Ordering All around America, the signs and actions are clear, in the subways, on the planes and in the Malls. People are not only speaking with their wallets; they are speaking with their wallets, votes, intentions and voices! Politicians in Washington create a self-reinforcing bubble around themselves and rely on rigged McKinsey reports to tell them what is ""trending"" (Ignoring the fact that business owners pay to steer those reports.) ""Trending"" and Reality turn out to be TWO VERY DIFFERENT THINGS. They never see anything until it is too late. Obama's record-low sub-39% Poll numbers have more to do with the out-of-touch White House staff he hired than the man himself. American's need to write their leaders and tell them what is really going on. Even better, Americans need to be the leaders and run for office and make these changes. Creating social unrest for profit was only supposed to be Matt Drudge's job, according to Senator Cruz; but the public transit industry is now contributing to civil unrest as much as a Berkeley student agitator. The new American consumer is aware, mad as hell and they have stood up and proven that they really are ""not going to take it anymore"". Corporations that don't, rapidly, change their business plans to acknowledge people as humans, and not as cattle, are going to rapidly wither and pass away. Mid-Term election campaign managers are, in many cases, completely ignoring the ""Hipster Vote"". They have missed the fact that more of their base just died, or became senile, than ever before in history. Mid-Term elections could bring another kind of shocker. It is much harder to fool the new American voter. It may actually take honesty (OMFG) to win elections,now!  "/shocker-humans-tired-used-like-cattle-cramped-seat-syndrome-just-one-signs/
  9/3/2014          THE EDITORS & WIKI MEMBERS   Uncategorized   "cramped seats, SHOCKER: Humans Tired of Being Used Like Cattle. Cramped Seat Syndrome just one of the signs."  publish
  ccft_post_comment_title:        panels_data: Array        kopa_fastnewslight_total_view: 2


Cramped airplanes lead to increase in passenger unrest | The ...

 "Cramped airplanes lead to increase in passenger unrest Fliers take anger out on each other over reclining seats, more"
  columbian.com/news/2014/sep/02/cramped-airplanes-lead-t...
  columbian.com


 "As airline seating space decreases, 'legroom wars' increase"


 "Sales of the gadget ""in the past two and a half years have been increasing on a continuous angle,"" its inventor, ... denouncing the cramped seats and taking sides in the undeclared war between the too-tall versus the ? generally inadvertent ? strikes of the knee crushers in ..."
  rawstory.com/rs/2014/08/30/as-airline-seating-space-de...

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

rawstory.com

'Legroom war' rages as planes grow more cramped - Yahoo News UK

""Legroom war' rages as planes grow more cramped" on Yahoo News UK. To recline or not to recline? Airplane ""legroom wars"" are prompting growing rage in the United States, with two recent seat battles sparking a heated debate about the knee-bumping practice."
uk.news.yahoo.com/legroom-war-rages-planes-grow-more-crampe...
uk.news.yahoo.com

The Hidden Cost of a Cramped Airline Seat - Bloomberg View

"The Hidden Cost of a Cramped Airline Seat. 5 Mar 19, ... In addition to shortening seat bottoms and compressing seat backs, the airline will probably reduce legroom by a few inches to bring it in line with the industry standard."
bloombergview.com/articles/2014-03-19/the-hidden-cost-of-a-...
bloombergview.com

Worst Airplane Seat Ever | SmarterTravel - The Huffington Post

"News broke earlier this week that Airbus filed a patent for what might be the least comfortable airplane seat ... we wonder? Even the shortest commuter flights are already cramped and ... (especially those in coach) tolerate an increasing amount of discomfort, while paying ever-increasing ..."
huffingtonpost.com/smartertravel/worst-airplane-seat-ever_b_...
huffingtonpost.com

FAA Approved Car Seats That Don't Fit - Jet With Kids

"My infant car seat doesn't fit in the airplane seat! ... it can be shocking and extremely frustrating to find the infant car seat doesn't even fit into the cramped airline seat and row. This is occurring both with narrow seats ... She acknowledged the increasing potential for issues,"
jetwithkids.com/blog/faa-approved-car-seats-that-dont-fit
jetwithkids.com

Increasing leg room for the taller and bigger guys - Honda-Tech

Increasing leg room for the taller and bigger guys Sign in using an ... I am going to do the stock seat lowering mod over christmas and I was considering getting a smaller ... yeaa im 6'0 and the car is JUST right all the way back at a comfortable angle. definitely feel cramped inside.
honda-tech.com/showthread.php?t=2875617
honda-tech.com

The Shrinking Airline Seat | IndependentTraveler.com

"The standard airline seat is 17.2"" wide, ... No wonder we're feeling cramped. Cramming More Seats on the Plane ... Theater 2 will install stadiums-style seats in January, increasing seat sizes by two inches across the board, ..."
independenttraveler.com/travel-tips/travelers-ed/the-shrinking-ai...
independenttraveler.com

"Cramped or comfortable, new airline seats still put ..."

"Cramped or comfortable, more seats per plane means more people hoping to use already stuffed overhead

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

bins, ... The move, while designed to appeal to travelers, is also a dig at Boeing, which has delivered an increasing number of planes with 17-inch seats, ..."
  nbcnews.com/business/travel/cramped-or-comfortable-ne...
  nbcnews.com


  "Leg Room, Drivers seat, G3 CR-V - Honda CR-V Owners Club - Home"


  "Leg Room, Drivers seat, G3 CR-V ... Adjusted the drivers seat all the way back and even they are to cramped for my legs, so electric seats seem to have the same travel as non-electric seats. I wonder if you can re-position the seat bolt holes so it will sit back an inch or two."
  crvownersclub.com/forums/17-interior/4969-leg-room-drivers-...
  crvownersclub.com


  Feeling cramped? How to battle the shrinking airline seat ...


  "Airline seats are shrinking from the once standard 18.5 inches to 17 inches across; Meanwhile, passengers are getting heavier, and flights are getting more crammed"
  cnn.com/2013/11/07/travel/feeling-cramped-battle-...
  cnn.com


  'Legroom war' rages as planes grow more cramped of late


  "Sales of the gadget 'in the past two-and-a-half years have been increasing on a ... on more crowded planes, the space is smaller and the airlines still provide seats that recline,"" added the ... has abounded, denouncing the cramped seats and taking sides in the undeclared war ..."
  thehimalayantimes.com/fullNews.php?headline='Legroom+war'+rages...
  thehimalayantimes.com


  Plane Makers Add Seats to Help Airlines Boost Profits ...
        **************************** Federal funds flow to clean-energy firms with Obama administration ties By Carol D. Leonnig and Joe Stephens, Washington Post Sanjay Wagle was a venture capitalist and Barack Obama fundraiser in 2008, rallying support through a group he headed known as Clean Tech for Obama. Shortly after Obama?s election, he left his California firm to join the Energy Department, just as the administration embarked on a massive program to stimulate the economy with federal investments in clean-technology firms. Following an enduring Washington tradition, Wagle shifted from the private sector, where his firm hoped to profit from federal investments, to an insider?s seat in the administration?s $80 billion clean-energy investment program. He was one of several players in venture capital, which was providing financial backing to start-up clean-tech companies, who moved into the Energy Department at a time when the agency was seeking outside expertise in the field. At the same time, their industry had a huge stake in decisions about which companies would receive government loans, grants and support. During the next three years, the department provided $2.4 billion in public funding to clean-energy companies in which Wagle?s former firm, Vantage Point Venture Partners, had invested, a Washington Post analysis found. Overall, the Post found that $3.9 billion in federal grants and financing flowed to 21 companies backed by firms with connections to five Obama administration staffers and advisers. Obama?s program to invest federal funds in start-up companies ? and the failure of some of those companies ? is becoming a rallying cry for opponents in the presidential race. Mitt Romney has promised to focus on Obama?s ?record? as a ?venture capitalist.? And in ads and speeches, conservative groups and the Republican candidates are zeroing in on the administration?s decision to extend $535 million to the now-shuttered solar firm Solyndra and billions of dollars more to clean-tech start-ups backed by the president?s political allies. White House officials stress that staffers and advisers with venture capital ties did not make funding decisions related to these companies. But e-mails released in a congressional probe of Obama?s clean-tech program show that staff and advisers with links to venture firms informally advocated for some of those companies. David Gold, a venture capitalist and critic of Obama?s investments in clean tech, said that even if staffers had been removed from the final decision-making, they had the kind of inside access to exert subtle influence. ?To believe those

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

quiet conversations don?t happen in the hallways ? about a project being in a certain congressman?s district or being associated with a significant presidential donor, is naive,? said Gold, who once worked at the Office of Management and Budget. ?When you?re putting this kind of pressure on an organization to make decisions on very big dollars, there?s increased likelihood that political connections will influence things.? Energy Department spokesman Damien LaVera said the companies won awards based on merit, not political connections. He said the staffers and advisory board members reviewed by the Post had no role in funding decisions, nor did they have any personal financial stake in the companies. One of those administration advisers had first been appointed to his position by the Bush administration, LaVera said. ?As is evident from the 10-month long congressional investigation into Solyndra, Energy Department loans and grants are decided on the merits,? White House spokesman Eric Schultz said. ?What?s more, these are all professionals with expertise in clean-energy science, finance or both ? but none of them play a decisional role in DOE awards and none of them are in positions of regulating the industry.? Venture capitalists arrive During the 2008 campaign, the venture capital industry lined up behind Obama as he vowed to spur clean-technology development. Obama raised more than twice the venture capital contributions of his opponent, Republican candidate John McCain. Known for making billions of dollars in the 1990s on Internet startups, venture firms in 2006 were rapidly switching to invest in clean tech. Legendary venture partner John Doerr, a leading early investor in Google and Amazon, that year called the clean-energy sector the next great profit center, ?the mother of all markets.? With the 2008 economic crisis, new private investment in fledgling clean-tech companies withered. But passage of the $787 billion stimulus package offered new opportunities to launch and grow those firms, with $80 billion set aside for clean energy and energy-efficiency efforts. Suddenly flush with cash, the Energy Department was under orders to ramp up quickly and get money out to promising companies. The administration tapped industry players to take on key Energy Department roles, both as agency staffers and outside advisers on agency boards. Wagle, then 38, took a job as a stimulus adviser in the agency?s recovery act office. Officials say his role did not involve making funding decisions for companies tied to Vantage Point. Private investors cheered the administration for hiring industry colleagues. In a 2009 article, venture firm leader Jim Matheson said Wagle, along with another Washington-bound venture capitalist, David Danielson, would help ensure commercial successes from ?the steady flow of dollars coming out of D.C.? Wagle?s former employer had invested in several companies that received federal money: Brightsource, which won a $1.6 billion federal loan for a solar-generating plant; Tesla Motors, which won a $465 million loan to build electric cars; and biofuels firm Mascoma, which in 2011 received $80 million for a Michigan ethanol plant. Wagle recently returned to the California venture capital industry to work as an investor and clean-tech adviser. Reached at his home, he declined to comment. Vantage Point Venture Partners, renamed Vantage Point Capital Partners, did not respond to requests for comment. Danielson, formerly of General Catalyst, joined an Energy Department office whose mission was to fund breakthrough energy technologies. Officials say he had no role in arranging $105 million in funding for three General Catalyst portfolio firms. David Sandalow, a former Clinton administration official and Brookings Institution fellow, had been paid $239,000 for consulting work for a venture capital firm, Good Energies, in 2008 before joining the Energy Department as assistant secretary for policy and international affairs, his disclosure form shows. A Good Energies-backed firm, SolarReserve, won a $737 million agency loan. Officials say Sandalow played no role in arranging it and LaVera, speaking on behalf of Sandalow, said the assistant secretary had no financial interest in Good Energies or SolarReserve. The Energy Department came under criticism from Republicans earlier this year when agency e-mails raised questions about a possible conflict of interest involving Steven J. Spinner, a former department loan adviser who disclosed that his wife worked for Wilson Sonsini, a Silicon Valley law firm that handled funding applications for several clean-tech companies. Wilson Sonsini?s clean-tech clients reaped $2.75 billion in Department of Energy grants and financing, the Post analysis found. One of the firm?s clients was Solyndra. Republicans have accused the Obama administration of favoring the risky company because its leading investor was tied to a major Obama donor. Wilson Sonsini had its own connection to the White House: the firm?s chief executive, John Roos, was a top bundler for Obama?s 2008 campaign. Before joining the administration, Spinner, a venture investor and start-up adviser, also helped raise $500,000 for Obama as a member of his national campaign finance committee. He has pledged to raise a half-million dollars or more for Obama?s reelection effort. Once inside the agency, Spinner agreed not to discuss loan matters involving Wilson Sonsini clients. But e-mails show he urged career officials to resolve delays in the Solyndra loan, and also defended the financial prospects of Solyndra to a White House deputy before its federal loan was approved. Spinner left the Energy Department in the fall of 2010. He did not respond to requests for comment. The department said Spinner was not

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

involved in the company?s application review or loan approval. A Wilson Sonsini spokesman said the firm does not believe its employment of Spinner?s wife influenced Energy Department decisions. I nvestors as advisers Thousands of agency and White House e-mails released as part of the Solyndra investigation show that venture capitalists who held advisory roles with the Energy Department were given access to Obama?s top advisers. Steve Westly, an Obama fundraising bundler for both his 2008 and 2012 campaigns, is a founder of the venture firm Westly Group and served part time on Energy Secretary Steven Chu?s advisory board. The e-mails show that Westly communicated with senior White House officials, including Obama adviser Valerie Jarrett, voicing concerns about the president?s planned appearance at Solyndra. Westly?s firm also fared well in the agency?s distribution of loans and grants. Its portfolio companies received $600 million in funding. LaVera said Westly had no role in the funding decisions. David Prend also surfaces in the e-mails as a venture capital investor who had White House access. His firm, Rockport Capital Partners in Boston, was among the investors in Solyndra, with a 7.5 percent stake. The e-mails show him asking a White House aide to ?help get the word out? about Solyndra and asking for help on another Rockport portfolio company. They show he and a group of venture capital investors met with new White House climate

czar Carol Browner before Solyndra?s loan was tenatively approved, and the White House confirmed that the subject of the company came up briefly. Prend had worked closely with the Energy Department since the Bush administration, when he was first appointed to an advisory panel for the National Renewable Energy Laboratory. He continued to advise the Obama administration, while also chairing a panel that helps advise the department on solar technologies. The agency provided $550 million to several firms in which Rockport had invested at the time. The department gave an additional $118 million grant to an electric-car battery company, Ener1, that was partnered with Rockport portfolio car company Think. (Rockport soon after invested in Ener1.) Ener1 filed for bankruptcy protection last month. LaVera and Chad Kolton, a Rockport spokesman, said that Prend?s advisory role was separate from stimulus programs and had no bearing on agency decisions about companies backed by Rockport. Research editor Alice Crites contributed to this story.


# Why did intelligence agency assassins and drug smugglers need to work for Elon Musk? The strange story of the tiny CIA operation called In-Q-Tel

In-Q-Tel had over five tons of cocaine on their airplanes called, per FAA records, "Cocaine One" and "Cocaine Two"

They are a "501 C 3 non-profit charity" yet they run hit-jobs, work with murderers, attack companies for a fee, manipulate politics and do other dirty tricks work.

What do they know about the death of Rajeev Motwani, Gary D. Conley and others?

Why was the head of the largest digital drug smuggling operation: Silk Road, also working for Musk?

The Corbett Report, Alex Jones and many indie news outlets call them a "corrupt, unregulated private spy operation".


POTOMAC WATCH -  Vulture Capitalism? Try Obama?s Version. A profit-driven economy is preferable to one run by political favoritism. President Obama is no fan of Mitt Romney-style ?vulture? capitalism. So what?s his alternative? All those Republicans grousing about the president?s attacks on private equity might   instead be seizing on this beautiful point of contrast. Mr. Obama, after all, is no mere   mortal president. Even as he?s been busy with the day job, he?s found time to moonlight   as CEO-in-Chief of half the nation?s industry. Detroit, the energy sector, health care?he?s all over these guys like a cheap spreadsheet. Like Mr. Romney, Mr. Obama has presided over bankruptcies, layoffs, lost pensions,   run-ups in debt. Yet unlike Mr. Romney, Mr. Obama?s C-suite required billions in taxpayer   dollars and subsidies, as well as mandates, regulations, union payoffs and moral hazard.   Don?t like ?vulture? capitalism? Check out the form the president?s had on offer these past three years: ?

crony? capitalism.   The case study is the solar-panel maker Solyndra, which was part of a green-energy   sector that even by 2009 was flailing. The president took one look at the industry?s utter   lack of both profits and sellable products, and yelled ?that?s my baby!? The stimulus bill shipped tens of billions of dollars to the Energy Department to pour into green companies   via grants and loans. It promised five million jobs. The Energy Department?s nuclear physicists were admittedly a bit flummoxed by the   whole P&L thing, but they got their venture-capitalism groove on and in 2009 handed   Solyndra a $535 million loan guarantee. Even prior to disbursement, government   accountants were warning that Solyndra was a lemon, but the White House didn?t worry.   After all, the IRS had only recently and conveniently tripled the tax credit (to 30%) for   buyers of Solyndra products, which the government figured would help grease their   start-up?s skids. Unfortunately, the physicist-CFOs   overlooked that whole ?global energy   market? factor?easy mistake! Foreign   competitors were already piling into Solyndra?s niche. Unable to compete, the   firm went ba"

"Who Conspires:1. ""Angel Investor 'clubs' "" 2. Tier 1 VC groups 3. VC's and bankers 4. VC's and real estate companies 5. VC's and politicians 6. VC organizations, ie: 7. VC's and their Frat house ""business club"" friends*****************************************"

Killing Mike Chieky: Silicon Valley Vc's want total control ...

"Killing Mike Chieky: Silicon Valley Vc's want total control of ""Green Energy"", but only their version, so they ""kill"" off the outsiders!"
somosnark.wordpress.com/2014/04/14/killing-mike-chieky-silicon-va...
somosnark.wordpress.com

Killing Mike Chieky: Google's Silicon Valley Vc's want ...

"Killing Mike Chieky: Google's Silicon Valley Vc's want total control of ""Green Energy"", but only their version, so they ""kill"" off the outsiders! The Verge published an article, today, by a writer who, his targets say, is ""a hired character killer"". The article covers a prolific ..."
googlespiesonu.wordpress.com/2014/04/14/killing-mike-chieky-silicon-va...
googlespiesonu.wordpress.com

Mike Cheiky: Executive Profile & Biography - Businessweek

"Mr. Mike Cheiky founded Transonic Combustion, Inc. in July 2006 and has been its Technical Advisor since December 2008. Mr. Cheiky served as Chief Executive Officer and President of Transonic Combustion, Inc. until December 2008. Mr. Cheiky also Co-founded GoTV Networks, Inc. in 1997."
investing.businessweek.com/research/stocks/private/person.asp?person...
investing.businessweek.com

** Do White House Press Staff and Campaign Billionaires ...

But what if you could kill people that bugged you without causing a dead body? ...
https://boycotttesla.wordpress.com/2014/04/14/killing-mike-chieky-silicon-valley-vcs-want-total-control-of-green-energy-but-only-their-version/ The Assassination of Greg Craig ...
meetslife.com/rooms/white-house-press-staff-campaign-bi...
meetslife.com

InnovatioNews Mike Cheiky Archives ¯ InnovatioNews

"Tag beetle kill, biochar, Bioenergy Alliance Network of the Rockies, Christine Shapard, Colorado Cleantech Industry Association, Cool Planet Energy Systems, Denver, Howard Janzen, Mike Cheiky, Mike Rocke. InnovatioNews Sponsors - click to visit . Archives. August 2014; July 2014;"
innovationews.com/tag/mike-cheiky/
innovationews.com

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

VCs Corrupt Universities - NUC

"Flouting due process in the selection of vice-chancellors for universities is a major cause of the increasing corruption within the system, Executive Secretary of the National Universities Commission (NUC) Professor Julius Okojie has said."
naij.com/28297.html
naij.com

"Money laundering & bribery: VC's, private equity & pension ..."

"Global investments, private equity, foreign institutional investors and VC's would be potential targets of 'ethical shareholder' enforcement activity. ... dividend payments arising from profits stemming from any corrupt activities undertaken by the company invested in."
thebriberyact.com/2011/10/02/money-laundering-bribery-vcs-p...
thebriberyact.com

Law and Corruption in Venture Capital and Private Equity ...

"This chapter summarizes recent research on the role of law, culture and corruption on venture capital (VC) fund structure, governance and performance."
link.springer.com/chapter/10.1007/978-94-007-3867-6_5
link.springer.com

10 Most Corrupt US Capitalists | The Big Picture

"Regardless, I was reminded of that when I came across this list of the ""corrupt corporate capitalists who leveraged their connections in government for their own personal profit . . .""
ritholtz.com/blog/2010/05/10-most-corrupt-us-capitalists/
ritholtz.com

Obama's Corrupt And Failed Foray Into Venture Capitalism ..

"Obama has been accusing Romney of being a criminal for running a stellar and successful venture capital company. Unlike Romney, Obama has operated as a failed and corrupt venture capitalist - using taxpayer money to reward campaign donations."
stevengoddard.wordpress.com/2012/07/14/obamas-corrupt-and-failed-fora...
stevengoddard.wordpress.com

ALERT! United States Venture Capitalists Corruption ...

"America's Eugenics Theory Take Over The United States has been ""fooled and schooled,"" by International venture capitalists, pharmaceutical corporations, Investors, private equity businesses, international foundations and many other corrupt mutli-level mergers and pyramid schemers."
consumer2savlives.wordpress.com/2014/03/13/alert-united-states-venture-ca...
consumer2savlives.wordpress.com

Foreign Corrupt Practices Act and Venture Capital

The Green Corruption Files - blogspot.com

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Did the ""Green Gov"" Deval Patrick ""Strong Arm"" the Cape Wind Deal in 2010? ... However, most paying attention know that Big Wind is ""the most corrupt and corrupting industry in the world."" ... Big Banks and Big Venture Capitalists. ..."
greencorruption.blogspot.com
greencorruption.blogspot.com

Hackers Corrupt Website Belonging to Venture Capital Firm ..

"Hackers Corrupt Website Belonging to Venture Capital Firm. Hackers recently took over the website of Blueprint Ventures based in South San Francisco, USA."
spamfighter.com/News-7303-Hackers-Corrupt-Website-Belongi...
spamfighter.com

Governments Acting as Venture Capitalists

Governments Acting as Venture Capitalists. The ... guarantee of loss is always bore by the very people who suffer the most by crony corrupt capitalism. Let us get real and dissolve ...
batr.org/negotium/030712.html
batr.org

FBI warns Boston-area startups: Beware Russian spies posing ...

"The FBI warned Boston-area businesses and academic institutions earlier this month of ""scams involving malicious [Russian] venture capitalists."""
venturebeat.com/2014/04/21/fbi-warns-boston-area-startups...
venturebeat.com

"Public Inquiry ú Vulture capitalists, corrupt politicians ..."

"Vulture capitalists, corrupt politicians and poverty. September 23, 2012 in Body Politic, Corporate, Government, ... Mr. Ross is obviously a man who checks out every detail surrounding a venture before he commits large amounts of cash."
publicinquiry.eu/2012/09/23/business-vultures-corrupt-poli...
publicinquiry.eu

"The Rules Of Venture Capital - April 15, 2002"

"(FORTUNE Magazine) - Some of my best friends are venture capitalists! Sure, venture capitalists are now seen as villains. My colleagues and I are charged with being inept, corrupt moneychangers who are only interested in short-term profits."
archive.fortune.com/magazines/fortune/fortune_archive/2002/04...
archive.fortune.com

EconPapers: Law and Corruption in Venture Capital and Private ...

"Law and Corruption in Venture Capital and Private Equity. Douglas J. Cumming (), ... More corrupt countries, by contrast, have less efficient compensation structures. The evidence further indicates that better legal systems facilitate contract performance."
econpapers.repec.org/RePEc:dau:papers:123456789/10801
econpapers.repec.org

"August 31, 2009 - Jim's blog"

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Patricoff and Dinallo are arguing against supervision of venture capital by the SEC under laws proposed in Congress. Venture capital has become an extremely corrupt business, where billionaires and centi-millionaires exploit lack of regulation to loot the stock market, and strong-arm pension and ..."
fawcette.net/2009/08/venture-capitalists-fib-to-stop-t...
fawcette.net

Minimizing Anti-Corruption Deal Risk While Maximizing Returns ...

"Minimizing Anti-Corruption Deal Risk While Maximizing Returns on Venture Capital Investments The FCPA Report Authors: G. Derek Andreson, Thomas M. Shoesmith, Marc H. Axelbaum, Ryan R. Sparacino"
pillsburylaw.com/publications/minimizing-anti-corruption-d...
pillsburylaw.com

Natural Finance - 21st century venture capital: Perfect ...

"Natural Finance can provide venture capital less expensively, ... The one sentence distinction between Perfect Competionism and modern use of the word Capitalism, is that Capitalism includes the freedom to corrupt markets."
naturalfinance.net/2012/03/perfect-competition-ism-vs-capita...
naturalfinance.net

From venture investment to strategic missile transport ..

"The text urged those contacted by Russian venture capitalists to remain vigilant and cognizant of the potential losses and compromises of company assets. ... ""The Foreign Corrupt Practices Act prohibits U.S. firms from engaging in corrupt activities overseas,"" the FBI agent observed."
ewdn.com/2014/04/18/from-venture-investment-to-str...
ewdn.com

The Risks Of FCPA Joint Venture Liability - Law360

The rash of recent Foreign Corrupt Practices Act enforcement actions involving joint venture partnerships highlight the very real and potentially significant liability that a company may face because of the misconduct of a joint venture and joint venture partners. Risk-management measures should ...
law360.com/articles/361936/the-risks-of-fcpa-joint-v...
law360.com

How Venture Capital is Ruining the Internet

How Venture Capital is Ruining the Internet By Eric Janszen ? Bankrate.com. Fresh on 7/18/00: The funders of the Net economy are choking out good businesses and rewarding bogus ones
origin.bankrate.com/brm/news/investing/20000718d.asp
origin.bankrate.com

Meet The CIA's Venture Capitalist - Businessweek

"The mission Louie eventually chose to accept was to head the agency's venture-capital arm, dubbed In-Q-Tel. ... Jonas' company makes software that helps organizations ferret out corrupt people -- a natural fit for the government, ..."
businessweek.com/stories/2005-05-09/meet-the-cias-venture-...
businessweek.com

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Venture Capital and Emerging Companies | Practices | Holland ..

Holland & Knight's Venture Capital and Private Equity Team represents emerging companies and investors that fund them.
hklaw.com/Practices/Venture-Capital-Emerging-Compan...
hklaw.com

Where Markets Are Hot: Opportunities for Venture Capitalists ...

"Venture capitalists who come to Southeast Europe can easily find three or four families or entrepreneurs that dominate particular industries, he said. ... Avoiding Corrupt Practices. Panelists turned to the U.S. Foreign Corrupt Practices Act ..."
knowledge.wharton.upenn.edu/article/where-markets-are-hot-opportuniti...
knowledge.wharton.upenn.edu

## Reporters charge White House staff with campaign funds and stock fraud scam. New evidence points to high level Administration involvement. Did White House create ISIS in order to get TESLA cars sold?

"  Evolving Story... For more, see this link: /?p=2733 Crony's charged as fronts for Silicon Valley Campaign Investors kickback scheme Said Donna from the Reporting Team: ""While this is certainly a controversial topic, There is nothing here that can't be settled in front of the American Public before a Special Prosecutor in Washington, DC. Elon Musk, Dianne Feinstein, David Axelrod and all the rest can blather on and on, with their distraction spin, hype and bluster, but the facts will speak for themselves. If these people have nothing to hide and nothing to fear, as they say, then let's see them sign a letter of support for the appointment of a Special Prosecutor to review these charges! To continue to sabotage the appointment of a Special Prosecutor is to admit guilt. Everyone is saying this is ""the most incompetent Administration"" in history but was it incompetence or sneakiness that got them in trouble  ""

## Did Obama Get played? Was he used as a front-man for a Silicon Valley Conspiracy?

"He can talk angels out of their halos. He had the look, the poise and the cache'..."/obama-get-played-used-front-man-silicon-valley-conspiracy/
 "Was he chosen to be the head of a campaign backer plot? Did a greedy group of billionaires use him as a front man and then abandon him? The in-house guys that qued him up: Emanual, Rattner, Plouffe, Axelrod, Gibbs, Carney, Daly and a few others seem to have bailed out of the White House as soon as the Fix was in. The new Book: The Big Fix, names the names in great detail. It seems to get pretty close to the whole story but there is more to come. The recent epic series of DC screw-ups: (DOE Scandal, VA Scandal, Benghazi Scandal, Border Scandal, IRS Scandal, Massive TARP fraud scandal, Healthcare computer Scandal, Guns Scandal, etc, etc..) seem to all get a boiler-plate   ""I didn't know that was happening"" response. It is as if the people who set the scandals up, did so in a particular manner to grab things up-front and had a ""to hell with the repercussions"" grab-and-run agenda. Is that why the last days of the Obama Empire have descended into chaos? I worked on Obama's campaign. I helped get the guy elected! I am distraught now. I have seen crooks in the White House. Many of us have seen crooked things in the White House. Rattner, the White House guy in charge of the Detroit bail-out was INDICTED FOR SECURITIES FRAUD. RAHM EMANUAL's FINANCE GUY WAS ARRESTED FOR

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

CORRUPTION. HELLO- Red flags anybody? One of the former White House staffers famously went viral on Twitter because he could not take the BS he was seeing in The West Wing. He is not alone, there are about 20 ex-White House people tweeting away their despair, under various pseudonyms. We have nobody to go to. Holder is on duty to protect the White House and will not allow any investigations. The new FBI head was put there by the White House. Who is left to go to? Nobody! I can tell you this. Obama means well but this is totally not his gig. He was kept in a bubble for a long time because the handlers did not want him waxing poetic on some topic and spilling the beans. I think he tries to do good stuff but people in the White House use him to do very bad, bad things for their personal interests on behalf of campaign backers and themselves. We need to start the OBAMA RESIGNATION CLOCK... Biden must be dancing like a little girl, he is so excited... (D.- Former Iowa Campaign Staff.- Public Reporter)"

What is the HR protocol for hiring somebody in Washington these days?

"Every single major hire has quit or been fired under a cloud of malfeasance, corruption, incompetence or all of the above. Do they just pick the most incompetent person who says the words ""Green Energy"" or owns a yoga mat? What the hell? How can so many agency heads, and their senior staff have screwed up so many things, so badly? These are not only epic screw-ups, they are historical screw-ups. There has never been this many failed administrators in any administration. What is the root of the problem? Why is there this Tsunami of incompetence in the Capital? If there was a take-over conspiracy, as with all crimes, the criminals only think about the short term, quick gains, bail out and never consider the future. Maybe that DOES explain why everything is going to shiaat with the Administration, now. (PUBLIC REPORTER- Norman West)"

Is President Obama incompetent or lawless? |

"The president has discretion to adapt law enforcement to the needs of the times and to his reading of the wishes of the American people. Yet that discretion has a serious and mandatory guiding light -- namely, that the president will do so faithfully."
foxnews.com/opinion/2014/07/31/is-president-incompete...
foxnews.com

Did a Silicon Valley VC have a ?Clean-Tech? whistleblower killed?        The Strange Death of Clean-Tech CEO Whistle-blower Gary D. Conley

"Link to this story: /?p=1814 (Reporter/editors now contributing to this story: 127)    - Friends, family and associates say he would not have killed himself - Was known to have met with reporters to disclose Silicon Valley corrupt cartel dealings - Was deeply involved in Silicon Valley Clean-Tech circle - Worse case scenario: ""What would an insane, ego-maniacal Silicon Valley billionaire campaign backer do to keep his $200 Billion U.S. Treasury campaign-cash-for-DOE-CleanTech-loans scam giant  " - Nearby area crime-scene surveillance tapes ""missing"" - Are multiple other Silicon Valley-related deaths part of an attempt to ""close the loop"" and shut people up? - Were other VC's, or political figures, involved? - Investigators want to know if Silicon Valley deaths have political connections. Gary D. Conley, Stan Myers, Rajeev Motwani, Forrest Timothy Hayes, James D Johnston, Rory Johnson, Gabriel Magee, Karl Slym, William ?Bill? Broeksmit, Raveesh Kumra, Doug Bourn, Brian Finn and Andrew Ingram of Tesla, David Palecek; and over 32 more, were all connected to the same group of Silicon Valley/CleanTech/Car/Sachs/DOE industry suspects and died unexpectedly... - The odds of all of these people, with great medical plans, being connected to the same scandal, dying unexpectedly from strange and mysterious causes in relative time-frames are astronomical. If these are coincidences, they violate every actuarial calculation and all of the laws-of-averages. - Senate hearings and Hacker Convention expose use of undetectable heart-attack gas vapors, Cortisol suicide-causing agents and cardiac-targeted fine-focus electromagnetic pulse guns - Federal Investigators release HISTORICAL, UNPRECEDENTED expose letter confirming massive cover-

THE BOOK OF TESLA- Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

ups! Most of Government's own watchdogs say they're stonewalled! (Below, near bottom)    The big VC?s didn?t like the maverick approaches that Gary took. He did not play the Silicon Valley Frat boy brogrammer game. Unlike Silicon Valley, he treated women executives as equals and not as reception room eye candy like the other VC?s. But Gary?s biggest indiscretion was that he got past the VC?s technology suppression and control system in the Valley. Time after time he created, launched and got funded one amazing new energy technology company after another. The Big VC?s only want things funded that support their portfolio and they stop anything that is going to compete with it. As an example: The Valley VC?s decided that they wanted a chemical called ?lithium Ion? to be the main chemical to power electric cars. Even though many other options existed, they picked this one chemical because they had configured their investment plays in lithium mining, lithium processing, lithium cars and lithium batteries in each of their portfolios and then, even though they were billionaires, they made Congress give them many more billions of tax money just for this one chemical because they had monopolized it globally. Alas, Gary promoted a technology that competed with the Silicon Valley VC?s at Solyndra and with all of their lithium plays. He had the metrics, working proof and opportunity to exceed their technology. First they tried putting a FULL MONTY on him but that didn?t work out. It is now almost impossible to kill reporters and whistle-blowers without it getting recorded. Glenn Greenwald, and people like him, are now under so much surveillance that, if anybody did try to whack Mr. Greenwald, it would be caught on so many drones, microphones, laser scanners, cameras, tracking chips, window vibrators, IR chipcams, cell phones, bugs and other gadgets that the killers could never get away with it. Watch the TV show: Person of Interest. Everything in that show already exists today. Private investigators, taking another look at the case, have been sourcing new surveillance data sources to try to find out what really happened to Mr. Conley in the time period leading up to, and at, the shooting. History has proven:   1.) That Solyndra panels self-ignited and Lithium ion blows up when it gets banged, 2.) That Gary had better plans. 3.) That Gary?s efforts conflicted with the plans of the Silicon Valley VC?s. 4.) That Silicon Valley VC?s will stop at nothing to get their way; politically, egotistically and industrially. Did he pay the ultimate price for his innovations and for speaking out? Ironically, Ford has announced that their new electric car will use the same type of solar optical concentrator on the roof of the car, as Gary?s SolFocus developed, although Gary is no longer alive to participate in the profits. Many reporters find it ?strange? that Steven Chu, the Secretary of Energy, who openly hated Hydrogen energy, was nominated and lobbied into office by opponents of hydrogen energy (who were investors in competing technologies) and that during Steven Chu?s reign, a record number of hydrogen executives and companies died. Of course, it could all just be a coincidence. Forced suicide? Murder? Cover-up? Unusual number of coincidences? What do you think? ghj-de, sdLAT, rf-Den Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot Wound A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known Silicon Valley entrepreneur and clean energy pioneer, according to base officials. Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon, India, was one of several energy-related companies he founded, was discovered by a Beale resident at about 1 p.m. Sunday. His body was found outside a parked car near the Vassar Lake Gate with a gun in close proximity, according to Brian Wagner, 9th Reconnaissance Wing spokesman. According to officials at the Air Force Office of Special Investigation, no foul play was involved. Conley?s brother, who lives in Oklahoma, said he and other family members are mystified by details surrounding the body?s discovery. ?It?s very perplexing,? said Mark Conley, 55. ?The circumstances don?t seem to make much sense.? [video width=""640"" height=""360"" mp4=""/wp-content/uploads/2014/08/SolFocus-CEO-Mark-Crowley.mp4""][/video] Gary D. Conley served in the US Air Force from 1979-83, as did Mark Conley and their father before them, according to Mark Conley. ?We?re an Air Force family,? said his sister, Michele Conley, 59, of Paradise Valley, Ariz., who said her brother was born at McClellan Air Force Base, about a half-hour south of where his body was found. B2u Solar frequently negotiated military and other government contracts, she said, which would explain his presence in the area. The energy entrepreneur was named Clean Energy Entrepreneur of the Year in 2005 by the National Renewable Energy Laboratory Growth Forum. He is credited with having founded SolFocus in 2005 in order to commercialize products created through its predecessor, a research company called H2Go. That firm, also founded by Conley, began with hydrogen-related energy projects and later switched focus to solar energy. ?He was a genius,? Mark Conley said. ?He did some really amazing stuff.? According to Michele Conley, he also was a gourmet cook. Christmas Eve featured an elaborate meal he prepared in their Saratoga home for his wife, Grace, and their two teenage sons. Gary D. Conley?s profile on LinkedIn, an online professional networking site, lists flying, skiing, food, several branches of science, economics and hydroponics among his interests. B2u Solar, a small startup he founded in 2010, had solar demonstration projects

THE BOOK OF TESLA - Copyright - original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

in the works in China, and at the NASA Ames Research Center at Moffett Field in Mountain View, according to GigaOM, a technology news website. [video width=""320"" height=""240"" mp4=""/wp-content/uploads/2014/08/Interview-with-Gary-Conley_low.mp4""][/video] Michele Conley said her brother had been expected to meet a friend at the former Castle Air Force Base outside Merced this week to help with a solar project there. She last saw him a month ago, she said. ?He was having so much fun, traveling and doing so well,? Michele Conley said. He recently bought a new car, which he did pretty regularly, she said. The three siblings had been raised by their mother, primarily in Ohio, according to Mark Conley. Their father had been killed when his Air Force fighter jet was shot down over Vietnam in 1967, he said. ?We didn?t have any money,? said Michele Conley of their upbringing. ?Gary was always the whiz kid ? the braniac.? She described her brother as a self-made man. His suspected suicide, she said, is implausible to her.   ?He was not depressed. He was like a big kid ? always excited about everything. It just makes zero sense,? Michele Conley said. CONTACT Nancy Pasternack at npasternack@appealdemocrat .com or 749-4781. Find her on Facebook at /ADnpasternack or on Twitter at @ADnpasternack. Chairman & CEO at b2u Solar, Inc San Jose, California   (San Francisco Bay Area) Renewables & Environment Gary Conley?s Overview: Current Chairman & CEO at B2U Solar, Inc; Chairman & CEO at   H2Go, Inc.; Past Chairman, founding CEO at SolFocus; boardmember at   Glacier Bay; Chairman at EnergyConnect; CEO at GuideTech; President & CEO at   FlyteComm; Managing Director, co-founder at Engage Electronics; Senior Vice president at   Credence; President & CEO at EPRO; winner of multiple prestigious green-tech awards. Gary Conley?s Experience Chairman & CEO B2U Solar, Inc (A ground breaking Solar Technology Company) January 2010 ? Present (4 years) San Jose, CA & Gurgaon, India Chairman & CEO H2Go, Inc. (A ground breaking hydrogen car and energy company) January 2004 ? Present (10 years) Saratoga Chairman, founding CEO SolFocus (A ground breaking Solar Technology Company) November 2005 ? May 2012 (6 years 7 months) San Jose, CA Boardmember Glacier Bay 2007 ?

  2011 (4 years) Chairman EnergyConnect January 2005 ? June 2011 (6 years 6 months) Campbell CEO GuideTech 2002 ? 2004 (2 years) President & CEO FlyteComm January 1999 ? March 2001 (2 years 3 months) Mountain View, CA Managing Director, co-founder Engage Electronics January 1991 ? January 2001 (10 years 1 month) Singapore Senior Vice president Credence March 1993 ? November 1995 (2 years 9 months) Fremont President & CEO EPRO April 1984 ? November 1995 (11 years 8 months) Santa Clara

REPORTERS WORKING ON THE CASE SUDDENLY GONE: Andrew Breitbart David Bird Michael Hastings and more... Plus, over 15 reporters from NY Times, Washington Post, Wall Street Journal, and other main stream outlets, that started writing about the DOE scandal, were suddenly moved to other jobs."

  "So who is supposed to prosecute this? If this is true, clues point to the suspect(s) being a Democrat. Local police do not have the jurisdiction to run this case all the way up. The California Attorney General is a Democrat and unlikely to prosecute one of her own. The two federal agencies that are supposed to prosecute are DOJ and/or FBI but, since this may lead back to the White House, it appears they have been told to sit on it by Holder. So, Special Prosecutor? Oh! Those are blocked by Holder. Hmmmm...     Dan Ramos- LA"

  Stanley Meyer Hydrogen Car promoter- Murder by Poison

  MURDER of STAN Meyers for his Water Powered CAR ? YouTube

  "Dec 2, 2010 ? Stan Meyers was MURDERED to keep him from putting his conversion kit on the open market after he refused $1 billion dollar sale for all rights

  https://www.youtube.com/watch?v=WEp6ckvRtj0 ?

  What happened to the water powered car? ? New York ?

  In the 1980?s an inventor named Stan Meyer built the first Water Powered Car. Unfortunately he died shortly after suddenly at age 57 and.

  http://www.examiner.com/article/what-happened-to-the-water-powered-car ?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Harassed Stanley Meyers Associate Steps Forward ? PESN.com

"Aug 5, 2011 ? Mr. X claims to have been the individual that received the call at Aviation Development?s shop that Stanley Meyers had been murdered, and he

"http://www.pesn.com/ 2011/ 08/ 05/
9501884_Harassed_Stanley_Meyers_Associate_Steps_Forward/ ?    ???????????????????? Call me old fashioned, but isn?t killing taxpayers, and their companies, because they won?t join your business monopoly, considered to be a bad thing these days? As of Jan. 1, 2014, Steven Chu?s actions, and those of his staff, have put over 118 companies out of business that might have otherwise survived, and every single one of those companies competed with Steven Chu?s Silicon Valley venture capital sponsors/buddies. Now there is an interesting coincidence! MT- MJ"

-Another Bizarre Google Key Player Death! Murders or just  coincidence? NOT the first Silicon Valley DEATH-BY-HOOKER!

"Eric Schmidt sex penthouse, Gary Conley Dead, google executive murder, Rajeev Motwani"

Another Bizarre Google Key Player Death! The Silicon Valley Murders (or just coincidence)?

"Rajeev Motwani invented the mood manipulation and page ranking system that Google now uses as it?s key technology. According to many in Silicon Valley, Rajeev taught the technology to Google?s founders, who made ? Google? with the information. Then Rajeev, in perfect health, was found floating, dead, face-down in his Silicon Valley swimming pool (Breitbart similarity?). Conspiracy theorists say he was killed with a spy agency-class non-detectable cardiac arrest vapor (The existence of this kind of kill-vapor is now public knowledge)  to avoid the exposure of the fact that Google is now using ?mood manipulation? for subliminal political voter manipulation. Cleantech Executive Gary Conley, a whistle-blower about, and enemy of, Google?s investors, was found with a bullet in his head in the backfields of a Northern California Air Force base. His family and friends say he would never have hurt himself. There are a number of other strange Google-related deaths? Anyway? As investigations on what Google is ?really? up to, close-in, the bodies keep piling up. Google Executives are known to love their kinky sex (Websearch: ?Eric Schmidt?s NY Sex Penthouse?) and hookers but this one takes the cake. Honey Trap? Mata Hari was famous for pretending to be a hooker and then killing her targets with ?accidental overdoses?, Death-by-hooker is one of the oldest tricks in the book. Sometimes the hooker?s job is just to get the target to pass out and then the ?WET WORK? guys come in and finish him off with the overdose and make sure he flat-lines. See THE DC MADAM story. She did staging for ?Honey Traps? and political hits and then she was suspiciously hung/terminated!:"

Suspected hooker?s alleged heroin victim was Google exec

Evan Sernoffsky

1 of 4

"Police say Alix Catherine Tichelman, 26, killed a 51-year-old man by administering a lethal dose of heroin on his yacht in Santa Cruz, Calif., in November 2013. Tichleman was arrested July 4, 2014. Photo: Courtesy, Santa Cruz Police Department"

THE BOOK OF TESLA : Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Prostitute accused of killing yacht-owning client with heroin

"(07-09) 10:37 PDT SANTA CRUZ ? A ?high-priced? prostitute from Folsom was behind bars Wednesday after police said she was responsible for the heroin overdose death of a regular client ? a Google executive whose body was found in November on his yacht in Santa Cruz. Alix Catherine Tichelman, 26, was arrested Friday after police lured her to the Santa Cruz area by posing as a customer and offering her $1,000 for sex, authorities said. She was arrested on suspicion of murder, but Santa Cruz County prosecutors accused her of the lesser charge of manslaughter, along with counts of transporting drugs and destroying evidence. She made her first court appearance Wednesday and was being held on $1.5 million bail. Tichelman is scheduled to return to court June 16 for arraignment, said Assistant District Attorney Rafael Vazquez. The victim, 51-year-old Forrest Timothy Hayes, died Nov. 23 on his 50-foot yacht, Escape, in the Santa Cruz harbor, according to Santa Cruz police Deputy Chief Steve Clark. According to an online memorial site, Hayes had worked at tech companies including Sun Microsystems, Apple and finally Google. He was born in Dearborn, Mich., was married 17 years and had five children, according to his obituary."


SILICON VALLEY SECRETS


"  ?I was really devastated when I heard about it,? Todd Zion, who worked at Google for a short time under Hayes, told The Chronicle on Wednesday. ?He was a great boss. I never had a chance to thank him.? "
"An unidentified person wrote on the online memorial page, ?It is incredible to see the number of people Forrest touched. There are simply no words to describe this. I had the unique opportunity to work for Forrest at Apple and Google. He is one of the best bosses I have had ? caring and thoughtful.? In a press release, Santa Cruz police said Tichelman had an ?ongoing prostitution relationship? with the victim, met him the night he died and injected him with heroin. Footage from a security camera on the yacht showed Hayes ?suffering medical complications and going unconscious,? officials said. Rather than call for help from authorities, Tichelman allegedly gathered her belongings, including drugs and paraphernalia, and at one point stepped over Hayes? body to ?finish a glass of wine,? before lowering the blinds to conceal the body and leaving. Police said they had learned of a second case in another state with ?similar circumstances? and were investigating Tichelman?s possible involvement. The police press release said Tichelman ?works as a high-priced outcall prostitute and meets her clients through a website, ?Seeking Arrangements.? During interviews, Ms. Tichelman boasted of over 200 client relationships.? According to online profiles of Tichelman, she is from Atlanta, went to high school in Duluth, Ga., and studied journalism at Georgia State University. She called herself a makeup artist, a model and a dancer. A modeling page on Facebook associated with Tichelman contains dozens of pictures of her posing seductively in racy outfits. Santa Cruz police said they hurried to arrest Tichelman last week after learning that she might leave the area. On her Facebook page, Tichelman wrote June 30 that she was ?coming home to the filthy, nasty, dirty south! Hoping to start the drive back to Atlanta at the beginning of next week. Can?t wait to see everyone. It?s celebration time y all!

Evan Sernoffsky is a San Francisco Chronicle staff writer. E-mail: esernoffsky@sfchronicle.com Twitter: @EvanSernoffsky


Are they ?cleaning up loose ends??

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Is this a ?deadmen tell no tales? exercise?

"If these are all murders, is Eric Schmidt having people killed or are Google?s investors having people killed or are the politicians that they swapped the kick-backs with having the people who know the whole story killed???? I?m confused."

"As we have all seen, hundreds of times, in the recent news: Insane, power mad, billionaires and Silicon Valley VC?s will do anything, stop at nothing, lie like there is no tomorrow, and consider ?the law? to be something-that-does-not-apply-to-them."

"Oh those Silicon Valley Illuminati, they are just little buggers aren?t they

"Send in your links.., Let?s discuss."

TT- Google

"We need to see the video on the yacht. Did she screw him, help him get high, figure her sex gig was over and leave because hookers just want to get their cash and get out of there? In that case: Alibi."

SUSPECTS?

"Did the video run on for a few hours afterwards, without being edited, and do we see anyone else enter? Can we prove the video was not edited? Where did the heroin come from? Him, or her

"Really, really want to see the yacht video.."

Tin-G

1. Founder of Google?ASSASSINATED ? PrisonPlanet Forum

"Rajeev Motwani, who was found dead in his swimming pool on June 5, was a non-swimmer and had been considering taking lessons. He had

forum.prisonplanet.com/index.php?topic=109999.0 ?

"Honey trapping ? Wikipedia, the free encyclopedia "

Honey trapping is the private investigative practice of evaluating the fidelity of partners in marital and nonmarital romantic relationships. Investigators are  ?

https://en.wikipedia.org/wiki/Honey_trapping ?

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"2. Honeypot ? Wikipedia, the free encyclopedia "

"Honeypot is literally: A pot, jar or other container used to store honey. But as a metaphor, a honeypot or a honeytrap may refer to: Espionage recruitment

https://en.wikipedia.org/wiki/Honeypot ?

3. The History of the Honey Trap ? Foreign Policy

12 Mar 2010 ? The trade name for this type of spying is the ?honey trap.? And it turns out that both men and women are equally adept at setting one ? and  ?

http://www.foreignpolicy.com/ articles/ 2010/ 03/ 12/ the_history_of_the_honey_trap ?

4. Urban Dictionary: honey trap

"honey trap. Where a woman pays another woman to flirt with her boyfriends to see if he flirts back, a way to check if her boyfriends is faithfull. woman: I set a

http://www.urbandictionary.com/define.php?term=honeytrap ?

5. honeytrap ? A Dynamic Meta-Honeypot Daemon

"In contrast to other honeypots, which often focus on malware collection, honeytrap aims for catching the initial exploit ? It collects and further processes attack

honeytrap.carnivore.it ?

6. I hired a honeytrap to catch my man cheating.. and she stole him for ?

"Deaths, so far, In These Scandals! Murders and  Acquisitions

31 WednesdayOct 2012

Posted by EDITORS in Uncategorized

÷ 11 Comments

"Tags auto green, autogreenblog.com, barack obama, Bob Woodward, Boycott Tesla, Bribery, Corruption, Dept. of energy, Dianne FEinstein, DOE Corruption, Elon MUsk, gao investigation, grassley, illuminati, Iron Man, Issa, James D Johnston, John Doerr, Kleiner, Kleiner Perkins, kleiner perkins lawsuit, kleiner perkins sex allegations, LA Times Investigation, LIBOR SCANDAL, mitt romney, outsource, plane crash, romney, Sen. Grassley, Senator Upton, Solyndra scandal, Steve Spinner, Steve Westly, Steven Chu, Tesla, Tesla finncials, tesla kleiner, Tesla motors, The Hill, Throw Them All Out, wall street journal investigation, washington, washington corruption, washington corruption investigation"
STRANGE PASSINGS: More than coincidence? Lot?s of bodies piling up?

"James D Johnston, GM lobbyist/key witness- Dead! Questionable Circumstances
"Three crucial Tesla Senior Staff killed, one of whom was whistleblower- Accidental Plane Crash or ?Boston Brakes?
One Birth Certificate certifier- Heart attack AND plane crash at the same time?
Rajeev Motwani- Taught Google Engineers How To Make Bulk Privacy Harvesting Search Engine. Found floating face down in pool.- Murder or Suicide?

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Investigative Reporter Michael Hastings fiery crash- ?Boston Brakes?? (look it up) per Defcon Hackers Convention showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle. Rory Johnson- Targeted by DOE for his novel engine patent- Dead!"

Stanley Meyer- Hydrogen car promoter- Murder by poisoning?

JP Morgan Senior Technology Banker Gabriel Magee jumped off HQ building.

"William ?Bill? Broeksmit Deutsche Banker , Tesla German ?safety inspection fixer? who got a free-pass for Tesla on safety report in Germany- Hanged at home!"

"Danny Lewin, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11

"Ravi Kumra- Founder, Tesla Capital- Murdered!"

"Gary D. Conley- Hydrogen Energy Investor/Entrepreneur/whistleblower. Reknown, award-winning, green energy CEO found shot in head in back of military base after complaining of industry corruption. Disliked John Doerr & his buddies.- Murder or Suicide

Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?

One Senator?s Son- Accidental Plane Crash or ?Boston Brakes?

White House liason?s wife- Burned to Death in Parked Car/Murder?

"John Wheeler- Washington DC- Drugged, escaped, recaptured, murdered

Two Guys from McKinsey Consulting- Questionable Circumstances?

The electric rail systems in most major cities across the U.S.- Killed by GM?

"Top DC Madam?s and Escorts, including ?THE? DC Madam herself- Suicides

Three ?Consultants?- Questionable Circumstances?

The Husband of a well known politician- Suicide?

Tata Motors Head Karl Slym dies in fall from hotel- Suicide or Push?

Wall Street Journal DOE/Oil Investigative Writer David Bird Missing- ???

"Top DOE funding oversight aide for energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald, and others, before his death? Senate aide found hanged in basement- Suicide or sex-scandal set-up like Arrington? Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states

"https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C."

Four lobbyist Lawyers- Suicide?

Andrew Brietbart the Blogger/whistleblower. First to provide tips about CARGATE online.- Cardiac Incident or Micheal Clayton-type Murder?

One Senator- Accidental Plane Crash?

Senior DB family members- Accidental Plane Crash?

"Two people were killed in a head-on crash by a Tesla driver- Traumatic Death, ?Boston Brakes?

And the list keeps on growing??.. DETAILS BELOW and ONLINE:

"Do a connection chart using social relationship software   (ie: http://www.smrfoundation.org) for every death of a prominent Washington DC official from 2000 to 2013 and notice the curves, relationships and spike points. It is a bit frightening. Plane crash, heart attack, hanging and jump are the most untraceable kill-types per Brazilian secret police. Per Tom Clancy: first you ?taint? the subject with a sex or money scandal then you whack them, then you get an erroneous toxins report filed, so people will think it was the ?victims fault? and not pay too much attention. TDS- Boston G"


"  Suppression and Termination Technologies While this used to be all hush-hush, the glut of ex spies that have retired and authored spook books (see the vast number of examples on Amazon.com), along with the research for their own books conducted by Tom Clancy, Robert Ludlum and other authors, has put the whole ?Distinct Interdiction? (?DI? in the biz) industry out in public view. The main reasons people are ?off?d? in a scandal are: Suppression- To shut them up. Guilt- They kill themselves because they realize the horrible thing they did is about to be revealed. Frame-Ups- They are killed to make it look like they suicided out of guilt in order to steer suspicion away from the actual criminals. Secondary Intimidation- If a key player is suspected of considering leaking or confessing, a close member of their family is eliminated to break their will. During the Cold War the

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Russian spies mastered the craft of ?Distinct Interdiction? with acidic vapors that you could spray under a persons nose in a crowd (still in use today), hidden in a rolled up newspaper, and cause an undetectable heart attack; polonium or heavy metal poisoning which causes slow cancer-like death; and electromagnetic pulse waves which also caused an undetectable heart attack by interrupting the heart beat impulses. Suddenly withering away, over a matter of months, or unexpected heart attacks are good indications of foul-play in these sorts of cases. Until recently, all of these kill methods were undetectable, but modern medicine has thrown a wrench in the works. All of the previously known kill methods leave nano-evidence, micro-cellular traces and biological degradation effects which new genome science, DNA processing equipment, molecular imaging and other recent science advances can, now, detect and document. These techniques are still used in third-world countries but modern science labs, that even consumers can contract, can too easily source the culprits. In the developed world; hair, tissue, saliva and blood samples of the deceased can now tell the true cause of death. Planes are easy for spies to crash by manipulating GPS and landing instrumentation, Tom Clancy has told listeners at book readings. A plane is a device constantly fighting gravity. Bad guys help gravity along and much of the evidence is lost at sea or in a fireball in a farmers cornfield. The plane crash scenario is becoming passe, though, and is now frowned upon by most spy groups as it, too, has become more detectable. A- NY Times ????????????????-"

 John Wheeler murder: Last sighting of top White House aide found ?

 "Jan 5, 2011 ? ?Disorientated and wearing just one shoe': Bizarre last sighting of top ? Vietnam Veterans Memorial wall in Washington DC, was discovered on  ? http://www.dailymail.co.uk/ news/ article-1344347/ John-Wheeler-murder-Last-sighting-White-House-aide-dumped-landfill.ht ml ?      "

 "Category:Politicians who committed suicide ? Wikipedia, the free

 "? who committed suicide. From Wikipedia, the free encyclopedia. Jump to: navigation, search. Politicians and national rulers who committed suicide. https://en.wikipedia.org/ wiki/ Category:Politicians_who_committed_suicide ?    "

 Category:Australian politicians who committed suicide ? Wikipedia ?

 "Pages in category ?Australian politicians who committed suicide?. The following 9 pages are in this category, out of 9 total. This list may not reflect recent  ? https://en.wikipedia.org/ wiki/ Category:Australian_politicians_who_committed_suicide ?    "

 Category:American politicians who committed suicide ? Wikipedia ?

 "Pages in category ?American politicians who committed suicide?. The following 89 pages are in this category, out of 89 total. This list may not reflect recent  ? https://en.wikipedia.org/ wiki/ Category:American_politicians_who_committed_suicide ?    "

 "Category:British politicians who committed suicide ? Wikipedia, the

 "Pages in category ?British politicians who committed suicide?. The following 27 pages are in this category, out of 27 total. This list may not reflect recent changes   ? https://en.wikipedia.org/ wiki/ Category:British_politicians_who_committed_suicide ?    "

 The Political Graveyard: Politicians Who Committed Suicide

 "En route to New York City aboard the Benjamin Franklin, he apparently committed suicide by jumping from the ship and drowning, in Long Island Sound, June 9,  ? http://www.politicalgraveyard.com/death/suicide.html ? "

 Lobbyist Ashley Turton found dead in vehicle at ? ? Washington Post

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Jan 10, 2011 ? Video. D.C. lobbyist found dead inside burning car. A Washington lobbyist who was the wife of a White House adviser was found dead inside a  ? www.washingtonpost.com/ wp-dyn/ content/ article/ 2011/ 01/ 10/ AR2011011006927.html ?    ??????????????????-"

"Ashley Turton, wife of White House liaison Daniel Turton, found

"Jan 10, 2011 ? A woman found burned to death in a car in Washington was the wife of a White House liaison. ? Monday, where the Washington lobbyist was found dead. ? killed in a car fire in the couple?s home in Washington, D.C.. http://www.nydailynews.com/ news/ national/ ashley-turton-wife-white-house-liaison-daniel-turton-found-dead-burni ng-car-report-article-1.149161 ?   "

"DC lobbyist, wife of White House adviser dies | New York Post"

"Jan 10, 2011 ? WASHINGTON ? A Washington lobbyist who was the wife of a White House adviser has been found dead inside a burning car in southeast  ? http://www.nypost.com/ 2011/ 01/ 10/ dc-lobbyist-wife-of-white-house-adviser-dies/ ?    ??????????????????????-"

"Craig J. Spence ? Wikipedia, the free encyclopedia"

Contents. 1 Background; 2 Washington Call-Boy Scandal; 3 Death; 4 External links; 5 References ?. Lobbyist Linked to Sex Case Is Found Dead. The New York ? en.wikipedia.org/wiki/Craig_J._Spence ?    ????????????????????????-

?Little Tony? found guilty in Boulis murder trial ? Collections ? Sun ?

"Oct 25, 2013 ? Anthony ?Little Tony? Ferrari is guilty of first-degree murder and ? and the buyers who emerged were Washington, D.C., lobbyist Jack Abramoff  ? articles.sun-sentinel.com/ 2013-10-25/ news/ fl-boulis-trial-verdict-watch-20131025_1_boulis-murder-trial-suncruz- casino-boat-fleet-james-pudgy-fiorillo ?    ????????????????????????"

"David Werner, Former Member of the Capitol Steps, Found Dead

"Aug 26, 2013 ? David Werner. Photograph courtesy of Leading Authorities. David L. Werner, a popular local singer, comedian, and former member of the  ? www.washingtonian.com/ blogs/ capitalcomment/ local-news/ breaking-david-werner-a-former-member-of-the-capitol-steps-was-found- dead-over-the-weekend.php ?    ????????????????????????"

Lobbying ? Salon.com

Lobbying. ? Will Bezos? Washington Post be a mouthpiece? Amazon?s ranking ?. D.C. Cop Charged With Making Child Porn Found Dead In Potomac River. http://www.salon.com/topic/lobbying ?    ????????????????????????????-

sex and crime in DC ? Progressive Review

"For example, one way to keep a congress member bought is for a lobbyist to provide ? RELIABLE SOURCE, WASH POST New stop on D.C.?s sex scandal tour: ?. Spence was found dead in a Boston hotel room last fall, and authorities ruled  ? http://www.prorev.com/sexindc.htm ?    ????????????????????????????

ACLU figure Larry Frankel found dead in Washington creek ? Philly ?

"Aug 31, 2009 ? If Larry Frankel, past executive director and longtime lobbyist for the ? counsel for the ACLU?s

THE BOOK OF TESLA Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Washington office, was found dead in the stream that gives ? brothers to the D.C. Medical Examiner?s Office to identify his body. articles.philly.com/ 2009-08-31/ news/ 24986542_1_lobbyist-aclu-s-washington-body ?      ??????????????????????????????

Victims in crash that killed Stevens identified | Politics | McClatchy DC

"Aug 10, 2010 ? The conditions of the other two, lobbyist Jim Morhard, 53, of Alexandria, Va., and Willy Phillips, 13, of the Washington, D.C., area, were not made public. ? ?And it was at that point that they found out that the group never arrived  ? http://www.mcclatchydc.com/ 2010/ 08/ 10/ 98911/ eight-aboard-plane-that-crashed.html ?      ??????????????????????????????-"

Well-Known Washington Transportation Planner Killed ? Governing

"Nov 12, 2013 ? A well-known transportation planner in the Washington, D.C-region was found killed in his Alexandria, Va. home, police said Tuesday. http://www.governing.com/ topics/ transportation-infrastructure/ Well-Known-Washington-Transportation-Planner-Killed.html ?      ??????????????????????????????

"Josh Burdette, 9:30 Club manager, dead | WJLA.com"

"Sep 3, 2013? the well-known and well-liked manager and crew chief of D.C.?s 9:30 Club. ? WASHINGTON (WJLA) ? Nearly two days after his passing, family ? Burdette was found dead inside his Kensington home early Sunday evening. http://www.wjla.com/ articles/ 2013/ 09/ josh-burdette-9-30-club-manager-dead-93491.html ?      ??????????????????????????????

THE CLINTON BODY-COUNT ? What Really Happened

"That means that the killers included at least one person known to the victims. ? Found dead in Ft. Marcy Park in Washington, DC, of a supposed suicide by ? Colby had old enemies as well as new, with plenty of motives for his extermination. http://www.whatreallyhappened.com/RANCHO/POLITICS/BODIES.html ?   "

Crossing Obama Can Be Deadly! | A Sheep No More

"2 days ago ? Kam Kuwata ? was found dead inside his Venice home after friend ? concerned that they ? or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., ? They were well known for their work. http://www.asheepnomore.net/2013/12/13/crossing-obama-can-deadly/ ?   "

"Sheila Stewart, Radio One Personality, Killed in ? ? NBC Washington"

"Oct 31, 2013 ? A local radio personality was killed in a car accident in Atlanta, Georgia ? Stewart , who worked for D.C.?s Radio One stations, had been staying  ? http://www.nbcwashington.com/ news/ local/ Sheila-Stewart-Radio-One-Personality-Killed-in-Car-Accident-229100381 .html ?   "

D.C. Madam Found Dead of Apparent Suicide ? ABC News

"May 1, 2008 ? A jury in Washington, D.C. found Palfrey guilty of money laundering, ? Several well-known men were reportedly clients of her service, including  ? abcnews.go.com/Blotter/story?id=4765743 ?   "

Prison Planet.com ¯ ?Mancow? Muller: Breitbart Was Murdered

"Mar 7, 2012 ? Mancow Muller: Breitbart Was Murdered. Contrary to today?s release of edited and seemingly innocuous footage that shows Barack Obama  ? http://www.prisonplanet.com/mancow-muller-breitbart-was-murdered.html ?   "

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Was Andrew Breitbart Murdered? | RedState

"Mar 5, 2012? Because knowing the malicious temperament of the radical left in America that hated Breitbart, we should not rule out that they killed him. http://www.redstate.com/nikitas3/2012/03/05/was-andrew-breitbart-murdered/ ?   "

25 People Who Think President Obama Killed Andrew Breitbart

"Mar 1, 2012 ? A bunch of people seem to believe there?s a conspiracy behind Andrew Breitbart?s death. The theory is that Breitbart had a video from? http://www.buzzfeed.com/ mjs538/ people-who-think-president-obama-killed-andrew-bre ?   "

Who killed Andrew Breitbart? ? Save America Foundation

"Apr 29, 2012 ? We hear today of yet another very strange death in the saga of the sudden death of Andrew Breitbart, a man I was shocked had a sudden major  ? http://www.saveamericafoundation.com/ 2012/ 04/ 29/ what-or-who-killed-andrew-breitbart-now-the-coroner-is-dead-what-did- he-know-by-fred-brownbill/ ?   "


Now a witness to Breitbart?s death vanishes ? WorldNetDaily

"May 7, 2012 ? Corsi?s latest book is ?Who Really Killed Kennedy?? rss feed ? On the day the Los Angeles County coroner released Breitbart?s autopsy report,  ? http://www.wnd.com/2012/05/now-a-witness-to-breitbarts-death-disappears/ ?     ????????????????????-"

The Mysterious Death of Karen Silkwood | Legacy.com

"Nov 13, 2010 ? Thirty-six years ago, union activist and plutonium plant worker Karen Silkwood was found dead in what police ruled a single-car accident. http://www.legacy.com/ news/ legends-and-legacies/ the-mysterious-death-of-karen-silkwood/ 135/ ?   "

The Life and Mysterious Death of Karen Silkwood ? on truTV?s ?

"Controversial nuclear safety whistleblower Silkwood died before she had her day in court. An examination of her life, the case and her suspicious death. http://www.trutv.com/ library/ crime/ criminal_mind/ forensics/ karen-silkwood/ martyrdom.html ?   "

Who Killed Karen Silkwood? a $10.5 Million Verdict Still Leaves a ?

"Jun 4, 1979 ? For Karen Silkwood?s parents, the last four and a half years have been ? a state trooper knocked on the door to notify them of Karen?s death. http://www.people.com/people/archive/article/0,,20073789,00.html ? "

Drath murder case exposes bizarre lifestyle of Georgetown couple ?

"Apr 24, 2012 ? Drath murder case exposes bizarre lifestyle of Georgetown couple ? On Wednesday, Mr. Muth, 47, is scheduled to appear in D.C. Superior Court for his ? Drath worked in Washington as a journalist and college professor. www.washingtontimes.com/ news/ 2012/ apr/ 24/ drath-murder-case-exposes-bizarre-lifestyle-of-geo/ ? page=all ?   "

Clara Schwartz: A Deadly Game ? Murder ? Crime Library on ?

Murder. December 2001 was a difficult month for the DC area. While the ? shot in his car in front of his two

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

children on Christmas Eve in northwest Washington. ? his bizarre confession and the reasons he gave initially pushed investigators in  ? http://www.trutv.com/library/crime/notorious_murders/family/clara_schwartz/ ?


The Bizarre Case Of A Murdered DC Socialite Is ? ? Business Insider

"Mar 22, 2013 ? WASHINGTON (AP) ? The already-bizarre criminal case of a slain German socialite and journalist has been brought to a virtual standstill by  ? http://www.businessinsider.com/albrecht-muth-is-fasting-2013-3 ?   "

Another bizarre murder of special forces veteran. Chris Kyle dies at ?

"Feb 3, 2013 ? Another bizarre murder of special forces veteran. ?. Washington D.C. Now granted the freeloader living there is a spineless b! tch and would  ? http://www.examiner.com/ article/ another-bizarre-murder-of-special-forces-veteran-chris-kyle-dies-at-g un-range ?    "

Disappearing Witnesses ? Mae Brussel

"Over 100 murders, suicides, mysterious deaths?the strange fate of those who ? the meeting while testifying in Washington on April 22, 1964, since Bill Hunter, ?.. when no penicillin could be located in Washington, D.C. in September 1971. http://www.maebrussell.com/ Disappearing%20Witnesses/ Disappearing%20Witnesses.html ? "

Case of slain socialite in DC takes bizarre turns | Fox News

"Feb 27, 2012 ? Case of slain socialite in DC takes bizarre turns ? WASHINGTON ? She was a 91 -year-old expatriate journalist with a deep fluency in foreign affairs ? Her husband, who reported finding her body, was charged with murder. http://www.foxnews.com/ us/ 2012/ 02/ 27/ case-slain-socialite-in-dc-takes-bizarre-turns/ ? "

Was Michael Hastings Murdered? Internet Conspiracy Theories Are ?

"Jun 25, 2013 ? Fourth, the car accident itself was pretty bizarre. ? As a junior at Georgetown University in Washington DC, I?m studying Government, Women?s  ? http://www.policymic.com/ articles/ 50533/ was-michael-hastings-murdered-internet-conspiracy-theories-are-rife ?    "

The Story Of A Failed Startup And A Founder Driven To Suicide

"Apr 4, 2013 ? A few months ago, on Sunday, January 27, an entrepreneur named Jody Sherman had plans to see a movie with a friend. But that afternoon  ? http://www.businessinsider.com/jody-sherman-ecomom-2013-4 ?   "


Suicide in Silicon Valley ? ToobBox.com

"Jul 14, 2013 ? The recent suicides of Jody Sherman, Aaron Swartz and Ilya Zhitomirskiy are tragic but all too familiar stories. Some might also recall the  ? http://www.toobbox.com/blog/suicide-in-silicon-valley/ ?    "


Suicide in the Silicon Valley | Male Success Norms Bad for Men Too ?

"Feb 24, 2013 ? Judging men or women playing zero-sum games based on out-dated and harmful gender stereotypes is not good for business, not good for  ? http://www.forbes.com/ sites/ shenegotiates/ 2013/ 02/ 24/ male-success-norms-are-bad-for-the-guys-too/ ?    "

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Modern Luxury | San Francisco Magazine | Dark side of the boom

"Feb 17, 2012 ? Then 22-year-old cofounder Ilya Zhitomirskiy committed suicide. ? In the unforgiving
environment of the newly booming Silicon Valley, though, ? burn in the Valley, the lore goes, and still have
venture capitalists lining up to  ? http://www.modernluxury.com/san-francisco/story/dark-side-of-the-boom ?   "


"-Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making
murder look like  suicide!"

30 WednesdayJul 2014

Posted by EDITORS in Uncategorized

÷ Leave a comment

"Tags Alexander Litvinenko death, and other, Russian, russian spies, spy agencies use Cortisol overdose to make
trouble-makers kill themselves! Making murder look like suicide!"

"Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder
look like suicide!"

"By getting doctors, who are on the take, to change a target?s regular medication, diet or food source or by
planting drugs on their sheets to be absorbed by the skin. Bad guy spies can make you kill yourself so their hands
are, apparently, clean. Per The Telegraph: Researchers at John Hopkins University in Baltimore, US, found that
variations in a single gene can be used to predict if someone is likely to take their own life. Sarah Knapton,
Science Correspondent reports that A blood test that can predict whether someone may attempt suicide has been
developed by scientists in a breakthrough which could prevent hundreds of deaths and explain hundreds of
political and journalist murders that were, at first, thought to be suicides. In addition to non-detectable Cardiac
Arrest gasses, that spies are now known to use, they have this other, more insidious tool."
 American researchers have found that variations in a single gene can be used to predict if someone is likely to
take their own life.
 Those mutations can be spotted through a simple blood test which could allow therapists or doctors to intervene
before it is too late.
 "It could be useful for screening soldiers before they enter warzones, or checking their risk of suicide on their
return, the scientists say."
 "Researchers at John Hopkins University, in Baltimore, Maryland, found that the gene SKA2 stopped
functioning correctly in people at risk of suicide."
 "The gene is responsible for keeping levels of cortisol ? the stress hormone ? under control. ?Suicide is a major
preventable public health problem, but we have been stymied in our prevention efforts because we have no
consistent way to predict those who are at increased risk of killing themselves,? says study leader Dr Zachary
Kaminsky, an assistant professor of psychiatry and behavioural sciences. ?With a test like ours, we may be able to
stem suicide rates by identifying those people and intervening early enough to head off a catastrophe.? The blood
test managed to predict those with the most severe risk of suicide with 90 per cent accuracy. They could also spot
if someone had already attempted suicide with 96 per cent accuracy, simply by looking at the levels of SKA2. The
SKA2 gene is found in the prefrontal cortex of the brain, and is involved in preventing negative thoughts and
controlling impulsive behaviour. If there isn?t enough SKA2, or it is altered in some way, the body cannot control
levels of cortisol. Previous research has shown that people who attempt suicide or who take their own lives have
large amounts of cortisol in their systems. A test could allow doctors or psychologists to place patients on ?suicide
watch? and restrict their access to drugs or equipment which they could use to end their own life. Dr Kaminsky
said it could also help doctors know whether to give medications which are linked to suicidal thoughts. ?We have

THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

found a gene that we think could be really important for consistently identifying a range of behaviours from suicidal thoughts to attempts to completions,? Kaminsky said. ?We need to study this in a larger sample but we believe that we might be able to monitor the blood to identify those at risk of suicide.? The research was reported in the American Journal of Psychology. Bottom line: If you are doing something political and you are feeling ? kinda off? get your Cortisol levels checked in your blood. Was the Reddit Guy ?Cortisol?d?

"1. Alexander Litvinenko ? Wikipedia, the free encyclopedia "

"Although he was often called a ?Russian spy? by western press, throughout his ?.. Two weeks before his poisoning, Alexander Litvinenko accused Vladimir

https://en.wikipedia.org/wiki/Alexander_Litvinenko ?

"2. Poisoning of Alexander Litvinenko ? Wikipedia, the free encyclopedia "

?British police arrive in Moscow to hunt for spy death clues?. The Times (London). ?. ?London doctor: Radioactive poison may be in ex-Russian spy?. USA Today.

https://en.wikipedia.org/wiki/Poisoning_of_Alexander_Litvinenko ?

3. BBC News ? Alexander Litvinenko death: UK announces public inquiry

"22 Jul 2014 ? Mr Litvinenko, 43, died after he was poisoned with radioactive polonium ? He denies any involvement but says Mr Litvinenko was a British spy

http://www.bbc.com/news/uk-28416532 ?

4. UK Will Hold Public Enquiry Into Polonium-Poisoned Spy

22 Jul 2014 ? UK Will Hold Public Enquiry Into Whether Russia Killed Polonium-Poisoned Spy Alexander Litvinenko. The Huffington Post UK.

http://www.huffingtonpost.co.uk/ 2014/ 07/ 22/ alexander-litvinenko-russia-polonium_n_5608456.html ?

5. UK to investigate ex Russian spy poisoning | Stuff.co.nz

23 Jul 2014 ? Britain announced on Tuesday (local time) it would hold a public inquiry into the death of a former Russian spy who accused Russian President  ?

http://www.stuff.co.nz/ world/ europe/ 10297919/ UK-to-investigate-ex-Russian-spy-poisoning ?

6. Now widow of poisoned Russian spy calls for David ? ? Daily Mail

"2 days ago ? The widow of murdered Russian spy Alexander Litvinenko has called on the Conservatives to return a œ160,000 donation from the wife of one

http://www.dailymail.co.uk/ news/ article-2707894/ Now-widow-poisoned-Russian-spy-calls-David-Cameron-hand-tennis-cash.h tml ?

7. Terrible effects of poison on Russian spy shown in first pictures ?

21 Nov 2006 ? Poisoned spy accused Putin of being a paedophile ?. Thallium is such a deadly poison that

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

treatment has to be given within six hours to be  ?

http://www.dailymail.co.uk/ news/ article-417248/ Terrible-effects-poison-Russian-spy-shown-pictures.html ?


8. Alexander Litvinenko: public inquiry to be held into spy?s death ?

22 Jul 2014 ? The home secretary has announced a public inquiry into who killed the former KGB spy Alexander Litvinenko by radiation poisoning in a  ?

http://www.theguardian.com/ world/ 2014/ jul/ 22/ alexander-litvinenko-public-inquiry-spy-announced-putin ?


9. How the MH17 crisis helped reopen the case of a poisoned former ?

22 Jul 2014 ? LONDON ? The killing of former KGB spy Alexander Litvinenko began with a poison-laced cup of tea and ended 25 days later with an  ?

http://www.washingtonpost.com/ blogs/ worldviews/ wp/ 2014/ 07/ 22/ how-the-mh17-crisis-may-reopen-the-case-of-a-poisoned-former-kgb-spy/ ?

10. Yasser Arafat ?poisoned with polonium which also killed ex-Russian ?

15 Oct 2013 ? Tests show Mr Arafat?s body contained high levels of polonium ? the radioactive element used to kill ex-Russian spy Alexander Litvinenko in  ?

http://www.mirror.co.uk/ news/ world-news/ yasser-arafat-poisoned-polonium-also-2372116 ?



"-Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like  suicide!"

30 WednesdayJul 2014

Posted by EDITORS in Uncategorized

÷ Leave a comment

"Tags Alexander Litvinenko death, and other, Russian, russian spies, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

"Russian, and other, spy agencies use Cortisol overdose to make trouble-makers kill themselves! Making murder look like suicide!"

"By getting doctors, who are on the take, to change a target?s regular medication, diet or food source or by planting drugs on their sheets to be absorbed by the skin. Bad guy spies can make you kill yourself so their hands are, apparently, clean. Per The Telegraph: Researchers at John Hopkins University in Baltimore, US, found that variations in a single gene can be used to predict if someone is likely to take their own life. Sarah Knapton, Science Correspondent reports that A blood test that can predict whether someone may attempt suicide has been developed by scientists in a breakthrough which could prevent hundreds of deaths and explain hundreds of political and journalist murders that were, at first, thought to be suicides. In addition to non-detectable Cardiac

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Arrest gasses, that spies are now known to use, they have this other, more insidious tool."

American researchers have found that variations in a single gene can be used to predict if someone is likely to take their own life.

Those mutations can be spotted through a simple blood test which could allow therapists or doctors to intervene before it is too late.

"It could be useful for screening soldiers before they enter warzones, or checking their risk of suicide on their return, the scientists say."

"Researchers at John Hopkins University, in Baltimore, Maryland, found that the gene SKA2 stopped functioning correctly in people at risk of suicide."

"The gene is responsible for keeping levels of cortisol ? the stress hormone ? under control. ?Suicide is a major preventable public health problem, but we have been stymied in our prevention efforts because we have no consistent way to predict those who are at increased risk of killing themselves,? says study leader Dr Zachary Kaminsky, an assistant professor of psychiatry and behavioural sciences. ?With a test like ours, we may be able to stem suicide rates by identifying those people and intervening early enough to head off a catastrophe.? The blood test managed to predict those with the most severe risk of suicide with 90 per cent accuracy. They could also spot if someone had already attempted suicide with 96 per cent accuracy, simply by looking at the levels of SKA2. The SKA2 gene is found in the prefrontal cortex of the brain, and is involved in preventing negative thoughts and controlling impulsive behaviour. If there isn?t enough SKA2, or it is altered in some way, the body cannot control levels of cortisol. Previous research has shown that people who attempt suicide or who take their own lives have large amounts of cortisol in their systems. A test could allow doctors or psychologists to place patients on ?suicide watch? and restrict their access to drugs or equipment which they could use to end their own life. Dr Kaminsky said it could also help doctors know whether to give medications which are linked to suicidal thoughts. ?We have found a gene that we think could be really important for consistently identifying a range of behaviours from suicidal thoughts to attempts to completions,? Kaminsky said. ?We need to study this in a larger sample but we believe that we might be able to monitor the blood to identify those at risk of suicide.? The research was reported in the American Journal of Psychology. Bottom line: If you are doing something political and you are feeling ? kinda off? get your Cortisol levels checked in your blood. Was the Reddit Guy ?Cortisol?d?

"1. Alexander Litvinenko ? Wikipedia, the free encyclopedia "

"Although he was often called a ?Russian spy? by western press, throughout his ?.. Two weeks before his poisoning, Alexander Litvinenko accused Vladimir

https://en.wikipedia.org/wiki/Alexander_Litvinenko ?

"2. Poisoning of Alexander Litvinenko ? Wikipedia, the free encyclopedia "

?British police arrive in Moscow to hunt for spy death clues?. The Times (London). ?. ?London doctor: Radioactive poison may be in ex-Russian spy?. USA Today.

https://en.wikipedia.org/wiki/Poisoning_of_Alexander_Litvinenko ?

3. BBC News ? Alexander Litvinenko death: UK announces public inquiry

"22 Jul 2014 ? Mr Litvinenko, 43, died after he was poisoned with radioactive polonium ? He denies any involvement but says Mr Litvinenko was a British spy

http://www.bbc.com/news/uk-28416532 ?

4. UK Will Hold Public Enquiry Into Polonium-Poisoned Spy

22 Jul 2014 ? UK Will Hold Public Enquiry Into Whether Russia Killed Polonium-Poisoned Spy Alexander Litvinenko. The Huffington Post UK.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.huffingtonpost.co.uk/ 2014/ 07/ 22/ alexander-litvinenko-russia-polonium_n_5608456.html ?


5. UK to investigate ex Russian spy poisoning | Stuff.co.nz

23 Jul 2014 ? Britain announced on Tuesday (local time) it would hold a public inquiry into the death of a former Russian spy who accused Russian President  ?

http://www.stuff.co.nz/ world/ europe/ 10297919/ UK-to-investigate-ex-Russian-spy-poisoning ?

6. Now widow of poisoned Russian spy calls for David ? ? Daily Mail

"2 days ago ? The widow of murdered Russian spy Alexander Litvinenko has called on the Conservatives to return a œ160,000 donation from the wife of one

http://www.dailymail.co.uk/ news/ article-2707894/ Now-widow-poisoned-Russian-spy-calls-David-Cameron-hand-tennis-cash.h tml ?

7. Terrible effects of poison on Russian spy shown in first pictures ?

21 Nov 2006 ? Poisoned spy accused Putin of being a paedophile ?. Thallium is such a deadly poison that treatment has to be given within six hours to be  ?

http://www.dailymail.co.uk/ news/ article-417248/ Terrible-effects-poison-Russian-spy-shown-pictures.html ?


8. Alexander Litvinenko: public inquiry to be held into spy?s death ?

22 Jul 2014 ? The home secretary has announced a public inquiry into who killed the former KGB spy Alexander Litvinenko by radiation poisoning in a  ?

http://www.theguardian.com/ world/ 2014/ jul/ 22/ alexander-litvinenko-public-inquiry-spy-announced-putin ?


9. How the MH17 crisis helped reopen the case of a poisoned former ?

22 Jul 2014 ? LONDON ? The killing of former KGB spy Alexander Litvinenko began with a poison-laced cup of tea and ended 25 days later with an  ?

http://www.washingtonpost.com/ blogs/ worldviews/ wp/ 2014/ 07/ 22/ how-the-mh17-crisis-may-reopen-the-case-of-a-poisoned-former-kgb-spy/ ?

Faking Heart attacks with gas vapors and cardiac-targeted electromagnetic pulse guns...


10. Yasser Arafat ?poisoned with polonium which also killed ex-Russian ?

15 Oct 2013 ? Tests show Mr Arafat?s body contained high levels of polonium ? the radioactive element used to kill ex-Russian spy Alexander Litvinenko in  ?

http://www.mirror.co.uk/ news/ world-news/ yasser-arafat-poisoned-polonium-also-2372116 ?

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Law news

Most of Government?s Own Watchdogs Say They?re Stonewalled

"Melissa Quinn / @MelissaQuinn97 / August 07, 2014 / 0 comments"

"A joint complaint from 47 of 73 inspectors general went to the House Oversight and Government Reform Committee, which meets in this hearing room. (Photo: Oversight and Reform Committee)"

"More than half of the federal government?s inspectors general have joined to lodge a formal complaint that the Obama administration places ?serious limitations? on their ability to uncover waste, fraud, and abuse. A total of 47 of the 73 government watchdogs sent the unprecedented letter to leaders of two congressional committees, Fox News reported. In their  complaint, the inspectors general say:"

"Agency actions that limit, condition, or delay access thus have profoundly negative consequences for our work: they make us less effective, encourage other agencies to take similar actions in the future, and erode the morale of the dedicated professionals that make up our staffs."

"The watchdogs include IGs from the National Security Agency, Department of Homeland Security, and Department of Justice. They wrote Tuesday to the House Oversight and Government Reform Committee and the Senate Homeland Security and Governmental Affairs Committee. They call on the oversight leaders to reaffirm the commitment of Congress to helping IGs combat waste, fraud, and abuse, and to exert ?all available powers to enforce? access to agencies that refuse to comply. Government bureaus, the IGs write, typically prevented them from obtaining relevant information by calling it ?privileged.? These restrictions, they add, risk ?leaving the agencies insulated from scrutiny and  unacceptably vulnerable to  mismanagement and misconduct ? the very problems that our offices were established to review and that the American people expect us to be able to address.? Hans von Spakovsky, senior legal fellow at The Heritage Foundation, told The Daily Signal that the IGs? letter is both unprecedented and telling:"

This unprecedented complaint by a majority of the federal government?s inspectors general that the Obama administration is obstructing their ability to investigate corruption shows just how far the administration is willing to go to hide its wrongdoing.

The IGs describe three specific instances in which government agencies would not give them access to records and other information needed to do their oversight work properly:
The Peace Corps refused to provide records of reported sexual assaults that were needed for an investigation into how the agency handled such cases.
"In a statement to Fox News, a Peace Corps spokeswoman reaffirmed the agency?s commitment to ?working with the inspector general to ensure rigorous oversight while protecting the confidentiality and privacy of volunteers who are sexually assaulted.
The Department of Justice would not produce three separate reviews until officials learned that the documents would be of assistance to the agency?s leadership.
"DOJ spokesman Brian Fallon told Fox that the inspector general received all information requested, but that ? because the documents at issue included grand jury material, credit reports, and other information whose dissemination is restricted by law, it was necessary to identify exceptions to the law to accommodate the inspector general?s request.
The Environmental Protection Agency?s Chemical Safety and Hazard Investigation Board refused to provide requested documents during an investigation.
"House Oversight Chairman Darrell Issa, R-Calif., said of the 47 IGs? letter:"

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"If there is anyone who should have transparency [from the government], it should be the watchdogs inside the government working for the president."

"Because many IG reports and activities are not public until their completion, Issa said, ?some of the best examples of obstruction probably are the ones the IGs don?t want to say in a public format.? Inspectors general played a crucial role in investigating allegations that the Internal Revenue Service targeted tea party and other conservative groups seeking tax-exempt status. They also identified internal weaknesses at the Export-Import Bank. Inspectors general for both the IRS and the Export-Import Bank agencies signed the letter. Von Spakovsky, co-author of a book about Attorney General Eric Holder?s Justice Department, said the allegations by the agency?s inspector general are notable. He  told The Daily Signal:"

  The complaint by the Justice Department?s IG is particularly concerning and very revealing. Eric Holder has no hesitation in abusing his power to prevent the public from finding out about the rank politicization of justice and the attorney general?s corrupt exploitation of his authority as the chief law enforcement officer of the United States.

  "In the wake of the Watergate scandal, Congress in 1978 passed the Inspector General Act establishing the initial 12 IG offices. The law stipulates that each official watchdog has ?complete, unfiltered, and timely access to all information and materials available to the agency that relate to that inspector general?s oversight activities, without unreasonable administrative burdens,? the letter to the congressional committees states. Issa, saying ? there has never been a letter even with a dozen IGs complaining,? called the letter unprecedented. He added:"

  "This is the majority of all inspectors general saying not just in the examples they gave, but government wide, they see a pattern that is making them unable to do their job."

  The Oversight Committee chairman said he intends to hold hearings to delve into issues raised by the IGs? letter when lawmakers return to Washington in September. This post has been   updated. Read the 47 IGs? letter:  IG Access Letter to Congress

335
3.7k
@MelissaQuinn97

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Who's Tesla's Bitch? THE LIST:

"(Draft 1.5 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Recently, when Elon Musk's other company: Space X, started crashing and secretly laid off a huge staff count (they are now being sued over this) they ALICE alerts went out with the ""tell them nothing-to-see-here"" message. This began to reveal the GameChangers news spin-synchronization scandal now disclosed by the Media Trackers group, and others. A lawsuit is in preparation to sue each of the writers individually, and as a group, for conspiracy to engage in stock fraud. Tesla's employees and records show that Tesla's actual circumstances have always been far different from what these reporters stated in their synchronized media manipulations. This has precedent as grounds for conspiracy fraud and securities fraud. Emails and alerts show that reporters were asked to spin-synchronize and coordinate ""BS stories"" and ""smoke screen stories"" at times when known negative news about Tesla was coming out. Because the reporters were informed of different circumstances than what they wrote, and some of them hold stock in Tesla, and related ventures, direct intent to defraud can be proven and their personal assets attached for recovery in the event of a jury award. Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Media Tracker and a number of other groups have had all of the companies, and individuals on tracking systems and can now metricize and quantify who did what, when. Who conspired and coordinated what and who wrote the truth and who coordinated lies. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?:"

"-- Google (Investors) - Hundreds of online news outlets - Google has purchased, or acquired over 40% of internet traffic and can now delete, or dead-end, information it does not like, before you can see it. This is a violation of Freedom of Speech (aka: The First Amendment) - Also via web routing manipulation"

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"-- Hearst Communications (Investors) - SFGate.com and hundreds of ""media websites"" - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O Magazine - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc..."

-- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc...

"-- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases that all magically sound like they got the same concept and phrasing at the same time, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ? investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report. - Etc..."

-- Motley Fool

-- The Street

-- The San Jose Mercury News

-- Think Progress

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

-- New America Foundation


  -- Blogger & Pundit Shills:   (Mouth For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review



## The Deadly Toxic Secret of the Tesla GigaFactory!


  "The shocking Video above can be found at: http://wp.me/p4e1uX-2sV and the related background videos at: https://www.dropbox.com/sh/lt4wyz4bu4bcinw/AADVaWCHEodfoYoSxfs0_A4ia    ?Said local, Andrew Schwartz: ?this is another one of those politician kick-back schemes where they promise unicorns and then kill the air, water and really, THE PEOPLE, of a whole region and, later, shrug their shoulders and say..uh, uh, well, we didn?t know,,? Mr. Schwartz went on to say that he had researched the battery factory disasters in Asia and found that there was ?vast documentation about the extensive deaths and permanent toxic poisonings? from regions where lithium, and similiar, battery factories existed in the past. He claims Tesla is fully aware of the lethal nature of their Task but that Elon Musk just wants to maximize his stock value without any care for the potential loss of life and the potential for toxic ?lithium babies?. ?Those things will come much later, after Mr. Musk has cashed out his stock?, said Schwartz. Said Mr. Schwartz: ?When it now only takes $50,000.00 to buy a Senator, and over 20 Senators have personal insider trading investments in these Tesla batteries, how can the public even have a chance at fair treatment??, he continued, ?we can?t have these billionaires raping our communities for profit and then walking away from the dead poisoned towns they leave behind. Tesla has been proven to have lied, over and over again, nobody in their right mind can trust them to build this.? This battery factory is so toxic that EVEN CHINA WON?T BUILD IT!!! "


  "OVER 40 TOXIC CHEMICALS ARE USED IN ALL 5 OF THE TOXIC BATTERY TYPES TESLA AND PANASONIC ARE TRYING TO PUSH OFF ON SOME HAPLESS   RUSTIC AMERICAN TOWNS. ALL 40 OF THESE CHEMICALS CAN GIVE YOU CANCER, LIVER DISEASE, DEFORMED BABIES & BRAIN DAMAGE. Panasonic has killed vast numbers of workers in Asia, is charged with ?cover-ups?, has been sued for organized crime price fixing and dumping and you trust them to do this right? The controversy also involves the abuse of migrant workers in a part of the immigration/cheap labor scandal. "

  Coming Soon ? The Shocking New Film: ?ELON MUSK VS.THE TRUTH FAIRY? Starring: Elon Musk Elon?s Ex-Wives & Girlfriends Elon?s Ex-employees Elon?s Ex-partners People suing Elon The General Public Eric Schmidt Steven Chu Dianne Feinstein The Ever-ready Bunny and many more? WATCH THIS SPACE?.. In final production at Ampere? Studios.


  "Panasonic ?covered up? poisoning at battery factory, report claims ? "

  "Apr 28, 2007 ? Panasonic hid evidence that workers were poisoned at a battery factory, a report in a Chinese newspaper claims. Even pregnant women were

THE BOOK OF TESLA: Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

Air Quality Officials Sue Vernon Battery Recycling Plant Over ?Toxic ?

"Jan 16, 2014 ? The South Coast Air Quality Management District filed a lawsuit in Los Angeles Superior Court Thursday against Exide Technologies."
 losangeles.cbslocal.com/ 2014/ 01/ 16/ air-quality-officials-sue-vernon-battery-recycling-plant-over-toxic-e missions/ ?

"Fate Of Vernon Battery Factory Shut Down Over Lead, Arsenic ? "

"May 29, 2013 ? The state Department of Toxic Substances last month issued an emergency order against the Exide Technologies plant on 2700 South Indiana
 losangeles.cbslocal.com/ 2013/ 05/ 29/ fate-of-vernon-battery-factory-shut-down-over-lead-arsenic-emissions-subject-of-hearing-thursday/ ?

Plea Agreement : U.S. v. Panasonic ? Department of Justice

"Aug 5, 2013 ? organized and existing under the laws of Japan, hereby enter into the following ? to plead not guilty to any criminal charges brought against it;
 http://www.justice.gov/atr/cases/f299900/299987.pdf ?

Panasonic woes continue as it posts $7.5-B net loss | ABS-CBN News

"May 10, 2013 ? TOKYO ? Panasonic said Friday it had logged another eye-watering ? Skyway 3 to charge P10 per kilometer ? was tagged by the Presidential Anti-Organized Crime Commission (PAOCC) as an leader of a gun-for-hire group."

http://www.abs-cbnnews.com/ business/ 05/ 10/ 13/ panasonic-woes-continue-it-posts-75-b-net-loss ?

Vernon Battery Recycling Plant Maybe Poisoned ?Hundreds of ?

"Sep 13, 2013 ? The state Department of Toxic Substances Control tried to temporarily suspend plant operations, but Exide, now seeking bankruptcy protection
 la.curbed.com/ archives/ 2013/ 09/ vernon_battery_maker_might_have_poisoned_their_neighbors_with_lead.php p ?

Regulators close Exide Technologies car battery recycler in Vernon ?

"Apr 24, 2013 ? The California Department of Toxic Substances Control has shut down a battery recycling plant in Vernon whose own investigation revealed

 http://www.scpr.org/ blogs/ environment/ 2013/ 04/ 24/ 13431/ regulators-close-car-battery-recycler-in-vernon-ci/ ?

Exide ordered to clean up toxic substances near Vernon plant ? Los ?

"Dec 18, 2013 ? The state Department of Toxic Substances Control has issued an emergency order directing a Vernon battery recycler to clean up lead and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

articles.latimes.com/2013/dec/18/local/la-me-exide-20131219 ?

High lead levels in soil near battery plant prompt health warnings ?

"Mar 10, 2014 ? High lead levels in soil near battery plant prompt health warnings ? State toxic waste regulators said the initial results from 39 homes as well as

articles.latimes.com/2014/mar/10/local/la-me-exide-20140311 ?

HowStuffWorks ?Pollution Caused By Building a Hybrid Car?

"This type of manufacturing process requires tremendous inputs of energy, particularly ?. Also the manufacturing of the battery puts much more dangerous toxic

science.howstuffworks.com/ science-vs-myth/ everyday-myths/ does-hybrid-car-production-waste-offset-hybrid-benefits1.htm ?

Task Force to Fight Battery Plant Pollution | NBC Southern California

"Mar 11, 2014 ? A task force has been set up to study closing a battery recycling plant in Vernon that recently tested for elevated levels of toxins."
http://www.nbclosangeles.com/ news/ local/ Task-Force-Fight-Battery-Plant-Pollution-249632181.html ?

Battery recycling plant exposes Boyle Heights residents to ?

"Mar 28, 2013 ? A battery recycling plant bordering Boyle Heights has been ordered to lower ? which requires companies that emit toxic air pollutants to assess
http://www.boyleheightsbeat.com/ battery-recycling-plant-exposes-boyle-heights-residents-to-dangerous-emissions-2254 ?

Safety and Health Topics | Battery Manufacturing ? OSHA

"Exposure to lead is the primary health concern in battery manufacturing, and ? is comparable to the zinc protoporphyrin (ZPP) test for determining lead toxicity."

https://www.osha.gov/SLTC/batterymanufacturing/ ?

Vernon Plant Closed Over Toxics ? Los Angeles Times

"Apr 25, 2013 ? Battery recycler has tainted soil and ?poses an unacceptable risk to ? releasing hazardous waste into the soil beneath its plant because of a

articles.latimes.com/2013/apr/25/local/la-me-exide-arsenic-20130425 ?

Vernon Car Battery Recycling Plant Shut Down for Leaking Toxins ?

"Apr 25, 2013 ? Exide Technologies in Vernon was shut down Wednesday by state regulators for leaking toxins through corroded pipes into the soil. The plant
http://www.nbclosangeles.com/ news/ local/ Leaky-pipes-contaminate-soil-in-around-Vernon?204596661.html ?

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"L.A. Battery Recycling Plant is a Bad Neighbor, Residents and ? "

"Sep 2, 2013 ? Results of tests for lead and other toxins will be available in December. ? As state-ordered testing of the soil around a battery recycling plant

http://www.healthycal.org/archives/13465 ?

Remediation of Thomas Edison Battery Factory Brownfields

Mercury is a highly toxic metal ? Mercury is a highly toxic metal used in many ? This 21 acre property once housed Thomas Edison?s Battery Factory and  ?
http://www.eci-nj.com/projects.asp?page=2 ?


Film Description | Maquilapolis | POV | PBS

"Where factory workers find bathroom breaks are few, toxins are many, and the ? of a toxic waste left behind by Metales y Derivados, a battery-recycling factory."

http://www.pbs.org/pov/maquilapolis/film_description.php ?

"Bhopal disaster ? Wikipedia, the free encyclopedia "

Bhopal memorial for those killed and disabled by the 1984 toxic gas release ?.. The area around the plant was used as a dumping area for hazardous  ?
en.wikipedia.org/wiki/Bhopal_disaster ?


Lead Free Frisco | A Community Dedicated to Ending Exide?s Lead ?

CBS Dallas/Fort Worth Potentially Hazardous Waste From Exide Plant Missing In ?. EDITORIAL ? Vernon?s Exide battery plant: An environmental wake-up call.

http://www.leadfreefrisco.com ?

Laws and Regulations | Mercury | US EPA

"The statute applies to battery and product manufacturers, battery waste ? to protect American families from power plant emissions of mercury and toxic air

http://www.epa.gov/hg/regs.htm ?

Red Dust ? documentary on cadmium poisoning in Chinese women ?

"Aug 6, 2010 ? Red cadmium dust drifted freely in China?s nickel-cadmium battery factories owned and operated by GP BATTERIES (GP), one of the world?s
http://www.goodelectronics.org/ news-en/ red-dust-documentary-on-cadmium-poisoning-in-chinese-women-battery-wo rkers ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Section 5 ? V. Health Effects ? OSHA

The earliest form of cadmium toxicity occurs in the proximal portion of the tubule. ?. study of kidney dysfunction among 240 workers in a Swedish battery factory.
https://www.osha.gov/ pls/ oshaweb/ owadisp.show_document?p_table=preambles &p_id=819 ?


Follow the Things | Electrical | Red Dust

"Poisoned by the carcinogen cadmium in the battery factories where they worked, Ren and her comrades engage in a desperate struggle for justice. RED DUST

http://www.followthethings.com/reddust.shtml ?

1. China Lead Poisoning: Over 600 Sickened In Latest Incident ?

"Jun 12, 2011 ? Yesterday Health Canada proposed a guideline to limit cadmium in ? BBC News ? China shuts battery factories due to lead poisoning."

http://www.huffingtonpost.com/ 2011/ 06/ 12/ china-lead-poisoning-over_n_875605.html ?

"2. Literature Reviews ? Neurology,Toxicology, Medical Consulting ? "

The effects of chronic mercury intoxication on urinary markers in workers from ?.. A cross-sectional study of 11 battery factory workers (mean 10 yrs exposure) and 11 ?.. exposure to Cadmium from working in a nickel-cadmium battery factory.

http://www.jonathanrutchik.com/ Literature_Reviews_Neurolgy_Neurologist_Sacramento_SF_CA.html ?


3. China is suffering from intense soil pollution | The World of Chinese

"Jun 4, 2014 ? ? a poisonous chemical agent that was spilled by a battery factory across the road ? Cadmium poisoning can cause liver, kidney, and other vital organ ? Soil pollution occurs most often when industrial factories producing or

http://www.theworldofchinese.com/2014/06/deadly-dirt/ ?

"4. Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals "

"battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."
http://www.annclinlabsci.org/content/31/1/3.full.pdf ?


5. Heavy Metal Poisoning | EDTA Chelation Therapy

"We need many of these heavy metals in our system, such as zinc, copper, chromium ? been poisoned because they live near battery factories or metal smelters."

http://www.cardiorenew-europe.com/heavy-metal-poisoning/ ?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

6. Is Cadmium a Cause of Human Pancreatic Cancer?

"Conversely, cadmium is a toxic element for which there is no known human ?.. among cadmium and nickel-exposed workers in a Swedish battery factory."
cebp.aacrjournals.org/content/9/2/139.long ?

7. Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO

"vol.17 issue1 Cadmium toxicity in plants Phytoremediation: green ? Excess Pb causes a number of toxicity symptoms in plants e.g. stunted growth, chlorosis ? chimneys of factories using Pb, effluents from the storage battery, industry, mining
http://www.scielo.br/ scielo.php?pid=S1677-04202005000100004 &script=sci_arttext ?

8. cadmium and cadmium compounds ? IARC Monographs on the ?

Cd batteries and manufacturing scrap) and some. 121 ?. mainly due to concerns over the toxicity of cadmium ?. Ni?Cd battery factory in the People?s Republic.
monographs.iarc.fr/ENG/Monographs/vol100C/mono100C-8.pdf ?

9. INFORM ? Fact Sheet ? Community Waste Prevention Toolkit: Battery ?

"All batteries contain toxic substances, but certain battery chemistries are considered ? While battery manufacturers have largely moved away from batteries containing ? Nickel-cadmium (Ni-Cd) and lead-acid batteries have been targeted for

http://www.informinc.org/fact_CWPbattery.php ?

10. Lead poisoning in China?s battery factories ? Jason Gooljar | WFPman

"May 30, 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports
http://www.jasongooljar.com/ 2011/ 05/ 30/ lead-poisoning-in-chinas-battery-factories/ ?

Medical findings in nickel-cadmium battery workers.

"Medical findings in nickel-cadmium battery workers. ? Thirty-eight workers from a factory producing nickel-cadmium and other types of batteries came ? Adult; Cadmium Poisoning/etiology*; Chronic Disease; Dermatitis, Occupational/ etiology

http://www.ncbi.nlm.nih.gov/pubmed/1428813 ?

China Factories Story 5 ? Deadly Dust ? The Salt Lake Tribune

"Ltd., is one of 13 battery factories Gold Peak owns in China. ? In the U.S., evidence of cadmium?s toxicity in 1992 led the Occupational Health and Safety
extras.sltrib.com/china/printstory5.htm ?

BBC News ? China shuts battery factories due to lead poisoning

THE BOOK OF TESLA, Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"May 30, 2011 ? Battery factories across China have been closed amid fears about poisoning ? than 100 people were affected by lead and cadmium poisoning."
http://www.bbc.com/news/business-13594890 ?


Toxic Factories Take Toll On China?s Labor Force ? WSJ

"Jan 15, 2008 ? Toxic Factories Take Toll On China?s Labor Force. Email; Print; Comments ? The nickel-cadmium battery illustrates this trend. Once widely

online.wsj.com/news/articles/SB119972343587572351 ?

Nickel-Cadmium Batteries ? Red Dust ? A Documentary Film

"Nickel-cadmium batteries are a type of rechargeable battery used in toys, cordless ? but the cadmium oxide used to produce them is a carcinogen as toxic as lead. ? GP BATTERIES is the largest consumer battery manufacturer in China."
http://www.reddustdocumentary.org/NickelCadmium.asp ?


The Epoch Times | Behind the Cadmium Poisoning of Guangdong ?

"Apr 7, 2005 ? Cadmium poisoning at Chinese battery factories has resulted in worker lawsuits."
http://www.theepochtimes.com/news/5-4-7/27690.html ?


"1. Lead poisoning near Huaqiang Battery Factory, China | EJAtlas "

"15 Apr 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? 74 criminal charges against those connected with lead & cadmium poisonings."

http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

2. Business & Human Rights : GP Batteries (part of Gold Peak)

"[part of Matsushita] cadmium-battery plant in Wuxi were found to have elevated levels of the toxin, and two were diagnosed as poisoned. In 2005, 1,000 workers
http://www.business-humanrights.org/ Categories/ Individualcompanies/ G/ GPBatteriespartofGoldPeak ?


3. Heavy Metal Poisoning | Doctor | Patient.co.uk

"16 Oct 2012 ? FBC and film ? basophilic stippling with lead and arsenic poisoning, ? poisoning from pollution from a local factory (Minamata disease). ?Mad as

http://www.patient.co.uk/doctor/heavy-metal-poisoning ?

4. The toxicity of cadmium and resulting hazards for human health

"10 Sep 2006 ? The major source of inhalative cadmium intoxication is cigarette smoke. ?. Individuals included

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

in this study were either battery plant workers,
 "http://www.occup-med.com/content/1/1/22 ?     [caption id=""attachment_1643"" align=""alignnone"" width=""640""]"

 GIGAFACTORIES: ARE THEY SOLYNDRA SCAMS?[/caption]


 5. Heavy metal poisoning ? House Wiki

 "Heavy metal poisoning, or more properly metal toxicity is the toxic effect of certain ? as a janitor in a battery factory, House suspected cadmium poisoning."

 house.wikia.com/wiki/Heavy_metal_poisoning ?

 "6. Cadmium poisoning ? Wikipedia, the free encyclopedia "

 Cadmium is an extremely toxic metal commonly found in industrial workplaces. ? Cadmium is also present in the manufacturing of some types of batteries.
 en.wikipedia.org/wiki/Cadmium_poisoning ?
 7. Report on the Gold Peak Cadmium 4 Poisoning Case

 these have broken out serious cases of cadmium poisoning: Huizhou Power ?. battery factory workers adversely affected by cadmium has steadily increased.

 http://www.globalmon.org.hk/ en/ wp-content/ uploads/ 2009/ 01/ 200703report_on_gp_case.pdf ?

 "8. Panasonic ?covered up? poisoning at battery factory, report claims ? "

 "28 Apr 2007 ? Panasonic ?covered up? poisoning at battery factory, report claims ? at a factory ( photo) manufacturing rechargeable Nickel-Cadmium batteries

 http://www.texyt.com/Cadmium+poisoning+alleged+hidden+battery+factory+067 ?

 9. Background information on cadmium poisoning in support of a ?fact ?

 "Industries Associated with Cadmium Exposures. 1. Nickel-cadmium battery manufacturing [1, 36, 75]. Significant exposures to cadmium dusts appear to be

 http://www.canoshweb.org/sites/canoshweb.org/files/odp/html/cadmium.htm ?

 "10. Gold Peak ? Wikipedia, the free encyclopedia "

 "Gold Peak Group (GP) is an Asian battery manufacturer established in 1964 and ? China?s GP Batteries factory, after suffering years of cadmium poisoning."
 en.wikipedia.org/wiki/Gold_Peak ?

 1. Case studies: Occupational exposures and solutions

 "Mercury: ? Mercury was used by hat makers and caused serious poisoning. ? Cadmium used in battery factories is causing serious occupational diseases, for."

 http://www.who.int/ifcs/documents/forums/forum5/eriksson.pdf ?

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

2. The Nephropathy of Chronic Cadmium Poisoning ? Springer

In 1950 Friberg presented extensive data on investigations of workers exposed to cadmium oxide dust in an alkaline battery factory. The main findings were  ?
link.springer.com/chapter/10.1007%2F978-3-642-70856-5_6 ?

3. Individual Susceptibility to Cadmium Toxicity and Metallothionein ?

"threatening cadmium poisoning. ? cadmium levels compared to non-paint factory workers, and their ? among workers employed in the nickel-cadmium battery."
http://www.jniosh.go.jp/en/indu_hel/pdf/IH_47_5_487.pdf ?

"4. Workplace poisoning killing millions of Asians each year, says new ? "

26 Apr 2012 ? Xiao Hong is another victim of the battery factories. The former supervisor has now been diagnosed as suffering excessive cadmium levels.

http://www.theguardian.com/ world/ 2012/ apr/ 26/ workplace-poisoning-killing-millions-of-asians ?

5. A review on occupational and environmental intoxication ? Bioline ?

"Occupational copper intoxication ? Environmental copper intoxication, as reported for humans, ?. cadmium in an alkaline storage battery manufacturing and."

http://www.bioline.org.br/pdf?oe08031 ?

6. Toxicological Profile for Cadmium ? ATSDR ? Centers for Disease ?

dust in a battery factory. ? A nine-year chronic toxicity study of cadmium in monkeys. II. ?. Cadmium poisoning from a refrigerator shelf used as an improvised.

http://www.atsdr.cdc.gov/toxprofiles/tp5-c9.pdf ?

"7. Lead Poisoning News from China, January 2010 "

"22 Jan 2012 ? China?s poor track record of lead poisoning due to factory pollution ? The village is situated close to a lead-acid battery factory; there ?. cadmium, mercury, chromium and arsenic) in production, storage or transport processes."
http://www.lead.org.au/lanv10n3/lanv10n3-2.html ?

8. China Shuts Battery Factories Due to Lead Poisoning ? China Digital ?

30 May 2011 ? About 74 people have been detained this year after reports that more than 100 people were affected by lead and cadmium poisoning. Reports  ?
http://www.chinadigitaltimes.net/ 2011/ 05/ china-shuts-battery-factories-due-to-lead-poisoning/ ?

9. Lead Poisonings Prompt Nationwide Shut Down Of Battery Factories ?

"30 May 2011 ? These are likely to be both children living nearby and factory workers. ? Tagged as Battery

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Makers, Cadmium poisoning, China, Industrial

 chinabystander.wordpress.com/ 2011/ 05/ 30/ lead-poisonings-prompt-nationwide-shut-down-of-battery-factories/ ?

 10. Health Concerns with Batteries ? Battery University

 Workers at NiCd manufacturing plants in Japan have been experiencing ? Nickel -metal-hydride is considered non-toxic and the only concern is the electrolyte.
 www.batteryuniversity.com/learn/article/health_concerns ?


 "1. Nasal Toxicity, Carcinogenicity, and Olfactory Uptake of Metals "

 "battery workers to cadmium toxicity, but Adams and. Crabtree [23] concluded that the working conditions in alkaline battery factories make it impossible to."

 http://www.annclinlabsci.org/content/31/1/3.full.pdf ?

 2. CAS 7440-43-9 ? SCOEL Recommendation adopted in 2010

 humans but causes acute injury to the lungs and cumulative toxicity to the ?? recent cohorts of workers from a nickel-cadmium battery plant (where arsenic is  ?

 ec.europa.eu/social/BlobServlet?docId=6509&langId=en ?

 3. Heavy Metal Poisoning ? National Organization for Rare Disorders

 "Individuals with cadmium poisoning may also experience improper functioning of ? Lead production workers, battery plant workers, welders and solders may be
 https://www.rarediseases.org/ rare-disease-information/ rare-diseases/ byID/ 669/ printFullReport ?
 4. The Health Dangers of Cadmium ? Global Healing Center

 9 Jan 2013 ? Cadmium is a toxic metal that occurs naturally in the environment. Humans are exposed to cadmium mostly through plant-derived food.

 http://www.globalhealingcenter.com/natural-health/health-dangers-of-cadmium/ ?

 5. Poison: The High Cost Of Cheap Batteries ? Consumerist

 15 Jan 2008 ? The WSJ article details her lawsuit against the manufacturer as well as the history of cadmium battery production in the U.S. and the resulting  ?

 http://www.consumerist.com/ 2008/ 01/ 15/ poison-the-high-cost-of-cheap-batteries/ ?

 6. Low level exposure to cadmium and early kidney damage: the ?

 OBJECTIVES To study the dose-response relation between cadmium dose and ? and in cases of severe cadmium poisoning osteoporosis and osteomalacia with the ?. The lower response rate among the battery plant workers might have   ?
 oem.bmj.com/content/57/10/668.full ?


 7. Brazilian Journal of Plant Physiology ? Lead toxicity in plants ? SciELO

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"vol.17 issue1 Cadmium toxicity in plants Phytoremediation: green ? Excess Pb causes a number of toxicity symptoms in plants e.g. stunted growth, chlorosis ? chimneys of factories using Pb, effluents from the storage battery, industry, mining

http://www.scielo.br/ scielo.php?pid=S1677-04202005000100004 &script=sci_arttext ?

"8. symptoms lead poisoning, heavy metal poisoning, heavy metals ? "

"Heavy Metal Symptoms | Arsenic, Lead,. Mercury ?.. Poisoning occurs in the battery manufacturing industry where it is used to produce batteries. It is often found

http://www.livelongercleanse.com/heavy-metal-sources.html ?

9. Biological Monitoring of Cadmium Exposed ? ? ResearchGate

"a Chinese Ni-Cd battery factory is reported in this paper. The present ? oxide dust in a battery factory were investigated1), and it ?.. cadmium poisoning."
http://www.researchgate.net/ publication/ 237906342_Biological_Monitoring_of_Cadmium_Exposed_Workers_in_a_Nicke l-Cadmium_Battery_Factory_in_China/ file/ 9c96052ce7fb339223.pdf ?

10. Cadmium babies | ThinkingShift

3 May 2007 ? The GP group has a dozen battery factories in China and three of these factories have experienced an outbreak of cadmium poisoning.

thinkingshift.wordpress.com/2007/05/03/cadmium-babies/ ?

1. Hybrid Battery Toxicity ? HybridCars.com

"Apr 8, 2006 ? While batteries like lead acid or nickel cadmium are incredibly bad for the ? tons are released in the lead mining and manufacturing process."
http://www.hybridcars.com/battery-toxicity/ ?

2. Summary of Mass Lead Poisoning Incidents ? Occupational ?

"Mar 27, 2006 ? cadmium spill in a river caused local authorities to order all smelters in ? All employees of the lead battery plant were tested after a pregnant

http://www.okinternational.org/ docs/ Mass%20Lead%20poisonings%20July%202012.pdf ?

3. Heavy Metal Poisoning ? Medical Dictionary ? The Free Dictionary

Cadmium toxicity is generally indicated when urine levels exceed 10 ug/dL of ?. China battery plant manager held in lead poisoning case by Times of Oman  ?

medical-dictionary.thefreedictionary.com/Heavy+Metal+Poisoning ?

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

4. Heavy Metal: 12 Million Tons of Chinese Rice Contaminated | TIME ?

"Feb 23, 2011 ? In January, to name one example, a battery factory was forced to close ? serious consequence of chronic cadmium poisoning is cancer (lung

science.time.com/ 2011/ 02/ 23/ heavy-metal-millions-of-tons-of-chinese-rice-contaminated/ ?

5. Lead Nephropathy ? Medscape Reference

"Aug 14, 2013 ? In a study of exposure to a lead pollutant in a battery factory, renal ? in the renin- angiotensin axis are also described with lead poisoning."
 emedicine.medscape.com/article/242605-overview ?

6. Cadmium Compounds RfC

"based on the same systemic toxicity, renal excretion, as the RfD and there are no portal-of-entry effect, ?.. population living near a cadmium battery plant. Occup."

ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=4593 ?

7. nickel iron battery information

 Nickel Iron battery manufacturers or suppliers are welcome to list links to their websites. ?. Jungner experimented with substituting iron for the cadmium in varying ?. However the Nickel Iron chemistry contains no poisons for the platinum  ?
 http://www.nickel-iron-battery.com ?


8. General Principles of Poisoning: Poisoning: Merck Manual ?

"Poisoning is contact with a substance that results in toxicity. ? Dry cell battery ( alkaline) ? Plant food (household) ?.. For certain poisonings (eg, due to iron, lead, arsenic, other metals, or to packets of cocaine or other illicit drugs ingested by

 http://www.merckmanuals.com/ professional/ injuries_poisoning/ poisoning/ general_principles_of_poisoning.html ?

9. Changes in Permissible Exposure Levels of Toxic Substances and ?

"Nov 1, 2004 ? (a) All cases of definite or suspected poisoning and excessive ? (a) Nickel- cadmium battery manufacturing (tabletting and assembly of Cd."

 http://www.mom.gov.sg/ Documents/ safety-health/ factsheets-circulars/ Changes-in-Permissible-Exposure-Levels.pdf ?

10. Cadmium Toxicity Summary. ? The Risk Assessment Information ?

"Aug 29, 1997 ? The target organ for cadmium toxicity via oral exposure is the kidney (Goyer, ?.. á 2- microglobulin excretion among workers in a battery factory."

 rais.ornl.gov/tox/profiles/cadmium.html ?

1. BBC News ? China shuts battery factories due to lead poisoning

THE BOOK OF TESLA, Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"May 30, 2011 ? A Chinese child waits to be tested for lead poisoning in January ? Battery factories across China have been closed amid fears about poisoning

http://www.bbc.com/news/business-13594890 ?

2. Lead Poisoning in China ? The Hidden Scourge ? NYTimes.com

"Jun 15, 2011 ? Sun Guotai, 5, was among children living close to a battery factory in ? up to seven times the level deemed safe by the Chinese government."
http://www.nytimes.com/2011/06/15/world/asia/15lead.html?pagewanted=all ?


"3. Gold Peak ? Wikipedia, the free encyclopedia "

"Gold Peak Group (GP) is an Asian battery manufacturer established in 1964 and ? China?s GP Batteries factory, after suffering years of cadmium poisoning."

https://en.wikipedia.org/wiki/Gold_Peak ?

4. Battery factory poisons 24 children in China | World news ?

"Jan 5, 2011 ? Two battery factories in Huaining closed after tests found that at least 200 local ? the toll pollution is taking on the health of rural Chinese."

http://www.theguardian.com/ world/ 2011/ jan/ 06/ battery-factory-children-poisoned-china ?

"5. Lead poisoning near Huaqiang Battery Factory, China | EJAtlas "

"Apr 15, 2014 ? Lead poisoning near Huaqiang Battery Factory, China ? A 2007 World Bank study reports that 460,000 Chinese have died from water and air

http://www.ejatlas.org/conflict/lead-poisoning-near-battery-plant-china ?

6. Chinese factory blamed for lead poisoning ? CNN.com

"Jan 6, 2010 ? NEW: Government will investigate and require factory to move, Xinhua reports; Authorities have linked the cases to a battery factory in Jiangsu
http://www.cnn.com/2010/WORLD/asiapcf/01/05/china.lead.poisoning/ ?


7. Are you living next to a lead-acid battery factory? | Greenpeace East ?

"Nov 15, 2011 ? And hopefully help eliminate any future instances of lead poisoning. ? View larger map: Chinese lead-acid battery assembly and recycling

http://www.greenpeace.org/ eastasia/ publications/ reports/ toxics/ 2011/ lead-acid-battery-map/ ?

8. Chinese children suffer failure to tackle lead poisoning | Zhang ?

"May 8, 2013 ? ?China accounts for such a huge proportion of lead production as it has so many battery-making factories ? particularly lead-acid batteries,

THE BOOK OF TESLA. Copyrights by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

https://www.chinadialogue.net/ article/ show/ single/ en/ 5974-Chinese-children-suffer-failure-to-tackle-lead-poisoning ?

9. BBC NEWS | Asia-Pacific | China probes child lead poisoning

"Sep 27, 2009 ? Chinese state media say a battery plant has been closed after more than 120 children living nearby were found to have lead poisoning."
news.bbc.co.uk/2/hi/asia-pacific/8277327.stm ?

10. Battery plant boss detained for E China lead poisoning ? People?s ?

"May 17, 2011 ? Battery plant boss detained for E China lead poisoning ? May 12, Wenchuan Reconstruction: ? Chinese miracle? impresses world

english.peopledaily.com.cn/90001/90776/90882/7381869.html ?

"Lithium Ion Giga-Factories Kill Workers! Contact with, and breathing the chemicals causes Cancer, Lung Damage, Brain Damage!In ""Brain Damage"""

"Tesla Fire Victims' and relatives demand answers from Tesla over hidden 'death trap' toxic smoke from Tesla car batteries.In """"blood for batteries"""""

"'Lemon Law King' sues Tesla MotorsIn ""'Lemon Law King' sues Tesla"" "

**The 500 trolls of Tesla Motors!**

"Elon Musk has a massive amount of fake meat puppet social media accounts that he uses to create the false impression that there are ""no problems at Tesla Motors"" and that the fires, lawsuits, staff departures, investor departures, criminal charges, cartel charges, toxic smoke, cancer causing chemicals, DOE application fraud, factory workers on fire, ex-wife & girlfriend abuse stories, battery factory worker deaths, buyer homicide charges, Lemon Law litigation, Billionaire sex clubs,Tesla patents disclose lethal & conflagration potential, Mexican worker battery factory ""death camps"" plans, dangerous chemicals, political corruption and hundreds of other issues are ""keep walking, nothing to see here"" issues. "

"Ex-Tesla staff say that, in addition to the hundreds of hired ""meat puppet"" trolls that Musk has hired, in India, to watch the internet 24/7 for any mention of the word Tesla"", (so they can instantly bombard the comment section with ""A Tesla is Christ in the form of a car"" messages), Musk has 4 news scanning services that email him, and the trolls, any mentions of the company so that their greasy troll-like knobby fingers can leap into action in their dark little troll caves. Every comment section of every article about Tesla has been IP and sequence-route traced backed to the same Tesla-hired shills and trolls who login, comment after comment, under a massive number of fake accounts and identities. There is NO massive Tesla fanboy acclaim by millionaires sitting around blogging about the orgasmic joy of even thinking about a Tesla. There are only dour 17 year old bloggers in basements in Idaho and India collecting $5.00 per post. But the biggest, hairiest, most wart-ridden Tesla troll of all, the one that towers above all trolls, is Tesla investor: Google. Google scrapes any negative Tesla press off of the internet and manually moves all positive troll Tesla press to the top of its search and news engine. This is cartel-level falsification of the stock market via coordinated manipulation of false information about a stock. It is an SEC felony, but federal executives, who arranged the scam, won't allow the SEC or FBI to go after these

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

people because it will be politically embarrassing to ""Senior People"". "

 "It will be politically embarrassing because certain Washington, DC politicians gave a ""massively unqualified"", ""bankrupt"" (Per Elon Musk himself), ""failing"", ""lethally debt-ratio'd"", ""no-demand"", ""technically old-school"" Tesla a free gift of Taxpayer money as a pass along kickback to Tesla investors in exchange for billions of dollars of campaign financing. Submit your links. Let's discuss... T- LA Times [wpvideo Az6PiFCv]"


 ---------------------------------------------------------

 "HA! See this article: http://www.bbc.com/news/technology-27741041 BBC News - Tesla boss Elon Musk hints at technology giveaway Ever since 1745, horses considered, and then, actually, began giving away their horse-shit. Nobody was excited about it then. Nobody is excited about it today. Horse-shit is still just horse-shit. Musk's patents disclose that Tesla knew that their cars energy system could ""kill you"" and ""burn down your home or office"". It says it right in the very papers that TESLA MOTORS wrote and filed with the U.S. Patent office. They posted on the public U.S. Government servers, where they can never be removed, the awful truth: Tesla's WILL burn you, your family, your house, your office.   Tesla's own engineers wrote this! They should give them away because they are worthless! Danny- Times"

 -----------------------------------

 [wpvideo GtIooEG6]

# 1. I Was a Paid Internet Shill: How Shadowy Groups Manipulate ...

 "Jan 8, 2013 ... A man blows the whistle on his work as an internet shill, his shadowy employer, ... Internet TROLLS Exposed ? who ARE these guys? .... But the things I mentioned differ from simply hiring a PR firm on a short term basis for  ..."

 www.consciouslifenews.com/ paid-internet-shill-shadowy-groups-manipulate-internet-opinion-debate / -

# 2. BP Hired Company To Troll Users Who Left Critical ... - Slashdot

 "Nov 20, 2013 ... ... Gulf of Mexico. The oil firm hired the international PR comp... ... Re:And yet the shills say this never happens (Score:4, Insightful). by madprof  ..."

 tech.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -

# 3. BP Hired Company To Troll Users Who Left Critical ... - Technology

 "Nov 20, 2013 ... ... in the Gulf of Mexico. The oil firm hired the international PR comp. ... And yet the shills say this never happens (-1, Troll). Anonymous Coward  ..."

 tech-beta.slashdot.org/ story/ 13/ 11/ 20/ 2218252/ bp-hired-company-to-troll-users-who-left-critical-comments -

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## "4. Federal government routinely hires internet trolls, shills to monitor ... "

"Sep 17, 2013 ... Federal government routinely hires internet trolls, shills to monitor chat ... 10 other companies that use the same Subway yoga mat chemical in  ..."

www.naturalnews.com/ 042093_internet_trolls_chat_rooms_federal_government.html -

## 5. Governments Hire Web Trolls to Sway Public Opinion Alex Jones ...

It's an admitted fact that governments around the world hire armies of shills to troll comment sections of news websites and social media with pro-establishment  ...

www.infowars.com/governments-hire-web-trolls-to-sway-public-opinion/ -

## 6. The federal government of america employ trolls and shills to sway ...

"Mar 16, 2014 ... The federal government of america employ trolls and shills to sway ... the government actually hire people to troll topics of ""national interests"", ...show more ... How do corporations and banks influence government and politics

https://answers.yahoo.com/question/index?qid=20140316180153AAzxcxp -

## 7. Federal government of America actually employ trolls and shills to ...

"Mar 16, 2014 ... They actually do this to sway public opinions about what they want the public to believe and not to ..."

https://au.answers.yahoo.com/question/index?qid=20140316184247AAiFP96 -

## 8. BP hires trolls to harass critics - Daily Kos

"Nov 20, 2013 ... Accusing someone of being a paid shill of a mega-corporations or the ... For instance, Samsung recently got fined for hiring trolls to diss rivals  ..."

www.dailykos.com/ story/ 2013/ 11/ 20/ 1257186/ -BP-hires-trolls-to-harass-critics -

## "9. CTV Confirms Governments employing Internet Trolls, Shills & PR ... "

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Federal government routinely hires internet trolls, shills to monitor chat ... or private intelligence firms to do the dirty work behind closed doors."

www.godlikeproductions.com/forum1/message2531145/pg1 -

## "10. Documents Show How Russia's Troll Army Hit America, page 1 - Above ... "

"Wouldn't you use trolls and shills if you ran a huge corporation? ... Cripes, companies even hire people to make false reviews all over the world."

www.abovetopsecret.com/forum/thread1015730/pg1 -

### "*Does BP Hire Online* ""*Trolls*""*? - Godlike Productions ...*"

"BP is a trustworthy company that only has the best interest of its' valued customers in mind. ... They not only hire trolls, they hire entire armies to invade the middle east. Quoting: ... If the shills and trolls here lately are any indication, ..."

godlikeproductions.com/forum1/message2385647/pg1

## "CTV Confirms Governments employing Internet Trolls, Shills ..."

"CTV Confirms Governments employing Internet Trolls, Shills & PR Agents to 'correct misinformation' Tweet. Chugiakian. User ID: 53604407 United States ... I've caught a few of these assholes on game forums. A lot of game companies have been hiring PR firms to write good things about their games."

godlikeproductions.com/forum1/message2531145/pg1

## "Documents Show How Russia's Troll Army Hit America, page 1"

"Wouldn't you use trolls and shills if you ran a huge corporation? Of course you would have to be discrete about it. Cripes, companies even hire people to make false reviews all over the world. Russia is just playing the game, ..."

abovetopsecret.com/forum/thread1015730/pglastpost

## BUSTED Governments Hire Web Trolls Are You Sick Of Them YET ...

"BUSTED Governments Hire Web Trolls Are You Sick Of Them YET. Thursday, ... Federal government routinely hires internet trolls, shills to monitor chat rooms, ... private companies and non-government organisations to do the same."

beforeitsnews.com/watercooler-topics/2014/01/busted-governm...

## Regarding trolls and paid shills... - Daily Kos :: News ...

Protesters accuse Putin supporters of being trolls and shills paid by the Kremlin. ... and after HBGary's CEO was fired and the other two companies ... They have the money and the motivation to be disruptive and they are not

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

likely to hire incompetents.
dailykos.com/story/2012/02/07/1062405/-Regarding-troll...

## Practical Steps for Dealing With Government Shills in Social ...

"One slide from a GCHQ presentation explains to the shills they will hire that the following ... US intelligence community equipped with the latest in information technology by investing in innovative high-tech companies ... Federal government routinely hires internet trolls, shills to ..."
academia.edu/6328710/Practical_Steps_for_Dealing_With_...

## List of companies who hire shills to promote their products ...

List of companies who hire shills to promote their products online. (waggeneredstrom.com) submitted 17 minutes ago by roadbike02. 1 comment; share cancel; all 1 comments. sorted by: best. hot. new. controversial. top. old
reddit.com/r/business/comments/svwsu/list_of_compani...

## PCWorld Forums: Paid Shills In Forums (online Reputation ...

"Paid Shills In Forums (online Reputation Management) ... It's become a common enough practice that lots of shady companies (especially Microsoft, who kept getting CAUGHT) to hire them. After all, ... Companies also pay ..."
forums.pcworld.com/index.php?/topic/127381-paid-shills-in-fo...

## "Are there shills for the Morge, Comex and TPTB on message ..."

"Probably. I know some private companies that hire people to troll message boards on their behalf, marketing for them, downplaying criticisms about their products, ... They are obvious shills probably paid by acorn of some such pro regime group."
goldismoney2.com/showthread.php?14333-Are-there-shills-for...

## Governments Hire Web Trolls to Sway Public Opinion - General ...

Governments Hire Web Trolls to Sway Public Opinion - posted in General Discussions: ... I feel sorry for these shills and trolls. ... The network was built using shell companies and financed through a foreign bank to hide their connection to Washington.
greenenergyinvestors.com/index.php?showtopic=18276

## Who's Tesla's Bitch? THE LIST:

"(Draft 1.3 - Constantly updated) Which media outlets cover-up Tesla Motors misdeeds and abuses? Which ones are run, or directed, by Tesla's investors seeking to manipulate stock values? Let's track, chart and document

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

which media outlets are willfully smoke-screening Tesla Motors. Which outlets publish counter-stories when other outlets publish negative disclosure about Tesla to try to cover-up, or flood-out, the Tesla issues and charges? Some reporters are compensated by Tesla's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access. Send in your submissions... Which outlets now have documented tracking evidence, that can be exhibited in court?: -- Google (Investors) - Hundreds of online news outlets - Also via web routing manipulation -- Hearst Communications (Investors) - SF Gate - SF Chronicle - 15 daily and 34 weekly newspapers including - Houston Chronicle - San Francisco Chronicle - San Antonio Express-News - Albany Times Union - Hundreds of magazines around the world, including - Good Housekeeping - Cosmopolitan - ELLE - O - The Oprah Magazine - 29 television stations, which reach a combined 18 percent of U.S. viewers; ownership in leading cable networks, including Lifetime, A&E, HISTORY and ESPN; significant holdings in automotive, electronic and medical/pharmaceutical business information companies - a 50 percent stake in global ratings agency Fitch Group - Internet and marketing services businesses - television production - etc... -- Gawker Media (White House Character Attack Conduit) - Gawker - Gizmodo - Jalopnik - Kinja - Deadspin - Kotaku - Jezebel - Valleywag - Lifehacker - 109 etc... -- The A.L.I.C.E. Alliance (Investor-Syncronized Reporters) - Stands for: American Legislative and Issue Campaign Exchange - 1400 coordinated reporters using the ""Alice News Alerts""in order to seek to cover up campaign backer crimes with synchronized story releases, include: - The top two political reporters for The Huffington Post - A Reuters reporter - The editor of The Nation magazine - A producer for Al Jazeera America television - A U.S. News & World Report columnist - Approximately two dozen Huffington Post contributors - All of ""Gamechanger Salon"" - Sally Kohn, formerly a Fox News contributor, now works for CNN - Amanda Terkel, the ?Senior Political Reporter and Politics Managing Editor at The Huffington Post - The Huffington Post?s Washington bureau chief, Ryan Grim. - A former New York Times freelance columnist who now works as an energy and commodities reporter for Thomson Reuters is also a member of Gamechanger Salon. - Anna Louie Sussman is listed as an ?investigative reporter and journalist? on the Gamechanger Salon membership list, and while her beat focuses on energy issues, she has also writes about ?local and international human rights and social justice issues? according to her website. - Katrina vanden Heuvel is the editor and publisher of The Nation magazine, a prominent and well-known periodical of leftwing political and social thought. She is also a member of Gamechanger Salon and a regular opinion writer for the online edition of The Washington Post. - Lisa Graves, who leads the Madison, Wisconsin-based Center for Media and Democracy, is also a member of Gamechanger Salon, and ? according to e-mails reviewed by Media Trackers ? regularly promotes material developed by CMD to attack ALEC and the right-of-center lawmakers who tend to make up the majority of ALEC?s active legislative membership. - Vanden Heuvel suggested in her column that liberals support the efforts of the American Legislative and Issue Campaign Exchange ? ALICE (a leftwing counterpart to ALEC) ? and the Progressive States Network. - Jordan Flaherty was, as of last year, a producer for Al Jazeera America television. He is also listed as a member of Gamechanger Salon and for a while he occasionally blogged for The Huffington Post. - In addition to working at the left-leaning American Sustainable Business Council, David Brodwin writes an online column for U.S. News & World Report."

  - etc...


  -- Motley Fool -- The Street -- The San Jose Mercury News -- Think Progress -- New America Foundation -- Blogger & Pundit Shills:   (Noise For Hire) Ricky Munarriz- Motley Fool Jennifer Burke- Market News Call Emily Watson- Consensus Press Michelle Jones- The Street Elaine Kwei- Jefferies Adam Jonas- Morgan Stanley Sue Chang- Market Watch Ben Eisen- Market Watch Chris Ciaccia- The Street Michael Aragon- Market News Patrick Hoge- SF Business Times Leigh Drogen- Seeking Alpha Raj Gupta- McKinsey Consulting Max Greenberg at Media Matters John Volker at Green Car Tamara Rutter on Motley Fool CNN's Paul Lamonica John Rosevear at the Motley Fool Leilani Munter AKA Carbon Free Girl Kevin Bullis at MIT Technology Review



The Shocking TRUE STORY of Marine Corps Major General Smedley Butler and The Attempted Overthrow of

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the U.S. Government      The Shocking TRUE STORY of Marine Corps Major General Smedley Butler and The Attempted Overthrow of the U.S. Government/shocking-true-story-marine-corps-major-general-smedley-butler-attempted-overthrow-u-s-government/   8/7/2014      THE EDITORS & WIKI MEMBERS   Uncategorized   "major general, Smedley Darlington Butler, the business plot, The Shocking TRUE STORY of Marine Corps Major General Smedley Butler and The Attempted Overthrow of the U.S. Government, United States Marine Corps, United States Marine Corps major general"      publish ccft_post_comment_title:      panels_data: Array   kopa_fastnewslight_total_view: 12   wp-mm-fb-likes-enabled:      wp-mm-fb-likes-num:   wp-mm-fb-likes-duration:   wp-mm-fb-likes-weekends:      wp-mm-fb-shares-enabled:      wp-mm-fb-shares-num:    wp-mm-fb-shares-duration:   wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:   wp-mm-google-plus-num:      wp-mm-google-plus-duration:   wp-mm-google-plus-weekends: wp-mm-twitter-tweets-enabled:   wp-mm-twitter-tweets-num:      wp-mm-twitter-tweets-duration:wp-mm-twitter-tweets-weekends:

## ONE OF THE MOST COVERED UP STORIES IN AMERICAN HISTORY.

 CHARACTER ASSASSINATED FOR TELLING THE TRUTH ABOUT A MASSIVE CONSPIRACY, HISTORY SHOWS ALL OF HIS REVELATIONS WERE TRUE. HAS THIS SAME THING HAPPENED ""MORE RECENTLY"" WITH OTHER BILLIONAIRES?: Smedley Darlington Butler[1] (July 30, 1881  ? June 21, 1940) was a United States Marine Corps major general, the highest rank authorized at that time, and at the time of his death the most decorated Marine in U.S. history. During his 34-year career as a Marine, he participated in military actions in the Philippines, China, in Central America and the Caribbean during the Banana Wars, and France in World War I. Butler is well known for having later become an outspoken critic of U.S. wars and their consequences, as well as exposing ""the Business Plot"", a plan, by a secret billionaires coalition, to overthrow the U.S. government. Many say it is the same thing that a group of Silicon Valley billionaires have tried with Washington, using Google news and information manipulation, in recent times. In November 1934, Butler claimed the existence of a political conspiracy by billionaire business leaders to overthrow President Roosevelt, a series of allegations that came to be known in the media as the Business Plot.[59][60] A special committee of the House of Representatives headed by Representatives John W. McCormack of Massachusetts and Samuel Dickstein of New York, who was later alleged to have been a paid agent of the NKVD,[61] heard his testimony in secret.[62] The McCormack-Dickstein committee was a precursor to the House Committee on Un-American Activities. In November 1934, Butler told the committee that one Gerald P. MacGuire told him that a group of billionaire businessmen, supposedly backed by a private army of 500,000 ex-soldiers and others, intended to establish a fascist dictatorship. Butler had been asked to lead it, he said, by MacGuire, who was a bond salesman with Grayson M?P Murphy & Co.   (KIND OF LIKE GOLDMAN SACHS) The New York Times reported that Butler had told friends that General Hugh S. Johnson, a former official with the National Recovery Administration, was to be installed as dictator, and that the J.P. Morgan banking firm (WHO< EVEN TODAY< IS STILL BEING CHARGED WITH CRIMES) was behind the plot. Butler told Congress that MacGuire had told him the attempted coup was backed by three million dollars, and that the 500,000 men were probably to be assembled in Washington, D.C. the following year. All the parties alleged to be involved publicly said there was no truth in the story, calling it a joke and a fantasy.[62] In its report, the committee stated that it was unable to confirm Butler's other than the conversations with MacGuire.[63] No prosecutions or further investigations followed, and historians have questioned whether or not a coup was actually contemplated. Historians have not reported any independent evidence apart from Butler's report on what MacGuire told him. Schmidt says Maguire was an ""inconsequential trickster.""[64][65][66][67] The news media (ie: GOOGLE) dismissed the plot, with a New York Times editorial characterizing it as a ""gigantic hoax"".[68] When the committee's final report was released, the Times said the committee ""purported to report that a two-month investigation had convinced it that General Butler's story of a Fascist march on Washington was alarmingly true"" and ""'... also alleged that definite proof had been found that the much publicized Fascist march on Washington, which was to have been led by Major. Gen. Smedley D. Butler, retired, according to testimony at a hearing, was actually contemplated"".[69] The individuals involved all denied the existence of a plot, despite evidence to the contrary. The media ridiculed the allegations, although a final report by a special House of Representatives

Committee confirmed some of Butler's accusations [70] [n 1][n 2] The McCormack-Dickstein Committee confirmed some of Butler's testimony in its final report. ""In the last few weeks of the committee's official life it received evidence showing that certain persons had made an attempt to establish a fascist organization in this country...There is no question that these attempts were discussed, were planned, and might have been placed in execution when and if the financial backers (AKA: ""the billionaires"") deemed it expedient.""[70] [n 1][n 2] "


 """If"" a modern version of the Smedley Butler ""BUSINESS PLOT"" take-over of Washington has, or had, been attempted, Who do you suspect was behind it, theoretically

 "Send in your suggested ""persons-of-interest: * Tom Perkins, Formerly of Kleiner Perkins, Famous for ""nazi"" comments (Owns stock in large number of DOE/TARP ""winners"") * Goldman Sachs CEO Blankfein (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * JP Morgan CEO Jamie Dimon(Owns stock in large number of DOE/TARP ""winners"") * The Westly Group (Under Investigation) (White House Advisor) (Owns stock in large number of DOE/TARP ""winners"") * Steve ""The Fix"" Westly (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Technology Partners(Owns stock in large number of DOE/TARP ""winners"") * Ira ""Linguini"" Erenpries (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Firelake Capital (Under Investigation) (Owns stock in large number of DOE/TARP ""winners"") * Kliener Perkins (Sued for Sexual Abuse)(Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * John ""Doe"" Doerr (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Ray ""The Sausage"" Lane (Charged with Tax Fraud)(Owns stock in large number of DOE/TARP ""winners"") * Elon ""The MuskRat"" Musk (Sued on multiple charges of fraud by shareholders)(Owns stock in large number of DOE/TARP ""winners"" and was gifted with a portion of NASA) * Eric Schmidt - Google Founder trained by Motwani who was found dead in Silicon Valley (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Sergy Brin- Google Founder trained by Motwani who was found dead in Silicon Valley(Owns stock in large number of DOE/TARP ""winners"") * Jonathan"" Slippery"" Silver (Fired from DOE) (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Draper Fisher (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Tim ""I want-to-run-my-own-state"" Draper (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Steven Chu-Ran DOE. Associated in personal and business relationships with every person on this list. Almost everyone on this list is noted in Chu's nomination docket, as supporters for his position as Secretary of Energy, where he had exclusive control of cash hand-outs. (Family and personally owns stock in large number of DOE/TARP ""winners"") * Steve Jurvetson (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Rahm Emanual- Former White House Chief of Staff. Chicago Mayor. Called ""The Godfather"" due to suspected mob connections. Senior finance head arrested for bribery, corruption & kickbacks. (Under investigation)(Owns stock in large number of DOE/TARP ""winners"") * Khosla Ventures (Under Investigation) (Expose on 60 Minutes & CNN) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Vinohd Khosla- (Under Investigation) (Expose on 60 Minutes & CNN)(Owns stock in large number of DOE/TARP ""winners"") * Condolezza Rice- (Under Investigation) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Tom ""Fettucine"" Styer (Under Investigation)(Owns stock in large number of DOE/TARP ""winners"") * Steven ""The Rat"" Rattner (Indicted in NY for Fraud- Worked in White House) (White House Advisor)(Owns stock in large number of DOE/TARP ""winners"") * Raj ""I-Am-Untouchable"" Gupta (Indicted) (IN JAIL)(Owns stock in large number of DOE/TARP ""winners"") * Richard Blum- CBRE, Holds Tesla & Solyndra investments, husband of Senator Feinstein)(White House Advisor)(Family owns stock in large number of DOE/TARP ""winners"") (wife assisted in changing insider trading laws and Post Office real estate laws to benefit family stock and real estate investments) Who else is interesting? Send in more names to discuss..."


 "War Is a Racket is the title of two works, a speech and a booklet, by retired United States Marine Corps Major General and two time Medal of Honor recipient Smedley D. Butler. In them, Butler frankly discusses from his

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

experience as a career military officer how business interests commercially benefit (war profiteering) from warfare. After his retirement from the Marine Corps, Butler made a nationwide tour in the early 1930s giving his speech ""War is a Racket"". The speech was so well received that he wrote a longer version as a small book with the same title that was published in 1935 by Round Table Press, Inc., of New York. The booklet was also condensed in Reader's Digest as a book supplement which helped popularize his message. In an introduction to the Reader's Digest version, Lowell Thomas, the ""as told to"" author of Butler's oral autobiographical adventures, praised Butler's ""moral as well as physical courage"".[1] THIS ARTICLE DESCRIBES WHAT HAPPENED IN THE AFGHANISTAN AND IRAQ AGHANI-SCAM SITUATIONS"

Written by Two-Time Congressional Medal of Honor Recipient

Major General Smedley D. Butler

"USMC, Retired"

CHAPTER ONE

WAR IS A RACKET

WAR is a racket. It always has been.

"  It is possibly the oldest, easily the most profitable, surely the most vicious. It is the only one international in scope. It is the only one in which the profits are reckoned in dollars and the losses in lives."

"  A racket is best described, I believe, as something that is not what it seems to the majority of the people. Only a small ""inside"" group knows what it is about. It is conducted for the benefit of the very few, at the expense of the very many. Out of war a few people make huge fortunes."

"  In the World War [I] a mere handful garnered the profits of the conflict. At least 21,000 new millionaires and billionaires were made in the United States during the World War. That many admitted their huge blood gains in their income tax returns. How many other war millionaires falsified their tax returns no one knows."

"  How many of these war millionaires shouldered a rifle? How many of them dug a trench? How many of them knew what it meant to go hungry in a rat-infested dug-out? How many of them spent sleepless, frightened nights, ducking shells and shrapnel and machine gun bullets? How many of them parried a bayonet thrust of an enemy? How many of them were wounded or killed in battle

"  Out of war nations acquire additional territory, if they are victorious. They just take it. This newly acquired territory promptly is exploited by the few ? the selfsame few who wrung dollars out of blood in the war. The general public shoulders the bill."

And what is this bill?

THE BOOK OF TESLA. Copyright only to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

This bill renders a horrible accounting. Newly placed gravestones. Mangled bodies. Shattered minds. Broken hearts and homes. Economic instability. Depression and all its attendant miseries. Back-breaking taxation for generations and generations.

"For a great many years, as a soldier, I had a suspicion that war was a racket; not until I retired to civil life did I fully realize it. Now that I see the international war clouds gathering, as they are today, I must face it and speak out."

"  Again they are choosing sides. France and Russia met and agreed to stand side by side. Italy and Austria hurried to make a similar agreement. Poland and Germany cast sheep's eyes at each other, forgetting for the nonce [one unique occasion], their dispute over the Polish Corridor. "

"The assassination of King Alexander of Jugoslavia [Yugoslavia] complicated matters. Jugoslavia and Hungary, long bitter enemies, were almost at each other's throats. Italy was ready to jump in. But France was waiting. So was Czechoslovakia. All of them are looking ahead to war. Not the people ? not those who fight and pay and die ? only those who foment wars and remain safely at home to profit."

"There are 40,000,000 men under arms in the world today, and our statesmen and diplomats have the temerity to say that war is not in the making."

"Hell's bells! Are these 40,000,000 men being trained to be dancers

"Not in Italy, to be sure. Premier Mussolini knows what they are being trained for. He, at least, is frank enough to speak out. Only the other day, Il Duce in ""International Conciliation,"" the publication of the Carnegie Endowment for International Peace, said:"

"""""And above all, Fascism, the more it considers and observes the future and the development of humanity quite apart from political considerations of the moment, believes neither in the possibility nor the utility of perpetual peace... War alone brings up to its highest tension all human energy and puts the stamp of nobility upon the people who have the courage to meet it."""""

"Undoubtedly Mussolini means exactly what he says. His well-trained army, his great fleet of planes, and even his navy are ready for war ? anxious for it, apparently. His recent stand at the side of Hungary in the latter's dispute with Jugoslavia showed that. And the hurried mobilization of his troops on the Austrian border after the assassination of Dollfuss showed it too. There are others in Europe too whose sabre rattling presages war, sooner or later."

"Herr Hitler, with his rearming Germany and his constant demands for more and more arms, is an equal if not greater menace to peace. France only recently increased the term of military service for its youth from a year to eighteen months."

"Yes, all over, nations are camping in their arms. The mad dogs of Europe are on the loose. In the Orient the maneuvering is more adroit. Back in 1904, when Russia and Japan fought, we kicked out our old friends the Russians and backed Japan. Then our very generous international bankers were financing Japan. Now the trend is to poison us against the Japanese. What does the ""open door"" policy to China mean to us? Our trade with China is about $90,000,000 a year. Or the Philippine Islands? We have spent about $600,000,000 in the Philippines in thirty-five years and we (our bankers and industrialists and speculators) have private investments there of less than $200,000,000."

"Then, to save that China trade of about $90,000,000, or to protect these private investments of less than $200,000,000 in the Philippines, we would be all stirred up to hate Japan and go to war ? a war that might well cost us tens of billions of dollars, hundreds of thousands of lives of Americans, and many more hundreds of thousands of physically maimed and mentally unbalanced men."

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Of course, for this loss, there would be a compensating profit ? fortunes would be made. Millions and billions of dollars would be piled up. By a few. Munitions makers. Bankers. Ship builders. Manufacturers. Meat packers. Speculators. They would fare well."

"Yes, they are getting ready for another war. Why shouldn't they? It pays high dividends."

"But what does it profit the men who are killed? What does it profit their mothers and sisters, their wives and their sweethearts? What does it profit their children

What does it profit anyone except the very few to whom war means huge profits?

"Yes, and what does it profit the nation

"Take our own case. Until 1898 we didn't own a bit of territory outside the mainland of North America. At that time our national debt was a little more than $1,000,000,000. Then we became ""internationally minded."" We forgot, or shunted aside, the advice of the Father of our country. We forgot George Washington's warning about ""entangling alliances."" We went to war. We acquired outside territory. At the end of the World War period, as a direct result of our fiddling in international affairs, our national debt had jumped to over $25,000,000,000. Our total favorable trade balance during the twenty-five-year period was about $24,000,000,000. Therefore, on a purely bookkeeping basis, we ran a little behind year for year, and that foreign trade might well have been ours without the wars."

"It would have been far cheaper (not to say safer) for the average American who pays the bills to stay out of foreign entanglements. For a very few this racket, like bootlegging and other underworld rackets, brings fancy profits, but the cost of operations is always transferred to the people ? who do not profit."

CHAPTER TWO

WHO MAKES THE PROFITS?

"The World War, rather our brief participation in it, has cost the United States some $52,000,000,000. Figure it out. That means $400 to every American man, woman, and child. And we haven't paid the debt yet. We are paying it, our children will pay it, and our children's children probably still will be paying the cost of that war."

"The normal profits of a business concern in the United States are six, eight, ten, and sometimes twelve percent. But war-time profits ? ah! that is another matter ? twenty, sixty, one hundred, three hundred, and even eighteen hundred per cent ? the sky is the limit. All that traffic will bear. Uncle Sam has the money. Let's get it."

"Of course, it isn't put that crudely in war time. It is dressed into speeches about patriotism, love of country, and ""we must all put our shoulders to the wheel,"" but the profits jump and leap and skyrocket ? and are safely pocketed. Let's just take a few examples:"

"Take our friends the du Ponts, the powder people ? didn't one of them testify before a Senate committee recently that their powder won the war? Or saved the world for democracy? Or something? How did they do in the war? They were a patriotic corporation. Well, the average earnings of the du Ponts for the period 1910 to 1914 were $6,000,000 a year. It wasn't much, but the du Ponts managed to get along on it. Now let's look at their average yearly profit during the war years, 1914 to 1918. Fifty-eight million dollars a year profit we find! Nearly ten times that of normal times, and the profits of normal times were pretty good. An increase in profits of more than 950 per cent."

"Take one of our little steel companies that patriotically shunted aside the making of rails and girders and bridges to manufacture war materials. Well, their 1910-1914 yearly earnings averaged $6,000,000. Then came the war.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

And, like loyal citizens, Bethlehem Steel promptly turned to munitions making. Did their profits jump ? or did they let Uncle Sam in for a bargain? Well, their 1914-1918 average was $49,000,000 a year!"

"Or, let's take United States Steel. The normal earnings during the five-year period prior to the war were $105,000,000 a year. Not bad. Then along came the war and up went the profits. The average yearly profit for the period 1914-1918 was $240,000,000. Not bad."

"There you have some of the steel and powder earnings. Let's look at something else. A little copper, perhaps. That always does well in war times."

"Anaconda, for instance. Average yearly earnings during the pre-war years 1910-1914 of $10,000,000. During the war years 1914-1918 profits leaped to $34,000,000 per year."

"Or Utah Copper. Average of $5,000,000 per year during the 1910-1914 period. Jumped to an average of $21,000,000 yearly profits for the war period."

"Let's group these five, with three smaller companies. The total yearly average profits of the pre-war period 1910-1914 were $137,480,000. Then along came the war. The average yearly profits for this group skyrocketed to $408,300,000."

A little increase in profits of approximately 200 per cent.

Does war pay? It paid them. But they aren't the only ones. There are still others. Let's take leather.

"For the three-year period before the war the total profits of Central Leather Company were $3,500,000. That was approximately $1,167,000 a year. Well, in 1916 Central Leather returned a profit of $15,000,000, a small increase of 1,100 per cent. That's all. The General Chemical Company averaged a profit for the three years before the war of a little over $800,000 a year. Came the war, and the profits jumped to $12,000,000. a leap of 1,400 per cent."

"International Nickel Company ? and you can't have a war without nickel ? showed an increase in profits from a mere average of $4,000,000 a year to $73,000,000 yearly. Not bad? An increase of more than 1,700 per cent."

"American Sugar Refining Company averaged $2,000,000 a year for the three years before the war. In 1916 a profit of $6,000,000 was recorded."

"Listen to Senate Document No. 259. The Sixty-Fifth Congress, reporting on corporate earnings and government revenues. Considering the profits of 122 meat packers, 153 cotton manufacturers, 299 garment makers, 49 steel plants, and 340 coal producers during the war. Profits under 25 per cent were exceptional. For instance the coal companies made between 100 per cent and 7,856 per cent on their capital stock during the war. The Chicago packers doubled and tripled their earnings."

"And let us not forget the bankers who financed the great war. If anyone had the cream of the profits it was the bankers. Being partnerships rather than incorporated organizations, they do not have to report to stockholders. And their profits were as secret as they were immense. How the bankers made their millions and their billions I do not know, because those little secrets never become public ? even before a Senate investigatory body."

But here's how some of the other patriotic industrialists and speculators chiseled their way into war profits.

"Take the shoe people. They like war. It brings business with abnormal profits. They made huge profits on sales abroad to our allies. Perhaps, like the munitions manufacturers and armament makers, they also sold to the

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

enemy. For a dollar is a dollar whether it comes from Germany or from France. But they did well by Uncle Sam too. For instance, they sold Uncle Sam 35,000,000 pairs of hobnailed service shoes. There were 4,000,000 soldiers. Eight pairs, and more, to a soldier. My regiment during the war had only one pair to a soldier. Some of these shoes probably are still in existence. They were good shoes. But when the war was over Uncle Sam has a matter of 25,000,000 pairs left over. Bought ? and paid for. Profits recorded and pocketed."

"There was still lots of leather left. So the leather people sold your Uncle Sam hundreds of thousands of McClellan saddles for the cavalry. But there wasn't any American cavalry overseas! Somebody had to get rid of this leather, however. Somebody had to make a profit in it ? so we had a lot of McClellan saddles. And we probably have those yet."

"Also somebody had a lot of mosquito netting. They sold your Uncle Sam 20,000,000 mosquito nets for the use of the soldiers overseas. I suppose the boys were expected to put it over them as they tried to sleep in muddy trenches ? one hand scratching cooties on their backs and the other making passes at scurrying rats. Well, not one of these mosquito nets ever got to France!"

"Anyhow, these thoughtful manufacturers wanted to make sure that no soldier would be without his mosquito net, so 40,000,000 additional yards of mosquito netting were sold to Uncle Sam."

"There were pretty good profits in mosquito netting in those days, even if there were no mosquitoes in France. I suppose, if the war had lasted just a little longer, the enterprising mosquito netting manufacturers would have sold your Uncle Sam a couple of consignments of mosquitoes to plant in France so that more mosquito netting would be in order."

"Airplane and engine manufacturers felt they, too, should get their just profits out of this war. Why not? Everybody else was getting theirs. So $1,000,000,000 ? count them if you live long enough ? was spent by Uncle Sam in building airplane engines that never left the ground! Not one plane, or motor, out of the billion dollars worth ordered, ever got into a battle in France. Just the same the manufacturers made their little profit of 30, 100, or perhaps 300 per cent."

Undershirts for soldiers cost 14›[cents] to make and uncle Sam paid 30› to 40› each for them ? a nice little profit for the undershirt manufacturer. And the stocking manufacturer and the uniform manufacturers and the cap manufacturers and the steel helmet manufacturers ? all got theirs.

"Why, when the war was over some 4,000,000 sets of equipment ? knapsacks and the things that go to fill them ? crammed warehouses on this side. Now they are being scrapped because the regulations have changed the contents. But the manufacturers collected their wartime profits on them ? and they will do it all over again the next time."

There were lots of brilliant ideas for profit making during the war.

"One very versatile patriot sold Uncle Sam twelve dozen 48-inch wrenches. Oh, they were very nice wrenches. The only trouble was that there was only one nut ever made that was large enough for these wrenches. That is the one that holds the turbines at Niagara Falls. Well, after Uncle Sam had bought them and the manufacturer had pocketed the profit, the wrenches were put on freight cars and shunted all around the United States in an effort to find a use for them. When the Armistice was signed it was indeed a sad blow to the wrench manufacturer. He was just about to make some nuts to fit the wrenches. Then he planned to sell these, too, to your Uncle Sam."

"Still another had the brilliant idea that colonels shouldn't ride in automobiles, nor should they even ride on horseback. One has probably seen a picture of Andy Jackson riding in a buckboard. Well, some 6,000 buckboards were sold to Uncle Sam for the use of colonels! Not one of them was used. But the buckboard manufacturer got his war profit."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"The shipbuilders felt they should come in on some of it, too. They built a lot of ships that made a lot of profit. More than $3,000,000,000 worth. Some of the ships were all right. But $635,000,000 worth of them were made of wood and wouldn't float! The seams opened up ? and they sank. We paid for them, though. And somebody pocketed the profits."

"It has been estimated by statisticians and economists and researchers that the war cost your Uncle Sam $52,000,000,000. Of this sum, $39,000,000,000 was expended in the actual war itself. This expenditure yielded $16,000,000,000 in profits. That is how the 21,000 billionaires and millionaires got that way. This $16,000,000,000 profits is not to be sneezed at. It is quite a tidy sum. And it went to a very few."

"The Senate (Nye) committee probe of the munitions industry and its wartime profits, despite its sensational disclosures, hardly has scratched the surface."

"Even so, it has had some effect. The State Department has been studying ""for some time"" methods of keeping out of war. The War Department suddenly decides it has a wonderful plan to spring. The Administration names a committee ? with the War and Navy Departments ably represented under the chairmanship of a Wall Street speculator ? to limit profits in war time. To what extent isn't suggested. Hmmm. Possibly the profits of 300 and 600 and 1,600 per cent of those who turned blood into gold in the World War would be limited to some smaller figure."

"Apparently, however, the plan does not call for any limitation of losses ? that is, the losses of those who fight the war. As far as I have been able to ascertain there is nothing in the scheme to limit a soldier to the loss of but one eye, or one arm, or to limit his wounds to one or two or three. Or to limit the loss of life."

"There is nothing in this scheme, apparently, that says not more than 12 per cent of a regiment shall be wounded in battle, or that not more than 7 per cent in a division shall be killed."

"Of course, the committee cannot be bothered with such trifling matters."

 CHAPTER THREE

 WHO PAYS THE BILLS?

"Who provides the profits ? these nice little profits of 20, 100, 300, 1,500 and 1,800 per cent? We all pay them ? in taxation. We paid the bankers their profits when we bought Liberty Bonds at $100.00 and sold them back at $84 or $86 to the bankers. These bankers collected $100 plus. It was a simple manipulation. The bankers control the security marts. It was easy for them to depress the price of these bonds. Then all of us ? the people ? got frightened and sold the bonds at $84 or $86. The bankers bought them. Then these same bankers stimulated a boom and government bonds went to par ? and above. Then the bankers collected their profits."

 But the soldier pays the biggest part of the bill.

"If you don't believe this, visit the American cemeteries on the battlefields abroad. Or visit any of the veteran's hospitals in the United States. On a tour of the country, in the midst of which I am at the time of this writing, I have visited eighteen government hospitals for veterans. In them are a total of about 50,000 destroyed men ? men who were the pick of the nation eighteen years ago. The very able chief surgeon at the government hospital; at Milwaukee, where there are 3,800 of the living dead, told me that mortality among veterans is three times as great as among those who stayed at home."

"Boys with a normal viewpoint were taken out of the fields and offices and factories and classrooms and put into the ranks. There they were remolded; they were made over; they were made to ""about face""; to regard murder as the order of the day. They were put shoulder to shoulder and, through mass psychology, they were entirely changed. We used them for a couple of years and trained them to think nothing at all of killing or of being killed."

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Then, suddenly, we discharged them and told them to make another ""about face"" ! This time they had to do their own readjustment, sans [without] mass psychology, sans officers' aid and advice and sans nation-wide propaganda. We didn't need them any more. So we scattered them about without any ""three-minute"" or ""Liberty Loan"" speeches or parades. Many, too many, of these fine young boys are eventually destroyed, mentally, because they could not make that final ""about face"" alone."

"In the government hospital in Marion, Indiana, 1,800 of these boys are in pens! Five hundred of them in a barracks with steel bars and wires all around outside the buildings and on the porches. These already have been mentally destroyed. These boys don't even look like human beings. Oh, the looks on their faces! Physically, they are in good shape; mentally, they are gone."

"There are thousands and thousands of these cases, and more and more are coming in all the time. The tremendous excitement of the war, the sudden cutting off of that excitement ? the young boys couldn't stand it."

"That's a part of the bill. So much for the dead ? they have paid their part of the war profits. So much for the mentally and physically wounded ? they are paying now their share of the war profits. But the others paid, too ? they paid with heartbreaks when they tore themselves away from their firesides and their families to don the uniform of Uncle Sam ? on which a profit had been made. They paid another part in the training camps where they were regimented and drilled while others took their jobs and their places in the lives of their communities. The paid for it in the trenches where they shot and were shot; where they were hungry for days at a time; where they slept in the mud and the cold and in the rain ? with the moans and shrieks of the dying for a horrible lullaby."

But don't forget ? the soldier paid part of the dollars and cents bill too.

"Up to and including the Spanish-American War, we had a prize system, and soldiers and sailors fought for money. During the Civil War they were paid bonuses, in many instances, before they went into service. The government, or states, paid as high as $1,200 for an enlistment. In the Spanish-American War they gave prize money. When we captured any vessels, the soldiers all got their share ? at least, they were supposed to. Then it was found that we could reduce the cost of wars by taking all the prize money and keeping it, but conscripting [drafting] the soldier anyway. Then soldiers couldn't bargain for their labor, Everyone else could bargain, but the soldier couldn't. "

"Napoleon once said, ""All men are enamored of decorations...they positively hunger for them."""

"So by developing the Napoleonic system ? the medal business ? the government learned it could get soldiers for less money, because the boys liked to be decorated. Until the Civil War there were no medals. Then the Congressional Medal of Honor was handed out. It made enlistments easier. After the Civil War no new medals were issued until the Spanish-American War."

"In the World War, we used propaganda to make the boys accept conscription. They were made to feel ashamed if they didn't join the army."

"So vicious was this war propaganda that even God was brought into it. With few exceptions our clergymen joined in the clamor to kill, kill, kill. To kill the Germans. God is on our side...it is His will that the Germans be killed."

"And in Germany, the good pastors called upon the Germans to kill the allies...to please the same God. That was a part of the general propaganda, built up to make people war conscious and murder conscious."

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"Beautiful ideals were painted for our boys who were sent out to die. This was the ""war to end all wars."" This was the ""war to make the world safe for democracy."" No one mentioned to them, as they marched away, that their going and their dying would mean huge war profits. No one told these American soldiers that they might be shot down by bullets made by their own brothers here. No one told them that the ships on which they were going to cross might be torpedoed by submarines built with United States patents. They were just told it was to be a ""glorious adventure."""

"Thus, having stuffed patriotism down their throats, it was decided to make them help pay for the war, too. So, we gave them the large salary of $30 a month."

"All they had to do for this munificent sum was to leave their dear ones behind, give up their jobs, lie in swampy trenches, eat canned willy (when they could get it) and kill and kill and kill...and be killed."

But wait!

"Half of that wage (just a little more than a riveter in a shipyard or a laborer in a munitions factory safe at home made in a day) was promptly taken from him to support his dependents, so that they would not become a charge upon his community. Then we made him pay what amounted to accident insurance ? something the employer pays for in an enlightened state ? and that cost him $6 a month. He had less than $9 a month left."

"Then, the most crowning insolence of all ? he was virtually blackjacked into paying for his own ammunition, clothing, and food by being made to buy Liberty Bonds. Most soldiers got no money at all on pay days."

"We made them buy Liberty Bonds at $100 and then we bought them back ? when they came back from the war and couldn't find work ? at $84 and $86. And the soldiers bought about $2,000,000,000 worth of these bonds!"

"Yes, the soldier pays the greater part of the bill. His family pays too. They pay it in the same heart-break that he does. As he suffers, they suffer. At nights, as he lay in the trenches and watched shrapnel burst about him, they lay home in their beds and tossed sleeplessly ? his father, his mother, his wife, his sisters, his brothers, his sons, and his daughters."

"When he returned home minus an eye, or minus a leg or with his mind broken, they suffered too ? as much as and even sometimes more than he. Yes, and they, too, contributed their dollars to the profits of the munitions makers and bankers and shipbuilders and the manufacturers and the speculators made. They, too, bought Liberty Bonds and contributed to the profit of the bankers after the Armistice in the hocus-pocus of manipulated Liberty Bond prices."

And even now the families of the wounded men and of the mentally broken and those who never were able to readjust themselves are still suffering and still paying.

CHAPTER FOUR

HOW TO SMASH THIS RACKET!

"WELL, it's a racket, all right."

A few profit ? and the many pay. But there is a way to stop it. You can't end it by disarmament conferences. You can't eliminate it by peace parleys at Geneva. Well-meaning but impractical groups can't wipe it out by resolutions. It can be smashed effectively only by taking the profit out of war.

"The only way to smash this racket is to conscript capital and industry and labor before the nations manhood can be conscripted. One month before the Government can conscript the young men of the nation ? it must conscript

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

capital and industry and labor. Let the officers and the directors and the high-powered executives of our armament factories and our munitions makers and our shipbuilders and our airplane builders and the manufacturers of all the other things that provide profit in war time as well as the bankers and the speculators, be conscripted ? to get $30 a month, the same wage as the lads in the trenches get."

  "Let the workers in these plants get the same wages ? all the workers, all presidents, all executives, all directors, all managers, all bankers

  "yes, and all generals and all admirals and all officers and all politicians and all government office holders ? everyone in the nation be restricted to a total monthly income not to exceed that paid to the soldier in the trenches!"

  Let all these kings and tycoons and masters of business and all those workers in industry and all our senators and governors and majors pay half of their monthly $30 wage to their families and pay war risk insurance and buy Liberty Bonds.

  Why shouldn't they?

  They aren't running any risk of being killed or of having their bodies mangled or their minds shattered. They aren't sleeping in muddy trenches. They aren't hungry. The soldiers are!

  "Give capital and industry and labor thirty days to think it over and you will find, by that time, there will be no war. That will smash the war racket ? that and nothing else. "

  "Maybe I am a little too optimistic. Capital still has some say. So capital won't permit the taking of the profit out of war until the people ? those who do the suffering and still pay the price ? make up their minds that those they elect to office shall do their bidding, and not that of the profiteers."

  Another step necessary in this fight to smash the war racket is the limited plebiscite to determine whether a war should be declared. A plebiscite not of all the voters but merely of those who would be called upon to do the fighting and dying. There wouldn't be very much sense in having a 76-year-old president of a munitions factory or the flat-footed head of an international banking firm or the cross-eyed manager of a uniform manufacturing plant ? all of whom see visions of tremendous profits in the event of war ? voting on whether the nation should go to war or not. They never would be called upon to shoulder arms ? to sleep in a trench and to be shot. Only those who would be called upon to risk their lives for their country should have the privilege of voting to determine whether the nation should go to war.

  "There is ample precedent for restricting the voting to those affected. Many of our states have restrictions on those permitted to vote. In most, it is necessary to be able to read and write before you may vote. In some, you must own property. It would be a simple matter each year for the men coming of military age to register in their communities as they did in the draft during the World War and be examined physically. Those who could pass and who would therefore be called upon to bear arms in the event of war would be eligible to vote in a limited plebiscite. They should be the ones to have the power to decide ? and not a Congress few of whose members are within the age limit and fewer still of whom are in physical condition to bear arms. Only those who must suffer should have the right to vote."

  A third step in this business of smashing the war racket is to make certain that our military forces are truly forces for defense only.

  "At each session of Congress the question of further naval appropriations comes up. The swivel-chair admirals of Washington (and there are always a lot of them) are very adroit lobbyists. And they are smart. They don't shout that ""We need a lot of battleships to war on this nation or that nation."" Oh no. First of all, they let it be known that America is menaced by a great naval power. Almost any day, these admirals will tell you, the great fleet of

THE BOOK OF TESLA. Copyright such original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

this supposed enemy will strike suddenly and annihilate 125,000,000 people. Just like that. Then they begin to cry for a larger navy. For what? To fight the enemy? Oh my, no. Oh, no. For defense purposes only."

"Then, incidentally, they announce maneuvers in the Pacific. For defense. Uh, huh."

"The Pacific is a great big ocean. We have a tremendous coastline on the Pacific. Will the maneuvers be off the coast, two or three hundred miles? Oh, no. The maneuvers will be two thousand, yes, perhaps even thirty-five hundred miles, off the coast."

"The Japanese, a proud people, of course will be pleased beyond expression to see the united States fleet so close to Nippon's shores. Even as pleased as would be the residents of California were they to dimly discern through the morning mist, the Japanese fleet playing at war games off Los Angeles."

"The ships of our navy, it can be seen, should be specifically limited, by law, to within 200 miles of our coastline. Had that been the law in 1898 the Maine would never have gone to Havana Harbor. She never would have been blown up. There would have been no war with Spain with its attendant loss of life. Two hundred miles is ample, in the opinion of experts, for defense purposes. Our nation cannot start an offensive war if its ships can't go further than 200 miles from the coastline. Planes might be permitted to go as far as 500 miles from the coast for purposes of reconnaissance. And the army should never leave the territorial limits of our nation."

To summarize: Three steps must be taken to smash the war racket.

 * We must take the profit out of war.

 * We must permit the youth of the land who would bear arms to decide whether or not there should be war.


 * We must limit our military forces to home defense purposes.

CHAPTER FIVE

TO HELL WITH WAR!

"I am not a fool as to believe that war is a thing of the past. I know the people do not want war, but there is no use in saying we cannot be pushed into another war."

"Looking back, Woodrow Wilson was re-elected president in 1916 on a platform that he had ""kept us out of war"" and on the implied promise that he would ""keep us out of war."" Yet, five months later he asked Congress to declare war on Germany."

"In that five-month interval the people had not been asked whether they had changed their minds. The 4,000,000 young men who put on uniforms and marched or sailed away were not asked whether they wanted to go forth to suffer and die."

Then what caused our government to change its mind so suddenly?

Money.

"An allied commission, it may be recalled, came over shortly before the war declaration and called on the President. The President summoned a group of advisers. The head of the commission spoke. Stripped of its diplomatic language, this is what he told the President and his group:"

"""There is no use kidding ourselves any longer. The cause of the allies is lost. We now owe you (American

THE BOOK OF TESLA. Copyright. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

bankers, American munitions makers, American manufacturers, American speculators, American exporters) five or six billion dollars."

"If we lose (and without the help of the United States we must lose) we, England, France and Italy, cannot pay back this money...and Germany won't."

"So...""""

"Had secrecy been outlawed as far as war negotiations were concerned, and had the press been invited to be present at that conference, or had radio been available to broadcast the proceedings, America never would have entered the World War. But this conference, like all war discussions, was shrouded in utmost secrecy. When our boys were sent off to war they were told it was a ""war to make the world safe for democracy"" and a ""war to end all wars."" "

"Well, eighteen years after, the world has less of democracy than it had then. Besides, what business is it of ours whether Russia or Germany or England or France or Italy or Austria live under democracies or monarchies? Whether they are Fascists or Communists? Our problem is to preserve our own democracy."

"And very little, if anything, has been accomplished to assure us that the World War was really the war to end all wars."

"Yes, we have had disarmament conferences and limitations of arms conferences. They don't mean a thing. One has just failed; the results of another have been nullified. We send our professional soldiers and our sailors and our politicians and our diplomats to these conferences. And what happens

"The professional soldiers and sailors don't want to disarm. No admiral wants to be without a ship. No general wants to be without a command. Both mean men without jobs. They are not for disarmament. They cannot be for limitations of arms. And at all these conferences, lurking in the background but all-powerful, just the same, are the sinister agents of those who profit by war. They see to it that these conferences do not disarm or seriously limit armaments."

The chief aim of any power at any of these conferences has not been to achieve disarmament to prevent war but rather to get more armament for itself and less for any potential foe.

"There is only one way to disarm with any semblance of practicability. That is for all nations to get together and scrap every ship, every gun, every rifle, every tank, every war plane. Even this, if it were possible, would not be enough."

"The next war, according to experts, will be fought not with battleships, not by artillery, not with rifles and not with machine guns. It will be fought with deadly chemicals and gases."

"Secretly each nation is studying and perfecting newer and ghastlier means of annihilating its foes wholesale. Yes, ships will continue to be built, for the shipbuilders must make their profits. And guns still will be manufactured and powder and rifles will be made, for the munitions makers must make their huge profits. And the soldiers, of course, must wear uniforms, for the manufacturer must make their war profits too."

But victory or defeat will be determined by the skill and ingenuity of our scientists.

"If we put them to work making poison gas and more and more fiendish mechanical and explosive instruments of destruction, they will have no time for the constructive job of building greater prosperity for all peoples. By putting them to this useful job, we can all make more money out of peace than we can out of war ? even the munitions makers."

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

" So...I say,"

TO HELL WITH WAR!

SEE THIS LINK TO THE MORE RECENT REFERENCE http://www.youtube.com/watch?v=oMEI8bnbw1o
http://www.youtube.com/watch?v=hTdx6vEUtIA http://www.youtube.com/watch?v=7RD-ISImWgw

TV is DEAD! Long Live Web Media!   NOBODY WATCHES TV ANYMORE! Old Network Programmers Have Already been Passed By for WEB MEDIA!/tv-dead-long-live-web-media/  8/7/2014        THE EDITORS & WIKI MEMBERS      Uncategorized  TV is DEAD! Long Live Web Media!   publish      ccft_post_comment_title:       panels_data: Array       kopa_fastnewslight_total_view: 5       wp-mm-fb-likes-enabled:   wp-mm-fb-likes-num:  wp-mm-fb-likes-duration:   wp-mm-fb-likes-weekends:   wp-mm-fb-shares-enabled:   wp-mm-fb-shares-num: wp-mm-fb-shares-duration:   wp-mm-fb-shares-weekends:   wp-mm-google-plus-enabled:  wp-mm-google-plus-num:        wp-mm-google-plus-duration:  wp-mm-google-plus-weekends:  wp-mm-twitter-tweets-enabled: wp-mm-twitter-tweets-num:     wp-mm-twitter-tweets-duration:  wp-mm-twitter-tweets-weekends:

"- Why so many TV commercials are now for Depends adult diapers and erectile dysfunction pills...because only old people watch TV (to fall asleep) anymore... TV Networks are controlled by Donald Sterling-esque executives. They, and their audiences are all dying off, all at once. The white male executives have long held to their woman-free, racially white, executive suites AND programming. They were blind to the future and still live in a ""Brady Bunch is neato""-world! The new audiences..not so much; and are those new audiences wanting to watch the crap that broadcast networks dish out?, ALSO: NOT SO MUCH! TV is undergoing a tsunami of viewership loss. Part from old people just passing away and, most, from the next generation thinking that current programming is total bullshit and created for the lowest common denominator! Cable is dead within a few years. Advertising for massed volumes of idiocy is dead in 2 years. All advertising must now be boutique for boutique high-quality content, from now on. Anybody can make Star Wars on their desktop computer with CGI that rivals the best. Camera-phones are now broadcast quality. Old-school networks hold nothing of value, except to the old, anymore. You can have everything that Warner Brothers has, on your desktop, with the latest video production software. In their attempt to try to capture the last remaining audience that is as brain limited as the departing senile old viewers, the networks have turned to the last vestige of viewers that might tolerate their inane TV shows, while being nearly senile in mentality: RUBES! Honey Boo BOO and Duck Dynasty and catching-catfish-with-your-hands-in-a-swamp shows have replaced historical documentaries in a vain attempt to emulate ""click-bait"" on TV. It has failed. Every modern viewer, flipping past one of these shows, gets why all the ads are for adult diapers, erectile dysfunction and motorized chairs. Any modern young adult flipping through a TV roster thinks that the world has gone beyond stupid. So they just don't watch anymore. I am not down-talking old people. I am down-talking self-centered, living-in-a-bubble, idiotic network executives! It is the NEW Web Networks and NEW WEB Producers that the audiences want, support and go to. TV is dead. Long live WEB MEDIA. Trying to kill AERO? F'aggetaboutit- There are a hundred other AERO's right behind them. It is HERE! You already missed the boat if you are not on the high tide. Send in your links. Let's discuss... Tom
--------------------------------------------"

# WHO REALLY, ACTUALLY, KILLED THE ELECTRIC CARS

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"By Anderson W. Summary - These people really, actually, killed the electric cars (AKA: ?The Dirty 7?:"


- Senators with Insider Trading Deals
- Campaign Financiers with Investments in Competing Areas
- Venture Capitalists with Competing Investments
- The Steel Industry (because electric cars avoid using steel)
- The Unions (Because they have certain deals with the ?old? car companies)
- The Oil Cartel
- The Detroit Auto Cartel and their DC Lobbyists


- The steel industry has a kick-back scheme with Detroit and a large number of Senators
- The oil industry has a kick-back scheme with Detroit and a large number of Senators
- The auto unions have a kick-back scheme with Detroit and a large number of Senators and Party Officials


"Chrysler, Ford & GM have kick-back schemes between a large number of Senators, The oil industry and the steel industry"

None of them make any money with electric cars so they don't want any electric cars


"GM, Ford & Chrysler manipulate funding, marketing, laws and politicians to hold off the electric car market on behalf of themselves and their steel and petro-chemical cartel partners."

"Electric cars don't use much, if any, steel so the steel industry feels it can keep billions of dollars for itself if it stops electric cars. The steel industry gets billions of dollars of contracts from Detroit which it pays back to some Detroit boards in repercussive stock and supplier arrangements."

"Electric cars don't use petroleum products so the petroleum industry feels it can keep hundreds of billions of dollars, for itself, if it stops electric cars. The  petroleum industry gets hundreds of  billions of dollars of contracts from Detroit which it  pays back to some Detroit boards in covert ways."

"Using a complex series of tactics deployed by hundreds of hired operatives, ""consultants"" and shills and costing Detroit over $16 million per year, this ongoing strategic interdiction plan has been very effective; until the internet came along."

"Here is their playbook. Here are the details about how they do it. If you think it is how your world should work then you do not need to do anything, If you think it is wrong then you need to use all of the same techniques that they use to end it. If you think this is over-the-top or not credible then you need to think about what you think people might do to control trillions of dollars of profit and political power. Since you probably cannot even imagine that world, yet you know it exists, then you might want to help fix it:"


"THE DIRTY 7'S PLAYBOOK: Targeted Blockade Efforts ? All of the groups at the top of this report get together, via their lobbyists, and undertake coordination of all of the efforts listed below... Department of Energy Manipulations ? Documents have been uncovered which show that the Detroit Big 3 co-authored and lobbied the laws and decision process for DOE funding. The Big 3 represent that they are ?competitors? but they conspire to direct all money to only themselves in auto funding efforts with tax dollars. Rahm Emanual, while working as head of the White House, is said to have given Steven Chu a ""do Not Fund"" list prepared by Detroit and Campaign Backers. Lobbyists - It costs $50,000.00 to $150,000.00 to buy any politician in Washington. There are only 32  people, at a time,  you need to buy in Washington to change policy and laws that affect hundreds of millions of citizens. Buying is accomplished with cash, sex, tickets, plane trips, meals, after-Washington (""private sector"") kick-back jobs , lawyers, access, mortgages  and other secret trades. Tucker-izing ? The Tucker incident was a grand example of a car company ?take-down?. See the Francis Ford Coppola Movie: ?A Man and His Dream? for a set of classic playbook tactics Fake ""White Papers"" ? Lobbyists write white-papers or hire McKinsey Consulting to write white-papers that are made to look academic but are really a series of shill documents skewed to try to trick politicians into voting for kickback schemes to campaign backers and Detroit Staged Venture Capitalists ? Silicon Valley and NY VC groups organize to agree to not fund any but a few select companies that they control. They still take pitches from all of the other players so they can steal ideas and technology Shill Pundits ? Lobbyists who pretend to be subject experts and appear on TV and radio to say the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g...

same sales pitch/mantra over and over to embed falsehoods in the mind of the public Shill Bloggers - Lobbyists who pretend to be subject experts and appear on blogs to say the same sales pitch/mantra over and over to embed falsehoods in the mind of the public Corporate Saboteurs, Honey Traps & Spies ? Over 500 Corporate Saboteurs, Honey Traps & Spies work in Silicon Valley alone. They are actually escorts, private eyes and undercover lobbyists. They are hired to infiltrate a competing company and cause a staff ruckus, prep a hostile take-over or get the CEO in a lawsuit. They try anything to slow-down or sabotage the new technology that is competing with the ?Dirty 7? above. Controlling the Battery Industry ? VC?s bought control of the battery industry and ore supplies in order to create their own cartel Goldman Sachs - False front organizations which appear to be one thing are actually manipulating funding, public policy and media coverage, ie: McKinsey, EPRI, Goldman Sachs, Lobby Groups, Banking Groups, Venture Capital Groups Shill ""Reporters"" - The key tactic is to make the public think that the EV market is  crashing or is not being accepted by the public. This is accomplished by making sure every car is too expensive or too hard to fuel so that the public will not  want one, under the current synthetically generated limits. Penalty & Discouragement Laws created by Detroit Lobbyists - Making laws that only Detroit Cartel members can meet. Green-Washing ? A thing that is very deadly, explosive, toxic, impossible to dump safely, etc. (ie: Lithium ion) is branded and PR-hyped as a ?green?-thing or ?Cleantech?. Ie: Detroit said they needed more money because nobody was buying their cars so they told DOE to say they would give them free tax money to make ?green cars? they never intended to market. Building ""See-It-doesn't work"" anti-EV's ? Car companies, who really don?t want to build electric cars, will build a few and either price them out of market interest or create a failure point so that they can say: ?oh well, we tried, see it doesn?t work, back to gasoline then!? Manipulating the stock market ? By having the same investors in the Dirty 7 also be the same investors in the media companies and internet companies who control public information, the 7 can delete any negative news and push only positive news about their cartel products (ie: Tesla/Google) White House ""Consultants"" ? Steve Rattner (Indicted), Steven Chu (Under Investigation) or certain ?Expert Executives? that are part of a cartel get ? appointed? as ?advisers? so they can manipulate the taxpayer money from within the system Controlling the Unions and their Votes ? Senior Washington Executive Staff go to the unions and say? If we give your associated companies, that hire your members, a bunch of money will you make all of your members vote for our party/candidate/bill?? The GM EV1 ? Ahead of it?s time, consumer raves, killed off because it was too successful Fake science papers - Lobbyists write papers or hire McKinsey Consulting to write white-papers that are made to look academic but are really a series of shill documents skewed to try to trick news editors into creating articles and news stories which skew to support kickback schemes to campaign backers and Detroit Anti-Advertising - An example of this is the Chevy Volt ad showing the Volt being driven into a gas station for the owner to use the bathroom and then the owner getting abused and harassed by the other customers. For millions of dollars of ad buys and video production, the main subliminal message is that you will get harassed if you buy the car and you associate it with bathroom urges. Chevy and Madison Avenue knew EXACTLY what they were doing. You don't spend millions on ""focus group ad response research"", as shown in the UI/UX research budget for this ad, without knowing it will have a negative effect ahead of time. Manipulation Front Organizations - False front organizations which appear to be one thing are actually manipulating funding, public policy and media coverage, ie: McKinsey, EPRI, Goldman Sachs, ""Plug-in America"", Lobby Groups, Banking Groups, Venture Capital Groups"


Send in your links. Let's discuss...


"""Some people might think it would be hard to build electric cars when The White House and your Senator are contracting hits on you to cover the butts of their campaign investors. They would be right.""   -TA"


"1. Who Killed the Electric Car? - Wikipedia, the free encyclopedia "

Other charges raised on GM included sabotaging their own product ... There is also discussion about electric cars

THE BOOK OF TESLA. Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

threatening  ...

https://en.wikipedia.org/wiki/Who_Killed_the_Electric_Car%3F -

"2. General Motors streetcar conspiracy - Wikipedia, the free encyclopedia "

"Pacific Electric Railway streetcars stacked at a junkyard on Terminal Island, Los ..... In Los Angeles, during the 1940s, car and tire companies teamed up against .... report goes on to craft a plausible case for a vast conspiracy to destroy clean,  ..."

https://en.wikipedia.org/wiki/General_Motors_streetcar_conspiracy -

"3. Sabotage - Wikipedia, the free encyclopedia "

"The IWW was shaped in part by the industrial unionism philosophy of Big Bill Haywood, ... to topple electric generators, damaged fuel tanks, and set buildings on fire. .... sabotage, refusing dock and train workers to work on ships and rail cars  ..."

https://en.wikipedia.org/wiki/Sabotage -

4. Killing the Electric Car - USA - YouTube

21 Sep 2007 ... Sep 2006 Did General Motors deliberately sabotage the marketing of electric cars because they threatened the motor industry? That's the  ...

https://www.youtube.com/watch?v=_AU3_2IT8k8 -

5. NJ's Sabotaging of Electric Cars - Bluelight

13 Mar 2014 ... NJ's Sabotaging of Electric Cars ... of supposed free-market politicians propping up an unloved industry at the expense of real competition.

www.bluelight.org/vb/threads/715770-NJ-s-Sabotaging-of-Electric-Cars -

6. 'The recession is a big challenge to electric cars' - film-maker Chris ...

"3 May 2011 ... Mother Jones: Chris Paine, director of Who Killed the Electric Car?, on the ... and car manufacturers themselves?conspired to sabotage the launch of the first ... MJ: Are oil companies still trying to interfere with electric cars

www.theguardian.com/ environment/ 2011/ may/ 03/ recession-electric-cars-paine -

7. Why did Big Republican Oil Companies Kill the Electric Car ...

they bought up tons of stuff that electric cars would use an tried to sabotage it by taking away its resources than they threatened car companies  ...

https://answers.yahoo.com/question/index?qid=20120616203518AAwWtct -

8. West Hills Collision/Hilltop Collision: EV1 Electric Cars

The General Motors EV1 was an electric car produced and leased by the General ... EV1 lessees accusing GM of self-sabotaging its electric car program to avoid ... also blaming the oil industry for conspiring to keep electric

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

cars off the road.

  www.westhillscollision.com/upperv.php?article=ev1 -

  9. Who killed the electric car? - Straight Dope Message Board

  "The conclusion was that the electric car was killed by car companies (GM, in this ... For what benefit does GM want to sabotage the electric car

  boards.straightdope.com/sdmb/showthread.php?t=700503 -

  10. The Tesla Patent Giveaway SMOKE SCREEN!  A ...

  "13 Jun 2014 ... Over 200 electric car companies tried to launch and every single one got lied to and stonewalled by the DOE, sabotaged by outsider take-overs  ..."

  somosnark.wordpress.com/ 2014/ 06/ 13/ the-tesla-patent-giveaway-smoke-screen/ -

  "1. Industrial espionage - Wikipedia, the free encyclopedia "

  "Worldwide, around 50,000 companies a day are thought to come under .... France accused the U.S. of attempting to sabotage its high tech industrial base."

  https://en.wikipedia.org/wiki/Industrial_espionage -

  "2. Sabotage - Wikipedia, the free encyclopedia "

  "The IWW was shaped in part by the industrial unionism philosophy of Big Bill ... under the title ""General Interference with Organizations and Production"": .... of sabotage, ""A single cooperative technician will be able temporarily to put out of  ..."

  https://en.wikipedia.org/wiki/Sabotage -

  3. Employee Sabotage Don t Be a Target! - Workforce Management

  "Angry employees are sabotaging employers' equipment and operations in ... "" Companies can replace windows and equipment, but it s harder to replace their ... American Society for Industrial Security based in Alexandria, Virginia, reports that 89 .... The Time and Attendance Technology ..."

  www.workforce.com/articles/employee-sabotage-don-t-be-a-target -

  4. Espionage & Sabotage - Gothia Protection Group AB

  "Most people associate espionage and sabotage with the military or politics. ... in nature and increasingly affect civilian high technology and other economic targets. ... GPG assists private persons, companies and organisations by implementing targeted ... levels of insurance against the risks ..."

  www.gothiaprotection.se/ en/ investigation-services/ espionage-sabotage.php -

  5. 4 industry megatrends you should ignore to sabotage your company ...

  26 Nov 2013 ... 4 Industry Megatrends That Can Sabotage Your Company and Your ... of having the right balance of technology and business skills in place.

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.securityintelligence.com/ 4-industry-megatrends-sabotage-company-security-career/ -

6. Industrial espionage: Definition from Answers.com

The systematic use of spies by American companies to report on their ..... France accused the U.S. of attempting to sabotage its high tech industrial base.

www.answers.com/topic/industrial-espionage -

7. Was Freedom Industries Sabotaged? - Topix

I read something online saying that there were suspicious things going on before the chemical leak. Some people think that Freedom Industries ...

www.topix.com/forum/city/charleston-wv/T35K364OM6J9GCJ0I -

8. How To Prevent IT Sabotage Inside Your Company - CIO.com

"19 Aug 2011 ... Recent cases of IT workers who turn against their companies and ... a question that more companies should be asking themselves as internal IT sabotage .... how DDoS impacts technology companies including online gaming,  ..."

www.cio.com/ article/ 688266/ How_To_Prevent_IT_Sabotage_Inside_Your_Company -

"9. Sabotage, Espionage and Treason - China-Threat "

"Via the University of Michigan, other academic institutions, industry, business, ... The American Midwest is the Ft. Knox of the world's industrial technology, but  ..."

www.china-threat.com/sabotage-espionage-and-treason.html -

10. Is Your Company Vulnerable to Cyber-Sabotage? - Chief Executive

12 Jul 2011 ... Learn how CEOs from companies of all different industries and sizes are using new technologies to improve their businesses. If you think social  ...

www.chiefexecutive.net/is-your-company-vulnerable-to-cyber-sabotage -

Intel fined for sabotaging rival AMD - Technology | Beyluxe.com

"12 Jun 2014 ... Intel fined for sabotaging rival AMD ... rival company Advanced Micro Devices out of the market by offering ... In a selfless gesture, unsual for the highly competitive car-making industry, electric auto-maker Tesla decided to  ..."

www.beyluxe.com/ articles/ technology/ intel-fined-for-sabotaging-rival-amd -

Lickspittle Harper government helps Big Oil sabotage climate action ...

"3 Apr 2014 ... And while there are outlets for recharging electric cars across the ... the fossil fuel industry and lickspittle governments, the best example being  ..."

www.rabble.ca/ columnists/ 2014/ 04/ can-death-denial-explain-lack-action-on-climate-change -

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

BYD Auto e6 | Plug In America

"I have absolutely no allegiance to someone who would sabotage our health or ... When GM lead the electric car industry with California's initiative(EV1), they,  ..."

www.pluginamerica.org/vehicles/byd-auto-e6?page=2 -

"Dude, where's my electric car? - University Observer "

"18 Jan 2011 ... The evolution of the automotive industry, which relies almost ... In perhaps a case of self-sabotage, the product was doomed early on but it is  ..."

www.universityobserver.ie/2011/01/18/dude-wheres-my-electric-car/ -

November 2013 Plug-In Electric Vehicle Sales Report Card | Inside ...

"5 Dec 2013 ... Despite a relatively muted first half of the year, electric vehicle sales have ... 2014 LEAFs are in production now and should hit US dealerships in ..... the Spark is a compliance car, they are sabotaging Volt sales during the  ..."

www.insideevs.com/ november-2013-plug-in-electric-vehicle-sales-report-card/ -

6 Insane Conspiracy Theories (That Actually Happened) | Cracked ...

"22 Jun 2012 ... Today, the ascendance of the automotive industry is a foregone ... car prices, the car industry looked at the people who rode electric ... then destroy the systems, and soon enough America would run on gasoline-powered tires."

www.cracked.com/ article_19884_6-insane-conspiracy-theories-that-actually-happened.htm l -

Who Killed the Electric Car? - ThePanelist

"In this cameo, he eulogizes the EV1 at a staged funeral for the car in 2003, where ... prompting car companies to recall and destroy all existing electric vehicles."

www.thepanelist.net/ movie-reviews-culture-10082/ 16-who-killed-the-electric-car -

The first electric car in the world / The TOC In English

"13 Mar 2014 ... the-first-electric-car-in-the-world ... efforts by competing industries or the fuel industry to sabotage its production, although nothing could ever be  ..."

www.thetoc.gr/ eng/ technology/ article/ the-first-electric-car-in-the-world -

1. Fighting cyber attacks with honey traps | Technology | DW.DE ...

"Mar 18, 2013 ... In a recent survey the Federal Association for Information Technology, Telecommunications and New Media (BITKOM) ? an e-industry lobby  ..."

www.dw.de/fighting-cyber-attacks-with-honey-traps/a-16675898 -

2. Honey trap conwoman tricked me out of œ35k - Croydon Advertiser

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Mar 7, 2014 ... 'Honey trap conwoman tricked me out of œ35k' .... Her brother, she said, was in the technology industry and could get him Apple products at  ..."

www.croydonadvertiser.co.uk/ Honey-trap-conwoman-tricked-35k-holiday-scam/ story-20778800-detail/ story.html -

3. UK Honey Trap - HoneyTrap Agency - Honey Trap - Home

"Honeytrap Services to the UK - Spouse Investigation using the popular honey ... Unlike other companies who just specialise in Honeytraps, most of our team are ... and experienced investigators, using the latest and most advanced technology,   ..."

www.ukhoneytrap.co.uk -

4. How businesses can avoid 'honeytrap' scams - Tech Page One - Dell

"Apr 11, 2014 ... Businesses are at risk for honeytrap files which contain secret viruses. Once downloaded, they go undetected until hackers decide to steal your  ..."

techpageone.dell.com/technology/businesses-can-avoid-honeytrap-scams/ -

5. Thought for the day: The honey trap - Computer Weekly

"Using honeypots could be the answer, says Tareque Choudhury. ... huge amounts of money in research to help develop technology that is vital to their progress. ... cyberterrorism, industrial espionage and general network-based attacks."

www.computerweekly.com/feature/Thought-for-the-day-The-honey-trap -

"6. Chinese use honeytraps to spy on French companies, intelligence ... "

"Feb 1, 2011 ... The use of honeytraps to extort information and the placement of spying interns ... with a local Chinese firm and transfer part of their technology."

www.telegraph.co.uk/ news/ worldnews/ europe/ france/ 8296423/ Chinese-use-honeytraps-to-spy-on-French-companies-intelligence-report -claims.html -

7. The History of the Honey Trap - Foreign Policy

"Mar 12, 2010 ... The trade name for this type of spying is the ""honey trap. ... In 1986, Mordechai Vanunu, an Israeli technician who had worked in Israel's .... and industry were now stocked with lonely single women, ripe -- in his mind -- for the  ..."

www.foreignpolicy.com/ articles/ 2010/ 03/ 12/ the_history_of_the_honey_trap -

"8. ""Dirty Tricks"" Revealed: False Flags, Virus Attacks, and Honey Traps "

"Feb 7, 2014 ... Latest Snowden documents show spy agency operations included 'releasing computer viruses, spying on journalists and diplomats, jamming  ..."

"www.blacklistednews.com/ GCHQ's_%22Dirty_Tricks%22_Revealed%3A_False_Flags, _Virus_Attacks, _and_Honey_Traps/ 32702/ 0/ 38/ 38/ Y/ M.html

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"9. Clandestine HUMINT asset recruiting - Wikipedia, the free ... "

"2.1 Persons with access to technology; 2.2 Persons with access to ... 3.1 Love, honeypots, and recruitment; 3.2 Spotting through emotional attachment .... The process of personnel recruiting for industry is not completely dissimilar from recruiting spies. ..... Intelligence assessment (cognitive ..."

https://en.wikipedia.org/wiki/Clandestine_HUMINT_asset_recruiting -

10. Snowden Confirms Spy Agency Launched False Flag Attacks and ...

"Feb 7, 2014 ... ... Economics; Energy / Environment; Politics / World News; Science / Technology ... phones and computers, and using sex to lure targets into ?honey traps.? ... JTRIG used negative information to attack private companies, sour  ..."

www.washingtonsblog.com/2014/02/false-flags-honey-traps.html -


Senior Tesla Motors Media Consultant quits. Reveals All! Says ""STUPID, STUPID NEWS REPORTERS NOW USING FACTS INSTEAD OF TESLA TALKING POINTS, THUS RUINING THE WHOLE DEAL...""


"Share this story via this link: http://wp.me/p4e1uX-2IH Fremont, CA- As of today, there is no mention of Buzz Flapjaw on any Tesla Motors website. His name appears to have been scrubbed from all Tesla media. Buzz is a legend in the corporate communications industry, but he now has no relationship with Tesla Motors, certainly as of this weekend. Buzz said, ""The PRESS ARE IDIOTS!"" in national press releases (the results of which are shown below): "

"He went on to say: ""The Stupid, Stupid news reporters are now using facts, hard data and detailed research to write their stories about Tesla Motors and Elon Musk, instead of the extensive and carefully prepared talking points we gave their news directors. You would think that our investors ad money would still give us control of the media but apparently not.."" ""(Fucking Glenn Greenwald)"", He muttered under his breath.. ""(Jay Carney would never let this shit happen when he controlled the news...)"") he continued to mutter to himself... Buzz elaborated: ""Only those of us inside Tesla can truly describe the kool aid colors (Tesla's fanboy shill bloggers favorite drink) of the bright Tesla future and the wonderfulness of just being a Rich Frat Boy Democrat, err,.. uh... Tesla Owner"" Formerly with Enron, Buzz moved on to run the General Motors ignition key safety group, and was stolen by Elon Musk (Who stole Tesla from Martin Eberhardt), from GM when his valuable disinformation skills were noted. Buzz expressed his angst and frustration with the constant concerns over Tesla's stock ""activities"" and the reference to Tesla as a ""creepy taxpayer swindle-scam created to manipulate the stock market and exploit tax credits which Tesla's investors bribed into place"". ""THAT IS JUST WRONG!"", Raged Buzz, ""there is nothing creepy about it!"" Buzz also commented on other controversies: ""Senator Feinstein DID NOT put herself on the intelligence committee just so she could get a heads-up just before she gets caught. She did not take bribes! Our investors huge cash payments to her PAC are irrelevant, as are the insider stocks and real estate holdings her, and her family, profited on and we only hired her staff to help them out, not as revolving door bribes, people are just making things up! The fact that Elon Musk had a personal relationship with her had nothing to do with it! If you ignore the direct connection between Solyndra and Tesla, and all of the investors who are also campaign donors, which are all on the same land, you can just ... err....uhm..... Benghazi!"", Said Buzz. Also commenting on the Tesla fires, he admonished: ""OK, so the Tesla patents do say, in no uncertain language, that the Tesla batteries will blow up and kill your family and burn your house down, but that is not why we were just giving the patents away. Also, even though every major university has said that they way we configured the NOT APPROVED FOR CARS batteries creates 'the most likely scenario for an explosive fire, of any lithium ion configuration on EARTH', the handful of cars we have sold only blow up a little bit and the cancer-causing gas they emit can be avoided if you get 2 miles away from them very fast while holding your breath."" He went on: ""

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

..Tesla is getting a raw deal, you need to just ignore all the dead, and burned alive, Tesla car and battery factory workers..for GODS SAKES, all but three of them are in CHINA..They are ASIANS, they are not AMERICANS!.. who cares?!"" We asked him to discuss the safety issues: ""Look"", he said: ""Yes, we all know that Tesla's have killed multiple people and that there are multiple homicide charges but it wasn't like the car killed people, except some of them."" We asked Mr. Flapjaw about the connection between all of Google's executives and investors, Tesla's investors and campaign contributions that line up in a very symmetrical way to the Department of Energy funding. Buzz exclaimed: ""What!? You have a problem with symmetry? Look at the Tesla! It is design perfection. It is perfectly symmetrical. Symmetry is GOOD. You try to make it sound like kick-backs are a bad thing.. call them 'campaign support resources', that doesn't sound so bad, heh  ", he wiped his brow and continued.. ""...So what if Google controls the media and hides all the investigations about Tesla, it is better than letting voters get all upset!"" The various charges that Tesla is an organized crime operation created as a kick-back scheme to control stock market valuations was taken to Mr. Erick Holder for comment. His secretary stated that: ""Mr. Holder cannot speak to you right now, he is very busy... very, very busy. He has a lot on his mind right now. He has to redo his stock portfolio before Monday and all kinds of things..."" Buzz expects to begin work on his new job as lobbyist for the new ""CIGARETTES COME FROM PLANTS AND ARE GREEN AND GOOD FOR YOU"" Campaign. When asked for comment, Mitt Romney merely smirked in a knowing kind a way... We asked Buzz if it is true that Robert Gibbs, Jay Carney and Erick Holder told Elon Musk that he could ""pretty much kill and eat human babies and we can keep it from getting ACTUAL media coverage"". Buzz walked away."

## Tesla shareholder suit claims Elon Musk and other board members lied about car safety

 "- DOZENS OF FRAUD LAWSUITS NOW PRODUCED OVER TESLA FRAUD BY SHAREHOLDERS AND INSIDERS. CHARGES ERIC HOLDER WITH RUNNING COVER-UP TO PROTECT THE WHITE HOUSE! - CHARGES TESLA IS ""A TOTAL CRIMINAL ENTERPRISE CREATED TO KICK-BACK FUNDS TO SILICON VALLEY CAMPAIGN FUNDING VC'S!"""

 By Paul Carr

 "Out of the battery fire, into the shareholder lawsuit. Tesla shareholder Ross Weintraub has filed a derivative suit against the company and its board members ? including CEO Elon Musk ? alleging that a series of dishonest statements made about safety and profitability caused Tesla?s stock price to drop on multiple occasions. A derivative suit is a legal tool used by shareholders who want to force a company to take corrective action against its own executives or, in this case, to take action directly if board members are unlikely to act. It should be noted

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

that, to many, shareholder lawsuits are like patent trolls: An unfortunate cost of doing big business and not something that inherently bodes badly. Also, in Tesla?s case, their stock isn?t that far off its 52 week high (Chart via Google): In the complaint, filed in Northern California District Court, and embedded below, Weintraub alleges a long history of dishonesty by the company and by Musk himself, including allegations that Tesla board members:"

"?allowed the Company to embark on a campaign of false and misleading statements designed to convince the market that the Model S was literally the safest car in existence.? ?allowed the Company to misrepresent the low height and configuration of the Model S battery pack as enhancing the vehicle?s safety, without disclosing its very significant vulnerabilities for high-intensity fires.? ?egregiously allowed the Company to misrepresent the Model S?s history of fire incidents which included at least three very significant fires requiring first responder intervention."

And that Elon Musk himself?

"?falsely claimed that ?[t]hroughout all our crash tests, throughout all similar incidents with vehicles on the road, never once has there been a fire.? When a Model S fire later occurred during the relevant time period, a Tesla spokesperson falsely stated, ?This is the first fire.? Thus, by the third Model S fire, the Individual Defendants were still causing or allowing Tesla to represent that there were low probabilities of such fires while simultaneously denying that a recall was necessary. ?gave several interviews during which he downplayed this Model S fire and worse, failed to disclose that another Model S had been consumed by fire in Mexico on October 18, 2013? According to allegations in the Federal Securities Action, defendant E. Musk, with knowledge of the fire and inspection, unilaterally determined that the fire was not relevant to investors due to the circumstances under which it arose."

"The lawsuit further claims that Musk and his fellow board members? conduct ?has significantly and materially damaged the Company. By virtue of the Individual Defendants? breaches of fiduciary duties, the Company faces a lawsuit alleging violations of the federal securities laws and Tesla has suffered significant disruption of, and damage to, its business, its reputation and goodwill.? It then goes on to list various conflicts held by board members which would make it unlikely that they would take action against Musk of their own volition. These include the fact that board member Steve Jurvetson of DFJ is an investor in other Musk companies including Solar City and Space X. The suit demands a jury trial. The company has until the end of this week to respond or face a judgement by default. Updated: A Tesla spokesperson told Pando ?We believe this lawsuit is without merit and intend to defend against it vigorously.? "

Tesla lawsuit
Tesla lawsuit summons
inShare1

Paul Carr
Paul Carr is editorial director of Pando. Previously he was founder and editor in chief of NSFWCORP.

SEE MORE HERE (CLICK THIS BANNER):

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"1. Elon Musk Companies, are they are just scams? | Wall Street Oasis "

"20 Apr 2014 ... I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that  ..."

www.wallstreetoasis.com/ forums/ elon-musk-companies-are-they-are-just-scams -

"2. Tesla Co-Founder Eberhard Sues Elon Musk, Tesla - Jalopnik "

"Jun 10, 2009 ... Tesla Co-Founder Eberhard Sues Elon Musk, Tesla. 7,151. 1. raywert .... Is Elon Musk an asshole, and a fraud? Yes, and maybe. All I know for  ..."

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon-musk-tesla -

3. The Character Assassination of Martin Eberhard by Elon Musk ...

"?Silicon Valley VC's arranged for the take-over of Tesla, using Elon Musk as their ... Elon Musk was a take-over thug who was sent to Tesla to get control of it on ..... Short Squeeze2013/06/04 ú CHALLENGED TO EXPLAIN FRAUD:2013/05/30  ..."

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon-musk/ -

"4. Why is Peter Thiel considered the leader of ""Paypal Mafia"" when ... "

"An alternate history according to Elon Musk He does . ... several hundred, built the customer service & fraud center, added debit card & money market funds and   ..."

"www.quora.com/ Elon-Musk/ Why-is-Peter-Thiel-considered-the-leader-of-Paypal-Mafia-when-clearly -Elon-Musk-is-much-more-accomplished-a-bigger-visionary-has-taken-mor e-risks-and-is-a-greater-entrepreneur -    - H Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim? Link: http://wp.me/p4y3uU-2j4"

5. Elon Musk Unveils His Latest Taxpayer Boondoggle - Minx.cc

"11 Aug 2013 ... But Elon Musk has a big heart, and he will generously make this project .... 29 Space-X is a scam that hires some clever engineers but Burt  ..."

www.minx.cc/?post=342411 -

"6. Tesla's Elon Musk: ""I Ran Out Of Cash"" - Business Insider "

"28 May 2010 ... Tesla Motors CEO Elon Musk seems to have it all. The electric-car entrepreneur is the toast of Silicon Valley, Sacramento, and Tokyo after  ..."

www.businessinsider.com/ Tesla's-elon-musk-i-ran-out-of-cash-2010-5-2 -

7. Carney: Green stimulus profiteer comes under IRS scrutiny ...

"14 Oct 2012 ... Musk, as he cashes in on his solar investment by taking his company ... company owned by leading Obama donor and subsidy recipient Elon Musk. ... re-election campaign, including two gifts of more than

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

$30,000 each to the  ..."

www.washingtonexaminer.com/ carney-green-stimulus-profiteer-comes-under-irs-scrutiny/ article/ 2510619 -

8. The Tesla Patent Giveaway SMOKE SCREEN!  A ...

"13 Jun 2014 ... Tesla has announced that they are giving their patents away, patents which state, in no uncertain ... THE AFGHANI-SCAM INVESTIGATION."

somosnark.wordpress.com/ 2014/ 06/ 13/ the-tesla-patent-giveaway-smoke-screen/ -

9. IRS Investigating Green Stimulus Recipient And Obama Donor | The ...

"15 Oct 2012 ... Elon Musk, one of President Obama's big-time campaign donors is also ... OBAMA campaign donors getting kickbacks by (Stimulus) invested in  ..."

www.lonelyconservative.com/ 2012/ 10/ irs-investigating-green-stimulus-recipient-and-obama-donor/ -

10. SpaceX Files Suit Against US Air Force - Slashdot

"25 Apr 2014 ... Today Elon Musk announced that SpaceX has decided to challenge the ... It reeks of corruption and kickbacks. ..... On the positive side for SpaceX and Elon Musk in particular, he was a major donor to the Obama campaigns in  ..."

science.slashdot.org/ story/ 14/ 04/ 25/ 1858221/ spacex-files-suit-against-us-air-force -

11. Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"8 May 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... the US attorney and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -    - H

12. Customers tell horror stories of solar company that gets $422M in tax ...

"Feb 26, 2014 ... By Tori Richards | Watchdog.org. AP photo. SUPER STOCK? CEO Elon Musk at the NASDAQ stock exchange brings SolarCity public in 2012."

www.watchdog.org/130098/solarcity-horror-stories/ -

"13. Come Saturday Morning: Yup, Hyperloop's a Joke | Firedoglake "

"Aug 17, 2013 ... Now why is Elon Musk, who is not stupid, pushing a plan that looks ... If you use your own cash then its probably not a scam because you get  ..."

www.firedoglake.com/ 2013/ 08/ 17/ come-saturday-morning-yup-hyperloops-a-joke/ -

14. Dmitri Grishin is like a Russian Elon Musk ? He's Got Big Ambitions ...

"Jun 15, 2012 ... He immediately reminded me of Elon Musk and Peter Thiel, which became more .... Healbe scampaign asks for $200k more in presales."

www.pando.com/ 2012/ 06/ 15/ dmitri-grishin-is-like-a-russian-elon-musk-hes-got-big-ambitions-for- real-

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

problems/ -

15. Why Elon Musk is a Poor Person's Worst Nightmare | Santa Cruz ...

"Dec 17, 2013 ... The future, if left to Elon Musk, bears an eerie resemblance to Elysium. .... Customers had no way of knowing whether they would be scammed  ..."

www.gtweekly.com/ index.php/ santa-cruz-columns-commentary-oped/ santa-cruz-good-times-opinion-columns/ 5275-why-elon-musk-is-a-poor-persons-worst-nightmare.html -

16. More Than Half Of Green Car Companies Receiving Stimulus ...

"4 Jun 2013 ... (or kickback). Anonymous ... David Axelrod: Obama campaign manager. Hired by ... Elon Musk: Obama donor, DNC donor. Tesla Motors  ..."

www.sayanythingblog.com/ entry/ more-than-half-of-green-car-companies-receiving-stimulus-subsidies-ha ve-failed/ -

17. ** CARGATE: The Dept. of Energy/VC Billionaire Epic Cluster-F*ck ...

"Fireside Chat- Elon Musk and Dr Steven Chu_HIGH ..... not one of the kickback, revolving door, market monopoly, campaign funding, insider secret discussions  ..."

www.meetslife.com/cargate-dept-energyvc-billionaire-epic-cluster-fck/ -

18. The Obama you don't know .. By Mark Tapscott and Richard Pollock ...

"16 Oct 2012 ... Even in the midst of a historically dirty campaign for re-election, his ...... Once his associates were appointed, Rezko sought kickbacks from .... Rogers of Duke Energy, Tesla Motors' Elon Musk and CNN founder Ted Turner."

www.saveamericafoundation.com/ 2012/ 10/ 16/ the-obama-you-dont-know-by-mark-tapscott-and-richard-pollock-of-the-w ashington-examiner/ -

19. The Green Corruption Files : Top D.C. Lobbyist McBee Strategic ...

"13 Sep 2013 ... In 2007, Senator Barack Obama, on the campaign trail said, ""I'm in this race to .... McBee Strategic Consulting ""green kickbacks"" thus far is close to $9 ...... This brings me to another Elon Musk company, where he remains the  ..."

greencorruption.blogspot.com/ 2013/ 09/ top-dc-lobbyist-mcbee-strategic.html -

"20. HOT!!!! THE TESLA INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud ... "

"Did Tesla Motors participate in a market rigging scam to rig lithium ion ... back with free NASA luxury private jet fuel, NASA contracts, patent laws and more

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ -

21. Analysis: Tesla may have made over $100 million off the CARB ...

"12 Mar 2014 ... And this is how a clever corporate crony monetizes his ?campaign donations? .... thru the

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

kickbacks from motels where they are located, or the sale of ?premium ..... It's not like Tesla's billionaire backer Elon Musk can't afford it."

www.wattsupwiththat.com/ 2014/ 03/ 12/ analysis-tesla-may-have-made-over-100-million-off-the-carb-enabled-ba ttery-swap-scheme/ -

22. A management mess in the Obama administration? - The Arena ...

"Ninety days in a campaign is a lifetime, so I think it's hard to tell if this will be a ... that there are ongoing Inspector General investigations into bribes, kickbacks, ... by a mega-donor to his campaign, Elon Musk, the 63rd richest man in the world,  ..."

www.politico.com/ arena/ archive/ vegas-spending-spree-an-administration-embarassment.html -

23. Green Explored

2 days ago ... The corrupt politicians and supposed public servants simply are the ..... his gangrene Tesla which hogs lithium and really is not a green vehicle.

www.greenexplored.com -

"24. Tesla Motors, Inc. Gets Frustrated: """This Is an Affront to the Very ... "

11 Mar 2014 ... Please forward to: Elon Musk ... Don't wanna give up them kickbacks. ... Was the price paid to him directly or to his campaign fund(s)? The truly  ...

www.fool.com/ investing/ general/ 2014/ 03/ 11/ tesla-motors-inc-gets-frustrated-this-is-an-affron.aspx -

25. Obama Contributors and the Stimulus Scandal page 2

"27 Mar 2012 ... Some of the deals involving stimulus funding for campaign contributions are more ... Elon Musk: Obama donor, DNC donor. ... of government in America, it's not even called what some say it really is ? bribes and kick-backs."

www.whiteoutpress.com/ articles/ q12012/ obama-contributors-and-the-stimulus-scandal-page-244/ -

26. BBC News - Tesla head Elon Musk's 'high-risk' patent gamble

"Jun 13, 2014 ... Elon Musk sets his electric car patents free, Canada's ... of Fifa partner firm Match as part of #WorldCup ticket scam probe http://t.co/B26Ou0f

www.bbc.com/news/blogs-echochambers-27823166 -    - H

27. Tesla CEO Elon Musk expects 'hundreds' of battery gigafactories

"May 15, 2014 ... Tesla CEO Elon Musk says that 200 gigafactories will need to be built ... As such it seems quite plausible and does not sound like a scam to me."

green.autoblog.com/ 2014/ 05/ 15/ tesla-ceo-elon-musk-expects-hundreds-battery-gigafactories/ -

"28. Tesla entangled in delivery, trademark disputes in China?Economy ... "

"Jun 29, 2014 ... Elon Musk, Tesla's CEO, said the delay was caused by the construction of related facilities in

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

China, which were made to ensure the best user  ..."

www.wantchinatimes.com/ news-subclass-cnt.aspx?id=20140629000004 &cid=1102 -

29. Elon MUsk  A Fact-Swarming Wiki

"Jun 29, 2014 ... Posts about Elon MUsk written by Any_Qualified_Editor_Or_Reporter. ... How businesses can avoid 'honeytrap' scams ? Tech Page One ? Dell."

https://somosnark.wordpress.com/tag/elon-musk/ -

30. Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"May 8, 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... US attorney and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -    - H

31. Tesla - Capitalism and Carmageddon - Death by Car

"Jan 14, 2014 ... Musk: ?In other news, George Clooney reports that his iPhone 1 had a bug ... A few weeks ago, the publicly maintained scam artist Elon Musk  ..."

www.deathbycar.info/tag/tesla/ -

32. Elon Musk ? Obama's Triple Dipper [Reader Post] | Flopping Aces

"Dec 23, 2012 ... Its Chairman, Elon Musk, is an Obama supporter who has used taxpayer ... on Elon Musk as I am on many others in the Green Scam Economy."

www.floppingaces.net/ 2012/ 12/ 23/ elon-musk-obamas-triple-dipper-reader-post/ -    - H

"33. Loopy Ideas Are Fine, If You're an Entrepreneur | Pedestrian ... "

"Aug 13, 2013 ... ... a loopy intercity rail transit idea proposed by Tesla Motors' Elon Musk, .... which suggests either reckless disregard for the research or fraud."

pedestrianobservations.wordpress.com/ 2013/ 08/ 13/ loopy-ideas-are-fine-if-youre-an-entrepreneur/ -    - H

34. ?RIGHT TO BUILD? Campaign against ELON MUSK and Tesla ...

"Apr 30, 2014 ... ""RIGHT TO BUILD"" Campaign against ELON MUSK Launches! (This is a re-write of Musk's Press Release, wherein he turns the tables on what he did in the DOE scandal) ?This is not ... THE AFGHANI-SCAM INVESTIGATION."

somosnark.wordpress.com/ 2014/ 04/ 30/ right-to-build-campaign-against-elon-musk-and-tesla-launches/ -

35. What is Stock Fraud? | Visual Capitalist

"Jun 3, 2014 ... However, these instances of stock fraud and ponzi schemes also... ... this # infographic about @elonmusk's Hyperloop! http://t.co/u8RpiqwCkP."

THE BOOK OF TESLA: Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.visualcapitalist.com/stock-fraud/ -

36. Romance and Reality for SpaceX - Satellite Spotlight - TMCnet

"Nov 22, 2011 ... ... African PayPal (News - Alert) founder Elon Musk shops around for a ... is a sham and a fraud and is A) hiding technical problems with rockets  ..."

satellite.tmcnet.com/ topics/ satellite/ articles/ 239395-romance-reality-spacex.htm -

37. CALIFORNIA: Elon and Justine Musk Divorce at a glance | Divorce ...

"May 7, 2010 ... Who they are: Elon and Justine Musk are a married couple who are in ... The case has to do with fraud, basically ? what was disclosed, what  ..."

www.divorcesaloon.com/ 2010/ 05/ 07/ california-elon-and-justine-musk-divorce-at-a-glance/ -

"38. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"27 May 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/ -

39. Sen. Paul Amendment Bars Revolving-Door Corruption in Federal ...

"31 Jan 2012 ... This corrupt relationship has led to billions in wasted taxpayer dollars-money ... board, an Obama campaign bundler and a major investor in Tesla Motors boasted of his proximity to the Administration's interest in green energy."

www.paul.senate.gov/?id=437&p=press_release -

"40. PJ Media ¯ Green Tesla Motors: Another Day, Another Solyndra "

"17 Oct 2011 ... The resignation of Jonathan Silver, the U.S Energy Department's top loan officer, over the Solyndra scandal may be the tip of the iceberg."

www.pjmedia.com/blog/green-tesla-motors-another-day-another-solyndra/ -

41. Socialism for the Rich: CEO of Bailed Out Green Energy Co. Tesla ...

31 Dec 2012 ... Tesla Buys $17M Mansion ... Green energy scamufacturer Tesla Motors is the latest case-in-point. The recipient ... Corruption at its finest!!!!!!!!!!!!!

www.minutemennews.com/ 2012/ 12/ socialism-for-the-rich-ceo-of-bailed-out-green-energy-co-tesla-buys-17m-mansion/ -

42. Google: They Spy On You - Privacy Abuse and Corruption | IS ...

"For today's Google, evil isn't tied to malevolence or moral corruption, the customary senses ...... Silicon Valley Vc's want total control of ?Green Energy?, but only their version! ... Your Tesla can spy on you and drive you off the road on command."

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

googlespiesonu.wordpress.com -

43. Obama's Green Energy Crony Corporatism - Breitbart

"19 Jul 2012 ... The story extends well beyond Solyndra to a string of other green ... told Marc Tarpenning, founder of Westly Group investment Tesla Motors."

www.breitbart.com/ Big-Government/ 2012/ 07/ 19/ Markay-On-Venture-Coporatism -

44. Tesla investor/campaign donors paid back with free luxury jet fuel ...

Microsoft has expanded its anti-Google Scroogled campaign with the launch of a ..... 9 questions for Elon Musk; Reporters embrace the ?jump Musk? tactic to ... Publicly states the kickback scheme that got him his Stanford job as part of his  ...

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ tesla-investorcampaign-donors-paid-back-with-free-nasa-private-jet-fu el-and-nasa-contracts/ -

45. THE TESLA INVESTIGATION | A Complete Compilation of the ...

Is Elon Musk the Prima Donna poster boy of the 1%? Did he fund Tesla via campaign kickbacks? DOE Documents show he lied on DOE funds application.

teslainvestigation.wordpress.com -

46. The Tesla battery swap is the hoax of the year | Watts Up With That?

"21 Dec 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

47. Watts Up With That - Accuses TM of Battery Swap Fraud - Tesla Motors

"Forums. Join The Community. RegisterLogin. Watts Up With That - Accuses TM of Battery Swap Fraud. Pungoteague_Dave | February 8, 2014."

www.teslamotors.com/ en_GB/ forum/ forums/ watts-accuses-tm-battery-swap-fraud -

48. How Tesla Motors Really Makes Money? From Taxpayers ...

28 May 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ...

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

49. Tesla (TSLA) Securities Fraud Class Action Lawsuit | Class Actions ...

Tesla shareholders can learn about pending securities fraud class action here.

www.classactionsnews.com/ investments/ tesla-tsla-securities-fraud-class-action-lawsuit -

THE BOOK OF TESLA. Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

50. Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan ...

 YET ANOTHER securities fraud investigation launched on Tesla. Forensic accounting investigations confirm Tesla ?cooking the books?!

 boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/ -

 51. Tesla is Overrated - Debunking the Cult of Tesla | Metabunk

 "Angier finishes deciphering Borden's diary to discover it was a fraud supplied by Olivia, but an angry confrontation with Tesla reveals that his  ..."

 https://www.metabunk.org/ threads/ tesla-is-overrated-debunking-the-cult-of-tesla.894/ -

 52. CARGATE -HOT!!!! THE TESLA/SOLYNDRA/A123 ... -

 "THE TESLA (AND COMPANY) INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud, DOE Fraud, Stock Manipulation, Kickbacks...and more... See this article and  ..."

 somosnark.wordpress.com/crime-files-cargate/the-tesla-investigation/ -

 53. White Collar Fraud: Did Tesla violate S.E.C. rules by failing to ...

 "23 Nov 2013 ... This blog investigates white-collar crime, securities fraud, accounting ... When Tesla finally gets around to filing an 8-K report, will it claim that  ..."

 whitecollarfraud.blogspot.com/ 2013/ 11/ did-tesla-violate-sec-rules-by-failing.html -

 54. Tesla CEO Elon Musk Visits China Amid Customer Complaint ...

 21 Apr 2014 ... Tesla is accused of consumer fraud or false advertising for changing the shipment order of the preordered automobiles without noticing the  ...

 www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon-musk-visits-china-amid-customer-complaint-turmoil/ -

 55. Siry Departed Tesla On Deposit Fraud Fears | The Truth About Cars

 26 Feb 2009 ... Gawker reports that Tesla spinmeister Daryl Siry left the Silicon Valley startup because CEO Elon Musk (above) was pushing to accept deposits  ...

 www.thetruthaboutcars.com/ 2009/ 02/ siry-departed-tesla-on-deposit-fraud-fears/ -

 56. Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

 19 Nov 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ...

 finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

 57. NYT reviewer fires back at Tesla - Blogs at SFGate.com

THE BOOK OF TESLA. Copyright-to-original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

"14 Feb 2013 ... The spat between Tesla and the Times has been simmering ever since ... immediately slammed the review as fraudulent, going on CNBC and  ..."

blog.sfgate.com/energy/2013/02/14/nyt-reviewer-fires-back-at-tesla/ -

58. Are There Cockroaches Under Tesla's Hood? - Bloomberg View

"14 Nov 2013 ... Tesla Motors Inc. shareholders have had much to fret about lately, from a nosebleed valuation and sagging stock price to periodic YouTube  ..."

www.bloombergview.com/ articles/ 2013-11-14/ are-there-cockroaches-under-tesla-s-hood- -

"59. Tesla Motors Inc, TSLA Securities Fraud - Class Action "

"16 Dec 2013 ... San Francisco, CA: A securities class action lawsuit has been filed in the United States District Court for the Northern District of California on  ..."

www.bigclassaction.com/lawsuit/tesla-motors-inc-tsla-securities.php -

60. A Peek Beneath Tesla's Non-GAAP Hood Reveals Nothing But ...

18 Nov 2013 ... That TESLA's earnings were an epic non-GAAP adjustment joke was only .... to merge with GM ...they got the same accounting (fraud) going on.

www.zerohedge.com/ news/ 2013-11-18/ peek-beneath- Tesla's-non-gaap-hood-reveals-nothing-cockroaches -

61. Why I'm Thinking About Shorting Tesla (TSLA) - The Motley Fool

15 Aug 2013 ... Tesla has turned in an incredible performance this year. But while the ... But a discovery of accounting fraud is best. Valuation is the only real  ...

www.fool.com/ investing/ general/ 2013/ 08/ 15/ why-im-thinking-about-shorting-tesla.aspx -

62. Elon Musk on 60 Minutes: ?I didn't really think Tesla would be ...

"30 Mar 2014 ... Musk says he never thought Tesla would be successful, but that ?we at ..... Michael Lewis's expose on Fraud Street, and the magical musician,  ..."

www.siliconbeat.com/ 2014/ 03/ 30/ elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/ -

"63. In lawsuit, FDIC accuses 16 big banks of fraud, conspiracy - The ... "

"14 Mar 2014 ... FDIC accuses banks of fraud, conspiracy ... Tesla is studying ?judicial remedies? to fight the ruling, chief executive Elon Musk said in a sharply  ..."

www.washingtonpost.com/ business/ economy/ in-lawsuit-fdic-accuses-16-big-banks-of-fraud-conspiracy/ 2014/ 03/ 14/ d976d7d2-abb0-11e3-adbc-888c8010c799_story.html -

64. Truth About Tesla Exposed | Motrolix

"2 May 2014 ... Tesla has multiple lawsuits currently filed against it for multiple deaths of bystanders, fraud,

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

lemon law violations, and stock fraud? Google, the  ..."

www.motrolix.com/2014/05/strange-tesla-happenings-in-san-francisco/ -

65. New Mexico developer suing Tesla over lost electric car factory ...

31 Jul 2012 ... Remember back in 2008 when Tesla decided to move the production ... to build the facility -- they're suing Tesla for breach of contract and fraud.

www.gigaom.com/ 2012/ 07/ 31/ new-mexico-developer-suing-tesla-over-lost-electric-car-factory/ -

66. How The Government Is Holding Elon Musk And Tesla Back From ...

"Mar 21, 2014 ... How The Government Is Holding Elon Musk And Tesla Back From Changing The World ... able to put their millions of dollars in campaign contributions to use, .... Elon Musk is a political donor kickback recipient of billions in  ..."

www.elitedaily.com/ money/ government-holding-tesla-back-changing-world/ -

67. Tesla banned from New Jersey | Tech Always

"Mar 12, 2014 ... Elon Musk is on public record telling the news media that, after .... money in exclusive campaign finance kickbacks for billionaires from the State  ..."

techalways.wordpress.com/2014/03/12/tesla-banned-from-new-jersey/ -

68. More Green Energy Equals More Green-Car Buying ? The Great ...

"Jul 17, 2013 ... Elon Musk is on public record telling the news media that, after .... money in exclusive campaign finance kickbacks for billionaires from the State  ..."

energyblog.nationalgeographic.com/ 2013/ 07/ 17/ more-green-energy-equals-more-green-car-buying/ -

"If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"May 27, 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/ -

The Tesla battery swap is the hoax of the year | Watts Up With That?

"Dec 21, 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

Tesla Secret is a Scam. Tesla Secret is a fraud - NLCPR.com

"Product: Tesla Secret: How To Build Nikola Tesla's Fuelless Generator $47 ... name plus ""scam"" such as this one: teslageneratorscam.com which is registered in  ..."

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

www.nlcpr.com/Deceptions15.php -

"Is Elon Musk an ""ego-maniacal woman-abusing, company stealing, deranged, lying, stock swindling, Senator-bribing, narcissistic, attention-whore fraud""; like his wives, ex-partners, customers and shareholder's lawsuits say, or not? When you read all of the filings and charges against him, he seems to sound insane. Pretty much everything you ever read about Elon Musk is said to be a bought and paid for ""Please, please look at me"" PR sham that he gave cash to some publication for. I worked at one of those publications and saw him do it. Let's discuss Emperor Musk's new clothes. T- Ex-Date of Mr. Musk"

How Tesla Motors Really Makes Money? From Taxpayers ...

"May 28, 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ..."

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

Battery Swapping a Fraud? | Forums | Tesla Motors

"Dec 22, 2013 ... ... saw with their own eyes. You know, just like the live moon landing hoax? He said ""kinda make the battery swap disappear from their website."

www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud -

Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

"Nov 19, 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ..."

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

California Car Dealers Say Tesla Is ?Misleading? Consumers ...

"Sep 19, 2013 ... (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership ... Dealerships are a pyramid scam and are unnecessary."

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html -

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model ...

"Feb 14, 2013 ... He described his attempt to drive a Tesla Model S all-electric luxury ...... shut down tesla motors scam, before the hydrogen fuel cell vehicles  ..."

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s - range-reporting -

"Silicon Valley VC's, Goldman Sachs, Tesla, Batteries and Afghanistan = Afghani- Scam Intro: A $1 Trillion insider market-monopoly scheme that ""blew up!"

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"somosnark.wordpress.com/ silicon-valley-vcs-goldman-sachs-tesla-batteries-and-afghanistan/ Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim? Link: http://wp.me/p4y3uU-2j4"

Multiple Fraud and Malfeasance Lawsuits Against Tesla | Bipartisan ...

Active Tesla Fraud-Related Lawsuit Countdown Score-Card ... The Law Offices of Howard G. Smith Tesla Fraud Case .... The Lithium ion profiteering scam.

boycotttesla.wordpress.com/ reporters-and-editors-group/ directory-of-articles/ topic-1-doetarp-manipulations/ the-tesla-investigation/ fraud-and-malfeasance-lawsuits-against-tesla/ -

"  [caption id=""attachment_10486"" align=""aligncenter"" width=""529""]]"
"ELECTRIC, SAFE, ENDURING    "

Elon Musk Has A History Of Mismanaging Money And Why Tesla ...

"29 Sep 2013 ... When we first heard about Elon Musk, we were told that he was a .... lid off the fraud that occurred at that election he was promised a campaign  ..."

www.wizardofstocks.com/ elon-musk-has-a-history-of-mismanaging-money-and-why-tesla-shares-are -at-a-major-top/ -

Elon Musk on 60 Minutes: ?I didn't really think Tesla would be ...

"30 Mar 2014 ... 1 Elon Musk is worth more to the world than a thousand Donald Trumps. ..... Michael Lewis's expose on Fraud Street, and the magical musician,  ..."

www.siliconbeat.com/ 2014/ 03/ 30/ elon-musk-on-60-minutes-i-didnt-really-think-tesla-would-be-successfu l/ -

Video: Elon Musk Tells Fox Business That ?Tsunami of Hurt Coming ...

"13 Sep 2012 ... Elon Musk of Tesla, never one to pull punches, really let loose on this interview that Fox Business just ... How is he getting away with this scam

www.siliconbeat.com/ 2012/ 09/ 13/ video-elon-musk-tells-fox-business-that-tsunami-of-hurt-coming-for-th ose-shorting-tesla/ -

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Elon Musk's SolarCity Sues Government For More Subsidies | Zero ...

"8 May 2013 ... Second, the chairman of SolarCity is Elon Musk, who is also a large owner ... the US attorney and asking them to review your evidence of fraud."

www.zerohedge.com/ news/ 2013-05-08/ elon-musks-solarcity-sues-government-more-subsidies -

GUNDLACH: Elon Musk Is Still In The Wrong ... - Business Insider

13 hours ago ... Musk is not focusing more exclusively on the potentially explosive technology underlying two of the four firms he's invested in: batteries.

www.businessinsider.com/ gundlach-elon-musk-is-still-in-the-wrong-business-2014-7 -

The Character Assassination of Martin Eberhard by Elon Musk ...

"?Silicon Valley VC's arranged for the take-over of Tesla, using Elon Musk as ..... Have FACTS proving EPIC FRAUD and TAXPAYER MONEY SCAM by TESLA!"

somosnark.wordpress.com/ investigations/ the-tesla-investigation/ the-character-assassination-of-martin-eberhard-by-elon-musk/ -

Tesla's Elon Musk & NY Times: Disturbing Discrepancies On Model ...

"14 Feb 2013 ... 'Revenge of the Electric Car' premiere: Elon Musk arrives in a Tesla ..... in political news but this isn't a small tweaking of words this is fraud,  ..."

www.greencarreports.com/ news/ 1082296_ Tesla's-elon-musk-ny-times-disturbing-discrepancies-on-model-s -range-reporting -

"Tesla Co-Founder Eberhard Sues Elon Musk, Tesla - Jalopnik "

"10 Jun 2009 ... Elon Musk having a more favorable separation agreement with Paypal is irrelevant to the conditions ... Is Elon Musk an asshole, and a fraud

www.jalopnik.com/ 5286654/ tesla-co-founder-eberhard-sues-elon-musk-tesla -

Tesla's Elon Musk posts data from disastrous New York Times test ...

"14 Feb 2013 ... After a spat with Top Gear, Elon Musk's Tesla made sure that it ... of lying and fraud and a rapidly ballooning media and technology scandal."

www.theguardian.com/ technology/ 2013/ feb/ 14/ tesla-post-data-times-review -

"Elon Musk Companies, are they are just scams? | Wall Street Oasis "

"I have been interested in some of the ideas that Elon Musk has, so I have l been looking into his companies. I have come to the conclusion that  ..."

www.wallstreetoasis.com/ forums/ elon-musk-companies-are-they-are-just-scams -

"Elon Musk Loves This Tesla Ad, Even Though It's Fake - Mashable "

THE BOOK OF TESLA: Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

20 Mar 2014 ... How do you capture the attention of billionaire entrepreneur Elon Musk and catapult your budding advertising agency into the spotlight?

www.mashable.com/2014/03/20/elon-musk-tesla-ad-fake/ -

Elon Musk Unveils His Latest Taxpayer Boondoggle - Minx.cc

"11 Aug 2013 ... But Elon Musk has a big heart, and he will generously make this project .... 29 Space-X is a scam that hires some clever engineers but Burt  ..."

www.minx.cc/?post=342411 -

"1. If Tesla Would Stop Selling Cars, We'd All Save Some Money - Forbes "

"27 May 2013 ... The public is still on the hook for Tesla, and will be for the ... we can break down this industry wide scam easily and early for our kids. Permalink  ..."

www.forbes.com/ sites/ patrickmichaels/ 2013/ 05/ 27/ if-tesla-would-stop-selling-cars-wed-all-save-some-money/ -

2. The Tesla battery swap is the hoax of the year | Watts Up With That?

"21 Dec 2013 ... What California says about zero-emission vehicles, and why Tesla is committing fraud Guest essay by Alberto Zaragoza Comendador I didn't  ..."

www.wattsupwiththat.com/ 2013/ 12/ 21/ the-tesla-battery-swap-is-the-hoax-of-the-year/ -

3. How Tesla Motors Really Makes Money? From Taxpayers ...

28 May 2013 ... Tesla isn't actually making money selling cars. ... things that are used for the ' carbon credits' scam ? everyone who thinks there's a meal for free  ...

www.frontpagemag.com/ 2013/ dgreenfield/ how-tesla-motors-really-makes-money-from-taxpayers/ -

4. Battery Swapping a Fraud? | Forums | Tesla Motors

"22 Dec 2013 ... ... saw with their own eyes. You know, just like the live moon landing hoax? He said ""kinda make the battery swap disappear from their website."

www.teslamotors.com/en_EU/forum/forums/battery-swapping-fraud -

5. Elon Musk Is Playing With Fire ? and Tesla May Get Badly Burned ...

19 Nov 2013 ... Shareholders have applauded Tesla (TSLA) CEO Elon Musk for ... owners who set their own cars on fire to scam insurance companies. Musk's  ...

finance.yahoo.com/ blogs/ the-exchange/ tesla-is-playing-with-fire%E2%80%94and-could-get-badly-burned-2104357 81.html -

6. California Car Dealers Say Tesla Is ?Misleading? Consumers ...

19 Sep 2013 ... (Tesla Store in Santa Monica) Tesla is disrupting the conventional auto dealership ... Dealerships are a pyramid scam and are unnecessary.

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

www.plugincars.com/ california-car-dealers-say-tesla-misleading-consumers-128346.html -

7. Tesla CEO Elon Musk Visits China Amid Customer Complaint ...

21 Apr 2014 ... Tesla Founder & CEO Elon Musk at a Beijing Event Today ... Tesla is accused of consumer fraud or false advertising for changing the shipment  ...

www.technode.com/ 2014/ 04/ 21/ tesla-ceo-elon-musk-visits-china-amid-customer-complaint-turmoil/ -

8. Can Elon Musk code? - Quora

"""Elon taught himself computer programming and at age 12 sold the computer code for a video ... Elon Musk: .... Bruce Hillman, liar, cheat, aspiring scam artist."

www.quora.com/Elon-Musk/Can-Elon-Musk-code -


"Is Elon Musk ""a sociopathic, narcissistic, Senator-bribing, lying, government funding fraud, stock swindling, woman-abusing, ego-maniacal, wife-cheating, company stealing, self-promoting attention whore"" like the lawsuits against him by his wives, customers, suppliers, and shareholders claim

Link: http://wp.me/p4y3uU-2j4


## The Tesla Patent Giveaway SMOKE SCREEN!

"Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can ""kill you"", ""burn you and your family"", ""set your house on fire"", ""set your office or parking structure on fire"" (Not to mention the cancer-causing fumes they release). Tesla own engineers wrote thart in the their patents and Musk signed off on those patents. [wpvideo syQr4wbz] So that's nice, they are giving them away. Who does this benefit? Since 2006, EVERY SINGLE new electric car company has been sabotaged by Musk and his Silicon Valley investors, The Detroit Big 3 (SEE THIS LINK) !!! and/or the Department of Energy. Over 200 electric car companies tried to launch and every single one got lied to and stonewalled by the DOE, sabotaged by outsider take-overs who offered an investment and then generated a take-over EXACTLY like Musk did; Blockaded, by mutual agreement by the VC's; and/or regulated into non-operation by laws which were written so only the Detroit Big 3 could pass them. So, Musk appears to be making all nice-nice by ""giving away"" the patents but in reality, they can't be used by anyone but the Detroit Big 3 because anybody else will be forced to endure the above-mentioned sabotage efforts. The Detroit BIg 3 already have tons of their own patents and avoid any NIH (Not Invented Here) outsider technologies. So, what good are they? There is no possible way to start, or run, an electric car company in America because Musk and his VC's along with DOE and Detroit have built a cartel that kills off any competitors. (With a little help from Robert Gibbs and Jay Carney) Does President Obama care that they made him look like a fool for destroying his ""Miillion Electric Cars on America's roads"" promise to the Public? The sabotage was intentional! They used taxpayer money to do it! Shouldn't the WHITE HOUSE be a little bit pissed off? Yet, another thing, the President has to first find out about by reading about it in the paper? So could this be the precursor to a Tesla bankruptcy? We have seen that they ""cook the books"", are we in for another ""cleantech"" shocker? Send in your links. Let's discuss... Tom- Boston/G [wpvideo Az6PiFCv]
--------------------------------------------------------

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## The Takeover Game- ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS...

Almost every electric car company that starts to get traction has a hostile takeover attempt. Later stage parties create a dispute which causes the founder to be forced out, bought out, quit or otherwise stop providing the impetus to deliver a disruptive technology. The process has now occurred so many times that it is beginning to look like an intentionally crafted standardized strategy by third-parties who fear market diffusion. It happened to XP but they overcame it. The ""new management"" usually ""accidently"" tanks the company. Let's try to guess who the ""third-parties"" might be...BUT: What better way to control a market than to control all of the funding for that market and then have all that controlled funding administrated by ""your people"" who have been placed in, and around, a federal agency! It's the ""Takeover Game"" on a whole new level. Do people really do these sorts of things? Imagine megalomaniac car, energy and materials company heads with billions of dollars that want to control hundreds of billions of dollars and have insane egos... HERE ARE JUST A FEW EXAMPLES OF HOSTILE TAKEOVER SABOTAGE ATTEMPTS TO STALL, CONTROL AND MANIPLUATE THE ELECTRIC CAR INDUSTRY: "

Tesla is worse than Solyndra: How the U.S. government bungled its ...

"May 29, 2013 ... In 2009, as the financial crisis raged and General Motors and Chrysler plunged toward bankruptcy, Tesla Motors faced a seemingly impossible  ..."

www.slate.com/ articles/ business/ moneybox/ 2013/ 05/
tesla_is_worse_than_solyndra_how_the_u_s_government_bungled_its_inves tment.html -

Tesla Motors expects first profit; Fisker Automotive eyes bankruptcy ...

"Apr 1, 2013 ... Tesla Motors announced late Sunday it exceded its sales target for its Model S ... competitor, Fisker Automotive, is exploring filing for bankruptcy."

www.csmonitor.com/ Environment/ Energy-Voices/ 2013/ 0401/ Tesla-Motors-expects-first-profit-Fisker-Automotive-eyes-bankruptcy -

Elon Musk: Tesla Almost Gave Me a Nervous Breakdown | Daily ...

"Nov 13, 2013 ... Both Tesla and SpaceX were losing cash and Musk had to make a tough decision: try to rescue both of his projects from bankruptcy or devote  ..."

finance.yahoo.com/ blogs/ daily-ticker/ elon-musk-tesla-almost-gave-nervous-breakdown-182711842.html -

Electric Car Maker Files for Bankruptcy Protection - NYTimes.com

"May 1, 2013 ... The filing with the federal Bankruptcy Court in Delaware will allow Coda ... Automotive and Tesla Motors, seeking to build emission-free electric  ..."

www.nytimes.com/2013/05/02/business/global/02iht-coda02.html -

?Fisker's Billionaire Chinese Owner Will Go Bankrupt To Beat Tesla

"May 19, 2014 ... The billionaire that waged a bankruptcy bidding war and scooped up Fisker Automotive has pledged to beat Elon Musk at his own game:  ..."

www.jalopnik.com/ fiskers-billionaire-chinese-owner-will-go-bankrupt-to-1578341600 -

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

A123 Systems Files for Bankruptcy | Forums | Tesla Motors

"A123 Systems Files for Bankruptcy. aaronw2 | October 16, 2012. A123 Systems, the battery manufacturer for Fisker, has declared chapter 11 bankruptcy. Brian H   ..."

www.teslamotors.com/forum/forums/a123-systems-files-bankruptcy -

Elon Musk discusses Tesla and Space X's near-bankruptcies during ...

"Aug 8, 2013 ... On Thursday, Elon Musk and Richard Branson sat down for a Hangout video chat with Google for Entrepreneurs to talk about the struggles and  ..."

www.theverge.com/ 2013/ 8/ 8/ 4602772/ elon-musk-richard-branson-google-hangout-offers-startup-ceo-advice -

# White House and Energy Department executives engage in bribery, and organized crime, and nobody seems to be doing anything about it

The facts are clear. The evidence is indisputable. The financial records, email leaks, witnesses, stock disclosures, offshore records and published testimony prove that White House staff and Steven Chu's federal Department of Energy set about rigging hundreds of billions of dollars of taxpayer cash for their friends.

Their friends were Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson, Vinohd Khosla and that Cartel of Silicon Valley men who had paid for White House campaigns. The transfer of state and federal cash and resources, to this Cartel, was a felony crime.

Over 200 of our companies, over 800 of our staff will testify, in public hearings, to the veracity of these facts. The White House will do anything to stop us from speaking out. The White House has ordered federal, and state, law enforcement to "take no action".  We have demanded a "special Prosecutor or a public hearing. It has been blockaded by White House staff.

We have, as a group, placed all of the evidence that we know of, in the hands of the law and the public. It is up to the world to now judge.

If you live in the United States, you need to consider the ramifications of the trillions of dollars in losses that your U.S. Treasury, and in essence, you have suffered, because of this crime.

If you live outside the United States, you need to consider the loss of resources, that you used to get from the U.S. , that the U.S. can now not afford to give you, because so much money was lost in this malfeasance in federal offices.

The White House Press office refuses to even acknowledge the issue for fear of the "Streisand Effect".

In short, Steven Chu and Eric Holder were placed in office by the Cartel in order to rig and "hard-wire" TARP and DOE funding directly back to the Cartel. They did. It worked as planned. Only The Cartel got the money, and government gifts, and all 200 other of us got sabotaged, manipulated and defrauded.

The White House rigged enforcement agencies, courts, media and Google rankings in order to halt any justice efforts. The cover-up was almost perfect.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"Almost" is the key.

Between Snowden, Assange, Guccifer, Chinese Hackers, The HSBC investigations, The Sony leaks, Senate investigations, GAO investigations, 60 Minutes, Private investigators, news journalists, whistle-blowers, and a few of the last ethical employees left in Washington, DC…. "Almost" was not good enough.

You will notice that as soon as they got the money Solyndra, A123, Fisker, Ener1, Abound, and a host of the other front companies for the Cartel,  suddenly went out of business. The Cartel had skimmed it's money off of the top and run for Switerland.

In just the six trillion dollar loss in Afghan lithium mining deals, the 500 million lost on Solyndra, the massive amounts lost on all of the rest, the failure was epic in scope. Solyndra used Afghan mined materials that caught fire when exposed to the sun. Too bad it was a solar panel company. Tesla used lithium that exploded when it got bumped, or wet, and released cancer-causing fumes. Too bad Elon Musk was the White House's best friend. The political embarrassment is palpable.

The White House protects Elon Musk's stock structure and corporate existence, because the failure of Musk would simply create so much media coverage, Obama would have to resign. It is now at the point of being just silly. Nobody wants Tesla's cars, Musk's solar panels are being beat by many others, His rockets blow up so bad that NASA had to go back to Russia to buy dependable rockets. He is constantly sued for fraud and the world thinks he is an arrogant prick. Musk's partnership with Google, for stock pumps and web-search manipulation, are now notorious.

The federal protocol for the "Cleantech Crash", as it is now known, is: "Just ignore it, maybe it will go away". That might have worked in the 70's, but not in today's transparent, deeply documented, digital world. Not only is it not going away, the lack of resolution is making the scandal geometrically worse for the White House and Obama's "legacy". This was already ten times worse than "Watergate". President Obama must stand up, take responsibility, and resolve the issues with us. Man up, we say!

If The President wants to say " he only heard about it when he read about it in the paper", that is fine. He will need to explain how his most senior staff; including Valarie Jarrett, Rahm Emanual, David Plouffe, Robert Gibbs, Steve Rattner, Bill Daly and others, that sat right outside the Oval Office; were running the scam; without him catching a clue about it.

It was a nice try. The Cartel got the cash. All of their competitors got put out of business by the malicious efforts of those who ran the scam, and monopolies were created. It was felony crime. You are not supposed to do felony crimes to the taxpayers when the taxpayers put you in office.

Each year we offer to go on live network television, with a debate between Valarie Jarrett, Rahm Emanual, David Plouffe, Robert Gibbs, Steve Rattner, Bill Daly, Elon Musk, John Doerr and eight of our folks. We challenged them to face the facts, and the light of transparency. They refuse. They know they have nothing to keep them out of jail in the face of the truth.

This was organized crime that they engaged in. They planned it. They rigged it. They manipulated public policy and public funds. We have sworn to the veracity of our facts.

Since this Administration only seems to offer cover-ups, lies and obfuscation; we have made certain that others will not suffer the same fate. We have worked with the voters to improve laws, investigations and disclosures so that, now, the pain of trying this kind of corruption, again, will be greater than the benefits.

Without breaking any laws, unlike the White House and Department of Energy staff, we have gotten most of them fired, or forced into resignations.

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Frankly, we feel like we got raped by our elected officials. We were asked on a date, seduced, used, robbed, abused and tossed aside while the abusers went on to marry the prostitute on the corner and paid her off with our money and assets. Seriously, once you read the full case files, you will appreciate the metaphor.

We will never give up. Some of us have died, in the interim, seeking justice. We will never give up. We believe you have to fight for what is right. That is what created America. We are American's.

We don't break laws. We fight to put law-breakers and corrupt politicians in jail. Every American deserves that justice.

It is wrong for these kinds of people to abuse our country, our trust and our dreams. Their arrogance will be their downfall. Thinking that they can do what they want with voters money, for their personal benefit is just wrong. Manipulating our government for personal profit, while damaging taxpaying voters is the greatest social crime.

To the White House, we say: Do you believe in God? Do you believe in right and wrong? If you do not have a religion, do you have a conscience?

Eternity is a pretty long time.  Whether or not you are religious, you can either fix this today, or have the world remember you, for all eternity, as a pack of crooks. History does not look favorably on criminals and political corrupter's.

Aside from the moral issues, you friends, family and 300 million voters, for the rest of your living days, will always look at you with that sideways kind of look that says: "there goes that one that did that bad thing". Think about how that will feel for the rest of the time you walk this Earth.

White House Folks: We know, you know, the cops know. Stop telling yourself fairy stories about this "just going away". It hasn't. It won't!

We are still waiting for a call-back from The White House...


------------------------


# Elon Musk screws over customers again, this time with his Solar City, sells them crap they don't need.

SOLAR CITY AGAIN JERKS CUSTOMERS AROUND

Source: www.minds.com |

This is a twist.
Southern California residents Ron and Sarah Hall were paying too much in electricity bills and decided to make the switch to solar, contracting Solar City to outline their roof with 36 solar panels.  Nearly a year ago, the installation was complete and for that entire year, the energy bill did not change.
It turns out, the utility company had never turned the panels on.  Because the panels were producing energy at 128% efficiency, they were 28% too efficient and didn't fall under the limitations placed on residents for power creation.  The state believes that if a resident is making too much power, they can sell the extra and are potential energy distributors, liable for additional commercial business regulations.  The Halls were not told, they just kept paying their exorbitant bills.
The mistake was on Solar City.  They had miscalculated the amount of energy needed by the Halls and installed too much, though it is also pointing out what looks like a flaw in the system.  The state's regulatory system is

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

attempting to limit peoples' power to control the energy.
Solar City apologized for the error and uninstalled the panels at no cost to the Halls, though the family was put through the ringer and said they will not be ordering from them again.
"Solar City was one of the best and we decided to go with them," Hall said, adding "it's frustrating."
Sources:
http://samepagenation.com/2015/09/familys-solar-panels-too-powerful-and-shut-down-by-utility-company/
http://www.ijreview.com/2015/08/405629-youre-californian-want-go-solar-just-sure-not-go-solar-wont-go/
http://theweek.com/speedreads/575231/golden-boy-quarterback-andrew-luck-isnt-afraid-fans-hating-day-have-have-skin-like-armadillo
http://www.nbclosangeles.com/news/local/Solar-Panel-Too-Much-Power-Energy-Retailer-323024971.html
Written by Ian Crossland of www.minds.com


--------------------------------

## Solyndra and Tesla revealed to have been created as organized crime scams!!!!!


John Doerr's, Kleiner Perkins Silicon Valley Cartel found to have made up Solyndra and Tesla in order to scam state and federal taxpayer cash
Part of campaign financing scheme which kicked money back to Obama, Feinstein, Reid, Brown, Lockyer and multiple other Senators. Financial records, HSBC, databases now prove it.
Leaks and whistle-blowers reveal all
Investigators "Chart-of-Benefits" shows who got each round of kick-backs and pay-offs
"Anti-Poaching" investigation reveals new Silicon Secrets about the scheme
"AngelGate" scandal was just the tip, Solyndra/Tesla shoved it all the way in
Former Department of Energy staff show proof Musk was nearly bankrupt when he applied for nearly free federal cash. Steven Chu told Detroit to make a stock shill deal with Musk so the books would balance for a few months so Tesla would pass "on paper". Total scam.
Musk proven to be absolute liar about state of finances and shown to have "cooked the book", like Solyndra did, with help of State officials, to hide failures.
State law enforcement ordered not to investigate, by their bosses, in order to protect corrupt Senators
"These were false-front operations that used engineers to create a façade, and got rid of the ones that figured out what was up. Multiple unexplained deaths involved.
Solyndra raided by FBI but you never saw the whole story… yet
Emails, Texts, Phone stingray files
Both Soyndra and Tesla booked state and federal handouts as "sales & profits"
Got tax credits, hard cash, soft case, waivers, carbon credits, employment payment waivers, free rent, free property, exclusive contract awards worth far more than the $5B currently in the news. Scam profits and give-aways may be as high as $45B

Solyndra and Tesla revealed to have been created as organized crime scams!!!!!

        John Doerr's, Kleiner Perkins Silicon Valley Cartel found to have made up Solyndra and Tesla in order to scam state and federal taxpayer cash
        Part of campaign financing scheme which kicked money back to Obama, Feinstein, Reid, Brown, Lockyer and multiple other Senators. Financial records, HSBC, databases now prove it.
        Leaks and whistle-blowers reveal all
        Investigators "Chart-of-Benefits" shows who got each round of kick-backs and pay-offs
        "Anti-Poaching" investigation reveals new Silicon Secrets about the scheme
        "AngelGate" scandal was just the tip, Solyndra/Tesla shoved it all the way in
        Former Department of Energy staff show proof Musk was nearly bankrupt when he applied for nearly free

federal cash. Steven Chu told Detroit to make a stock shill deal with Musk so the books would balance for a few months so Tesla would pass "on paper". Total scam.

Musk proven to be absolute liar about state of finances and shown to have "cooked the book", like Solyndra did, with help of State officials, to hide failures.

State law enforcement ordered not to investigate, by their bosses, in order to protect corrupt Senators

"These were false-front operations that used engineers to create a façade, and got rid of the ones that figured out what was up. Multiple unexplained deaths involved.

Solyndra raided by FBI but you never saw the whole story… yet

Emails, Texts, Phone stingray files

Both Soyndra and Tesla booked state and federal handouts as "sales & profits"

Got tax credits, hard cash, soft case, waivers, carbon credits, employment payment waivers, free rent, free property, exclusive contract awards worth far more than the $5B currently in the news. Scam profits and give-aways may be as high as $45B

# Exclusive: Tesla Model S charging system may have started garage fire - California fire dept

BY BERNIE WOODALL AND NORIHIKO SHIROUZU
Wed Dec 18, 2013

(Reuters) - A fire department in Southern California said a garage fire may have been caused by an overheated charging system in a Tesla Model S sedan, in the latest link between the top selling electric car and the potential for fire.

While Tesla Motors Inc maintains that the fire was not related to the car or its charging system, the Orange County Fire Authority said the Tesla-supplied charging system or the connection at the electricity panel on the wall of the garage of a single-family home could have caused the fire.

"The fire occurred as a result of an electrical failure in the charging system for an electric vehicle," said a report by the fire authority, a copy of which was obtained by Reuters.

The report also emphasizes that the cause of the fire is unclear.

"The most probable cause of this fire is a high resistance connection at the wall socket or the Universal Mobile Connector from the Tesla charging system" which was plugged into a 240-volt wall socket, the report said.

The fire occurred on November 15 in Irvine, California. The possible link between the fire and the Tesla Model S was not reported previously.

The garage fire is not related to three road fires in Model S sedans that occurred in October and November and which caused Tesla's stock to fall sharply last month. The road fires occurred in Washington state, Tennessee and Mexico.

In the U.S. incidents, Model S sedans caught fire after running over road debris. In Mexico, a Model S caught fire after striking a concrete wall.

U.S. regulators are investigating the cause of the U.S. road fires, which caused the high-flying stock of the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

"green" car maker to fall from a high of $194.50 in late September to under $120 in late November.

On Wednesday, Tesla shares fell 2.9 percent to close at $147.98 on the Nasdaq.

The November residential fire on the campus of the University of California-Irvine caused $25,000 of damage to the garage and its contents, but the Model S sustained only smoke damage, and no one in the house was injured, according to the Orange County Fire Authority's report.

A Tesla representative disagreed on Wednesday with some of the report's findings. "We looked into the incident," said Tesla spokeswoman Liz Jarvis-Shean. "We can say it absolutely was not the car, the battery or the charging electronics."

She added: "The cable was fine on the vehicle side. All the damage was on the wall side.

"A review of the car's logs showed that the battery had been charging normally, and there were no fluctuations in temperature or malfunctions within the battery or the charge electronics," said Jarvis-Shean.

The owner of the Model S, who lives at the Irvine residence, had parked the car in the garage the evening of November 14, plugged the cord from the vehicle into the 240-volt wall socket, and set a timer to begin the flow of electricity to the car's on-board batteries at midnight.

She noticed a fire just before 3 a.m. and called for help. Fire crews put out the blaze quickly.

Some cardboard boxes stacked near the point of connection between the Tesla Model S charging system and the connection to the 240-volt outlet helped the fire spread, the report said. (Reporting by Bernie Woodall in Detroit and Norihiko Shirouzu in Beijing; editing by Matthew Lewis)

------------------------------

TESLA MUSK- http://wp.me/p4e1uX-28e


## BREAKING STORY; Billionaire MUSK admits, on 60 Minutes, he broke the law to get Tesla funded. Crony politics and insider deals exposed.

On the 3/30/14 60 Minutes episode, and associated recorded footage, Elon Musk confesses that Tesla was bankrupt on Christmas of 2008.

Per the U. S. Department of Energy, The GAO, The FBI and The United States Congress regulations, DOEs Loan Guarantee program, authorized in Title XVII of the Energy Policy Act of 2005 (EPAct); the Section 136 Law that funded Tesla, enacted by Congress, specifically states that you cannot get an ATVM or LG loan if you are about to go bankrupt or if you can't survive without the ATVM or LG cash:

Musk has now admitted, in multiple recorded statements, that Tesla was about to go out of business without the DOE kickback cash.

Tesla also had its cash participation waived, per it's own staff in public comment.

Over 1200 pieces of evidence affirming these facts have been submitted to investigators.

According to staff aides, former DOE staff and finance controllers, Rahm Emanual and David Axelrod, while in

THE BOOK OF TESLA: Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the White House, "ordered Tesla to be funded even though Tesla was noted as an unsound company by finance consultants to the Government".

Former DOE staff and aides have stated that the Tesla "wave through" was a kickback to Tesla's and Googles investors who were massive campaign donors.(Google co-owns Tesla- Hence Google never allows any actual negative news about Tesla on it's servers).

Additionally, former NASA staff and engineers have stated that they were fired and the exact same portion of NASA shut down that Tesla's Space X company then immediately took over as an additional kickback to Tesla and Google investors. Those investors: in Tesla, Google, and Space X, are all the same campaign contributors.

It also, appears, in the 60 Minutes episode, That one of Musk's wives left him when she found out what kind of dirty deals he was involved in.

Any car company that received that much "free money" could have sold the relatively small number of cars that Tesla has sold as of today. While the cars may now be pretty, they are born from crime, using your tax dollars.

--------------------------------------------------------

SEEKING ALPHA

## Tesla: A Serious Potential New Risk

Dec 20 2013, 16:08  |  about: TSL

By: RSA

Disclosure: I have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

As some of you may know, I have written four previous articles on Tesla (TSLA). In the first three articles, I took no position about the stock, instead using the intellect and analysis of the co-operative board in further analyzing and learning about the prospects of the company and the stock. In the fourth article, I took a short position primarily as a result of coming to the conclusion that the two fires from road debris represented serious ongoing problems for the company and its stock price. I have since profitably covered the short and have no position at this time.

This will be a short article about one serious concern for Tesla that I have not seen mentioned anywhere yet.

Tesla decided not to do a voluntary recall after the fires. I think that was the better of the two bad alternatives available. It's a little better because it saves a little money. It's a lot better because it allows Tesla to continue to take the position that this is not a design flaw. And the fact that Tesla updated the software for the model S to make it ride higher at highway speeds also helps. It supports the argument that if it was a design flaw, it was that design flaw and that has been fully corrected with minimal damage having resulted. The other viewpoint of the design flaw is that the battery pack extends too far forward and is insufficiently armored is not so easily fixed. That would necessitate a recall and a drastic change in design. Whether the same 265 mile range could be achieved with such a design change is an open question. So we have a resolution from Tesla's perspective.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Change the car's clearance at highway speeds and don't touch the car physically. That means continue building cars with battery packs under the car extending as far to the front as they do and armored with quarter inch aluminum. Some kind of aluminum - perhaps an alloy.

But I don't think this alternative works either.

The problem is insurance.

I don't mean the insurance that Tesla owners carry to protect against damage to their car. That may go up some because of the fires but, if so, it won't be material. It may not even go up at all since Tesla is warranting the car against fire damage.

I mean Tesla's corporate liability insurance.

The insurance companies use actuaries to assess risk when they have enough data for statistical significance. They do if Tesla is an automobile company selling cars like the other automobile companies which sell cars. But now the insurance companies know that is not so. Tesla sells cars that have large battery packs which can catch fire when they hit some type of road debris, the configurations of which are as yet unknown. Apparently this totals the car. There is not enough data to make any reliable statistical profiles of what else it does.

But now we have a report of a Tesla catching fire while charging in a single family home. This seriously changes Tesla's insurance risk profile. Many Tesla owners charge their cars overnight in their garage. It's convenient and the utility's night-time rates are cheaper.

Now let's try to think like an insurance underwriter.

My job is to assess risk. There is a risk that the fire was the fault of the charger. The Orange County fire department said so. Look here and here. Tesla says absolutely no way. Look at the same reports. Could be either. But if the fire department is right and the charger caused the fire, houses are going to burn down and people are going to die. If the battery pack is mis-designed and misplaced and too lightly armored other bad things are going to happen. But that's not so bad since it will mostly be only a car or two. Not a house with kids in it. The house with kids in it could cost Tesla a whole lot of money. And that's a liability my company will have to pay for.

So Tesla's liability insurance rates are going to go up. Maybe a lot. If there are any more fires in private home garages, Tesla's liability insurance may be canceled. And Tesla will have a hard time finding another insurance company to take on the risk. Once one of them cancels you, the others generally won't talk to you. The exception is Lloyd's of London. But they may charge so much that a model S will have to go way up in price.

The risk is there. The potential is unknown.

--------------------------------------------------------

# "Are Chinese Hackers Making Tesla Motors Electric Cars Kill People?

A shocking number of Tesla's have now suddenly swerved off cliffs and killed the drivers in fireballs of burning death, or swerved into oncoming traffic and killed innocents in on-coming lanes, or swerved into pedestrians and cyclists and killed… again and again.
Why would a car with such low sales volume have such a huge number of deaths and accidents involved with it? For a time, the media, and the public has just assumed that Tesla owners are all just rich douche-bags . The assumption was that they are always partying, getting drunk and crashing their Tesla's, because they are just dicks.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Something more sinister may actually be happening.

In a recent 60 Minutes episode, the ability to take over a car remotely, by hackers, was fully demonstrated.

A vast number of articles has anointed Tesla as the most hackable car in the world.

A Chinese university held a contest to see who could remote hack a Tesla first. Multiple teams got it done.

Now the Chinese have hacked most of Washington, DC so we know they have the hardware.

News about how easy the Tesla is to hack has been around for a few years but no recalls for this ever took place.

With the media openly acknowledging that Elon Musk is a federal Mooch protected by the White House, it is no wonder.

With the increasing numbers of deaths, fires, explosions and unexplained swerving's in the land of Tesla Motors, shouldn't a recall be demanded?

When Erick Strickland, the head of the NHTSA was confronted about these issues, he just quit the agency.

Some may have thought it was OK that the Tesla douche-bags were getting wiped out but now the deaths include many innocents. How many deaths will it take before action is taken? The Tesla cover-ups are wearing thin."

--------------------------------


##  Undeniable Facts About Tesla Motors:


PART 1

* Elon Musk did not create Tesla Motors. Elon Musk took over Tesla Motors and was sued for fraud by the actual founder.

* Senator Dianne Feinstein arranged for Tesla Motors to get free State & Federal funding along with Solyndra. She, and her family, received stock benefits, HR contracts, construction contracts, supplier contracts, staff jobs and sales contracts for her efforts.

* Tesla cars can be remotely hacked, and taken over, from anywhere in the world per a 60 Minutes, Fox & MSNBC newscast.

* A Tesla suddenly swerved off a cliff in Sonoma, California and killed the driver.

* A Tesla swerved into a bicyclist near Santa Cruz, California and killed the rider.

* A Tesla crashed into a wall in Los Angeles, California and killed the driver.

* A Tesla in California swerved into oncoming traffic and killed the oncoming occupants.

* Tesla has been sued for homicide.

* Tesla has been sued for fraud many times.

* Elon Musk has been sued for fraud many times.

* Tesla employees have been burned alive.

* The batteries in the Tesla were never designed to be used in automobiles.

* Tesla had to give away it's patents because Tesla executives discovered that Tesla engineers had actually described, in gory detail, in the federally filed patent papers, how Tesla batteries will spontaneously kill you and burn your house down.

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

* Tesla batteries are so sensitive that they can ignite and explode if they become wet or are knocked. Over 2000 published technical papers and lab test videos prove this as fact. Fisker, is out of business because millions of dollars of it's cars, using the same lithium ion battery solution, got wet and burned into slag heaps.

* The U.S. FAA has issued a film and report that proves that Tesla batteries can not only spontaneously ignite but also explode like a bomb.

* Tesla's have been recalled, at least, twice for starting fires. One time the battery chargers needed to be replaced for starting fires. The other time the entire floor of all of the cars needed a titanium shield to help reduce fires from bumps.

* After claiming that sales in China would save Tesla, Tesla only sold 120 cars and had to fire it's Chinese staff. China sees Tesla as a conduit to Obama's funding and not only wants to cut off his funding but even got their university to demonstrate how easily the Tesla can be hacked.

* The primary beneficiaries of Tesla were the campaign backers of the first Obama campaign.

* Elon Musk had to divorce one ex-wife twice and per her two different hush-money amounts.

* Tesla has been sued for "Lemon Law" violations which stated that the car was shoddilylt by inexperienced workers.

* Per Federal MSDS documents, when the Tesla batteries are on fire, they release toxic smoke which can give the occupants and by- standers brain cancer, liver cancer and toxilogical poisoning.

* Fire Departments are ordered to wear the highest level of HazMat gear when dealing with a Tesla on fire.

* Tesla booked it's free state and federal tax credits as "profit" when it issued it's investor reports.

* Tesla was caught sending emails to its staff and potential buyers stating that it wanted to book potential sales as fully received revenue.

* Tesla has paid bloggers to act as "meat puppet" promoters on the web to make it appear that there is a large group of supporters when, in fact, these "meat puppets" are hired shills.

* Tesla investors have personal, and financial relationship,s with CBS Bay Area, Reddit, Google, San Jose Mercury News, Hearst Corporation, and other media outlets, and forbid them from publishing negative articles about Musk or Tesla.

* Google investors and staff own part of Tesla.

* Tesla analysts have engaged in the process called "pumping the stock."

* Tesla is so frightened of owners publicly disclosing the many problems with the car that they require buyers to sign non-disclosure agreements.

* Every major Tesla investor was a campaign contributor.

* At the time that the U.S. Department of Energy was reviewing Tesla's application for funding, Tesla was technically bankrupt, as disclosed by Tesla staff, and had the worst debt-ratio of any applicant. According to the federal section 136 law, this made it illegal to give Tesla the money but they were given the money based on "special orders".

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

* At the time that the U.S. Department of Energy was reviewing Tesla's application for funding, Erick Strickland of the NHTSA was reviewing documents that said that the Tesla batteries would explode. He later quit the NHTSA on 48 hours notice.

* 80% of the Tesla investors owned stock interest in Afghanistan lithium and indium mining used for Tesla and Solyndra. As of 1/1/15, The Afghan war has cost U.S. taxpayers $6 Trillion.

* Without free non-competitive federal cash and credits, in a fair-market layout with special-interest protections, Elon Musk's 3 companies would not exist today.

* No documentation, for buyers of the Tesla, ever disclosed the fire danger, hacking danger or lethal fumes toxicity issues.

* Panasonic, the maker of the Tesla battery cells, has been charged with corruption, price fixing, dumping and the deaths of thousands of it's employees in battery factories and nearby towns, from toxic materials.

* Elon Musk spends more per month, on personal PR and promotion than any other billionaire in America.

* On 60 Minutes, while Elon Musk was being interviewed about his rockets, he cried when the interviewer told him that real astronauts thought he was a poser. So far, Space X has had three times more explosionsand failures tha NASA ever had in the same point in their agency history.

* When part of NASA's budget was gutted and many NASA staff were fired, Space X immediately received a contract for the same services that had just been curtailed at NASA.

* The NUMMI plant, that Tesla took over, next door to Solyndra, was said to "not ever be a possibility for Tesla to use" in the news, by Elon Musk. Dianne Feinstein arranged for Tesla to use NUMMI and told NUMMI workers they would all be employed. Most were not hired and Tesla hired off-shore workers to replace many of them.

* There are thousands of news articles online that charge that Tesla Motors was funded as a political kickback operation and that it was about skimming the funding fees more than building the cars.

* Even though the federal funding discouraged applicants from using taxpayer money to build buildings, due to the glut of empty factories, in America, at the time, Tesla tried to build buildings in multiple cities, got sued for fraud by some of the cities and then went to NUMMI. In every city deal, the property rights deals were designed as tax write-off profits for Tesla investors.

* Tesla owners have blogged about over 150 defects with the car ranging from noise, to thermal issues, to range issues to get getting locked in the car and getting locked out of the car.

* Goldman Sachs was involved in every part of the Tesla deals. Goldman Sachs is under investigation by Congress, and others for minerals commodity manipulations of minerals used in Solyndra and Tesla. Solyndra Afghan chemicals, in the Solyndra solar tubes spontaneously caught fire when installed on roof-tops.

* Elon Musk once spied on all of his employees by sending each one a different email with a slightly different secret in it to try to find out who was ratting him out.

* Tesla told the U.S. Department of Energy, in it's writtem submission, that their car would cost 40% less and sell 2000% more than it actually did.

* Tesla had no actual design for the Model S when it submitted it's materials to the U.S. Department of Energy. What was submitted by Tesla was artists ideas. Tesla then used the taxpayer money to figure out what it was

THE BOOK OF TESLA: Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

going to do. The Tesla Model S has no engineering it in that was submitted to the U.S. Department of Energy.

* Bright Automotive, a competing applicant against Tesla in the Department of Energy funding, beat Tesla on every financial and engineering metric and had more customers demanding the car yet Bright Automotive got sabotaged by DOE staff because Bright did not make campaign contributions.

* Most of the Department of Energy "reviewers" had a financial and/or political connection to Tesla Motor's investors.

* Tesla Motors staff had personal relationships with all of the key White House staff of the first Obama White House. They all quit the White House mid-term.

* Emails and whistle-blower documents reveal that White House staff coordinated the Department of Energy Funding and that Steven Chu had a personal relationship with almost every Tesla investor and advisor. Steven Chu's nomination documents are mostly authored by Tesla investors and their associates.

* During the Tesla application process with the DOE, the Tesla design was $200,000.00, PER CAR, overbudget, yet this was not disclosed.

-------------------------------------------

## Tesla ships emergency home fire prevention device to all owners. Says it is "not a recall" but an "upgrade".

To deal with the new, additional, fire danger for Tesla cars. Tesla is shipping a new gadget to all owners. Like: Not a bug, it's a "feature"!.

Tesla's battery charging system has been setting homes on fire. Tesla issued a recall for the fire danger but, in typical Tesla fashion, lied about it being a recall.

-------------------------------------------------

## What are the things the media has said that Tesla did?

* They bribed White House staff in order to get nearly free taxpayer funding.  * The investors for Tesla paid McKinsey Consulting to write manipulated white papers, for the White House, saying that Tesla was the way to go and then they got McKinsey to staff the Dept. of Energy with their investor's friends, from McKinsey, so that they would make sure they favored the schemed-up deal through the process. ie: Matt Rogers, etc.  * White House Staff: Gibbs, Rattner, Emanual, Axelrod et al,: All took off from the White House at nearly the same time for fear of getting caught, knew about this.  * DOE staffers: Lachlan Seward and Matt Rogers were ordered, by Tesla investors, to destroy documents at DOE that documented the Tesla transaction.  * The Section 136 law and Federal Procedural Protocol stated that applicants would be reviewed in the order they applied. DOE issued 42 documents stating that applicants would be reviewed and processed in the order they applied. Suddenly, in March of the application process, year, Matt Rogers &amp; Lachlan Seward ordered a DOE press releases sent out

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

which changed the law (illegally) to remove the first-come-first-served requirement in order to attempt to allow them to move Fisker and Tesla to the front of the line. This was done on orders from Tesla's investors at Kleiner. * People who already have Tesla cars say the battery packs overheat and the cockpit gets too hot and the car is noisy as all get out.  * When Tesla applied to DOE, they were hand-walked through the process by DOE staff when no other applicants got the same "personal valet service"  treatment. This fact helps prove bribery and collusion. Many, many other facts prove this too.  * In a meeting with one of the law firms Tesla hired to leverage the loan, the law firm said: "don't worry, we control 14 agencies in DC!" That firm paid themselves millions of dollars for a small amount of work.  * When Tesla applied to DOE, they had no actual engineering or factory plans done for the car and showed fake plans, none of which have been used in the factory that exists today. They said they were going to build a factory in San Jose, California when they knew they did not even need one but Goldman Sachs had said they could get "all the money they wanted because the deal was rigged for favors" so "just go for it".  * Tesla has announced a number of "showcase" famous people hires but once those people did get hired and started working at Tesla, they saw what a rigged company it was, and quit or suddenly "left to pursue other interests"  * Two well known Tesla staff were starting to whistle-blow about Tesla but they were killed in a plane crash right next to Tesla's offices. Their notes have been distributed to the media, though, by their co-workers.  * Tesla got thousands of order requests from Tesla nvestors and their business friends at Stanford in order to prop up the appearance of orders but, in reality, not so much!  * Tesla investors ordered Chu to rig the tests done by Argonne labs about Tesla to make the results look better than they were.  * Tesla changed the prices on customers AFTER they had left deposits. This is extremely unethical.  * Tesla's books showed that they have wasted over $40M on "expenses of no value or engineering that had to entirely thrown away".  * Tesla's CEO bugged his own employees because of his extreme paranoid personality.  * An ex-co-founder has a copy of the CEO's hard drive.  * Tesla's CEO paid the producers of Iron Man to refer to him in the movie in order to manifest his delusional image of himself. He paid 60 minutes to do a story about him.  * Kleiner Perkins put Steven Chu in office by manipulating campaign funding so that Chu could make sure Fisker &amp; Tesla got their funding so the kick-backs would come around into the 360 deal that was set-up. Kleiner staff hid contributions via law firms but "bundled" millions of dollars of contributions and received over $1B in profit options.  * The number of people Tesla said they were going to hire at the NUMMI plant and the number of people that are hired are not quite what we expected. If you look at the cost to the taxpayer per new job created by Tesla you could have paid the mortgage for some taxpayers homes for what it cost the taxpayer per new job at Tesla after they got the DOE money.  * A man named Marty invented the Tesla, Elon Musk took it away from him so Kleiner could use it as an industry manipulation bull dozer.  * They bribed DOE staff in order to get nearly free taxpayer funding by bundling campaign funds via third parties and PAC's.  * 16 Tesla investor law firms, most with primary offices in Washington, DC managed the hiding, conduiting, bundling and re-cloaking of the money movements in this whole scam guided by staff from Goldman Sachs.  * They took our money and built multiple bragging cars for rich middle-age-crisis males that no family can afford nor that have any value for the average American. There is nothing novel or special about either Tesla car.  * The CEO screwed his ex wife over, his co-founders over and the public over. He paid millions to shut them up but her never paid their friends to shut up so, it is all going to come out now.  * You can buy an electric car that does much more than a Tesla for many, many, many times less money. There is no need for Tesla.  * Foreigners from the middle east own parts of Tesla.  * Tesla staff bribed DOE reviewers to give Tesla good fake reviews in the loan due diligence, when, in fact, in a public side-by-side comparison, Tesla would have failed miserably against all other applicants.  * The amount of money Tesla needs to make compared to the amount of money Tesla has had invested in it compared to the other companies selling electric cars compared to the world car market shows numbers that clearly show today, and at the time of application to DOE, that Tesla had the worst financial upside metrics of any car company in the world. SO why did they get the Loan?  * The Tesla investors worked with Goldman Sachs and LIBOR rigging of loans to get the finders and intermediaries sweetheart fees.  * Intermediaries and "finders" who were friends of the CEO, took huge amounts of public dollars as " upfront fees" and ran.  * Senators and their husband's business ownerships got favors from the associated real estate deals from the NUMMI plant for Tesla.  * Tesla took our tax money yet posted numerous job openings on Linkedin, and other sites, to hire "Immigration Paralegals" to hire H-1B foreigners to work for them.  * Tesla is run by the 1% for the 1%.  * Steve Westly is the bundler who threatened Washington officials with campaign fund cut-offs if they did not give his company: Tesla, a nearly free loan.  * Tesla manipulated their books when they applied for the loan in order to look like they met the DOE requirements but a true forensic examination of their books from that time shows that they did not meet the requirements.  *

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

The CEO lied to the City of San Jose about building a factory there.  * The CEO of Tesla has been sued by his ex wife for cheating on his wife and children with loose women.  * It is a Ponzi scheme of a company.  * The CEO has been sued by his Tesla co-founders for engaging in civil criminality. Those co-founders and Tesla staff provided almost all of the data in this website.  * The CEO paid GQ magazine to write an article about how wonderful girls should think he is so he could get more silicon valley hook-ups.  * The two models of the cars have had multiple EMF meters placed in them at different states of operation and been found to have enough EMF to cause cancer. The cars were measured with isotropic broadband EMF meters, Agilent Technologies portable spectrum analyzers, Aaronia calibrated broadband antenna's and spectrum sweeping multiplex antennas while charging and driving at increments of 20 MPH up to 110MPH. Drivers have reported experiencing sleep problems, heart problems, depression, migraines, seizures, and changes in neurological chemistry. Thousands of peer reviewed scientific papers prove that these EMF ranges do cause these health issues as well as triggering cancer cell growth per cell. Tesla engineers advised that the car should be shielded but Tesla executives said it wasn't worth the cost and that nobody would find out.  * Steve Spinner, was put in the DOE by McKinsey under orders from Kleiner. He was a liaison for Solyndra, his wife worked for Solyndra, and he was an "early warning system" watchdog for Tesla at DOE and notified Tesla if anybody not in the " inside group" came snooping around at DOE.  * They were so screwed up in planning to build the car that they were over $100,000.00 IN ERROR, on the cost per car. With engineering this bad, they still got their federal loan and this shows that bribes took place.  * If law enforcement interviews all past and current Tesla staff and investors, they will find multiple validation evidence for every statement on this site.  * The CEO stays up at night writing different fake emails to each of his employees with a few words different in each email to see which employees might be spying on him. Many Tesla staff collect these spy emails as a hobby.  * The CEO has stated that he hates unions and wants to come up with as many robots as possible to AVOID using people in jobs.  More coming....  (These, and more, charges are documented in many third party reports, articles, studies and investigations)

## One of Tesla's many ads to help hire foreigners using taxpayer $$:

Posted On LinkedIn:  ''*Senior Immigration Paralegal - Tesla Motors- Palo Alto, California (San Francisco Bay Area)  Job Description  Brief Description  The Senior Immigration Paralegal would be  Tesla's first in-house immigration legal resource and would therefore be responsible for helping Tesla to build-out its immigration law support program.  This position manages, oversees and directly assists in handling a large portion of immigration matters in-house, specifically employment-based, nonimmigrant visa applications and permanent residency applications. This position is also responsible for compiling and maintaining various status reports and records relative to immigration related expenses.  Responsibilities: •Start to finish preparation of employment-based immigration petitions with minimal assistance and supervision from outside immigration counsel, including: •J-1 visas; •H-1B visas; •I-140 visas; and •Various other visas.  •Regularly provide instruction and advice to Tesla employees and foreign nationals on immigration practices and procedures.  •Assist with any problems that may arise relative to a foreign national's immigration status.  •Assist in the preparation of a monthly status report by tracking immigration costs, volume of immigration files and location of immigration files.  •Create and regularly maintain the legal department's customized software report to track ongoing immigration matters at all Tesla entities with immigration needs.  •Work with Human Resources to ensure immigration files remain in compliance with state and federal government agency regulations.  •Ensure employee and employer compliance with  Tesla's new immigration policy and procedures.  •Directly handle the recruitment steps necessary to sponsor a foreign national employee for permanent residency.  •Assist with U.S. nationals work-related emigration to foreign countries.  Desired Skills &amp; Experience  Qualifications/Requirements: •Strong, in-depth knowledge of immigration law, including experience with each visa type mentioned above. •8-10 years of Immigration Paralegal experience preferred. •Bachelors degree preferred with a strong academic background. •Strong legal writing and drafting skills. •Accuracy and attention to detail is a must. •Experienced professional with great relationship skills, team player, self starter, independent thinker, and has the ability to anticipate the next steps and future issues. •Ability to work well in a diverse and fast-paced environment with a large and diverse group of*

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

*people, including Human Resources, Global Mobility, Tesla recruiting, Tesla hiring managers, candidates from countries throughout the world as well as their families.  Additional Information Posted:August 9, 2011Type: Full-time Experience: Mid-Senior level Functions: Legal  Industries: Automotive  Job ID:1845406"*

## Why Tesla is one of the worst investments in the tech market

Besides the corruption charges noted above, here are some more reasons Tesla is a bad investment for the government, for the public and for the investor in general:  * The spread between assets and liabilities is, nearly insane. The company is so leveraged that any problem will put it out of business. The company has increasing problems with battery packs, cooling systems, center consoles, panel fitting, brakes and other manufacturing issues and those issues keep increasing while competing cars are already past those points.  The company has more liabilities than assets. The only way an investor might make money is if everything goes perfect and they have already had recalls. Their market capitalization could vaporize in an instant with the next big screw-up. Investors must pay a premium in order to bet that the screw-ups that keep occurring, like being $100,000.00 off on the BOM PER CAR, will magically just stop.  * The CEO is distracted by rocket ships, making sure his private PR group promotes his self-glory, escorts and other non-critical items at a point when he should be 100% at Tesla and not playing around.  * Working capital and equity are on a trajectory to hit zero.  * Product launches never go well and Tesla has already had many engineering department failures.  * Liability lawsuits for giving the rich CEO buyers testicular cancer from the large EMF output of the car have not been figured into the cash flow charts. They still have not shielded the car.  * A large number of the "long line of orders" are fake orders from Tesla investors and good-old-boy friends of the Tesla investors to pad the books and make it look like demand is bigger than it is. This is proven by the fact that they cut the production run in half.  * Making 5000 cars is a "toy" car company in the real car world. Tesla told the DOE they were going to make and sell a massive number of cars this year. They lied. The other electric car companies are selling huge numbers. Why not Tesla? Because it is a scam company!  ------------------------------------------------------------  If you are already an investor in Tesla, think about this: Tesla Executives knew about every single thing on this site before they asked you to invest. Did they disclose it all to you? If so, then you are a crook too. If they did not disclose all of this to you then they owe you all of your losses per SEC violations.

How to FACT CHECK and VALIDATE EVERY data point on this Wiki yourself

   How to FACT CHECK and VALIDATE EVERY data point on this Wiki yourself  * Go to Ask.com, Yahoo, Bing, Duck Duck Go (They each will give different results) and type in any name on this site plus add the words: DOE Investigation Washington Corruption Senate Investigation DOE GAO Investigation DOE Loan Solyndra Crony Politics Tesla Fires  or search any name plus a mix of the words (IE Google: "DOE Corruption Westley") etc, and see what you get. (IE Google:  "Steve Spinner DOE Solyndra")  * Every item on this site was provided by a reporter from a major news service including: CBS News, LA Times, Washington Post, New York Times, Bloomberg, Seeking Alpha, National Legal and Policy Center, Wall Street Journal, USA Today, CSPAN, The Hill, The Bulletin, Detroit Free Press, Politico, Forbes, Daily Caller, SF Gate, 60 Minutes and others.  * Over 18 different current and former employees of Tesla confirmed or input on all parts of the data in this site.  * Go to the California courts websites and related sites and read the law suit filings by Tesla founder Marty Eberhard against Elon Musk.  * Many of the items in this report have been published by the Federal GAO investigation team (The published GAO reports referencing "favoritism" were specifically referring to Tesla and Fisker) , MULTIPLE Senate investigation committees, SEC filings, The Auditor General, and community justice 501 C 3's. You can read their reports freely online and you can also see the details behind those reports by filing a FOIA request.  ------------------------------------------------------------------

**Pomerantz Law Firm Has Filed a Class Action Against Tesla Motors, Inc. and Certain Officers** -- TSLA NEW YORK, Nov 08, 2013 (GLOBE NEWSWIRE via COMTEX) -- Pomerantz Grossman Hufford Dahlstrom

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

&amp; Gross LLP has filed a class action lawsuit against Tesla Motors, Inc. ("Tesla" or the "Company") TSLA -2.22% and certain of its officers. The class action, filed in United States District Court, Northern District of California, and docketed under 3:13-cv-05216, is on behalf of a class consisting of all persons or entities who purchased or otherwise acquired Tesla securities between May 10, 2013 and November 6, 2013 both dates inclusive (the "Class Period"). This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  If you are a shareholder who purchased Tesla securities during the Class Period, you have until January 7, 2013 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com . To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, x237. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.  Tesla designs, develops, manufactures, and sells electric vehicles, including its flagship Model S, and electric vehicle powertrain components. The Complaint alleges that throughout the Class Period, Defendants made false and misleading statements and failed to disclose material adverse facts about the Tesla's business, including: (1) Tesla's statements about the Model S's highest safety rating and its lack of prior fire incidents were materially misleading, due to undisclosed puncture and fire risks in its undercarriage and lithium ion battery pack; (2) the Model S suffered from material defects which caused the battery pack to ignite and erupt in flames under certain driving conditions; (3) Tesla's future sales, its next generation Model X introduction, and its stock price were extremely vulnerable to the inherent risk posed by the Model S's undercarriage and battery pack design flaws; (4) Tesla was unable to maintain a level of automobile deliveries sufficient to satisfy analyst concerns and compensate for other declining revenue streams; and, (5) as a result of the foregoing, Tesla's public statements were materially false and misleading at all relevant times.  On October 2, 2013, a video of a Model S burning on the roadside was widely circulated, which Tesla attributed to a collision with road debris. The same day, Tesla was downgraded by an analyst who pointed to significant execution risks it faced. On this news, Tesla shares declined $12.05 per share, or more than 6%, to close at $180.95.  On October 28, 2013 a second Model S fire occurred in Mexico, which Tesla blamed on the car's rate of speed and its crash into a tree. On this news, Tesla shares fell $7.32 per share, or more than 4.3% to close at $162.86 on October 28, 2013.  Tesla's stock closed at $176.81 on November 5, 2013. That day, after hours, Tesla announced its Q3 2013 results, which failed to meet analyst expectations on key metrics, including rate of vehicle deliveries. On November 7, 2013, Tesla confirmed a third Model S fire, caused by impact with road debris during normal driving conditions. On this news, Tesla shares opened at $154.81 on November 6, 2013 - $22.00 per share (12.44%) lower than the prior day's closing price, and declined on November 6-7, 2013 to $139.77.  The Pomerantz Firm, with offices in New York, Chicago, Florida, and San Diego, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com .

## Original Tesla Founders blog about the conspiracy that stole their company in order to turn it into a tax dollar scam

We're all entitled to an opinion (last time I checked ... the Supreme Court hasn't changed that yet, have they?), but the co-founder of Tesla,  Eberhard, and other "Tesla Founders", have a thing or two to say about Tesla on their blog.  Even though going to that blog today has this message from Eberhard about some specific entries of his: "This blog entry has been taken down at the strong request of  Tesla's management. By taking it down, I am in no way admitting that anything I wrote was in violation of any agreement I signed with Tesla Motors, and I stand behind the truth of what I wrote. But it was explained to me that Tesla and its financial backer(s) can spend far more than I can on a lawsuit Most of the comments on this blog entry have also be taken down; sorry for the inconvenience", we at SteveParker.com have found the original postings by Eberhard and others (Tesla can't fire

us); the numbers of those fired by Tesla are between 26 and 40, depending on the source, and offices in Detroit and possibly Washington, DC, have been shuttered. With all that, here's what at least some of the "Tesla Founders" have to say:    As you may have heard, the ax has been steadily chopping away at Tesla. I dont pretend to understand the choices being made and honestly wouldnt even be surprised to learn if I was next on the list. At this point, Im not even sure if that would necessarily be a bad thing.      The company has changed so tremendously since I started. Its very secretive and cold now. Its like theyre trying to root out and destroy any of its heart that might still be beating.      I came to Tesla with a great deal of optimism to work for a company with a noble purpose that had a real chance to make a difference in the world. That sense of mission and hope generated incredible energy and determination to overcome the many challenges of producing a great EV. This energy has been drained by the cold, irrational bloodletting that has been going on there. Everyone understands necessary, rational cost management actions in startups, but this was neither necessary nor rational. No thought has been given to the immediate and long term impact on the future of Tesla. Entire departments are stumbling around stunned, bleeding, and headless. (Photo - California Arnold Schwarzenegger and Tesla's Martin Eberhard give Tesla the "walkaround" treatment at a Santa Monica, CA, media event in 2006.)      It is a damn shame about Tesla. I once again spent the day dreading the words, 'Did you hear? Today I  heard that both Wally Rippel and [REDACTED1] are now gone. I just dont know what theyre thinking. [REDACTED2] referred to it as a 'stealth bloodbath. Its next to impossible to concentrate and actually get anything done. And the real insult in my mind is that they have the nerve to host the holiday party this Saturday. Its going to be more like a wake(!)      The atmosphere at Tesla Motors has been suffering for the last couple of months as the new management have slowly squeezed the life out of engineering. The way in which the layoff/reduction-in-force/firings have been handled is one almighty cluster cabbage. In a stroke of pure genius, the two HR folks were the first to go, leaving nobody to turn out the lights. Only after they left the building did they realize that now there was nobody to write the termination letters. Like I said, pure undiluted genius.      Sadly - and I do mean this - I am not sorry to leave. The culture that Martin and Marc created is gone. The car is nice, but every day in the office was like a visit to the dentist, not knowing what was going to happen next. Enough. I have moved on.      Unfortunately, the company that I used to love has changed drastically. If I were to pin point a critical turning point, it would be the day when you were pushed aside. Until then, it was not so obvious how Tesla Motors was really Martin Eberhards company. After you were gone, I think the spirit and the character of the company went with you. It was surprising how quickly it happened. Yes, there were technical and operations delays for sure, but these could have been better managed and, to a certain extent, anticipated since what you have started was a major paradigm shift in the industry. It was well understood that a revolutionary movement always comes with major challenges and costs. What Tesla has now become is a mere profit-loss centric company—and with a poor chance of making even that —unless someone absorbs it for its remaining core value that you have left behind. Tesla lost its true evangelist and the leader..  (end of blog quotes)   So, what do you think happened at and/or to Tesla Motors? One thing we can probably rule out, and that's the forming of Tesla to rip-off people's money. Even though the company demanded (and got) 100% down-payments of $100,000, or more, from each potential buyer just to get on a list of those wanting a car, the founders of Tesla already had tens and maybe hundreds of millions of their own dollars; many of them came to Tesla after retiring at young ages from their various Silicon Valley success stories. That's where the mystery deepens, the part of the story when people shake their heads and force themselves to wonder: Was Tesla simply the modern iteration of what used to be called "planned obsolescence"? Were the Tesla EVs always destined for the dump, their real purpose to "prove" to the world that even the money and minds of Silicon Valley are unable to build and market an EV? These and other questions will probably never be satisfactorily answered.  SP

## How did the Tesla-Takeover investors bribe Congress and Federal Agencies

Per the 60 Minutes Story, Below:  http://www.youtube.com/watch?v=CHiicN0Kg10        1. They promised to have their law-firms and controlled organizations (ie: NVCA, Perkins, etc) funnel a series of

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

contributions to candidates campaigns.  2. They threatened competing candidates with getting their campaign funds for the next election cut off.  3. They handed out tickets to Washington, DC, LA and Sacramento sports and concert events.  4. They paid for incentive travel.  5. They got controlled members of Congress to pass laws which gave those investors companies billions of dollars of profit potential that they otherwise would not have had.  6. They arranged for people who worked for The White House, DOE &amp; Treasury, etc. to get over-payed bribe jobs if they left those public offices and worked as consultants and employees in other companies who could control the process in Washington DC.  7. They gave real estate deals to friends to buy favors.
-----------------------------------------     FYI: EVERY new investor in Tesla will be deeply investigated by the media and consumer groups.


# Russian Mobsters!!! in DOE and Tesla Funding and Silicon Valley?


Why did the key investors of Tesla meet with persons and groups from the Russian government and business sectors who State Department has identified as having mob connections? Could it have to do with all of the trillions of dollars of materials used for making lithium ion electric car batteries that those Russian groups control? If those investors helped grease the deal, they certainly wouldn't cash in on that... would they? Here is the NY Times research on some of their backgrounds:  "     Russian Organized Crime Data Pull- State- :  Multiple meetings with Silicon Valley Suspects  Alexey Mordashov  Received DOE Funds Via Severstal:  Alexey Mordashov -General director of "Severstal group", Chairman of the board of directors in "Power Machines", the largest shareholder of Arcelor,  http://rumafia.com/person.php?id=54  Surname: Mordashov Name: Alexey Fathername: Aleksandrovich  Position: General director of "Severstal group", Chairman of the board of directors in "Power Machines", the largest shareholder of Arcelor, a member of board of RSPP.  Biography  Mordashov Alexey Aleksandrovich was born on September 26, 1965 in Cherepovets in the Vologda area in workers family; Russian. In 1988 he graduated with excellence from the Leningrad Engineering-Economical Institute. During study he got acquainted with Anatoly Chubais.  From 1988 till 1989 - Senior Economist in maintenance and repair shop #1 of the Cherepovets Metallurgical Plant (CMP).  In 1989-1991 – Head of Bureau of Economics and Labor of MRS#1 at CMP.  In 1991-1992 - Deputy Director of planning department of CMP.  In 1992-1993 - Deputy Director of Economics and Finance at CMP.  Since 1993 - Financial Director of CMP (now CMP is renamed into Open Joint-Stock Company "Severstal"). Simultaneously the chairman of board of directors of joint-stock company "Severstal-Invest". He was one of creators of the plant privatization program, and transition to active marketing practice in metal trading. Company "Severstal-Invest" was engaged in sale of rolled metal products, motor vehicles and the weapon, cultivation, processing and sale of fish, realtor and security-detective activity.  Since March, 1996 - chairman of board of "Severstal-holding" LLC (Cherepovets).  Since March, 1996 - chairman of board of directors of Joint-Stock Company "Severstal-invest" (Cherepovets).  Since September 1996 till June, 2002 - General Director of "Severstal" OAO.  Since November, 1997 - chairman of board of directors in Metkombank (Cherepovets). He was a councilor of bank "Metallinvest". Then he was trained on courses of managers in England (in the late nineties he completed the MBA program of Newcastle Business school (NBS) in the University of Northumbria (UNN, Great Britain).  Since June, 2000 - the councilor of directors of Joint-Stock Company «Izhora pipe factory», joint venture of «Izhora factories» OAO and "Severstal" OAO. In October, 2000 he was selected as a member of bureau of board of the Russian Union of Industrialists and Entrepreneurs (RSPP). Since June, 2001 - coordinator of RSPP Working group.  From April 2001 till April, 2003 - member of the Supervisory board of «Industrial Construction Bank» (ICB).  Since June, 2002 - chairman of the board of directors of "Severstal" OAO.  Since 2002 - General Director of "Severstal group" ZAO.  Since August, 2002 - the chairman of the board of directors of "SSM-Tyazhmash" LLC, subsidiary of "Severstal group" ZAO.  Since December, 2002 - the judicial arbitrator at the Commission on Ethics of RSPP created for settlement of corporate disputes.  In May, 2003 he was included in structure of Business Council at the government of the Russian Federation.  In December, 2003 he became the authorized representative of president Putin on presidential election on March, 14th, 2004.  In 2003 Forbes magazine included Mordashov in the list of 500 richest people in the world (348th place, fortune – 1.2 billion dollars).  In February, 2004 "Severstal" OAO informed that Mordashov supervised 82.75% of stocks of "Severstal".  Since June, 2004 - councilor of directors of bank Rossiya (St.-Petersburg).  In February 2006 "Finance" magazine estimated Mordashovs capital at 6.0 billion

THE BOOK OF TESLA- Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

dollars (the tenth place in Russia).  In March, 2006 there was a next rating of Forbes Magazine in which Mordashov was on the 64th place in the world (fortune – 7.6 billion dollars).  Member of Board of guardians of RDC «Expert institute» at Russian Union of Industrialists and Entrepreneurs (RSPP);  Member of Advisory council on the innovations created by Ministry of Industry and Science of the Russian Federation.  He is awarded with the order «For Merits for Country» of the I and II degrees.  The winner of the All-Russia competition of businessmen "Career-96". In December, 2000 Russian Union of Industrialists and Entrepreneurs called him the best businessman of the year.  Speaks English and German.  Mordashov is married for the second time. He has three sons - one from the first marriage, two - from the second one.  Takes a great interest in poetry, painting, active winter kinds of sports.  Source: http://www.anticompromat.org/  Dossier:  By 2001 there were no any compromising materials concerning Mordashov on pages of the mass-media. As for unpleasant stories – only divorce with the wife and the ignominious alimony to the son. The only thing that was spoken about him appeared in July, 2001. Mordashov was supposed to be offered a post of the chairman in the Russian government. In reply to that Mordashov declared that even if he had been offered the post he would have had to refuse of it.  Source: www.rb.ru  In 2004 in mass media the materials convicting Mordashov of dishonest engagement of "Severstal" were published. The ex-general director of Cherepovets Metallurgical Plant Yury Lipuhin - who promoted Mordashov on a career ladder - became an information source. When Mordashov was already the director of "Severstal" the plant suffered from an attempt of raid capture. Trans-World Group tried to persuade Mordashov to sell the plant (it was represented by well known businessmen Vladimir Lisin, Mikhail Chernoy, Oleg Deripaska) but he resisted. After those events Mordashov convinced Lipuhin that the plant shares needed to be privatized not to admit strangers to the enterprise. The plant released metal under the low prices to the company Severstal-Invest created for that purpose; Mordashov spent millions of gross margin from resale on purchase of vouchers and shares from workers. So he became the owner of 51% of shares of "Severstal" and Lipuhin - 49 %.  In 1998 there was a conflict between two proprietors - Mordashov decided to diversify business and began to buy up industrial actives: stocks of ports in St.Petersburg, Tuapse and East port, coal mines, Kolomna diesel factory, UAZ factory. Lipuhin was against of such diversification of the business. In the beginning of 2001 Mordashov redeemed from Lipuhin 49 % of "Severstal-Guarant" with the big discount; Lipuhin is still offended by Mordashov for that. The latter during had enemies that period - Zavolzhsky motor factory became a subject of his conflict to GAZ owner Oleg Deripaska. Together with the head of "Eurazholding" Alexander Abramov, Mordashov struggled for "Kuzbassugol", the metallurgical market was divided with Iskander Mahmudov.  Source: «Forbes», 4/10/2004  In youth during internship in Austria Mordashov had a conflict with the son of the minister of ferrous metallurgy Serafim Kolpakov Sergey. The minister demanded for Yury Lipuhin dismissed Mordashov, but Lipuhin then defended the young perspective employee.  Source: «Forbes», 4/10/2004  In 2001 the first spouse of Mordashov, Elena declared that Alexey Mordashov did not help their son sufficiently, didnt let her arrange private life and promoted her dismissal from work. For 2000 Mordashov declared his income at 80 million dollars (Mordashov denied the sum soon after that), his former wife took advantage and sued for alimony and separation of jointly acquired property (he had been paying to the wife 650 dollars monthly for the son). Mordashova demanded a share in business of the husband and developed huge information war. The businessman considered that behind that claim there were competitors of metallurgical holding - the Ural mountain-metallurgical plant and "Sibal", in particular their owner Iskander Mahmudov who was at that time the main contender of Mordashov in the metallurgical market. In August, 2001 the former wife applied to Nikulinsky Office of Public Prosecutor of Moscow with the requirement to force former husband to give 25% of the income for education of the son from first marriage. In her opinion the underpaid alimony of Mordashov made more than semi billion dollars. In maintenance of the claim the Office of Public Prosecutor managed to arrest 32.5 % of stocks of "Severstal". Claims of former spouse Elena Mordashova for a quarter of incomes of the husband were recognized by Moscow court as groundless, and attachment was removed from property. And after that Cherepovets court took Mordashovs side and decided that he did not owe to the former spouse 40 percent of shares of "Severstal" (Elena Mordashova had declared such requirements in the statement of claim). As a result Elena Mordashova lost both suits.  Source: «Moscow Komsomolets», 8/20/2001, "Vedomosti", 10/30/2002  On presidential election of 2004 Alexey Mordashov was Vladimir Putin's authorized representative. Support of the head of the country helped Mordashov to create the steel-making company the largest in Russia, which possessed the largest actives abroad on the basis of the Cherepovets plant.  Source: www.akado.com/news  In February, 2005 Alexey Mordashov made scandal at airport Vnukovo-3. He left the plane together with two girls accompanying

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

him in the trip. One of his companions unexpectedly found out that she had lost a buckle from the handbag. Mordashov unexpectedly began to behave inadequately: for about a half an hour he loudly shouted at employees of the airport, and demanded to pay him one thousand dollars for the lost buckle.  Source: "Life", 2/9/2005  Alexey Mordashov tried to unite his business with metallurgical group Arcelor being absorbed, but owners of the company refused the offer of Mordashov and group "aggressors" - Mittal Steel became its owner.  Source: Investments ? 3(334) 01.02-07.02.2010  In September, 2006 Alexey Mordashov decided to hold again the post of the general director of "Severstal"; in this connection he carried out administrative reform at the enterprise. General Director Anatoly Kruchinin, the hired manager, was removed by Mordashov from the post. Later he was appointed as the General Director of «Severstal. Russian steel» (in April, 2008 management of "Severstal" divided it into three directions: «Severstal. Russian steel», «Severstal. Resources», «Severstal International»). Mordashovs return on a post of the director of according to his plan should promote success of IPO – Kruchinin was unknown person in business while Mordashov after attempt to become the largest owner of Arcelor received world popularity. In some months Mordashov arranged IPO in London which observers considered to be not successful.  Source: "Vedomosti", 9/21/2006  Due to lack of more interesting actual metallurgical actives for purchase, Mordashov once again tried to diversify business in adjacent spheres. New object of interest of the businessman - the main Russian manufacturer of the equipment for electric power industry, "Power machines". Structures "Severstal" then requested permissions for the transaction in Federal antimonopoly service (FAS). Stocks of "Power machines" were the personal investment of Mordashov which was not connected with mountain-metallurgical company "Severstal". Competitors of Mordashov in struggle for Power machines" became Victor Vekselberg and Oleg Deripaska.  Source: www.newsru.com from 6/9/2007  In December, 2003 bank "Rossiya" informed that it would make additional share issue for 30 million rubles face value in advantage of Alexey Mordashov's "Severstal-groups" under the price in 20 times above face value. Thus, the holding should pay 600 million rubles for 9% of share of bank with own capital of 616 million rubles. The General Director of "Rossiya" Victor Myachin explained the high cost of package with consideration of the «occurrence of the foreign investor» in the capital of bank and dynamics of its development (for a year actives and the capital have trebled). Experts consider such estimation of a minority package as absolutely inadequate. The most probable explanation of such an odd act – rupture of relations with Industrial Construction Bank (ICB) and transfer of money resources to bank "Rossiya". At the same time Mordashov since 90th years kept partner relations with Petersburg banker Vladimir Kogan, ex-founder of ICB - in the beginning of 2001 Mordashov sold a share holding of "Metkombank" to Kogan.  Source: www.mfd.ru News  In the beginning of 2007 in the central mass-media, in particular, in newspapers "Commersant" and "Newspaper" the information began to appear that soon there would be a merge of two largest metallurgical companies - "Eurazholding" and "Severstal". Besides it was written about nationalization of branch and government plans about it. As there were no any concrete facts confirming possibilities of such changes, there were assumptions that this "canard" in respectful newspapers was created by their owners. The owner of "Commersant" - Alisher Usmanov was simultaneously the owner of "Metalloinvest", the largest metallurgical companies; "Newspaper" belonged to other large "metallurgist" Vladimir Lisin, the owner of Novolipetsk metallurgical plant. The purpose: to press on competitors or to force them to buy, for example, business for high price, probably even to frighten and force to cease to put up money in development of the enterprise, to sell to competitor.  Source: «Komsomol truth», 5/30/2007  In August, 2008 at Mordashovs company "Power machine" shareholders were replaced: 63.1 % of shares of company have appeared concentrated in three offshore now. Among shareholders of OAO there were two offshore, King Rail Trading and Ashington Trading, each owns 16,55 % of his actions. Presumably, these companies are under control of Alexey Mordashov and re-structuring of actives allows him to bypass the requirement about exhibiting of the obligatory offer by minorities. If Alexey Mordashov exposed the offer, he should redeem shares from minorities with 9 percent award to market quotations. He did not expose it but bought up company shares in the off-exchange market from many sellers. Redistribution of actives gave Mordashov also the joint-stock control over the company.  Source: "Money" ? 33 (688), 8/25/2008  The Office of Public Prosecutor accused Alexey Mordashov of legislation infringement – he, having dismissed employees of Kostomuksha mining and concentrating mill, in October, 2009 replaced them with less paid Gastarbeiters. Active workers of the enterprise arranged several meetings in the city, the Office of Public Prosecutor of Karelia began investigation. Trade-union active workers were accused of extremism and Alexey Mordashov was required by the public prosecutor of republic Karelia to exclude infringement of the labor and social rights of citizens and to provide measures on prevention social and political tension in «Karelian pellet OAO. Thereof Mordashev stopped employment of migrants.  Source: Rusmet.ru

THE BOOK OF TESLA  Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

24.12.09  Alexey Mordashova's name was mentioned in a context of preparation of amendments by the Ministry of Finance to the article 7 of the Tax code depriving Russian businessmen of possibility to minimize taxes by using the companies in the countries having agreements with Russia on avoidance of the double taxation. It was declared that Alexey Mordashov had supervised "Severstal" through the Cyprian companies, thereby minimized taxes in the federal budget of our country. Source: www.polit.ru/news, 12/2/2009  The family conflict of Alexey Mordashov with the first wife Elena Novitskaya passed to a new stage – in 2004 she submitted the claim to the Strasbourg court where she accused Russia of partiality of justice. In January, 2010 Novitskayas case received a priority. Few years ago the court dismissed Novitskayas claim about property separation, as all agreements on property division between spouses had been signed back in 1996, and Novitskaya did not apply for shares and refused them voluntarily. Having lost the court, Elena Novitskaya still owed the state duty of 213 million rubles. In European court Novitskaya demanded from Russia for compensation at amount of 500 million dollars, referring to article 6 of the European convention about human rights. Now Russia should prove that at the moment of divorce Alexey Mordashov did not possess influence on justice.  Boris G. Zingarevich  Received DOE funds through Ener1  Boris Zingarevich - Deputy Director General of Ilim Group  http://rumafia.com/person.php?id=204  Surname: Zingarevich  Name: Boris  Fathername: Gennadievich  Position: Deputy Director General of Ilim Group  Biography:  Date of Birth: 08 July 1959.  Place of Birth: Sebezh (Pskov region).  1981: Graduated from the Leningrad Technological Institute of Pulp and Paper Industry (specialty: machines and apparatus of PPI)  1991-1992: "Tekhnoferm, the CEO  1985-1991: Leningrad carton factory, Master of cardboard shop, Production Manager  1981-1985: Kondopozhsky PPM, mechanic  Since 1992 - Deputy Director General of Ilim  Source: www.forbesrussia.ru  Dossier:  Until the early 90's Boris Zingarevich, along with his brother Michael worked as a mechanic at the Leningrad cardboard factory. In 1992 they created "Ilim Pulp" - a company for export of paper products. Then they got reassigned to the woods production, and over the years have bought about 30 logging companies - then timber industry enterprises were sold at very low prices.  Easy money in the timber industry caused competition that turned into criminal fights. Most of them appeared to be in Arkhangelsk region, where the main enterprise of the holding - Kotlas PPM was. In the region, the company has developed a bad reputation to the extent that one day in January 2002, half the guests did not appear on the anniversary of the governor Anatoly Efremov, having learnt that Zingarevich brothers and their partner Zakhar Smushkin were going to be there.  In spring 1999 the house of the head of the Arkhangelsk PPC Vladimir Krupchak was bombed. In the summer of 1999 the head of OAO Solombalskiy LDK" Evgeny Drachev and his driver were kidnapped by unknown. A few months later director general of forestry complex the department of the regional administration, Alexander Bulatov was beaten. Its difficult to say whether those events were connected to the activities of Ilim Pulp. However, its top managers- Smushkin and the Zingareviches could have argued with those people, because the struggle for supremacy in the timber industry was very tough, and Arkhangelsk region was considered a "fiefdom" of Ilim Pulp in the field. The regional law enforcement agencies had a huge dirt on the heads of the holding, but for some reason the case went "down on the brakes" every time.  For example, the same story happened with the murder of Dmitry Varvarin, Director General of ZAP "Concern" Orimi, the main competitor of Ilim Pulp. He was shot in St. Petersburg in March of 2000. The heads of Ilim Pulp, including Boris Zingarevich had sufficient motives for the killing, including the competition and the fact that Varvarin supported the campaign of

 Yuri Boldyrev for the post of mayor of St. Petersburg, which was obviously to fail. In addition, Varvarin owned shares of Ilim Pulp, so he begged Smushkin and Zingarevichey as his partners to allocate money for it.  A few days after the murder of Varvarin, unknown people killed another founder of "Orimi, Sergey Krizhan together with his family.  Law enforcement agencies considered the version according to which the two murders were connected with the management of Ilim Pulp, as the most probable, but somehow forgot about it; the team of investigators was excluded from the investigation.  Source: Kompromat.ru from 31.07.2002  The involvement of the heads of "Ilim Pulp" in the second killing has not been confirmed, as in 2005, Andrey Yurevich - the son of commercial director of Plastpolymer", Victor Yurevich, and two accomplices - Alexander Ulyanov and Vyacheslav Shinkarev were sentenced for that murder. Krizhan was chairman of the board of directors of the company and clashed with Viktor Yurevich. The newspaper "Kommersant-Petersburg" ? 216 (3300) on 17.11.2005  In spring and autumn of 2000, a new wave of crime passed.  In March, the director of Agency Company, lumber exporter - Vladimir Malkov was attacked. And in October, the hotel "Polina", owned by Krupchak was set on fire. As leader of the Arkhangelsk Pulp and Paper Mill, he was a major player in timber market and he could have possibly conflicted to the Zingarevicheses and Smushkin quite often. In 2001 Dmitry

Belyaev, External Manager of LDK-4 was attacked. Again, the connection with the management of Ilim Pulp was not confirmed, but it was on the cards, as Ilim Pulp had been seeking for the rule in the forest sector, and Belyaev could have threatened the interests of his company by his business, or could have simply competed with its leaders.  Boris Zingarevich together with the companions did the business of "Ilim Pulp" not very successful, at least for their enterprises. The main one was the debts of Kotlas pulp and paper mill in Arkhangelsk region, Bratsk Timber Complex in the Irkutsk region, as well as others, they had ruthlessly cut down the forest, accidents happened frequently, the equipment was worn out or even broken. At the same salaries were miserable.  Until 2000, the shareholders of Ilim Pulp had not received dividends. Ostensibly, they were invested in production development, but in reality everything was falling apart. The problem was that all the investments in production then were exempt from taxation. Once the tax credit was abolished, dividends went.  In addition, it became clear that Kotlas Pulp came under the control of Ilim Pulp illegally: during the investment competition the money, which the company pledged to invest in a company, were transferred to its account for one day and then were sent back to the accounts of Smushkin and the Zingaricheses. But formally everything looked legitimate.  They purchased equipment for the companies in an interesting way: at very high prices, while in fact only half of it was brought. The money also flowed to foreign accounts of the firms affiliated with Ilim Pulp.  Other financial frauds by the Zingariveches and Smushkin were turned in the Bratsk Timber Industry Complex (BTIC). First they formed huge debts for electricity for the budget of Bratsk and many others. And in 1998 the company established a subsidiary company OAO "Pulp and Cardboard Plant (PCP) and began to place there their liquid assets. Thus, BTIC eventually had unprofitable production and debts. The state had a stake in BTIC and did not impede the withdrawal of assets.  Only Dmitry Medvedev, the current president objected that, then in 1993 he was Director of Legal Affairs "Ilim Pulp", and since 1998 -a member of the Board of Directors in BTIC. His relationship with the Zingariveches and Smushkin worsened, and in 1999 they were completely stopped - he was distracted by new concerns associated with climbing the career ladder.  In October 2001 it became known that Ilim Pulp committed deals for the sale of pulp and paper factory to offshore companies. Then the shareholders of OAO Irkutskenergo" which was the main creditor of BTIC - appealed to the federal agencies. They failed to find out the truth because of the legal tricks: documents submitted to the commission, were valid, but for the period prior to the fraud.  After that the minority shareholders of BTIC went to court, and it ordered to reinstate the dismissed general director BTIC George Trifonov. He restored an order, paid the debts. The Zingariveches and Smushkin were defeated. But when in 2002 BTIC came under their control again, they began to restore the old order by dismissing disloyal people and replacing them with loyal ones, uncomprehending in the timber industry.  In addition, the holding company began the blockade of the Ust-Ilim Timber Complex (UiLPK) by not sending paid commodity to the company. All forces were driven to expell the head of the trade union, Yuri Savinkov, they wrote denunciations to the prosecutor's office against the former Complex director Andrey Prokopov. The new head of UiLPK Vladimir Batishchev reported that Prokopov took away the production equipment. It was a slander - he just took jeeps belonging to the management company Continental Invest.  In early February 2002 UILPK was entirely under the control of Ilim Pulp.  Source: Kompromat.ru from 13.02.2002  In April 2002, Ilim Pulp lost control over Kotlas and Bratsk pulp and paper mills. There were two lawsuits from shareholders, after which the companys shares were arrested, and then purchased for the benefit of companies affiliated with the actual new owners - "Basic Element", "Continental management" and "Banking House" Sankt-Petersburg". Oleg Deripaska was behind those machinations, who wanted to get a strategic advantage in the industry.  Source: corp-gov.ru from 29.09.2003  The management of "Ilim Pulp" disputed the transaction through numerous courts. There were information wars. The information agencies had the news spread that the Court invalidated the new board of directors elected by shareholders. It was misinformation. To gain access to the documents of Kotlassky PPM they forged execution lists and sent them to the office of registry holders. According to them it was necessary to issue registry documents. They also launched "a fake" that the registry of the Bratsk TIC was lost.  In the end, "Ilim Pulp" prevailed in the information and judicial war. Businessmen managed to agree, but the true owner of the enterprises is still unknown. Representatives of Bazel argued that the blocking stake in the enterprises was still in the structures of Basel. Smushkin also announced that he possessed more than 90%. As the court ruled, the enterprises passed to Ilim Pulp. Perhaps the company paid Bazel some compensation. In any case, that was a good lesson for the Zingariveches and Smushkin and a signal that the empire they built up may well falter without gaining a strong support.  Source: Kompromat.ru from 31.07.2002  In 2004, the media reported that Boris Zingarevich intended to acquire a large stake in English football club Everton. Upon the request of Zingarevich, that information was retracted. According to British media, the football club was really interesting to

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Zingarevichs son Anton. He himself had no money to buy it, but he practiced abroad as a football manager. There is no information confirming the purchase plans. This episode is insignificant, but given that Boris Zingarevich studiously avoided the media spotlight, it looks interesting. Maybe it was advantageous for someone to put Zingarevich as a reckless spender and a wasteful man.  Source: "Kommersant» ? 155 (2994) on 24.08.2004  Also in 2004, there were rumors in the media that the company "Ilim Pulp" is going to buy the state Vneshtorgbank, and the then owner of Promstroibank Vladimir Kogan was to be an intermediary in the transaction. The price was to be inflated in more than a billion dollars. Journalists advanced the version of such a bizarre waste of public funds. They supposed, the billion would be withdraw from the State Bank and shared by individuals, including Zingarevich. In their opinion, the deal was scheduled to be held "under the guise of" Finance Minister Alexey Kudrin. However, no further speculation happened a possible grand scam failed for unknown reasons. Source: Kompromat.ru from 23.09.2004  In 2006 the Zingareviches and Smushkin sold half of the holding to a foreign company International Paper, the world's largest pulp and paper corporation. In the name of the company they found a strong partner and a way to overcome the crisis that had began with the attack by Mr. Deripaska on Kotlas and Bratsk pulp and paper mills. Once they returned the enterprises, Deripaska exchanged his remaining shares to the stake in the Arkhangelsk Pulp and Paper Mill of Vladimir Kogan, and the latter gave them to the shareholders of Ilim Pulp. That is, everything returned to business as usual. However, after such a shake-up the Zingareviches and Smushkin realized they were not omnipotent, and their old methods to maintain the credibility in the timber industry had been no longer working. The holding company needed a powerful protection of the parties and they found such a support in the name of the foreign company.  Source: Journal Secret Firmy» ? 48 (183) on 25.12.2006  In spring 2010 the authorities of St. Petersburg passed at once three buildings - the monuments of federal importance for the reconstruction of them as hotels - to the companies close to Zingarevich brothers. OOO Lotus Oteli received a historic building of the former barracks of the Life Guards of the Pavlovsky Regiment on the Marsovo Pole, 1. OOO Orange-Development" acquired the building of the former court stables Office at Konyushennaya

 Ploshad, 1a. The third building was on Nevsky Prospekt, 7-9A, which is the Central Agency of Aviation and airline ticket place passed to OOO IFG-Basis-Project. Experts say that at the auction the buildings could cost a lot of money. However, they gave them under the decision taken at a closed meeting of the government. Thus, not only the interests of the city budget were violated, but of the potential buyers who could acquire the right to use the buildings through a fair competition.  Source: "Kommersant" dated 05/21/2010  FGH-NYT

-----------------------------------------------


## Tesla/Fisker VC Kleiner Perkins sued for sex issues

A top level insider at Kleiner Perkins has sued the heads of Kleiner for sexual manipulation and the evidence being filed is very interesting. You can read about a good chunk of it online. BUT, This is not the only Kleiner employee with a tale to tell. Stay tuned here (and on the back-up mirror sites) for the next inside story....   Kleiner Perkins sex discrimination case to stay in public eye</h1> <div id="articleInfo    By http://blogs.reuters.com/search/journalist.php?edition=us&amp;n=sarah.mcbride&amp;  Sarah McBride   SAN FRANCISCO, Sept 18 Wed Sep 18, 2013 8:08pm EDT          SAN FRANCISCO, Sept 18 (Reuters) - A high-profile Silicon Valley sex discrimination lawsuit moved closer to trial Wednesday after California's highest court rejected an effort by venture firm Kleiner Perkins Caufield &amp; Byers to take a former partner's case against it to arbitration.  The suit, which pits former partner Ellen Pao against one of Silicon Valley's most storied venture capital firms, alleges harassment, discrimination and retaliation. It became the talk of the Valley last year with its references to an affair and its allegations - denied by the firm - of sexual advances and sexist behavior.  "I'm glad the court moved quickly after this series of delays from Kleiner, and that we're back on track to getting our day in court," Pao said in an email after the Supreme Court of California denied Kleiner's petition to review a lower court decision rejecting Kleiner's earlier attempt at arbitrating the case.  Kleiner said it believed the case was without merit.  "We intend to vigorously defend the matter and are confident we will prevail," said spokesperson Christina Lee in an email.  The firm had argued that Pao's suit, filed in May 2012, should move to the private process of arbitration because Pao signed operating agreements for the venture funds in which she was involved

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a d

that had mandatory arbitration clauses.  Pao's lawyer, Alan Exelrod, has argued that the agreements did not apply because Pao was suing Kleiner itself - not its funds. Pao never signed any arbitration agreement with the firm itself, Exelrod has maintained.  Kleiner could still appeal the decision to the U.S. Supreme Court. If it does not, the case will return to San Francisco Superior Court to start the discovery phase, said Exelrod.  The case in Supreme Court of the State of California is Ellen Pao v Kleiner Perkins Caufield &amp; Byers LLC and Does 1-20, case no.

## How many cities are claiming Tesla defrauded them?

Supervisors, real estate groups, job councils and others ranging from San Jose, California to New Mexico to Downey, California to Detroit are now claiming Tesla made promises to put their factory in their locations and then backed out after due diligence discovered Tesla to be engaged in crooked real estate kick-backs via their investors and certain officials. SF GATE quotes Tesla executives public stating that The NUMMI plant was dysfunctional for building their car yet they took it, after screwing over a number of cities, so that investors, and friends of investors could get real estate upsides.  Now the lawsuits are starting. The first is from New Mexico. The developer that was going to build a 150,000 square foot facility in New Mexico that was going to produce the Model S. The developer,      http://rio-re.com/  Rio Real Estate Investment Opportunities  , has now filed a   law suit against Tesla for fraud, breach of contract, negligent misrepresentation and negotiating in bad faith  , over Tesla's decision to abandon the deal and is seeking damages and attorney fees.  The complaint, filed back in May, says that Tesla was going to lease a building that Rio Real Estate Investment Opportunities was going to build for $1.35 million per year for ten years, plus a 2 percent annual increase. The developer says it spent money on creating environmental reports, obtaining government approvals, and developing engineering designs for the site. Rio Real Estate says it entered into a binding development agreement with Tesla on February 19, 2007, and as a result of the lost deal, theyve suffered financially.  In tracking all of the finders, intermediaries, real estate bundlers and investors of Tesla.. some interesting links are now emerging in the Tesla and Solyndra real estate connections.  Each city is saying that jobs, revenue, tax fees, property valuation upgrades and other losses were caused by Tesla's actions.  Watch the fireworks

## Elon- not so nice per one of his employees

Elon- not so nice?  We received this letter from Donald who has been working on the line at Tesla until recently, he asked us to pass his thoughts along-    " I am getting so sick of reading about how Elon Musk is a 'god among men', he is   the 'living embodiment of Iron Man', 'he is the greatest humanitarium the world has ever known...BS! Elon MUsk spends massive amounts of money on two different PR firms and SEO services with orders to make him look as close to a second Jesus as possible. His insane ego is beyond words. These PR firms pay editors and writers, with Musks's money to write this crap. The backers of Tesla made him go stay in Los Angeles because he is rude, insulting, abusive, paranoid and anal to every employee at Tesla. Tesla has hired great people but the good ones all left once they got a whiff of Musk madness. He is only allowed up here once a week. Everyone at the company thinks he is the biggest prick in history.      Musk is only where he is because he was lucky enough to get an un-earned windfall from Paypal. Now he has too much money and even after spending all the money you could possibly imagine on parties, hookers and buying time with celebrities he has too much money so he told his PR people to buy him an image. Speaking of image, he and two of his investors have such ego problems that they would rather lie to the public, the media and investors about how broken the cars are, how few people want them and how under-used the most expensive non-functional car factory in the world is! They need to tell people that Tesla is bombing and not let people labor under these wrong ideas from his PR blitz."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## "But we are just a startup car company, don't expect us to sell anything " says Musk

 Opinion-   Musk says that we should not expect Tesla to have sold any cars because they are just a "new car company".  NO YOU ARE NOT!  You have gotten hundreds and hundreds of millions of dollars from the U.S. taxpayer and institutional pension funds via VC group buddies. Very little of the money you got was from "big private rich people investors". A track-back on the VC funds shows that the money came from little old ladies pension funds.  There really needs to be a shareholder fraud lawsuit. If we go back and look at the financials before each quarter, the papers you filed with DOE and the "cooked", errr... "restated" financials, it is clear that the books are cooked, the story to the media is wrong and that you are running a sham deal to hype your ego and to take cash out of loans for your friends giant "service and management fees".  You have been trying to sell your cars for OVER A DECADE. Only a few yuppie fanboy friends of yours will buy them. Detroit and Japan sell 2000% more cars than you and have introduced whole new lines of cars and sold them out in the same time-frame that you have tried to get people to buy your over-priced, non-innovative, yuppie "statement" of "look how rich I am". People want their cars, nobody wants yours!  You said, IN WRITING, to the US DEPARTMENT OF ENERGY (and, hence, The AMERICAN PEOPLE) that if you got a taxpayer free loan at 400% better terms than any American's mortgage; that YOU would have sold 200,000 cars over a year ago!! How many of those 200,000 cars will you sell this year? WHAT! only a few to your friends.. hmmmmmmm?????  You took unfair advantage of the system to create a tort interference with your competitors . You could get sued by Bright Automotive or ZAP Motors for abusing the process in order to hurt them. They could win big!  THE DOE PAPERS YOU SUBMITTED HAVE NOW BEEN ACQUIRED BY MANY PARTIES. Thank heavens for FOIA's and investigation committees!  You are trying to bury funds in real estate deals for these new "retail outlets" before you go out of business. Everybody sees through that.  Your investors are edging to bank profit on the tax write-offs.  Did you lie or did you just blow it in a fantastic way?  BT- LAT


## More Tesla Issues are Reported. Tesla FANBOY Confesses

TESLA FANBOY CONFESSION  $100,000 on wheels, or why did I cancel my Tesla car reservation  This is going to be a long one, unlike my other blogs. Feel free to post a reply. Im eager to hear opinions that support or oppose mine.  Let me start with hats off to Mr. Elon Musk. He made a fortune in the hay day of the Internet. He could have spent his money on expensive toys like yachts, airplanes, mansions, islands, escorts etc. Instead he had chosen to change the world trough business and technology. Cars and space are every boys dreams and Mr. Musks actions in those fields make him a hero for many grown up boys me included.  It is a well known fact even to amateurs like me that the gas engine has horrible properties for use as a car engine. This fact prompted the development of the gearbox in an attempt to adjust the character of the gas engine to the needs of the car. As we all know the gear box is bulky, heavy and expensive part of the car. The electric motor on the other hand has perfect character for a car. Thats why the electric car was in the dreams of many for many years. The major obstacle for the dream to become a reality was the lack of reliable battery. Fortunately, high capacity reasonable size and weight Li-ion batteries emerged about the same time when Mr. Elons fortune struck. Tesla was born.  I did research Tesla Model S (MS) online and I test drove one in May, 2013. I also deposited $5,000 to buy one in April, 2013, which reservation I cancelled. Below are the results of my observations and the reason for my cancellation.  1. Acceleration. MS is out of this world as far as acceleration goes. I have driven many luxury power cars lately with 8 cyl. engines and power of over 400 h.p. including Mercedes S550, BMW series 7, Citroen C6 and none of them comes even close to the acceleration of MS. Traditionally the faster acceleration the better. For me MS draws the line and presents the question how fast do we want to go.  Fast acceleration is good for those who want always to be first at the stop light and to leave everyone behind accelerating like crazy and consequently breaking same way. Guys, I understand your ego and your motivation, however I have to share with you what my wife says about it  this man must have very small penis. Think about it. Is your street behavior trying to compensate for lack of confidence in other areas? Or maybe you are at the top of everything else and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

driving shouldnt be excluded. We will leave this to the psychologists to explain.  Fast acceleration certainly helps in some critical situations, but frankly Id rather drive safe and avoid such than making split second decisions and actions.  The acceleration of MS is so fast than I worry how my body will tolerate it and frankly Im getting headaches. As the philosopher Friedrich Engels would say the quantitative accumulations lead to a new quality ever hungry for more and more acceleration, who would think that the time will come when I say this is too much . Well MS drew the line for me.  Finally, we are not alone on the road. I teach my teenage daughters that driving is about predicting and assuming what others will do on the road. In this regard out of this world Tesla MS is difficult to be predicted by other drivers and could possibly increase the risk of collisions. The closest I got to a major car incident in the last 20 years was when I was just about to pass a car and a super accelerated Porsche, that was not there a moment ago passed by. I saw the Porsche by a miracle in a split second before changing lanes.  Bottom line, although the boy in me wants as fast acceleration as possible, the adult man with headaches and slowing reflexes says that a line should be drawn of how fast is fast enough and Tesla MS goes beyond this line. Of course there is no mandate to accelerate as fast as the car can go and it is good to have the fast acceleration handy when needed. Thats why Im moderately positive on this great feature, but not overwhelmed and super excited about it. The only excitement is from technological stand point of how far the technology can go.    2. Stability and steering. Here again one doesnt need a degree in physics to know that low center of gravity means more stability. The batteries are the heaviest component of the car and they are under the floor at the lowest possible location, thus contributing greatly to the stability and steering. Talking about steering Tesla MS has manual controls of steering wheels sensitivity. This control is automatic depending on the speed in most high end cars Ive driven.  Bottom line Tesla MS gets my highest marks in regard to stability and steering.  3. Convenience and luxury. Tesla MS is equipped with most convenience features expected from a luxury car like keyless ignition, power seats and mirrors, rear view camera, leather seats (optional) among others. However, being a new kid on the block, Tesla does not have the polish and refinement achieved by others in their long history. For example my Mercedes S550 can control the sound system from three different locations. Same function just different places all aiming at effortless convenient control without lifting the eyes from the road. Look ma no motor ! The two trunks front and rare are adequate, but less roomy than expected for me. Combined they may provide equivalent cu.f. space compared to my Mercedes S550, however the space is split not allowing for larger loads.  The back seats of Tesla NS are cramped as is the whole back seat area. The back seat area is inferior to any of the large luxury models by BMW, Mercedes, Lexus, Audi, Citroen. Basically Tesla MS should be considered a luxury 2 seat car. It is anything but luxury riding in the back, not to speak if you take the option to stick two small children in the trunk with the optional folding chairs.  Bottom line is that Tesla MS doesnt score high in the luxury and convenience category at all. Think of it as a luxury 2 seat car, not a large luxury car.  4. Aerodynamics. This is one thing that is subject to precise measurement in wind tunnel and not subject to personal opinion. The fact is that MS beats all of the competition in the large luxury cars segment and many in the sports cars.  Even the door handles are retractable to reduce the drag. All this is for a reason – the battle for a longer drive range. BTW the cramped back seats mentioned above are a result of the effort to get as minimal drag coefficient as possible. So your 200 miles EV range does not come easy. Sacrifices were made to get there.  5. Riding comfort. Those who tried to be sport riders know for a fact that sport is rarely comfort. Typically the sport suspension is firmer and not comfortable. Tesla MS is not an exclusion. Think of it as a sport ride rather than a comfort ride. I had some hopes for a comfort by the optional air suspension. Unfortunately, the test drive didnt deliver on my expectations. I was fortunate to ride Citroen C6 for a while in Europe that rides on air and can say definitely that Tesla with air ride option included is very, very far from it. Tesla is less comfortable than my Mercedes S550 as well. It is similar to Infinity I35 and other 2 seat sports cars in my humble opinion.  BTW Mercedes S550 and others allow for a choice between comfort and sports ride. Not Tesla as far as I know.  For me the riding comfort or rather the lack of it was one of the most important reason for my cancellation.  6. Revolutionary controls. Having a large tablet computer controlling all the functions of the car makes more sense for electric car, where most of the information and control signals are in some sort of electrical values rather than mechanical movements as in gasoline powered car. Although unseen before it makes a lot of sense from manufacturing standpoint making the car easier to produce compared to traditional dashboard. It allows for cleaner modern design as well that many like. Finally with so many apps available for tablet computers it is a blessing to have a large tablet in the car. More than any other car Tesla is ready to be not just your car but also your office and entertainment center as well. Not to speak that there are many car-centric apps out there such as Google maps, Waze, AroundMe, Yelp that makes other cars look like they are in the stone age with their build-in

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

navigation systems.  The concept is borrowed from the aviation industry where control by wire is one of the hottest trends. It should be noted though that such control requires multiple actuators or controllers on the other end of the wire, that reduces the reliability and often requires duplicated systems.  With all this said, the tablet style control is not best suited to control the basic functions of the car like air conditioning, radio etc. It requires removing your sight from the road and could be dangerous. I havent have a chance to check the voice control feature and cant comment on it. Maybe it fills the gap.  I still like the redundancy of my Mercedes S550 allowing the driver and front passenger to control many features from multiple locations – steering column, armrest, dash board and most importantly for the driver without lifting his eyes from the road.  BARRONS2wizard-of-oz-man-behind-the(Picture Above: The scarecrow

 was RIGHT to be afraid of the fire and MUSK DID just turn out to be some carny who just waved flashy things at us but was a shyster underneath it all after all.)  7. Reliability. There are two forces here that act in opposite direction here. The electric car eliminates many complex systems from the conventional car. Lets name few – gas tank, fuel pump, gear box, the whole ignition system, gas engine of course with many moving parts, the starter etc. In exchange the electric car brings in new systems such as invertor, charger, battery conditioner etc. Furthermore, the old mechanical components tend to wear off and rarely suddenly break. A gear box for example may last over 15 years and over 300,000 miles and after all that life it may start leaking. Electrical and electronic components tend to break suddenly and completely. If a thyristor burns in the invertor this will render your Tesla inoperable right away, whereas if an metal part gets worn in the gas engine it may cause noise or leak but rarely will render the car inoperable.  I guess it takes time to get enough practical results to judge which trend prevails. Also with a revolutionary change like that there will be some baby sickness that Tesla will grow out of as it matures.  With all this said the online forums are full of all sorts of complains about problems here and there such as sudden opening of the doors, problems starting, problems unlocking, sudden error messages etc. etc.  One big advantage of the pervasive computerization is that almost everything is fixable by software updates. At the same time the early adopters are turned into beta testers. I love being beta tester of new technologies, not for a price tag of $100,000 though.  8. Hole in the tank. This is one particular problem with Tesla MS that is widely recognized, admitted by Tesla and not fixed as the date of this publication. If you leave your Tesla MS unplugged it will lose about 0.5 miles of range per hour. At this rate it will take about 10-15 days for a fully charged battery to drain completely. So if you leave your fully charged Tesla at the airport for a week or two while on vacation or business trip you may not be able to ride your Tesla home upon your return. This is equivalent to a hole in the tank for the conventional gas powered car. If the car is plugged-in than it compensates for such loss by sucking approx. 150 Watts of electric power all the time. It is equivalent to to the energy needed to lit an average 3,000 sq.f. house with the new LED energy saving lights.  9. Options. Many of the options are subject to personal preference such as leather, sunroof, special paint etc. In my opinion these options here are not worth the money  - 21? wheels (negative feedback from public forums)  - tech package ($3,500) – cash cow for Tesla. Not worth the money. Some features are kicked up standard features like key-less ignition and rear view camera. For example, do you really need hi def rear view camera if standard rear view camera is already included in the base price. -  performance plus package ($6,500) – another bigger cash cow for Tesla, worthless features made to sound great and take the money of wealthy folks with no technical knowledge.  10. Dubious business practices. Larry Page announced that Google will be no evil company. Well no business is evil by design. They become evil driven by competition. Google has practically no competition and they can afford to be no evil. Same applies to Tesla Motors. They are well funded and they have no competition, they can afford to be no evil. Instead Tesla is pulling all nasty tricks known in the industry and more. It was quick to abandon the most controversial ones such as calculating peoples time in their lease cost estimate and eliminating the $600 per year mandatory service charge. Many still remain. One example are the useless and expensive option packages (see above) another example they charge $5,000 reservation fee in a second. They claim the fee is fully refundable. What they dont tell you is that it takes 30 business days to refund it.  11. Investing in Tesla Motors, Corp. (NASDAQ:TSLA) – This will be a subject to another blog.  12. Main reasons for my cancellation  - Tesla MS is luxury 2 seater, not a large luxury car as advertised  - ride is not as comfortable as my Mercedes S550  - super fast acceleration could be dangerous at my age and gives me headaches  - dont want to be a beta tester @ $100,000 price tag  - hole in the tank (see above)  Disclaimer: I have no interest short or long in Tesla Motors stock, nor do I intend to create one in the next 90 days from the date of this blog.  Credits. My daughter Tina first coined the phrase $100,00 on wheels that I used as a headline here.  Tagged electric vehicle, EV. Electric car, Tesla model S   | By Ivan

-------------------------------------------------------------------------

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Using the guise of charging station "announcements" to cover a midnight release of financial data that portends the end of Tesla, the CFO tried to lie and say that the bad sales were because of "supplier problems" instead of admitting that the lack of sales was because nobody wants Musk's poorly built, overpriced waste of taxpayer dollars!  The carefully hidden financial report reveals other shocking details:  * Tesla lied about giving all of the NUMMI workers jobs. Musk, essentially lied to the unions and said: "oh yeah, Fremont, we will keep all of your UAW autoworkers employed here at the NUMMI plant if you give us a sweetheart deal on the property".. lie! In the financials Tesla reveals that all the new people are causing problems because they don't know what they are doing and ruining the cars. Musk should have hired all of the car factory trained union workers he promised instead of outsourcing to idiots with tattoos. (Musk hates the unions)  * H1B Visa foreigners are a chunk of the Tesla payroll. They used our tax dollars to give people from other countries a job!  * The "charging stations" are nothing more than a few garages with plugs in the most out-of-the-way podunk crap piece-of-shit towns in the country. How lovely that in order to drive a Tesla you must be forced to drive to Meth infused toothless waste-lands full of good ole boys and sit there next to your car for 40 minutes while the red necks shuffle by and say: "That's one o' them Tesler's huh? You got an awful pretty mouth.. do you like to canoe   Why should the public be forced to re-live scenes from Deliverance?  * The DOE already changed the loan terms to put the taxpayer at greater risk, even after the Solyndra loan terms controversy.  * DOE told Tesla to pay up and get out of the loan ASAP and to NEVER NEVER NEVER go out of business until AFTER the elections!  TF- BTSN

## Detroit Free Press busts Tesla's Musk's BIG LIE!

In recent interviews Elon Musk refused to say how many cars had been built by Tesla.  Elon Musk, after scamming a number of other cities about their factory, bought the NUMMI car factory in Fremont. NUMMI was built by Toyota and General Motors and operated as the premiere showcase car factory in the world. GM was using it to learn how Toyota builds cars so good.  It was built to deliver 500,000 CARS PER YEAR!!  500,000 CARS PER YEAR IS WHAT NUMMI WAS FULLY EQUIPPED TO BUILD!!  NUMMI could rapidly shift from one new car design to the next if people knew what they were doing. NUMMI switched out between the Chevy Nova, The Geo Prizm, The Chevy Prizm, The Hilux, The Voltz, The Vibe, Tacoma Pick-up Trucks, The Matrix and could change up to a whole new car within 19 days.  This was a ready-to-go car factory. There should have been no learning curve, no "build-a-new-car-factory" delays, it should have been all up and running per the notarized written assurances Tesla gave to the DOE, In WRITING!  So Musk got it and fired all of the car builders.  Tesla has been trying to get people to buy a non-hand-built version of their car since 2003!!! That is a LONG TIME. GM AND TOYOTA built a ton of new car designs in the same factory in the same time-span!! SO... after spending HUNDREDS AND HUNDREDS AND HUNDREDS of MILLIONS of YOUR TAX DOLLARS and beating their awful car design for a decade, how many cars have they built?:  255 CARS!!!  They are still hand building the cars. The factory turns out to be almost unused except as a very expensive roof.  In a 500,000 car capacity ready-to-go, state-of-the-art car factory after spending hundreds and hundreds of millions of dollars for a factory that GM AND Toyota had already tuned up they find that EVERYBODY thinks their car is a narcissistic Stanford yuppie Sandhill Road rich frat-boy meat-head man-toy! Nobody wants it!!!Tesla cars could explode in flames if they get wet.

It was discovered that a huge number of Fisker electric cars, which use the same lithium chemicals as the Tesla batteries, blew up after they got wet from Hurricane Sandy. Pictures of the gutted, totally destroyed $100,000.00 cars are all over the internet. Buy a Tesla, go up in smoke?....

Senator Charles , Consumers Union anmd other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker. | Solyndramobile: How bribery &amp; corruption ruined the auto markets

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Tesla Motors' Devastating Design Problem

Tesla Motors' Devastating Design Problem - Jalopnik - Drive ... Tesla Motors' lineup of all-electric vehicles — its existing Roadster, almost certainly its impending Model S, and possibly its future Model X — apparently suffer from a severe limitation that can largely destroy the value of the vehicle. If the battery is ever totally discharged, the ... jalopnik.com/5887265/tesla-motors-devastating-design...

## Tesla Roadster facing 'brick' battery problems?

Tesla Roadster facing 'brick' battery problems? Here's a new worry for electric car owners: bricking your new, expensive ride. Using a word taken from the computer world, to "brick" an EV means to make your electronic device inoperable. In the case of an EV, it would mean to run the battery state of charge so far down that nothing works anymore autoblog.com/2012/02/22/tesla-roadster-facing-brick-...

## the understatement: Five Problems For Tesla Motors

the understatement: Five Problems For Tesla Motors Five Problems For Tesla Motors Tesla Motors has responded to my "It's a Brick" post with a blog post of their own, "Plug It In". I'm genuinely very glad to hear that the Model S and Model X are... theunderstatement.com/post/18456614822/five-problems-for-tesl...

## What Do the Financial Problems of Tesla's CEO Mean For the Company

What Do the Financial Problems of Tesla's CEO Mean For the Company ... Register for our GRI Certified Training Course. What Do the Financial Problems of Tesla's CEO Mean For the Company? triplepundit.com/2010/06/what-do-the-financial-problems-...

## Did Elon Musk Mislead Fox About Problems At Tesla?

Did Elon Musk Mislead Fox About Problems At Tesla? | SiliconBeat A couple of weeks ago, Fox Business anchor Liz Claman made her annual visit to Silicon Valley to interview local CEOs. One of the exclusives she scored was an interview with Tesla co-founder Elon Musk. siliconbeat.com/2012/09/27/did-elon-musk-mislead-fox-ab...

## Dont look so smug: Your Tesla might be worse for the environment than a gas car

Dont look so smug: Your Tesla might be worse for the environment than a gas car   By Peter Braun | November 14th  On a recent drive from Portland, Oregon to Seattle, I stopped for gas near one of  Tesla's new Supercharger quick-charge stations. While my car was filling with liquefied dinosaurs, I happened to overhear two Tesla owners chatting while they topped off with electrons. They were clearly preening to one another about their cars, brimming over with smugness. And, at least in theory, they had every reason to be.  Electric cars, and for that matter hybrids, have been marketed in no small part on the good karma you accrue for owning one. Buy an electric car and save the world! But just how smug should those Tesla and other EV drivers be? I wanted to find

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

out. And the answers just may take Tesla, Volt and Leaf owners down a notch.  In the last year, a number of important studies tracking the environmental cost of EVs, and particularly lithium-ion batteries, have come out. What these studies have shown is that the environmental gap between internal combustion and electric power is not as wide as we want it to be, and that, regardless of carbon footprint, the process of making lithium-ion batteries leaves a lot to be desired.   Where did that battery come from?   Carl Sagan is famed for saying, We live in a society exquisitely dependent on science and technology, in which hardly anyone knows about science and technology. He could have been talking directly about   Lithium ion danger warning site raises huge red flags!"   /2013/10/02/expose-movie-gets-pushed-back-because-of-huge-trove-of-new-evidence/   lithium-ion batteries   . Chances are you are sitting within three feet of something that uses lithium-ion technology, heck you are probably reading these words thanks to lithium-ion batteries. Yet, not that many people really understand what goes into them.  So how do they work? Like any battery, lithium-ions work by creating a flow of current (electrons) between a positively charged (missing electrons) cathode and a negatively charged anode (extra electrons), through a conductive electrolyte. Lithium makes a great battery because it is both very conductive, making it a good electrolyte, allows for extremely high electrical potential. And of course, because this electrochemical reaction is reversible, the batteries are readily rechargeable.   tesla charging   As great as lithium is for batteries, it has a dark side as well: The stuff is downright nasty. Lithium is flammable and highly reactive, as anyone who has seen photos of burning a Tesla can attest, but thats the least of our worries. The EPA has linked the use of extremely powerful solvents in the creation of lithium electrolytes and cathodes to everything from cancer to neurological problems. Specifically, the cobalt used in the creation of the most energy dense lithium-ion batteries is poisonous and extremely carcinogenic. Pulmonary, neurological, and respiratory problems have all been connected to cobalt exposure.  A good rule of thumb is that any industrial process that makes liberal use of the word 'slurry is not good for pandas, or for that matter people. And boy, does slurry come up a lot in the battery-making process.  Other combinations of lithium are not as bad, but none is exactly good. The lithium-iron phosphate used in lower energy density batteries is better in terms of its carcinogenic effect, but might be worse in terms of the impact on the biosphere.   Is it getting hot in here?   Clearly then, EVs and plug-in hybrids have environmental costs. What effects however, do lithium-ion batteries have on John Q. Polar Bear? Well, a recent study from Norway looked at the global-warming potential of the complete lifecycle of EVs, from mining to recycling. Previous studies hadnt accounted for the energy-intensive process of building EVs, and missed the point: Theyre not that much better than gasoline cars.  The best outcome for EVs was a 24-percent improvement in global-warming potential over the average gas powered car, and between 10 percent and 14 percent over diesel. These numbers are nothing to sneeze at, but they change radically depending on the source of electricity that EVs are powered on.  EVs that depend on coal for their electricity are actually 17 percent to 27 percent worse than diesel or gas engines. The above numbers rely on the European power mix, which more heavily favors nuclear, hydroelectric, and renewable sources of energy than other parts of the world.  The global warming potential for EVs that rely on natural gas – generally considered to be the cleanest fossil fuel – show an improvement of only 12 percent over gasoline, and break even with diesel.  Most alarming, EVs that depend on coal for their electricity are actually 17 percent to 27 percent worse than diesel or gas engines. That is especially bad for the United States, because we derive close to 45 percent of our electricity from coal. In states like Texas, Pennsylvania, and Ohio, that number is much closer to 100 percent. Thats right folks; for residents of some of the most populous states, buying an EV is not only toxic, its warming the planet more than its gas-powered counterparts.  With cars that supposedly generate zero tailpipe emissions, how are these pollution numbers even possible? The simple answer is that as well as being messy to produce; battery production requires a tremendous amount of electricity. The initial production of the vehicle and the batteries together make up something like 40 percent of the total carbon footprint of an EV – nearly double that of an equivalent gasoline-powered vehicle.   tesla charging station   The high initial carbon footprint of an EV can be offset when the car is powered by environmentally friendly energy sources like hydroelectric or wind. Unfortunately, when that same EV is powered by electricity generated from fossil fuels, the initial energy cost of EV production cant be overcome and outweighs gasoline and diesel-powered vehicles.  Previous studies evaluating EVs have overlooked the high energy cost of production, and have focused on the fact that even coal-fired power generation is technically more efficient than internal combustion. But with a carbon footprint from production something like twice that of an ordinary car, an EV needs to be more than a little more efficient to make up for all the carbon it generated before it even rolled off the assembly line.   No war for oil! Err,   Lithium ion danger warning site raises huge red flags!"   /2013/10/02/expose-movie-gets-pushed-back-because-of-huge-trove-of-new-evidence/  lithium!    There are also some geopolitical concerns surrounding

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the switch from gasoline-powered vehicles to EVs, too. One of the selling points of EVs is that they allow us end our dependence on foreign oil and big oil companies. In fact, however, we might just be trading big oil in for big lithium.  Your Tesla may look sleek and clean on the outside, but you owe it to everyone to know the real cost. The lithium-ion battery market is expected to grow to $22.5 billion in the next three years, and potentially double by the end of the decade. Thats small compared to the market for oil, but that will continue to change if more people buy electrified cars and trucks.  As for getting rid of our dependence on foreign material, well  lithium isnt quite rare, but deposits worth mining are. And, unfortunately for the United States and Europe, the big lithium deposits are in countries like Bolivia, China, and – drum roll please – Afghanistan. None of those countries has a sterling environmental track record.  Given the very real concerns about pollution from battery production, most of which takes place in China, this starts to matter a great deal. Especially when there is so much pressure to keep the prices of batteries down.    Conclusions    So what to make of all this?  Some of you have probably concluded that I hate EVs and dont think anyone should buy them. Thats not the case. I believe electric vehicles – in one form or another – are likely the future of personal transportation.  But beneath their squeaky clean marketing, EVs are not a panacea, a solution or remedy for all environmental woes. As with any new technology, EVs bring an immense set of new problems; problems we should understand before we become irreversibly tied to the new technology.  Heres what I suggest: If you are interested in an EV, you should know where your electricity comes from before you sign on the dotted line. If you live in a state with a high dependence on coal, an EV may not be the eco-friendly choice for you.  Ultimately, we cant let EV-derived smugness get in the way of a real and serious conversation that needs to be had surrounding global warming and the effect energy consumption has on our planet.    Your Tesla may look sleek and clean on the outside, but you owe it to everyone to know the real cost.

--------------------------------------------------------

Tesla's Struggles Raise Questions About Electric Cars ... Tesla's problems could also spark criticism of the government's energy loan program, which has been heavily promoted by the Obama administration. The program came under fire after Solyndra, a solar-panel maker, collapsed in 2011 owing taxpayers $535 million. dealbook.nytimes.com/2012/09/25/questions-about-electric-car...

Tesla Needs Mo' Money, Has Mo' Problems - Automotive News
  /2012/10/31/tesla-needs-mo-money-has-mo-problems-automotive-news/

Tesla Needs Mo' Money, Has Mo' Problems - Automotive News Tesla Needs Mo' Money, Has Mo' Problems from Jacob Brown on September 27, 2011 at Automotive News. Purveyor of all things electric, automaker Tesla has asked the federal government for yet another loan to get its Model S electric sports sedan off the gro... blogs.automotive.com/tesla-needs-mo-money-has-mo-problems-...

## Half of Tesla Roadsters Recalled For Rear Chassis Problems

Half of Tesla Roadsters Recalled For Rear Chassis Problems ... The Tesla Roadster needs no introduction as it is the first electric commuter to be dubbed a sportscar. The speed devils admire it as much as the green fanatics do, but the ones who bought it may not be happy with a recall. greenpacks.org/2009/05/29/half-of-tesla-roadsters-reca...

Deaths, so far, In These Cleantech Scandals! Murders and Acquisitions?

  STRANGE PASSINGS:   More than coincidence?

Lot's of bodies piling up...

James D Johnston  , GM lobbyist/key witness- Dead! Questionable Circumstances?

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Three crucial Tesla Senior Staff killed    , one of whom was whistleblower- Accidental Plane Crash or "Boston Brakes"?

One Birth Certificate certifier- Heart attack AND plane crash at the same time?        Rajeev Motwani    - Taught Google Engineers How To Make Bulk Privacy Harvesting Search Engine.   Found floating face down in pool  .- Murder or Suicide?     Investigative Reporter   Michael Hastings fiery crash  - "  Boston Brakes  "? (look it up) per   Defcon Hackers Convention   showcase on how easy it is to takeover car, plane or boat controls by radio and crash the vehicle.   Rory Johnson - Targeted by DOE for his novel engine patent- Dead!       Stanley Meyer   - Hydrogen car promoter- Murder by poisoning?       JP Morgan Senior Technology Banker   Gabriel Magee   jumped off HQ building.      William "Bill" Broeksmit   Deutsche Banker   , Tesla German "safety inspection fixer" who got a free-pass for Tesla on safety report in Germany- Hanged at home!        Danny Lewin, Creator of Bulk Internet at Akamai.   The Architect and Builder of the Internet Tracking System- Plane Crash 9/11?        Ravi Kumra  - Founder,  Tesla Capital  - Murdered!        Gary D. Conley    - Hydrogen Energy Investor/Entrepreneur/whistleblower. Reknown, award-winning, green energy CEO found   shot in head in back of military base   after complaining of industry corruption. Disliked John Doerr &amp; his buddies.- Murder or Suicide?     Silicon Valley VC Attorney- Autoerotic asphyxiation or Murder?   One Senator's Son- Accidental Plane Crash or "Boston Brakes"??     White House liason's wife- Burned to Death in Parked Car/Murder? John Wheeler  - Washington DC- Drugged, escaped, recaptured, murdered?     Two Guys from McKinsey Consulting- Questionable Circumstances?    The electric rail systems in most major cities across the U.S.- Killed by GM?    Top   DC Madam's and Escorts  , including "   THE" DC Madam    herself- Suicides?      Three "Consultants"- Questionable Circumstances?    The Husband of a well known politician- Suicide?      Tata Motors Head Karl Slym   dies in fall from hotel- Suicide or Push?        Wall Street Journal DOE/Oil Investigative Writer David Bird   Missing- ???       Top DOE funding oversight   aide for   energy-radical Senator Alexander had vast insider knowledge of DOE staff actions. Did he leak to Greenwald,   and others, before his   death? Senate aide   found   hanged   in basement- Suicide or sex-scandal set-up like   How Washington DC Politicos Have Troublemakers and Reporters Killed!"   /directory-of-articles/topic-1-doetarp-manipulations/how-washington-has-people-it-doesnt-like-killed/   Arrington?      Do suicidal people write such carefully composed, edited, grammar-perfect suicide letters in their dire states?
https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C."
https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C."
https://en.wikipedia.org/wiki/Category:Suicides_in_Washington,_D.C.        Four lobbyist Lawyers- Suicide? Andrew Brietbart   the Blogger  /whistleblower. First to provide tips about   CARGATE online  .- Cardiac Incident or   Micheal Clayton-type Murder  ?     One Senator- Accidental Plane Crash?      Senior DB family members- Accidental Plane Crash?     Two people were killed in a head-on crash by a Tesla driver- Traumatic Death, "Boston Brakes       And the list keeps on growing........   DETAILS BELOW and ONLINE:      Do a connection chart using social relationship software (ie:  http://www.smrfoundation.org" http://www.smrfoundation.org"   http://www.smrfoundation.org)   for every death of a prominent Washington DC official from 2000 to 2013 and notice the curves, relationships and spike points. It is a bit frightening. Plane crash, heart attack, hanging and jump are the most untraceable kill-types per Brazilian secret police. Per Tom Clancey: first you "taint" the subject with a sex or money scandal then you whack them, then you get an erroneous toxins report filed, so people will think it was the "victims fault" and not pay too much attention.  TDS- Boston G  ------------------------------------------------

Gary D. Conley    The Lithium Ion VCs: Say Howdy to the ACTUAL Illuminati !!!"    /2013/09/19/doe-staff-offer-to-respond-to-you-in-writing-regarding-each-item-on-this-news-site/    The big VC's    didn't like the maverick approaches   that Gary took. He did not play the Silicon Valley Frat boy brogrammer game. Unlike Silicon Valley, he treated women executives as equals and not as reception room eye candy like the other VC's. But Gary's biggest indiscretion was that he got past the VC's   technology suppression and control system   in the Valley. Time after time he created, launched and got funded one amazing new energy technology company after another. The Big VC's only want things funded that support their portfolio and   they stop anything that is going to compete   with it.  As an example: The Valley VC's decided that they wanted a chemical called   "lithium Ion"   to be the main chemical to power electric cars. Even though many other options existed, they picked this one

THE BOOK OF TESLA  Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

chemical because they had configured their investment plays in lithium mining, lithium processing, lithium cars and lithium batteries in each of their portfolios and then, even though they were billionaires,  they made Congress give them many more billions of tax money  just for this one chemical because they had monopolized it globally.  Alas, Gary promoted a technology that competed with the Silicon Valley VC's at Solyndra and with all of their lithium plays. He had the metrics, working proof and opportunity to exceed their technology.  First they tried putting a  How Washington DC Politicos Have Troublemakers and Reporters Killed!"   /directory-of-articles/topic-1-doetarp-manipulations/how-washington-has-people-it-doesnt-like-killed/   FULL MONTY   on him but that didn't work out.  It is now almost impossible to kill reporters and whistle-blowers  without it getting recorded  . Glenn Greenwald, and people like him, are now under so much surveillance that, if anybody did try to whack Mr. Greenwald, it would be caught on so many drones, microphones, laser scanners, cameras, tracking chips, window vibrators, IR chipcams, cell phones, bugs and other gadgets that the killers could never get away with it. Watch the TV show:    Person of Interest   . Everything in that show already exists today.  Private investigators, taking another look at the case, have been sourcing new surveillance data sources to try to find out what really happened to Mr. Conley in the time period leading up to, and at, the shooting.  History has proven: 1.) That Solyndra panels self-ignited and Lithium ion blows up when it gets banged, 2.) That Gary had better plans. 3.) That Gary's efforts conflicted with the plans of the Silicon Valley VC's. 4.) That Silicon Valley VC's will stop at nothing to get their way; politically, egotistically and industrially.  Did he pay the ultimate price for his innovations and for speaking out? Ironically, Ford has announced that their new electric car will use the same type of solar optical concentrator on the roof of the car, as Gary's   SolFocus   developed, although Gary is no longer alive to participate in the profits.  Many reporters find it "strange" that  Steven Chu and The Big Screw! FOLLOW THE MONEY"   /2013/09/19/connecting-the-dots-and-incentives/   Steven Chu, the Secretary of Energy,   who openly hated Hydrogen energy, was nominated and lobbied into office by  The Lithium Ion VCs: Say Howdy to the ACTUAL Illuminati !!!"   /2013/09/19/doe-staff-offer-to-respond-to-you-in-writing-regarding-each-item-on-this-news-site/  opponents of hydrogen energy  (who were investors in competing technologies) and that during Steven Chu's reign, a record number of hydrogen executives and companies died. Of course, it could all just be a coincidence. Forced suicide? Murder? Cover-up? Unusual number of coincidences? What do you think?  ghj-de, sdLAT, rf-Den    Gary Conley Dead: Silicon Valley Entrepreneur Dies Of Gunshot Wound  A man found dead Sunday afternoon from a gunshot wound outside a Beale Air Force Base residential area was a well-known

 Silicon Valley entrepreneur and clean energy pioneer, according to base officials.  Gary D. Conley, 52, whose most recent corporate venture, b2u Solar of San Jose and Gurgaon, India, was one of several energy-related companies he founded, was discovered by a Beale resident at about 1 p.m. Sunday.  His body was found outside a parked car near the Vassar Lake Gate with a gun in close proximity, according to Brian Wagner, 9th Reconnaissance Wing spokesman.  According to officials at the Air Force Office of Special Investigation, no foul play was involved.  Conley's brother, who lives in Oklahoma, said he and other family members    are mystified by details surrounding the body's discovery.      "It's very perplexing," said Mark Conley, 55. "The circumstances don't seem to make much sense."  Gary D. Conley served in the US Air Force from 1979-83, as did Mark Conley and their father before them, according to Mark Conley.  "We're an Air Force family," said his sister, Michele Conley, 59, of Paradise Valley, Ariz., who said her brother was born at McClellan Air Force Base, about a half-hour south of where his body was found.  B2u Solar frequently negotiated military and other government contracts, she said, which would explain his presence in the area.  The energy entrepreneur was named Clean Energy Entrepreneur of the Year in 2005 by the National Renewable Energy Laboratory Growth Forum.  He is credited with having founded SolFocus in 2005 in order to commercialize products created through its predecessor, a research company called H2Go.  That firm, also founded by Conley, began with hydrogen-related energy projects and later switched focus to solar energy.     "He was a genius," Mark Conley said. "He did some really amazing stuff." According to Michele Conley, he also was a gourmet cook.  Christmas Eve featured an elaborate meal he prepared in their Saratoga home for his wife, Grace, and their two teenage sons.  Gary D. Conley's profile on LinkedIn, an online professional networking site, lists flying, skiing, food, several branches of science, economics and hydroponics among his interests.  B2u Solar, a small startup he founded in 2010, had solar demonstration projects in the works in China, and at the NASA Ames Research Center at Moffett Field in Mountain View, according to GigaOM, a technolgy news website.  Michele Conley said her brother had been expected to meet a friend at the former Castle Air Force Base outside Merced this week to help with a solar project there.  She last saw him a month ago, she said.      "He was having so much fun, traveling and doing so

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

well," Michele Conley said.  He recently bought a new car, which he did pretty regularly, she said.  The three siblings had been raised by their mother, primarily in Ohio, according to Mark Conley. Their father had been killed when his Air Force fighter jet was shot down over Vietnam in 1967, he said.  "We didn't have any money," said Michele Conley of their upbringing. "Gary was always the whiz kid -- the braniac."     She described her brother as a self-made man. His suspected suicide, she said, is implausible to her.  "He was not depressed. He was like a big kid -- always excited about everything. It just makes zero sense," Michele Conley said.  CONTACT Nancy Pasternack at npasternack@appealdemocrat .com or 749-4781. Find her on Facebook at /ADnpasternack or on Twitter at @ADnpasternack.  Chairman &amp; CEO at b2u Solar, Inc San Jose, California  (San Francisco Bay Area)  Renewables &amp; Environment  Gary Conley's Overview: Current Chairman &amp; CEO at B2U Solar, Inc; Chairman &amp; CEO at  H2Go, Inc.; Past Chairman, founding CEO at SolFocus; boardmember at Glacier Bay; Chairman at  EnergyConnect; CEO at GuideTech; President &amp; CEO at  FlyteComm; Managing Director, co-founder at  Engage Electronics; Senior Vice president at  Credence; President &amp; CEO at EPRO; winner of multiple prestigious green-tech awards.   Gary Conley's Experience   Chairman &amp; CEO    B2U Solar, Inc   (A ground breaking Solar Technology Company) January 2010 – Present (4 years) San Jose, CA &amp; Gurgaon, India   Chairman &amp; CEO    H2Go, Inc.   (A ground breaking hydrogen car and energy company) January 2004 – Present (10 years) Saratoga   Chairman, founding CEO    SolFocus   (A ground breaking Solar Technology Company) November 2005 – May 2012 (6 years 7 months) San Jose, CA  Boardmember   Glacier Bay 2007 – 2011 (4 years)  Chairman EnergyConnect January 2005 – June 2011 (6 years 6 months) Campbell   CEO GuideTech 2002 – 2004 (2 years)  President &amp; CEO FlyteComm January 1999 – March 2001 (2 years 3 months) Mountain View, CA  Managing Director, co-founder Engage Electronics January 1991 – January 2001 (10 years 1 month) Singapore  Senior Vice president Credence March 1993 – November 1995 (2 years 9 months) Fremont  President &amp; CEO EPRO April 1984 – November 1995 (11 years 8 months) Santa Clara -------------------------------------------------------------------

 Stanley Meyer  Hydrogen Car promoter- Murder by Poison  http://www.youtube.com/watch?v=h0dhwlhTs9M  <div class="result       id="title_3"   https://www.youtube.com/watch?v=WEp6ckvRtj0" name="title_3   MURDER of STAN Meyers for his Water Powered CAR - YouTube  <span id="title_stars_3       <p class="desc   Dec 2, 2010 ... Stan Meyers was <b style="color:#2d4038;  MURDERED to keep him from putting his conversion kit on the open market after he refused $1 billion dollar sale for all rights ...SEE THIS LINK: https://www.youtube.com/watch?v=WEp6ckvRtj0

# Elon Musk and Google investors spend BILLIONS of dollars flooding the internet with Tesla-authored hype and PR buzz

Tesla is all about how ''god-like'' Tesla and Elon Musk are, while deleting all of the web information about the raw criminality of their enterprise.

WITH THE RECENT, EXTENSIVE, NEWS COVERAGE OF MINING BILLIONAIRES FUNDING PRESIDENTIAL CAMPAIGNS THROUGH BACK-DOORS, ONE ONLY HAS TO DRAW A LINE BETWEEN THE "ACTUAL" OWNERS OF TESLA'S BATTERY MINES, AND MANUFACTURING PLANTS, AND THE LARGEST CAMPAIGN FINANCIERS TO SEE THAT THEY ARE ONE AND THE SAME. THE FACTS PROVE THIS!

THE TESLA CAR AND HOME BATTERY SCHEME IS SIMPLY A GLORIFIED ORGANIZED CRIME COMMODITY SCAM THAT IS PART OF THE SAME COMMODITY SCAM GOLDMAN SACHS WAS JUST HAULED IN FRONT OF CONGRESS FOR.

Eric Holder, and his law firm, represent these mining billionaires, so he was never going to let the FBI do it's job. Loretta Lynch must act, and act hard, against the Silicon Valley crime cartel, or risk losing the credibility of the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

entire agency. Musk's kick-back schemes with David Axelrod, Harry Reid and Dianne Feinstein are NEVER going to stay covered-up in the age of Snowden. America needs a "perp walk" on one of those three, if not all, ASAP.

It is embarrassing that the DEA and Secret Service have bought every hooker they could find. Now would be a really good time for the DOJ to do something that proves that there is still hope for Americans.

Elon Musk, and his Google VC's, have received billions and billions of dollars of your money as kick-back handouts. Do you like being poor while Musk rolls around with "models", private jets and super-parties on your dime?

- D. , A Senate Staffer
------------------------------------------------------------------------
OOOPS, Tesla Fanboys:


"All Tesla Model S Cars recalled by NHTSA due to proven fire danger. Now requires "ballistic fire shield". See: http://wp.me/P4e1uX-22P

Fremont- CA The NHTSA has announced that all Tesla Model S cars are being recalled due to intense fire danger from their lithium ion batteries. Ballastic shields are now required by the U.S. Government to prevent additional explosions and fires which release toxic, cancer-causing smoke.

The investigation has cost the previous NHTSA Director: Strickland, to leave his job and numerous investors and staff to depart Tesla. It calls into question the funding of Tesla relative to battery makers and politicians conflicts-of-interest in related investments.

Per: http://wp.me/P4e1uX-22P, Tesla announced that the recall was "not a recall" in a press notice, but John Duncan, President of the Electric Auto Safety Group said: "Tesla is lying! They lied about who requested the NHTSA investigation, they lied about the battery charger recall not being a recall and now they are lying about this NEW recall not being a recall. It IS a recall and Tesla needs to cut the PR cover-up BS!."

Adding to the concern, Eric Holder has stated: that any company who .intentionally concealed information and misled the public about safety issues, ...Rather than promptly disclosing and correcting safety issues about which they were aware" and who .made misleading public statements to consumers and gave inaccurate facts to members of Congress. Will be held accountable.

GM and Toyota have already had massive penalties for safety deception.

The Justice Department stated that it is now willing to aggressively pursue automakers under a 2000 law giving it the power to prosecute those who mislead federal regulators about safety problems. Holder said he hopes the case serves as a warning for other automakers (like Tesla).

The announcement that I am making today, I think, is reflective of the aggressive nature we will take in looking at these kinds of charges, Holder said. I think this is a sign for the industry that we take these matters seriously and that individuals and corporations will be held accountable.

Put simply, conduct was shameful. It showed a blatant disregard for systems and laws designed to look after the safety of consumers. said Holder

Senate Commerce Committee Chairman Jay Rockefeller (D-W.Va.) praised the deal.

The Justice Departments settlement with Toyota should put all automakers on notice: There is absolutely no

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

excuse for misleading the public or concealing information from the National Highway Traffic Safety Administration, Rockefeller said in a statement. Lives are at risk when this happens. Safety must always be the first priority for manufacturers, regardless of how it affects profit margins.

## A Tesla Marketing Concept

By                    Franky Andrade, Jason Holloway, James Payne, Collin Roy, Brett Sheffield, Dan Brown,

Executive Summary

Tesla has established themselves as one of the leaders in the Electronic Vehicle market and a leader in innovations. In order to further their control of the EV market, we have developed a strategy to produce an entry level, luxury electronic vehicle that maintains  Tesla's core values which allows them to compete on a broader scale with electronic vehicles and hybrids. After taking everything into consideration, we believe that our strategy will allow Tesla to gain market share, gain brand awareness, generate brand loyalty and earn profits through our new programs. We have developed the following plan for Tesla: We will develop a brand new, entry level luxury sedan that is fully electric and named the Gen3. It will still have the core components to a Tesla vehicle, but created with a budget in mind to grow the potential target market. This will allow more customers to get their hands on a fully electric vehicle at an affordable price, while still being able to grow the Tesla brand. We have also introduced a variety of programs in order to improve brand loyalty as well as giving more options for purchase, including Amplify Your Ride and the Test Drive America campaigns. We will also launch an integrated marking campaign with advertisements in magazines and though web sources. The first car will ship in early 2015 and will be issued to those who reserved the vehicle in the second half of 2014. We will host the Test Drive America campaign in the second half of the year after the car has been fully announced. This will give potential drivers the chance to drive the car and to place a reservation. The demand for Gen 3 will be estimated based on the growing EV/Hybrid market over the next 5 years. We have to ability and resources to increase demand if the market grows beyond our estimation. With the expansion of our Supercharger station that was previously in the works our electric vehicles will be more appealing to the mass market. The strategy is proposed to grow  Tesla's market share in the EV/Hybrid marketplace by 5% over the next five years and provides a 20% ROI per year for the last three years, with no losses after the first year. The plan will bring in a total of $7,816,354,565 over five years in revenue and a total of $1,605,493,432 will be profited. 2 | P a g e

3.     Current Standing Before we continue, we must have an overview what Tesla is about to continue on the same path in the future. Vision Statement: At the core, Tesla Motors believes that electric cars should not be perceived as a sacrificial mode of transportation. Tesla Motors has brought the best of both the automotive and technological worlds together by permanently etching the image of electric cars being a step backwards in performance, efficiency, and design. Tesla Motors key is the 100% electric power terrain, which not only propels us in the present, but simultaneously establishes a strong foundation for the future. They have set out to forever alter the current perceptions of electric vehicles, as well as making electric cars a viable alternative. Tesla has produced a car that is, finally, beautiful and exciting to drive along with being the most efficiently produced automobile on the planet. Core Value: ? ? ? ? A Clean Start: A Silicon Valley approach means we move fast and constantly innovate.  Committed To Electric: Tesla makes the best electric cars and electric power trains in the world.  Tesla's technology offers the most efficient path to a sustainable energy future; No Hybrids, No Hydrogen, No Hype.  Built Around The Driver: The driver, the car, and the environment connect in ways theyve never  connected before.  Sparking The Evolution:  Tesla's goal is to accelerate the worlds transition to electric mobility  with a full range of increasingly affordable electric cars. Were catalyzing change in the industry.  Master Plan: 1. Build a sports car. 2. Use that money to build an affordable car. 3. Use that money to build an even more affordable car. 4. While doing above, also provide zero emission electric power generation options. Mission

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Statement: Our intent is to offer a compelling customer experience while gathering rapid customer feedback and achieving operating efficiencies, better control over the costs of inventory, warranty service, pricing, and the development of the Tesla brand.  Tesla's Principal Marketing Goals are to: ? Generate demand for our vehicles and drive leads to our sales teams. ? Build long-term brand awareness and manage corporate reputation. ? Manage our existing customer base to create loyalty and customer referrals. ? Enable customer input into the product development process. 3 | P a g e

4.     Former Target Market (Roadster): Target: The original target of the Tesla Roadster included the upper class business executives and others who were looking for a high-end luxury car. The Tesla Roadster required a large down payment and cost over $100,000, leading it to be unavailable to most consumers who were looking at higher-end cars, or below. Segment: The segment of the market focused on males who were looking for a luxury sports car that also had an electric motor. The Tesla Roadster was not only efficient, it was also fast and drove like a true sports car. The segment was dominated by males because of the sports car aspect of the brand and the availability. Positioning: The Tesla Roadster was marketed as a high-end luxury sports car that was fully electric and able to compete with other high level luxury cars performance. While the price was not cheap, it was cheaper than many other high-end sports cars that were on the market at that time. It was not made to compete with the sedans, but with the two-seater car market. The all electric vehicle also provided an incentive to environmental conservative drivers, allowing for zero emissions as they drove. Current Target Market: Target: The current customer of Tesla is purchasing the Model S vehicle that is priced at 70k. The customers are successful business executives and entrepreneurs who are also city dwellers that are tech savvy and green friendly. These are wealthy and early adopters whose income levels put them in the upper-middle class segment. Segment: The segment of the market is individuals looking for a premium luxury car with the added benefit of being fully electric. Tesla is targeting individuals who are upper-middle class baby boomers with typical incomes of over $100,000 which is based on 77% of our buyers falling into this particular segment. Ideally, more males are inclined to purchase our vehicles, so when we market our strategies, we want to keep this in mind when addressing the audience. The majority of the segment is dominantly male. Positioning: The Model S is posting as a luxury car with great performance that simply has the added benefit of being a fully electric vehicle without sacrificing style and performance. This high-end luxury car is not missing anything from a traditionally European luxury car and thats how Tesla wants concept to be. They do not want to convey that it is primarily an electric car because at the moment, electric cars do not have a sexy or glamorous reputation because of the cars they call "hybrids" that have horrible performance and style. 4 | P a g e

5.     New Target Market: Target: In order for Tesla Motors to keep growing now and into the future, it is going to be important to expand their target market to reach more consumers. Expanding our target market to the generation Y, mid 20s to early 40s, middle class working adults, Tesla will be able to utilize their facility while increasing production. This target market will be pinpointing the young professionals that are looking for an entry level luxury car. According to NADA DATA, the average selling price for a new car in 2011 was around $30,000 which shows that the majority of the consumers are not spending a lot of money on cars. Segments: We are going to segment the market for our new targets in three categories; eco friendly consumers, tech savvy and entry level luxury cars. For the eco-friendly consumers, we will be able to reach them by offering a fully electric car that not only has more than double the driving range of the electric competitors, but also has the style and performance that Tesla is known for. For the tech savvy segment, we can reach them because the fully electric car is a growing technology which most consumers are not currently utilizing. Not only will the car itself be new technology, the interior of the car will really attract the tech savvy consumer with the basic options, as well as the add-ons, that will attract them as well. The entry level luxury car segment will attract the young professionals that are in the early stages of their careers and who will want to drive a luxury car. By having an entry level price, we will be able to attract more customers which will lead to future sales and brand loyalty. Positioning: We are going to position this car for the entry level luxury car that also has the added benefit of being fully electric while not losing any performance. Most electric cars are viewed as "unattractive" to younger buyers through lack of design and performance. By creating an entry level Tesla car, we can use our design and technology to change that image. By having an entry level luxury car that is in the $30,000 price range, that also has the benefit of being fully electric, will attract more buyers that are currently looking for electric cars or entry level luxury cars because of the added value of zero emissions, and by having this added value, it will position our brand to save consumers more money than the traditional entry level luxury cars. 5 | P a g e

6.     Survey Questions 1. 2. 3. 4. 5. 6. 7. 8. 9. 10. 11. 12. 13. 14. 15. 16. 17. 18. 19. 20. 21. 22. 23. 24. 25. 26. 27.

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

28. 29. Gender Age Personal Income Work Status Education Ethnicity State/Country What type of community do you live in? How did you purchase your current vehicle? What brand of vehicle do you currently own? How many miles do you currently drive daily? How much do you currently spend on gas a week? Have you previously or currently owned a hybrid vehicle? Have you previously or currently owned an electric vehicle? Scale the factors which would influence your purchasing decision? What are you currently looking for in a vehicle? What features impact your purchasing decisions the most? Rate according to your engine preference. How Influential are/would the following factors be on your purchasing decision of an electric vehicle? Do you think electric cars are a good return on investment? How much would you be prepared to pay for a new/used NON-electric vehicle? How much would you be prepared to pay for a similar model but electric vehicle? Are you environmentally conscious? What do you think are the benefits of owning an electric vehicle? For you, what are the drawbacks of an electric vehicle? Do you plan on buying an electric vehicle in the future? If so, how long until you plan to purchase an electric car? If the following vehicles were available as electric vehicles, what type of vehicle would you most likely buy? Do you think it is too early for electric cars, considering they may not be reliable enough and would you prefer buying a hybrid car? (Using both fuel and electricity) 6 | P a g e

7.      Survey Results 7 | P a g e
8.      8 | P a g e
9.      9 | P a g e
10.     10 | P a g e
11.     11 | P a g e
12.     12 | P a g e
13.     13 | P a g e

14.     Summary of Findings According to the survey we have found that consumers are thinking about purchasing an electric car in the future. The majority of the respondents, 62%, chose maybe when asked if they would buy an electric car in the future while 28% said yes. The majority of these people planned to purchase an electric car in 1 to 4 years. We found what consumers looked for in their cars and the drawbacks in buying an electric car. These findings will enable us to make a car that is suitable for the consumers and also convert them into emission free driving. Not many people actually owned an electric car before. The majority, 74%, answered "no" when asked if it was too early for electric vehicles. This information lets us know that there is a demand in the consumers mind and that it is a good idea to have electric cars at this time. From our primary research we have also found out that brand image was a strong factor in purchasing a vehicle and what people were looking for. This makes it very important for us to continue to improve our brand image so that it will be appealing to all consumers. "After sale service" was picked the most as having the strongest influence on purchasing decision. This is why we will need to improve our service plans for our customers and also for new customers. Having a solid service plan that the customers like will just add to the value of owning a Tesla. The influential factors on purchasing an electric vehicle were mileage range, style, price and performance. Here at Tesla we already offer industry leading mileage range and we are known for the style and performance of our vehicles. This leads us to the strongest influence, which is price. By selling an expensive car we are only targeting a small market of a select few that can afford it. This will allow us an opportunity to create a lower priced vehicle so that we can reach the mass market. Also, based on our survey findings, we asked the consumers how much they would be prepared to spend on a NON-electric car and how much they would be prepared to spend on a similar model but electric. For the NON-electric cars the top two price ranges were $30,001 - $40,000 at 44% and $40,001 - $50,000 at 32%. When asked how much they would be prepared for a similar model but electric the price ranges were $30,001 - $40,000 and $40,001 - $50,000 which were both tied at 26%. Another 22% of the respondents chose that they were prepared to spend $50,001 - $60,000 on an electric vehicle while only 10% of the respondents chose that they would be prepared to spend over $60,000. This shows that the consumers are willing to pay more for the electric vehicle over the conventional gas motor, but the majority are prepared to spend between $30,000 and $60,000. 14 | P a g e

15.     Market Research Increased Sales of Electric Cars According to evobsession.com 100% electric car sales grew by over 360% in the last year. As technology continues to make the batteries better and more charging stations are built the consumers are demanding electric cars. Part of this could be from the rising price of gasoline and the trend of people becoming more environmentally conscious. As more people start to look into purchasing electric vehicles, the companies are going to need to build cars that set them apart from their competition. Most electric cars are known for having poor performance which makes them unappealing to most people. As the technology for this industry grows and becomes cheaper to produce, the companies can become more innovative

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

with the design and performance of the car. The ideal situation would be to make a family line of electric vehicles that could be appealing to everyone. Price of Luxury Vehicles The average price of the top 15 best selling luxury vehicles in 2012 was $41,073 and the average growth of sales was 10.1% found through the goodcarbadcar.net. This shows that the luxury vehicle industry is growing and people are okay with spending their money on luxury vehicles. At the $40k average price it shows that people are mainly buying the entry level luxury vehicles. These are priced so that they can be appealing to the mass market. A lot of the luxury car companies are making entry level vehicles so they can reach a market that they have been left out for years. This has been a burden with the regular automobile companies because they will have to compete with this entry level luxury cars with the high-end options that they are currently offering. The average price for the top 7 large luxury cars, which is a competitor for the Model S, is $75,174. The Mercedes S-Class sold the most in 2012 with 11,794 units sold. This shows that the luxury car companies are making their money and market share on the lower priced cars they sell. This will be an issue for Tesla as we try to gain market share. We can definitely outsell the large luxury models, but in order to gain market share, we will need to sell in large numbers which is not going to happen with a higher priced vehicle. 15 | P a g e

16.     Cost of Charging Electric Cars With the average US cost per Kilowatt Hour being $0.12, this translates to about $.04 a mile for electric cars. On a yearly driving of 12,000 miles, this would only cost an electric car owner about $480 total. With the average cost of gasoline currently at $3.56 per gallon, this translates to a cost of about $.14 cents per mile in a 25mpg car using gasoline. On a yearly average of 12,000 miles, this would cost the traditional gas powered vehicle $1,680 with a 25mpg car. A driver having an electric vehicle would save $1,200 a year just in gas expenses. 16 | P a g e

17.     Market Trends Total Vehicle Sales VS Hybrid and Electric Car Sales 17 | P a g e

18.     Gas Prices VS Electric Prices 18 | P a g e

19.     SWOT Analysis Current Company 19 | P a g e

20.     Competitors 20 | P a g e

21.     21 | P a g e

22.     22 | P a g e

23.     23 | P a g e

24.     Challenges for Tesla Tesla faces many challenges as a new to entry motor company in a very competitive auto industry. We know what Tesla does best, builds great fully-electric car without the sacrifice of performance or style". We have the proper partnership and available resources to accomplish our goal by changing the industry from gas fueled to electric powered, however, we have a problem of not getting enough sold at the potential that we know we can as a company. We are seen by some as this cool "techy" innovative company but no one is persuaded enough to come out and purchase. So that's why we decided to do a little research on the stigma of electric cars and use what we are good at to counterattack each challenge which will later on be executed into something creative and new. Misconceptions of Electric Cars: Recharge time at home and cost Upon delivery or at the time of pick up you will be supplied with a mobile connector. And Yes! You can literally charge it wherever a wall plug is provided, but we recommend charging from a 240 volt outlet rather than a 110 volt outlet. A 240 volt outlet provides a lot more power than a standard outlet and will charge your car faster. You get 62 miles an hour while charging so we will inform our leases or buyers that if they do this every night they will not have any problem. So money is sometimes EVERYTHING so consider this extreme scenario if a customer charges their car from empty to full it will only cost them $11.88 for that charge. Compare that to the amount of money spent on gas and you can see this is a drastic savings. 24 | P a g e

25.    Low number of charging stations As Tesla grows as a brand, we already have plans to expand the number of charging stations across the United States. While we have many charging stations already in place along both coastlines, there will be a big demand for more. Throughout 2014 and 2015, we will greatly expand this network of chargers to help the public travel across the country with convenience. Fall 2013 Year 2014 25 | P a g e

26.    Year 2015 Images provided by Tesla website Initial cost of purchase One of the top draw backs for potential electric car buyers was the high initial cost associated with purchasing. As technology continues to advance, the cost of making electric cars is decreasing. Weve introduced a new model into the Tesla family of cars that focuses on the issue of cost. This gives the customer a no pressure feel but gets cars on the roads. These consumers can test out the experience and fall in love with the Tesla Motors Family. The new model, Gen 3, reduces the initial cost for ownership of an electric car, putting more cars on the road. The initial starting point of this vehicle is 40K, a dramatic drop from the Tesla Model S starting at 70K. Low car choice options While there arent as many

THE BOOK OF TESLA Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

options as the basic cars, electric cars are unique in how they are able to operate. With an almost fully electric base, the car costs more money to produce than a normal vehicle. In order to lower the price of the car, weve removed some key features from the top models and kept the essentials that make it a luxury vehicle. By doing this, weve been able to lower the price in order for more of the everyday consumer to purchase the car, no longer limiting the car to the upper class consumer. By adding this new entry into the family market and the SUV coming very soon, we have a full family line of  Tesla's that now can also help create loyalty within the availability of picking and choosing which vehicle preference fits the consumer. 26 | P a g e

27.     Marketing Strategy We will increase the market share of Tesla Motors in the Electronic Vehicle / Hybrid market by 5% over the next 5 years by introducing a lower priced EV, the Tesla Gen3. ? ? ? ? Model: Gen3 Model year: 2015 Style: Passenger 4 door luxury sedan Pricing base: $40,000 – $47,000 Objectives of this market strategy ? To increase market share 5% with this new vehicle ? Increase brand awareness by the number of vehicles on the road ? Create brand loyalty ? Build a family of  Tesla's that caters to more target segments then what we currently have After conducting primary and secondary researches, we concluded that this vehicle is a solution for the current demand by young working professionals that are looking for an entry level luxury car. The price surveyors felt it would be an optimal price point for this kind of vehicle and was quoted to start out at $40,000 with a $7,500 federal tax rebate which would bring the cost to the consumer to $32,500. With a no emissions car running completely on electricity, the consumer would save around $150 to $200 on gas based on the average mpg of luxury cars and premium fuel prices. By targeting the young professionals looking for an entry level luxury car, it would allow us to build our brand image by getting more zero emissions cars on the road. With  Tesla's battery technology that provides an unmatched mileage range to our competitors, we can use that technology to produce a smaller car that is more affordable for our consumers. Although we will not be able to lower costs to match the Nissan Leaf prices, our designs and performance are much better than the Leaf. This will allow us to gain market share in the electric vehicle segment that is currently controlled by Nissan. 27 | P a g e

28.     Phases Phase 1 (6 Months): ? ? Implement communication strategies to inform consumers and press about a new addition coming to the Tesla family of cars. o Create banners on the Tesla home page promoting new car o Reach out to automotive magazines to increase traffic to website (i.e.: Motor Trend) o Announce and promote new vehicle announcement on Social Media accounts (Facebook/Twitter) Finalize production plan and process to begin production in Phase 2 Phase 2 (6 Months): ? ? ? ? Debut announcement of the Tesla Gen3 to the public Start accepting reservations for new vehicle Begin production of the car, allowing for a complete rollout in early 2015 Launch Test Drive America Campaign Phase 3 (Years 2-5): ? ? ? ? ? Release Gen3 to public sales and ship reservations. Continue and expand communication strategies o Launch Billboard campaign in major cities o Continue promotion on Social Media accounts o Update Website with any extra information Implement Amplify your Ride trade-in program Implement Loyalty Program for Tesla owners Continue Test Drive America campaign 28 | P a g e

29.     Tactics Loyalty Program We at Tesla Motors want you to be safe and comfortable in your Tesla vehicle. Some of the most important people in the world are your family, and you always want them to be safe on the road and be comfortable while driving in a reliable vehicle. The Tesla Loyalty Program allows you to put your family in a Tesla vehicle, with added bonuses while already being a customer of Tesla. In a special promotion with our new Gen 3 vehicle, customers who already own a Tesla and purchase another one for their family will receive an instant $2,000 off the car and one year of free service, including unlimited Service Ranger appointments at no cost to you. This promotion will only be applicable if you purchase a four year program that will take effect immediately after your first year has ended, giving you a total of five years of coverage. We will take a minimal loss on this program, but will still be able to make the money back through the customers who purchase the higher grade service plans or have service to be attended to in the future. We will only be losing money if the buyer decides to purchase the lowest service plan. Any future service sales will be profitable. 29 | P a g e

30.     Amplify Your Ride We at Tesla Motors would like to change the automotive experience drastically by offering a program called Amplify Your Ride. In this program, we will be offering qualifying customers the opportunity to trade in their current vehicle for our new Tesla Gen 3. This program will have the benefit of two irresistible incentives which are 0% financing for the well qualified buyer for the first 24 months as well as offering the best trade-in value for their vehicle as a down payment for their new Tesla Gen 3. When trading in their car, we will be using Auto Nation as a 3rd party trade-in program whom will be buying the car off of us. Test Drive America In order to help raise brand awareness of the Gen3 and to give drivers an opportunity to test the car, we will launch a test drive campaign entitled Test Drive America. We will focus our efforts on the 8 recent

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

states who has been promoting the sales of electric cars. These states include California, Connecticut, Maryland, Massachusetts, New York, Oregon, Rhode Island and Vermont. Within these states we will focus on the larger population cities in order to have the largest reach out. Our main cities that we focus on in 6 states which will be Los Angeles, San Francisco, Seattle, Washington, New York and Atlanta. Currently 50% of all electric vehicle sales have been made in these cities. Each city we will host the event at a local track, giving the opportunity for drivers to get the full performance experience from the test drive. If no tracks are available to run the event, we will stop at our service stations located throughout the states and allow drivers to test drive the car for at least 15 minutes. We will have 10 cars produced at the 60 kWh battery size at the event in the different colors that are available to the public. We would hire three Street Team positions at an average salary of $45,000 to travel with the campaign and promote the new vehicles. We would then spend an average of $165,000 on travel and lodging throughout the campaign. 30 | P a g e

31.     Communication Strategy With Tesla only focusing on online sales, site traffic begins to be a major concern. Increasing site traffic is essential to the overall health of the company. Our communication strategy concentrates on three main media sources; Googles Ad Words, major newspapers/ magazines, social media outlets and company sponsored events. These strategies will increase customer traffic which ultimately will lead to an increase of revenue. Website and Social Media The Tesla Motors website will be the main hub of all announcements and advertisements. We will announce the new car, promote the campaigns, and give complete details through our website directly. We will also use our Social Media platforms to make announcements and promote our events taking place. All ads would be on the homepage of each website, giving it maximum exposure to those who enter the site through other channels.     31 | P a g e

32.     Google Advertising To help promote Tesla on the internet, we will use targeted advertising through Google Ad Words. The targeted advertising would be focused on those who are looking at electric vehicles or hybrid cars. Googles Ad Words is a Pay-Per-Click advertising model that allows a company to advertise online. Tesla will use Googles specialized program to increase site traffic. Pay-PerClick is a program that Google offers allowing Tesla to set a predetermined advertising budget based on the amount of consumers visiting our website. Each click will lead the potential consumer to www.teslamotors.com. This strategy also has a secondary effect on Tesla. As each individual visits the site, this can grow brand awareness resulting in an increase of overall sales. The program offers real time conversion rate tracking that will let us determine the effectiveness of the program. By choosing our specific goal, defining keywords that Tesla is associated with and setting a budget can achieve a conversion rate averaging around 4.29% to 6.15% for the auto industry. With 1,000 potential customers visiting the site at a 6.15% conversion rate can result in 62 new customers. This strategy can have limitless possibilities depending on our total budget set aside for the program. Media Newspapers will be used to reach a certain demographic area that will increase site traffic. The New York Times, Wall Street Journal, Forbes magazine and Motor Trend magazine will be used. These magazines focus on college graduates with a median age of 40 plus and an average household income of over $70,000. Through each magazine, a one page ad with no contracts involved and a onetime ad will cost us at the low of $53,455 and a high of $117,465 for black and white ads and up to $219,297.13 for color ads. With an audience of roughly 16 million Tesla can use this media to further our brand awareness and increase site traffic at a fairly inexpensive price. 32 | P a g e

33.     We will also launch a billboard campaign to coincide with the launch of the new car. The billboards will be used in Phase 2 before the Test Drive America Campaign. The billboard campaign will launch in the 8 states that the Test Drive America Campaign visits. Only a few billboards will be placed in each major city to maximize exposure across the United States with our full budget being expensed. Our department will also reach out to major sources of online media to help gain exposure for the car. The online media companies will have an opportunity to test drive the car, much like the Test Drive America plan, and offer their reviews. These reviews will help us gain exposure for the car and give the car-shopping consumer more information from a third party source, helping to verify the Tesla marketing campaigns. It will also give us an opportunity to announce when and where our next Test Drive America dates will be, encouraging others to come and drive the car for themselves. 33 | P a g e

34. Vehicle Specs Overall Overall Length 176.0 Height 56.1 Wheelbase 109.3 Ground clearance 5.9 Track 65.4 Front 66.3 rear Width (mirrors folded 77.0) Width (mirrors extended 82.3) Convenience Keyless entry Cruise control Front led lights 12 v power outlet Automatic climate control Dual control settings Wi-Fi ready Dual USB ports Additional Dimension Headroom (front/rear) 36.2/31.2 Legroom (front/rear) 40.6/31.2 Shoulder room (front. Rear) 55.2/51.7 Hip room (front/rear) 51.3/50.7 Seating capacity 5 adults Curb weight 4,143.7 lbs Weight

THE BOOK OF TESLA Copyright only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

Distribution (%front/rear) 40/60 Warranty 5 year warranty 75,000 miles 40 kWh battery has 10 year/150,000 miles 60 kWh battery has 8 year/125,000 miles Power train Model Gen3 rear wheel drive Electric vehicle liquid cooled Power train includes the battery, motors, drive inverter, and gear box. 40 kWh, 60 kWh microprocessor Controlled, lithium-ion battery Instrumentation 12 Capacitive touch screen w/media Comm. Cabin and vehicle controls Bluetooth wireless and hands free Tire pressure monitoring system 34 | P a g e

35. Suspension, Steering, and Brakes Double wishbone, virtual axis coil spring front Suspension and independent multi-task coil spring rear suspension Variable ratio, speed sensitive, rack and pin electric power steering Electronic stability control Traction Control Anti-lock disc brakes (ABS) w/ ventilated rotors and electric parking brake; Front 355mm x 32mm, rear 365mm x 28mm Body Lightweight aluminum body reinforced with high strength boron steel elements UV and infrared blocking safety glass windshield Rain sensing, adjustable speed windshield wipers Frameless, tempered safety glass rear Sunroof Xenon headlights with automatic on/off Safety Eight airbags: Knee and pelvis airbags in the front plus two side curtain airbags Driver and front passenger seat sensors Driver seat position sensor Three point driver and front passenger safety belt with retractor pretensions and secondary lap anchor Rollover crash sensor Acoustic safety belt warning Anti-theft alarm and immobilizer system Horn. Beep Beep 35 | P a g e

36. Upgradable Features: 36 | P a g e

37. 37 | P a g e

38. 38 | P a g e

39. 39 | P a g e

40. Cost Per Phase Phase 1: For the first 6 months of 2014 we will be spending an estimated $100 million dollars on the research and development on building a lower priced car that can reach the mass market. We will be using our current technology that will allow us to save money on the research and development expense. We will also be implementing a communication strategy costing $994,552, which will begin in Phase 1 and last throughout the whole year. We will use google ad words for the Gen 3 that we will budget $20,000 for the year. We will also place advertisements in the New York Times, Wall Street Journal, Forbes and Motor Trend costing $267,275, $219,297.13, $290,640 and $197,340 respectively. Phase 2: For the second half of 2014 we will we will begin to advertise on billboards in the states that will be participating in the Test Drive America campaign. Each destination will have 5 billboards costing $2,000 per month, which will have a total cost of $480,000. In this phase we will be producing 8 of our 60 kWh cars with upgrades for our Test Drive America campaign at a cost of $328,000. After the cars are made, we will begin our Test Drive America campaign that will cost a total of $150,000. We will hire 3 Street Team positions at an average of $45,000, which will cost $67,500 for 6 months. On this campaign we will have an $82,500 budget on the traveling and lodging for the 6 months. Phase 3: Starting in 2015 we will begin to produce the Gen 3. We will keep our Test Drive America program that will run twice a year at a total cost of $300,000. This cost will be $135,000 in the Street Team salaries and $165,000 in the travel and lodging throughout the year. We will use the same communication strategy that will cost $994,552 for the whole year. During this phase we start the Loyalty Program that we estimate will be for 10% of our sales in the first year that will cost us $3,843,511. We will also keep the billboards for the first 6 months in the same places that will cost $960,000. We are also estimating that we will produce 50% of our 19,218 cars with the 40 kWh battery that will cost $307,480,875 and 50% of our 60kWh that will cost $355,524,762. During this phase we will carry over the cost from 2014 totaling $101,952,522. In 2016 we will keep the same costs for the Test Drive America and the Communication Strategy. We will increase our production to 36,566 cars that we will estimate again that have 50% 40 kWh batteries and 50% 60 kWh batteries that will cost $573,356,154 and $662,943,053. This will also increase the cost of our Loyalty Program to $7,313,216. In 2017 the costs for Test Drive America and the Communication Strategy will stay the same. We will Increase our production to 55,242 cars keeping the same strategy of 50% 40 kWh and 50% 60 kWh costing $848,513,455 and 981,093,683. The loyalty program will also increase to $11,048,352. In 2018 we will also keep the same costs for the Test Drive America and the Communication Strategy. We will increase production to 120,271 cars that will be 50% of the 40 kWh and 50% of the 60 kWh that will cost $1,083,937,046 and $1,253,302,209. The Loyalty program will increase to $14,414,056. 40 | P a g e

41. Works Cited Baker, David R. "8 States Sign Deal to Boost Electric-car Sales." SFGate. SFGate, 24 Oct. 2013. Web. 1 Nov. 2013. Brown, Nicholas. "Over 50% Of Electric Cars Sold In US Are In 5 Cities." CleanTechnica. Clean Technica, 19 Aug. 2013. Web. 17 Oct. 2013. Cain, Timothy. "GOOD CAR BAD CAR." 2012 Year End Top 30 Best-Selling Luxury Vehicles In America -. N.p., 4 Jan. 2013. Web. 2 Oct. 2013. "Daily Fuel Gauge Report."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Daily Fuel Gauge Report. AAA, 31 Oct. 2013. Web. 31 Oct. 2013. "Electric Power Detailed State Data." Electric Power Detailed State Data. U.S. Energy Information Administration, 28 Oct. 2013. Web. 12 Nov. 2013. "ForbesLife Audience Research." ForbesLife Audience Research. Forbes, n.d. Web. 5 Nov. 2013. <http://198.20.70.218/~forbesme/wp-content/uploads/2013/03/ForbesLifeDemographics.pdf>. "Independent Statistics and Analysis." EIA. U.S. Energy Information Administration, Sept. 2013. Web. 12 Nov. 2013. NADA DATA State-Of-The-Industry Report 2012. Rep. no. 2012. NADA.org, n.d. Web. 2 Oct. 2013. "The New York Times Media Kit." The New York Times Media Kit. The New York Times, n.d. Web. 5 Nov. 2013. "Promoting Electric Drive Technologies And infrastructure." Electric Drive Sales. Electric Drive Transportation Association, n.d. Web. 12 Nov. 2013. Shahan, Zachary. "US Electric Car Sales Have Increased 361% In 2013 So Far." CleanTechnica. Clean Technica, 6 Nov. 2013. Web. 7 Nov. 2013. 41 | P a g e

42. Soames, Chris. "Google Ad Words Conversion Rate Averages by Industry." Smart Insights. N.p., 15 Nov. 2013. Web. 3 Nov. 2013. "Tesla." 136 Marketing Music Technology. N.p., n.d. Web. 15 Oct. 2013. "Tesla Motors." Tesla Motors. N.p., n.d. Web. Oct.-Nov. 2013. <http://www.teslamotors.com/>. "WSJ.com Audience Profile." WSJ.com Audience Profile. Wall Street Journal, 8 Dec. 2012. Web. 5 Oct. 2013. "Wsj.com Traffic and Demographic Statistics by Quantcast." Wsj.com Traffic and Demographic Statistics by Quantcast. Quantcast, n.d. Web. 28 Oct. 2013. 42 | P a g e

43. Tesla Gen 3

44. Upgraded Vehicle Options Premium Interior Lighting  Extended Napa Leather Trim Ultra High Fidelity Sound  Paint Armor Metallic Paint Tesla Multi-Coat All Glass Panoramic Roof 19" Cyclone Wheels 20" Turbine Wheels Nappa Leather Seats Décor: Obeche Wood Matte Obeche Wood Gloss Lacewood Carbon Fiber Matching Yacht Floor High Power Home Charging Supercharger Enabled  Price  $800 $2,100 $2,000 $800 $700 $1,200 $2,000 $2,000 $4,000 $1,100 $500 $500 $500 $700 $650 $2,700 $2,000

45. Demand Forecast Estimated Electrics, PHEVs and Hybrids 2013 2014 2015 2016 2017 2018 Total Market 563,414               704,268               880,334               1,056,401               1,214,861 1,336,348 Tesla Market Share 4% 3% 5.25% 6.5% 7.75% 9% Total Untis                21,000 21,000               46,218               68,666               94,152               120,271 Model S 21,000               21,000               21,000               23,100               25,410 27,951 Model X         -          -          6,000          9,000          13,500          20,250 Gen 3          - -          19,218          36,566          55,242               72,070 2014 Costs  2014 Revenue 8 60 kWh cars with upgrades Test Drive America Communication R&D 40 Billboards Total Cost $               328,000 $ 150,000 $               994,552 $          100,000,000 $          480,000 $          101,952,552 40 kWH Selling Price 60 kWh Selling Price Total Cost of 40 kWh Car Total Cost of 60 kWh Car 2014 Profit $ 40,000 $          45,000 $          32,000 $               37,000 1,922 Reservations $ 4,805,000 Test Drive America  Communication Loyalty Program Billboards Total expenses from building cars: 40 kWh Car 60 kWh car Carry Over Exp. From 2014 $               300,000 $          994,552 $ 3,843,511 $          960,000 Total Cost  $          771,056,252 $          (97,147,552) 2015 Profit 40 kWh 60 kWh Loyalty Program $          384,351,094 $          432,394,980 $          3,651,335 Total Revenue $ 307,480,875 $          355,524,762 $          101,952,552 $          4,805,000 $          101,952,552 Profit 2015 Revenue  2015 Costs Total Revenue Total Cost  Total Revenue Total Cost  $          820,397,410 $ 771,056,252 $          820,397,410 Profit $          49,341,158 ROI 6%

46. 2016 Costs 2016 Revenue 2016 Profit  Test Drive America  Communication Loyalty Program Total expenses from building cars: 40 kWh Car 60 kWh car $               300,000 $          994,552 $ 7,313,216 40 kWh  60 kWh Loyalty Program $          731,321,625 $          822,736,828 $ 6,947,555 $          573,356,154 $          662,943,053 Total Revenue  $          1,561,006,009 Total Cost $ 1,561,006,009 $          1,244,906,975 Profit  $          1,244,906,975 $          316,099,033 ROI 2017 Revenue 2017 Costs  Total Revenue Total Cost 20% 2017 Profit Test Drive America Communication Loyalty Program Total expenses from building cars: 40 kWh Car 60 kWh car $               300,000 $          994,552 $ 11,048,352 40 kWh  60 kWh Loyalty Program $          1,104,835,228 $          1,242,939,632 $ 10,495,935 $          848,513,455 $          981,093,683 Total Revenue  $          2,358,270,794 Total Cost $ 2,358,270,794 $          1,841,950,042 Profit  $          1,841,950,042 $          516,320,752 ROI 2018 Revenue 2018 Costs Total revenue Total Cost  22% 2018 Profit Test Drive America  Communication Loyalty Total expenses from building cars: 40 kWh Car 60 kWh car $               300,000 $          994,552 $ 14,414,056 40 kWh 60 kWh Loyalty Program $          1,441,405,646 $          1,621,581,352 $

THE BOOK OF TESLA  Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

13,693,354 $          1,083,937,046 $          1,253,302,209 Total Revenue $          3,076,680,352 Total Cost $ 2,352,947,864 Total Revenue of Plan Total Cost of Plan $          7,816,354,565 $          6,210,861,133 Profit  $ 1,605,493,432 ROI 26% $          3,076,680,352 $          2,352,947,864 Profit 5 Year Total Total revenue Total Cost $ 723,732,488 ROI 24%

----------------------------------------------------------------

Per www.autosafetyalert.com:


# Vicious Pervasive Tesla Car Anal Itching Syndrome Can Lead To Sphincter Muscle Failure

"Tesla car owners are reporting that the constant high speed vibration from the Tesla motor is transduced through the chassis and seat causing increasing anal itching syndrome."

This is now leading to involuntary sphincter muscle failure. Because Tesla sells to top 1% extremely rich males, and those males consume large amounts of food because of their wealth, they are more full of lower digestive track residue than the average driver.

Embarrassing involuntary expression of the full lower colon can be awkward at work or on a social activity.

Some Tesla owners are seeking medication which will numb their rectums in order to avoid the syndrome. Not all Tesla owners have complained of the syndrome. Medical experts believe that those who are not susceptible to the effect already have numb rectums.

## Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!!

Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!!  After the cataclysmic explosions and self combustion devastation of the Fisker electric cars because they simply GOT WET in the Hurricane Sandy rain, Panasonic has now, not only, stated that Tesla Lithium batteries will also explode and kill the baby, or dog, or other family member you have in the back seat, but that Tesla also received written warnings, in hard copy documents, in the quotations and shipping MSDS sheets that the Tesla batteries are "guaranteed" to explode if salt, or any other water touches them.  With all of the other lawsuits Tesla now has, they expect to get liability lawsuits from owners, suppliers that they sold battery packs to (without disclosing the danger their engineers knew of) and consumer class action groups.  Panasonic engineers have been retained to examine safety issues with the cars.


## BIG TROUBLE FOR LITTLE TESLA

This glut of news articles shows Tesla in Big Trouble-

http://online.wsj.com/article/PR-CO-20130417-911900.html?mod=googlenews_wsj

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://lithium-ion.weebly.com

http://www.iconoclast-investor.com/2010/07/27/the-truth-about-tesla-motors/

http://youtu.be/cTqnP0McPcs

http://tinypic.com/r/7295hs/6

http://seekingalpha.com/instablog/239719-james-quinn/80801-tesla-motors-another-wall-street-scam

http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design

https://www.consumeraffairs.com/automotive/tesla_motors.html

http://www.ihatethemedia.com/tesla-motors-devastating-design-problem

http://ecomodder.com/blog/tesla-motors-environmental-fail/

https://anonfiles.com/file/8da2ce24879ee054dcd06a8bf21a6e14

http://justinemusk.com

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/
http://amerpundit.com/2011/04/11/obama-supported-taxpayer-funded-tesla-sues-critics/

http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/

http://sadhillnews.com/2012/12/29/bankrupt-tesla-ceo-buys-17-million-mansion-after-receiving-465-million-taxpayer-funded-bailout

http://www.americanclarion.com/3503/2012/02/29/driving-taxpayer-subsidized-100k-brick/

http://blog.tmcnet.com/blog/rich-tehrani/green/tesla-motors-in-trouble-paradox-of-a-lifetime.html

https://anonfiles.com/file/bd21a3e1b2edbb6a880f52e72ade50de

http://nlpc.org/category/keywords/tesla

http://davianletter.com/blog/2010/6/29/tesla-motors-risky-fendi-bag-highways

http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/


## Did Tesla bankers at Deutsche Bank order German's to give Tesla a wave-through on safety review that never actually happened?

Did Tesla bankers at Deutsche Bank order German's to give Tesla a wave-through on safety review that never actually happened?  The United stated NHTSA has sent an extensive review list to Tesla yet we now see that

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Germany sent no such review list to Tesla and, in fact, the press office of   Kraftfahrt-Bundesamt   confirms that no tests were conducted by Germany.  Karen started a campaign to force the exposure of the falsehoods which can jeopardize the lives of Tesla drivers by asking every to send the following letter to Germany:      Please Send This open letter to the German Federal Motor Transport Authority, or Kraftfahrt-Bundesamt (KBA):

"Regarding: Your recent Tesla "safety declaration".

Dear German Federal Motor Transport Authority:  It is quite surprising to hear that your organization has declared the Tesla completely safe without engaging in full due diligence. It makes it appear like someone got bribed. We certainly hope that Deutsche Bank staff's substantial positions in Tesla held no bearing. We see that Deutsche Bank staff were just indicted for massive securities fraud and we hope that is just a coincidence.  Numerous organizations and experts have provided data showing that the car is not safe. The statistics, historical facts about lithium ion, and actual evidence point to the opposite conclusion. Many websites, including:  http://lithium-ion.weebly.com "  http://lithium-ion.weebly.com"   http://lithium-ion.weebly.com   and others provide rather contrary evidence. Tesla's own patent documents state that the car is not safe. The Chevy Volt was recalled for far less battery issues with lithium ion.  There are over 200 safety concerns that can be provided to you in a documented report. America has not even started their safety investigation and has requested a deep set of technical documents from Tesla. Did your agency request such documents?  The members of the public hereby request publication of the identities of the reviewers, the methods and analysis methods they employed, the read-out of their data and the conclusive, specific data that the research was based upon. Here is a link to a much more overt investigation you might want to review:   http://wp.me/p2BJXK-g7"   http://wp.me/p2BJXK-g7" http://wp.me/p2BJXK-g7   Sincerely, XXX  Please feel free to send your own version to   Kraftfahrt-Bundesamt (KBA)   at: pressestelle@kba.de  and at this link:
http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true"
http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true"
http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true      and by hard-copy mail to:   Kraftfahrt-Bundesamt Stabsstelle (Office of Interdepartmental functions) Mr. Thomas Meyer 24932 Flensburg  ki- ggt/ hj-ST- BH  -------------------------------------------------------------------

 Per   Is SolarCitys use of Tesla batteries unsafe for homes and for Solarcity      /2013/06/10/chu-expect-more-green-energy-bankruptcies/  THIS LINK...   Lithium ion Apple tablets and cell phones have exploded into flames and burned down the structures they were in as documented when you search the phrase: "ipad air explodes". Authorities in Sugar Land, Texas, ruled that the Fisker Karma parked in the attached garage of a newly built home was the origin of a fire in 2012 that completely destroyed the car as well as the garage and a portion of the house, causing hundreds of thousands of dollars worth of damage. The owner and his family escaped safely. The batteries were the same kind of lithium ion batteries used in the Tesla.  This video shows another one just blowing up in flames for no good reason:  http://www.youtube.com/watch?v=2yzULEbmguM  The website: http://lithium-ion.weebly.com"   http://lithium-ion.weebly.com  http://lithium-ion.weebly.com    shows quite a number of lithium ion battery disasters where the batteries just took down the structures. Tesla's own patent's, filed with the U.S. Government, state, in their words, that their batteries could spontaneously explode and destroy your home or office.


# http://lithium-ion.weebly.com exposes Fisker and Tesla Danger

 /2013/04/23/httplithium-ion-weebly-com-exposes-fisker-tesla-danger/


Major media discovered letters that Tesla's head of Sales sent to potential customers trying to talk them into putting small deposits on Tesla's in order to help Tesla fake the posted number of cars Tesla could say they had sold in order to fake a "profit". In fact the company owes hundreds of millions of dollars, has missed its loan

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

payments, has "sold" many cars to its own investors in order to fake up demand and has bought some of its own cars to pad the outlook. Tesla has sold and made less cars in 10 years than GM has sold and made in TWO DAYS! SEC and Investor investigations have been called for. All this according to reporters from The Hill.


# Tesla Caught Faking Orders

http://www.hybridcars.com/musk-corrects-record-on-overzealous-tesla-sales-e-mail/

# Reddit Roasts Tesla

There are many Reddit Posters who bring the pain on Tesla but this one goes full down:  "Just saw this:  "Tesla caught pumping stock with fake orders. Corporate email busts Tesla scam. Is this a credible product? Tesla Motors is under Fed investigation for bribery &amp; corruption; Musk stole the company from Martin the founder; Tesla has been sued many, many times for misdeeds; Tesla took taxpayer $$ yet hired off-shore workers and fired NUMMI union workers; Their batteries blow up when they get wet or overcharge- Tesla's own patent filings say so; They owe more $ than they can ever pay back. The Leaf does the same thing for $100k less. The billionaire owner got free tax money without earning it; Goldman, K&amp;L Gates, KPCB &amp; their investors put in fake car orders and fake stock buys to pump the stock; They lied to San Jose, Downey, New Mexico and many cities about building a factory in each; The CEO cheated on his wife &amp; business partners; The CEO hires magazines to write glory-stories about him; Telsa has 30 Indian bloggers hired to write fake user postings; The EMF from the car is measured to cause biological damage; They changed the prices on customers after they ordered; They never get their costs right; each car coming off the line has problems according to Musk himself; Selling 4K cars after a decade is a pathetically small # for such a run-of-the-mill electric car; They announce they intend to pay the loan back early, yet do not actually pay it back even though the owner has a billion dollars; Former staff have accused the CEO of everything from spying to harassment; When the Feds finally serve their indictments,  forensic audits of Tesla will show they lied in their financials; The public calls the car the Solyndra-Mobile and say it is an "Un-American Product; It is made, and priced, by and for Stanford elitist yuppie rich boys; The same six writers that support Tesla have been shown to be paid shills; All of this is well documented. Wouldnt anyone be ashamed to drive a Tesla

# Immigration ISSUES: Tesla Still looking for Non-American Workers After TAKING U.S. Taxpayer money for a billionaire!

TESLA TAKES GOVERNMENT TAX MONEY SAYING THEY WILL CREATE U.S. JOBS and then hires FOREIGNERS: :Look at the ads Tesla has placed on LinkedIn: Senior Immigration Paralegal - Tesla Motors-Palo Alto, California (San Francisco Bay Area)  Job Description  Brief Description  The Senior Immigration Paralegal would be  Tesla's first in-house immigration legal resource and would therefore be responsible for helping Tesla to build-out its immigration law support program.  This position manages, oversees and directly assists in handling a large portion of immigration matters in-house, specifically employment-based, nonimmigrant visa applications and permanent residency applications. This position is also responsible for compiling and maintaining various status reports and records relative to immigration related expenses.    Responsibilities:  •Start to finish preparation of employment-based immigration petitions with minimal assistance and supervision from outside immigration counsel, including: •J-1 visas; •H-1B visas;  •I-140 visas; and  •Various other visas.  •Regularly provide instruction and advice to Tesla employees and foreign nationals on immigration practices and procedures.  •Assist with any problems that may arise relative to a foreign national's immigration status.  •Assist in the preparation of a monthly status report by tracking immigration costs, volume of immigration files and location of immigration files.  •Create and regularly maintain the legal department's customized software report to track ongoing immigration matters at all Tesla entities with immigration needs.  •Work with Human Resources to ensure immigration files remain in compliance with state and federal government agency regulations.  •Ensure employee and employer compliance with  Tesla's new immigration policy and procedures. •Directly handle the

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

recruitment steps necessary to sponsor a foreign national employee for permanent residency.  •Assist with U.S. nationals work-related emigration to foreign countries.   Desired Skills &amp; Experience Qualifications/Requirements: •Strong, in-depth knowledge of immigration law, including experience with each visa type mentioned above.  •8-10 years of Immigration Paralegal experience preferred. •Bachelors degree preferred with a strong academic background. •Strong legal writing and drafting skills.  •Accuracy and attention to detail is a must.  •Experienced professional with great relationship skills, team player, self starter, independent thinker, and has the ability to anticipate the next steps and future issues. •Ability to work well in a diverse and fast-paced environment with a large and diverse group of people, including Human Resources, Global Mobility, Tesla recruiting, Tesla hiring managers, candidates from countries throughout the world as well as their families. Additional Information Posted:: Full-time Experience: Mid-Senior level Functions: Legal  Industries: Automotive Job ID:1845406

## Tesla Selling cars? "No Way", says Industry Expert

A major industry operations lead from GM has now been in the news reporting that "GM makes and sells 2,000 cars a day". Tesla spent thousands of times more making each car to only sell a few thousand cars after ten years and nearly a billion dollars.. hmm... What doesn't add up?

## Tesla Workers Frustrated With Tesla Ethics

Based on numerous reports: From the CEO running spy campaigns on them, to benefits changes, to hostile take-overs from the founders, to terminations of NUMMI workers promised careers, to the discovery that all of their hard work may be based on an effort that came into being because of bribery and theft of tax dollars.. morale at Tesla is dropping like a rock. Worker comments are flowing in like a river, here, and at other media sites. At least 80% of the media stories on Tesla come from its own workers.

## U.S. Senate Nails Tesla

From The U.S. Senate Hearing Testimony Today:  "Whether Tesla remains profitable remains to be seen and because many of the projects for both DOE ATVM and loan guarantees are in relatively early stages of development,labeling them successes is premature and if they do go bankrupt, the taxpayer funds are merely providing a lifeline. However, if  Tesla's electric vehicles are the wave of the future, they should have secured investment and loans through the private sector."

## Understanding Tesla's Life Threatening Battery Decisions

  Understanding Tesla's Life Threatening Battery Decisions    SEEKING ALPHA- John Peterson Nov 22 2013  In the last couple of months, electric cars from Tesla Motors (TSLA) have had three collision-related battery fires that were widely covered by the media. Last week, the NHTSA decided to conduct a formal investigation of these incidents. While Tesla's CEO Elon Musk immediately went on the offensive arguing that Tesla's BEVs have a lower fire risk than gasoline powered cars, the question an increasing number of investors are asking is "Why has Tesla had three battery fires in a fleet of 17,000 BEVs while Nissan hasn't had any fires in its fleet of over 90,000 BEVs   The answer is simple. Tesla's battery decisions significantly increased battery risks for both the customer and the company.  My primary resource for the discussion in this article is a 2012 study published by the National Renewable Energy Laboratory titled "Vehicle Battery Safety Roadmap Guidance." Since the roadmap provides

THE BOOK OF TESLA: Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

far more scientific detail than most investors need or want, I'll focus on the general themes that impact investment risk and leave the electrochemical and engineering minutiae for professionals.  The generic term "lithium-ion battery" includes at least a half-dozen varieties that range from relatively safe iron phosphate formulations to relatively unstable cobalt oxide formulations. I use the word relatively because no lithium-ion battery is 100% safe. All lithium-ion batteries will burn if the cell is punctured. In general, fires resulting from a punctured cell are the least violent. Lithium-ion batteries can also ignite spontaneously if debris left over from the manufacturing process pierces a 15- to 25-micron separator and creates an internal short circuit. In those cases, which are referred to as "field failure events," the internal short circuit ignites materials inside the cell and causes internal temperatures to spike to a few hundred degrees centigrade in seconds. At that point, the cell ruptures feeding additional oxygen to the fire. In rare unexplained cases, internal temperatures to spike to a couple thousand degrees centigrade in seconds, which suggests that thermite reactions might be taking place.  The failure mechanisms in lithium-ion batteries are not well understood because it's darned near impossible to extinguish a lithium-ion battery fire. In the event of a fire, the best first responders can do is try to cool the surrounding pack to keep the fire from spreading. What we do know is that punctured cells react less violently than cells that have a field-failure event and that field failure events are less violent than other failures that some experts attribute to thermite reactions.  Since the thermal energy released by a burning lithium-ion battery is up to three times greater than the electrical energy the battery could release in a normal discharge cycle, cell punctures and field failure events can be a very big deal as increased temperatures in one cell propagate to adjacent cells causing them to go into thermal runaway. The phenomenon is like lighting one side of a matchbook on fire. Once the first one goes, the others are sure to follow. One recent Tesla fire in Yucatan Mexico was captured in a YouTube video that shows how the process of lithium-ion battery fratricide unfolds in a large battery pack. The video begins with what appears to be a modest fire in a couple of punctured battery modules. As the temperature builds, other modules reach the thermal runaway point and explode. During the grand finale, several modules join the party and explode at the same time. If the incident didn't involve a $100,000 car and a real life accident, it would be a great special effect for Hollywood.  Tesla's first risky battery choice was picking cells with high energy density and a less desirable safety profile than the low energy density cells chosen by all of the other automakers.  Its second risky battery choice was ignoring the laws of large numbers.  Field-failure events are very rare and while I haven't been able to find detailed statistics for the 18650 cells Tesla buys from Panasonic, the NREL report noted: "Field failures arising from manufacturing defects that cause internal short circuits have very low probabilities of occurrence (estimates for 18650-size cells that fail catastrophically are 1 in 10 million cells to 1 in 40 million cells). While this may be reassuring for manufacturers of portable electronics, EV and HEV battery packs may have thousands of cells and up to 1,000 times more stored energy, making even this small failure rate unacceptable."   The battery pack in a Tesla Model S uses about 7,000 high-energy 18650 cells that are more prone to field-failure events than safer lithium-ion chemistries. Since each cell in the battery pack represents an independent field failure risk, the risk of a catastrophic field failure event at the battery pack level is: •One in 1,429 if you assume a 1 in 10 million risk at the cell level; •One in 2,857 if you assume a 1 in 20 million risk at the cell level; and •One in 5,714 if you assume a 1 in 40 million risk at the cell level.  Nissan, in contrast, uses 192 large format lithium-ion battery cells in the Leaf. That factor alone reduces its catastrophic battery pack failure risk by about 98%.  Some of the more troubling aspects of the NREL report included observations that: "When discussing battery safety, it is important to understand that batteries contain both an oxidizer (cathode) and fuel (anode as well as electrolyte) in a sealed container. Combining fuel and oxidizer is rarely done due to the potential of explosion (other examples include high explosives and rocket propellant), which is why the state of charge (SOC) is a very important variable. Lower SOCs reduce the potential of the cathode oxidizing and the anode reducing. Under normal operation, the fuel and oxidizer convert the stored energy electrochemically (i.e., chemical to electrical energy conversion with minimal heat and negligible gas production). However, if electrode materials are allowed to react chemically in an electrochemical cell, the fuel and oxidizer convert the chemical energy directly into heat and gas. Once started, this chemical reaction will likely proceed to completion because of the intimate contact of fuel and oxidizer, becoming a thermal runaway. Once thermal runaway has begun, the ability to quench or stop it is nil."    "Although much study has gone into understanding and modeling the lifetime of cells with aging, little work has been done on the effects of aging on thermal stability and abuse tolerance."   "USABC goals, in line with the DOE research program for HEVs, are a calendar life of 15 years for HEVs and 10 years for EVs. A cycle lifetime of up to 1,000 cycles at 80% depth of discharge is also required. Little or no safety testing has been performed on cells approaching these lifetime limits. There are valid concerns

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

about the stability of the active materials, separators, and possible reactions involving new degradation or contamination products."    "(H)igher energy cells have a stronger response to abuse events and usually have poorer safety performance."    Batteries in an electric car are maintained at a high state of charge to maximize driving range. Unfortunately, that practice also maximizes the potential for a field failure event. Since Tesla wanted its cars to have the longest possible driving range with the lowest possible battery weight, it chose a relatively unstable high-energy battery chemistry while its competitors who make electric cars with shorter ranges chose safer and more stable chemistries. Since Tesla wanted to keep its battery costs low and take advantage of a global capacity glut for 18650 cells, it decided to use 7,000 small format cells in its battery pack while more experienced automakers paid premium prices for large format automotive grade cells that reduce the impact of the law of large numbers.  All of Tesla's public talking points on the three fires focus on the collision-related nature of the battery pack failures. The statistics in the NREL report indicate that a catastrophic pack failure rate of 1 in 6,000 would be just about right if Tesla was using a safer low-energy chemistry like lithium iron phosphate.  If the NHTSA concludes that the fires were attributable to Tesla's risky choices of high energy density batteries in 7,000 cell packs instead of road debris, the impact on Tesla will be life threatening. The current market price of Tesla's common stock does not, in my opinion, reflect this real and substantial short-term survival risk.  Source: Understanding Tesla's Life Threatening Battery Decisions  Additional disclosure: I am a former director of Axion Power International and hold a substantial long position in its common stock. I currently serve as executive vice president of ePower Engine Systems, a privately held company that's developing an engine-dominant series hybrid drivetrain for heavy trucking. http://m.seekingalpha.com/article/1856711-understanding- Tesla's-life-threatening-battery-decisions  http://www.youtube.com/watch?v=I7QTInHFXKw


## How the Fisker AND Tesla Cover-Ups Work:


  Read this Article from Charlie Spiering about a massive number of the lies Fisker told: http://m.washingtonexaminer.com/47-depressing-facts-about-fiskers-epic-electric-car-failure/article/2528044 Then look at all of Fisker's recent PR, that they spent millions of dollars dishing out, saying that they had no customer problems, no technical problems, no money problems, etc... It turns out many of their customers, suppliers, staff, etc. are suing them for lies.    Same deal with Tesla: Staff suing them, lying about financial status, missed DOE milestones from their proposals yet still got cash, big backers had DOE staff working for them, only sold a few thousand cars, technical problems on each car, spending millions of dollars on fake PR and shill writers to fake up the status... looks like judgment time is coming...    More info on Fisker in these articles: http://greencorruption.blogspot.com/2013/04/breakingfailing-fisker-auto-finally.htm http://www.gop.com/news/research/fisker-nears-the-end-of-the-road/ http://www.thedailybeast.com/articles/2013/04/24/fisker-another-government-backed-company-set-to-fail.html


## Outing SHILL REPORTERS who are compensated for rigged stories on Tesla


We have received a number of emails from readers who are disclosing reporters who are "shills".  A "shill" is a reporter who writes a story that is unusually favorable to another party when all of the current forensic, law enforcement, majority media, public disclosure and evidence says the opposite.  These reporters are compensated by the car company's IR Department, PR contractors, founders, VC and banking groups with either cash, discounts, tickets, jobs, advertising contracts, sex workers, meals, travel and/or political access.  Please send us your disclosures of which reporters are trying to spin the story to help cover up the truth:  Andrea K. says- "Max Greenberg at Media Matters is a Tesla Punch Drinker"  Paul T. Says- "John Volker at Green Car Reports is a 100% cheerleader and never covers negatives".  Angie H says- "Tamara Rutter on Motley Fool seems to be obviously in bed with these guys".  Pam K writes- "Most everybody at the San Jose Mercury News writing about Tesla specifically avoids discussing or investigating any of the issues that have come to light. The owners must be friends with Musk."  Rogers L.- "On CNN Paul Lamonica is very biased on Tesla and never discusses the sour news facts on them."  Barnie writes- "John Rosevear at the Fool shows that he is a fool for shilling for Tesla"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Embry writes- "Think Progress pretty much works for Tesla"  Carl says- "Leilani Munter AKA Carbon Free Girl posts as a blogger but is a shill for Tesla"  Sam J. provides- "Kevin Bullis at MIT Technology Review is so obviously working for Tesla in his shill reporting of them!"

## Stock Analysts Say Tesla is Doomed.

Here is one example of the new perspective on Tesla by the Stock market. Even though Tesla investors cluster-buy stock when there are media reviews, in order to "pump", or over-inflate it, the truth is coming out:  By John Peterson of Seeking Alpha  Over the last few weeks electric vehicle aficionados have been beside themselves with glee over reports that Tesla Motors (TSLA) will report a net profit on both a GAAP and non-GAAP basis for the first quarter of 2013. Since the news broke on March 31st, the stock has gapped up from $37.89 to an all-time high of $52.92.  Few commenters and even fewer investors understand that Tesla's Q1 income guidance is little more than an epic April Fools prank, an aberration attributable to the confluence of non-recurring factors that will leave Tesla solidly in the red for the next two years.  The two big drivers of Tesla's Q1 earnings will be:  A one-time non-cash gain of $11 million arising from the reversal of a derivative warrant liability associated with the acceleration of Tesla's DOE loan; and  An estimated $20 million in ZEV credits that have already saturated the market for 2013 and beyond, and effectively destroyed the value of future ZEV credits.  When Tesla borrowed $465 million under the Department of Energy's ATVM loan program, it issued a warrant that gave the government a right to buy up to 3.1 million shares of common stock at a price of roughly $8 per share. In accordance with GAAP, it recognized an operating expense for the fair market value of the warrant and booked a related long-term liability. When Tesla amended the terms of its ATVM loan in early March, the acceleration of its payment schedule reduced the estimated value of the DOE's warrant by $11. That reduction of an estimated future liability will be reported as non-recurring income in Q1. Without the warrant liability reversal, there would be no first quarter GAAP net income.  A more troubling dynamic is the role of ZEV credits in Tesla's past, current and future operating results.  During 2012, Tesla received $40.5 million from the sale of ZEV and GHG credits to automakers. In an April 18th research note Morgan Stanley estimated that Tesla's ZEV credits for Q1 would be over $20 million, but fall in future quarters.  Something about the two numbers didn't add up for me. During 2012, Tesla delivered about 2,950 vehicles and received roughly $13,725 per unit in additional revenue from sales of ZEV and GHG credits. In Q1, however, Tesla delivered 4,750 vehicles and Morgan Stanley thinks they'll only receive $4,200 per unit in ZEV and GHG credits. It was enough to make me ask, "Why are Tesla's expected ZEV and GHG credit values cratering?  I found the answer in a 2010 report from the Natural Resources Defense Council titled, "The Zero Emission Vehicle Program, An Analysis of Industry s Ability to Meet the Standards," which used this graph to forecast annual demand for ZEV credits and the available supply of credits over time. While the NRDC did not assign a specific number to aggregate national demand for ZEV credits during the 2012 to 2014 time frame, an eyeball estimate of 50,000 credits per year is pretty close. Through the end of 2012, the graph projected that aggregate demand for ZEV credits would exceed available supplies, creating a robust sellers market. From 2013 onward, the graph projected that supply would exceed demand by a modest to wide margin, creating an anemic buyers market.  While Tesla was the primary beneficiary of the seller's market that existed in 2012, the benefits beyond Q1 of 2013 will most likely be limited to non-existent.  The most important thing to understand about ZEV credits is that the number of credits per car varies with battery pack size. The following table from the NRDC report summarizes the five credit classes that existed in 2010.  Based on the NRDC table, it appears that every car Tesla delivers generates a minimum of four ZEV credits. While I've been told that Tesla earns five ZEV credits when it sells a Model S with an 85 kWh battery pack, I haven't found definitive regulatory confirmation of that number. So I classify it as credible rumor rather than absolute fact.  In the first quarter of 2013, automakers other than Tesla sold a total of 13,063 plug-in vehicles that generated something on the order of 30,000 ZEV credits. The 4,750 cars sold by Tesla increased the available supply of ZEV credits by 20,000. Unless there's been a massive surge in ZEV requirements over the last two years, the ZEV credit market for 2013 is already saturated and the ZEV credit revenue that reduced Tesla's 2012 loss by $40.5 million and will turn a large Q1 operating loss into an insignificant GAAP profit will fall to approximately zero in Q2.  When you eliminate the combined impact of the warrant liability reversal and the non-recurring ZEV credit sales, Tesla's Q1 net loss from recurring business activity will be about $30 million, as opposed to the anticipated GAAP net income of

roughly $2 million.  April Fools!  In its recent research note, Morgan Stanley predicted that Tesla would report a net loss of $108 million for 2013 followed by a net loss of $43 million for 2014. Investors who are buying Tesla stock for an eye-watering 39.4 times book value are in for a very rude awakening.

BREAKING STORY: Billionaire MUSK admits, on 60 Minutes, he broke the law to get Tesla funded. Crony politics and insider deals exposed. | SOMO NEWS:


## Obama Subsidized Electric Car Company Tesla Investigated for Many Fires

ttp://frontpagemag.com/2013/dgreenfield/obama-subsidized-electric-car-company-tesla-investigated-for-fires/ /2013/11/frontpage.jpg  <img class="aligncenter size-full wp-image-1726" alt="FRONTPAGE" src=" /2013/11/frontpage.jpg" width="394" height="58" />       /2013/11/omusk.jpg  <img class="aligncenter size-full wp-image-1727" alt="OMUSK" src="  /2013/11/omusk.jpg" width="416" height="251" />    Obama Subsidized Electric Car Company Tesla Investigated for Fires   November 22, 2013 By Daniel Greenfield  Tesla has some big problems. This month it posted a loss of $38 million and its shares fell 16%. On top of that, its got battery issues. The company, which got $465 million from Obama, makes electric cars which depend on wiring together 7,000 laptop batteries together. This is just as clumsy and unwieldy as a solution as it sounds. For one thing, laptop batteries are expensive. And its a clunky solution.  Obama donor Elon Musk, who got his buddy to trash the space program to give his Space X company a shot at the market, is talking up some giga solution, but for the moment Tesla cant be much more than a niche company for people who like to waste money to have a car they can use as a talking point in California.  Obamas battery factory push has failed. Musk is probably thinking that he can pry some more taxpayer cash out of Obama to build a battery factory, like the ones that Obama already subsidized. Considering Obamas appetite for doing favors for donors, hes probably right. But that doesnt mean it will work. And meanwhile an investigation just opened into Tesla over its battery fires. (Apparently wiring together thousands of laptop batteries to power a car isnt that great of a solution.)  The National Highway Traffic Safety Administration said it would launch a formal investigation into recent fires that destroyed two Tesla Motors Inc. Model S electric cars that had run over metal debris.  The agencys investigation was prompted by recent incidents in Washington state and Tennessee that resulted in battery fires due to undercarriage strikes with roadway debris, the agency said in a statement. The probe would determine whether the vehicle has a defect that makes it dangerous to operate and could result in a recall and remedy.  Over a five-week period, two Model S sedans burned after hitting large pieces of metal on the highway in the U.S. Neither driver was injured. NHTSA declined to open an investigation after the first incident. There was a third fire in Mexico reported after a high-speed crash. Musk then did what he does best, court publicity and make loud statements of dubious accuracy.  Tesla Chief Executive Elon Musk claimed that the automaker requested the investigation to refute fears that electric cars were more prone to fires than other vehicles.  But the NHTSA disputed that, saying its decision was an independent process.  In regards to Tesla, the agency notified the automaker of its plans to open a formal investigation and requested their cooperation, the agency said, which is standard agency practice for all investigations.  So Musk went on to suggest that  Tesla's rep was the only thing that could save mankind from extinction.  If a false perception about the safety of electric cars is allowed to linger, it will delay the advent of sustainable transport and increase the risk of global climate change, Musk wrote in a post to his blog on the Tesla website Monday night.  Err okay.  No doubt, Obama can fix this for him after the next OFA fundraiser.  Tesla fans will crow that the company repaid its debt and that its unfair to call it government subsidized. Its no longer Obama subsidized, thats true. It still however is government subsidized. Tesla didnt generate a profit by selling sexy cars, but rather by selling sleazy emissions credits, mandated by the state of Californias electric vehicle requirements.  Absent this shakedown of potential car buyers, Tesla would have lost $57 million, or $11,400 per car. As the company sold 5,000 cars in the quarter, though, $13,600 per car was paid by other manufacturers, who are going to pass at least some of that cost on to buyers of their products. Folks in the new car market are likely paying a bit more

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

than simply the direct tax subsidy.  So basically if you buy a real car in California, youre subsidizing  Tesla's crony capitalist vehicles for celebs. This makes Musks campaign for direct sales hypocritical. Hes only against restrictive government monopolies that hurt consumers when hes not the one profiting from them.  More to the point, Tesla doesnt have a business model for selling cars, but for selling emission credits. Tesla isnt a car company. Its an ecoscam rent-seeking company using the Global Warming myth to profit from government regulation and confiscation. Like a lot of eco businesses, it exists to profit from Global Warming regulations, rather than to sell a product on its own merits.

## Fun with "Wild Conjecture"!

As the wheels come off the taxpayer cash rigging cases, the need for resolution has increased.  It is, after all, a Sequester period, and investigators are getting their budgets cut. They may need our readers help.   We are getting so many emails and comments from readers with ideas on what really happened that we thought it would be helpful to share, in case it inspires the investigators.   The winning theory, when it is all proven out, will get a package of free t-shirts. Send in your ideas:   From Tom K- "I think that Kleiner and Westly and the Silicon Valley cartel told the White House that if they give them control of the Cleantech industry, cut out all competitors and provide incentives that give them non-tax visible cost merits that they will deliver the votes and pay for the election."  Andrea says- "Goldman Sachs ran this whole thing along with Deloitte to take over the Lithium fields in Afghanistan and make trillions of dollars by controlling the critical lithium markets."  Deeley says- Detroit Unions got in bed with John Doeer and made a deal with the devil to pay back Detroit Management, tied to voter turnout."  Peter L- "I work in DC, everybody thought it was weird that Rattner, Axelrod, Rahm all quit at about the same time, right after all these deals were put together."  Anson- "Just get a piece of paper and draw lines between all of the names and bankers that occur over-and-over in all of this and their companies and lobby groups. it will then be obvious to a 14 year old what happened. Cash, greed and ego."

## Overwhelming disdain of market corruption by billionaires follows Fisker hearing.

 Overwhelming disdain of market corruption by billionaires follows Fisker hearing.    In the days following the Fisker hearing nearly a thousand articles, and counting, have emerged condemning the buying of the auto market by billionaires and corrupt politics. Tens of thousands of reader comments show that the American public has had it with unfair fixing of markets by the 1% ego-driven Stanford men who tried to control the next auto opportunity. The billionaires have been shown to be more concerned about their personal image more than the needs of the consumer. Building rich-boy jock-cars and avoiding the family SUV that is so strongly demanded.  It has now been revealed by emails, letters and daily increasing volumes of evidence that these elite billionaires paid to get their companies favored, to get their competitors cut-out of the process and to buy the perception that they were "Winning".

## How Fisker and Tesla backers killed the new American auto industry on purpose.

How Fisker and Tesla backers killed the new American auto industry on purpose.  Caller reporters are now saying: Nobody starts car companies. It just isn't done. Detroit has a perfect track record of killing off any company that tries it. But this time Detroit let the backers of Fisker and Tesla do the killing off.  Now that Tesla and Fisker backers and founders are caught, their hired blogger shills have been told to say that the Oceans-11 DOE insiders "tightened up" after Tesla and Fisker but that proves that DOE staff knew that Tesla and Fisker were no-good, scammed-up applicants from the beginning and that "tightening up" means cutting off all competing small company applicants per orders from Tesla and Fisker backers.  The "tightening up" has now been proven to NOT have taken place AFTER Tesla and Fisker but CONNCURRENT with Solyndra, Tesla and Fisker. Evidence

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

has proven that Tesla and Fisker got red-carpet treatment while, at the SAME EXACT TIME, all independent company applicants got massively different paperwork, intentionally delayed responses, changed review results, faked review results, no staff meetings, no help, no support, and none of the special treatment that Fisker and Tesla got.  When the LG and ATVM programs were put in place, a significant group of new car companies were able to get funded for the first time in history since Detroit was inaugurated.  When Detroit realized this, they wanted the ATVM and LG programs shut down. They only needed to incentivize Tesla and Fisker backers to do the job for them.  Companies with proven, job-creating, problem-solving car engineering launched or expanded based on Washington assertions that they had a fair chance of receiving that funding. Alas, Tesla and Fiskers backers rigged the program to let themselves in and then slam the door on all other applicants to stop competitors they likely would not be able to compete with in a fair fight. There was no tightening up because every applicant has now reported that they were intentionally jog-jammed, intimidated, ignored and gauntlet-run in a manner designed not to tighten but to terminate.

# Stock Market Says Tesla Is Hanging By A Thread unless Kliener is running Flash Boy tricks

Tesla: The Good, The Realistic And The Ugly Outlook by Odysseus | about: TSLA  Why is Tesla (TSLA) currently trading at an average volume of 2.5 million shares and above $50 per share when they have yet to post a single positive quarter? Their goal is to capture 1% of the luxury market share in 2013 and 2% in 2014 (according to their investor presentation). Some may deem these 40-50% growth goals very hard to reach due to a limited market worldwide for luxury cars and the amount of established competition. There is also growing competition from new international car companies competing in all market segments, with a work force that is paid much less than the domestic employee and the ability to adapt (some may say copy) existing technology.  What the Tesla Bulls are Betting On  In 2013 Tesla is targeting to ship 20,000 units, at a very high 10-15% operating margin rate. This is a very hard margin rate to achieve these margins in the automotive industry, especially when the major companies are operating at these margin rates:  Ford (F) ~5% Toyota (TM) ~5% Volkswagen ~6% Tata Motors (TTM) 9% Daimler ~7% Audi ~12% Porsche >15%  Lets assume they somehow hit their high-end target of 15% margin and also assume the high-end average of $100k sale price per car. Doing the simple math the profit would be roughly $15k per car, and multiplied by 20k units, that is $300 million in profit. Now lets assume a loss of 2.5% due to taxes and expenses before getting to the net profit (industry margin rates). That leaves a profit of $292.5 million and dividing it by the estimate of outstanding shares at the end of 2013 (at current outstanding share growth, assume 125 million shares), thus roughly $2.34 earnings per share. So at this growth rate and future advertised growth rate of 40 to 50%, the market will probably peg the stock at a P/E of 40-50, putting the share price at $93.6 to $117. Then in 2014 if they reach their shipping goal of 30k units, the growth rate will decrease to 30% and market will drop their P/E to 30-40 which will put the price at about $90-120 per share.  The Realistic Outlook  Based upon the competition in the automotive industry, emerging alternative fuels, hybrids vehicles and limited luxury market, the realistic outlook should be a 20-30% growth rate on the high end of estimates. If in fact the growth rate falls into the 20% range the market will most likely start trading the stock not as a startup, but as an established company with an industry perform or industry outperform growth rate. Currently established companies with growth rates at the top of their industries are trading anywhere from a price per earnings of 15 to 25. So lets look at the "units shipped forecast" under a realistic outlook:  2013 ~ 16-20k 2014 ~ 22.4-28k (40% growth) 2015 ~ 30k (20% growth)  So taking the realistic 2015 outlook and saying they remain somewhere in the high teens for margin (assume 17.5%) that leaves a $525 million profit and a approximate net profit of about $512 million in this scenario. Taking their outstanding share growth the projection at the end of 2015 should be about 145 million shares, leaving an earnings per share of $3.53. If the market awards Tesla with a high end price per earnings of 20, that will put the stock $70.6 per share. If the competition becomes too great or the margins slip, it will probably go down to trading between a P/E of 10 to 15, putting the stock at a $35.3 to $52.95 per share range.  My Ugly Prediction  The following prediction is based upon a lot of assumptions, uncertainties and

THE BOOK OF TESLA Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

questions that I hope you can answer in the comments field.  The Lithium Ion Battery Evaluation  Industry experts have said that lithium batteries have not advanced at a fast enough pace to warrant them the battery of choice for the future. According to Fred Schlacter, a lithium-ion battery expert and retired physicist from the U.S.-funded Lawrence Berkeley National Laboratory, "Significant improvement in battery capacity can only be made by changing to a different chemistry." (Washington Post Article ). So although Tesla is betting on this technology, there are a lot of industry experts that are not convinced that this technology can be expanded and a switch to a new chemistry might be made in the future. But can Tesla switch to a new technology in a short period of time and have enough cash to stay afloat while doing so? If a new technology comes out tomorrow you can bet companies like GM or Ford can put it into production a lot faster and more cost effective than a small start up can. In fact, the industry is already developing competing technologies. Companies are close to bringing Hydrogen technology to market (USA Today Article) as well as expanding the use of natural gas. For example, Clean Energy (CLNE) is establishing a large network of natural gas fueling stations to first support the trucking industry and in the future may try to bring these stations to the domestic car market (CLNE expanding with partners like UPS). So how certain is Tesla that its rush of orders are not mainly for enthusiasts who want to own the next new adult toy? Once a new technology comes out and offers a greater range from an alternative energy choice, will Tesla be able to keep the luxury market interested in its older lithium ion technology?  There has also been a lot of safety incidents with the lithium ion batteries from overheating in cars and airplanes. After the regulators grounded the Boeing 787 Dreamliner due to overheating Lithium Batteries, Mr. Schlacter added, "Smart people have been working on this for 10 years already and no one is close to a new kind of battery," (Reuters Article). To some experts this type of energy source seems to be at a dead end for growing capacities. A couple questions that should be on an investor's mind is will this technology continue to have safety issues and how long will it be a viable source of energy?  In this Science Daily article, the life of a lithium ion battery is currently 5-20 years and declines in weather that is above 86 degrees Fahrenheit. Elon Musk (Tesla's tweeting CEO) did announce a great battery warranty, but how long will that warranty last if most of these cars are driven in the high heat southern states and degrade in a short period of time?  The current cost of the batteries is also being subsidised by the government as alternative energy plants are being promoted. As the subsidies go down the cost may sky rocket, even though Mr. Musk says their margin rates (which he does not break down in their latest annual report) have little to do with government subsidies directly. However, the indirect subsidies to lithium manufacturing plants might disappear and who knows how hard that will hit Tesla's margin rates. In 2009, the federal stimulus package dumped $2 billion in battery plants but the results have been mixed. One company, A123 Systems, went bankrupt. It's still making batteries but now it's owned by a Chinese company. LG Chem, a South Korean company, got millions to build a battery plant in Holland, Michigan, but so far it's sitting idle and hasn't made any batteries. (NPR Article)  Taking these facts into account the outlook for the lithium battery car market is volatile. The government will most likely not continue to "dump" money into plants who sit idle and without the government's support it will be harder for Tesla to keep driving costs down on their batteries and improving their margin rate. This is also a cause for concern in the future as the real money is in the ability of Tesla to keep trimming costs and bring the prices down to the everyday consumer. But this will be next to impossible if they cannot keep driving down the cost of the lithium ion batteries.  We also have to take into account supply and demand. If pure electric cars like the Nissan Leaf and hybrids like the Prius (52 mpg at a base price of under 25k) become more popular the demand for lithium ion by all of the major manufacturers will go up and Tesla will most likely not be able to get more favorable pricing. Their volumes in the next several years will still put them at the bottom of the pecking order against the big car companies. Lastly, the Tesla bulls seem to be forgetting to look at the domestic and global recovery. The government subsidies tend to go away once the economy strengthens and the market uses more goods when the economy improves. As seen by the Dow Jones and S&amp;P Charts over the past several quarters, a lot of investors are betting that the economy is growing stronger and that the global economy is also turning around. As companies feel safer to spend their stock piles of cash, the run on lithium ion based products throughout the many different industries that use it can increase the battery pricing enough to significantly hurt Tesla's margins.  Furthermore, many volume based agreements in the automotive industry are tied to price indices of all sorts including labor, metal and raw goods indices. When the global market picks up and demand for labor and raw goods increases the suppliers will use their indices tied contracts to raise prices for their goods. Tesla will not have much room to push back as they are a very small player that is in the back of the line when it comes to favorable pricing, which is always given to the bigger consumer of goods, i.e. the GMs and Ford's of the world. The Market for Tesla  So what is the current (luxury) market size that Tesla is competing for? A recent Wall Street

THE BOOK OF TESLA  Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Journal article has this estimate in it:  (click to enlarge)  What can we infer from this chart? Domestic market in 2002 was 1,670k units in 2012 its 1,700k units, a growth of only 2% over 10 years. In large part this was due to the recession, but what is to say another recession is not around the corner? The estimate for the next 8 years is 5% per year, with

 most of the growth coming from China. But this growth is very uncertain and this Warc.com article points out this uncertainty. Both of the afore mentioned articles state that the Chinese market is volatile due to their government and other factors. If we take China out of the equation and look at the next four top global luxury car consumers, the growth rate is projected to be 909k units or approximately at a snail pace of 3% per year. Although Tesla is experiencing a high growth rate since they started from a 0% market share and every new sale is taking a piece of the pie, the pie is a slow growing pie compared to other industries. So the initial wave of orders is exciting because the numbers represent a very deliciously growing piece of pie, but the growth will no doubt plateau. It will no doubt plateau because it seems as if the glutinous luxury market tend to try a new flavor and then go back to the traditional luxury brands that put out a new model every year. This statement can be validated by the fact that only a handful of luxury brands remain in the world.  There is also another market share concern that has yet to be mentioned and should be analyzed in a full Tesla analysis. This concern is how long will it be before the Chinese and the other dozens of Asian car companies copy this technology? Can Tesla compete with the additional taxes to export as well as the shipping costs in those markets? Or will they put out more shares and raise capital to try to build overseas factories?  It seems as if Tesla is the Guinea pig for the major manufacturers and if they show a profit quarter over quarter, how long before the major luxury makers with their versatile factories take the ion battery and adapt it to their luxury models? The Nissan Leaf has a long range and if Tesla has any success will Nissan and other manufacturers hesitate to put a bigger battery on a larger frame and put luxury features in the car? Tesla's price is highly dependent on high margins, which can erode due to the uncertain lithium ion market and a high base selling price which can also erode as competition comes from every manufacturer.  Another criteria to look at when paying for a premium item is its payback period versus an item with the same functionality at a lower price. Tesla's payback period is growing every quarter as hybrids are toping 50 mpg (at $4 a gallon it would take about 100 years to payback Tesla's $50k premium versus a 40 mpg Lexus ES Hybrid) and thus it does not make sense for most families to get a Tesla if they do the math. This in turn limits the market again to individuals with a lot of cash to spend.  In conclusion to this lengthy diatribe, there are just too many obstacles and unknowns to pay $54 a share for a company that has not posted a positive quarter yet. I will only admit my assumptions are incorrect after three to four quarters of over 30% growth at high margin rates. I believe that it is a $30 to $40 stock and can grow further if they somehow can advance the technology and reduce the battery costs significantly to offer the everyday consumers a more affordable option. But right now I would be more inclined to bet on the Chicago Cubs winning the World Series than on Tesla sustaining its high growth rate. Disclosure: I am short TSLA. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article. All views are my own speculations and are not meant to influence the stock price.  http://m.seekingalpha.com/article/140054

## Investigations deepen on payoffs, influence buying, favors and exchanges

Every personal email, every business email, every phone call, every text, every meeting, every restaurant booking, every toll payment, every credit card purchase, every nearby security camera.... everything associated with every backer, banker and VC who was associated with each of the "winning" companies is being checked, cross-referenced and chronologically sequenced, according to special investigator Jeff Bloom. Research goes back past 2004, per Bloom.  The probes have gone deeper and extremely comprehensive in order to root out the people involved in the bribery and influence peddling associated with the "winners" of the ATVM &amp; LG funding programs.  Aware of such probes, the executives at each company are scrambling to grab as much as they can before it all crumbles under public scrutiny. Solyndra, Fisker, Abound and others have already gone under because of law and ethics enforcement efforts, more are soon to follow.  Multiple stings have been underway with recorded evidence piling up. Meetings with backers of car companies have been recorded. Here is just one example of the process and the increasing criminal charges:   May 8, 2013   State Senator Taped 7 Elected Officials in Corruption Inquiry  By THOMAS KAPLAN, MOSI SECRET and WILLIAM K. RASHBAUM

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

ALBANY — Former State Senator Shirley L. Huntley, a Queens Democrat, last summer recorded six state senators and a city councilman at the behest of federal prosecutors and the Federal Bureau of Investigation. According to a document released on Wednesday by a federal court in Brooklyn, Ms. Huntley invited the lawmakers to her home and then taped her conversations with them. Among those recorded were Senators Eric Adams of Brooklyn, Ruth Hassell-Thompson of Westchester County, José Peralta of Queens, Velmanette Montgomery of Brooklyn, John L. Sampson of Brooklyn and Malcolm A. Smith of Queens. Senators Sampson and Smith have been charged with corruption in separate cases.   Ms. Huntley also recorded a city councilman, Ruben Wills, of Queens, and two political aides, Curtis Taylor, a former spokesman for the Senate Democrats, and Melvin Lowe, a former Democratic campaign consultant.   The disclosure of the names comes days after federal prosecutors revealed in court papers that Ms. Huntley had made the recordings from June to August last year after she was approached by the Federal Bureau of Investigation about her alleged involvement in multiple criminal schemes.  Ms. Huntley was one of multiple elected officials whose conduct has been investigated by federal prosecutors. Mr. Sampson was accused on Monday of stealing more than $400,000 from foreclosure cases that he was handling as a court-appointed referee.   Federal prosecutors, arguing in court papers that the names should remain under seal, said on Tuesday that eight of the nine people recorded by Ms. Huntley were the subject of continuing criminal investigations. And while prosecutors said in court papers last week that the recordings of meetings she made with Mr. Sampson and two other elected officials did yield evidence useful to law enforcement authorities, it was unclear whether that evidence incriminated those people or others, or was evidence that a crime was committed.   The disclosure of Ms. Huntleys attempts to cooperate with law enforcement was a jarring one for a state capital that has been rocked by scandal in recent weeks. Just last month, federal prosecutors revealed that a Democratic assemblyman from the Bronx, Nelson L. Castro, had also made secret recordings for law enforcement – meaning that federal authorities in two different jurisdictions, Brooklyn and Manhattan, had state lawmakers making recordings for them.   Ms. Huntley, who lost a primary election last year, pleaded guilty in federal court in January to embezzling more than $87,000 in taxpayer money from a nonprofit agency that she ran. Despite the recordings she made, federal prosecutors ultimately decided not to enter into a cooperation agreement with her because she provided answers which were false, implausible and inconsistent in debriefings with the government, according to court papers.   Court papers filed last week by Ms. Huntleys lawyer, Sally Butler, identified the nine people she recorded. The filing was made under seal, but members of the press petitioned the court to make the filing public. A judge, Jack B. Weinstein of Federal District Court in Brooklyn, agreed on Tuesday to unseal the documents, and he unsealed them at 2 p.m. on Wednesday. Thomas Kaplan reported from Albany, and Mosi Secret and William K. Rashbaum from New York.

## How DOE staff and Public Policy Staff in Washington Were Bribed:

How DOE staff and Public Policy Staff in Washington Were Bribed:  Jack Abramoff: The lobbyist's playbook Jack Abramoff, the notorious former lobbyist at the center of Washington's biggest corruption scandal in decades, spent more than three years in prison for his crimes. Now a free man, he reveals how he was able to influence politicians and their staffers through generous gifts and job offers. He tells Lesley Stahl the reforms instituted in the wake of his scandal have had little effect.   --------------------------------------------------------------------------------

## The following is a script of "The Lobbyist's Playbook" which aired on Nov. 6, 2011.

''Jack Abramoff may be the most notorious and crooked lobbyist of our time. He was at the center of a massive scandal of brazen corruption and influence peddling.  As a Republican lobbyist starting in the mid 1990s, he became a master at showering gifts on lawmakers in return for their votes on legislation and tax breaks favorable to his clients. He was so good at it, he took home $20 million a year.  Jack Abramoff: Inside Capitol corruption

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

How corrupt is lobbying in Washington, DC? Enough to get "60 Minutes" correspondent Lesley Stahl angry when she hears how Jack Abramoff bribed and influenced legislators.  It all came crashing down five years ago, when Jack Abramoff pled guilty to corrupting public officials, tax evasion and fraud, and served three and a half years in prison.   Today he's a symbol of how money corrupts Washington. In our interview tonight, he opens up his playbook for the first time.   And explains exactly how he used his clients' money to buy powerful friends and influence legislation.   Jack Abramoff: I was so far into it that I couldn't figure out where right and wrong was. I believed that I was among the top moral people in the business. I was totally blinded by what was going on.  Jack Abramoff was a whiz at influencing legislation and one way he did that was to get his clients, like some Indian tribes, to make substantial campaign contributions to select members of Congress.  Abramoff: As I look back it was effective. It certainly helped the people I was trying to help, both the clients and the Republicans at that time. Lesley Stahl: But even that, you're now saying, was corrupt?  Abramoff: Yes.  Stahl: Can you quantify how much it costs to corrupt a congressman?  Abramoff: I was actually thinking of writing a book - "The Idiot's Guide to Buying a Congressman" - as a way to put this all down. First, I think most congressmen don't feel they're being bought. Most congressmen, I think, can in their own mind justify the system.  Stahl: Rationalize.  Abramoff: -- rationalize it and by the way we wanted as lobbyists for them to feel that way.  Abramoff would provide freebies and gifts - looking for favors for his clients in return. He'd lavish certain congressmen and senators with access to private jets and junkets to the world's great golf destinations like St. Andrews in Scotland. Free meals at his own upscale Washington restaurant and access to the best tickets to all the area's sporting events; including two skyboxes at Washington Redskins games.  Abramoff: I spent over a million dollars a year on tickets to sporting events and concerts and what not at all the venues.   Stahl: A million dollars?  Abramoff: Ya. Ya.  Stahl: For the best seats?  Abramoff: The best seats. I had two people on my staff whose virtual full-time job was booking tickets. We were Ticketmaster for these guys.  Stahl: And the congressman or senator could take his favorite people from his district to the game--  Abramoff: The congressman or senator uh, could take two dozen of his favorite people from their district.  Stahl: Was all that legal?   Ira Rosen is the producer.  Abramoff: We would certainly try to make the activity legal, if we could. At times we didn't care.  But the "best way" to get a congressional office to do his bidding - he says - was to offer a staffer a job that could triple his salary. Abramoff: When we would become friendly with an office and they were important to us, and the chief of staff was a competent person, I would say or my staff would say to him or her at some point, "You know, when you're done working on the Hill, we'd very much like you to consider coming to work for us." Now the moment I said that to them or any of our staff said that to 'em, that was it. We owned them. And what does that mean? Every request from our office, every request of our clients, everything that we want, they're gonna do. And not only that, they're gonna think of things we can't think of to do.  Neil Volz: Jack Abramoff could sweet talk a dog off a meat truck, that's how persuasive he was.  Neil Volz was one of the staffers Abramoff was talking about. He was chief of staff to Congressman Bob Ney, who as chairman of the House Administration Committee had considerable power to dispense favors. Abramoff targeted Volz and offered him a job.   Stahl: You're the chief of staff of a powerful congressman. And Jack owns you and you haven't even left working for the congressman.  Volz: I have the distinct memory of, you know, negotiating with Jack at a hockey game. So we're, you know, just a few rows back. The crowd's goin' crazy. And Jack and I are havin' a business conversation. And, you know, I'm-- I'm wrestlin' with how much I think I should get paid. And then five minutes later we're-- he's askin' me questions about some clients of his.  Stahl: When you look back was that the corrupting moment?  Volz: I think we were guilty of engaging in a corrupt relationship. So there were several corrupting moments. There isn't just one moment. There were many.  Abramoff: At the end of the day most of the people that I encountered who worked on Capitol Hill wanted to come work on K Street, wanted to be lobbyists.  Stahl: You're telling me this, the genius of figuring out you could own the office by offering a job to the chief of staff, say. I'm having two reactions. One is brilliant. And the other is I'm sick to my stomach.  Abramoff: Right. Evil. Yeah. Terrible.  Stahl: 'Cause it's hurting our country.  Abramoff: Shameful. Absolutely. It's the worst thing that could happen. All parts of the system.  Stahl: I'm mad at you.  Abramoff: I was mad at me--  Stahl: I'm not kidding. I'm not kidding.  Abramoff: Look I did things and I was involved in the system I should not have been in. I'm ashamed of the fact I was there, the very reason why now I'm speaking about it. And now I'm trying to do something, in recompense, is the fact that I thought it was-- it was wrong of me to do it.  One of the offices he keyed on was that of his good friend, the Majority Leader Tom Delay, eventually hiring his deputy chief of staff and his press secretary, and going into business with Delay's chief of staff.  Stahl: Did you own his staff?  Abramoff: I was as close to his staff as to any staff. I had a very strong personal relationship with a lot of his staff.   Stahl: How many congressional offices did

THE BOOK OF TESLA, Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

you actually own? Abramoff: We probably had very strong influence in 100 offices at the time. Stahl: Come on. Abramoff: No. Stahl: A hundred offices? Abramoff: In those days, I would view that as a failure. Because that leaves 335 offices that we didn't have strong influence in. Stahl: Did he own you? Bob Ney: Oh, I don't believe Jack Abramoff owned me. But were we involved in the culture of corruption together? Absolutely. Former Republican Congressman Bob Ney was ambitious and looked at Abramoff as a way to build alliances with the White House and the majority leader. Ney: I wanted to be speaker of the House and Jack Abramoff was the beautiful light of day for me to get to the person who I had had some conflicts with, Tom Delay. Abramoff began inviting Ney on golf trips including one to Scotland and to his restaurant Signatures, where Ney was given food and drinks on the house, a violation of the congressional gift limit laws. Ney says he was hardly the only one crossing the line. Ney: But I will still tell you, at that point in time, in order to get a drink at Signatures you had to shove White House staffers of George Bush the heck away from the bar. And it was packed with people. And there were members. Now that doesn't mean everybody did everything for Jack. But if you wanna talk about strict interpretation of violation of the-- of-- of the laws of drink and food, Katey bar the door, she was wide open, two shotguns blarin'. After months of taking handouts, Ney was approached by Neil Volz, his former chief of staff, by then a lobbyist for Abramoff. Volz: I let you down man and I'm sorry... Volz asked Ney to insert some language into a reform bill that would give a backdoor license to an Indian casino owned by one of Abramoff's clients. You often hear about lobbyists getting special secret deals for their clients like this. It's an insidious technique that Abramoff perfected. Abramoff: So what we did was we crafted language that was so obscure, so confusing, so uninformative, but so precise to change the U.S. code. Stahl: Here's what you tried to get tacked on to this reform bill. Abramoff: Yeah. Stahl: "Public law 100-89 is amended by striking section 207 (101 stat. 668, 672)." Abramoff: Right. Now isn't that obvious what that means? It was perfect. It was perfect. Stahl: So that's what you tried to get inserted? Abramoff: Yes. Stahl: And that was gonna provide for a casino? Abramoff: Yes. Stahl: And who on earth is gonna know that? Abramoff: No one except the chairmen of the committees. Stahl: Who stuck it in there? Abramoff: Yes. Stahl: And that's one of the things you used to do? Abramoff: Yes. Stahl: And it was deliberately written like that? Abramoff: Precisely. Yes. Stahl: And that's done a lot? Abramoff: Members don't read the bills. Stahl: You didn't

even know what it was for? Ney: Had no idea. And then when we got the written language-- Stahl: Well-- why didn't you know what it was for? Ney: I didn't-- I didn't care. Stahl: Oh! Ney: It was a great big shell game. And I was in the middle of it, whether, you know, knowing or not. I-- I was dumb enough to not say, "What's this thing do   Ney would eventually serve 17 months in federal prison, the only congressman who was ever charged in the scandal. But Abramoff says that there were many other members that did his bidding that could have been charged. Stahl: Was buying favors from lawmakers easy? Abramoff: I think people are under the impression that the corruption only involves somebody handing over a check and getting a favor. And that's not the case. The corruption, the bribery, call it, because ultimately that's what it is. That's what the whole system is. Stahl: The whole system's bribery? Abramoff: In my view. I'm talking about giving a gift to somebody who makes a decision on behalf of the public. At the end of the day, that's really what bribery is. But it is done everyday and it is still being done. The truth is there were very few members who I could even name or could think of who didn't at some level participate in that. Abramoff prided himself on being a man who did good. He was devoutly religious and exorbitantly charitable and he says he gave away 80 percent of his earnings. When he fell from grace, his reputation was in tatters because it was not just that he had corrupted Congress - it was found he had cheated his clients, like the Indian tribes. Abramoff: Most of the money I made I gave away, to either communal or charitable causes. So I thought frankly I was one of the most moral lobbyists out there. Things began to unravel for Abramoff when the Washington Post published a largely unflattering portrait of him in 2004, reporting that he charged his clients 10 times more than any other lobbyist in town. Abramoff: My first response was, "What's the big deal? I don't understand what this is about. This is what lobbyists do. What he didn't understand was the part that said he and a former aide to Tom Delay had overbilled four of his Indian casino clients by $45 million. In the end, he was brought up on federal charges of tax evasion and ripping off Indian tribes. On the day he went to court and pled guilty, Abramoff looked grim. The judge sentenced him to four years. Stahl: I really think what you were doing was-- was subverting the essence of our system. Abramoff: Yes. Absolutely right. But our system is flawed and has to be fixed. Human beings populate our system. Human beings are weak. Stahl: And you preyed on that? Abramoff: I did. I was one of many who did. I did. And I'm ashamed of that fact. He was sent to a medium security facility in Cumberland, Maryland. When he was released last June, he began working as an accountant at a kosher pizza parlor. Turns out Jack Abramoff was broke, partly because he is

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

paying off nearly $24 million in restitution to the Indian tribes. Today he lives in his old house in Maryland with his wife, five children and the two doberman pinschers Mrs. Abramoff bought to protect the family while he was away.  After the scandal, Congress instituted a package of reforms, making what Abramoff did - like plying members of Congress with free expensive meals - illegal. But he doesn't see the new reforms as being very effective.  Abramoff: The reform efforts continually are these faux-reform efforts where they'll change, they'll tweak the system. They'll say, "You can have a meal with a congressman if they're standing up, not sitting down."  Stahl: Is that serious? Or are you joking?  Abramoff: Oh no, I'm not joking at all.  Stahl: So, it's okay if you pay for lunch as long as you stand up?  Abramoff: Well, it's actually worse than that. You can't take a congressman to lunch for $25 and buy him a hamburger or a steak of something like that. But you can take him to a fundraising lunch and not only buy him that steak, but give him $25,000 extra and call it a fundraiser. And have all the same access and all the same interaction with that congressman. So the people who make the reforms are the people in the system.  Stahl: Could you do the same thing today? I'm asking you whether you think the system's been cleaned up?  Abramoff: Could do the same thing that I? Yeah. No, the system hasn't been cleaned up at all.  Stahl: At all.  Abramoff: There's an arrogance on the part of lobbyists, and certainly there was on the part of me and my team, that no matter what they come up we, we're smarter than they are and we'll overcome it. We'll just find another way through. That's all.  He says the most important thing that needs to be done is to prohibit members of Congress and their staff from ever becoming lobbyists in Washington.   Abramoff: If you make the choice to serve the public, public service, then serve the public, not yourself. When you're done, go home. Washington's a dangerous place. Don't hang around.   Former Congressman Bob Ney now works part-time as a radio host.  His former chief of staff Neil Volz is currently working as a night janitor at a Florida restaurant.'' And Jack Abramoff has written a memoir called "Capitol Punishment."  © 2011 CBS Interactive Inc.. All Rights Reserved.    Read more: http://www.cbsnews.com/8301-18560_162-57319075/jack-abramoff-the-lobbyists-playbook/#ixzz1czFLMSme

## Running the Scam

What happens when you get:  Free "loans" from taxpayer money acquired by submitting manipulated applications. Competitors artificially blocked using taxpayer resources. Tax credits from taxpayers to artificially reduce the price of your goods when your competitors do not get it. Tax credits from taxpayers to build your factory cheaper when your competitors do not get it Tax credits from each taxpayer for each car sold to be paid back to you for being green when your competitors do not get it. Inflated stock scores on the taxpayer supported public stock exchange created by inflating results using tax credits and investors-acting-as-buyers. Tax loss postings in annual tax filings for investors of the company who gain profits by reporting losses. Personal manipulation of the process in disfavor to the taxpayer and in unjust reward to the manipulating entity.  ??  You get a liability situation in which any taxpayer can sue for just cause, any company can sue for just cause, any state can sue for just cause or any citizens group can sue for just cause.. and win.  Tesla, Nissan &amp; Ford are now at HUGE risk to be caught and reamed according to Detroit News Reporter B. Brown.

## Another day, another corruption failure... VPG

And now!!!: VPG, Vehicle Production Group...  http://jalopnik.com/yet-another-government-backed-car-company-has-failed-496459146  http://www.detroitnews.com/article/20130508/AUTO01/305080410/1121/auto0101/Michigan-auto-startup-suspends-operations  It simply isn't possible for the largest taxpayer give-away in automobile history to have occurred which caused more relative failures in the automobile industry, or any other industry relative to a giveaway, than ever in history; unless there was corruption...There is no other possible explanation. The "odds of doing business" arguments of some simply do not possibly add-up.   Another Obama fundraiser is investor in car company that won federal loan  By Carol D. Leonnig,October 28, 2011  In this May

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

26, 2010, photo, President Obama, center, is given a tour of Solyndra by Executive Vice President Ben Bierman, right, as Chief Executive Officer Chris Gronet, left, walks along at Solyndra Inc. in Fremont, Calif.  In this May 26, 2010, photo, President Obama, center, is given a tour of Solyndra (Paul Chinn/AP )  An investment firm whose vice chairman has been an adviser and fundraiser for President Obama saw one of its portfolio companies win approval this year for $50 million in loans from the administrations clean-energy loan program.  Washington-based Perseus says its affiliation with James A. Johnson, a major fundraiser for Obamas campaign, played no role in persuading the Energy Department to award the loan to Vehicle Production Group, a Miami start-up that is manufacturing wheelchair-accessible cars and taxis.  Johnson headed Obamas vice presidential selection committee in 2008 and is the former chairman of housing mortgage giant Fannie Mae. He was listed as a campaign fundraising bundler for Obama in the 2008 race, according to the Center for Responsive Politics, and committed to raising $200,000 to $500,000 for the upcoming presidential race.  Johnson could not be reached for comment Thursday. Perseus Chairman Frank Pearl said in an interview that it is an absurd idea to think that Johnsons political connections helped the Miami company.   I doubt there was anybody at DOE that even considered the fact that Jim was part of this firm. We went straight through the proper channels of the [loan] program, he said.  Department spokesman Damien LaVera said in a statement Thursday that the decision to provide the Vehicle Production Group a loan was made based on the merits after more than two years of review by officials in the DOE loan program.  Republicans have criticized the administration for what they say is a pattern of loan assistance going to politically connected clean-energy companies. Recently, they expanded their investigations of loan guarantees to other companies whose investors include Democratic contributors.  Both the White House and the Energy Department have said that no such pattern exists and that all decisions were decided on merit.  A nine-month House investigation of the loan guarantee program has largely focused on the Obama administrations first clean-energy loan: $535 million to solar start-up Solyndra, a now-shuttered company whose lead investors were funds tied to George Kaiser, an Obama fundraising bundler and Tulsa billionaire.  The Energy Department ignored numerous warnings that the companys finances were shaky and rushed to approve the Solyndra loan; now taxpayers are obligated to repay the money. The head of the loan program, Jonathan Silver, resigned this month, weeks after the head of the House investigative committee called for him to be fired.  In recent weeks, Republican lawmakers have widened their scope to more deeply probe $1 billion in loans approved by the same program to electric auto makers Fisker Automotive and Tesla Motors.  On Wednesday, a congressional committee chairman asked the Energy Department for documents concerning its decision to offer a $730 million loan to a U.S. subsidiary of a steel-making company run by the second-richest man in Russia.  The loan was for Severstals North American operation to upgrade a Dearborn, Mich., plant to supply the auto industry. Rep. Darrell Issa (R-Calif.), chairman of the House Committee on?Oversight and Government Reform, asked Energy Secretary Steven Chu to explain why the firm merited taxpayer-backed financing considering the financial mishaps and global standing of its parent company.  In the case of the Vehicle Production Group, the Energy Department conditionally offered the start-up its low-cost, government-backed financing last November. Chu announced the agencys formal approval in March.  Perseus has been the leading investor in VPG since 2008. Pearl said he became interested in the companys concept because of its reliance on compressed natural gas and its unique niche — the first vehicle designed for wheelchair accessibility. He was a longtime friend of VPGs president, Fred Drasner, a former owner of the Washington Redskins and a former co-publisher of the New York Daily News.  Its a fabulous car, Pearl said, adding that the department was looking for a compressed natural gas project to back. Its the only one purpose-designed and purpose-built to serve the needs of people in wheelchairs. Pearl said he took on the role of pursuing the loan for the company while Drasner and his team focused on marketing and car production.  Another investor was Clean Energy Fuels, a firm focused on using natural gas for transportation led by longtime Republican T. Boone Pickens.  Perseuss vice chairman was Johnson, who joined the firm in 2001 but is better known as a fixture in Democratic politics for the past three decades. He served as manager of Walter Mondales unsuccessful 1984 presidential campaign and chaired the vice presidential selection committee for John F. Kerrys White House campaign.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## TESLA PR Manipulation BS!- Some of the more outstanding lies...

   TESLA PR Manipulation BS!   -    Some of the more outstanding lies...   - Musk misrepresents status of Tesla in DOE application.  - Tesla says "Germany passed Tesla as safe" after NO credible safety study conducted by Germany, while trying to hide fact that U.S. Investigators published huge demand letter for safety data, online in U.S.A. and actual investigation is only getting started.  - Tesla avoiding any public comment on massive number of fraud lawsuits underway.  - Tesla avoiding any public comment on OSHA investigations underway and multiple injured workers.  - Musk said "he" started NHTSA investigation when NHTSA said he lied about that.  - Musk said Tesla exceeded NHTSA safety test when NHTSA says he made up numbers.  - Musk says staff and VC's "retiring" when they actually quit!  - Tesla avoiding any public comment on media charges of manipulation of books via credits-faked -as-revenue.  - Tesla avoiding commenting on the Tesla driver charged with Manslaughter in 2 killed with Tesla.  - When all other car makers did voluntary recalls for fires, Tesla refused.  - No comment from Tesla on charges of booking dealer show-cars and investor perk-cars as "sales".  - Tesla ordering paid stock bloggers to shill up stock without any comments on outstanding issues.  (Others can keep adding to this list)...   Emery- ChiTri ---------------------------------------------------------

Carlos Wetherby reported today that Tesla released it's financial reports but refused to disclose key information. Tesla has now refused to disclose:  1. How many "owners" of Tesla are it's own investors and associates in order to artificially increase volume numbers.  2. How many reservations have been cancelled.  3. Why Tesla forecasts a loss in the immediate future.  4. Why Tesla SEC reporting shows that orders will DECREASE.  5. How many repair requests have been submitted.  6. How they calculated indexed tax credits by using unused credits.  7. What % of calculated revenue was based on one-time tax credits from a deal that was made with a compensated government official in Sacramento?  =====================================

CHALLENGE  : TO ALL REPORTERS AND MEMBERS OF THE PUBLIC WITH A STREAMING SMARTPHONE:  Catch Elon Musk on camera and make him answer the above questions. Find the next call-in show he is going to be live on, or the next convention or other PR gig he has his PR company promote him on and put these questions to him point-blank on camera. The first reporter, or private individual, to pull this off gets 10 T-shirts.  The smoke is in the wind...


## How Tesla Buys a Consumer Reports Positive Rating

When a group spends millions of dollars a month buying influence, buying silence, buying "reporters", bloggers and IR shills, it is very easy to get the 5 individuals that write Consumer Reports material to steer that material says Tony K. of The NYT. You will do anything to get good reviews when your company is under federal investigation he says.


## By Driving a Tesla you are supporting, and involved in, ORGANIZED CRIME.

By Driving a Tesla you are supporting, and involved in, organized crime. By Stanly W., Former Tesla Employee, Fremont California  As the weekly revelations emerge on the rigging of the DOE funding by the backers of a few insider car companies, any Tesla owner needs to make a decision. As the owner of a Tesla, you must now be aware of the nearly ten thousand news stories over the last 5 years documenting the cronyism, insiders, organized crime manipulations to acquire the tax dollars of the American public and artificially control the market via bribery and influence trading.  There is nothing novel or new about the electric car, it has been around since the

THE BOOK OF TESLA  Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

1800s and Detroit Electric, GM and many companies have been selling far more novel electric cars for nearly a century. The only point you are making by driving a Tesla is that you are either rich and too stupid to read the news or you are corrupt and part of the crime. (Many Tesla investors were told to buy  Tesla's to create a fake volume of orders.)   It has taken Tesla ten years to sell a few thousand electric cars, ZAP Motors in Santa Rose has sold many, many times more electric cars in a vastly shorter time with vastly, vastly less money in investments. Tesla, and Tesla owners, should be ashamed of how few cars have been sold, after so many years, and so much money of trying, "YOUR" taxpayer money given to a billionaire, who did not need it, in order to trick the stock market into thinking there was something there.  A number of consumer groups have national and international campaigns underway to inform every Tesla owner in the world about what Tesla really is. Tesla spends millions of dollars a month buying reporters, bloggers and news stories. Elon Musk spends over $320,000.00 a cycle buying PR services, GQ articles, 60 Minutes glory stories, etc. about himself, personally. Do you want to be told what to think by a PR machine or can you think for yourself? Can you look at the vast set of facts on this site, and hundreds of other of sites, and see the plain truth?  You saw the FBI kick in the doors at Solyndra on national TV, down the street from Tesla. You know that much, much more is going to come out. What has already come out is obvious to the prudent observer.  Federal investigators have been stonewalled, or ordered to put their investigations into slow-motion, in order to avoid embarrassing certain people. This is no longer tolerable. Buying justice or buying a lack-of-justice is really not how America was set-up.  You can buy many lower cost, more dependable, less likely-to-catch-on-fire electric cars than the Tesla, today, right now. You can buy cars from Ford, KIA and many other big companies that look just like a Tesla for $100K less. The only reason to buy a Tesla, now, is to tell the world that you are rich and crooked or rich and really, really ignorant of the news.    What is the solution:   Give your car back. Cancel your reservation. Dont buy one. Demand indictments from Congress.


## Tesla Lied About Profits: Business Insider


  Sorry, But  Tesla's Only Profitable Because Of Your Tax Dollars    Craig Pirrong   Yesterday 1:37 AM   Electric vehicle manufacturer  Tesla's stock  has rocketed up after the company reported positive earnings and operating cash flow for the first quarter. The stock had been heavily shorted, and short covering evidently fuelled the stocks take-off.  Color me sceptical. The company was heavily shorted for good reason, and is even more ripe for shorting after the run-up. (Personal opinion. Not investment advice. Youre on your own about that.)  For one thing, although operating results did improve from the (really terrible 3/4Q12), the much hyped earnings number was put into positive territory by two items: a write-down of a warrant that Tesla granted the U.S. Department of Energy as part of a $465 million DOE loan to the company, and FX gains (mainly on yen). Not repeatable. And the first seems highly dodgy to me — a squishy number based on an assumption that Tesla will be able to pay off Im also sceptical because of the near miraculous nature of the turnaround. Mere months ago, the company was in dire straits:  Its a lucky thing for Tesla Motors shareholders that the U.S. Department of Energy loves the companys loan applications.  Without the hundreds of millions of dollars Tesla has received from the federal government this year, the electric-car makers financials would be gasping for air as 2012 winds down.  Given the ugly state of  Tesla's finances — and the companys sky-high valuation: almost $4 billion — it will rank among the top candidates in Silicon Valley for a 2013 stock collapse, unless it receives significantly more cash next year. I get a whiff of a company that needed a miracle to stave off disaster. Maybe it got one, but I am always sceptical of miracles whenever accounting is involved. And thats certainly the case here. The shorts have been bloodied, but theyll be back. Indeed, this seems like a typical battle in a war between a dodgy company and short sellers. But I am most sceptical because of  Tesla's not-really-founder-but-biggest-investor, Elon Musk. Mr. Musk is Occupys favourite crony capitalist. And Occupy is one of Mr. Musks favourite movements. Yes, once upon a time Musk started a real business, Paypal (NASDAQ:EBAY), that proved very successful without any government help. That was then, this is now.  Musk has three ventures: Tesla, SpaceX, and SolarCity (NASDAQ:SCTY). All are heavily dependent on government largesse.  Take Tesla for starters. It received the $465 mm loan from DOE, but it also benefits from a $7500/car federal subsidy for electric cars. Moreover, it benefits from the State of Californias Zero Emissions Credit program. In its infinite wisdom, CA mandated that all the major auto

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

companies sell a certain number of zero emissions vehicles. If they dont they have to buy credits from companies that do make them — namely Tesla. This was also essential in putting the company in the black in Q1, and the company is sitting on $250 mm worth of these credits.  IOW,  Tesla's profits are courtesy of you, the taxpayer — and also courtesy of the shareholders of Ford (NYSE:F), GM (NYSE:GM), Toyota (NYSE:TM), Honda (NYSE:HMC), etc.  Next consider SpaceX. This venture provides evidence of Musks love for Occupy: he has promised that this private space venture will go to Mars, and wears an Occupy Mars shirt to make the point.  It is also touted as a privately capitalised space venture, which it is, I guess, but it is also almost completely dependent on government contracts. The private money is attracted by the scent of public money. Sorry, but a company that is dependent on NASAs IV for support is not truly a private company: the company is basically a cutout between the investors and the taxpayers.  The company has not exactly covered itself in glory. It had serious trouble with its initial launches, including an embarrassing episode in which the ashes of Star Trek's Scotty, James Doohan, were on a SpaceX craft that didnt make it into space: it crashed instead somewhere in the South Pacific. Which I guess would have been great if James Doohan had starred in South Pacific. Dont worry, though. As a precaution, some of Mr. Doohans ashes were retained, and that part of the beloved actors remains did make it into space as he desired.  And speaking of Broadway and movie classics, Musk is auditioning for a role in a summer stock Music Man with his boosterism of SpaceX:  You dont have to be a believer in conspiracy theories to wonder why senior government officials are so committed to going the commercial route in space. Even a cursory review of SpaceX programs and plans reveals reasons for doubt. The questions begin with a business strategy that isnt just disruptive, but downright incredible. Mr. Musk says that he can offer launch prices far below those quoted by any traditional provider — including the Chinese — by running a lean, vertically integrated enterprise with minimal government oversight that achieves sizable economies of scale. The economies of scale are possible, he contends, because there is huge pent-up demand for space travel in the marketplace that cannot be met within the prevailing pricing structure. By dropping prices substantially, this latent demand can then be unlocked, greatly increasing the rate of rocket production and launches. When combined with other features of the SpaceX business model, the increased pace of production and launches results in revolutionary price reductions.  There isnt much serious research to demonstrate that the pent-up demand Musk postulates really exists, nor that the price reductions he foresees are feasible. He has suggested in some interviews that launch costs could decline to a small fraction of current levels if all the assumptions in his business plan come true, and he has posted a commentary on his web-site explaining how SpaceX is already able to offer the lowest prices in the business. Its hard to look inside the operations of a private company, but SpaceX does seem to be doing all the things necessary to minimize costs such as using proven technology, building as many items as possible in-house, and hiring a young workforce willing to work long hours. And to his credit, Musk has committed over $100 million of his own money to the venture. However, his rockets have major performance limitations compared with other launch vehicles in the market, and they are not yet rated as safe for carrying people. Becoming man-rated will necessarily increase the role of federal officials in monitoring SpaceX operations, which is not good news for a business model grounded in minimal government oversight (traditional launch providers say government regulations and overhead charges are a key driver in their own pricing policies).  Downright incredible sounds about right. It sounds like a con to me. Especially the whole economy of scale thing. Thats the kind of thing defence contractors say to get the government to buy more units of a plane or ship. Its not good economics.  And Musks winning personality was on display when questioned about SpaceXs launch failures:  Mr. Musk recently responded to a question from Space News reporter Amy Svitak about the two-year delay in accomplishing that second Falcon 9 launch by observing, In the space business thats on time. Perhaps he was irritated by the reporters implied criticism, but it goes without saying that if astronauts on board the space station are awaiting supplies, a prolonged launch delay could spell big trouble.  What a guy. Takes your money, and then gets peevish when you accuse him hes blowing it.  Then there is SolarCity, an installer of solar panels. The solar industry has raked in $4.1 billion of stimulus money, and the government thinks that SolarCity in particular has played fast and loose with the numbers to get more than it should:  Last July, federal investigators subpoenaed SolarCity, the largest installer of residential solar panels, as part of a probe into whether solar-power companies received excessive government grants. . . . .  Even before the Treasury Departments inquiry into grant applications filed by SolarCity and other installers, House Republicans had questioned the programs effectiveness in creating jobs. Congress declined to renew the grant program at the end of 2011, and only projects that were being planned by that date can receive grants today.  The government is looking into whether SolarCity and other firms misrepresented the fair-market value of solar systems in order to boost the value of the grants they received. In its suit, SolarCity says two of the companys subsidiaries received

THE BOOK OF TESLA, Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

smaller-than-expected grants. The company doesnt say exactly how much funding it applied for originally, but it says the final grants issued by the Treasury Department were $8 million less than was proper under the law.   But SolarCity is doubling down on the chutzpah, and suing the government, claiming the government has paid it too little!:  Now, SolarCity is pushing back with a lawsuit that alleges the opposite: some of the taxpayer-funded grants it received werent as big as originally promised.  The suit, filed quietly in February in the U.S. Court of Federal Claims, comes as SolarCity and other industry players are defending solar-friendly government policies, and it could undermine the industrys message that solar power will soon be viable without government help. Solar businesses have cratered around the world: China, Spain, Germany. The industry is addicted to government support.  Elon Musk has a plan to get rich. It involves you. The taxpayer. You pay taxes. The government gives huge dollops of that money to Elon. Elon gets rich. Who could possibly object? Who could deny Elons genius? He certainly thinks hes a genius. He has no

 hesitations in telling people so.  And there is a kind of perverse genius here. In the Age of Obama he has found the key to riches. Get in good with the government-by, you know, sponsoring an inaugural ball. And then let the government give you the goodies. Then sue the government if they dont give you enough goodies.  And then preen before the world, touting your genius-and your environmental credentials. (Pay no attention to that private jet behind the curtain!) (Musk quit the Zuckerberg-created immigration lobbying effort FWD.us because it bought ads supporting politicians who support immigration changes but also had the temerity to support the Keystone pipeline.)  What a repulsive man.  Repulsive, yes, but sadly, Elon Musk is a Man For Our Age, in more ways than one.


## Tesla Breaks Automotive History Record for Wasted Money, It's Official


Never in automotive history, in the recorded history of the world, has a car company spent so much money over such a long period of time to only sell so few cars!  Only Tesla rich Frat boy Stanford yuppie school-chums and Tesla's own investors are buying the cars and that stream has now run dry.  The few thousand cars Tesla has sold to it's insiders is so nothing, so small, so insignificant that Honda and GM executives refer to a low meeting turn-out as "pulling a Tesla".  Tesla still has a few hundred million dollars left to keep buying it's own cars from itself on behalf of its investors in order to fake-up sales but the trick is becoming transparent.  Elon Musk spends all of his money on hype and PR to cover the dirty reality. Pull back the shiny façade and you find a nasty set of truths. This is a car company that has admitted that it was over $100,000.00 OFF on the calculation of the BOM of their car!!!!  The warrants that Tesla's insider friends inside DOE gave Tesla instead of cutting them off like Fisker, like they should have done, is a crime.  People are ashamed to drive a Tesla so only as many Tesla's have been sold in TEN YEARS as Toyota sells in A WEEK!  - Roger Bumbperly NYC


## Adding up the Lies in Tesla's DOE application:


Adding up the Lies in Tesla's DOE application:  - Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.  - Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for this lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.  - Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.  - Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla was $100,000.00 off on their

THE BOOK OF TESLA: Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption?  - Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With Tesla's at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives. One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead from "natural causes". The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as "deciders" for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption?  - DOE had IBM consulting, in Virginia, do Tesla's "due diligence". IBM consulting was a contractor to Tesla. IBM Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption?   - At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through? Corruption?  - Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of Tesla's investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption?  - The cost, BOM, time-to-market, range and domestic jobs metrics was lower in Tesla's application than most other applicants. When better ratings got other applicants declined, how did Tesla get through? Corruption?  - DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla has sent out PR saying they are repaying their loan many years in the future in order to stop investigations. They have NOT paid off their loan and the facts of sales show no possibility that they will.   - Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla hired multiple "famous auto people" who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla said they were going to build and sell over 500,000 cars as of today's date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption?  - Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption?   More coming, outside investigators and crowd-review people, send in yours...  H. S. - Former Fisker Staff Los Angeles, CA

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Google charged with "steering" Tesla articles to favored searches

Per this link on Muckety: http://news.muckety.com/2013/05/16/tesla-announces-450m-stock-sale/
42801#comment-5034721  The researched chart by Muckety reveals the secret connections to the control, and
manipulation, of consumer perceptions, federal public policy and law-making. If proven, this subjects both Tesla
and Google to SEC fraud charges.  Google has been shown to have a senior silent control ownership in Tesla.
Tests by IT and SEO engineers show that Tesla receives an inordinate position in all Google News stories and
general searches, while negative stories about Tesla are diminished. This ONLY takes places on the Google search
engine and Google News.  In the average search or comparative news cycle on any other search engine, Tesla
does not show up or is 90% less visible in searches. Other companies and politicians have charged that Google
artificially steers its search settings in favor of personal friends and in disfavor of its enemies. This demonstrates
that Google is untrustworthy.   Sen. Santorum and many companies and individuals have previously charged
Google with manipulating it's search engine results.  Carlos Rodrigeuz - Denver, CO
==============================

 From Andrew Wesguter, New York, NY  Google owners are personal advisors to the White House. Google
Owners sit on White House advice groups. Google is pumping the Tesla stock offering by making it look like
there is a stock demand for Google stock and by using the Google IR analysts and I-banks it has control over to
inflate the stock value along with making the newsfeeds that Google covers about Tesla look 300% better than the
actual circumstances. This is a conflict of interest as Google and it's VC's are investors in Tesla. This should be
against the law.  =====================================

From Parker Summers, San Diego Calif.  Google is not thought very highly of by those who pay attention, this
posting is all over the internet:   "GOOGLE is ACTUALLY DOING MUCH EVIL! They are simply a spy
service. Every location you search on google earth is logged and tracked and sold to government agencies and ad
agencies. Every word or sentence you type into google is logged and tracked and sold to government agencies
and ad agencies. Every page you click on in google is logged and tracked and sold to government agencies and ad
agencies.A data file about everything you do on the internet using any google technology is logged and tracked
and sold to government agencies and ad agencies.  Google makes most of its money by spying on people.Why
would you use something that makes you cooperate in spying on yourself? Everything you watch on googles
youtube is logged and tracked and sold to government agencies and ad agencies.  Google reads all of your email.
Google sends any interesting emails with words it doesn't like to agencies and the rest are put in an advertising
database to trick you into thinking you stumbled upon certain ads when, in fact Google is secretly pushing those
ads on you.  Google GLASS is the ultimate spy-on-you-tool, it has face recognition, fashion recognition and
pretty much spies on everybody and everything around you, and you, and then Google sends that data off to the
Government. Never get near anybody wearing a Google Glass. Ask to have them out-lawed. Google Maps camera
cars take pictures &amp; capture wifu data for everyone in the US.  Google saves a file of everything you have
ever done, looked at, sent or moused over IN YOUR ENTIRE HISTORY OF USING THE INTERNET. It isn't a
business right anymore, it is an abuse of the public trust.
https://anonfiles.com/file/08d71da7cfd68cc782e50cd156283457"
title="https://anonfiles.com/file/08d71da7cfd68cc782e50cd156283457"
https://anonfiles.com/file/08d71da7cfd68cc782e50cd156283457    Google has thousands of people that work for
them to create technologies to control the internet in order to make people give more information to google about
themselves and that personal information is logged and tracked and sold to government agencies and ad agencies.
Do you like being used as a tool? Do you like Google infesting your life for profit and special interest control of
what you do? Twitter &amp; Facebook are just as sinister and evil. Dump all 3 of them.  Use
www.duckduckgo.com or any other non tracking search engine. Find a non tracking replacement for every service
google offers. Google is very evil! You will NEVER be able to trust Google.  Write your Congressman. Tell them
to outlaw Google data capture. Join a class action lawsuit against them"  PLEASE RE-POST"
=====================================  F

rom Martin Seester, Chicago, Ill.  It is very clear from the filings that Google is a huge investor group and the

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

mouthpiece for Tesla, why is this not made more public?   =======================================


## Tom's theory..More evidence emerging...

My Theory- By Tom Jordan, Senior Executive:  "Just theoretically, let's suppose that White House staffers Steve Rattner, Robert Gibbs, David Axelrod and Rahm Emanual went to Silicon Valley Vc's: Tom Steyer, Tim Draper, Elon Musk, Ray Lane, Eric Schmidt and John Doerr and said: "Hey, if you fund Grassroots Action, Inc., MoveOn and some other national voter-turnout groups, and make sure those voters turn out for our side, we will put you on our economic boards, give your companies breaks and incentives, push laws that help your products and give you free loans to make cars and batteries that you will have majority stock profit from". Wouldn't that be a very interesting way to hide the quid-pro-quo?  What if there were recordings of one of those meetings  =======================================================

Interesting: Steve Rattner, Robert Gibbs, David Axelrod and Rahm Emanual all quit their jobs at the White House, at about the same time, in a recession, when you already had the highest job in the nation, why would they do that unless Federal investigators had questioned them and they knew the truth was going to eventually come out!?  Paul Dell Washington- DC


  TSLA  ) continually made headlines when several flagship Model S cars caught fire and nearly caused serious injury to the drivers.  A new study by      http://www.osurv.com"    Osurv   suggests these automotive events are linked and the fires may have a deadly connection.  Three Model S fires in 30 days  On Oct 1st, 2013 in Seattle, a Tesla Model S struck a metal object on the highway and quickly caught fire.  The driver narrowly escaped.  On Oct 18th in Mexico, a Model S was involved in a high speed car accident that ended with the vehicle becoming engulfed in flames.  Finally, on Nov 6, outside of Nashville, another Model S ran over a tow hitch and then caught fire.  All three incidents were ultimately caused by battery packs igniting from punctures and other damage.  Tesla has since made engineering changes to all their cars and now offers fire coverage on an extended warranty.  The upcoming      http://www.bmw.com/com/en/newvehicles/i/i3/2013/showroom/index.html" BMW i3   and i8 have already been designed with special shields to protect their battery packs from this kind of damage, and the      http://www.nissanusa.com/electric-cars/leaf/"    Nissan Leaf   has yet to report a single fire in 60k+ vehicles in operation, presumably due to a similar construction.
http://research.osurv.com/wp-content/uploads/2013/12/tesla-carrera.jpg  <img alt="tesla-carrera" src="http://research.osurv.com/wp-content/uploads/2013/12/tesla-carrera-300x171.jpg" width="300" height="171" />    Paul Walkers Porsche may have a similar design flaw  According to new reports about the http://www.imdb.com/name/nm0908094/?ref_=fn_al_nm_1"    Paul Walker   accident, the 2005 Porsche Carrera GT that carried him and Roger Rodas may have been leaking power steering fluid.  This is typically caused by wear and tear on the steering lines (i.e. dry rot) and/or undercarriage impact damage from a road object.  Since undercarriage vulnerability was the root cause for the Tesla fires, there appears to be a deeper connection between the two vehicles and the nature of their design.  It is still unknown what specifically caused Rodas Carrera GT to lose control, though some witnesses reported hearing a bang before the actual impact.  This could have been caused by the car striking road debris.  If this is the case, then its possible the debris struck a vital unprotected component like on the  Tesla's, initiating a chain of events that led to a deadly outcome.  Due to the intense heat of the fire burning up evidence and the lack of clear video footage, we may never know what really happened. Elon Musk has a history with Porsche      http://elonmusk.com/"    Elon Musk , the eccentric founder of http://www.teslamotors.com/"    Tesla , is rumored to have owned the same model of Porsche that cost the life of Paul Walker.  The photo below, from a      http://www.businessinsider.com/elon-musk-day-in-the-life-of-the-tesla-and-spacex-ceo-2012-7?op=1  Business Insider interview of Elon Musk , shows the exterior of his lavish estate. In the corner of the photo, tucked in the far left garage bay, is another Porsche model.  Since Musk appears to be a fan, one must wonder if Porsche design served as inspiration for Model Ss sleek look and potential undercarriage design issues.  The cars do look remarkably similar.
http://research.osurv.com/wp-content/uploads/2013/12/he-heads-to-spacexs-office-in-his-model-s1.jpg  <img

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

alt="he-heads-to-spacexs-office-in-his-model-s" src="http://research.osurv.com/wp-content/uploads/2013/12/he-heads-to-spacexs-office-in-his-model-s1.jpg" width="178" height="150" />      http://research.osurv.com/wp-content/uploads/2013/12/he-heads-to-spacexs-office-in-his-model-s-zoom1.jpg  <img alt="he-heads-to-spacexs-office-in-his-model-s-zoom" src="http://research.osurv.com/wp-content/uploads/2013/12/he-heads-to-spacexs-office-in-his-model-s-zoom1-150x150.jpg" width="150" height="150" />   Exotic car owners take a mobile survey  To investigate these connections, Osurv conducted a mobile survey of 248 exotic car owners in California while they attended various automotive events including      http://supercarsunday.com  Supercar Sunday  , Motor4Toys, Cars &amp; Coffee, and the Paul Walker memorial car rally.  Events like these are often frequented by celebrity car enthusiasts such as Jay Leno, pictured below at Supercar Sunday.  In 2005, http://www.jaylenosgarage.com/"    Jay Leno   lost control of a Carrera GT at a racetrack, ending in a brutal wreck.  Jay walked away without a scratch.

http://research.osurv.com/wp-content/uploads/2013/12/77840c9c12ef7e982f3c0d6fd6488d6f1.jpg  http://research.osurv.com/wp-content/uploads/2013/12/77840c9c12ef7e982f3c0d6fd6488d6f1-300x168.jpg" width="300" height="168" />    In the survey, we asked several key questions exploring owners thoughts and beliefs about their exotic cars.  When asked which car manufacturer they strongly associated with Porsche design, a whopping  82% selected Tesla , 9% picked      http://www.mbusa.com/mercedes/index"   Mercedes Benz  , 5% selected BMW, and 4% were spread across other manufacturers.  This proves there is at least a  superficial connection between the Porsche Carrera GT and the Tesla Model S.  Special Osurv technology allowed for precise followup questions.  Certain respondents were asked why they associate Tesla with Porsche, specifically what trait they think the two brands have in common.  The majority,  65%, selected Safety .  29% selected Design and only 6% picked Engineering.  Safety is apparently a very hot topic.    Do you believe there is a link between  Tesla's fires and Paul Walkers fiery crash?      78% replied Yes     3% said No     19% were unsure  http://research.osurv.com/wp-content/uploads/2013/12/slide2_question.png  http://research.osurv.com/wp-content/uploads/2013/12/slide2_question-243x300.png" width="243" height="300" />      More questions than answers  Until the National Highway Traffic Safety Administration (    http://www.nhtsa.gov/"   NHTSA  ) safety probe into Tesla is complete and the final Paul Walker crash scene investigation wraps up, nobody can say for sure that the two are linked.  However, the survey shows that people are starting to put the pieces of the puzzle together.  Whether its an innocent trait carried over by a zealous designer or something more, only time will tell.  In the meantime, prospective buyers of both Tesla and Porsche are staying on the sidelines until the smoke clears.

--------------------------------------------------------------------------


## The Non Special-ness of Tesla


Anybody with a room full of engineers can start a car company and sell a few thousand cars if they get hundreds of millions of free tax dollars to kick it off.  Anybody with a room full of engineers can start a car company and sell a few thousand cars if they get hundreds of millions of free tax dollars to kick it off and then use the manipulated winning of that free tax money to falsely hype the stock market.  Anybody with a hundreds of millions of free tax dollars can put some batteries and an electric motor on a car.  The engineering of the Tesla has failed so many times and had to redone over and over so that the car is now just a plain old electric car with a sleek body. Anybody can put a sleek body on a plain old electric car.  Anybody can say Tesla is not Solyndra but Solyndra was a scam for funding and Tesla is the same scam for funding, walking distance from Solyndra, using the same people, tricks, manipulations and payoffs; thus Tesla is a non-special scam exactly like Solyndra.  Peter Deakins AAMF Chicago, Ill


## Why Tesla Motors Sucks Monkey Balls


By Carson Evers for EV Alternatives


Monkey Balls are the most horrible kind of balls there are. Not only are they hairy, and matted with mud, bugs,

THE BOOK OF TESLA: Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

scabs and crusty effluents but they stink in the worst way possible.

Because of this, when people say that Tesla Motors, and Elon Musk, for that matter, "Suck Monkey Balls", they mean it in a manner which calls into question the ethics and quality of the Tesla cars. The following facts are facts. They can be researched, documentation-checked and verified by the reader.

There is certainly no possible doubt about the fact that Elon Musk used the worst possible energy storage technology on Earth. Every state, federal, academic and research study has, clearly, stated that his batteries blow up when they get wet, get bumped or just when they feel like it. Elon Musk's own engineers wrote that his batteries could injure you, kill you, or burn your home or office down. They wrote this in Tesla's federal patent filings which are filed with the U.S. Government, and which any person can go read. Go take a look. His patents "sucked Monkey Balls", so bad that he had to give them all away because they openly stated, in Tesla's own words, what a dumb idea they were.

Tesla drivers have been burned alive by his batteries. This is a matter of fact. The U.S. Department of Energy recently had secret video's that they made, exposed on the news reports. These videos, and their associate documents, prove that the batteries, that Elon Musk used, were a deadly danger to the consumer. Tesla has set homes, garages and Malibu Canyon on fire.

Musk knew this ahead of time He still sold them. Why? The reality of the motivation shows, in dramatic clarity, why Tesla's Monkey Ball Suckage is so supreme: Elon Musk, White House staff, a couple Senators and Musk's investors owned the exclusive supply chain for that particular kind of dirty battery.

On top of that, Musk and Tesla scammed U.S. taxpayers out of billions of dollars in order to pay for his scheme. Tesla used taxpayer cash to fund his investors monopoly of lithium ion auto batteries.

Because Tesla, and Musk, were so greedy, they didn't even engineer a car battery system. They just put a bunch of fancy flashlight batteries, that were never, ever created to be used in cars, in a metal box, in a configuration that makes re-percussive explosions inevitable. When one battery goes off, from getting bumped, wet or sad; it fires the next one off and the next one… nearly 8000 chances of an explosion, in each Tesla.

Here is one of the worst parts: Want some CANCER, brain damage, liver damage or a deformed fetus? Then you have come to the right place if that place is Tesla Motors. Walk into any Tesla Motors showroom and ask them to sign a "warrant and guarantee" that "they state, as fact, that Tesla Motors lithium ion batteries will not give you CANCER, brain damage, liver damage or a deformed fetus when the batteries blow-up or burn". They won't sign it. They know, for a fact, that every state, federal, academic and research study has clearly stated that his batteries contain the chemicals which cause these horrible medical afflictions, and that those chemicals are inhaled, and skin absorbed, by you, your family, and any persons nearby, when the batteries "have a thermal incident".

Everyone has seen how Elon Musk sits around all day long spouting out press releases about nuclear bombs on Mars and super-trains and other altruistic-sounding BS. He does this to create a cover story in order to distract from the truth about what he is up to. He used tax payer money to get rich on the back of public policy corruption. Stealing money from the public is not work. Going from one ditsy model to the next is not work. Musk sits around in his black turtleneck and does nothing but talk about himself all the time. Is that work? Not so much.

Because Tesla, and Musk, were so greedy, they didn't do their homework.

So, if you have not decided, on our own, based on the above facts, (that you can easily verify on your own), that "Tesla Motors and Elon Musk, suck Monkey Balls" here are some more facts that may be helpful to you:

U.S. Senators are not supposed to engage in criminal corruption. If you pay any attention to the elections, and if you still believe that the 40% of your money, that is taken out of your pay check, is really supposed to be used by the Senators to help you, and not hurt you, then listen up.

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Elon Musk paid off Senators Feinstein and Reid with cash, stock, contracts, campaign resources and other perks, in order to get them to get him his taxpayer cash. Those two corrupt senate folks worked side, by side, just like Monkey Balls, to rig state and federal funds for Musk. Both of them own Musk (and next door/same deal Solyndra) real estate deals, construction deals, staffing deals, stock deals, and other insider perks gifted from Musk.

No matter what you think about the technology, you have to have a moral opinion about public offices engaged in organized crime and corruption in order to lift money out of your pocket. If, for no other reason, you kind of have to hate Elon Musk for being a crook.

Musk has a facial structure which includes enlarged cheek pouches and squirrel-like exposed upper teeth. He uses these to constantly grin at any nearby audience. He does not make direct eye contact with the person speaking to him. He is constantly waving his grin back and forth, like a searchlight panning back and forth over a foggy sea of self-adulation. He seeks attention, above all else.

Let's add up the Monkey Ball factors so far:
1. Crappy technology
2. Dangerous technology
3. Political corruption
4. Ripping off taxpayers
5. Unmitigated narcissism of the boss
6. Cancer, fried brains and livers, mutant babies

But wait, there's more..

Tesla and Elon Musk have been sued, over and over, for fraud. The people that sued are substantial players in all of this. They were his co-founders, wives, partners, investors, customers, supplies and more. If that many people went to all of the time, and expense, to sue someone that big, for fraud; maybe Musk and Tesla Are frauds.

There is a law called the "Lemon Law" that says that it is not legal to sell the public cars that are "lemons". Tesla was sued under the Lemon Law and THEY LOST, in court, because the court found that Tesla was selling Lemon Cars.  Would you like a squeeze of lemon with your Monkey Balls?

Tesla's investors pitched Washington that they could scoop "trillions of dollars of battery mining deals" out of Afghanistan, in order to convince Congress to kill a whole bunch more Afghan people and American soldiers. So far that little adventure in Afghanistan has cost American taxpayers over 6 trillion dollars. There is no end in sight and nothing to show for it. Websearch the terms: "trillions of dollars of lithium in Afghanistan" and "Afghnistan is the Saudi Arabia of lithium".

Elon Musk did not create Tesla Motors. He stole it from the creator in a hostile take-over, because he wanted it for his battery scam. He took Tesla away from actual founder Martin Eberhardt. Martin sued Musk and blogged about him being a scammer.

But, wait, there's more.

Elon Musk and Google are partners in politics, media manipulation, and stock market scams. Both of them hired many people from a company called In-Q-Tel. Both of them got money from In-Q-Tel. In-Q-Tel was caught with airplanes with 5 tons of cocaine on-board. The head of the biggest online drug operation in history: Silk Road, worked for Elon Musk and programmed for Google projects. Google deletes, hides and down-ranks anything that tries to expose the truth about Elon Musk or Tesla. Google, Musk and In-Q-Tel have some, very, very weird relationships and history.

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

When bad news comes out about Musk or Tesla, Google has been proven to eliminate the negative news, on the internet, and suddenly pump the stock market with a smoke-screen shiny-object-story timed with stock buy-backs and Flash Boy algorithms in order to fake the appearance of Tesla stock surges.

Tesla cars are the easiest, in the world, to hack and take-over. Chinese hackers make a game out of hacking them. They can find every single Tesla on Earth just by looking on the Internet. An incredibly large number of Tesla's have suddenly swerved off cliffs and killed their drivers. An incredibly large number of Tesla's have suddenly swerved into on-coming lanes and killed people in oncoming cars, bicyclists and others. This has been covered up by Elon Musk but all of the facts that prove the extraordinary number of these Tesla "accidents" are on public police record. Tesla has been sued for homicide.

Academic studies, and arrests, have shown that more drunks, and sex addicts, drive Tesla's than any other car per capita. That's comforting.

Tesla has spent more money to sell less cars, than any company in history. There is nothing novel about Tesla electric cars. They have been around since the 1800's. To put this another way: So few people actually want Tesla's that they public has been burdened with spending 3 hours a week, working to give up their tax money, in order to fund the drunks and sex addicts who did get Tesla's.

Here is the shocker. The list of Tesla/Musk horrors goes on an on. The above is only a small sample. The Monkey Ball Suck factor of this Tesla lake of corruption and sketchy technology is vast.

How is Musk still walking around free?

He is protected, for now, by dirty politicians who won't let the cops do their job. Call the FBI, The GAO, The U.S. Treasury, The Attorney General and ask them how you can help them get out from under the executive orders to "stand down" on Musk.

Without justice for all, there is justice for none. If the 1% all have a get-out-of-jail card, then no voter is secure.

## How big a failure was Steven Chus DOE car Program?

How big a failure was Steven Chus DOE car Program?  Actually they produced the worst, most failed, domestic jobs and technology program in history.   Chu has his people give out the party line: It wasn't that much of a failure" That is total BS!  Here are the facts:  There were no car companies planning to make new cars.  Then the feds said:  "Please make new cars and jobs and new American companies, and reduce our dependence on foreign oil, here is the first outside-the-system money in history to do it"  Then HUNDREDS of new car companies were started, or expanded, because Steven Chu pitched them to apply. Then Detroit and pre-wired winners John Doeer/Fisker and Eric Schmidt/Tesla said: Make our guys the only winners and turn down all of our competitors because we pay your campaign bills.  Then all of the other applicants were put on permanent no-response basis until they went out of business, or had their applications fudged with, and other, now-proven, blockade techniques that Chus people engaged in.  The arbitrary cut-off of every other applicant has been shown to be sweeping, secretive, arbitrary, contrived by Chu's inside team, and so abusively and harassingly overbroad as to imply the breaking of constitutional law.   Tesla's Marketing lead, Siry, wrote about part of it in his Wired article: How DOE stifles innovation. The investor and VC market has never funded car companies and never will. They have said so. Chu had the chance to move the market forward and he dangled his carrot, got a sideways offer and jerked his carrot back under the rock.   Targeting of IRS or DOE applicants; special selection of IRS or DOE applicants; manipulating IRS, embassy, or AP documents; and all of the process issues in the current Washington scandals are proving the process is tried and true. The AP Scandal, The IRS Scandal, The Benghazi Scandal and the Military

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

sex Scandal are all about things a certain bunch of people knew about, hid, rigged the system to not get caught and then got caught. In the internet world, nobody can hide again. Chu and his crew are now getting caught and his handler is now, clearly, a senior person on the Hill.  In destroying every competitor to Detroit and Tesla/Fisker, the program was a big success. In helping America, the program was one of the biggest failures in history.  If you are a Republican: Chu cost America jobs and it's national security position. If you are a Democrat: Chu cost America clean energy and the electric car industry. Either way, Chu screwed you!  Danny Coi Washington Research Group Washington- DC

CONFLICTS OF INTEREST IN THE DEPT. OF ENERGY SCANDAL THAT NOBODY IS BEING ALLOWED TO INVESTIGATE. ORGANIZED CRIME IN DC GOING UNCHECKED:  A Fact-Swarming Wiki
Sandia, Argonne and IBM Consulting were hired by DOE to vet applicants  yet they were both given directives, By Steven Chu, to only allow companies owned by campaign donors to  pass the secret tests  and the…

## BUSTED!!! Tesla News Hype-mongers Reveal Themselves.

In the run-up to the big DC investigations of: who-did-what-to-whom you will suddenly find a bunch of articles posted in seemingly unrelated publications. These articles all share the same message.  The problem (For the Tesla and DOE VC shills) is that, unfortunately for them, the internet is an amazing archival library. A quick search shows that at no time was there ever such a cascade of articles about this one topic.  The mad rush to validate points the finger at which writers are shills for Tesla and the bad people at DOE.  You have articles like: http://seekingalpha.com/article/1448051-tesla-may-be-the-last-one-standing
http://www.thetruthaboutcars.com/2013/05/has-the-dept-of-energys-advanced-technology-vehicle-manufacturing-program-been-a-failure-not-really/  Etc.  All with the same message, trying to pre-sell the plastic-coated message that only Tesla is still around today because only Tesla was good. In fact only Tesla bribed enough people to get the free taxpayer money in order to trick the stock market and that is a felony and Tesla staff and backers need to go to prison.   Carlson Kesmeir Los Angeles

## Did Tesla really pay back their loan? NOT ACTUALLY.. Taxpayers are STILL paying for it

By Paul Czonga Investors Bluesheet   Did Tesla really pay back their loan? Not actually!  Through a series of tricky Wall Street/Crooked Bank paper shuffling, obscure, warrant-sliding, shady smooth talking dances Tesla is now claiming that it has "paid back the money" and "made America proud".  This is a joke.  They used slipped milestones, readjusted values, cooked books, and insiders to "pay back" the loan that they got for free in the first place.  The caused billions of dollars of damage to the auto industry, overall domestic jobs, raped huge profits on skims and personal special fees and personal payments. That is money and cost that is still owed to America. When the details from 2007 to today come out in the communications between all of the players. The truth will be very apparent.  Tesla should not be proud, it should be ashamed.
================================================================================

## Tesla "Repays" $465-Million DoE Loan, Chrysler Bites Back At Claim

By John Voelcker | HighGearMedia.com, Published: May 23  Ah, politics.  Yesterday, Tesla paid off the balance of its U.S. government loan, using proceeds from its $1 billion-plus offering of stock and warrants last week, as CEO Elon Musk had said  Monday it would in a tweet.   The amount settled yesterday was $451.8 million,

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

following installments paid by Tesla last year and in the first quarter of this year.  Loans to Ford, Nissan, Tesla The company had been granted $465 million in low-interest loans by the U.S. Department of Energy in June 2009, through its advanced technology vehicle manufacturing program.  Other carmakers who got loans included Fisker ($532 million, of which only $192 million was disbursed), Ford ($5.9 billion), and Nissan ($1.6 billion).  Musk thanked the DoE "and the members of Congress and their staffs that worked hard to create the ATVM program," in a release yesterday, with special appreciation to "the American taxpayer from whom these funds originate."  I hope we did you proud," he concluded.  Out from under  So Tesla Motors [NSDQ:TSLA] is now out from under the shadow of U.S. government investment.  By paying off the loan early, Tesla also precluded the government from sharing in the current appreciation of its stock.  Warrants for the DoE to acquire Tesla stock would not have kicked in until later in the loan term, as at least one critic points out.  The DoE issued a grateful press release as well, saying Tesla's repayment highlights the "strength" of its loan portfolio and noting that losses to its total $34 billion portfolio of loans across many programs represent only about 2 percent to date.  Like any other carmaker selling plug-in electric cars, it continues to benefit from Federal income-tax credits of $2,500 to $7,500 offered to its buyers.  And it also earns additional money selling Zero-Emission Vehicle (ZEV) credits to other makers who buy them to comply with California state regulations requiring them to sell a certain number of vehicles that have no tailpipe emissions.  Only carmaker to repay?  But Tesla took it a step further, saying in its release, " Following this payment, Tesla will be the only American car company to have fully repaid the government."  That generated a swift response from Chrysler, which issued this statement late last night:  The information is unmistakably incorrect. Its pretty well-known that almost exactly two years ago--May 24,2011-- Chrysler Group LLC repaid (in full and with interest) U.S. and Canadian government loans more than six years ahead of schedule. Question: short memory or short-circuit?  Chrysler's closing sentence contains a pun that one might expect from the Detroit maker most hostile to plug-in electric vehicles (despite the excellence of the Fiat 500e it built as a compliance car).  But is Chrysler's claim accurate?  Yes and no.  There was that bailout...  The company did pay off $7.6 billion in loans that were part of the U.S. government's overall bailout of the company, control of which was essentially passed to Italy's Fiat.  But as numerous commentators pointed out at the time, the U.S. government still lost money on the Chrysler bailout.  When Chrysler filed for bankruptcy in 2009, Obama administration forgave more than $4 billion of debt from the $13 billion it had put into the company.  So while Chrysler did technically pay off the government loans owed by the post-bankruptcy Chrysler, the U.S. government still lost billions of dollars on its investment in Chrysler.  Tesla's release includes a sentence noting that the DoE's ATVM program "is often confused with the financial bailouts provided to the then bankrupt GM and Chrysler, who were ineligible for the ATVM program, because a requirement of that program was good financial health." _____  Follow GreenCarReports on Facebook, Twitter and Google+.  (c) 2013, High Gear Media.


# Tesla Owner Buyers List Out in the Public. No privacy for Tesla Owners!


  If you bought a Tesla, you are now going to get marketed to and pleaded with by community service groups around the world. It seems that, in addition to each Tesla being rigged to spy on you everywhere you go and watch how you use the Tesla over the internet without you knowing about it, as Elon Musk admitted in his fight with the NY Times reporter, The Tesla marketing group has sold the Tesla buyers list to other marketing groups who then sold the list openly on the market. Now Tesla owners all over the world are getting emails like this: "Do you know that driving this Tesla makes you part of a crime against America? People think you are part of the bad things when they see you drive it:     - Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.    - Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for this lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.    - Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

real estate profits from the land deal.    - Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla was $100,000.00 off on their BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption?    - Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With  Tesla's at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives. One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead. The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as deciders for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption?    - DOE had IBM consulting, in Virginia, do  Tesla's due diligence. IBM consulting was a contractor to Tesla. IBM Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption? - Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption?    - At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through? Corruption?    - Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of  Tesla's investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption?    - The cost, BOM, time-to-market, range and domestic jobs metrics was lower in  Tesla's application than most other applicants. When better ratings got other applicants declined, how did Tesla get through? Corruption?    - DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla has sent out PR saying they are repaying their loan many years in the future in order to stop investigations. They have NOT paid off their loan and the facts of sales show no possibility that they will.    - Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla hired multiple famous auto people who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla said they were going to build and sell over 500,000 cars as of todays date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption?    - Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption?   ----------------   Alison Wood

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Even FORBES admits Tesla is a Scam!

By Patrick Michaels, FORBES MAGAZINE I write about the interface of public science and public policy   If Tesla Would Stop Selling Cars, We'd All Save Some Money  First of all, lets stipulate that the Tesla model S is a pretty cool looking car, that the high-end version accelerates like a rocket, and that its massive, low center of gravity pretty much inures it against a rollover.  Next, lets congratulate Elon Musk on paying off his half-billion dollar federal loan ahead of time.  Finally, thanks to everyone in the country for helping to make this possible, and for continuing to do so.  The public is still on the hook for Tesla, and will be for the foreseeable future.  First, theres the $7500 taxback bonus that every buyer gets and every taxpayer pays.  Then there are generous state subsidies ($2500 in California, $4000 in Illinois—the bluer the state, the more the taxpayers get gouged), all paid to people forking out $63K (plus taxes) for the base version, to roughly $100K for the really quick one.  The latest round of Tesla wonderment came when it reported its first quarterly profit earlier this month.  TSLA stock darned near doubled in a week.  Musk then borrowed $150 million from Goldman Sachs (shocking!) and floated a cool billion in new stock and long-term debt.  Thats how we—the taxpayers—were repaid.  But is TSLA another Google, or just another DoubleClick?  DCLK zoomed from $2 to $200 without ever showing a profit, something Tesla has yet to do with its cars. It then famously crashed.  Tesla didnt generate a profit by selling sexy cars, but rather by selling sleazy emissions credits, mandated by the state of Californias electric vehicle requirements.  The competition, like Honda,  doesnt have a mass market plug-in to meet the mandate and therefore must buy the credits from Tesla, the only company that does. The bill for last quarter was $68 million.  Absent this shakedown of potential car buyers, Tesla would have lost $57 million, or $11,400 per car. As the company sold 5,000 cars in the quarter, though, $13,600 per car was paid by other manufacturers, who are going to pass at least some of that cost on to buyers of their products.  Folks in the new car market are likely paying a bit more than simply the direct tax subsidy.  Hows this going to work in the future?  As long as the competition has to pay greenmail to Tesla, probably just fine.  And with California gradually ratcheting up the electric-vehicle mandate, maybe just finer.  No wonder the stock price doubled and Goldman shelled out.  Theres only one slight, teensy-weensie problem.  While there were enough high-end customers to supply Tesla around $400 million in gross receipts last quarter (that would be 5,000 cars at an average of $80,000 a copy), they still lost money.  How many customers are there for such a pricey car?  Tesla cant increase demand by dropping the price very much.  About the only way they can do this (barring some—currently remote—major battery technology improvements) is by cutting the vehicles range.  Nissans Leaf provides a bit of instruction here.  Selling for around $32K (out the door) it sold pitifully few —less than 10,000 last year.  As the May 22 Wall Street Journal showed, when a battery cars range gets in the Leaf zone (real world: 70 miles; advertised: 83) you cant even give it away.  Couple the federal $7500 with $2500 in several states, and the costs of a two year lease, allowing for reduced fuel costs, more than pay for the car.  Thats right, free transportation, and sales still suck.  Tesla cant go much below the EPA estimated 205 mile range (make that about 170 in modestly cold winter weather) of its base version before it hits the same range-anxiety wall.  If  Tesla's sales drop—not by much—the company isnt going to be able to cover its losses by selling green indulgences.  First, the primary losses increase, and then they have fewer indulgences, which are generated by car sales.  So here we have a car pushing $100,000 paid for in no small part by you and me, no matter whether Tesla paid back their federal loan or not.  The small comfort is that we are off the hook for any default on that loan, but it would be more comfort if we werent all compelled—completely against most of our wills—to shell out around somewhere around $10K (depending on state) for every one that goes out the door.  The more they sell, the more we pay.  Oddly enough, the only way to stop this craziness if for the company to stop making cars.  If demand drops much, or California goes into a major fiscal crisis (theyre working on it), oddly enough,  Tesla's bankruptcy will save the rest of us some money.    ---------------------------------------------------------------------------   This article is available online at:  http://www.forbes.com/sites/patrickmichaels/2013/05/27/if-tesla-would-stop-selling-cars-wed-all-save-some-money/   ---------------------------------------------------------------------------- ------------------------------------------------------------------------------ Goldman Sachs, the most corrupt investment bank in the world, floated the cash for this deal because they helped bribe and manipulate Congress to get the money and the special discounts in the first place

THE BOOK OF TESLA  Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

### Stock Analysts See Tesla Exploding Battery Problem as Fatal

As shown on      http://lithium-ion.weebly.com" title="http://lithium-ion.weebly.com"      http://lithium-ion.weebly.com    How The Better Place Bankruptcy Is Relevant To Tesla's Achilles' Heel: Lack Of Charging Infrastructure   BY SEEKING ALPHA  Tesla (TSLA) has been on a tear in terms of stock price. We believe that it is running mostly on 'hopium' recently. Tesla also passed by the market cap of Fiat (FIATY.PK). We strongly believe that the fundamental Achilles' heel of Tesla is its lack of charging infrastructure. This Achilles' heel is appearing in our view to be a white swan, something which investors do not necessarily pay much attention to, but which is obvious to many later. This Achilles' heel can be seen by the recent bankruptcy of the very well funded company (Morgan Stanley, UBS, General Electric, HSBC, others) which focused on charging electric cars, called 'Better Place':   "This is a very sad day for all of us. We stand by the original vision as formulated by Shai Agassi of creating a green alternative that would lessen our dependence on highly polluting transportation technologies. Unfortunately, the path to realizing that vision was difficult, complex and littered with obstacles, not all of which we were able to overcome."  If a company receiving investment of over $850 million for grand infrastructure projects can not make it, why is it possible for Tesla to make it when there is next to no charging infrastructure in the USA or any other country for that matter? Why did this company go bankrupt? Lots of reasons, but it essentially boils down to still a lack of a demand for electric vehicles due to high prices and lack of charging infrastructure, two problems Tesla is still stuck with. We learned this from our research into the recent bankruptcy of Better Place:  "Because the technology has still not matured. If there was currently on the market a compact and light battery at a reasonable price that could provide cars with a driving range of 400 kilometers, then the electric car would become a global hit. In practice, the presently available batteries for electric vehicles are enormous, weighing the same as two passengers, and require advanced cooling solutions to prevent them from exploding, consume a rare raw material (lithium) and exotic technologies with a limited lifespan costing the price of half a car."  We believe fundamentally at this point or in the near future, Telsa has no ability to buy any companies such as Fiat due to their low cash position of a measly $214.42M for a $10.5 billion+ company. We strongly believe that Tesla can not make it big till they are able to truly solve the problem of lack of any major charging infrastructure in the USA, or any other major markets for that matter which they are looking to make it big in. Our main thesis is that Tesla lacks fundamental infrastructure in charging and that until an outside player will finance such systems, Tesla will be relegated as an impractical second tier player. There is simply not enough demand for these products at these prices and not enough infrastructure:  "the electric vehicle business is a little premature at the moment," says Andrew Frank, a University of California, Davis, professor of mechanical and aeronautical engineering, adding that the main reason for this is the lack of a sufficient charging infrastructure and an unclear plan for who will end up paying for it. Frank cautions that car companies should not expect the public to pitch in. One way to kill the electric car (again) is to ask the public to invest a lot of money in the infrastructure, he says."  The calls recently for a buyout of Fiat by Tesla are reminding us greatly of the dot com bubble when AOL (AOL) bought Time Warner and it was one of the most disastrous mergers ever. We also believe that Tesla has not enough charging infrastructure and that this problem is still Tesla's major Achilles' heel. We see no proof of even minor acceptance of these types of products by the American population yet:  "It's not like people are clamoring for these vehicles," said Rebecca Lindland, analyst with Rebel Three Media, and member of a committee studying barriers to electric cars for the National Academy of Sciences. Lindland said her view that Americans "just don't see how an electric car can fit into their lifestyle. We continue to be risk-averse in investing in new technology in our cars. Mike Van Nieuwkuyk of the research firm JD Power &amp; Associates said more people are aware of the electric cars on the market "but there is still a low number of consumers who say they would purchase an electric car."  As a CNN Writer recently phrased it in terms of lack of charging ability:  "Even after overlooking all the Model S' objective blemishes .....electric vehicles lack a national infrastructure of charging points, accessible cross-country range and remain cost prohibitive for most consumers. These are major hurdles, preventing tens of millions from even considering vehicles like the Model S. Don't feel sorry for just the electric crowd, either. ..... According to the U.S. Department of Energy, there are more than 5,800 electric charging stations in the United States, but just two public charging stations in North Dakota, and

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

zero in Wyoming (Tesla plans to have a nationwide network of its so-called Supercharger stations within a couple of years). I don't need to remind anyone that gasoline for combustion vehicles is as readily available as pasteurized milk, and still less expensive."  We are therefore very skeptical of this so called electric car market, especially in the US where there is almost no infrastructure to be able to charge the vehicles.  It reminds us of all the optimistic calls on the so called AOL Time Warner disaster which was the one of the most disastrous or the most disastrous merger ever:  "The Internet, it was believed, was soon to vaporize mainstream media business models on the spot. America Online's frothy stock price made it worth twice as much as Time Warner's with less than half the cash flow."  We believe very overly optimistic figures are being touted by Morgan Stanley (MS) - which also was one of the major underwriters of the company's IPO and recent offerings:  "Jonas reiterates that this Tesla is valued on a 15-year DCF (future cash flow and discounts) and that its "valuation multiples do not begin to make sense until at least 2015."  A senior editor of Edmunds recently stated the following about the lack of charging infrastructure:  "More important, said Kavanagh, is that the US electric power system cannot support large numbers of electric vehicles which need constant charging. The US power grid is not capable of supporting that," he told AFP. "You would need a multitude of small nuclear power stations to support that recharging. Chevrolet cut production of its Volt last year amid soft demand, and is reported to be working on a less expensive version. Toyota and Honda also scaled back plans for all-electric vehicles for the US market. And Chrysler chief executive Sergio Marchionne said recently the company stands to lose $10,000 on every battery-powered Fiat 500 it sells in California."  Morgan Stanley (overly optimistic) projections:  (click to enlarge)  In conclusion, we believe that the Better Place bankruptcy is highly relevant to two major problems Tesla still faces: lack of charging infrastructure and lack of demand. We still do not know yet that Tesla is even a real, viable company, but many investors are taking very big risks in assuming so.  With the lack of ability to have charging infrastructure yet in such a big market as the US, we are very skeptical for all the reasons above. We also think it is way too early to start comparing Elon Musk, CEO of Tesla to Lee Iocacca. Keep in mind that "Tesla has posted a net loss of more than $800 million in the past three full years combined."  We believe that in the long term there will be trouble ahead for Tesla and its Achilles' heel in lack of charging infrastructure. It is best summed up by the failure of the electric car company 'Better Place' in these words:  "Setting up and managing a chain of battery exchange stations requires a huge investment in an infrastructure, which grows in proportion to the geographical area to be covered. It can perhaps be done as a government project but for a private company this solution requires very deep pockets and investors with stamina for the long run, and the belief that the revenue will eventually cover the expenses. Shai Agassi found investors like this to begin with, but they did not last the course."


## Beware! Tesla is a bubble just waiting to burst

Beware! Tesla is a bubble just waiting to burst  By Barry Randall  Published May 30, 2013  Covestor      By Barry Randall  Congratulations to Tesla (TSLA) shareholders for the recent, astounding gains in the companys stock. In spite of (or because of) the immense short position in Tesla shares, the stock has risen from about $54/share at the start of May to about $103 as of May 30.  Now Tesla longs are probably weighing their next move. May I make a suggestion?   SELL! Run for the hills!    TSLA data by YCharts  OK, thats perhaps a bit dramatic, but really, its how I personally feel.  What has me so sure that its time to move on? Lets start with the emergence of self-justifying babble from Wall Street analysts. After the company reported a better-than-expected profit in early May, the stock jumped well past most Tesla analysts price targets.  Heres how Morgan Stanleys Adam Jonas put it in his subsequent note to clients [emphasis mine]:  Our rating, estimates and price target are under review, pending our analysis of changes to the companys business model, addressable market and the associated risks. Taking nothing away from the accomplishments of the Tesla team, triangulating the fundamental valuation with the share price is more challenging than for other stocks.  My translation?  Tesla stock has gone &amp;&lt;@!)?(*%#  crazy. So much so that you cant reasonably expect me to stretch any of the parameters in my financial model (like growth rate and gross margin) in order to justify the current price in our usual Wall Street way. Does a forward P:E ratio of 180 make Tesla stock overvalued? Of course it does! I just can&#039;t print that in a research note. Thanks, and don&#039;t forget to vote for me in the Institutional Investor survey.  Im just kidding about Mr. Jonas, who by all accounts is a fine analyst. But his concerns about triangulation proved unsurprisingly

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

short-lived, and just one day later, he issued another note. In it, he raised his price target from $47 to $103 (the stock was at $87.80 at the time), based on a variety of factors, such as the possibility that pound for pound, Tesla might have the strongest brand in the auto industry.  This would probably come as a surprise to, say, Ferrari, whose own brand was recently voted the most powerful commercial brand in the world. Not just within the auto industry. The most powerful among all brands.  And I believe the reality distortion field extends across Wall Street. Deutsche Banks analyst wrote post-earnings that he was re-assessing [the] valuation framework in his attempt to rationalize a new, much higher price target for Tesla. Yeesh.  But I digress. My point is that I believe Tesla stock is being propelled higher by a frothy mix of unexpected profits, huge short interest and a collective amnesia that there already exists quite a few electric cars available for sale at much lower prices than  Tesla's excellent Model S.  So where does Tesla go from here? Well, its certainly possible for the company to build a profitable business around high-end cars. This strategy served Porsche so well it was able, in 2007, to accumulate a 35% stake in the much larger Volkswagen. Alas, Porsche overplayed its hand and after unit sales dropped by 25% from 2008 to 2009, Volkswagen turned the tables and re-structured their way into complete ownership of Porsche.  But Tesla seems bound and determined to move down-market. CEO Elon Musk has promised that a 'Gen 3 mass market car is coming, in a few years.  Only one problem with that plan: the Gen 3 mass market car is already here. It&#039;s called the Nissan Leaf. The base Leaf, the model S, has an MSRP of $21,300 after applicable tax credits. Is the Leaf as nice an automobile as  Tesla's proposed Gen 3 car – described by some as similar to a BMW 3-series – is likely to be? No, but thats only because of strategic choices by Nissan, not a function of its ability to produce high end cars (e.g., Infiniti).  Good luck to Tesla competing with Nissan&#039;s global supply chain; the Japanese automaker sold 4.9 million vehicles in 2012. Let&#039;s see. Carlos Ghosn? Or Elon Musk? Hmmm.  There is nothing game-changing about Tesla that hasn&#039;t already been accomplished by other automakers, in some cases several years ago and without 9-figure loans from the U.S. government.  Tesla's decision to use an 85 killowatt-hour battery pack (the Leafs is 24 kW-h) has resulted in an electric car with greater range. Fine. But thats just a strategic design choice, not a competitive advantage protected by patents or trade secrets.  Electric cars all have the same virtues, like lower cost-per-mile than traditional internal combustion vehicles of comparable size and duty. But only a few electric car manufacturers have the economies of scale necessary to compete in the real, non-subsidized world. Tesla is not one of those companies today. Tomorrow? Perhaps. But not today and not soon.  Did anybody else beside me notice that after Tesla reported their first quarter earnings, estimates for 2013 and 2014 fell? No, that wasnt highly publicized. Why let the facts get in the way of a great story?  The post Beware! Tesla is a bubble just waiting to burst appeared first on Smarter Investing   Read more: http://investing.covestor.com/2013/05/beware-tesla-is-a-bubble-just-waiting-to-burst#ixzz2UoxHh0II


## The Dark Side Of Tesla's Masterful Short Squeeze


  The Dark Side Of Tesla's Masterful Short Squeeze    John Petersen  |  about: TSLA   Over the last month and a half I've watched in awe as Tesla Motors (TSLA) pulled off a masterful short squeeze and follow-on financing that has supporters dancing in the streets and fanboy bloggers making all manner of preposterous forecasts. Now that the dust has settled and the irrational exuberance has cooled a bit, it's time to take a calm and objective look at some of the dark clouds that host the silver lining.    The Light and Fluffy Q1 Profit   Anybody who can read a disclosure document knows that Tesla's Q1 net income of roughly $11 million was a fluke that's not likely to be repeated. Tesla lost about $91 million on its principal business activity of making and selling cars. Its reported net income was solely attributable to events and payments that are unlikely to be a reliable source of recurring future revenue including: • $68 million in ZEV credit sales; • $17 million in GHG credit sales; • $11 million in warrant liability reversals; and • $7 million in foreign currency adjustments  The demand for ZEV and GHG credits arises from laws and regulations. As long as demand exceeds supply, the credits have significant value to automakers that need them. Once supply exceeds demand, however, the credits become worthless. The following 2010 graph from the Natural Resources Defense Council shows that a crossover point between ZEV credit supply and demand will occur this year. While Tesla expects to report additional credit sales in Q2 and Q3, it has clearly

THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

stated that the game will be over by Q4 because Tesla and all the other automakers that are building zero emission vehicles will saturate the ZEV credit market.      The Whispy Financing Scheme   The issue fanboy bloggers have overlooked or chosen to ignore is the negative if not disastrous income statement impact of Tesla's new financing scheme. It's a great deal for consumers who want to drive a Model S and can't afford to write a check. It's a brutal deal for stockholders because all financed vehicle deliveries will be accounted for as operating leases. In its discussion of the financing plan, Tesla's recent Form 10-Q says: "As a result of the residual value guarantee, we expect to apply lease accounting to these sales which would defer the recognition of the associated revenues over time instead of full recognition at delivery."   The layman's translation follows.   When Tesla sells a car for cash it recognizes a $90,000 sale, deducts its cost of goods sold and reports the entire gross margin in the current period. When a new car is financed, the difference between the sale price and the residual value will be spread over the 36-month contract term along with the associated cost of goods sold. So instead of recognizing a $90,000 sale on day one, Tesla will recognize about $3,450 per quarter for a period of three years. Just for grins, let's assume total shipments of 5,000 cars per quarter, an average sales price of $90,000, a gross margin of 25%, and combined R&amp;D, SG&amp;A and interest expenses of $100 million per quarter. The column on the left is stated in thousands and shows how the revenue and expenses would be reported if all buyers paid cash. The column on the right shows how the revenue and expense would be reported if 20% of buyers take advantage of Tesla's financing option.   If a 20% financing take rate converts a $12.5 million profit into a $9.1 million loss can you imagine the impact of a 30% to 40% financing take rate? I can't speak for anybody else, but a financing scheme that sells a few more cars but savages current revenues and net income doesn't strike me as all that wondrous. I'm sure that Tesla will do its level best to draw attention to its balance sheet and cash flow statements which may look OK if Tesla can meet its ambitious cost reduction and gross margin goals, but the ugly income statement headlines will be the first thing investors see and the first thing the market responds to.  An even thornier issue arises from the magnitude of the residual value guarantee. Under the announced plan Tesla is guaranteeing a 50% residual value on the first $70,000 of a car's price plus a 43% of any upgrades. For a $90,000 Model S-85 the residual value guarantee works out to $43,600, which strikes me as quite a stretch for an entirely new product class that has no meaningful residual value history. I've heard the arguments about EVs retaining their value better than conventional vehicles despite battery degradation issues. Those arguments generally come from ideologues that are also quick to explain why EV technology will progress by leaps and bounds in coming years while prices plummet. In my mind, the two arguments are mutually exclusive and you can't possibly have it both ways.  If the 2016 product offerings from Tesla are significantly better and cheaper than its current Model S, I have a hard time imagining anyone paying a premium price for a three-year old used car with antiquated first generation technology. Since I have a long history of changing out my computer systems every three or four years I know the pain of trying to sell the last generation so I can buy the latest upgrade.  Over the short term Tesla can assume whatever it wants with respect to resale value. When a meaningful resale market develops, as it must, Tesla's auditors will have to rely on independent evidence of residual value instead of management's estimates. If the residual value reality proves current estimates overly optimistic, the resulting write-downs to bring Tesla's balance sheet accounts into line with market realities could be huge.  The Turbulent Short Squeeze The short squeeze began in earnest on April 1st after Tesla said it would report a first quarter profit without telling anyone that the profit was all nonrecurring fluff. The total short position was 31.3 million shares. Since April 1st an astounding 358.8 million shares have traded as short sellers closed out losing trades and opened new short positions at higher prices. In a frothy market like the one we've seen over the last several weeks, it's highly unlikely that the overall short position has changed significantly. The shorts have simply reloaded at a higher price.  At March 30, 2012 Tesla's stockholders equity was $168.6 million, or roughly $1.46 per share. The recent stock offering increased net equity to $532 million, or roughly $4.45 per share. The $85 spread between net equity per share and market value per share represents prevailing expectations that Tesla will be a stellar performer on a go forward basis. As near as I can tell, those expectations do not account for the ugly reality that the ZEV and GHG credit cornucopia is darned near empty and Tesla's magic financing scheme will savage future revenue and earnings.  The Ominous Hype Cycle One of my favorite market behavior graphs comes from the Gartner Group and shows the typical market value performance curve for a company like Tesla that's introducing an exciting new product to the market. Gartner calls the phenomenon the Hype Cycle. The process begins when a company emerges from the R&amp;D phase and values climb through the early launch and glowing reports from early adopters. Within a short period of time expectations build to a point where they become irrational. Then the little failures and disappointments start cropping up and the market starts to take a closer look at the substance behind the

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

excitement. In most cases it's a long downhill slide from the peak of inflated expectations.  In February of this year I wrote, "At $4 a share, Tesla would be an interesting speculative stock. At prices approaching $40 a share it's a sucker's bet with limited upside and unlimited risk." Frankly I was amazed at both the strength of the short squeeze and Tesla's ability to strike while the iron is hot to capitalize on the event. I guess it just goes to show that some suckers bets pay off, but only if the sucker is smart enough to realize that he dodged a bullet and quit while he's ahead instead of going for the double or nothing bet. In light of Tesla's recent financing transaction, I have to update my prior conclusion. I now believe that Tesla would be an interesting speculative stock at a price of $10 to $15 per share. At prices in the $90 range it remains a sucker's bet with limited upside and unlimited risk. Disclosure: I have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

## The problem with Elon Musk's Women

/2012/07/elon.jpg  <img class="aligncenter size-full wp-image-91" alt="ELON" src="  /2012/07/elon.jpg" width="529" height="554" />  One wife claims he cheated on her and her kids and now has a reality TV show about how she got screwed by Musk. Another "wife" was a bar pick-up and now claims he uses high-end Los Angeles escorts. A high end Los Angeles escort is now shopping an article and camera phone video. Another Silicon Valley "special friend" is shopping a competing tell-all interview. With one wife claiming he "picked her up in a bar" and another blogging all of his inside dark secrets, one wonders if Musk has any people sense at all. Who will win? Not Musk, apparently.  Watch  DIVORCE WARS"  www.cnbc.com/id/41193264    "DIVORCE WARS".  Read  VALLEY WAG"  en.wikipedia.org/wiki/Valleywag    "Valley Wag"  See the psych  Is Elon Musk a Sociopath? Pundits weigh in:"   /2013/04/27/new-investigation-data-revealed/  STUDY  Here.
-----------------------------------------------------------------------------------

## *Elon Musk spends billions on research and PR companies to confirm that he is the most Interesting, Most Important Individual On Earth (Apologies to The Onion)*  Dear Mr. Musk:   Thank you for hiring us. As you suspected, the results substantiate   your theorem：  We have confirmed, as you stated, that the widely held assumptions that you are the most significant and interesting person currently inhabiting the earth are true.  Drawing from the results of a six-year study that carefully analyzed thousands of hours of your actions and conversations, the 220-page report concluded that your ideas and opinions far surpass those of the other 7.1 billion people on the planet in terms of substance, depth, and general importance to the world.  Throughout our study, we found clear and overwhelming evidence that you are not only the most compelling member of the human race, but also the most important, and by a wide margin, said the studys lead author Samuel Lerman, who noted that you are also far more noteworthy than all individuals who have ever previously existed in human history. There is a statistically significant gap between what you and the rest of humanity have to offer in terms of wit, charm, intelligence, creativity, and observational ability. Indeed, we found that the dynamic nature of your personality is of immeasurable value to society.  Our findings also confirm that your insights on everything from politics to entertainment to social issues to religion are the most notable and well-thought-out, continued Lerman, adding that your viewpoints roundly trump the countless competing beliefs offered by the rest of the worlds population. You are, in short, the only person who matters. The rest of us do not matter. The report stated that people crave to hear from you at all times, asserting that your thoughts are the most profound, your stories the most gripping, and your approval the most desired. The study also demonstrated that no one else alive today has anything as perceptive and as consequential to say as you do, with researchers noting that when you choose to speak you are exceedingly captivating and enjoyable to listen to in a way that no other human being could ever approach. Furthermore, clinical observations showed that when you are not around, conversations among others invariably revert to speculation about what you are currently doing and what you would say about the discussion at hand. The report also confirmed that your words serve as a highly desired and desperately needed reprieve from the monotony and

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

meaninglessness of what everyone else has to say.  You are the center of everything, the report added.  We found that what other people think or experience is completely irrelevant when compared to even the most minor thoughts and experiences in your everyday life, said Lerman, noting that only the things you see, do, say, and learn have any significance at all. The data clearly show that your feelings are the most authentic, your experiences are the richest, and your perspectives are the most unique. Frankly, the world only wants to hear about you and your life and nothing else. Indeed, thats what we all long for at every moment.  The sociologist affirmed that all other humans on earth define their lives largely in relation to you and your existence, and reiterated the reports recommendation that you continue to make your views and ideas known as loudly and frequently as possible to eliminate any lingering doubts among the global populace regarding your supreme importance.  The evidence conclusively shows that you, and you alone, provide meaning to everyone else in your workplace, your social network, and your family, as well as to all the strangers that you interact with only momentarily each day, said Lerman, who highlighted data indicating that others sense of fulfillment is derived solely from the opportunity to work, live, and exist alongside you. Without you, these groups and individuals—as well as society in general—would just drift aimlessly, feeling empty and incomplete.  Lerman went on to state that you were and have always been the primary figure on the planet, noting that the worth and merit of every person, institution, and cultural phenomenon on earth hinged wholly on your personal perceptions and judgments about them.  Our research definitively proves that when you go to sleep each night, the worlds entire narrative stops, and that it then restarts again as soon as you wake up, Lerman said. And according to our findings, when you die, all of this—the whole universe and everything in it—will end.  It is scientifically indisputable that you are the single most important and fundamental being in existence, Lerman added. You are commensurate with the sun, the moon, the stars. In fact, you are the sum of all of these and more.  The report summarized its results by concluding, You, you, you, you.  The profiles that you hired us to write about how perfect you are, in all of those magazines, will pale alongside this report.  --------------------------------------------------------------------------------


## Did White House order "no more DOE Loans to be funded" in order to protect campaign financiers other investments?

   Did White House order "no more DOE Loans to be funded" in order to protect campaign financiers other investments?        No More DOE Advanced Auto Tech Loans Likely  Article From:  Automotive Design &amp; Production   AutoBeat Group  The U.S. Dept. of Energy is not considering any further loans under its $25 billion Advanced Technology Vehicles Manufacturing program, even though it has agreed to allocate only about $8.4 billion so far.  A study by the U.S. Government Accountability Office notes that DOE hasnt made a loan under the ATVM program in two years. It says most would-be applicants it interviewed believe the cost of the lengthy process, reviews and conditions place on the loan itself outweigh the benefits.  DOE says it considers seven pending loans worth nearly $1.5 billion inactive because applicants lack sufficient equity or their technology is not sufficiently ready to commercialize.  The six-year-old ATVM program has approved at least six loans to date: $5.9 billion to Ford Motor Co. in September 2009 to upgrade factories in five states to make more fuel-efficient vehicles $1.4 billion to Nissan North America in January 2010 to prepare its factory in Smyrna, Tenn., to make electric vehicles $465 million to Tesla Motors Inc. in January 2010 to launch EV production at its plant in Freemont, Calif., and to set up capacity to make batteries and powertrain components for plug-ins $529 million to Fisker Automotive Inc. in April 2010 to develop two plug-in hybrid models (DOE froze the loan early last year because Fisker didnt meet performance targets) $50 million to the Vehicle Production Group to develop a six-passenger, wheelchair-accessible vehicle than runs on compressed natural gas $24 million for Tenneco Inc. in 2010 to produce emission control systems for light-duty vehicles (Tenneco withdrew its application in March 2010)  ADP ------------------------------------------------------------------

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# Crony Socialism – House Committee: President Obama Used DOE Loan Money To Help Harry Reids 2010 Reelection Campaign

– Emails Show Specific Intent of DOE spending to support Harry Reid.  Posted by sundance  For any other President, with any other media, at any other time in our nation, this story alone would lead to impeachment.. Congressional Oversight Committee has specific fact-based proof that President Obama collaborated with the Dept. Of Energy to steer green energy/stimulus funding money into Nevada to support Harry Reids 2010 election.   They openly admit as such.  WASHINGTON – President Obama claims that political considerations did not influence the Energy Departments green energy loan program, but newly-released internal emails show that his administration subsidized Nevada companies in order to help Senate Majority Leader Harry Reid, D-Nev., win his 2010 reelection campaign. And these are decisions, by the way, that are made by the Department of Energy, they have nothing to do with politics, Obama said last week when asked about the green companies that have gone bankrupt despite receiving taxpayer support.  The House Oversight and Government Reform Committee released DOE emails today that compromise Obamas position on two counts: one, the emails show that Obama himself was involved in approving loans; two, DOE officials were keenly aware of the political interests at stake, as they regarded the loans as a way for the White House to help Reid by giving him a way to brag about bringing federal money into Nevada.  Messages from late in 2010 demonstrate that DOE officials were concerned that President Obamas personal desire to get DOE loans approved was putting tax payer money at risk. I am growing increasingly worried about a fast track process imposed on us at the POTUS level based on this chaotic process that we are undergoing, Loan Program Office Senior Credit Advisor Jim McCrea wrote to loan program executive director Jonathan Silver in October 2010. [B]y designing the fast track process and having it approved at the POTUS level (which is an absolute waste of his time!) it legitimizes every element and it becomes embedded like the 55% recovery rate which also was imposed by POTUS.  Silver was sympathetic to McCrea, but said it was too late to change course. While I might agree with you intellectually, that is not where we are, he wrote back. Lets finish this process and get back to business.  By that point, McCrea might have regretted the political interest in the loan program, but he was quite happy about it only months earlier.  In December, 2009, McCrea forwarded one of his colleagues an article about how Reid would struggle in the 2010 campaign along with a comment on how it might affect the DOE loan program.  Reid may be desperate, McCrea wrote. WH may want to help. Short term considerations may be more important than longer term considerations and whats a billion anyhow? Thats a troubling closing question given that the DOE lost over half-a-billion dollars on one company when Solyndra went bankrupt.  In that same message, McCrea also speculated that, in light of Reids campaign struggles, there may be an opportunity to move several transactions simultaneously, allowing LGPO to finish with a trifecta!  A May 2010 email shows that Reid requested a meeting with Jonathan Silver — the Obama bundler who resigned his post at DOE after the Solyndra bankruptcy — to discuss green energy projects in Nevada.  Silver interpreted Reids request in light of the campaign. Reid is constantly hit at home for not bringing in the federal dollars, he wrote. Silvers task, according to the DOE memo prepared for his meeting, was to assure Reid that we anticipate a good number of projects to be approved in the coming months.
-------------------------------------------------------------

Emails show Obama admin used DOE loan money to help Harry Reids 2010 campaign  By JOEL GEHRKE Topics: Beltway Confidential  President Obama claims that political considerations did not influence the Energy Departments green energy loan program, but newly-released internal emails show that his administration subsidized Nevada companies in order to help Senate Majority Leader Harry Reid, D-Nev., win his 2010 reelection campaign.  And these are decisions, by the way, that are made by the Department of Energy, they have nothing to do with politics, Obama said last week when asked about the green companies that have gone bankrupt despite receiving taxpayer support.  The House Oversight and Government Reform Committee released DOE emails today that compromise Obamas position on two counts: one, the emails show that Obama himself was involved in approving loans; two, DOE officials were keenly aware of the political interests at stake, as they regarded the loans as a way for the White House to help Reid by giving him a way to brag about bringing federal money into Nevada.  Messages from late in 2010 demonstrate that DOE officials were concerned that President Obamas personal desire to get DOE loans approved was putting tax payer money at risk.  I am growing increasingly worried about a fast track process imposed on us at the POTUS level based on this chaotic process

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

that we are undergoing, Loan Program Office Senior Credit Advisor Jim McCrea wrote to loan program executive director Jonathan Silver in October 2010. [B]y designing the fast track process and having it approved at the POTUS level (which is an absolute waste of his time!) it legitimizes every element and it becomes embedded like the 55% recovery rate which also was imposed by POTUS.  Silver was sympathetic to McCrea, but said it was too late to change course. While I might agree with you intellectually, that is not where we are, he wrote back.  Lets finish this process and get back to business.  By that point, McCrea might have regretted the political interest in the loan program, but he was quite happy about it only months earlier.  In December, 2009, McCrea forwarded one of his colleagues an article about how Reid would struggle in the 2010 campaign along with a comment on how it might affect the DOE loan program.  Reid may be desperate, McCrea wrote. WH may want to help. Short term considerations may be more important than longer term considerations and whats a billion anyhow? Thats a troubling closing question given that the DOE lost over half-a-billion dollars on one company when Solyndra went bankrupt.  In that same message, McCrea also speculated that, in light of Reids campaign struggles, there may be an opportunity to move several transactions simultaneously, allowing LGPO to finish with a trifecta!  A May 2010 email shows that Reid requested a meeting with Jonathan Silver — the Obama bundler who resigned his post at DOE after the Solyndra bankruptcy — to discuss green energy projects in Nevada.  Silver interpreted Reids request in light of the campaign. Reid is constantly hit at home for not bringing in the federal dollars, he wrote. Silvers task, according to the DOE memo prepared for his meeting, was to assure Reid that we anticipate a good number of projects to be approved in the coming months.  The House Oversight and Government Reform Committee notes that throughout 2010 LPO emails indicate that projects in Nevada were prioritized because they were 'high profile, 'tied to larger events, or because they had Senator Reids support.  Nevada Geothermal received a $98.5 million loan guarantee.  Solar Reserve, another Nevada project included Solyndra investors among its board, received a $737 million loan guarantee (after Solyndra went bankrupt). LS Power Associations, which used to be
 known as SWIP, received a $343 million loan guarantee from DOE. (Silver specifically asked for information about the SWIP project as he prepared to meet with Reid.)

---------------------------------------------------------------

## Another Obama bundler benefits from DOE loan

By JOEL GEHRKE  Abound Solar, given a $400 million Department of Energy (DOE) loan guarantee for a https://lpo.energy.gov/?page_id=45  project   expected to create 1200 permanent jobs, receives private financial backing through an investment firm founded by a fundraising bundler for President Obama.  The http://reporting.sunlightfoundation.com/2011/another-renewable-grantee-hires-lobbyists-has-fundraising-ties-o/ Sunlight Foundation notes   that     http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=47793043  Bohemian Companies  , which was founded by billionaire and Obama bundler Pat Stryker, http://www.abound.com/news/ava-solar-completes-104-million-equity-financing  participated   with other companies in the "second institutional equity round of financing" in 2008 for Abound Solar, which recieved $104 million total through that round of financing.  Stryker gave $50,000 to Obama's inauguration, http://www.opensecrets.org/obama/inaug.php#donors  according to the Center for Responsive Politics  ,  and raised a further $87,000 for the inauguration. Stryker has since donated $35,800 to the 2012 Obama Victory Fund, http://reporting.sunlightfoundation.com/2011/another-renewable-grantee-hires-lobbyists-has-fundraising-ties-o/ Sunlight reports  .  One year after Bohemian invested in Abound, and a year before the DOE granted a loan guarantee, Stryker visited the White House. "The White House did not confirm that the visitor was the Pat Stryker in question and did not provide details about the meeting," Sunlight says.  When the White House Press Secretary Jay Carney was asked about meetings with George Kaiser (an Obama bundler and financer for Solyndra,which also recieved a DOE loan guarantee), he indicated that no discussions of the loan program ever took place. http://campaign2012.washingtonexaminer.com/blogs/beltway-confidential/emails-show-obama-donor-discussed-solyndra-wh  Recently-released emails   from Kaiser show that he did discuss Solyndra with White House officials, despite earlier denials.  You can read more about Abound Solar http://reporting.sunlightfoundation.com/2011/another-renewable-grantee-hires-lobbyists-has-fundraising-ties-o/ here  .

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Nissan Whistleblower facing constant intimidation and attacks after Nissan gets Steven Chu hand-out

Those who speak out get a contract put out on them. They are targeted for taxes, character assassination, job database black marks, blog attacks, insurance delays, email hacking and other seedy intimidation efforts that Big Washington insiders specialize in.   DOE staff gave special consideration to Nissan and gave this   Japanese company   massive amounts of your   United States tax dollars   that   they did not even need  . The hundreds of other applicants needed the money, Nissan did not need your tax dollars. Why did they get it? Who profited in the transaction process? When you draw lines between the same bunch of characters in the Solyndra, Tesla &amp; Fisker game; why are the same few people on the chart in a country with tens of millions of other options?: Sharyn Bovat, a NISSAN whistleblower, is speaking to CoolSprings.com after she was jailed by Franklin police last Wednesday for what she has described as an act of retaliation after whistle blowing against a Southern Good ole Boy Network.  Bovat, a former executive relocation consultant for five major companies, managed the moves of several top NISSAN executives to Middle Tennessee. Bovat was asked by HR to relocate NISSAN board member Carlos Tavares, the first Executive Vice President &amp; NISSAN Board of Directors member to reside outside of Japan. During the relocation process Mr. Tavares discovered more than he anticipated from the person assigned to ease his transition to life in America.  NISSAN North America is located in Middle Tennessee, known as the buckle of the Bible belt. Headquartered in the city of Franklin, which Bovat describes the community as a who knows who society. Employees at NISSAN knew she had access to Tavares and told her of discrimination, corruption, &amp; wasteful spending of taxpayer money. The State of Tennessee spent millions relocating NISSAN to the Cool Springs area of Williamson County. A large portion of those relocation expenses were paid by TN taxpayers. Several times Bovat inquired if certain spending was OK. In 2008 when asked by a French NISSAN Vice President to find a spa for oxygen facials, she documented the abusive spending of taxpayer money.  While she was asking NISSAN employees on the executive floor about spending issues, Bovat was told skirts dont speak.      Whistleblower Sharyn Bovay   As the daughter of a former mayor-activist-lobbyist, she was taken by her mother in the late 60s to marches to fight for womens rights. After hearing those words in 2009 at a public company that was taking American taxpayer money, Bovat became upset and told Tavares.  When asked to describe the heart of the problem in Middle Tennessee, Bovat quickly points out a southern Good ole boy Network that permeated HR at the NISSAN North American HQ. Women in management declined 30% according to NISSANs own internal statistics. Bovat has said it was known inside HQ that Good ole boys were strategically replacing women with their unqualified buddies.  In February 2009 Bovat learned the Good ole boys in HR had placed individuals in every division to protect their own during cutbacks caused by the economic crisis. She also discovered HR had planned to fire the Californians who relocated with NISSAN in 2006-2007 first. Disgusted with that policy Bovat remarked, It was not fair; they uprooted their families to move to Middle Tennessee, only to be discriminated against. Bovat told Carlos Tavares in March 2009, who stopped it from materializing.    Nissan's Carlos Tavares    After she saved the Californians, NISSANs HR Director called Bovat into four meetings. She sensed HR wanted to get rid of her, although she knew Tavares appreciated her efficiency and honesty. During one of those meetings, the Director of NISSAN HR asked Bovat to do something unethical to prove she was a team player. She refused. Bovat knew if she wanted to work for NISSAN she would have to comply. Bovat told Tavares, who then referred her to the HR Directors supervisor Mark Stout, the head of NISSAN HR. In a later meeting on the executive floor, Mark Stout offered Bovat money to be silent. Instead of cashing in she told Tavares about HR being unethical.  Starting June 4 2009, Bovat has documented and stated the allegations on her public blog. Since then, Bovat says she has been harassed and slandered by NISSAN HR. Bovat wanted to keep quiet and expressed to Carlos Tavares that she wanted to return to work at NISSAN. Several months ago, Tavares emailed her to relay that things were proceeding.  But with the continued harassment, Bovat wrote an open letter on her blog to the ACLU, in an effort to locate an attorney to help with her civil rights and whistle blowing issues.  Looking for resolution, Bovat went to NISSAN HQ on July 7 2010, in hopes of receiving a time frame for positive change. When Bovat entered the lobby, she was instead greeted by the same people she has fought against for the last year.  Minutes later, several Franklin police cruisers arrived and officers filled the NISSAN HQ lobby, arresting Bovat for criminal trespassing. Bovat says,  Rob from Nissan

THE BOOK OF TESLA - Copyright: the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

legal bullied the Franklin police into arresting me, using a year old, outdated photocopy of a cease and desist originally intended to intimidate me and to shut down my blog.  Bovat has stated on her blog that shell take it down when Nissans Carlos Tavares asks her. When Bovat heard from Tavares several months he did not tell her to take down the blog. All the allegations Bovat has made, have been visible on her public blog for the past year. Bovat says that fact alone give her credibility. Statistics from her blog show tens of thousands of visitors from six continents.    It seems like this skirt has spoken and people are now listening.    (The exclusive interview above with Sharyn Bovat took place Tuesday 7/13/10 in Cool Springs, TN)   http://www.coolsprings.com/news/nissan-whistleblower-arrested/  http://nissanwhistleblower.com/


Additional criminal evidence found to be posted at:  http://atvmdoe.wordpress.com/
  /2013/06/06/additional-criminal-evidence-found-to-be-posted-at-httpatvmdoe-wordpress-com/
Thu, 06 Jun 2013 15:56:12 +0000

 /?p=411

Additional criminal evidence has been found to be posted at:  http://atvmdoe.wordpress.com/   Apparently this was created, in part, by former lobbyists for General Motors and fired NUMMI workers.  This shows that the entire auto funding and cleantech DOE program was a huge series of kickback schemes and political control boondoggles. Implicated in the scam are Senators, White House Staff, Big Companies, Investment Banks and Venture Capital Guys. The same people that are implicated are the same people that are stalling the investigations. Cat Wisen- Contract Reporter- LA Times, Boston Herald


## Credits fueled Tesla stock sale? Tesla manipulating stock reports?

    /2013/06/abc-logo-1.png  <img class="aligncenter size-full wp-image-7612" alt="abc-logo-1" src=" /2013/06/abc-logo-1.png" width="162" height="58" />  MONEY    How Investors May Be Getting Fooled by Buybacks    NEW YORK March 11, 2014 (AP) By BERNARD CONDON AP Business Writer  If you're puzzled why the U.S. stock market has risen so fast in a slow-growing economy, consider one of its star performers: DirecTV.  The satellite TV provider has done a great job slashing expenses and expanding abroad, and that has helped lift its earnings per share dramatically in five years. But don't be fooled. The main reason for the EPS gain has nothing to do with how well it runs its business. It's because it has engaged in a massive stock buyback program, halving the number of its shares in circulation by purchasing them from investors.  Spreading earnings over fewer shares translates into higher EPS — a lot higher in DirecTV's case. Instead of an 88 percent rise to $2.58, EPS nearly quadrupled to $5.22.  Companies have been spending big on buybacks since the 1990s. What's new is the way buybacks have exaggerated the health of many companies, suggesting through EPS that they are much better at generating profits than they actually are. The distortion is ironic. Critics say the obsessive focus on buybacks has led companies to put off replacing plant and equipment, funding research and development, and generally doing the kind of spending needed to produce rising EPS for the long run.  "It's boosted the stock market and flattered earnings, but it's very short term," says David Rosenberg, former chief economist at Merrill Lynch, now at money manager Gluskin Sheff. He calls buybacks a "sugar high."  Over the past five years, 216 companies in the S&amp;P 500 are just like DirecTV: They are getting more of a boost in EPS from slashing share count than from running their underlying business, according to a study by consultancy Fortuna Advisors at the request of The Associated Press. The list of companies cuts across industries, and includes retailer Gap, supermarket chain Kohl's, railroad operator Norfolk Southern and drug distributor AmerisourceBergen.  The stocks of those four have more than tripled, on average, in the past five years.  Companies insist that their buybacks must be judged case by case.  "The vast majority of our shareholders are sophisticated investors who not only use EPS growth but other important measures to determine the success of our company," says Darris Gringeri, a spokesman for DirecTV.  But Fortuna CEO Gregory Milano says buybacks are a waste of money for

THE BOOK OF TESLA  Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

most companies.  "It's game playing — a legitimate, legal form of manufacturing earnings growth," says Milano, author of several studies on the impact of buybacks. "A lot of people (focus on) earnings per share growth, but they don't adequately distinguish the quality of the earnings."  So powerful is the impact, it has turned what would have been basically flat or falling EPS into a gain at some companies over five years. That list includes Lockheed Martin, the military contractor, Cintas, the country's largest supplier of work uniforms, WellPoint, an insurer, and Dun and Bradstreet, a credit-rating firm.  It's not clear investors are worried, or even aware, how much buybacks are exaggerating the underlying strength of companies. On Friday, they pushed the Standard and Poor's 500 stock index to a record close, up 178 percent from a 12-year low in 2009.  "How much credit should a company get earning from share buybacks rather than organic growth   asks Brian Rauscher, chief portfolio strategist at Robert W. Baird &amp; Co, an investment company. "I think the quality of earnings has been much lower than what the headlines suggest."  And it could get worse.  Companies in the S&amp;P 500 have earmarked $1 trillion for buybacks over the next several years. That's on top of $1.7 trillion they spent on them in the previous five years. The figure is staggering. It is enough money to cut a check worth $5,345 for every man, women and child in the country.  There is nothing necessarily nefarious or wrong about buybacks per se. It doesn't seem that managements are trying to cover up a poor job of running their businesses. Even without factoring in a drop in share counts, earnings in the S&amp;P 500 would have risen 80 percent since 2009.  The problem is that many investors are pouring money willy-nilly into companies doing buybacks as if they are always a good thing, and at every company.  A fund that tracks companies cutting shares the most, the PowerShares Buyback Achievers Portfolio, attracted $2.2 billion in new investments in the last 12 months. That is nine times what had been invested at the start of that period, according Lipper, which provides data on funds.  For their part, the companies note there are all sorts of reasons to like them besides EPS.  WellPoint points out that it has increased its cash dividend three times since 2011, a big draw for people looking for income. Cintas says that it's timed its buybacks well, buying at a deep discount to stock price today. And DirecTV says investors judge it also by revenue and cash flow, both of which are up strongly.  What's more, companies seem to genuinely believe their shares are a bargain and they'd be remiss for not buying, though their record of choosing the right time is poor.  The last time buybacks were running so high was 2007, right before stocks fell by more than half.  There are signs the next $1 trillion in buybacks for S&amp;P 500 companies could also prove ill-timed. Stocks aren't looking so cheap anymore. After a surge of nearly 30 percent last year, the S&amp;P 500 is trading at 25 times its 10-year average earnings, as calculated by Nobel Prize winning economist Robert Shiller of Yale. That is much more expensive than the long-term average of 16.5.  Many investors assume shrinking shares automatically make remaining shares more valuable. The math is seductive. A company that has $100 in earnings and 100 shares will report $1 in earnings per share. But eliminate half the shares and the same $100 is spread over 50 shares, and EPS doubles to $2.  But that doesn't make the shares more valuable.  Shares aren't just a claim on short-term earnings. They are an ownership stake in an entire company, including R&amp;D programs and its capital stock — the plants, equipment and other assets needed to boost productivity long into the future. Critics say the lavish spending on buybacks has "crowded out" spending on such things, which is at its weakest in decades.  "It's just like your car depreciating or your home depreciating — you have to invest," says Gluskin Sheff's Rosenberg, "The corporate sector has barely preventing the capital stock from becoming obsolete."  One result: U.S. productivity, or output per hour, increased just 0.5 percent last year, a pitiful performance. It has grown by an average 2 percent a year since 1947.  If not reversed, history suggests stocks will suffer. In a 2010 study, Fortuna's Milano found that stocks of companies that spent the most on buybacks vastly underperformed stocks of those that spent the least on them — at least over five years. It's unclear whether the kind of investor who dominates stock trading now cares about the long-term, though. Buybacks are one of the few sure-fire ways to push a stock higher in the short term, and investors these days are very short term.  They "don't care what happens in three or five years," laments Rauscher, the Baird strategist. "The market has become less of an investor culture, more of a trading one."
——— Follow Bernard Condon on Twitter at http://twitter.com/BernardFCondon

Thursday, Jun 06 2013 11:00 PM Credits fueled Tesla stock sale? By The Bakersfield Californian  Concerning your May 31 editorial ("Some clean energy bets pay off nicely") on Tesla Motors paying off the government loan: In 2010, Tesla was awarded a milestone-based loan, requiring matching private capital obtained via public offering, by the Department of Energy as part of the Advanced Technology Vehicle Manufacturing Loan Program. This program was signed into law by President George W. Bush in 2008, and then awarded under the Obama administration in the years that followed.  The loan payment was made using a portion of the approximately $1

billion in funds raised in the previous weeks concurrent offerings of common stock and convertible senior notes. According to a May 8 USA Today report by James R. Healey and Fred Meier, Tesla made a first-quarter profit of $11 million on revenues of $562 million. But Tesla gets government zero-emission-vehicle (ZEV) credits for each car it builds, credits that can then be auctioned to other automakers to offset their non-zero-emission vehicles. The company income from sales of ZEVs came to about $68 million in the quarter, or 12 percent of revenue.  So, if you take away the ZEVs, Tesla lost $57 million. It sounds to me like the first-quarter profit allowed Tesla to make a stock offering to which the government loan was paid from. The profit was from government money in the way of ZEVs. Would the stock sale have been as good if Tesla had shown a $57 million loss?  It's interesting how you tied Bush to the failed Solyndra loan and President Obama to the Tesla loan, when in fact the Obama administration made both loans.  Tom Wimberly  Bakersfield

# TESLA TRUTH TICKET:

Do you know what people are thinking of **you** when they see **you** driving this Tesla car?: " What an arrogant elitist", " What a 1%er!", "How could they be so uninformed!", "Why would they want to drive the poster car of corruption", Look it's a Solyndra-mobile", "Who is that dick  **Do you want that?**
Why would you drive a car that makes everyone sneer at you and think you are a bad person? Have you not been reading the news?:
The lithium ion batteries under the entire floorboard of this car can go up in flames, for no reason, at any moment. Tesla has published private patent papers saying they knew this but they did not tell you. The company is based on nearly free federal money they got by bribing Washington officials to get your tax dollars to make profits for a billionaire and bankers who did not need the money.
You can get a Nissan Leaf or many other, non-tainted, electric cars that do the same thing for about $20,000 without feeling like a loser. The founders of Tesla were kicked out in a hostile take-over. You are supporting evil-doers, not innovators, by owning this car.
The company owes more money than it can pay back, nobody is buying the cars in any amount that counts, they are just using their VC money to keep the company looking like it is alive to avoid political embarrassment. Relative to the amount of money invested, they have sold less cars than any car company in history after 10 years of trying to sell a non-innovative thing. They won't be around much longer. The real numbers (not the ones in their fake accounting) don't lie.
**Give the car back, get your money back**. Others are cancelling their reservations. Don't be stuck with an albatross that **ruins your personal AND family brand** by associating you with creeps. All this information is plainly visible in an online search.
(This ticket is being placed on every Tesla in the world by concerned neighbors in your community and others. If you care about truth, please copy this and place it on other Tesla's)
**Have you seen these facts in the news:**
http://online.wsj.com/article/PR-CO-20130417-911900.html?mod=googlenews_wsj


http://lithium-ion.weebly.com

http://www.iconoclast-investor.com/2010/07/27/the-truth-about-tesla-motors/

http://youtu.be/cTqnP0McPcs

http://tinypic.com/r/7295hs/6

http://seekingalpha.com/instablog/239719-james-quinn/80801-tesla-motors-another-wall-street-scam

http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design

https://www.consumeraffairs.com/automotive/tesla_motors.html

http://www.ihatethemedia.com/tesla-motors-devastating-design-problem

http://ecomodder.com/blog/tesla-motors-environmental-fail/

https://anonfiles.com/file/8da2ce24879ee054dcd06a8bf21a6e14

http://justinemusk.com

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/

http://amerpundit.com/2011/04/11/obama-supported-taxpayer-funded-tesla-sues-critics/

http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/

http://www.dailyfinance.com/2009/09/15/tesla-motors-gets-a-465-million-taxpayer-loan-why/

http://sadhillnews.com/2012/12/29/bankrupt-tesla-ceo-buys-17-million-mansion-after-receiving-465-million-taxpayer-funded-bailout

http://www.americanclarion.com/3503/2012/02/29/driving-taxpayer-subsidized-100k-brick/

http://blog.tmcnet.com/blog/rich-tehrani/green/tesla-motors-in-trouble-paradox-of-a-lifetime.html

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://anonfiles.com/file/bd21a3e1b2edbb6a880f52e72ade50de

http://nlpc.org/category/keywords/tesla

http://davianletter.com/blog/2010/6/29/tesla-motors-risky-fendi-bag-highways

http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/

# We are most interested in having Elon Musk answer these questions in front of the U.S. Congress during a live broadcast:

- Has your company, or anyone associated with your company, ever hired multitudes of fake bloggers to post fake positive reviews about Tesla motors in order to simulate interest?

- Has Tesla Motors ever compensated a publisher, or industrial rating company, for positive reviews or ratings?

- Does Tesla Motors believe that the coordinated manipulation of the public perception of a company, trading on the stock market, via the dissemination of inaccurate data by the companies spokespeople is not stock fraud and a violation of SEC laws?

- What percentage of Tesla Motors do Google's investors, staff and executives own cumulatively?

- How much money did those Tesla/Google investors contribute to election campaigns from 2007 to today? Which campaigns? Did the winners in any of those campaigns award U.S. taxpayer funds to the portfolio companies of those investors? How much money?

- When Tesla Motors applied for the Department of Energy funds Elon Musk stated that Tesla was in exceptional financial health, yet now Elon Musk, and his senior staff, have been recorded stating that the company was nearly bankrupt then. In light of these more recent revelations, is that not a felony violation of the federal "Section 136 Law" which states that 'a company cannot be on the verge of bankruptcy or it shall not receive Department of Energy funds'? New disclosures show that Tesla stated information in it's federal application which Tesla's founders and staff have stated they knew was false at the time. Should Tesla be prosecuted for this?

- Did Deloitte, under contract to Tesla, arrange false accounting via the Tesla Wells Fargo bank account while Deloitte was also acting, in conflict of interest, as the Department of Energy reviewer of applicants?

- Does Tesla Motors have a confidential relationship with a national group of reporters, from different publications, who have agreed to release Tesla-positive news spin stories on a synchronized basis, at the same time, in order to coverup Tesla investigation disclosures and artificially accelerate stock market vales? Has Tesla Motors arranged with Google to have negative Tesla Motors stories down-ranked while having positive Tesla stories up-ranked? Would that be considered stock fraud?

- How many Senators and their families, that you are aware of, own stock in Tesla Motors?

- Was Elon Musk promised any NASA contracts, in advance of the closure of a portion of NASA, in exchange for campaign funding from Tesla and Google investors?

- How many Senators, their families and Google-related investors, that you are aware of, hold stock in lithium-ion battery related companies?

- Has Steven Chu, the former head of the Department of Energy, ever had a personal relationship with any Tesla staff or investors?

- Has Senator Dianne Feinstein, or her family, ever had a personal relationship with any Tesla staff or investors?

- Why are Tesla and Solyndra on the same physical plot of land?

- Has anyone from Senator Dianne Feinstein's office also worked for Tesla Motors and/or Solyndra?

- Has anyone associated with Senator Dianne Feinstein's family, named Herb, ever supplied staffing services to Tesla?

- Has anyone associated with Senator Dianne Feinstein's family had any relationship with the real estate transactions involving Tesla and/or Solyndra real estate?

- Panasonic, your battery partner, has been charged with organized crime, dumping, price fixing, the deaths of thousands of battery workers from toxic poisoning and with building lethal battery factories that destroyed all of the towns near them. Is that a problem?

- Do your battery packs release toxic and/or cancer causing fumes when they burn?

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- What was your relationship with Eric Strickland, the head of the
National Highway Transportation safety agency who quit his job 48 hours after being notified that the toxic Tesla report he knew about was going public?

- Did you falsify lithium-ion safety reports?

- Bernard Tse, your battery program director, and 7 other senior staff, provided your company with numerous severely concerning lithium-ion safety reports which were never presented to the Department of Energy. Were these reports covered up because the Senators and Investors of Google and Tesla all have ownership interest in the lithium-ion industry?

- Has Elon Musk ever spied on his own employees and competitors?

- Has Elon Musk ever undertaken sabotage programs against his competitors?

- Did your SEC filings use tax credits from the White House to make Tesla look like it had profits?

- What was Tesla's debt ratio at the time that Tesla applied for the DOE loan? Why do you think Tesla had the worse debt ratio of any applicant yet Tesla was awarded funds with almost no review?

- Why has Tesla spent billions, and a decade, to only sell a few cars when all of your competitors have done 20 times better on less money and in less time? Why are over 200 technical problems with the car documented online by Tesla owners yet you say nothing about those problems? Why are you being sued for fraud under the Federal "Lemon Law"?

- Why were your cars $100,000.00 over budget PER CAR, at the time of your Department of Energy loan application, yet nobody at the DOE commented about that in their review notes?

- Did Steven Chu's senior staff: Matt Rogers and Steven Spinner have any relationship with Tesla-related investors prior to Chu hiring them at the DOE? Was it coincidental that McKinsey Consulting, the company they worked for, produced all of the pitch documents for the White House and Congress, which were used to steer the Federal funds to Tesla Motors?

- Was Tesla Motors funded as a gift to campaign investors?

- Are you trying to build a battery factory not far from Mexico in order to take advantage of Mexican workers? Are you concerned that most battery factory workers in China were poisoned with toxins? Are you concerned that your battery factory will ENCOURAGE immigration abuse and devastate our border?

- The founders ex-partners, investors, buyers, suppliers, employees and ex wives have sued Elon Musk for fraud? What does that say about Mr. Musk?

- How many of your employees have been burned alive at your factories? Has OSHA ever fined you?

- Did California State Officials, in Sacramento, California, ever manipulate tax laws and decisions to exclusively benefit Tesla Motors in exchange for perks?

- What percentage of your buyers have killed members of the public with their Tesla Vehicles? Why is that number, in relative terms, higher than any other car company?

- Have White House staff agreed to protect Tesla, at all costs, in order to keep Mitt Romney's prediction from coming true and to cover campaign billionaires?

- Do your VC investors pump the stock market rating by buying their own Tesla stock when bad news comes out about Tesla in order to create a synthetic cover-story short term stock rise?


Any reporter who can get a legitimate set of responses to these very important questions, is encouraged to post those responses

Taxpayers' loss on GM bailout looks to be about $10 billion – Yet another kick-back scheme to buy union votes?

Taxpayers' loss on GM bailout looks to be about $10 billion   By Jerry Hirsch  June 7, 2013   The U.S. Treasurys deal to sell 30 million shares of General Motors Co. will recoup taxpayers another $1 billion of the bailout money the government put into the automaker back in 2009.  All told, taxpayers have recovered $32.5 billion of the $49.5 billion used to restructure the nations biggest automaker.  The government also still owns 189 million GM shares, worth about $6.5 billion at the $34.41 share price that the Treasury got for the batch of stock it sold this week.  If the Treasury is able to liquidate its remaining stock, as it plans to do over the next 15 months, at that price or above, the government will still be short about $10 billion on its GM investment.


# Cornell University Says Tesla Batteries Are Failed in Technology and Plans

   By Ronald D. White  Just three days after Tesla Motors Inc. Chief Executive Elon Musk unveiled plans

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

to greatly accelerate the rollout of his company's coast-to-coast fast charger network, an expert in a competing technology was saying wait a minute, not so fast.  Paul F. Mutolo, director of external partnerships at the Energy Materials Center at Cornell University, said that he didn't think that Tesla's fast charge claims, or its batteries, would hold up under scrutiny.  Mutolo said it was encouraging to see Musk going after the alternative-fuel infrastructure problem "in a meaningful way."  Electric car comparison test: EV specifications  But Mutolo added, "That said, the consumer should be wary of two things, hype and safety."  Mutolo said it wasn't likely that a driver would get more than 140 miles out of a 20-minute charge, and only that far if they were traveling less than 50 miles an hour.  "The numbers don't add up," Mutolo said.  On Friday, Musk had said that his supercharger network would soon allow cross-country travel from New York to Los Angeles -- free of charge, so to speak -- for drivers of the Tesla Model S sedan, which starts at about $70,000.  The super-charging stations are about 10 times faster than other available electric vehicle charging stations.  Mutolo also said that current lithium ion technology wouldn't safely allow such a powerful charge.  "It could potentially catch on fire. Not a good idea," Mutolo said. It should be said here that Mutolo is a hydrogen fuel cell chemist, a competing technology.  Musk has made no secret of his disdain for hydrogen fuel cell technology powering the nation's cars, once saying hydrogen "makes no sense" for powering cars.  --------------------------------------  Musk and battery industry funded shill group "Plug-In America" tried to promote lies to cover the VC's investment in Tesla.  --------------------------------------- The Dangers of Tesla batteries are shown at:    http://lithium-ion.weebly.com"   http://lithium-ion.weebly.com http://lithium-ion.weebly.com    and    http://youtu.be/cTqnP0McPcs"   http://youtu.be/cTqnP0McPcs" http://youtu.be/cTqnP0McPcs    and    http://tinypic.com/r/7295hs/6   and http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design" http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design" http://theunderstatement.com/post/18030062041/its-a-brick-tesla-motors-devastating-design    and http://www.ihatethemedia.com/tesla-motors-devastating-design-problem"   http://www.ihatethemedia.com/tesla-motors-devastating-design-problem"    http://www.ihatethemedia.com/tesla-motors-devastating-design-problem and    http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/"  http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/"     http://capoliticalnews.com/2012/02/22/tesla-obama-friend-builds-cars-with-bad-batteries-taxpayer-investment-one-billion/   and   http://www.yourlawyer.com/blog/tesla-roadster %e2%80%99s-battery-drains-the-wallet/"   http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/"    http://www.yourlawyer.com/blog/tesla-roadster%e2%80%99s-battery-drains-the-wallet/ and thousands more white papers, studies, reference links and articles...

### Senator Charles , Consumers Union anmd other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker. | Solyndramobile: How bribery &amp; corruption ruined the auto markets

'PLUG-IN AMERICA" is a shill organization funded by back-door money pass-longs and blind front "donations" from Silicon Valley VC's, Tesla and their battery companies.  They exist to push out fake, biased, slanted media hype which supports A123, Exide, Enerdel and other bankrupt battery companies which the Silicon Valley cartel invested in and bribed Congress to only support.  Tammy Olay Denver, CO

### Elon Musk's Buddy: Steven Chu lives in Fantasy World. Publicly states the kickback scheme that got him his Stanford job as part of his payoff was not failed

THE BOOK OF TESLA- Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Ex-Energy Secretary Chu: Our green-energy loans were more successful than Wall Street posted on June 10, 2013 by Erika Johnsen  The Department of Energy is currently hanging back somewhat with issuing back new government (i.e., taxpayer)-backed loans to what federal bureaucrats so augustly deem to be promising green-energy companies through its several loan programs — youll remember the highly public Solyndra, Abound Solar, and Fisker Automotive debacles — but over the weekend, former Secretary of Energy Steven Chu sprang to the defense of some of the programs he once oversaw in an interview with the San Francisco Chronicle, and no, he neither regrets nor apologizes for the socialized losses of the Obama administrations failed ventures.     Q: How well would you say weve done in terms of making that transition in our energy system?     A: "Well, certainly the Recovery Act helped a lot, because there were things in it to help deployment. Renewables doubled during the first four years. Most of its wind. Solar increased about tenfold, in part because the prices came down. Deployments increasing.     Also, the White House is thinking weve got to start to plan the (electric) grid. The grids going to take decades. I believe we need a new business model. "     Q:And it wasnt just because Solyndra blew up?     A: "No. This is not widely appreciated, but Congress, with the renewable energy loan program, and the advanced (vehicle) manufacturing (program), they appropriated enough for $10 billion in losses – $10 billion. Were not going to get to $10 billion. We might get to $2 billion. When Solyndra blew up, that was (a half billion). You appropriate $10 billion, and you wont even tolerate a half a billion?     Were going to have a few more bankruptcies. Sometimes itll be like Solyndra where you get 3 cents on the dollar. Others, itll be 80 cents, or something like that. If you look at what got started and what became bankable, was it successful? Yes. We were more successful than Wall Street. So come on, guys."  Well. Thats one way of looking at it, I suppose. The Department of Energy is quick to tout that its green-energy loan guarantee program has a success rate in the ninetieth percentile, whatever that means — I suppose were meant to overlook the fact that losses could (and likely will) emerge over several more years, but lets get real here.  It would not matter either way if the Department of Energy had had a one hundred percent success rate or a zero percent success rate, and that Congress has already budgeted for the inevitable failures is a travesty in and of itself. It is not the business of the U.S. government to invest taxpayers dollars in start-up ventures of any kind. Bureaucrats taking risks with money that is not theirs based on political motivations rather than personal and hence careful investment decisions? We already have a private sector that does that job extremely well, because the main interest of the private sector is not political pipe-dreaming but rather turning a profit — and that is a good thing. The only way to succeed is to produce a product that can withstand the competition of the free-market economy based on its on merits.  As Ive written about China, Germany, and Spain over the weekend, they now have too-expensive energy markets flooded with renewable projects that cant actually compete or offer a product that consumers voluntarily want to buy because of government-commandeering of the market with subsidies and incentives, and now both their governments and the people they artificially directed to make those investments are suffering crazy losses. With these types of programs, risk is often transferred to taxpayers; the government directs money toward certain projects and in effect possibly inhibits innovation in other areas that arent the political darlings of the moment; and they increase the cost of borrowing across the market in general. Whats more, the opportunities for economically costly cronyism get bigger and bigger with every unwarranted involvement in free-market signals the federal government affords itself. Bad idea, all around.  ---------------------------------   Students at Stanford: Walk up to Chu on his little bike at Stanford University with your I-Phone and catch him on YOUTUBE responding to questions listed on this site.  Anderson Conners- Stanford  Stay Tuned for the encounter between the Author of "Throw them all out" and Steven Chu, on Campus, at Stanford in a surprise webcast.  Mr. A- A teacher at Stanford  Steven Chu was either a weak simpleton that was being used as a figure-head by a brutally corrupt façade group at DOE who conduited taxpayer money to their friends so they could rake in huge "fees" or HE WAS the brutally corrupt façade. Which is it?  Karen Anders- Western Times

## Is SolarCity's use of Tesla batteries unsafe for homes and for Solarcity?

Is SolarCity's use of Tesla batteries unsafe for homes and for Solarcity?  Washington, DC - Solarcity has announced that they will be using Tesla's lithium ion battery systems for their energy systems. Engineers are

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

wondering if this is a good idea in light of the   extensive numbers of lithium ion fires   that have taken place, with little or no stimulation.  Lithium ion Apple tablets and cell phones have exploded into flames and burned down the structures they were in as documented when you search the phrase: "ipad air explodes".  Authorities in Sugar Land, Texas, ruled that the Fisker Karma parked in the attached garage of a newly built home was the origin of a fire in 2012 that completely destroyed the car as well as the garage and a portion of the home, causing hundreds of thousands of dollars worth of damage. The owner and his family escaped safely. The batteries were the same kind of lithium ion batteries used in the Tesla and now intended to be used by SolarCity.  This video shows another one just blowing up in flames for no good reason:      id="title_2"  http://dailybail.com/home/watch-as-another-fisker-karma-spontaneously-combusts-the-100.html" name="title_2  Watch As Another Fisker Karma Spontaneously Combusts, The ...    Aug 17, 2012 ... The Karma above caught fire in a Woodside, CA parking lot while .... attention away from the latest green energy project to blow up in the ...  www.dailybail.com/ home/ watch-as-another-fisker-karma-spontaneously-combusts-the-100.html -   id="proxy_link"  https://ixquick-proxy.com/do/spg/proxy?ep=

Did Tesla bankers at Deutsche Bank order German&#8217;s to give Tesla a wave-through on safety review that never actually happened? | Wiki: Step-by-step Corruption Repair


# VAMPIRE POWER DEFECT slams entire Tesla Model S fleet! TESLA SUCKING: TOO MUCH ENERGY


/2013/11/greencar.jpg  <img class="aligncenter size-full wp-image-1777" alt="greencar" src=" /2013/11/greencar.jpg" width="229" height="54" />      TESLA SUCKING: TOO MUCH ENERGY  Life With Tesla Model S: Even After Update, Vampire Draw Remains  By David Noland   Nov 25, 2013  The Tesla Model S, for all its technical and design artistry, has a dirty little secret: the car has a substantial appetite for kilowatt-hours even when turned off and parked.  Since the Model S was introduced in 2012, this "vampire" power drain from the cars sold so far has consumed roughly 15 gigawatt-hours of electric energy, nearly a day's output for a mid-size nuclear power plant. It's enough wasted energy to drive the cars 50 million miles.  2013 Tesla Model S electric sport sedan [photo by owner David Noland]  2013 Tesla Model S electric sport sedan [photo by owner David Noland]  After nine months of promises to fix it, Tesla finally sent out a software update a week ago to the Model S fleet that it claims "significantly reduces power usage when (the car is) shut down."  But based on a week's worth of measurements on my 60-kWh Model S, I've concluded that the new software is only mildly effective.  As far as I can tell, the vampire's fangs are still sharp.     Wasted power  Shortly after taking delivery of my  Model S last February, I noticed that I would typically lose 10-15 miles of indicated range overnight. On average, I was losing  23 miles of indicated range every 24 hours.  But indicated-range numbers can be quirky, so I asked an electrical engineer friend to cobble together a kilowatt-hour meter. Using the meter, I measured my vampire power drain at about 4.5 kilowatt-hours per day.  That's the equivalent of three 60-watt light bulbs burning 24/7.  It was enough energy to drive about 13 miles per day--almost 5,000 miles a year.  However you measured it, the Model S vampire was a voracious beast.     Why the Model S?  The Chevy Volt and Nissan Leaf, the other two best-selling electric cars in the U.S., have essentially zero vampire loss. As far as I know, so do all the other electric cars on the market.  2011 Chevrolet Volt and 2013 Tesla Model S [photo: David Noland]  2011 Chevrolet Volt and 2013 Tesla Model S [photo: David Noland]  So what's the problem with the Model S? According to Tesla, the car needs a constant flow of power to keep its computers and systems switched on 24/7, ready to boot up instantly when the driver gets into the car.  It's a popular myth among Model S owners that much of the vampire power goes to keep the battery warm during cold nights. This is simply not true.  According to Tesla, there is no thermal management of the Model S battery when the car is turned off and not charging--no matter how cold it gets.  We can't help but notice that General Motors and Nissan seem to have figured out a way to make their cars start up instantly without a similar 24/7 power drain.  Odd that a multibillion-dollar company in the heart of Silicon Valley couldn't figure out a way to do that, too.   Complex history  Ironically, the Model S had  very little vampire drain when it was first introduced.  My owner's manual is based on the original software in the car. "When you're not driving Model S, the Battery discharges very slowly to power the onboard electronics," it purrs reassuringly. "On average the battery discharges at a rate of 1 percent per day."  2013 Tesla

THE BOOK OF TESLA. Copyright: to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Model S electric sport sedan [photo by owner David Noland]  2013 Tesla Model S electric sport sedan [photo by owner David Noland]  Unfortunately, the "sleep mode" software in those early cars triggered all sorts of glitches in the car's other systems. Eventually, the problems became so persistent that Tesla simply disabled the sleep mode.  With sleep taken away, the vampires came out to play. And instead of draining 1 percent every 24 hours, the Model S battery suddenly began losing 5 or 6 percent of its charge every day. (In the case of 60-kWh cars like mine, it's closer to 7 or 8 percent.)  Last March, Tesla CEO Elon Musk addressed the vampire/sleep-mode issue in a meeting with Norwegian Model S buyers in Oslo. Musk promised that a new sleep mode would reduce vampire losses to a mere 0.2 percent--an insignificant 170 watt-hours--per day.     Deadline missed  And, he said, the new sleep-mode software would be installed by the time the Model S was introduced in Norway--then set for July. It didn't happen. And the backtracking began almost immediately.  Later that spring, a Tesla owner's hot-line rep told me the new sleep mode would be introduced in two phases: a preliminary software update that would cut the vampire drain in half by summer, followed by Musk's promised  total solution before the end of the year. But as the summer progressed,  several software updates came along, with nary a hint of a sleep mode.     Early bugs  Finally, in August, new cars began rolling off the production line  with software update 5.0, which contained the long-awaited vampire-slayer, among other improvements. Tesla made no claims about how much energy would be saved, but one electric-car news site, without citing its sources, put the vampire reduction at 50 to 75 percent. Unfortunately, update 5.0 proved to have serious bugs in some of its other features, particularly the GPS system. It was sent out to only a few cars in the field. (Mine was not one of them.)  In October, an improved version, update 5.6, was rolled out, again to a limited number of cars in the field. (Again, not mine.)  2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland  2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland  Finally, in mid-November, my car was updated remotely by the factory with version 5.8, apparently along with the entire fleet of Model S cars then on the road.  (Version 5.8 replicated all of the updates in 5.6, including the anti-vampire mode, and also disabled the high-speed "crouch" feature on cars with air suspension, apparently to reduce the car's susceptibility to damage from road debris. But that's an entirely different story.)  I was ecstatic. Free at last--or at least 50 to 75 percent free at last-- from the fangs of the loathsome beast!    Not so fast  Unfortunately, it appears as if the vampire-slayer software is only mildly effective, at best.  The first night after downloading update 5.8, I lost 6 miles of range overnight, equal to a rate of 16 lost miles for a full day. After six nights, I was averaging 15 indicated miles lost per day. That's about 35 percent less than the comparable figure (23 miles) from my tests last spring.  2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland  2013 Tesla Model S electric sport sedan on delivery day, with owner David Noland  But indicated miles, subject to the vagaries of temperature and algorithm, don't tell the whole story. Only a kilowatt-hour meter can give an accurate figure.  So far I've run three overnight tests with the kWh meter. For each test, I charged the car up in the evening to its usual selected level (In my case, about 80 percent). Then I removed the charge plug. I allowed the car to sit unplugged overnight and on into the next day, until I needed to drive it. (Typically a span of 12 to 24 hours.)  Before driving it, I plugged it back in to top off the vampire-depleted battery back to its original level. Then I checked the kWh-meter.     Test results  The three tests showed vampire losses of 2.3 kWh in 17 hours, 1.9 kWh in 23 hours, and 4.2 kWh in 18 hours. Total vampire power lost was 8.4 kWh in 58 hours.  That's an average of 3.5 kWh per day--roughly 25 percent lower than the losses I measured previously.  I can't explain the wide variation in the vampire draw over the three tests. Clearly, more than three tests will be required to come up with an accurate figure.  But it's clear to me that the new vampire-slayer software is  pretty weak stuff.  It's better than nothing, I suppose. A 25-percent improvement means that the 20,000 Model S cars now on the road will only waste about 70 megawatt-hours of power a day, down from 90 MWh.  And it means that Musk's anti-vampire prediction has turned out to be one-quarter true in twice the time.  Update 6.0, anyone?


Tesla Fires. Tesla lied! Toxic Smoke. George Clooney Rips Tesla. Organized crime political kickbacks investigated. Multiple lawsuits now filed re: Safety and Stock lies. Are Tesla drivers  Douche Bags ? | SOMO News:


  The Tesla Model S, for all its technical and design artistry, has a dirty little secret: the car has a substantial appetite for kilowatt-hours even when turned off and parked. MORE&#8230;

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Steven Chu Reaches for the 'Master Switch

Steven Chu Reaches for the 'Master Switch Adam J. White June 10, 2013   As Daniel Halper noted earlier today, ex-Energy Secretary Steven Chu raises a bit of eyebrows in his recent interview with the San Francisco Chronicle, where his defense of the department's loan guarantee program refuses to concede any lessons learned from the Solyndra fiasco.  But that is not the only comment that seems blissfully unaware of history. Arguing that electric utilities need to seek their fortunes in solar power and battery technology, he offers a surprising new vision of the energy industry:      I've been telling them there's another business model. It goes like this: We - the utility - would own the energy storage and the thing on the roof and the electronics. We'll sell you the electricity.  Q: The utilities would own solar panels on homes and sell the power to homeowners? They'd basically be competing against Sunrun and SolarCity and Sungevity?      A: Right. Or they could link up. So you have some alliance, and you've got a good deal. Now all of a sudden, the utility companies are in a growth business.      Q: Are any of the utilities actually considering this?      A: I've been talking with them about it for about a year. And I did not invent this. It was invented by the Bell Telephone system. Remember? They owned the phone. They maintained the phone. You paid for phone service.      The details have to be worked out.  The details have to be worked out! That's quite an understatement, considering how well Bell Telephone's version of vertical integration worked out.  Chu's dream for the future is startling in and of itself, but what makes it all the stranger is its utter discordance with the entire progressive zeitgeist. Tim Wu and Susan Crawford, in particular, have won great acclaim with their recent books -- The Master Switch and Captive Audience, respectively -- in which they recount the history of telecom monopolists, best exemplified by the Bell/AT&amp;T story, to support their arguments in favor of net neutrality. They argue that vertically integrated corporate infrastructure monopolies cannot be trusted to restrain themselves from abusing market power.  Thus, for telecom infrastructure, progressives' answer tends to be "net neutrality." In sketching out his vision for the future of solar power, and of national energy policy in general, Secretary Chu ought to consider the benefits of "neutrality," and the risks of relying on private infrastructure monopolies to achieve even well-intentioned policy goals.  Subscribe now to The Weekly Standard! Get The Weekly Standard: Follow WeeklyStandard.com on RSS and sign-up for our free Newsletter.  Copyright 2013 Weekly Standard LLC.  ------------------------------------------------- John Weston- Washington-DC-Reporter  The President is a nice guy who is kept in a bubble by a more evil staff. They only tell him what they want him to know so they can steer contracts to friends. Notice how many of his famous chiefs of staff and senior aids have "quit" yet still work together. Axelrod, Rattner, Gibbs, Chu, etc. They just use him as a front-man while they finagle their inside deals and tell him: "Don't listen to the distractions, those are just a few noisy people who are upset". The President is being used, by his own people!  -------------------------------------------------------

## Tesla Investor partner clone Fisker Files For Bankruptcy. Owes $1 Billion.

/2013/11/motorauthority.jpg  <img class="aligncenter size-full wp-image-1744" alt="motorauthority" src=" /2013/11/motorauthority.jpg" width="382" height="65" />     Fisker Files For Bankruptcy. Owes $1 Billion.    BY   VIKNESH VIJAYENTHIRAN  Electric car startup Fisker Automotive has finally filed for Chapter 11 bankruptcy, more than one year since it last built one its $103,000 Karma extended-range electric sedans. It means Fisker will fail to pay its remaining portion of a $192 million loan awarded to it back in 2010 under the governments advanced-technology vehicle manufacturing program, as well as money owed to suppliers and other creditors.  The government isnt completely at a loss, as a company by the name of Hybrid Technology, reportedly linked to Hong Kong billionaire Richard Li, paid $25 million for the loan during a public auction, paving the way for Hybrid Technology to acquire Fiskers remaining assets. In total, the government will lose about $139 million from its involvement with Fisker.  After having evaluated and pursued all other alternatives,

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

we believe the sale [of Fisker] to Hybrid and the related Chapter 11 process is the best alternative for maximizing Fisker Automotives value for the benefit of all stakeholders, Fisker chief restructuring officer Marc Beilinson said in a statement. The Fisker Automotive technology and product development capability will remain a guiding force in the evolution of the automotive industry under Hybrids leadership.  Hybrid Technology is still exploring its options for Fisker and plans to make a decision on its fate at a later date. It will provide $8 million in debtor-in-possession financing in the meantime.  Fisker listed assets of as much as $500 million and debt of as much as $1 billion in its Chapter 11 petition filed in a U.S. bankruptcy court, according to Bloomberg. Among the assets are Fiskers brand, technology and plant in Wilmington, Delaware.  ------------------------------------------------------- Tesla &amp; Fisker- Pretending to make electric cars when they were really just set up to 1.) pay kickbacks to campaign backers and 2.) not threaten Detroit by only making cars a few rich guys would by and not actually affect the car market.  DFG- nNY       /2013/11/exploding_lithium_ion_cars_.jpg  <img class="aligncenter size-full wp-image-1583" alt="EXPLODING_LITHIUM_ION_CARS_" src=" /2013/11/exploding_lithium_ion_cars_.jpg" width="529" height="274" /> /2013/11/lithium_ion_fire_electric_c.jpg  <img class="aligncenter size-full wp-image-1572" alt="LITHIUM_ion_FIRE_ELECTRIC_C" src="  /2013/11/lithium_ion_fire_electric_c.jpg" width="529" height="191" />  --------------------------------------------------        /2013/11/torque.jpg  <img class="aligncenter size-full wp-image-1762" alt="TORQUE" src="  /2013/11/torque.jpg" width="217" height="58" />   By John Goreham G+ 2013-11-24

## Taxpayers hand millionaires $139 million on Fisker Karma loss

The American taxpayers have lost another $139 million subsidizing electric supercars for millionaires. Torque News predicted this outcome a year ago.  - See more at: http://www.torquenews.com/1083/taxpayers-hand-millionaires-139-million-fisker-karma-loss#sthash.jysRLh62.dpuf  Friday afternoon, the Obama administration announced the results of its loan to Fisker now that things have shaken out. Bad news that is trying to be hidden from a news cycle is always released on Fridays. Not to worry though. According to US Energy spokesman Bill Gibbons, "While this result is not what anyone hoped, the ($139 million loss) represents less than 2 percent of our advanced vehicle loans, and less than one-half of 1 percent of our overall loan program portfolio. Do you feel better knowing that there is about $30 billion more in loans like this?  The Fisker Karma was an electric supercar costing over $100,000. It was subsidized by the American taxpayers with tax credits, loans that are now defaulted on, and the taxpayers of Maryland even paid for the operating costs of the factory. All this so that a couple thousand millionaires in the US and a handful in Europe could have an electric supercar they didnt have to pay full price for. Try Our Daily Newsetter from TorqueNews and Receive the Latest Automotive News. Check your mailboxes for confirmation email.*  When I drove the Fisker Karma the company vice president told me from the back seat that the wood on the dashboard had been reclaimed from the bottom of a lake so deep and low in oxygen that the wood did not suffer any rot over many years of being in the water. The point of this was that the Karma was built to be as sustainable as possible. This struck me as a bad way to spend other peoples money then, and now it just seems absolutely tragic.  About a year ago we published a story predicting that the Fisker electric supercar would not succeed and the Chevy Volt and Nissan Leaf would. We also made the claim that Tesla will not survive. So far that prediction is three-quarters correct. Coincidental with this weeks announcement, Tesla sent all of its Teslerati an e-mail clarifying and reiterating that its mission is not to supply Model S electric super-sedans to millionaires. The e-mail said in part I suspected that this could be misinterpreted as Tesla believing that there was a shortage of sports cars for rich people, so I described the three step master plan for getting to compelling and affordable electric vehicles in my first blog piece about our company. This was unfortunately almost entirely ignored. Founder Elon Musk wanted to be sure that people understand that the real mission is to someday do what the Volt and Leaf do now. Tesla repaid its loans to the US government earlier this year, so we are not sure why it is paranoid. Maybe it is the $7,500 in tax rebates each millionaire that buys one gets. It is hard to say.  Nissan Leafs and Chevy Volts now sell for under $29,000 in markets like California that augment the federal taxpayer subsidies. Each month the affordable Chevy and Nissan sell about the same number of electric cars that Fisker did in its entire existence. Honda, Fiat, Mitsubishi, and others also have cars for sale now in that price range. Given the volume of "affordable" electric vehicles now selling each month it is now strange to think that the US government felt the need to loan money to Fisker.  Controlling the news cycle is a smart and effective way to cover up embarrassing mistakes. Stopping electric super-car subsidies that go to the wealthiest Americans

THE BOOK OF TESLA : Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

would be another way. -------------------------------------------------------------

## Federal 'bet' on Fisker ends in bankruptcy

http://www.philly.com/philly/classifieds/cars/
Energy_Department_bet_on_Fisker_Automotive_ends_in_bankruptcy.html#oJQQUm1c22TF5RPk.99  RONNIE
GREENE, CENTER FOR PUBLIC INTEGRITY- Philly.com LAST UPDATED: Thursday, November 28, 2013
Green-lighting a half-billion dollar loan to help a California electric car startup build a fleet of sleek plug-ins four
years ago, the Obama administrations Energy Department promised cutting-edge cars and thousands of jobs.
We're making a bet in the future, Vice President Joe Biden said in October 2009, standing in a shuttered Delaware
plant slated to spring to life with electric cars. We're making a bet in innovation.  The thousands of Fisker
Automotive cars never did roll off assembly lines, and the thousands of jobs never surfaced. This month, Fisker
filed for Chapter 11 bankruptcy protection — a symbol of a larger Energy Department electric car program that
has yet to fully take off.  In October 2011, The Center for Public Integrity and ABC News explored the Energy
Departments risky $1 billion bet on Fisker and another California electric car maker backed by political
powerhouses, Tesla Motors. Tesla paid off its $465 million U.S. loan nine years early, but Fiskers project never
gained traction. The Energy Department earmarked $529 million to Fisker and ultimately dispersed $192 million.
Of that, DOE said, it recovered $53 million.  Fisker was financed under an Advanced Technology Vehicles
Manufacturing (ATVM) Program central to Obamas long-shot goal of putting 1 million electric vehicles on the
road by 2015. The DOE said this week it is moving ahead, accepting applications and conducting outreach.  The
program will help the U.S. compete in a rapidly-growing, global market for advanced electric and fuel-efficient
vehicles, the agency said in a statement. The Department has committed more than $8 billion in loans to date
supporting projects that are supporting tens of thousands jobs, reducing our dependence on foreign oil and
promoting U.S. leadership across an array of innovative vehicle technologies, including plug-in vehicles and
high-efficiency gasoline vehicles. While saying the Fisker loss is not what anyone hoped, energy officials said it
represents less than two percent of our advanced vehicle loans. All our loan agreements include strong safeguards
that allow us to protect taxpayers when a company can't meet its obligations. Accordingly, the Department
stopped disbursements to Fisker in June 2011 after the company fell short of the rigorous milestones that we had
established as conditions of the loan, the DOE statement said.  Yet the ATVM program itself has not yet reached
the goals set by Congress, and came under criticism
 in Government Accountability Office reports in 2011 and 2013. This years GAO report found that the ATVM
program had not closed a loan in two years and had spent just a fraction, $8 billion, of the $25 billion Congress
allocated. The program was infused with another $7.5 billion to cover credit subsidy costs; according to the GAO
report, $4.2 billion remained in that pool of money.  Most applicants and manufacturers we spoke with told us
that, currently, the costs of participating outweigh the benefits, the report said.  Fisker had hoped the $529 million
loan guarantee would help it build thousands of luxury Karmas along with another car on its drawing board, the
more affordable Atlantic. This April, company co-founder Henrik Fisker told the House Committee on Oversight
&amp; Government Reform about a series of setbacks — from slow moving regulatory approvals to recalls and a
bankruptcy dogging outside suppliers — that derailed his vision.  From the outset, Fisker Automotive aimed to be
a new American car company, setting pioneering standards for low-emission technology and cutting-edge design,
he said.  While Fisker filed for bankruptcy last week, another company, Hybrid Technology, purchased its assets,
including paying $25 million of its DOE loan. In its bankruptcy filing, Fisker estimated assets between $100
million and $500 million — and liabilities between $500 million and $1 billion.  Fisker was backed by an electric
car program that is one piece of a larger, $30 billion green energy portfolio that is helping to diversify our energy
portfolio with clean, renewable domestic energy, spur U.S. industry, and make America more competitive in a
rapidly-growing, global market for advanced vehicles, the DOE said.  The portfolio includes several other firms
that filed for bankruptcy after receiving DOE money, including California solar panel maker Solyndra. In several
cases, the Center and ABC reported last year, green energy companies paid six- figure bonuses or payouts to
executives before filing for bankruptcy.  The Energy Department cited estimated losses to date of approximately
two percent — less, the DOE said, than the 10 percent Congress set aside. Congressional critics cited Fiskers
bankruptcy filing as yet another sad chapter in DOE's portfolio. The jobs that were promised never materialized
and, once again, taxpayers are on the hook for the administrations reckless gamble, House Energy and Commerce
Committee Chairman Fred Upton, R-MI, and Oversight and Investigations Subcommittee Chairman Tim Murphy,

THE BOOK OF TESLA. Copyright by the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

R-PA, said last week.  Others who closely scrutinize green energy spending say the Fisker bankruptcy, combined with the other failings, spotlight larger questions about the role of government in financing start-up ventures with public money.  I think structurally there were challenges right from the outset, said Doug Koplow, founder of Earth Track, a consulting firm that tracks energy subsidies. For years, Koplow has raised questions about the way DOE allocates taxpayer money. Im not surprised to see some of these things go bankrupt, he said. I think it would be inevitable.  The Center for Public Integrity is a non-profit, independent investigative news outlet. A list of its funders can be found here. For more of its stories on this topc go to publicintegrity.org.  Read more at http://www.philly.com/philly/classifieds/cars/Energy_Department_bet_on_Fisker_Automotive_ends_in_bankruptcy.html#oJQQUm1c22TF5RPk.99  ---------------------------------------------------------------

**Fisker Bankruptcy in dispute**

Fisker Automotives proposed sale to a Hong Kong company formed by backers of the bankrupt hybrid vehicle startup appears to have hit a snag, with a competing bid emerging in the final hours from another contender: Chinas Wanxiang Group.  Thats the news this week from U.S. Bankruptcy Court in Wilmington, Del., where unsecured creditors of Fisker are squaring off against Hybrid Technology, the company formed by Fisker backer and former director Richard Li. Hybrid Tech had been set to purchase Fiskers assets out of bankruptcy as of the new year.  According to the Wall Street Journal, unsecured creditors have filed court documents objecting to Hybrid Technologys proposed purchase and are seeking to pursue legal claims against the company. Hybrid Technology was formed late last year, and in November paid $25 million to purchase Fiskers defaulted $192 million loan obligation to the Department of Energy, leaving taxpayers on the hook for the remaining $139 million.  In the meantime, Fiskers unsecured creditors are supporting a rival bid by Wanxiang, the Chinese automotive manufacturing giant, which this week offered to pay $25.725 million for the bankrupt companys assets and to take over some of Fiskers debts, according to court documents. The bankruptcy court is scheduled to consider Fiskers sale to Hybrid Tech on Friday, but unsecured creditors are pushing for an alternative auction for the companys assets later this month, with Wanxiang as the leading bidder.  Wanxiang has its own ties to Fisker in the form of A123 Systems, the lithium-ion battery maker that it bought out of bankruptcy in January 2013. A123 made the batteries for Fiskers Karma luxury hybrid sports car, and Wanxiang was reported to be considering a bid for Fisker in May of last year, before Fisker had filed for bankruptcy protection.  Fisker raised $1.2 billion from investors including VC firms Kleiner Perkins Caufield &amp; Byers and NEA, as well as now-defunct investment firm Advanced Equities. It also drew down $192 million from its $528 million conditional loan granted under DOEs Advanced Technology Vehicles Manufacturing Program (ATVM) to pay for a planned factory to build a lower-cost hybrid sedan in Delaware.  But Fisker ran into a series of insurmountable problems on its course toward insolvency. It stopped building its Karma hybrid sports cars in July 2012, and since then has been pummeled by bad reviews and reports of vehicle fires and recalls. Last years Hurricane Sandy destroyed a warehouse containing $30 million worth of Fiskers already-built Karma sports cars.  At the same time, DOE cut off Fiskers access to its loan in 2011 after the startup missed performance targets, and the agency put the balance of Fiskers loan obligation on the auction block in October. At the time, DOE stated that it would require all bids to include a commitment and business plan that promotes domestic manufacturing capabilities and related engineering for advanced technology vehicles here in the United States. But its unclear whether that standard will require bidders to continue renovating the Delaware plant where Fisker had intended to produce its lower-cost Atlantic hybrid sedan.  Fisker certainly isnt the only company that has failed to take on the legacy automotive industry via venture capital investment and government loans. Failed green vehicle companies include Coda Automotive, Think Global and Next Autoworks (formerly V-Vehicle), as well as plug-in EV charging companies Better Place and ECOtality, which both declared bankruptcy this year.  Rivals contend for the assets—and debts—of the defunct hybrid sports car maker.  Jeff St. John January 3, 2014

Tesla Fires. Tesla lied! Toxic Smoke. George Clooney Rips Tesla. Organized crime political kickbacks investigated. Multiple lawsuits now filed re: Safety &amp; Stock lies. DoucheBag Crisis. : | SOMO News:

  /2013/11/04/more- Tesla's-burst-into-flamesdeadly-fumes-released-by-burning-tesla-more-toxic-than-syrian-attack-gas/

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Did California and Michigan state officials give favors only to favored campaign funding companies

Did California and Michigan state officials give favors only to favored campaign funding companies   The Wall Street Journal is investigating charges that senior state administration officials provided unique credits, factory perks, tax breaks, filing reductions and other benefits worth between tens of millions to hundreds of millions of dollars of intangible business advantages.   Tesla Motors  , a beneficiary of such favors, recently turned a negative SEC report into a positive report simply by re-working these state incentive soft numbers.   Solyndra  is another recipient of "extraordinary gain" based on the backs of taxpayers.  Federal investigators are seeking to determine if each company in the state, in the same market, at the same time received equal access to such benefits or if only campaign funders received these benefits.  Did State officials receive real estate deal participations for incentives?  Reporters are contacting all such companies to create a comparison matrix ahead of the federal investigators. The story is in development.  Three Senators are mentioned in the investigation notes. Ronald Days-New York, NY  -------------------------------------   /2013/06/12/its-the-real-estate-stupid-are-corrupt-real-estate-deals-behind-solyndra-and-fisker/" title="Its the Real Estate, Stupid: Are corrupt real estate deals behind Solyndra and Fisker?  See Also THIS

# BARRON'S OUTS TESLA IN SCATHING TRUTH EXPOSE: Says Tesla driving over a cliff.

Ironic in that many Tesla's have driven over cliffs and killed their drivers. Were they hacked and taken over by the Chinese?

# "It's the Real Estate, Stupid": Are corrupt real estate deals behind Solyndra and Fisker?

BAY AREA FREEDOM POWERPOINT SLIDES SCRIPT- TOM DOLAN- Fremont, CA  Let's take a look:        /2013/06/usa2.jpg  <img class="aligncenter size-large wp-image-465" alt="USA2" src=" /2013/06/usa2.jpg?w=529" width="529" height="340" />    HERE IS HOW MANY PEOPLE FIRST HAD ACCESS TO DOE FUNDING:  AND HERE IS WHERE THE TWO BIGGEST DOE TAXPAYER AWARDS WENT: (Show satellite map of USA)  LETS ZOOM IN TO LITTLE FREMONT CALIFORNIA: (Show satellite map of Fremont)  OH LOOK- TESLA AND SOLYNDRA USED TAXPAYER MONEY TO BUILD AND TAKEOVER BUILDINGS THAT ARE ONLY A FEW BLOCKS FROM EACH OTHER..HMMMM (Show satellite map of Fremont area with Tesla and Solyndra next to each other)  WHY WOULD SOLYNDRA HAVE

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

TO BUILD THE MOST EXPENSIVE AND FANCY WAREHOUSES ON EARTH? (Show pictures of designer building fronts)  WHY WOULD TESLA GET A BUILDING NEXT DOOR THAT THEY BARELY USE, FIRE ALL THE PEOPLE AND ABANDON MOST OF THE EQUIPMENT? (Show BEFORE and AFTER Tesla NUMMI Photos)  HERE IS A PUBLISHED QUOTE FROM ELON MUSK, THE HEAD OF TESLA, KNOCKING THE NUMMI PLANT AND SAYING WHY IT IS A WORTHLESS BUILDING FOR CAR MANUFACTURING. (Show Quote on screen)  ...AND HERE IS MUSK MOVING INTO THAT SAME BUILDING LOOK WHO HE IS SHAKING HANDS WITH. (Show Photos)  BOY THEY SURE MADE THE VALUE OF THE LAND AND FOLLOW-ON LEASES GO UP? HUH? (Show MLS Images and contracts) HERE ARE SOME PEOPLE THAT WORKED AT THE STATE OF CALIFORNIA AND SOME SENATORS OFFICES WHILE THESE DEALS WERE BEING MADE. LET'S LOOK AT WHERE THEY WORK NOW: (Show slide of names, faces and positions)  ISN'T THAT INTERESTING?  HERE IS A LIST OF ALL OF THE PAST, CURRENT AND ASSOCIATED LAND AND LEASE HOLDERS. SEE ANY INTERESTING CONNECTIONS? (Show chart on screen)  HEY WHICH SENATOR PRESIDED OVER THOSE DEALS AND THE OPENINGS OF THOSE WAREHOUSES? (Show Senator)  HMMMMM.. NOW WHICH SENATOR HAD A HUSBAND WHO MADE MONEY OFF OF THOSE REAL ESTATE DEALS? (Show Husband and logos) HMMMMMM? ------------------------------------------ Investigations and lawsuits are also underway regarding Tesla's Downey, California, San Jose, California and New Mexico Real Estate issues.  Roger Horn Mountain View, CA  ----------------------------------------  Can you spell CBRE?  DS- LAT


open
its-the-real-estate-stupid-are-corrupt-real-estate-deals-behind-solyndra-and-fisker




## Friend of Tesla staffer killed in plane crash releases insider notes


Friend of Tesla staffer killed in plane crash releases insider notes to press that deceased Tesla worker was compiling for book. The associate has been releasing parts of the book to selected press but confirms that a full book deal is now in final negotiations.  -------------------------------------

3 Tesla workers die when plane hits N. Calif. home    BROOKE DONALD and SUDHIN THANAWALA Tesla Palo Alto Plane Crash      EAST PALO ALTO, Calif. — A twin-engine plane carrying three employees of electric car maker Tesla Motors struck a set of power lines after takeoff Wednesday and crashed into a fog-shrouded residential neighborhood, raining fiery debris over homes, sending residents running for safety and killing everyone aboard.  But the crash somehow caused no injuries or deaths on the ground despite a wing slamming into a home where a day care center operated. The seven people inside the house, including an infant, all escaped moments before the home went up in flames.  Menlo Park Fire Chief Harold Schapelhouman said the Cessna 310 either struck a 100-foot electrical tower or clipped its power transmission lines and broke apart, dropping debris throughout the working-class Silicon Valley neighborhood.  Federal aviation investigators said they were looking whether foggy weather played a role in the crash.  National Transportation Safety Board investigators will be at the crash site for several days and a preliminary report will be available by next week, said Josh Kawthra, an NTSB investigator.  The city of Palo Alto said most of the city and surrounding area – about 28,000 customers – had no electricity for most of the day because of the crash.  Pacific Gas and Electric Co. officials said most homes and businesses would have their electricity restored by Wednesday evening.  A

THE BOOK OF TESLA - Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

spokeswoman for Palo Alto-based Facebook Inc. said its offices were without power but the outage was not affecting the Web site. Hewlett-Packard Co.'s corporate headquarters also were dark, and employees were asked to find other places to work Wednesday, a spokeswoman said.  The crash rattled Tesla Motors, one of only a few companies producing and selling purely electric cars. The identities of the employees were not released. The plane was owned by Doug Bourn of Santa Clara, identified by a Tesla spokesman as a senior electrical engineer at the company.     "Tesla is a small, tightly knit company, and this is a tragic day for us," Tesla CEO Elon Musk said in a statement.  The Cessna crashed around 7:55 a.m. shortly after takeoff from the Palo Alto Airport and was bound for Hawthorne Municipal Airport in Southern California, according to the Federal Aviation Administration. The crash site is a mile northwest of the airport, near Tesla's headquarters in San Carlos.  A wing fell onto the house where a children's day care operated, and the rest of the plane struck the front retaining wall of another house down the street before landing on two vehicles on the street, Schapelhouman said. Debris also struck two neighboring houses, he said.  Pamela Houston, an employee of the day care, said she was feeding an infant when she heard a loud boom that she initially thought was an earthquake until she "saw a big ball of fire hit the side of the house."  Houston said she screamed to the others in the house – the owner, the owner's husband and their three children – and the group safely escaped before the home went up in flames.  "There are not even words to describe what it felt like," she said. "I am very thankful to God that he allowed us to get out."  The occupants of the homes have been accounted for, although authorities can't be completely sure of the fatality count until crews begin clearing the wreckage, Schapelhouman said.  "Either by luck or the skill of the pilot, the plane hit the street and not the homes on either side," he added. "That saved people in this community."  Kate McClellan, 57, said she was walking her dog when she saw a plane descend from the foggy sky and strike the tower, causing power lines to swing wildly in the air.  "It burst into flames, and then it kept flying for bit before it hit some houses and exploded," McClellan said.  The crash comes at a difficult time for Tesla, which employs 515 people worldwide and just three weeks ago disclosed plans to hold an initial public offering of stock. In its filing with the Securities and Exchange Commission, the company said its future business is dependent on the successful rollout of new vehicles.  The two-door Roadster sports car is the only product that the money-losing company currently sells, retailing for $109,000. It has sold about 1,000 since its inception, and its next vehicle – the Model S sedan – is due in showrooms in 2012. It has a base price of $57,400, although a federal tax credit could reduce the cost to less than $50,000.  Tesla has not said when specifically it plans to go public, nor has it said how much it intends to raise.

## 9 questions for Tesla's Elon Musk; Reporters embrace the "jump Musk" tactic to expose him

9 questions for Tesla's Elon Musk By Alex Taylor III, senior editor-at-large     elon musk  (Fortune)  At about $90,000 apiece, Tesla's zero emission cars have become a symbol for those in the moneyed class who want to show a commitment to the environment. At the same time, billionaire CEO Elon Musk has emerged as the company's chief spokesman and cheerleader, encouraging optimistic sales projections and batting away doubters and naysayers who say the company's shares are overpriced and the cars are overrated. In recent weeks, he's battled both the New York Times and Barron's over what he perceived to be negative coverage about the company's prospects. "I have no interest in an article that debates what we consider to be an obvious point -- which is that there is a dramatic reduction in battery costs," Musk told the Barron's reporter. "You clearly do not understand the business." Then he terminated the interview.   Is Musk the next Henry Ford -- or Preston Tucker? By getting Tesla (TSLA) into production with a saleable car designed from the ground up, he's already gone further in the auto business than many people expected (see Henrik Fisker), but Tesla's stratospheric rise has generated heated debate on websites like Seeking Alpha and Motley Fool as to whether it can continue to expand

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

at its current rate. Here are nine questions for Tesla and Musk:   1. Is Tesla's stock price the result of irrational exuberance?   As numerous commentators have pointed out, your company's finances look more like an Internet startup's in 1999 than those of a traditional automaker. Tesla has made money in only one quarter during its 10-year history, is expected to only break even this year, and make a buck a share in 2014. That works out to a forward p/e of roughly 100.   Tesla could possibly make 35,000 vehicles per year by 2015, but GM (GM, Fortune 500) and Ford (F, Fortune 500) respectively produced 252,894 and 246,585 vehicles during the month of May in the U.S. alone. GM has a trailing p/e of 11.9 and Ford 10.7. Investors have to decide where the best value lies.   2. Can you make money selling cars without air pollution credits?   Behind Tesla's $11 million first-quarter profit, analysts figure there is nearly $100 million in one-time or otherwise unsustainable items, including $68 million in zero emission credits that you've said will disappear by the end of the year. That will leave a big hole in your operating statement. How will you be able to fill it?   3. AutoData reports that Tesla sales declined 14.7% in May. Is this a one-month blip or a sign that the immediate demand by early adopters has been satisfied?   Part of the auto business is fashion; cars with flashy designs or novel concepts get a big initial boost but have a faster decay in their sales curve than more conventional cars with steadier demand.  Tesla's are high fashion: eye-catching designs combined with unusual powertrains. The sales slump could also be a sign that your company is exhausting the market for super-premium priced cars. The number of people shopping for Porsches and higher-priced Mercedes and BMWs is thin and essentially finite, and Tesla may have already gotten its share. It is also worrisome that you used to brag about your order backlog, but now you won't release that information any longer. What is going on?   Elon Musk: Electric car competition is key       Elon Musk: Electric car competition is key 4. Can you continue to roll out your distribution model nationwide, given the opposition of local dealers and the barriers of state franchise laws?   Instead of using franchised dealers, Tesla is distributing its cars through company-owned outlets. You argue, reasonably, that "existing franchise dealers have a fundamental conflict of interest between selling gasoline cars, which constitute the vast majority of their business, and selling the new technology of electric cars." But that puts you in opposition to state franchise laws enacted in the 1920s to protect independent dealers. Tesla has won court decisions in Massachusetts and New York but suffered setbacks in Virginia and Texas. Advocates of the franchise system argue that independent dealers are essential to provide inventory buffers and to interface directly with customers.   5. Does it really make sense to build a nationwide recharging network?   Since electric cars have limited ranges, everyone agrees that a network of charging stations is essential to their widespread adoption. Supercharger stations can return most of a vehicle's range in 25 minutes but cost $150,000 apiece. You currently operate eight supercharger stations, including six in California, one in Connecticut, and one in Delaware, and you have promised to install 200 coast-to-coast by the end of 2014. Won't the supercharger attendant in Nevada or Kansas be as lonely as the Maytag repairman?   6. Is guaranteeing the residual value a smart business decision?   In May, you announced that you will guarantee to anyone who leases a Tesla that it will have a higher residual value after three years than any other luxury car on the market. That's nice, but who knows what a Tesla will be worth three years from now? As analysts have pointed out, that just shifts the risk from car owners to shareholders. You could be stuck with a lot of vehicles that are worth less than expected 7. Can you bring down the price of batteries far enough to build a $40,000 car?   You have said you will launch a small electric sedan in late 2016 with a range of at least 200 miles and a price point "half" that of the flagship Model S. That means it will start at about the same price as the Nissan Leaf -- around $30,000 -- but have triple the range. You said you were "pretty optimistic" that the necessary advances in battery technology are achievable without "any miracles happening." There aren't many who are equally optimistic.   8. Every other EV manufacturer is struggling. Are you really that much better?   GM just cut the price of the 2013 Chevrolet Volt by $4,000 to boost stalling sales. Nissan sold only 2,138 Leafs in May. The only electric car that has been made so far that could compete with the Model S was the Fisker Karma, which looked attractive, was powerful, and had a high range. Unfortunately, the Karma was not a success, and Fisker is now defunct.   9. Are you in danger of overreaching?   Google (GOOG, Fortune 500) founders Larry Page and Sergey Brin were both investors in Tesla before its 2010 initial public offering, and that's pretty intoxicating company. So perhaps we shouldn't be surprised that you are talking with Google about adding driverless technology to your cars. "Autopilot is a good thing to have in planes," you said in an interview, "and we should have it in cars."   Personally, I'd be happy if you just continue to develop your cars, bring your prices down, and blanket the East and West Coasts with service centers and charging stations. That way, if you don't become the next Henry Ford, at least you would be the next Walter Chrysler. To top of page   - See more at: http://money.cnn.com/2013/06/12/autos/tesla-elon-musk.fortune/index.html#sthash.7kxgAvGB.dpuf

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## Forbes Rips Musk's smoke-screen

 (Photo Above: Tinman was RIGHT be to afraid of Fires. Musk is a carny with shiny objects)    Red Herrings And Straw Men: Musk's argument On Tesla Fires    Dale Buss- Forbes  Its still a good bet that the Tesla Model S and Elon Musk will come through their fire-investigation saga relatively unscathed and even vindicated in the end. But in the meantime, what lingers is Musks take-no-prisoners argument, which essentially is that the National Highway Transportation Safety Administration probe into two fires in the car in incidents on U.S. roads is a monumental waste of time; that any media outlets even discussing the fires are irresponsible; and that Americans should take his word that the cars are safe.  Musk has to try to ensure that consumers and investors dont lose faith in him and his technology, and three Model S cars turning into hibachis on the highway (including one in Mexico) comprise a significant obstacle.  This is a refutation of significant parts of his argument, which turns out to be filled with red herrings and straw men that not even the formidable Musk can spin into smooth persuasion.  In attempting to thwart attention to this little problem, Musk has tried to have it just about every way.  First he insisted that there was no flaw in the design of Model S; but then he decided to adjust the suspension on the vehicles via a software change so that they ride higher on the highway and are less likely to take a hit from debris. Initially Musk insisted the cars wouldnt be recalled, but then he said Tesla actually had asked the federal highway-safety agency to examine Model S — an assertion that NHTSA officials have said simply isnt true. Then Musk laid out his broad argument in the context of what he believes is an unassailable rationale for his creation of Tesla in the first place. In The Mission of Tesla post that he put on the Tesla blog this week, Musk penned an eloquent explosion of triumphalist fury.  But Musk also exposed some logical vulnerabilities that shouldnt be ignored even amid his intellectual suppleness:  A murky standard: Musk wrote that new technology should be held to a higher standard than what has come before but didnt say what that loftier standard should be. Then he seemed to undercut his concession by comparing the record of car fires in the Model S — new technology — to what he said were a quarter-million gasoline-car fires in the U.S. alone over the last year. Certainly he believes Model S should be pulled up short at some number far lower than a quarter-million fires; but what is that number? Would he argue that forest fires arent important because house fires turn out so many more Americans from their homes each year? And Musk didnt mention another relevant comparison: the Nissan Leaf all-electric vehicle, which has had no reports of fires with many thousands of models on the road.  The media straw man: Musk complained in the post about an onslaught of popular and financial media seeking to make a sensation out of something that a simple Google  search would reveal to be false.  But he didnt really specify what it is that is false. By false, was he  referring to mere reporting about the fires, which seemed by and large to be pretty factual? Or reporters failing to compare the number of Model S fires to the much higher number in gasoline-powered vehicles? Or media speculation about the effects of the fires on Tesla?  Or was Musk implying that a substantial number of media outlets leaped to the conclusion that these three incidents mean the Model S somehow is poorly engineered? If its the last option, theres little evidence for his charge.  Besides, whatever persecution Tesla might be suffering at the moment at the hands of the media — most of whom actually seem to adore Musk, his technology and his cars — is nothing compared to what, for example, General Motors has suffered in the past. Just a couple of years ago, NHTSA briefly investigated a single fire in a Chevrolet Volt plug-in hybrid that occurred days after it had been crash-tested, and some wild media speculation ensued about the very future of the car.  Going back even further: Dateline NBC aired an investigative report in 1992 that allegedly showed C/K-Series pickup trucks exploding upon impact during accidents due to the poor design of fuel tanks. The NBC producers didnt tell the audience their nasty little secret: that they had rigged the trucks fuel tank with remotely controlled model rocket engines to initiate the explosion.  The lightning canard: Musk turned to a ready old comparison about the odds of experiencing even a non-injurious fire in a Tesla being less than those of getting struck by lightning.  Yet actually, the odds of getting struck by lightning are about the same as the odds of dying in a plane crash, depending on the time horizons involved. And yet, even the slim odds of fatal airplane

THE BOOK OF TESLA Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

fatalities are such that an entire branch of the federal government has been built around preventing and analyzing them, and airlines spend hundreds of millions of dollars a year to try to make sure it doesnt happen.  Or, closer to home for Musk: What would he say is the importance of the odds of a fire not occurring in one of the SpaceX transport crafts that his other company plans to hurtle into space next year, carrying civilian passengers?  The no-harm, no-foul red herring: He pointed out that the drivers of the two  Tesla's in the U.S. fires werent hurt and were, in fact, able to pull their cars safely over to the side of the highway after the car gave them appropriate warnings that things were awry. Musk wrote that the primary concern is not for the safety of the vehicle, which can easily be replaced, but for the safety of our customers and the families they entrust to our cars.  But the statement implies somehow that its, well, alright to have a fire under the hood of a Model S as long as no one actually has gotten hurt so far. But what if either of those two drivers in the U.S. accidents were upset or panicked or just not quick enough to react to the cars warnings, and the Model S had burst into flames before theyd had a chance to pull over? Things could have turned out quite worse for those drivers and for others on the road. And by Musks logic, only worse outcomes would have made the fires unacceptable.  A devils choice: As another way of illustrating the relative danger of gasoline-powered vehicles versus Model S, Musk wrote that arsonists tend to favor gasoline and used the analogy, Trying to set the side of a building on fire with a battery pack is far less effective than using gasoline would be. Yet Boeing  faced significant fire concerns about its Dreamliner jets, and even grounded them for a while, in battery systems similar in basic technology to those used in the Tesla Model S.  Besides, the lethality of a particular form of power depends on the application: Apparently no one pointed out to Musk that prison wardens prefer carrying out capital punishment with electricity rather than gasoline. That fact is just about as relevant as the one he pulled out of the air. Feigned concern: True, Musk did selflessly suggest that NHTSA shouldnt be bothering with investigating the paltry little pair of Model S fires when there are hundreds of gasoline fire deaths per year that warrant their attention. But is he really that concerned about the stretching of federal resources?  Musks other grandiose notion was to state unequivocally that the very survival of the planet may hinge on whether the gnashing media hordes stop bugging him about the two campfires in the Model S.  If a false perception about the safety of electric cars is allowed to linger, it will delay the advent of sustainable transport and increase the risk of global climate change, he wrote, with potentially disastrous consequences worldwide. That cannot be allowed to happen.  NHTSA, are you listening?

## EXPOSE!: Failed due diligence metrics discovered in investigations

EXPOSE!: Failed due diligence metrics discovered in investigations  As investigation results and journalism reports continue to emerge, and as FOIA data and third party releases are produced in the open, it has become clear that something was manipulated by DOE and Hill staff to create a theatrically staged process in which only favored insiders could win but which, at first, had the contrived appearance of fair opportunity.  One of the most profound elements of these investigations has been the telling evidence that now shows that due diligence items were failed by so called DOE Winners, yet those winners still got their money. A large number of applicant losers actually beat the winners in due diligence comparisons but the evidence was manipulated by certain DOE staff in order to steer resources to a provided pre-approved short-list .  Examples such as the fact that Solyndra and Abounds solar panels catch fire on your roof-top were well known and documented prior to the award but ignored in the award review.  Fiskers batteries were known to blow-up, catch fire and burn the car and your home to the ground if they get wet or have a wire short. This was well known because DOE funded the company that provided the batteries and the failures were documented by DOEs own staff. Fisker, Enerdel and A123, all of whom got the same batch of DOE money, failed because of documented errors which were publicly reported in technical materials far in advance of the award of money to either Fisker, Enerdel or A123 (Marketed as the premiere, eminent, SHOWCASE, best-of-breed companies by DOE and Steven Chu in order to sell the market on them) Tesla has batteries which blow up when they get wet, had a horrific debt metric and had a vast number of negative metrics compared to every other applicant, at the time of application, yet they still got a windfall without questions. Thousands of comparative review metrics have now emerged that point to only one conclusion: Someone inside DOE ordered certain companies to get money and certain companies to not get money.  Steven Chu stated that the DOE was the largest, most powerful, most well-resourced energy agency on Earth.  How

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

could the most powerful, most well-resourced energy agency on Earth, the organization with more money than any other agency anywhere, blow it so bad? How could they have made over 3000 technical and financial mistakes? Is that even possible?  The process of reviewing a company for funding is called Due Diligence. Due diligence is the process for reviewing and documenting the technical and financial metrics of a loan investment. A bank or venture capitalist usually has a budget of $10,000.00 and about 5 people to do due diligence on each applicant. DOE staff had millions of dollars, thousands of people, hundreds of millions of dollars of equipment and multiple deeply resourced federal labs.  To Repeat How could the most powerful, most well-resourced energy agency on Earth, the organization with more money than any other agency anywhere, blow it so bad? How could they have made over 3000 technical and financial mistakes? Is that even possible?  Steven Chu has said: We did all of the usual due diligence Failures just happen all the time.  Do they?  In an analysis of 14 other industries and their financing, not so much. It turns out that the DOE failures are the largest number of failures following the most resourced due diligence in global business history.  Lets say that another way. No industry has had so much money provided, so much checking out of applicants and so many failures, ever!  What is the bottom line?:  If the due diligence was even performed at all, someone at DOE ordered it all tossed out. It isnt possible to look at all of the available facts at the times of application and select the current winners based on the available information at the time. It isnt possible to look at all of the available facts at the times of application and name the other applicants losers when their ACTUAL due diligence metrics beat most of the winners.  Why would someone do this?  To pay off certain investors for other favors.  Stay Tuned  DG Associate to the LA Times Los Angeles, CA

## BOMBSHELL NEWS: Treasury and OMB letters and documents reveal Tesla got "UNJUST REWARDS".

Taxpayer lawsuit to demand return of all money from Tesla.    Senate investigations were revealed in major media nationwide today, disclosing that the Treasury Department and OMB had recorded in documents that Tesla's DOE loan was rigged and that the loan Tesla received "UNJUST ENRICHMENT".  Multiple taxpayer groups announced plans to file charges in order to have all of the money returned by Tesla, to the taxpayers.  For more on this Google: "Solyndra unjust enrichment

## Auto industry revenge strikes Tesla, reduces value of Tesla's by $30,000.00

Auto industry revenge strikes Tesla, reduces value of Tesla's by $30,000.00  The auto industry is not pleased that Tesla bought-it's-way-in instead of earning-it's-way-in like they did. For payback, they took extraordinary measures.  Never in the history of the automobile industry has there been a concurrent release of a tapered-nose/ open-mouth grill design by multiple companies.  As soon as Tesla and Fisker announced, and sought to sell, their cars with tapered-nose/ open-mouth grill designs, the auto industry took action with an insidious plan. They started releasing the cheap models of their car lines with tapered-nose/ open-mouth grill designs.  Now you can get a cheap little KIA, Ford Fusion or any number of low-cost cars that look just like a Tesla.  People buy Tesla's because they are arrogant rich people who want to make a statement about their ego's as they drive down the road past you.  BUT  Now you can't tell if the car coming at you is a Tesla, KIA, Ford , etc.  Market research experts say that the value of owning a Tesla has dropped by at least $30,000.00 now because you can buy any number of cheap cars that look just like the Tesla.  Oh well.

THE BOOK OF TESLA. Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Tesla suddenly announces new funding raise but lies about what it is for:

Tesla suddenly announces new funding raise but lies about what it is for:  Only a week after Elon Musk told the market on a live global phone-cast that Tesla did not need to raise more money, they suddenly need to raise massive amounts of money.  Using the pretext that it is "just so we can pay back the loan" ('Public give us your money again so we can give you your money back that we got by lies') Can you say: IT DOESN'T WASH?  In the usual Elon Musk "It's not a tornado, it is lovely spinning air" spin on bad news he hypes the hype.  Just like when he said he would "guarantee resale value" when all of the cheap KIA's and Fusions came out looking just like a Tesla and when he said "here's a new battery warranty" when the investigations showed that his batteries burn your family alive when they get wet.  Tesla may realize the jig is up and be in fire-drill mode...  Sindi Poflin Bakersfield, CA

# Tesla "Battery Swap" doesn't work already.

So they're going to demonstrate the process for swapping the battery. Is there anyone who doesn't believe they can swap batteries?  The bigger problem is one of cost and practicality. Let's say you want to set up a battery-swap station in a major population center. And let's assume you want to be able to service a modest 100 cars per day (in LA a gas station might need to service ten times that in a day).  So you need to have room to store 100 fully-charged batteries. And you need the equipment and facility to charge discharged batteries that just came out of the cars. And you're going to need heavy equipment to handle and manage the ~400 pound batteries themselves. Now, consider the cost of the batteries...it seems that Tesla doesn't really want to say what they cost - articles about Tesla frequently refer to them as costing "tens of thousands of dollars." I've seen prices that indicate Tesla might be selling extra batteries at a considerable loss, possibly to obfuscate the true cost as a PR move. Battery cost is something that Tesla *really* doesn't want to talk about: http://online.barrons.com/article/SB5000142405 2748... Musk hung up on Barron's when they wanted to discuss battery cost. Just flat-out hung up on them.  So, anyway, let's assume for now that a battery pack costs ~$25,000. If you want to have 100 of them on hand for swapping at such a station, your inventory cost is a $2.5 million. Read that again. Two point five million dollars in battery inventory alone.  Now let's look at some handling issues. These are ~400 pound batteries. You're not just going to have one guy carrying them around. Or even 2 or 3 guys. You're going to have forklifts running around inside some kind of underground bunker (because you'll be replacing the batteries from under the car) that stores all the inventory and charging equipment. We'll assume the forklifts are electric too, so no need to worry about extra ventilation in your battery bunker. A hundred 400 pound batteries is 40,000 pounds of material that you're going to be carrying around each day.  Now consider the storage space needed for all the charged batteries...and the racks and chargers to charge them on. That bunker's gonna be big. What is the land and construction cost going to be for this facility? Especially in an area like LA?  And then...what does the battery swap cost the consumer? After you factor in the $2.5 million inventory cost, the facility cost, the labor and equipment cost, the cost of the electricity to recharge everything, and the lifespan of a battery (which are all going to be doing full cycles every day, granted that you're in a swap-system now)...and I don't know. The battery swap facility has to at least break even, if it's a Tesla-owned facility. Has to make a reasonable profit if it's a 3rd-party kind of thing. So...$100 a swap? $50? $250? Dunno. Probably can't know until you actually get a good handle on the facility cost and the lifespan of batteries that are in that kind of constant-use cycle.  Finally, let's just simply look at time. How long does it take to do the swap, considering that you have to get the car over a limited number of service bays to drop it out from underneath the car and onto a forklift, carry that battery to a charging rack and plug it in, pick up a charged battery from that rack, bring it back to the car and lift it up and install it. Let's assume that's ~15 minutes per car, which I have a feeling may be a bit optimistic, but for now it'll work. On the face of it, you can say "well, at 4 changes per hour, you can do 96 swaps on a single bay in a day, so no big deal!"  Ummm...no. Reckon gas stations get steady-state traffic throughout all hours of the day? What happens is people will be coming in on their way to work, or on their way home from work. You have

THE BOOK OF TESLA  Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

to squeeze the vast majority of your 100 battery swaps into a couple hours of the day...let's say 4 hours to be generous. To do 100 swaps in a 4-hour window, you need 6.25 bays (so, 7 actual bays).  That means you need a lot more land than initially you may have been thinking. And your underground bunker needs to be that much larger to accommodate all those swap bays. And now you need more forklifts, and room to safely maneuver all of them and have space for them to get in and out of the storage and charging areas. And your labor costs went up too.  In the end, demonstrating that you *can* change a battery...even if the process for doing so is kind of nifty...is utterly irrelevant. You need to demonstrate how you're actually going to make that work in the real world - on a reasonably-sized chunk of land, in a reasonable amount of time for the consumer, and at a reasonable cost. So...save the swap demonstration. What you need to "demonstrate" is how you're physically and financially going to make a real-world facility work.  Tom- Denver-CO ------------------------------------   Tesla admits their batteries could fry your family!"    /2013/04/29/tesla-admits-their-batteries-could-fry-your-family/  TESLA BATTERY

# Tesla and Fisker use Orifice to trick abusive rich guys into buying cars!

As one post quotes:  Ordinization: Manufactured Addiction For Profit. This is the process of using ingested substances to trick the brain in order to create addictive profit opportunity.  Fats, salts, sugars, breads, alcohol, tobacco and drugs use ordinization to addict consumers to buy them. Most of the makers of these products receive subsidies from your tax dollars. In other words, you are paying them to addict you and your family.  The key to ordinization is that you don't want to believe it is happening to you because the addiction creates a synthetic bliss which your psychology causes you to defend. You get mad if someone implies they want to take away your cigarettes, alcohol, dessert, etc.  Government support of these products creates a nation of addicts, drunks, obese people, personality disorders, problem children and a very unhealthy society.  (For more on this see: "Salt Sugar Fat: How the Food Giants Hooked Us", By Michael Moss (Author) Available on Amazon and as seen on the Dr. Oz show)  Billions of dollars are spent each year to refine and increase the addictive qualities of these products. "Product science" consultants have vast laboratories where they research food, beverage, fragrance, texture, taste and all human stimulants right down to each neuron in the brain. They want to see how they can control an entire generation of consumers to be unable to resist buying their product.  Elite politician's operatives spray certain fragrances at rallies and then try to spray the same scent near polling places so you recall the candidate with a "home cooked meal" smell and want to vote for them without realizing why. Vegas hotels and big Malls use psychological sense vapors to control consumers. 60 Minutes recently had a segment on a company, Givaudan, that other companies, like McDonalds and Pepsi, hire to create addictive flavors. This is all out in the marketplace.  If you dont want to be a product zombie, demand that Congress outlaw Ordinization.  In the link: Auto industry revenge strikes Tesla, reduces value of  Tesla's by $30,000.00"    /2013/06/19/auto-industry-revenge-strikes-tesla-reduces-value-of- Tesla's-by-30000-00/  AUTO INDUSTRY ATTACKS TESLA AND FISKER   We see that the tapered nose, open-vagina front of the car is a first-time-ever design phenom. The other car companies (See the new Ford Fusion, Kia, etc.) copied the tapered nose, open-vagina front of the car and released the same design nose structure at the same time in order to make the Tesla and Fisker less valuable in the market. There has never, in auto history, been a concurrent release of tapered nose, open-vagina car front designs until Tesla's and Fisker's competitors decided to devalue Tesla's and Fisker's cars. The concept of the look, though, comes from the female vaginal orifice psychological mnemonic trigger effect that appeals to rich yuppie males. This effect was designed by Madison Avenue branding companies.  As shown in the design studies, the design of the Tesla and Fisker uses curves that duplicate the same curves a man sees when he is crouched over the body of a nude woman. You can find numerous studies that show the overlay of a woman's nude body on the exterior body panels of the car to show how, and why, they formed the car that way.    As we see in the horrific, and telling, Millionaire Saatchi throat grab attack by Nigela Lawsons rich egotistical husband on her, caught on-

THE BOOK OF TESLA  Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

camera, in the news (Google it or go to TMZ): rich men see women as objects to dominant and manipulate. Tesla and Fisker designed their cars to remind rich males of nude women so that they would psychologically feel like they were dominating a nude woman when they approached the front of the car, or viewed the car from    views or drove it. This use of addictive imagery appeals to the type of males that built the Tesla and Fisker car companies (100% male dominated) and that the cars sell to (98% rich white males) who want to tell the world that they are the boss of all things, especially women. Silicon Valley men are involved in more abuse charges in divorce proceedings and hire more prostitutes than in any other city. Silicon Valley men buy more Tesla's than in any other city. This is visual product Ordinization. This is also another addictive commercialization effort funded by your tax Angles  Alison Keever Los Angles  ---------------------------------------------------- Albert C, Palo Alto, California  Everybody has noticed that if a person is driving a Tesla, they almost always turn out to be a swinging dick, arrogant, slicked back hair, Aryan Stanford clone. They are, generally, rude abrasive people. It really says a lot about the person if they drive one, but mostly it just reinforces that, that person is a weasel.
-------------------------------------------------------

# Tesla's financial advisors: Deloitte charged in Money Laundering Scheme

Tesla's financial advisors: Deloitte charged in Money Laundering Scheme  NY State top legal bulldog Benjamin M. Lawsky has charged and fined Deloitte tens of millions of dollars for their involvement in   Money Laundering Schemes.    Deloitte was the financial advisor for both Tesla and the DOE during the give-away of the money from DOE to Tesla proving that:  The snakes in the henhouse should not guard the eggs.   Deloitte made vast millions off their concurrent double-agent role with DOE and Tesla.  Further investigations of Deloitte and their relationship with Tesla, Wells Fargo, and DOE continue to swing the spotlight onto the worms-nest of corruption. <div id="first-result      id="title_1"  http://www.sec.gov/news/press/2012/2012-87.htm"  name="title_1  SEC.gov | SEC Charges Deloitte &amp; Touche in Shanghai with ...    May 9, 2012 ... SEC Charges Deloitte &amp; Touche in Shanghai with Violating U.S. Securities Laws ... The Securities and Exchange Commission today announced an ... The firm is charged with violating the Sarbanes-Oxley Act, which requires ... www.sec.gov/news/press/2012/2012-87.htm -   id="proxy_link"  https://ixquick-proxy.com/do/spg/proxy? http://www.crainsnewyork.com/article/20130314/BLOGS02/130319926" name="title_15  Chimera claims Deloitte was silent - Crain's New York Business    Mar 14, 2013 ... The strange thing is that the auditor, Deloitte &amp; Touche, didn't inform ... which holds many hard-to-price securities, and didn't agree on how to ... www.crainsnewyork.com/article/20130314/BLOGS02/130319926 -
A huge number of investigations and expose sites are on the web yet nobody in Washington is arresting people. Why? (Hint: How do you spell C O V E R U P ?)     "  http://peterschweizer.com/wordpress" http://peterschweizer.com/wordpress        http://www.gao.gov/search?q=atvm&amp;facets=a%3A1%3A%7Bs %3A16%3A%22tx_agency_0_term%22%3Bs%3A20%3A%22Department+of+Energy%22%3B %7D&amp;search_type=Solr"  http://www.gao.gov/search?q=atvm&amp;facets=a%3A1%3A%7Bs%3A16%3A %22tx_agency_0_term%22%3Bs%3A20%3A%22Department+of+Energy%22%3B %7D&amp;search_type=Solr"    http://www.gao.gov/search?q=atvm&amp;facets=a%3A1%3A%7Bs %3A16%3A%22tx_agency_0_term%22%3Bs%3A20%3A%22Department+of+Energy%22%3B %7D&amp;search_type=Solr          http://detroitelectricvehicleblockade.weebly.com/" http://detroitelectricvehicleblockade.weebly.com/            "  http://greencorruption.blogspot.com/" http://greencorruption.blogspot.com/            http://www.usa.gov/directory/federal/government-accountability-office.shtml"    http://www.usa.gov/directory/federal/government-accountability-office.shtml "  http://www.whistleblower.org"    http://www.whistleblower.org    " http://tinyurl.com/badteslamotors" http://tinyurl.com/badteslamotors        http://www.commoncause.org/site/pp.asp? c=dkLNK1MQIwG&amp;b=4773595"    http://www.commoncause.org/site/pp.asp? c=dkLNK1MQIwG&amp;b=4773595         http://www.gao.gov/"    http://www.gao.gov/ http://dailycaller.com/2012/10/30/as-many-as-fifty-obama-backed-green-energy-companies-bankrupt-or-troubled/"    http://dailycaller.com/2012/10/30/as-many-as-fifty-obama-backed-green-energy-companies-

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

bankrupt-or-troubled/          http://www.voxeu.org/article/green-policy-and-corruption"
http://www.voxeu.org/article/green-policy-and-corruption"      http://www.voxeu.org/article/green-policy-and-
corruption          http://energymakesamericagreat.org/green-energy-crony-corruption-scandal"
http://energymakesamericagreat.org/green-energy-crony-corruption-scandal"
http://energymakesamericagreat.org/green-energy-crony-corruption-scandal
http://www.carandsenatormovie.com/"   http://www.carandsenatormovie.com/"
http://www.carandsenatormovie.com/          http://atvmdoe.wordpress.com/"   http://atvmdoe.wordpress.com/"
http://atvmdoe.wordpress.com/          http://www.hbo.com/movies/too-big-to-fail/index.html"
http://www.hbo.com/movies/too-big-to-fail/index.html"   http://www.hbo.com/movies/too-big-to-fail/index.html
http://en.wikipedia.org/wiki/Inside_Job"   http://en.wikipedia.org/wiki/Inside_Job_%28film%29"
http://en.wikipedia.org/wiki/Inside_Job
http://abcnews.go.com/Blotter/obama-administration-solyndra/story?id=13640783#.UcXaSqnn-M8"
http://abcnews.go.com/Blotter/obama-administration-solyndra/story?id=13640783#.UcXaSqnn-M8"
http://abcnews.go.com/Blotter/obama-administration-solyndra/story?id=13640783#.UcXaSqnn-M8
http://www.publicintegrity.org/environment/energy/solyndra"
http://www.publicintegrity.org/environment/energy/solyndra"
http://www.publicintegrity.org/environment/energy/solyndra          http://michellemalkin.com/?s=solyndra"
http://michellemalkin.com/?s=solyndra"     http://michellemalkin.com/?s=solyndra
http://articles.chicagotribune.com/2011-09-18/news/ct-met-kass-0918-20110918_1_solyndra-loan-guarantee-
obama-fundraisers-obama-white-house"   http://articles.chicagotribune.com/2011-09-18/news/ct-met-kass-0918-
20110918_1_solyndra-loan-guarantee-obama-fundraisers-obama-white-house"
http://articles.chicagotribune.com/2011-09-18/news/ct-met-kass-0918-20110918_1_solyndra-loan-guarantee-
obama-fundraisers-obama-white-house          http://www.bloomberg.com/news/2011-09-12/obama-team-backed-
535-million-solyndra-aid-as-auditor-warned-on-finances.html"
http://www.bloomberg.com/news/2011-09-12/obama-team-backed-535-million-solyndra-aid-as-auditor-warned-
on-finances.html"   http://www.bloomberg.com/news/2011-09-12/obama-team-backed-535-million-solyndra-
aid-as-auditor-warned-on-finances.html
http://articles.washingtonpost.com/2011-12-25/politics/35285986_1_solyndra-obama-administration-politics"
http://articles.washingtonpost.com/2011-12-25/politics/35285986_1_solyndra-obama-administration-politics"
http://articles.washingtonpost.com/2011-12-25/politics/35285986_1_solyndra-obama-administration-politics
https://www.fbi.gov/detroit/press-releases/2012/new-multi-agency-public-corruption-task-force-formed"
https://www.fbi.gov/detroit/press-releases/2012/new-multi-agency-public-corruption-task-force-formed"
https://www.fbi.gov/detroit/press-releases/2012/new-multi-agency-public-corruption-task-force-formed
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/"
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/"
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/"
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/"
http://corruptioncrimecompliance.com/2012/04/anti-corruption-and-the-auto-industry/
http://www.campbell.house.gov/index.php?
option=com_content&amp;task=view&amp;id=2224&amp;Itemid=73"
http://www.campbell.house.gov/index.php?
option=com_content&amp;task=view&amp;id=2224&amp;Itemid=73"
http://www.campbell.house.gov/index.php?option=com_content&amp;task=view&amp;id=2224&amp;Itemid=73
https://en.wikipedia.org/wiki/Political_corruption"   https://en.wikipedia.org/wiki/Political_corruption"
https://en.wikipedia.org/wiki/Political_corruption          and, literally, thousands more. Just search all of the
keywords on the top 5 biggest search engines...

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## Tesla "Battery Swap" a smoke-screen to get rid of exploding battery pack

Tesla has been scrambling to address the issues that killed Fisker, namely, that their batteries can explode and burn you, your kids and your house up in a big nasty fireball.  SEE:    Tesla Battery Swap doesnt work already." /2013/06/18/tesla-battery-swap-doesnt-work-already/  Tesla Issues      Cornell University Says Tesla Batteries Are Failed in Technology and Plans"    /2013/06/10/cornell-university-says-tesla-batteries-are-failed/  TESLA Stock Analysts See Tesla Exploding Battery Problem as Fatal"     /2013/05/27/stock-analysts-see-tesla-exploding-battery-problem-as-fatal/  Tesla Battery      Tesla admits their batteries could fry your family!" /2013/04/29/tesla-admits-their-batteries-could-fry-your-family/  Tesla Battery Danger      Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!!"     /2012/11/01/panasonic-engineers-guarantee-that-tesla-battery-packs-will-explode-when-wet/  Tesla Dangerous      Tesla Roadster facing 'brick battery problems      /2012/10/31/tesla-roadster-facing-brick-battery-problems/  Tesla Danger Warning      Tesla Motors Devastating Design Problem"    /2012/10/31/tesla-motors-devastating-design-problem/  Tesla Battery Notices      Lithium Batteries In Tesla Danger"   http://lithium-ion.weebly.com"     Lithium

Senator Charles , Consumers Union anmd other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker. | Solyndramobile: How bribery &amp; corruption ruined the auto markets

Senator Charles , Consumers Union and other groups call for investigation of exploding lithium ion batteries. Same batteries as used in Tesla and Fisker.

   Senator Charles Schumer, The Consumers Union, and a variety of consumer groups call for lithium ion investigation  Senator Charles Schumer, The Consumers Union, and a variety of consumer groups across the nation, today, have called for an investigation of lithium ion batteries based on reports of extensive explosions and fires which have, literally, set consumers on fire. Standing in front of a Best Buy, Senator Schumer revealed that research has shown that lithium ion batteries in cars, cell phones and other products are now known to explode for no reason. Asian produced batteries are said to be produced with no OSHA, safety or security standards. Tesla uses these batteries.  Andre Deason- Chicago, Ill    Tesla Battery Swap a smoke-screen to get rid of exploding battery pack"     /2013/06/19/tesla-battery-swap-a-smoke-screen-to-get-rid-of-exploding-battery-pack/  LITHIUM ION ISSUES      Cornell University Says Tesla Batteries Are Failed in Technology and Plans" /2013/06/10/cornell-university-says-tesla-batteries-are-failed/  Batteries      Stock Analysts See Tesla Exploding Battery Problem as Fatal"     /2013/05/27/stock-analysts-see-tesla-exploding-battery-problem-as-fatal/  DANGER Batteries      Tesla admits their batteries could fry your family!"     /2013/04/29/tesla-admits-their-batteries-could-fry-your-family/  BATTERY CHALLENGE      BIG TROUBLE FOR TESLA"     /2013/04/23/big-trouble-for-tesla/  BATTERY WARNING      Panasonic engineers GUARANTEE that Tesla battery packs will explode when wet!!!!!"     /2012/11/01/panasonic-engineers-guarantee-that-tesla-battery-packs-will-explode-when-wet/  PANASONIC TESLA BATTERIES      Tesla cars could explode in flames if they get wet

## Shallow Analysis Deems DOE Electric Vehicle Loans a Success

Shallow Analysis Deems DOE Electric Vehicle Loans a Success Submitted by Paul Chesser on Mon, 07/08/2013 Popular automotive Web sites attempt to set the record straight on the degree of success and failure of the Department of Energys Advanced Technology Vehicles Manufacturing loan program was well-intentioned, but missed the mark on several points and overall gave the initiative far too much credit.  Jalopnik.com contributor Patrick George was pointed in the right direction when he characterized DOEs boastful Loan Program Office as rosy, but more accurate descriptors would be excessive and unrealistic. Its clear his analysis was one of an automotive enthusiast and reviewer, rather than someone who regularly watchdogs government with a skeptics eye and knows how bureaucrats fudge and exaggerate numbers to claim credit for their politician bosses. As NLPC has reported often, DOE – before a taxpayer-backed bank check was ever issued to an electric automaker –

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

has made absolutely unbelievable claims about jobs, fuel savings and carbon dioxide emission reductions that were to be realized as a result of their loans.  The Energy Departments rosy website claims the governments Advanced Technology Vehicle Manufacturing loan program has 'created or saved 37,000 jobs, George wrote. A Jalopnik analysis of the current states of the five companies involved shows that this number is technically true, but not the way the government tells it.  George gave DOE far too much credit. Even now, after more than three years for most of the projects, the Loan Program Office cant be bothered to update statistical expectations even though two of the companies (Fisker Automotive and Vehicle Production Group) are non-operational and on the verge of bankruptcy. No one should take the agency seriously if it doesnt even attempt to correct the record for the projects it manages.  Even the original exaggerations were obvious.  For example, DOE claimed the $5.9 billion loan guarantee issued to Ford Motor Company (the largest recipient in the ATVM program) made possible the conversion of nearly 33,000 employees to green manufacturing jobs, with an alleged 509,000 cars off the road, 268 million gallons of gasoline displaced annually, and 2.38 million tons of carbon dioxide avoided. This miraculously occurred with Fords refurbishment of a few manufacturing plants.  Rather than simply deliver the derisive laughter that Ford and DOE deserve, George asked a company spokeswoman what converting jobs means. He was told that the loan guarantee helped retain 33,000 workers for new roles.  For example, Michigan Assembly Plant used to be a truck plant, the Ford spokeswoman explained. It is now the worlds first factory to build not only fuel-efficient gas-powered small cars, but also three versions of electrified vehicles - battery electric, hybrid and plug-in hybrid vehicles - all in one place.  That seemed good enough for George, who expressed mild skepticism that only went so deep.  Though it is unlikely that 33,000 Ford employees would be out of work without the loan, he reasoned, they are now in new roles manufacturing more efficient vehicles, which was indeed the goal of the program.  True, of course, but George left so much unaddressed. First, the very claim that it was only because of the U.S. government that 33,000 auto manufacturing jobs were saved, at a perfectly healthy company, was just brazen lying. The appropriate response should be, What do you take us for – idiots?  But there was so much more beyond that. The only reason the administration launched the program, and that Ford was willing to accept the loan, is that the federal government created a heightened regulatory scheme that exacted greater vehicle fuel economy in the first place. The automotive market has shown little demand for electric vehicles, at least to justify the extensive financing and construction that automakers have undertaken. What little sales there have been were goosed only by subsidies and tax breaks.  And even with that, the claims about gas displacement, avoided carbon dioxide and gas-powered cars off the road were created out of thin air and likely supplied by Ford itself to justify the loan, which in turn gave DOE a sales pitch to the public for the program. The Congressional Budget Office has determined that the overall $7.5 billion in subsidies for electric vehicle production will have little or no benefit on gas consumption or emissions avoidance. Even now, with the Focus Electric that Ford doesnt seem to care about selling, the numbers havent been modified.  The truth is, as Car and Driver reported in November, is that many companies have put barely enough alternative vehicles on the market just so they can comply with government-mandated Corporate Average Fuel Economy (CAFÉ) standards. The automakers incur huge penalties for failing to bring up the average gas mileage for the vehicles they sell up to federal demands. On the other hand, with the taxpayer subsidies like Ford enjoys, the car companies get much of the expenses for the lousy-selling EVs in their lineups covered.  In many cases this is intentional, Car and Driver reported, with automakers building EVs to satisfy regulators and leasing a limited number of loss-making vehicles in California and a handful of other states.  Another ATVM loan program beneficiary, Nissan, has acknowledged the strategy. After admitting mistakes in trying to promote its all-electric, poor-selling Leaf like Altimas, vice president for sales Al Castignetti became more realistic.  Weve pulled back a little bit and are telling our dealers, 'You don't market this car traditionally, he told Automotive News.  No carmaker makes 54.5 miles per gallon without alternative-fuel vehicles, he said of CAFE. Direct-injection engines are not going to get you there.  Nonetheless the DOE Loan Program Office boasts that, as a result of its $1.4 billion backing for a Leaf plant in Tennessee, that 5.7 million gallons of gasoline will be displaced annually, with 51,000 tons of CO2 avoided, 11,000 gasoline-powered cars off the road, and 1,300 permanent jobs created. However, Jalopniks George confirmed from a Nissan spokesman that the jobs number is really closer to 300, and the larger number reflects the plant at full capacity.  At that level the factory would produce up to 150,000 Leafs and 200,000 battery packs per year, but Nissan has sold only 9,839 Leafs (thanks to extreme discounts on leasing deals) through June, so full capacity is nowhere in sight.  Its not worth rehashing the bogus statistical claims DOE has made (and still maintains on its site) for Fisker ($529 million loan; $193 million paid out) and Vehicle Production Group ($50 million loan), since their downfalls mean the stats have been essentially zeroed out. So between those two and

THE BOOK OF TESLA. Copyright, the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

Ford and Nissans unsupportable claims, George had one DOE loan recipient left to demonstrate that its job claims are technically true: Tesla Motors.  George argued that the companys $465 million loan enabled the luxury automaker owned by Paypal billionaire Elon Musk (in photo with President Obama) enabled it to grow to 4,000 employees, surpassing the 1,500 that DOE claimed credit for on the Loan Program Office Web site. According to George a Tesla spokeswoman told him, the ATVM loan did contribute to our abilities to grow our workforce. Maybe thats true, but in  Tesla's and Musks case, its just a matter of deciding how to use money and debt at their disposal. The CEO, who is also head of SolarCity and out-of-this-world private travel company SpaceX, would have almost infinite options of where to draw financing from, if he decided not to use his own fortune (and what rich person would do that when he can use other peoples money?). So grabbing hold of a cheap interest, government-backed loan for Tesla would be a no-brainer – but Musk didnt need it.  Therefore as for the success that George gives Tesla credit for, none of it is attributable to the DOE loan because it could have been achieved without putting U.S. taxpayers money at risk. And so far the jury is still out on  Tesla's success: the company announced its first profitable quarter ever a couple of months ago, but it was largely because it was able to sell California emissions credits to other auto companies who were not in compliance with the states strict mandates. So again, there are far more losers than winners in a market distorted by government meddling.  Nevertheless George gives DOE credit for the creation of 4,000 jobs by Tesla and 33,000 jobs retained by Ford, because that was the programs intent. Thus he concludes that despite inaccuracies in the details, the ATVM programs claim of 37,000 jobs is accurate. This is the kind of thing the White House will seize upon as proof of its policy successes, while ignoring the unpleasant details.  But the Energy Department could stand to be a lot more honest and transparent with the taxpayers who are backing these loans, and that includes no longer telling us everything is stellar with VPG and Fisker, George wrote. The Obama Administration is still trying to have an 'an unprecedented level of openness in Government, right?  At least we can agree on that.  Paul Chesser is an associate fellow for the National Legal and Policy Center and publishes CarolinaPlottHound.com, an aggregator of North Carolina news.


Hi Boycott Tesla.   I really appreciate this article. The Obama administration is pouring way too much of our money into corrupt organizations like Tesla, and it's a huge waste. We need a sensible energy policy in this country that actually creates jobs and allows us to be energy independent. All this "green technology" is just a giant money pit that destroys jobs and creates more debt for US taxpayers. And to top it all off, the liberal mainstream media is going along with the Obama administration's narrative that all this wasted investment actually got us something, without doing the actual research into the jobs that won't be created because of Obama's policies.   I'm starting a small site called Americans For Keystone, and I want to make a page showing how investment in so-called 'green' technologies is a giant waste of US money. Would you be interested in writing something about Tesla for me? You know a lot more about them than I do.   Thanks for what you're doing!


## "THE DROP"


   The Drop- Part 1  From a copy written article by Anthony Zucker to appear in a major European news journal. With a tip of the hat to the tip from the office of the notorious Mr. Glenn:  From Portions of the article:  "As the great recession was winding into a funnel cloud of throw-cash-at-anything and Congressional panic, White House staff cut a deal with a select group of venture capitalists to buy millions of votes in exchange for a lock-up of the electric-car market and associated stock perks.  To be specific; White House staff Rahm Emanual, Valarie Jarrett, Robert Gibbs, David Axelrod and Steve Rattner ("The House Gang") made a deal with VC's John Doerr, Ray Lane, Tom Steyer, Eric Schmidt, Richard Blum, Steve Westly and their associates, all personally connected to Steven Chu, to have those investors conduit funds through organizations such as Move-on.org, Grassroots Action, Perkins Coie, UAW, Coblentz, Debevoise and other voter influence groups which resulted in the delivery of tens of millions of voters to the polls, voters who were given to a specific outcome.  The VC's paid for third party voter turn-out programs and efforts per a deal cut with the House Gang and they got an exclusive set of funds, stock optics and market exclusivity for electric cars and car batteries.  In this multi-part article series, we will

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...

detail the mechanics of the process known as "The Drop". The process is a Washington, DC gambit used regularly but never used with such scope, insidious calculation and overall destructive effect. It was because of the number of various whistle-blowers, from across the political spectrum, who observed this action, who were so offended by it's audaciousness, and who came forward in such numbers, that the White House has doubled down on social media surveillance programs. A surveillance program designed as much to thwart those who report White House crimes as it is for national security.  You have heard of Solyndra, Tesla, Fisker, Abound, A123, Enerdel and other new energy ventures but now you will hear what brought them into play..."  ###################  " The following chart shows who got benefits from this effort, who funded the effort overtly or covertly, where their money went and who got cut off from the benefits. It is obvious, to even the most unsophistication viewer, that the mathematical odds of these few people sharing these massive beneficial cross-overs and business relationships is beyond impossible. This could only have occurred if an organized scam was planned, managed and operated for the benefit of those listed and the detriment of those who challenged their agenda:"  <img alt="" />  ########################  " Google, Facebook and Twitter are owned and funded by the same VC's who got the money for the car loans. Google, in particular, is controlled by Democratic Party controls. Google sets it's search results to only show stories and perspectives that favor those Party interests and those particular VC's and their car companies and holdings. Goggle controls over 25% of internet traffic and over 68% of internet experiences. As a Republican Senator discovered when his name was search-locked to a horrific sex term, If Google wants to shut you down, they shut you down. If Google wants to hype one stock and kill off another, they do that too. Eric Schmidt and his private team are able to change results ranking on Google, remotely, to aid or harm certain issues; all that in addition to trading every single thing you do to ad agencies and spy shops"  UPDATE:  There has been tremendous pressure on editors and stakeholders to "freeze the story". The pushback to not release the story at this time has been tremendous. Editors have been advised of "consequences" if they publish. The story is completed and in the final form. It is just waiting for the approvals. Other publications have begun similar stories and preparation. The article has been pre-released to the offices well known investigative reporters, journals and authorities.  Federal investigators, who truly want to prosecute a number of the players in this scam, are being delayed by superiors who are worried that their bosses will be caught in the net. Those investigators are itching to tell their stories to reporters.  "...While the concept of Rahm Emanual, while working in the White House, selling the electric car industry to John Doerr in exchange for votes realized through a series of intermediaries to cover their tracks, sounds extreme, we now have a verbatim example of the process. The Washington Post reveals that federal investigators are probing Hillary Rodham Clintons 2008 presidential campaign as part of an effort to expand their case against a D.C. businessman alleged to have financed below-the-radar political operations, people familiar with the investigation said. Some of the the people who put together the Thompson scam, also did the electric car scam.  The businessman, Jeffrey E. Thompson, allegedly provided more than $600,000 to fund secret get-out-the-vote efforts to help Clinton in at least four primary states. Prosecutors do not expect to pursue a separate criminal case against Clintons campaign, these people said.  In a wide-ranging effort to expand their 18-month-old corruption case against Thompson, federal investigators have reviewed hundreds of e-mails and interviewed more than a dozen Clinton campaign staffers and supporters, according to people familiar with the probe.  Investigators have focused their questioning on the role of Minyon Moore, a senior campaign adviser, and the extent of her role in arranging a street teams operation in Texas, Indiana, North Carolina and Pennsylvania that was financed by Thompson and run by marketing executive Troy White, according to those sources.  These people and others familiar with the investigation spoke on the condition of anonymity because the probe is continuing. An attorney for White declined to comment, as has Thompsons attorney, Brendan Sullivan.  Moores employer, the political consulting firm Dewey Square Group, issued a statement on her behalf this week, saying that she was entirely unaware of any inappropriate activities and is cooperating with authorities.  An attorney for Clintons 2008 campaign, Lyn Utrecht, said in a statement late Wednesday that the campaign has cooperated fully in the White case and declined further comment.  In a series of interviews over several months, investigators have asked former Clinton campaign officials whether they knew White or were aware of his election-related efforts, which were not publicly disclosed as required by law, some of those familiar with the probe said.  These people said the questioning also focused on e-mails between Moore and campaign staffers about voter turnout strategies in majority-African American and Hispanic urban precincts, as well as about the campaigns schedule of public events, signs and literature. In many instances, these people said, Moore sought information from staffers who did not know she was also allegedly helping Whites street teams operation.  Minyon, she was influential in the campaign, said one former campaign official. If she came in and

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

asked for something, you kind of perked up and did it. But at no point did I have an interaction with her that led me to believe we were doing something wrong.  Moore, a longtime Clinton operative and confidante, is part of a close-knit circle of advisers who have had preliminary discussions about Clinton running for president again in 2016, when she would be an overwhelming favorite for the Democratic nomination.  Moore was a senior adviser on Clintons 2008 campaign with several responsibilities, including outreach to minority voters, managing relationships with surrogates and recruiting superdelegates. At the time, she was working at Dewey Square Group as state and local director. Clintons campaign paid the firm nearly $420,000 for strategic consulting, according to campaign finance records.  The pro-Clinton shadow campaigns were first revealed Wednesday in court documents and interviews in connection with Whites guilty plea to a misdemeanor tax charge. The get-out-the-vote operation allegedly began in Texas, where Clintons survival in the drawn-out battle with then-Sen. Barack Obama was on the line. By early February, Clinton had lost 11 consecutive contests to Obama and was narrowly behind him in the count of pledged delegates. Her campaign was running up debt. Next on the calendar were the March 4 Ohio and Texas primaries. Clinton had an edge in Ohio, but Texas loomed especially large.  Clinton won the Texas primary, 51 percent to 47 percent, but in the end Obama got more delegates out of the state by dominating party caucuses held the same day.  No evidence has emerged detailing what Whites street teams did on Clintons behalf or whether they made a difference. Several former Clinton campaign officials said they had no knowledge of the operation and had never heard of White.  According to a narrative detailed in court documents and interviews, White first pitched his firms street teams services to Guy Cecil, Clintons national political director, in January 2008. Cecil declined the offer.  But Moore disagreed, writing in an e-mail to White and Cecil: I am piping up saying we need your services. [Guy], lets [find] some money. I will fight for it.  Moore then introduced White to Thompson, who directed White to put together a plan detailing costs for services to support Clinton in Texas. White pitched a plan to hire street teams and made plans to distribute materials prepared by Clintons campaign — including lawn signs, pamphlets and stickers — in such cities as Austin, Dallas, El Paso, Houston and San Antonio, according to a statement signed by White and prosecutors

 as part of his plea agreement.  White got help from a Clinton supporter in San Antonio affiliated with a group identified as Civic Organization A in court documents. The group in question was the League of United Latin American Citizens, or LULAC, according to people familiar with the investigation.  The San Antonio-based supporter, whose name was not revealed, reached out to members of LULAC to help recruit paid canvassers in cities such as Brownsville, Corpus Christi, Lubbock and McAllen. After Clintons win in Texas, the Clinton supporter affiliated with LULAC continued to help White find workers in other states, the court filing said. LULAC, a nonprofit social welfare group that says it is the oldest Latino civil rights organization in the United States, does not endorse candidates, but top members of the organization personally supported Clinton.  Luis Vera, LULACs general counsel, said that the organization itself had no role in any efforts to aid Clinton. He declined to comment further, citing the ongoing investigation.  Moore stayed in touch with White, providing him with confidential internal campaign documents, including the itinerary and schedule for a high-profile individual who would be campaigning in Texas in support of Clinton, according to court documents.The creation of an off-the-books campaign with the cooperation of a senior campaign adviser could violate campaign finance rules if it was determined that the effort constituted an undisclosed, in-kind campaign donation in excess of federal contribution limits. But legal experts said federal investigators would be unlikely to open a separate case because a five-year statute of limitations has expired.  Prosecutors in the U.S. Attorneys Office in Washington who have probed the Clinton connection remain focused on building a case against Thompson, whom they allege secretly poured $653,000 into an illegal, off-the-books campaign to elect D.C. Mayor Vincent C. Gray (D), people familiar with the case said.  If there is sufficient evidence to prove that Thompson was engaged in an ongoing conspiracy to secretly influence elections, his alleged efforts for Clinton could be added to any criminal charges. Prosecutors could avoid time limitations on pursuing a case if the past acts were part of an ongoing criminal pattern.  In Texas, the Clinton campaign focused most heavily on Hispanics, knowing that Clinton was at a disadvantage against Obama among black voters. Clintons team in Texas expected to lose the urban areas of Houston and Dallas by a significant margin and concentrated organizing efforts on heavily Hispanic south Texas, El Paso and San Antonio.  I didnt see anything that looked like it was independent or being conducted by a third party, one organizer said. He added: If they were pulling this off, they were doing it far below the radar screen. Clintons Texas primary victory, both sides believe, was the result of a strong showing among Latinos and whites; the deep political roots that Bill and Hillary Clinton had in the Lone Star State, going back to George McGoverns 1972 presidential campaign; and the strenuous effort that both Clintons made across the state. Obama campaign

THE BOOK OF TESLA  Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

operatives later said that Bill Clinton was particularly effective at dazzling voters in the states small towns and medium-size cities.  In Texas, Hillary Clinton also aired what is remembered as the most devastating television ad of her campaign, challenging Obamas national security credentials. It featured the image of a ringing White House telephone as a narrator intoned: Its 3 a.m., and your children are safe and asleep. Who do you want answering the phone?  This shadow bribery/exchange campaign is called "A Wipe-Over" in Washington DC. It is the process that was used to fund Tesla, Fisker, Solyndra and Abound; kill their competitors and pay private profits without anyone noticing... until now..."  Reporters from The Washington Post, The LA Times and The Hill contributed to this research  -------------------------------------------  UPDATE- It looks like this book will be handed over to others to use in their books. The author got attacked for whistle-blowing.

More Tesla&#8217;s burst into flames!!!Deadly fumes released by burning Tesla more toxic than Syrian attack gas. | Solyndramobile: How bribery, corruption &amp; organized crime destroyed taxpayer jobs and American leadership

 /2013/11/04/more- Tesla's-burst-into-flamesdeadly-fumes-released-by-burning-tesla-more-toxic-than-syrian-attack-gas/

FISKER lithium Ion batteries burst into flames at the drop of a hat. This is now well-known. Telsa and Fisker funding with tax dollars was more about funding battery company deals for their investors than anything else. Lithium Ion Batteries blow up in Boeing&#8217;s, Tesla&#8217;s and they just blow up. That is why TSA does not allow liquid on airplanes. That is why AT&amp;T eliminated Lithium Ion in its server racks. EVERYBODY knows that lithium ion blows up and releases deadly chemicals, why is this cover-up still going on?   Oh, I See: Profits and kickbacks!

## Bundlers and DOE Ex-Staff find that the tracks they thought they covered up were actually NOT covered up... Oops!

Energy Department Staff find that the tracks they thought they covered up were actually NOT covered up... Oops As departing energy department staff shredded and deleted as fast as they could, they thought they had covered the tracks of the theft and manipulation of billions of tax dollars which they routed to their friends.. not so much. Every insider phone call, every insider email (even on personal email accounts that they used to hide the process) every conversation in a Washington or Virginia restaurant with security cameras, every conversation in a car.. all documented. Postings by ACLU staff, such as the widely distributed post below, show that every aspect of the energy department "secret" deals is documented, archived and only one subpoena, or one FOIA filing or any investigator demand away from disclosure:     "ACLU CONCERNS OVER WHO SPYS:   As is now widely reported in the news: Any device that is marketed as a "smart device" or ANY electrical device, can be used to track you. Any bored child, hacker or competitor, with easily downloaded software tools, can spy on you using the following methods:  By tracking your utility smart-meter use activity.  By tracking when you cross bridges, or other points, on your bridge toll fastrak device.  By reading everything you ever wrote, read, looked at or clicked on in Facebook, Google, Twitter and any other "social media" site no matter how high you set your privacy settings. Don't use "social media" if you don't want to be tracked, and have your experiences processed to sell you ads and lose all of your privacy. Shut off all of your social media accounts. You don't need any of them. Post this posting in blogs about any "social media".  By reading any device that your bluetooth can connect to or transmit from, or to. Turn off Bluetooth. If your computer is offline but your phone or tablet is connected to your computer, hackers can backdoor into your computer through any connected device.  By reading your use of, location of use and activity when you use any ATM.  By using any aspect of Google. Google exists simply to spy on, and track people.  By using a parking lot monthly, daily or pay-per-use card or device. Pay by cash.  By logging all of your profile versions and communications on dating sites.  By being in any major city. Every major city has cameras that cross cover every part of the city. The cameras in stores and on buildings are crossed over. Most every bus, police car and many utlities vehicles share their cameras to the common database which any group can access.  By watching you from drones that are so high, or so small, you can't see them.  By watching

THE BOOK OF TESLA. Copyright ... original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

what you watch on Netflix, Hulu, Youtube, Comcast, Xfinity and similar media outlets.  By using less than three mouse clicksevery Dell Server, Cisco router, Linksys device, Intel motherboard and Netgear device can be "backdoored" open and every document it is attached to read, opened and acquired.  By making the phone manufacturers Apple, HTC, Samsung, etc. put a secret switch in your phone so they can kill your phone remotely if you start to organize. Buy the oldest phone you can find, without GPS or even a screen. The old ones won't have tracking chips.  By lasering, microwaving or otherwise bouncing energy off the windows or objects in your home or office to listen to you by recording the air vibrations of those objects that your voice causes.  By reading your location of uses, direction of travel, individual actions, trends in purchases, amounts of purchases and time of purchases for each and every credit card and debit card use.  By intercepting the network application in your car dashboard and watching the people behind you and on the street via the back-up camera in your car.  By using deaf people or specialized computers to read your lips no matter how far away you are or what windows you are behind.  By remote activating any camera on your computer, mobile device, TV, or any other location and watching you while putting fake screen information on your screen so you do not know they are watching you. Remove the battery of any mobile device when not using it. Hacker software makes your device appear to be turned off but it is still alive and watching you.  By reading every email that passes over any server in the world and by logging your passwords for any server.  By looking through walls with wifi distortion field devices, interferometry devices and EMF grid sensors.  By simply turning on software products such as Predator, Carnivore, CALEA, Prism, DCSNET, and over 100 others that exist to automatically acquire every personal information element they can find in an unattended manner.  By monitoring the GPS, Siri, OnStar, Microsoft Sync, Tesla dashboard, Nokia Here Audio and any other networked electronics in your car. Don't buy a "smart car" if you don't want to be watched every second you drive it. You can be listened to through it. Your GPs signal can be hacked and rerouted through it.  By reading the GPS, cell phone signal triangulation, bluetooth, Near Field Communications chip, modem or any other signal on your cell phone or table. Remove the battery on any device you don't want to be tracked on. Only use an old cheap phone with no GPS and no internet capability.  By using fake cell towers called "sting rays", your cell phone signals can be easily intercepted.  By making the "remember" function of any browser send what it "remembers" back to the hackers.  BY Itunes, Pandora and music services storing your preferences and all use data which can be forwarded to others.  By acquiring all information from lotteries, contests and subscription cards you fill out at expo's fairs, online and at any other location. Filling out a contest entry guarantees you will end up on the junkmail lists.  By capturing and databasing all of your product exchanges and returns, store and log all of those actions and then hackers, and others, can access their database and pull down all of your records.  and more...  -------------------------------------------------------------

While the stated purpose is to "stop crime", in many cases the information acquired, as we now learn from the IRS data manipulations, is used by some to stop, delay or harm those who have conflicting points of views. The statement that it is "legal" is mitigated by the fact that it now only costs $50,000.00, or less, to buy a "law" or "policy" in Washington. Corporate lobbyists buy them every day. Corporations and political operatives have the same agenda: To use you for their purposes. So they are not motivated to fix it.  The proven "targeting" of political adversaries by the IRS, and others, shows that, given the chance to use the system against those with other views, they always will.

## U.S. Senator: Tesla money came from one of the most disastrously mismanaged and corrupt programs in U.S. history,

Rep. Jim Jordan, R-Ohio, chairman of the House Oversight subcommittee where Whitcombe testified, has called the loan program one of the most disastrously mismanaged and corrupt programs in U.S. history, and said during that Fisker hearing, The Obama administration owes the American taxpayer an explanation as to why this bad loan was made in the first place.  He might also want an explanation why DOE's Whitcombe and Chu hid the truth about VPG while under oath before his subcommittee.  Tesla owners, investors and their search engine owners paid Washington staff to get false stock impressions and taxpayer funds in order to unfairly and

unethically fund Tesla.  So besides the fact that it has now been revealed that Tesla cars spy on their owners while you are driving one, the company was acquired in a hostile takeover, each car has constant mechanical problems, the door handles can lock you in the car, Solyndra and Tesla buildings were corrupt real estate deals, the batteries have to be assembled in a blast chamber because they could explode, and the Tesla people paid to sabotage Fisker and other competitors... the list of bad Tesla things now seems to be record-breaking


## Google Kickbacks. Tesla Connected?

Google Kickbacks  Google investors paid for the national election expenses and outside services and manipulated Google searches so they got: patent laws changed that benefit them, business tax laws changed that benefit them, free jet gas and free money for Google's car company -Tesla. Tesla is owned and controlled by the owners of Google and their investors. Sweet Deal! A former Google staffer, who had to leave to go overseas, has started spilling the beans. He has stated that Steven Chu was best friends with all of the Google and Kliener investors before he was "picked" (slid into place) to head DOE where he could conduit money. Google bosses shouldn't sleep with Google employees girlfriends, apparently.  Senator halts Google's taxpayer-subsidized executive jet fuel deal  Your tax dollars at work  By Iain Thomson, 13th September 2013 A year-long investigation by US senator Chuck Grassley (R-IA) into Google's use of NASA's Silicon Valley airport has shown that the company benefitted from buying cheap aviation fuel from NASA at a discounted price arranged by the Pentagon.  "Are some executives getting a special deal on fuel that isn't available to other businesses   said the Republican Senator Glassley, who will be conducting an audit into the arrangement. He added that the Google/NASA deal raises concerns about the government being a "fair broker with businesses and responsible steward of tax dollars." Google currently has a Boeing 767, Boeing 757, four Gulfstream V's, two helicopters, and an 1982 Dornier Alpha Jet based at Moffett Field, which is handily right next door to the Chocolate Factory's campus. The arrangement is part of a 2007 deal between NASA and Google that allows Google to rent space at the airport, with the space agency getting to use Google aircraft for experiments as the quid pro quo.  But, according to The Wall Street Journal, Google's air force (managed by holding company H211) has also been benefitting financially by buying its aviation fuel cheap from NASA, which is supplied by the Pentagon. Documents obtained by Senator Grassley show that since 2009, H211 has bought 2.3 million gallons of jet fuel at an average price of $3.19 per gallon.  "I don't see how in the hell anybody can buy it that cheap," said Fred Fitts, president of the Corporate Aircraft Association, adding that the average price his members were paying was $4.35 per gallon.  According to FAA records, Google aircraft have flown from Moffett 710 times since 2007, which includes 20 flights to the luxurious Caribbean island of Tortola, 17 to Hawaii, and 15 to Tahiti. New York and Los Angeles are also frequent destinations, and many flights also go to Europe.  The FAA reports that three of Google's jets, including the 767, flew from Moffett last year to Croatia, where CEO Larry Page was a groomsman at his brother–in-law's wedding, and bought 24,000 gallons of fuel for the trip at a price of $3.33 per gallon, more than a dollar less than the going rate. According to H211's contract, fuel bought at Moffett should be used "for performance of a U.S. government contract, charter or other approved use."  Kenneth Ambrose, an executive with H211, said that it bought "the only fuel available at Moffett" and pays "full retail for hangar space that includes none of the ground support typically included at business aircraft hangars."  NASA does, of course, get the use of the aircraft for science, and collects $1.3m a year in rent from Page's people. According to Grassley, NASA has used Google's aircraft 115 time for atmospheric testing flights, but all but 11 of these flights have used the Chocolate Factory's Alpha Jet, rather than its much more thirsty Boeings or Gulfsteams.  "NASA is always looking for innovative, public-private partnerships to help advance our mission and provide benefit to the American taxpayer," a spokeswoman for NASA told the WSJ.  Now that the sweetheart deal with Google has been stopped, its fleet has to buy its fuel elsewhere at market prices. But the Moffett deal could soon end anyway, as Google is planning to build a $82m private terminal at Mineta San José International Airport, so that its execs can continue to fly without encountering the hoi polloi.  ---------------------------- US senator Chuck Grassley has now been targeted by an elite programming team at Google. Senior staff ordered the inside team at Google to "pull a Santorum" on US senator Chuck Grassley. This involves programming the Google search engine to hold negative search finds about

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a...

Senator Grassley at the top of search engine results. Google is not happy about his findings. Google had previously targeted Sen. Rick Santorum as a "political enemy" and ordered his name placed at the top of Google searches associated with a horrific sex term. Sen. Rick Santorum went to great lengths to attempt to have the attack on Google, by Google, removed. Google has denied that they manipulate search engine results but analysis of their algorithms and interviews with their staff have confirmed otherwise.

## Tesla gets another $34M of your tax $$$ in campaign finance kickbacks.

   Tesla gets another $34M of your tax $$$ in campaign finance kickbacks!!!!  Part of a number of lawsuits currently filed on Tesla note that Tesla books tax giveaways as "profit or revenue" instead of selling cars it has made a business out of taking tax money. Today, the State of California revealed that Tesla had received another $34 million in a one-of-a-kind, exclusive kickback of taxpayer money to help a bunch of billionaires who just happened to be the same billionaires that financed the related campaigns! Amazing!  DG- Bost    ----------

Tesla just got a $30-million tax break  </h1> By Giuseppe Macri- Daily Caller  The state of California just approved a $34.7-million tax break for electric car manufacturer Tesla Motors to expand the companys production capability by another 35,000 additional units per year.  As a result, Tesla will be exempt from paying sales and use taxes on its planned purchase of $415 million in new manufacturing equipment, which California estimates will result in a $24-million economic boon to the states economy.  The California Alternative Energy and Advanced Transportation Financing Authority was the state panel that authorized the tax break. The panel is chaired by California state Treasurer Treasurer Bill Lockyer.   Read more:
http://dailycaller.com/2013/12/19/tesla-just-got-a-30-million-tax-break/#ixzz2nyWjWpm9
http://dailycaller.com/2013/12/19/tesla-just-got-a-30-million-tax-break/#ixzz2nyWjWpm9      -----------

Since Tesla is still using our tax money, that means all of their internal financial records are available, on request, for public review, right?  Dj-  -------------------------------------------

The   Multiple Fraud and Malfeasance Lawsuits Against Tesla"    /directory-of-articles/topic-1-doetarp-manipulations/fraud-and-malfeasance-lawsuits-against-tesla/   lawsuits against Tesla    state that Tesla is pulling funny business with the numbers. Why wouldn't the State of California wait until the    TESLA SAFETY REPORT Vers. 1.05G- Public Wiki Produced for NHTSA and other governmental agencies"    /2013/12/06/tesla-safety-report-vers-1-05-public-wiki-produced-for-nhtsa-and-other-governmental-agencies/  NHTSA review    is complete, or is this because they know the NHTSA review is going to go south?  T- Fresno B
-------------------------------------------

Tesla has gotten tax money from California before and they STILL need more cash from the taxpayers? Why can't the Google Guys or Kleiner pay for this instead of the taxpayers? WTF?  Dan  ----------------------------------------

Google+  Political White House super executives Bill Daley and Larry Summers, both thought to be shoe-ins, shockingly end candidacies at same time as investigations reveal their participation at the time and place that the Google and DOE kickbacks began.  Watch the news for more as details evolve....  The net is tightening around the suspects who ran a multi-billion dollar DOE/Google/Election scam: Daley, Summers, Rattner, Emanual, Gibbs, Axelrod. All of whom suddenly quit the White House or high office when investigators let them know what they had on them!  Roberts- LA Times, Chicago Office  --------------------------------------------

All of them bailed out, at the height of their careers, in a bad economy, when they had the best jobs online already, because of "information they received". It made no sense for them to cancel campaigns or jump ship, when they did, unless they knew they were going to be busted. They all issued comments that used the suspicious: "after careful consideration" language and the "spend more time with my family" smoke-screen phrasing. They all

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

worked at the White House on the illegal ordering of the direction of the DOE funding decisions and they, and their chief of staff's, all met with Google's investors, who benefited the most from the DOE funding decisions. They all are under investigation by multiple organizations for re-routing federal funds to special interests during their White House stint. Ironic? Coincidence? or Crime?  Baily Johnson- Times Independent
-----------------------------------------

Bill Daley ends his campaign, former White Chief of Staff. Larry Summers ends his White House nomination campaign at the same time. Two of the most powerful people in politics suddenly bail. Deja Vu.. Yes: Can you say Emanual, Gibbs, Rattner, Axelrod? They find out all of their back-door, insider, communications are on record with NSA, DEA, and many other agencies, who caught them while looking for other crimes.  Betty T.- Wall St. J. Stringer  ----------------------------------------------

Rolls-Royce Holdings said the U.K.'s Serious Fraud Office has opened a formal investigation into bribery and corruption allegations involving employees of ... in January to take charge of the internal inquiry and report findings.SEE THIS LINK:     online.wsj.com/ article/ SB10001424052702303290904579275781908599874.html   For Sale: Deadbeat Fisker electric-car loan  Joseph N. DiStefano POSTED: WEDNESDAY, SEPTEMBER 18  The Department of Energy is selling rights to collect the defaulted $168 million it lent electric carmaker Fisker Automotive Inc. to restart a former General Motors plant on Boxwood Road in Vice President Biden's home state of Delaware. Fisker did make some cars in Finland, hired (then laid off) dozens of Delaware managers, workers and contractors, and collected $21.5 million in additional Delaware state subsidies, but hasn't made any cars there.  The loan sale may result in investors trying to revive Fisker, though the company owned few of its own patents. More at GoveSale.gov, and from Reuters, which notes an earlier sale of another failed "green" car loan, to Vehicle Production Group LLC, raised just $3 million vs a taxpayer loss of $50 million. Excerpts from the loan sale announcement : "The Department of Energy plans to sell by competitive auction, to be held on October 11, 2013, the future advance promissory notes issued by Fisker Automotive, Inc. in connection with a secured loan under the Advanced Technology Vehicles Manufacturing Program in respect of which approximately $168,000,000 is outstanding. "The loan is presently not performing. Persons interested in purchasing the notes should promptly contact the Advanced Technology Vehicles Manufacturing Program at portfolio.fisker@hq.doe.gov to learn how qualified prospective purchasers may obtain additional information about the auction, including requirements for submitting an initial bid... The deadline for submitting initial bids is October 7, 2013 at 5:00 PM EDT. Bidders will have an opportunity to conduct due diligence prior to the bid deadline. Inquiries should include the senders name, business name, postal, street and email addresses, and telephone numbers."  Read more at http://www.philly.com/philly/blogs/inq-phillydeals/Deadbeat-168M-Fisker-electric-car-loan-for-sale.html#hdk9ESJkbfF5cDyb.99


Another Rich Douchebag Car Company charged with bribing government officials re: crony kickbacks. Global investigation. Jail time expected. http://wp.me/p2BJXK-9W


# The "Lithium Ion" VC's: Say "Howdy" to the ACTUAL 1% Illuminati ! How they copied the Mafia's Playbook:


    Who are the Lithium ion VCs? Say "Howdy" to the   ACTUAL 1% Illuminati!           --------  "  This matter has absolutely nothing to do with whether or not you like solar power or electric cars or gasoline or fracking or one technology over another. It has nothing to do with climate change; not a single thing. This is totally about banking, securities and finance fraud.        It is   entirely   about organized crime racketeering kickbacks arranged by arrogant frat-boy billionaires who sought to buy government, buy power, buy ego-trips, kill competitors and monopolize industries for personal gain in exchange for campaign efforts."    -  A U.S. Senate Source    --------

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Watch the 60 Minutes episode: "The Cleantech Crash"  , below, that began the series of 2014 expose events coming over the next 6 months:  [wpvideo jMnc6LJb]  [wpvideo fARepFlX]  The lobbyists called   Think Progress    " (many of those targeted by investigations work, or worked there) and others, funded by the VC's, have started massive spin to call it a bunch of lies and say that   "No, No, it was really a big success",   but the The CARGATE Total Loss Spreadsheet:"    /directory-of-articles/the-total-loss-spreadsheet/  facts   , the HOT!!!! THE TESLA INVESTIGATIONS!!!!: RICO, Safety, Tax Fraud, DOE Fraud" /directory-of-articles/topic-1-doetarp-manipulations/the-tesla-investigation/  criminal investigations     and the Naming-the-Names: Master List"    /directory-of-articles/naming-the-names-master-list/  money trail    speak for themselves. It doesn't matter if you are Democrat or Republican, it matters if you want billionaires buying your government and cutting you out of the loop.  D- LA Times   ------

Now watch the 60 Minutes episode about how it was done:  http://www.youtube.com/watch?v=CHiicN0Kg10 ---  The Democrats needed cash for the campaign. Democrats are always poor, so they never have enough money. The campaign staff went to the Silicon Valley Vc's and said that if they paid for the campaign costs up front and rigged the search engines to only promote the Democrat candidates, then the campaign would give them $100 Billion of tax money that they would not have otherwise gotten, once the Democrats had control of the DOE slush fund. So they did, but they got caught by their greed, and now they need to go to federal prison.  It's as simple as that!  E- Heritage  ----------------------------------------------------------------

Note From Victims:   Multiple SOMO reporters/writers have spoken with a number of victims of this series of How Washington DC Politicos Have Troublemakers and Reporters Killed!"    /directory-of-articles/topic-1-doetarp-manipulations/how-washington-has-people-it-doesnt-like-killed/  hits    organized by the same group of people. If any major law firms (Multiple firms can file) begin the process of filing a class action   RICO or damages action on behalf of the victims: Arrington, Assange, Eberhard, Brown, Conway, DM, Steve, Lakatos, Katie, AL, Etc... It is highly likely that a number of other victims (over 20+) will join the cases once they are filed and publicly noticed. Substantial evidence and testimony now exists and recoverable assets in potential court-ordered awards, from the attackers, exceed $50B+ in possible recoveries for damages caused by their organized efforts against these competitors and reporters. In other words, big class-action law firms, according to many plaintiff candidates:   "if you file it, they will come."  DFG, YY, DS,  SAT/LAT/NYT   ---------

Seriously...     ...Don't get your panties in a knot about saving electric cars or solar panels. They are   NOT AT RISK  . There are a   ton   of solar panel companies doing gangbuster business and you can buy all kinds of electric cars, from many companies, right now.   Those things are safe. They are doing fine.  Don't let the   Topic 13: Industry Shills – Pundits or Secret Salesmen      /directory-of-articles/topic-13-industry-shills-pundits-or-secret-salesmen/  VC media shills    play your feel-good heart-strings. By complaining about political corruption you are not going to destroy the planet. You are going to destroy corruption. Got it? Green energy is doing fine but   Corruption   is also doing fine. Let's stop the corruption and let the green energy keep on keepin' on!  Bradley T-  SF Chr  ---------     Did they break the law? Multiple federal agency &amp; committee probes now asked to look into organized crime charges over kickbacks.        The Westly Group    (Under Investigation) Ira "Linguini" Erenpries    (Under Investigation)     Firelake Capital     (Under Investigation)     John "Doe" Doerr    (Under Investigation)     Kliener Perkins    (Sued for Sexual Abuse)    (Under Investigation)     Elon "The MuskRat" Musk    (Sued on multiple charges of fraud by shareholders)     Steve "The Fix" Westly (Under Investigation)     Ray "The Sausage" Lane    (Charged with Tax Fraud)     Steve Jurvetson    (Under Investigation)     The Google Boys    (Under Investigation)     Jonathan" Slippery" Silver    (Fired)   (Under Investigation)     Tom Perkins    (Under Investigation)     Tim "I want-to-run-my-own-state" Draper    (Under Investigation)     Draper Fisher    (Under Investigation)     Vinohd Khosla and Connie Rice (Under Investigation, multiple documentaries)     Khosla Ventures     (Under Investigation) Tom "Fettucine" Styer     (Under Investigation)     Steven "The Rat" Rattner (Indicted) Raj "I-Am-Untouchable" Gupta (Indicted)     Hey Now when you   look at:  their lobby hires, payment disclosures and blind SUPERPACs, which lithium ion interests they own or control and when you follow the money  ,   it gets   pretty ironic.  ..  They are all friends of silicon valleys  McKinsey Consulting"   /directory-of-articles/naming-the-names-master-list/mckinsey-consulting/ McKinsey    DOE   Secretary of Energy Steven Chu;  McKinsey Consulting"    /directory-of-articles/naming-

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

the-names-master-list/mckinsey-consulting/  McKinsey   DOE $$ Guy   Matt Rogers"
/directory-of-articles/naming-the-names-master-list/matt-rogers/  Matt Rogers   &amp;  McKinsey Consulting"
/directory-of-articles/naming-the-names-master-list/mckinsey-consulting/  McKinsey   DOE $$ Guy Steve
Spinner  (They paid to get them appointed).   McKinsey Consulting"  /directory-of-articles/naming-the-
names-master-list/mckinsey-consulting/  McKinsey staff   have previously been put in Federal prison for rigging
things, ie:   McKinsey Consulting"  /directory-of-articles/naming-the-names-master-list/mckinsey-consulting/
Rajat Gupta   .; and are under investigation world-wide.  They contracted a silicon valley consulting company
called  McKinsey Consulting"  /directory-of-articles/naming-the-names-master-list/mckinsey-consulting/
McKinsey Consulting   and told  McKinsey Consulting"  /directory-of-articles/naming-the-names-master-
list/mckinsey-consulting/  McKinsey   to write all these white papers for the White House and Federal Agencies
that said:   Lithium ion danger warning site raises huge red flags! Warnings ignored   /2013/10/02/expose-
movie-gets-pushed-back-because-of-huge-trove-of-new-evidence/   lithium ion   is the key to the future  . Then
they  Topic 2: Lobbying"  /directory-of-articles/topic-2-lobbying/   bribed   and   Topic 2: Lobbying"
/directory-of-articles/topic-2-lobbying/  influenced   and "  Topic 6: Revolving Doors"  /directory-of-
articles/topic-6-revolving-doors/   Revolving Door'd"   to put Chu at DOE (Silicon Valley VC's were the
primary nominators of Chu per his nomination file docket) and they invested in all of the Lithium while   their
guy: Chu  , (working with   Rahm Emanuel"  /directory-of-articles/naming-the-names-master-list/rahm-
emanuel/  Rahm Emanual   ,   Valarie Jarrett"  /directory-of-articles/naming-the-names-master-list/valarie-
jarrett/  Valarie Jarrett   ,  David Axelrod"  /directory-of-articles/naming-the-names-master-list/david-axelrod/
David Axelrod   and  Robert Gibbs"  /directory-of-articles/naming-the-names-master-list/robert-gibbs/
Robert Gibbs   ) handed out all of  The CARGATE Total Loss Spreadsheet:"  /directory-of-articles/the-total-
loss-spreadsheet/  the taxpayer money   to their investment projects.  Easy Peasy. Scam.  Which  The Dianne
Feinstein Investigation"  /2013/10/31/the-dianne-feinstein-investigation/   Senator   did they interact with the
most? Which West Wing Chief of Staff? See the latest Senate investigations and Class Action lawsuits for more.
The Pope just hired  McKinsey Consulting"  /directory-of-articles/naming-the-names-master-list/mckinsey-
consulting/  McKinsey   to fix "Vatican Corruption".. Maybe not such a good idea?  Recordings and emails
appearing soon. Many agencies, committees and media groups are now investigating, or have been asked to
investigate by senior Congressional staff. Since Reid went nuclear, the gloves are off, it seems.  Do your own
research. Check out every name mentioned and all of their past connections. Nowadays, it isnt that hard to
research. All of the parts of this have been mentioned in the mainstream press as of now.  Reporters asking to
FOIA review the original Solyndra case # and case #s hyphenated off of the Abound, Solyndra, and similar cases
case #s are having the best luck in story leads.   "One is building the new Bohemian Grove on the California
coast at Half Moon Bay. One has started a Jr. Illuminati initiation program for young recruits that begins in the
Stanford dorm rooms. One has publicly been charged with multiple crimes. One runs the technology suppression
team for the NCVA. One has broken the record for hiring local escorts. Come watch the fun!      It's non-stop
hijinks with those crazy old boys from the Tech Branch of the Illuminati. Stay tuned for each episode of this
made-for-tv romp that is guaranteed to be great fun for the whole family."     Elon Musk, and these sorts of ego-
maniac billionaires, do not care about regular people or customers. They exist for the joy they get in manipulating
power and control and tend to do things like this:  [wpvideo 6syz0vNW]  [wpvideo h3AixjhD]  [wpvideo
h3AixjhD]  [wpvideo 6syz0vNW]  [wpvideo efQDTOLF]  [wpvideo fsB9480q]  [wpvideo QrKvoUyA]
http://www.youtube.com/watch?v=5BYc3PqvBCo  http://www.youtube.com/watch?v=XIdprsGvlb8
http://www.youtube.com/watch?v=6PZipwucanc  http://www.youtube.com/watch?v=amnwBzcxMAU  KL, HJK,
H, TH, JKL, PROPU- Denver News, LA Times, WSJ, BB, Susu  ---------------------------------------------
Silicon Valley: Satan's Frat House?      id="title_24"
http://www.techdirt.com/articles/20100921/18574611100/are-silicon-valley-angel-investors-colluding-over-
deals.shtml


" name="title_24  Are Silicon Valley Angel Investors Colluding Over Deals? | Techdirt     Sep 22, 2010 ... While
there are plenty more angels in Silicon Valley than just 15, it is ... Every industry has a dark side - most of us can't
see it and therefore, we forget its there. ... VC investors would be wise to not attract the government with ...
www.techdirt.com/ articles/ 20100921/ 1 term angel could not be more oxymoronic when applied to McClure. In
the course of his 30-minute talk at the GROW conference in Vancouver, B.C. today, the founder of ...  <div
class="url  geekwire.com/2012/dave-mcclure-rips-vcs-fing-arrogan...      <div class="icon_fav"

THE BOOK OF TESLA  Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

style="display:block;      http://www.katenews2day.com/silicon-valley-full-of-arrogant-heads-who-hate-san-franciscos-poor-people-these-democrat-liberal-elites-believe-they-pay-california-taxes-and-shouldnt-be-bothered-by-homeless-trash-right/" rel="nofollow   <img style="visibility:visible;" alt="" src="https://duckduckgo.com/i/www.katenews2day.com.ico" width="16" height="16" />          class="large" http://www.katenews2day.com/silicon-valley-full-of-arrogant-heads-who-hate-san-franciscos-poor-people-these-democrat-liberal-elites-believe-they-pay-california-taxes-and-shouldnt-be-bothered-by-homeless-trash-right/" rel="nofollow  Silicon Valley: Full of Arrogant-heads Who Hate San Francisco ...  <div class="snippet  Some of them want to secede from America, ... Silicon Valley's Ultimate Exit," Balaji Srinivasan argued that tech founders should leave the U.S. and form their own independent state, run by technology. ... the venture capitalist, ...
----------------------------------------------------

Steven Lawrence Rattner     (born July 5, 1952) is an American   Financier" https://en.wikipedia.org/wiki/Financier  financier  who served as lead adviser to the   Presidential Task Force on the Auto Industry"  https://en.wikipedia.org/wiki/Presidential_Task_Force_on_the_Auto_Industry  Presidential Task Force on the Auto Industry in 2009  for the   Obama administration" https://en.wikipedia.org/wiki/Obama_administration  Obama administration  .<sup id="cite_ref-NYT0127_1-0 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-NYT0127-1  [1]  </sup>  <h2>  New York Pension Fund Investigation  </h2> In 2005, Quadrangle made payments to   Private placement agent" https://en.wikipedia.org/wiki/Private_placement_agent  private placement agent   Hank Morris to help Quadrangle raise money for its second buyout fund.<sup id="cite_ref-13 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-13  [13]  </sup> Morris had come highly recommended to Rattner from U.S. Senator   Charles Schumer"   https://en.wikipedia.org/wiki/Charles_Schumer  Charles Schumer  .<sup id="cite_ref-14      https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-14  [14]  </sup> Morris was also the chief political advisor to   Alan Hevesi"   https://en.wikipedia.org/wiki/Alan_Hevesi  Alan Hevesi , the   New York State Comptroller"   https://en.wikipedia.org/wiki/New_York_State_Comptroller  New York State Comptroller   and manager of the New York State Common Retirement Fund (CRF), which invests in many   Private equity fund"   https://en.wikipedia.org/wiki/Private_equity_fund  private equity funds  . Morris told Rattner he could increase the size of the CRF investment in Quadrangle's second buyout fund. Rattner agreed to pay Morris a   Private placement"   https://en.wikipedia.org/wiki/Private_placement  placement fee   of 1.1% of any investments greater than $25 million from the CRF.<sup id="cite_ref-15 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-15  [15]  </sup>  In 2009, Quadrangle and a dozen other investment firms, including the   Carlyle Group"   https://en.wikipedia.org/wiki/Carlyle_Group  Carlyle Group  , were investigated by the   U.S. Securities and Exchange Commission" https://en.wikipedia.org/wiki/U.S._Securities_and_Exchange_Commission  U.S. Securities and Exchange Commission   for their hiring of Morris. The SEC viewed the payments as "kickbacks" in order to receive investments from the CRF since Morris was also a consultant to Hevesi.<sup id="cite_ref-16 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-16  [16]  </sup> Quadrangle paid $7 million in April 2010 to settle the SEC investigation, and Rattner personally settled in November for $6.2 million without admitting or denying any wrongdoing.<sup id="cite_ref-17 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-17  [17]  </sup>  <h2>  Prosecution by Attorney General Cuomo  </h2> The case drew significant media attention when   Andrew Cuomo" https://en.wikipedia.org/wiki/Andrew_Cuomo  Andrew Cuomo , the   New York State Attorney General" https://en.wikipedia.org/wiki/New_York_State_Attorney_General  New York State Attorney General  , demanded more severe penalties from Rattner than any of the other firms or individuals who had hired Morris as a placement agent.<sup id="cite_ref-18      https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-18  [18] </sup> Rattner was once a major fundraiser for   Democratic Party (United States)" https://en.wikipedia.org/wiki/Democratic_Party_%28United_States%29  Democratic Party   candidates including Al Gore"  https://en.wikipedia.org/wiki/Al_Gore  Al Gore   and   Hillary Clinton" https://en.wikipedia.org/wiki/Hillary_Clinton  Hillary Clinton , but Rattner had repeatedly passed on fundraising for Cuomo despite Cuomo's past attempts to cultivate Rattner's support.<sup id="cite_ref-19 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-19  [19]  </sup>  In an appearance on the   Charlie Rose Show"   https://en.wikipedia.org/wiki/Charlie_Rose_Show  <i>Charlie Rose Show</i>  , Rattner asserted that hiring Morris as a placement agent was "legal then, legal now, and done properly."<sup id="cite_ref-20

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-20  [20]  </sup> He explained he was willing to settle on reasonable terms as he had done with the SEC, but questioned whether Cuomo was motivated by the "facts" of the case and called Cuomo's demands "close to extortion."<sup id="cite_ref-21 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-21  [21]  </sup>  On December 30, 2010, Rattner reached a settlement with Cuomo to pay $10 million in restitution but no fines or penalties. He was not prohibited from continuing to protest his innocence.<sup id="cite_ref-NYT1210_22-0 https://en.wikipedia.org/wiki/Steven_Rattner#cite_note-NYT1210-22


 By Andrew Zajac &amp; Jesse Drucker  The dot-com boom of the late 1990s has come back to haunt former Hewlett-Packard Co. (HPQ) Chairman Ray Lane.  Lanes dispute with the Internal Revenue Service opens a window to a mostly bygone era when accounting and law firms conceived and sold tax-dodging strategies to investors seeking to avoid taxes on outsized gains from the still-swelling tech bubble.  A file photo shows Hewlett-Packard Co. former Chairman Ray Lane speaking during the Wall Street Journal ECO:nomics conference in Santa Barbara, California, during March 2011. Photographer: Jonathan Alcorn/Bloomberg  The shelters had memorable nicknames, based on acronyms: Son of BOSS, BLIPS, PICO and COBRA. Lane used one called POPS.  Then the IRS cracked down, triggering the kind of legal battles with the agency Lane is now embroiled in. Most of these types of tax shelters have flushed through the system, said Bryan Skarlatos, a tax attorney at Kostelanetz &amp; Fink LLP in New York. The ones like youre seeing with Lane are some of the stragglers.  Its not the very last dinosaur caught in the tar pit, but its one of the last, said Skarlatos, who represents clients in disputes with the IRS over POPS transactions. Tax Bill  Lane, also the former president of Oracle Corp. (ORCL) and partner emeritus at venture-capital firm Kleiner Perkins Caufield &amp; Byers, used POPS in an attempt to shield $250 million of income through what the IRS ruled were sham transactions.  Lane, 66, who left Oracle with more than $1 billion in stock and stock options in mid-2000, has agreed to settle with the IRS on a tax bill that could be as much as $100 million, even as he appeals the agencys ruling in U.S. Tax Court in Washington. He said he fully paid his tax bill on sale of his Oracle options.  My tax advisers put me into an investment, he said in an interview. Somewhere along the way I knew these things were being questioned by the IRS.  The investment totaled $25 million, Lane said, and included an $18 million up-front payment used to fund startups.  A portion of that went to purchase warrants or stock options in five companies, including RocketGas Inc., Kleptomaniac.com. and Spectrum Target Detection Inc., according to a filing in one of at least five U.S. Tax Court cases involving Lanes tax shelter investments.    Tech Startups    RocketGas was described in court papers as a business to bring services traditionally available only at a gasoline station to customers home or office.  Kleptomaniac.com was an e-commerce solutions provider and e-tailing consultant to brick-and-mortar retailers and Spectrum had developed a traffic radar gun that was expected to replace traditional speed measuring devices used by law enforcement agencies.  Like most high tech startups which seemed so attractive in 2000, that high risk, high reward portfolio proved worthless within three years and petitioner simply seeks to recognize the real, hard-cash economic loss, one of Lanes lawyers argued in a court filing. Losses for the five companies totaled about $17 million, according to another filing.  The IRS argued that the investments in the companies were payments of fees to promoters of listed and/or abusive tax avoidance transactions.    Other Investors  Lane and other investors didnt establish the value of stock options or warrants in an amount greater than zero, and as a result, no losses were allowable, IRS lawyers wrote.  Lane said the POPS shelter was assembled for him by Sidley Austin LLP, a Chicago-based law firm, the BDO Seidman consulting firm and Deutsche Bank AG, he said.  Deutsche Bank, Germanys largest bank, admitted criminal wrongdoing    in 2010 and agreed to pay $553.6 million to avoid prosecution over its participation in 15 fraudulent tax shelters, including POPS transactions.  The bank admitted to involvement in at least 1,300 deals, helping more than 2,100 customers evade about $5.9 billion in individual income tax on capital gains and ordinary income, according to a settlement agreement with the Justice Department.  Duncan King, a spokesman for Frankfurt-based Deutsche Bank, and Jerry Walsh, a spokesman for BDO, declined to comment on Lanes remarks. Sidley Austin didnt reply to phone and e-mail messages requesting comment. Conspiracy Charge  BDO, now known as BDO USA LLP, said in June 2012 it would pay $50 million to settle a charge of tax-fraud conspiracy for helping wealthy individuals evade about $1.3 billion in taxes from 1997 to 2003.  In 2011, a jury convicted former BDO chief executive officer Denis Field and three others of more than 20 criminal counts including conspiracy and tax evasion.  A judge threw out Fields conviction after finding that a juror lied about her past. A re-trial is pending.  POPS stands for Partnership Option Portfolio Securities.  Though it has multiple

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

variations, a POPS transaction, in general, worked like this: an accounting firm would set up a series of partnerships, which would typically enter into transactions called straddles using foreign currencies.  Straddles involve simultaneously taking long and short positions to offset the investment risks.   Offsetting Loss   The partnership would sell off the position that generates the gain, which would be attributed to a partner that would be indifferent to the tax, such as a tax-exempt entity.  That would leave one of the partnerships with the offsetting loss.  An investor with a big gain somewhere else could then buy into the partnership and thus take advantage of the loss.  The IRS attacked such transactions for separating out the losses from the gains.  The IRS case against Lanes Vanadium Partners LLC mentions a series of meaningless steps, involving a straddle, a tiered partnership structure and a transitory partner that allowed a tax shelter investor to claim a permanent non-economic loss.  Lanes attorney, Charles Hodges, disputed the IRS contention that Vanadium was a sham that lacked economic substance.  In addition to the tech boom, conditions were ripe for tax shelters in the 1990s because the IRS had eased off enforcement under pressure from Congress, said Christopher Rizek, a lawyer at Caplin &amp; Drysdale, a Washington-based law firm that specializes in tax matters.     Wealthy Individuals  They spent about two years re-organizing themselves, he said. They were intimidated.  By the mid-2000s more aggressive enforcement resumed.  Wealthy individuals who purchased POPS and other tax shelters were often identified by the IRS and Justice Department in probes of the accounting firms and law firms that sold them.  The uproar in Congress over whether the IRS tried to head off conservative groups from getting non-profit status could curb challenges to tax shelters again, Rizek said.  Tax lawyers are watching how the agency responds to this months use as a pinata by Congress, he said. They could be cowed again, Rizek said. Well see.  The case is Vanadium Partners Fund LLC v. IRS, 9970-13, U.S. Tax Court (Washington).  To contact the reporter on this story: Andrew Zajac in Washington at azajac@bloomberg.net  To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net

## How the VC's manipulated Afghanistan for Lithium   Silicon Valley VCs, Goldman Sachs, Batteries and Afghanistan

/2014/01/22/silicon-valley-vcs-goldman-sachs-batteries-and-afghanistan/  HERE&gt;&gt;&gt;     ----- BLOOMBERG:     Tom Steyer: The Wrath of a Green Billionaire     By Joshua Green April 25, 2013 The billionaire -- with a jar of tar sand oil  Billionaires get frustrated by Washington ineptitude just like everybody else. The difference is that they can afford to do something about it. Tom Steyer, who founded the San Francisco-based hedge fund Farallon Capital Management and retired last year with an estimated $1.4 billion fortune, is one such fed-up billionaire. Steyers particular grievance is the lack of government action to combat global warming. If you look at the 2012 campaign, climate change was like incest—something you couldnt talk about in polite company, he says. With the current Congress, the chance of any significant energy or climate legislation that would move the ball forward is somewhere around nil—possibly lower.  So Steyer, 55, a major Democratic contributor, quit Farallon to devote his time and much of his money to changing this reality. In doing so, hes joined an emerging class of billionaires—including this magazines owner, Michael Bloomberg and Facebook (FB) co-founder Mark Zuckerberg—who have forsaken the traditional approach of working through the political parties and instead jumped directly into the fray, putting their reputations and fortunes behind a cause.  Some environmental activists are thrilled. In a country thats dominated by billionaires gaming the political system for their narrow self-interest, its pretty neat to see a player whos in it for the common good, says author and environmentalist Bill McKibben. Hes not a greedhead. Many Democrats, McKibben among them, view Steyer as a liberal analogue of the conservative Koch brothers, the billionaire owners of Koch Industries, whose lavish support of free-market causes and political ruthlessness loom large in the liberal imagination. Steyers financial commitment is unquestioned. In 2010 he and his wife, philanthropist Kat Taylor, signed the Giving Pledge begun by Warren Buffett and Bill and Melinda Gates to persuade wealthy people to devote the majority of their fortunes to good causes. That same year he spent $5 million successfully defending Californias greenhouse gas emissions law against a ballot measure, heavily financed by oil companies, to weaken it. He spent an additional $35 million last year on an initiative to close a tax loophole that benefited out-of-state corporations. Voters approved the measure, which will raise $1 billion a year in new revenue for the state, in November. He has made a difference in California, says Representative Henry Waxman, the Los Angeles Democrat.  His aptitude for hardball politics is less certain. On March 18, Steyer, a vocal opponent of the proposed Keystone XL pipeline that would pump tar

THE BOOK OF TESLA  Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a g

sands oil from Canada to the Gulf Coast, clumsily inserted himself into the Massachusetts Democratic primary race between Representatives Edward Markey and Stephen Lynch for the states open Senate seat. Channeling John Wayne, Steyer penned a bullying letter demanding that Lynch renounce his support for the pipeline by high noon a few days later or face the wrath of all the opposition Steyer and his checkbook could muster. Lynchs campaign dismissed the stunt as billionaires issuing ultimatums. The Boston Globe chastised Steyer for butting into a race in which both candidates had pledged to eschew PAC support. Markey probably doesnt even need the support:  But after the searing defeat in Congress three years ago of legislation to cap carbon emissions, Steyer and many other Democrats preoccupied with climate change are convinced that only a smash-mouth, confrontational style of politics can save the planet. He subscribes to the analysis offered in a recent paper by Harvard sociologist Theda Skocpol that the loss derived from Democrats naive faith that their best chance at climate legislation was cooperating with polluters on a grand bargain negotiated by Washington power brokers. The strategy failed to account for Republicans radicalization and use of the filibuster. And because environmental groups had neglected to organize, no grassroots pressure materialized when the legislation stalled.  Steyer confidently presents himself as being in the vanguard of a hardheaded new approach. The way politics works is by people winning and losing jobs—their own jobs, he says. Until people running for office believe its in their own interest, that it will make them popular with their constituents to stand up for good policy, its not going to be good politics. For now, this approach entails rounding up a posse of environmental activists and making blustery threats to keep Democrats in line. Earlier this month, Steyer paid for an airplane to circle a Boston Red Sox game at Fenway Park trailing a banner that read, Steve Lynch for Oil Evil Empire.   ---------------------   Team Obama Releases List of Campaign BundlersCorrupt Jon Corzine and Solyndra Goons Steve          Spinner/Steve Westly Top the List  February 1, 2012 by Scotty Starnes  What a list of corruption. Ex-Democrat Senator Jon Corzine is on the list. Corzine bankrupted MF Global and stole hundreds of billions from investors. Steve Spinner is an Obama bundler who pushed the Solyndra loan and Steve Westly has received billions for corporations he has ties to. Remember, Obama pretended to hate lobbyist as he issued waivers for lobbyists to work in his administration. WASHINGTON (AP) — President Barack Obamas re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term.  Among them are embattled former New Jersey Gov. Jon Corzine. Obamas campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran. The list includes two fundraisers linked to Solyndra LLC, theCalifornia solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000.  Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government.  Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist.  Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giants government relations operations.  Spinner and Westly are lobbyist as well. They bundled money for Obama then lobbied for money to be invested in corporations they have interest in.

--------------------------------------------------------   Obama releases list of top money 'bundlers'   Associated Press By JIM KUHNHENN and KEN THOMAS February 1, 2012 9:32 AM  WASHINGTON (AP) — President Barack Obama's re-election campaign identified its top fundraisers on Tuesday, including 61 people who each raised at least half a million dollars. Altogether, the more than 440 fundraisers collected at least $75 million to help Obama win a second term.  Among them are embattled former New Jersey Gov. Jon Corzine. Obama's campaign and the Democratic National Committee late last year returned $70,000 in contributions from Corzine and his wife following questions about the collapse of MF Global, the financial firm Corzine ran.  Corzine is no longer raising money for the re-election, campaign officials said.The campaign divided the list into four groups based on how much money donors raised:  $50,000-$100,000, $100,000-$200,000, $200,000 to $500,000 and those who raised more than $500,000 apiece.  The donors represent a broad network of contributors, many of them longtime Democratic Party stalwarts.  The list includes two fundraisers linked to Solyndra LLC, the California solar company that received a $528 million federal loan and then later declared bankruptcy, prompting a federal investigation. Steve Spinner, an Energy Department adviser, raised at least $500,000 and Steve Westly, a

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

venture capitalist who was an unpaid adviser to the department, raised between $200,000 and $500,000.  The disclosure came as Obama headed back out on the money trail, speaking Tuesday night at two high-dollar fundraisers in the Washington area where donors paid $35,800 per ticket to see him. At an event at the posh St. Regis Hotel, the president told donors that Republicans have "the wrong vision for America," though he didn't mention any of his opponents by name or reference the voting under way in Florida, where polls were closing in the state's GOP primary.  Obama said voters needed to know "that this is not an abstract ideological argument, that this is a practical concrete argument," and that the election is about whether they'll be able to find a good job with a living wage and get health care for their families. "They've got to feel that we are actively advocating on their behalf."  Obama's campaign ended the year with more than $81 million in the bank, but Republicans are gearing up in the race for the White House.  The Republican National Committee collected $27 million during the final three months of 2011, compared with $23 million by the DNC. In December, the RNC raised $11.6 million while the DNC collected $8.8 million.  Through the end of 2011, the RNC had $20 million in the bank and $13 million in debt, while the DNC held $12.5 million in cash on hand and $6.5 million in debt.  Though Obama rejects contributions from lobbyists, his top fundraisers include individuals involved in the business of influencing government.  Michael Kempner, among those who raised more than $500,000, is president and CEO of MWW Group, a public relations firm with a large lobbying business. Kempner himself is not a registered lobbyist.  Sally Susman, another fundraiser in the $500,000-plus category, is executive vice president for policy, external affairs and communications at Pfizer Inc., a job that includes directing the pharmaceutical giant's government relations operations.  California figured most prominently on Obama's roster of big money "bundlers." Sixteen are from California and 13 are from New York.  Top fundraisers include movie producers Jeffrey Katzenberg and Harvey Weinstein, and Vogue editor-in-chief Anna Wintour. Actress Eva Longoria was in the second highest tier, bundling $200,000 to $500,000 for Obama's re-election.  Associated Press writer Erica Werner contributed to this report


Trolling the illuminati  According to all of   Tesla Driver Douche Bag Controversy. Are Tesla drivers inherently unsafe        /directory-of-articles/topic-1-doetarp-manipulations/tesla-driver-douche-bag-controversy/ these studies    , and general consensus, people who drive Tesla's are arrogant pricks.  According to all of the studies, and general consensus, about Silicon Valley Billionaires, they, too are arrogant pricks.  Arrogant Fraternity House prick boys are the most entitled, egotistical pseudo-macho people on Earth.  Ergo, they will defend their sports team, beer brand, stock portfolio and anything that questions their penis-size, to the death.  So, if you are trying to drain the illuminati's bank accounts in order to achieve a political advantage, there is no greater gift than Tesla Motors.  By Elon Musk's own published admission, Tesla was dead in 2008. It was only kept alive as The Walking Dead by Silicon Valley VC's in order to get battery kickback deals and policy control. Every time the Tesla stock ticker starts dropping like a rock, when   real investors realize it is a scam  , the Silicon Valley VC's run out and buy a bunch of stock to make it look like Tesla has risen from the stock market dead in spite of the fires, recalls, management walk-outs, employee accidents, fraud charges, lawsuits and all of the other things that would kill any other company in the stock market. (Is that legal?)  That is called "  pumping the stock ". Those are fake stock buys from Silicon Valley VC's.  The only thing is, the more they pump, the poorer they get.  T. C. - BB --------------------------------------------

http://www.youtube.com/watch?v=kAO4EVMlpwM  http://www.youtube.com/watch?v=PFvKQhQzZPI http://www.youtube.com/watch?v=

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## e/1998/04/13/240866TESLA SAFETY REPORT Vers. 1.05- Public Wiki Produced for NHTSA and other governmental agencies

Draft- 1.05 (Document under construction - not final)- First Final Draft Due to NHTSA **1/14/14**.    For Public Comment and Review

**CONTENTS:**
1. Overview
2. Issues
3. Safety tests that were never conducted and must now be conducted.
4. How many fire incidents have there been.
5. Contacts to follow-up on investigations
6. Are Tesla drivers more likely to get in accidents than mainstream drivers?
7. Original participant conflicts-of-interest created reduced safety oversight

**Appendix**
- Lithium ion site
- NHTSA Demand Letter
- Additional data
- Video Evidence
(Supplemental material now numbers over 10,000 pages and will be submitted directly to regulators in order to avoid congesting this site)

## 1. **Overview**

Regulators asked Tesla to detail the possible consequences of battery pack damage to the Model S and how those problems were addressed in the Model S design. NHTSA also asked Tesla to describe the "limits of that design to prevent damage to the propulsion battery, stalling and fires". While electric cars have been in commercial production since the 1800's, and have been widely released by major automobile manufacturers, only the Tesla vehicles have experienced the fire issues, relative-to-inventory, in this magnitude. The questions and data required by NHTSA, in the letter from NHTSA, contained below, demands disclosure of certain Tesla information which will reveal conflicts in previously provided Tesla data. Reporters and public interest law firms will be using the FOIA process to disclose the responses, required under federal law, in the public interest.

## 2. **Issues.**

- Dense packing non-automotive lithium cells
- Self ignition from exposure to air
- Self ignition from exposure to water
- Burning lithium ion, plastics and human skin
- Inability to extinguish lithium ion fires
- Failure to provide disclosures to buyers
- Failure to provide required $CO_2$ fire extinguishers to buyers
- Toxic carcinogenic chemicals released in Tesla Fire- Danger to passengers
- Toxic carcinogenic chemicals released in Tesla Fire- Danger to bystanders
- Brain damage from toxic chemicals released in Tesla Fire- Danger to passengers

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

- Brain damage from toxic chemicals released in Tesla Fire- Danger to bystanders
- Lung damage from toxic chemicals released in Tesla Fire- Danger to passengers
- Lung damage from toxic chemicals released in Tesla Fire- Danger to bystanders
- Birth defects from toxic chemicals released in Tesla Fire- Danger to passengers
- Birth defects from toxic chemicals released in Tesla Fire- Danger to bystanders
- Home and office conflagration as warned in Tesla's own patents
- BMS (Battery Management System) programming, ie: Vampire issues, etc.
- Danger to factory workers exposed to internal materials in Tesla Lithium ion cells
- Electronic door locks failing. Could passengers be locked inside car in fire?
- Previous seat safety recall
- Miscellaneous owner complaints about technical issues and relation to safety

Additional Covered Up Defects...



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p...



**Yesterday, 06:08 PM**                                                                                            #7

**zete** °

GMI Staff Member

LIFETIME

Join Date:  Dec 2005
Location:  NCR, Great White North
Posts:  8,761
Thanks:  0
Thanked 2 Times in 2 Posts

**Re: Tesla model-s-still-loses-power-while-turned-off**

What interests me most is that the 23-25 mile loss overnight the writer of the article mentions is in line with what the NY Times mentioned and yet Musk claimed it wasn't so. It's recently been "improved" to a 15 mile loss, but that's still substantial.

Others have pointed out the loss overnight and were pooh-poohed by Silicon Valley types claiming biased reporting. But it seems there is a problem and losing 20 or so miles overnight could be the difference between getting home and getting stranded.

*As other have noted, this has not been a secret, every Tesla owner knows about this.*
*Second, most reports I have seen, and my own experience, puts the previous vampire loss at about 3kWh, not 4.5. With the latest update, that has been reduced to about 1 kWh. And they are not done optimizing yet.*

I think the idea of it being a "secret" comes from the fact that this is a weakness that the general media doesn't cover. Not yet anyway. I think if it were common knowledge that every Tesla born is like plugging in a couple of incandescent light bulbs forever whether you use the car or not, its reputation might be just a little less rosy. Lord knows if it were the Volt with this kind of issue, it would be top headlines on the hour on Fox News.

You may know this author better than I, but I didn't see any evidence that he used an inaccurate methodology. He was very clear about how it was done, and acknowledged that he could use a larger sample size to draw more accurate conclusions. Rather, it seems to me it's your claim that the latest update reduces daily vampire drain to 1 kWh that could use some evidence. I certainly wouldn't take it from a Tesla forum or Tesla corporate, which should automatically come with questions about objectivity. And this 1 kWh figure seems directly in contradiction to the author's findings by a wide margin.

IMO, a lot of time has passed with a known and significant issue (actually a set of related issues it seems), and despite promises and a concerted effort, what seems like it should be an eminently solvable problem has not been solved at all. As someone who's worked in IT for over 30 years, If I were in charge of R&D there, I'd be feeling like I should maybe offer my resignation! There is a tendency to look at Tesla with rose-colored glasses, something I'm seeing even in this thread, and IMO this issue is potentially more of a problem for Tesla than the recent spate of road-incident fires.

> **Originally Posted by MrEnergyCzar** °
> *How many KWH per day does a plugged in Tesla draw? 2? What amount are we talking about here? Thanks...*
>
> *MrEnergyCzar*

According to the article, he's seeing an average of 3.5 kWh per day after the latest software update.

*Last edited by volt11; 15 Hours Ago at 11:53 PM.*

                                                                                            **Reply With Quote**

**8 Hours Ago**                                                                                            #13

**richard13** ›
Member

Join Date:  Oct 2013
Location:  Mill Creek, WA
Posts:  68

> **Originally Posted by bonaire** °
> *I love my 2011 hold mode. It is called mountain mode. Works great for my long distance trips.*
>
> *I personally don't consider Tesla vehicles as green. From 10,000 miles out of rear 21" tires to more kWh per mile than other cars to the excess power from the motor and far too large a battery subsystem. Add to that the vampire drain and it just isn't conservative enough for my tastes.*

I agree with this. To me the Tesla is less of a green automobile and more of a wasteful alternative fuel sports car.

THE BOOK OF TESLA. Copyright, only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p





THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



International Journal of
**ELECTROCHEMICAL**
**SCIENCE**
www.electrochemsci.org

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**Keywords:** Lithium ion battery, ionic liquid, electrolyte, safety, thermal stability

## 1. INTRODUCTION

Lithium ion batteries have been widely used on personal computers and mobile phones for their high-voltage, high-energy-density characteristics [1-4]. Especially, the rapidly need for cleanly resource and crisis of energy, lithium ion batteries attract more attention as the power source of electric and hybrid electric vehicles. However, Lithium ion batteries have not been large-scale applied to electric vehicles for the safety issues, the volatile and flammable organic solvent organic solvents is the main components of electrolytes in lithium ion batteries, the cases of flaming, smoking or thermal runaway caused by electrolytes are the main reason for the safety problem. Therefore, electrolyte system, which has more stable features, is necessary to be found.

*Int. J. Electrochem. Sci., Vol. 6, 2011*                                                                                    2399

### Door handle problems | Forums | Tesla Motors
Two weeks ago my right rear **door** handle assembly was replaced by the **Tesla** Ranger. He also replaced the 12v battery as a separate issue. This week, my driver **door** handle has the same **problem** and they are coming this week to replace it.
teslamotors.com/nl_NL/forum/forums/door-handle-problems

### Door Problem | Forums | Tesla Motors
... rispondi ai filoni di discussione aperti con i proprietari e gli appassionati **Tesla**, oppure ... I only noticed it today when the car wouldn't **lock**. ... The old design still uses a pressure switch and because there is no give when pulling on the **door** handle, this causes **problems with** the ...
teslamotors.com/it_IT/forum/forums/door-problem

### Tesla Model S gets Consumer Reports' recommendation - Oct. 28 ...
The **Tesla** Model S is now Consumer Reports Recommended. The Model S isn't perfect, according to its owners, but none have reported any **problems with** the car's battery-powered electric drive system or with the enormous iPad-like touch screen inside the cabin.
money.cnn.com/2013/10/28/autos/tesla-model-s-consumer...

### Tesla Model S: Glitches, Quirks, and Peccadilloes Roundup
**Door locks** are electronic on many cars. If a solenoid misfires, the **door** unlocks. ... the **door problems** are a lie despite **Tesla's** publicly acknowledging the **problem**, etc... When people write good things, they are true and you don't question them.
greencarreports.com/news/1081935_tesla-model-s-glitches-qui...

### Door Won't Open! - Tesla Motors Club - Enthusiasts & Owners Forum
So I got my **Tesla** S Performance and was so excited to show it off to as many people ... Do you have 4.2 (1.19.42) installed? I had **problems with** this exact **door**. It only worked randomly. I did the update and it hasn't failed to work. The **door** seemed to get better (before my update) the more ...
teslamotorsclub.com/showthread.php/13213-Door-Won-t-Open!

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

**Elon** doesn't understand | Forums | Tesla Motors
The press is not Elon Musk's advertising agency. omarsultan | November 22, 2013. What a bunch of
**self-aggrandizing** horse doo-doo - sounds ...
www.teslamotors.com/forum/forums/**elon**-doesnt-understand - View by lxquick Proxy - Highlight

Tesla CEO: We Get Way Too Much Attention - [H]ard|Forum
Elon Musk loved all the attention before the fires. I guess he ... Habitual lying, self -aggrandizing, unethical business
practice...yup, sociopath.
www.hardforum.com/showthread.php?t=1792765 - View by lxquick Proxy - Highlight

Long Open Thread, **Elon**'s Hyperloop - Decline of the Empire
8 Aug 2013 ... And because I called out Elon Musk before I stopped publishing daily, ... How awful for a
**self-aggrandizing** denizen of Americana Hopium to be ...
www.declineoftheempire.com/ 2013/ 08/ long-open-thread-**elons**-hyperloop.html - View by lxquick Proxy - Highlight

**Elon Musk**: Visionary Or Crazy Person? - The Car Connection
21 Jan 2009 ... Elon Musk. Enlarge Photo. There are a lot of ... He is also, as most people of his type are, fairly
**self-aggrandizing**; "We're all focused on our little ...
www.thecarconnection.com/ news/ 1017872_**elon-musk**-visionary-or-crazy-person - View by lxquick Proxy - Highlight

*A number of incidents of cell phones with lithium ion batteries blowing up in peoples pockets, notebook computers blowing up in peoples briefcases and other shocking fires have been deeply documented.*



LITHIUM ION BATERIES BLOWING UP ON THEIR OWN



THIS IS AN ACTUAL BOEING BATTERY

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Here is what the Lithium Ion Batteries did to their home:



TESLA HAS TO TEST THEIR BATTERIES IN a **BLAST CHAMBER!!!!!!!:**



IF TESLA SAYS THIS THING IS SO SAFE WHY DO THEY TEST IT IN A STEEL ENCLOSED EXPLOSION ROOM WITH WIRES COMING IN THROUGH BLAST HOLES!!!!?????



HERE IS THE BATTERY YOU COULD HAVE BEEN SITTING ON TOP OF IN A TESLA



THIS IS THE TESLA MAGIC CARPET OF DOOM. THIS WHOLE THING IS FULL OF LITHIUM. YOUR WHOLE FAMILY IS SUPPOSED TO SIT ON TOP OF THIS!!

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



Gallery

Federal officials grounded the 787 last
month because of problems with its lithium-
ion batteries that caused one fire and forced
another plane to make an emergency
landing.

Airbus says the A350 uses batteries in a
different setup to the 787, making it unlikely
that it would face the same problems.

now? Fisker's insurance company is balking at paying for this saying: T



These links show vast sets of Fisker electric cars that burst into flames
http://updates.jalopnik.com/post/34669789863/more-than-a-dozen



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Panasonic

## Product Information Sheet

**Panasonic** Batteries
Panasonic Industrial Company
A Division of Panasonic Corporation of North America
5201 Tollview Drive, 1F-3
Rolling Meadows, IL 60008
Toll Free:     877-726-2228
Fax:           847-468-5750

| Product: | **Lithium-ion Batteries (Li-ion)** |
| --- | --- |
| Applicable models/sizes: **All Cylindrical and prismatic Lithium-ion Cobalt type batteries** | |

### FIRE SAFETY

In case of fire, you can use dry chemical, alcohol resistant foam or carbon dioxide fire extinguishers.  Cooling the exterior of the batteries will help prevent rupturing.  Burning of these batteries will generate toxic fumes.  Fire fighters should use self-contained breathing apparatus.

employees

*Because all of our batteries are defined as "articles", they are exempt from the requirements of the Hazard Communication Standard, hence a MSDS is not required.*

### The following components are found in a Panasonic Lithium ion battery

| Component | Material | Formula |
| --- | --- | --- |
| Positive Electrode | Lithium Cobalt Oxide | $LiCoO_2$ |
| Negative Electrode | Graphite | C |
| Electrolyte | Ethylene Carbonate - Solvent | $C_3H_4O_3$ |
| | Diethyl Carbonate - Solvent | $C_5H_{10}O_3$ |
| | Lithium Hexafluorophosphate - Salt | $LiPF_6$ |

The overall reaction is: $Li_xC + Li_{1-x} CoO_2 \rightleftharpoons C + LiCoO_2$



### DISPOSAL

All Panasonic Lithium Ion batteries are classified by the federal government as non-hazardous waste and are safe for disposal in the normal municipal waste stream.  These batteries, however, do contain recyclable materials and are accepted for recycling by the Rechargeable Battery Recycling Corporation's (RBRC) Battery Recycling Program.  Please call 1-800-8-BATTERY for information on recycling your used Lithium ion battery or go to the RBRC website at www.rbrc.org for additional information.

### TRANSPORTATION

Effective October 1, 2008 all Panasonic lithium ion batteries are not subject to the requirements of the Department of Transportation (DOT) Subchapter C, Hazardous Materials Regulations, shipped in compliance with 49 CFR 173.185 and Special Provision 188.

Currently all Panasonic lithium ion batteries can be transported under the International Civil Aviation Organization (ICAO) and the International Air Transport Association (IATA) under Special Division A45.  Effective January 1, 2009 Special Provision A45 will be replaced by Packing Instructions (PI) 965 (Batteries), PI 966 (Batteries, packed with equipment) and PI 967 (Batteries, contained in equipment). .

Currently all Panasonic lithium ion batteries are regulated by the International Maritime Organization (IMO) under Special Provisions 188 and 230.  These regulations will stay in effect until January 1, 2010 when Special Provisions 188 and 230 will be updated.

If you build any of our lithium cells into a battery pack, you must also assure that they are tested in accordance with the UN Model Regulations, Manual of Test and Criteria, Part III, Subsection 38.3.  If you plan on transporting any untested prototype battery packs contact your Panasonic Sales Representative for regulatory information.

**Notice**: The information and recommendations set forth are made in good faith and are believed to be accurate at the date of preparation.  Panasonic Industrial Company makes no warranty expressed or implied.

Panasonic_LiIon_H_Info.doc          Page 1 of 2

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



3. **Safety Tests That Were Never Conducted** **and Must Now Be Conducted.**

The continued failure to engage in these tests, and/or provide the results from these tests, continues to call into question the efficacy and conflicts of interest of the original testing. The batteries used by Tesla were never designed, or created, to be used in automobiles and this short-cut to cost reduction must be mitigated by the relative increase in safety reduction.

- Vehicle with **fully charged batteries** drives into 3', 4", 5", 6", 7" 8" concrete curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3
hours to analyze spontaneous lithium ion combustion.

- Vehicle with **fully charged batteries** drives into 3", 4", 5", 6", 7" 8" metal post embedded in road at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours to analyze spontaneous lithium ion combustion..

- Vehicle with **fully charged batteries** drives into 3", 4", 5", 6", 7" 8" concrete curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH,
60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3
hours in simulated rain storm to analyze spontaneous lithium ion combustion..

- Vehicle with **fully charged batteries** drives into 3", 4", 5", 6", 7" 8" concrete
curb at 5MPH, 15MPH, 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH,
60MPH, 65MPH, 70MPH, 75MPH and then is allowed to sit, post crash, for up to 3 hours after
complete immersion in water as in a hurricane or high-water event to analyze spontaneous lithium ion

THE BOOK OF TESLA. Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

combustion..

- Rolling the vehicle with **fully charged batteries** in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and counting the number of lithium ion cells that came loose from their mounts risking burning lithium falling on passengers.

- Rolling the vehicle with **fully charged batteries** in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and counting the number of lithium ion cells that had their housings damaged risking burning lithium falling on passengers.

- Rolling the vehicle with **fully charged batteries** in a 3 roll crash at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH ending in the vehicle laying on it's roof and simulating a full rain storm on the, now exposed, underside of the vehicle for 2 hours to see if lithium ion ignites when wet risking burning lithium falling on passenger and to analyze spontaneous lithium ion combustion.

- Filling the battery compartment, with **fully charged batteries, w**ith water, draining it and observing for 4 hours to analyze spontaneous lithium ion combustion.

- Pouring 18 Oz. soft drinks into the battery compartment, with **fully charged batteries,** and observing for 4 hours to analyze spontaneous lithium ion combustion.

- Impacting the lower quarter panel of Tesla with **fully charged batteries** on the side of the car, on each side, at the lower center of the passenger door and two feet to either side at 20MPH, 25MPH, 30MPH, 35MPH, 40MPH, 45MPH, 50MPH, 55MPH, 60MPH, 65MPH, 70MPH, 75MPH at 3", 4", 5", 6", 7" 8" so as to penetrate the battery chamber at least 4 inches and then saturating the damaged area with water and waiting four hours to analyze spontaneous lithium ion combustion.

- Forced ignition of lithium ion cells in flipped over (vehicle resting upside down on it's roof) with **fully charged batteries** and timing of penetration of smoke and flames to occupants simulated as contained within.

- Spectrograph analysis and complete full-range chemical read-out of the front metal and plastics of a Tesla on fire with **fully charged batteries** along with the lithium ion batteries. Disclosure of all known harmful chemicals in said smoke.

- Manually cutting 10 (ten) **fully charged** lithium ion Tesla battery cells in half long-ways in open air at average humidity and videotaping the results followed by dropping them in a bucket of water 60 seconds after cutting them. With the large number of lithium ion cells in a Tesla, physics and the law of averages predict that at least 10 cells will be fully ruptured in a high speed accident.

Plus such additional tests to be specified by:

**The Center for Auto Safety**

Davis College Engineering Department

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Denver College Engineering Department
General Motors
Ford Motor Company
Automobile Dealers Association
and other public interest safety groups

4. **How many fire incidents have there been.**

Factory Fire 1?
Factory Fire 2?
Boston Fire?
Half Moon Bay Fire?
Tenn. Fire?
Seattle Fire?
Mexico Fire?
Factory Prototype Fires?
other post crash and testing fires...



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a







Tesla now!! Fisker's insurance company is balking at paying for this saying "You knew this would happen".

THESE ELECTRIC CARS BURNED AND BLEW UP JUST
BECAUSE THEY GOT WET!!! MILLIONS IN DAMAGES!!!

These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET:
http://updates.jalopnik.com/post/34669789863/more-than-a-dozen-fisker-karma-hybrids-caught-fire-and
http://green.autoblog.com/2012/08/12/fisker-flambe-second-karma-spontaneously-combusts-w-video/

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA, Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



By TOM KRISHER, AP Auto Writer
Updated 2:09 pm, Thursday, November 7, 2013

VIEW: LARGER | HIDE                    2 of 9    ◄ PREV   NEXT ►

In this Wednesday, Nov. 6, 2013 photo provided by the Tennessee Highway Patrol, emergency workers respond to a fire on a Tesla Model S electric car in Smyrna, Tenn. Spokeswoman Liz Jarvis Shean says Tesla has sent a team to Tennessee to investigate the fire. Two other Model S cars have caught fire in the past five weeks, one near Seattle and the other in Mexico. Photo: Tennessee Highway Patrol, AP

now? Fisker's insurance company is balking at paying for this saying: "You knew this would happen".

These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET:
http://updates.jalopnik.com/post/34669799863/more-than-a-dozen-fisker-karma-hybrids-caught-fire-and

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD



TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD



TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD

5. **Contacts to follow-up on investigations**

##  http://www.nhtsa.gov/Contact

With a copy to:

##  public.affairs@dot.gov

## **The Center for Auto Safety**

Organization that informs consumers about auto safety issues.

www.autosafety.org

1825 Connecticut Ave, NW
Suite 330
Washington, DC 20009-5708
(202) 328-7700http://www.autosafety.org/fileacomplaint

Criminal Investigations:

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

https://tips.fbi.gov/

with a copy to:

askdoj@usdoj.gov

antitrust.complaints@usdoj.gov

https://wb-gop-oversight.house.gov/

Chairman Barbara Boxer
Senate Select Committee on Ethics
220 Hart Senate Office Building
Washington, D.C. 20510
Fax:  (202) 224-7416

For German Investigations:

Kraftfahrt-Bundesamt (KBA) at:
pressestelle@kba.de

and at this link:
http://www.kba.de/cln_031/nn_540136/EN/Service__en/Contact/Contact__node__en.html?__nnn=true

and by hard-copy mail to:
Kraftfahrt-Bundesamt
Stabsstelle (Office of Interdepartmental functions)
Mr. Thomas Meyer
24932 Flensburg

6. **Are Tesla drivers more likely to get in accidents than mainstream drivers?**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



*Tesla Driver now charged with homicide of two in crash.*

7. **Original participant conflicts-of-interest created reduced safety oversight**

**A certain, specific, group of investors, known to the FBI, The GAO, The SEC and the Senate Ethics Committee, purchased undo influence on the previous Tesla decisions process, in order to acquire "unjust rewards" from the U.S. Treasury. These investors, coincidentally, provided funds to related campaign efforts and, shockingly, they all hold major investments in the very battery system in**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

question.

**Because of this, the American consumer has been forced to "accidentally" conduct some of these tests at great personal risk to those consumers. These risks should have been disclosed by Tesla prior to the application for their DOE loan and prior to their first contact with NHTSA. Tesla produced documents show that Tesla was aware of the dangers disclosed herein.**

---------------------------------------------------------

**Appendix: Reference Data:**

FROM: http://lithium-ion.weebly.com

The lurking threat in your car and home
Picture
"over a milion failures of this chemistry and these batteries.."

Go to http://www.ntsb.gov/ and demand action:

"LITHIUM ION BATTERIES ARE MADE OVERSEAS BY CHEAP LABOR WHERE OSHA CAN'T WATCH. POOR PEOPLE MAKE LITHIUM ION BATTERIES OFF SHORE WHERE THEY ARE NOT TOLD ABOUT THE TOXIC CANCER, LIVER AND LUNG DISEASES THEY GET FROM THE MANUFACTURING PROCESS. SILICON VALLEY VC'S PUSH LITHIUM ION BECAUSE THEY CAN MAKE A HUGE PROFIT ON THE CHEAP LABOR BUILDING A BATTERY THAT SELF DESTRUCTS BUILT BY WORKERS WHO DIE FROM TOXIC POISONING. CHINESE, MALAY, MEXICAN AND OTHER WORKERS, SHOULD FILE CLASS ACTION LAWSUITS AGAINST SILICON VALLEY VC'S WHO PUSH THESE BATTERIES."

TESLA EXPLODE IN FLAMES:

http://static3.businessinsider.com/image/524c7d5369bedd842edc40a0-482-361/tesla-58.jpg

http://www.youtube.com/watch?v=uFl8v1lxH0k

----------------------------------------

October 2, 2013, 4:27 PM

Tesla Motors Inc.    TSLA    shares tanked after a video of a Model S on fire circulated on the web, prompting the electric car company to move quickly to douse the flames of bad publicity.

Elizabeth Jarvis-Shean, director of global communications at Tesla, confirmed that the vehicle engulfed in flames was indeed a Tesla but stressed that the driver walked away without injuries.

-------------------------------------------------

Tesla Issues Statement On Fiery Car Crash That Caused The Stock To Tank

THE BOOK OF TESLA - Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Mamta Badkar Oct. 2, 2013, 3:45 PM   13,469  11

tesla
Aj Gill via YouTube

Tesla's stock was down over 7% to a low of $175.40 today, but pared some of its losses to close down 6.24% at$180.95.

It appears that shares began to tumble in the last half hour on reports that a Tesla Model S car caught fire on Washington State Route 167.

Some speculated that the video highlights problems with the car's battery. Though others rushed to point out that the battery is located in the back of the car.

--------------------------------------------------

"Media finds that "Safety Investigators" (read "SHILLS") are bribed by VC's and lithium holding companies to say "nothing to see here", "lithium batteries are probably ok". Beware of NTSB "consultant's" and "investigators" who are being bribed, offered after-politics high pay jobs, called up by bribed congressional staff with "suggestions", given sports tickets, handed stock in certain ventures and other bribes. Many of the "investigators" need to be put under investigation themselves!!!! When you see an investigator talking about how lithium ion is a wonderful thing, investigate them!"

The following are a variety of quotes, from across the web, demonstrating the critical nature of this public safety issue:

"Lithium ion batteries are blowing up, starting fires and, generally, destroying people's homes, cars, electronics and physical health. Boeing was
just ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously."

"A group of silicon valley venture capitalists forced/leveraged the government to buy and pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about this from day one but put greed ahead of safety. There are thousands and thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up.
Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's own stock in lithium mining companies too."

"Here is the Fisker Karma after it got wet and the batteries blew up. These batteries blow up JUST FROM GETTING WET! ALL of these burned up hulks are brand new $100,000.00+ cars that just blew up and torched everything around them just because they got wet! How bad do you want a Fisker or Tesla now? Fisker's insurance company is balking at paying for this saying: "You knew this would happen".
Picture
These links show vast sets of Fisker electric cars that burst into flames just because they GOT WET:
http://updates.jalopnik.com/post/34669789863/more-than-a-dozen-fisker-karma-hybrids-caught-fire-and
http://green.autoblog.com/2012/08/12/fisker-flambe-second-karma-spontaneously-combusts-w-video/
http://www.autoblog.com/2012/11/05/how-sandy-may-have-set-17-plug-in-hybrids-on-fire/

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://www.digitaltrends.com/cars/fisker-karma-spontaneously-combusts/
http://cbdakota.wordpress.com/2012/11/07/fisker-karmas-catch-fire-following-inundation-by-sandy/
http://www.engadget.com/2012/08/12/fisker-karma-hyrbid-ev-second-fire/
http://www.techfever.net/2012/08/fisker-karma-hybrid-ev-ignites-while-parked/
http://evmc2.wordpress.com/2012/11/04/fisker-karma-fire-report/
http://fellowshipofminds.wordpress.com/2012/05/12/karma-burns-owners-mansion/
http://www.carbuzz.com/news/2012/11/1/Karmas-Ignite-After-Hurricane-Floods-Newark-Port-7711437/


There are vast sets of other links proving the point.
Picture
TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD
Picture
TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD
Picture
TESLA BATTERIES EXPLODE INTO FLAMES ON PUBLIC ROAD
Look at this: We were just sent a link that our website showed up in this movie:
Here is another link to the move at:   http://tinypic.com/r/7295hs/6
Picture
Picture
HERE IS THE BATTERY YOU COULD HAVE BEEN SITTING ON TOP OF IN A TESLA
Picture
THIS IS THE TESLA MAGIC CARPET OF DOOM. THIS WHOLE THING IS FULL OF LITHIUM.
YOUR WHOLE FAMILY IS SUPPOSED TO SIT ON TOP OF THIS!!!
TESLA HAS TO TEST THEIR BATTERIES IN a BLAST CHAMBER!!!!!!!:
Picture
IF TESLA SAYS THIS THING IS SO SAFE WHY DO THEY TEST IT IN A STEEL ENCLOSED
EXPLOSION ROOM WITH WIRES COMING IN THROUGH BLAST HOLES!!!!??????
"TESLA ELECTRIC CARS HAVE 6800 CHANCES OF "GOING THERMAL".
"TESLA ELECTRIC CAR BATTERIES ARE MORE LIKELY TO BLOW UP."  SAYS STANFORD
ENGINEER, "USING LITHIUM ION IN AN ELECTRIC CAR DOUBLES THE CHANCES IT WILL
EXPLODE OR GO THERMAL BECAUSE AN ELECTRIC CAR PUSHES IT FURTHER THAN
ANYTHING ELSE. BOEING HAD MANY SAFETY CIRCUITS AND EVEN THOSE FAILED.
THERE IS NO WAY THE TESLA SAFETY CIRCUITS WILL NOT EVENTUALLY FAIL"

"Tesla Electric cars have 6800 lithium ion batteries wedged into a box. This can create a repercussive
thermal event that can set the whole car off. The TESLA 18650 batteries can be seen exploding in
multiple YOUTUBE videos. It is NOT TRUE that they are "an entirely different battery" they are the
same chemical compound that blows up."

"A direct quote from Tesla's patent application, below. Tesla KNEW this was going to happen and never
adequately warned anybody. Tesla wrote these words in the federal papers they filed yet they never
showed these words to any buyers :

"Thermal runaway is of major concern since a single incident can lead to significant property damage
and, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it
typically emits a large quantity of smoke, jets of flaming liquid electrolyte, and sufficient heat to lead to
the combustion and destruction of materials in close proximity to the cell. If the cell undergoing thermal
runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single
thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke and fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked."

"WTF!!!!!!

Tesla's own staff have now admitted that once a lithium ion fire gets started in one of their cars, it is almost impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental.  Tesla has 6800 lithium ion batteries, any one of which can "go thermal" and start a chain reaction! If you look at all of the referenced YOUTUBE movies you will see how easy it is to set these things into danger mode."

"Imagine a car crash with a Tesla where these 6800 batteries get slammed all over and then exposed to rain, fire hose water, water on the roads, cooling system liquid.. OMG!! And then if, in that same accident the other car is a gasoline car… getting burned alive sounds "BAD"! Telsa is covering up the problems with its batteries."

"Lithium ion batteries have already crashed a UPS plane and killed people. Look here: http://washingtonexaminer.com/dreamliner-fires-spark-new-doubts-about-a-green-energy-technology/article/2519353 "

More Lithium Ion Battery disasters: http://www.forbes.com/sites/petercohan/2013/01/24/is-787s-lithium-ion-battery-hazardous-to-boeings-health/

"AS A DEMONSTRATION OF HOW DANGEROUS LITHIUM IS, NASA IS GOING TO MAKE IT BURN IN OUTER SPACE:
"If you're along the Eastern Seaboard tonight, it might be worth your while to look at the sky this evening.  NASA's Wallops Flight Facility is scheduled to launch a sounding rocket that   will release "two red-colored lithium vapor trails in space."

As Space.com reports, those trails might be seen  across the Mid-Atlantic and perhaps as far north as Canada and as far south as
northern Florida.  Space.com explains how these trails will produce a "night sky show:"
"The sounding rocket that will be used to create the two NASA-made glowing cloud trails will be a Terrier-Improved Orion.In this technology test launch, two  canisters in the  rocket's payload section will contain solid metal  lithium rods or chips
embedded in a thermite cake. The thermite is  ignited and produces heat to vaporize the lithium.

"Once the  vapor is released in space, it can be detected and tracked optically.  The rocket will eject two streams of lithium which will be illuminated  at high altitudes by the sun (which will be below the local horizon at  ground level)."

THE BOOK OF TESLA. Copyrights to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

In a statement, mission project manager Libby West said the launch is a test flight for two upcoming missions. It'll give scientists a view of two different  methods for creating lithium vapor trails.  By the way, NASA says the "lithium combustion process poses no threat to the  public during the release in space."

If lithium is so dangerous it will even burn in space, why are we putting it in our airplanes and cars???????

Lithium Ion batteries blow up and burn down commercial building:
http://westhawaiitoday.com/sections/news/nation-world-news/787-battery-blew-%E2%80%9906-lab-test-burned-down-building.html

"Tesla and Fisker have only sold a few hundred cars, (thank god) because nobody but dicks want these overpriced eliteist toys. A regular car company sells hundreds of thousands of cars per model. Every single Tesla or Fisker sold increases the likelihood of a burn up. Those burn-ups will affect the homes, cars and lives of the people next door who never even bought one."

"Go to http://www.youtube.com and type into the search window:
"Lithium ion explosion"  or "lithium battery and water" or "lithium ion water" and any related derivation and you will hundreds of videos about how dangerous these batteries are. There are numerous videos of Tesla's 18650 batteries blowing up."

"This article in the LA Times sheds more light of the horrors of Lithium Ion:
http://articles.latimes.com/2013/jan/18/business/la-fi-dreamliner-battery-20130119  "

"Lithium Ion batteries "go thermal" in peoples pockets, in your notebook, especially in your Tesla and Fisker car and everywhere else. There are thousands and thousands of articles documenting this and there is a cover-up by the VC's that fund these things to keep this fact out-of-sight.

Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product. Each time the workers, particularly in Asia, realize they are being poisoned by the factory, they jack up the product. Outlaw lithium ion batteries. Demand a recall."

There are PLENTY of other energy storage solutions that do not involve the highly compromised Lithium Ion chemistry!"

"Below are a few samples of HUNDREDS of videos proving that Lithium Ion Batteries JUST BLOW UP. This is why TSA does not want them, or liquid, on planes."
Report: Galaxy S 4 Lithium Explosion Burns Hong Kong Home To The Ground:

By Stephanie Mlot July 30, 2013

A Hong Kong couple have been displaced after an exploding Samsung Galaxy S 4 smartphone burst into flames, burning their house to a crisp.

The man, identified in the original Xianguo.com report only as Mr. Du, claims that his phone, battery, and charger were all legitimate Samsung products, but that's now difficult to confirm since his home and everything in it were destroyed.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

According to the translated report, Du sat on the living room sofa playing the game "Love Machine" on his charging GS4 when it suddenly exploded. In the heat of the moment, he threw the device onto the couch, which caught fire. The flames then spread to the curtains and the rest of the house, "out of control," Xianguo said.

Du, his wife, and his dogs managed to escape the house unscathed; neighbors were temporarily evacuated as firefighters fought the flames. Almost all of the couple's furniture and appliances burned to ash, the news site said, adding that their Mercedes parked outside was also damaged.

Whether or not the true cause of an entire house fire was a singular 5-inch smartphone remains to be seen, though a fire department investigation initially resulted in a report of "no suspicious circumstances."

Samsung did not immediately respond to PCMag's request for comment, but told Xianguo that it will "carry out detailed investigations and tests to determine the cause of the incident."Last year, a Galaxy S III owner in Dublin was driving in his car when the device caught fire. Cell phone safety is increasingly becoming an issue in Asia, where two cases of iPhone shock occurred within a week of each other this month. On July 11, a 23-year-old flight attendant with China Southern Airlines was allegedly electrocuted when she took a call on her Apple device while it was charging. She was reportedly using the original charger when she was killed.

Here is what the Lithium Ion Batteries did to their home:
Picture
Boeing 787 Dreamliner woes put spotlight on lithium ion battery risks
BY KEN BENSINGER,Los Angeles Times

Chances are the same kind of battery that twice caught fire in Boeing 787 Dreamliners in recent weeks is in your pocket at this very moment.

Lithium ion batteries, small and powerful, have become the electricity storage device of choice. They are everywhere — in cellular phones, laptops, power tools, even cars. They allow us to talk, email and drill longer than ever possible in the past.

But the incidents that led to the grounding of the 787 fleet worldwide, and the decision by Boeing on Friday to temporarily halt all deliveries of the plane, have highlighted a troubling downside of these energy-dense dynamos: their tendency to occasionally burst into flames.

FOR THE RECORD: Dreamliner batteries: An article in the Jan. 19 Section A on lithium ion battery safety and the grounding of the Boeing 787 incorrectly described a fire in a Chevrolet Volt automobile. The battery did not ignite spontaneously; instead it burned after a crash test damaged the vehicle's cooling system and the test car was left parked with the battery fully charged, eventually causing it to overheat. With investigators now working to determine the cause of the incidents, one on a Dreamliner on a Boston runway, the other forcing an emergency landing of a 787 in western Japan, the larger question of lithium ion safety has snapped into focus.

"Every battery can burn and every battery can be flammable," said Mike Eskra, a Milwaukee-based battery development scientist who also works as a battery fire investigator for insurers. "But lithium ion batteries are more dangerous because they store more energy. It's like a firecracker instead of a stick of dynamite."

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The casualty list is long. In recent years, tens of thousands of laptop batteries have been recalled due to the risk of fire or explosion. The 400-pound lithium ion battery on General Motors' cutting-edge electric car, the Chevrolet Volt, burst into flames seemingly spontaneously while parked in 2011. And investigators blamed a cargo hold full of lithium ion batteries for a fire that caused a UPS-operated 747 to crash shortly after takeoff from Dubai in late 2010.

That crash, which killed both pilots, is one of more than 100 incidents recorded by the Federal Aviation Administration linking lithium ion batteries to onboard fires over the last two decades. This month, new rules took effect limiting the transport of lithium ion batteries in aircraft. And the FAA had long prohibited use of the technology in commercial airplanes.

That changed in 2007, when it granted Boeing permission to use the batteries in the 787 under a number of conditions to ensure safety. For Boeing the lithium ion advantage was clear.

Thanks to their chemistry, the rechargeable batteries can store as much energy as a nickel metal hydride pack that's 50% heavier, while charging and discharging faster than other battery types. That's made them attractive for military applications such as the B-2 bomber and also for use on the International Space Station and the Mars Rover.

Lithium ion batteries enabled Boeing to swap out heavy hydraulic systems in the airframe for lightweight electronics and electric motors to operate systems like wing de-icers. That's a key reason the Dreamliner burns 20% less fuel than other  wide-body aircraft.

The weight and power savings are exactly what made lithium ion batteries popular in other applications. In excess of 95% of mobile phone batteries worldwide are lithium ion, and without lithium ion, laptops couldn't run anywhere near as long as they do without a recharge.

"They completely dominate the consumer market," said Vishal Sapru, energy and power systems research manager at consulting firm Frost & Sullivan in Mountain View, Calif.. He estimates that global sales of lithium ion batteries reached $14.7 billion last year, up from $9.6 billion in 2009, a 53% increase. Sapru  expects the market to soar to $50.7 billion by 2018. "No other battery chemistries are growing at that rate."

But  lithium ion also has downsides. The batteries tend to have shorter life spans than older, more proven battery technologies. And although the price is falling, lithium ion is still more expensive than other batteries. Although some carmakers have embraced the technology, others, such as Toyota, have decided against it. Several makers of lithium ion auto batteries for electric vehicles have filed for bankruptcy last year because of weak demand.

Safety  experts also have concerns. Because lithium ion batteries can store more energy, and discharge it more quickly, than other batteries, lithium ion cells can get  mch hotter than other technologies in the event of an overcharge or the external application of a heat source. Larger applications, such as the 63-pound batteries on the 787, incorporate multiple cells and the heat can spread rapidly from cell to cell, a chain reaction called "thermal runaway."

And while other types of batteries use a water-based electrolyte in each cell,  lithium ion relies on a highly flammable solvent. When heated up, that solvent  tends to vaporize, spraying the burnable gas into the surrounding air. As a result, lithium ion battery fires burn extremely hot, as high as 2,000 degrees Fahrenheit.

THE BOOK OF TESLA. Copyright the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Those conditions were blamed for an explosion at a General Motors battery testing lab last April that caused $5 million in damage and sent one person to the hospital.  GM said flammable gas had vented from an experimental lithium ion battery that  heated up during extreme testing.

"Lithium ion is very controversial in the safety engineering space," said Brian Barnett, vice president for battery technology at Tiax, a technology firm in Lexington,  Mass. He spoke last month at a conference on battery safety in Las Vegas, where more than three-quarters of the presentations focused on lithium ion batteries.

The cause of the fires in the two Dreamliners has still not been determined and neither Boeing nor the Japanese company that made the batteries, GS Yuasa, have publicly commented on likely factors. Boeing subjected the batteries on the  plane to thousands of hours of testing and installed numerous safety systems specific to the batteries.

"We have high confidence in the safety of the 787 and stand squarely behind its integrity as the newest addition to our product family," Boeing Chief Executive im McNerny said Friday.

Barnett and others emphasize that it's not uncommon to see problems in relatively new technologies. But they add that most lithium ion fires are caused by an external problem, such as a bad circuit or a software glitch that leads to overcharging.  Another common problem in consumer electronics is the use of low-cost wiring and other components that can overheat and spark or catch fire next to the battery itself.

Eskra,  the battery fire investigator, said he's seen fires started by Chinese-made toys that use lithium ion batteries hooked up to chargers designed for nickel cadmium r nickel metal hydride batteries. Manufacturing errors, including allowing tiny metal particles to contaminate cells, can cause dangerous shorts, although they are exceedingly rare.

"Somebody tried to cut corners somewhere," he said, noting that most lithium ion fires are caused by a tiny part that malfunctioned somewhere along the line and are easily resolved. "It's a $2 fix, but it takes half a million dollars in research to
figure out what it is."

Sometimes  the problem is more persistent. In 2006, Sony announced a global recall of more than 10 million lithium ion laptop batteries used in a variety of laptop computers after more than a dozen fires, and two years later issued a second  recall.

"This is a battery type that is only one of hundreds of possible batteries but this particular type was pushed by a few companies and investors so they could make money off it at the risk of public injury or death..."

Picture
THIS IS AN ACTUAL BOEING BATTERY
"2006 fire under NTSB scrutiny
Carli Brosseau Arizona Daily Star

When a test of a lithium-ion battery charger turned into an inferno at Securaplane Technologies Inc. in 2006, temperatures reached as high as 1,200
degrees and three waves of firefighters failed to save the building.  An employee of the Oro Valley

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

company blasted the flaming battery with a fire
extinguisher to no effect.  Two hours later, the galvanized metal roof collapsed, and the 10,000 square-foot building was a total loss.

It's a fire that federal safety regulators are taking another look at now,  since Securaplane provides two key battery components to the Boeing 787
Dreamliner, the start-power and battery-charger units. Records from local Golder Ranch Fire Department, the first of three fire departments to respond to  the blaze, describe "an uncontrolled thermal reaction (that) caused the battery  to vent and this venting caused the ignition to various items and fixtures  throughout the test lab area."

"The electrical technician who was performing a test on the battery when it exploded likened the experience to being near a jet after-burner.
Electrolytes from inside the battery were shooting 10 feet into the air, the former Securaplane employee, Michael Leon, said in an interview Friday. "The
magnitude of that energy is indescribable."

"The fire stands as a graphic illustration of the power stored within energy-dense lithium-ion batteries and the potential consequences if something
goes awry.  It also highlights the importance and delicacy of the quality-control measures applied to a novel - and potentially explosive - technology, a
technology now allowed, under special conditions, to be used as the main and auxiliary power source of certain aircraft.
The Boeing 787 Dreamliner, the company's newest and most energy-efficient plane, uses two lithium-ion batteries. After two battery-related incidents in the past month, the 50 Dreamliners distributed so far have been grounded."

"Whistleblower: Dreamliner LITHIUM ION Batteries Could Explode

He says he was fired after warning about battery problems
By Christopher Freeburn, InvestorPlace Writer

Boeing's (NYSE:BA) new 787 Dreamliner could end up being a nightmare for the aircraft giant.

A former senior engineering technician at Securaplane Technologies, which makes the charging system for the lithium-ion batteries used in 787 Dreamliners, told CNBC that the batteries are defective and liable to explode if they overheat."

" Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with...
Lithium-ion batteries are heat intolerant, according to a potential whistleblower familiar with their technology. "Too much heat on those things,
they will go into a thermal runaway, they will explode." The informant, a former senior engineering technician of Securaplane Technologies, was fired in 2007 for repeated misconduct, but he says it was in retaliation for voicing concerns about the batteries. The NTSB acknowledges that the lithium-ion batteries in Boeing's (BA) Dreamliner experienced a thermal runaway, but insists there's no connection between the incident and the whistleblower's claims. "
"The Japan Transport Safety Board makes a number of interim points. This battery, unlike one that burst into flames in a Japan Airlines 787 earlier in
January, did not actually ignite. It experienced a thermal runaway, as a result of a build up of heat, yet

THE BOOK OF TESLA  Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the materials affected did not start burning. While the semantics might escape the casual observer the safety investigator  said:-

"The battery was destroyed in a process called thermal runaway, in which the heat builds up to the point where it becomes uncontrollable.

"But it is still not known what caused the uncontrollable high temperature".

In simple language, uncontrollable rises in temperature will if uncontrolled most likely result in a fire, including one that can burn through structural
composites and alloys, and prove almost uncontrollable by fire fighters,  even on the ground.

It took a Boston airport fire brigade detachment 99 minutes to put out the Japan Airlines fire using equipment unavailable if the airliner was hours away
from an emergency landing strip in the high arctic or north Pacific, which that particular flight had only recently traversed before the fire broke out after
landing.

he Japan air safety investigator said the wire supposed to ground or discharge static electricity build ups in the battery had been severed meaning
it had experienced abnormal levels of current.

However as also confirmed by the early stage of the US incident investigation into the Japan Airlines fire, this large lithium-ion battery had not experienced a voltage surge, and had so far as flight data recordings could tell, had been  operating normally immediately before the emergency landing.

Expect the news release in Japan to cause more tension between those who want the 787s to fly again pending a full understanding of the causes and cures in these incidents, and independent safety investigators who will recommend to  safety regulators like the FAA a continuation of the grounding"

"One aspect that may confuse some people relates to the decision to use this particular type of battery. The danger posed by it has been evident by a lengthy and documented list of disturbing events in recent years. They include many thousands of batteries used in laptops being recalled, because of determined risks of fire or explosion. General Motors were also placed in the battery limelight. In 2011, the 400 pounds Lithium ion battery in their Chevrolet Volt apparently was subject to spontaneous combustion when it burst into flames, while reportedly in a parked vehicle. In 2010, a UPS-operated Boeing 747 crashed just after take-off from Dubai. Investigators placed the blame on a cargo hold that contained Lithium ion batteries, for a fire that caused the incident."

A number of incidents of cell phones  with lithium ion batteries blowing up in peoples pockets, notebook computers blowing up in peoples briefcases and other shocking fires have been deeply documented.
Picture
LITHIUM ION BATERIES BLOWING UP ON THEIR OWN
Picture
FISKERS CARS THAT BLEW UP AND BURST INTO FLAMES JUST BECAUSE THEIR LITHIUM ION BATTERIES GOT WET
"Here is where they make some of these batteries, in forced labor camps:
http://www.thedailybeast.com/newsweek/2013/01/13/china-s-labor-pains.html    Because, as we all

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

know, chinese prostitutes are the best choice to make the things that keep our airplanes in the air and our cars on the road. The silicon valley venture capital guys front these batteries because they have such cheap labor to give them great profits.. quality control? not so much..."

---

## NHTSA DEMAND LETTER



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**

Nov. 27, 2013

1200 New Jersey Avenue SE.
Washington, DC  20590

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. James Chen
Vice President of Regulatory Affairs
Tesla Motors, Inc.
1050 K Street, N.W., Suite 101
Washington DC 20001

NVS-212
PE13-037

Dear Mr. Chen:

This letter is to inform you that the Office of Defects Investigation (ODI) of the National Highway Traffic Safety Administration (NHTSA) has opened a Preliminary Evaluation (PE13-037) to investigate underbody deformation in certain model year (MY) 2013 Model S motor vehicles resulting from impacts with road debris, including, but not limited to, consequent intrusion into propulsion battery compartment(s) and the associated risks to motor vehicle safety, and to request certain information.  The Tesla Model S is manufactured by Tesla Motors Inc.

ODI has received information on two incidents of deformation/intrusion into the propulsion battery caused by impact with roadway debris and resulting in a thermal reaction and fire in 2013 Tesla Model S vehicles.  The office is also aware that the Model S may be equipped with an active suspension system that automatically adjusts the vehicle's ride height under certain driving conditions, such as at highway speeds.

Unless otherwise stated in the text, the following definitions apply to these information requests:

- <u>Subject vehicles:</u> All 2013 Tesla Model S manufactured for sale or lease in the United States, including, but not limited to, the District of Columbia, and current U.S. territories and possessions.

- <u>Subject component:</u>  The high-voltage propulsion battery, including its enclosure baseplate (skid plate) and the components and materials it is constructed of, and all components and materials contained within the enclosure including the individual battery cells.

- <u>Tesla:</u> Tesla Motors, Inc., and all of their past and present officers and employees, whether assigned to their principal offices or any of its field or other locations, including all of their divisions, subsidiaries (whether or not incorporated) and affiliated enterprises and all of their headquarters, regional, zone and other offices and their employees, and all agents, contractors, consultants, attorneys and law firms and other persons engaged directly or indirectly (e.g., employee of a consultant) by or under the control of Tesla



THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

battery or individual cells of the battery are damaged by the impact, and/or shut down of the vehicle propulsion system, stalling of the vehicle or fire or other thermal event in the propulsion battery following an impact to the subject component.

- **Document:** "Document(s)" is used in the broadest sense of the word and shall mean all original written, printed, typed, recorded, or graphic matter whatsoever, however produced or reproduced, of every kind, nature, and description, and all non-identical copies of both sides thereof, including, but not limited to, papers, letters, memoranda, correspondence, communications, electronic mail (e-mail) messages (existing in hard copy and/or in electronic storage), faxes, mailgrams, telegrams, cables, telex messages, notes, annotations, working papers, drafts, minutes, records, audio and video recordings, data, databases, other information bases, summaries, charts, tables, graphics, other visual displays, photographs, statements, interviews, opinions, reports, newspaper articles, studies, analyses, evaluations, interpretations, contracts, agreements, jottings, agendas, bulletins, notices, announcements, instructions, blueprints, drawings, as-builts, changes, manuals, publications, work schedules, journals, statistical data, desk, portable and computer calendars, appointment books, diaries, travel reports, lists, tabulations, computer printouts, data processing program libraries, data processing inputs and outputs, microfilms, microfiches, statements for services, resolutions, financial statements, governmental records, business records, personnel records, work orders, pleadings, discovery in any form, affidavits, motions, responses to discovery, all transcripts, administrative filings and all mechanical, magnetic, photographic and electronic records or recordings of any kind, including any storage media associated with computers, including, but not limited to, information on hard drives, floppy disks, backup tapes, and zip drives, electronic communications, including but not limited to, the Internet and shall include any drafts or revisions pertaining to any of the foregoing, all other things similar to any of the foregoing, however denominated by Tesla, any other data compilations from which information can be obtained, translated if necessary, into a usable form and any other documents.  For purposes of this request, any document which contains any note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another document shall be treated as a separate document subject to production. In all cases where original and any non-identical copies are not available, "document(s)"

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

4

2. State the number of each of the following, received by Tesla, or of which Tesla is otherwise aware, which relate to, or may relate to, the alleged defect in the subject vehicles:

a. Consumer complaints, including those from fleet operators;
b. Field reports, including dealer field reports;
c. Reports involving a crash, injury or fatality;
d. Reports involving a fire;
e. Reports involving a thermal reaction and/or short not included in Tesla's response to subpart d above;
f. Property damage claims;
g. Third-party arbitration proceedings where Tesla is or was a party to the arbitration; and
h. Lawsuits, both pending and closed, in which Tesla is or was a defendant or codefendant.

For subparts "a" through "h," state the total number of each item (e.g., consumer complaints, field reports, etc.) separately. Multiple incidents involving the same vehicle are to be counted separately. Multiple reports of the same incident are also to be counted separately (i.e., a consumer complaint and a field report involving the same incident in which a crash occurred are to be counted as a crash report, a field report and a consumer complaint).

In addition, for items "c" through "h," provide a summary description of the alleged problem and causal and contributing factors and Tesla's assessment of the problem, with a summary of the significant underlying facts and evidence. For items "g" and "h," identify the parties to the action, as well as the caption, court, docket number, and date on which the complaint or other document initiating the action was filed.

3. Separately, for each item (complaint, report, claim, notice, or matter) within the scope of your response to Request No. 2, state the following information:

a. Tesla's file number or other identifier used;
b. The category of the item, as identified in Request No. 2 (i.e., consumer complaint, field report, etc.);
c. Vehicle owner or fleet name (and fleet contact person), address, and telephone number;
d. Vehicle's VIN;
e. Vehicle's make, model and model year;
f. Vehicle's mileage at time of incident;
g. Incident date;
h. Report or claim date;
i. Whether a crash is alleged;
j. Whether a fire, thermal reaction and/or short is alleged;
k. Whether property damage is alleged;
l. Number of alleged injuries, if any; and
m. Number of alleged fatalities, if any.

Provide this information in Microsoft Access 2010, or a compatible format, entitled "REQUEST NUMBER TWO DATA."

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

5

4. Produce copies of all documents related to each item within the scope of Request No. 2. Organize the documents separately by category (i.e., consumer complaints, field reports, etc.) and describe the method Tesla used for organizing the documents. Describe in detail the search methods and search criteria used by Tesla to identify the items in response to Request No. 2.

5. State, by model and model year, a total count for all of the following categories of claims, collectively, that have been paid by Tesla to date that relate to, or may relate to, the alleged defect in the subject vehicles: warranty claims; extended warranty claims; claims for good will services that were provided; field, zone, or similar adjustments and reimbursements; and warranty claims or repairs made in accordance with a procedure specified in a technical service bulletin or customer satisfaction campaign.

Separately, for each such claim, state the following information:

a. Tesla's claim number;
b. Vehicle owner or fleet name (and fleet contact person) and telephone number;
c. VIN;
d. Repair date;
e. Vehicle mileage at time of repair;
f. Repairing dealer's or facility's name, telephone number, city and state or ZIP code;
g. Labor operation number;
h. Problem code;
i. Replacement part number(s) and description(s);
j. Concern stated by customer; and
k. Comment, if any, by dealer/technician relating to claim and/or repair.

Provide this information in Microsoft Access 2010, or a compatible format, entitled "WARRANTY DATA."

6. Describe in detail the search methods and search criteria used by Tesla to identify the claims in response to Request No. 5, including the labor operations, problem codes, part numbers and any other pertinent parameters used. Provide a list of all labor operations, labor operation descriptions, problem codes, and problem code descriptions applicable to the alleged defect in the subject vehicles. State the terms of the new vehicle warranty coverage offered by Tesla on the subject vehicles (i.e., the number of months and mileage for which coverage is provided and the vehicle systems that are covered). Describe any extended warranty coverage option(s) that Tesla offered for the subject vehicles and state the number of vehicles that are covered under each such extended warranty.

7. Produce copies of all service, warranty, and other documents that relate to, or may relate to, the alleged defect in the subject vehicles, that Tesla has issued to any dealers, regional or zone offices, field offices, fleet purchasers, or other entities. This includes, but is not limited to, bulletins, advisories, informational documents, training documents, or other documents or communications, with the exception of standard shop manuals. Also include the latest draft copy of any communication that Tesla is planning to issue within the next 120 days.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

6

8. Describe all assessments, analyses, tests, test results, studies, surveys, simulations, investigations, inquiries and/or evaluations (collectively, "actions," and including actions conducted during subject vehicle design, development, and validation) that relate to, or may relate to, the alleged defect in the subject vehicles that have been conducted, are being conducted, are planned, or are being planned by, or for, Tesla.  For each such action, provide the following information:

   a.  Action title or identifier;
   b.  The actual or planned start date;
   c.  The actual or expected end date;
   d.  Brief summary of the subject and objective of the action;
   e.  Engineering group(s)/supplier(s) responsible for designing and for conducting the action; and
   f.  A brief summary of the findings and/or conclusions resulting from the action.

   For each action identified, provide copies of all documents related to the action, regardless of whether the documents are in interim, draft, or final form.  Organize the documents chronologically by action.

9. Provide detailed engineering drawings depicting dimensional specifications of the subject component and including all subassemblies and mechanical, electrical, and battery components.  The drawings should contain sufficient detail, such as sectional views of the battery cells/modules that show proximity to the enclosure baseplate and/or other conductive materials which would allow ODI to assess the consequences of enclosure baseplate deformation or damage and the likelihood that it could lead to cell damage.

10. Describe all modifications or changes made by, or on behalf of, Tesla in the design, material composition, manufacture, quality control, supply, or installation of the subject component, from the start of production to date, which relate to, or may relate to, the alleged defect in the subject vehicles.  For each such modification or change, provide the following information:

   a.  The date or approximate date on which the modification or change was incorporated into vehicle production;
   b.  A detailed description of the modification or change;
   c.  The reason(s) for the modification or change;
   d.  The part number(s) (service and engineering) of the original component;
   e.  The part number(s) (service and engineering) of the modified component;
   f.  Whether the original unmodified component was withdrawn from production and/or sale, and if so, when;
   g.  When the modified component was made available as a service component; and
   h.  Whether the modified component can be interchanged with earlier production components.

   Also, provide the above information for any modification or change that Tesla is aware of which may be incorporated into vehicle production within the next 120 days.

11. Describe all modifications or changes made by, or on behalf of, Tesla in the function and operation of the actively controlled suspension system, from the start of production to date,

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

7

which affects, or may affect the subject vehicle ride height, including but not limited to software or other programming modifications/revisions.  For each such modification, provide the following information:

a.  A detailed description of the modification;
b.  The reason(s) for the modification as it pertains to the alleged defect;
c.  The changes in vehicle ride height due to the modification;
d.  Whether the modification was incorporated into vehicle production, and is so, the date it was incorporated;
e.  Whether the modification was introduced (released) as a service update for consumer owned subject vehicles, and if so;
　　i)  The date the modification was released;
　　ii)  The number of subject vehicles available for updated (i.e., how many were produced to the original/unmodified condition);
　　iii)  The number of consumer owned vehicles that have been modified/updated to date; and,
f.  A description of how the service update is applied (the procedure or method used to make the modification) to an affected vehicle.

Also, provide the above information for any modification or change that Tesla is aware of which may be incorporated into vehicle production, or as a service update, within the next 120 days.

12. Describe in detail all possible consequences to the vehicle from an impact to the subject component that damages the battery.  Describe in detail how these possible consequences were addressed in the design of the subject vehicle and the limits of that design to prevent damage to the propulsion battery, stalling and fires.

13. Furnish Tesla's assessment of the alleged defect in the subject vehicle, including:

a.  The causal or contributory factor(s);
b.  The failure mechanism(s);
c.  The failure mode(s); and,
d.  The risk to motor vehicle safety that it poses.

## Legal Authority for This Request

This letter is being sent to Tesla pursuant to 49 U.S.C. § 30166, which authorizes NHTSA to conduct any investigation that may be necessary to enforce Chapter 301 of Title 49 and to request reports and the production of things.  It constitutes a new request for information.

## Civil Penalties

Tesla's failure to respond promptly and fully to this letter could subject Tesla to civil penalties pursuant to 49 U.S.C. § 30165 or lead to an action for injunctive relief pursuant to 49 U.S.C. § 30163.  (Other remedies and sanctions are available as well.)  The Vehicle Safety Act, as amended, 49 U.S.C. § 30165(a)(3), provides for civil penalties of up to $7,000 per violation per day, with a maximum of $35,000,000 for a related series of daily violations, for failing or

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

8

refusing to perform an act required under 49 U.S.C. § 30166. This includes failing to respond completely, accurately, and in a timely manner to ODI information requests. The maximum civil penalty of $7,000 per violation per day is established by 49 CFR 578.6(a)(3). The maximum civil penalty of $35,000,000 for a related series of daily violations of 49 U.S.C. § 30166 is authorized by 49 U.S.C. § 30165(a)(3) as amended by § 31203(a)(1)(B) of the Moving Ahead for Progress in the 21st Century Act, Public Law 112-141.

If Tesla cannot respond to any specific request or subpart(s) thereof, please state the reason why it is unable to do so. If on the basis of attorney-client, attorney work product, or other privilege, Tesla does not submit one or more requested documents or items of information in response to this information request, Tesla must provide a privilege log identifying each document or item withheld, and stating the date, subject or title, the name and position of the person(s) from, and the person(s) to whom it was sent, and the name and position of any other recipient (to include all carbon copies or blind carbon copies), the nature of that information or material, and the basis for the claim of privilege and why that privilege applies.

## Confidential Business Information

**All business confidential information must be submitted directly to the Office of Chief Counsel as described in the following paragraph and should not be sent to this office.** In addition, do not submit any business confidential information in the body of the letter submitted to this office. Please refer to PE13-### in Tesla's response to this letter and in any confidentiality request submitted to the Office of Chief Counsel.

If Tesla claims that any of the information or documents provided in response to this information request constitute confidential commercial material within the meaning of 5 U.S.C. § 552(b)(4), or are protected from disclosure pursuant to 18 U.S.C. § 1905, Tesla must submit supporting information together with the materials that are the subject of the confidentiality request, in accordance with 49 CFR Part 512, as amended, to the Office of Chief Counsel (NCC-111), National Highway Traffic Safety Administration, Room W41-227, 1200 New Jersey Avenue, S.E., Washington, D.C. 20590. Tesla is required to **submit two copies of the documents containing allegedly confidential information (except only one copy of blueprints) and one copy of the documents from which information claimed to be confidential has been deleted.** Please remember that the phrase "ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION" or "CONTAINS CONFIDENTIAL BUSINESS INFORMATION" (as appropriate) <u>must</u> appear at the top of each page containing information claimed to be confidential, and the information must be clearly identified in accordance with 49 CFR 512.6. If you submit a request for confidentiality for all or part of your response to this IR, that is in an electronic format (e.g., CD-ROM), your request and associated submission must conform to the new requirements in NHTSA's Confidential Business Information Rule regarding submissions in electronic formats. *See* 49 CFR 512.6(c) (as amended by 72 Fed. Reg. 59434 (October 19, 2007)).

If you have any questions regarding submission of a request for confidential treatment, contact Otto Matheke, Senior Attorney, Office of Chief Counsel at otto.matheke@dot.gov or (202) 366-5253.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

9

**Due Date**

Tesla's response to this letter, in duplicate, together with a copy of any confidentiality request, must be submitted to this office by January 14, 2014. Tesla's response must include all non-confidential attachments and a redacted version of all documents that contain confidential information. If Tesla finds that it is unable to provide all of the information requested within the time allotted, Tesla must request an extension from me at (202) 366-0139 no later than five business days before the response due date. If Tesla is unable to provide all of the information requested by the original deadline, it must submit a partial response by the original deadline with whatever information Tesla then has available, even if an extension has been granted.

Please send email notification to Will Godfrey at will.godfrey@dot.gov and to ODI_IRresponse@dot.gov when Tesla sends its response to this office and indicate whether there is confidential information as part of Tesla's response.

If you have any technical questions concerning this matter, please call Will Godfrey of my staff at (202) 366-5231.

Sincerely,

D. Scott Yon, Chief
Vehicle Integrity Division
Office of Defects Investigation

**Additional Data:**

**Video Evidence:**

TESLA STRIKING ROAD DEBRIS NEAR FREMONT, CALIFORNIA:

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



LITHIUM ION BATTERY PACK SPONTANEOUS EXPLOSION

http://www.youtube.com/watch?v=JzWbWBfd91w

http://www.youtube.com/watch?v=7jlEjk3Qu4A
NETWORK TV NEWS REPORTS:

http://www.youtube.com/watch?v=fhMjRzvE1Ng

http://www.youtube.com/watch?v=kXGzBzeHF_Y

LITHIUM ION DANGER:

http://www.youtube.com/watch?v=ZrJcWKmIwOc

BATTERY CELL TEST: Notice that in the following movie, the lithium ion battery like Tesla uses starts exploding just when the insides are exposed to air and ALSO when it gets wet:

http://www.youtube.com/watch?v=v7abq34mckg

TESLA ISSUE

http://www.youtube.com/watch?v=uFUNPpn4080

TESLA STAFF VIDEO: Here is a video made by Tesla's own employees about their product:

http://youtu.be/cTqnP0McPcs

http://www.youtube.com/watch?v=cTqnP0McPcs

You can also see it at:

http://tinypic.com/r/7295hs/6

WATCH THIS VIDEO OF A TESLA BURNING AND BLOWING UP BECAUSE OF BATTERY

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

SHOCK IN A CRASH.

http://www.youtube.com/watch?v=RCn1CufaCYc

http://youtu.be/RCn1CufaCYc

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## THE EXPOSE ON "THE SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES".

The   The Lithium Ion VCs: Say Howdy to the ACTUAL Illuminati !!!"     /2013/09/19/doe-staff-offer-to-respond-to-you-in-writing-regarding-each-item-on-this-news-site/  Silicon Valley Tech-illuminati   hold an event called the "SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES" organized by The Singularity University (Which is dedicated to merging people with machines and creating SkyNet, or something like it) (Notice that Google just bought a humanoid robotics company as they infest the entire internet so the actual Terminators must be only a few years away.)  At SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES they discuss "3D printing living hookers on demand". Imagine, you are horny and you can print up Marilyn Monroe or Angelina Jolie for pleasure and, later, "reprocess" your   Prostitutes!!! Lots of them! Sex and The Politicians"     /2013/10/23/prostitutes/  pseudo-flesh  pleasure-lifeform into another character. Tesla Driver Douche Bag Controversy. Are Tesla drivers inherently unsafe        /directory-of-articles/topic-1-doetarp-manipulations/tesla-driver-douche-bag-controversy/  Silicon Valley VC's love disposable people.   Ask any H1B engineer from India. They like to get them in, get the code and shoot them back to Bhopal so the VC's don't have to pay them any stock. Already one of the leading employers of   Prostitutes!!! Lots of them! Sex and The Politicians"     /2013/10/23/prostitutes/  escorts and prostitute  s in the U.S., disposable 3D printed sex people couldn't be more perfect for Silicon Valley.  They discuss the economics of "  In-Vitro Hamburgers  ". They claim to have already made, and eaten In-Vitro Hamburgers. Short on cash?, give birth to In-Vitro hamburger patties and sell them to McDonalds to supplement your income. Great! So now the Silicon Valley VC's really can eat their young.  While they were at it, they also arranged to have Coca Cola control our last natural resource: Drinking water. The Singularity people made a deal so only Coca Cola can get you fresh water if you are dying from thirst. Evil?  People are actually building these things. The Illuminati pay for this crap. How out of touch with reality can these billionaires be?  Here the rich and powerful fraternize with their anointed "inventors". These "inventors" are ivy league college chums that they fund in order to control markets. Pitched as, the "next generation of technological break-through", these backers tend to support things that   Austin Powers   wants more than the average person needs. Closely aligned with the audaciously self-promoting yuppie TED Talk culture, these gatherings are college parties for mutual admiration indulgences.  At least with TED Talks you can go online and watch TED Talks to research who the arrogant self-obsessed Silicon Valley hipsters are. With the SUMMIT ON THE FUTURE OF EXPONENTIAL TECHNOLOGIES, it is a bit more stealthy but NPR snuck in and got the goods.  Famous scientist Craig Vettner says Singularity hype is all: "Bu*lSh*t" in an NPR interview. He, and most credible engineers find that this is all pump and dump stock shilling.  AT- University of Los Angeles --------------------------------------------------------

AI or BS??

http://ask.metafilter.com/162790/AI-or-BS


See this link for more:
https://www.growvc.com/openTalks/publicBoard/22779

See this link for other thoughts:   http://37signals.com/svn/posts/1927-the-next-generation-bends-over"  http://37signals.com/svn/posts/1927-the-next-generation-bends-over      ------     Here is why they tried to "  How Washington DC Politicos Have Troublemakers and Reporters Killed!"     /directory-of-articles/topic-1-doetarp-manipulations/how-washington-has-people-it-doesnt-like-killed/"    KILL"   Micheal Arrington, Martin Eberhard, Snowden, Assange and the rest:    So A Blogger Walks Into A Bar      Michael Arrington      Tuesday, September 21st, 2010      Yesterday I

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

was tipped off about a secret meeting between a group of Super Angels being held at Bin 38, a restaurant and bar in San Francisco. Do not come, you will not be welcome, I was told.     So I did what any self respecting blogger would do – I drove over to Bin 38, parked my car and walked in.     in the back of the restaurant in a private room was a long oval table. Sitting around the table, Godfather style, were ten or so of the highest profile angel investors in Silicon Valley. These investors, known as super angels because they have mostly moved on to launch small venture funds of their own, are all friends of mine. I knew each person in the room very, very well.          /I certainly didnt think anything was amiss and I expected a friendly hello and an invitation to sit down for a drink or two before being shooed off while they talked about whatever they thought should be kept off record. But instead it went something like this:     Me:  Hey!     Person who was talking:  oh, oh no.     Me: Hi. I heard you guys were here and I wanted to stop by and say hi.     Them: dead silence.     Me:  so. Them: Deafening silence.     Me:  This is usually where you guys say sit down, have a drink.     Them: not one sound     Me:  This is awkward. I guess Ill be leaving now.     Ive never seen a more guilty looking group of people. But that alone isnt that big of a deal. Lively conversations often die quickly when I arrive, and Ive learned not to take it personally. But I did sniff around a little afterwards, and have spoken to three people who were at that meeting. And thats where things got interesting.     This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley,  have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I dont use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner. According to these souces, the ongoing agenda includes: Complaints about Y Combinators

 growing power, and how to counteract competitiveness in Y Combinator deals.          Complaints about rising deal valuations and they can act as a group to reduce those valuations.          How the group can act together to keep traditional venture capitalists out of deals entirely          How the group can act together to keep out new angel investors invading the market and driving up valuations.          More mundane things, like agreeing as a group not to accept convertible notes in deals (an entrepreneur-friendly type of deal).          One source has also said that there is a wiki of some sort that the group has that explicitly talks about how the group should act as one to keep deal valuations down.          At least two people attending were extremely uneasy about the meetings, and have said that they are only there to gather information, not participate.     So whats wrong with this? Collusion and price fixing, thats what. It is absolutely unlawful for competitors to act together to keep other competitors out of the market, or to discuss ways to keep prices under control. And that appears to be exactly what this group is doing.     This isnt minor league stuff. Were talking about federal crimes and civil prosecutions if in fact thats what theyre doing. I had a quick call with an attorney this morning, and he confirmed that these types of meetings are exactly what these laws were designed to prevent.     Im not going to say who was at the meeting since at least a couple of the attendees are saying they were extremely uncomfortable with the direction the conversation was going. But like I said, it included just about every major angel investor in Silicon Valley. On a side note, this is a difficult post to write, because I call nearly every person in that room a friend. But these actions are so completely inappropriate it has to be called out.
_____- Not sure what your sources are, but courts have ruled that parallel action can be sufficient evidence of conspiracy under Section 2 of the Sherman Act. See e.g. American Tobacco v. United States (1946), available here: http://supreme.vlex.com/vid/american-tobacco-v-united-states  The Supreme Court wrote:   [The conspiracy's] existence was established, not through the presentation of a formal written agreement, but through the evidence of widespread and effective conduct on the part of petitioners in relation to their existing or potential competitors.   If I remember correctly from my anti-trust class last year, the American Tobacco precedent still stands. You dont need written or audio evidence to get a conviction; anti-competitive behavior in the marketplace is sufficient.  ⸺  dandelany 774 days ago | link Interesting questions IANAL, but I imagine theyre colluding to bring down the valuations of startups, therefore essentially fixing the price of their money, to be paid for in startup equity.  If I, and others, say your company is worth a million dollars, then Im fixing the price of my $500,000 at 50% of your company.  ⸺  brendonjason 774 days ago | link  IANAL(E), but this scenario would seem to be more of a concern if startups in Silicon valley got together over dinner to deny deals that didnt offer similar terms and prices in dollars for securities of all startups represented at said dinner simultaneously.  As for angels fixing the price of their money I dont understand how antitrust applies to this anymore than it would to, say, how LIBOR is determined.  If antitrust applies to colluding on the dollar amount to be paid OUT instead of price asked for money coming in, then if I start a boycott of

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a (Fr

something (colluding to pay $0) am I guilty of violating antitrust laws?  As I understand it (not much, I admit), antitrust applies to goods and services, not cost of money. If antitrust applied to cost of money, the Federal Reserve would not exist since its basically an extension of the member banks that make up its institutional board of directors (not board of governers). All they do is get together and fix the price of money to be printed and lent out to member banks.  Also, this whole I stumbled in on a secret meeting of powerful men conspiring to start a revolution thing is somewhat suspect; throughout history this gambit, if it actually happened that way, is usually either desperate grab at 15 minutes of fame (which seems unlikely given Michaels popularity), an attempt to gain instant credibility on some esoteric but useful new subject (I was the only outsider privvy to what happened there, so you can trust me) or, unfortunately, a cynical move feigned by the men in the room to inspire hasty and possibly faulty reactionary stances by the supposed target of their envy.  I could be wrong though. I just cant believe guys who are careful enough to get to such a position in life would all simultaneously get so careless. On the same day. In the same place.  ——  polynomial 773 days ago | link  &gt; if I start a boycott of something (colluding to pay $0)  http://j.mp/dividedby0  (Unless of course you actually get them to give it to you for nothing, which is generally not the point of a boycott)  ——  jeromec 774 days ago | link  Think of the stock market. Thats certainly a marketplace. Its made up of investors seeking to earn a return on their money by investing in companies. Think of the illegalities involved in collusion to manipulate the stock market. Now think of Silicon Valley as a less formal/regulated stock market  With Groupon nobody is asked to not buy or otherwise participate in the market unless done through Groupon.  Instead, its like a grocery store co-op; members pool their money to get more buying power. This doesnt mean they agree to refrain from shopping elsewhere, as that would be collusion/conspiring to produce a market effect.  IANAL  ——  brendonjason 774 days ago | link  If I have an investing club and we come to define an investment approach, say, what stocks we like and what we think they should be valued at, are we colluding to price fix the market? If I think a company is over priced and I am in charge of executing trades for my investing club, whose members unanimously agreed not to buy the stock in question until it fell down say, $20 more in price – are we colluding? Yes. Colluding to price fix? No. Were simply colluding not to participate in the buy side. That may or may not lead to sellers slowly changing their asking price. But thats a two-way street. I dont see the illegality according to anti-trust. Now if every major instututional house/hedge/mutual/pension fund that owned that stock got together and colluded to refuse to SELL us any stock until we agreed to their higher price, that I understand is illegal. They are fixing the price literally. But I dont see how us refusing to participate in a transaction on the buy side is illegal whether we have 5 members or 5 million.  Saying that the angels are colluding to price fix buys into Michaels assertion that together, the men in that room account for nearly 100% of all angel deals. That means that their deals are the commodity in question, and they are free to do as they wish. If its their money, then its hard to make the claim that their money is the market. Theres certainly more money in the world than theirs.  ——  blueben 774 days ago | link  Look, you and I both know your company is worth $50 million. But I only want to pay $10 million, and Ive already worked out a deal with my competitors so they wont bid any more than that either. We own the market for investment, so you can take it or your company can die for lack of funding.  You dont see a problem with this kind of artificial market manipulation? This is no longer a market; it short circuits true capitalism and only serves to siphon gains from the seller (in this case, the companys founders) to the buyer, who will turn around and effectively try to resell (or otherwise exit) the company for profit.  Everyone seems to be convinced that price fixing only applies to sellers. Thats wrong. It firmly applies to both selling and buying. Its fundamentally about market manipulation; taking steps to undermine the economy of the system for direct personal gain. That kind of behavior destroys wealth and erodes confidence in the marketplace.  ——  aufreak3 774 days ago | link  Im ignorant enough to have the same question in my mind.  ——  SkyMarshal 774 days ago | link  Grellas, whats your take on this Quora comment? In a nutshell, its not illegal for collusion on the buy side, only the sell side:  Tarun Nimmagadda, Mutual Mobile Co-Founder, COO  http://www.quora.com/Who-are-the-Super-Angels-that-Michael-A  The article was a fun read, but it is a false claim that this is illegal. Collusion, price fixing, and dividing markets is only illegal on the selling side. Think about how people and groups are able to band together for purchasing power and special treatment when buying goods/services. Its not illegal.  Worth noting thought that if this price manipulation happened in relation to a company with over a 100 investors, SEC regulations would begin to apply and this behavior would be illegal  ——  grellas 774 days ago | link  That comment was made out of ignorance. Antitrust laws are by no means limited to sellers only.  ——  SkyMarshal 774 days ago | link  Interesting, thanks.  ——  Alex3917 774 days ago

| link  Collusion, price fixing, and dividing markets is only illegal on the selling side.  IANAL, but didnt Standard

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Oil got broken up largely for being a monopsony? In fact the first two complaints from the DoJ were about sell-side issues:   Rebates, preferences, and other discriminatory practices in favor of the combination by railroad companies; restraint and monopolization by control of pipe lines, and unfair practices against competing pipe lines; contracts with competitors in restraint of trade; unfair methods of competition, such as local price cutting at the points where necessary to suppress competition; [and] espionage of the business of competitors, the operation of bogus independent companies, and payment of rebates on oil, with the like intent.   —— invisible 774 days ago | link  I know this was pointed at grellas, but I think this is a misunderstanding when we look at price fixing and collusion. The illegality of collusion is secretly forming agreements to benefit competitors at the expense of other parties. Words like defraud can succinctly help you understand whether it is illegal or not when looking at these agreements.   —— dctoedt 774 days ago | link  The Wikipedia summary of Section 1 of the Sherman Act is a decent read: http://en.wikipedia.org/wiki/Sherman_Antitrust_Act#Violation   —— —— jon_dahl 774 days ago | link  Grellas, which there have to be evidence that the participants were acting anti-competitively, or is being in the room enough? Arrington says that a few of the folks there were uncomfortable with what was going on, and were maybe there just to see what was happening.   —— grellas 774 days ago | link  Assuming the meeting had an illegal purpose (which is a major assumption at this point), one might infer that anyone present was complicit in that illegal purpose. In my view, that by itself would not normally be enough to subject someone to liability, especially if the participant disclaims affiliation with the group and thereafter does not act in concert with it.   —— guelo 774 days ago | link  Does it matter if the participants have monopoly power over the market? I have a hard time believing Arringtons claim that ten or so angels control nearly 100% of early stage startup deals in Silicon Valley. If they control lets say only 50% of this market would it still be illegal collusion?   —— grellas 774 days ago | link  It is not required that the participants have monopoly power for them to transgress the law on this point. I agree with you that the nearly 100% of the early stage deals in Silicon Valley statement is wildly overstated but this should not affect the fundamental legal analysis here.   ——tc 774 days ago | link  Congratulations to PG &amp; company. When I first met Paul years ago, he was musing about spam filters and the finer points of a well-designed lisp. Now he apparently has the top 10 angels in Silicon Valley running scared of him.   —— jeromec 774 days ago | link  The interesting thing is unlike that group of Angels apparently in the bar PGs interests are less about helping himself, and more about helping entrepreneurs. From an essay by PG entitled Why YC: The real reason we started Y Combinator is one probably only a hacker would understand. We did it because it seems such a great hack. There are thousands of smart people who could start companies and dont, and with a relatively small amount of force applied at just the right place, we can spring on the world a stream of new startups that might otherwise not have existed.  In a way this is virtuous, because I think startups are a good thing. But really what motivates us is the completely amoral desire that would motivate any hacker who looked at some complex device and realized that with a tiny tweak he could make it run more efficiently. In this case, the device is the worlds economy, which fortunately happens to be open source. http://paulgraham.com/whyyc.html"   http://paulgraham.com/whyyc.html"   http://paulgraham.com/whyyc.html —— wensing 774 days ago | link  YCs greatest hack is identifying founder material based on technical rather than social proof (the YC app asks for an example of the coolest thing youve ever built, not an example of a cool person that thinks you are cool). This hack is possible thanks to a judges panel full of real nerds. How many super angels or VCs can claim to have the same?   —— gruseom 774 days ago | link  I agree that YC are able to identify great hackers and great founders more easily because they are these things themselves. Whats little recognized is how big a difference this is between YC and the other YC-like funds.   —— wensing 774 days ago | link  Yes. I had a colleague apply for TechStars and her takeaway from the interview was he was really focused on where the business was. Doesnt seem in line with what Ive heard about YCs primary interest (its not the business model). —— gruseom 774 days ago | link  It seems kind of obvious that most successful startups dont succeed via the business model they started with. And that great founders can change business models more easily than great business models can change founders. Thesethings are so obvious that theyre cliches, in fact, but that doesnt mean that theyre common practice.   —— qq66 774 days ago | link  I dont think anybodys stated interests should be taken as an indicator of their true interests. In this case,with PG, I do believe that his stated intentions are sincere. But there is often so little correlation between actual and stated intentions, that I dont take any such statement at face value.   —— jeromec 774 days ago | link  I dont think anybodys stated interests should be taken as an indicator of their true interests. I agree. (actually Id replace taken as an indicator with taken as an absolute indicator) In this case, with PG, I do believe that his stated intentions are sincere. I agree.   —— mhendrick 774 days ago | link  Correct me if Im wrong, but isnt it likely that the angels involved also make up a strong

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

percentage of the people who invest on Demo Day in post-YC companies? How can it be a PG vs Angels situation when the parties involved are likely some of YCs portfolio companies biggest supporters? —— brc 774 days ago | link  One of the outputs from the YC process is better educated founders who have a lot more guidance in negotiating through a deal Even if the deal flow was exactly the same, just having the founders suffering less from information assymetry would be a stone in the shoe of the Angels. Think of it this way : if YC did all the same things, but also turned founders into being Angel patsies at dealtime, do you think they would be upset about it? I would guess its the information about how to negotiate, and what a good deal looks like is the problem. Im sure they love the concept of demo-day to go deal shopping, but would prefer it if the products didnt talk back. —— MediaSquirrel 774 days ago | link  YC is the seller, angels at Demo Day are the buyers. Just cuz you work with someone closely doesnt mean you wont or cant try to screw them. —— redrobot5050 774 days ago | link Yeah. I mean, look at the JooJoo/CrunchPad Debacle. According the Mike A., thats exactly what happened. —— mhendrick 774 days ago | link  Agreed. Its possible they got a bit overconfident in their respective positions because of the easy access to so many well-vetted companies. —— jeromec 774 days ago | link  Correct me if Im wrong, but isnt it likely that the angels involved also make up a strong percentage of the people who invest on Demo Day in post-YC companies?  Yes, I believe so.  How can it be a PG vs Angels situation when the parties involved are likely some of YCs portfolio companies biggest supporters? That question might be better put to those Angels in the bar —— mhendrick 774 days ago | link  Im not defending the angels involved by any means; I actually think its a great thing that this has been exposed if it is indeed whats been going on. The easy access to YC companies may in fact be what emboldened them to act in this manner in the first place. Once this all plays out, I think its safe to assume that at least a few of the angels in question are going to have to answer for their actions. Should be interesting to hear what they have to say. —— brendonjason 774 days ago | link  Yes. They are running scared of the growing threat of the Ylluminati. But since they have 100% of all the deals, they also seem to co-invest(?!?).  These anxious (yet all-powerful) group of angels and this unstoppable new seed-stage prominence. They form a closed loop. A loop closed off to venture capitalists and angels not at that meeting which is basically everybody.  Except Michael. He got away with his life intact and lived to warn us all. Actually, I dont know whats scarier – the supposed collusion or the subtle dread that Y Combinator is supposed to evoke in my mind as I ponder the possibility of this event being true. If it is true – maybe we should be side with these poor angels and help them before its too late. To paraphrase Woodrow Wilson, Since I entered (angel investing), I have chiefly had (angel investors) views confided to me privately. Some of the biggest men in the (Valley), in the Field of (IT) and (Venture Capital), are afraid of something. They know that there is a power somewhere so organized, so subtle, so watchful, so interlocked, so complete, so pervasive, that they better not speak above their breath when they speak in condemnation of it. That something  is Y Combinator.  Um  no. The dark side doesnt suit you, Y Combinator.  Please stop.  Im sorry. Maybe Ive had too many beers tonight. But this is the kind of scenario that only comes out of the mind of a silicon valley PR

 firm.  (please dont downvote me too much  Id like to get above 100 karma points just once for a change! Noooo!) —— limist 774 days ago | link  I upvoted you just for the historical reference. —— mixmax 774 days ago | link So a blogger gets a tip from a source, knows the people involved, acts on it and smells a rat. He sticks around and talks to a few people he knows, makes a few calls and gets a breaking story. Sounds to me like bloggers are the new journalists and that traditional media is in big big trouble. —— sachinag 774 days ago | link  Felix Salmon does this, and hes a blogger working for Reuters. Dan Primack does this, and hes a blogger working for Fortune. Its not about old/new media – its about hustle. —— Alex3917 774 days ago | link  Read Manufacturing Consent or any of the books that have been written about the MSM since then. Its very much about old media verse new media.  If this were the NYT theyd probably tell Arrington he couldnt run the story because itd interfere with either their ad sales or else their access to sources. For example, just look at how/why they covered up their knowledge of the warrantless wiretapping until after Bush got reelected.  Whereas with Arrington theres no one to tell him he cant do it because its his blog, and because hes not part of some mega corporation the chances of a story like this killing the revenue of some part of his empire are infinitely lower. —— metamemetics 774 days ago | link  &gt;Sounds to me like bloggers are the new journalists Journalism used to be considered the fourth branch of government, keeping the other branches and largeinstitutions in check. Blogs are the startups of the journalism world. As America moves from bureaucratic capitalism with large institutions to entrepreneurial capitalism with many small firms &amp; independent players, the responsibility to call out unethical behavior is transferred from news companies to the individual. —— vaksel 774 days ago | link  a breaking story would name nameshim not naming names just means he can use this as a hammer to get better terms for Techcrunch(either I

THE BOOK OF TESLA. Copyright by the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

get exclusive to every deal you guys door your names will be posted)  —— metamemetics 774 days ago | link  I would argue its more ethical to discourage and prevent crime from ever happening in the first place. Seeking satisfaction from catching the bad guy (naming names) is to setup a market dependent on the need for new crimes.  Arrington did the right thing. Its not about whether he caught a criminal, its about whether he prevented someone from becoming one.  —— eavc 773 days ago | link  Someone (maybe everyone) in that group knew what they were doing to be wrong. I doubt that they will abandon their ethical choice; theyll find smarter ways to do what theyd intended all along.  One thing that might work is if someone in the group has damning correspondence, everyone will panic and promise to never talk about that summer again, genuinely preventing future problems.  —— jon_dahl 774 days ago | link  Maybe. This approach shows some integrity too, though. Not everything has to turn into a scandal (at least if inappropriate behavior stops quickly). Call me soft on crime.  —— mattmaroon 774 days ago | link  Him not naming names means that people will continue to give him information in the future. Hed be shooting himself in the foot by naming a source that requested anonymity.  —— SkyMarshal 774 days ago | link  Theres an interesting conundrum there too. He cant name names without either omitting (and hence identifying) his source/s, or including (and inditing) them.  Either way he loses that/those source/s for future stories. He did the only thing he could do, besides staying silent. If it happened to be the right thing as well, so much the better.  —— drusenko 774 days ago | link  unlikely. business in the valley is not done by extortion. more likely is that he doesnt want anyone to get in trouble, hes just putting them on notice.  —— jnoller 774 days ago | link  I do hope hes wrong, or that this a mistake of some sort. The rise of Angel investors has seen a lot of ideas and entrepreneurs get needed money when they might not have under the traditional VC model.  Something like this, if true, will cause the government to step in, and probably regulate and change things for the worse for a great many people. It wont just hurt these few super angels. It will take everyone with it.  —— j_baker 774 days ago | link  To be fair, this is Michael Arrington. Hes not above sensationalism to get a few extra clicks.  —— mattmaroon 774 days ago | link  This goes well beyond sensationalism. Im inclined to believe him for three reasons:  1. Mikes not known for boldly lying. He might publish rumors that Facebook is building a phone too liberally, but Ive not heard of him saying I saw x happen and it wasnt true. Assuming the account of what he himself saw was accurate its hard to imagine collusion wouldnt be the purpose.  2. This sounds like something that would happen. VCs do this crap all the time, why not angels?  3.    Publishing this might be bad for him    , and if it were untrue, it would definitely be really bad for him.  —— cletus 774 days ago | link  I believe it too. You succinctly enumerate the reasons. The biggest for me was that (he claims) he saw it happen. That puts his personal reputation at stake, which I think will have to meet a far higher standard than the rumour publishing go tos of an anonymous source.  The FB phone was (imho) classic Arrington (the bad side). Posted on the weekend (in the hopes that FB PR would be slow to respond and debunk it), quoting anonymous sources and no substance at all. Basically, link bait. That sort of story does him (or rather his credibility) no favours.  —— swombat 774 days ago | link  Add to that that there is no convincing reasons why this group of angels would manufacture this story to lead him on. Unlike with some other TC stories which turned out to be manufactured to discredit TC, in this one, the sources themselves would risk a lot by leaking this – true or false.  —— Alex3917 774 days ago | link  In Arringtons defense his claims are laid out clearly without any weasel words. Either this is happening or it isnt. So while Im pretty meh about TC as a whole, Im giving him the benefit of the doubt on this one.  —— chc 774 days ago | link  He didnt name a single name. If he really believed this was so certain, he could have. Unless hes trying to make them do something, the only reason to keep names out of it is because he thinks this might be libel.  —— swombat 774 days ago | link  He doesnt need to expose himself to lawsuits by naming names. The names are pretty obvious to anyone in the  field.  —— chc 774 days ago | link  Yes, but thats the thing — you cant get sued for obvious names. Even if hes completely making this up, if one of the obvious suspects sues him, he can just say, Oh, no, I didnt mean him.  The comment I was replying to said, his claims are laid out clearly without any weasel words. Either this is happening or it isnt. I disagree with that — Arrington is not laying it all out here as a black-and-white truth.  Hes consciously omitting facts in a way that happens to shield him from repercussions if this is false. As a traditional dead-tree newspaper guy, Im very familiar with the ways reporters fudge their claims to avoid being responsible if it turns out to be crap. Thats what this sounds like to me.  —— eavc 773 days ago | link  If he calls them felons and they wind up being acquitted for whatever reason, however technical or stupid, then he would be liable for libel.  He clearly wanted to avoid using weasel words. The only way to do that without being reckless is to not refer directly to the objects of the post.  —— techiferous 774 days ago | link  the only reason He did mention that they were his friends. Perhaps he wants to nip the illegal activity in the bud with     as little collateral damage as possible.  —— jnoller 774 days ago | link  Im not going to disagree with that. As I said,

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

I hope this is a mistake. —— origoterra 774 days ago | link   Arrington is smart, a lawyer himself, and already know he is headed straight to the witness stand  . Thanks for blowing this whistle Mike. Thats the TC we like. —— seldo 774 days ago | link  I dont know if witnessing a table full of people go silent when he turns up proves anything, and the rest is all info that would put his source on the stand, not him. —— danielnicollet 774 days ago | link  If you read the full post, take in account that he was present and saw who was there, and assume he has not chosen to reveal everything about the sources through TC at this time (thats highly understandable – protecting his sources and only disclosing what he feels is verifiable), there is definitely a lot here and    absolutely enough for a climb to the witness stand —— tomjen3 774 days ago | link  I am not so sure – he said that several of the persons there were very uncomfortable with the deal, so being there alone would not be enough.  The rest is heresay, which is admissible in no non-kangaroo court that I know of. —— MediaSquirrel 774 days ago | link  I believe the saying that applies is: Power corrupts —— cool-RR 774 days ago | link  I wouldnt take anything he says seriously. [Edit: If it wasn't clear, I meant Arrington, not Jesse] —— lsternlicht 774 days ago | link  I think your statement was clear. However, I find it hard to believe Arrington would put some of his best sources at risk if his claims were completely unfounded. —— onan_barbarian

 774 days ago | link  Strange how any post that could be construed as being negative about Arrington gets down-modded by about 5 points, regular as clockwork. That being said, I think hes on the money with this one.  This can only be good for YC overall. The suspicion that YC alternatives are all colluding against your startup is likely to make YC seem more attractive still, to the class of startup that would be wavering between YC and a rival. —— stanleydrew 774 days ago | link  Posts that consist of nothing more than subjective statements tend to get a lot of downvotes, not just the ones about Arrington. —— ori_b 774 days ago | link  The reason its always exactly 4 points of downvote is because hn caps the visible downvotes at 4, not because there are 4 shills. —— ericd 774 days ago | link  Super angels arent really an alternative to YC they normally step in at the stage a company is at where YC normally ends. —— gruseom 774 days ago | link  I find it fascinating how the very qualities that lead people to call Michael Arrington an asshole are dramatically in evidence here. It takes a staggering immunity to social mores to walk in on a meeting of rich and powerful friends, friends who are connected to his own business in many ways (read: friends with leverage) and behave the way MA says he did, let alone go home and write that article. Very few people could do it. Im not sure I could, to put it mildly. I particularly doubt if many (any) of Arringtons competitors ever would. It may take a character disorder to be able to act this way.  In an age when journalists grade themselves by which power-brokers deign to have lunch with them (anybody see David Brooks prattling about this on Charlie Rose the other night? lunch and dinner, he said) its impressive to see anyone act like this. Especially if what hes saying is true and this really is a matter of right and wrong. —— mrtron 774 days ago | link  I have always felt MA had a certainbrashness, abrasiveness, assholish tone, whatever you want to call itabout him. You could feel it in his articles.  I now feel it is not only helpful but entirely necessary for him to develop that quality in his career path.  Kudos for pushing the boundaries Mr. Arrington. The evidence speaks for itself – you dont see this type of journalism in any industry anymore. —— jexe 774 days ago | link  Well, at least one investor seems to have accidentally included himself in the mess (from TCs comments) http://twitter.com/speechu/status/25083299594 —— jakevoytko 774 days ago | link  This link is now a 404. Thankfully Google has the text of the tweet!  speechu: Bin 38 is like heaven right now, chock-full of angels.  Not explicitly incriminating, but it sounds pretty bad —— dzlobin 774 days ago | link  Strangely, its still on the feed. http://twitter.com/speechu  But the status link is deleted —— borism 774 days ago | link  real-time wonders of nosql? —— nostromo 774 days ago | link  I just put forming a cartel on my list of things not to tweet. —— mattmaroon 774 days ago | link  Unless youre in Mexico. Then Tweeting is probably a good idea. —— mrduncan 774 days ago | link  The original tweet was removed in the past few minutes (others have dug it up again). His latest tweet doesnt seem to be taking Arrington too seriously:  Thanks Mike for techcrunching me for no reason. Note to self: hold next secret meeting in underground bunker to get the feds off my trail.  Sundeep Peechu@speechu  Thanks Mike for techcrunching me for no reason. Note to self: hold next secret meeting in underground bunker to get the feds off my trail.  21 Sep 10 Reply Retweet Favorite —— dannyr 774 days ago | link  The tweet has been erased but somebody did an old-school retweet of it.  Timestamp is 8p yesterday. RT @speechu: Bin 38 is like heaven right now, chock-full of angels. #superevil  #evidence cc @arrington  Matt Mireles@mattmireles  Timestamp is 8p yesterday. RT @speechu: Bin 38 is like heaven right now, chock-full of angels. #superevil #evidence cc @arrington  21 Sep 10 Reply Retweet Favorite —— hanskuder 774 days ago | link  Tweets now deleted. Thats not suspicious at all. —— joshu 774 days ago | link  ive never heard of this guy before, and he isnt a coinvestor on any deal ive been on —— bl4k 774 days ago | link  he works with Aydin at

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Felicis  ——  ojbyrne 774 days ago | link  If I had some energy (and cared) Id be on foursquare and gowalla right now  ——  pbiggar 774 days ago | link  Its 404 for me. What did it say? (screenshot preferred)  ——  dannyr 774 days ago | link  Cached version:  http://cc.bingj.com/cache.aspx?q=http://twitter.com/speechu/ ---------------------------------- danilocampos 774 days ago | link  IANAL, but as I understand it  Any time individuals or businesses get together to collaborate on a strategy that restrains trade or supply, thus artificially skewing prices, this runs afoul of antitrust law.  Collusion between angels to keep valuations low and prevent newcomers from participating sounds like a textbook case. In this case, theyre artificially inflating their cost of capital by reducing the overall valuations of the businesses they fund. They artificially reduce the supply of capital by conspiring to keep out new participants.  Similarly, the Department of Justice is looking into Valley hiring, since companies have a gentlemens agreement not to poach from one another: http://www.forbes.com/feeds/ap/2010/09/17/technology-special  In this case, the argument would go that the companies are artificially constraining the supply of paying work for qualified applicants, while reducing the competitive landscape that would drive up their salaries.  ——  nostromo 774 days ago | link  It sounds like price fixing, even though they are buying and not selling. Check out Wikipedia for a good write-up:   Price fixing is an agreement between participants on the same side in a market to buy or sell a product, service, or commodity only at a fixed price, or maintain the market conditions such that the price is maintained at a given level by controlling supply and demand. The group of market makers involved in price fixing is sometimes referred to as a cartel. The intent of price fixing may be to push the price of a product as high as possible, leading to profits for all sellers, but it may also have the goal to fix, peg, discount, or stabilize prices. The defining characteristic ofprice fixing is any agreement regarding price, whether expressed or implied. Colluding on price amongst competitors is viewed as a per se violation of the Sherman Act regardless of the market impact.   ——  j_baker 774 days ago | linkWould it still be price fixing if all of them got up from the table and announced the formation of Super Angel Capital Partners?  Yes. That would effectively make SACP a cartel. Price fixing is price fixing if it was done by a group of entities or one entity.  ——  InclinedPlane 774 days ago | link  If they create a single super angel corporation then they could run afoul of anti-monopoly laws.  ——  tptacek 774 days ago | link  What? No they dont. Theres no such thing as a monopoly of angel investors. There are as many angel investors as there are people with extra money to invest. In a lot of cases already, groups of powerful people with extra money to invest have already formed very famous companies to do exactly what were talking about!  Shouldnt the DoJ be going after Kleiner and Sequoia first? Dont hundreds of doctors and dentists already do stuff like this?  ——  j_baker 774 days ago | linkAs if they owe anybody anything! Theyre the ones taking the risks with their own money; Right. And Im sure theyre all doing it out of the kindness of their hearts. Theyre definitely not intending to make money off of the deal.  Regardless, Arrington accuses them of discussing:  * How the group can act together to keep traditional venture capitalists out of deals entirely  * How the group can act together to keep out new angel investors invading the market and driving up valuations.  This is definitely sounds anti-competitive to me (assuming its true of course).  ——  prostoalex 774 days ago | link  My buddy and I in college colluded to maintain market conditions on Lamborghini prices. As far as I can say, 300 million other Americans are participating in this. Our agreement was specifically regarding price (and lack of 0% financing).  &Lt;/sarcasm&gt;  I think in buyers market it only makes sense when the supply of buyers is artificially limited. Not only it doesnt look like theres any shortage of capital, the conversation in question specifically discussed excluding new angel investors, furthering the point.  ——  ctkrohn 774 days ago | link  If the FTC determines that the joint venture would form a monopoly, they could in fact block it on antitrust grounds. The FTC blocks mergers all the time.  Explicit cooperation in restraint of trade is always illegal, though.  ——  icey 774 days ago | link  According to Wikipedia [1], there were over 250,000 angel investors active in 2007. If 10 of those investors were to get together to form a super-group, Im not sure it would match up with the definition of a monopoly. I dont know anything about the collusion arguments though.  [1] http://en.wikipedia.org/wiki/Angel_investor  ——  ctkrohn 774 days ago | link  I agree. Not saying theyre a monopoly. The merger-blocking issue is the only reason I can think of for a joint venture being illegal. The difference is that explicit collusion is ALWAYS illegal. Otherwise innocuous activities that may have an anticompetitive effect (e.g. forming a joint venture) are sometimes legal, depending on what the FTC thinks.  ——  jon_dahl 774 days ago | link  The real question would be their investment market share, right? There might be 500 companies

 building operating systems, but a Microsoft/Apple merger would probably be a monopoly concern.  That said, while their market share is certainly larger than 10/250,000, it probably doesnt even approach 10%. So youre probably right.  ——  jessriedel 774 days ago | link  True, but you need to consider possible sub-markets. They

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

might have much less than 10% of angel funding nationwide, but 60% of tech angel funding in the bay area. Or something like that. It all depends on how the regulators draw boundaries around markets. —— dschobel 774 days ago | link  Why would VC firms meeting and agreeing to change terms for their clients in lock-step not be collusion whereas if the brick and mortar banks did, it would be? (and was: http://redtape.msnbc.com/2008/04/did-banks-collu.html) —— j_baker 774 days ago | link  It turns out that banks are exempt from antitrust laws:  http://en.wikipedia.org/wiki/United_States_antitrust_law#Exe —— dschobel 774 days ago | link  Youre referring to the Edge Act [1][2] and that only applies to US banks foreign operations (their subsidiaries,  to be specific).  It is still very much illegal for them to collude against US customers.  [1] http://en.wikipedia.org/wiki/Edge_Act  [2] http://www.answers.com/topic/edge-act-corporation —— pvg 774 days ago | link  I have no idea whether this specific arrangement is legal or falls under laws regulating price fixing but it is fundamentally different from a JV – there is transparency in the case of a JV so someone looking for financing knows they are dealing with the same entity. If it was the same thing as a JV, parties doing the collusion wouldnt bother to do it in secret. —— InclinedPlane 774 days ago | link  Buying stock is also just investing. So is providing a loan. That doesnt mean those activities arent subject to laws and regulations. —— navyrain 774 days ago | link  I cannot speak to the letter of the law, but Id venture to say the alleged misbehavior violates at least the _spirit_ of the law, since these angels would be considered competitors outside of that room. —— jnoller 774 days ago | link  Id like to know the laws too, this could be construed as collusion, conspiracy and probably a few other things. —— tptacek 774 days ago | link  How? What market power are they exploiting? Theres no conceivable monopsony for shares of all startups. —— jnoller 774 days ago | link  They are a group of people supposedly conspiring to generate the worst possible terms for the people they are providing money to, while trying to force out or marginalize competition.  IANAL though – even if not illegal, its still pretty stinky, and a big part of me hopes its not illegal. If its not illegal, I hope theyre outed and shamed if this is true. If it is illegal, it give the government reason to step in and screw everything up. —— tptacek 774 days ago | link  Or, this is a group of people collaborating to generate the best possible outcome for their own business. Every joint venture can be framed in anticompetitive terms. But in this case, what possible undue market influence can they have? The market will find other people to take these deals. —— jnoller 774 days ago | link  This is a group of people, comprising the top angel investors in a given area, investing lots of money, into a lot of companies, supposedly discussing – in private – how to divide the market and set prices and exclude/marginalize competition. Angel investors, despite being individuals, still have regulations and laws to follow.  Frankly, I think the feds would jump at the chance to have an excuse to jump in and more tightly regulate/tax/etc the entire system, including angel investors.  You could very well be right; admittedly, Im not the smartest tool in the shed when it comes to understanding FTC and government investment regulations, as well as the legal status of angel investors.  Heck, I really hope this is all wrong, because the last thing I want is the feds meddling in this industry even more. I make my living on startups; the last thing I want is the federal government to make it wither and die. —— j_baker 774 days ago | link  Every joint venture can be framed in anticompetitive terms.  Semantically yes. But is every joint deal bad for the market?  The market will find other people to take these deals.  Dont be naive. Anticompetitive practices are specifically meant to prevent the market from functioning normally. —— dschobel 774 days ago | link  Thats an unrealistically high standard and I cant think of any recent case which would meet it. Why didnt the market find a solution to Microsoft in the 90?s or Intel in 2000?s and, more importantly, why did the Feds feel the need to intervene? —— tptacek 774 days ago | link  Microsoft owned the entire personal computing platform and was using it to put new companies in marginally related markets out of business.  Are you suggesting that 10 angel investors have control over all the money? Is one of them Lex Luthor? —— blueben 774 days ago | link Because bay area technical angel investing isnt just about writing cheques. Its about managing and guiding those startups, helping them find the resources they need. Its about leveraging your connections throughout the industry to help them grow sales, build manufacturing, hire talent, or any of a hundred other things. This is why startups go back to these handful of investors over and over again. Founders arent stupid. They know these investors wield serious power in the tech world, and they want that power to be on their side. If you think the only requirement to being an angel investor is having a big bank account, you havent been paying attention. —— dschobel 774 days ago | link  Im not suggesting it, Arrington flat out said it. He was there and knows the VC players better than anyone. —— notahacker 774 days ago | link  If (i)most angel investors are significantly less likely to make investments in early stage tech startups at a given price and/or (ii)due to connections these investors provide a significant non-monetary value-add to the startups they invest in then its conceivable they might wield a significant amount of market power. —— inerte 774 days ago | link  A joint venture (or a legal entity aka as a

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

company) operates under very different rules than parties working together, probably without a contract. I dont know how the antitrust laws apply, not even if what they are doing collude with any law at all, despite preventing healthy competition, but your questions come from the wrong premises. ⸺ tptacek 774 days ago | link  As we just saw with TechCrunch v FusionGarage, the paper contract has little to do with whether something is or isnt a joint venture.  Broaden the word antitrust to laws against all contracts in restraint of trade, and re-ask the question to yourself. These people are investors. Investors are allowed to work together, arent they? ⸺ ⸺ tptacek 774 days ago | link  Before I turn into the guy on the thread arguing that the Evil Angels are just peachy, banding together for the sole purpose of pushing back YC and making life harder for founder is a total dick move, and Im happy Arrington is shaming them for it.  But it is a much more ambitious claim to say that theyre breaking federal laws by doing it. ⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻ Federal funds flow to clean-energy firms with Obama administration ties  By Carol D. Leonnig and Joe Stephens, Washington Post Sanjay Wagle was a venture capitalist and Barack Obama fundraiser in 2008, rallying support through a group he headed known as Clean Tech for Obama.  Shortly after Obamas election, he left his California firm to join the Energy Department, just as the administration embarked on a massive program to stimulate the economy with federal investments in clean-technology firms.  Following an enduring Washington tradition, Wagle shifted from the private sector, where his firm hoped to profit from federal investments, to an insiders seat in the administrations $80 billion clean-energy investment program.  He was one of several players in venture capital, which was providing financial backing to start-up clean-tech companies, who moved into the Energy Department at a time when the agency was seeking outside expertise in the field. At the same time, their industry had a huge stake in decisions about which companies would receive government loans, grants and support.  During the next three years, the department provided $2.4 billion in public funding to clean-energy companies in which Wagles former firm, Vantage Point Venture Partners, had invested, a Washington Post analysis found. Overall, the Post found that $3.9 billion in federal grants and financing flowed to 21 companies backed by firms with connections to five Obama administration staffers and advisers.  Obamas program to invest federal funds in start-up companies — and the failure of some of those companies — is becoming a rallying cry for opponents in the presidential race. Mitt Romney has promised to focus on Obamas record as a venture capitalist. And in ads and speeches, conservative groups and the Republican candidates are zeroing in on the administrations decision to extend $535 million to the now-shuttered solar firm Solyndra and billions of dollars more to clean-tech start-ups backed by the presidents political allies.  White House officials stress that staffers and advisers with venture capital ties did not make funding decisions related to these companies. But e-mails released in a congressional probe of Obamas clean-tech program show that staff and advisers with links to venture firms informally advocated for some of those companies.  David Gold, a venture capitalist and critic of Obamas investments in clean tech,
 said that even if staffers had been removed from the final decision-making, they had the kind of inside access to exert subtle influence.  To believe those quiet conversations dont happen in the hallways — about a project being in a certain congressmans district or being associated with a significant presidential donor, is naive, said Gold, who once worked at the Office of Management and Budget. When youre putting this kind of pressure on an organization to make decisions on very big dollars, theres increased likelihood that political connections will influence things.  Energy Department spokesman Damien LaVera said the companies won awards based on merit, not political connections. He said the staffers and advisory board members reviewed by the Post had no role in funding decisions, nor did they have any personal financial stake in the companies. One of those administration advisers had first been appointed to his position by the Bush administration, LaVera said.  As is evident from the 10-month long congressional investigation into Solyndra, Energy Department loans and grants are decided on the merits, White House spokesman Eric Schultz said. Whats more, these are all professionals with expertise in clean-energy science, finance or both — but none of them play a decisional role in DOE awards and none of them are in positions of regulating the industry.     Venture capitalists arrive  During the 2008 campaign, the venture capital industry lined up behind Obama as he vowed to spur clean-technology development. Obama raised more than twice the venture capital contributions of his opponent, Republican candidate John McCain.  Known for making billions of dollars in the 1990s on Internet startups, venture firms in 2006 were rapidly switching to invest in clean tech. Legendary venture partner John Doerr, a leading early investor in Google and Amazon, that year called the clean-energy sector the next great profit center, the mother of all markets.  With the 2008 economic crisis, new private investment in fledgling clean-tech companies withered. But passage of the $787 billion stimulus package offered new opportunities to launch and grow those firms, with $80 billion set aside for clean energy and energy-efficiency efforts.  Suddenly flush with cash, the Energy Department was under orders to ramp

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

up quickly and get money out to promising companies. The administration tapped industry players to take on key Energy Department roles, both as agency staffers and outside advisers on agency boards.  Wagle, then 38, took a job as a stimulus adviser in the agencys recovery act office. Officials say his role did not involve making funding decisions for companies tied to Vantage Point.  Private investors cheered the administration for hiring industry colleagues. In a 2009 article, venture firm leader Jim Matheson said Wagle, along with another Washington-bound venture capitalist, David Danielson, would help ensure commercial successes from the steady flow of dollars coming out of D.C.  Wagles former employer had invested in several companies that received federal money: Brightsource, which won a $1.6 billion federal loan for a solar-generating plant; Tesla Motors, which won a $465 million loan to build electric cars; and biofuels firm Mascoma, which in 2011 received $80 million for a Michigan ethanol plant.  Wagle recently returned to the California venture capital industry to work as an investor and clean-tech adviser. Reached at his home, he declined to comment. Vantage Point Venture Partners, renamed Vantage Point Capital Partners, did not respond to requests for comment.  Danielson, formerly of General Catalyst, joined an Energy Department office whose mission was to fund breakthrough energy technologies. Officials say he had no role in arranging $105 million in funding for three General Catalyst portfolio firms.  David Sandalow, a former Clinton administration official and Brookings Institution fellow, had been paid $239,000 for consulting work for a venture capital firm, Good Energies, in 2008 before joining the Energy Department as assistant secretary for policy and international affairs, his disclosure form shows.  A Good Energies-backed firm, SolarReserve, won a $737 million agency loan. Officials say Sandalow played no role in arranging it and LaVera, speaking on behalf of Sandalow, said the assistant secretary had no financial interest in Good Energies or SolarReserve.  The Energy Department came under criticism from Republicans earlier this year when agency e-mails raised questions about a possible conflict of interest involving Steven J. Spinner, a former department loan adviser who disclosed that his wife worked for Wilson Sonsini, a Silicon Valley law firm that handled funding applications for several clean-tech companies.  Wilson Sonsinis clean-tech clients reaped $2.75 billion in Department of Energy grants and financing, the Post analysis found.  One of the firms clients was Solyndra. Republicans have accused the Obama administration of favoring the risky company because its leading investor was tied to a major Obama donor.  Wilson Sonsini had its own connection to the White House: the firms chief executive, John Roos, was a top bundler for Obamas 2008 campaign.  Before joining the administration, Spinner, a venture investor and start-up adviser, also helped raise $500,000 for Obama as a member of his national campaign finance committee. He has pledged to raise a half-million dollars or more for Obamas reelection effort.  Once inside the agency, Spinner agreed not to discuss loan matters involving Wilson Sonsini clients. But e-mails show he urged career officials to resolve delays in the Solyndra loan, and also defended the financial prospects of Solyndra to a White House deputy before its federal loan was approved.  Spinner left the Energy Department in the fall of 2010. He did not respond to requests for comment.  The department said Spinner was not involved in the companys application review or loan approval.  A Wilson Sonsini spokesman said the firm does not believe its employment of Spinners wife influenced Energy Department decisions.      Investors as advisers  Thousands of agency and White House e-mails released as part of the Solyndra investigation show that venture capitalists who held advisory roles with the Energy Department were given access to Obamas top advisers.  Steve Westly, an Obama fundraising bundler for both his 2008 and 2012 campaigns, is a founder of the venture firm Westly Group and served part time on Energy Secretary Steven Chus advisory board.  The e-mails show that Westly communicated with senior White House officials, including Obama adviser Valerie Jarrett, voicing concerns about the presidents planned appearance at Solyndra.  Westlys firm also fared well in the agencys distribution of loans and grants. Its portfolio companies received $600 million in funding. LaVera said Westly had no role in the funding decisions.  David Prend also surfaces in the e-mails as a venture capital investor who had White House access.  His firm, Rockport Capital Partners in Boston, was among the investors in Solyndra, with a 7.5 percent stake. The e-mails show him asking a White House aide to help get the word out about Solyndra and asking for help on another Rockport portfolio company. They show he and a group of venture capital investors met with new White House climate czar Carol Browner before Solyndras loan was tenatively approved, and the White House confirmed that the subject of the company came up briefly.  Prend had worked closely with the Energy Department since the Bush administration, when he was first appointed to an advisory panel for the National Renewable Energy Laboratory. He continued to advise the Obama administration, while also chairing a panel that helps advise the department on solar technologies.  The agency provided $550 million to several firms in which Rockport had invested at the time. The department gave an additional $118 million grant to an electric-car battery company, Ener1, that was partnered with Rockport portfolio car company Think. (Rockport

THE BOOK OF TESLA  Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

soon after invested in Ener1.) Ener1 filed for bankruptcy protection last month.  LaVera and Chad Kolton, a Rockport spokesman, said that Prends advisory role was separate from stimulus programs and had no bearing on agency decisions about companies backed by Rockport.  Research editor Alice Crites contributed to this story.

---

## Vulture Capitalism? Try Obamas Version

    A profit-driven economy is preferable to one run by political favoritism.  President Obama is no fan of Mitt Romney-style vulture capitalism. So whats the alternative? Tweet 127 All those Republicans grousing about the presidents attacks on private equity might instead be seizing on this beautiful point of contrast. Mr. Obama, after all, is no mere mortal president. Even as hes been busy with the day job, hes found time to moonlight as CEO-in-Chief of half the nations industry. Detroit, the energy sector, health care—hes all over these guys like a cheap spreadsheet. Like Mr. Romney, Mr. Obama has presided over bankruptcies, layoffs, lost pensions, run-ups in debt. Yet unlike Mr. Romney, Mr. Obamas C-suite required billions in taxpayer dollars and subsidies, as well as mandates, regulations, union payoffs and moral hazard. Dont like vulture capitalism? Check out the form the presidents had on offer these past three years: crony capitalism. The case study is the solar-panel maker Solyndra, which was
 part of a green-energy sector that even by 2009 was flailing. The president took one look at the industrys utter lack of both profits and sellable products, and yelled thats my baby! The stimulus bill shipped tens of billions of dollars to the Energy Department to pour into green companies via grants and loans. It promised five million jobs. The Energy Departments nuclear physicists were admittedly a bit flummoxed by the whole P&amp;L thing, but they got their venture-capitalism groove on and in 2009 handed Solyndra a $535 million loan guarantee. Even prior to disbursement, government accountants were warning that Solyndra was a lemon, but the White House didnt worry. After all, the IRS had only recently and conveniently tripled the tax credit (to 30%) for buyers of Solyndra products, which the government figured would help grease their start-ups skids.  Items for auction at Solyndra headquarters in Fremont, Calif. Bloomberg  Unfortunately, the physicist-CFOs overlooked that whole global energy market factor—easy mistake! Foreign competitors were already piling into Solyndras niche. Unable to compete, the firm went bankrupt last year. And, oh, the carnage! It was kind of like . . . GST Steel! Only worse. Solyndra laid off 1,100 employees. It provided no severance, not even back pay due for vacation credits.  But a bankruptcy judge would later approve $370,000 in bonuses for 20  employees. Mr. Obama railed against the high-dollar Silicon Valley investors who lined up in front of government to suck the remaining life out of the bankrupt firm, even as employees were left to . . . Oh, wait. He said no such thing. He was probably too busy doing damage control on his other government subsidized energy bankruptcies, from Beacon to Ener1.  Or running down the latest report of a government-funded, instantaneously combusting electric car. (Karma, anyone? Now at the low, low price of $103,000. Fire extinguisher included.)  Speaking of cars, Detroit is the business venture Mr. Obamas team has been most flogging as a success. True, General Motors and Chrysler are still turning their lights on, though theyd have arguably been doing the same had they been left to go through normal, orderly bankruptcies like those that helped the steel and airline industries restructure to become more competitive.  To get to the same place, Mr. Obamas crony capitalism handed $82 billion in taxpayer dollars to the two firms. That bailout money went to make sure the unions that helped drive GM to bankruptcy (and helped elect Mr. Obama) did not have to give up pay or pension benefits for current workers. They were instead rewarded with a share of the new firm. The UAW at GM meanwhile used the government-run bankruptcy to bar some 2,500 nonunion workers who had been laid off from transferring to other plants. How truly vulture-like.  Contract law was shredded, as unions were given preference over other creditors, such as pension funds for retired teachers and police officers. Congressmen used political sway to keep open their weak auto dealerships, forcing layoffs at stronger ones (vulture . . . vulture . . . vulture). Political masters obliged the industry to pour resources into unpopular green cars. The political masters were obliged to offer $10,000 tax credits to convince Americans to buy them. (They still wont.) And the message to every big industry? Go ahead, run your business into the ground. The Capitalist-in-Chief has your back (especially if you are unionized).  So, take your pick. Mr. Obamas knock on free enterprise is that it is driven by profit, and that this experience makes Mr. Romney too heartless to be president. The alternative is an Obama capitalism that is driven by political favoritism, government subsidies, mandates, and billions in taxpayer

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

underwriting—and that really is a path to bankruptcies and layoffs. If the president wants to put all 3,545 green stimulus jobs hes created up against Bains record, he should feel free. Mr. Romney could make the comparison himself. Ronald Reagan ran against Jimmy Carters own industrial policy, and to great success. Viewed in isolation, vulture capitalism has some PR downsides. Viewed against the alternative, its a flat-out winner. Write to kim@wsj.com ——————————————————————————————-

## Political Payback: Green Corruption ––

Part One  http://blogcritics.org/politics/article/obamas-political-payback-green-corruption-  Author: Christine Lakatos — Published: Jul 30, 2010  Alarmingly, our environment has been hijacked by uber-rich individuals, crooked politicians, and an assortment of left-wing extremists that are fueled by greed and power attached to a radical agenda to bring about global governance, redistribute the wealth, and put the progressive movement — big government, social justice and the death of capitalism — on the fast track. Under the guise of saving the planet, these players, who are all interconnected in a variety of ways, are transforming our climate into something more sinister — a scam of epic proportions.  Due to its magnitude and the potential dire consequences to our economy, our freedoms, and the voices of the honorable environmentalists — this Climate Scam will be confronted in three parts.  TROXLER AND BROWN PREDICTIONS OF GREEN CORRUPTION CONFIRMED  This year, Lee Troxler and Floyd Brown in their newly released hit book, Killing Wealth, Freeing Wealth How to Save Americas Economy and Your Own, chapter ten — The Biggest Financial Bubble in US History, is where the authors predicted that the veteran Silicon Valley venture-capital firm Kleiner Perkins Caufield &amp; Byers (KPCB) — multi-millionaire Al Gore and billionaire John Doerr are both partners — would get government contracts from the Obama administration unfairly.  In developing this story, which took months of research, backed up with extensive resources, we learned through an anonymous source that there are multiple federal investigations from different agencies and senators underway against the Department of Energy (DOE), in particular, the Loan Guarantee Program (LGP) and possibly others. Our source, who is close to the some of the ongoing investigations — guarantees there was corruption and bad ethics involved and that at this time a number of the investigations are getting stonewalled. Our findings, along with this recent inside information, confirms Troxler and Browns predictions — corruption on the green front.  As we learn more, we will share the details. At this time we do know that the U.S. Government Accountability Office (GAO) has been in the process of reviewing — in response to Congress mandate — the DOEs execution of the Loan Guarantee Program (LGP), which was established as part of the Energy Policy Act of 2005 and set up for innovative energy projects.  About two weeks ago (July 12, 2010), the GAO released their findings and recommendations, noting that the LGP scope has expanded both in the types of projects it can support and in the amount of loan guarantee authority available. DOE currently has loan guarantee authority estimated at about $77 billion and is seeking additional authority.  At issue, the DOEs lack of comprehensive performance goals, particularly in relation to the DOEs broad policy goal of helping to mitigate climate change and create jobs. The GAO concludes, Without comprehensive performance goals, DOE lacks the foundation to assess the programs progress and, more specifically, to determine whether the projects selected for loan guarantees help achieve the desired results. Predictably, the GAO also found that the DOEs implementation of the LGP has treated applicants inconsistently, favoring some and disadvantaging others, as well as the fact that the DOE lacks systematic mechanisms for LGP applicants to administratively appeal its decisions or to provide feedback to DOE on its process for issuing loan guarantees.  OBAMAS GREEN STIMULUS  In February 2009 Congress passed the American Recovery and Reinvestment Act (ARRA), the $862 billion stimulus package, for which $86 billion was earmarked for green, of which the Apollo Alliance — a left-wing organization who exerts a powerful influence on the views and policies of the Obama administration — was also involved in drafting. More on Apollo later, but Kleiner Perkins are like ants at a picnic; theyre everywhere thats green, including on the Apollo board, where they have placed one of their partners, Ellen Pao. Furthermore, Obama was a candidate that both Gore and Doerr had strenuously campaigned for, including financial donations, and early on, Doerr had his hand in shaping ARRA, urging Obamas transition team and leaders in Congress to use the new economic stimulus package to modernize the electric grid and offer new incentives to help clean energy startups get off the ground. Doerr also sits on Obamas Economic Recovery Advisory Board (PERAB), who President Obama appointed as one of the chosen back in

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

January 2009.  In following the ARRA, meant to stimulate the economy and create jobs, it is clear that the Obama administration is circuitously funneling government contracts to their favored companies — stimulating the green pockets of Kleiner Perkins. This screams corruption and its time to call in a special prosecutor! FOLLOW THE GREEN MONEY: KPCB GREENTECH PORTFOLIO Since last summer when the Department of Energy (DOE) starting handing out the $86 billion green stimulus money, Gore and Doerrs green companies have been cashing in big time — billions of taxpayer dollars!  Keep in mind, this doesnt account for funds not yet allocated, or hidden contracts, nor the mass amount of money KPCB and others in the Climate Scam will generate if the U.S. climate legislation becomes law — Obama

 Climate, more specifically cap-and-trade, which will be covered in more detail later.  So far over fifty percent of the companies listed on the Kleiner Perkins Caufield &amp; Byers Greentech Portfolio, of which KPCB partners are positioned on the board of many, have — directly and indirectly — received money from the Obama Green Stimulus package as well as through other government programs approved by the Obama administration.  AL GORES FISKER AUTOMOTIVE  $529 MILLION DOE LOAN IGNITES RED FLAGS  One of the most blatant government favoritism, catching headlines in the Wall Street Journal back in September 2009 — Gore-Backed Car Firm Gets Large U.S. Loan — was the $529 million dollar government loan guarantee (which was cinched in May 2010) that Fisker Automotive received to build its high-end, hybrid sports coupe, Fisker Karma — to be manufactured in Finland and sold for $89,000.  Fisker Automotive was a 2008 investment for Kleiner Perkins and it was confirmed that Gore has already purchased his Karma.  In June 2009 the DOE announced three other large government loans that included $5.9 billion to Ford Motor Company, $1.6 billion to Nissan Motors, and $465 million to Tesla Motors. Although the four loans came out of the DOEs $25-billion Advanced Technologies Vehicle Manufacturing (ATVM) Loan Program, it was approved by the Obama administration and it did ignite some red flags. As reported by the Wall Street Journal, the awards to Fisker and Tesla prompted criticism from groups that question why vehicles aimed at the wealthiest customers are getting loans subsidized by taxpayers and concern from companies that had their bids for loans rejected, Included in the reaction was Leslie Paige, a spokeswoman for Citizens Against Government Waste, This is not for average Americans. Its status symbol thing, Ms. Paige added. More gripping is the fact that this favoritism didnt sit well with some of the firms that were turned down for loans from the DOE — stating they did not get much feedback from the department about their applications and were unable to get a full explanation as to why their loan request was turned down.  THE VINOD KHOLSA CONNCECTION  The CEO of EcoMotors John Colettie, whose $20 million ATVM loan from the DOE was denied, didnt have an issue with the winners. Probably because EcoMotors lead investor is Vinod Khosla, an affiliated partner of Kleiner Perkins, whose firm Khosla Ventures has also invested in some of the same companies as Kleiner Perkins, which have received government funding including Obama Green Stimulus cash. Those companies include; AltaRock Energy Inc., $25 million grant from the stimulus; Amyris Biotechnologies, $25 million grant from the stimulus; and Mascoma Corporation has received state and federal grants from the DOE since 2006, totaling over $170 million and as recent as 2008, received another $49.5 million in funding from the DOE and the state of Michigan.  SILVER SPRING NETWORKS SCORES OVER $700 MILLION IN SMART-GRID GREEN STIMULUS FUNDS — RIGGING THE BIDDING PROCESS?  One of the most contentious of Obama Green Stimulus money awards comes out of the ashes of the  $4 billion smart-grid grants, with some of the nations largest providers of electricity meters crying foul over the smart-grid standards in the stimulus bill, according to a report by USA TODAY in February 2009. Additionally, they said that the economic stimulus bill could put them out of business and wreak havoc in the new market for smart-grid technology by favoring certain computer network standards.  Itron, Landis+Gyr, Elster and Aclara even wrote a letter to U.S. Senators to voice their concerns regarding the protocols and standards that were placed into the House version of the legislation for all smart-grid projects, which states that utilities receiving funding must use Internet-based or other open protocols and standards if available and appropriate. Ed Gray, vice president of regulatory affairs for smart-meter provider Elster, said the bill gives a leg up to Silver Spring at the expense of other providers.  Interestingly, in March 2009, a month after the stimulus bill had already passed, Jeff St. John from GreenTechMedia.com, quoted a statement made by Stuart Bush, an alternative energy analyst for RBC Capital Markets, both Trilliant and Silver Spring (both smart-grid communications companies) could benefit from the way the stimulus plan was structured to require open standards. Bush also added, Clearly the West Coast VC guys had a lot of lobby pull getting that in there.  Clearly the West Coast VC guys — Kleiner Perkins (Gore and Doerr), have more than lobby pull. In fact, Silver Spring Networks, as revealed in Troxler and Browns book, is one of Kleiner Perkins shining green companies — their

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

2008, $75-million investment has scored over $700 million! Since August of 2009 when the DOE started dishing out the $4-billion from the Smart Grid Investment Grant Program (part of the stimulus plan) — awarded to selected utility companies for particular smart-grid projects — close to sixty percent of Silver Spring customers were winners.  •    American Electric Power (AEP) received $75 million for AEP Ohio gridSMARTSM Demonstration Project, announces earth2tech.com in August 2009. It should be noted here that Richard Sandor is on the AEP board. Sandor, Chairman and founder of the Chicago Climate Exchange, who is connected to President Obama and Al Gore, is another key player in this Climate Scan, which will be exposed later.  •    Bluebonnet Electric Cooperative got $18.8 million for a general smart- grid build out in Texas as reported in August 2009 by earth2tech.com. Additionally, in November 2009 Austins Pecan Street Project won $10.4 million in federal stimulus money to create a smart-grid demonstration project, which includes Bluebonnet as part of their Technology Review and Advisory Committee.  •    In October 2009 Florida Power &amp; Electric was awarded $200 milllion for Energy Smart Florida — posted by earth2tech.com.  •    In April 2010 Pepco Holdings Inc. signed contracts for three ARRA grants totaling $168.1 million to advance smart-grid projects, reported by the Washington Business Journal. Additionally in April 2010, Secretary of Energy Steven Chu announced $100 million from the stimulus will go for Smart Grid Workforce Training and Development, of which Florida Power &amp; Light got $5 million and Pepco got just over $4.3 million.  •    In October 2009, the U.S. Department of Energy announced that Modesto Irrigation District (MID) was one of only six California utilities selected to receive a $1.5 million federal stimulus grant to support MIDs efforts to install smart control equipment throughout its electric infrastructure — published in an Oracle Press Release.  •    Oklahoma Gas and Electric Co. received a $130 million stimulus grant for a 771,000 smart meter deployment, as reported in October 2009 by GreenTechGrid.com.  •    Sacramento Municipal Utility District got a $127.5 million stimulus grant for a comprehensive regional smart-grid system, announced in October 2009 by GreenTechGrid.com.  •    According to an August 2009 article by earth2tech.com, Pacific Gas and Electric (PG&amp;E) — another Silver Spring customer — applied for $42.5 million government grant for home area networks in conjunction with the city of San Jose and Stanford University, yet it is unclear whether or not they received it. However, in May 2010, the DOE awarded PG&amp;E a $25 million stimulus grant to develop compressed air storage for electricity — writes the San Francisco Business Times. But the government bucks dont stop at Silver Spring Networks  Ausra Inc. Ausra Inc. — a KPCP investment that develops and deploys utility-scale solar technologies, was acquired by AREVA Inc. in March 2010. Then in July 2010 AREVA accepted the U.S. Department of Energys (DOE) offer of a conditional commitment to issue a $2 billion loan guarantee to support construction of the Eagle Rock Enrichment Facility, AREVAs $3 billion state-of-the-art gas centrifuge enrichment plant in Bonneville County, Idaho.  Bloom Energy Bloom Energy — Kleiner Perkins is listed as a primary investor and John Doerr as a board member — in February 2010 launched its Bloom Box. The real name is the Bloom Energy Server and is marketed as a stand-alone electric generator that requires no connection to any centralized power generating plant and no coal-based or oil-based fuel to operate it (translation: cheap, clean energy flows almost magically from a refrigerator-sized box). The Bloom Box debuted in a big scoop segment on 60 Minutes on February 21, 2010, followed with a star-studded (Governor Arnold Schwarzenegger and Colin Powell) Bloom Energy Press Conference attended and filmed by TheAutoChannel.com.  Marc J. Rauch Executive Vice President/Co-Publisher of The Auto Channel noted  our contact [at the National Renewable Energy Labs (NREL) in Colorado] had known of the Bloom technology and revealed that the government had actually provided a $5 million grant to the company during its development stage. There are also rumors (and news) of an enormous government contract to order the Bloom Box and Bloom Energy is due for a verdict on their DOE stimulus funds shortly, as reported by GreenTechMedia.com, February 19, 2010.  Harvest Power Inc. Harvest Power Inc., backed by Kleiner Perkins, is basically a company that turns trash into fertilizer and fuel, and according to a June 2009 article by GreenEnergyNews.com and a City of San Jose Press Release, GreenWaste Recovery would partner with Harvest Power Inc. on a project (if approved by the city council) known as the Zanker Road Biogas facility. Mayor Chuck Reed said in a statement, This project not only demonstrates San

 Joses leadership in the production of renewable energy but will help us meet the economic development, zero waste and energy goals of our citys Green Vision, Evidently, the Green Vision is raking in big bucks from the Obama Green Stimulus, as reflected in their 2009 Annual Report — In 2009 over $50 million in federal and state grant money, including federal stimulus dollars were allocated or awarded towards projects that will advance Green Vision goals. Additionally, local companies received over $80 million in federal tax credits that will spur expansions and hiring in sectors such as renewable energy, and as of May 2010, the City of San Jose — Capitol of

THE BOOK OF TESLA: Copyright ownership original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Silicon Valley — is estimated to receive nearly $108 million in Recovery Act funds.  MiaSolé MiaSolé Thin-film Solar, part of the KPCB Greentech Portfolio, with more than 500 applications that were submitted for the tax credits, in January 2010 MiaSole received two Advanced Energy Manufacturing tax credits totaling $101.8 million from the Obama administration for the manufacture of low-cost thin-film cells and modules. RecycleBank RecycleBank — another Kleiner Perkins green investment — works with municipalities and haulers to measure and reward residents for recycling. As reported by RecycleBank, in April 2009 $2.8 billion were allocated to cities with 14 uses that include recycle projects. It turns out that Philadelphia, Pennsylvania; Houston, Texas; and Hartford, Connecticut were the first cities to take advantage of stimulus funds and work with RecycleBank to improve their waste diversion rates.  Also, in August 2009, Chicago became the first Illinois city to partner with RecycleBank, then there are the cities in between, and recently in February 2010, Los Angeles became the largest city to partner with RecycleBank. While it is obvious that the folks at Kleiner Perkins have strategically positioned their investments to profit from green, including the massive influx of taxpayer money, placing them ahead of the competition — still others need government mandates and regulations to really make them fly. One company in particular is Hara Software, a company that sells software to help businesses measure and reduce their greenhouse gas emissions, where three KPCB partners sit on the Hara board. In a June 2009 article by Reuters — Gore-Backed Hara Sees Profit From Low-carbon Economy — Hara Chief Executive Amit Chatterjee, who in July 2009 was part of a group of innovative energy leaders that advised Obama, stated that [cap-and-trade] will force companies to act, as opposed to seeing the business benefit of acting. The debate alone of 'cap and trade is a driver for our product, Chatterjee added.  Considering the magnitude of this Climate Scam — its scope; cost and paybacks; players and agendas — these findings may only scratch the surface. This Climate Scam goes beyond the billions of taxpayer dollars that Gore and Doerr, via Kleiner Perkins, have already unfairly snagged from the Obama Green Stimulus and huge DOE grants and loans.  More disturbing is the fact that these players — and others that will be exposed in Green Corruption parts two and three — have direct ties to the Obama White House, strong influence over government policy, and are connected to the rest of those caught up in this scam, including the hard-core-left-wing radicals  Moreover, most of the players have helped create, shape, facilitate, lobby, testify, sell, and even if the planet blows up, will get their cap-and-trade, which despite reports that its dead in the Senate, will soon to be on the Obama agenda — the real pot of gold at the end of the climate rainbow.  Article tags •   green investments •   • Al Gore •   • American Recovery and Reinvestment Act •   • Apollo Alliance •   • billions of taxpayer dollars •   • Cap-and-Trade •   • Climate Scam •   • Department of Energy •   • eds-pick •   • Floyd Brown •   • global warming •   • Government Accountability Office •   • government corruption •   • John Doerr •   • Killing Wealth Freeing Wealth •   • Kleiner Perkins Caufield &amp; Byers •   • KPCB Greentech Portfolio •   • Lee Troxler •   • Obamas Green Stimulus •   • President Obama •   • Smart Grids •   • U.S. climate legislation •   • Venture Capitalists Spread the word  Article Author: Christine Lakatos Mom, author, blogger — Fitness Flash, politics, culture, and more; ACE Certified Fitness Trainer since 1980; retired bodybuilder and fitness competitor; and American Gladiator contestant back in 1990. MY DIVA DIET: Fitness Book Series for women of all ages at www.MyDivaDiet.com.  Read more: http://blogcritics.org/politics/article/obamas-political-payback-green-corruption-part/page-7/#ixzz0vD7iSp5n

_____

# The Greentech VC Influence Over Washington

By Katie Fehrenbacher Aug. 18, 2010,

There have been a couple articles in the past few weeks pointing to President Obama as the  clean tech investor in chief and the presidential VC with bets on clean energy. The real trend is that venture capitalists focusing on greentech seem to have had an unprecedented influence on U.S. federal policy and allocations of the stimulus package.  When I attended the Department of Energys (DOE) first ARPA-E conference (Advanced Research Projects Agency-Energy) earlier this year in Washington D.C., I was struck by how many venture capitalists were there. I shared a cab back to the airport with some familiar Silicon Valley faces, and was told if your firm didnt have a dedicated person in Washington — in some circles they call them lobbyists — maneuvering grant and loan programs, you werent able to be competitive.  Just look at the figures from the stimulus package (which I am fully in support of): somewhere between $50 billion and $80 billion into clean power and energy efficiency initiatives ( depending on how you slice it). The Obama administration has gone out of its way to seek the advice of green

leaning venture capitalists and entrepreneurs in the Valley on how to spend that colossal amount and what programs would be the most affective.  Kleiner Perkins managing partner John Doerr is on President Obamas Economic Recovery Advisory Board, and was able to convince Vice President Al Gore to join Kleiner, in addition to former Secretary of State Colin Powell. Kleiners investments have had some successful government bids, most notably the $529 million loan to Kleiner portfolio company Fisker Automotive out of the DOEs highly competitive Advanced Technology Vehicles Manufacturing, or ATVM, program. Fisker plans to use the loan to build its factory and launch its electric vehicle in 2011.  If you remember, another winner of the $25 billion ATVM program was Tesla Motors, which, as most of us know, was backed by venture capitalists from Draper Fisher Jurvetson, Technology Partners, and Vantage Point among others.  I attended Khosla Ventures LP meeting earlier this year where the firm announced that former UK Prime Minister Tony Blair would be joining the firm as Senior Advisor. Several of my journalism peers were comparing the political influence Blair could wield to what Kleiner was doing with Gore. The Obama administration appointed former venture capitalist Jonathan Silver as its loan chief to lead both the DOEs loan guarantee and ATVM loan programs. About a third of the DOEs loan guarantee commitments went to venture-backed startups, including thin film solar maker Solyndra and solar mthermal company BrightSource.  I wondered earlier this year if the loan guarantee for Solyndra wasnt a mistake, given the company has one of the highest manufacturing costs out of its competitors. The company withdrew its IPO plans, citing poor market conditions. The Government Accountability Office also found that the loan guarantee process treated some companies unfairly in their bids and risked excluding some potential applicants unnecessarily.  Theres nothing inherently wrong with venture-backed companies getting government support, and the energy sector needs even more federal funding to create innovation. I support Doerr and Bill Gates calls for boosting federal government investing to $16 billion per year into energy innovation. All Im saying is that this level of influence should be watched. ───────────────────────────────────────── This is how VCs and DOE Staff work together as reported by one of Tesla Motors senior executives:      In Role as Kingmaker, the Energy Department    Stifles Innovation By Darryl Siry  December 1, 2009 | 8:30 am  Of all of the Department of Energy programs intended to advance the green agenda while stimulating the economy, the Advanced Technology Vehicle Manufacturing incentive to spur the development of cleaner, greener automobiles is perhaps the most ambitious. But it has a downside.  The energy department has approved direct loans to Nissan, Ford, Tesla Motors and Fisker Automotive totaling about $8 billion out of a budget of $25 billion. The magnitude of this program dwarfs other DOE campaigns like the $2.4 billion given to battery and electric vehicle component manufacturers and the $4 billion disbursed for smart grid projects.  To the recipients the support is a vital and welcome boost. But this massive government intervention in private capital markets may have the unintended consequence of stifling innovation by reducing the flow of private capital into ventures that are not anointed by the DOE.To understand this apparent contradiction, you have to look at the market from the perspective of venture capitalists looking to deploy investors capital and startups looking to attract it.  Venture capitalists evaluate a company on the basis of whether they think it will succeed and generate returns
 for their portfolios. While this evaluation is a function of many things, one key question is how much more capital the company will need to get its product to market or a liquidity event so that the venture capitalist can see a return. The more capital it needs, the more dilutive it will be to the early investors.  In cleantech, and in particular alternative fuel vehicles, the capital requirements for companies bringing a car to market in significant numbers can be extraordinarily high, reaching into the hundreds of millions of dollars if the company wants to build its own manufacturing facilities. To a venture capitalist, this capital requirement can be daunting. This is why government financing is so attractive. In the case of the advanced technology manufacturing loans, the DOE steps up for 80 percent of the total amount needed. Private sources fund the other 20 percent. This amounts to free leverage for the venture capitalists bet, with no downside. Hedge funds historically used massive leverage to generate outsized returns, but if the trade turns against them, that same leverage multiplies their downside and can lead to financial ruin. In the case of the DOE loans or grants, the upside is multiplied and the downside remains the same since the most the equity investor can lose is the original investment.  The proposition is so irresistible that any reasonable person would prefer to back a company that has received a DOE loan or grant than a company that has not. It is this distortion of the market for private capital that will have a stifling effect on innovation, as private capital chases fewer deals and companies that do not have government backing have a harder time attracting private capital. This doesnt mean deals wont get done outside of the energy departments umbrella, but it means fewer deals will be done and at worse terms.  According to Earth2Tech, venture capitalist   John Doerr commented on this at the GreenBeat conference earlier this month, saying If wed been able to foresee the crash of

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

the market we wouldnt probably have launched a green initiative. Because these ventures really need capital. The only way in which we were lucky I think is that the government stepped in, particularly the Department of Energy. Led by this great administration that put in place these loan guarantees. Several sources within startup companies seeking DOE loans or grants have admitted that private fundraising is complicated by investor expectations of government support. None would speak publicly due to the sensitivity of the issue and the ongoing application process. Aptera Motors has struggled this year to raise money to fund production of the Aptera 2e, its innovative aerodynamic electric 3-wheeler, recently laying off 25 percent of its staff to focus on pursuing a DOE loan. According to a source close to the company, all of the engineers are working on documentation for the DOE loan. Not on the vehicle itself. Another highly placed source at Aptera told Wired.com many potential investors wanted to see approval of the DOE loan before committing to invest. Startup companies that enjoy DOE support, most notably Tesla Motors and Fisker Automotive, have an extraordinary advantage over potential competitors since they have secured access to capital on very cheap terms. The magnitude of this advantage puts the DOE in the role of kingmaker with the power to vault a small startup with no product on the market -– as is the case with Fisker — into a potential global player on the back of government financial support.As a result, the vibrant and competitive market for ideas chasing venture capital that has been the engine of innovation for decades in the United States is being subordinated to the judgments and political inclinations of a government bureaucracy that has never before wielded such market power. A potential solution to this problem may seem counter-intuitive. The best way to avoid market distortion would be for the DOE to cast the net more broadly and provide loans and grants to a large number of companies — which ironically means being less selective. Subject to the existing equity matching requirement, this would allow the private markets to function more effectively in funding a broader range of companies and driving more innovation. Several innovative companies with great potential have been in the DOE pipeline for many months. Perhaps it is time for the DOE to stop playing favorites and start spreading the love. Wired.com contacted the Department of Energy for comment but did not receive a reply. Disclosure: Darryl Siry was the chief marketing officer of Tesla Motors from December 2006 until December 2008 and is a special advisor to Coda Automotive, which has not sought an Advanced Technology Vehicle Manufacturing loan. Photo: Ford Motor Co. Energy Secretary Steven Chu addresses Ford employees on June 23, 2009, after announcing the automaker will receive a $5.9 billion loan.    -- http://www.growvc.com/blog/2010/09/venture-capital-conspiracy-theory-in-the-free-world/ Venture Capital Conspiracy Theory In The Free World    by: neil  Wow! Really? No Way! Wow!.this was my reaction to the 'revelation of a post by Michael Arringtons So a Blogger Walks Into A Bar  This true account of what happens when Tech Crunchs Mike Arrington walks into a Silicon Valley bar has all the trappings of a gangster movie. For starters, the bar, a group of powerful early stage investors meeting, colluding, plotting against any competition, an agenda on how to control the industry and monopolize and this is NOT a movie! Here is an extract of Mikes account:  Ive never seen a more guilty looking group of people. But that alone isnt that big of a deal. Lively conversations often die quickly when I arrive, and Ive learned not to take it personally. But I did sniff around a little afterwards, and have spoken to three people who were at that meeting. And thats where things got interesting.  This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley, have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I dont use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner.  Is there room for price fixing, total control and a greed based structure in the free market world? Is this really best for startups? For entrepreneurs? For Silicon Valley which is a renowned culture known for promoting innovation and talent in startups?  This entire scenario is wrong on so many different levels but knowing this is what can happen within closed doors here are some changes critical to a culture which reflects the values of a entrepreneurial community and a better future for startups:  1. We need transparency. This is very evident from what weve just witnessed.  2. Do things in the open and on the record. Why cant investors, entrepreneurs and other stakeholders work in a transparent environment online where there is automatic accountability and governance through open interactions and a community that can see whats going on?  3. The system has to benefit all parties involved. Entrepreneurs, investors and others. It needs to be fair and favor innovation. Bring up the best. Mystique, lack of transparency, complex rules are not benefit of anything but greed 4. There is no room for protectionism in a free market. We dont need early stage capital markets to be exclusive to a select few who control everything. We need to make it more inclusive and involve as many as possible. The more support, the more investors, more and better companies will be born.

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

--------------------------------------------------------------
http://techcrunch.com/2010/09/23/ron-conway-angel-email/

## Ron Conway Drops A Nuclear Bomb On The Super Angels

Mg Siegler  Thursday, September 23rd, 2010  2 Comments  As we just stated in our previous post, there was clearly an email sent by angel investor Ron Conway to a group of super angels who were likely involved in the Bin 38 AngelGate meeting that Mike stumbled into a couple days ago. Weve now received a copy of the email that Conway sent from an anonymous tipster. And weve confirmed it is authentic from one of the recipients.  Its a bombshell. No, its a nuclear bomb. It speaks for itself. Read it below.  Subject: Super Angels Gathering  I want to share my views on the two gatherings you had in June and this week and what they represent in my opinion.  So that I would not be influenced by any outside inputs I am writing this without sharing my thoughts with anyone including David Lee and the other SV Angel Partners.  I want to clarify once and for all my total disagreement with your values and motives for being investors.  I have stated consistently for year that I invest because I love helping entrepenuers and watching them learn and succeed.  I am honored that entrepenuers share their crystal ball views of the future of innovation and technology with us and respect the guts it takes to start a company.  At SV Angel we try to reciprocate by adding value any way we can.  I think that actions speak louder than words and SV Angel has always been a friend of entrepenuers and we focus our business to help entrepenuers achieve success.  The world of startups would be a better place if you spent less time complaining about deal structures, terms, vcs, and valuations etc and the cars you drive, and just helped entrepenuers build their companies.  The Free Enterprise
 system is very efficient ..why not let the marketplace demands decide on these issues, its worked for many many years. These startups are binary they succeed or fail so why waste time on deal structures, terms, vcs, and valuations etc and just help entrepenuers build their companies.  In my opinion your motives are driven by self serving factors around ego satisfaction and making a buck.  My motives and values are very different.  They are so different I want to be up front with you and recognize this and disengage from any involvement with you. I will not be a hypocrite.  I am tired of seeing you and engaging in idle chit chat and not sharing my true feelings.  I think you have a different value set and lets agree to disagree and not have to even engage in any idle chit chat or discussion of any sort.ever.  Furhermore, I regret David Lee was involved in the gatherings. I am sure he does too. We talked about the first dinner and I encouraged him to write the email above and withdraw.I know he was uncomfortable with both gatherings.where no one was there to speak up for the interests of the entrepenuers.  By now you are rolling your eyes and saying Rons a _____(fill in the blank) .and who is he to pass judgement..  We are all entitled to our opinions.  I am just being honest and transparent.the way most of the entrepenuers I invest are  I wish the Angel community could have the same integrity and values of the entrepenuer community, but unfortunately I now believe that is hopeless and your actions prove that.  What do you think the entrepenuers you have funded are thinking right now.  This is despicable and embarrassing for the tech community in my opinion.  Can you learn from this ?  Please keep this confidential even though I know that will be hard since two of you let your egos take over and show Arrington how important you are by telling him you were headed to a secret angel gathering.  Dave McCLurepls try not to blog about this and cause silicon valley more embarrassment with your unprofessional classless writings  Note: I did not include those who were at the gatherings who I dont know well enough to form an opinion around their motives or values.  Tags: angelgate, Ron Conway    ------------ Mnaficy&gt; David Hornik•2 years ago?  David,  Sorry to disagree, but from an entrepreneur's perspective collusion is alive and well among VCs. If you're ever interested, I can give you the names of VCs who colluded to try to bring down the valuation of my first company. Several witnesses to this event, including a very well known lawyer in the valley.  -- Mariam Naficy, CEO &amp; Founder, Minted.com  ---------------  From Wikipedia: Collusion&gt; Bruno Morency•2 years ago?  Collusion is an agreement between two or more persons, sometimes illegal and therefore secretive, to limit open competition by deceiving, misleading, or defrauding others of their legal rights, or to obtain an objective forbidden by law typically by defrauding or gaining an unfair advantage.[citation needed] It is an agreement among firms to divide the market, set prices, or limit production.[1] It can involve "wage fixing, kickbacks, or misrepresenting the independence of the relationship between the colluding parties".[2] In legal terms, all acts effected by collusion are considered

THE BOOK OF TESLA - Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

void.[ 1?? ----------------- peter_voland@yahoo.com&gt; Dave McClure•a month ago? I have a company that could not get any funding and we have been hurt exactly by such nepotistic and jerk style actions. The valley is now the NEW VERSAILLES of crony investment INCEST where you get the money most likley if you have buddies in such f***** circles. Otherwise, they will invest in ANY CRAP without merit as long as they have a BUDDY there. This is DETRIMENTAL to innovation and fair level plane for EVERYONE and all they do is CROSS deal and NOT invest in the best company according to the tech/ideas merits. collusion, nepotistic crony based intellectual incest. This SUCKS. I could give tangible examples where 2 SAME companies get once 8million(just cos crony buddies despite doing inferior job) and another gets nothing despite doing superb job. 0?? ----------------- On Self Importance: http://techcrunch.com/2010/09/26/angelgate-chris-sacca-responds-to-ron-conway/ AngelGate: Chris Sacca Responds To Ron Conway  Michael Arrington  Sunday, September 26th, 2010 As I said the other day, there would be more private emails getting published. This one is from Chris Sacca, a prominent super angel who was not at the meeting I stumbled into but was at a previous meeting. He wrote a response to the Ron Conway email. Its worth pointing out that this email is time stamped a good half hour before our story broke, meaning he wrote it thinking it would all still stay private.  This is also the first leaked email weve received that actually includes names in the header of some of the people who are involved in this mess. Presumably these were the people Ron Conway emailed, but the header was stripped out of that email when we received it. Like the Ron Conway email, we have separately confirmed this email is authentic, although Sacca will not comment on it. Ive removed one sentence from the email that was highly sensitive. Nothing that material to the overall message, but it was very personal and not appropriate to print publicly.  The email:  From: Christopher Sacca Date: Thu, Sep 23, 2010 at 7:05 PM Subject: Re: Super Angels Gathering To: Ron Conway Cc: Josh Kopelman, Steve Anderson, Jeff Clavier, Mike Maples, Dave McClure, David Lee  Ron,  I agree with you that we all owe it to each other to be candid.  In that spirit, I will say that I will always be grateful for the opportunities you have given me in this business. You have shared deals with me, introduced me to colleagues, and invited me to events for years. Your philanthropy knows no bounds and has definitely inspired my work with charity:water and Livestrong. In fact, I have great respect for how you took my introducing you to will.i.am as an opportunity to become the single most important benefactor to his foundation. As I wrote last year before the Crunchies when I endorsed you for Angel of the Year:  I mention Ron last only because this one gets a little emotional for me. It goes without saying, his prolific reach is legendary. He is the Zelig of the startup world in that there isnt a liquidity event in our industry in which he isnt involved and a closing dinner to which he isnt invited. Of course, he isnt just invited as an investor, but usually as the guy who made the introduction, helped negotiate the terms, and saved it from the brink of disaster along the way. It gets emotional for me because no one in this business has been more generous, more selfless, or more caring with me. We all learn from Ron, and none of us could be here without him. I will never understand how he covers so much ground and how he manages to be so responsive and perform so much service for others. When you are with Ron, you know he will go to any length to help you. When guys with his success might otherwise take time to rest, Ron then redoubles his efforts for his charitable causes, not just giving money, but raising funds and awareness and doing hard work on non-profit boards. I feel lucky to know Ron and to have the chance to work with him virtually every day as I am sure many of you do too.  That said, I am having a hard time resolving the person I quite literally grew up with in this business, with the person who sent the email to which I am replying. Your anger and personal accusations hurt, and it is clear they are intended to.  I wasnt in town for the second meeting, but I went to the first dinner. I wish you wouldve been there. Not only would your input have been valuable, but if you had attended, you would have seen firsthand these topics of discussion: 1) Standard docs to make financings cheaper for startups. The group talked about who would be willing to pitch in our own money and time to help draft a set of financing documents that would allow for priced rounds to cost the same as convertible notes. As you know, it usually costs 10-15 thousand dollars more to sell stock than issue a note. Entrepreneurs would directly benefit from that work by lower costs and less bullshit legal process to get a financing done. In fact, it is exactly what YCombinator did in building a model convertible note. I am sure you agree that would be a good thing for founders everywhere if we were able to publish docs like this to the public to be used as open source.  2) Pro-rata rights. At the first dinner, we heard, from guys who have been doing this for a long time, about the importance of securing pro-rata rights for future rounds. This would allow them to continue to invest alongside other investors at the new, higher, market price in future rounds. I have no doubt you would agree that entrepreneurs also benefit from having their early investors continue to stay involved and demonstrate their renewed commitment to the company. I know you would also love to be able to continue to invest in companies beyond their seed round, and you also know this is

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

only ever helpful to your founders.  3) The futility of VCs blocking company sales. We also discussed how pointless it was for VCs to put clauses in deals that would prevent companies from selling and how the guys in the room had never invoked such a clause because doing so would create misalignment with their founders. We identified that as one way in which
 many traditional VCs were just missing the boat as to how to work with founders as peers and collaborators and not put them on the opposite side of the table. Each of us felt better knowing we werent alone in pushing back on this term that very directly harms founders.  4) Earliest stage founder cash-outs. Among efforts from others, we talked about my recent projects to get very early stage founders some liquidity. Traditional VCs have rarely been inclined to give founders any ability to cash out claiming it makes them less hungry. As someone who, just five years ago, had net worth of exactly zero dollars, I remember the difference between being panicked and hungry. As I have invested in more and more companies, I have learned that many founders would benefit dramatically from even the smallest amounts of cash (compared to the overall deal size). I have worked hard to get my founders as little as $25,000 to pay off credit cards and student loans. Or, in a small deal that closed this week, I was able to get a founder the money so he can pay for his wedding and not have to worry about taking on debt. I, and the other investors in this group who do the same thing, feel good about helping our founders in this way.  I hope you can really pause to consider who is on this list you mailed, as well as the others in the room you didnt, and the way they do business. All of us have considered you a mentor along the way, and you have recognized that by collaboration with each of us. Inspired by your service, we have seen each of our firms evolve to continually try to always put founders first. Guys like Kopelman are so painfully pro-entrepreneur, and so service-oriented to the community of founders, one topic of discussion at our dinner was understanding all of the different founder perks on which he has spent his funds money. From the venture concierge and his hiring services, to his CRM software and CEO summits, I havent seen anyone add as much value to founders as First Round. I wish you could have been there to experience firsthand the discussion about how the rest of us could emulate more and more of that model. And, like typical Josh, he was certainly willing to teach us his best practices. I was so blown away, that I actually asked FR to lead a deal I sourced recently because I knew they could serve the company better than I could.  I know that each of the guys on this list coaches entrepreneurs they arent even invested with and continue to take time to help the entire startup ecosystem. They work to get founders access to early betas that they know will help. They call in favors to get costs down. They spend political capital to bring in the best hires and they lose sleep brainstorming how to solve problems. Each of the guys here takes phone calls and sends emails at all hours of the day and night. Everyone here hustles. Frankly, I find it hard to keep up with them, just like I cant keep up with you.  I told you last night that I think some of this issue is worth discussing, even on stage. But, this message, and the ferocity and ad hominem attacks that you include, hurt. Both what you wrote to me before (calling this group dirtbags) and in this message above. I am not sure why it needed to get personal. In sharp contrast to your stereotyping about what you say is obsession with talking about cars, I actually drive a piece of shit truck with 115k miles, despite having been frequently encouraged to visit Franz to buy a Mercedes. I fly coach and I stay on friends couches in NYC and LA, not out of Signature Aviation and at the Peninsula. That said, though I havent yet made a buck, I sincerely hope I will. As I post clearly on my website:  We dont think of ourselves as money managers. That isnt to say we arent tireless and competitive. In fact, we are ruthless negotiators, aggressive businesspeople, and have no allergy to disproportionately large returns. However, frankly, capital just isnt that important to the early triumph of a company anymore.  My founders will tell you, as will the founders of everyone listed here, that I/we sweat with these guys just like you do, bleed with them just like you do, and try as hard as we can to put their interests first. My founders stay at my house for team retreats. In fact, I just bought an entirely new place for them to be able to come to the woods, exercise, relax, focus, unwind, and bond with each other. That came out of my pocket. They get overweight? I buy them a mountain bike. They look skinny? I pick up groceries. Just talk to them and I am sure you will see that, though each of us investors adds value to our founders lives in different ways, everyone on this thread adds value, Ron. Everyone. To claim that SV Angel has a monopoly on adding value is disingenuous.  When I started angel investing, my first deal was paid for with a credit card check. It was a dumb idea, but I was so drawn to the notion that I could be helpful to the team and I relished the chance to be building something again. You and I were in that deal together and we both made out pretty well. As you know, at Google, I didnt get rich by Silicon Valley standards. I left there worth less than a million dollars. I started doing angel investing in part because you and others like Coach Campbell encouraged me to and you knew I would be good at it. I wrote checks to companies when it was financially irresponsible for me to do so, then I went in there and busted my ass to make those things succeed. My days have

THE BOOK OF TESLA. Copyrights only original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

been driven by a passion that makes it impossible for me to avoid the opportunity to help. Right now, 94% of my net worth is tied up in startups and I [REMOVED BY TECHCRUNCH]. I have every shred of my money alongside my founders, often buying their same common stock. No one but an obsessive idiot would ever allocate their money that way. But, I love what I do. And I know that goes for everyone on this list.  Kopelman bids his kids farewell every few weeks to fly the redeye here and back to be with his companies. I have watched Maples, Clavier, and Steve all drop what they are doing to be supremely helpful to their founders and to their peers. Each of them shares opportunities and leverages their network to try to offer the best possible service to their companies teams. Sure, McClure is loud and swears like a drunken sailor, but he takes bullets for his guys, and his service to entrepreneurs through Geeks on a Plane and his Startup 2 Startup dinners series is unparalleled. His followings among founders make that clear. They love and respect him, no matter how you may judge his writing style. They know they have an ally in Dave.  I have seen guys on this list, and in the larger group of all dinner attendees, repeatedly back off terms or convince other investors to take haircuts alongside them so deals can get done. Ask any single one of the companies who has met with me and theyll tell you that I always negotiate against myself. To a fault. I have given back shares to make room for hiring and I have talked other angels into waiving any fiduciary arguments so our teams could stretch a small deal farther. Everyone here has done that knowing we will get to work with those entrepreneurs again in better times.  This group of guys could all take a much easier path if they were just out to make a buck. Everyone here could raise megafunds, bilk them for fees, jam too much money into deals and repeat that process all over again just mooching off the system. Instead, the folks you listed are all your fellow pioneers in a new way of doing business, a way that admits the structural change the industry has undergone. This is a different era, and each of these guys knows that means greater accountability than ever before.  I described on my Lowercase site characteristics that I think apply to everyone on this thread, and especially you, Ron:  We dive in to work with teams that obsess over user experiences, customer happiness, and that, to quote Paul Graham, make something people want. Along with relatively small amounts of money, we give them the time, attention, and the empathy that catalyze winning outcomes for all involved. Rolling up our sleeves, we help design front pages, invent new services, prioritize product features, negotiate partnerships, and deal with the everyday professional and personal challenges of startup life. We are grateful for the companies who have chosen us, and feel lucky for the chance to collaborate with such brilliant minds. The dealflow that comes to us is flattering, and we are beyond thankful for the other individuals and firms with whom we partner and learn from along the way.  It makes me sad to hear you dont think that is actually the case, because I actually dont doubt for a second that the guys on this list all exceed the standard above. You know they do. You have worked alongside them for years. You have broken bread with them. You know who these people are and you know what their values are. You have referred deals to all of them because you know the positive impact they have on this industry. Now you are willing to throw that away over second-hand accounts of what transpired at a dinner you didnt attend. I think you owe this group more than that. I also think you owe the press and the founders who are reading the accounts you have prompted more than that.  Ron, we live in the age of Twitter. If we ever fucked an entrepreneur, or if an entrepreneur ever hinted we had fucked them, it would be broadcast immediately and the resulting blog posts would be permanently attached to a search on our names. Founders have never been better educated or more empowered than they are today. We arent giving them money; they are giving us the right to invest in their companies. Our founders hire us and they do so after consulting a rich network of datapoints confirming whether
 we are or are not helpful. Slackers dont get deal flow. Jerks dont get deal flow. Poseurs get left aside. Abuse the system once and you are tattooed with shame.  Entrepreneurs outnumber us and they talk more than we do. The good opportunities are more than any of us can handle. There are legions of investors at the gates hucking checks at todays founders. The only possible way any of us can stay in business is by serving. If we are not demonstrably and materially helpful to entrepreneurs, we are dead.  Pausing now to look back and re-read what you wrote, it just makes me sad and your rush to judgment of people you called your friends is disappointing. All of this goodwill burned with guys you have loved. All of this time spent on an issue when we should be helping our companies. (I am writing to you when I should be calling a founder to help him weigh the demands of his VCs and a potential acquirer.) All of this anger directed at people with whom you didnt even have a discussion to understand what was or wasnt going on. I wish you had been at those dinners. First, I am sure you would have had helpful input. But, more importantly,you would have instead seen your peers working, as they have always done, to cut through the bullshit in this industry and continue to restore the purity and honor a decade of misaligned interests has left here.  I hope you will find some time over the next couple of days to chew on all this,

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

some time to reflect on who we all are and what we all do. I hope you will spend a little time with our founders and ask them how they feel about working with all of us. I hope you will work to clear the air about what did or didnt happen. You have such an important voice. But, with that voice comes the responsibility to investigate, know, and share the whole truth.  All told, I know that the gratitude that this group has for your work in this business cant be undone with one vitriolic email. So, I am optimistic that after you have a chance to chat with each of us, you will remember the passion and selflessness that underpin the work all of us do. While I deeply believe none of us could have gotten here without you, I also ask that you respect that we have all worked our asses off to be here. We all care, we all help, and we all serve. We all learned much of that from you.  I hope in time that will be clear once again and we can all get back to helping our founders and each other.  Thank you, ----- http://37signals.com/svn/posts/1927-the-next-generation-bends-over     The next generation bends over Jason Fried wrote this on Sep 18 2009  Mints sale to Intuit really pissed me off.  Why should I care? Because I think its indicative of a VC-induced cancer thats infecting our industry and killing off the next generation. I dont know the full backstory, but Id bet this sale was encouraged by a Mint investor.  Heres a fresh new company that was gunning for an aging incumbent. And not only gunning, but gaining. They had a great product, great design, and great potential. They were growing rapidly and figured out the revenue game. They were on their way to redefining an industry — one that was left for dead by the current custodians.  They were everything their main competitor, Intuit, was not. While Mint was inventing, Intuit was out of it. People used Quickbooks/Quicken out of habit and legacy. People used Mint because they loved it. Intuit was disgruntled, Mint was disruptive.  But heres what happened: Intuit, last decades leader in personal finance, just became the next decades leader in personal finance. Mint had their number, but they sold it for $170 million. A big payday for sure, and if that was their two-year goal then they nailed it, but I cant believe that was the point behind Mint. It had too much potential.  Mint was a key leader of the next generation of game changers. And now its property of Intuit — the poster-child for the last generation. What a loss. Is that the best the next generation can do? Become part of the old generation? How about kicking the shit out of the old guys? What ever happened to that?  As more great new companies are absorbed into big old companies, a whole new generation of change is lost. They can issue press releases saying how excited they are to be able to bring their product to a whole new world of customers, and how their new suitor will bring enormous resources to bear, but we know thats usually not really what happens. Development slows, products stall, the staff that built the great stuff leaves, and mediocrity creeps in. Not always, but usually.  Thomas Jefferson said Periodic revolution, 'at least once every 20 years, was 'a medicine necessary for the sound health of government. That may be even truer for business. We need new blood, new companies, new methods, new ideas, new applications, and new leaders to regenerate stale industries. The old must be plowed under by the new.  But today it seems like the old is doing the plowing. Lets stop that. Lets build great companies that are here to fight, here to win, and here to stay until the next generation after us comes along and kicks all our asses. And again and again and again. Thats how better happens.  Jason Fried wrote this on Sep 18 2009 There are 186 comments.   ---  Jason Fried wrote this on Sep 18 2009/ 186 comments  Mints sale to Intuit really pissed me off.  Why should I care? Because I think its indicative of a VC-induced cancer thats infecting our industry and killing off the next generation. I dont know the full backstory, but Id bet this sale was encouraged by a Mint investor.  Heres a fresh new company that was gunning for an aging incumbent. And not only gunning, but gaining. They had a great product, great design, and great potential. They were growing rapidly and figured out the revenue game. They were on their way to redefining an industry — one that was left for dead by the current custodians.  They were everything their main competitor, Intuit, was not. While Mint was inventing, Intuit was out of it. People used Quickbooks/Quicken out of habit and legacy. People used Mint because they loved it. Intuit was disgruntled, Mint was disruptive.  But heres what happened: Intuit, last decades leader in personal finance, just became the next decades leader in personal finance. Mint had their number, but they sold it for $170 million. A big payday for sure, and if that was their two-year goal then they nailed it, but I cant believe that was the point behind Mint. It had too much potential.  Mint was a key leader of the next generation of game changers. And now its property of Intuit — the poster-child for the last generation. What a loss. Is that the best the next generation can do? Become part of the old generation? How about kicking the shit out of the old guys? What ever happened to that?  As more great new companies are absorbed into big old companies, a whole new generation of change is lost. They can issue press releases saying how excited they are to be able to bring their product to a whole new world of customers, and how their new suitor will bring enormous resources to bear, but we know thats usually not really what happens. Development slows, products stall, the staff that built the great stuff leaves, and mediocrity creeps in. Not always, but usually.  Thomas Jefferson said Periodic revolution, 'at least once every 20

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

years, was 'a medicine necessary for the sound health of government. That may be even truer for business. We need new blood, new companies, new methods, new ideas, new applications, and new leaders to regenerate stale industries. The old must be plowed under by the new.  But today it seems like the old is doing the plowing. Lets stop that. Lets build great companies that are here to fight, here to win, and here to stay until the next generation after us comes along and kicks all our asses. And again and again and again. Thats how better happens.

----------------    class="large" Journey to the (Revolutionary, Evil-Hating, Cash-Crazy, and Possibly Self-Destructive) Center of Google</h1> <h2 class="sub-header" You've heard the story. Larry and Sergey drop out of school, start a company in a garage, then become billionaires. But will Larry and Sergey ever grow up? It's August 19, Going Public Day for Google, and Larry Page and his comrades are eyeing the lavish breakfast laid out before them at the NASDAQ building: poached eggs perched on tiny pedestals, piles of canapés, pots of crème fraîche. In a few minutes, Larry will preside over the ceremonial opening of the market, then he'll troop up the street to Morgan Stanley to watch Google's stock start

 trading. At 31, Larry is about to cross the threshold into bona fide billionairehood. So you'd think he'd be as high as Courtney Love right now—but he doesn't really look it. Buttoned up in a suit from Macy's, strangled by a stiff white collar, he isn't eating, isn't schmoozing, and is only rarely smiling. Maybe it's the absence of Sergey Brin, his fellow Google founder, who has chosen this morning, unaccountably, to stay back in Silicon Valley. Or maybe he's just exhausted. But even when his elders approach and kiss his ass, Larry's at a loss for words. "Congratulations, congratulations," says NASDAQ president Robert Greifeld. "This offering is great for all of us. Great for Google, great for the NASDAQ. It's going to be a great success!"  Larry mumbles, "It will be interesting to see what happens."  A few feet away, Google's CEO, Eric Schmidt, is chatting with John Doerr, one of the company's venture-capital investors and a member of its board. At 49 and 53, respectively, they are senior members of the Silicon Valley patriarchy. Schmidt is the former CEO of the software firm Novell and, before that, was a longtime executive at Sun Microsystems. Doerr, the marquee partner in the VC firm Kleiner Perkins Caufield &amp; Byers, is the financier who bankrolled Netscape, Amazon.com, Compaq, and Sun. Between them, Schmidt and Doerr have spent more than fifty years in the Valley. But as both will attest, they have never encountered a pair of founders quite like Larry and Sergey—or an IPO quite like this one.  What started out at the founders' instigation as a grand experiment in popular capitalism has turned into what this morning's  Wall Street Journal  described as "a rather messy affair." There have been inquiries by the Securities and Exchange Commission, acid criticism in the media, and investor skittishness about the price of the stock and about the auction by which it's being sold. (And let us not forget the pièce d'incompetence: a Playboy interview with Larry and Sergey that came out during the SEC-mandated "quiet period" and made the Google PR team look like a bunch of, well, boobs.)  So while Schmidt and Doerr must surely be taking comfort in the fact that they're about to make a bundle, they must also be praying silently that nothing else goes wrong. Suddenly, there's a flurry of activity, a scurrying of factotums. Two pretty young women in short black skirts cry out for sparkling water and napkins. Schmidt and Doerr glance around the room, finally clocking the cause of the commotion: Larry has planted his billion-dollar butt in a plateful of crème fraîche.  As the young ladies gamely dab his bottom, trying to rid him of his stain, Larry stands stiffly, his face the color of claret. Schmidt turns to me and rolls his eyes. "These things happen," he says. "We've seen worse."  The rise of Google is a tale often told as a Silicon Valley classic. Two precocious Stanford grad-student nerds swept up in the fever of the Internet boom invent technology that profoundly changes the experience of the Web; they drop out and start a company (in a garage) that achieves iconic status; they stage a historic public offering, achieving vast wealth and fame.  This version of events is accurate in all its particulars. If anything, it understates the case. Arguably the most important technology company to emerge in two decades, Google is as ubiquitous as the Internet itself. By the end of 2004, the controversies that plagued its IPO were long forgotten. Its stock was trading at around $190—more than double the offering price—and Larry and Sergey were worth approximately $7 billion each. They'd even made it onto Barbara Walters's list of the year's "Most Fascinating People."  But beneath these familiar surface details, the Google story is more nuanced and compelling. It's a story about the clash between youth and experience, more a messy ensemble drama than a simple buddy flick—one whose main characters have persistently deviated from any script, resulting in unexpected twists and turns that haven't come to light until now.  Through boom and bust, the prevailing plotline in Silicon Valley has revolved around fathers and sons. And despite the caricature of the Valley as a realm where the latter are constantly cudgeling the former, the relationship has often been more traditional than outsiders assume.  Like every other precinct of the business world, the Valley has long been in thrall to the Serious American Executive, the seasoned CEO, valued for his maturity and credibility with Wall

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

Street. At the height of the dot-com bubble especially, the importing of bosses with top-heavy CVs became the fashion in the Valley, even as the image of the place was centered on its pizza-munching, Rollerblading tyros. At Netscape, Yahoo, eBay, and many other start-ups, twentysomething founders were soon reporting to executives old enough to be their parents. Netscape phenom Marc Andreessen had CEO Jim Barksdale. Yahoo's Jerry Yang and David Filo first had CEO Tim Koogle and later Terry Semel. Frequently, these executives had no experience in technology. They were typically, however patronizingly, referred to as the "adult supervision," and their job was to engender a semblance of corporate sanity and discipline—in other words, to keep the kids in line. Their presence also highlighted where the real power in the Valley rested: with the venture capitalists who had installed them in the first place.  Larry Page and Sergey Brin are, in Silicon Valley terms, of a different generation than Andreessen, Yang, and Filo. Which is to say, they started their company four years later. By then the pair had determined they had no use for many of the Valley's customs. At every stage in their quest to build what Larry describes as "not a conventional company," they have ignored the adamant advice of Google's designated grown-ups. They've accepted a middle-aged CEO but denied him full authority. They've displayed indifference, even contempt, for Wall Street, their stockholders, and the press.  And while the Google IPO provided some of the most vivid scenes so far in the company's patricidal drama, those tense enactments weren't the first, and they won't be the last. Michael Moritz, the other venture capitalist behind Google, once told me, "Most people think that IPOs are the climax of a company's story, but in fact they're just the first chapter." He went on to say that a company's genetic code gets set in its first eighteen months. "After that," he said, "companies are impossible to change; their cultures are hardwired in. If the DNA is right, you're golden. If not, you're screwed."  In January 1996, Larry, a reticent midwesterner who had gained renown in college by building an ink-jet printer out of LEGOs, and Sergey, a Muscovite by birth and an amateur trapeze artist, started working together on technology to search the Internet. At the time, most search engines based their results on the number of times a search-for term appeared on a given Web site. Larry and Sergey, both in the midst of pursuing their Ph.D.'s in computer science, surmised that it would be better to base searches on relevance; they believed popularity mattered—that the more often a site was linked to, the more relevant it was likely to be. Using complex algorithms, they devised a system they called Page-Rank, after Larry, and they put it at the heart of their search engine, first dubbed BackRub and soon thereafter, Google.  Within two years, Google was the rage among the online cognoscenti, and Larry and Sergey were toying with the idea of starting a company. In August 1998, on a porch in Palo Alto, they delivered a demo to Sun cofounder Andy Bechtolsheim, a legend in the Valley for his engineering prowess and his nose for talent. He took one look at the demo and ambled off toward his car, then came back with a $100,000 check made out to Google, Inc.  In Bechtolsheim, Larry and Sergey had found their first big brother. In short order, they found several others, from whom they collected $1 million in seed money. But Larry and Sergey knew that a million bucks wouldn't last long in the boom-era Valley, so they made their way up to Sand Hill Road, where the Valley's venture capitalists cluster in a kind of multimillionaires' ghetto.  For the most part, Sand Hill Road proved inhospitable to Google. The VCs didn't think search was a promising business; the field was already crowded, the leaders (Yahoo and Excite) firmly entrenched. The VCs also recoiled from the price tag on the deal, which valued Google at a brisk $75 million. And they didn't seem to care much for Larry and Sergey, either. "They really had an attitude," one of them recalls. "It was: We're smarter than you, our stuff is great, everyone else's sucks."  But two VCs felt differently: John Doerr, of Kleiner Perkins, and Mike Moritz, of Sequoia Capital. Doerr was arguably the most important venture capitalist in the Valley, and Moritz was the VC who'd backed Yahoo. With Moritz behind them, Larry and Sergey reasoned, Google would have a line into a company they badly wanted to do business with. Similarly, they saw Doerr and his firm as an avenue into AOL, which Kleiner had financed. For their parts, Doerr and Moritz were as smitten with Google's product as Bechtolsheim had been. The absence of a business plan didn't faze them; nor did the price. Indeed, Doerr was known to advise novice VCs, "If you like the founders and you like the technology, price doesn't matter."  By May 1999, Doerr had decided he wanted to invest in Google, and so had Moritz. Given the connections each could provide, Larry and Sergey were keen, even adamant, about snagging both as backers. There was just one hitch: Neither father was inclined to share custody of his new favorite sons.  Before the internet bubble, it was common for venture firms to team up on

 deals in order to spread risks and defray costs. By 1999, however, the size of many VC funds had swollen to $1 billion or more, and the venture capitalists had more money than they knew what to do with. Not only was collaboration no longer necessary; it wasn't desirable.  Nowhere was the every-VC-for-himself ethos more ingrained than at Sequoia and Kleiner Perkins. Two of the oldest venture firms in Silicon Valley, they were also

THE BOOK OF TESLA. Copyright and original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the most powerful and influential. But in outlook and demeanor, they were diametric opposites. Kleiner was flashy, promotional, profligate; Sequoia was low-key, gritty, frugal. In the words of one Kleiner partner, William Randolph Hearst III, "KP is Athens; Sequoia is Sparta."  Doerr and Moritz were as different as their firms. Doerr: midwestern, Catholic, schooled as an engineer at Rice University. Moritz: Welsh, Jewish, schooled in history at Oxford. Doerr's introduction to Silicon Valley was selling microchips at Intel. Mor-itz's intro was covering the Valley for  Time.  Where Doerr was an enthusiast prone to hyperbole ("the largest legal creation of wealth in the history of the planet" was how he famously described the Valley during the boom), Moritz was a skeptic and a cynic (his view of the Valley in 1998: "There's going to be a lot of flesh on a lot of windshields"). And although no overt animosity existed between them, they were rivals who only rarely worked together.  Taking on the task of getting the VCs to commingle were a pair of Google advisers, Ram Shriram and Ron Conway. Shriram, a former Netscape executive and one of Google's seed-money suppliers, had known Doerr for years; and Conway, a Silicon Valley angel investor (one who puts small sums into start-ups before they're ripe for VC funding), was friendly with Moritz. Day after day, Shriram and Conway wheedled and romanced the venture capitalists, all to no avail. "You had to convince both sides that Larry and Sergey were really serious about wanting two VCs," an early Google insider says. "John and Mike both wanted to do the deal alone. It turned into a fight. They didn't realize how headstrong the founders were."  Larry and Sergey couldn't believe what was happening. Neither could Doerr or Moritz. During the dot-com melee, the VCs were constantly confronted with money-hungry children wanting to be taken care of. But here the kids were saying, "You guys have to learn to share."  About a month into the standoff, Larry and Sergey called Conway and said, "Get a list together of your angel friends—we might just do the whole deal with angel money. KP and Sequoia don't get it. We're gonna give them another couple of days, and then it's over."  Conway and Shriram delivered the message. The next Saturday morning, Conway was sitting in a Starbucks parking lot when he got a call from Shriram. "The fight is over," Shriram said. "They're both going to invest, and it's going to be fifty-fifty."  On June 7, 1999, Google announced the financing: a $25 million infusion, led by Kleiner Perkins and Sequoia. The VCs each now owned roughly 10 percent of Google, and Google now had all the money it would need to pursue its ambitions. But Larry and Sergey had acquired something more valuable than money, and potentially more problematic: a sense that, unlike so many young founders before them, they could defy the grown-ups' wishes and not be punished for it.  Despite their differences, Moritz and Doerr agreed emphatically about one thing: Google needed to hire an A-list CEO, and quickly. Before investing, they had elicited a verbal commitment from Larry and Sergey that they would do just that.  But while Larry and Sergey had assured the VCs that they agreed, they did nothing about it. To be fair, they were busy moving Google and its sixty-odd employees into a new headquarters in Mountain View, which they dubbed the Googleplex; they were coping with skyrocketing popularity, to the tune of 4 million queries a day; and they were striking their first major licensing deal, to provide Web search for AOL/Netscape.  Still, as months rolled by and 2000 approached with no CEO on the horizon, it was clear that the boys were balking about bringing in someone above them. Eventually, they began to make the case ardently against adult supervision, citing Bill Gates, Jeff Bezos, and Michael Dell as precedents. "They saw the founders who had retained control as CEOs as the best, most creative, and most successful," says Dave Whorton, a venture capitalist who was then Doerr's protégé. "What they didn't see were all the others who had failed. That wasn't in their data set."  Moritz monitored the situation with mounting frustration. Suspicious by nature, he'd doubted all along that Larry and Sergey would honor their commitment. Confronting them, he threatened to pull Sequoia's money if they refused to yield. "It was not a pleasant conversation," Moritz recalls. "In the heat of things, I rattled my saber loudly." Doerr told me at the time that he, too, was contemplating such a threat. But instead he chose a different tack. What Doerr was hearing from Larry and Sergey was a combination of the engineer's demand for logic and the adolescent's impulse to challenge parental authority. "Because we say so" or "because that's how it's done" would never convince the boys of anything, and that was what the VC's arguments sounded like to them.  So Doerr proposed that the boys take a little tour around Silicon Valley. He would arrange for them to meet and discuss the matter with some of the industry executives they had long admired. The names on Larry and Sergey's itinerary comprised a high-tech murderer's row: Intel chairman Andy Grove; Amazon.com's Bezos; Sun chairman and CEO Scott McNealy; Intuit founder and former chairman Scott Cook—the list went on and on.  Doerr discreetly kept tabs on the meetings as they stretched out over several weeks. At one point, he asked Bezos what he thought of the boys' obstinacy.  "Hey, some people just want to paddle across the Atlantic Ocean in a rubber raft," Doerr recalls Bezos replying. "That's fine for them. The question is whether you want to put up with it."  The prospect of putting up with it became more palatable when Doerr heard back from Larry and Sergey. Having gotten Socratic

THE BOOK OF TESLA. Copyright by original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

with their heroes, they were finally prepared to acquiesce in the hiring of a CEO. Their definition of acquiescence, however, was neither unconditional nor expeditious. "If Larry and Sergey were given clear instructions by a divine presence, they would still have questions," Moritz says.  For more than a year, in fact, Doerr and Moritz would continue to tear at their hair. But Larry and Sergey refused to be rushed; they took their own sweet time. "Most young people starting companies are afraid," says Joe Kraus, who at 21 was a founder of Excite. "They're afraid of failing. Afraid of getting it wrong. Afraid of missing their chance. Afraid, especially, of saying no to John Doerr. But these guys weren't afraid."  When Google announced in early 2001 that Eric Schmidt was becoming its chairman—a move followed a few months later by his installation as CEO—Silicon Valley was puzzled. For the past four years, Schmidt had served as CEO of Novell, and for nearly fifteen before that he was a senior executive at Sun. So his decision, in the midst of the NASDAQ meltdown, to join a dot-com start-up—a search-engine start-up, no less—simply did not compute.  Actually, it did. Schmidt's tenure at Novell had been decidedly less than joyful. Novell was a company in steep decline when he arrived, and his labors had only modestly reversed it. Worse, hardly anyone gave a damn if Novell lived or died; its software was boring even to software freaks.  For Schmidt, working at Google was an ideal solution to a high-tech midlife crisis. It put him back at the center of the action while letting him kick it with the boys. Describing his attraction to Larry and Sergey, Schmidt says, "We're not just three random guys. We're all computer scientists with the same interests and backgrounds. The first time we met, we argued for an hour and a half over pretty much everything—and it was a really good  argument."  Schmidt met all of Larry and Sergey's stringent criteria. He had a credible name, a Ph.D. (from Berkeley), and he promised not to push the boys aside or dismantle the quirky culture they'd engendered. "The board members told me, basically, 'Don't screw this thing up!' " Schmidt says. "They said, 'It needs some infrastructure, some growing, but the gem here is very real.' "  At a glance, the culture Schmidt pledged not to replace seemed a relic of the just- bygone era: The Googleplex looked like a dot-com wax museum. There were lava lamps, beanbag chairs, an on-site masseuse. But beneath the comically clichéd trappings, Google was becoming something interesting—and powerful. Having cut deals with an array of companies, most critically Yahoo, Google was processing more than 100 million searches a day and indexing an unprecedented 1 billion Web pages. Fueling this growth was a relentlessness about innovation. Larry and Sergey were openly, brutally elitist when it came to hiring engineers. (Job applicants, no matter their age, had to submit their college transcripts.) In software and hardware, Google's innovation was remarkable. Using off-the-shelf components, the company was building what was, in effect, the planet's largest computing system. And its official mission—"to organize the world's information and make it universally accessible and useful"—extended far beyond searching the Internet.  "I did not understand when I came to the company how broad Larry and Sergey's vision was," Schmidt says. "It took me six months of talking to them to really understand it. I remember sitting with Larry, saying, 'Tell me again what our strategy is,' and writing it down."  At the

 same time, the boys had fostered an environment that was flamboyantly idealistic. Search was all, profit peripheral, "Don't be evil" the corporate motto. (Asked later what the slogan meant, Schmidt would say, "Evil is what Sergey says is evil.")  In short, Larry and Sergey had already encoded the DNA of the company Schmidt was supposed to run. The character they instilled in Google could be summed up in three phrases: Technology matters. We make our own rules. We'll grow up when we're damn good and ready.  The boys' reality took some getting used to for Schmidt. It wasn't just the dot-com fripperies that fazed him or the dogs trotting up and down the halls. It was the squatter in his office. (The interloper was an engineer frustrated with the bustle in his own shared quarters. After first attempting to evict him, Schmidt gave up and endured the situation for several months.) He also found himself frequently occupied with grounding Larry and Sergey's flights of fancy. There was the time the boys suggested having Google enter the business of low-cost space launchings. And the time Larry reportedly tried to ban telephones from a new Google office building.  Even so, Schmidt now looks back fondly on the genesis of the relationship. "Our roles evolved quickly," he says. "Sergey is the master dealmaker, Larry is the deep technologist, and I make the trains run on time." Seizing on a different analogy, he adds, "We developed the equivalent of what's known in basketball as a run-and-shoot offense: Larry and Sergey's only goal is to run to the other end of the court as fast as possible, so they're always ahead of everyone else, strategically, technologically, culturally. I'm the not-running-ahead person. I stay back and get the rebounds."  Others, however, viewed the apparent anarchy at Google more skeptically. Stewart Alsop, a venture capitalist and former journalist, recalls interviewing Schmidt onstage at an industry conference. "I asked him, 'How the hell do you make decisions? From the outside, it seems crazy.' Eric spent forty-five minutes trying to answer, but he couldn't describe it. And the thing was, he was proud of that. He said it was a new way of doing business. There was no

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

hierarchy; they acted as a triumvirate of equals. They were breaking all the rules. I thought it was a disaster in the making."  Doerr's views were less apocalyptic, but he harbored some concerns. "The company wasn't falling apart," says one of his Kleiner partners, "but it could have been headed in the wrong direction. The situation was unstable."  Seeking to stabilize it, Doerr picked up the phone and sought an intercession from Bill Campbell. Campbell, former CEO and current chairman of Intuit, as well as an Apple board member and Steve Jobs confidant, was one of the most respected executives in Silicon Valley. His nickname was the Coach—a reference both to his past as a college-football field general and his present sideline as an informal management adviser. Now, in late 2001, Campbell started logging hours at Google, visiting the company several times a week, playing mentor to Larry, Sergey, and Schmidt—a relationship that has only grown over time, though it has never been publicly disclosed before in any detail. "Don't overdramatize my role," Campbell urges me. "I'm just another set of eyes, another person in the room."  Hardly. "I think John Doerr would say Bill Campbell saved Google," says Kleiner partner Will Hearst. "He coached Eric on what it meant to be a CEO—not the CEO of Novell but of a company like Google. He taught Eric it's a lot like being a janitor: There's a lot of shit you have to do. And he spent a lot of time with Larry and Sergey, explaining the difference between being a cool company or a smart company and being a successful company. It didn't happen overnight, but Bill Campbell won."  "God bless that man" is what Doerr says. "I don't know where the company would be without him."  Moritz concurs: "He is the quiet, behind-the-scenes, unsung hero in this whole epic."  Even Schmidt, who might have felt undermined by Campbell's presence, has nothing but praise for him. "At first we tried to integrate him just a little bit, but we eventually decided our only goal was to get as much of Bill's time as possible. Our basic strategy is to invite him to everything. He's priceless beyond belief."  Google's embrace of Campbell marked a turning point for Larry and Sergey. It was a symbol of their dawning awareness that they had some things to learn—and that with age occasionally comes wisdom. Campbell's arrival also signaled Google's transition from a glorified research lab into a proper company, one that cared about management and, yes, even making money.  Since its founding, Google's financial condition had been, as Moritz describes it, "lots of cash outgoing, very little incoming, and we were trying to pin the tail on the donkey as to what the business was."  In 2000, Google started experimenting with advertising. Because Larry and Sergey had long been vehemently opposed to banner and pop-up ads, the company's approach was minimalist: unobtrusive, text-based messages on the right side of the page. Late the next year, the company unveiled a program called AdWords, which let advertisers bid for keywords, with higher bidders getting better placement and being charged a fee only when users clicked on the ads. (In much of this, Google was following a path blazed by rival Overture Services, which later sued for patent infringement. The case was ultimately settled out of court.) In 2003, Google launched AdSense, a program extending its ad system to non-search sites, in effect making Google a media broker for Web operators ranging from  The New York Times  and AOL to countless humble bloggers.  Advertising turned Google into a commercial juggernaut. In 2001 the company had $87 million in revenues and was barely in the black; two years later, its sales had soared to $1.5 billion and its operating profit to more than $340 million. The company had introduced Google Image Search, Google News, and Froogle, and its name made the syntactical leap from noun to verb. The only question now was when, not whether, the company would cross the Rubicon. All eyes in the Valley and on Wall Street turned to the Google IPO.  Larry and Sergey were never wild about going public. The main rationale for doing it was to raise money, and Google already had plenty. The boys knew that past IPOs had unleashed tidal forces of greed and envy that wreaked havoc on promising start-ups. They also knew that being a public company meant acquiring a new and demanding set of masters: Wall Street analysts, shareholders, securities regulators, the press. Your ability to keep commercial secrets diminished dramatically. If this was what it meant to be an adult company, who wouldn't prefer perpetual adolescence?  But the end of Google's adolescence wasn't optional. The boys had obligations to their investors and underlings. Doerr and Moritz, both sitting on funds that had been hammered by the collapse of the bubble, were keen to cash in their Google chips, while employees who'd been slaving for years were eager for a payday that would put rental housing behind them. On top of that, there was an SEC rule that would require Google (due to the number of shares it had given out) to start publishing its financials in April 2004. Public or private, the veil of fiscal secrecy was about to be lifted.  In the fall of 2003, the Google high command began discussing the IPO in earnest. Almost immediately it was apparent that Larry and Sergey had no intention of staging a traditional offering where Wall Street underwriters ran the show—setting the price of the shares and doling them out to favored investors, who could then expect a windfall from a first-day run-up in the stock. Instead, the boys wanted to conduct the IPO through a Dutch auction, a novel process allowing anyone who wanted to own a piece of the company to bid for its newly minted stock in the days before it started

trading. They also wanted to issue two classes of shares, giving Larry, Sergey, and Google's executives and directors ten-to-one voting power over ordinary investors. And they wanted to make it clear that Google wouldn't accede to Wall Street's congenital short-termitis. Its executives would focus on the long term, not be slaves to quarterly profits.  Each of these positions had its virtues. Dutch auctions promised to let small investors in on the IPO action; to reduce the power of underwriters to game the system, as they had done so flagrantly during the bubble; and to maximize the financial return from the offering to Google—as opposed to Wall Street. Dual-class voting structures, too, had advantages, which is why they were used by media giants like   The New York Times and by the sainted Warren Buffett's Berkshire Hathaway. With two share classes in place, the chances of a hostile takeover of Google would be virtually nil. As for short-termitis, who could deny that pressure to "make the quarter" had led to much corporate mischief?  "None of this was ill-considered," says maverick San Francisco banker William Hambrecht, a vocal proponent of Dutch auctions and an underwriter of the Google IPO. "They had talked to Buffett, talked to Steve Jobs, talked to lots of people. They were trying to do the right thing for the company—to avoid the mistakes of the past."  But taken together, Larry and Sergey's plans sent a different message: They intended for Google to be a public company that operated as if it were private. "They said, 'If we have to go public, we'll go public,' " says a pre-IPO Google investor. " 'But we're going public on our terms—we're going to have our cake and eat it, too.' " The Wall Street bankers who would wind up leading the deal, at Morgan Stanley and Credit Suisse First Boston,

 privately issued dire warnings about proceeding with an auction. They argued that unsophisticated individual investors might bid up the stock on opening day to a stratospheric level—to a market value as high as $100 billion, they said—only to have it come quickly crashing down, a costly embarrassment.  Moritz, who had done an auction IPO previously with Hambrecht, thought these warnings were overblown. But Doerr and others were swayed. The fear that the IPO might "run away from us," as Doerr put it, led to various maneuvers designed to dampen demand from individual investors: an offering in August, when the market was usually slow; a complex registration process for bidders; a high price on the stock. The result was a kind of bastard deal, a compromise between Larry and Sergey's mold-breaking aspirations and the conservative instincts of the grown-ups, forged in an atmosphere suffused with Sturm and Drang.  "We said, 'If you want to do an auction, do a fucking auction,' " says a partner in one of the VC firms. " 'But why don't you also try listening to us? We're not new to this, you know. Warren Buffett is your guru? Is this the same Warren Buffett who doesn't want anything to do with tech stocks? Are we talking about the same Warren Buffett?' " Apparently, yes. Early in the last week of April, just days before Google was set to file its IPO paperwork, Larry told the board he'd decided to write an open letter, à la Buffett, to be included in the document. Nervously, the board consented, but time was running short. The night before the deadline, Doerr drove to the Googleplex. It was after midnight, and Larry was laboring like a college student on speed crashing a term paper. Doerr read Larry's manifesto: " 'An Owner's Manual' for Google's Shareholders." And then, as gently as possible, Doerr said, "We need an editor."  Even after being edited, the letter, like the IPO itself, debuted to mixed reviews. From Wall Street, with its antipathy toward auctions, came a torrent of unattributed sniping. Corporate-governance mavens pilloried the dual-share structure, which seemed starkly at odds with the populist tone of Larry's letter. Then came the news that, of the 24.6 million shares being offered, 10.5 million were being sold by Google insiders, including Larry and Sergey. For the first time in the boys' careers, they were tarred by the brush of greed.  By early August, when Larry, Sergey, and Schmidt set off on the IPO road show, the offering was reeling. With the NASDAQ down 15 percent from its January high, the stock price—projected by the company at $108 to $135 a share—looked excessive. Wall Street piled on the criticism; mistakes piled up left and right. Investors attending the road show described the Google troika as unprepared, uncommunicative, and smug. As the press turned nasty, Google, throttled by the quiet period, could do nothing to stanch the bleeding, which only grew more profuse with the appearance of the   Playboy   interview. Though what the boys said in the interview wasn't controversial, its appearance at a time when they were required to be silent indicated either disregard for the rules or screaming incompetence.  Was the backlash fair? Bill Hambrecht thinks not. "The biggest frustration among institutions was that they weren't getting inside information from Eric, Larry, and Sergey. Normally, a company says, 'We can't give you forward projections, but talk to our bankers.' But Google didn't do that. They followed the rules. They got a bum rap."  Bum or not, the rap took its toll. On August 13—a Friday, note—Google opened its auction. For five days, bids flowed in across the Internet. Soon it was clear that the efforts to tamp down retail demand had worked all too well; more than 80 percent of the buyers turned out to be institutions. What those institutions wanted, naturally, was a first-day pop in the stock. With striking consistency, they bid just below the price range Google had initially set. In effect, the institutions

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

were demanding a discount—and they got one. On August 18, Google announced it was scaling back the offering to 19.6 million shares and selling them for $85, 37 percent below the top of the original range. The next day, Google's stock opened trading just before noon at $100. Among the Googlers surrounding Larry and Schmidt on the Morgan Stanley trading floor, the sense of relief was palpable, the celebration muted. Within a half hour, the Google guys were gone, and I found myself asking Doerr if he considered the IPO a success. "Absolutely," he replied. "We raised $1.6 billion for the company—a record for a technology IPO—and the investors all made money."  But what about the pummeling of Google in the press? The damage to its image? "I think six months from now the bad press will be forgotten. The company, its merits, what it's doing, how it's doing, will be the only things that matter."  Have Larry and Sergey learned anything? I asked. Have they been humbled, even humiliated? Doerr thought for a minute. "I don't know," he finally said. "They may feel humbled and humiliated—or they may feel differently as of the last half hour. What I don't think will change is how they run the company. They both have—" he chuckled "—incredibly strong points of view. But I do think they're learning all the time. I also think they're growing. Not growing up—I hate it when people call them 'the boys.' Please don't ever put those words in my mouth. I don't think of them that way. And if I ever did, I sure don't anymore."  Today, there's no disputing that Doerr was right about one thing: Google's affliction with negative press was temporary. Since the IPO, headlines have heralded an avalanche of Google products and projects, each intriguing, some truly thrilling: Google Library. Google Print. Google Scholar. Google Desktop Search. Wall Street, meanwhile, has embraced Google as if it were the new Microsoft—and maybe it is. In the first three quarters of last year, its sales surpassed $2 billion, and its operating profit margin, of more than 60 percent, was greater than that of the Beast from Redmond at its zenith.  Even so, a corps of doubters remains. Skeptical moneymen point out that the company's market value, of roughly $50 billion, is possibly a mirage, artificially inflated by the scarcity of tradable Google stock. In November, December, and January, fresh tranches of shares hit the market as company insiders were gradually allowed to sell their holdings. But by far the biggest flood of new shares, 177 million, were unlocked on February 14. (Larry and Sergey plan to sell roughly 19 percent of their holdings in the next fifteen months.) At the same time, Google's rivals are swarming. Amazon has plunged into search. Yahoo has redoubled its efforts. And Microsoft makes no bones of its aim to turn Google into the next Netscape.  But to those who know Google best, these are not the stickiest issues. John Battelle, author of a forthcoming book on the company, observes, "I'm not saying that Microsoft—or AOL, or Yahoo—can't prosper, or even 'win' in the long term. But crush Google à la Netscape? No friggin' way. The only thing that can kill Google is Google itself."  In Silicon Valley, few people think the ungainly triumvirate at Google is heading off a cliff. The perception instead is that they've figured out an agreeable modus vivendi. "If you gave Eric sufficient alcohol," says Stewart Alsop, "he would tell you, 'I'm not here to run the company; I'm here to get along with Larry and Sergey. I'm here to make the trains run on time, collect my money, and go home.' " Alsop adds, "Eric doesn't have a huge ego. He's willing to suffer the myriad small indignities of being a pet CEO."  But when I had lunch with Schmidt last fall at the Googleplex, it didn't seem quite that simple. He had just returned from attending the Forstmann Little conference in Aspen. Though he's been going for the past ten years, he explained, this was the first time he'd been seated for dinner at the head table—next to Elizabeth Hurley. "I guess I've finally made it," he said with a grin.  As it happened, the boys were away on a round-the-world business trip. The previous day, Schmidt said, they had been in Dublin, where they'd met Ireland's Deputy Prime Minister Mary Harney—and presented her with a Slinky. "We are in the presence of greatness here," Schmidt remarked in perfect deadpan. "Even if we can't always see it."  With evident trepidation, a Google PR specialist asked if Larry and Sergey were going to participate in the upcoming third-quarter-earnings call to analysts, the company's first chat with Wall Street since going public. Schmidt replied that the boys were planning to "lurk" silently on the call with him and the chief financial officer. "They said they'd only interject if something 'interesting' is said. I told them, 'Larry, Sergey, the whole thing is going to be scripted and vetted by the lawyers—that's our new world. Nothing   interesting   is going to be said. Is that clear?' "  Two weeks later, on the call, Larry and Sergey gave detailed presentations that were as lengthy as Schmidt's. The truth is, Schmidt finds himself in a supremely confounding, if not impossible, position. All along, he's been torn between wanting to run with the boys and wanting to take away their allowance. But now that Google is public, this balancing act is immeasurably more difficult.  "The question is, What's the best way to run a company " he says on a balmy January afternoon in Mountain View. "In the last ten years, we had this notion of the all-knowing celebrity CEO, with his picture on the magazine covers. And I don't think that's the right way. There's a book by this guy James Surowiecki. It's called   The Wisdom of Crowds,   and he's got, like, 500 examples of how, if you look at the decisions of big groups and

THE BOOK OF TESLA. Copyright by the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

individuals, the groups do far better on average. So the way we actually run the company is, we get everyone in the room, we encourage discussion and dissent, and then someone, usually me, pushes for an outcome, even if I disagree with it. That's how we get velocity, and velocity is what matters in companies of size. You want to always be pedaling faster."  As for the workings of the triumvirate, Schmidt says, "We have agreed to collaborate, and we collaborate in a specific way: If one of us feels strongly about something, the others can't cut and run— they can't just go and do whatever the hell they want." He adds, "Every successful company has ultimately had multiple decisionmakers, at least in their formative stages: Bill Gates and Steve Ballmer at Microsoft. Bob Noyce, Gordon Moore, and Andy Grove at Intel. Scott McNealy and Vinod Khosla at Sun. The difference is, we're telling the truth about it."  Even so, formally, legally, Schmidt is the man in charge; he's the one who will be the target of Wall Street's ire or any lawsuits filed by pissed-off shareholders. But Larry and Sergey plainly hold all the cards at Google. They each have more than twice the voting power Schmidt has as well as the loyalty of the engineers. (A telling reflection of the CEO's status can be found in the official corporate history posted on Google's Web site: In a document of 3,756 words, which mentions Doerr, Moritz, Ram Shriram, Andy Bechtolsheim, and others, Schmidt's name appears not once.) Even if he takes away the boys' allowance, they have their own credit cards. Which brings us back to Larry and Sergey and the question of what they've learned. Having repeatedly ignored the prevailing wisdom in Silicon Valley—inventing a search engine when everyone knew search was dead; building a business on Internet advertising when everyone knew it was impossible; antagonizing two revered VCs whose rings they should have been kissing—the boys have undoubtedly learned that conventional wisdom often isn't wisdom at all. But salutary as that lesson is, there's also a danger to it. As Excite founder Kraus puts it, "The risk is, they'll think the hallmark of a good idea is that everyone says it's dumb." Similarly, it would be easy for the boys to conclude that dissing Wall Street carries no penalty. In the IPO, they told investment bankers and investors to go pound sand—and they wound up happy billionaires. Today their message to shareholders remains: Trust us, or put your money elsewhere.  All of that is fine for now. As long as Google is growing like gangbusters and making money like the U.S. Mint, Wall Street, investors, and employees will be infinitely indulgent.  But if the history of the technology industry teaches us anything, it's that no one is ever that lucky—at least, not for long. Every important high-tech company has at some point stumbled and fallen on its face. Microsoft, Intel, Oracle, Sun, Apple, Cisco—all have made severe mistakes, paid a price, and then survived in large part because they understood what being a public company is about. They learned that Wall Street matters.    That investors like transparency. That "trust us" isn't enough.    When crisis eventually comes to Google—and it will   —the company's fate will depend on whether they have absorbed a handful of lessons that apply as much to life as they do to business: Adulthood happens. You can't make all your own rules. And everyone fucks up.    John Heilemann has been writing about Silicon Valley for more than a decade and is the author of   Pride Before the Fall

**Silicon Valley's embedded culture of rape, misogyny and abuse demonstrates why they had no moral issue with felony corruption**

## Silicon Valley cartel: Apple, Google, and others

A group of 60,000 **Silicon Valley** workers got clearance today to move ahead with a lawsuit based on an explosive allegation that Apple, Google, Adobe, and …
    slate.com/blogs/moneybox/2014/01/15/silicon_valley_…
More results

THE BOOK OF TESLA: Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# The Cartels of Silicon Valley – CounterPunch

Last week Mark Ames published an article that should forever destroy any connection between the **Silicon Valley** tech billionaires and libertarian worldviews.

counterpunch.org/2014/02/06/the-cartels-of-silicon-valley/

More results

# The Silicon Valley cartel | MetaFilter

Mark Ames on **Silicon Valley's** conspiracy to drive down workers' wages: In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs …

metafilter.com/135966/The-Silicon-Valley-cartel

More results

# Former NYC Regulator: Uber a 'SiliconValley Cartel' in ..

**Silicon Valley's** latest class of transportation disruptors, which is led by Uber and Lyft, can be described in a myriad of ways, but the word "**cartel** …

foxbusiness.com/technology/2014/07/24/former-nyc-regulato…

More results

# Mexican Cartel Links to Silicon Valley | NBC Bay Area

Often, families living in **Silicon Valley** work for the **cartel** processing the drugs, sometimes out of their homes. "It is a business," he said.

nbcbayarea.com/news/local/Mexican-Cartel-Links-to-Silico…

More results

# Silicon Valley fends off cartel concerns | GlobalPost

Mexico's **Silicon Valley** fends off **cartel** concerns. Tech geeks scramble to build the next Facebook in the drug war's shadow. Tweet. Enlarge.

globalpost.com/dispatch/news/regions/americas/mexico/120…

More results

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Silicon Valley Anti-Poaching Cartel Went Beyond a Few Tech

The gentleman's agreement that several **Silicon Valley** firms are now widely known to have taken part in to minimize employee poaching within their own circles went …

   yro.slashdot.org/story/14/03/23/1945242/silicon-valley-ant…

More results

# REVEALED: Court docs show role of Pixar and Dreamworks

Just when the tech giants behind the **Silicon Valley** "Techtopus" wage fixing **cartel** thought the worst was behind them, US District Judge Lucy Koh has thrown a …

   pando.com/2014/07/07/revealed-court-docs-show-role-…

More results

# The Techtopus The Silicon Valley Wage Suppression Cartel W

The Techtopus The **Silicon Valley** Wage Suppression **Cartel** W Mark Ames, TV Series Full Episodes English Subtitles

tvseriesonline.xyz/bVhXTMpP-d0/the-techtopus-the-silicon-val…

More results

# Silicon Valley Drug Bust Shows Strong Ties To Mexican Cartels

… Patrick Vanier, Santa Clara County, **Silicon Valley**, … **Silicon Valley** Drug Bust Show Strong Ties To Mexican **Cartel**; KCBS' Matt Bigler Reports

   sanfrancisco.cbslocal.com/2014/04/25/silicon-valley-drug-bust-shows…

More results

# Engineers Allege Hiring Collusion in SiliconValley – NYTimes.com

A class-action suit by **Silicon Valley** engineers against companies including Google, Apple and Intel has revealed details of an agreement among them not to …

   nytimes.com/2014/03/01/technology/engineers-allege-hi…

More results

# Elon Musk: Government's $5 Billion Man – Investors.com

THE BOOK OF TESLA: Copyright, to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p…

C apitalism 2015: In corporate finance today, the theme is "Go where the money is." For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn …
    news.investors.com/ibd-editorials/060515-756051-elon-musk-ma…
More results

# Elon Musk | AgainstCronyCapitalism.org

**Elon Musk**, as likable a guy as he is and as cool as his cars are, is a big time **crony** capitalist. In fact, as the LA Times reports, **crony** capitalism is absolutely …
    againstcronycapitalism.org/tag/elon-musk/
More results

# Tesla Loving Care | The American

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** build these mobile … Tesla Loving Care. The charmed life of a **crony** corporatist …
    spectator.org/articles/61877/tesla-loving-care
More results

# Elon Musk's growing empire is fueled by $4.9 billion in crony cash. Let's crowd-fund Elon Musk's trip to Mars and send him there as fast as possible ..

**Elon Musk's** growing empire is fueled by $4.9 billion in government subsidies … **Musk**/Tesla and company are very good about repaying Govt loans.
    freerepublic.com/focus/news/3295334/posts?page=19
More results

# Elon Musk's growing empire is fueled by $4.9 billion in ..

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running companies that make electric cars, sell solar panels and launch rockets …
    latimes.com/business/la-fi-hy-musk-subsidies-20150531…
More results

# The Tesla Fraud – LewRockwell.com

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** … monuments to **crony** …

THE BOOK OF TESLA. Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

The argument is that each Tesla built with these **kickback** …

[lewrockwell.com/2015/02/eric-peters/the-tesla-fraud/](lewrockwell.com/2015/02/eric-peters/the-tesla-fraud/)

More results

# Nevada, Taxes, Elon Musk, CronyCapitalism and Jobs – WSJ

Nevada, Taxes, **Elon Musk**, **Crony** Capitalism and Jobs I would advise Mr. **Musk** that politicians love you until you've given them what they want.

[wsj.com/articles/nevada-taxes-elon-musk-crony-cap…](wsj.com/articles/nevada-taxes-elon-musk-crony-cap…)

More results

# Elon Musk: Objectivists' Dream or Just Another Crony – Galt's .

**Elon Musk**: Objectivists' Dream or Just Another **Crony** – Galt's Gulch

[galtsgulchonline.com/posts/a67d21/elon-musk-objectivists-dream…](galtsgulchonline.com/posts/a67d21/elon-musk-objectivists-dream…)

More results

# Crony Capitalism Pays Big For Democratic Donor Elon Musk

The same could be said in our opinion for the rest of the subsidies in **Elon Musk's crony** government-fed portfolio. Login or register to post comments;

[conservativehq.com/article/20393-crony-capitalism-pays-big-d…](conservativehq.com/article/20393-crony-capitalism-pays-big-d…)

More results

# Elon Musk And His Apparent Regrets Over The 13th Amendment

**Elon Musk** And His Apparent Regrets Over The 13th Amendment **Crony** Capitalism Goes Above The Law And Beneath Contempt In Oregon

[redstate.com/2015/03/05/elon-musk-apparent-regrets-13t…](redstate.com/2015/03/05/elon-musk-apparent-regrets-13t…)

More results

# Top Obama crony capitalist deserts Zuckerberg immigration scam

Now **Elon Musk**, one of Obama's big **crony** capitalist cronies, has decided to drop

THE BOOK OF TESLA. Copyright orig. original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

out. **Elon Musk** cashed in on Tesla, an electric car company, which got $465 million …

frontpagemag.com/2013/dgreenfield/top-obama-crony-capitali…

More results

# Elon Musk——$4.9 Billion Crony Capitalist Mooch | David

**Crony** Capitalist Culprits; History Page; Chart Gallery. Stockman's Corner Stockman's Corner Chinese Stock Market's Wile E. Coyote Moment by Bloomberg Business …

davidstockmanscontracorner.com/elon-musk-4-9-billion-crony-capitalist-mo…

More results

# Elon Musk——$4.9 Billion Crony Capitalist Mooch — Elon Musk's

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch — **Elon Musk's** Growing Empire Is Fueled By $4.9 Billion In Government Subsidies

foreconomicjustice.org/14614/elon-musk-4-9-billion-crony-capital…

More results

# Is Elon Musk taking taxpayers for a ride with 3 different ..

Is **Elon Musk** taking taxpayers for a ride with … **crony** capitalism cronyism DoE **Elon Musk** green money **Musk** Pay Pal … Carpetbagger **Crony** Capitalist Terry McAuliffe …

againstcronycapitalism.org/2013/05/tesla-motors-big-shot-elon-musk-t…

More results

# Elon Musk Plays California for Tax Breaks, Then Moves SpaceX .

**Elon Musk** Plays California for Tax Breaks, Then Moves SpaceX Operations … Having played the Golden State for SpaceX **crony** capital "goodies," **Elon Musk** seems to …

breitbart.com/california/2014/08/06/elon-musk-plays-cal…

More results

# Elon Musk | Stop Crony Capitalism

Stop **crony** capitalism! tw FB. **Elon Musk**. June 5, 2015. Stop Betting on the Come – Subsidies Not

THE BOOK OF TESLA: Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a …

the Answer.

[nocronycapitalism.org/blog/elon-musk](http://nocronycapitalism.org/blog/elon-musk)

More results

## Jason Mattera Exposes Crony Crapitalist, Tesla CEO Elon Musk

Tesla CEO **Elon Musk** is a big, huge **crony** Crapitalist. And "if there's a single, major criticism of **ElonMusk**," writes Business Insider's Matthew Debord, "it …

[dailysurge.com/2014/10/business-insider-covers-crony-cra…](http://dailysurge.com/2014/10/business-insider-covers-crony-cra)

More results

# Inside The Washington Termination ofElon Musk | TECHNOCRACY

Inside The Washington Termination of **Elon Musk** Today NASA … The White House promised **ElonMusk** and his **crony** … The Google Politics **Kickback** Process.

[googlespiesonu.wordpress.com/2015/06/11/inside-the-washington-terminat…](http://googlespiesonu.wordpress.com/2015/06/11/inside-the-washington-terminat)

More results

# Elon Musk Has Raided 150 People From Apple For Tesla

This is an interesting little story: **Elon Musk** has been deliberately and specifically hiring people away from Apple to go work with him at Tesla.

[forbes.com/sites/timworstall/2015/02/09/elon-musk-ha…](http://forbes.com/sites/timworstall/2015/02/09/elon-musk-ha)

More results

## Elon Musk Why do so many people from In-Q-Tel work for Elon Musk? |

Billionaire tech mogul and pop technologist **Elon Musk** says none of the taxpayer incentives his businesses receive are necessary, "but they are all helpful."

[conservativehq.com/category/tags/Elon Musk](http://conservativehq.com/category/tags/Elon Musk)

More results

# Elon Musk——$4.9 Billion Crony Capitalist Mooch

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch. 10 min ago Contra Corner …

[snewsi.com/id/15214953392/Elon-Musk——$49-Billion…](http://snewsi.com/id/15214953392/Elon-Musk)

More results

## Your guide to Venture Capital Mobsters…

**Angelgate** is a controversy surrounding allegations of price fixing and **collusion** among a group of ten angel investors in the San Francisco Bay Area.

[en.wikipedia.org/wiki/Angelgate](http://en.wikipedia.org/wiki/Angelgate)

More results

THE BOOK OF TESLA. Copyright, each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a a

# Collusion Charges Still Linger Over `AngelGate' – CBS News

The latest Silicon Valley online guessing game: Was price-fixing on the menu when a group of high-profile tech investors met recently at a downtown San Francisco …

cbsnews.com/news/collusion-charges-still-linger-over-…

More results

# Collusion – Quora

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Antone Johnson, Studied antitrust law at Columbia wit …

quora.com/Collusion?share=1

More results

# AngelGate : Is collusion between investors to gain an

This answer addresses the question of whether investor **collusion** is illegal, but not the specific behavior discussed on TechCrunch. Under the Williams Act which …

quora.com/AngelGate/Is-collusion-between-angel-inve…

More results

# AngelGate Is "100 Percent Accurate," Says Michael Arrington

**AngelGate** Is "100 Percent Accurate," Says Michael Arrington. … Arrington said he later learned, "**collusion**" and "price fixing" were on the menu. …

pehub.com/2010/09/angelgate-is-"100-percent-accurat…

More results

# Investors deny 'Angelgate' collusion – San Francisco Business …

TechCrunch editor Michael Arrington shocked readers Tuesday afternoon by accusing an unnamed group of "ten or so" prominent early stage technology investors — so …

bizjournals.com/sanfrancisco/blog/2010/09/angelgate.html

More results

THE BOOK OF TESLA, Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# So A Blogger Walks Into A Bar… | TechCrunch

So A Blogger Walks Into A Bar … **Collusion** and price fixing, … Rage. **AngelGate** Is Far From Over; Ron Conway Drops A Nuclear Bomb On The Super Angels …

  techcrunch.com/2010/09/21/so-a-blogger-walks-into-a-bar/

More results

# Crooked Angels: Blogger Accuses Top Tech Investors of ..

"If there are any **collusion** efforts among angel investors, then it would be a huge public service to expose the **collusion** and get it to stop."

  dailyfinance.com/2010/09/22/angelgate-arrington-top-tech-i…

More results

# Super Angel collusion | Pearltrees

Here's Who Was At That Secret Valley Super-Angel **Collusion** Meeting. Hooray For Mike Arrington. …**AngelGate** Is "100 Percent Accurate," Says Michael Arrington.

  pearltrees.com/PED/super-angel-collusion/id1429174

More results

# Liminal states :: "Angelgate": Collusion is so hot right now

There is an angel conspiracy. It dark, it is devious, and it is far-reaching. The conspirators number amongst them many of the top people in the Valley, including …

  talesfromthe.net/jon/?p=1795

More results

# Angelgate – Analysis & Opinion | Reuters

**Angelgate**. By Felix Salmon. September 22, 2010. … It is a market where the investors wish they could inject some **collusion**. But they can't and they won …

  blogs.reuters.com/felix-salmon/2010/09/22/angelgate/

More results

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# #AngelGate, Dave McClure and Re: Why I Stopped Reading Hacker …

**#AngelGate** (Read this for a … Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 … I thought **collusion** mattered only if the people involved …

  oonwoye.com/2010/09/25/angelgate-dave-mcclure-and-re-…

More results

# AngelGate dispute among Valley investors cracks wide open .

Arrington alleged that he heard the meeting was about illegal **collusion**. … **AngelGate** dispute among Valley investors cracks wide open.

  venturebeat.com/2010/09/24/angelgate-cracks-wide-open-as-…

More results

# #AngelGate Collusion In Europe? We'd Need Much More …

Here in Europe we've been fascinated by what has become known as **AngelGate**. But after talking all day to many contacts today across the tech scene in…

  noemiconcept.com/index.php/fr/departement-informatique/web…

More results

# Venture Capital Racketeering & "AngelGate" – THE NEWS

Venture Capital Racketeering & "**AngelGate**" … More results Liminal states :: "**Angelgate**": **Collusion** is so hot right nowUpdate, September 7: Or maybe not!

  thenewsdaily.org/venture-capital-racketeering-angelgate/

More results

# ANGEL COLLUSION SCANDAL ROCKS SILICON VALLEY! [The Video ..

ANGEL **COLLUSION** SCANDAL ROCKS SILICON VALLEY! [The Video] Henry Blodget; Sep. 22, 2010, 3:34 PM; 7,257; 18; facebook; linkedin; twitter; email; print; Follow Business …

  businessinsider.com/angel-collusion-scandal-mike-arrington-20…

THE BOOK OF TESLA. Copyright, original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

More results

# Collusion | OoTheNigerian

**#AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 by Oo **#AngelGate** (Read this for a little background) Summary: A group of …

   oonwoye.com/tag/collusion/

More results

# AngelGate meeting scandal gives Bin 38 lots of free publicity

**AngelGate** meeting scandal gives Bin 38 lots of free publicity, punchlines, and a Hitler parody. Bin 38 was the scene of an Angels meeting. Photo: Mark …

insidescoopsf.sfgate.com/blog/2010/09/24/angelgate-meeting-scandal…

More results

# What Entrepreneurs Should do about Price Fixing – CloudAve

I returned to my house, flipped on my Mac and see **AngelGate**, … As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the …

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

More results

# Showdown! Angels, Arrington to Go Mano a Mano | WIRED

That would be an illegal form of **collusion** in what should be a … It's so perfectly timed one might even think that HeavensGate InvestiGate **AngelGate**\* might be …

   wired.com/2010/09/angels-fight/

More results

# Liminal states :: Fretting, asking, and begging isn't a plan …

Fretting, asking, and begging isn't a plan: the Arrington kerfuffle and women in tech. … **Angelgate**:**Collusion's** such an ugly word has more, …

talesfromthe.net/jon/?p=1552

More results

THE BOOK OF TESLA: Copyright to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a …

# How Michael Arrington's School of Friendship Journalism Led .

How Michael Arrington's School of Friendship Journalism Led to **'AngelGate** …
including **AngelGate**, the scandal over price **collusion** that roiled the tech world …
   nymag.com/daily/intelligencer/2010/09/techcrunchs_m…
More results

# AngelGate: Ron Conway Rips 'Despicable and Embarrassing

Major tech investor Ron Conway has thrown a barrel of gasoline on the rapidly escalating scandal
known as **AngelGate**, in which a group of investors are said …
   dailyfinance.com/2010/09/24/angelgate-ron-conway-rips-desp…
More results

# Fred Wilson on AngelGate and Where the Web Is Going ..

The Union Square partner shares his thoughts on "superangels," the globalization of Web services, and
such companies as Quora and StackOverflow
**B**bloomberg.com/bw/technology/content/oct2010/tc2010107_1…
More results

# 'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer'..

In a colorful blog post, PayPal veteran and angel investor Dave McClure dismissed talk
of **collusion**and "**Angelgate**" saturated social media — Twitter, Quora, Facebook (and spawned jokes
and a Hitler…
latimesblogs.latimes.com/technology/2010/09/angelgate-disrupts-tec…
More results

# The Daily Start-Up: "AngelGate" Escalates – Venture Capital Dispatch…

And the "**AngelGate**" flap won't die. Arrington blogged about it, alleging angel **collusion**. Now angel
Ron Conway, who wasn't at the meeting but whose SV Angel partner David Lee apparently was…
   blogs.wsj.com/venturecapital/2010/09/24/the-daily-start…
More results

THE BOOK OF TESLA. Copyright original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a j

# Scripting News: Angelgate in a Nutshell

I was talking about **Angelgate** earlier today with an entepeneur (the new spelling) a bunch of angels and you're wondering if the guys you've been meeting with were in the **collusion** meeting that Mike…

scripting.com/stories/2010/09/24/angelgateInANutshell.html

More results

# How AngelGate Affects You…Yes, You, Racketeering In Silicon Valley still getting worse. Where is the FBI? –

How **AngelGate** Affects You…Yes, You. In an overcrowded world of mortal human beings, struggling Michael Arrington's report of **collusion** among Silicon Valley Super Angels really is as epic a story as it…

readwrite.com/2010/09/24/how_angelgate_affects_youyes_you

More results

# What Entrepreneurs Should do about Price Fixing – CloudAve

_ We all know about **AngelGate** by now. As a funny coincidence I hapend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

More results

# The Real Lesson of AngelGate | Force of Good

The Real Lesson of **AngelGate**. Posted on September 23, 2010 · 11 Comments. He starts screaming**collusion** in a quite successful attempt to draw page views.

blog.weatherby.net/2010/09/the-real-lesson-of-angelgate.html

More results

# Founders Come First | True Ventures

First the "smackdown" news and chatter this week and now **Angelgate**. super angels and VCs, while Fred Wilson at Union Square says **collusion** has certainly happened where several VCs have been…

trueventures.com/founders-come-first/

More results

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# AngelGate: Symptom or Problem? | payne.org/blog

It seems clear this week's meme is going to be "**AngelGate**", after Michael Arrington crashed a private meeting of West coast "super" angels, accusing them of **collusion** and price fixing.

payne.org/blog/angelgate-symptom-or-problem/

More results

# "AngelGate" – Who Really Has the Power? – 3Q Digital

So today **AngelGate** may be a big deal, but in the long run it won't amount to much – the power is shifting to the entrepreneur, and no amount of **collusion** from angels or VCs can stop that.

3qdigital.com/analytics/angelgate-who-really-has-the-po…

More results

# The Daily Start-Up: "AngelGate" Escalates – RPI Engage | Forum

The Daily Start-Up: "**AngelGate**" Escalates. Posted by Remy Arteaga on September 24, 2010 at 10:55am in News. Arrington blogged about it, alleging angel **collusion**.

rpiengage.ning.com/forum/topics/the-daily-startup-angelgate

More results

# PDF Angel Investing : How do angel investors gain traction?

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Angel Investing: Is it fair for someone who calls themselves a "seed" investor to require traction?

ventureengine.lk/pdf/How do angel investors gain traction…

More results

# What Entrepreneurs Should do about Price Fixing

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

bothsidesofthetable.com/2010/09/23/what-entrepreneurs-should-do-a…

More results

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# …angel meetup at Bin 38 with everyone but @Arrington  #angelgate..

Attend the secret super angel meetup at Bin 38 with everyone but @Arrington  **#angelgate** . " i missed this meeting, can it turn into a monthly entreprenuer **collusion** meeting? "

plancast.com/plan/110971

More results

# BoomTown Decodes Conway's Super Angel Email to Fellow Investors..

Dave "Sue Sylvester" McClure uses his bullhorn blog to call foul about a not-naming-names-but-still-really-mad-as-hell story of **collusion** by that creepy kid from the school newspaper who wants to…

allthingsd.com/20100924/boomtown-decodes-ron-conways-sup…

More results

# Tagxedo, word cloud with styles

Michael Arlington of TechCrunch broke a very colorful story yesterday, now known as **Angelgate**, about a secret super-angel meeting that he crashed. In his blog, Arlington accused the angels of**collusion**…

blog.tagxedo.com/page/3

More results

## Fire in The Valley, Fire in My Belly… and Yes, Mike, I Have Stopped…

Heh, whether **AngelGate** is true or not, we live in a Goldman Sachs/BP world. I don't think you'd ever wade into **collusion** . But, how'd you feel about a group of VCs gathering before the next round?

500hats.typepad.com/500blogs/2010/09/fire-in-the-valley.html

# If the Tesla D's Such a Great Car… | The American Spectator

Why **Crony** Capitalism Gives the Free Market a Black Eye. Gary Shapiro. Nation's Largest Nuclear Power Plant Operator Seeks State Subsidies …

spectator.org/articles/60703/if-tesla-d's-such-great-car…

More results

# Elon Musk, Grabby Crony Capitalist – LCT Magazine

**Elon Musk**, Grabby **Crony** Capitalist. Posted on March 26, 2015 by Martin Romjue – Also by this

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

author. Post a comment | Comments 0 | Welcome to …
lctmag.com/blogpost/293782/elon-musk-grubbing-crony-…
More results

# Elon Musk, the ultimate entrepreneur in aCrony Capitalist

**Elon Musk** is truly a brilliant entrepreneur; initial c0-founder of Paypal, visionary founder of SpaceX and now Tesla motor cars. I met Mr. **Musk** back in my Air Force …
bereansatthegate.com/elon-musk-the-ultimate-entrepreneur-in-a-…
More results

# Elon Musk Gets Government Loans, Buys $17 Million House

We live in the gilded age of **crony** capitalism. If you have any doubt about that fact look no further than **Elon Musk's** purchase of a $17 million mansion in Bel Air …
breitbart.com/big-government/2013/01/15/elon-musk-poste…

# Elon Musk's growing empire is fueled by $4.9 billion in .

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running … SpaceX has won more than $5.5 **billion** in government contracts from …
latimes.com/business/la-fi-hy-musk-subsidies-20150531…
More results

# Elon Musk: Government's $5 Billion Crony Kick-back Man – Nevada News and Views

**Musk** is one of the hottest CEOs in the country, and Tesla stock has been a strong performer. But one key to **Musk's** success is that his companies have, according to …
Ⓖnevadanewsandviews.com/elon-musk-governments-5-billion-man/
More results

# Elon Musk: Government's $5 Billion Man

Capitalism 2015: In corporate finance today, the theme is Go where the money is. For **Elon Musk**,

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a ...

CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn't …
snewsi.com/id/15215262069/Elon-Musk-Governments-$5-B…
More results

# Elon Musk: Government's $5 Billion Man –

Breaking News. VIDEO… SOLDIER WHO KILLED 16 AFGHANS SAYS HE WAS 'CONSUMED BY WAR'… American Pharoah becomes 1st Triple Crown winner in 37 years
konservativekartel.com/elon-musk-governments-5-billion-man/

# The Techtopus: The Silicon Valley Wage Suppression Cartel (w

Matt & Michael hosted Pando Daily Senior Editor Mark Ames who explains the origins of the **SiliconValley** wage suppression **cartel**, how George Lucas helped …
youtube.com/watch?v=bVhXTMpP-d0
More results

# The Silicon Valley wage suppression conspiracy

The **cartel** firms can also afford to pay you a more, … **Silicon Valley** employers need to do whatever is necessary to stay the engine of innovation for the …
marginalrevolution.com/marginalrevolution/2014/03/the-silicon-va…
More results

# The Techtopus: How Silicon Valley's most celebrated CEOs

In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to …
pando.com/2014/01/23/the-techtopus-how-silicon-vall…
More results

# The Friday Roast – Silicon Valley'sdespicable wage cartel

Some of **Silicon Valley's** best known names, Apple and Google among them operated a wage **cartel**.

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Now they're being punished.
**#d** diginomica.com/2014/08/15/friday-roast-silicon-valleys-d…
More results

# Taxi industry piles on 'Silicon Valley cartel'| Capital New York

In recent weeks, the San Francisco-based taxi app called Lyft has been trying to launch in the New York City market, so far without success. State and city officials …
capitalnewyork.com/article/city-hall/2014/07/8549483/taxi-in…
More results

# Silicon Valley workers may pursue collusion case as group

Jan 14 Roughly 60,000 **Silicon Valley** workers won clearance to pursue a lawsuit accusing Apple Inc, Google Inc and other companies of conspiring to drive …
reuters.com/article/2014/01/15/siliconvalley-collusio…
More results

# Secret anti-labor cartel alleged in SiliconValley | www.ajc.com

Secret anti-labor **cartel** alleged in **Silicon Valley**. Posted: 2 … in lost income for some 100,000 **SiliconValley** engineers whose salary was …
ajc.com/weblogs/jay-bookman/2014/jan/27/secret-an…
More results

## Is the National Venture Capital Association (Nvca) Actually a …

IS THE NATIONAL VENTURE CAPITAL ASSOCIATION (**NVCA**) ACTUALLY A …
thenewsdaily.org/national-venture-capital-association-nvca…
More results

# Is the National Venture Capital Association (Nvca) Actually a .

Columns. Column: THE TAKEDOWN – Perp walking the big dogs; The Punisher Column. FEATURES: HOT TOPICS. ON-TOPIC EXPOSE DOCUMENTARIES and DOCUDRAMAS. INVESTIGATIONS
corruptionnewsdc.com/is-the-national-venture-capital-associati…
More results

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a …

# NVCA Archives – CORRUPTION BUSTERS

National Venture Capital Association (**NVCA**) collusion. … AFI researchers have lived with this **cartel** conduct for years now, …

corruptionbusters.info/tag/nvca/

More results

# Rosebud222 Archives – THE SHOCKING NEWS

is the national venture capital association (**nvca**) actually a mafia-like **cartel**? uncategorized; by wiki members – january 15, 2015 0 0

theshockingnews.org/tag/rosebud222/

More results

## Abel Danger: The Mafia-Like Cartel Running Silicon Valley

How The National Venture Capital Association & the Silicon Valley Venture Capitalists became a Mafia-like **Cartel**:

abeldanger.net/2015/05/the-mafia-like-cartel-running-sil…

# PDF The Silicon Valley salary cartel – Marque Lawyers

The **Silicon Valley** salary **cartel** Google, Apple and others face multi-billion dollar US antitrust class action Want to unsubscribe? Email us at unsubscribe@ …

marquelawyers.com.au/assets/marque-update_240314.pdf

More results

# The Hiring Monopsony Cartel in SiliconValley: Live from La

David Streitfeldfeb: Engineers Allege Hiring Collusion in **Silicon Valley**: "A class-action lawsuit that accuses industry executives of agreeing between 2005 and 2009 …

delong.typepad.com/sdj/2014/03/the-hiring-monopsony-cartel-i…

More results

THE BOOK OF TESLA. Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# Big tech firms holding wages down? Marx was right all along

Opinion We should have more Marxist analysis of the tech business. So here is some, looking at the manner in which the major firms of **Silicon Valley** are being accused …

theregister.co.uk/2014/01/29/marxist_analysis_silicon_valle…

More results

Load More

# The Salary Cartel In Silicon Valley – Apple, Google & Co • iDeviceDailys

Home » Apple • Uncategorized » The Salary **Cartel** In **Silicon Valley** – Apple, Google & Co.

idevicedailys.com/uncategorized/the-salary-cartel-silicon-v…

More results

# High-Tech Employee Antitrust Litigation – Wikipedia, the free…

High-Tech Employee Antitrust Litigation involves a 2010 United States Department of Justice (DOJ) antitrust action and a 2013 civil class action against several **Silicon Valley** companies for alleged "no cold call" agreements which restrained the recruitment of high-tech employees.

W en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

More results

# Are Dreamworks, Disney, Lucas Arts part of the Silicon Valley Cartel?.

The biggest story in the Technology Sector, other than the lack of Jobs given to minorities in the tech sector, has been the Price Fixing **Cartel** of **Silicon Valley**.

🔴 toonbarn.com/other-cartoons/dreamworks-disney-lucas-ar…

More results

# Silicon Valley Wage Cartel Essay

Name: Date: 5/14/14. (Limit this entire analysis to no more than 300 words. Include the statements below in boldface). Title of Article: How **Silicon Valley's** most celebrated CEOs conspired to drive down 100,000 tech engineers. Briefly state the main idea of the article: (2 points).

antiessays.com/free-essays/Silicon-Valley-Wage-Cartel-66…

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

# Silicon Valley's Caste System Has Been Exposed — NYMag

…only makes sense when you know that **Silicon Valley's** top-level executives often behave as a **cartel** – displaying more loyalty to each other, across company lines, than to their own employees…

nymag.com/daily/intelligencer/2014/04/silicon-valle…

More results

# svb.com/pdf/economic-report-q2-2013

**Silicon Valley** Bank.

svb.com/pdf/economic-report-q2-2013/

More results

# Silicon Valley hasn't got away with its no-poaching cartel just yet

…anti-poaching ring within **Silicon Valley** dates back to the 1980s, when Star Wars creator George Lucas Jobs eventually enforced the **cartel** on a new generation of tech companies in the 2000s, the lawsuit…

qz.com/247251/silicon-valley-hasnt-got-away-with…

More results

Don't let Silicon Valley Oligarchs outlaw American innovation! Support American ingenuity

Declaring War On The Corruption Of The Silicon Valley VC's Who Rig Elections and Policies
By Althea Winger

There are about 50 American creative inventors that have gotten shafted by Kleiner Perkins, Eric Schmidt, Steve Jurvetson, and the Silicon Valley Cartel, via an organized system of theft, and arrogance, that is quite audacious.

Each, and every, time these domestic creators invented a major thing, which had never existed before, the U.S. Government, the industry and potential customers; said that these inventors were the first ones to invent that thing. Not a single one of these VC's had ever worked on, been involved in, or developed anything like it before.

Then, one of a handful of, closely associated, Silicon Valley VC's, asks one of the inventor's to show them their new invention under the guise of *"maybe investing in it"*.

Then the VC copies it, while running media troll attacks on the inventor's effort, in order to clear the market.

The VC's then market a 100% copy of the invention, via a Kleiner, or Draper, associated "spin-off" and never pay the inventor's a dime.

The VC's set up a legal structure designed to cost the inventor's millions of dollars to sue those VC's for the rip-offs. On top of that, the VC's already have most of the law firms working for them, and threaten the firms, with revenue cut-offs, if they help any of the inventors. In addition to their "No

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

Poaching Conspiracy" , the VC's also have a "No Sue Conspiracy", going on at the same time. The VC's also bribe federal elected officials to keep them protected.

The FBI, The SEC, The FTC, and attorney generals, are supposed to protect citizens from such crimes, and abuse, but the bosses of the regulatory agencies have a great fear of upsetting campaign financiers; so not much gets done. This is one of the reason's the public has no faith in Congress any more.

This VC scam is part of a process called "The Slip" and it is a grifter's scam to steal things from unsuspecting members of the public, in this case American Inventors. The Slip has been commercialized, organized, and computerized by Silicon Valley billionaires in a very systematic program of intellectual theft.

Why would these VC's risk legal battles and a lifetime of hatred from these inventors? It is called "Arrogance"

The media, public and sociology has clearly analysed Silicon Valley culture and confirmed, in tens of thousands of news reports and studies that Silicon Valley is run by:

 **"A private male frat-house insider-club, from Yale and Stanford, who revel in their misogyny, racism, and mine-is-bigger-than-yours hubris, and use more prostitutes than any other American region in the nation."**

These *"privileged"* white males do not EVER want anyone to know that they didn't create many of the things that they made their billions off of. Many of those things, the VC's just stole. They made Silicon Valley into a Kinko's copy center for other people's ideas.

Inventor Mike Chieky, digital media creator Micheal Arrington, and vast numbers of other creators didn't have the symmetrical facial structure of the frat boys, they didn't have the family connections of the "approved" elites and they didn't hang out at the Woodside community center or hire the $2000.00 per hour hookers that some of the VC's did. They just "didn't fit in". They didn't have "the look". They "didn't play the game". They didn't get invited in.

The VC's say: *"In Silicon Valley you are either a tool or you are The Machine".*

Many of Google's products were created by other's, before Google was even a real company, and simply stolen by Google.

The same for Apple.

Guess who just funded the massive lobbying effort, in Washington DC, to make inventors "illegal" and remove any legal protections for inventors? The investors of Google, Apple and the Kleiner Perkins Cartel!

State and federal officials have been assisting the Silicon Valley Cartel in terminating American innovation because the Cartel bribes them, with campaign funding, to do so.

The Cartel went very big, on their game-plan, recently. As one Silicon Valley insider described some recent, epic, VC scams: **" If you type "Silicon Valley Cartel No Poaching" into** [www.duckduckgo.com](http://www.duckduckgo.com) **you will see quite a lot of news stories about how Kleiner and the Boys rigged the Valley so that no Paki's (Indian H1-B workers) could get hired by other VC holdings, so that they would get booted back to India before they could make IP ownership claims. This followed right on the heels of the "AngelGate Scandal" where the VC's were caught red-handed colluding to rig the VC industry against founders…"**

VC insiders Ravi Kumra and Forrest Hayes were murdered by their hookers. $2000.00 bucks an hour doesn't buy the kind of gal it used to.

Kleiner VC: Vinohd Khosla, has gotten himself sued and hated by California for taking the States favourite beach away, just for his friends. As the lawyer suing Khosla says: "it is about his sheer Arrogance".

Kleiner VC, and Founder: Tom Perkins, was in the news recently for called poor people: "Nazi's" for not appreciating how wonderful the VC's are.

VC Joe Lonsdale is facing rape and abuse charges. Cartel boss, and Kleiner head, John Doerr just got, famously, sued by his own partner for sex and misogyny abuse.  Kleiner associate: Ray Lane was

THE BOOK OF TESLA - Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

nailed for massive tax fraud.

As if the arrogance could not get more outlandish, VC Tim Draper just ran a failed ballot initiative to try to make Silicon Valley it's own state so that they could build a border-line, away from those filthy "poor's" in East Palo Alto. These VC's appear to have some major issues.

This gang of white, yuppie, elitists created the National Venture Capital Association and their private CIA hit-squad: In-Q-Tel, who funded the spy portions of Google, Facebook, Linkedin and the other privacy abuse ops. They never miss an opportunity for a good collusion.

The problem is, these boys created a glass bubble that was so air-tight, they never saw what was coming from the outside: What came was Mike Judge's "Silicon Valley" TV show expose; public disdain of their arrogance; hundreds of Snowdens, created by their abuse of their own workers; Ellen Pao;  The fall of the main-stream media, that they thought they owned; the realization that frat houses housed "rape factories" and men who were socially programmed to abuse; and the general trend towards really not liking arrogant pricks all that much.

Will law enforcement and regulatory agencies ever do their jobs and take action against these abusers? Will any legal recourse ever exist to halt the abuse of America's innovation treasure: It's creative inventors?

Thanks to leakers, hackers, whistle-blowers and investigations, the insider rigging of industries is now out on the table and it is a dirty, dirty scene. The shiny towers of Sandhill Road hide a cesspool of corruption and Mafioso-like double-dealing.

It is time to take a look at a Valley that has turned into a Pit!

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

# The Tesla Patent Giveaway SMOKE SCREEN!

Tesla has announced that they are giving their patents away, patents which state, in no uncertain terms, that their batteries can "kill you", "burn you and your family", "set your house on fire", "set your office or parking structure on fire" (Not to mention the cancer-causing fumes they release).

So that's nice, they are giving them away. Who does this benefit?

Since 2006, EVERY single new electric car company has been sabotaged by MUsk and his investors, The Detroit Big 3 (SEE THIS LINK)(http://detroitelectricvehicleblockade.weebly.com/) and/or the Department of Energy. Over 200 electric car companies tried to launch and every single one got lied to and stonewalled by the DOE, sabotaged by outsider take-overs who offered an investment and then generated a take-over like MUsk did; Blockaded, by mutual agreement by the VC's; and/or regulated into non-operation by laws which were written so only the Detroit Big 3 could pass them.

So, Musk appears to be making all nice-nice by "giving away" the patents but in reality, they can't be used by anyone but the Detroit Big 3 because anybody else will be forced to endure the above-mentioned sabotage efforts. The Detroit BIg 3 already have tons of their own patents and avoid any NIH (Not Invented Here) outsider technologies. So, what good are they?

So could this be the precursor to a Tesla bankruptcy? We have seen that they "cook the books", are we in for another "cleantech" shocker?

Send in your links. Let's discuss...

Tom- Boston/G

-----------------------------------------------------------

# The Takeover Game- ANOTHER REASON WHY THE TESLA PATENTS ARE WORTHLESS...

Almost every electric car company that starts to get traction has a hostile takeover attempt. Later stage parties create a dispute which causes the founder to be forced out, bought out, quit or otherwise stop providing the impetus to deliver a disruptive technology. The process has now occurred so many times that it is beginning to look like an intentionally crafted standardized strategy by third-parties who fear market diffusion. It happened to XP but they overcame it. The "new management" usually "accidently" tanks the company. Let's try to guess who the "third-parties" might be...BUT:

What better way to control a market than to control all of the funding for that market and then have all that controlled funding administrated by "your people" who have been placed in, and around, a federal agency! It's the "Takeover Game" on a whole new level.

Just sayin...

Do people really do these sorts of things? Imagine megalomaniac car, energy and materials company heads with billions of dollars that want to control hundreds of billions of dollars and have insane egos...

THE BOOK OF TESLA: Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

http://detroitelectricvehicleblockade.weebly.com/
DETROIT (AP) — The U.S. government's auto safety watchdog has closed an investigation into Tesla electric car battery fires after the company said it would install more shields beneath the cars.

The shields, an aluminum bar, a titanium plate and another piece of aluminum, will supplement a quarter-inch-thick aluminum plate now on the Model S, the only model that Tesla now sells. They're designed to stop road debris from penetrating the car's battery pack.

The National Highway Traffic Safety Administration began investigating the Model S last year after two battery fires that were caused by road debris. In each case, one near Nashville, Tennessee, and another near Seattle, debris punctured the aluminum shield and the battery, touching off fires. Drivers were able to safely pull off the road and escape without injury, but the cars were destroyed.

Tesla CEO Elon Musk said in a statement Friday that the company will retrofit Model S cars sold in the U.S. with the new shields, at no cost to owners. At the end of February, Tesla had sold about 22,000 of the cars in the U.S., according to Autodata Corp. The additional shields will be provided upon owner request or as part of normally scheduled service, the statement said.

The move is not a recall, a Tesla spokeswoman said.

Earlier, Tesla issued a software update that raised the Model S ride height to help deal with the issue.

"Tesla's revision of vehicle ride height and addition of increased underbody protection should reduce both the frequency of underbody strikes and the resultant fire risk," NHTSA said in documents posted Friday on its website. "A defect trend has not been identified."

Musk said in his statement that the moves bring the risk of debris striking the battery "down to virtually zero" to give Model S owners complete peace of mind. The new shields, he wrote, are not needed for a high level of safety, but it's valuable to minimize inconvenience to owners and address what he said were misperceptions about electric car safety.

Tesla also said it added the shields to cars in production starting on March 6.

## THE CRIME OF THE CENTURY

Current best evidence , and witness testimony, appears to confirm that 6 Senior Obama White House staff (Gibbs, Axelrod, Plouffe, Rattner, Emanual, etc.) and 3 Agency heads (Chu, Holder, etc.) colluded in an   CARGATE Naming-the-Names: CARGATE Master List"    /investigations/topic-11-kickback-process/naming-the-names-master-list/   organized crime operation    , within The White House, which ended up defrauding the U.S. Government, and Taxpayers, of over $200 Billion.  Their scheme involved acquiring campaign funds from UAW (Over-seen by Rattner with the Detroit gang) and related unions as well as   Is the DOJ being ordered not to file anti-trust actions on the Silicon Valley BIG 6? because they are the biggest campaign donors      /2014/07/14/is-the-doj-being-ordered-not-to-file-anti-trust-actions-on-the-silicon-valley-big-6-because-they-are-the-biggest-campaign-donors/"    Silicon Valley billionaires    in exchange for give-away taxpayer money for their personal investments. At least 3 Senators (Feinstein, Reid, Pelosi, etc.) participated in the scam. Most of the persons of interest also had insider trading stock profit schemes running through all of the deals. This is the manner in which Tesla, Solyndra, Ener1, Abound and the bulk of the Clean-Tech deals were done.  Skims as "finders fees" and "transaction fees" went into each of their pockets via stealthed routes and took place at each transaction point in

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

the process, assisted by Goldman Sachs. To date; thousands of points of evidence have been documented by Press and Civic investigations.  Finanical records, emails, phone calls, staff testimony, stock records, trust filings, SEC documents, GAO records and NSA archives confirm everything beyond a shadow of a doubt.  The FBI and DOJ have been ordered, by Senior White House officials, not to investigate, nor to respond to witnesses or interview any subjects which would reveal information that would require them to fully engage in the prosecution. NSA has complete records of all illicit actions but cannot supply the recordings, or data, without a subpoena from a Special Prosecutor. The impunity and arrogance that the Billionaires and fixers have strutted their   "nobody is going to come after us as long as our guy is in office"   attitude has subsided as they see that the end is nigh.  Some reporters have significant evidential files and are awaiting other legal developments in order to coincide information release.  Lets discuss...

## Keywords:

60 minutes investigation, barack obama, Bribery, Department of Energy, Dianne Feinstein, DOE Corruption, GAO investigation, FBI investigastion, kleiner perkins sex allegations, NASDAQ: TSLA, Sen. Grassley, solyndra, Solyndra scandal, washington corruption investigation, auto green,autogreenblog.com,barack Obama,Bob Woodward,Boycott Tesla,Bribery,Corruption,Dept. of energy,diane Feinstein,Dianne Feinstein,DOE Corruption,Elon Musk,gao,investigation,Grassley,Kardasian,Kardashian Game,mitt Romney,NASDAQ: TSLA,solyndra,Solyndra scandal,solyndramobile,Steve Spinner,Steve Westly,Steven Chu,Tesla,Tesla motors,Tesla Stock,THE CRIME OF THE CENTURY, throw Them All Out,TSLA,wall street journal investigation,washington corruption,washington corruption investigation,Jeffrey E. Thompson,John Doerr,Kleiner,Kleiner Perkins,kleiner perkins lawsuit,kleiner perkins sex allegations,LA Times Investigation.,LIBOR SCANDAL,mitt Romney,NASDAQ: TSLA,Perkins Coie,Rahm Emanual,Ray Lane Richard Blum,Robert Gibbs,solyndram,Solyndra scandal,solyndra-mobile,solyndramobile,solyndra,NASDAQ: TSLA,Steve Rattner,Steve Westly,Steven Chu,Tesla financials,tesla kleiner,Tesla motors,Tesla Stock,Valarie Jarrett,washington corruption scandal

**NOTE: Editors and writers – Volume Two is now in production. Log-in to edit.**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

## CONCLUSION:

The evidence demonstrates that Tesla Motors, and other Elon Musk companies, received historically extraordinary waivers, tax credits, stock pumps, gifts, real estate deals, government contracts and other exclusive favors from state and federal officials who had financial and political relationships with Elon Musk and his partners. These gifts took place at the expense of the U.S. taxpayers.The evidence is clear and the facts are incontrovertible.

The evidence demonstrates that those same state and federal officials injured, delayed, obfuscated, manipulated, impaired, sabotaged and, otherwise, intentionally damaged the competitors to Elon Musk, and his partners who applied, at the same exact time, to the same exact people, for those same exact benefits in the competitive marketplace. They undertook these attacks and impairments on orders from Elon Musk and his partners. The evidence is clear and the facts are incontrovertible.

In the last 15 years the stock market has been highly monitored by vast numbers of companies, services, journalists and day traders. Those parties have kept detailed technical analysis records that archive activities and media publications, over that time period, on a second-by-second basis. The evidence from that time period, cross-indexed with Elon Musk's, and his partners, assets and ownerships, demonstrates that stock market manipulation through valuation falsification, mis-reporting, automated pre-planned ''Flash Boy'' computers, stock pumps and skims was taking place on an unethical and illegal basis. Further, the very public officials who operated the two manipulation procedures, listed above, also were befitting financially and politically from these stack market manipulations as part of their kick-back scam. The evidence is clear and the facts are incontrovertible.

These criminal activities, by Elon Musk, his partners, along with certain state and federal officials; damaged the United States Government, The U.S. Treasury holdings of the United States Taxpayers, the competing companies that were maliciously attacked and the integrity and functional operation of the United States Congress.

The evidence contained in these volumes answers the query, beyond a doubt, about whether, or not, Tesla investors, owners and government employees engaged in felony-class crimes. The answer is: Yes, they did.

Among other goals, this document seeks to ask, and answer, the following question:

**Were Elon Musk's Tesla, Solar City and Space X companies, scams, operated as political kick-back schemes?**

**The answer to that question would appear, to any reader of these documents to be: Yes!**

THE BOOK OF TESLA: Copyrights to original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

**APPENDIX**

**A. Fact Checking This Material. How you can fact check this data: Your guide to forensic investigation**

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p

## B. News Diagrams and Schematics



Associated Parties
Draft 1.4 Confidential

THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



THE BOOK OF TESLA. Copyright © original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



**FEDERAL FINANCING BANK**

Notes to Financial Statements

September 30, 2009 and 2008

(Dollars in thousands)

Loans receivable at September 30, 2009 and 2008, consist of the following:

| Agency | 2009 | 2008 |
|---|---|---|
| Rural Utilities Service, Department of Agriculture | $ 25,391,164 | 22,693,499 |
| Credit Liquidity Fund, National Credit Union Administration | 18,384,062 | 1,109,161 |
| U.S. Postal Service | 10,200,000 | 7,200,000 |
| Rural Utilities Service, Department of Agriculture certificates of beneficial ownership | 3,047,025 | 3,632,550 |
| General Services Administration | 2,037,215 | 2,097,771 |
| Department of Energy | 907,680 | |
| Low Rent Public Housing, Department of Housing and Urban Development | 586,975 | 691,412 |
| Foreign Military Sales, Department of Defense | 545,376 | 680,365 |
| Historically Black Colleges and Universities, Department of Education | 453,298 | 338,466 |
| Ship Leasing, Department of Defense, Navy | – | 16,623 |
| Small Business Administration | 5,379 | 10,046 |
| Veteran Administration Transitional Housing Program | 4,889 | 4,940 |
| Federal Railroad Administration, Department of Transportation | 1,786 | 2,035 |
| Total loans receivable | $ 61,564,851 | 38,476,868 |

**GOVERNMENT-GUARANTEED LOANS**

DOE-ADV TECHNOLOGY VEHICLES MFG

| | | | | | |
|---|---|---|---|---|---|
| Tesla Motors, Inc. | 3/03 | $1,634,715.00 | 9/16/19 | 2.385% | Qtr. |
| Tesla Motors, Inc. | 3/03 | $5,735,723.00 | 9/15/22 | 2.860% | Qtr. |
| Vehicle Production Group | 3/15 | $34,975,308.00 | 3/15/18 | 1.932% | Qtr. |
| Ford Motor Company | 3/18 | $341,300,000.00 | 6/15/22 | 2.581% | Qtr. |
| Ford Motor Company | 3/18 | $64,600,000.00 | 6/15/22 | 2.581% | Qtr. |
| Tesla Motors, Inc. | 3/18 | $1,369,012.00 | 9/16/19 | 2.139% | Qtr. |
| Tesla Motors, Inc. | 3/18 | $6,330,349.00 | 9/15/22 | 2.629% | Qtr. |
| Fisker Automotive, Inc. | 3/24 | $9,265,000.00 | 4/24/17 | 1.786% | Qtr. |

*+$17b*

*$400mm for F, in a month?*

*Who's VPG? Nice rate on 35 mil!*

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a

### U.S. House of Representatives
## Committee on Oversight and Government Reform
### Darrell Issa (CA-49), Chairman



**The Department of Energy's Disastrous Management of Loan Guarantee Programs**

STAFF REPORT
U.S. HOUSE OF REPRESENTATIVES
112TH CONGRESS
March 20, 2012

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyrights each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



Federal Investigators Silicon Valley Crime Family Chart

THE BOOK OF TESLA. Copyright to the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p



THE BOOK OF TESLA. Copyright: each original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a



THE BOOK OF TESLA. Copyright - the original author. Fair Use, Public WIKI rights, Public Domain, U.S. First Amendment Rights, Freedom of the Press, SLAPP, EU Press rights, UN Press Rights, and associated rights, claimed and enforced. This is a p