

# THE CRIMES AND LIES OF ELON MUSK AND HIS GOVERNMENT CRONY'S

Page 2        -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District



## Table of Contents

Elon Musk, his lawyers, CPA's and Goldman Sach's insiders were hacked................................................3
The World's Biggest Government Funds Mooch...........................................................................................5
    Elon Musk is a techno-criminal and master stock market manipulator................................................11
Let's Count Elon Musk's Lies And Scams...................................................................................................13
The Musk Spin.............................................................................................................................................57
The Musk Conundrum..................................................................................................................................63
Elon Musk's Mental Problems.....................................................................................................................66
    How evil is Musk? What are his Machiavellian traits and signs of psychopathy...............................69
From Little Elon To Big Douche-Bag – The Musk Life Cycle....................................................................71
The Vendetta's And Attacks By The Very Vengeful Elon Musk.................................................................88
See What The World Says About Elon Musk...............................................................................................91
References And Evidence Links.................................................................................................................131
Civil Notices..............................................................................................................................................420

Revision 4.3 – Stay Tuned For Additional Updates

This document has been delivered to the Director of the FBI, The Attorney General, The heads of the FTC, FEC, GAO, SEC and Congress. EVERYBODY, including underline every voter, now has this information so that no agency can say "*they didn't know*" these facts".

# Elon Musk, his lawyers, CPA's and Goldman Sach's insiders were hacked.

It is widely verified by the U.S. DOJ, The FBI, The CIA and InterPol that hackers such as Wang Dong, Sun Kailiang, Wen Xinyu, Huang Zhenyu, and Gu Chunhui, who were officers in Unit 61398 of the Third Department of the Chinese People's Liberation Army (PLA) who waltzed through corporate servers with ease.

Aleksei Sergeyevich Morenets, 41, Evgenii Mikhaylovich, Serebriakov, 37, Ivan Sergeyevich Yermakov, 32, Artem Andreyevich Malyshev, 30, and Dmitriy Sergeyevich Badin, 27, who were each assigned to Military Unit 26165, and Oleg Mikhaylovich Sotnikov, 46, and Alexey Valerevich Minin, 46, who were also GRU officers, also raged through corporate servers with impunity.

Hackers-for-hire including Kevin David Mitnick, Adrian Lamo, Albert Gonzalez, Matthew Bevan, Richard Pryce, Jeanson James Ancheta, Michael Calce, Kevin Poulsen, Jonathan James, The hacker known as ASTRA, The hacker known as GUCIFER, The hacker known as ANON 4CHAN and THOUSANDS of other individuals had free access and free reign throughout every corporate and email server and every government server via the SPECTRE, EMOTET, PRIME ROOTKIT, SERCOMM BACKDOOR, NOTPETYA, SOLARWINDS "DOORS", MELTDOWN, MASTERKEY, RYZENFALL, FALLOUT, CHIMERA, hacking tools. They used hundreds of back doors and penetration vulnerabilities in Cisco, Intel, Juniper Networks, AMD, and other equipment. Those vulnerabilities still exist today because CFO's refuse to replace all of the network equipment because it would "require too much paper-work".

Additionally, all of the core server penetration tools used by Fire-Eye Security, the CIA and the NSA were hacked by foreign nations and their core source code posted on the internet for all to use.

Because Elon Musk is such a narcissistic self-promoting maniac, Musk drew the attention of every hacker in the world. Elon Musk, Tesla Motors, SpaceX and Musk's ex-wives, girlfriends, hookers, lawyers, CPA's, investment bankers and Palo Alto buddies have been deeply and pervasively hacked.

The hackers have begun posting Elon Musk's dirty secrets on the internet. Tens of millions of pages of emails, financial records, covert political financing documents, safety cover-ups, Palo Alto venture capital collusion, and other interesting bits, have started showing up.

Additionally, a huge number of fraud, abuse, negligence and racketeering lawsuits have been filed against Elon Musk and his dirty little empire. Those records are easily found in court records and on www.pacer.gov.

When you peek behind the curtain in the magical fantasy technology world of Elon Musk you find that the entire emerald utopia is built out of bribes, payola and crony tech Illuminati stock market manipulations. Elon Musk's 'wizardry' is 20% other people's stolen technologies and 80% bullshit! He

4

has purchased his internet PR facade with billions of dollars of the taxpayer's cash and keeps his self aggrandizing front going with extensive contracted off-shore troll farms and stock market "flash boy" algorithm computer hype engines. His cars and rockets blow-up. His brain chip comes with the torture death of hundreds of helpless animals. All of "his technologies" were stolen from the original inventors. His existence is based on government money mooching and political quid pro quo stock market bribes to Senators, White House executives and Energy Department staff.

Any tech person could do every single thing that Elon Musk has done with ONE THIRD LESS cash than Elon Musk has plowed through. So where does the rest of the money go? ***It goes to political candidates in ILLEGAL quid pro quo money laundering Dark Money conduits!*** Musk's operation pays bribes to law enforcement insiders, regulatory insiders, Senators and the White House in order to keep him from getting arrested.

The biggest icon of America's failure of the Justice system is the fact that Elon Musk is not in federal prison.

5

# The World's Biggest Government Funds Mooch



**Taxpayer money taken by <u>Tesla Motors</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$3B**-CA Factory Subsidy

**$1.3B**-NV tax incentive

**$45M**-Discounted DOE Loan

**$90M**-CA Alternative energy advanced trans. financing authority

**$517.2M**-Sale of CA and other regulatory credits

**$284M**-Federal income Tax credits for consumers of Model S Sedan

**$38M**-CA rebate for CA buyers of Model S Sedan

**$126M**-CA Self Generation incentive program

**$647,626**-CA job training reimbursement

Total Subsidy=**$5,355,847,626 BILLION AND COUNTING**

**Taxpayer money taken by Elon Musk via <u>SolarCity</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$750M-**NY State cost to build solar panel factory
**$150M-** to start NY Factory Operation
**$1.5B-**Est. value of 30% subsidy for solar installation since 2006, including at least **$497M-** in Treasury grants
**$5.6M-**OR tax credits & rebates
**$260M-** NY local property tax exemptions
Total Subsidy=**$3,163,100,000 BILLION AND COUNTING**

**Taxpayer money taken by Elon Musk via <u>SpaceX</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$20M-** TX state & local incentives & rebates for space launch facility near Brownsville
**$5.5B**– Government Contracts
**$1.6B-** NASA space taxi contract
Total Subsidy= **$7,120,000,000 BILLION AND COUNTING**

**Know that everything you have seen in the main stream news media about Elon Musk was bought and placed there by Elon Musk. Elon Musk is a figment of his own propaganda, Chinese click farms, his hired troll "fan boys" and his sociopathy.**

**<u>A Question for Tesla's Board: What Was Elon Musk's Mental State?</u>**

By James B. Stewart

Mr. Musk's tweet last week — expressing his intent to take Tesla private and declaring that he had "funding secured" for the multibillion-dollar transaction — was so impulsive, potentially inaccurate, poorly worded and thought out, and with such potentially dire consequences for himself, Tesla and its shareholders, that the board now must ask a sensitive but vital question: What was Mr. Musk's state of mind when he wrote it?

"What does this say about the judgment of the person who set all this in motion?" said Charles M. Elson, director of the Weinberg Center for Corporate Governance at the University of Delaware. "That's what the board has to find out."

Read the full article here

7

## Elon Musk needs to recognize his limitations and bring in a strong No. 2 to help run Tesla: Analysts

Tesla co-founder and CEO Elon Musk must recognize he can't do it all and agree to bring in a strong No. 2 to run day-to-day operations at the electric automaker, leading analysts told CNBC on Tuesday.

"We think he's going through a founder's dilemma. He's clearly stretched too thin," Consumer Edge Research analyst James Albertine said on "Squawk Box." "I think this is Elon going through personal issues, having his own struggles with the bears, very publicly."

Musk had been acting acting erratically for months even before his take-private tweet two weeks ago, which raised concerns among investors and regulators in Washington.

In May, Musk rudely cut off analysts on Tesla's first-quarter earnings call, something he apologized for on the second-quarter call earlier this month. He was also launching tweetstorm after tweetstorm all summer long as he was dealing with major production problems for the automaker's new, less expensive sedan, the Model 3.

The board needs to bring in a chief operating officer or co-CEO to take some of the pressures off of Musk and allow him to concentrate on being a "brilliant leader as a visionary," contended Albertine, who on Tuesday downgraded Tesla stock to equal weight and reduced his 12-month price target to $311 per share from $385.

Shares of Tesla broke a four-session, 14 percent losing streak on Monday, and the stock was logging a strong advance in early Tuesday trading.

 Read more here.


## After Elon Musk's 'Pedo' Tweet, Tesla Shares Fall 4% as Some Investors Worry About His Erratic Behavior

By KEVIN KELLEHER

Tesla's stock lost 4% of its value Monday following a rough weekend for its CEO Elon Musk.

Musk, who has taken to Twitter in recent weeks to combat his critics, drew criticism this weekend after calling a diver involved in the rescue of a Thai soccer team a "pedo." The diver, Vern Unsworth, had criticized Musk's effort to create a small submarine to rescue the soccer team members.

Thai rescuers succeeded in bringing the soccer team to safety without enlisting Musk's help. Unsworth dismissed it as a PR stunt, telling Musk he could "stick his submarine where it hurts." Musk then lashed back in a now deleted tweet that seemed to hint, by virtue of the British diver's residence in Thailand, that he was a pedophile.

8

Unsworth has said he is considering legal action against Musk, while Tesla investors wasted no time in expressing their concerns about the CEO's erratic behavior. Tesla slid 2.8% during official market hours Monday, before declining more than 1% in after-hours trading.

 Read the full post here

**The many failures of Elon Musk, captured in one giant infographic**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/12/12/the-many-failures-of-elon-musk-captured-in-one-giant-infographic/**


Among the more recent 'failures': parts of the Tesla Model 3 were being made by hand, contributing to a shortage of vehicles ready for delivery
Going through a rough patch at work? Well, at least you probably didn't get ousted as CEO of your own company, watch two of your companies hover on the brink of bankruptcy or get fired while your honeymoon.

All of those things have happened at various points to Elon Musk, founder of SpaceX, co-founder of Tesla TSLA, -0.33% , founder of Neuralink, co-founder of SolarCity and co-founder of X.com which eventually became PayPal , and who now has a net worth of about $15 billion.

Musk's impressive resume is littered with accomplishments, but it's worth remembering it's not all sunbeams and soaring stock prices.

Read the full post here

**Sorry, But Tesla's Cool Electric Cars Can't Compete As Long As Fracking Exists**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/20/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/**


If you were among the brave few who bought a Tesla Roadster in 2008, you purchased your government-subsidized $100,000-plus electric car when a barrel of oil cost as much as $162 in today's dollars. "Peak oil" was an article of faith — as crude supplies ran out, ever-higher oil prices would destroy demand for the internal combustion engine and other fossil-fuel monstrosities. But now, if you're one of the 500,000 wannabe Tesla owners who, according to CEO Elon Musk, has put down a $1,000 deposit on a $35,000 Model 3, the company's new mass-market electric sedan, you're probably just as familiar with a fashionable new green conceit. Now the article of faith is "peak demand" for oil, the idea that electric cars will soon make oil obsolete.

You can read the full article here.

Page 10       -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

https://web.archive.org/web/20200104074824/http://www.investors.com/politics/commentary/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/

Page 11        -   EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District



**You must watch this Elon Musk video of rocket fails**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/19/you-must-watch-this-elon-musk-video-of-rocket-fails/**

Any time Elon Musk makes a mistake, <u>it does not come cheap.</u>

That could not be more true when it comes to SpaceX, the aeronautics company he runs. On Thursday, Musk shared a video highlighting what happens when you fail to land an orbital rocket booster.

And it is spectacular.

"Long road to reusability of Falcon 9 primary boost stage…When upper stage & fairing also reusable, costs will drop by a factor >100," wrote Musk.

The video consists of a lowlight reel of SpaceX, featuring a lot of rockets blowing up with captions like "Rocket is fine? It's just a scratch."

Read the full article <u>here</u>

**Tesla is making a risky move by issuing $1.5 billion in debt**

<u>Matthew DeBord</u>

• **Tesla said it would issue $1.5 billion in unsecured notes.**

11

• **Issuing new debt deviates from previous equity-based capital raises.**

• **The carmaker has added substantial debt to its balance sheet since its SolarCity merger last year.**

Continue reading "Tesla is making a risky move by issuing $1.5 billion in debt" →

About 63,000 people have canceled preorders for the electric car over the course of the past year, as revealed earlier this week by Tesla CEO Elon Musk ( https://web.archive.org/web/20200104074824/https://www.inc.com/justin-bariso/elon-musk-takes-customer-complaint-on-twitter-from-idea-to-execution-in-6-days.html  (on the company's quarterly earnings call. (The number of orders dropped from about 518,000 to 455,000, Musk said.)

Page 13        -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District



# Elon Musk is a techno-criminal and master stock market manipulator

- Elon Musk's command and control of the crimes and corruption is easy to prove in court

"Musk buys media hype about himself on ALL of the main stream news sites, has his own troll-farms that type self-promotion glam posts about him on every blog on the web, floods all of the search engines with PR photos of himself and is clinically diagnosed as a 'sociopath'. .."

"...*Elon Musk (Along with his Silicon Valley Cartel bromance frat boy buddies Eric Schmidt and Larry Page, et al) is a mobster-class criminal sociopath who hired business assassins to attack us and operated anti-trust and RICO law violating competitor "kill programs". He used his windfall of taxpayer funded cash and Goldman Sachs assisted stock market manipulations and intelligence agency staff and tools from In-Q-Tel and Google to engage in these crimes. Plaintiffs have demanded that the FBI arrest him and that the SEC, FTC and NHTSA prosecute him. Plaintiffs will make certain that his legacy, for the rest of time, reveals the true facts about his crimes and political manipulations...*"

Per his own staff, ex-wives, partners, ex-founders, suppliers, FBI, SEC, Congress and private investigators. These are all statements from court reports, investigations, FBI submissions and Congressional reports. Each numbered statement is associated with a numbered witness report containing the evidence for the statement.  Please pass this report around and post it on Tesla windshields. Plaintiffs demand a hearing, with Musk on-site, on a live Senate televised and webcast investigation hearing in Congress to go over each of these points.

**Nobody On Earth Can Launder And Hide Illicit Cash, Or Bribe Politicians, Like Elon Musk**

He's worth an estimated $39 billion, but has repeatedly said he's poor. He is a scumbag liar and a crook!

Page 14       -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

In one of a series of wild tweets posted last week, Elon Musk stated (
https://twitter.com/elonmusk/status/1256239554148724737  ) he would be "selling almost all physical
possessions" and that he would "own no house." He appears to be actually following through with that
promise, as chronicled in a great story in *The Wall Street Journal*   ( https://www.wsj.com/articles/elon-
musk-techs-cash-poor-billionaire-11588967043?mod=e2twd   ) about Musk's personal finances that
you should go read.

According to the *WSJ*, despite being worth an estimated $39 billion on paper:

...he has to borrow, sometimes a lot, to pay for his lifestyle and business investments without
liquidating shares that help him maintain control of the companies he runs. About half his Tesla stock is
pledged as collateral for personal loans, an April 28 financial filing shows. Maintaining his equity stake
—about 20%, or around $29 billion at its current valuation—is important for him to keep control over
the Silicon Valley auto maker.

Musk also doesn't take a salary at Tesla, but he apparently became eligible for stock options worth
more than $1 billion this week. To get that money, he will need an eye-watering *$592 million* to
exercise the option, according to the *WSJ*. It's not clear if Musk has the money on hand to exercise that
option or if the money raised from the house sales will be used to help pay for the sum. "Mr. Musk said
he wasn't selling his possessions because he needs the money," the *WSJ* reported.

The article also lists a few times Musk has said he's cash poor. Here's one example:

Before Tesla went public, Mr. Musk told a judge during a contentious divorce with his first wife that he
had run out of cash and had taken on emergency loans from friends to support his family and pay living
expenses.

Here's another:

Last year, Mr. Musk's ability to access cash came up again during a defamation lawsuit over comments
he made about a man involved in the rescue of a Thai soccer team from a flooded cave in 2018. A
lawyer in the case said in a filing that Mr. Musk had described himself as "financially illiquid."

The whole article has a lot of history about Musk, interesting information about his finances backed up
by regulatory filings, and numerous quotes from Musk himself, and I sincerely recommend taking 10
minutes to read it in full. (  https://www.wsj.com/articles/elon-musk-techs-cash-poor-billionaire-
11588967043?mod=e2twd   )

Musk has Goldman Sachs, Welles Fargo and Wilson Sonsini Mobster-Class executive bankers hide his
money in  a rabbit warren of HUNDREDS of trusts, shell corporations and fake charities from South
Dakota, to Switzerland to the Cayman Islands to Russia.

A federal investigation to show the tentacular diagram of scams has been demanded!

14

# Let's Count Elon Musk's Lies And Scams



*Figure 1: One of Musk's Lies Starts With: "I have hair..."*

**These are the illicit things that sociopath narcissist Musk has engaged in with the taxpayer cash he mooched from government treasuries from a wide group of reports and articles on-line:**

1. Private investigators have produced reports on the Elon Musk and Tesla Motors fraud, stock rigging, bribery and safety investigations that Musk's Silicon Valley Sandhill Road venture capitalists cover-up.

2. Musk hides his money in illicit and false-front real-estate scams to avoid taxes and to launder money.

3. "His corrupt cobalt mines promote genocide in the Congo as seen in NETFLIX Black Earth Rising".

4. "His corrupt cobalt mines promote mass rape in the Congo as seen in NETFLIX Black Earth Rising".

5.  "His corrupt cobalt mines promote child slave labor in the Congo as seen in NETFLIX Black Earth
    Rising".

6.  "He tries to bury his ill-gotten money from the taxpayers in gobs of real estate acquisitions and
    houses including his notorious purchase of the Vaughn DeGuigne Court mansion at 891 Crystal
    Springs Road, in Burlingame, California which is staged for his kinky sex parties and
    Illuminati-like cartel get-togethers..."

7.  "His is not faithful to his girlfriends. Some of them are Ghislane Maxwell-type enablers, too,
    just to hang around his money and promote his sex schemes like Maxwell did for Epstein"

8.  "The workers that build his batteries die or sicken from toxic poisoning and Musk tries to hide
    his dirty factories overseas"

9.  "Tesla bribes U.S. Senators with cash and stock in order to get free taxpayer funds"

10. "He is addicted to drugs and booze"

11. "He has 'sociopath-class' mental issues and he is a narcissist..."

12. "Tesla has had more recalls for safety defects, per volume, than any other car maker. Musk
    refuses to allow the use of the word RECALL but the facts are the facts."

13. "It is so easy to hack any Tesla and crash it, break into it or give it bad braking orders that it is
    criminally negligent to allow Tesla's on the street. Even the Chinese have hacked Tesla's from
    the other side of the world! Tesla's have been hacked and remotely crashed, the drivers killed
    and Tesla covers this up..."

14. "His partner: Steve Jurvetson, has been charged with sex and corruption issues"

15. "He arranged government kick-backs with the White House"

16. His entire current existence is based on stock market scams created with taxpayer dollars and
    Goldman Sachs securities manipulations

17. "He is the world's biggest government mooch and has taken more taxpayer cash than anyone in
    U.S. History as a billionaire who does not need a hand-out"

18. "He is a member of the Palo Alto Tech Mafia operated by Stanford University gay frat house
    guys"

19. "Google (who is a major Tesla investor) hides all negative Musk/Tesla news in digital media
    globally and hypes TSLA stock in order to profiteer with Tesla stock. This is a violation of
    federal SEC laws"

16

20. "More drivers have been caught driving drunk, in Tesla's, than any other car Per Capita produced"

21. "Google boss Larry Page is Musk's 'bromance' boyfriend buddy and he uses Google to cover-up Musk's scandals"

22. "His so-called 'foundation'' is just a payola and tax evasion scam for his family. It is a charity scam"

23. "His batteries are the most dangerous use of lithium ion storage ever conceived"

24. "His partner: Panasonic, has been charged with multiple corruption, dumping, price rigging and manipulation crimes around the globe"

25. "Almost all of the internet 'Tesla Fanboys' are Russian troll farms and hired bloggers that Musk pays vast amounts of money to in order to hype up a fake image for him. Musk has over 1000 click-farm and Russian troll bloggers under his employ via various false-front cover organization contractors.

26. "The drug and murder-for-hire website: _Silk Road_, was built at drug-enthusiast Musk's company SpaceX by Musk's programmer and Musk hires many people from a group called: In-Q-Tel, who were caught with tons of cocaine on their airplanes in a DEA raid"

27. "His SpaceX is nothing more than a domestic spy satellite company"

28. In-Q-Tel supplies a number of Musk's staff, yet In-Q-Tel has been accused of numerous criminal ventures and abuses of the public.

29. You never hear about these crimes because Musk's buddies in Silicon Valley control 90% of the global media these days and they censor any bad news about Musk in order to protect their Cartel.

30. "Musk's brain chip company tortures monkey's and other small animals in bad science experiments"

31. "His father screwed his daughter and got her pregnant. His father seems to be a pedophile and incest participant"

32. "Dianne Feinstein and her family covertly own many Musk interests and arranged for him to get his funds from the taxpayers. She helped sabotage his competitors in her district"

33. "You can't put out the fires when his batteries explode say fireman because Lithium fires are military class thermo-dynamics"

34. "The fumes from his lithium ion thermal battery vapors give you cancer, lung and brain damage"

35. Psychologists say that Musk is a self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype addict.

36. Many of us know these facts from personal interaction with Musk, his companies and his politicians.

37. Everything in these reports can be proven in a jury trial, Congressional hearings or live TV debates but Musk would rather die than face uncontrolled public scrutiny.

38. Musk will do anything to keep this information from getting out, including hiring attack services like his Fusion GPS, Black Cube, Gawker and Gizmodo Kill services.

39. While Musk's dirty deeds sound like a bad Hollywood movie script. It all really happened and there is now massive hard copy evidence to prove it.

40. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool.

41. When you follow-the-money and the insider trading, stock ownership and crony payola kick-backs. The payola between Musk, his scummy cronies and the politicians is proven.

42. The Musk empire pays bribes in billions of dollars of Google (Where Musk's boy buddy Larry Page works), Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC

43. The Musk empire pays bribes in billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC

44. The Musk empire pays bribes in free rent

45. The Musk empire pays bribes in Male and female prostitutes

46. The Musk empire pays bribes in cars

47. The Musk empire pays bribes in dinners at fancy restaurants

48. The Musk empire pays bribes in socialite party financing

49. The Musk empire pays bribes in Sports Event Tickets

50. The Musk empire pays bribes in Political campaign printing and mailing services "Donations"

51. The Musk empire pays bribes in Secret PAC Financing. Musk's empire is a massive political financing conduit for the DNC politicians via a tentacular array of covert shell corporations, trusts, 501C's and stock bribes.

52. The Musk empire pays bribes in Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Manage Bribes

53. The Musk empire pays bribes in "Consulting" contracts from McKinsey Consulting as fronted pay-off gigs

54. The Musk empire pays bribes in Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors

55. The Musk empire pays bribes in Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff)

56. The Musk empire pays bribes in commercial Real Estate

57. The Musk empire pays bribes in Fake mortgages

58. The Musk empire pays bribes in The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts and The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts

59. The Musk empire pays bribes in Free spam and bulk mailing services owned by Silicon Valley corporations

60. The Musk empire pays bribes in the use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials

61. The U.S. Energy Dept (DOE) has been covering-up organized political crime activities in which government funds are being used as a slush-fund to pay off political campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors via Musk political conduits.

62. Political campaign financiers and government agency staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts.

63. The basic Musk scam-deal goes like this: *"Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks..."*

64. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader. Plaintiffs can put this in writing because all of those identifications regarding Musk can be proven in court and are documented in existing lawsuits and news stories.

65. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

66. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself.

67. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so.

68. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

69. Musk has been professionally diagnosed as a 'psychotic narcissist.

70. He public stated on an investor call that he uses drugs and alcohol to get through the night. Plaintiffs have the tapes.

71. Musk relies on Google and the DNC Main Stream News (MSN) to hide bad news about him.

72. Fake News manipulator Google is run by Larry Page. Larry is Musk's investor and bromance 'Butt buddy'. They share an apartment.

73. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading.

74. His brother ran Solar City and is now under federal investigation for securities fraud.

75. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

76. Extremist politicians and their controlled news outlets refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

77. Investor oligarch's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

78. Peter Thiel, a Musk 'boyfriend" also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk.

79. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

80. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

81. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

82. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

83. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

84. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

85. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one. SpaceX is entirely a spy satellite operation.

86. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

87. Musk can't fix a car or build a rocket and has almost no mechanical skills he can't build or work on any of the things he made himself famous for.

88. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history!

89. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18+ men who rig stocks and valuation bumps for Musk.

90. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing!

91. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

92. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI by those who supplied this information but Musk has yet to be arrested because crooked California politicians, who own his stock, protect him from arrest.

93. Why aren't all of those parties in prison if it is so easy to prove the crime? Think back to recent history: the heads of the Department of Energy, the FBI, The DOJ and the U.S. Attorney General were kicked out of their jobs for corruption. THIS was the corruption they were doing. They all knew about this crime but they were covering it up.

94. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

95. When you take a look at the 'lithium' in Musk's horrifically miss-engineered lithium ion batteries you will uncover horrible crimes engaged in to acquire it.

96. His batteries cause wars in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt.

97. Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu.

98. Lithium ion batteries excrete chemicals that mutate fetuses when they burn and destroy your brain, lungs and nervous system when they burn

99. Musk's batteries kill the factory workers who make them

100. Musk's batteries cause Panasonic to be one of the most corrupt companies in the world

101. Musk's batteries poison the Earth when disposed of

102. Musk's batteries can't be extinguished by firemen

103. Musk's batteries poison firemen when they burn

104. Musk's batteries are based on criminally corrupt mining schemes like URANIUM ONE

105. Musk's batteries have over 61 toxic chemicals in them

106. Musk's batteries come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy

107. Musk's batteries and are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

108. Apple products with lithium ion batteries have been exploding and setting people on fire.

109. Over time the chemical dendrites, or deposits, inside each Musk battery grow worse and increase the chances of explosion as they age -

110. Musk's LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up.

111. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This theory is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

112. "Bad Guys" have figured out how to make them explode remotely in devices by making the device electronics cause the batteries to overload.

113. The dangers of lithium ion batteries are hidden by CNN and Main Stream News (MSN) because pretty much only the DNC people profit from them and the DNC folks control CNN and the MSN.

114. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging

115. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

116. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

117. Alkaline, NiCAD and hundreds of other battery chemistry DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownership.

118. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

119. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

120. In Florida two kids died in a Tesla, burned alive, screaming in agony.

121. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

122. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

123. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

124. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

125. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out.

126. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

127. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

128. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.

129. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

130. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

131. Musk's "cabin boy": Jared Birchell, runs around covering up Musk crimes all day

132. Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

133. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

134. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

135. Reports at https://www.propublica.org prove some of these assertions

136. Reports at https://www.transparency.org prove some of these assertions

137. Reports at https://www.icij.org prove some of these assertions

138. Reports at http://londonworldwide.com  prove some of these assertions

139. Reports at https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE, Internet Archives) prove some of these assertions

140. Reports at  https://www.zerohedge.com/news/2019-02-24/tesla-slams-tree-florida-bursting-flames-and-killing-driver prove some of these assertions

141. Reports at Elon Musk is a total fraud - nypost.com (  https://nypost.com/2018/07/21/elon-musk-is-a-total-fraud/  ) prove some of these assertions

142. Reports at Elon Musk is a total fraud: Truth about Tesla billionaire exposed ( https://www.news.com.au/technology/innovation/inventions/elon-musk-is-a-total-fraud/news-story/f849a58894956424f03e7606a222b9eb  ) prove some of these assertions

143. Reports at Elon Musk Passes the Hat Again on Capitol Hill… And in China ( https://townhall.com/columnists/lawrencemeyers/2019/09/10/elon-musk-passes-the-hat-again-on-capitol-hill-and-in-china-n2552839  ) prove some of these assertions

144. Reports at About Elon Musk - A WASHINGTON DC ORGANIZED CRIME ( https://xyzcase.weebly.com/about-elon-musk.html  ) prove some of these assertions

145. Reports at Mark Spiegel: Elon Musk is 'a pathological liar' (  https://www.youtube.com/watch?v=msxq2OkCXnE  ) prove some of these assertions

146. Reports at https://nationalnewsnetwork.net/ prove some of these assertions

147. Reports at http://www.videonet111.com prove some of these assertions

148. MUSK'S SPACEX COMPANY Will have all of it's satellites destroyed in moments as soon as China gets pissed off:  https://www.japantimes.co.jp/news/2019/02/12/asia-pacific/chinas-space-debris-cleanup-may-cover-story-arms-u-s-satellites-pentagon/

149. WE HAVE ASKED THE FBI, DOJ, OSC, SEC, FTC, GAO, U.S. CONGRESS, AND OTHERS, TO INVESTIGATE AND PROSECUTE MUSK AND HIS CRONY OPERATION!

150. ELON MUSK'S PAID-FOR MEDIA SHILLS COVER UP HIS CORRUPTION AND PUSH PUFF-STORIES ABOUT MUSK. NEVER TRUST THEM TO BE ANYTHING BUT BIASED PROPAGANDA OUTLETS. MANY OF THEM OWN TESLA STOCK: Electrek, Google, Facebook, CNN, Huffington Post, Dianne Feinstein's PR office, Nancy Pelosi, Steven Chu, MSNBC, PayPal, KPIX-TV, San Jose Mercury News, Any Hearst owned entity, The SF Chronicle, Motley Fool, Green Car Congress, The executive staff of the DNC, The NY Times, etc.

151. Plaintiffs saw Elon Musk commit crimes and we saw the Obama White House cover-up those crimes.Plaintiffs, and Plaintiffs associates, worked for Bright Automotive, Zap Electric, Aptera, Eco Motors, XPV, The United States Department of Energy and the federal Office of Management and Budget and Tesla Motors itself.Americans have an expectation that their tax dollars will be used in a fair and legal manner and not to pay off crony campaign financiers like Elon Musk.

152. Americans have an expectation that fair market competition will decide which companies get to live or die and that no campaign financiers gets to order the White House to produce the

death or success decision about any American business. Elon Musk's operation exists entirely because of criminal corruption and all of his companies must be shut down by federal law enforcement.

153. For nearly a decade, the U.S. Department of Energy has refused to comply with Freedom of Information Act (FOIA) requests for copies of Tesla Motors entire D.O.E. funding application documents. Former D.O.E. employees have shredded copies of those documents in order to keep them from being exposed to the public and the media. Why would they do that? Because those documents reveal felony criminal fraud by Tesla Motors, federal violations of the Section 136 law requirements and manipulations of the "hard-wiring" of the entire D.O.E. program. Those documents, which we have seen (and some Senate staff have private copies of) prove that, in a side-by-side comparison with all other applicants, the Tesla application was manipulation, rigged, false-reviewed and crony-advanced in order to pay-off certain campaign financiers and damage their competitors.

154. Demand that the U.S. Department of Energy stop breaking the law and comply with the FOIA requests to stop hiding the incriminating evidence in the Tesla files. Demand that the public be shown the original paper and not the later, "doctored" versions.

155. Plaintiffs saw Elon Musk operate an entirely illegal and unethical program based on State and Federal corruption. Plaintiffs told this, in writing and in person to the U.S. Attorney General: Eric Holder, who then quit his job after we reported these facts to him.

156. Plaintiffs reported that Elon Musk lied about vast number of dangers of the lithium ion chemistry he was using. Nothing was done.

157. Plaintiffs reported that Plaintiffs associates at the Department of Energy were having their safety reports on lithium ion danger suppressed. Nothing was done.

158. Plaintiffs reported that Elon Musk's credit rating and financial records were fraudulent and amounted to "cooking the books". Nothing was done.

159. Plaintiffs reported bribes paid by Musk's lobbyists and associated to government officials in order to grease the skids for his crony payola. Nothing was done.

160. Plaintiffs reported that Goldman Sachs and Tesla Motors were operating a stock fraud pump-and-dump scam to manipulate Elon Musk's stock holdings. Nothing was done.

161. Plaintiffs reported over a hundred illegal and corrupt actions by Elon Musk and his mob of Silicon Valley gangsters. Nothing was done.

162. If you have an ounce of morality, then you will not want to help Musk & Tesla profit from the crony political corruption that created them. Musk exists because he bribes politicians & acts as an illegal campaign financing conduit.

163. DOT/NHTSA has covered up years of reports about an acceleration surge issue that can suddenly crash your Tesla into walls and drive it off cliffs. It is either a known hacking attack or the effect of WiFi on Tesla electronics. Either can kill you.

164. Musk & Tesla are pure evil & exist because of hyper-corruption. You don't want to contribute to their evil or be part of it in any way. You are funding evil & supporting criminal corruption by buying a Tesla or any Elon Musk owned product like Solar City, Tesla, Space X, Hyperloop, etc.!

165. Elon Musk spent more money, than any other car company in history, to do the exact same things that any other car has done, or could do, for 20 times less money. Musk's Tesla was $100,000.00 over budget, per car, at the time that Musk was handed his crony Dept. of Energy froms by Steven Chu. Musk has no clue how to operate a car company.

166. In one lawsuit it is noted that: "...Plaintiffs and Tesla both applied for funds at the same time, in the same funding cycle in the same program. Tesla had the historically epic number of horrific issues listed below, which were known to DOE at the time of application, and Plaintiffs had NONE of these issues. How can any court, or rational person, believe that Plaintiffs were not intentionally bypassed, targeted and damaged for political reasons while Tesla was simultaneously approved for political reasons, when the comparative metrics between the two applicants prove the largest merit disparity in the entire recorded history of the U.S. Department of Energy….the singular, and only, review criteria used by Department of Energy officials was: WHICH ONE BRIBED THE CAMPAIGN FINANCE GROUP FOR BARACK OBAMA?!"; Thus proving that Tesla exists because of organized-crime level political corruption.

167. Elon Musk's self-driving "autopilot" feature, which keeps crashing and failing, is his attempt to scam taxpayer cash from Dept. of Transportation and Dept. of Energy public funds. He is only trying to do it to get more free federal cash.

168. The inventor of lithium ion batteries has confessed that lithium ion batteries blow up eventually. He says that deadly dendrites plague lithium-ion battery technology. The dendrites accumulate as part of the standard charging and recharging cycle and eventually cause a short circuit that often results in a smoldering or burning battery. These dendrites are destined to eventually blow up most Tesla cars and many electronic devices using lithium ion!

169. The CIA's software designed to take over any Tesla on Earth and kill the driver, passengers and bystanders has been released in the wild and every hacker on Earth can now easily get a copy of it and kill you in your Tesla!

170. Ex-employees have leaked faked financial records, evidence of massive click-farm fake social media manipulation and evidence of unreported deaths and accidents. They say that most Tesla's have one kind of defect or another.

171. If you read about the dirty deeds and cocaine dealings with the In-Q-Tel airplanes called "Cocaine 1" & "Cocaine 2", & the corruption behind the company called In-Q-Tel & Musk's software programmer who ran "The Silk Road" drug & murder service then you must be concerned that many In-Q-Tel people work for Musk. Why does Musk need dirty druggies & spies on his payroll unless he is running covert drug and business spying activities?

172. Ex-employees, Gawker writers and gay lawyers from Covington & Burling have leaked stories that Elon Musk, Reid Hoffman, Larry Page are "butt buddies".

173. Musk is anti-American and Anti-Worker Rights and has been caught flying in H1-B cheap offshore labor and exploiting immigrants for his deadly profits. Musk hates unions and worker rights efforts.

174. Elon Musk gets the Cobalt chemical to make his lithium ion batteries from slave trade and blood-money corruption in the Congo!

175. The lithium ion batteries that Musk uses also blow up when they naturally encounter Low Energy Nuclear (LENR) effects in the ambient environment. Millions of chemicals don't blow up from LENR'd but lithium ion does!

176. If you are a Democrat then know that Elon Musk cost you the Hillary Clinton campaign because of his payola schemes. If you are a Republican, know that Elon Musk is the epitome of the worst form of DNC crony corruption you ever saw!

177. Musk bribed California politicians to give him hundreds of millions of dollars of taxpayer dollars & resources he never earned or worked for. He only got those crony payola perks handed to him because he operated as an illicit front for corrupt campaign financing for Dianne Feinstein, Jerry Brown, Harry Reid, Barack Obama and Hillary Clinton.

178. Multiple parties have filed "Demands For The Arrest of Elon Musk" with the FBI, DOJ, AG, FTC, SEC and other law enforcement agencies. It is not likely that Musk, or his companies will survive a full investigation.

179. Tesla and Solyndra sit on the same land in Fremont, CA. Solyndra was raided by the FBI for corruption. Tesla SHOULD be raided by the FBI for corruption. Both companies had kick-back crony payola schemes with Senator Dianne Feinstein. She owned the land, lease, HR, construction company and supplier interests and stock for both companies in one of the most massive conflict-of-interest crony financing schemes in U.S. history. Elon Musk and the Feinsteins are corruption partners.

180. People who see you in a Tesla think of you as a "Tone Deaf Douchebag", "Tesla Tool!", "Arrogant Prick", "Ostentatious Obama Oaf", "Sheep", "Mindless Yuppie Scum", "Misogynistic Silicon Valley Clone", "Self-promoting Elitist Douche", "Fake News Reading Main Stream Boob", "Naive Idiot" or other bad things.

181.Elon Musk is one of the main financiers behind Barack Obama & Hillary Clinton, both of whom have been charged with corruption. Musk endlessly tweets lies & "...No I didn't do those bad things" BS but nobody else supports him.

182.Tesla financial records are "cooked" in a fraudulent manner to make the stock market valuation of Tesla a falsely manipulated factor. Musk uses "pre-orders", by his own investors, to fake sales and wrote emails to customers asking them to put small deposits down so he could book them as fully paid sales in one of a large number of stock and loan valuation frauds. Musk and his investors practice stock market skims, pump-and-dumps and Flash Boy manipulations.

183.Lithium ion batteries are blowing up, starting fires &, generally, destroying people's homes, cars, electronics & physical health. Boeing was ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy & pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about the dangers from day one, but put greed ahead of safety. There are thousands & thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's & the Senators they bribed own stock in lithium mining companies too.

184.Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer: *"Thermal runaway is of major concern since a single incident can lead to significant property damage &, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, & sufficient heat to lead to the combustion & destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke & fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the*

*car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked"*. See http://whoiselonmusk.com for more. ..

185. Tesla's own staff, & every fire department, have now admitted that once a lithium ion fire gets started in a Tesla, that it is impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal", start a chain reaction and blow up all of the rest of the 6800+ deadly batteries! Tesla drivers have been burned alive in thermal globs of flaming lithium ion, plastics & metal. Bystanders have heard their horrific screams of unutterable pain & terror as they were burned alive! Tesla fires can't be extinguished & the bodies are burned into "unrecognizable lumps of charred flesh", according to fireman.

186. Lithium Ion batteries "go thermal" in peoples pockets, in your notebook, especially in a Tesla & Fisker car. There are tens of thousands of articles documenting this & there is a cover-up by the VC's that fund these things to keep this fact out-of-sight. Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product that is covered-up by the Obama Administration. Panasonic knows that these batteries are deadly.

187. Tesla only exists to exploit Elon Musk's briberies. The lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed. Lithium ion batteries poison the Earth & that they poison & kill the workers that make them. Lithium ion batteries come from war profiteering in Afghan & Bolivian corruption

188. Panasonic is Elon Musk's partner. Panasonic is one of the most corrupt companies in the world. Panasonic has been charged, on multiple continents with: Product dumping, bribery, collusion, price fixing, anti-trust law violations, racketeering, worker abuse, toxic poisoning of workers, & other crimes. It is no wonder that Elon Musk & Panasonic are partners. Tata Motors executive Karl Slym was killed for exposing this fact.

189. Your tax dollars were stolen in order to make Tesla Motors, as part of a political financing kick-back scam. In other words, part of your paycheck was taken away from you in order to buy hookers, rent-boys & private jets for Musk & company.

190. Tesla's are forged in criminal corruption, so anybody who drives a Tesla must be either ignorant, a weasel or one of the corrupt. The whole world now knows all of the facts in this list so you can never plead ignorance to these crimes.

191. Telsa's have a huge amount of highly documented defects. The defects are so extensive that Tesla made buyers sign confidentiality agreements to try to hide how messed up their cars are.

192. Tesla's have killed more people than the main-stream news has reported. The full Tesla death-list is covered up.

193. Musk lied about why he wanted to make electric cars, when, in fact, he actually poisons the environment because Tesla investors wanted to exploit toxic minerals & materials which can't be recycled in a clean manner

194. No other electric car has been so mundane, & yet had so many problems with it, since the electric car was first sold in the 1800's. There is nothing "novel" or "amazing" about the Tesla aside from dime store parlor tricks for PR hype.

195. More drunks have crashed Tesla's, than any other per capita car in the world, per volume of cars made

196. Elon Musk's co-founders, investors, partners, wives, investors, suppliers & employees have sued him for being a fraud &, essentially, called him an "asshole" in court records.

197. Elon Musk lied on this Department of Energy funding application and the Obama Administration refuses to allow any federal employees or witnesses to testify to these facts in public due to the devastating potential results of these facts.

198. More owners of Tesla's have been found to cheat on their taxes, & be involved in abuse-based divorces, than almost any other car brand owner. Tesla owners are bad people who rationalize their poor life choices. Owning a Tesla is a red-flag for a tax audit!

199. Elon Musk will lie, cheat & steal in order to self-aggrandize & glorify his egotistical mania. Musk has been documented engaging in over 100 lies which were later proven to be false. He has spent tens of millions of dollars to buy fake news about himself on Twitter, Facebook & Google because he is such a mentally disturbed ego-maniac.

200. None of Elon Musk's companies would exist if not for taxpayer funded handouts given to him by corrupt politicians in exchange for illegal campaign finance deals with him & his investors.

201. Google, & Tesla, who are financial & political partners, have both been caught spying on consumers & manipulating Internet data in order to cover-up their complicity in huge political corruption & kick-back deals

202. Musk took U.S. taxpayer dollars from the government & then hired cheap off-shore labor & fired U.S. Union workers & domestic workers. He lied to & screwed the NUMMI workers that were working at the Fremont plant.

203. Musk has put over 18 surveillance devices in the Tesla. Anybody can hack those devices & monitor you. WORSE YET, foreign agents have hacked the Tesla & taken over the controls & driven Tesla's into bystanders & over cliffs.

204. When Erick Strickland was head of the NHTSA he was confronted about DOT safety cover-ups of the Tesla to protect Obama. He quit 48 hours later. The DOT safety cover-ups to protect

the Obama campaign finance payola scheme continue to this day. Obama's Gibbs, Emanual, Plouffe, Axelrod and Carney quit within a week of being threatened with exposure.

205. Elon Musk paid some of the largest bribes in the history of China, facilitated by Dianne Feinstein and her Chinese spy connections, in order to get his China factory opened.

206. Tesla's have had a large number of recalls but Elon Musk refuses to call them "recalls". Tesla's have had multiple recalls for SEVERE safety dangers. DOT has been told this, in writing, for years, but wont take action in order to protect Obama.

207. Elon Musk is a bullshit artist who has no original ideas & wears black-turtle neck shirts (like Elizabeth Homes) to try to create a "cult" around himself & convince the world that he is a "Jesus-like" figure when, in fact, he is a clinical sociopath.

208. Tesla is a severe public safety hazard that has been systematically covered up by corrupt politicians.

209. Large numbers of Ex-CIA staff and In-Q-Tel spy staff work for Musk. Why does he need spies to build cars?

210. Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields. Kleiner Perkins and Draper Fisher hyped the "...trillions of $ of lithium in Afghanistan."

211. Tesla Motors batteries blow up on their own because their chemistry causes them to be naturally defective.

212. Tesla Motors batteries blow up when they get wet because their chemistry is activated by water to make them explode.

213. Tesla Motors batteries fires cannot be put out by any common fire-fighting resources.

214. Tesla Motors batteries set themselves on fire.

215. Per Federal MSDS disclosure documents, Tesla Motors batteries emit cancer-causing vapors when they burn.

216. Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, & environments where such incidents occur.

217. Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper.

218. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive.

219. Tesla has multiple sexual harassment and unsafe work-place lawsuits against the company.

220. Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn

221. Tesla is a stock pumping scam to profiteering on stock market peak manipulation at the expense of taxpayers.

222. Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus within the mother

223. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage.

224. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage.

225. Per published lawsuits & news reports, the factories that make Tesla Motors batteries have been charged with the deaths, & potentially fatal illness, of over 1000 workers & the poisoning of nearby towns.

226. Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards & Tesla's. The chemistry in a lithium ion battery changes to become more unstable over time.

227. Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible.

228. Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants.

229. Elon Musk's Space X vehicles & Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR.

230. Leaked Sandia National Labs & FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries.

231. Tesla's own "Superchargers" & home 3-prong chargers have set Tesla's, homes & businesses on fire

232. Consumer rights groups contacted Erick Strickland, the head of the NHTSA, & charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests & lobbyist bribes, from Tesla, which got the investigation shut down.

233. NEPA regulations for the Tesla NUMMI factory in California & the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards.

234.Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes & subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing.

235.Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage.

236.Tesla Motors vehicles have been hacked & taken over. Their doors, steering, listening devices & navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs & into other vehicles, killing bystanders & Tesla drivers.

237.Three Tesla top engineers & two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day.

238.Multiple employees, founders, investors, marital partners, suppliers & others have sued Tesla Motors, &/or it's senior executives for fraud. Musk had nothing to do with creating Tesla. He ran a hostile take-over of Tesla from the founders.

239.In addition to suing him, many of his former staff & partners have described Musk as an "Arrogant Prick".

240.Main-Stream Media (MSM) have agreed not to provide news coverage of the deadly defects of the Tesla because the MSM are owned by the same politicians who own Tesla Motors. It is now legal to sue The New York Times for hiding these deadly defects, though, particularly if your family member was injured or killed because they covered-up the danger for political reasons.

241.If you think the above bullet-points are bad there are over a 1000 more. Find the book "Is Elon Musk A Fraud" online or visit https://stopelonfromfailingagain.com/ ( PER THE WAYBACK MACHINE Internet Archive) or thousands of other sites that expose the truth about Musk & Tesla!

242.BANKRUPT MUSK – NO CASH FOR CRONY CORRUPTION. Print this out & freely re-post it on blogs & social media. Post this on bulletin boards. Put this on the windshield of every Tesla you find. Print this out & hand these out in front of every Tesla dealership: Nobody can stop you from handing these out, it is your U.S. Constitutional First Amendment Right! Pass the word! Plaintiffs are prepared to back up every single fact on here at any public meeting with the FBI, Congress, FTC, GAO, SEC or before a Federal Special Prosecutor.

243.The crash of a Tesla Model X through the home of South Korean singer and actor Ji Chang Son. The crash ended with the nose of the vehicle in Ji Chang Son's living room after the Tesla malfunctioned. Hundreds of such Tesla crashes have occurred, resulting in the deaths and injuries of Tesla owners, passengers, bystanders, oncoming drivers and others.

244. Following accusations by a Korean celebrity that a Tesla car spontaneously drove through a wall, the carmaker has replied that the crash was "entirely due to the man's horrible driving" in an ongoing effort, by Tesla, to steer the blame away from Tesla faulty engineering Actor and singer Son Ji-chang (identified as Ji Chang Son in court documents) claimed he was parking his Tesla Model X SUV when the vehicle suddenly lurched forward into his living room ( https://www.facebook.com/photo.php?fbid=1169875899799830&set=pcb.1169910243129729&type=3&theater   ).

245. In a lawsuit filed last week in California, Son claimed that the crash was due to "sudden unintended acceleration" and sought class-action status with other Model X owners. In a nod to the car's ability to sense and avoid crashes, the lawsuit also hinted that the Model X should not be allowed take actions that the car "knows will result in the collision with a fixed object."

246. In June, another California-based Model X owner, Puzant Ozbag, similarly claimed that his Model X spontaneously accelerated through a parking lot and into a wall. A special prosecutor is needed to investigate Tesla due to the huge number of cover-ups, by Tesla and the Obama Administration, to protect camapign financier Elon Musk. Jeff Sessions needs to hire a lawyer from outside the government appointed by Sessions as attorney general or, in the United States, by Congress to investigate a government official for misconduct while in office. A reasoning for such an appointment is that the governmental branch or agency may have political connections to those it might be asked to investigate. Inherently, this creates a conflict of interest and a solution is to have someone from outside the department lead the investigation. The term "special prosecutor" may have a variety of meanings from one country to the next, from one government branch to the next within the same country, and within different agencies within each government branch. Critics of the use of special prosecutors argue that these investigators act as a "fourth branch" to the government because they are not subject to limitations in spending, nor do they have deadlines to meet.

247. Attorneys carrying out special prosecutor functions in either federal or state courts of the United States are typically appointed ad hoc with representation limited to one case or a delineated series of cases that implicate compelling governmental interests, such as: Fraud (SEC, Complex, Cybercrime, Mortgages), Public Corruption, Money Laundering & Asset Forfeiture, Civil Rights, Racketeering Across State lines, Environmental Protection, National Security, Tax & Bankruptcy, Organized Crime, or International cases where the US is a party). [1] Special prosecutors in courts of the United States may either be appointed formally by one of the three branches of government in a criminal proceeding, or when dictated by federal law or regulation, or informally in civil proceedings, and also by one of the three branches of government, or by a non-governmental entity to prosecute alleged unlawful conduct by government agents. When appointed by the judicial branch to investigate and, if justified, seek indictments in a particular judicial branch case, the attorney is called special prosecutor.[2] When appointed/hired particularly by a governmental branch or agency to investigate alleged

misconduct within that branch or agency, the attorney is called independent counsel.[3] When appointed/hired by the state or political subdivision to assist in a particular judicial branch case when the public interest so requires, the attorney is called special counsel.[3] When appointed/hired by an organization, corporation, person or other non-governmental entity to investigate and, if justified, seek indictments against one or more government officials for acts committed under color of law, the attorney may be called special counsel or special prosecut. The term is sometimes used as a synonym for independent counsel, but under the former law authorizing the independent counsel, the appointment was made by a special panel of the United States Court of Appeals for the District of Columbia Circuit. The Ethics in Government Act expired in 1999, and was effectively replaced by Department of Justice regulation 28 CFR Part 600, under which Special Counsel Patrick Fitzgerald was appointed to look into the Plame affair. The Tesla Motors and Elon Musk Case requires a Special Prosecutor.

248. ELON MUSK AND TESLA FACE CRIMINAL FRAUD CHARGES BY FEDS! MUSK FINALLY EXPOSED!  ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414   )

249. SEC subpoenas TESLA over Musk tweets...  ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414  )

250. Whistleblower posts 'flawed cars' details... ( https://www.cnbc.com/2018/08/15/tesla-whistleblower-tweets-details-about-flawed-cars-scrapped-parts.html  )

251. Elon Musk's Incredible Smoke And Mirrors Dance. Elon Musk's untraceable money laundering and political bribery scam has now been exposed. It is called an "Invisible Bridge". It is the way that covert funds move through a secret conduit of close associates and family members. Elon Musk is at the head of the conduit and his mother, brother and associates Tim Draper, Steve Jurvetson, and George Soros round out the other tentacles. With operational links through Wells Fargo Bank, Silicon Valley Bank and Goldman Sachs, the scheme is perfected corruption. The "bridge" uses a combination of fake tax evasion charities and business assets, passes through Senator's pockets and is never visible to the FBI, the FEC and the SEC unless they have very good agents assigned to the matter.

252. NTSB, DOJ, SEC and FEC have been blocked from action by DNC lobbyists.

253. The overt and arrogant Musk misdeeds have now become "obvious and RICO-violating..."

254. He is protected by Senators Reid, Harris, Pelosi and Feinstein. They are beneficiaries of the scam. Musk's self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool. This is proven

when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

255. He is protected by the Clinton and Obama organizations along with most of the DNC. He finances these politicians via this scheme.

256. The U.S. Dept of Energy (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for Fusion-GPS attacks on Silicon Valley business competitors.

257. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

258. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader.

259. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries"

260. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

261. Musk has been professionally diagnosed as a 'psychotic narcissist.

262. Musk uses shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. His brother ran Solar City and is now under federal investigation for securities fraud.

263. A huge number of Tesla drivers, per capita, have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

264. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

265. VC's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

266. Peter Thiel, a Musk 'boyfriend" also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them

Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

267. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

268. Main Stream DNC-biased News organizations who refuse to cover the story reveal themselves as shills for Musk

269. The Silicon Valley Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone.

270. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

271. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

272. Musk holds the Silicon Valley record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

273. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

274. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them.

275. https://stopelonfromfailingagain.com reveals even more Musk lies.

276. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

277. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from anything SpaceX has launched. SpaceX is entirely a domestic spy operation.

278. Musk's "Mars" scheme is just a PR distraction to keep the news from looking too close at SPACEX domestic spying satellites.

279. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

280. Musk can't fix a car or build a rocket and has almost no mechanical skills.

281. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk's lobbyists have bribed DOT and NHTSA to stall safety inspections.

282. NO COMPLETE UNCOMPROMISING SAFETY REPORT ON TESLA CARS HAS EVER BEEN PUBLISHED but we have a copy of a hushed up report that would put Tesla out of business.

283. Musk's 'Autopilot' system is a scam to get government cash BUT IT NEVER WORKS. The Tesla 'Autopilot' has crashed into police cars, pedestrians, swamps and driven owners over cliffs.

284. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk.

285. The "Silk Road" Cocaine and Murder-For-Hire website was created at Musk's SpaceX

286. Musk's In-Q-Tel staff ran two transport planes filled with drugs; listed as "Cocaine 1" on FAA records.

287. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

288. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI.

289. Tesla and Solyndra sit on the same land and share staff, contracts and lobbying. California politicians own parts of both companies.

290. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

291. The 'lithium' in Musk's horrifically miss-engineered lithium ion batteries cause wars in the Congo over mining corruption.

292. Afghanistan and Bolivian mobsters benefit from the corrupt mining deals involved with mining lithium and cobalt for Elon Musk's batteries.

293. Elon Musk opened a factory in China to try to avoid American worker safety laws because all of the labor cheats and safety violations he had engaged in, in America, were catching up to him. He neglected to provide adequate worker safety to quarantine for the coronavirus, though.

294. Elon Musk's Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu and they engaged in extreme conflict-of-interest to help Musk.

295. Elon Musk's Lithium ion batteries excrete chemicals that mutate fetuses when they burn.

296. Elon Musk's Lithium ion batteries destroy your brain, lungs and nervous system when they burn.

297. Elon Musk's Lithium ion batteries kill the factory workers who make them.

298. Elon Musk's Lithium ion batteries cause Panasonic to be one of the most corrupt companies in the world.

299. Elon Musk's Lithium ion batteries poison the Earth when disposed of.

300. Elon Musk's Lithium ion batteries can't be extinguished by firemen because water makes them explode even more and then explode again hours later.

301. Elon Musk's Lithium ion batteries have chemical dendrites and deposition massing issues (revealed by X-Ray analysis) which makes them more and more likely to explode as they age.

302. Elon Musk's Lithium ion batteries poison firemen when they burn.

303. Elon Musk's Lithium ion batteries are based on criminally corrupt mining schemes like URANIUM ONE.

304. Elon Musk's Lithium ion batteries have over 61 toxic chemicals in them.

305. Elon Musk's Lithium ion batteries come from an industry that spends billions on internet shills and trolls that they hire to nay say all other forms of energy

306. Elon Musk's Lithium ion batteries are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

307. Apple products with lithium ion batteries have been exploding and setting people on fire.

308. Over time the chemical dendrites, or deposits, inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

309. Tesla owner's had had more DUI's, abuse filings in divorce proceedings and crashes than any other car maker PER VOLUME. This makes Tesla the #1 car for douche bags and scummy people.

310. Tesla's own federal patent filing records confirm that Tesla batteries are as dangerous as this document reports.

311. Political activist George Soros owns part of Tesla Motors so that Soros can help conduit DNC cash.

312. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging.

313. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

314. There have been thousands of defect reports filed on Tesla cars.

315. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

316. If a Tesla battery gets wet it will explode and cause all of the other batteries to explode in a "cascade of explosions".

317. Water makes Tesla batteries explode.

318. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive and seal them in molten metal.

319. Alkaline, NiCAD and hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships.

320. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

321. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

322. In Florida two kids died in a Tesla, burned alive, screaming in agony.

323. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

324. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

325. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

326. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public.

327. Elon Musk's Lithium ion battery partners spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

328. Lithium ion EVs are more prone to battery fires.

329. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

330. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

331. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers. Another whistle-blower has suggested they were killed in a "Boston Brakes" hit-job.

332. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

333. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

334. Musk uses Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

335. Musk buddies: Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people,

forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

336. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

337. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

338. Had the full scope of these facts been acted on during the Obama Administration, Barack Obama would have become the first modern sitting President to have been arrested in the White House. Barack Obama was fully aware of these schemes, crony payola deals and corruption crimes and discussed the implementation of these crimes, daily, with Rahm Emanuel, David Plouffe, Steven Rattner, Robert Gibbs, John Podesta, David Axelrod, Eric Holder and Jay Carney in the Oval Office.

339. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

340. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

341. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

342. The company that Elon Musk built to usher in the electric-car future might not have enough cash to make it through the calendar year without stock markets scams being used to keep it alive.

343. Tesla again fell far short of its own production targets for the mass-market Model 3 sedan

344. Another person died in a crash involving its assisted-driving feature.

345. Musk entered into a public dispute with federal safety regulators.

346. Tesla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September but Silicon Valley Vc's will pump it up to save face.

347. No one has raised or spent money the way Elon Musk has; Nor has any other chief executive officer of a public company made a bankruptcy joke on Twitter at a time when so much seemed to be unraveling.

348. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg. Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports

earnings May 2. Read the full story here: https://www.bloomberg.com/graphics/2018-tesla-burns-cash/

349.In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest.

350.One of Tesla's greatest strengths is its ability to monetize the patience and goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

351.Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

352.Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

353.Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March 2016, fans stood in long lines at Tesla stores. Two years later, the slower-than-expected pace of production means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

354.There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

355.Elon Musk cooked the books by emailing interested sales prospects and asked them to put a deposit down before each quarter ended so he could book their tiny deposits as fully transacted $60K+ "sales" before each quarter closed.

356.Elon Musk and SpaceX are being sued by multiple employees for "lying about safety standards, safety records" and deadly safety defects.

357.The Elon Musk Tesla Money Laundering Board Of Directors is as full of fraud and corruption as Musk. Birds of a feather stick together and the Jurvetson, Draper, Musk, et al; clan of corruption runs deep. The Board of Directors can't operate their scam without the whole pack of thieves and liars in place. An outsider will break theirs swamp of tax evasion, Dark Money

political bribes, off-shore cash, self-dealing, book-cooking, real estate fraud, expense padding and other nefarious deeds.

358. Dianne Feinstein's family member: Herb Newman of Sausalito, California's HR firm: Newman Search (415 332-8425) has a company as of 1972 with the sole purpose of setting up investment bank deals with the People's Republic of China. Feinstein arranged for Newman to provide the staffing for Tesla and Solyndra. Dianne Fenstein has been under investigation for spy activities with China and her senior aide was arrested as a Chinese top spy. In 1973 Mr. Newman arrived in Canton at the invitation of the Chinese Council for the Promotion of International Trade. (CCPIT). He and his company MVTC were one of fifty businesses to be invited to the Canton Trade Fair held in Kwangchow China. In 1978 Mr. Newman founded China Investments and in partnership with California Trade Delegations both companies as members of the San Francisco Chamber of Commerce began taking US Corporations to China. Mr. Newman along with one of his associates at the time Mr. Darryl Schoon helped organize Senator Dianne Feinstein's first trip to China in conjunction with the San Francisco Chamber of Commerce. Herb Newman, Mart Bailey and Feinstein's Husband; Dick Blum are on intelligence agency watch-lists, and under electronic surveillance, for potentially corrupt deals with China, Tesla and Solyndra.

359. Dianne Feinstein's husband owns CBRE which owns the real estate contracts for both Tesla and Solyndra.

360. Dianne Feinstein's family owns interests in the construction companies hired by both Tesla and Solyndra.

361. Dianne Feinstein had her staff warn other California businesses away from using the NUMMI car factory in order to protect the real estate deal for both Tesla ans CBRE, which is owned by her husband.

362. Tesla began real estate deals in multiple states and then cancelled them at the last minute, which got them sued for fraud and charged with "lying" to different communities. They started, and then pulled out of these different building (San Jose, Southern California, New Mexico, Etc.) deals, because CBRE and Feinstein were trying to leverage real estate profit exploitation using taxpayer funding.

363. Panasonic and Tesla have known for decades that the Panasonic 18650 batteries used in the Tesla suffer from multiple chemistry degradation defects which will almost always make them eventually explode or "go thermal". The defects include: 1.) LENR activation, 2.) Dendrite lengthening, 3.) Particle congealing, 4.) Chemistry evolution and other defects. The Tesla projects is, essentially, a failed product product dumping effort of a failed and dangerous battery product.

364. Elon Musk has demanded that his employees sign "loyalty pledges", "vows" and engage in Omerta's in order to keep the corruption details of Tesla from being exposed to the public.

365.Tesla insider Antonio Gracias is the mob boss insider at Tesla who arranges media hit-jobs on those who displease Musk.

366.The NHTSB has issued requests to Tesla for safety tests and data that Tesla never complied with. Instead, Tesla paid bribes, which were referred to as "fees" to avoid having to complete those tests. An independent group of outside investigators issued a damning safety report to the NHTSB demanding that Tesla be compelled to produce the safety tests in 2010 but Obama appointed NHTSB executives buried the report and protected Tesla in order to keep the connection between Obama's funding and Tesla protected. NHTSB boss: Strickland, an Obama insider, was confronted with this in Washington, DC and resigned from his job 48 hours later. NHTSB has still not acted on the severe Tesla safety defects that have been reported since 2009.

367.An SEC investigation of Musk uncovered horrific evidence of Musk corruption but the SEC could not report or act on it because Obama congressional bosses and lobbyists got the SEC investigation "limited" to only examine a single Twitter "Tweet" from Musk.

368.Elon Musk is protected by top DOJ, SEC, CFTC, FEC and other Obama left-over staff as well as 45 U.S. Senators and top Federal Reserve members and Goldman Sachs, who live in terror that exposure of the entire Elon Musk financial food-chain will topple the entire DNC Dark Money payola scam. This is the reason that Tesla can get away with so much obvious and overt corruption and still continue operations. Tesla Motors book-cooking, financial frauds and political payola conduits, if fully revealed, would change the course of political influence in America.

369.Elon Musk has been sued by a man that Musk called a "Pedo", yet Musk's own father has been accused of child sex abuse, racism and, indeed, got his own daughter pregnant!

370.Elon Musk's mother has been accused of being a "self-indulgent trophy wife" who Musk was trained by to be an arrogant elitist. Her hatred of black people was imbued on Musk who has been sued by black people at his company for "running a racist culture".

371.Elon Musk divorced the same woman twice because she knew his dirty little secret and threatened to out him if he did not keep the deal going. She was hired to "act" as his wife.

372. Musical artist Iggy Azalea was at a Musk Party, with other friends, who captured Elon Musk on video on drugs and in weird sex acts. Musk had Iggy's camera stolen at the party to hie the evidence but he did not get the other cameras and did not realize that some of those cameras placed their images and videos directly on the Cloud, where hackers acquired them.

373.With cover-up help from Eric Holder, Steven Chu, Obama, Valarie Jarret, DNC FBI agents, Perkins Coie, Covington and Burling, Wilson Sonsini, etc; sociopath Musk actually believes he is "untouchable" and that he can get away with anything. His downfall will be the same downfall of every narcissist sociopath oligarch throughout all of recorded history.

374. Elon Musk is a drug addict. A simple urine and blood test proves it. Musk's downfall and the downfall of John DeLorean are seeming to align.

375. Dianne Feinstein and Nancy Pelosi are violating the law protecting Tesla by withholding investigations and prosecutions? Why are they allowing American citizens to continue to die from the 1.) "sudden acceleration electronics defect"; 2.) "The failed Auto-pilot electronics defect"3.) "The deteriorating and deadly lithium ion batteries" and 4.) numerous other defects widely documented in the news media and filed lawsuits?

376. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources. This is proven when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

377. The Energy Dept (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors.

378. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

379. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

380. The Silicon Valley Paypal Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

381. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

382. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them. https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE Internet Archive) reveals even more Musk lies.

383. THIS corruption is what all of the big political scandals are about today!

384. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

385. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

386. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

387. THIS can all be proven in jury trial and in live televised Congressional hearings!

388. This is all being covered up because top State and Federal officials are in on it, own the stock in it and are so deeply involved in it that they could go to Federal prison when this all comes out.

389. The anxieties that lurk beneath the tremendous ambition of Tesla Inc. moved into the forefront in recent weeks. The company again **fell far short**  ( https://www.bloomberg.com/news/articles/2018-04-03/tesla-model-3-output-misses-forecast-as-musk-promises-progress  ) of its own production targets for the mass-market Model 3 sedan, another person **died in a crash**  (  https://www.bloomberg.com/news/articles/2018-03-31/tesla-says-driver-s-hands-weren-t-on-wheel-at-time-of-accident  ) involving its assisted-driving feature and Musk entered into **a public dispute** ( https://www.bloomberg.com/news/articles/2018-04-12/tesla-withdraws-from-ntsb-crash-probe-over-autopilot-data-flap  ) with federal safety regulators. esla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September.

390. There's a good reason to worry: No one has raised or spent money the way Elon Musk has. Nor has any other chief executive officer of a public company made a **bankruptcy joke** ( https://twitter.com/elonmusk/status/980566101124722688  ) on Twitter at a time when so much seemed to be unraveling.

391. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg **(** https://notalotofpeopleknowthat.wordpress.com/2018/05/01/tesla-burning-cash/#methods  **)** . Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports earnings May 2.Read the full story here: **https://www.bloomberg.com/graphics/2018-tesla-burns-cash/**

392. In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest.A

393. lot of Musk's money has been extracted from suckers, who think he is God's gift, as Bloomberg reports:One of Tesla's greatest strengths is its ability to monetize the patience and

goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

394.Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

395.Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

396.Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March 2016, fans stood in long lines at Tesla stores. Two years later, the **slower-than-expected pace of production** (  https://www.bloomberg.com/graphics/2018-tesla-tracker/  ) means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

397.There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

398.The consumer psychology that sees hundreds of thousands of people essentially extending an interest-free loan to a public company is unusual, to say the least. I think the phrase "more money than sense" rather sums it up

399.Apple and Google also named in US lawsuit over Congolese child cobalt mining deaths for Elon Musk's Tesla Cars. Dell, Microsoft and Tesla also among tech firms named in case brought by families of children killed or injured while mining in DRC.'I saw the unbearable grief inflicted on families by cobalt mining. (  https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change  )  I pray for chan Elon Musk's cobalt extraction in DRC has been linked to child labour.

400.A landmark legal case has been launched against the world's largest tech companies by Congolese families who say their children were killed or maimed while mining for cobalt used to power smartphones, laptops and electric cars, the Guardian can reveal.

401.Apple, Google, Dell, Microsoft and Tesla have been named as defendants in a lawsuit filed in (  http://iradvocates.org/sites/iradvocates.org/files/stamped%20-Complaint.pdf  )Washington DC

by human rights firm International Rights Advocates (   http://www.iradvocates.org/   ) on behalf of 14 parents and children from the Democratic Republic of the Congo (DRC). The lawsuit accuses the companies of aiding and abetting in the death and serious injury of children who they claim were working in cobalt mines in their supply chain.

402. The lawsuit argues that Apple, Google, Dell, Microsoft and Tesla all aided and abetted the mining companies that profited from the labour of children who were forced to work in dangerous conditions – conditions that ultimately led to death ( https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change ) and serious injury. The families argue in the claim that their children were working illegally at mines owned by UK mining company Glencore. The court papers allege that cobalt from the Glencore-owned mines is sold to Umicore, a Brussels-based metal and mining trader, which then sells battery-grade cobalt to Apple, Google (  https://www.theguardian.com/technology/google   ) , Tesla, Microsoft and Dell.

403. Other plaintiffs in the court documents say they worked at mines owned by Zhejiang Huayou Cobalt, a major Chinese cobalt firm, which the lawsuit claims supplies Apple ( https://www.theguardian.com/technology/apple  ), Dell, and Microsoft and is likely to supply the other defendants.

404. Another child, referred to as John Doe 1, says that he started working in the mines when he was nine. The lawsuit claims that earlier this year, he was working as a human mule for Kamoto Copper Company, carrying bags of cobalt rocks for $0.75 a day, when he fell into a tunnel. After he was dragged out of the tunnel by fellow workers, he says he was left alone on the ground at the mining site until his parents heard about the accident and arrived to help him. He is now paralysed from the chest down and will never walk again.

405. Other families included in the claim say that their children were killed in tunnel collapses or suffered serious injuries such as smashed limbs and broken spines while crawling through tunnels or carrying heavy loads. The families say that none were paid any compensation for the deaths and injuries.

406. One of the central allegations in the lawsuit is that Apple, Google, Dell, Microsoft and Tesla ( https://www.theguardian.com/technology/tesla ) were aware and had "specific knowledge" that the cobalt they use in their products is linked to child labour performed in hazardous conditions, and were complicit in the forced labour of the children

407. Is is charged that the Musk empire is an organized crime program that exists between Silicon Valley tech oligarchs, investment banks, U.S. Senators, government agency staff and White House staff who engage in these crimes.

408. That public officials knowingly participate in these crimes by failing to report their associates who engage in these illicit actions and by hiring suppliers who operate these illicit activities.

409. That the Musk empire suspects manipulate government funds for their personal profiteering at the expense of domestic citizen taxpayers like us.

410. That the Musk empire suspects operate a vast stock market manipulation program, as a core function of their operations, and those illicit deeds function at the expense of the public to render unjust gain to public officials.

411. That the Musk empire suspects contract a known group of lobbyists, corrupt law firms, unethical CPA's, corrupt investment banks and specialized corruption services providers to attack, defame, physically harm, character assassinate, black-list and/or kill those they dislike and they harmed many persons with those acts.

412. That the Musk empire suspects operate an Epstein-like sex-trafficking network of prostitutes and sexual extortion activities and locations for the engagement of said activities and for the bribery of cohorts via sex workers and that Musk was a personal associate of Jeffrey Epstein.

413. That the Musk empire suspects engage in electronic attacks and manipulations including hacking, election manipulation, media censorship and internet search results manipulation in order to mask their schemes.

414. That the Musk empire suspects engage in Lois Lerner-like, SPYGATE-like, VA whistleblower-like reprisal and retribution  attacks using government agencies like SSA, DOJ, FBI, LSC, HUD, HHS, DOE, Etc

415. It is demanded that Elon Musk be arrested on RICO Racketeering, Anti-Trust, Tax Evasion, Bribery, and related charges!

416. Elon Musk had sex with a young non-age-appropriate rock and roll girl and got her pregnant.

417. Elon Musk dated anal sex advocate Gwenyth Paltrow who later told her friends that he was full of shit.

418. Elon Musk divorced one actress, then had to remarry her because she had the goods on him.

419. Video exists of Elon Musk at various sex parties.

420. Elon Musk dated Johnny Depp's girlfriend Amber Heard who thought that Musk was even more controlling than Johnny Depp.

421. The NUMMI car factory that Musk took over was first called, by Musk, in the media "non-functional". Even the two major car makers that were using it had abandoned it. Feinstein make Musk take it because here husband's company: CBRE Realty, managed the property around it.

422. Musk never made good on his promises to NUMMI workers or the Unions representing the NUMMI factory.

423. After getting an insane amount of exclusive free cash from the taxpayers, Musk flew workers in from overseas.

424. Multiple women have charged Musk for sexual abuse and factory misogyny.

425. Musk couldn't make it in college and bailed out.

426. Far more SpaceX rockets have exploded and fully failed than the public is aware of.

427. Musk said he would already have sent his buddies around the moon but many potential passengers have bailed out after they saw the due diligence on SpaceX lack of experience.

428. Musk, Draper, Page, Westly, Schmidt, Brin and other famous tech asshole billionaires have formally agreed to run a "cartel" to control news, information and industries.

429. Inside the Tesla that Elon Musk had SpaceX put in orbit is a "confession folder" that would destroy Musk if anyone went up and got it.

430. Elon Musk believes he could kill someone and not get in trouble because he has so many California Senator's, Tier one law firms and former White House staff protecting him.

431. Elon Musk is the Citizen Kane of the modern world. He thinks he is the Al Capone of Technology. He uses things that appear to be all "crunchy granola" on the surface to steal taxpayer subsidies with the help of corrupt politicians.

432. Aside from Musk's own personal dirty operations and orders, the largest facilitator of his crimes is the large group of men inside Goldman Sachs and JP Morgan dedicated to supporting his crimes and corruptions.

433. Through covert conduits, Elon Musk pays blogger James Ayre to shill is schemes online.

434. Musk's entire media plan is self-promotional aggrandizing and fake virtue-signaling to keep the news off his case.

435. The SEC made him quit but he just changed one letterhead graphic and nothing else. Musk still runs Tesla and the rest of the empire just like he always did.

436. Musk covertly funds abortion projects because he gets so many girls pregnant and refuses to use a condom.

437. Deutsche Bank is the other biggest player in the Musk Empire money laundering, political payola and corruption crimes.

438. Musk stole most of his designs from others, as proven by the U.S. Patent office and previous publications.

439. When Elon Musk's Hyper-loop crashes, it will turn all of the passengers into a bloody applesauce like nightmare.

440. Musk's 5G SpaceX Starlink Satellites could destroy the environment, will add to the cancer-causing radiation of the Earth and are to be used to spy on consumer's uses of the internet.

441. In lawsuits, Musk always pleads that he "has no money".

442. X-Ray analysis by over 40 major laboratories prove that Elon Musk's lithium ion batteries have severe and constantly degrading defects inherent in their construction. Musk has known about these dangers for decades but chose to work with Panasonic to cover it up.

443. Elon Musk lost a LEMON CAR lawsuit proving that his cars are poorly designed and manufactured.

444. Elon Musk's union negotiating tactics are: "delay, deny, defer and claim to be conducting a fake study..."

445. Elon Musk's take-over of Tesla from Martin Eberhardt, the actual founder, was based on an Obama Administration scheme to exploit Lithium mines in Afghanistan and Cobalt mines in the Congo, which Obama financiers had bought the rights to. Frank Guistra and Goldman Sachs helped come up with this scheme.

446. A famous article about SpaceX quotes a top Musk staff staffer saying Musk is a "liar".

447. A top SpaceX engineer has sued Spacex for lying about rocket safety and says that Musk does not care about science, he cares about publicity.

448. Most of the "famous" people Musk hired, quit after seeing what a sham his operations are.

449. Jared Birchell, of Burlingame, is terrified that Musk will have him killed because he knows "where the bodies are buried", but he has to act demure and "stay-off-the-press-radar" for now to keep Musk from paying too much attention to him.

450. Every property that Musk owned has been bugged by government, news or competitor specialists.

451. Musk takes a number of drugs for mental issues yet he runs companies with products that can easily kill their users. Many think that he should be under closer federal supervision.

452. The U.S. Department of Energy PR Department has been ordered by Obama officials (who, shockingly, are still there even during the Trump Administration) to always hype up Musk because, WHEN Musk fully fails, it will prove that the Department of Energy funded him because ***Obama ordered them*** to and not *based* on **any** merits. Most every Applicant for DOE funds beat Musk on every merit EXCEPT CRONYISM!

453. Trump-hating Elon Musk wanted to nay say Trump by subjecting Tesla workers to COVID death by refusing to close plant

454. Musk uses his own workers to play deadly politics with their lives in COVID closure he refused

455. Musk totally lied about his capacity, ability and knowledge to make COVID ventilators in order to scam political funding

456. Musk sent snoring devices instead of ventilators and lied about those products in order to Virtue Signal for his own hype

457. Musk has had babies with many women in an Epstein-like master plan to seed the world with his DNA so that mini-Musk's will live on forever. Each ex-baby momma has been paid massive sums to keep quiet about his misdeeds.

458. Musk uses his many mansions to hide money and operate tax manipulation efforts.

459. The "Mainstream Media" is controlled by Democrat bosses who refuse to allow any negative news to be printed about Musk because Musk conduits funds to the DNC.

460. One of Musk's 'baby ovens' known as "Grimes" has been revealed to have been used as a "sex toy for Musk" by Grimes friends.

461. The U.S. Department of Energy has a federal policy of promoting Musk's hype because they are liable for criminal prosecution because Secretary of Energy Steven Chu and his staff helped organize Musk's embezzlement of taxpayer funded monies and insider-traded on that profiteering.

462. Failing Elon Musk tries to make Alameda County pay for his failed NUMMI factory by using COVID as an excuse!

463. The cooling fluid of Tesla cars leaks into the battery chamber and causes the batteries to explode and Musk ordered that defect covered up.

464. The touch-screen on the car has a huge number of programming defects in it that can crash the car

465. Musk has had unprotected sex with a number of women and is on a mission to get a number of women pregnant in order to "spread his DNA around".

**The Malignant Narcissism And Cartel Climate Of Elon Musk And His Billionaire Frat Boy Club**

At almost every juncture, Elon Musk has made egotistical decisions that lead to more failures. His behavior is that of a person who has no care or concern for the health, safety and welfare of the American people. Nothing could epitomize that more perfectly than his grotesque suggestions that we should shoot nuclear bombs off on Mars or that nobody will care that his Starlink Satellites are

designed to spy on the public. This would seem comical, and entirely unbelievable, if it had not actually happened.

In 2006 the many scientists told Elon Musk and his advisers of the high likelihood that a pandemic of lithium ion battery explosions would strike the nation and advised the incoming administration to take appropriate steps to reduce its impact. Obama officials hid the dangers because they owned stock in lithium and cobalt mines for those batteries, particularly in Afghanistan.

In November of 2007, the experts warned Obama that the country was likely to be afflicted with a devastating pandemic of lithium ion originating from Asian and Russian oligarchs.

In January 2009, the Obama administration was told by its own experts, Bernard Tse and his team who knew Tesla bosses, Sandia and others that the lithium ion batteries in Tesla cars had degrading chemistry which become a global pandemic of auto danger. Again, Obama chose inaction.

Obama and Musk have deprived Democratic-led regions of the country from receiving needed safety reviews of Tesla cars.

Over the year's since 2006, Americans working with the DOE, NHTSA, SEC and other groups accelerated warnings to Obama officials. These engineers and other science professionals were intentionally ignored in order to protect politicians stock market profits.

In these, and any other examples, (  http://www.testimony111.com/  ) Musk and his inner circle of White House and Senate insiders ignored or purged experts and other truth-tellers, and lied about, misrepresented, deflected or denied the dire threat to the American people posed by the lithium ion battery scam.

Considered in total, Musk and his regime have shown themselves to be incompetent, callous, malevolent and deeply cruel in their response to the Tesla safety issue crisis (as well as to a plethora of other issues).

But to merely document the Musk regime's deadly failures in response to the dangers of his companies is to ignore the most important question: What are Musk's and his advisers' underlying motivations?

This forensic question must be answered if we are ever to have a full accounting of the Musk Corruption, and see justice done for the voters, the dead tesla victims and those who will die in the future as well as the damage done to the broader American community.

The coordinated 'main-stream' media's preferred storyline that suggests Musk is simply incompetent doesn't add up because Muskhas made the wrong decision every single time in terms of how crises like this are supposed to be dealt with. (i.e. Be consistent, transparent, factual, and credible.) It's increasingly not believable for the left-wing press to suggest that Musk has been distracted or inept during this crisis, in part because of the level of his uselessness has become so staggering.

Maybe Musk is vengeful. Maybe he wants to wreck the economy to create investment opportunities? He's under the thumb of a foreign entity? He wants to cause panic and cancel the November elections? He's a fatalist? Who knows. And honestly, the specific "why" isn't what matters now. What matters is asking the difficult questions and pondering what the Musk oligarchy  is truly about, no matter what lurks in the shadows…

Now the press needs to shift some of its focus and ask the truly alarming questions about Musk and his motives. Because we still don't know why he essentially ordered his companies to embark on such sinister ventures involving slicing up brains; over-priced deadly cars for rich douche-bags; digging holes for billionaire hide-outs, launching domestic spy satellites and manipulating elections along with his boyfriend: Larry Page, etc...

Psychologist and psychotherapists have an answer: Elon Musk is a *"malignant narcissist"*. Musk's mental pathologies inexorably compel him to hurt and defraud large numbers of people — including his own supporters.

Exports have looked at Musk's borderline personality disorders. They explais that sadism and violence are central to Musk's malignant narcissism and his decision-making about his self-promotion. They warn that Musk is abuser locked into a deeply dysfunctional relationship with the American people and that, like other sadists, Musk enjoys causing harm and suffering to any that do not recognize his "tech Jesus" self-proclaimed superiority.

Ultimately, all psychologists generally concludes that Musk is engaging in "democidal behavior" ( https://www.taylorfrancis.com/books/9780203793756/chapters/10.4324/9780203793756-2  ) in partnership with Obama and Pelosi and cautions that the many dead and injured (so far) from the Tesla fires and crashes are not simply collateral damage from the Musk madness, but rather the logical outcome of Musk's apparent mental pathologies and the poor decisions that flow from them.

Musk is both denying responsibility by saying things such as, "I take no responsibility. We've done everything right." But at the same time, Musk is also sabotaging the efforts to stop the corruption in his empire. This is a very important aspect of Musk's behavior. Musk is not just deflecting blame onto others, he is actively interfering with the politicianss' ability to do their job by controlled Senators with bribes. Musk is not just incompetent. He is actively engaging in sabotage against competitors and reporters who speak the truth about him.

You might wonder: How does someone with his type of mind reconcile claims like "I have total power" with "I take no responsibility"? He has said both things within a few days of each other. Well; That is a function of how the psychology of a malignant narcissist is structured. When Musk says things such as, "I have total power," that's the grandiosity. "I'm in total control" is a function of Musk's paranoia, where everything bad is projected outward. Therefore, anything negative or bad is someone else's fault. Bad things are 'other people' in Musk 's mind. The grandiosity and "greatness" are all him. Musk's mind runs on a formula which bends and twists facts, ideas and memories to suit his malignant

narcissism. This is why Musk contradicts himself so easily. He lies and makes things up. His fantasies all serve his malignant narcissism and the world he has created in his own mind about his greatness.

Another component of Musk's malignant narcissism is sadism. That part of Musk's mind is more hidden. People such as Musk are malignant-narcissist sadists because they, at some deep level, are driven to cause harm to other people. Musk's life is proof of this. His pedo father and trophy wife narcissist mother demonstrate his roots. He enjoys ripping people off and humiliating people. He does this manically and gleefully. He has lied thousands of times. He threatens people online and elsewhere. Most psychologists believe that Elon Musk is also a sexual sadist, who on some basic level enjoys and is aroused by watching people be afraid of him. In his mind, Musk is creating chaos and instability so that he can feel powerful.

Professor of psychiatry and psychoanalyst Otto Kernberg called that phenomenon "omnipotent destructiveness." The bullying, the violence, the destruction, frightening people, humiliating people, getting revenge and the like — such behavior is what Elon Musk has done his whole life. It is who Elon Musk really is. Unfortunately, too many people are still in denial of that fact.

Musk has to create and control a field of negative corrupting energy around himself. For example, he pressures the scientific experts to bend the truth to his dreamworld during his press conferences. The scientists are basically Musk's hostages. The American people are hostages as well to Elon Musk's lies. Plaintiffs are being abused by him. Plaintiffs know that Musk is lying. Plaintiffs know that he's doing nothing to help us. Plaintiffs feel helpless to do anything to stop him. It is causing collective mental despair. It is not that all Americans are suckers or dupes, it is that Musk is a master at such cruel and manipulative behavior.

Elon Musk is a master at getting negative attention, and the more people he can shock and upset, the better.

Malignant narcissists like Elon Musk view other human beings as kindling wood to be burned for their own personal enrichment, media enlargement and hype expansion.

Follow the facts to the obvious and true conclusion. If all the facts show that Elon Musk (and his little boy buddies Larry Page, Eric Schmidt, John Doerr, Reid Hoffman, Steve Westly, etc.) is a malignant narcissist with these powerful sadistic tendencies, this omnipotent destructiveness, where he's getting pleasure and a sense of power from dominating people and degrading people and destroying people and plundering people and laying waste to people, both psychologically and physically, then to deny such obvious facts is willful ignorance.

When Musk is finally exposed, like Elizabeth Holmes and Theranos or ENRON, it will be glorious.

Rather than making a prediction as to Musk's specific actions when the emperor has no clothes, it is more helpful to describe the type of actions he will take. Rather than trying to say, "This is the move he'll make." Like in a relationship, Elon Musk is the abuser. He is the husband or father who is abusing

his partner or children or other relatives. The American people are like a woman who is leaving her abuser. She tells her abuser, "That's it! I am done with you!" She has her keys in hand and is opening the door of the house or apartment to finally leave. What happens? The democidal maniac Elon Musk will attack us, badly. Make no mistake. Elon Musk is going to find a way to attack and cause great harm to the American people if he believes that he will be fully exposed. He will use his spy satellites, his media controls, his remote controlled cars, his stock market manipulation tools, his Goldman Sachs economic destruction team and more. Musk will strike back... unless the FBI finally arrests him first.

## Elon Musk Has Stolen Every Bit Of Technology He Has Exploited

In a shocking expose by Paul Lienert, Norihiko Shirouzu, and Edward Taylor , they reveal that while Elon Musk is hailed (by his own PR and hype) as an innovator and disruptor who went from knowing next to nothing about building cars to running a car company, he swiped all of his technology from others.

His Tesla car, his hyperloop train, his tunnel digger, his 'brain chip' ...everything he has done was created by somebody else. The original founders of Tesla sued him for coming in and taking over the company.

Musk's record shows he is more of a fast learner who spies on other firms that had technology Musk lacked. Musk stole their most talented people, and then blew his competitors off the grid with anti-trust violating monopoly tactics.

Musk has been dropping hints for months that significant advances in technology will be announced as Tesla strives to get away from corrupt Panasonic and their awful toxic, exploding batteries.

New battery cell designs, chemistries and manufacturing processes are just some of the developments that would allow Tesla to reduce its reliance on its long-time battery partner, Japan's Panasonic (which has been accused of bribery, product dumping and other illicit deeds), people familiar with the situation said.

"Elon doesn't want any part of his business to be dependent on someone else," said one former senior executive at Tesla who declined to be named. "And for better or worse - sometimes better, sometimes worse - he thinks he can do it better, faster and cheaper." The problem is, Musk does his version of "better" by ripping everyone off and hiring moles and character assassins to go after any competitors that get in his way. Musk has been documented hiring Nicholas Guido Denton's tabloid empire (Gawker/Gizmodo/Jalopnik...) character assassination service to operate massive hit-jobs against his adversaries.

Tesla has battery production partnerships with Panasonic, South Korea's LG Chem and China's Contemporary Amperex Technology Co Ltd (CATL) that are expected to continue.

But at the same time, Tesla is moving to control production of cells - the basic component of electric vehicle battery packs — at highly automated factories, including one being built near Berlin, Germany and another in Fremont, California where Tesla is hiring dozens of experts in battery cell engineering and manufacturing.

"There has been no change in Plaintiffs relationship with Tesla," Panasonic said in a statement provided by a company spokeswoman. Of course, Panasonic has to say that.

"Plaintiffs relationship, both past and present has been sound. Panasonic is not a supplier to Tesla; we are partners. There's no doubt Plaintiffs partnership will continue to innovate and contribute to the betterment of society."

Tesla did not respond immediately to a request for comment.

Since he took over the fledgling Tesla company in 2004 in a hostile tactile take-over, Musk's goal has been to learn enough - from partnerships, acquisitions and talent recruitment - to bring key technologies under Tesla's control, people familiar with Tesla's strategy said.

They said the aim was to build a heavily vertically integrated company, or a digital version of Ford Motor Co's iron-ore-to-Model-A production system of the late 1920s.

"Elon thought he could improve on everything the suppliers did - everything," said former Tesla supply chain executive Tom Wessner, who is now head of industry consultancy Imprint Advisors. "He wanted to make everything."

Batteries, a big chunk of the cost of an electric car, are central to the Musk method. While subordinates like Bernard Tse have argued, for years, against developing proprietary Tesla battery cells, Musk continues to drive toward that delusional control-freak goal.

"Tell him 'No', and then he really wants to do it," said a third former Tesla veteran.

Reuters reported in May that Tesla is planning to unveil low-cost batteries designed to last for a million miles. Tesla is also working to secure direct supplies of key battery materials, such as nickel, while developing cell chemistries that would no longer need to be as expensive and blood-mineral sourced as Musk's cobalt.

'STRAIGHT FOR MARS'

Panasonic is partnered with Tesla at the $5 billion Nevada "Gigafactory", while CATL and LG Chem supply cells to Tesla's Shanghai factory, where battery modules and packs are assembled for its Model 3 sedan.

Panasonic recently said it is planning to expand its production lines in Nevada, which supply the cells that then go into the battery modules assembled next door by Tesla.

But the Nevada Gigafactory partnership almost didn't happen, according to two former Tesla executives. Musk ordered a team to study battery manufacturing in 2011, according to one former executive, but eventually partnered with Panasonic in 2013 because Musk failed to understand it.

Now, Tesla is testing a battery cell pilot manufacturing line in Fremont and is building its own vast automated cell manufacturing facility in Gruenheide in Germany.

The roller-coaster relationship with Panasonic mirrors other Tesla alliances.

During its development alliance with Germany's Daimler, which was an early investor in Tesla, Musk became interested in sensors that would help keep cars within traffic lanes.

Until then the Tesla Model S, which Mercedes-Benz engineers helped refine, lacked cameras or sophisticated driver assistance sensors and software such as those used in the Mercedes S-Class.

"He learned about that and took it a step further. We asked Plaintiffs engineers to shoot for the moon. He went straight for Mars," said a senior Daimler engineer said. Musk primarily uses the "Mars Project" as hype and BS to cover the fact that all of his Starlink, and other SpaceX launches, are almost exclusively spy satellites to monitor citizens and their internet interests.

Meanwhile, an association with Japan's Toyota, another early investor, taught him about quality management.

Eventually, stolen executives from Daimler and Toyota joined Tesla in key roles, along with talent from Alphabet Inc's Google, Apple, Amazon, Microsoft, as well as rival carmakers Ford, BMW and Audi.

# The Musk Spin

Most of Musk's personal and business relationships do not end well.

Tesla hooked up with Israeli sensor maker Mobileye in 2014, in part to learn how to design a self-driving system that evolved into Tesla's Autopilot.

"Mobileye was the driving force behind the original Autopilot," said a former Mobileye executive, who declined to be named.

Mobileye, which is now owned by Intel, also recognized the risk of sharing technology with a fast-moving startup like Tesla, which was on the brink of collapse at the end of 2008 and now has a market value of $420 billion.

But Tesla and Mobileye had an acrimonious and public split after a driver was killed in 2016 when a Model S using the Autopilot system crashed.

At the time, Amnon Shashua, who is now Mobileye president and chief executive, said Tesla's Autopilot was not designed to cover all possible crash situations as it was a driver assistance system, not a driverless system.

The former Mobileye executive said there was no question of Tesla improperly using their technology.

U.S. tech firm Nvidia followed Mobileye as a supplier for Autopilot, but it too was ultimately sidelined.

"Nvidia and Tesla share a common strategy of developing software-defined vehicles powered by high-performance AI computers. Elon is very focused on vertical integration and wanted to make his own chips," said Nvidia's senior director of automotive, Danny Shapiro.

In addition to partnerships, Musk went on an acquisition spree four years ago, buying a handful of little-known companies - Grohmann, Perbix, Riviera, Compass, Hibar Systems - to rapidly advance Tesla's expertise in automation. Maxwell and SilLion further boosted Tesla's ability in battery technology.

"He learned a lot from those people," said Mark Ellis, a senior consultant at Munro & Associates, which has studied Tesla extensively. "He leveraged a lot of information from them, then put his spin on making it better."

Reporting by Paul Lienert in Detroit, Edward Taylor in Frankfurt and Norihiko Shirouzu in Beijing; Additional reporting by Tina Bellon in New York and Yilei Sun in Beijing; Editing by David Clarke

**Elon Musk Lies - The Tesla Motors Safety and Corruption ...**

https://tesla-motors-review.weebly.com/elon-musk-lies.html

How **Elon Musk's** Investors Manipulate Their Stock Market Valuations via "Pumps": Crimes?- Every Time Bad News Comes Out About Tesla, per an 8 year analysis study, Tesla stock suddenly, and mysteriously, jumps up.Investigators find that it just Tesla investors faking the stock ratings by running "Flashboy" automated stock buybacks.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.

**Elon Musk's Dumb Lie About Smart Cars | Inc.com**

https://www.inc.com/geoffrey-james/elon-musks-dumb-lie-about-smart-cars.html

Two weeks ago, **Elon Musk** predicted that "safe, full self-driving" cars would be available by the end of this year. The impression he left was that Tesla (or, less likely, some other vendor) would ...

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the stock. Wednesday's trading session saw Tesla undergo some profit-taking, with the stock falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology. Why? Because another rally could land him a hefty ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1. 1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1.

1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**Elon Musk lied about the EPA's Tesla Model S test, agency ...**

☐ https://www.theverge.com/2020/5/1/21244556/elon-musk-lie-epa-tesla-model-s-range-miles-mistake-door

The Environmental Protection Agency refuted **Elon Musk's** claim that it made a mistake in its test of the Tesla Model S Long Range. **Musk** claimed that someone left the door open on the vehicle, but ...

**Tesla Shareholders: Are You Drunk On Elon Musk's Kool-Aid?**

F https://www.forbes.com/sites/michaellewitt/2017/10/13/tesla-shareholders-are-you-drunk-on-elon-musks-kool-aid/

Oct 13, 2017Companies tell all types of **lies** to burnish their financial results but **Elon Musk's** fish tales make Moby Dick look like a guppy Share to Facebook Share to Twitter

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

📉 https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the **stock**. Wednesday's trading session saw Tesla undergo some profit-taking, with the **stock** falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

IRD https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.


Elon Musk is on-the-record spinning these facts about his cars into obfuscation:

The facts are clear. The following facts are now documented in numerous broadcast, and published, news reports; federal reports, university studies and investigation field reports. The FBI, GAO, NHTSA, SEC and Congressional authorities have now received all of the confirming evidence, in writing:

 Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields

Tesla Motors batteries blow up on their own

Tesla Motors batteries blow up when they get wet

Tesla Motors batteries fires cannot be put out by any common fire-fighting resources

Tesla Motors batteries set themselves on fire

Per MSDS documents, Tesla Motors batteries emit cancer-causing vapors when they burn

Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline

passengers in planes carrying said batteries in their holds, and environments where such

incidents occur

Fires in Tesla Motors vehicles turn the entire car into a slag pile of melted metal and plastic and

turn the bodies, inside the Tesla, into "unrecognizable lumps" vice president of production Greg

Reichow and vice president of manufacturing Josh Ensign

Tesla Motors batteries blow up when bumped by the same level of car incident that would,

otherwise, only dent a normal car bumper

In an accident, when a Tesla rolls over, molten metal and plastic can drip on and burn the

occupants alive

Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn

Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage

an unborn fetus

Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage

Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage

Per published lawsuits and news reports, the factories that make Tesla Motors batteries have

been charged with the deaths, and potentially fatal illness, of over 1000 workers and the

poisoning of nearby towns Panasonic, Tesla's battery partner, has been charged with corruption, toxic
poisoning, dumping

and price fixing by, at least, two different nations, including the U.S.

Tesla Motors batteries become even more dangerous over time, particularly when tasked by

electric transportation systems like Hover-boards and Tesla's.

Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible

Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants

Elon Musk's Space X vehicles and Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR

Leaked Sandia National Labs and FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries

Tesla's own "Superchargers" and home 3-prong chargers have set Tesla's, homes and businesses on fire

Consumer rights groups contacted Erick Strickland, the head of the NHTSA, and charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests and lobbyist bribes, from Tesla, which got the investigation shut down

NEPA regulations for the Tesla NUMMI factory in California and the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards

Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes and subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing

Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage

Tesla Motors vehicles have been hacked and taken over. Their doors, steering, listening devices and navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved

off the road, over cliffs and into other vehicles, killing bystanders and Tesla drivers

 Three Tesla top engineers and two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day

 Multiple employees, founders, investors, marital partners, suppliers and others have sued Tesla Motors, and/or it's senior executives for fraud

 The above, and hundreds of additional safety issues with Tesla Motors vehicles, have been documented, yet investigations have been covered up, and/or manipulated by public officials with a financial and political investment in Tesla Motors and lithium ion batteries. This level of cover-up is said to be a felony-level crime

# The Musk Conundrum



The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets.

The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on Plaintiffs application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?)

67

What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends.

The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded. Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess. Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it.

We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing. If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery from the inside, thus guaranteeing that Tesla Cars will eventually all explode. Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up. The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens.

Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags". The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors. He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax

money to help him buy his mansions, starlets and sex parties. His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with his own inventions.

# Elon Musk's Mental Problems



Hundreds of thousands of psychiatrists and psychologists have diagnosed Musk from his overt documentation of himself in social media. The conclusions they have reached are the following:

His mother is a self-obsessed narcissist who exploited herself as a "trophy wife".

His father is a sex-obsessed abuser who got Musk's sister pregnant and who has power and control issues.

His brother is a devious co-conspirator who helps Musk money-launder his business and charity facades. In a lawsuit Elon Musk says his Pedophile Accusation against a British Man was Protected Speech but he ignores the fact that his *Father (Musk's Father) Had Sex With His Own Daughter* and got her pregnant.

This clan promotes and self-reinforces a mentally unhealthy life-style which is insulated from consequences by money, power and a walled garden information sphere which keeps negative information out of the family context.

Sociologists believe the Musk family is anti-black, pro-Apartheid and that they treat women as objects. This theory is born out by the fact that Musk's companies hire only a tiny portion of blacks and women and that a number of lawsuits exist by women and blacks for abuse by Elon Musk's companies. Also the legal papers by women against Musk family members are astonishing.

Moving beyond the family shield, Musk has surrounded himself with "*Yes Men*" and information bubble blowers like Larry Page, Steve Jurvetson, Tim Draper, Goldman Sachs, Birchell, and a little

army of other protectors who make sure that Musk only hears what a "deity" he is and that Musk never hears about what an ass-hole he actually is.

Musk has been diagnosed with the following issues:

- Drug addiction
- Sex Addiction
- Narcissism
- Psychopathic Process

Like Patrick Bateman in the feature film: "***American Psycho***", psychopaths like Elon Musk can be intelligent and charming, while hiding a lack of empathy.

Given Musk's ability to manipulate others, how easy is it for one to recognize his problem?

Self-professed psychopath Jacob Wells has revealed how he behaves in different situations and has listed questions that may help others identify whether Musk's psychopathic traits.

Like Patrick Bateman in American Psycho, (played by Christian Bale) Musk can be intelligent and charming, while hiding a lack of empathy. Musk uses a carefully practiced methodology as he generally behaves to gain the trust of others and then use them to his own advantage.

Musk's social tricks include superficial charm, a grandiose notion of self-worth, the need for stimulation and impulsiveness, pathological lying, the ability to manipulate others and a lack of remorse and empathy.

Musk holds his important positions in businesses thanks to his ruthless and impulsive attitude.

The Hare Psychopathy Checklist-Revised (PCL-R) is used as a diagnostic tool to determine where someone lies on the psychopathy spectrum, as not all psychopaths display all the traits. There are 20 items on the checklist, which score between zero and two points depending on whether someone matches a trait, to give a score out of 40. Musk scores on almost every point.

In the UK, users are deemed psychopathic if they score above 25, but in the US it is 30.

According to his employees and public observation, Elon Musk displays different traits on different days depending on his impulses and the recreational drugs he took on any given day, but common signs include superficial charm, a grandiose notion of self-worth, the need for stimulation and impulsiveness, pathological lying, the ability to manipulate others and a lack of remorse and empathy.

Experts claim people usually find psychopaths like Musk to be intriguing, but can't put their finger on why.

This is down to Musk's incongruous behaviour because psychopaths tend to do a lot of acting to deceive, or mimic normal reactions, sometimes changing their views and reactions quickly.

For example, Mr Wells said upon meeting someone, he tries to become 'the most interesting person they know' and presumably adopts suitable interests and responses to do this. Musk does this as well.

His response also gives away another common trait - a grandiose notion of self-worth - in that he can be the most interesting person in the room.

Musk occasionally tends to exhibit unconvincing emotional responses, with slip-ups including tone of voice or body language. He will also offer to do favours and tell false secrets to people to gain their complete trust. This may be because he is unable to understand emotions such as fear and love, but can mimic them well.

If you type Elon Musk into the Google or Yandex image search engine, you will see that the only images that Musk has allowed on the internet are practiced facade facial poses that are not natural in the common world.

Generally psychopaths' 'emotions' are shallow and short-lived and there is a manipulative ulterior motive to showing them.

He also displays insincere charm - another trait associated with psychopaths like Musk.

He says to his confidants: *'I keep secrets, and tell them fake secrets to further gain their trust, and once they trust me enough, I ask for favours, reminding them of the favours I did them. I can get literally anything from them, which is incredibly useful.'*

Musk typically displays an incredible ability to manipulate others and sometimes take pleasure in doing so. Musk, like most psychopaths often has an air of superiority about him, perhaps shown by Mr Wells' belief he can spot other psychopaths like Musk.

Expert Dr Hare warns that anyone can be duped during a short interaction with a psychopath like Musk. Writing on question and answer website Quora, Mr Wells, who claims to score 34 on the Hare checklist, said he deliberately changes how he acts depending on the situation, just like Musk.

He wrote: 'I usually present myself as normal at first. 'Some exceptions being academic settings where I try to present myself as either or a good student or a genius (the first of which I am not, at all), dating settings where I present myself as being perfect, but unaware of it (both lies), or competitive settings where I act humble but intimidating (neither is true in this case either)'. Musk uses this tactic as well.

According to a survey by psychologist Kevin Dutton, people who hold certain jobs are more likely to display psychopathic traits, including CEOs and media personalities (Musk is both).

Musk likes to show a bit more of his true character by behaving 'a bit abnormally' and trying to become 'the most interesting person they know' by telling stories about himself to gain the person's trust.

At such a point they usually find him intelligent, eccentric, but fairly normal.

Self-professed psychopath Jacob Wells explained there is a series of questions psychologists can use to determine that Musk has psychopathic traits.

They include:

Does Musk lie to get what he wants? - YES!

Does Musk believe it is okay to manipulate others to get what you want? - YES!

How many of the following feeling does Musk you feel on a regular basis? Sadness, guilt, love, remorse, emotional pain, embarrassment. - VERY FEW!

Do Musk ever feel any of these emotions because other around him do? - NOT OFTEN!

72

Does Musk ever break into fits of rage for no reason? - YES!

Is Musk skilled at manipulating others? - YES!

Does Musk fake emotions? - CONSTANTLY

Does Musk acquire wives or girlfriends based on how they will help his public image? - YES!

Is Musk sexually confused by his relationships with Peter Thiel and Larry Page? - YES!

Does Musk think himself superior to others and promote himself as a tech deity? - YES!

If Musk becomes close to a person, he said he seeks to gain their trust completely. Musk seeks to temporarily gain their trust fully by doing and/or offering to do immense favours that nobody else would do.

He offers to solve their problems, in any way possible, and then asks them how far to take it.

Musk has offered to "get rid of" his enemies. Musk wants to get his enemies fired or trash their reputation or scare whistle-blowers into backing off.

This description near perfectly describes expected behaviour of a psychopath, who uses charm to disguise calculating moves in a bid to manipulate someone to their advantage.

Favours are not done to be kind, but as a way of controlling someone for personal gain and bonds and relationships are often superficial too.

Musk likes to tell politicians and other tech CEO's that he will "keep secrets", and tell thems fake secrets to further gain their trust, and once they trust him enough, he asks for favours, reminding them of the favours he did them or the political funds he covertly conduited.

In this way Musk can get literally anything from them, which is incredibly useful to him.

Between three and four per cent of senior positions are believed to be occupied by psychopaths.

Psychopathy is characterised by enduring antisocial behaviour, impulsivity, selfishness, callousness, and remorselessness. Famous psychopaths in films include Hannibal Lecter in Silence of the Lambs (played by Anthony Hopkins pictured) and Norman Bates in Psycho.

Gary D Conley, Rajeev Motwani and 3 Tesla employees blew the whistle on Musk and then they were found dead under mysterious circumstances. Did Musk have them killed?

# How evil is Musk? What are his Machiavellian traits and signs of psychopathy

A quiz recently swept the internet that claims to tell you just how 'evil' you are.

It measures Machiavellian, narcissistic and psychopathic traits to tell you whether you are 'occasionally vile' or 'decidedly dastardly' for example.

The quiz was created by BBC Future and inspired by questionnaires developed by psychologists Delroy Paulhus and Daniel Jones.

The quiz tells users just how 'evil' they are by asking a series of personality questions. Almost everyone that has taken the test while applying the questions to Elon Musk have come up with the same answer.

It measures the personality traits described as the 'dark triad.'

Machiavellianism is characterised by manipulation and exploitation of others, a cynical disregard for morality, and a focus on self-interest and deception.

Fictional character Frank Underwood, in House of Cards is a good example of a Machiavellian person, for example.

Narcissism is characterised by grandiosity, pride, egotism, and a lack of empathy and could perhaps be exemplified by the character Miranda Priestly in The Devil Wears Prada.

To do the quiz about Musk, users measure their own 'dark side' by answering questions about Musk's Machiavellianism, narcissistic and psychopathic tendencies, (examples shown) by either agreeing or disagreeing with statements such as: 'I use clever manipulation to get my way' and 'I hate being the centre of attention'

Psychopathy is characterised by enduring antisocial behaviour, impulsivity, selfishness, callousness, and remorselessness.

While extreme versions of these traits are sometimes associated with murderers, experts believe a combination of the 'dark' traits may help people succeed in life and reach a position of wealth and power, for example.

At the end of three pages of questions users receive a result, which while the creators warn shouldn't be considered a scientific measure of their personality, gives them an insight into their behaviour. The 'dark triad' results are shown on slider bars.

To complete the quiz, users measure their own 'dark side' by answering questions about their Machiavellianism, narcissistic and psychopathic tendencies, by either agreeing or disagreeing with statements such as: 'I use clever manipulation to get my way' and 'I hate being the centre of attention.'

At the end of three pages of questions - which take less than five minutes to complete - users receive a result. The creators warn that the test shouldn't be considered a scientific measure of a person's personality, but instead give them an insight into it.

Results include 'infrequently vile' - where someone mostly puts others before themselves – and 'moderately nefarious'. Almost everyone who runs the test using Elon Musk as the subject comes out with very frightening result!

# From Little Elon To Big Douche-Bag – The Musk Life Cycle

## The forbidden Tesla timeline that Elon Musk does not want you to see:

**1880**

Detroit Electric sells Electric cars commercially across the USA

**1900**

38 percent of US automobiles are powered by electricity, but as Henry Ford designed the much cheaper T-Ford, the electric cars began to disappear.

**1970**

The price of gasoline hits record because of a series of energy crises, so the interest in electric cars increased again.

**1971**

June. Elon Musk was born.

**1996**

General Motors produced an electric car called EV1 and leased it to customers.

**1999**

Elon Musk sold his company Zip2 and made $22 million. He founded X.com that would become PayPal.

**2002**

October. Ebay, owned by Pierre Omidyar (Who finances Gawker Media and the Intercept) acquired PayPal and Elon Musk made $165 million.

**2003**

General Motors canceled the lease program and removed the last EV1 from the streets. They said they couldn't sell enough of the cars to make the EV1 profitable.

<u>July.</u> Martin Eberhard and Marc Tarpenning founded and incorporated Tesla Motors. They had earlier made a feasibility study to see if they could make an electric car. They now made a feasibility study together with AC Propulsion to see if the batteries would work.

<u>November.</u> The 2 employees searched for a partner to build the rest of the car. Lotus became their choice. Lotus engineers, from England, agree to provide chassis of car.

**2004**

<u>February.</u> Ian Wright, who had met Martin Eberhard while on a plane, joined the company. They finished business plan 1.0. Ian later leaves Tesla in disgust when he realizes what they are up to

<u>March.</u> Starting a car company is expensive, so they began to look for outside investors. Silicon Valley VC's discuss having Elon Musk take-over Tesla and get rid of the founders

As of this date CIA, NSA, DIA, FBI, OSC, and other agencies, are now recording all communications between all Silicon Valley VC's and technology companies. Those recordings still exist today.

<u>April.</u> Series A funding where Elon Musk was the main investor. Elon Musk had earlier aligned with JB Straubel who had friends at AC Propulsion, and the company told Elon Musk to contact Tesla. Other investors included SDL Ventures and Compass Technology Partners. JB Straubel joined the company as employee number 5.

<u>May.</u> An early styling study began at Tesla.

<u>June.</u> A technology implementation study began. Afghanistan lithium contracts for Tesla's batteries are, by now, fully controlled by White House financiers.

<u>July.</u> Tesla had 9 employees and moved to an office in San Carlos, California. They also made a "mule" which is a car that doesn't reproduce but you can see if the concept works. To design Mule  1 they bought an old Lotus Elise.

<u>October.</u> The 15 employees began to design the drivetrain component.

<u>November.</u> They installed the drivetrain in the Mule 1 but company engineers say the entire system needs a re-design as it is "unsafe".

<u>December.</u> Tesla couldn't use the same design as the Lotus Elise, so they had a contest where Barney Hatt made the best design by copying most of the Lotus Elise.

**2005**

<u>January.</u> They made a 1/4 scale model in clay of the design Barney Hatt had made. Tesla had now 18 employees and they also took out Mule 1 for a test drive.

February. The now 23 employee strong company needed more money, so they made a series B funding. Not only Elon Musk invested more money, but also Valor Equity Partners. Tesla also opened an office in UK close to the Lotus office.

April-June. Tesla made a full-scale model in clay of the Tesla Roadster.

July. With 38 employees, they now tested a plastic model of the Roadster in a wind tunnel. It had problems with vector dynamics

August. Some of the 41 employees began developing a motor.

December. 63 employees and they began to build the Mule 2 in fiberglass.

**2006**

January. A drivable Tesla Mule 2 was finished. It has many technical problems and it is illegal to drive it on the road.

April. The engineers thought the Roadster was finished so they made 10 engineering prototypes (EP), which compared to a Mule can (in theory) be produced.

May. 92 employees and they finished the first EP, called EP 1. Tesla raised a series C round led by Vantage Point Partners and Elon Musk.

July. Almost no-one knew that Tesla existed, until now when Tesla showed EP 1 and EP 2 in Santa Monica, California.

August. 100 employees. Tesla crash tests and technical reports reveal fire dangers. Tesla senior staff orders the reports shredded. them. Tesla had earlier crashed a few virtual cars, but they needed to know if the computers models were accurate. They also began to show the Roadster at events to market it.

August. Elon Musk, John Doerr, Rahm Emanual, Robert Gibbs and David Axelrod discuss a quid-pro-quo scheme to advance money for the Presidential and Senate campaigns and get paid back in spades from TARP and Dept. of Energy "Loans", tax credits, stock perks and monopolies.

September. 120 employees. They made more tests, including radiated emissions and susceptibility testing. EMF emissions during charging were high and those reports were ordered shredded

October. They made a durability test, which consists of driving the Roadster on a cobblestone racetrack. The idea is to simulate 100,000 miles in 6 months. It would have taken much longer time to drive the same distance on a smooth road. Tesla realized that their computer models were inaccurate - the Roadster's transmission didn't survive the durability test.

November. 144 employees, and more tests, including driving through a saltwater bath.

December. They showed the EP 2 at the Los Angeles Auto Show.

**2007**

<u>January.</u> Tesla brought the Roadster to Arvidsjaur, Sweden, to see if it could survive winter conditions.

<u>February.</u> 205 employees. Tesla began to build a validation prototype (VP), where they took everything they learned from the engineering prototype. Tesla says it will build a $35 million plant in Albuquerque, to produce the Model S. They lied.

<u>March.</u> 230 employees and they finished the VP 1. Tesla senior staff and investors intensify private discussion with Dianne Feinstein and Richard Blum, who turn out to be the owners, managers, builders, staffing providers for Tesla's and Solyndra's land deals as well as the Senate and White House manipulators who rigged government funding for Tesla.

<u>April.</u> Raised more money - a series D round led by Elon Musk, Technology Partners, and Vantage Point.

<u>June.</u> Tesla's motor factory in Taiwan was finished and it began producing parts.

<u>July.</u> A new transmission was ready to try but tests showed that it had mounting issues.

<u>August.</u> Tesla finished the VP 10. CEO Martin Eberhard was forced out and replaced by Tesla investor Michael Marks, who would work as an interim-CEO until Tesla found a long-term CEO.

<u>September.</u> Tesla delayed the launch of the Roadster because they needed more time to test its durability.

<u>October.</u> It turned out that also the new transmission failed in the durability test. Tesla needed yet another transmission.

<u>November.</u> Martin Eberhard is fully forced out of the company after confronting Elon Musk regarding Musk's manipulations.

<u>December.</u> Interim CEO Michael Marks see the lies and leaves and is replaced by interim CEO Ze'ev Drori. Bernard Tse is contracted, by Tesla, to hide the Tesla battery explosion documents that have been uncovered.

<u>December.</u> Tesla says it will build it's factory in Southern California. They lied. The locals in Southern California say they felt "used" by Elon Musk in order to manipulate state and federal taxpayer dollar pitchs.

As of this date: John Doerr/Kleiner Perkins, Eric Schmidt/Google, Elon Musk/Steve Jurvetson and Rahm Emanual, Robert Gibbs, David Plouffe and other White House staff had an integrated stock, lobbying, profit and pass-along benefits and resources structure established between all of them.

**2008**

<u>January.</u> 260 employees. The VPs survived the new tests, so the Roadster was finished - except for the transmission. Tesla accountants notify Musk of impending bankruptcy

78

<u>March.</u> Tesla began production of the Roadster.

<u>April.</u> Tesla can't get fleet orders or sell. Bankruptcy imminent. Short term cash put in by a idge financing led by Elon Musk and Valor Equity Partners.

<u>May.</u> Opened a retail store in Los Angeles, and they also finished a new transmission.

<u>June.</u> Opened a second retail store in Menlo Park, California, and they also delivered the first Roadster to the customers. Marc Tarpenning is sickened by the Musk plot and resigns from Tesla after getting a payout to keep quiet. The Model S was announced in a press release.

<u>August.</u> Franz von Holzhausen joined Tesla Motors as Chief Designer

<u>October.</u> Elon Musk became the CEO so as to control all information in and out of tesla and prevent disclosure of organized crime funding. Tesla bankrupt on paper but cooking books to hide financial disaster.

<u>October.</u> Tesla tells White House and DOE, In writing, it will sell 200,000 cars by 2010. Competing applicants all say that only  10,000 to 50,000 electric cars can be sold by then. First hard evidence of Tesla "cooking the books" found.

<u>December.</u> White House staff order Dept. of Energy to only fund companies from their "special list" of campaign backers

<u>December.</u> Google investors and executives become key shareholders in Tesla and agree to control all media to benefit Tesla

<u>December.</u> Tesla says it will build it's factory in San Jose, CA. It lied and it is discovered that all of the different failed factory location announcements have to do with Dianne Feinstein's husband's screwed up real estate deals.

<u>November.</u> Tesla revealed it had requested about $400 million in loans for the Model S and powertrain manufacturing, under the Department of Energy's Advanced Technology Vehicles Manufacturing (ATVM) program.

**2009**

<u>March.</u> Tesla unveiled two Model S prototypes at the Los Angeles headquarters of Tesla CEO Elon Musk's other startup, SpaceX. Tesla had decided to build a design studio at the factory. Tesla began taking reservations for the Model S. More than 500 people reserved a car in the first week.

<u>June.</u> Tesla gets approval for $465 million in low-interest loans from the Department of Energy in exchange for campaign funding provided by Tesla and Google VC's. Tesla has written over 30 lies in it's Dept. of Energy Application, which Steven Chu is aware of, yet ignores, at White House request.

**2010**

<u>January.</u> Tesla registered for an initial public offering of stock. Tesla uses "free" taxpayer loan to exploit taxpayer dollars to fake the value of it's stock while also receiving free tax credits which it sells at a profit in exchange for campaign funds, thus fully qualifying as an organized crime operation.

<u>February-</u> Dianne Feinstein and Her real estate mogul husband execute profit stock calls on the Solyndra and NUMMI/Tesla factory properties for personal profit in exchange for campaign funding

<u>May.</u> Tesla bought NUMMI with taxpayer money - the former Toyota and General Motors factory in Fremont (manipulated by Feinstein), California, for $42 million. Toyota Motor and Tesla announced they will cooperate on electric vehicle development. Toyota purchased Tesla shares.

<u>June.</u> 800 employees. Tesla shares began trading on the Nasdaq Stock Exchange. They gained 40.5 percent.

**2011**

Tesla works closely with Eric Holder to avoid public investigations

**2012**

<u>January.</u> Tesla ended production of the Roadster to focus on the Model S. The roadster had already had multiple lithium battery fires which were covered up according to Tesla's Bernard Tse.

<u>February.</u> Tesla revealed the Model X - a small SUV and says it will go on sale in early 2014.

<u>June.</u> 2000 employees. The Model S was officially launched at the Fremont factory. Retail deliveries of the Model S started in the United States.

<u>September.</u> Unveiled the Supercharger network.

**2013**

<u>May.</u> 4000 employees.

<u>August.</u> First Model S in Europe. Tesla formalizes relationship with Panasonic for batteries even as Panasonic is being charged with organized crime, price fixing, dumping and the deaths of thousands of factory workers and nearby neighbors to the factories.  Tesla/Panasonic "Gigafactory" plan charged with exploiting Mexican workers with lethal work environment, toxic poisoning, nearby dangers to towns.

<u>September.</u> Shadow team of special investigators document over 30 federal crimes that Tesla, and Tesla investors, engaged in. Federal law enforcement is ordered to: "Leave Tesla alone, for now" by White House staff.

Musk is caught on recorded audio and video admitting that Tesla was broke when it applied for Dept. of Energy funds, thus breaking the Section 136 federal law for the ATVM and LGP loans.

Hackers designate Tesla as The most easily hacked car in the world. Fears of eavesdropping and forced battery overload attacks. Chinese hackers have already penetrated all of the Model S Tesla's.

As of this date; 4 top Tesla staff and 6 related reporters and partners had died mysteriously.

### 2014

Chinese hackers have now fully scoured all of the servers of Silicon Valley technology companies and VC's. They learn about major Cisco vulnerabilities and use these back-doors to penetrate a large portion of the State and federal agencies of the USA.

Musk now has multiple people from In-Q-Tel working for him. In-Q-Tel is revealed as being involved in the drug trade including a seizure of 5 tons of cocaine on it's airplanes. Musk silent partner Eric Schmidt is helping fund, and promote, In-Q-Tel. The head of the largest digital drug Cartel: Silk Road, is found to be working for both Musk and Eric Schmidt. Comparisons between the Delorean cocaine issues and the Tesla drug issues are examined.

### 2015

Elon Musk is forced to take out loans from the same corrupt bankers he has been working with all this time because they are the only ones who are willing to participate. Musk launches a number of funding efforts as minimal demand for his products along with an extensive list of technical defects and explosions hits hard.

Multiple former employees are now leaking the dirt on Tesla. One is arrested, others turn states evidence, or whistle-blowers.

Musk announces that his toxic Nevada lithium ion factory, created with Senator Harry Reid, will try to dig up some lithium, from some nearby holes in Nevada, in order to try to distract from the fact that the majority of his lithium was always planned to come from countries his investors wanted invaded.

### 2020

As of this year, Elon Musk has had more PR and Marketing staff quit, or get fired, than almost any other company in history. Every PR and Marketing person that joins the company discovers the truth about Tesla Motors soon after and, unless they too are scumbags, heads for the door.

Martin Eberhard still privately refers to Elon Musk as a "sick thieving sociopath" if you bump into him at tech events.





Viewed graphically, Elon Musk's personal timeline (*tongue-in-cheek*) looks a bit like this to most analysts:



Page 84      -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District





top exec of bank responds and offers an internship

Get's In Trouble At Work With Others. Abuses The Coffee Machine And Other Employees

sells computers out of dorm room Pre-loaded With Porn

1994

1992

Is Again Called A "Prick" By His Classmates at Wharton

Creates A College Corruption Scheme Illegally Selling Booze In Dorms

Demonstrates Unstable Aptitude By Always Jumping From One Thing To Another Without Completion Say Girls

Nobody Wants To Hire Him So He Has To Do Numbskull Intern Gigs

[Kimbal]

Elon Musk And His Brother Come Up With Self Dealing Scams Where One Buys The Other's Stuff As With Solar City & Exploits Scam For Free Govt. $$

Quits Stanford University After TWO DAYS Because All Of The Kids "Were Smarter Than Him" ..and said he was "A Prck!"

Scam For Free Govt. $$

**1995**

sleeps in office
first 3 months
And Pleasures Himself Under A
Newspaper

Musk's Father Gives Him
$28K To Stay In America
And Not Around Bugging
Him

**1995**

Starts ZIP2 With His Slimey
Brother Who Helps Him With
Scams And Transparency
Cover-Ups

**1996**

Raises Millions In VC Cash
After Promising To Be A front
For The Silicon Valley Cartel's
Campaign Manipulations With
The DNC

soon after

gets pushed out
from CEO to CTO
by his investors

**1999**

gets $22 Million
from sale of Zip2
MUSK SPENDS NEARLY A THIRD OF IT
HIRING RUSSIAN TROLLS, BOTS AND
THE LARGEST ONLINE SELF-
PROMOTION SYSTEM EVER CREATED

**Mar 1999**

competes for customers
with another banking
startup Confinity

buys McLaren F1
for $1 Million - soon
crashes it
In Arrogant Show-Off
Move To Impress
Gold-Digger Girlfriend

Starts X.Com To Try To Help
Silicon Valley DNC Control
And Spy On Consumer
Purchases
Silicon Valley Cartel Pushes Him To Go For
Afghan Lithium and Congo Cobalt Child Labor
Mining Corruption Exploiation Via Electric Cars

86

Mar 2000

[Max Levchin]

2000

merges with Confinity
forming Paypal
Paypal Begins Domestic Spying On
American Consumers And Creating Psych
Records Based On Purchase Habits. Sells
Data To The DNC.

argues with CTO over
which operating system
to use (PC or Linux)

marries college
girlfriend Justine

Sep 2000

Suffers From A Number Of
Infection Diseases, Some
Of Them STD's

Pushes To Make PAYPAL More
"Mafia Like"

gets ousted as CEO
from Paypal (while
on honeymoon)
...FOR BEING A "PRICK"

Oct 2001

moves to LA to
be closer to the
space industry
and More Sex Workers

Google Founders & Musk
Establish Covert PR,
Financing & Political
Action Efforts

takes trips to Russia to
Get Russian Gangster Money
And Political SWag

Jun 2002

**Makes Deal With Obama To Get Half Of NASA In Exchange For Funding Obama and Hillary**

May 2002

[Nevada Alexander]

**Paternity Lawsuit Is Staged**

Feb 2002

negotiations fail,

Musk Is artificially overpriced

Goldman Sachs And Wells Fargo Partner With Musk For FULL ON Stock Market Rigging

Jul 2002

**Musk Rumored To Have Experimented With Bisexual Relations, Possibly With Larry Page, Who He Sleeps Over With And Who Got Him A "Sleep Over"Apartment**

Oct 2002

gets $250 Million from sale of Paypal ($180M after tax)

Musk Spends Tens Of Millions Of It Creating ShareBlue-Like Fake Tesla "Fanboys" & PR HYPE

**Silicon Valley Cartel Asks Musk To Take Tesla Away From Founders To Exploit Corrupt Lithium & Cobalt Mining Deals**

Apr 2004

**Musk Starts Staging The Hostile Takeover of Tesla From Founders**

Jan 2004

[Marc]   [Martin]

**Lying Pig Musk Begins Planting His Moles In Tesla**

2003

**Musk, Steve Jurvetson and Google Bosses prep a DNC Coup**

MUSK STEALS TESLA FROM MARTY THE FOUNDER IN A TACTICAL HOSTILE TAKEOVER. MUSK HAS NOTHING TO DO WITH STARTING TESLA OR ANY USABLE IDEAS FOR THE CAR





The chart (above) we found on the internet was based on published news stories about Musk and reports from his staff. Musk, who hires Gawker and Gizmodo media to run hit-jobs on ex-employees, politicians and competitors; would certainly appreciate the humor in the send-up. While some of the things in Musk's back-ground sound 'nuts'; it is true that Musk's father had sex with Musk's sister and got her pregnant. It is true that Musk had to marry one of his wives twice because of 'issues'. It is true that Musk openly promotes his drug culture, Obama DID shut down part of NASA at the exact same time he gave Elon Musk the same part of NASA - at the same time Musk's boyfriends at Google got free NASA airfield use and free NASA jet fuel for their private sex party jets, etc, etc, etc….

Tesla reported $84 million in selling, general, and administrative expenses for 2010.  It is hard to pinpoint the allocation of these expenses, so you could estimate that their manufacturing employees labor costs accounted for approximately $14 million. How much of that money was shipped off to political PAC organizations, though? Things at Tesla and SpaceX seem to get put in the accounting records costing way more than they do for anybody else. Many suspect that those mark-ups go right into Dark Money accounts to pay off Harry Reid, Dianne Feintein and other insiders.

In 2010 Tesla had 686 non-manufacturing labor employees in the US. The connections to China were beginning to show, and not in a good way.

The Dianne Feinstein family investment group held that the UNCTAD World Investment Prospects Survey 2007-09 deemed China to be the top favored FDI destination. China deeply controls the Feinstein family according to Mart Baily (A partner of Dick Blum's) and Herb Newman, a family member of the Feinstein's who staffed the Tesla and Solyndra projects.  While they helped get Musk's China 'factory' created, bureaucracy and corruption have proven to be problematic while doing business there.  Bureaucracy and corruption hinder FDI by increasing costs of doing business, altering the allocating of resources, and wasting valuable time. Regarding bureaucracy, foreign businesses have reported that investment decisions and approvals by Asian government ministries can drag on for long periods of time for no apparent reason. Additionally, over the past few years, many Asian government officials have been condemned under anti-corruption laws. The U.S. Foreign Corrupt Practices Act (FCPA) has outlawed bribes to foreign government officials in order to gain business. Tesla seems to ignore such laws.

# The Vendetta's And Attacks By The Very Vengeful Elon Musk

Musk mocks authority, the law, public opinion and goes to extreme lengths to harm anyone who competes with him. Musk has an army of private investigators and tactical dirty tricks spy operatives from In-Q-Tel, Wilson Sonsini, Fusion GPS, Gizmodo/Gawker tabloids, and other shady groups, that he uses to put hit-jobs on reporters, whistle-blowers and competitors that make him sad.

Musk's position on the world is: "Nobody tells me "NO"!

He has bought off every legislative aide, President and Senator and he expects blind allegiance.

In order to discourage, threaten and intimidate whistle-blowers and competitors Musk spends millions having them attacked with reprisal hit-jobs which include the following attack tactics:

**1.) Defrauding Applicants via fake government requests to invest in rigged government contracts, with the help of Feinstein, Pelosi, Obama and Reid;**

**2.) Placing moles and spying inside Applicant's companies;**

**3.) Blockading legal counsel for plaintiffs;**

**4.) Character assassination and sophisticated contracted defamation media attacks;**

**5.) Offshore factory processed social media attacks;**

**6.) Government benefits from SSA, HUD, etc, blockaded and manipulated with the help of Feinstein, Pelosi, Obama and Reid;**

**7.) Jobs and venture capital funding blacklisting;**

**8.) FOIA obfuscation for official government FOIA filings;**

**9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications with the help of Feinstein, Pelosi, Obama and Reid;;**

**10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";**

11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;

12.) Workplace sabotage and obstruction of Applicant's companies with the help of Feinstein, Pelosi, Obama and Reid;;

13.) Media defamation attacks via gawker, Gizmodo, Jalopnik, Google, Youtube, etc.;

14.) Commercial employment database "lois lerner-ing" and red-flagging with the help of Feinstein, Pelosi, Obama and Reid;;

**15.) Murders of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);**

16.) Revenue blockades and internet income re-direction;

17.) Troll farm attack teams hired from Chinese attack farms;

18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;

19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;

20.) U.S. patent office manipulation to blockade revenue;

21.) Honey-traps sent out targeting the whistle-blowers;

22.) Fake news tabloid empires created just for defamation attacks;

23.) Housing access and financing blockades created to reprisal harass whistle-blowers;

24.) Ongoing hacking of plaintiffs devices;

25.) Tech industry black-list coordination within the National Venture Capital Association;

26.) HUD and USDA mortgage rights blockades:

27.) DNS and IP routing manipulation to prevent victims from selling anything online;

28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...

**and more spy agency type "dirty tricks"that cost the victims their lives, life savings, income and other disabling losses...**

Musk has business, social, investor and political partnerships with Harry Reid, Dianne Feinstein, Barack Obama, Joe Biden, Nancy Pelosi and the heads of the Department of Energy. Any one of those people can make a single phobe call and make any of those attacks, in the list above, happen with ease.

Dianne Feinstein's and Nancy Pelosi's staff are on public record hiring dirty tricks from: ***The Sixteen Thirty Fund, Tides Advocacy, Emerson Collective, American Bridge, Think Progress, New America Foundation, Future Forward, Priorities USA Action, Arabella Advisors, New Venture Fund, Windward Fund, Hopewell Fund, Democracy Alliance, MoveOn.org, People's Action Power, Cardinal & Pine; Pacronym, Acronym;  The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini*** and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any applicants who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

# See What The World Says About Elon Musk

## The Tesla Safety & Corruption Cover-Up





































# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up


































## The Tesla Safety & Corruption Cover-Up





































## The Tesla Safety & Corruption Cover-Up





































## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up





































## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

   

   

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up





































## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up





































# The Tesla Safety & Corruption Cover-Up





































# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up





































## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

     

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

   

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up



































# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

# The Tesla Safety & Corruption Cover-Up

    

    

   

    

    

    

## The Tesla Safety & Corruption Cover-Up

    

    

    

    

    

    

Page 133      -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

## The Tesla Safety & Corruption Cover-Up




































## The Tesla Safety & Corruption Cover-Up

    

    

    

  

 

# References And Evidence Links

** THAT SILICON VALLEY OLIGARCHS RUN A MONOPOLISTIC CARTEL!

** THAT SILICON VALLEY OLIGARCHS AND THEIR POLITICIANS RUN A SEX CULT AND TRANSACT BRIBES WITH SEX!

** THAT AN EXTRAORDINARY NUMBER OF SUSPICIOUS DEATHS HAVE HAPPENED TO PEOPLE INVOLVED IN THIS CASE

** THAT TECH OLIGARCHS AND CALIFORNIA SENATORS HIRE CHARACTER ASSASSINS AND HIT JOB ATTACKERS TO HARM CITIZENS WHO SPEAK OUT!

 Forensics - See Which Senator Or Oligarch Is Lying To You

The Book - Who Really Killed The Electric Car

Videos - TV News Segments About These Cases

Google - The Lies Of Google And Youtube

Musk - Bribes Frauds Safety Cover ups And Stock Manipulations

Tech-Theft - Silicon Valley Oligarchs Rig The USPTO

Us - Meet Some Of Us

Safety - How To Secure Your Devices From The Theiving Tech Oligarchs

Oligarchs - The Mobsters Of Silicon Valley Tech

Page 136        -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

Press-Clips - Press Clippings About These Cases

News-Memes - Images From The Biggest Shockers

Photos - Key Shots From The Cases

Hotshots - Reader Submissions

Case1 - Key Case Example Of Political Corruption

Attackers - The Hired Defamation Services

Frisco - The Pure Hell That Is San Francisco And Its Corruption

Stocks - The Dirt Behind The Dirty Ones

Expose1 - The Dirty Deeds Of Silicon Valley #1

Expose2 - The Dirty Deeds Of Silicon Valley #2

Takedown - Wiping Out The Corrupt

Expose3 - How Political Corruption Actually Works

Muskrat - The Scammer Behind It All

Page 137       -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

Movie - A Big Overview Of Political Corruption

Targets - Companies That Do Not Deserve To Operate

SexCult - The Tech Oligarchs Have An Actual Sex Cult

Afghaniscam - The Politicians Corrupt Rare Earth Mines

Stimulus - How The Stimulus Money Actually Works

Tech - Big Brother Is In Your Phone

Murders - The Dead Witnesses

Film - Free Feature Film

Congress - Congress Uncovered Crimes And Corruption

Anti-Trust - How Silicon Valley Kills Competition

Free-Book - CORRUPTION DISRUPTION - A How-To Manual

Press - More Press Coverage By Other Sites

Reports - Reports Supplied To FBI And Congress

Stock Fraud - How One Company Cooks The Books And The Truth

Page 138        -   EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

DELETED By Allum Bohkari

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME ONE By Westin Parker

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO By Westin Parker And The Wiki Team

NEWS ARTICLE ARCHIVES ABOUT THIS CASE at http://www.focus-book.com

The Age of Surveillance Capitalism By Shoshana Zuboff'

Catch and Kill By Ronan Farrow, https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

Permanent Record By Edward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

Brotopia By Emily Chang, http://brotopiabook.com/

Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/

The Circle By David Eggers, https://archive.org/details/circle00dave

 Companies Targeted For Bankruptcy For Their Crimes Against The Public By The Internet Research Group

World Without Mind By Franklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

A Journey into the Savage Heart of Silicon Valley By Corey Pein, https://www.goodreads.com/book/show/35684687-live-work-work-work-die

Disrupted By Dan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com/

The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Achua, J.K. 2011. Anti-Corruption in Public Procurment in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review

Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.

Journal of Public Economics

Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth

Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History

Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review

Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management

Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics

Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems

Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal
Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientalism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsitrative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances,

and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue

Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.

Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gerald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review

Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.

Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior

Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly

Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.

Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.

Asian Development Bank & Organization for Economic Co-Operation and Development.

2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).

Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics

Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency.Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidence in the Era of Multinational Corporations. George Washington International Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Page 171        -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasian Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Rolad Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide. Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977

to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda.

Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources.

International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography.Economics of Governance

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers

Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy

Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review

Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsirative Data. Journal of Law & Economics

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G.

Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post-Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.

Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington, Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption.

Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List

Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

52. Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapurente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States. Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China. International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About

§1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception. New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers.

Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse Challenges: An Effective Police Management Approach. International Journal of Police Science & Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model.Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

213

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.

De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luis. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luis. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics

Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade

Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.

Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice

Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.

Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.

Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer

Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.

Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry

Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development

Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.

Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance

Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance

Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime

Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics

Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy

Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law

Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics

diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal

Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory

Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory

Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.

Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters

Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.

Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper

Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

223

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdiction", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson, Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchamps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Empirical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein, E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.

Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)

Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.

Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review

Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics

Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.

Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.

Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development

Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society

Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro) Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption.

International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientalism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review

Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nethaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavor. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies
Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).

Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsitrative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange?

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.

Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control.World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M. Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review
Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime. NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Roumeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraovic´ & D. Ivanusec. 2002. Controlling Police Corruption: The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies
Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobatan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act. University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies .

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientalism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.

Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches

Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.

Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy

Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature

Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)

Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies

Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science

Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change

Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics

Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics
Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense.Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experire of Corruption Prevention Strategies. San Diego International Law Journal

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.

Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice

Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)

Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .

Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research

Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsdorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexandra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics & Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society
Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013.

Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice

Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature

Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.

Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.

Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly

Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly

Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization

Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance

Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

Liu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.
 J
Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.

Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.

Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology

Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research

Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration

Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review

Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory

Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal

Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)

Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)

Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective. Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Empricial Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A.

Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from Randomized Brazilian Municipal Audits. Working paper.

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians' Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research & Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.

335

Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance'?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrissey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungiu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.

Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)

Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

Neudorfer, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantalist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientalism or Relational Clientalism? Healthcare and Sterilization in Brazil. Working paper.

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy

Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics

Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics

Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman

Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.

Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research

Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review

Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits. University of Chicago Legal Forum 2012: 129-150.

Noonan, John T. 1985. Bribes. New York: MacMillan.

Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.

Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, Brendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.

Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Costantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P.

Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilija, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI. Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign

Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.

Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1

Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business

Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business

Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.

Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.

Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform

Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)

Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Ronald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.


Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical —Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42

Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed., Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research

Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity

Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development

Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research

Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics

Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .

Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.

Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.

Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.

Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientelism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal of Public Administration

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach. Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities.

University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research
Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management & Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjarir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidnence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison

& Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014.

Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices.

CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.


Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners' Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stessens, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L.

Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.

Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientalism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000.

Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850. Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwritten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan & R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube

& Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen

& Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition,"

in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed.

International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kathleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289

Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientalism in China: The Institutional Organization of a Smuggling Operation. Working paper.

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.

Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)

Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political Science

Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science

Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law

Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology

Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly

Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences. Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds., Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption? When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement: Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects. International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business Lawyer

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries . International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

435

Page 436        -  EXHIBIT 93 – Case # 22-cv-1107-TSH, Norcal 9th District

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

The Night Sky Has Been Ruined Thanks To Musk...

Thousands of Artificial Lights Streak Through Dark To Mess Up Your Romantic Night...

Musk, Bezos Junk Up Atmosphere...

After torturing animals for tests, Musk ready to connect brain with computer...

# Civil Notices

This is a Public Domain report. Protected under Non-Commercial and News Material Fair Use; Freedom of The Press rights; U.S. First Amendment; SLAPP/Anti-SLAPP; UN Rights Protections; GDPR Compliance; Section 203 protections – U.S.;  ACLU litigation warning; ICIJ investigation and related protections.